UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

    Plaintiff,

vs.

CASE NO.:

3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff Richard A. Triolo, by and through his undersigned attorneys, and sues the Defendant, the United States of America, acting by and through the acts of its agents and employees, and the Plaintiff alleges as follows:

### Jurisdiction

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 1346(b), et seq.

2. On or about November 3, 2017, more than six months before this action was instituted, the claims set forth herein were presented to the United States Postal Service, in writing, and a Form 95 submitted, all in accordance with the provisions of 28 USC § 2675. Copies of the Form 95 are attached as composite Exhibit "A."

3. The United States Postal Service denied Plaintiff's Form 95 Claim for injury and damages. The denial letter dated May 22, 2018 is attached hereto as Exhibit "B".

4. All conditions precedent to the filing of this action have been performed, occurred, or otherwise waived.

## Venue

5. Pursuant to 28 U.S.C. § 1402(b), venue is proper in the Middle District of Florida, Jacksonville Division, in that the acts and omissions giving rise to this Complaint occurred in Jacksonville, Duval County, Florida.

## Parties

6. Plaintiff, Richard A. Triolo (hereinafter "TRIOLO") is a resident of the State of Florida.

7. At all times relevant hereto, including February 11, 2017, non-party, Marsha Victoria Rentz (hereinafter, "RENTZ), was an agent or employee of the United States Postal Service.

8. The United States Postal Services is an independent establishment of the executive branch of government of the United States of America.

## General Allegations

9. At all times relevant hereto, including February 11, 2017, RENTZ was an employee of the United States Postal Service

10. At all times relevant hereto, including February 11, 2017, the United States Postal Service was the owner of the GMC Sportvan (V.I.N.: 1GBCS10A7N 2909410) (hereinafter, the "MAIL TRUCK").

11. At all times relevant hereto, including February 11, 2017, TRIOLO was the owner an operator of the 2016 Ford Mustang (V.I.N.: C&08937B0759A409785)(hereinafter, the "MUSTANG").

12. At approximately 1:08 p.m. on February 11, 2017, TRIOLO was operating the MUSTANG and driving in southerly direction on Old St. Augustine Road, in Jacksonville, Florida. At the intersection of Old St. Augustine Road and Loretto Road, TRIOLO brought the MUSTANG to a stop due to traffic conditions. At that time and place, the MAIL TRUCK, while being operated by RENTZ, struck the rear of the MUSTANG.

13. At the time of the collision, RENTZ was acting in the course and scope of her employment with the United States Postal Service.

## Negligence

14. Defendant, United States of America, acting through is employee, RENTZ, owed TRIOLO a duty to operate the MAIL TRUCK in a reasonably safe manner.

15. Defendant, United States of America, acting through its employee, RENTZ, breached its duty of reasonable care owed to TRIOLO in one or more of the follower manners:

    a. operating the MAIL TRUCK at an excessive speed for the condition;

    b. failing to keep the MAIL TRUCK a safe distance from the MUSTANG;

    c. failing to keep a proper lookout while operating the MAIL TRUCK;

  d. failing to maintain control of the MAIL TRUCK; and

  e. causing the front of the MAIL TRUCK to strike the rear of the MUSTANG without justification.

13. As a direct and proximate result of the Defendant's breach of its duty of reasonable care, TRIOLO has suffered serious bodily injury, including permanent injuries within a reasonable degree of medical probability, and resulting pain and suffering, permanent disability, disfigurement, mental anguish, aggravation of pre-existing injury, loss of capacity for the enjoyment of life, medical expenses, other expenses directly related to the injuries suffered, rehabilitation care, nursing care and treatment, lost wages and loss of earning capacity. The Plaintiff's losses are permanent and continuing and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff Richard A. Triolo prays for the entry of a judgment in his favor and against Defendant, United States of America, for damages, including economic and non-economic damages, interest, costs, and all other relief as this Court may deem just and proper, together with the costs of this action.

## DESIGNATION OF EMAIL ADDRESS FOR SERVICE

Primary:        Ben@JaxLitigation.com
Secondary:   Danielle@JaxLitigation.com
Additional Email: Philip@JaxLitigation.com

                By:/s/*Benjamin C. Moore*
                Philip S. Kinney, Esq.
                Fla. Bar No.: 0709611
                Benjamin C. Moore, Esq.
                Fla. Bar No.: 773581
                *Kinney & Sasso, PL*
                9191 R.G. Skinner Pkwy., Ste. 703
                Jacksonville, Florida 32256
                Telephone: (904) 642-4111
                Facsimile: (904) 329-1875
                Primary: Ben@JaxLitigation.com
                Secondary: Danielle@JaxLitigation.com
                Additional Email: Philip@JaxLitigation.com

                Attorneys for Plaintiff and Trial Counsel