**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

        CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,
vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Richard A. Triolo, by and through his undersigned attorneys, hereby discloses the following pursuant to this Court's interested persons Order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    None.

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

By:/s/*Benjamin C. Moore*
Philip S. Kinney, Esq.
Fla. Bar No.: 0709611
Benjamin C. Moore, Esq.
Fla. Bar No.: 773581
*Kinney & Moore, PLLC*
9191 R.G. Skinner Pkwy., Ste. 703
Jacksonville, Florida 32256
Telephone: (904) 642-4111
Facsimile: (904) 329-1875
Primary: Ben@JaxLitigation.com
Secondary: Assistant@JaxLitigation.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*Benjamin C. Moore*
Attorney