UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,        Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, the UNITED STATES OF AMERICA, through its counsel, the United States Attorney, Middle District of Florida, hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    A.    Richard A. Triolo, Plaintiff;

    B.    Benjamin Crosby Moore, Esquire, Philip S. Kinney, Esquire Kinney & Sasso, PLLC., Attorney for Plaintiffs;

    C.    United States of America, Defendant;

      D.      Maria Chapa Lopez, United States Attorney for the Middle District of Florida

      E.      Ronnie S. Carter, Assistant United States Attorney for the Middle District of Florida, Counsel for Defendant; and

      F.      Conny Davinroy Beatty, Esquire, United States Postal Service, United States Army Legal Services Agency

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      Not applicable.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      Not applicable.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      Not applicable.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: February <u>12</u>, 2019

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

<u>/s/ Ronnie S. Carter</u>
RONNIE S. CARTER
Assistant United States Attorney
Florida Bar No. 0948667
Trial Counsel
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6283/6300
Facsimile No. (904) 301-6310
Email: Ronnie.Carter@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the <u>12th</u> day of February, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant:

Benjamin C. Moore, Esquire
Philip S. Kinney, Esquire
Kinney & Sasso, PLLC.
9191 RG Skinner Parkway, Suite 703
Jacksonville, FL 32256-9678

<u>/s/ Ronnie S. Carter</u>
RONNIE S. CARTER
Assistant United States Attorney