# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:18-cv-00919-MMH-JBT
### Internal Use Only

| | |
|---|---|
| Triolo v. United States of America | Date Filed: 07/27/2018 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: None |
| Referred to: Magistrate Judge Joel B. Toomey | Nature of Suit: 350 Motor Vehicle |
| Cause: 28:2671 Federal Tort Claims Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **Richard A. Triolo** | represented by | **Benjamin Crosby Moore**<br>Kinney & Sasso, PLLC<br>9191 RG Skinner Pkwy, Ste 703<br>Jacksonville, FL 32256-9678<br>904/642-4111<br>Fax: 904/329-1875<br>Email: Ben@jaxlitigation.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Philip S. Kinney**<br>Kinney & Sasso, PLLC<br>9191 RG Skinner Pkwy, Ste 703<br>Jacksonville, FL 32256-9678<br>904/642-4111<br>Fax: 904/329-1875<br>Email: philip@jaxlitigation.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Ronnie S. Carter**<br>US Attorney's Office - FLM<br>Suite 700<br>300 N Hogan St<br>Jacksonville, FL 32202<br>904/301-6324/6300<br>Fax: 904/301-6310<br>Email: ronnie.carter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2018 | 1 | COMPLAINT against United States of America (Filing fee $ 400 receipt number JAX028537) filed by Richard A. Triolo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(BD) (Entered: 07/27/2018) |
| 08/01/2018 | 2 | NOTICE: Based upon the parties' filings, the Court is satisfied of the existence of subject matter jurisdiction over this action. (MHM) (Entered: 08/01/2018) |
| 08/02/2018 | 3 | **NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 8/2/2018. (Attachments: # 1 Case Management Report Form, # 2 Consent Letter and Form)(JW) (Entered: 08/02/2018)** |
| 09/27/2018 | 4 | SUMMONS issued as to U.S. Attorney General. (BD) (Entered: 09/27/2018) |
| 12/19/2018 | 5 | AMENDED COMPLAINT against United States of America filed by Richard A. Triolo. (Attachments: # 1 Exhibit Form 95 - Claim for Injury/Property Damages, # 2 Exhibit Denial Letter from US Post Office) (Moore, Benjamin) (Entered: 12/19/2018) |
| 12/19/2018 | 6 | CORRECTED AMENDED COMPLAINT *(Corrected as to Ex. A)* against United States of America filed by Richard A. Triolo. (Attachments: # 1 Exhibit CORRECTED Exhibit - original Form 95 Demand with signature sent to US Postal 8/22/17, # 2 Exhibit Denial Letter from US Post Office) (Moore, Benjamin) Modified text on 12/19/2018 (BD). (Entered: 12/19/2018) |
| 12/28/2018 | 7 | ANSWER to 6 Amended Complaint *and Affirmative Defenses* by United States of America.(Carter, Ronnie) (Entered: 12/28/2018) |
| 01/24/2019 | 8 | CERTIFICATE of interested persons and corporate disclosure statement by Richard A. Triolo. (Moore, Benjamin) (Entered: 01/24/2019) |
| 02/12/2019 | 9 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Amended Complaint by United States of America. (Carter, Ronnie) (Entered: 02/12/2019) |
| 02/12/2019 | 10 | CASE MANAGEMENT REPORT. (Carter, Ronnie) (Entered: 02/12/2019) |