# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

RICHARD A. TRIOLO

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

CASE NO.: 3:18-cv-00919-MMH-JBT

## RULE 26(a)(2) EXPERT WITNESS DISCLOSURES OF
## PLAINTIFF RICHARD A. TRIOLO

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Richard

A. Triolo ("Triolo") submits the following Expert Disclosures, which are subject to

modification and supplementation based upon further pleading and the facts adduced in

discovery:

I.     The following are ***retained*** testifying experts pursuant to Fed. R. Civ. P.
     26(a)(2)(b):

    1.  Gil Spruance, MS, CRC, CVE, VE, CLCP, MSCC
       Spruance & Associates, Inc.
       4604 Atlantic Boulevard, Suite 1B
       Jacksonville, FL 32207

       <u>Subject Matter</u>: Life Care Planner/Future Cost of Medical Treatment

       <u>Statement of Facts and Opinions</u>:  Mr. Spruance's Life Care Plan is attached
       hereto as **Exhibit "A"**.  Mr. Spruance is expected to testify about the cost of
       past and future medical care as detailed in Exhibit "A" relating to the Plaintiff.
       Mr. Spruance is not a licensed medical provider. Accordingly, his opinions do
       not include recommendations of medical treatment. Rather, his opinions are
       the expected future costs of the treatment recommended by the Plaintiff's

medical providers, which include, but is not limited to chiropractic care, physical therapy, pain management/pain control, and future surgery. The Plaintiff further expects Mr. Spruance to testify about the Plaintiff's limitations, restrictions, and any and all accommodations that are necessary as a result of the permanent injuries and care caused by the crash in this care as listed in the Life Care Plan for the remainder of his life. He will testify as to Plaintiff's life expectancy and perform calculations as to the total annual low, mid, and high costs of Plaintiff's ongoing medical treatment as well as one-time costs for Plaintiff's future medical treatment.

II.    The following are ***non-retained*** testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(c):

1.    Michael Cochran, Manager/Auto Repair Tech
       AutoNation Ford Orange Park (Collision Center)
       7700 Blanding Blvd.
       Jacksonville, FL 32244.

       Subject Matter: Auto Repair Technician/Mechanic – Damages to Plaintiff's Vehicle and resulting repairs.

       Summary of Facts and Opinions: Mr. Cochran will testify based upon his knowledge of the repairs performed on Mr. Triolo's vehicle subsequent to the accident pursuant to the inspection of the vehicle. He will testify pertaining to the damage, repair, and estimate of Plaintiff Triolo's vehicle after the collision caused by the US Postal Service employee. He will testify as to the damage to the rear of the Plaintiff's vehicle and that the cost to repair same was approximately $5,811.71 (initial repair: $4,675.10; supplemental repair: $1,136.61). He will testify that the damage to the vehicle indicates the impact was a hard impact. He will discuss the damage to the parts of the vehicle as depicted in photographs of the vehicle as well as the repair file from AutoNation Ford.

2.    Dr. Raymond Topp, M.D.
       3316 S. 3rd Street

2

Jacksonville Beach, FL 32250
Phone: (904) 719-7404

Subject Matter: Dr. Topp is a board-certified orthopedic surgeon who will
testify as to his treatment on the Plaintiff's lumbar spine, and his performance
of a posterior lumbar interbody fusion surgery ("PLIF") on the Plaintiff at L5-
S1 due to his injuries from the subject accident. His opinions are attained
directly from his treatment of the Plaintiff, and his opinions pertaining to
causation of the injury and future treatment are described in his affidavit
attached hereto as **Exhibit "B"**. He will testify pertaining to the Plaintiff's pain,
injury, cause of injury, surgery performed on Plaintiff, follow up condition of
Plaintiff after surgery including his home health care, the status of his fusion as
demonstrated in the 8-30-18 MRI of Plaintiff's lumbar spine, Plaintiff's
resulting limitations, present and future impairment, future need for treatment
as well as future expected limitations.

Summary of Facts and Opinions: Dr. Topp will testify he initially saw the
Plaintiff on November 8, 2017 and recommended surgery. He will testify on
March 22, 2018 he performed an L5-S1 posterior lumbar interbody fusion
surgery due to Plaintiff's pain which was not being relieved by other
chiropractic and pain management treatment and modalities. Subsequent to the
surgery, he will testify that Plaintiff experienced complications and ongoing
pain, and Dr. Topp administered an L5-S1 epidural steroid injection in
September 2018 which was not beneficial. Dr. Topp will testify that the injuries
to the Plaintiff's lumbar spine were caused by the subject accident. He will
testify that the injuries to his lumbar spine are permanent in nature. He will also
testify that the injuries to his lumbar spine did not pre-exist the subject accident.
He will testify that the L5-S1 fusion was reasonable and related to the injuries
Plaintiff received from the subject accident. He will also testify that the Plaintiff
will need a future lumbar fusion extension as a result of the accident, and that
the Plaintiff will need a follow up visit to an orthopedic physician at least one
time per year with x-rays as stated in **Exhibit "B"**. He will testify to the findings
of the imaging and x-rays of the Plaintiff's lumbar spine prior to the surgery.
He will testify as to the current condition of the Plaintiff's lumbar spine as
displayed in the 8-30-18 MRI which shows the prior PLIF without
complications, a T12-L1 disc herniation indenting the thecal sac with high
signal annular fissure, enhancing fibrosis within right lateral recess and neural
foramen at L5-S1. He will also testify that the Plaintiff has an SI joint
dysfunction secondary to surgery which is permanent in nature.

He will also testify as to writing a leave of absence excuse for Plaintiff post-
surgery for several weeks. His testimony will be based upon his treatment of
the Plaintiff as described in his medical records, medical bills, and his affidavit
attached as **Exhibit "B"**.

3

3. Dr. Reynaldo Pardo, M.D.
   St. Joseph Interventional Pain Specialists
   12078 San Jose Blvd., Suite 2, Jacksonville, FL 32223
   Jacksonville, FL 32223

   Subject Matter: Dr. Pardo is board certified in anesthesiology and licensed to
   practice as a pain management physician. He will testify as to the Plaintiff's
   injuries to his lumbar, thoracic and cervical spine, and Plaintiff's treatment and
   procedures performed on the Plaintiff's lumbar, thoracic and cervical spine due
   to his injuries from the subject accident. He will also address Plaintiff's initial
   treatment at the Emergency Room of Baptist Medical Center South following
   the accident as well as testify as to his review of the imaging and xrays. His
   opinions are attained directly from his treatment of the Plaintiff and his review
   of the Plaintiff's medical records. His opinions pertaining to causation of the
   injury and future treatment are described in his affidavit attached hereto as
   **Exhibit "C"**. He will testify pertaining to the Plaintiff's pain, injury, cause of
   injury, follow up condition of Plaintiff after pain management procedures and
   surgery, limitations, present and future impairment, future need for pain
   management treatment, as well as future expected limitations. He will also
   testify as to the EMG/NCS performed by Dr. Asad in May of 2017 of Plaintiff's
   lower extremities, and as to Plaintiff's permanent impairment as a result of the
   injuries.

   Summary of Facts and Opinions: Dr. Pardo will testify that that on July 11,
   2017, Plaintiff initially presented to his office for back pain, right hip pain, right
   leg pain, right groin pain, neck pain, occipital pain, and shoulder blade pain. He
   will testify to performing several pain management procedures on the Plaintiff
   including an L5-S1 lumbar epidural steroid injection, lumbar medial branch
   nerve block, lumbar epidural steroid injections, and lumbar facet injections over
   a period of several months. Dr. Pardo will testify that the Plaintiff received little
   to no relief from these procedures.

   As a result, Dr. Pardo will testify he referred Plaintiff to surgeon Dr.
   Constantine Toumbis who recommended a lumbar fusion. He then referred
   Plaintiff to Dr. Raymond F. Topp, MD for a second opinion. He will testify Dr.
   Topp also recommended a lumbar fusion and ultimately performed the lumbar
   fusion.

   Dr. Pardo will testify in November 2018 he performed a lumbar radiofrequency
   ablation/lesion ("RFL") on the left side of Plaintiff's spine. This treatment
   provided four months of relief. In April 2019, Dr. Pardo performed a right and

4

left sided RFL which brought additional pain relief. Dr. Pardo will testify he has prescribed Doxepin 50 mg to help the Plaintiff sleep, and Ibuprofen 800 mg (2 per day) for pain since the RFL pain relief began to wear off. He will also testify as to the chiropractic and physical therapy Plaintiff received as well as the various medications Plaintiff was prescribed as further set forth in his medical records. He will also testify as to Dr. Syed Asad's diagnosis of a post-concussion syndrome and impaired cognition of the Plaintiff following the accident.

As per Dr. Pardo's affidavit attached hereto as **Exhibit "C"**, he will testify that the subject auto accident caused the injuries to Plaintiff's cervical, thoracic and lumbar spine. He will testify that these injuries caused by the subject auto accident did not pre-exist the subject auto accident. He will testify to his review of the lumbar MRIs and xrays as well as the cervical spine xray. He will testify as to the specific injuries to Plaintiff's lumbar spine caused by the accident including a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing at T12-L1; annular bulge encroaching upon foraminal at L2-3; mild facet joint arthropathy, predominantly on the right side at L3-4; bilateral facet joint arthropathy at L4-5; circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

He will testify that he diagnosed the Plaintiff with lumbar facet joint pain arthropathy, cervical spine ligament sprain, lumbar spondylolisthesis, lumbosacral disc degeneration, lumbar myelopathy, lumbar spinal stenosis, radiculopathy, and spondylosis. He will testify that the injuries to the Plaintiff's lumbar are permanent injuries. He will testify that the injury to the Plaintiff's cervical spine was a temporary injury that has resolved through chiropractic treatment and physical therapy. He will testify that there was a straightening of the normal cervical lordosis according to the cervical spine xray as well as a diagnosis of a sprain and strain of the cervical spine. He will testify there was evidence of muscle spasms throughout Plaintiff's cervical, thoracic and lumbar spine.

As set forth in **Exhibit "C"**, Dr. Pardo will testify as a result of the Plaintiff's injuries and ongoing pain, the Plaintiff will need future pain management treatment for the remainder of his life as follows: pain management office visits approximately 12 times per year; urine drug screen tests approximately 4-6 times per year; narcotic pain medication including but not limited to oxycodone/acetaminophen (10-325) approximately 45 pills per month for the remainder of his life; bilateral 3-level lumbar radiofrequency ablation 1 time over his life time; physical therapy/chiropractic care 24 times per year for the remainder of his life.

5

4.  Dr. David Priest, M.D.
    Advanced Diagnostic Group
    1465 Kingsley Avenue, Suite 104
    Orange Park, FL 32073
    Phone: (904) 458-0141

    Subject Matter: Board Certified Radiologist from Advanced Diagnostic Group who performed imaging/xrays of Plaintiff's lumbar spine on April 4, 2018 post PLIF surgery.

    Summary of Facts and Opinion: Dr. Priest will testify as to his findings on the lumbar MRI which showed anterolisthesis of L5 on S1, 5 millimeter grade 1 as well as the rod and screw fixation and discectomy at L5-S1. He will testify there was no evidence of appreciable hardware failure or loosening and no loss of vertebral body height as well as no severe degenerative change.

5.  Dr. Kevin Jones, M.D.
    Precision Imaging Centers
    7860 Gate Parkway, Suite 123
    Jacksonville, FL 32256
    Phone: (904) 996-8100

    Subject Matter: Board Certified Radiologist from Precision Imaging who performed an MRI of Plaintiff's lumbar spine on August 30, 2018.

    Summary of Facts and Opinion: Dr. Jones will testify as to his findings on the lumbar MRI which showed prior fusion without recurrent stenosis or other complication evident; enhancing fibrosis within the L5-S1 right lateral recess and neural foramen; T12-L1 posterior disc herniation indenting thecal sac; high signal annular fissure.

6.  Dr. Soheil Sooudi, M.D
    Baymeadows MRI
    7999 Philips Hwy., Suite #311
    Jacksonville, FL 32256
    Phone: (904) 683-6667

<u>Subject Matter:</u> Board Certified Radiologist from Baymeadows MRI who performed an MRI of Plaintiff's lumbar spine on April 4, 2017.

<u>Summary of Facts and Opinion:</u> Dr. Sooudi will testify his review of the MRI showed a bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1; degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots; disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement; annular bulge at L2-3 and L3-4 levels encroaching upon foraminal with no spinal stenosis or nerve root impingement.

7.  Dr. Asad Syed, M.D.
    Universal Neurological Care
    3636 University Blvd. South, Ste 52
    Jacksonville, FL 32214
    Phone: (904) 404-7044

    <u>Subject Matter:</u> Board Certified Neurologist. He will testify as to his mini-mental status exam of the Plaintiff on March 21, 2017 and his follow up treatment. He will also testify based on his EMG/NCS of the bilateral lower extremities of the Plaintiff. His opinions are attained directly from his treatment of the Plaintiff.

