UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

                 Plaintiff,

Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA,

                 Defendant.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY

Defendant, the UNITED STATES OF AMERICA, hereby moves for leave to file a reply brief, of not more than eight pages, in support of its motion to strike and to address several arguments raised in Plaintiff's response. In support of the instant motion, Defendant states as follows:

1. In his response, Plaintiff raises several arguments and relies on several cases regarding Rule 26(a)(2)(C)'s requirement to provide the opinions and the facts of his non-retained experts to which the Defendant has not had a chance to address. Further, in his response, Plaintiff seeks to shift the burden to the Defendant to cure the prejudice created by failing to meet the requirements of Rule 26(a)(2)(C).

2. Defendant believes it is important to address these arguments. Hence, Defendant would appreciate an opportunity to do so.

3. Defendant seeks leave of Court to file a reply brief of not more than eight pages, excluding the certificate of service. Defendant will be prepared to file its reply brief on or before Thursday, August 8, 2019.

4.     Pursuant to Local Rule 3.01(g), the undersigned attorney has conferred with counsel for Plaintiff regarding the instant motion. Plaintiff does not object to Defendant's request to file a reply brief.

## **MEMORANDUM**

Although a reply as of right is not permitted in this District, the Court has broad discretion to grant leave to file a reply. *See* Local Rule 3.01(c). Here, Defendant seeks leave of Court to file a reply of not more than eight pages, excluding the certificate of service, to respond to numerous arguments raised in Plaintiff's Response. It is the goal of Defendant to prepare a reply brief that will assist the Court in rendering a decision in the instant matter. Defendant respectfully submits that good cause exists and respectfully requests that the Court grant the instant motion.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court grant leave to file a reply brief of not more than eight pages.

Dated: July 29, 2019                          Respectfully Submitted,

                                              MARIA CHAPA LOPEZ
                                              United States Attorney

                                              /s/Ronnie S. Carter
                                              RONNIE S. CARTER
                                              Assistant United States Attorney
                                              Florida Bar No. 0948667
                                              United States Courthouse
                                              300 North Hogan Street, Suite 700
                                              Jacksonville, Florida 32202-4270
                                              Telephone No. (904) 301-6283/6300
                                              Facsimile No. (904) 301-6310
                                              Email: Ronnie.Carter@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s) listed below:

>Benjamin C. Moore, Esquire
>Philip S. Kinney, Esquire
>Kinney & Sasso, PLLC.
>9191 RG Skinner Parkway, Suite 703
>Jacksonville, FL 32256-9678

>*/s/Ronnie S. Carter*
>RONNIE S. CARTER
>Assistant United States Attorney