**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

RICHARD A. TRIOLO

                                      CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT
AND SCHEDULING ORDER AND REFERRAL TO MEDIATION**

        Plaintiff, RICHARD A. TRIOLO, by and through his undersigned counsel, files his Motion to Modify Case Management and Scheduling Order and Referral to Mediation pursuant to Federal Rule of Civil Procedure 16(b)(4), and states as follows:

        1.      The Court entered its Case Management and Scheduling Order and Referral to Mediation on February 13, 2019 ("Scheduling Order). Doc 11.  The Scheduling Order nominates Michael Coulson to serve as the mediator. Id.

        2.      However, during a recent mediation in another personal injury matter, a conflict arose with Mr. Coulson which will continue to permeate in this case should he serve as the mediation.

        3.      Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for Defendant who has agreed to jointly nominate Robert A. Cole of the mediation firm Upchurch, Watson, White & Max to serve as the mediator.

1

## MEMORANDUM OF LAW

Rule 16(b)(4) provides the Court may modify a schedule for good cause and with the Court's consent. Good cause exists to replace Michael Coulson with Robert A. Cole due to Plaintiff's counsels' conflict with Michael Coulson.

WHEREFORE, Plaintiff Richard Triolo respectfully requests this court enter an Order modifying the Scheduling Order and substituting Robert A. Cole as mediator in place of Michael Coulson.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Ronnie S. Carter, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
              Chantal.Sabino@usdoj.gov
              Brittany.Robinson2@usdoj.gov
              jaxdocket.mailbox@usdoj.gov

By:/s/*<u>Benjamin C. Moore</u>*
    Benjamin C. Moore, Esq.
    Florida Bar No. 773581
    Philip S. Kinney, Esq.
    Fla. Bar No.: 0709611
    *Kinney & Moore, PLLC*
    9191 R.G. Skinner Pkwy., Suite 703
    Jacksonville, Florida 32256
    Tel: (904) 642-4111
    Fax: (904) 329-1875
    E-mail: Ben@JaxLitigation.com
    Secondary: Heather@JaxLitigation.com
    Attorney for Plaintiff