UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

vs.                                    CASE NO.: 3:18-cv-919-J-34MJBT

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF CANCELLATION OF MEDIATION

By agreement of counsel for the parties in this case, the mediation conference scheduled for **MONDAY, OCTOBER 21, 2019 at 9:00 a.m.**, is herewith cancelled, to be scheduled with another mediator.

DATED this __13__ day of August, 2019.

                                                Respectfully submitted,

                                                _/s/ Michael I. Coulson_
                                                MICHAEL I. COULSON - **Mediator**
                                                Certification No: 5891 R
                                                320 North First Street, Suite 708
                                                Jacksonville Beach, FL  32250
                                                (904) 296-9919
                                                (904) 296-8323 - Fax

Copies to:

Benjamin C. Moore, Esquire
Ronnie S. Carter, Esquire