UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

    Plaintiff,

vs.

CASE NO.: 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## AFFIDAVIT OF REYNALDO PARDO, M.D.

State of Florida

County of Duval

    BEFORE ME, the undersigned authority, personally appeared Reynaldo Pardo, M.D., who first being duly sworn, deposes and states as follows:

1. I, Reynaldo Pardo, M.D., am over the age of 18 years of age, competent to testify to the matters herein, and located at 12078 San Jose Blvd., Suite 2, Jacksonville, FL 32223.

2. I am a Board Certified in Anesthesiology and licensed to practice as a pain management doctor in the State of Florida.

3. This affidavit is based upon my training and specialization as a Board Certified Anesthesiologist and pain management doctor as well as my treatment of Richard Triolo as described in the St. Joseph's Interventional Pain Specialist medical records. This affidavit shall further supplement my opinions set forth in those medical records.



Ex "A"

4. I have treated Richard Triolo since July 11, 2017, and continue to provide medical treatment to him for his thoracic and lumbar spine injuries arising out of an automobile accident dated February 11, 2017 as described in the St. Josephs Interventional Pain Specialists medical records.

5. Mr. Triolo presented to my office with complaints of mid to lower back pain radiating into right lower extremities down to his right knee, right sided neck pain radiating to his mid-back to the right parascapular area, and headaches.

6. I performed several pain management procedures and prescribed medication to Mr. Triolo in an effort to relieve his pain in his lumbar, thoracic and cervical spine regions.

7. It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused the following injuries to Mr. Triolo's lumbar spine:

    a. 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing at T12-L1
    b. Annular bulge encroaching upon foraminal at L2-3
    c. Mild facet joint arthropathy, predominantly on the right side at L3-4
    d. Bilateral facet joint arthropathy at L4-5
    e. Circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

8. It is my opinion within a reasonable degree of medical probability that these injuries to Mr. Triolo's lumbar spine are permanent in nature.

9. It is my opinion within a reasonable degree of medical probability that these injuries to Mr. Triolo's lumbar spine did not pre-exist the date of this accident.

10. It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused a temporary injury to Mr. Triolo's cervical spine including muscle spasms, sprain and strain.

11. As a result of Mr. Triolo's injuries and ongoing pain subsequent to his fusion at L5-S1, it is my opinion within a reasonable degree of medical probability that Mr. Triolo will need future pain management treatment for the remainder of his life as follows:

    a. Pain management office visits approximately 12 times per year

    b. Urine drug screen tests approximately 4-6 times per year

    c. Narcotic pain medication including but not limited to oxycodone/acetaminophen (10-325) approximately 45 pills per month for the

    d. Bilateral 3-level lumbar radiofrequency ablation 1 time per year

    e. Physical therapy/chiropractic care 24 times per year

12. This is true and correct to the best of my knowledge based upon a reasonable degree of medical certainty.

FURTHER AFFIANT SAYETH NOT.

NAME: REYNALDO PARDO, M.D.

Sworn to and subscribed before me this 7th day of May, 2019.

NOTARY PUBLIC, State of Florida