UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

    Plaintiff,

vs.

CASE NO.: 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## AFFIDAVIT OF RAYMOND TOPP, M.D.

State of Georgia

County of Glynn

BEFORE ME, the undersigned authority, personally appeared Raymond Topp, M.D., who first being duly sworn, deposes and states as follows:

1. I, Raymond Topp, M.D., am over the age of 18 years of age, competent to testify to the matters herein, and located at 3316 S. 3rd Street, Jacksonville Beach, Florida, 32250.

2. I am a Board Certified Orthopedic Surgeon and licensed to practice as a medical doctor in the State of Florida.

3. This affidavit is based upon my training and specialization as a Board Certified Orthopedic Surgeon as well as my treatment of and surgery on Richard Triolo as described in the Topp Spine and Orthopaedic medical records. This affidavit shall further supplement my opinions set forth in those medical records.



Ex "B"

4. I began treating Richard Triolo on or around November 8, 2017, and continue to provide medical treatment to him for his lumbar spine injuries arising out of an automobile accident dated February 11, 2017.

5. Mr. Triolo presented to my office with complaints of lower back pain radiating into right lower extremities after unsuccessfully attempting to obtain relief from conservative treatments such as chiropractic and pain management modalities and procedures.

6. On March 22, 2018, I performed a posterior lumbar interbody fusion surgery ("PLIF") at L5-S1 on Mr. Triolo due to constant pain radiating posteriorly down his thigh and sometimes anteriorly to the hip flexor.

7. It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused an injury to Mr. Triolo's Lumbar spine which required the PLIF surgery.

8. It is my opinion within a reasonable degree of medical probability the impact from the automobile accident dated February 11, 2017 caused the following injuries to Mr. Triolo's lumbar spine:

    a. 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing at T12-L1
    b. Annular bulge encroaching upon foraminal at L2-3
    c. Mild facet joint arthropathy, predominantly on the right side at L3-4
    d. Bilateral facet joint arthropathy at L4-5

e. Circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

f. SI joint dysfunction secondary to surgery.

9. It is my opinion within a reasonable degree of medical probability that the injuries to Mr. Triolo's lumbar spine are permanent in nature.

10. It is my opinion within a reasonable degree of medical probability that these injuries to Mr. Triolo's lumbar spine did not pre-exist the date of this accident.

11. As a result of Mr. Triolo's injuries and ongoing pain subsequent to his PLIF at L5-S1, it is my opinion within a reasonable degree of medical probability that Mr. Triolo will need future orthopedic treatment for the remainder of his life as follows:

    a. Lumbar fusion extension for pain relief - once over his lifetime.

    b. Orthopedic follow up visits with x-rays to monitor the lumbar spine one time per year for the remainder of his life.

12. This is true and correct to the best of my knowledge based upon a reasonable degree of medical probability.

FURTHER AFFIANT SAYETH NOT.

_____
NAME

Sworn to and subscribed before me this 7TH day of MAY, 2019.

_____
NOTARY PUBLIC, State of Florida

DONNA M. KAMINSKY