UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

                Plaintiff,

Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA,

                Defendant.

_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant wishes to make the Court aware of the issuance of a recent decision: *Nosewicz v. Janosko*, Civil Action No. 16-cv-00447, 2019 WL 4248895 (D. Colo.), *report and recomm. accepted by*, 2019 WL 4242739 (D. Colo. Sept. 6, 2019). *See* attached. This decision is directly relevant to the issues raised in Defendant's objection to the Magistrate Judge's non-dispositive order denying Defendant's motion to strike Plaintiff's non-retained expert witnesses (Doc. 25).

Dated: September 26, 2019

                                            Respectfully Submitted,

                                            MARIA CHAPA LOPEZ
                                            United States Attorney

                                            */s/ Ronnie S. Carter*
                                            RONNIE S. CARTER
                                            Assistant United States Attorney
                                            Florida Bar No. 0948667
                                            United States Courthouse
                                            300 North Hogan Street, Suite 700
                                            Jacksonville, Florida 32202-4270
                                            Telephone No. (904) 301-6283/6300
                                            Facsimile No. (904) 301-6310
                                            Email: Ronnie.Carter@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s) listed below:

>Benjamin C. Moore, Esquire
>Philip S. Kinney, Esquire
>Kinney & Sasso, PLLC.
>9191 RG Skinner Parkway, Suite 703
>Jacksonville, FL 32256-9678

>*/s/Ronnie S. Carter*
>RONNIE S. CARTER
>Assistant United States Attorney