**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

        Plaintiff,

v.                                            Case No.  3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendant's *Daubert* Motion to Exclude Opinions of Plaintiff's Non-Retained Expert Witnesses (Dkt. No. 31; Motion) filed on October 1, 2019.  Upon review of the Motion, it appears that counsel for Defendant failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that she has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether opposing counsel agrees to the relief requested.  Therefore, as Defendant failed to comply with the Local Rules of this Court, the Motion will be denied without prejudice.

In light of the foregoing, it is

**ORDERED:**

1. Defendant's *Daubert* Motion to Exclude Opinions of Plaintiff's Non-Retained Expert Witnesses (Dkt. No. 31) is **DENIED without prejudice**.

2.  Counsel for Defendant shall have up to and including **October 8, 2019**, to file an Amended Motion after fully complying with her obligation to confer in a <u>good</u> <u>faith</u> attempt to resolve all or any portion of the issues addressed in the Motion.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of October, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record