**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

                              CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF WITHDRAWING PORTION OF EXPERT WITNESS DISCLOSURE FROM AUTO REPAIR TECH MICHAEL COCHRAN**

Plaintiff, RICHARD A. TRIOLO, by and through his undersigned attorneys, files this Notice of Withdrawing Portion of Expert Witness Disclosure from Auto Repair Tech Michael Cochran as follows:

1. Plaintiff withdraws the portion of expert witness disclosure at paragraph 1, Summary of Facts and Opinions, which states: "He will testify that the damage to the vehicle indicates the impact was a hard impact."

1

        By:/s/*Ben Moore*
        Philip S. Kinney, Esq.
        Fla. Bar No.: 0709611
        Benjamin C. Moore, Esq.
        Florida Bar No. 773581
        *Kinney & Moore, PLLC*
        9191 R.G. Skinner Pkwy., Suite 703
        Jacksonville, Florida 32256
        Tel: (904) 642-4111
        Fax: (904) 329-1875
        Email: Philip@JaxLitigation.com
        E-mail: Ben@JaxLitigation.com
        Secondary: Heather@JaxLitigation.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on 8th day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Ronnie S. Carter, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
        Chantal.Sabino@usdoj.gov
        Brittany.Robinson2@usdoj.gov
        Jaxdocket.mailbox@usdoj.gov

        /s/*Ben Moore*
        Attorney