**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

            CASE NO.: 3:18-cv-00919-MMH-JBT

 Plaintiff,

vs.

UNITED STATES OF AMERICA,

 Defendant.
_____/

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO**
**DEFENDANT'S AMENDED DAUBERT MOTION**

  Plaintiff, Richard A. Triolo, files this Motion to Extend Deadline to File Response to Defendant's Amended Daubert Motion to Exclude Opinions of Plaintiff's Non-Retained Expert Witnesses pursuant to Rule 6(b), Federal Rules of Civil Procedure and Local Rule 3.01, and in support thereof states:

  1. Defendant filed its Amended Daubert Motion on October 8, 2019, and Plaintiff's response is due October 22, 2019.

  2. Counsel for Plaintiff recently returned from a 6-day family vacation and requests this Court extend the deadline for its response 10 days so that the new deadline is November 1, 2019.

  3. Counsel for Plaintiff has conferred with counsel for Defendant, and Counsel for Defendant has no objection to the Motion for Extension.

**MEMORANDUM OF LAW**

  Federal Rule of Civil Procedure 6(b) provides that the Court has discretion to extend time "when an act may or must be done within a specified time…for good cause."  Due to the Plaintiff's

1

counsel's vacation and work-load upon returning to the office, the undersigned requests this Court extend the deadline to file a response to Defendant's Amended Daubert Motion to November 1, 2019.

### Certificate of Compliance with Local Rule 3.01 (g)

I hereby certify that I conferred in good faith with Ms. Ronnie S. Carter, Esquire, Defendant's Counsel, regarding the instant motion and Ms. Carter has no objection to the Court granting a ten-day extension of the deadline for Plaintiff to respond to Defendant's Amended Daubert Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.
 Ronnie S. Carter, Esq.
 Assistant United States Attorney
 Trial Counsel
 United State Courthouse
 300 North Hogan Street, Suite 700
 Jacksonville, FL 32202-4270
 Primary: Ronnie.Carter@usdoj.gov

Secondary: Nicole.Schmidt2@usdoj.gov
Chantal.Sabino@usdoj.gov
Brittany.Robinson2@usdoj.gov
jaxdocket.mailbox@usdoj.gov

By:/s/*Benjamin C. Moore*
Benjamin C. Moore, Esq.
Florida Bar No. 773581
Philip S. Kinney, Esq.
Fla. Bar No.: 0709611
*Kinney & Moore, PLLC*
9191 R.G. Skinner Pkwy., Suite 703
Jacksonville, Florida 32256
Tel: (904) 642-4111
Fax: (904) 329-1875
E-mail: Ben@JaxLitigation.com
E-mail: Philip@JaxLitigation.com
Secondary: Heather@JaxLitigation.com
Attorney for Plaintiff