**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

RICHARD A. TRIOLO

                                CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR SANCTIONS
<u>AGAINST DEFENDANT FOR FAILURE TO ATTEND MEDIATION</u>**

Plaintiff, Richard A. Triolo, hereby moves for an award of sanctions against the Defendant for the Defendant's failure to attend Mediation, and in support thereof states:

1. The parties were scheduled for Mediation today, 21st day of October, 2019, before attorney Robert Cole of the mediation firm of Upchurch Watson White & Max.

2. The Plaintiff along with his counsel were present at the Mediation.

3. The Defendant did not attend the Mediation.

4. Only the Defendant's attorney attended the Mediation.

5. The Defendant did not obtain permission from the Court to be excused from attending the Mediation.

6. The Mediator was not aware that the Defendant would not attend the Mediation.

7. Prior to the Mediation, the Plaintiff never received a request for agreement to excuse the Defendant from Mediation.

8. At the commencement of the Mediation, the undersigned brought the Defendant's

1

absence to the attention of the Defendant's attorney.  Defendant's counsel responded by stating that she would act as the representative with "full authority."  Thereafter, the Defendant's counsel called Ms. Conny Beatty and placed her on speaker phone.  Ms. Beatty works for the United States Postal Service and is the claim handling representative.

9. Predictably, the Mediation was a waste of the Plaintiff's time and money.

## MEMORANDUM OF LAW

Local Rule 9.05(c) states:

(c) Party Attendance Required: Unless otherwise excused by the presiding judge in writing, all parties, corporate representatives, and any other required claims professionals (insurance adjuster, etc.) ***shall*** be present at the Mediation Conference with full authority to negotiate a settlement. Failure to comply with the attendance or settlement authority requirements may subject a party to sanctions by the Court. [Emphasis Added].

Further, Rule 11(f)(1)(C), Fed. R. Civ. P. provides that a Court on motion or on its own motion, may issue an order sanctioning a party for the failure "to obey a scheduling or other pretrial order."  As a form of sanction, the Court may impose fees and costs on the party who fails to comply with said order including attorney's fees of the other party for the Defendant's noncompliance.

WHEREFORE, Plaintiff respectfully request this Court enter an Order of Sanctions against the Defendant and order the Defendant to pay for Plaintiff's attorney's fees for the time spent at the mediation, the Mediator's fees, and for such further relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Ronnie S. Carter, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
          Chantal.Sabino@usdoj.gov
         Brittany.Robinson2@usdoj.gov
        jaxdocket.mailbox@usdoj.gov

                                      By:/s/*Philip S. Kinney*
                                        Philip S. Kinney, Esq.
                                        Fla. Bar No.: 0709611
                                        Benjamin C. Moore, Esq.
                                        Florida Bar No. 773581
                                        *Kinney & Moore, PLLC*
                                        9191 R.G. Skinner Pkwy., Suite 703
                                        Jacksonville, Florida 32256
                                        Tel: (904) 642-4111
                                        Fax: (904) 329-1875
                                        Email: Philip@JaxLitigation.com
                                        E-mail: Ben@JaxLitigation.com
                                        Secondary: Heather@JaxLitigation.com

                                        Attorneys for Plaintiff