**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

                                        CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF ATTEMPT TO COMPLY WITH**
**<u>ATTORNEY PRE-TRIAL MEETING</u>**

    Plaintiff Richard Triolo hereby gives notice that counsel for Plaintiff attempted to comply with this Court's Case Management and Scheduling Order which required counsel for the parties meet on or before February 4, 2020 to review trial exhibits and discuss matters related to trial. The undersigned scheduled the meeting with the Defendant's attorney for Monday, January 27, 2020, but Defendant's attorney cancelled the meeting and has not tried to reschedule same.

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Ronnie S. Carter, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
   Chantal.Sabino@usdoj.gov
   Brittany.Robinson2@usdoj.gov
   jaxdocket.mailbox@usdoj.gov

                                 By:/s/*Benjamin C. Moore*
                                       Benjamin C. Moore, Esq.
                                       Florida Bar No. 773581
                                       Philip S. Kinney, Esq.
                                       Fla. Bar No.: 0709611
                                       *Kinney & Moore, PLLC*
                                       9191 R.G. Skinner Pkwy., Suite 703
                                       Jacksonville, Florida 32256
                                       Tel: (904) 642-4111
                                       Fax: (904) 329-1875
                                       E-mail: Ben@JaxLitigation.com
                                       E-mail: Philip@JaxLitigation.com
                                       Secondary: Heather@JaxLitigation.com
                                       Attorney for Plaintiff