UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,                        Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA

        Defendant.

_____/

**DEFENDANT'S MOTION TO CONTINUE TRIAL,
PRETRIAL CONFERENCE, AND RELATED PRE-TRIAL DEADLINES**

    Defendant, the United States of America, hereby moves for a continuance of the trial of the matter, the pretrial conference, and the related pre-trial deadlines because defense counsel is unable to proceed due to a medical situation, the nature of which can be communicated orally to the Court. In support, Defendant states as follows:

    1.    The instant Federal Tort Claims Act case concerns a motor vehicle accident. Doc. 1.

    2.    The Case Management and Scheduling Order (Doc. 11) set the case for the March 2020 trial term. The joint final pretrial statement is due on February 10, 2020 and the final pretrial conference is scheduled for February 19, 2020 at 10:00 a.m. Doc. 11; Doc. 45.

    3.    In accordance with Local Rule 3.06(b), the parties scheduled a pre-trial conference meeting to take place on Monday, January 27, 2020.

4. On Thursday, January 23, 2020, one of the undersigned's colleagues spoke to plaintiff's counsel regarding the undersigned's developing medical situation. The colleague asked that the pre-trial conference meeting be cancelled and indicated that the trial likely would need to be postponed. The colleague confirmed, in subsequent communications to Plaintiff's counsel, that the undersigned would not be able to proceed with the March trial date and would be seeking a continuance.

5. The undersigned has been out of the office for most of the past two weeks and will continue to be out going forward, likely for several months.

6. In light of the above, Defendant respectfully requests that this Court continue the trial of this matter, the pretrial conference, and the related pre-trial deadlines, until such time as the medical situation referenced above has been resolved and the undersigned is able to return to full-time work. It is difficult, at this time, to predict when that will occur. Defendant requests that the trial not be rescheduled prior July 2020.

7. This motion is made in good faith and not for purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice either Party.

## MEMORANDUM

The Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Board of Regents of University of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001). *See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("[W]e stress the broad discretion district courts have in managing their cases."). Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent."

The instant motion seeks to continue the trial of this case, the pretrial conference, and the related pre-trial deadlines. This motion is necessitated by the nature of the medical situation in issue, which can be addressed in greater detail through an oral conversation with the Court.

WHEREFORE, Defendant respectfully submits that good cause exists for the granting of the instant motion.

Dated: January 31, 2020          Respectfully Submitted,

                                             MARIA CHAPA LOPEZ
                                             United States Attorney

                                             */s/Ronnie S. Carter*
                                             RONNIE S. CARTER
                                             Assistant United States Attorney
                                             Florida Bar No. 0948667
                                             United States Courthouse
                                             300 North Hogan Street, Suite 700
                                             Jacksonville, Florida 32202-4270
                                             Telephone No. (904) 301-6283/6300
                                             Facsimile No. (904) 301-6310
                                             Email: Ronnie.Carter@usdoj.gov

**Certificate of Compliance with Local Rule 3.01 (g)**

I hereby certify that my colleague, Collette B. Cunningham, Esq., has conferred in good faith with Benjamin C. Moore, Esquire, Plaintiff's counsel, regarding the instant motion. Mr. Moore advised that he does not consent to the relief being sought.

                                             */s/Ronnie S. Carter*
                                             RONNIE S. CARTER
                                             Assistant United States Attorney

## Certificate of Service

I HEREBY CERTIFY that on this 31st day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s) listed below:

> Benjamin C. Moore, Esquire
> Philip S. Kinney, Esquire
> Kinney & Sasso, PLLC.
> 9191 RG Skinner Parkway, Suite 703
> Jacksonville, FL 32256-9678

>   /s/Ronnie S. Carter
> RONNIE S. CARTER
> Assistant United States Attorney