**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

        Plaintiff,

v.                                                           Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Doc. 47; Motion), filed January 31, 2020. In the Motion, Defendant seeks "a continuance of the trial of the matter, the pretrial conference, and the related pre-trial deadlines because defense counsel is unable to proceed due to a medical situation . . . ." See Motion at 1. Defendant requests that the "trial not be rescheduled prior to July 2020." Id. at 2. Upon review, while a continuance of some length appears to be warranted, the Court will set this matter for a hearing to determine the appropriate timeframes. However, given defense counsel-of-record's medical situation, the Court requests that defense counsel's colleague, Collette B. Cunningham, Esq., appear on her behalf at the hearing. In light of the foregoing, it is

    **ORDERED:**

    1. Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Doc. 47) is **TAKEN UNDER ADVISEMENT**.

2. The parties are relieved of the obligation to comply with any further pre-trial deadlines.

3. This matter is set for a **HEARING** on Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Doc. 47) on **Tuesday, February 11, 2020, at 10:00 a.m.**, before the undersigned at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, 32202, in Courtroom 10B.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of February, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

Collette B. Cunningham, Esq.
    US Attorney's Office
    Suite 700
    300 N Hogan St
    Jacksonville, FL 32202

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card (presentation of the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice. However, all cell phones must be turned off while in the courtroom.