UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

           Plaintiff,                        Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA

           Defendant.
_____/

**DEFENDANT'S CONSENT MOTION TO RESCHEDULE HEARING**

Defendant, the United States of America, respectfully requests that the hearing currently set for February 11, 2020 be rescheduled to the morning of February 13, 2020 or the morning of February 14, 2020. In support thereof, Defendant states as follows:

    1.    On January 31, 2020, Defendant filed a Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines. Doc. 47. The Court set the matter for a hearing on Tuesday, February 11, 2020, at 10:00 a.m. Doc. 48. Due to the defense counsel-of-record's medical situation, the Court requested that the undersigned appear at the hearing. Doc. 48.

    2.    The undersigned will be out of town on business at the time of the hearing, due to depositions in another matter, and therefore respectfully requests that the hearing be rescheduled.

    3.    The undersigned conferred with Plaintiff's counsel and they have advised that they are available during the mornings of February 13, 2020 and February 14, 2020.

4. In light of the above, Defendant respectfully requests that the Court reschedule the hearing on Defendant's motion to the morning of February 13, 2020, the morning of February 14, 2020, or such other time as is convenient for the Court.

## MEMORANDUM

The Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Board of Regents of University of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001). *See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("[W]e stress the broad discretion district courts have in managing their cases."). The instant motion seeks to continue a hearing due to a conflict in the undersigned's work schedule. This motion is made in good faith and not for purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice either Party.

WHEREFORE, Defendant respectfully requests that the instant motion be granted.

Dated: February 6, 2020

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney
Florida Bar No. 0012737
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270

Telephone: (904) 301-6326/6300
Facsimile: (904) 301-6240
Collette.Cunningham@usdoj.gov

### Certificate of Compliance with Local Rule 3.01 (g)

I hereby certify that I conferred with Benjamin C. Moore, Esq., Plaintiff's counsel, regarding the instant motion, and that he consents to the relief being sought.

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney

### Certificate of Service

I HEREBY CERTIFY that on this 6th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Benjamin C. Moore, Esq.
Philip S. Kinney, Esq.
Kinney & Sasso, PLLC.
9191 RG Skinner Parkway, Suite 703
Jacksonville, FL 32256-9678

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney