**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO                              CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

Counsel for Plaintiff:                          Counsel for Defendant:
Philip Kinney                                   Collette Cunningham
Benjamin Moore

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING

Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Dkt. No. 47) is **GRANTED**.

This case is continued to the trial term commencing on **July 6, 2020, at 9:30 a.m.**  The final pretrial conference is set for **June 22, 2020, at 10:00 a.m.**

The parties are directed to confer and file a joint notice by **May 22, 2020**, advising the Court whether a supplemental mediation or a settlement conference before the Magistrate Judge would be beneficial.  The parties shall also confer regarding consenting to the Magistrate Judge.

**Order to enter**.

Date: February 14, 2020     Time:  10:05 a.m. – 10:24 a.m.          Total: 19 Minutes