**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

        Plaintiff,

v.                                          Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.

## O R D E R

**THIS CAUSE** came before the Court on February 14, 2020, for a hearing on Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Dkt. No. 47; Motion). For the reasons stated on the record during the hearing, it is

**ORDERED:**

1. Defendant's Motion to Continue Trial, Pretrial Conference, and Related Pre-Trial Deadlines (Dkt. No. 47) is **GRANTED**.

2. The parties are directed to confer and file a joint notice by **May 22, 2020**, advising the Court whether a supplemental mediation or a settlement conference before the Magistrate Judge would be beneficial. The parties shall also confer regarding consenting to the Magistrate Judge.

3. The following deadlines shall apply:

| | |
|---|---|
| All Other Motions Including Motions In Limine | JUNE 1, 2020 |
| Responses to Other Motions Including Motions In Limine | JUNE 15, 2020 |

| | |
|---|---|
| Joint Final Pretrial Statement | JUNE 15, 2020 |
| Final Pretrial Conference | JUNE 22, 2020 |
| Time: | 10:00 A.M. |
| Judge: | Marcia Morales Howard |
| Trial Term Begins<br>[Trials Before Magistrate Judges Begin on Date Certain] | JULY 6, 2020<br>9:30 A.M. |
| Estimated Length of Trial | 3 days |
| Jury/Non-Jury | Non-Jury |

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of February, 2020.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Collette B. Cunningham, Esq.
    US Attorney's Office
    Suite 700
    300 N. Hogan St.
    Jacksonville, FL 32202