UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,

v.                              Case No.  3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.

## O R D E R

**THIS CAUSE** is before the Court sua sponte.  In light of the COVID-19 pandemic, the Court does not anticipate being able to schedule jury trials until summer, and then criminal trials must be tried first.  Therefore, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter.  Accordingly, it is

**ORDERED:**

The following deadlines shall apply:

| | |
|---|---|
| All Other Motions Including Motions In Limine | AUGUST 3, 2020 |
| Responses to All Other Motions Including Motions In Limine | AUGUST 17, 2020 |
| Joint Final Pretrial Statement | AUGUST 17, 2020 |
| Final Pretrial Conference | AUGUST 24, 2020 10:00 A.M. |
| Trial Term Begins | SEPTEMBER 8, 2020 9:00 A.M. |
| Estimated Length of Trial | 3 days |

| Jury/Non-Jury | - 2 - | Non-Jury |
|---|---|---|

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of May, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record