UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,                      Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA

        Defendant.
_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that **COLLETTE B. CUNNINGHAM**, Assistant United States Attorney, hereby enters her appearance as counsel of record for the Defendant, the United States of America, in place of Assistant United States Attorney Ronnie Carter. From this date forward, all matters related to this case should be made known to the undersigned, through one of the means of contact indicated below.

Dated this 22nd day of May, 2020.

                                                   Respectfully submitted,

                                                   MARIA CHAPA LOPEZ
                                                   United States Attorney

                                                   */s/ Collette B. Cunningham*
                                                   COLLETTE B. CUNNINGHAM
                                                   Assistant United States Attorney
                                                   Trial Counsel
                                                   Florida Bar No. 0012737
                                                   Bryan Simpson U.S. Courthouse
                                                   300 North Hogan Street, Suite 700
                                                   Jacksonville, FL 32202-4270
                                                   Telephone: (904) 301-6326/6300

Facsimile: (904) 301-6240
Collette.Cunningham@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

>Philip S. Kinney, Esq.
>Benjamin C. Moore, Esq.
>Kinney & Moore, PLLC
>9191 RG Skinner Parkway, Suite 703
>Jacksonville, FL 32256-9678

>*/s/ Collette B. Cunningham*
>COLLETTE B. CUNNINGHAM
>Assistant United States Attorney