UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,

v.    Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.
_____/

**JOINT NOTICE REGARDING MEDIATION**

Plaintiff, Richard A. Triolo, and Defendant, the United States of America, by and through their undersigned counsel, pursuant to this Court's Order (Doc. 52), hereby notify the Court that the parties intend to schedule a second mediation with Mediator Robert A. Cole and will coordinate regarding an appropriate date and time.

Respectfully submitted this 22nd day of May, 2020.

| | |
|---|---|
| KINNEY & MOORE, PLLC | MARIA CHAPA LOPEZ<br>United States Attorney |
| */s/ Benjamin C. Moore*<br>PHILIP S. KINNEY, ESQ.<br>Fla. Bar No.: 0709611<br>BENJAMIN C. MOORE, ESQ.<br>Florida Bar No. 773581<br>9191 R.G. Skinner Pkwy, Suite 703<br>Jacksonville, FL 32256<br>Telephone: (904) 642-4111<br>Facsimile: (904) 329-1875<br>Philip@JaxLitigation.com<br>Ben@JaxLitigation.com | */s/ Collette B. Cunningham*<br>COLLETTE B. CUNNINGHAM<br>Assistant United States Attorney<br>Florida Bar No. 0012737<br>Bryan Simpson U.S. Courthouse<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202-4270<br>Telephone: (904) 301-6326/6300<br>Facsimile: (904) 301-6310<br>Collette.Cunningham@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

>Philip S. Kinney, Esq.
>Benjamin C. Moore, Esq.
>Kinney & Moore, PLLC
>9191 RG Skinner Parkway, Suite 703
>Jacksonville, FL 32256-9678

>*/s/ Collette B. Cunningham*
>COLLETTE B. CUNNINGHAM
>Assistant United States Attorney