UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

vs.                                            CASE NO. 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on the 16th day of July, 2020, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__    All individual parties and their respective trial counsel.

    __X__    Designated corporate representatives.

    __X__    Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c) The outcome of the mediation conference was:

_____ The case was completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____ The conference was continued with the consent of all parties and counsel.

**X** The parties have reached an impasse.

Dated this 16th day of July, 2020.

_____
Robert A. Cole, Mediator
Mediator No. 25689R
Upchurch Watson White & Max
301 W. Bay Street, Suite 1414
Jacksonville, FL 32202
904-345-5842 / 386-255-7722
rcole@uww-adr.com

(c)  The outcome of the mediation conference was:

_____  The case was completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____  The conference was continued with the consent of all parties and counsel.

**X**  The parties have reached an impasse.

Dated this 16th day of July, 2020.

_____
Robert A. Cole, Mediator
Mediator No. 25689R
Upchurch Watson White & Max
301 W. Bay Street, Suite 1414
Jacksonville, FL 32202
904-345-5842 / 386-255-7722
rcole@uww-adr.com