UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

PLAINTIFF'S PRE-TRIAL EXHIBIT LIST

| Ex. No. | Description | Witness | Objections/Stipulated Admissions | Basis for Objection |
|---|---|---|---|---|
| | **Medical Records** | | | |
| | Advanced Diagnostic Group | | | |
| | Baptist Clay Medical Center (pre-crash records) | | | |
| | Baptist Medical Center - South | | | |
| | Baymeadows MRI and Report | | | |
| | Baptist Primary Care – Fleming Island (pre-crash records and post-crash primary care records) | | | |
| | Envision Physician Services – Jacksonville Beach Anesthesia Associates | | | |
| | Jacksonville Beach Surgery Center | | | |
| | Jacksonville Sport and Spine | | | |
| | JE Foot and Ankle Associates | | | |
| | Orange Park Spine Institute | | | |
| | Pavilion Infusion Therapy | | | |

|  | | | | |
|---|---|---|---|---|
|  | Precision Imaging (8/30/18, 8/14/19 Lumbar and right ankle MRIs and Reports) | | | |
|  | Select Physical Therapy | | | |
|  | St. Josephs Interventional Pain | | | |
|  | Omni Medical | | | |
|  | Pointe Medical Services (pre-crash records) | | | |
|  | Topp Spine and Ortho | | | |
|  | Trilogy Home Health Care | | | |
|  | Universal Neurological Care | | | |
|  | Walgreens Pharmacy Records of Prescriptions | | | |
|  | | | | |
|  | **Composite Medical Bills:** | | | |
|  | Advanced Diagnostic Group | | | |
|  | Americollect, Inc. | | | |
|  | Baptist Medical Center - South | | | |
|  | Baymeadows MRI | | | |
|  | Black Diamond Medical | | | |
|  | Blue Cross Blue Shield Health Insurance Records | | | |
|  | Emergency Resources Group | | | |
|  | Florida Blue Lien | | | |
|  | Jacksonville Beach Surgery Center | | | |
|  | Jacksonville Beach Anesthesia | | | |
|  | Jacksonville Sport and Spine | | | |
|  | JE Foot and Ankle Associates | | | |
|  | MBB Radiology | | | |
|  | Med Finance Servicing Company | | | |
|  | Medical Lien Servicing Company | | | |
|  | Mori, Bean & Brooks | | | |
|  | Omni Medical | | | |

|  | | | | |
|--|--|--|--|--|
|  | Orange Park Spine Institute | | | |
|  | PIP Ledger | | | |
|  | Precision Imaging | | | |
|  | Quest Diagnostics | | | |
|  | Receipts for out of pocket expenses for medical treatment and prescriptions paid for by Plaintiff | | | |
|  | Respiratory Care and Sleep Medicine | | | |
|  | Select Physical Therapy | | | |
|  | St. Josephs Interventional Pain | | | |
|  | Topp Spine and Ortho | | | |
|  | Trilogy Home Health Care | | | |
|  | Universal Neurological Care | | | |
|  | Walgreens Pharmacy Bills and receipts for Prescriptions | | | |
|  | | | | |
|  | **Non-Med/Recs Bills:** | | | |
|  | Autonation Collision Center (Richard Triolo Vehicle) – All repair records, estimates, supplements, photos | | | |
|  | Baptist Health Employment Records for Richard Triolo | | | |
|  | Baptist Health Employment Wage and W2 Statements for Richard Triolo | | | |
|  | Composite Photos (Richard Triolo Vehicle produced by Defendant, by Plaintiff, By Autonationa Collision Center, and by Geico Insurance Co.) | | | |
|  | Composite Photos (USPS Vehicle) | | | |
|  | Composite Photos (Google Map of | | | |

|   | Collision Location and Google Street View and Satelite View of location) |   |   |   |
|---|---|---|---|---|
|   | Correspondence from Plaintiff's counsel to USPS including Form 95 and Demand Cost Breakdown |   |   |   |
|   | Department of Motor Vehicles |   |   |   |
|   | Disability Records related to Triolo short term disability from work including disability lien documentation (produced by Lincoln Financial Group) |   |   |   |
|   | Florida Traffic Crash Report (86178221) |   |   |   |
|   | Geico Insurance Records |   |   |   |
|   | IRS Tax Documentation related to Richard Triolo past income and wages (2016 to 2020) |   |   |   |
|   | Life Table |   |   |   |
|   | Motor Vehicle Accident Report (SF-91) |   |   |   |
|   | State Farm Insurance Records |   |   |   |
|   | USPS Claim File and all documents therein including statement of USPS driver as Produced by Defendant |   |   |   |
|   | USPS correspondence to Plaintiff's Attorneys and responsive correspondence from Plaintiff's attorneys |   |   |   |
|   | Verizon Wireless Phone Records (Richard Triolo) |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   | **Discovery**: |   |   |   |
|   | All discovery |   |   |   |

|  | | | | |
|--|--|--|--|--|
|  | All Interrogatories Answers from Defendant | | | |
|  | Defendants Response to Plaintiffs Request to Produce and all documents responsive to same | | | |
|  | All Interrogatories Answers from Plaintiff | | | |
|  | All Plaintiff's Responses to Defendant's Requests for Production and all documents responsive to same | | | |
|  | Defendants Response to Plaintiff's Request for Copies and documents responsive thereto | | | |
|  |  | | | |
|  |  | | | |
|  | **Demonstrative Aids:** | | | |
|  | PowerPoint Presentation | | | |
|  | Photo Enlargements of Vehicles | | | |
|  | Diagram of Location of Collision | | | |
|  | Overhead Photo of Location of Collision | | | |
|  | Life Care Plan | | | |
|  | MRI Imaging Enlargements | | | |
|  | Photos of Plaintiff (Before and After Accident) | | | |
|  | Spine Model | | | |
|  | All Exhibits Listed by Defendant | | | |
|  | Summary of Computation of Damages from Plaintiff | | | |
|  |  | | | |
|  |  | | | |