UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                                           Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## DEFENDANT'S PRETRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Claim for Damage, Injury or Death (SF-95) submitted by Plaintiff Richard Triolo, Bates-numbered USPS_0001-0002 |
| 2 | | | | | Denial letter from USPS to Benjamin Moore, dated May 22, 2018, Bates-numbered USPS_0004-0005 |
| 3 | | | | | Claim for Damage, Injury or Death (SF-95) submitted by State Farm, with attachments, Bates-numbered USPS_0008-0016 |
| 4 | | | | | Copy of check USPS paid to State Farm, Bates-numbered USPS_0017-0018 |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**EXHIBIT B** – Page 1

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 5 | | | | | Florida Traffic Crash Report No. regarding 86178221, Bates-numbered USPS_0019-0022 |
| 6 | | | | | Post-collision photos of vehicles involved in accident, Bates-numbered USPS_0023-0042 |
| 7 | | | | | Motor Vehicle Accident Report (SF-91), Bates-numbered USPS_0043-0046 |
| 8 | | | | | Written statement by Marsha Rentz, Bates-numbered USPS_0047 |
| 9 | | | | | Accident Investigation Worksheet (PS Form 1700), Bates-numbered USPS_0048-0050 |
| 10 | | | | | Accident Report (PS Form 1769), Bates-numbered USPS_0051-0054 |
| 11 | | | | | USPS Letter of Demand Cost Breakdown, Bates-numbered USPS_0055-0056 |
| 12 | | | | | Plaintiff's Answers to Defendant's First Set of Interrogatories, dated May 28, 2019 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 13 | | | | | Medical records from Baptist Primary Care, Bates-numbered BPC_0001-0043 |
| 14 | | | | | Medical records from Baptist Clay Medical Campus, Bates-numbered BCMC_0001-0019 |
| 15 | | | | | Medical records from Pointe Medical Services, Bates-numbered POINTE_0001-0044 |
| 16 | | | | | Medical records from Baptist Medical Center South, Bates-numbered BMCSOUTH_0001-0186 |
| 17 | | | | | Radiology records from Baptist Medical Center South Radiology (1 disc included) |
| 18 | | | | | Medical records from Jacksonville Sport and Spine, Bates-numbered JSS_0001-0053 |
| 19 | | | | | Medical records from Universal Neurological Care, Bates-numbered UNC_0001-0048 |
| 20 | | | | | Medical records from St. Joseph Interventional Pain Specialists, Bates-numbered SJIPS_0001-0124 |

**EXHIBIT B** – Page 3

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 21 | | | | | Medical records from Orange Park Spine Institute, Bates-numbered OPSI_0001-0034 |
| 22 | | | | | Medical records from Topp Spine and Orthopaedics, Bates-numbered TSO_0001-0116 |
| 23 | | | | | Medical records from Jacksonville Beach Surgery Center, Bates-numbered JBSC_0001-0077 |
| 24 | | | | | Medical records from Omni Medical Solutions, Bates-numbered OMNIMEDSOL_0001-0017 |
| 25 | | | | | Medical records from Trilogy Home Healthcare, Bates-numbered TRILOGY_0001-00091 |
| 26 | | | | | Medical records from Advanced Diagnostic Group, Bates-numbered ADG_0001-0058 (1 disc included) |
| 27 | | | | | Baymeadows MRI, Bates-numbered BAYMEADOWS_0001-0010 (1 disc included) |
| 28 | | | | | Medical records from Precision Imaging Centers, Bates-numbered PIC_0001-0010 (1 disc included) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 29 | | | | | Medical records from Select Physical Therapy, Bates-numbered SELECT_0001-0022 |
| 30 | | | | | Medical records from Walgreens Pharmacy, Bates-numbered WALGREENS_0001-0027 |
| 31 | | | | | Medical records from Respiratory Care & Sleep Medicine, Bates-numbered RESP_0001-0015 |
| 32 | | | | | Medical records from JE Foot and Ankle Associates, Bates-numbered JEFAA_0001-0006 |
| 33 | | | | | Medical records from Mori, Bean and Brooks, Bates-numbered MBB_0001-0003 |
| 34 | | | | | Medical records from Envision Physician Services - Jacksonville Beaches Anesthesia Associates, Bates-numbered ENVISION_0001-0003 |
| 35 | | | | | Medical records from Emergency Resources Group, Bates-numbered ERG_0001-0003 |
| 36 | | | | | Medical records from Pavilion Infusion Therapy, Bates-numbered PAVILION_0001-0069 |

**EXHIBIT B** – Page 5

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 37 | | | | | Medical records from Quest Diagnostics, Bates-numbered QUEST_0001-0011 |
| 38 | | | | | Records from AutoNation Collision Center of Orange Park, Bates-numbered AUTONATION_0002 |
| 39 | | | | | Employment records from Baptist Medical Center South, Bates-numbered BMCSOUTH-HR_0001-0134 |
| 40 | | | | | Insurance records from State Farm, Bates-numbered STATEFARM_0001-0333 |
| 41 | | | | | Insurance records from Geico, Bates-numbered GEICO_0001-0080 |
| 42 | | | | | Insurance records from Lincoln National Life Insurance Company, Bates-numbered LINCOLN_0001-0107 |
| 43 | | | | | Insurance records from Blue Cross Blue Shield, Bates-numbered BCBS_0001-0023 |
| 44 | | | | | Records from the Department of Highway Safety & Motor Vehicles, Bates-numbered DMV_0001-0051 |
| 45 | | | | | Jacksonville Sport and Spine (received from Plaintiff), TRIOLO_0001-0043 |

**EXHIBIT B** – Page 6

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 46 | | | | | St. Joseph Interventional Pain Specialists (received from Plaintiff), TRIOLO_0044-0185 |
| 47 | | | | | Med-Link (received from Plaintiff), TRIOLO_0302-0303 |
| 48 | | | | | Black Diamond Medical (received from Plaintiff), TRIOLO_0310 |
| 49 | | | | | Demonstrative exhibits |
| 50 | | | | | Any documents listed by Plaintiff to which Defendant has no objection |