UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                                  Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT'S PRETRIAL WITNESS LIST**

**Will Call**

1. Richard Anthony Triolo
   c/o Benjamin Crosby Moore, Esq.
   Philip S. Kinney, Esq.
   Kinney & Sasso, PLLC
   9191 RG Skinner Parkway, Suite 703
   Jacksonville, FL 32256-9678

2. Marsha Victoria Rentz
   Rural Carrier Associate
   c/o U.S. Attorney's Office
   300 N. Hogan Street, Suite 700
   Jacksonville, FL 32202

**May Call**

3. M.L. Chase, Badge # 5594
   Jacksonville Sheriff's Office
   501 East Bay Street
   Jacksonville, FL 32202

4. Jeanette L. Sigouin
   United States Postal Service
   Mandarin Station
   4411 Sunbeam Road
   Jacksonville, FL 32257

**EXHIBIT D** - Page 1

5. Crystal Y. Thomas
   United States Postal Service
   Westland Station
   7055 Blanding Boulevard
   Jacksonville, FL 32244

6. Any witnesses listed by the Plaintiffs to whom the Defendant has no objection.

**EXHIBIT D** - Page 2