**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

        Plaintiff,

v.                                                                 Case No.   3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.

_____

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the final pretrial conference set for **MONDAY, AUGUST 24, 2020, at 10:00 A.M.** before the Honorable Marcia Morales Howard, United States District Judge, will be held by video teleconferencing using Zoom.  The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.  Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.  Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  All persons are hereby reminded that under Local Rule 4.11(a)(2), United States District Court, Middle District of Florida, "the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, attorneys, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited."  Violation of these prohibitions may result in

sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE:       August 18, 2020

                                              FOR THE COURT:

                                 By:     s/ Jodi L. Wiles
                                                  Courtroom Deputy Clerk

ja
Copies to:
Counsel of Record