**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD A. TRIOLO                              CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA


Counsel for Plaintiff:                    Counsel for Defendant:
Philip Kinney                             Collette Cunningham
Benjamin Moore                            Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   FINAL PRETRIAL CONFERENCE (VIA VIDEOCONFERENCE)

The parties shall file any objections to exhibits on or before **September 4, 2020**.

The parties anticipate **three (3) days** for trial.

The bench trial will be set for **September 22, 2020, at 9:00 a.m.**

A status conference is set for **September 9, 2020, at 4:00 p.m.**

**Order Scheduling Trial to enter.**

Date:   August 24, 2020        Time:   10:05 a.m. – 10:30 a.m.        Total:   25 Minutes