**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

      Plaintiff,

v.                                                     Case No.   3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

      Defendant.

_____

## ORDER SCHEDULING BENCH TRIAL

1. The bench trial shall commence on **Tuesday, September 22, 2020, at 9:00 a.m.** before the undersigned in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

2. A status conference is set for **September 9, 2020, at 4:00 p.m.** in Courtroom 10B.

3. Any objections to exhibits shall be filed on or before **September 4, 2020**.

4. Trial briefs are due **no later than 1:00 p.m. on September 15, 2020**, and shall not exceed **thirty (30) pages** in length.

5. Final witness lists and exhibit lists shall be filed **no later than the close of business on September 15, 2020**. All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Local Rule 3.07. Two extra copies of the exhibits must be provided to the Court.

6. Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

7. Counsel, parties and witnesses appearing in Court shall dress appropriately.

8. Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Jodi Wiles, Courtroom Deputy, at 904-301-6750.

9. All persons entering the Courthouse must present photo identification to Court Security Officers and are required to wear face coverings. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice. Counsel are **GRANTED** permission to use their equipment within the courthouse facilities.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of August, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Court Security Officers

Attachment:

Instructions Regarding the Pre-Marking of Exhibits

---

[1] Cell phones must be turned off while in the courtroom.