## UNITED STATES DISTRICT COURT
**Middle District of Florida**
Office of the Clerk
Elizabeth M. Warren, Clerk

| Jacksonville Division | Ocala Division | Orlando Division | Tampa Division | Ft. Myers Division |
|---|---|---|---|---|
| U.S. Courthouse | U.S. Courthouse | U.S. Courtthouse | U.S. Courthouse | U.S. Courthouse |
| 300 North Hogan Street | 207 N. W. Second Street | 401 West Central Blvd. | 801 North Florida Ave. | 2110 First Street |
| Jacksonville, Florida 32202 | Ocala, Florida 34475 | Orlando, Florida 32801 | Tampa, Florida 33602 | Ft. Myers, Florida 33901 |
| (904) 549-1900 | (352) 369-4860 | (407) 835-4200 | (813)-301-5400 | (239) 461-2000 |

## NOTICE TO COUNSEL

## INSTRUCTIONS REGARDING THE PRE-MARKING OF EXHIBITS

Local rule 3.07 requires each party to obtain from the Clerk, in advance of trial, tabs or labels for pre-marking and identification of each exhibit proposed to be offered in evidence, or otherwise tendered to any witness during trial.  To assist you in this regard, copies of Court-approved Exhibit Lists and Exhibit Tags are attached for your use.  The case number and style should be appropriately inserted on these forms which may then be reproduced on your office copier in such quantities as required.

Prior to pre-marking exhibits, counsel should select the appropriate "party specific" tag from the attachments.  These tags are designed to assist counsel and the Court in controlling and managing exhibits throughout the trial.

Counsel should consecutively number each exhibit tag and staple the exhibit tag to the upper right corner of each exhibit.  Thereafter, counsel should prepare the Exhibit List and provide a description of each consecutively numbered exhibit, and sub-exhibit, sufficient to identify it throughout trial.

Composite exhibits should be identified by using the main exhibit's sequential number and an alphabetical suffix to identify the composite portions of the exhibit:  e.g., if the main exhibit is number 20 and there are two sub-parts to the exhibit, then the main exhibit should be numbered 20/A, the first sub-part numbered 20/B, and final sub-part numbered 20/C.

Local Rule 3.07(b) requires counsel to furnish copies of their Exhibit List to all other counsel at the commencement of trial.

**NOTE**:  These instructions are purposely general in nature and are intended to supplement the Local Rules and any other instructions issued by the trial judge.  Accordingly, counsel shall be responsible for ensuring that any additional requirements established by the trial judge are also met.

ELIZABETH M. WARREN, CLERK

Attachments

Revised 6/18

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**_____ DIVISION**

**Plaintiff(s),**       _____
**Government**          _____

                                            **Case No:** _____

**v.**

                                            _____   **Evidentiary**
                                            _____   **Trial**
                                                     **Other**

**Defendant(s),** _____

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Case Number:** _____       **Page** _____ **of** _____ **Pages**

## EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**COURT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**GOVERNMENT'S EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**JOINT EXHIBIT**

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

## JOINT EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## JOINT EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## JOINT EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

---

**U.S. District Court**
**Middle District of Florida**

## PLAINTIFF'S EXHIBIT

**Exhibit Number:**

**Case Number:**

**v.**

**Date Identified:**

**Date Admitted:**

**U.S. District Court**
**Middle District of Florida**

**PLAINTIFF'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**PLAINTIFF'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**PLAINTIFF'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

---

**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____

**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____


**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____


**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

**Exhibit Number:**

_____

**Case Number:**

_____

_____

**v.**

_____

**Date Identified:**

_____

**Date Admitted:**

_____