# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

RICHARD A. TRIOLO

       Plaintiff,

                               CASE NO.: 3:18-cv-00919-MMH-JBT

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

**PLAINTIFF'S MOTION TO ALTER TRIAL SCHEDULE TO PERMIT TESTIMONY OF LIFE CARE EXPERT GIL SPRUANCE TO TAKE PLACE ON SEPTEMBER 18 OR 28 OR ON ANOTHER DATE THE COURT CHOOSES**

Plaintiff, Richard A. Triolo, files this Motion to Alter Trial Schedule to Permit Testimony of Life Care Expert Gil Spruance to Take Place on September 18 or 28 or on another Date the Court Chooses pursuant to Federal Rules of Civil Procedure 16(b)(4), and in support thereof states:

1.     At the pretrial hearing this morning, The Court set the trial date to take place September 22 to 24, 2020.

2.     The was previously continued twice: once due to a request from the Defendant's Counsel and once due to the Covid19 shutdown. Each of those times Counsel for Plaintiffs informed their experts and treating physicians of the cancellation of the trial date and rescheduling of the new trial dates.

3.     After the Court provided a date for the trial at this morning's pre-trial conference, Counsel for Plaintiff was informed that the life care plan expert, Gil Spruance, will be out of the State the entire week from September 19 to September 27 and

1

will not be able to appear for the trial date.

4.    Mr. Spruance can be available for in person testimony the week before or the week after the trial on September 18 or 28. Counsel anticipates his testimony will take no more than one hour to complete.

5.    Alternatively, Mr. Spruance will adjust his schedule if there is another date the Court is willing to take his testimony other than the week of the 19th.

6.    Counsel for Plaintiff has conferred with counsel for Defendant, and Counsel for Defendant has expressed that she has no objection should the Court permit Mr. Spruance to testify on Monday, September 28, 2020.  She objects to Mr. Spruance testifying on any other dates.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 16(b)(4) provides that the Court has discretion to modify a schedule for good cause and with the Judge's consent. Due to the unprecedented situation of the Covid-19 shutdown, the trial of this matter was continued a second time and dates for testimony of the experts were rescheduled.  Though available the week of September 8 (the first week of this trial term), the Plaintiff's life care expert did not have a hold on his calendar for the week of September 19th.  The undersigned requests this Court alter the trial schedule and permit testimony of life care expert Gil Spruance to take place on September 18 or 28 or on another date the Court chooses.

## Certificate of Compliance with Local Rule 3.01 (g)

I hereby certify that I conferred in good faith with Ms. Collette Cunningham, Esquire, Defendant's Counsel, regarding the instant motion and Ms. Carter has no objection to the Court altering the trial schedule to permit testimony of Gil Spruance on September 28.

2

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on August 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Collette S. Cunningham Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
        Chantal.Sabino@usdoj.gov
        Brittany.Robinson2@usdoj.gov
        jaxdocket.mailbox@usdoj.gov

                By:/s/*Benjamin C. Moore*
                    Benjamin C. Moore, Esq.
                    Florida Bar No. 773581
                    Philip S. Kinney, Esq.
                    Fla. Bar No.: 0709611
                    *Kinney & Moore, PLLC*
                    9191 R.G. Skinner Pkwy., Suite 703
                    Jacksonville, Florida 32256
                    Tel: (904) 642-4111
                    Fax: (904) 329-1875
                    E-mail: Ben@JaxLitigation.com
                    E-mail: Philip@JaxLitigation.com
                    Secondary: Heather@JaxLitigation.com
                    Attorney for Plaintiff