**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

        CASE NO.: 3:18-cv-00919-MMH-JBT

   Plaintiff,

vs.

UNITED STATES OF AMERICA,

   Defendant.
_____/

**PLAINTIFF'S NOTICE OF CLARIFICATION OF PRETRIAL STATEMENT AS RELATES TO DAMAGES FOR SHORT TERM DISABILITY SUBROGATION AND RECOVERY AMOUNT**

Plaintiff, Richard A. Triolo, files this Notice of Clarification of Pretrial Statement as relates to Damages for Short Term Disability Subrogation and Recovery Amount and states as follows:

1. In the Pretrial Statement, Plaintiff asserted as part of his damages past lost wages of $6,461.49. This number represents 40% of his lost wages that were not reimbursed by his short-term disability provider due to time off from this automobile collision.

2. Plaintiff inadvertently left off the total short-term disability amount paid out by his short-term disability provider, Lincoln Financial. The amount paid out by the short-term disability policy is $9,692.31. Pursuant to the terms of the policy, Lincoln Financial has subrogation rights for that amount.

3. Plaintiff's past lost wages total: $16,153.85 as was listed in Plaintiff's Answers to Defendant's Interrogatories and Initial Disclosure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Collette S. Cunningham Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
             Chantal.Sabino@usdoj.gov
             Brittany.Robinson2@usdoj.gov
             jaxdocket.mailbox@usdoj.gov

By:/s/*Benjamin C. Moore*
Benjamin C. Moore, Esq.
Florida Bar No. 773581
Philip S. Kinney, Esq.
Fla. Bar No.: 0709611
*Kinney & Moore, PLLC*
9191 R.G. Skinner Pkwy., Suite 703
Jacksonville, Florida 32256
Tel: (904) 642-4111
Fax: (904) 329-1875
E-mail: Ben@JaxLitigation.com
E-mail: Philip@JaxLitigation.com
Secondary: Heather@JaxLitigation.com
Attorney for Plaintiff