**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

        Plaintiff,

v.                                                  Case No.   3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Alter Trial Schedule to Permit Testimony of Life Care Expert Gil Spruance to Take Place on September 18 or 28 or on Another Date the Court Chooses (Dkt. No. 64; Motion) filed on August 25, 2020.  In the Motion, counsel for Plaintiff advises the Court that Gil Spruance, Plaintiff's life care plan expert, will be out of the state from September 19 through September 27, 2020, and will not be available for the trial, which is set to begin on September 22, 2020.  See generally Motion.  Thus, counsel for Plaintiff requests that the Court hear the expert's testimony on September 18, 2020, September 28, 2020, or another date the Court may be available.  See id.  Counsel for Plaintiff represents to the Court that counsel for Defendant has no objection to the Court hearing the testimony of the expert on September 28, 2020.  See id. at 2.  After due consideration, it is

        **ORDERED:**

1. Plaintiff's Motion to Alter Trial Schedule to Permit Testimony of Life Care Expert Gil Spruance to Take Place on September 18 or 28 or on Another Date the Court Chooses (Dkt. No. 64) is **GRANTED**.

2. The Court will hear testimony from Gil Spruance on **September 28, 2020, at 11:00 a.m.** in Courtroom 10B.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of August, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record