UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,                             Case No. 3:18-cv-919-J-34JBT

v.

UNITED STATES OF AMERICA

        Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **KYESHA MAPP**, Assistant United States Attorney, enters her appearance as co-counsel for Assistant United States Attorney Collette B. Cunningham in this case, and requests that the Court direct all notices and orders and the like to both counsel and co-counsel from this date forward.

Dated this 31st day of August, 2020.

                                                Respectfully submitted,

                                                MARIA CHAPA LOPEZ
                                                United States Attorney

                                                */s/ Kyesha Mapp*
                                                KYESHA MAPP
                                                Assistant United States Attorney
                                                Florida Bar No. 0113006
                                                Bryan Simpson U.S. Courthouse
                                                300 North Hogan Street, Suite 700
                                                Jacksonville, FL 32202-4270
                                                Telephone No. (904) 301-6254/6300
                                                Facsimile No. (904) 301-6240
                                                Kyesha.Mapp@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant:

>Benjamin C. Moore, Esq.
>Philip S. Kinney, Esq.
>Kinney & Sasso, PLLC.
>9191 RG Skinner Parkway, Suite 703
>Jacksonville, FL 32256-9678

>*/s/ Kyesha Mapp*
>KYESHA MAPP
>Assistant United States Attorney