UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,

v.                          Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA

        Defendant.
_____/

**NOTICE OF FILING DEFENDANT'S OBJECTIONS
TO PLAINTIFF'S PRE-TRIAL EXHIBIT LIST**

Defendant, pursuant to this Court's Order Scheduling Bench Trial (Doc. 63), hereby files its objections to Plaintiff's Pre-Trial Exhibit List.

Dated this 4th day of September, 2020.

                                    MARIA CHAPA LOPEZ
                                    United States Attorney

                                    */s/Collette B. Cunningham*
                                    COLLETTE B. CUNNINGHAM
                                    Assistant United States Attorney
                                    Florida Bar No. 0012737
                                    KYESHA MAPP
                                    Assistant United States Attorney
                                    Florida Bar No. 0113006
                                    Bryan Simpson U.S. Courthouse
                                    300 North Hogan Street, Suite 700
                                    Jacksonville, FL 32202-4270
                                    Telephone No. (904) 301-6326/6300
                                    Facsimile No. (904) 301-6310
                                    Collette.Cunningham@usdoj.gov
                                    Kyesha.Mapp@usdoj.gov
                                    Attorneys for Defendant

cc:    Conny Davinroy Beatty, Esq.
        USPS National Tort Center

United States Postal Service
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 4, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

    Kinney & Moore, PLLC
    Philip S. Kinney, Esq.
    Benjamin C. Moore, Esq.
    9191 R.G. Skinner Pkwy., Suite 703
    Jacksonville, Florida 32256

        */s/Collette B. Cunningham*
        COLLETTE B. CUNNINGHAM
        Assistant United States Attorney