# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

RICHARD A. TRIOLO

        CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## PLAINTIFF'S PRE-TRIAL EXHIBIT LIST

| Ex. No. | Description | Witness | Objections/Stipulated Admissions | Basis for Objection |
|---|---|---|---|---|
| | **Medical Records** | | | |
| 1. | Advanced Diagnostic Group | | | |
| 2. | Baptist Medical Center - South | | | |
| 3. | Baymeadows MRI and Report | | | |
| 4. | Baptist Primary Care – Fleming Island (pre-crash records and post-crash primary care records) | | | |
| 5. | Jacksonville Beach Surgery Center | | | |
| 6. | Jacksonville Sport and Spine | | | |
| 7. | Precision Imaging (8/30/18, 8/14/19 Lumbar MRIs and Reports) | | Objection to 8/14/2019 lumbar MRI and associated report (pages 3-4) | Not produced during discovery |
| 8. | Select Physical Therapy | | | |
| 9. | St. Josephs Interventional Pain Specialists | | Objection to records that post-date 4/29/2019 encounter date (pages 144-207) | Not produced during discovery |
| 10. | Omni Medical | | | |
| 11. | Topp Spine and Ortho | | | |
| 12. | Trilogy Home Health Care | | | |

| | | | | |
|---|---|---|---|---|
| 13. | Universal Neurological Care | | | |
| 14. | Walgreens Pharmacy Records of Prescriptions | | Objection to pages 1-10<br><br>Objection to prescription profile to the extent it includes prescriptions that post-date 7/3/2019 (pages 13-21) | Illegible<br><br>Not produced during discovery |
| | | | | |
| | **Composite Medical Bills:** | | Defendant reserves all objections as to the reasonableness/necessity of Plaintiff's medical bills. | |
| 15. | Advanced Diagnostic Group | | | |
| 16. | Baptist Medical Center - South | | | |
| 17. | Baymeadows MRI | | | |
| 18. | Black Diamond Medical | | | |
| 19. | Emergency Resources Group | | | |
| 20. | Jacksonville Beach Surgery Center | | | |
| 21. | Jacksonville Beach Anesthesia | | | |
| 22. | Jacksonville Sport and Spine | | | |
| 23. | MBB Radiology | | | |
| 24. | Omni Medical | | | |
| 25. | Orange Park Spine Institute | | | |
| 26. | Precision Imaging | | Objection to the portion of the bill concerning the 8/14/2019 MRI (page 1) | Not produced during discovery |
| 27. | Select Physical Therapy | | | |
| 28. | St. Josephs Interventional Pain Specialists | | Objection to the portion of the bill concerning services that post-date 4/29/2019 (pages 4-6) | Not produced during discovery |
| 29. | Topp Spine and Ortho | | | |
| 30. | Trilogy Home Health Care | | | |
| 31. | Universal Neurological Care | | | |

| # | Item | | | |
|---|---|---|---|---|
| 32. | Walgreens Pharmacy Bills and receipts for Prescriptions | | | |
| | | | | |
| | **Non-Med/Recs Bills:** | | | |
| 33. | Autonation Collision Center (Richard Triolo Vehicle) – All repair records, estimates, supplements, photos | | | |
| 34. | Composite Photos of Richard Triolo Vehicle | | | |
| 35. | Composite Photos of USPS Vehicle | | | |
| 36. | Google Maps Satellite Photo of Collision Location | | | |
| 37. | Disability Records related to Triolo short term disability from work including disability lien documentation (produced by Lincoln Financial Group) | | | |
| 38. | Life Table (cover page and table 5) | | | |
| 39. | Photos of Plaintiff (Before and After Accident) | | Objection | Not produced during discovery |
| | | | | |
| | **Demonstrative Aids:** | | | |
| 40. | PowerPoint Presentation | | Not yet exchanged so reserve all objections. | |
| 41. | Photo Enlargements of Vehicles | | Not yet exchanged so reserve all objections. | |
| 42. | Diagram of Location of Collision | | Not yet exchanged so reserve all objections. | |
| 43. | Overhead Photo of Location of Collision | | Not yet exchanged so reserve all objections. | |
| 44. | Life Care Plan | | Not yet exchanged so reserve all objections. | |
| 45. | MRI Imaging Enlargements | | Not yet exchanged so reserve all objections. | |
| 46. | Spine Model | | Not yet exchanged so reserve all objections. | |
| 47. | All Exhibits Listed by Defendant | | | |

| 48. | Summary of Computation of Damages from Plaintiff | | Not yet exchanged so reserve all objections. | |
|---|---|---|---|---|
| | | | | |
| | | | | |