**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD A. TRIOLO					CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

<u>Counsel for Plaintiff:</u>			<u>Counsel for Defendant:</u>
Benjamin Moore				Collette Cunningham
Philip Kinney					Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles		Court Reporter: Cindy Packevicz Jarriel

## **CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE

Discussion regarding objections to trial exhibits and safety protocols for trial.

The Court will enter an Order permitting Raymond Topp, M.D. to enter the courthouse on Tuesday, September 22, 2020, with his cell phone.

Date:  September 9, 2020		Time:  4:06 p.m. – 4:46 p.m.		Total:  40 Minutes