UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.          Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.

## O R D E R

**THIS CAUSE** came before the Court on September 9, 2020, for a status conference. At the hearing, counsel for Plaintiff requested that one of their witnesses for trial be permitted to enter the courthouse with his cell phone on the day that he testifies. After due consideration, it is

**ORDERED:**

1. Raymond Topp, M.D. is permitted to enter the Bryan Simpson United States Courthouse on **September 22, 2020,** with his cell phone.

2. Dr. Topp shall bring a copy of this Order with him upon entering the building.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record