UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

           Case No. 3:18-cv-919-J-34JBT

  Plaintiff,

v.

UNITED STATES OF AMERICA,

  Defendant.
_____/

**DEFENDANT'S TRIAL WITNESS LIST**

**Will Call**

1. Marsha Victoria Rentz
   Rural Carrier Associate (former)
   United States Postal Service
   8680 Baymeadows Road East, Apt. 2335
   Jacksonville, FL 32256

2. Jeanette L. Sigouin
   Supervisor of Customer Service
   United States Postal Service
   Mandarin Station
   4411 Sunbeam Road
   Jacksonville, FL 32257

**May Call**

3. Richard Anthony Triolo
   c/o Benjamin Crosby Moore, Esquire
   Philip S. Kinney, Esquire
   Kinney & Sasso, PLLC.
   191 RG Skinner Parkway, Suite 703
   Jacksonville, FL 32256-9678

4. M.L. Chase, Badge # 5594
   Jacksonville Sheriff's Office
   501 East Bay Street
   Jacksonville, FL 32202

5. Crystal Y. Thomas
   United States Postal Service
   Norcross Station
   265 Mitchell Road
   Norcross, GA 30071

6. Any witnesses listed by the Plaintiff to whom the Defendant has no objection.