**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

        CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

PLAINTIFF'S WITNESS LIST

**Will Call**

1. Marsha Victoria Rentz
   Rural Carrier Associate (former)
   USPS
   8680 Baymeadows Road East, Apt. 2335
   Jacksonville, FL 32256

   Alternative Address: 6976 South Nora Drive
   Jacksonville, FL 32244-1749

2. Richard Triolo, Plaintiff.
   C/O Kinney & Moore, PLLC

3. Brian Schmucker
   1933 Eclipse Dr.
   Middleburg, FL 32068

4. Bruce Schmucker
   1933 Eclipse Dr.
   Middleburg, FL 32068

5. Gil Spruance, MS, CRC, CVE, VE, CLCP, MSCC
   Spruance & Associates, Inc.
   4604 Atlantic Boulevard, Suite 1B

6. Dr. Raymond Topp, M.D.
   3316 S. 3rd Street
   Jacksonville Beach, FL 32250

      Phone: (904) 719-7404

7. Dr. Reynaldo Pardo, M.D.
   St. Joseph Interventional Pain Specialists
   12078 San Jose Blvd., Suite 2, Jacksonville, FL 32223
   Jacksonville, FL 32223

8. Michael McDaniels, DC.
   Jacksonville Sport and Spine
   2233 Park Avenue, Suite 2008
   Orange Park, FL 32073
   Phone: (904) 375-1954

**May Call**

9. Dr. David Priest, M.D.
   Advanced Diagnostic Group
   1465 Kingsley Avenue, Suite 104
   Orange Park, FL 32073
   Phone: (904) 458-0141

10. Dr. Kevin Jones, M.D.
    Precision Imaging Centers
    7860 Gate Parkway, Suite 123
    Jacksonville, FL 32256
    Phone: (904) 996-8100

11. Dr. Soheil Sooudi, M.D
    Baymeadows MRI
    502 Greenbrier Ave.
    Celebration, Florida 34747
    Phone: (321) 624-2089

12. Dr. Assad Syed, M.D.
    Universal Neurological Care
    3636 University Blvd. South, Ste 52
    Jacksonville, FL 32214
    Phone: (904) 404-7044

13. All witnesses listed by Defendant