**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO          CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

Counsel for Plaintiff:
Benjamin Moore
Philip Kinney

Counsel for Defendant:
Collette Cunningham
Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles     Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF: BENCH TRIAL

Plaintiff's Witnesses: Richard Triolo

Plaintiff's Exhibits: 1-26, 28-38

Defendant's Exhibits: 1-4, 6-9, 11, 12 (with redaction of phone number in interrogatory no. 4), 15, 17, 18, 19 (page 38 only), 21, 23, 24, 25 (pages 1-3, 5-7, and 11-91 only), 30, 31, 32, 33, 34, 35, 38, 39 (after the removal of page 14), 40 (after the removal of page 11), 42 (page 80 only), 46, 47, 49

Court recessed until 8:30 a.m. on September 23, 2020.

Date: September 22, 2020
Times: 9:18 a.m. – 12:28 p.m.; 1:36 p.m. – 6:14 p.m.
Total: 7 Hours, 48 Minutes