**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO                                                    CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

<u>Counsel for Plaintiff:</u>                             <u>Counsel for Defendant:</u>
Benjamin Moore                                      Collette Cunningham
Philip Kinney                                             Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles            Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   BENCH TRIAL

Plaintiff's <u>ore</u> <u>tenus</u> Motion for Mistrial is **DENIED**.

<u>Plaintiff's Witnesses:</u>   Richard Triolo, Reynaldo Pardo, M.D., Raymond Topp, M.D.

<u>Defendant's Exhibits:</u>   20 (with pages 123 and 124 removed), 22 (page 3 only)

Court recessed until 8:30 a.m. on September 24, 2020.

Date:            September 23, 2020
Times:         8:36 a.m. – 12:25 p.m.; 1:38 p.m. – 6:05 p.m.
Total:           8 Hours, 16 Minutes