**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| RICHARD A. TRIOLO | CASE NO. 3:18-cv-919-J-34JBT |
| v. | |
| UNITED STATES OF AMERICA | |

<u>Counsel for Plaintiff:</u>
Benjamin Moore
Philip Kinney

<u>Counsel for Defendant:</u>
Collette Cunningham
Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles        Court Reporter: Cindy Packevicz Jarriel

### CLERK'S MINUTES

PROCEEDINGS OF:   BENCH TRIAL

<u>Plaintiff's Witnesses:</u>   Brian Schmucker, Bruce Schmucker (testified pursuant to a subpoena)

<u>Plaintiff's Exhibits:</u>   48

<u>Defendant's Exhibits:</u>   51, 52

<u>Defendant's Witnesses:</u>   Marsha Rentz (via deposition)

The Court will hear from Plaintiff's witness, Gil Spruance, and Defendant's witness, Jeanette Sigouin, beginning at 11:00 a.m. on **September 28, 2020, at 11:00 a.m.**

Plaintiff's Expedited Motion to Preclude Defendant's New Expert Opinions and Litigation Created Evidence Disclosed at 8:07 p.m. on Friday, September 18, 2020 (Dkt. No. 78) is **DENIED as moot**.

The parties shall have **thirty (30) days** after receiving the transcript to file their Findings of Fact and Conclusions of Law.

Court recessed until 11:00 a.m. on September 28, 2020.

Date:       September 24, 2020
Times:     8:40 a.m. – 10:06 a.m.
Total:       1 Hour, 26 Minutes