UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

               Plaintiff,

v.                                     Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA

               Defendant.

_____/

## NOTICE OF FILING DEPOSITION OF MARSHA VICTORIA RENTZ

       Defendant hereby files the transcript of the deposition of Marsha Victoria

Rentz, taken on June 10, 2019, and the exhibits to the deposition, marked as

Plaintiff's Exhibits A, B, C, and D.

       Dated this 25th day of September, 2020.

                              MARIA CHAPA LOPEZ
                              United States Attorney

                              */s/Collette B. Cunningham*
                              COLLETTE B. CUNNINGHAM
                              Assistant United States Attorney
                              Florida Bar No. 0012737
                              KYESHA MAPP
                              Assistant United States Attorney
                              Florida Bar No. 0113006
                              Bryan Simpson U.S. Courthouse
                              300 North Hogan Street, Suite 700
                              Jacksonville, FL 32202-4270
                              Telephone No. (904) 301-6326/6300
                              Facsimile No. (904) 301-6310
                              Collette.Cunningham@usdoj.gov
                              Kyesha.Mapp@usdoj.gov
                              Attorneys for Defendant

cc:    Conny Davinroy Beatty, Esq.
       USPS National Tort Center
       United States Postal Service
       1720 Market Street, Room 2400
       St. Louis, MO 63155-9948

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

       Kinney & Moore, PLLC
       Philip S. Kinney, Esq.
       Benjamin C. Moore, Esq.
       9191 R.G. Skinner Pkwy., Suite 703
       Jacksonville, Florida 32256

*/s/Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney