**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD A. TRIOLO                                           CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

Counsel for Plaintiff:                        Counsel for Defendant:
Benjamin Moore                                Collette Cunningham
Philip Kinney                                 Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   BENCH TRIAL

Plaintiff's Witnesses:   Gil Spruance

Plaintiff's Exhibits:   27

Defendant's Witnesses:   Jeanette Sigouin

Defendant's Exhibits:   10, 16 (pages 1-37, 87-103, 106-169, 181 and 183-186), 19 (pages 1-28, 35, 41-44 and 46-47), 22 (pages 1-3, 5-62, 66-80, 82-95, 97-101, 104, 105, 106-115), 25 (pages 1-3, 5-7 and 11-91), 26 (pages 1-5, 21-23, 27-28, 33-35, 40, 44-56 and 58), 27 (pages 1-3, 5 and 8-10), 28, 29 (pages 1-4 and 6-22), 41 (pages1-61 and 90-92), 43 (pages 102 and 106), 44 (pages 1-10, 11 redacted, and 17-23)

The parties shall have **thirty (30) days** after receiving the transcript to file their Findings of Fact and Conclusions of Law.

Court recessed until October 6, 2020 at 3:00 p.m.

Date:        September 28, 2020
Times:       11:06 a.m. – 1:12 p.m.; 2:33 p.m. – 2:57 p.m.
Total:       2 Hours, 30 Minutes