UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

        Plaintiff,

v.           Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

        Defendant.
_____/

### NOTICE OF FILING DEFENDANT'S TRIAL EXHIBIT NO. 58

Defendant hereby files Defendant's Trial Exhibit No. 58.

Dated this 6th day of October, 2020.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

        */s/Collette B. Cunningham*
        COLLETTE B. CUNNINGHAM
        Assistant United States Attorney
        Florida Bar No. 0012737
        KYESHA MAPP
        Assistant United States Attorney
        Florida Bar No. 0113006
        Bryan Simpson U.S. Courthouse
        300 North Hogan Street, Suite 700
        Jacksonville, FL 32202-4270
        Telephone No. (904) 301-6326/6300
        Facsimile No. (904) 301-6310
        Collette.Cunningham@usdoj.gov
        Kyesha.Mapp@usdoj.gov
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

      Kinney & Moore, PLLC
      Philip S. Kinney, Esq.
      Benjamin C. Moore, Esq.
      9191 R.G. Skinner Pkwy., Suite 703
      Jacksonville, Florida 32256

      */s/Collette B. Cunningham*
      COLLETTE B. CUNNINGHAM
      Assistant United States Attorney