**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD A. TRIOLO                                  CASE NO. 3:18-cv-919-J-34JBT
v.
UNITED STATES OF AMERICA

Counsel for Plaintiff:                             Counsel for Defendant:
Benjamin Moore                                     Collette Cunningham
                                                   Kyesha Mapp

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi Wiles                       Court Reporter: Shannon Bishop

## CLERK'S MINUTES

PROCEEDINGS OF:   BENCH TRIAL

The parties stipulated to when the accident was reported to law enforcement, when JSO arrived on the scene, and when JSO cleared the scene, as set forth in their Joint Pretrial Statement (Dkt. No. 59).

Defendant's Exhibits:       58

Defense counsel is directed to file a notice on the Court docket attaching Exhibit 58.

The parties shall have **thirty (30) days** after receiving the transcript to file their Findings of Fact and Conclusions of Law.

Date:     October 6, 2020
Times:    3:08 p.m. – 3:16 p.m.
Total:    8 Minutes