UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

FILED IN OPEN COURT
10-6-20
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

RICHARD A. TRIOLO

    Plaintiff,

vs.

CASE NO.: 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.

_____/

## PLAINTIFF'S EXHIBIT LIST

| Ex. No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/Stipulations | Description |
|---|---|---|---|---|---|
| | | | | | **Medical records** |
| 1. | 9-22-20 | 9-22-20 | | | Advanced Diagnostic Group |
| 2. | 9-22-20 | 9-22-20 | | | Baptist Medical Center - South |
| 3. | 9-22-20 | 9-22-20 | | | Baymeadows MRI and Report |
| 4. | 9-22-20 | 9-22-20 | | | Baptist Primary Care – Fleming Island (pre-crash records and post-crash primary care records) |
| 5. | 9-22-20 | 9-22-20 | | | Jacksonville Beach Surgery Center |
| 6. | 9-22-20 | 9-22-20 | | | Jacksonville Sport and Spine |
| 7. | 9-22-20 | 9-22-20 | | | Precision Imaging (8/30/18. 8/14/19 Lumbar MRIs and Reports) |
| 8. | 9-22-20 | 9-22-20 | | | Select Physical Therapy |
| 9. | 9-22-20 | 9-22-20 | | | St. Josephs Interventional Pain Specialists |
| 10. | 9-22-20 | 9-22-20 | | | Omni Medical |
| 11. | 9-22-20 | 9-22-20 | | | Topp Spine and Ortho |
| 12. | 9-22-20 | 9-22-20 | | | Trilogy Home Health Care |

| | | | | | |
|---|---|---|---|---|---|
| 13. | 9-22-20 | 9-22-20 | | | Universal Neurological Care |
| 14. | 9-22-20 | 9-22-20 | | | Walgreens Pharmacy Records of Prescriptions |
| | | | | | |
| | | | | | **Composite Medical Bills:** |
| 15. | 9-22-20 | 9-22-20 | | | Advanced Diagnostic Group |
| 16. | 9-22-20 | 9-22-20 | | | Baptist Medical Center - South |
| 17. | 9-22-20 | 9-22-20 | | | Baymeadows MRI |
| 18. | 9-22-20 | 9-22-20 | | | Black Diamond Medical |
| 19. | 9-22-20 | 9-22-20 | | | Emergency Resources Group |
| 20. | 9-22-20 | 9-22-20 | | | Jacksonville Beach Surgery Center |
| 21. | 9-22-20 | 9-22-20 | | | Jacksonville Beach Anesthesia |
| 22. | 9-22-20 | 9-22-20 | | | Jacksonville Sport and Spine |
| 23. | 9-22-20 | 9-22-20 | | | MBB Radiology |
| 24. | 9-22-20 | 9-22-20 | | | Omni Medical |
| 25. | 9-22-20 | 9-22-20 | | | Orange Park Spine Institute |
| 26. | 9-22-20 | 9-22-20 | | | Precision Imaging |
| 27. | 9-28-20 | 9-28-20 | | | Select Physical Therapy |
| 28. | 9-22-20 | 9-22-20 | | | St. Josephs Interventional Pain Specialists |
| 29. | 9-22-20 | 9-22-20 | | | Topp Spine and Ortho |
| 30. | 9-22-20 | 9-22-20 | | | Trilogy Home Health Care |
| 31. | 9-22-20 | 9-22-20 | | | Universal Neurological Care |
| 32. | 9-22-20 | 9-22-20 | | | Walgreens Pharmacy Bills and receipts for Prescriptions |
| | | | | | |
| | | | | | |
| | | | | | **Non-Med/Recs Bills:** |
| 33. | 9-22-20 | 9-22-20 | | | Autonation Collision Center (Richard Triolo Vehicle) – All repair records, estimates, supplements, photos |

| | | | | |
|---|---|---|---|---|
| 34. | 9-22-20 | 9-22-20 | | | Composite Photos of Richard Triolo Vehicle |
| 35. | 9-22-20 | 9-22-20 | | | Composite Photos of USPS Vehicle |
| 36. | 9-22-20 | 9-22-20 | | | Google Maps Satellite Photo of Collision Location |
| 37. | 9-22-20 | 9-22-20 | | | Disability Records related to Triolo short term disability from work including disability lien documentation (produced by Lincoln Financial Group) |
| 38. | 9-22-20 | 9-22-20 | | | Life Table (cover page and table 5) |
| 39. | | | | | Photos of Plaintiff (Before and After Accident) |
| | | | | | |
| | | | | | **Demonstrative Aids:** |
| 40. | | | | | PowerPoint Presentation |
| 41. | | | | | Photo Enlargements of Vehicles |
| 42. | | | | | Diagram of Location of Collision |
| 43. | | | | | Overhead Photo of Location of Collision |
| 44. | | | | | Life Care Plan |
| 45. | | | | | MRI Imaging Enlargements |
| 46. | | | | | Spine Model |
| 47. | | | | | All Exhibits Listed by Defendant |
| 48. | 9-24-20 | 9-24-20 | | | Summary of Computation of Damages from Plaintiff |