

# ADVANCED DIAGNOSTIC GROUP

1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax: (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | |
|---|---|
| PATIENT NAME: RICHARD TRIOLO | |
| PATIENT ID: 407365 | REFERRING PHYSICIAN: RAYMOND TOPP MD, |
| DOB: | REFERRING PHONE: |
| DOS: 04/04/2018 | REFERRING FAX: |

**EXAMINATION:** X-RAY L SPINE

**INDICATION:** Low back pain. Status post prior lumbar spine fusion March 22, 2018

**TECHNIQUE:** 3 views

**COMPARISON:** Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

**FINDINGS:** Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1. The lumbar vertebral bodies are otherwise in satisfactory alignment. There has been interval placement of posterior rod and screw fixation at L5-S1. There has been discectomy at L5-S1. No definite appreciable hardware failure or loosening. No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

**IMPRESSION:**

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.

David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist

DAVID PRIEST, MD
Electronically signed on: 4/5/2018 1:34:04 PM
Transcribed by: DP on: 4/5/2018 1:32:17 PM



1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax: (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | RICHARD TRIOLO | | |
| **PATIENT ID:** | 407365 | **REFERRING PHYSICIAN:** | RAYMOND TOPP MD, |
| **DOB:** | | **REFERRING PHONE:** | |
| **DOS:** | 04/04/2018 | **REFERRING FAX:** | |

**EXAMINATION:** X-RAY L SPINE