

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

### *ED Orthopedic Procedures/Treatments*

DOCUMENT NAME:          ED Orthopedic Procedures/Treatments
SERVICE DATE/TIME:      02/11/2017 15:14
RESULT STATUS:          Auth (Verified)
PERFORM INFORMATION:    Spollen,Amy RN (02/11/2017 15:14 )
SIGN INFORMATION:

```
            ED Orthopedic Procedures/Treatments
        02/11/17 03:14 pm Performed by Spollen, Amy  RN
        Entered on 02/11/17 03:14 pm

Ortho Procedure/Treatment
-------------------------
Orthopedic Treatment Grid
  1. Orthopedic Treatment Type            Cervical Collar, Hard Applied
```

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/11/2017
Discharge Date:   02/11/2017                     MRN:                3154593
                                                 DOB/Age:
                                                 Sex:                Male
Print Date/Time:  06/26/2017 13:14               Financial #:        55043210
Report ID:        39448326                       Attnd Physician:    Caro,Christina G MD
                                                 Patient Location:   S-ED

**MEDICAL RECORD PRINT**

BMC000001

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Emergency Department*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| SERVICE DATE/TIME: | 02/11/2017 14:56 |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Rojas,Carlos E MD (03/04/2017 10:41 ); Caro,Christina G MD (02/11/2017 16:22 ); Caro,Christina G MD (02/11/2017 14:57 ) |
| SIGN INFORMATION: | Rojas,Carlos E MD (03/04/2017 10:41 ); Caro,Christina G MD (02/11/2017 16:22 ); Caro,Christina G MD (02/11/2017 16:15 ) |

### Addendum by Rojas, Carlos E MD on March 04, 2017 10:41

oN 3/4/ 2017 HAS REQEUSTED TO ME  A FEW MORE TABLETS  FOR HIS PAIN,  after the MVC
i AM EXTENDING a rx  for  28  tblets lortab  5 and needs to  f/u  with his PCP

*Electronically Signed By: Rojas, Carlos E  MD*
*Signed Date and Time: 03/04/2017 10:41 AM*

### Addendum by Caro, Christina G MD on February 11, 2017 16:22

Neck exam was not completed. The following is the neck exam for the above examination: (+) TTP to midline neck, no crepitance or step off. ROM NOT ASSESSED - collar placed.

*Electronically Signed By: Caro, Christina G  MD*
*Signed Date and Time: 02/11/2017 04:22 PM*

### General Medical Problem *ED

Patient:  **TRIOLO, RICHARD A**      MRN: 3154593      FIN: 55043210
Age:  **42 years**   Sex: **Male**   DOB
Associated Diagnoses:  **None**
Author:  **Caro, Christina G  MD**

**Basic Information**
   **Time seen:** Date & time 2/11/2017 15:07.
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.
   **Additional information:** Patient's Chief Complaint
         2/11/2017 14:53      Patient's Chief Complaint pt states rearended at stoplight @1310. c/o back pain , Basic Information (ST)
   Arrival Mode: Self
   GU Catheter Present on Admission: No
   Travel Outside US in last 30 days: No

, 2/11/2017 14:53      Arrival Mode      Self, 2/11/2017 14:53      GU Catheter Present on Admission      No, 2/11/2017 14:53      Travel
Outside US in last 30 days      No.

**History of Present Illness**

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000002



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

### *Emergency Department*

The patient presents with Patient is a 42 year old female with no contributory past medical history who presents to the ED after an MVC which occurred x2 hours ago. Patient states he was a restrained driver at a stoplight when a mail truck rear ended his vehicle at a moderate speed. Patient denies hitting his head, any loss of consciousness, or any bleeding. Patient notes having (+)neck pain and lower back pain.

. The onset was 2 hours ago. The course/duration of symptoms is constant. Location: Neck back. The character of symptoms is pain. The degree at onset was moderate. The degree at present is moderate. Risk factors consist of none. Therapy today: none. Associated symptoms: denies headache.

**Review of Systems**
    **Constitutional symptoms:** No fever, no chills.
    **Skin symptoms:** No rash,
    **Eye symptoms:** No discharge,
    **ENMT symptoms:** No sore throat,
    **Respiratory symptoms:** No shortness of breath, no cough.
    **Cardiovascular symptoms:** No chest pain,
    **Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting.
    **Genitourinary symptoms:** No dysuria,
    **Musculoskeletal symptoms:** Back pain, neck pain.
    **Neurologic symptoms:** No headache, no altered level of consciousness, no numbness, no weakness.

**Health Status**
    **Allergies:**
        Allergic Reactions (Selected)
            NKA.
    **Medications:** Per nurse's notes.
    **Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**

    **Medical history**
        Negative.
    **Surgical history:** Negative.
    **Family history:** Not significant.
    **Social history:** Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.

**Physical Examination**

    **Vital Signs**
        Time: 2/11/2017 15:07.
    Vital Signs

| 2/11/2017 14:53 | | |
|---|---|---|
| Pulse Rate | 81 bpm | |
| Vital Signs Respiratory Rate | 18 br/min | |
| **Systolic Blood Pressure** | 144 mm Hg | HI |
| **Diastolic Blood Pressure** | 114 mm Hg | HI |
| Oxygen Saturation | 96 % | |
| Oral Temperature Deg F | 97.9 degF | |

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000003



**BAPTIST** Medical Center South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## *Emergency Department*

Oxygen Saturation
    2/11/2017 14:53    Oxygen Saturation    96 % .
**General:** Alert, no acute distress.
**Skin:** Warm, pink, no rash.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion, Normal alignment, no step-offs.
**Musculoskeletal:** Normal ROM, normal strength, no tenderness, no swelling, no deformity.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds.
**Genitourinary:** Normal external genitalia.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory
    observed, normal motor observed, normal speech observed, normal coordination observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

## Medical Decision Making
**Differential Diagnosis:** Dehydration, viral syndrome, medication reaction.
**Rationale:** CT cervical spine, education on strain and what signs and symptoms to return to the ED.
.
**Documents reviewed:** Emergency department nurses' notes.
**Cardiac monitor:** Time 2/11/2017 15:05, normal sinus rhythm.
**Radiology results:** Computed tomography, Cervical Spine, emergency physician interpretation: No acute process, chronic degenerative
    changes noted.

