


7999 Philips Hwy., Suite #311, Jacksonville, FL 32256 Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:** TRIOLO, RICHARD
**ID NUMBER:** 22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:** 04/04/2017

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2




7999 Philips Hwy., Suite #311, Jacksonville, FL 32256 Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:** TRIOLO, RICHARD
**ID NUMBER:** 22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:** 04/04/2017
**PAGE 2**

**IMPRESSION:**

1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/ll D/D: 04/04/2017 D/T: 04/04/2017** **DRSO6843 - 8:47**