    <u>Summary of Facts and Opinions:</u> Dr. Syed will testify as to his diagnosis of the Plaintiff with a post-concussion syndrome and impaired cognition following the auto accident. He will testify that the Plaintiff had ongoing headaches and neck pain and complained of low back pain and right buttock pain. He will testify that the EMG/NCS of Plaintiff's bilateral lower extremities likely represent chronic proximal pathology such as radicular disease at the right L5-S1.

8.  Michael McDaniels, DC.
    Jacksonville Sport and Spine
    2233 Park Avenue, Suite 2008
    Orange Park, FL 32073
    Phone: (904) 375-1954

<u>Subject Matter:</u> He is a chiropractor who treated the Plaintiff for neck, mid back, and lower back pain after the accident and will testify as to his treatment, Plaintiff's pain complaints and limitations, and the outcome of Plaintiff's treatment for his neck, mid back and lower pain. His opinions are attained directly from his treatment of the Plaintiff.

<u>Summary of Facts and Opinions:</u> Dr. McDaniels will testify that the Plaintiff was experiencing, neck, mid back, and lower back pain as a result of the subject accident. He will testify that he diagnosed the Plaintiff with muscle spasms in the cervical, thoracic and lumbar region. He will testify that he diagnosed the Plaintiff with a thoracic sprain, lumbar sciatica, cervical disc disorder with radiculopathy, headaches, concussion, cervicobrachial syndrome, cervical spine pain. He will testify as to the modalities and treatment he performed on the Plaintiff and that it had limited success in reducing Plaintiff's ongoing pain in his lower back. He will testify the treatment did provide some relief as relates to Plaintiff's range of motion, stiffness, and temporary pain relief. He will testify that he assigned limitations to the Plaintiff including no lifting more than 15 pounds, no repetitive bending, no lifting with outstretched arms, no sitting for more than 20 minutes, no walking for more than 30 minutes, no leaning over a desk or a computer for more than 20 minutes without a break continually. He will also testify that he recommended the Plaintiff take two weeks off work in February 2017.

By:/s/*Ben Moore*
Benjamin C. Moore, Esq.

8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2019, I electronically served the foregoing document on all parties listed in the service list via e-mail at the e-mail addresses listed below as well as US Mail at the physical address listed below:

Ronnie S. Carter, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
        Chantal.Sabino@usdoj.gov
        Brittany.Robinson2@usdoj.gov
        jaxdocket.mailbox@usdoj.gov

By:/s/*Benjamin C. Moore*
Philip S. Kinney, Esq.
Fla. Bar No.: 0709611
Benjamin C. Moore, Esq.
Fla. Bar No.: 773581
*Kinney & Moore, PLLC*
9191 R.G. Skinner Pkwy., Ste. 703
Jacksonville, Florida 32256
Telephone: (904) 642-4111
Facsimile: (904) 329-1875
Primary: Ben@JaxLitigation.com
Secondary: Assistant@JaxLitigation.com
Attorney for Plaintiff


*Disability Management*

April 29, 2019

Ben Moore, Esq.
Kinney & Sasso, P.L.
9191 RG Skinner Parkway, Ste 703
Jacksonville, FL 32256

RE:
    **Name:**    **Richard Triolo**
    **DOB:**    ████████ **1974**
    **D/A:**    **February 11, 2017**

Dear Attorney Moore,

Thank you for the referral and file materials regarding Richard Triolo for purpose of preparing a Life Care Plan to outline costs of future medical treatment as a result of injuries he sustained on February 11, 2017. In conducting this assessment, I have reviewed the records identified on the attached Index. Additionally, I had an opportunity to meet and interview Mr. Triolo at my office on April 1, 2019. Assisting me with the interview was Melissa Tanner, MHS, CRC, CVE, CCM of my office. Mr. Triolo was cooperative and forthcoming during the interview and participated fully.

Subsequently, I had an opportunity to consult with Dr. Raymond Topp on May 23, 2019 and with Dr. Reynaldo Pardo on April 25, 2019.

Mr. Triolo was provided a written Professional Disclosure, which I explained thoroughly to him. Mr. Triolo was also provided Professional Consent forms to indicate consent for future dialogue with treating caregivers. Mr. Triolo concurred with the Disclosure and Consent forms as requested.

As always, should any additional or pertinent records become available, please forward to my office for review and consideration so that I may update my opinion as necessary.

## INTRODUCTION

Mr. Triolo is a 44-year-old right hand dominant individual with a two-year college degree who is currently employed. Mr. Triolo completed the 12th grade, earning his high school diploma from William Floyd High School in Mastic Beach, New York in 1993. In 2013, he completed an A.S. Degree for Respiratory Therapy at Concord Career Institute in Jacksonville, FL. He holds certifications in the field of Respiratory Therapy for Neonatal and Critical Care.

$Ex.\ A$

4604 Atlantic Blvd. Suite 1B
Jacksonville, FL 32207
    Tel: 904-399-5357
Fax: 904-399-1088
    Spruance@SpruanceRehab.com
www.SpruanceRehab.com

Page **2** of **4**
RE: Richard Triolo

## INTRODUCTION cont'd.

At the time of the February 11, 2017 motor vehicle accident, Mr. Triolo was employed as a Respiratory Therapist for Baptist Medical Center South and Orange Park Medical Center. After the motor vehicle accident, he did not miss time from work but subsequently missed fourteen weeks of work while recuperating from surgery in 2018.

Mr. Triolo stated his employment with Baptist Medical Center South began six years ago, in 2013. He remains employed with Baptist on a full-time basis, working 12-hour shifts, completing 84 hours bi-weekly. Mr. Triolo's employment with Orange Park Medical Center began four years ago, in 2015, and he remains employed there on a PRN basis, working four to five days per month. After the MVA, Mr. Triolo stated he had difficulty performing the physical demands of the job until undergoing radiofrequency ablation treatment, which was beneficial in relieving pain.

In his role as a Respiratory Therapist, Mr. Triolo stated he remains on his feet throughout the 12-hour shift, pushing a computer cart and lifting 20 to 30-pound oxygen tanks. He sits only briefly when charting or planning. He refrains from pushing patients in their hospital beds since the MVA. He engages in bending, kneeling, and stooping when working with patients. At times he is required to perform chest compressions for basic life support, which may result in an exacerbation of symptoms afterwards.

Prior to completing training for employment in the Respiratory Therapy field, Mr. Triolo stated he worked as an HVAC Technician for central heating and air companies.

Mr. Triolo has a valid Florida Driver's License. He has no military experience.

## MEDICAL

Please refer to the attached Medical Records Summary for a more detailed review of Mr. Triolo's injuries, diagnosis and treatment as a result of injuries sustained in the February 11, 2017 incident. For the purposes of this report it suffices to say, that Mr. Triolo was involved in a motor vehicle accident on February 11, 2017, receiving injuries to his low back, which have been treated with surgery and injections, both facet and radiofrequency ablations. Mr. Triolo has also experienced neck pain and stiffness and headache pain.

Mr. Triolo was seen in the emergency department of Baptist Medical Center South on the date of February 11, 2017 motor vehicle accident with complaints of neck and low back pain. On February 16, 2017, he was seen by Jacksonville Sport and Spine for an evaluation of his pain complaints. From April through July 2017, Mr. Triolo received chiropractic and physical therapy treatment at Jacksonville Sport and Spine. He does not continue to receive treatment from this facility.

On March 21, 2017, Mr. Triolo was seen by Dr. Syed Asad, M.D. of Universal Neurological Care for a Mini-Mental Status Exam. Dr. Asad diagnosed post-concussion syndrome and

Page **3** of **4**
RE: Richard Triolo

## MEDICAL cont'd.

treated Mr. Triolo for headache, neck pain, low back pain, and right buttock pain. Treatment included EMG/NCS of the bilateral lower extremities. Mr. Triolo was last seen by Dr. Asad in May 2017.

On July 11, 2017, Mr. Triolo was seen by Dr. Reynaldo Pardo, M.D. of St. Joseph Interventional Pain Specialists for back pain, right hip pain, right leg pain, right groin pain, neck pain, occipital pain, and shoulder blade pain. Dr. Pardo administered an L5-S1 lumbar epidural steroid injection on that date. Subsequent treatment provided by Dr. Pardo has included lumbar medial branch nerve block, lumbar epidural steroid injections, and lumbar facet injections

In November 2018, Mr. Triolo received the first lumbar radiofrequency ablation treatment, left side only which provided four months of significant pain relief. On the day of our interview, Mr. Triolo stated he was scheduled to return to Dr. Pardo's office for another left sided RFL with plans to have a right side RFL in the next week. Mr. Triolo stated the effects of the November 2018 RFL have subsided, and he hopes to obtain even longer lasting pain-relieving benefits with upcoming RFL treatments.

Medications currently prescribed by Dr. Pardo include:

- Doxepin 50 mg, taken nightly for sleep.
- Ibuprofen 800 mg taken every other day, two pills per day since the RFL pain relieving benefits began wearing off.

On October 20, 2017, Mr. Triolo was seen by Dr. Constantine Toumbis, M.D. of Orange Park Spine Institute for a surgical evaluation. Dr. Toumbis opined that Mr. Triolo was a surgical candidate for posterior lumbar interbody fusion of L5-S1.

Mr. Triolo was seen by Dr. Raymond Topp, M.D. of Topp Spine and Orthopedics on November 8, 2017, and surgery was recommended. On March 22, 2018, Dr Topp performed L5-S1 transforaminal lumbar interbody fusion. Mr. Triolo stated he experienced many complications and he was out of work for fourteen weeks following surgery. Because of ongoing pain complaints, Dr. Topp administered L5-S1 lumbar epidural steroid injection in September 2018, which was not beneficial. Mr. Triolo stated he has not received further care from Dr. Topp's office since that date.

Mr. Triolo described his prior medical history as having good health with no chronic conditions. In 2000, he was involved in a motor vehicle accident, receiving a compound fracture to his left forearm that required surgery. He experienced a full recovery.

## RESIDUAL FUNCTIONAL CAPACITY

On the day of our interview, Mr. Triolo rated his pain as an 8 to 9 on a scale of 1-10. He stated back pain is now elevated because the benefits of the RFL have begun wearing off and because

Page **4** of **4**
RE: Richard Triolo

## RESIDUAL FUNCTIONAL CAPACITY cont'd

of the rainy weather conditions. Mr. Triolo experiences lower pain levels, ranging between 0-5 following the RFL procedure. He also finds stretching every morning and hot showers helpful in managing his pain.

Mr. Triolo experiences headaches three times per month and stiffness in his neck on a frequent basis. He takes Ibuprofen and additional Excedrin if needed. He is able to drive for one hour before he is required to stop and rest.

## SOCIOECONOMIC

Mr. Triolo is originally from Bayshore, New York and is single with no children. He lives with his brother in a single-story home. Mr. Triolo stated he moved to Florida from New York in 2012. Mr. Triolo reported a height of 6'2" and a present weight of 250 pounds, more than his pre-injury weight of 225 pounds.

## CONCLUSIONS

As indicated, I spoke with Dr. Topp on April 23, 2019 for his future treatment recommendations. Dr. Topp is of the opinion that Mr. Triolo will definitely require a lumbar fusion extension in the future. Dr. Topp typically follows his patients for one year following surgery and then he recommends annual visits with an x-ray to monitor the condition.

I spoke with Dr. Pardo on April 25, 2019 and going forward, he is suggesting bilateral, three-level lumbar radiofrequency ablations under sedation, once per year. He is prescribing 45 Percocet per month which requires monthly office visits and urine drug screens four to six times annually. He also believes twice per week physical therapy or chiropractic treatment for 12 weeks annually will be helpful.

Please find attached the Life Care Plan prepared for Mr. Triolo based on my interview with him, a review of the records identified on the attached summary and my conversations with Dr. Topp and Dr. Reynaldo.

If you should have nay questions, please feel free to contact me.