## Reexamination/ Reevaluation
Time: 2/11/2017 16:11 .
Vital signs
    results included from flowsheet : Vital Signs

| | | |
|---|---|---|
| 2/11/2017 15:13 | Systolic Blood Pressure | 135 mm Hg |
| | **Diastolic Blood Pressure** | **107 mm Hg HI** |
| 2/11/2017 14:53 | Pulse Rate | 81 bpm |
| | Vital Signs Respiratory Rate | 18 br/min |
| | **Systolic Blood Pressure** | **144 mm Hg HI** |
| | **Diastolic Blood Pressure** | **114 mm Hg HI** |
| | Oxygen Saturation | 96 % |
| | Oral Temperature Deg F | 97.9 degF |

Assessment: Findings discussed with patient. Repeat neuro exam normal. Cervical collar cleared. All questions and concerns addressed. Appropriate medication usage and follow up instructions given to the patient. Informed patient of signs and symptoms for which to return to the Emergency Department. The patient feels comfortable going home. The patient demonstrates understanding of all instructions given.

**Pt instructed not to drive while taking pain meds.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## *Emergency Department*

**Impression and Plan**
  Motor vehicle collision
  Cervical strain
  **Plan**
    **Considered an Emergency Condition Due to:** Acute Onset of Symptoms, Dysfunction of Body Organ or Part.
    **Condition:** Improved, Stable.
    **Prescriptions:** Launch prescriptions
    **Pharmacy:**
      Lortab 5/325 oral tablet (Prescribe): 1 tab, PO, Q6H Int, for 2 day, 8 tab, 0 Refill(s).
    **Patient was given the following educational materials:** NECK SPRAIN/STRAIN, MVC, General Precautions, Pt was explained that his/her BP
      was elevated during the ED visit and that this warrants further workup by his/her PCP. .
    **Limitations:** Limited activity.
    **Disposition:** Discharged: Discharge Order(2/11/2017 16:14), time 2/11/2017 16:14, to home.
    **Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated
      understanding of instructions.
    **Notes:** The pt was educated about what signs and symptoms to return to the ED. .
  **Physician Quality Reporting Initiative**
    **Elevated BP statement:** Patient's blood pressure was elevated during the ED visit. Patient was made aware of the elevation and was instructed
      to see their primary care provider for further monitoring and management of their hypertension if needed.

**Addendum**
  **Attestation Statement:** This note has been entered today at 2/11/2017 14:56: By Nagle, Lillian  Medical Scribe, as scribe for  Caro, Christina G
  MD, Documentation is being entered under the direct supervision of  Caro, Christina G  MD, Electronically signed by  Nagle, Lillian  Medical Scribe:
  On 2/11/2017 14:56.
  **Physician Attestation:** The information recorded by the scribe reflects the services provided by myself, as a physician. I have reviewed the
  documentation and confirm the accuracy of the information in the transcribed note.

*Electronically Signed By: Caro, Christina G  MD*
*Signed Date and Time: 02/11/2017 04:15 PM*
*Signed Date and Time: 02/11/17*

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMC000005



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Discharge Summary*

DOCUMENT NAME:                    ED Discharge Summary
SERVICE DATE/TIME:                02/11/2017 16:17
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Spollen,Amy RN (02/11/2017 16:17 )
SIGN INFORMATION:

```
            ED Discharge Summary
            02/11/17 04:17 pm Performed by Spollen, Amy  RN
            Entered on 02/11/17 04:19 pm


ED Discharge Summary
--------------------
Discharge Destination               Home or Self Care
Mode of Discharge                   Ambulatory
Discharge Transportation            Car
Released To                         Self
Discharge Education Documentation Needed    Yes
Discharge Instructions Reviewed With        Richard Triolo
Relationship to Patient             Self
DC Instruction Reviewer Understands Yes
Discharge Comment                   pt received dc RX & instructions,
                                    verbalized understanding. Pt amb home
                                    in NAD


ED Patient Ed - Interdisciplinary
---------------------------------
Education Smart Template            Topics of Education
General Patient Education Powergrid
  1. ED Patient Education Topics    Importance of Follow-up, Medication
                                    Dosage, Route, Administration and
                                    Scheduling, Pur

     Discipline Performing Education    ED Nursing
     Individuals Taught             Patient
     Readiness to Learn             Accepting
     Barriers to Learning           None Evident
     Teaching Method                Verbal Discussion, Written
                                    Instructions
     Teaching Evaluation            Verbalizes Understanding
```

---

| | | |
|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | |
| Admit Date: | 02/11/2017 | |
| Discharge Date: | 02/11/2017 | |

| | |
|---|---|
| MRN: | 3154593 |
| DOB/Age: | |
| Sex: | Male |
| Financial #: | 55043210 |
| Attnd Physician: | Caro,Christina G MD |
| Patient Location: | S-ED |

Print Date/Time:   06/26/2017 13:14
Report ID:         39448326

**MEDICAL RECORD PRINT**

BMC000006



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*ED Patient Education - Physician*

| | |
|---|---|
| DOCUMENT NAME: | ED Pat Edu |
| SERVICE DATE/TIME: | 02/11/2017 16:31 |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Taylor,Kimra RN (02/11/2017 16:31 ) |
| SIGN INFORMATION: | Taylor,Kimra RN (02/11/2017 16:31 ) |

**ED Pat Edu**



# Patient Education

**Name:** TRIOLO, RICHARD A
**MRN:** 3154593
**FIN:** 55043210

**Visit Date:** 2/11/2017 14:46
**Current Date:** 2/11/2017 16:31

TRIOLO, RICHARD A has been given the following patient education materials:

Trauma

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000007



14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

**ED Patient Education - Physician**

## Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000008


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*ED Patient Education - Physician*

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Neck Sprain or Strain

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000009



14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*ED Patient Education - Physician*

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*ED Patient Education - Physician*

and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000011



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Triage - ESI Form*

DOCUMENT NAME:              Triage - ESI Form
SERVICE DATE/TIME:          02/11/2017 14:53
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Spollen,Amy RN (02/11/2017 14:53 )
SIGN INFORMATION:           Spollen,Amy RN (02/11/2017 14:53 )

**Triage - ESI Form Entered On: 2/11/2017 14:55**
**Performed On: 2/11/2017 14:53 by Spollen, Amy  RN**

**Chief Complaint/Allergies/History ED**
*Patient's Chief Complaint :*  pt states rearended at stoplight @1310. c/o back pain
*Is Pt Being Seen as Result of an Injury :*  Yes
*Does the Pt Meet Trauma Alert Criteria? :*  No
*GU Catheter Present on Admission :*  No
*Arrival Mode :*  Self
*Travel Outside US in last 30 days :*  No
*Travel to African country :*  No
*Individual Contact Ebola :*  No

Spollen, Amy  RN - 2/11/2017 14:53

Tetanus Vaccine
*Flu :*  2016

Spollen, Amy  RN - 2/11/2017 14:53

*Domestic Violence/Safety Issue :*  No, Patient Does Not Want to Speak With Someone Regarding Domestic
Violence/Safety Issues
*Behavioral Health Complaints :*  No
*Vitals/Height/Weight Conditional :*  Yes
*Triage Assessment Conditional :*  Yes
*Hospital inpatient last 30 days :*  No
*ED Date Time of Arrival :*  02/11/17 14:46
*Ebola Control :*  0

Spollen, Amy  RN - 2/11/2017 14:53
(As Of: 2/11/2017 14:55:29 EST)

Allergies (Active)
NKA

Estimated Onset Date:  Unspecified ; *Created By:*  Spollen,
Amy  RN; *Reaction Status:*  Active ; *Category:*  Drug ;
*Substance:*  NKA ; *Type:*  Allergy ; *Updated By:*  Spollen, Amy
RN; *Reviewed Date:*  2/11/2017 14:53

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000012

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Triage - ESI Form*

---

**Vitals/Height/Weight/Pain S2**
*Oral Temperature Deg F :*  97.9 degF(Converted to: 36.6 degC)
*Pulse Rate :*  81 bpm
*Vital Signs Respiratory Rate :*  18 br/min
*Systolic Blood Pressure :*  144 mm Hg (HI)
*Diastolic Blood Pressure :*  114 mm Hg (HI)
*Oxygen Saturation :*  96 %
*Is Patient Experiencing Pain :*  Yes
*Is Pediatric Patient Experiencing Pain :*  N/A = Not applicable
*Method to Obtain Weight :*  Stated
*Weight (lb) :*  240 lb
*Weight Converted to Kilograms :*  109.09 kg
*Measured Weight :*  109.09 kg(Converted to: 240 lb 8 oz, 240.50 lb)
*Method to Obtain Height :*  Stated
*Height (in) :*  74 inch
*Height Converted to Centimeters :*  187.96 cm
*\*Height :*  187.96 cm(Converted to: 74.00 inch, 6.17 foot)
*Body Mass Index :*  31

Spollen, Amy  RN - 2/11/2017 14:53

**Pain Assessment - Adult**
*Preferred Pain Tool :*  Numeric rating scale
*Tolerable Pain Intensity :*  2
*Pain Intensity :*  8
*Location :*  Back

Spollen, Amy  RN - 2/11/2017 14:53

**Triage Assessment - ED S2**
*ED General Assessment :*   Resp=Respirations Even and Unlabored, Clear to Auscultation, Maintains Own Airway,
CV=Heart Rate and Rhythm Regular, Nailbeds Pink, No Edema, Capillary Refill Less Than 3 Seconds, GI=Abdomen Soft,
No Distention, Bowel Sounds Present, Integumentary=Skin Dry and Intact, Mucous Membranes Pink and Moist, Neuro
Adult - Alert, Oriented to Person, Place, Time and Event.  No Defects Noted., Neurovascular= Pulses Present Distal to
Affected Area, Sensation Intact Distal to Affected Area, Color Normal for Ethnicity
*Cardiopulmonary Assessment :*  Yes
*Neurological Assessment Conditional :*  Yes

Spollen, Amy  RN - 2/11/2017 14:53

**Cardio Assessment - ED S2**
*Respirations :*  Unlabored
*Capillary Refill :*  Less Than 3 Seconds

Spollen, Amy  RN - 2/11/2017 14:53

**Neuro Assessment - ED S2**

Spollen, Amy  RN - 2/11/2017 14:53

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMC000013

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Triage - ESI Form*

*Level of Consciousness :*  Responsive

Spollen, Amy  RN - 2/11/2017 14:53

**Triage Interventions S2**
*Triage Plan :*  ECC

Spollen, Amy  RN - 2/11/2017 14:53

DCP GENERIC CODE
*Visit Reason :*    CAR ACCIDENT
*Tracking Team :*  2/11/2017 14:55
*Tracking Acuity :*  BMC_S4
*Tracking Group :*  BMC-S ED

Spollen, Amy  RN - 2/11/2017 14:53
(As Of: 2/11/2017 14:55:29 EST)

Diagnoses(Active)
  MVC (motor vehicle collision)      *Date:*  2/11/2017 ; *Diagnosis Type:*  Reason For Visit ;
                                     *Confirmation:*  Confirmed ; *Clinical Dx:*  MVC (motor vehicle
                                     collision) ; *Classification:*  Medical ; *Clinical Service:*
                                     Non-Specified ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis
                                     Code:*  V87.7XXA