Sincerely,

Gil Spruance, M.S., CRC, CVE, CCM, CLCP, MSCC

GS:kr

Enclosures

# Life Care Plan

Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC
4604 Atlantic Blvd., Suite #1-B
Jacksonville, FL  32207
(904) 399-5357  Office
(904) 399-1088  Fax

Client Name: Richard Triolo
Date of Birth: ███/1974 (44)
Date of Accident: 2/11/2017
Date Prepared: 4/29/2019
Primary Impairment: Orthopedic Injuries
Life Expectancy: 35.2 Years Years
Table 5 US White Males

## Resources

HCUPnet.ahvq.gov - National Hospital Database by State

FloridaHealthFinder.gov - Florida Hospital Database by County

Medical Fees in the US 2019 - Procedure costs (physician, etc) by CPT, national database 50% - 75%

Physician Fee Reference 2019 - Procedure costs (physician, etc) by CPT, national database 50% - 75%

CPT -  Current Procedure Terminology (AMA)

AHD.com - American Hospital Directory
United States Life Tables, 2015, Volume 67, Number 7

GoodRX.com

U.S. Bureau of Labor Statistics - American Time Use Survey

# Life Care Plan
## Summary Sheet

Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC
4604 Atlantic Blvd., Suite #1-B
Jacksonville FL  32207
(904) 399-5357 Office
(904) 399-1088 Fax

Client Name: **Richard Triolo**
Date of Birth: ███/1974 (44)
Date of Accident: 2/11/2017
Date Prepared: 4/29/2019
Primary Impairment: Orthopedic Injuries
Life Expectancy: 35.2 Years Years
Table 5 US White Males

| Item/Service | Annual Costs | | | One Time Costs | | | Number of Years |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Low | Mid | High | Low | Mid | High | |
| Future Medical Routine | $2,002.00 | $2,554.00 | $3,106.00 | | | | Life Expectancy |
| Medications | $1,333.80 | $1,360.80 | $1,387.80 | | | | Life Expectancy |
| Future Medical Care Aggressive | $6,034.00 | $10,588.00 | $15,142.00 | $155,552.00 | $165,904.50 | $176,257.00 | Life Expectancy |
| Projected Therapeutic Modalities | $5,280.00 | $6,000.00 | $6,720.00 | | | | Life Expectancy |
| | | | | | | | Life Expectancy |
| | Total Annual Low Costs | Total Annual Mid Costs | Total Annual High Costs | Total One Time Low Costs | Total One Time Mid Costs | Total One Time High Costs | |
| | $14,649.80 | $20,502.80 | $26,355.80 | $155,552.00 | $165,904.50 | $176,257.00 | |

# Life Care Plan

## Future Medical Care Routine Treatment

Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC
4604 Atlantic Blvd., Suite #1-B
Jacksonville, FL 32207
(904) 399-5357 Office
(904) 399-1088 Fax

**Client Name:** Richard Triolo
**Date of Birth:** ▮/1974 (44)
**Date of Accident:** 2/11/2017
**Date Prepared:** 4/29/2019
**Primary Impairment:** Orthopedic Injuries
**Life Expectancy:** 35.2 Years Years
Table 5 US White Males

| Item/Service | Purpose | Age | Frequency, Replacement | Cost/Unit | Annual Cost Range | | | One Time Cost | | | Source | Recommended By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low | Mid | High | Low | Mid | Upper | | |
| Office Visits | Pain Management | Begin 44 End LE | 12 X Annually | $125.00 - $155.00 | $1,500.00 | $1,680.00 | $1,860.00 | | | | * | Reynaldo Pardo, M.D. |
| Urine Drug Screen | Monitor Medications | Begin 44 End LE | 4 - 6 X Annually | $52.00 - $146.00 | $208.00 | $542.00 | $876.00 | | | | * | Reynaldo Pardo, M.D. |
| Orthopedic Follow Up with X-Ray | Monitor Lumbar | Begin 44 End LE | 1 X Annually | $294.00 - $370.00 | $294.00 | $332.00 | $370.00 | | | | * | Raymond Topp, M.D. |
| | | | | | Total Annual Low Cost | Total Annual Mid Cost | Total Annual High Cost | Total One Time Low Cost | Total One Time Mid Cost | Total One Time High Cost | | |
| | | | | | $2,002.00 | $2,554.00 | $3,106.00 | $0.00 | $0.00 | $0.00 | | |

* See Attached Reference Sheet

# Life Care Plan

## Medications

Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC
4604 Atlantic Blvd., Suite #1-B
Jacksonville, FL  32207
(904) 399-5357  Office
(904) 399-1088  Fax

**Client Name:** Richard Triolo
**Date of Birth:** ███ 1974 (44)
**Date of Accident:** 2/11/2017
**Date Prepared:** 4/29/2019
**Primary Impairment:** Orthopedic Injuries
**Life Expectancy:** 35.2 Years Years
Table 5 US White Males

| Item/Service | Purpose | Age | Frequency, Replacement | Cost/Unit | Annual Cost Range | | | One Time Cost | | | Source | Recommended By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low | Mid | High | Low | Mid | Upper | | |
| Oxycodone/ Acetaminophen 10-325 (G) | Pain Relief | Begin 44 End LE | 45 Monthly | $2.47 pp – $2.57 pp | $1,333.80 | $1,360.80 | $1,387.80 | | | | * | Reynaldo Pardo, M.D. |
| | | | | | Total Annual Low Cost | Total Annual Mid Cost | Total Annual High Cost | Total One Time Low Cost | Total One Time Mid Cost | Total One Time High Cost | | |
| | | | | | $1,333.80 | $1,360.80 | $1,387.80 | $0.00 | $0.00 | $0.00 | | |

* See Attached Reference Sheet

This page requires periodic review and update.

# Life Care Plan

## Future Medical Care Aggressive Treatment

**Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC**
4604 Atlantic Blvd., Suite #1-B
Jacksonville, FL 32207
(904) 399-5357 Office
(904) 399-1088 Fax

Client Name: **Richard Triolo**
Date of Birth: **████/1974 (44)**
Date of Accident: **2/11/2017**
Date Prepared: **4/29/2019**
Primary Impairment: **Orthopedic Injuries**
Life Expectancy: **35.2 Years Years**
**Table 5 US White Males**

| Item/Service | Purpose | Age | Frequency, Replacement | Cost/Unit | Annual Cost Range | | | One Time Cost | | | Source | Recommended By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low | Mid | High | Low | Mid | Upper | | |
| Bilateral 3-Level Lumbar Radiofrequency Ablation | Pain Relief | Begin 44 End LE | 1 X Annually | $6,034.00 - $15,142.00 | $6,034.00 | $10,588.00 | $15,142.00 | | | | * | Reynaldo Pardo, M.D. |
| Lumbar Fusion Extension | Pain Relief | Begin 44 End LE | 1 X Total | $155,552.00 - $176,257.00 | | | | $155,552.00 | $165,904.50 | $176,257.00 | * | Raymond Topp, M.D. |
| | | | | | Total Annual Low Cost | Total Annual Mid Cost | Total Annual High Cost | Total One Time Low Cost | Total One Time Mid Cost | Total One Time High Cost | | |
| | | | | | $6,034.00 | $10,588.00 | $15,142.00 | $155,552.00 | $165,904.50 | $176,257.00 | | |

* See Attached Reference Sheet

# Life Care Plan

## Projected Therapeutic Modalities

**Gil Spruance, MS, CRC, CVE, CCM, CLCP, MSCC**
**4604 Atlantic Blvd., Suite #1-B**
**Jacksonville, FL  32207**
**(904) 399-5357  Office**
**(904) 399-1088  Fax**

**Client Name: Richard Triolo**
**Date of Birth:** ▬1974 (44)
**Date of Accident: 2/11/2017**
**Date Prepared: 4/29/2019**
**Primary  Impairment: Orthopedic Injuries**
**Life Expectancy: 35.2 Years Years**
**Table 5 US White Males**

| Item/Service | Purpose | Age | Frequency, Replacement | Cost/Unit | Annual Cost Range | | | One Time Cost | | | Source | Recommended By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low | Mid | High | Low | Mid | Upper | | |
| Physical Therapy/ Chiropractic | Health and Strength Maintenance | Begin 44 End LE | 24 X Annually | $220.00 - $280.00 | $5,280.00 | $6,000.00 | $6,720.00 | | | | * | Reynaldo Pardo, M.D. |
| | | | | | Total Annual Low Cost | Total Annual Mid Cost | Total Annual High Cost | Total One Time Low Cost | Total One Time Mid Cost | Total One Time High Cost | | |
| | | | | | $5,280.00 | $6,000.00 | $6,720.00 | $0.00 | $0.00 | $0.00 | | |

* See Attached Reference Sheet

# National Vital Statistics Reports



**Volume 67, Number 7**     **November 13, 2018**

# United States Life Tables, 2015

by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics

## Abstract

*Objectives*—This report presents complete period life tables for the United States by race, Hispanic origin, and sex, based on age-specific death rates in 2015.

*Methods*—Data used to prepare the 2015 life tables are 2015 final mortality statistics; July 1, 2015, population estimates based on the 2010 decennial census; and 2015 Medicare data for persons aged 66–99. The methodology used to estimate the life tables for the Hispanic population remains unchanged from that developed for the publication of life tables by Hispanic origin for data year 2006. The methodology used to estimate the 2015 life tables for all other groups was first implemented with data year 2008.

*Results*—In 2015, the overall expectation of life at birth was 78.7 years, decreasing by 0.2 year from 2014. From 2014 to 2015, life expectancy at birth decreased by 0.2 year for both males (76.5 to 76.3) and females (81.3 to 81.1). Life expectancy at birth decreased by 0.2 year for the white population (79.1 to 78.9) and by 0.1 year for the black population (75.6 to 75.5). Life expectancy at birth decreased by 0.2 year for the Hispanic population (82.1 to 81.9) and for the non-Hispanic black population (75.3 to 75.1). Life expectancy at birth decreased by 0.1 year for the non-Hispanic white population (78.8 to 78.7).

**Keywords:** life expectancy • survival • death rates • race • Hispanic origin

## Introduction

There are two types of life tables: the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort—all persons born in the year 1900, for example—from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely on the basis of observed data for real cohorts due to data unavailability or

incompleteness (1). For example, a life table representation of the mortality experience of a cohort of persons born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

Unlike the cohort life table, the period life table does not represent the mortality experience of an actual birth cohort. Rather, the period life table presents what would happen to a hypothetical cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. For example, a period life table for 2015 assumes a hypothetical cohort that is subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2015. The period life table may thus be characterized as rendering a snapshot of current mortality experience and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term "life table" refers only to the period life table and not to the cohort life table.

Life tables can be classified in two ways, according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table typically contains data by 5- or 10-year age intervals. A complete life table can easily be aggregated into 5- or 10-year age groups (see Technical Notes for instructions). Other than the decennial life tables, U.S. life tables based on data prior to 1997 are abridged life tables constructed by reference to a standard table (4). This report presents complete period life tables by race, Hispanic origin, and sex.

## Data and Methods

The data used to prepare the U.S. life tables for 2015 are final numbers of deaths for the year 2015; July 1, 2015 population estimates based on the 2010 decennial census; and age-specific death and population counts for Medicare beneficiaries aged 66–99 for the year 2015 from the Centers for Medicare & Medicaid Services. Data from the Medicare program are used to supplement vital statistics and census data for ages 66 and over. The U.S. life tables by Hispanic origin are based on death rates that have been adjusted for race and ethnicity misclassification on death certificates using classification ratios (or correction factors) generated from an updated evaluation of race and Hispanic origin misclassification on