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Medication*

### *Inpatient*

Order Date/Time: **02/11/2017 15:11**
Order: acetaminophen (Tylenol)
Order Status: Completed          Clinical Category: Medications          Medication Type: Inpatient
End-state Date/Time: 02/11/2017 15:17          End-state Reason:
Ordering/Authenticating Physician: Caro,Christina G MD          Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:12
Order Details: 650 mg tab PO ED_ONCE, Start: 2/11/17 3:11:00 PM EST, Stop: 2/11/17 3:17:44 PM EST
Order Comment: _____ Do NOT administer more than: Adult: 3 g/day total
Pediatric: 75 mg/kg/day or 3 g/day total
Action Type: Complete                                             Action Date/Time: 02/11/2017 15:17
Responsible Provider: Caro,Christina G MD

Action Type: Order                                                Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD

---

| | |
|---|---|
| Patient: | **TRIOLO, RICHARD A** |
| Admit Date: | 02/11/2017 |
| Discharge Date: | 02/11/2017 |

| | |
|---|---|
| MRN: | 3154593 |
| DOB/Age: | |
| Sex: | Male |
| Financial #: | 55043210 |
| Attnd Physician: | Caro,Christina G MD |
| Patient Location: | S-ED |

Print Date/Time:  06/26/2017 13:14
Report ID:        39448326

**MEDICAL RECORD PRINT**

BMC000015



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Prescription*

Order Date/Time: **02/11/2017 16:13**
Order: acetaminophen-hydrocodone (Lortab 5/325 oral tablet)
Order Status: Completed          Clinical Category: Medications          Medication Type: Prescription
End-state Date/Time: 02/13/2017 16:13          End-state Reason:
Ordering/Authenticating Physician: Caro,Christina G MD          Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 16:13
Order Details: 1 tab, PO, Q6H Int, Duration: 2 day, # 8 tab, 0 Refill(s)
Order Comment: Do NOT administer more than 3 g/day of acetaminophen for adults; NO more than 75 mg/kg/day or 3 g/day total for pediatrics.

| | |
|---|---|
| Action Type: Status Change | Action Date/Time: 02/13/2017 16:17 |
| Responsible Provider: Caro,Christina G MD | |
| Action Type: Prescribe | Action Date/Time: 02/11/2017 16:14 |
| Responsible Provider: Caro,Christina G MD | |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000016



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Orders*

### *Discern Rule Order*

Order Date/Time: **02/11/2017 16:14**
Order: ED Discharge Patient

| | | | |
|---|---|---|---|
| Order Status: Ordered | Department Status: Ordered | Catalog Type: Discern Rule Order | Activity Type: Discern Rule Order |

End-state Date/Time: 02/11/2017 16:14
Ordering Physician: Caro,Christina G MD
End-state Reason:
Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 16:14
Order Details: 2/11/17 4:14:00 PM EST, 2/11/17 4:14:00 PM EST
Order Comment:

Action Type: Order
Action Date/Time: 02/11/2017 16:14
Responsible Provider: Caro,Christina G MD
Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

Order Date/Time: **02/11/2017 14:55**
Order: Trauma Alert Patient

| | | | |
|---|---|---|---|
| Order Status: Discontinued | Department Status: Discontinued | Catalog Type: Discern Rule Order | Activity Type: Discern Rule Order |

End-state Date/Time: 02/11/2017 17:00
Ordering Physician: SYSTEM
End-state Reason:
Consulting Physician:
Order Placed/Authenticated By: SYSTEM on 02/11/2017 14:55
Order Details: 2/11/17 2:55:29 PM EST, Constant Indicator
Order Comment: This order was placed as the result of documentation on the Triage form.

Action Type: Discontinue
Action Date/Time: 02/11/2017 17:00
Responsible Provider: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order
Action Date/Time: 02/11/2017 14:55
Responsible Provider: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Orders*

### *Pharmacy*

Order Date/Time: **02/11/2017 15:11**
Order: acetaminophen (Tylenol)

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 02/11/2017 15:17    End-state Reason:
Ordering Physician: Caro,Christina G MD    Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:12
Order Details: 650 mg tab PO ED_ONCE, Start: 2/11/17 3:11:00 PM EST, Stop: 2/11/17 3:17:44 PM EST
Order Comment: _____ Do NOT administer more than: Adult: 3 g/day total
Pediatric: 75 mg/kg/day or 3 g/day total

Action Type: Complete    Action Date/Time: 02/11/2017 15:17
Responsible Provider: Caro,Christina G MD    Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order    Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD    Communication Type: Written/Fax
Review Information:
Nurse Review: Electronically Signed, Spollen,Amy RN on 02/11/2017 15:14
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Gardella,Linda BS,RPh on 02/11/2017 15:17
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Orders* |
| --- |

| *Radiology* |
| --- |

Order Date/Time: **02/11/2017 15:11**
Order: CT Spine Cervical w/o Contrast

| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| --- | --- | --- | --- |

End-state Date/Time: 02/11/2017 16:20          End-state Reason:
Ordering Physician: Caro,Christina G MD          Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:11
Order Details: 2/11/17 3:11:00 PM EST, trauma, Wheelchair, Stat, Pending Discharge - No, ONCE, BMC South
Order Comment:

Action Type: Complete                                Action Date/Time: 02/11/2017 16:20
Responsible Provider: Caro,Christina G MD          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                          Action Date/Time: 02/11/2017 16:00
Responsible Provider: Caro,Christina G MD          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Modify                                  Action Date/Time: 02/11/2017 16:00
Responsible Provider: Caro,Christina G MD          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                          Action Date/Time: 02/11/2017 15:59
Responsible Provider: Caro,Christina G MD          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Order                                  Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD          Communication Type: Written/Fax
Review Information:
Nurse Review: Electronically Signed, Spollen,Amy RN on 02/11/2017 15:14
Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## CAT Scan

Accession:
CT-17-0077646

Exam Date/Time:
02/11/2017 16:00

Exam:
CT Spine Cervical without
Contrast

Ordering Provider:
Caro,Christina G MD

**Reason For Exam**
(CT Spine Cervical without Contrast) trauma

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
            Sex: M
Physician: Christina G Caro, MD

CT Spine Cervical w/o Contrast


HISTORY
Trauma.