**Table 5. Life table for white males: United States, 2015**

*Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/67_07/Table05.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x + 1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x + 1$ $d_x$ | Person-years lived between ages $x$ and $x + 1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005334 | 100,000 | 533 | 99,531 | 7,657,279 | 76.6 |
| 1–2 | 0.000391 | 99,467 | 39 | 99,447 | 7,557,749 | 76.0 |
| 2–3 | 0.000243 | 99,428 | 24 | 99,416 | 7,458,302 | 75.0 |
| 3–4 | 0.000209 | 99,403 | 21 | 99,393 | 7,358,886 | 74.0 |
| 4–5 | 0.000151 | 99,383 | 15 | 99,375 | 7,259,493 | 73.0 |
| 5–6 | 0.000150 | 99,368 | 15 | 99,360 | 7,160,118 | 72.1 |
| 6–7 | 0.000135 | 99,353 | 13 | 99,346 | 7,060,757 | 71.1 |
| 7–8 | 0.000121 | 99,339 | 12 | 99,333 | 6,961,411 | 70.1 |
| 8–9 | 0.000108 | 99,327 | 11 | 99,322 | 6,862,078 | 69.1 |
| 9–10 | 0.000095 | 99,317 | 9 | 99,312 | 6,762,756 | 68.1 |
| 10–11 | 0.000090 | 99,307 | 9 | 99,303 | 6,663,444 | 67.1 |
| 11–12 | 0.000099 | 99,298 | 10 | 99,293 | 6,564,141 | 66.1 |
| 12–13 | 0.000133 | 99,289 | 13 | 99,282 | 6,464,847 | 65.1 |
| 13–14 | 0.000196 | 99,275 | 19 | 99,266 | 6,365,565 | 64.1 |
| 14–15 | 0.000283 | 99,256 | 28 | 99,242 | 6,266,300 | 63.1 |
| 15–16 | 0.000375 | 99,228 | 37 | 99,209 | 6,167,058 | 62.2 |
| 16–17 | 0.000472 | 99,191 | 47 | 99,167 | 6,067,849 | 61.2 |
| 17–18 | 0.000587 | 99,144 | 58 | 99,115 | 5,968,681 | 60.2 |
| 18–19 | 0.000722 | 99,086 | 72 | 99,050 | 5,869,567 | 59.2 |
| 19–20 | 0.000865 | 99,014 | 86 | 98,971 | 5,770,517 | 58.3 |
| 20–21 | 0.001013 | 98,928 | 100 | 98,878 | 5,671,546 | 57.3 |
| 21–22 | 0.001148 | 98,828 | 113 | 98,771 | 5,572,667 | 56.4 |
| 22–23 | 0.001252 | 98,715 | 124 | 98,653 | 5,473,896 | 55.5 |
| 23–24 | 0.001318 | 98,591 | 130 | 98,526 | 5,375,243 | 54.5 |
| 24–25 | 0.001356 | 98,461 | 133 | 98,394 | 5,276,717 | 53.6 |
| 25–26 | 0.001384 | 98,328 | 136 | 98,260 | 5,178,322 | 52.7 |
| 26–27 | 0.001417 | 98,192 | 139 | 98,122 | 5,080,063 | 51.7 |
| 27–28 | 0.001453 | 98,053 | 142 | 97,981 | 4,981,941 | 50.8 |
| 28–29 | 0.001496 | 97,910 | 146 | 97,837 | 4,883,959 | 49.9 |
| 29–30 | 0.001545 | 97,764 | 151 | 97,688 | 4,786,123 | 49.0 |
| 30–31 | 0.001596 | 97,612 | 156 | 97,535 | 4,688,435 | 48.0 |
| 31–32 | 0.001645 | 97,457 | 160 | 97,377 | 4,590,900 | 47.1 |
| 32–33 | 0.001689 | 97,296 | 164 | 97,214 | 4,493,523 | 46.2 |
| 33–34 | 0.001726 | 97,132 | 168 | 97,048 | 4,396,309 | 45.3 |
| 34–35 | 0.001761 | 96,964 | 171 | 96,879 | 4,299,261 | 44.3 |
| 35–36 | 0.001804 | 96,794 | 175 | 96,706 | 4,202,382 | 43.4 |
| 36–37 | 0.001860 | 96,619 | 180 | 96,529 | 4,105,675 | 42.5 |
| 37–38 | 0.001924 | 96,439 | 186 | 96,347 | 4,009,146 | 41.6 |
| 38–39 | 0.001997 | 96,254 | 192 | 96,158 | 3,912,800 | 40.7 |
| 39–40 | 0.002082 | 96,062 | 200 | 95,962 | 3,816,642 | 39.7 |
| 40–41 | 0.002190 | 95,862 | 210 | 95,757 | 3,720,680 | 38.8 |
| 41–42 | 0.002323 | 95,652 | 222 | 95,541 | 3,624,924 | 37.9 |
| 42–43 | 0.002472 | 95,429 | 236 | 95,312 | 3,529,383 | 37.0 |
| 43–44 | 0.002637 | 95,194 | 251 | 95,068 | 3,434,072 | 36.1 |
| 44–45 | 0.002825 | 94,943 | 268 | 94,808 | 3,339,004 | 35.2 |
| 45–46 | 0.003027 | 94,674 | 287 | 94,531 | 3,244,195 | 34.3 |
| 46–47 | 0.003268 | 94,388 | 308 | 94,233 | 3,149,664 | 33.4 |
| 47–48 | 0.003585 | 94,079 | 337 | 93,911 | 3,055,431 | 32.5 |
| 48–49 | 0.003990 | 93,742 | 374 | 93,555 | 2,961,520 | 31.6 |
| 49–50 | 0.004456 | 93,368 | 416 | 93,160 | 2,867,965 | 30.7 |
| 50–51 | 0.004938 | 92,952 | 459 | 92,722 | 2,774,805 | 29.9 |
| 51–52 | 0.005420 | 92,493 | 501 | 92,242 | 2,682,083 | 29.0 |
| 52–53 | 0.005924 | 91,992 | 545 | 91,719 | 2,589,840 | 28.2 |
| 53–54 | 0.006458 | 91,447 | 591 | 91,151 | 2,498,121 | 27.3 |
| 54–55 | 0.007023 | 90,856 | 638 | 90,537 | 2,406,970 | 26.5 |
| 55–56 | 0.007618 | 90,218 | 687 | 89,874 | 2,316,432 | 25.7 |
| 56–57 | 0.008233 | 89,531 | 737 | 89,162 | 2,226,558 | 24.9 |
| 57–58 | 0.008871 | 88,794 | 788 | 88,400 | 2,137,396 | 24.1 |
| 58–59 | 0.009538 | 88,006 | 839 | 87,586 | 2,048,996 | 23.3 |
| 59–60 | 0.010246 | 87,167 | 893 | 86,720 | 1,961,409 | 22.5 |
| 60–61 | 0.011016 | 86,274 | 950 | 85,798 | 1,874,689 | 21.7 |

**INDEX**

**MEDICAL/RECORDS SUMMARY - RICHARD TRIOLO**

**D/I:  02-11-17**

03-27-19 (mt)

| | |
|---|---|
| Baptist Medical Center South | 02-11-17, 06-14-17 |
| Jacksonville Sport and Spine | 02-16-17 – 07-20-17 |
| Universal Neurological Care (Syed Asad, M.D.) | 03-21-17 – 05-25-17 |
| Baymeadows MRI | 04-04-17 |
| St. Joseph Interventional Pain Specialists (Reynaldo Pardo, M.D.) | 07-11-17 – 10-03-17 |
| Topp Spine and Orthopedics (Raymond Topp, M.D.) | 11-08-17 – 09-13-18 |
| Trilogy Home Health Care | 03-23-18 – 03-25-18 |
| Precision Imaging Centers | 08-30-18 |

Page **2** of **5**
RE:  Richard Triolo                                                                                    D/I:  02-11-17

## MEDICAL RECORDS SUMMARY

**Name:**            **Richard Triolo**
**DOB:**             ███1974
**D/I:**             **2/11/2017**

## PAST MEDICAL HISTORY

## KEY TREATMENT EVENTS

02-16-17
- No lifting more than 15 pounds, no repetitive bending, no lifting with outstretched arms, no sitting for more than 20 minutes, no walking for more than 30 minutes, no leaning over a desk or a computer for more than 20 minutes without a break continually.
- Recommend patient take time off work from 02-16-17 to 02-24-17.  (Jacksonville Sport and Spine)

04-04-17
- Lumbar MRI.  (Baymeadows MRI)

05-10-17
- EMG/NCS of bilateral lower extremities.  (Asad)

07-20-17
- Right L2, L3, L4, L5 medial branch nerve block.  (Pardo)

08-11-17
- Right L5 transforaminal epidural steroid injection.  (Pardo)

03-22-18
- L5-S1 minimally invasive transforaminal lumbar interbody fusion.  (Topp)

03-28-18
- Limit lifting and twisting.  (Topp)

06-14-18
- Continue physical activity as tolerated.  (Topp)

08-30-18
- Lumbar MRI.  (Precision Imaging Centers)

09-13-18
- L5-S1 lumbar epidural steroid injection.  (Topp)

Page **3** of **5**
RE: Richard Triolo

D/I: 02-11-17

## BAPTIST MEDICAL CENTER SOUTH

02-11-17
- Patient presents to the emergency department after a motor vehicle collision noting neck pain and low back pain.
- Impressions: cervical strain.
- Cervical CT: no acute fracture or traumatic subluxation.

06-14-17
- Patient reports to the emergency department after possible recent exposure at work of Norwegian scabies.

## JACKSONVILLE SPORT AND SPINE

02-16-17
- Patient is seen for evaluation of pain complaints following a motor vehicle accident.
- Assessment: spasm of piriformis muscle; cervical muscle spasm; thoracic sprain; lumbar sciatica; cervical disc disorder with radiculopathy; headache; concussion; cervicobrachial syndrome; cervical spine pain.
- No lifting more than 15 pounds, no repetitive bending, no lifting with outstretched arms, no sitting for more than 20 minutes, no walking for more than 30 minutes, no leaning over a desk or a computer for more than 20 minutes without a break continually.
- Recommend patient take time off work from 02-16-17 to 02-24-17.

04-27-17 – 07-20-17
- 7 chiropractic/physical therapy visits.

## UNIVERSAL NEUROLOGICAL CARE
## (SYED ASAD, M.D.)

03-21-17
- Patient is seen for Mini-Mental Status Exam.
- Diagnoses: post concessional syndrome; impaired cognition.

05-25-17
- Patient is seen for follow up headache and neck pain.

05-10-17
- Patient is seen for low back pain and right buttock pain.
- EMG/NCS of bilateral lower extremities likely represent chronic proximal pathology such as radicular disease at the right L5-S1.

05-25-17
- Patient is seen for follow up of headaches, neck pain, and back pain.

Page **4** of **5**
RE: Richard Triolo                                                    D/I: 02-11-17

## BAYMEADOWS MRI

04-04-17
- Lumbar MRI: bilateral L5 spondylosis with spondylolisthesis at L5-S1; degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 with disc bulge resulting in bilateral foraminal stenosis with anterior L5 subluxation encroaching L5 nerve roots; disc desiccation with disc space narrowing at T12- L1 with protruding posterior disc herniation indenting thecal sac with spinal canal narrowing; annular bulge at L2-3 and L3-4 with no spinal stenosis or nerve root impingement.

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS (REYNALDO PARDO, M.D.)

07-11-17
- Patient is seen for back pain, right hip pain, right leg pain, right groin pain, neck pain, occipital pain, shoulder blade pain.
- Assessment: low bac pain; lumbar facet joint pain arthropathy; cervical spine ligament sprain; lumbar spondylolisthesis; lumbosacral disc degeneration; lumbar myelopathy; lumbar spinal stenosis, radiculopathy, and spondylosis.
- L5-S1 lumbar epidural steroid injection.

07-20-17
- Right L2, L3, L4, L5 medial branch nerve block.

08-03-17
- Patient reports no significant relief from procedure.
- Recommend right L5 transforaminal epidural steroid injection.

08-11-17
- Right L5 transforaminal epidural steroid injection.

08-31-17
- Patient reports no relief following procedure.

10-03-17
- Patient is seen for lumbar pain with right lower extremity radiculopathy. Patient is referred to Dr. Toumbis to consider surgical approach to his chronic pain.

Page **5** of **5**
RE: Richard Triolo                                                                D/I: 02-11-17

## TOPP SPINE AND ORTHOPEDICS
## (RAYMOND TOPP, M.D.)

11-08-17
- No relief following epidural steroid injection.  Recommend inpatient surgery.

02-21-18
- Patient is to undergo PLIF at L5-S1 on 03-07-18.

03-22-18
- L5-S1 minimally invasive transforaminal lumbar interbody fusion.

03-28-18
- Patient is seen post operatively and is to limit lifting and twisting.

06-14-18
- Patient reports ongoing pain down the left side.
- Continue physical activity as tolerated.  It is believed he is having SI joint dysfunction secondary to his surgery.

08-15-18
- Patient is experiencing SI joint dysfunction secondary to this surgery.
- Recommend lumbar MRI and epidural steroid injection.

09-13-18
- L5-S1 lumbar epidural steroid injection.

## ORANGE PARK SPINE INSTITUTE
## (CONSTANTINE TOUMBIS, M.D.)

10-20-17
- Patient is seen for surgical evaluation.
- Patient has grade 1 spondylolisthesis at L5-S1.  Patient is a surgical candidate for posterior lumbar interbody fusion of L5-S1.

## TRILOGY HOME HEALTH CARE

03-23-18 – 03-25-18
- 3 skilled nursing visits.

## PRECISION IMAGING CENTERS

08-30-18
- Lumbar MRI: L5-S1 prior PLIF without complications; T12-L1 disc herniation indenting the thecal sac with high signal annular fissure; enhancing fibrosis within right lateral recess and neural foramen at L5-S1.