CT CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None

TECHNIQUE: Multiple noncontrast CT images of the cervical spine were
obtained. Multiplanar reformats were rendered.

FINDINGS: Vertebral body heights are maintained. No fracture. No
subluxation. Multilevel disc osteophyte complexes are noted, most pronounced
at C4-C5, C5-C6 and C6-C7. There is mild canal stenosis at these levels.
Prevertebral soft tissues are unremarkable. The craniocervical junction is
maintained.

IMRESSION

1. No acute fracture or traumatic subluxation.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000020



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## CAT Scan

| Accession:<br>CT-17-0077646 | Exam Date/Time:<br>02/11/2017 16:00 | Exam:<br>CT Spine Cervical without<br>Contrast | Ordering Provider:<br>Caro,Christina G MD |
|---|---|---|---|

**Report**

2/11/2017 4:17 PM:  Eduardo Oyola Torres, MD
                              Eduardo Oyola Torres, MD
                              Radiology
EOT/eot     D: 02/11/2017 16:17    T: 02/11/2017 16:17    Job#: 4536239

*** Final Report ***

*Reading Radiologist:  Oyola, Eduardo  MD*

*Signed:  Oyola, Eduardo  MD*
*Date/Time:  02.11.17 16:17*
*(Electronically Signed)*

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Medication Admistration Record*

### *Medications*

**Admin Date/Time:** 02/11/2017 15:17                    **Charted Date/Time:** 02/11/2017 15:17

Medication Name: **acetaminophen (Tylenol)**
**Ingredients:** acet325 650 mg
**Admin Details: (Auth)** PO
**Action Details:** Order: Caro,Christina G MD 02/11/2017 15:12; Perform: Spollen,Amy RN 02/11/2017 15:17; VERIFY:
Spollen,Amy RN 02/11/2017 15:17

---

| | | |
|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000022



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Activity of Daily Living*

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>16:00<br>Melvin,Kenneth Technol,Multi Modality |
|---|---|---|
| Standard Safety | | ID Bands on |

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>14:53<br>Spollen,Amy RN |
|---|---|---|
| Monitor Alarm Limits On and Audible | | Stand By |
| ID Bands in Place | | Patient ID |
| Equipment Safety | | See Below T1 |
| Bed Safety | | See Below T2 |

Textual Results
T1:    02/11/2017 14:53 (Equipment Safety)
       Bag/Mask at Bedside, One Way Valve Mask at Bedside, Oxygen at Bedside, Suction at Bedside
T2:    02/11/2017 14:53 (Bed Safety)
       Side Rails Up, Wheels Locked, Bed In Low Position

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000023



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Allergies*

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Updated By |
|-----------|--------------|-----------------|------------------|------------|
| NKA | Allergy | Active | | Spollen,Amy RN |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000024

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

### *Communication Assistance*

DOCUMENT NAME:                    Communication Assistance
SERVICE DATE/TIME:             02/11/2017 14:58
RESULT STATUS:                  Auth (Verified)
PERFORM INFORMATION:         Spollen,Amy RN (02/11/2017 14:58 )
SIGN INFORMATION:

```
            Communication Assistance
     02/11/17 02:58 pm Performed by Spollen, Amy   RN
     Entered on 02/11/17 02:58 pm

Communication Assistance - Patient
----------------------------------
Pref Language to Discuss Healthcare Info    English
Communication Need Related by Patient       No
Person With Patient                         No
```

---

Patient:            **TRIOLO, RICHARD A**
Admit Date:       02/11/2017
Discharge Date:  02/11/2017

Print Date/Time: 06/26/2017 13:14
Report ID:       39448326

**MEDICAL RECORD PRINT**

MRN:               3154593
DOB/Age:
Sex:                 Male
Financial #:      55043210
Attnd Physician:  Caro,Christina G MD
Patient Location:  S-ED

BMC000025



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Fall Risk Assessment (Morse)*

DOCUMENT NAME:                    Fall Risk Assessment (Morse)
SERVICE DATE/TIME:                02/11/2017 14:58
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Spollen,Amy RN (02/11/2017 14:58 )
SIGN INFORMATION:

```
                    Fall Risk Assessment (Morse)
            02/11/17 02:58 pm Performed by Spollen, Amy  RN
            Entered on 02/11/17 02:58 pm

Fall Risk Assessment
--------------------
History of Fall in Last 3 Months Morse      No
Presence of Secondary Diagnosis Morse       No
Use of Ambulatory Aid Morse                 None, bedrest, wheelchair, nurse
IV/Heparin Lock Fall Risk Morse             No
Gait Weak or Impaired Fall Risk Morse       Normal, bedrest, immobile
Mental Status Fall Risk Morse               Oriented to own ability
Morse Fall Risk Score                       0
```

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000026



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Nursing Flowsheets

### Patient Location

| Procedure | Units | 02/11/2017 16:00 Melvin,Kenneth Technol,Multi Modality | Reference Range |
|---|---|---|---|
| Recorded Date | | 02/11/2017 | |
| Recorded Time | | 16:00 | |
| Recorded By | | Melvin,Kenneth Technol,Multi Modality | |
| Radiology Department | | CT | |
| Radiology Room Type | | Procedure Room | |

| Procedure | Units | Reference Range |
|---|---|---|
| Recorded Date | | 02/11/2017 |
| Recorded Time | | 14:53 |
| Recorded By | | Spollen,Amy RN |
| Patient Location | | ED 22 |

### Growth Charts

| Procedure | Units | Reference Range |
|---|---|---|
| Recorded Date | | 02/11/2017 |
| Recorded Time | | 14:53 |
| Recorded By | | Spollen,Amy RN |
| Body Mass Index | | 31 |