SB:mt

Testimony History Report - Gil Spruance MS, CRC, CVE, CCM, CLCP, MSCC

| Testimony Date | Depo/Hrg/Trial | Length | Case Type | Case Style | Case Number | Referring Party | Referring Date |
|---|---|---|---|---|---|---|---|
| 4/10/2019 | D | 2 | PI | M. Bidel-Niyat v. G Weidner | 2017-CA-7708 | T. Considine, Esq. | 1/7/2019 |
| 4/10/2019 | D | 2 | PI | J. Johnson v. Tractor Supply Co. | 2017-CA-000511 | B. Ansbacher, Esq. | 3/9/2016 |
| 4/2/2019 | T | 1/2 day | PI | Whitcher, R. v. Garrison Property and Casualty Ins Co. | 3:16-cv-01139-BJD-JBT | J. Bankston, Esq. | 5/5/2017 |
| 3/20/2019 | T | 1/2 day | PI | S Noe v. GEICO, N Prince, D Axle, USAA | 2014-CA-1348  CV-F | D. Milton, Esq. | 10/30/2015 |
| 3/5/2019 | T | 2 | PI | J Hutto v. L. Lee and J Lee and Progressive Ins Co | CA16-63 | D. Iracki, Esq | 3/28/2017 |
| 2/25/2019 | D | 2 | PI | M. Lorete v. USAA and the estate of D. Bradley | 2016-CA-004260 | G. Lawrence, Esq. | 3/28/2018 |
| 2/21/2019 | D | 2 | PI | C. Rowlinson v. Q L Douglas Funeral Home | 16-2017-CA-003679 | J. Wade, Esq. | 8/9/2018 |
| 2/20/2019 | T | 1/2 day | PI | Newton v. A Pryor and Mercury Ins | 2015-CA-000583 | M. Marrese, Esq. | 5/12/2016 |
| 2/13/2019 | T-D | 1/2 day | PI | C. Aboukhodr v. J. Roche | 2014 CA-029495 | J. Wade, Esq. | 4/25/2018 |
| 2/8/2019 | T-D | 2 | PI | Kaley White Yonce v. C Selgler | 54-2016-CA-467 | B. Ansbacher, Esq. | 7/26/2018 |
| 2/4/2019 | Hrg | | WC | J Jones v. Florida Dept of Corrections | 16-004275TSS | M. Carrillo, Esq | 8/31/2018 |
| 2/4/2019 | D | 2 | PI | Alester Lazar v. PHF Oceanfront LP | CACE-16-010915(04) | J. Adler, Esq. | 8/6/2018 |
| 1/29/2019 | D | 2 | PI | Kyle Johnson v. Barnes-Jewish Hospital | 1622-CC11328 | B. Sumner, Esq. | 10/31/2018 |
| 1/18/2019 | D | 2 | PI | P. Sperry v. | | | |
| 1/17/2019 | D | 2 | PI | Brandon Leming v. Yvonne Platt | 40-2016-CA-0113 | F. Ahmed, Esq. | 10/10/2018 |
| 1/17/2019 | T | 1/2 day | PI | Matthew Strickland v. Tamara Sells | 16-2016-CA-005527 | D. Iracki, Esq. | 11/17/2016 |
| 1/15/2019 | D | 2 | PI | Shirley Jenkins v. A Powell and A Powell Trucking, LLC | 2018-30839-CICI | B. Moore, Esq. | 10/11/2018 |
| 1/3/2019 | D | 2 | PI | H. Marcille v. USAA | 2016-CA-008715 | R. Alexander, Esq. | 10/30/2017 |
| | | | | | | | |
| 12/18/2018 | D | 2 | PI | J. Adams v. R. Beckham and Hilibilly Rocks, Inc, et al | 01-2015-CA-004430 | W Kurtz, Esq. | 12/2/2016 |
| 12/12/2018 | T | 1/2 day | PI | S. Willing v. L Campbell and Darrell Crews Septic Tank Service, | 45-2017-CA-000002 | K. Brown, Esq | 10/24/2018 |
| 12/11/2018 | D | 2 | PI | E Allen v. M Sublett, A Nyambuti, Nationalight Inc, et al | 2016-CA-3949 CV-B | M. Pajcic, Esq. | 11/2/2017 |
| 12/6/2018 | D | 2 | PI | C Black v. N Ailmon, et al and USAA | CA16-0051 | MN. Marrese | 2/19/2018 |
| 12/5/2018 | T | 1/2 day | PI | S. Willing v. L Campbell and Darrell Crews Septic Tank Service, | 45-2017-CA-000002 | K. Brown, Esq | 10/24/2018 |
| 12/4/2018 | T | 1/2 day | PI | D. Benz v. Crowley Logistics, Inc | 3:15-cv-728-J-25MCR | S. Fortune, Esq. | 2/10/2016 |
| 11/27/2018 | D | 2 | PI | L. Hall v. Thomas Dildy | 16-2016-CA-003738 | R. Staggard, esq. | 8/31/2017 |
| 11/9/2018 | D | 2 | PI | C. Matthews v. State Farm Ins Co | 2015-CA-000533 | M. Moran, Esq. | 7/25/2018 |
| 11/6/2018 | D | 2 | PI | J. This v.L. B. Willey and State Farm Ins Co | 16-2017-CA-002615-XXXX-MA | F. Ahmed, Esq. | 4/8/2018 |
| 10/30/2018 | T | 1/2 day | PI | Andrew Jones v. State Farm | 2016-CA-004564 | T. Moran, Esq. | 6/12/2018 |
| 10/29/2018 | D | 2 | PI | Whitcher, R. v. Garrison Property and Casualty Ins Co. | 3:16-cv-01139-BJD-JBT | J. Bankston, Esq. | 5/5/2017 |
| 10/17/2018 | D | 2.0 | PI | H. Guerrero v. Pro Industries | 15-CA-4675 | E. Block, Esq. | 1/4/2017 |
| 10/10/2018 | D | 2.0 | PI | J. Franklin v. D G Nipper and D J Nipper | 01-2017-CA-000667 | E. Block, Esq. | 1/19/2018 |
| 9/20/2018 | D | 2.0 | PI | Newton v. A Pryor and Mercury Ins | 2015-CA-000583 | M. Marrese, Esq. | 5/12/2016 |
| 9/19/2018 | D | 2.0 | PI | Andrew Jones v. State Farm | 2016-CA-004564 | T. Moran, Esq. | 6/12/2018 |
| 9/19/2018 | T | 1/2 day | PI | B. Reeves vs. Chaz Edward Kofler | 2017-CA-004781 | P. Kinney, Esq. | 7/27/2018 |
| 9/10/2018 | D | 2.0 | PI | Dejan Bogovac v. Timberline Trading of Missouri | 3:18-cv-169-TJC-PDB | C. Sorenson, Esq. | 4/4/2018 |
| 8/31/2018 | D | 2.0 | PI | Richard O'Reilly v. Shapells, Inc | 2017-CA-002182 | J. Bankston, Esq. | 3/29/2018 |
| 8/30/2018 | D | 2.0 | PI | B. Reeves vs. Chaz Edward Kofler | 2017-CA-004781 | P. Kinney, Esq. | 7/27/2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/10/2018 | D | 2.0 | PI | E. Harper v. L. Beckham | 16-2014-CA-006933-XXXX-MA | J. Woodley, Esq. | 6/1/2018 |
| 8/10/2018 | D | 2.0 | PI | D. Roberson v. Rathbun and Son Mason Inc | 2015-10805-CIDL | E. Block, Esq. | 4/26/2017 |
| 8/7/2018 | D | 2.0 | PI | Gregor Ruesch v. E Vilaret and Loaded Trucking, Inc | CA17-0912 | B. Flaherty, Esq. | 4/21/2017 |
| 8/2/2018 | D | 2.0 | PI | John Tackett v. Family Dollar Stores, Inc | 16-2016-CA-003187-XXXX-MA | J Schickel, Esq | 4/8/2018 |
| 7/13/2018 | D | 2.0 | PI | Zimmerman v. MD Repair and Service Inc | 2017-CA-002866 | J. Bankston, Esq. | 4/4/2018 |
| 7/12/2018 | T | 1/2 day | PI | Smith v. R. Padgett | 16-2016-CA-007699 | N. Fina, Esq. | 10/30/2017 |
| 6/26/2018 | T | 2.0 | PI | C. Aboukhodr v. J. Roche | 2014 CA-029495 | J. Wade, Esq. | 4/8/2016 |
| 6/21/2018 | D | 2.0 | PI | J. Franklin v. D G Nipper and D J Nipper | 01-2017-CA-000667 | E. Block, Esq. | 1/19/2018 |
| 6/11/2018 | D | 2.0 | PI | Andrew Toby Jr v. Pizza Hut of America, Inc | 16-2014-CA-003210 | M. Moran, Esq. | 4/8/2018 |
| 5/29/2018 | D | 2.0 | PI | R. Sanders v. Asbury Automotive | 2017-CA-004864 | B. Flaherty, esq. | 3/29/2018 |
| 5/18/2018 | D | 2.0 | PI | Lamsback v. MD Mullins & G&H Underground Const. Co. | 16-2016-CA-000349-XXXX-MA | T. Moran, Esq. | 2/22/2018 |
| 5/17/2018 | D | 2.0 | PI | I Holmes-Berry v. A. Camfferman and G. Camffermen | 17-001795-CI | J. Shahady, Esq. | 4/25/2018 |
| 5/11/2018 | D | 2.0 | PI | JH Golbranson V. A. Lange and Covenant Transport, Inc | 16-2017-CA-001908 | B. Flaherty, Esq. | 4/27/2017 |
| 5/1/2018 | Hrg | 1.5 | WC | K Jones v. WW Gay | 17-004707WRH | M. Leibowitz, Esq. | 7/5/2017 |
| 4/23/2018 | D | 2.0 | PI | W. Sligh v. S. E. Ryden | 01-2016-CA-003829 | C. O'Donnell | 2/22/2018 |
| 4/18/2018 | T | 1/2 day | PI | M Rozar v. R J Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 8/11/2017 |
| 4/12/2018 | D | 2.0 | PI | K Piety v. St Johns Summer Swim League | CA17-450 | D. Iracki, Esq. | 2/20/2018 |
| 3/23/2018 | D | 2.0 | WC | Jung v. Pilgrims Proide | 14-006009JJL | B Tadros, Esq. | 11/8/2017 |
| 3/14/2018 | T | 1/2 day | PI | R Neal V. J Jackson and C Jackson | 2015-CA-4416 | E. Block, Esq | 12/27/2017 |
| 3/9/2018 | D | 2.0 | PI | S. Hutchinson v. Advanced Disposal Services | 2013-CA-001642 | E. Block, Esq | 4/14/2015 |
| 2/28/2018 | D | 2.0 | PI | J Ingram v. JJ Fredrickson, Sr | 01 2015 CA 003661 | E. Block, Esq | 8/23/2017 |
| 2/26/2018 | D | 2.0 | PI | R Neal V. J Jackson and C Jackson | 2015-CA-4416 | E. Block, Esq | 12/27/2017 |
| 2/23/2018 | D | 2.0 | PI | A Purvis v. P Sodini | 2016-CA-3879 CV-B | B. Flaherty, Esq. | 3/21/2017 |
| 2/22/2018 | T | 1/2 day | PI | Justin Williamson v. St Johns County School District | CA-15-1212 | B. Flaherty, Esq. | 4/27/2016 |
| 2/20/2018 | D | 3.5 | PI | J. Dennison-Moore | 2016-CP-26-6936 | D Jennings, Esq. | 1/19/2017 |
| 2/20/2018 | Hrg | 2.0 | Div | M Bergman v. M Bergman | 01-2016-Dr-3799 | A. Durstein, Esq. | 12/1/2017 |
| 2/13/2018 | D | 1/2 day | Div | M Bergman v. M Bergman | 01-2016-Dr-3799 | A. Durstein, Esq. | 12/1/2017 |
| 2/7/2018 | T | 1/2 day | PI | D. Waters v. SPA Crest MFG | 13-CA-6304 | D Iracki, Esq. | 3/4/2016 |
| 2/6/2018 | T | 1/2 day | PI | A. MPowell v. Mercury Ins. | 15-CA-991 | D . Owens, Esq. | 4/5/2017 |
| 1/31/2018 | D | 2.0 | PI | A. MPowell v. Mercury Ins. | 15-CA-991 | D . Owens, Esq. | 4/5/2017 |
| 1/29/2018 | D | 2.0 | PI | D. Waters v. SPA Crest MFG | 13-CA-6304 | D Iracki, Esq. | 3/4/2016 |
| 1/18/2018 | D | 4.0 | PI | M Rozar v. R J Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 8/11/2017 |
| 1/9/2017 | D | 2.0 | PI | Justin Williamson v. St Johns County School District | CA-15-1212 | B. Flaherty, Esq. | 4/27/2016 |
| 1/5/2018 | D | 2.0 | PI | Christina Patterson v. GEICO | 16-2016-CA-007238 | C. Sorenson, Esq. | 9/14/2017 |
| 12/21/2017 | D | 2.0 | PI | K. Rott v. Wm. Blackard | CA-15-1174 | S. Maroon, Esq. | 1/17/2017 |
| 12/19/2017 | D | 2.75 | PI | P. Gossin v. Property Group, Inc dba Paddock Mall | 42-2013-CA-003667 | C. Sorenson, Esq. | 7/7/2017 |
| 12/18/2017 | D | 2.0 | PI | L. Yanssesns v. VC. Mancinik and SR Perrott; Inc | 2014-CA-000745 | J. Humphries, Esq. | 4/5/2016 |
| 12/8/2017 | T | 1/2 day | PI | S Benton v. M Cox, W Cox and C Cox | 2013-CA-1937 CV-B | B Ansbacher, Esq. | 7/28/2014 |
| 11/15/2017 | T | 1/2 day | PI | M Quaintance v. F. Wilson, et al | 16-2013-CA-2986 CV-A | Wm. Scott, Esq. | 2/26/2014 |
| 11/10/2017 | D | 2.0 | PI | S Beale v. State Farm Ins | 16-2015-CA-002661 | A. Washington, Esq. | 10/18/2017 |
| 11/8/2017 | T | 1/2 day | PI | M. Quintyne v. James Wolf | 16-6378-CI | E. Block, Esq. | 4/21/2017 |
| 10/31/2017 | D | 2.0 | PI | Gerry Hill v. Mayo Clinic | 16-2016-CA-007881  CV-A | F Ashton, Esq. | 8/23/2017 |