### Height and Weight

| Procedure | Units | 02/11/2017 14:53 Spollen,Amy RN | 02/11/2017 14:53 SYSTEM | Reference Range |
|---|---|---|---|---|
| Recorded Date | | 02/11/2017 | 02/11/2017 | |
| Recorded Time | | 14:53 | 14:53 | |
| Recorded By | | Spollen,Amy RN | SYSTEM | |
| Clinical Height | cm | 187.96 | - | |
| Method to Obtain Height | | Stated | - | |
| Dosing Weight | kg | - | 109.09 | |
| Measured Weight | kg | 109.09 | - | |
| Method to Obtain Weight | | Stated | - | |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000027



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## Nursing Flowsheets

### Vital Signs

| Procedure | Units | Recorded Date 02/11/2017 Recorded Time 15:13 Recorded By Spollen, Amy RN | Recorded Date 02/11/2017 Recorded Time 14:53 Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|---|
| Pulse Rate | bpm | - | 81 | [60-100] |
| Vital Signs Respiratory Rate | br/min | - | 18 | [15-20] |
| Systolic Blood Pressure | mm Hg | 135 | 144 H | [90-140] |
| Diastolic Blood Pressure | mm Hg | 107 H | 114 H | [60-90] |
| Oxygen Saturation | % | - | 96 | [94-100] |
| Oral Temperature Deg F | degF | - | 97.9 | [96.8-99.9] |

### Dialysis

| Procedure | Units | Recorded Date 02/11/2017 Recorded Time 14:53 Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|
| Clinical Height | cm | 187.96 | |
| Measured Weight | kg | 109.09 | |
| Method to Obtain Weight | | Stated | |

### Pain Assessment

| Procedure | Units | Recorded Date 02/11/2017 Recorded Time 14:53 Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|
| Pain Location | | Back | |
| Pain Intensity Rating | | 8 | [10] |
| Tolerable Pain Intensity | | 2 | [10] |
| Preferred Pain Tool | | Numeric rating scale | |

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | | DOB/Age: | |
| Discharge Date: | 02/11/2017 | | Sex: | Male |
| | | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | | Attnd Physician: | Caro, Christina G MD |
| Report ID: | 39448326 | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000028



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| *Nursing Flowsheets* |
| --- |

| *Activity of Daily Living* |
| --- |

| | Recorded Date | 02/11/2017 | |
| --- | --- | --- | --- |
| | Recorded Time | 16:00 | |
| | Recorded By | Melvin,Kenneth Technol,Multi Modality | |
| Procedure | Units | | Reference Range |
| Standard Safety | | ID Bands on | |

| | Recorded Date | 02/11/2017 | |
| --- | --- | --- | --- |
| | Recorded Time | 14:53 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Monitor Alarm Limits On and Audible | | Stand By | |
| ID Bands in Place | | Patient ID | |
| Equipment Safety | | See Below T1 | |
| Bed Safety | | See Below T2 | |

Textual Results
T1:    02/11/2017 14:53 (Equipment Safety)
        Bag/Mask at Bedside, One Way Valve Mask at Bedside, Oxygen at Bedside, Suction at Bedside
T2:    02/11/2017 14:53 (Bed Safety)
        Side Rails Up, Wheels Locked, Bed In Low Position

| *Neurological Assessment* |
| --- |

| | Recorded Date | 02/11/2017 | |
| --- | --- | --- | --- |
| | Recorded Time | 14:53 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Level of Consciousness | | Responsive | |

| *Glasgow* |
| --- |

| | Recorded Date | 02/11/2017 | |
| --- | --- | --- | --- |
| | Recorded Time | 14:53 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Best Motor Response Glasgow | | 6 = Obeys Commands | |
| Best Verbal Response Glasgow | | 5 = Appropriate and Oriented | |

| Patient: | **TRIOLO, RICHARD A** | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | | DOB/Age: | |
| | | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | | Financial #: | 55043210 |
| Report ID: | 39448326 | | Attnd Physician: | Caro,Christina G MD |
| | | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000029



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## Nursing Flowsheets

### Glasgow

| Procedure | Units | Recorded Date 02/11/2017<br>Recorded Time 14:53<br>Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|
| Eye Opening Response Glasgow | | 4 = Spontaneous | |
| Glasgow Coma Score | | 15 | |

### Fall Risk

| Procedure | Units | Recorded Date 02/11/2017<br>Recorded Time 14:58<br>Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|
| History of Fall in Last 3 Months Morse | | No | |
| Presence of Secondary Diagnosis Morse | | No | |
| Use of Ambulatory Aid Morse | | None, bedrest, wheelchair, nurse | |
| IV/Heparin Lock Fall Risk Morse | | No | |
| Gait Weak or Impaired Fall Risk Morse | | Normal, bedrest, immobile | |
| Mental Status Fall Risk Morse | | Oriented to own ability | |
| Morse Fall Risk Score | | 0 | |

### Cardiovascular Assessment

| Procedure | Units | Recorded Date 02/11/2017<br>Recorded Time 14:53<br>Recorded By Spollen, Amy RN | Recorded Date 02/11/2017<br>Recorded Time 14:53<br>Recorded By Spollen, Amy RN | Reference Range |
|---|---|---|---|---|
| Nail Bed Color | | Pink | - | |
| Capillary Refill | | - | Less Than 3 seconds | |

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro, Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000030



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Nursing Flowsheets

### Respiratory Assessment

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>14:53<br>Spollen,Amy RN | 02/11/2017<br>14:53<br>Spollen,Amy RN | Reference Range |
|---|---|---|---|---|
| Respirations | | - | Unlabored | |
| Respiratory Pattern | | Regular | - | |

### Genitourinary Assessment

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>14:53<br>Spollen,Amy RN | Reference Range |
|---|---|---|---|
| GU Catheter Present on Admission | | No | |

### Musculoskeletal Assessment

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>15:14<br>Spollen,Amy RN | Reference Range |
|---|---|---|---|
| Orthopedic Treatment Type | | Cervical Collar, Hard Applied | |

### Behavioral Assessment

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Units | 02/11/2017<br>14:53<br>Spollen,Amy RN | Reference Range |
|---|---|---|---|
| Behavioral Health Complaints | | No | |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000031