| Date | D/T | Time | Type | Case | Case No. | Attorney | Date2 |
|---|---|---|---|---|---|---|---|
| 10/31/2017 | D | 2.0 | PI | S Benton v. M Cox, W Cox and C Cox | 2013-CA-1937 CV-B | B Ansbacher, Esq. | 7/28/2014 |
| 10/24/2017 | D | 2.0 | PI | B Rouleau (V. Rouleau) v. Zoemacsky Inc | 2016 CA 005146 NC | M. Beck, Esq. | 10/4/2017 |
| 10/10/2017 | T | 1/2 day | PI | Sevick v. Patrick Evers and 3M Company | 16-2014-CA-004638 | W Kurtz, Esq. | 11/21/2014 |
| 9/27/2017 | T/D | | PI | R. Ferguson v. J King and State Farm | 16-2014-CA-000313 | M. Posgay, Esq. | 4/9/2015 |
| 9/15/2017 | D | 2.0 | PI | T. Fitzpatrick v.A Rose MD | 2016-CA-786 | L. Huttman Esq. | 6/6/2017 |
| 9/15/2017 | D | 2.0 | PI | J Amway v. BNG Carter and The Travelers | 2016-CA-6546 | J. Humphries, Esq. | 11/14/2016 |
| 9/6/2017 | T | 1/2 day | PI | Mosley v. Robbins | 04-2015-CA-000316 | T. Considine, Esq. | 9/21/2016 |
| 9/5/2017 | D | 2.0 | PI | J Hutto v. L. Lee and J Lee and Progressive Ins Co | CA16-63 | D. Irackl, Esq. | 3/28/2017 |
| 8/31/2017 | D | 2.0 | PI | M. Quintyne v. James Wolf | 16-6378-CI | E. Block, Esq. | 4/21/2017 |
| 8/29/2017 | D | 2.0 | PI | L. Branch v. James Morrish | 15-434-CA | B. Flaherty, Esq. | 7/28/2016 |
| 8/24/2017 | D | 3.0 | PI | V. Amos v. Continental Ins Co and GEICO | 2014-CA-7409 | R. Staggard, Esq. | 7/25/2016 |
| 8/17/2017 | D | 2.0 | PI | K. Hurta v. Speedway LLC | 3:15-CV-1288-I-34JRK | M. Robrets, Esq. | 5/27/2016 |
| 8/15/2017 | T | 1/1 day | PI | John Rogers v. NIA Ashley Averiel Parrish/GEICO | 2014-CA-D07785-XXX | B. Ansbacher, Esq. | 6/15/2017 |
| 8/9/2017 | T | 1/2 Day | PI | Alphonso Harvey v. M Fretwell and Wiginton Corp | 2015-CA-001821 | M. Ruth, Esq. | 6/16/2015 |
| 8/8/2017 | T | 1/2 day | PI | Brandon Webb v. Ulysses Garrison and Waste Pro | 2016-CA-552 DIV K | M Marrese, Esq. | 4/4/2017 |
| 7/14/2017 | D | 1.0 | PI | John Rogers v. N. A. A. Parrish and GEICO | 2014-CA-D07785 | B. Ansbacher, Esq. | 6/15/2017 |
| 7/14/2017 | D | 1.0 | PI | W. Wiggins III v. IMT Capital Preserve | 16-2012-CA-002029 | M. Searles, Esq. | 11/13/2013 |
| 7/13/2017 | D | 2.0 | PI | Brandon Webb v. Ulysses Garrison and Waste Pro | 2016-CA-552 DIV K | M Marrese, Esq. | 4/4/2017 |
| 7/11/2017 | D | 2.0 | PI | M. Strickland v. T. Sells | 16-2016-CA-005527 | D. Irackl, Esq | 11/17/2016 |
| 7/10/2017 | D | 2.0 | PI | Jennifer Hanna v. S Canter | 16-2016-CA-002826 | B. Flaherty, Esq. | 10/26/2016 |
| 6/27/2017 | D | 2.0 | PI | Carr v. | | D. Irackl, Esq. | |
| 6/21/2017 | T | 1/2 Day | PI | Jeneane Bratton v. Emma Lee Ward | 2016-CA-000879 | P. Kinney, Esq. | 1/24/2017 |
| 6/20/2017 | D | 2.0 | PI | Roger Poole v. William Turner | 16-2016-CA-002024 | D. Irackl, Esq | 12/22/2016 |
| 6/13/2017 | D | 2.0 | PI | W. Wiggins III v. IMT Capital Preserve | 16-2012-CA-002029 | M. Searles, Esq. | 11/13/2013 |
| 6/6/2017 | T | 1/2 day | PI | K. Dennis v. Cottle & State Farm | 16-2012-CA-4040 | K. Brown, Esq. | 11/24/2015 |
| 6/5/2017 | D | 2.0 | PI | Butler v.G McLane and Auto Zone Stores | 2016-CA-300 | M. Ruth, Esq. | 2/16/2017 |
| 5/25/2017 | D/T | 2.0 | PI | Newton v. A Pryor and Mercury Ins | 2015-CA-000583 | M. Marrese, Esq. | 5/12/2016 |
| 5/16/2017 | D | 2.0 | PI | T Jones v. L Trawick and UPS | 16-2015-CA-005314 | B. Flaherty, Esq | 7/15/2016 |
| 4/21/2017 | D | 1.0 | PI | H Sheppard v. W Buffkin and T Buffkin | 16-2015-CA-007129 CV-D | B. Currie, Esq. | 1/31/2017 |
| 4/13/2017 | D | 2.5 | PI | M. Cannon v. Big Lots Stores, Inc | 2014-249-CA-Div 53 | C. Sorenson, Esq. | 4/1/2016 |
| 4/5/2017 | T | 1/2 day | PI | Manuel v. V Hutson and P Hutson | 16-2014-CA-004465 | W. Kurtz, Esq. | 2/20/2015 |
| 3/29/2017 | D | 2.0 | PI | Sevick v. Patrick Evers and 3M Company | 16-2014-CA-004638 | W Kurtz, Esq. | 11/21/2014 |
| 3/27/2017 | D | 2.0 | PI | Branaum v. Timothy Mitchem | CA-15-0032 | B. Flaherty | 1/7/2016 |
| 3/23/2017 | D | 1.0 | PI | N. Mulligan v. JD McLaughlin and estate of RS Brazo | 16-2012-*CA-011630 | M. Davis Esq | 1/28/2014 |
| 3/16/2017 | D | 2.0 | PI | Siemer v CSXT & Renessenz | 16-2012-CA-010210 | J. Holland, Esq | 12/31/2013 |
| 3/13/2017 | D | 2.0 | PI | G. Gjurashj v. J Barackins & Regal Furniture, Inc | 16-2015-CA-008095 | C. Sorenson, Esq. | 11/23/2016 |
| 3/2/2017 | D | 2.0 | PI | Newton v. A Pryor and Mercury Ins | 2015-CA-000583 | M. Marrese, Esq. | 5/12/2016 |
| 2/22/2017 | D | 2.0 | PI | T. Godfrey vs. Jeffrey B. Robin M.D., and LCA-Vision, Inc. d/b/ | 2014-CA-7457 | F. Ashton, Esq. | 2/5/2016 |
| 2/21/2017 | D | 2.0 | PI | Regina Taylor v. Jacob Luke | 2015-CA-000508 | R. Sholes, Esq. | 12/25/2016 |
| 2/15/2017 | D | 1.0 | WC | R. Franklin v. Flagler Hospital | 16-018931WRH | J. Monroe, Esq. | 1/23/2017 |
| 2/14/2017 | D | 2.0 | PI | H. Guerrero v. Pro Industries | 15-CA-4675 | E. Block, Esq. | 1/4/2017 |
| 2/8/2017 | D | 2.0 | PI | W. Moratelli v. Anthony Grippa | CA-15-1158 | J Bankston, Esq. | 11/23/2016 |
| 12/22/2016 | D | 2.0 | PI | C. Benton v. et al. v. D.L. Hopkins et al. | 16-2015-CA-001674 | J. Gadd, Esq. | 4/11/2016 |