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| | | *Nursing Flowsheets* | |
|---|---|---|---|

| | | *Surgical/Procedural Information* | |
|---|---|---|---|

| | Recorded Date | 02/11/2017 | |
| | Recorded Time | 16:17 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Released To | | Self | |

| | | *General Information* | |
|---|---|---|---|

| | Recorded Date | 02/11/2017 | |
| | Recorded Time | 16:17 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Discharge Comment | | See Below T5 | |
| Relationship to Patient | | Self | |

Textual Results
T5:    02/11/2017 16:17 (Discharge Comment)
       pt received dc RX & instructions, verbalized understanding. Pt amb home in NAD

| | Recorded Date | 02/11/2017 | |
| | Recorded Time | 16:00 | |
| | Recorded By | Melvin,Kenneth Technol,Multi Modality | |
| Procedure | Units | | Reference Range |
| Time Out of Unit | | 16:00:00 | |
| Time into Unit | | 15:55:00 | |

| | Recorded Date | 02/11/2017 | |
| | Recorded Time | 14:53 | |
| | Recorded By | Spollen,Amy RN | |
| Procedure | Units | | Reference Range |
| Patient's Chief Complaint | | See Below T3 | |
| ED General Assessment | | See Below T4 | |
| Triage Plan | | ECC | |
| Domestic Violence/Safety Issue | | See Below T6 | |
| Hospital inpatient last 30 days | | No | |

Textual Results
T3:    02/11/2017 14:53 (Patient's Chief Complaint)

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 06/26/2017 13:14 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 39448326 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Nursing Flowsheets |
| --- |

| Trauma Registry Information |
| --- |

| Procedure | Recorded Date Recorded Time Recorded By Units | 02/11/2017 14:53 Spollen,Amy RN | Reference Range |
| --- | --- | --- | --- |
| Does the Pt Meet Trauma Alert Criteria? | | No | |
| Is Pt Being Seen as Result of an Injury | | Yes | |
| Arrival Mode | | Self | |

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000033



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Education Documents*

| | |
|---|---|
| Patient: | **TRIOLO, RICHARD A** |
| Admit Date: | 02/11/2017 |
| Discharge Date: | 02/11/2017 |

| | |
|---|---|
| Print Date/Time: | 06/26/2017 13:14 |
| Report ID: | 39448326 |

| | |
|---|---|
| MRN: | 3154593 |
| DOB/Age: | |
| Sex: | Male |
| Financial #: | 55043210 |
| Attnd Physician: | Caro,Christina G MD |
| Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMC000034

**CAT SCAN QUESTIONNAIRE**    *187*    Date: 2-11-17    Time: _____

Patient's name __Triolo Richard__    Weight __kg__ Age __42__ Pregnant? Y/N/Possibly–LMP _____
Type of exam __CT C-Spine__    Referring physician __Coro__

## MEDICAL HISTORY / REASON FOR EXAM (CHOOSE ALL THAT APPLY):

### NEURO
- ☐ Altered Mental Status / Encephalopathy
- ☐ Ataxia / Incoordination
- ☐ Cancer (specify_____)
- ☐ Chemo Follow-up
- ☐ Coma
- ☐ Concussion
- ☐ Delirium / Psychosis
- ☐ Dementia / Alzheimer's

- ☐ Epilepsy / Seizure
- ☐ Hallucinations
- ☐ Head Injury / Trauma (specify_____)
- ☐ Headache
- ☐ Hemorrhage
- ☐ HIV
- ☐ Hydrocephalus
- ☐ Meningitis / Encephalitis
- ☐ Neoplasm

- ☐ Pain (specify_____)
- ☐ Shunt Follow-up
- ☐ Sinusitis
- ☐ Stroke / TIA
- ☐ Syncope
- ☐ Vertigo / Dizziness
- ☐ Weakness (specify_____)
- ☐ Visual Disturbance
- ☐ Radiation Followup
- ☐ Other:

### BODY
- ☐ Aneurysm (specify_____)
- ☐ Appendicitis / RLQ pain
- ☐ Ascites
- ☐ Asthma
- ☐ Bowel Obstruction
- ☐ Constipation
- ☐ Diabetes
- ☐ Diverticulitis
- ☐ Fever
- ☐ Heart Disease

- ☐ Hemorrhage / Bleeding
- ☐ Hernia (specify_____)
- ☐ Hypertension
- ☐ Kidney Disease (specify_____)
- ☐ Liver Disease (specify_____)
- ☐ Multiple Myeloma
- ☐ Pain (specify_____)
- ☐ Pain / Tenderness (specify_____)

- ☐ Pancreatitis
- ☐ Pheochromocytoma
- ☐ Post-op Disorder (specify_____)
- ☐ Sickle cell
- ☐ Swelling / mass / lump (specify_____)
- ☐ Trauma (specify_____)
- ☐ Vomiting / Diarrhea
- ☐ Other:

Pain localization and severity (R or L) __trauma, mvc__
Prior surgeries and dates _____
History of cancer? Type, site, date __Ø__
Prior CT scans this hospital/office? Y / N When? _____ PACS / Film
Prior CT scans other hospital/office? Y / N When/Where? _____ Available? Y / N
Correlative exams (MRI, US, X-Ray)? Y / N When/Where? _____

I verify the above information is correct.
Patient's signature ____VC____    Date 2-11-17    Time _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Technologist's signature _____    Date 2-11-17    Time _____
- ☐ Patient Size
- ☐ Repeat Scanning

**BAPTIST HEALTH**
Baptist Medical Center Downtown, Jacksonville, FL
Baptist Medical Center Beaches, Jacksonville Beach, FL
Baptist Medical Center Nassau, Fernandina Beach, FL
Baptist Medical Center South, Jacksonville, FL

BMC-353 Rev. 7/10

**CAT SCAN QUESTIONNAIRE**

4811

__3545593__

PATIENT LABEL

TRIOLO, RICHARD 55043210 03154593



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Discharge Instructions*

DOCUMENT NAME:                    Patient Discharge Instructions
SERVICE DATE/TIME:                02/11/2017 16:31
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Taylor,Kimra RN (02/11/2017 16:31 )
SIGN INFORMATION:                 Taylor,Kimra RN (02/11/2017 16:31 )

**Patient Discharge Instructions**

## Individualized Patient Discharge Instructions
## Emergency Department
### Baptist Medical Center - South
### 14550 Old St. Augustine Road
### Jacksonville, Florida 32258
### (904)271-6100

Baptist Health would like to thank you for allowing us to assist you with your healthcare needs.
The following includes patient education materials and information regarding your injury/illness.
Please bring these instructions to all follow up appointments.