| 12/14/2016 | T | 1/2 day | PI | Knight v. Fulmer Leasing Corp. | 12-540-CA-53 | E. Andeer, Esq. | 4/8/2013 |
| 12/13/2016 | D | 1.0 | PI | Moreno v. Osteen, d/b/a AO Scrap Metal | 16-2016-CA-000769 | P. Kinney, Esq. | 9/19/2016 |
| 12/12/2016 | T | 1/2 day | PI | Dubinsky v, JR Reynolds | 05-2014-CA-026783 | J Kalil, Esq | 3/12/2016 |
| 12/5/2016 | D | 2.0 | PI | L. D. McDald v. TBC Retail Group, Inc | 2013-CA-7958 | E. Block, esq. | 10/11/2016 |
| 12/2/2016 | D | 2.5 | PI | J. Michocki v. Austin Davis and US Water Services Corp | 16-2015-CA-6027 | B. Flaherty, Esq. | 9/9/2016 |
| 11/30/2016 | T | 1/2 day | PI | M Ramos v. K Wiegman | 16-2012-CA-007210 | J. Phillips, Esq | 8/26/2015 |
| 11/18/2016 | D | 2.0 | PI | Mosley v. Robbins | 04-2015-CA-000316 | T. Considine, Esq. | 9/21/2016 |
| 11/15/2016 | D | 2.0 | PI | Manuel v. V Hutson and P Hutson | 16-2014-CA-004465 | W. Kurtz, Esq. | 2/20/2015 |
| 11/11/2016 | D | 2.25 | PI | Knight v. Fulmer Leasing Corp. | 12-540-CA-53 | E. Andeer, Esq. | 4/8/2013 |
| 11/10/2016 | D | 2.0 | PI | T Robinson v. State Farm | 16-201161-CA-005141 | J. Camerlengo, Esq. | 3/15/2013 |
| 11/9/2016 | T | 1/2 day | PI | Manning v. Manuel Espinosa and Richard Espinosa | 16-2012-CA-011622 | W. Kurtz, Esq. | 3/7/2015 |
| 11/3/2016 | T | 1/2 day | PI | Heaton v. Manuel Espinosa and Richard Espinosa | 16-2012-CA-011622 | W. Kurtz, Esq. | 3/7/2015 |
| 10/18/2016 | D | 2 | PI | Heaton v. Manule Espinosa and Richard Espinosa | 16-2012-CA-011622 | W. Kurtz, Esq. | 3/7/2015 |
| 10/10/2016 | D | 3.5 | PI | Williams v. Motorola | | M. Baggett, Esq. | |
| 10/4/2016 | D | 2 | PI | R. Bacher v. Palace Pools, Inc | 16-2015-CA-001331 | P. Kinney, Esq. | 6/13/2016 |
| 9/29/2016 | Hrg | 1/2 day | Div | Amador v. Amador | 2014-DR-000992 | H. Bliss, Esq. | 3/7/2016 |
| 9/27/2016 | T | 1/2 day | PI | White, D. vs. S. Straughn, State Farm | 16-2014-CA-004581 | J. Humphries, Esq. | 7/7/2015 |
| 9/20/2016 | D | 2 | PI | J. Cowart v. A. Hairston and Bajco Florida, LLC | 16-2014-CA-004243 | J. Merrett, Esq. | 6/8/2016 |
| 9/9/2016 | D | 2 | PI | K. Dennis v. Cottle & State Farm | 16-2012-CA-4040 | K. Brown, Esq. | 11/24/2015 |
| 9/8/2016 | T | 1/2 day | PI | Scardino vs. State Farm | 2015-CA-1549-k | Z. Von Roenn, Esq. | 5/23/2016 |
| 9/7/2016 | D | 1 | PI | White, D. vs. S. Straughn, State Farm | 16-2014-CA-004581 | J. Humphries, Esq. | 7/7/2015 |
| 8/29/2016 | D | 2 | PI | McCray v. State Farm Mutual | 16-2011-CA-003718 | W. Kurtz, Esq. | 7/15/2013 |
| 8/23/2016 | Hrg | 1.5 | Div | Burnsed v. Burnsed | 02-2013-DR-199 | C. Gregoire, Esq. | 7/1/2016 |
| 8/17/2016 | D | 1 | PI | D Waters v. SPA Crest Mfg, Inc | 16-2013-CA-6304 | D. Iracki, Esq. | 3/4/2016 |
| 8/11/2016 | D | 4.0 | PI | Dubinsky v, JR Reynolds | 05-2014-CA-026783 | J Kalil, Esq | 3/12/2016 |
| 8/9/2016 | T | 1/2 day | PI | Ray v. J. Bambill | 14-CA-5190 | B. Flaherty, Esq. | 12/12/2014 |
| 8/4/2016 | D | 4.5 | PI | B Hartley v. Branch Banking and Trust | 16-2013-CA-010442-XXXX-M | B. Ansbacher, Esq. | 4/21/2016 |
| 8/3/2016 | D | 1.5 | PI | J. Hawkinson v. B. Peters and State Farm | 2013-CA-010184 | T. Griffin, Esq. | 2/2/2015 |
| 8/2/2016 | D | 3 | PI | Siemer v CSXT & Renessenz | 16-2012-CA-010210 | J. Holland, Esq | 12/31/2013 |
| 8/1/2016 | D | 2.25 | PI | A. Bailey v. Daytona Beach Police Dept. | 6:14-cv-00536-Orl-22DAB | J. Phillips, Esq. | 9/3/2015 |
| 7/28/2016 | D | 4.0 | PI | Dubinsky v, JR Reynolds | 05-2014-CA-026783 | J Kalil, Esq | 3/12/2016 |
| 7/26/2016 | Hrg | 1.0 | WC | Spickney v. Double Envelope | 14-028832MRH | M. Carrillo, Esq. | 5/18/2016 |
| 7/8/2016 | D | 1.0 | PI | M Ramos v. K Wiegman | 16-2012-CA-007210 | J. Phillips, Esq. | 8/26/2015 |
| 6/29/2016 | D | 3.25 | PI | Merritt vs. CSX | 16-2012-CA-008186 | J. D'Andrea | 5/14/2014 |
| 6/16/2016 | D | 2.0 | PI | S. Hodges v. M. Wood and Habitech Systems, Inc | 2014-004812 | J. Wade, Esq | 4/22/2014 |
| 6/6/2016 | D | 1.0 | PI | Cohen vs. James and Kelsey Mangham | 16-2015-CA-3630 | C. Sorenson, Esq. | 2/29/2016 |
| 5/25/2016 | T | 1/2 day | PI | Crews v. F. Wilson | 16-2012-CA-004104 | W. Scott, Esq. | 2/4/2013 |
| 5/17/2016 | D | 2.0 | PI | R Haengel v. McNamara & Pharmerica | 16-2015-CA-000751 | K. Vanderlind, Esq | 2/23/2016 |
| 4/25/2016 | D | 1.5 | PI | Brunelle v. John Doe and Wal-Mart Stores | 2014-CA-01872 | F. Ashton, Esq. | 11/30/2015 |
| 4/21/2016 | T | 1/1 day | PI | Martinez v. A. Zampatti | CA12-0818__ | W. Kurtz, Esq. | 5/29/2014 |
| 4/19/2016 | T | 1/2 day | PI | Wm. Rentschler v. The Batts Co. | 16-2014-CA-005244 | P. Boone, Esq. | 4/7/2015 |
| 4/14/2016 | D | 2.0 | PI | S. Chuhran v. Servicemaster | 16-2014-CA-005686 | B. Currie, Esq. | 1/19/2015 |
| 4/12/2016 | D | 1.0 | PI | Ray v. J. Bambill | 14-CA-5190 | B. Flaherty, Esq. | 12/12/2014 |
| 3/29/2016 | D | 1.0 | PI | Crews v. F. Wilson | 16-2012-CA-004104 | W. Scott, Esq. | 2/4/2013 |
| 3/29/2016 | D | 1.0 | PI | Martinez v. A. Zampatti | CA12-0818 | W. Kurtz, Esq. | 5/29/2014 |
| 3/29/2016 | D | 1.0 | PI | Gonzales v. A Zampatti | CA12-0818 | W. Kurtz, Esq. | 5/29/2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/10/2016 | D | 2.0 | PI | Brunelle v. John Doe and Wal-Mart Stores | 2014-CA-01872 | F. Ashton, Esq. | 11/30/2015 |
| 3/9/2016 | T | 1/2 day | PI | Palacios v. A. Fleming | 16-2013-CA-010887 | R. Block, Esq | 12/10/2015 |
| 3/1/2016 | T | 1/2 day | PI | Gamble v. R.J. Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 9/10/2015 |
| 2/25/2016 | T | 1/2 day | PI | Correia v. Amerisure Ins Co | 16-2014-CA-003988 | D. Iracki, Esq. | 9/2/2015 |
| 2/23/2016 | D | 1.75 hr | PI | Crews v. F. Wilson | 16-2012-CA-004104 | W. Scott, Esq. | 2/4/2013 |
| 2/15/2016 | D | 4.0 | pI | Faricy v. RJ Reynolds | 01-2014-CA-002010 | J. Kalil, Esq | 9/10/2015 |
| 2/12/2016 | D | 2.0 | PI | Schulz v. Xerox, Casler, USAA | 16-2011-CA-009780 | R. Rutledge, Esq | 2/15/2013 |
| 2/5/2016 | D | 3.0 | PI | Holroyd v. Shands | 12-147-CA | J. Schickel, Esq. | |
| 2/4/2016 | D | 1.0 | PI | Palacios v. A. Fleming | 16-2013-CA-010887 | R. Block, Esq | 12/10/2015 |
| 2/3/2016 | D | 1.0 | PI | Correia v. Amerisure Ins Co | 16-20147-CA-003988 | D. Iracki, Esq. | 9/2/2015 |
| 1/18/2016 | D | 1.0 | PI | Mitchell v. J Gastel RN | 13-007878-CI | R. Murphy, Esq. | 11/24/2015 |
| 1/13/2016 | T | 1/2 day | PI | Wiegand v. Crane Transport Inc | 16-2011-CA-005141 | R. Corse, Esq. | 8/10/2009 |
| 1/7/2016 | Hrg | 1.0 | WC | Demato v. Travelers | 15-002119 | C. Puleo, Esq. | 5/20/2015 |
| 1/5/2016 | D | 1.0 | WC | Demato v. Travelers | 15-002119 | C Puleo, Esq. | 5/20/2015 |
| | | | | | | | |
| 12/16/2015 | Hrg | | Div | Belcher v Belcher | | A. Hines, Esq. | 6/10/2015 |
| 12/3/2015 | D | | PI | R. Ferguson v. State Farm | 16-2014-CA-000313 | M. Posgay, Esq. | 4/9/2015 |
| 12/1/2015 | D | | PI | Gamble v. R.J. Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 9/10/2015 |
| 11/18/2015 | D | | PI | Wm. Carter v. M. Dice & SA1A Motor Freight | 16-2014-CA-003329 | M. Searles, Esq. | 2/22/2013 |
| 11/3/2015 | T | | Div | Willis v. Willis | | C. Davis, Esq | 1/2/2015 |
| 10/30/2015 | D | | PI | Heaton v. Manule Espinosa and Richard Espinosa | 16-2012-CA-011622 | W. Kurtz, Esq. | 3/7/2015 |
| 10/30/2015 | D | | PI | Manning v. Manule Espinosa and Richard Espinosa | 16-2012-CA-011622 | W. Kurtz, Esq. | 3/7/2015 |
| 10/21/2015 | T | | PI | R Wool v. State Farm | 16-2011-CA-010543 | L. Manukian, Esq | 1/19/2015 |
| 10/15/2015 | Hrg | | WC | Slegel v. Big Chief Tire | 09-027028-WRH | J. Schickel, Esq. | 2/18/2014 |
| 9/23/2015 | T | | PI | Laycock v. Bates and Reed Transport Services, Inc | 2013CA7098 CV-G | W. Kurtz, Esq. | 4/17/2014 |
| 9/23/2015 | T | | PI | Corob v. Daniel Doloroso and State Farm Ins Co | 16-2014-CA-009725 | R. Block, Esq | 8/4/2015 |
| 9/14/2015 | D | | PI | Wiegand v. Crane Transport, Inc | 16-2011-CA-005141 | R. Corse, Esq. | 8/10/2009 |
| 9/14/2015 | D | | WC | Pacetti v. St. Johns County School Board | 13-014334WRH | A. Winstead, Esq. | 3/18/2015 |
| 8/12/2015 | D | | PI | Sharon Anderson v. Quest Diagnostics, Inc | 16-2011-CA-005973 | B Flaherty, Esq | 4/19/2012 |
| 7/28/2015 | D | | PI | Deegan v. Nexstar Broadcasting | 3:14-CV-1419-J-39BPD | S. Sheftall, Esq. | 6/16/2015 |
| 7/24/2015 | Hrg | | WC | Julie Davis v. Florida Dept of Corrections | 13-024343LAR | K. Hart, Esq. | 5/12/2015 |
| 7/22/2015 | T | | PI | E. Jordan v. P Morris/RJ Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 1/19/2015 |
| 7/8/2015 | T | | PI | Sullivan v. BRP US Inc | 16 2013-CA-000569 | B Flaherty, Esq | 1/6/2014 |
| 7/2/2015 | D | | PI | T Addison vs. USA | 2:14-cv-308-FtM-29CM | J Corinis, Esq. | 5/12/2015 |
| 6/18/2015 | D | | PI | L Brown v. Seatruck In | 2013-CA-4687 | R Staggard, Esq | 9/17/2014 |
| 6/12/2015 | D | | PI | G. Hall v. J Lowery | 16-2012-CA-007136 | J. Philips, Esq. | 6/24/2013 |
| 6/9/2015 | D | | PI | E. Jordan v. P Morris/RJ Reynolds | 2008-CA-15000 | J. Kalil, Esq. | 1/19/2015 |
| 6/8/2015 | D | | PI | K. Prive v. D Davis and Toole | 16-2010--003764 | R Staggard, Esq | 5/29/2012 |
| 5/26/2015 | D. | | PI | Swinton v. Glades Plaza | 502013CA010444XXXXMB(AA) | Max Story, Esq. | 12/13/2013 |
| 5/12/2015 | D | | PI | D Hood v. Albatross Express | 16-2013-CA-08277 | P. Kinney, Esq. | 7/14/2014 |
| 5/6/2015 | T | | PI | L Rogers v. Kimberly Carlisle Shore | 16-2013-CA-00636 | B Flaherty, Esq | 11/20/2014 |
| 4/28/2015 | T | | PI | Basaldua v. Paul Anderson | 2014-CA-557 | M. Maresse, Esq. | 2/17/2015 |
| 4/23/2015 | D | | PI | R Wool v. State Farm | 16-2011-CA-010543 | L. Manukian, Esq | 1/19/2015 |
| 4/21/2015 | D | | PI | Sullivan v. BRP US Inc | 16 2013-CA-000569 | B Flaherty, Esq | 1/6/2014 |
| 4/14/2015 | D | | PI | L Rogers v. Kimberly Carlisle Shore | 16-2013-CA-00636 | B Flaherty, Esq | 11/20/2014 |

## GIL SPRUANCE, M.S., CRC, CVE, CCM, CLCP, MSCC
4604 Atlantic Boulevard * Suite 1B * Jacksonville, Florida 32207 * (904) 399-5357
gspruance@spruancerehab.com

# PROFESSIONAL EXPERIENCE

**SPRUANCE &
ASSOCIATES INC.**
Jacksonville, Florida
June 1989 - Present

### President / Owner

* Responsible for all aspects of service delivery to physically impaired clients, in the field of vocational rehabilitation. Responsible for all aspects of business development and management. Also represents claimants applying for Social Security Disability Benefits.

**INTRACORP**
Jacksonville, Florida
1986 - 1989

### Area Director

* Responsible for all aspects of business management, including budget and fiscal management, sales management, personnel and training. Responsibilities included multiple service products delivered through four individual office sites throughout North Florida.

**INTRACORP**
Gainesville, Florida
1984 - 1986

### Branch Manager

* Responsible for all aspects of business management. Responsible for the growth of all services lines.

**INTRACORP**
Jacksonville, Florida
1981 – 1984

### Unit Manager

* Responsible for managing 8 to 15 Rehabilitation Specialists. Included personnel selection and training. Fiscal Management.

**INTRACORP**
Daytona Beach, Florida
1979 – 1981

### Unit Manager

* Responsible for medical and vocational management of caseload.
* Implemented planning and aggressive assistance resulting in career independence for eligible client.