A copy of the record is available to the practitioner or medical organization providing follow-up care,
treatment, and services. For a copy of your records to be faxed to your physician, contact Health
Information at:(904)271-6040

**Patient:** TRIOLO, RICHARD A    **Date of Birth:**
**Admission Date:** 02/11/17    **Account:** 55043210    **Medical Record Number:** 3154593

**Patient Status:** Emergency
**Discharge Diagnosis:**
**ED Checkout Date/Time:**
2/11/2017 4:20 PM

# Home Medications

**This is a List of Medicines your hospital doctor wants you to take after you leave the hospital.**

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMC000036



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Patient Discharge Instructions*

**\* Call your doctor if you have any questions or if a medicine is not on the list and you were taking it before you came to the hospital.**

**\* Give this list of medicines to your doctor.**

**\* Update this list when medicines are stopped, changed, or when new medicines are started, including over-the-counter products.**

**\* Keep medicine information with you at all times in case of an emergency.**

| MEDICATION | DOSE | ROUTE | FREQUENCY | REASON FOR USE/QUANTITY PRESCRIBED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|
| acetaminophen-hydrocodone(Lortab 5/325 oral tablet) | 1 tab(s) | by mouth | Every 6 Hours for 2 day | Qty: 8 tab(s) | |

**Follow Up With Below Providers or Facilities :**

**Radiology**
CT Spine Cervical w/o Contrast(CT Spine Cervical w/o Contrast )
**Your blood pressure was elevated during your ED visit today.**
**You need to follow up with your primary care provider to have your blood pressure reassessed and managed if needed.**

**Written Patient Education** Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMC000037



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Discharge Instructions*



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000038


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Patient Discharge Instructions* |
|---|

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Neck Sprain or Strain

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000039



14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Patient Discharge Instructions*



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMC000040



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Discharge Instructions*

---

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**As part of our mission, Baptist Health provides health information to the community. This information is not necessarily related to your reason for being in the hospital, but is meant to increase your awareness.**

## AMI ( Acute Myocardial Infarction)

Signs and Symptoms of a Heart Attack:
* Chest discomfort

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 06/26/2017 13:14 | Financial #: | 55043210 |
| Report ID: | 39448326 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |
| **MEDICAL RECORD PRINT** | | | |


BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Discharge Instructions*

---

* Discomfort in other areas of the upper body
* Shortness of breath, cold sweat, or nausea
**Actions to take:**
* If I continue to experience any of these symptoms above after resting and/or taking my nitroglycerin, I will call 911

## Heart Failure Instructions

* Follow a Low Salt Diet
* Fluid Restriction as stated in diet section of this form
* Take medications exactly as prescribed
* Daily morning weight after urinating and before breakfast
* Activity as tolerated. Rest when you are tired
* Make an appointment with your healthcare provider after being discharged for follow up care
**When to notify the doctor:**
Weight gain: 2 pounds in a day or 5 pounds in a week
Wheezing, increased swelling in my ankles, feet, hands, face, neck or abdomen
Coughing up yellow, green or pink sputum
Light headed/dizziness
Sweaty or nauseated after I take my medicine
New onset of sleeping on 2 pillows or in a chair
Dry cough that does not go away
Increased shortness of breath
Inability to complete my normal daily routine

## Signs & Symptoms of a Stroke

* Sudden numbness or weakness of the face, arm, or leg, especially on one side of the body
* Sudden confusion or trouble speaking or understanding
* Sudden difficulty walking, dizziness or loss of balance or coordination
* Sudden severe headache with no known cause
* Sudden trouble seeing in one or both eyes
**Action to take:**
If I experience any of the above I WILL CALL 911

---

Patient:         **TRIOLO, RICHARD A**
Admit Date:       02/11/2017
Discharge Date:   02/11/2017

MRN:              3154593
DOB/Age:
Sex:              Male
Financial #:      55043210

Print Date/Time:  06/26/2017 13:14
Report ID:        39448326

Attnd Physician:  Caro,Christina G MD
Patient Location: S-ED

**MEDICAL RECORD PRINT**

BMC000042


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Discharge Instructions*

**Risk factors you cannot change:** Being over the age 55, Being a man, Being African American, Someone in your family has had a stroke, and Having diabetes.

**Risk factors you can change:** Quit smoking, Control your blood pressure, Maintain a healthy weight, Eat foods low in sodium (salt) and fat, Avoid excessive alcohol, Exercise often, Stay hydrated, Monitor your cholesterol levels, Manage your diabetes, and Control atrial fibrillation (if present)

## Smoking Cessation

I understand that my lifestyle, including habits such as smoking,
can have a significant impact on my health. I have received a copy of smoking
cessation education and have received smoking cessation counseling.
Florida Quitline 1-877-822-6669 or Quit Smoking Now program 1-877-784-8486
If you have medical questions or concerns, please call your primary care physician.

---

Patient:         **TRIOLO, RICHARD A**
Admit Date:      02/11/2017
Discharge Date:  02/11/2017

MRN:              3154593
DOB/Age:
Sex:              Male
Financial #:      55043210
Attnd Physician:  Caro,Christina G MD
Patient Location: S-ED

Print Date/Time: 06/26/2017 13:14
Report ID:       39448326

**MEDICAL RECORD PRINT**

BMC000043