# EDUCATION

**INTELICUS
UNIVERSITY OF FLORIDA**

2002 – Life Care Planning Certificate Program (#1326)

**NORTH TEXAS
STATE UNIVERISTY**

1980 – Master of Counseling, Psychology/Rehabilitation; Denton, Texas

**FAIRFIELD UNIVERSITY**

1976 – Bachelor of Psychology; Fairfield, Connecticut

# PROFESSIONAL AFFILIATION

Board of Directors, International Association of Rehabilitation Professional (IARP) – Florida
Member-University of North Florida Rehabilitation Counseling Program Advisory Committee
Past President, Florida Association of Rehabilitation Professionals in the Private Sector (FARPPS) 1993 1994
Instructor for Association of Workers' Compensation Claims Professions
Rehabilitation Editor – Florida Comp Magazine
National Organization of Social Security Claimant Representatives 1996 to Present
National Association of Disability Representatives 2004 to Present
Life Care Plan Representative, National Standard & Compliance Review Board – IARP 2016-2018

# CERTIFICATIONS

*Certified Medicare Set –Aside Consultant; #0211
*Certified Life Care Planner; #582
**Certified Vocational Evaluator; #V2640
**Certified Rehabilitation Counselor; #24956
***Certified Case Manager; #15946
State of Florida, Rehabilitation Provider
State of Georgia Rehabilitation Supplier #0427
Vocational Expert, Social Security Administration, Office of Hearings and Appeals (Retired)

* International Commission on Health Care Certification
** Commission on Rehabilitation Counselor Certification
*** The Commission for Case Manager Certification

## PUBLICATIONS / LECTURES

- **Vocational Evaluation and Assessment – Lecture through AWCCP**
  - Insurance Commissioner File # C314000-810-014-002
  - 11/09/1993, 07/23/1997, and 06/08/1998 Jacksonville, FL
  - 09/09/1984 Ft. Lauderdale, FL
- **440.491 Reemployment of Injured Workers; Rehabilitation:**
  - Florida Comp, First Quarter, 1994, Volume 3, No. 4
- **Vocational Rehabilitation Under the New Workers' Compensation Law:**
  - Florida Comp, Fourth Quarter, 1994, Volume 3, No 4.
- **What Happened to Vocational Rehabilitation Services?**
  - Florida Comp, Second Quarter, 1995, Vol. 4, No. 2
- **Literature Review:**
  - Florida Comp, Second Quarter, 1995, Vol. 4, No. 3
- **Doesn't Life Care Planning Have to Be Done by a Nurse?**
  - Inside Life Care Planning, Nov – Dec 1995
- **Rehabilitation Services – Lorman Education Services, Inc.**
  - Jacksonville, FL - 10/11/1996
- **Burdens of Proof for PTD Under 1994 Amendments**
  - Insurance Commissioners File # CE19039-850-9239-02n-SE
    Jacksonville, FL - 10/23/1996
  - Insurance Commissioners File # 190398501378902
    Jacksonville, FL - 03/28/1997
- **Legislative Update – Florida Workers' Compensation**
  - NARPPS – FL/DWC Workshop, Jacksonville - 06/20/1997
- **Return to Work Issues in Workers' Compensation**
  - Lorman Education Services, Inc., Jacksonville - 10/23/1997
- **SSDI – How to Assess – NARPPS – Florida,** Orlando - 10/24/1997
- **Effective Medical & Vocational Management,** Jacksonville, FL – 11/20/1997
  - Florida State University and Florida Business Alliance
- **PTD Evaluations vs. Social Security Disability**
  - Florida Business Alliance, 1997, Vol. 1, Issue 1
- **DWC Workshop/Ethics in Rehabilitation – Moderator**
  - NARPPS, Jacksonville, FL – 11/05/1999
- **Introductions to Workers' Compensation in Florida**
  - Lorman Education Services, Inc., Jacksonville, FL – 05/21/2003
- **Medicare Set-Aside Arrangements,** Jacksonville, FL – 04/28/2006
- **Why a Rehab Counselor Makes a Good Social Security Rep.**
  - IARP, Minneapolis, MN – 05/2006
- **Presentation to FL Judges of Compensation Claims,** Tallahassee, FL – 10/2006
- **Effective MSA Strategies** – 11/29/2006
- **Why a Rehab Counselor Makes a Good Social Security Rep.**
  - IARP, Washington, D.C. – 04/23/2007
- **The Impact of the Medicare Secondary Payer Act on Liability Cases**
  - Jacksonville, FL – 05/16/2008
- **Determining an Individual's Propensity for Work, Past and Present**
  - IARP, Weston, FL – 10/31/2008
- **Trial Practice:  Use of Vocational Experts – Panel Member**
  - IARP/WCCP Conference, Orlando, FL – 04/2008
- **Future Work Propensity Study**
  - IARP Forensic Conference, New Orleans, LA – 11/06/2010
- **Re-Employment and the Role of Dual QRPs**
  - Fall Forum on Workers' Compensation Topics, Jacksonville, FL – 11/15/2010
- **Trial Practice:  Use of Vocational Experts – Panel Member**
  - IARP/WCCP Conference, Orlando, FL – 04/2011

## PUBLICATIONS / LECTURES

- **Future Work Propensity:**
  **A Proposed Alternative to Purely Statistical Modes of Work Life Expectancy**
    - The Rehabilitation Professional, Vol. 19, No. 1, 2011
    - Robinson, R.; Spruance, G., 2011
- **Changes to the Workers' Comp Law Affecting QRP's**
    - The Voice Newspaper, 06/2011
- **Trial Practice: Use of Vocational Experts – Panel Member**
    - IARP/WCCP Conference, Orlando, FL – 04/2012
- **Trial Practice: Use of Vocational Experts – Panel Member**
    - IARP/WCCP Conference, Orlando, FL – 04/2013
- **Steps 4 & 5 of the Sequential Evaluation**
    - NADR Conference, Washington, D.C. – 03/2014
- **Trial Practice: Use of Vocational Experts – Panel Member**
    - IARP/WCCP Conference, Orlando, FL – 04/2014
- **Trial Practice: Use of Vocational Experts – Panel Member**
    - IARP/WCCP Conference, Orlando, FL – 04/2015
- **Trial Practice: Use of Vocational Experts – Panel Member**
    - IARP/WCCP Conference, Orlando, FL – 04/2016
- **The Role of a Rehabilitation Counselor in Family Law Matters**
    - Jacksonville, FL – 03/13/2017
- **Crossing Over from SSVE to Non-Attorney Rep**
    - IARP Conference, Charlotte, NC – 10/2018

# FEE SCHEDULE
## Professional Work

All Professional/Assessment Work . . . $250.00/Hour plus expenses.

Expedited Services Fee + $100.00/Hour
- ~ Expedited Fee applies for 45 calendar days from referral.
- ~ Report/opinion required within 45 calendar days of referral.
- ~ If urgency is abated, casework will continue at non-expedited rates as soon as we are notified in writing.

Court Testimony . . . $2000.00 per ½ day (a.m. or p.m.)

- ~ ½ day fee for Court Testimony time must be paid 10 days in advance, and is nonrefundable. Should the Testimony go into the following day, another ½ day fee is required.

Deposition . . . $425.00 / Hour

- ~ Two (2) hour minimum for Deposition

- ~ Prepayment for Depositions required 3 business days prior to the Deposition and is **non-refundable** and **is non-transferable** (to another time) should Deposition be cancelled or rescheduled during the 3-day period prior to the scheduled deposition.

Fees for professional assessment/work include review, assessment, vocational evaluation and testing, research, counseling, travel time, oral and written reports.

- ▪ Expenses:   Actual expenses reasonably and necessarily incurred, such as travel (air travel is at coach class, and mileage is billed at $0.68 per mile), subsistence and lodging, long distance telephone charges, etc., are additional to the consulting fee and will be billed at cost.

## TERMS

- ~ Our fees are <u>not</u> contingency based. Invoices are issued monthly and payable within 30 days from the date of invoice.

- ~  A ***nonrefundable*** retainer of $2,000.00 is required with the initiation of a case, or upon being listed as a retained expert on the case.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

RICHARD A. TRIOLO

      Plaintiff,

vs.

CASE NO.: 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

      Defendant.

_____/

## AFFIDAVIT OF REYNALDO PARDO, M.D.

State of Florida

County of Duval

      BEFORE ME, the undersigned authority, personally appeared Reynaldo Pardo, M.D., who first being duly sworn, deposes and states as follows: _

1. I, Reynaldo Pardo, M.D., am over the age of 18 years of age, competent to testify to the matters herein, and located at 12078 San Jose Blvd., Suite 2, Jacksonville, FL 32223.

2. I am a Board Certified in Anesthesiology and licensed to practice as a pain management doctor in the State of Florida.

3. This affidavit is based upon my training and specialization as a Board Certified Anesthesiologist and pain management doctor as well as my treatment of Richard Triolo as described in the St. Joseph's Interventional Pain Specialist medical records. This affidavit shall further supplement my opinions set forth in those medical records.



4.  I have treated Richard Triolo since July 11, 2017, and continue to provide medical
    treatment to him for his thoracic and lumbar spine injuries arising out of an
    automobile accident dated February 11, 2017 as described in the St. Josephs
    Interventional Pain Specialists medical records.

5.  Mr. Triolo presented to my office with complaints of mid to lower back pain radiating
    into right lower extremities down to his right knee, right sided neck pain radiating to
    his mid-back to the right parascapular area, and headaches.

6.  I performed several pain management procedures and prescribed medication to Mr.
    Triolo in an effort to relieve his pain in his lumbar, thoracic and cervical spine
    regions.

7.  It is my opinion within a reasonable degree of medical probability the impact from
    the automobile accident dated February 11, 2017 caused the following injuries to Mr.
    Triolo's lumbar spine:

    a.  2 mm protruding disc herniation indenting the anterior thecal sac with spinal
        canal narrowing at T12-L1

    b.  Annular bulge encroaching upon foraminal at L2-3

    c.  Mild facet joint arthropathy, predominantly on the right side at L3-4

    d.  Bilateral facet joint arthropathy at L4-5

    e.  Circumferential disc bulge resulting in bilateral foraminal stenosis in
        combination with anterior L5 subluxation encroaching upon the L5 nerve
        roots bilaterally.

8.  It is my opinion within a reasonable degree of medical probability that these injuries
    to Mr. Triolo's lumbar spine are permanent in nature.

9.  It is my opinion within a reasonable degree of medical probability that these injuries
    to Mr. Triolo's lumbar spine did not pre-exist the date of this accident.

10. It is my opinion within a reasonable degree of medical probability the impact from
    the automobile accident dated February 11, 2017 caused a temporary injury to Mr.
    Triolo's cervical spine including muscle spasms, sprain and strain.

11. As a result of Mr. Triolo's injuries and ongoing pain subsequent to his fusion at L5-
    S1, it is my opinion within a reasonable degree of medical probability that Mr. Triolo
    will need future pain management treatment for the remainder of his life as follows:

    a.  Pain management office visits approximately 12 times per year

    b.  Urine drug screen tests approximately 4-6 times per year

    c.  Narcotic pain medication including but not limited to
        oxycodone/acetaminophen (10-325) approximately 45 pills per month for the

    d.  Bilateral 3-level lumbar radiofrequency ablation 1 time per year

    e.  Physical therapy/chiropractic care 24 times per year

12. This is true and correct to the best of my knowledge based upon a reasonable degree
    of medical certainty.

FURTHER AFFIANT SAYETH NOT.

NAME:  REYNALDO   PARDO, M.D.

Sworn to and subscribed before me this ___7th___ day of ___May___, 2019.

NOTARY PUBLIC, State of Florida

PARDEEP NAGES
NOTARY
My Comm. Expires
October 24, 2020
No. GG 41561
PUBLIC
STATE OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

      Plaintiff,    CASE NO.: 3:18-cv-00919-MMH-JBT

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

### AFFIDAVIT OF RAYMOND TOPP, M.D.

State of <u>Georgia</u>

County of <u>Glynn</u>

      BEFORE ME, the undersigned authority, personally appeared Raymond Topp, M.D., who first being duly sworn, deposes and states as follows:

1.   I, Raymond Topp, M.D., am over the age of 18 years of age, competent to testify to the matters herein, and located at 3316 S. 3rd Street, Jacksonville Beach, Florida, 32250.

2.   I am a Board Certified Orthopedic Surgeon and licensed to practice as a medical doctor in the State of Florida.

3.   This affidavit is based upon my training and specialization as a Board Certified Orthopedic Surgeon as well as my treatment of and surgery on Richard Triolo as described in the Topp Spine and Orthopaedic medical records. This affidavit shall further supplement my opinions set forth in those medical records.



4.  I began treating Richard Triolo on or around November 8, 2017, and continue to provide medical treatment to him for his lumbar spine injuries arising out of an automobile accident dated February 11, 2017.

5.  Mr. Triolo presented to my office with complaints of lower back pain radiating into right lower extremities after unsuccessfully attempting to obtain relief from conservative treatments such as chiropractic and pain management modalities and procedures.

6.  On March 22, 2018, I performed a posterior lumbar interbody fusion surgery ("PLIF") at L5-S1 on Mr. Triolo due to constant pain radiating posteriorly down his thigh and sometimes anteriorly to the hip flexor.

7.  It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused an injury to Mr. Triolo's Lumbar spine which required the PLIF surgery.

8.  It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused the following injuries to Mr. Triolo's lumbar spine:

    a.  2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing at T12-L1

    b.  Annular bulge encroaching upon foraminal at L2-3

    c.  Mild facet joint arthropathy, predominantly on the right side at L3-4

    d.  Bilateral facet joint arthropathy at L4-5

e.  Circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

f.  SI joint dysfunction secondary to surgery.

9.  It is my opinion within a reasonable degree of medical probability that the injuries to Mr. Triolo's lumbar spine are permanent in nature.

10. It is my opinion within a reasonable degree of medical probability that these injuries to Mr. Triolo's lumbar spine did not pre-exist the date of this accident.

11. As a result of Mr. Triolo's injuries and ongoing pain subsequent to his PLIF at L5-S1, it is my opinion within a reasonable degree of medical probability that Mr. Triolo will need future orthopedic treatment for the remainder of his life as follows:

a.  Lumbar fusion extension for pain relief - once over his lifetime.

b.  Orthopedic follow up visits with x-rays to monitor the lumbar spine one time per year for the remainder of his life.

12. This is true and correct to the best of my knowledge based upon a reasonable degree of medical probability.

FURTHER AFFIANT SAYETH NOT.

NAME:

Sworn to and subscribed before me this _____ 7TH _____ day of _____ MAY _____, 2019.

NOTARY PUBLIC, State of Florida

DONNA M. KAMINSKY