## *Acute Visit*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

Patient:    RICHARD A. TRIOLO
            1933 ECLIPSE DR

            MACCLENNY, FL 32063

MRN:    4554115

Age/DOB:

Home:
Work:

Encounter Date: Feb 28 2019 2:00PM

**Reason For Visit**

pt c/o right foot and ankle pain.

**History of Present Illness**

pt had 20 year old injury to R foot that got better with rehab. had recent back surg for L sciatica and now R side worsening.
developed R achilles discomfort a few weeks ago aS WALKING DIFFERENTLY 2/2 back probs.
felt twinge coming down off ladder a few days ago and getting worse since.
works as RT in 21 hospitals and on feet a lot.

**Active Problems**
1. Fatigue (R53.83)
2. Insomnia w/ sleep apnea (G47.00,G47.30)
3. Migraine headache (G43.909)
4. Poor sleep (Z72.820)
5. Snoring (R06.83)

**Social History**
- Alcohol use (Z78.9)
- Caffeine use (Z78.9)
- Currently working
- Never a smoker
- Single

**Family History**
**Mother**
1. Family history of chronic obstructive pulmonary disease (Z82.5)
**Father**
2. Family history of Emphysema lung
**Paternal Grandmother**
3. Family history of diabetes mellitus (Z83.3)
4. Family history of lung cancer (Z80.1)

**Current Meds**
1. No Reported Medications

**Allergies**

Printed By: Mary Cross (BACTES)    1 of 2    3/19/19 10:10:50 AM

BPC000001


## Acute Visit

Patient:       RICHARD A. TRIOLO
Encounter:   Feb 28 2019  2:00PM                    MRN:      4554115

1. No Known Drug Allergies

### Review of Systems

**Constitutional:** no chills and no fever
**Neurological:** no numbness and no motor weakness
**Integumentary:** no rashes

### Vitals
**Vital Signs**
**Recorded: 28Feb2019 02:13PM**
Height: 6 ft 2 in
Weight: 252 lb
BMI Calculated: 32.36
BSA Calculated: 2.4
Blood Pressure: 137 / 86
Temperature: 99 F
Heart Rate: 74
Respiration: 18
O2 Saturation: 96

### Physical Exam

**Abdomen:** normal bowel sounds, soft.
**Skin:** normal skin turgor.
**Extremity:** back tender R SI and mild sciatic Tender R Achilles tendon.
**General:** no acute distress.

### Assessment
1. BMI 32.0-32.9,adult (Z68.32)
2. Back pain (M54.9)
3. Achilles tendonitis (M76.60)

### Orders
- REFERRAL TO: PODIATRY Evaluation and Treatment  consult
  near middleburg, Schoen?  Status: Need Information - Required information  Requested
  for: 28Feb2019
- Start: Diclofenac Sodium 1 % Transdermal Gel (Voltaren); APPLY 2 GM OF GEL TO
  AFFECTED AREA 4 TIMES DAILY.  DO NOT APPLY MORE THAN 8 GM DAILY TO ANY
  ONE AFFECTED JOINT

### Discussion/Summary

pt saw back doc today
will try voltaren gel, heel cord stretches and refer pods.

**Signatures** Electronically signed by : Peter Jansen, M.D.; Feb 28 2019  2:47PM EST (Author)



BPC000002

## *Acute Visit*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

Patient:     RICHARD A. TRIOLO     MRN:     4554115
1933 ECLIPSE DR

     Age/DOB:

MACCLENNY, FL 32063

     Home:
     Work:

Encounter Date: Oct 26 2017  8:45AM

**Reason For Visit**

Left Eye Swelling per patient.

**History of Present Illness**

43-year-old male here for evaluation of 4 day h/o left upper eyelid swelling and redness. No pain or itch. He applied warm compresses. He works as respiratory therapist. No eyelid discharge. No h/o allergic reactions. No vision change. He does not wear contact lenses. A few days ago, he started to feel symptoms of chest cold with fatigue, but symptoms resolved. He has not taken any medication for the swelling. No other complaints today.

**Active Problems**
1. Fatigue (R53.83)
2. Insomnia w/ sleep apnea (G47.00,G47.30)
3. Migraine headache (G43.909)
4. Poor sleep (Z72.820)
5. Snoring (R06.83)
6. Tension headache (G44.209)

**Social History**
- Alcohol use (Z78.9)
- Caffeine use (F15.90)
- Currently working
- Never a smoker
- Single

**Family History**
**Mother**
1. Family history of chronic obstructive pulmonary disease (Z82.5)
**Father**
2. Family history of Emphysema lung
**Paternal Grandmother**
3. Family history of diabetes mellitus (Z83.3)
4. Family history of lung cancer (Z80.1)

**Allergies**
1. No Known Drug Allergies

**Vitals**

Printed By: Mary Cross (BACTES)     1 of 2     3/19/19 10:10:58 AM

BPC000003 

## Acute Visit

Patient: **RICHARD A. TRIOLO**
Encounter: Oct 26 2017 8:45AM

MRN:  4554115

**Vital Signs**
**Recorded: 26Oct2017 09:04AM**
Height: 6 ft 2 in
Weight: 243 lb 8.0 oz
BMI Calculated: 31.26
BSA Calculated: 2.36
Blood Pressure: 134 / 86
Temperature: 98.1 F
Heart Rate: 65
Respiration: 18
O2 Saturation: 98

### Physical Exam

Gen.: No acute distress. Overweight. Vital signs reviewed
HEENT: Normocephalic. Pupils equal and round. Conjunctiva not injected. Left upper eyelid mildly edematous and mildly erythematous but nontender with no nodules. There is a several millimeter flesh-colored smooth papule on the left upper eyelid. No eye discharge. Normal eyelashes. TMs and ear canals normal. Normal external nose.
Neck: No cervical lymphadenopathy
Neuro: CN II to 12 grossly intact
Skin: Normal to inspection and palpation except as noted above.

### Assessment

1. Swelling of eyelid, left (H02.846)
   • Likely secondary to local allergic reaction

### Discussion/Summary

Pt. advised to various treatment options and agreed to the following:

Unclear trigger. Treat for allergic origin with Benadryl orally as needed.

Continue warm moist compresses.

Patient to call back if worsening or if swelling and redness fails to resolve. Would then consider treatment with prednisone.

**Signatures** Electronically signed by : James Watson, PA-C; Oct 26 2017 10:25AM EST (Author)



BPC000004

## *New Patient Visit*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

Patient:    RICHARD A. TRIOLO        MRN:    4554115
              1933 ECLIPSE DR

                                            Age/DOB:
              MACCLENNY, FL 32063

                                            Home:
                                            Work:

Encounter Date: Aug  6 2015  9:30AM

**Reason For Visit**
Pt is here as a new pt and he c/o HA/Migraines.
**HPI**
Pt is a 40 yo WM here to establish care. C/o increased frequency of Migrain headaches.  Advises that previously he had occasional headache.  Now is having migraine type headaches 2-3 x per week. +nausea, photophobia, phonophobia.  Quiet dark room helps.  Most instances can take Excedrin Migraine and IBU at onset, but other times is severe and not resolved with early treatment.  Massage pillow helps relieve headaches. Seldomly wakes up with headache.  Location often behind both eyes, but seem to start at the back of the head and neck and work it's way up.  Denies fever.  No sinus or allergy symptoms. Feels there may be a correlation with him exercise more.  Does resistance training with bowflex.  Feels confident that he uses exercise equipment properly as to avoid muscle strain.  Drinks atleast 1 gallon of water daily, and eating healthy.
**Allergies**
No Known Drug Allergies.
**Current Meds**
NONE;; RPT.
**PMH**
None significant.
**Family Hx**
Emphysema lung: Father
Family history of chronic obstructive pulmonary disease: Mother (V17.6)
Family history of diabetes mellitus: Paternal Grandmother (V18.0)
Family history of lung cancer: Paternal Grandmother (V16.1).
**Personal Hx**
Alcohol use (V49.89)
Caffeine use (V49.89)
Currently working; Last Impression: 06 Aug 2015 | RT at BMC - South and OPMC | Puckett, Rebecca
Never a smoker
Single.
**ROS**
Sleep approx 6-8hr a night. But awakes frequently. Feels he is waking himself up because of apneic episodes.  Snores heavily. Daytime fatigue/somnolence.
12 pt ros is neg, except per the hpi Amended : Takaya Jones  M.D.; 08/08/2015 7:21 PM EST.
**Vital Signs**
Recorded by Puckett,Rebecca on 06 Aug 2015 09:56 AM
BP:132/86,
HR: 58 b/min,
Resp: 18 r/min,

BPC000005 

## New Patient Visit

Patient:      RICHARD A. TRIOLO
Encounter:   Aug 6 2015 9:30AM                    MRN:   4554115

Temp: 98.2 F,
Height: 6 ft 2 in, Weight: 257 lb , BMI: 33 kg/m2,
BMI Calculated: 33.00 ,
BSA Calculated: 2.42 ,
O2 Sat: 95 (%SpO2).
**Physical Exam**
General: NAD, normal appearance
HEENT: normal
Lung: CTA bilaterally,normal effort
Cardio: RRR with no gallops rubs or murmur
Skin: Normal turgor, no lesions
Extremity: no c/c/e
Back:
FROM, no sciolosis, normal lordosis, no tenderness, neurovascularly intact.
Psych: normal mood and affect.
**Assessment**
Fatigue (780.79).
Poor sleep (V69.4).
Snoring (786.09).
Migraine headache (346.90).
Tension headache (307.81).
Insomnia w/ sleep apnea (780.51) Amended By: Jones, Takaya 08/12/2015 16:52:59 PM EST.
**Orders**
CBC (INCLUDES DIFF/PLT); Requested for: 06 Aug 2015.
COMP METABOLIC PANEL; Requested for: 06 Aug 2015.
LIPID PANEL; Requested for: 06 Aug 2015.
TSH; Requested for: 06 Aug 2015.
SUMAtriptan Succinate 50 MG Oral Tablet;TAKE 1 TABLET BY MOUTH FOR MIGRAINE RELIEF; MAY
REPEAT 1 TABLET EVERY2 HOURS( MAXIMUM 4 TABLETS PER DAY); Qty9; R0; Rx.
REFERRAL TO: SLEEP MEDICINE; Requested for: 05 Aug 2015 Amended By: Jones, Takaya 08/12/2015
16:58:26 PM EST.
REFERRAL TO: MASSAGE THERAPY; Requested for: 06 Aug 2015.
**Discussed**
Headache: mixed Migaine headache and Tension
-Sumatriptan at onset
-Keep a headache diary
-Discussed possible triggers
-Labs as ordered
-Refer massage therapy

Sleep issues
-Referred for sleep study
-Insomnia
-Sleep hygeine recommendations for you:
=>Dark room. Do not watch television in bed.  No caffeine after 5 pm. Set bedtime.  No heavy meals within 2 hrs of
bedtime.

Will send lab results letter. If values are abnormal, you may be asked to return to the clinic to discuss results and
plan of care.

Printed By: Mary Cross (BACTES)        2 of 3                3/19/19 10:11:07 AM



BPC000006

## New Patient Visit

| | | | |
|---|---|---|---|
| Patient: | RICHARD A. TRIOLO | | |
| Encounter: | Aug 6 2015 9:30AM | MRN: | 4554115 |

May return annually for wellness exam. Return sooner if Migraine headache worsens.

**Coun/Edu**

Counseling and coordination of care dominated over 50% of 30 minutes of physician contact time.

Discussed prognosis and treatment options

Discussed risk factor reduction and lifestyle modification.

**Creation Date and Time**

Date: 08/06/2015    Time: 10:00AM.

**Signature**

Electronically signed by : Takaya Jones M.D.; 08/08/2015 7:19 PM EST.
Electronically signed by : Takaya Jones M.D.; 08/08/2015 7:21 PM EST.
Electronically signed by : Takaya Jones M.D.; 08/08/2015 7:21 PM EST.
Electronically signed by : Takaya Jones M.D.; 08/12/2015 4:53 PM EST.
Electronically signed by : Takaya Jones M.D.; 08/12/2015 4:58 PM EST.

BPC000007 

8/7/2015 8:33:42 AM        Page 2 of 4

Baptist Medical Campus - Clay

Laboratory Medical Director: Paul Dundore, MD

## Hematology

### CBC / Differential

| Procedure | Collected Date 8/6/2015<br>Collected Time 11:16 EDT | Units | Reference Range |
|---|---|---|---|
| White Blood Cell Count | 9.30 | K/microL | [4.50-11.00] |
| RBC | 5.48 | mil/microL | [4.30-5.90] |
| Hemoglobin | 15.8 | g/dL | [13.5-17.5] |
| Hematocrit | 46.6 | % | [41.0-53.0] |
| MCV | 85.1 | fL | [80.0-100.0] |
| MCH | 28.8 | pg | [25.0-35.0] |
| MCHC | 33.9 | g/dL | [30.0-37.0] |
| RDW | 12.6 | % | [11.5-15.5] |
| Platelet Count | 303 | K/microL | [150-450] |
| MPV | 8.0 | fL | [7.0-11.0] |
| Neutrophils % | 59 | % | [40-75] |
| Lymphocytes % | 28 | % | [15-45] |
| Monocytes % | 7 | % | [3-15] |
| Eosinophils % | 5 | % | [0-7] |
| Basophils % | 1 | % | [0-2] |
| Neutrophils -Absolute | 5.50 | K/microL | [1.80-8.00] |
| Lymphocytes -Absolute | 2.60 | K/microL | [1.00-5.00] |
| Monocytes -Absolute | 0.70 | K/microL | [0.20-0.90] |
| Eosinophils -Absolute | 0.50 H | K/microL | [0.00-0.45] |
| Basophils -Absolute | 0.10 | K/microL | [0.00-0.10] |

## Chemistry

### Routine Chemistry

| Procedure | Collected Date 8/6/2015<br>Collected Time 11:16 EDT | Units | Reference Range |
|---|---|---|---|
| Sodium | 134 L | mEq/L | [135-145] |
| Potassium | 4.1 | mEq/L | [3.5-5.1] |
| Chloride | 103 | mEq/L | [98-110] |
| Carbon Dioxide | 24 | mEq/L | [22-32] |

| | | | |
|---|---|---|---|
| Patient: | TRIOLO, RICHARD A | | |
| Admit Date: | 8/6/2015 | MRN: | 3154593 |
| Discharge Date: | 8/6/2015 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 8/7/2015 08:32 EDT | Financial #: | 310723887 |
| Report ID: | 14985695 | Attnd Physician: | Jones,Takaya Linne MD |
| **LABORATORY REPORT** | | Patient Location: | C-LABM |



BPC000008

8/7/2015 8:33:42 AM    Page 3 of 4

Baptist Medical Campus - Clay

Laboratory Medical Director: Paul Dundore, MD

| Chemistry |
| --- |

## Routine Chemistry

| Collected Date | 8/6/2015 |
| --- | --- |
| Collected Time | 11:16 EDT |

| Procedure | | Units | Reference Range |
| --- | --- | --- | --- |
| Glucose Level | 96 | mg/dL | [70-100] |
| Blood Urea Nitrogen | 18 | mg/dL | [7-23] |
| Creatinine | 1 00 | mg/dL | [0.70-1.50] |
| Anion Gap | 11 | mEq/L | [9-22] |
| Osmolality Calculated | 270 L | mOsm/kg | [280-300] |
| Bilirubin -Total | 0.7 | mg/dL | [0.3-1.8] |
| Protein | 7.5 | g/dL | [6.0-8 5] |
| Albumin | 4 5 | g/dL | [3.4-5 1] |
| A/G Ratio | 1.5 | | [1.0-2.2] |
| Calcium | 9.4 | mg/dL | [8 5-10.1] |
| AST/SGOT | 25 | IU/L | [15-41] |
| ALT/SGPT | 56 | IU/L | [17-63] |
| Alkaline Phosphatase | 51 | IU/L | [38-126] |
| Cholesterol | 129 @1 | mg/dL | [<=200] |
| Triglyceride | 117 *1 @1 | mg/dL | [40-150] |
| HDL | 42 @1 | mg/dL | [27-58] |
| LDL/HDL Ratio | 1.5 @1 | | |
| Calculated Low Density Lipoprotein Chol | 64 @1 | mg/dL | [<=130] |
| eGFR Caucasian Male | 82.8 | mL/min | [>=60.0] |
| eGFR African American Male | 100 3 ᵒ | mL/min | [>=60.0] |

### Interpretive Data
i1:    Triglyceride
Defines the triglyceride set points as:

| Normal | <150 mg/dl |
| --- | --- |
| Borderline high | 150-199 mg/dl |
| High | 200-499 mg/dl |
| Very high | >500 mg/dl |

i2:    eGFR African American Male
* Values are race, sex, and age dependent and units are ml/min/1.73m2.
In the following clinical settings an actual clearance measurement may be
required: extremes of age or body size, severe malnutrition or obesity,

| Patient: | **TRIOLO, RICHARD A** |
| --- | --- |
| Admit Date: | 8/6/2015 |
| Discharge Date: | 8/6/2015 |

| Print Date/Time: | 8/7/2015 08 32 EDT |
| --- | --- |
| Report ID: | 14985695 |
| **LABORATORY REPORT** | |

| MRN: | 3154593 |
| --- | --- |
| DOB/Age: | |
| Sex: | Male |
| Financial #: | 310723887 |
| Attnd Physician: | Jones,Takaya Linne MD |
| Patient Location: | C-LABM |



BPC000009

Baptist Medical Campus - Clay

Laboratory Medical Director: Paul Dundore, MD

| Chemistry |
|---|

## Routine Chemistry

**Interpretive Data**

i2:    eGFR African American Male
diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian diet, rapidly changing kidney function, or prior to dosing drugs with significant toxicity that are excreted by the kidney. Decreased eGFR for >3 months to levels of 30-59 is classified by the National Kidney Foundation as chronic renal disease, Stage 3, and 15-29 as Stage 4.

**Performing Locations**

@1:    This test was performed at:
BMCJ Laboratory, 800 Prudential Dr., Jacksonville, FL, 32207-   , (904)202-2012

## Endocrinology

Collected Date   8/6/2015
Collected Time   11:16 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| TSH | 1 37 | uIU/ml | [0.30-5 60] |

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 8/6/2015 | MRN: | 3154593 |
| Discharge Date: | 8/6/2015 | DOB/Age: | |
| | | Sex: | Male |
| Print Date/Time: | 8/7/2015 08:32 EDT | Financial #: | 310723887 |
| Report ID: | 14985695 | Attnd Physician: | Jones,Takaya Linne MD |
| **LABORATORY REPORT** | | Patient Location: | C-LABM |

BPC000010

Fax Server          8/7/2015 10:06:58 AM   PAGE   2/006   Fax Server



**BAPTIST HEALTH**

Changing Health Care A Good

**Sleep Disorder Center**

Facsimile

800 Prudential Drive
Jacksonville, Florida 32207
Phone: 904 202.1632
Fax: 904 202.4951
e.baptisthealth.com

Date: 08/07/15

To: DR T. JONES / REFERRAL

Fax: 901-261-6881

Re: RICHARD TRIOLO        DOB:

No. of Pages:
(Including Cover Page)

Thank you for referring your patient to Baptist Sleep Disorder Center. In accordance with the American Academy of Sleep Medicine, we need the following in order to complete the scheduling process for your patient:

☐ Order with a diagnosis that meets medical necessity per Medicare/Medicaid guidelines.
☑ Order that specifies one procedure code being requested; cannot accept two codes on same order.
☐ Order with referring provider signature; stamped or proxy signatures cannot be accepted.
☑ Physician office notes that support the order & that have referring provider' signature.
☐ Patient demographic information including best contact number(s) and insurance information.
☐ Insurance auth if required. Please be sure to obtain auth for the correct CPT code and facility.

cup 62
comment

☑ A tip sheet and listing of Medicare approved diagnosis codes have been included for your reference.

If you have any questions, please don't hesitate to call us at 202-1632. Thank you for your assistance. We look forward to caring for your patient.

Baptist Health Sleep Disorder Center Scheduling

Please Resend Referral - was amended 8/12/15 JS.

This message is confidential, intended for the named recipient(s) and may contain information that is (i) proprietary to the sender, or (ii) privileged, confidential, and/or otherwise exempt from disclosure under applicable Florida and federal law, including but not limited to, privacy standards imposed pursuant to the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). If you receive this message in error, or are not a named recipient, you are notified that the review, use, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not a named recipient, please notify the sender immediately at the telephone number above (if long distance, you may call collect), notify the Baptist Health Privacy Officer at 904.202 HIPA(4472) and destroy any copies in any form. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you in advance for your compliance with this notice.

BPC000011



Fax Server          8/7/2015 10:06:58 AM    PAGE    3/006    Fax Server



## Sleep Disorders Center

to be in compliance with the Centers for Medicare and Medicaid Service (CMS), the Joint Commission, and the American Academy of Sleep Medicine, please be sure to include the following when ordering a sleep study.

1. A completed sleep study prescription with:
   - ☐ Patient's First and Last Name
   - ☐ Date of Birth
   - ☐ Diagnosis ICD-9 Code – see below for further information
   - ☐ Procedure CPT Code – see below for further information
   - ☐ Physician's Signature (plastamped or a proxy signature not accepted, must be original signature)
   - ☐ Date
   - ☐ Time

2. Most recent office note/chart note to support the order for a sleep test

3. Patient demographics to include
   - ☐ Phone Number(s)
   - ☐ Address
   - ☐ Insurance information



Unable to
Read.

**Key Points for ICD-9 Codes:**
- Diagnosis code(s) must meet medical necessity. Please refer to Medicare LCD or local insurance LCDs.
- Diagnosis 327.23 (Obstructive Sleep Apnea) implies **the patient has previously had a sleep study and been diagnosed.**
- Diagnosis 780.57 (Other & Unspecified Sleep Apnea) implies the **patient has not yet had a sleep study.**

Key Points for CPT codes:
- 95810 – Routine Sleep Study (6 yrs old and above)
- 95782 – Routine Sleep Study (less than 6 yrs old)
- 95811 – Split Night Study (6 yrs old and above)
  - Must specify "Split" in your written description. This study is part Routine and part CPAP/BIPAP/AUTO SV study. Patient will have to qualify at a certain point of the night to proceed with titration study, if not they will continue with the Routine Study.
- 95783 – Split Night Study (less than 6 yrs old)
  - Must specify "Split" in your written description. This study is part Routine and part CPAP/BIPAP/AUTO SV study. Patient will have to qualify at a certain point of the night to proceed with titration study, if not they will continue with the Routine Study.
- 95811 – Titration CPAP/BIPAP/AUTO SV Study (6 yrs old and above)
  - Must specify "Titration" in your written description. A Routine Sleep Study must have already been performed to order this test.
- 95783 – PLOS CPAP (less than 6 yrs old)
  - A Routine Sleep Study must have already been performed to order this test.
- 95805 – MSLT/MWT
  - Should be ordered in conjunction with a Routine Study 95810. Multiple Sleep Latency Tests (MSLT) measure how long it takes to fall asleep, and Multiple Wake Tests (MWT) measure whether you can stay awake during specified times.
- 95807 – PAP NAP
  - Performed on adult patients that are newly on CPAP to help habituate. Done during the day and is a 3 to 4 hour test.



## Coding Information

### Bill Type Codes

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.

999x     Not Applicable

### Revenue Codes

Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.

99999    Not Applicable

### CPT / HCPCS Codes

G0400 Home sleep test (HST) with type IV portable monitor, unattended; minimum of 3 channels (Devices measuring three or more channels that include actigraphy, oximetry, and peripheral arterial tone are covered under this code.)

95782   POLYSOMNOGRAPHY; YOUNGER THAN 6 YEARS, SLEEP STAGING WITH 4 OR MORE ADDITIONAL PARAMETERS OF SLEEP, ATTENDED BY A TECHNOLOGIST

95783   POLYSOMNOGRAPHY; YOUNGER THAN 6 YEARS, SLEEP STAGING WITH 4 OR MORE ADDITIONAL PARAMETERS OF SLEEP, WITH INITIATION OF CONTINUOUS POSITIVE AIRWAY PRESSURE THERAPY OR BI-LEVEL VENTILATION, ATTENDED BY A TECHNOLOGIST

95805   MULTIPLE SLEEP LATENCY OR MAINTENANCE OF WAKEFULNESS TESTING, RECORDING, ANALYSIS AND INTERPRETATION OF PHYSIOLOGICAL MEASUREMENTS OF SLEEP DURING MULTIPLE TRIALS TO ASSESS SLEEPINESS

95807   SLEEP STUDY, SIMULTANEOUS RECORDING OF VENTILATION, RESPIRATORY EFFORT, ECG OR HEART RATE, AND OXYGEN SATURATION, ATTENDED BY A TECHNOLOGIST

95808   POLYSOMNOGRAPHY; ANY AGE, SLEEP STAGING WITH 1-3 ADDITIONAL PARAMETERS OF SLEEP, ATTENDED BY A TECHNOLOGIST

95810   POLYSOMNOGRAPHY; AGE 6 YEARS OR OLDER, SLEEP STAGING WITH 4 OR MORE ADDITIONAL PARAMETERS OF SLEEP, ATTENDED BY A TECHNOLOGIST

95811   POLYSOMNOGRAPHY; AGE 6 YEARS OR OLDER, SLEEP STAGING WITH 4 OR

BPC000013


|  | MORE ADDITIONAL PARAMETERS OF SLEEP, WITH INITIATION OF CONTINUOUS POSITIVE AIRWAY PRESSURE THERAPY OR BILEVEL VENTILATION, ATTENDED BY A TECHNOLOGIST |
| G0398 | HOME SLEEP STUDY TEST (HST) WITH TYPE II PORTABLE MONITOR, UNATTENDED; MINIMUM OF 7 CHANNELS: EEG, EOG, EMG, ECG/HEART RATE, AIRFLOW, RESPIRATORY EFFORT AND OXYGEN SATURATION |
| G0399 | HOME SLEEP TEST (HST) WITH TYPE III PORTABLE MONITOR, UNATTENDED; MINIMUM OF 4 CHANNELS: 2 RESPIRATORY MOVEMENT/AIRFLOW, 1 ECG/HEART RATE AND 1 OXYGEN SATURATION |
| G0400 | HOME SLEEP TEST (HST) WITH TYPE IV PORTABLE MONITOR, UNATTENDED; MINIMUM OF 3 CHANNELS |

## ICD-9 Codes that Support Medical Necessity

| 302.72* | PSYCHOSEXUAL DYSFUNCTION WITH INHIBITED SEXUAL EXCITEMENT |
| 307.46* | SLEEP AROUSAL DISORDER |
| 307.47* | OTHER DYSFUNCTIONS OF SLEEP STAGES OR AROUSAL FROM SLEEP |
| 307.48* | REPETITIVE INTRUSIONS OF SLEEP |
| 327.10 | ORGANIC HYPERSOMNIA, UNSPECIFIED |
| 327.11 | IDIOPATHIC HYPERSOMNIA WITH LONG SLEEP TIME |
| 327.12 | IDIOPATHIC HYPERSOMNIA WITHOUT LONG SLEEP TIME |
| 327.20 | ORGANIC SLEEP APNEA, UNSPECIFIED |
| 327.21 | PRIMARY CENTRAL SLEEP APNEA |
| 327.23 | OBSTRUCTIVE SLEEP APNEA (ADULT) (PEDIATRIC) |
| 327.24 | IDIOPATHIC SLEEP RELATED NON OBSTRUCTIVE ALVEOLAR HYPOVENTILATION |
| 327.25 | CONGENITAL CENTRAL ALVEOLAR HYPOVENTILATION SYNDROME |
| 327.26 | SLEEP RELATED HYPOVENTILATION/HYPOXEMIA IN CONDITIONS CLASSIFIABLE ELSEWHERE |
| 327.27 | CENTRAL SLEEP APNEA IN CONDITIONS CLASSIFIED ELSEWHERE |
| 327.29 | OTHER ORGANIC SLEEP APNEA |
| 327.40 | ORGANIC PARASOMNIA, UNSPECIFIED |
| 327.41 | CONFUSIONAL AROUSALS |
| 327.42 | REM SLEEP BEHAVIOR DISORDER |
| 327.43 | RECURRENT ISOLATED SLEEP PARALYSIS |
| 327.44 | PARASOMNIA IN CONDITIONS CLASSIFIED ELSEWHERE |
| 327.49* | OTHER ORGANIC PARASOMNIA |
| 327.51* | PERIODIC LIMB MOVEMENT DISORDER |
| 345.80 | OTHER FORMS OF EPILEPSY AND RECURRENT SEIZURES, WITHOUT MENTION OF INTRACTABLE EPILEPSY |
| 345.81* | OTHER FORMS OF EPILEPSY AND RECURRENT SEIZURES, WITH INTRACTABLE EPILEPSY |
| 347.00 | NARCOLEPSY, WITHOUT CATAPLEXY |
| 347.01 | NARCOLEPSY, WITH CATAPLEXY |
| 347.10 | NARCOLEPSY IN CONDITIONS CLASSIFIED ELSEWHERE, WITHOUT CATAPLEXY |



BPC000014

| Code | Description |
|---|---|
| 347.11* | NARCOLEPSY IN CONDITIONS CLASSIFIED ELSEWHERE, WITH CATAPLEXY |
| 607.84* | IMPOTENCE OF ORGANIC ORIGIN |
| 780.51 | INSOMNIA WITH SLEEP APNEA, UNSPECIFIED |
| 780.53 | HYPERSOMNIA WITH SLEEP APNEA, UNSPECIFIED |
| 780.54 | HYPERSOMNIA, UNSPECIFIED |
| 780.56* | DYSFUNCTIONS ASSOCIATED WITH SLEEP STAGES OR AROUSAL FROM SLEEP |
| 780.57 | UNSPECIFIED SLEEP APNEA |
| 799.02 | HYPOXEMIA |

* These additional ICD-9-CM codes are to be used with CPT codes 95782, 95783, 95805, 95807, 95808, 95810 or 95811 only, as appropriate.

## Diagnoses that Support Medical Necessity

## ICD-9 Codes that DO NOT Support Medical Necessity

| | |
|---|---|
| XX000 | Not Applicable |

## Diagnoses that DO NOT Support Medical Necessity



BPC000015

## *Result Letter*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

| Patient: | RICHARD A. TRIOLO | MRN: | 4554115 |
|---|---|---|---|
| | 1933 ECLIPSE DR | | |
| | | Age/DOB: | |
| | MACCLENNY, FL 32063 | | |
| | | Home: | |
| | | Work: | |

Encounter Date: Aug 8 2015 8:38PM

**Verified Results**

CBC (INCLUDES DIFF/PLT)          06Aug2015 11:11AM          Jones, Takaya

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 9.30 K/microL | | 4.50-11.00 |
| RED BLOOD CELL COUNT | 5.48 mil/microL | | 4.30-5.90 |
| HEMOGLOBIN | 15.8 g/dL | | 13.5-17.5 |
| HEMATOCRIT | 46.6 % | | 41.0-53.0 |
| MCV | 85.1 fL | | 80.0-100.0 |
| MCH | 28.8 pg | | 25.0-35.0 |
| MCHC | 33.9 g/dL | | 30.0-37.0 |
| RDW | 12.6 % | | 11.5-15.5 |
| PLATELET COUNT | 303 K/microL | | 150-450 |
| MPV | 8.0 fL | | 7.0-11.0 |
| NEUTROPHIL% | 59 % | | 40-75 |
| LYMPHOCYTE % | 28 % | | 15-45 |
| MONOCYTE% | 7 % | | 3-15 |
| EOSINOPHIL% | 5 % | | 0-7 |
| BASOPHIL% | 1 % | | 0-2 |
| NEUTROPHIL ABSOLUTE | 5.50 K/microL | | 1.80-8.00 |
| LYMPHOCYTE ABSOLUTE | 2.60 K/microL | | 1.00-5.00 |
| MONOCYTE ABSOLUTE | 0.70 K/microL | | 0.20-0.90 |
| EOSINOPHIL ABSOLUTE | 0.50 K/microL | H | 0.00-0.45 |
| BASOPHIL ABSOLUTE | 0.10 K/microL | | 0.00-0.10 |

COMP METABOLIC PANEL          06Aug2015 11:11AM          Jones, Takaya

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| SODIUM | 134 mEq/L | L | 135-145 |
| POTASSIUM | 4.1 mEq/L | | 3.5-5.1 |

Printed By: Mary Cross (BACTES)          1 of 3          3/19/19 10:12:03 AM

BPC000016



## Result Letter

Patient:      RICHARD A. TRIOLO
Encounter:    Aug 8 2015 8:38PM                    MRN:    4554115

| | | | |
|---|---|---|---|
| CHLORIDE | 103 mEq/L | | 98-110 |
| CARBON DIOXIDE | 24 mEq/L | | 22-32 |
| GLUCOSE | 96 mg/dL | | 70-100 |
| BLOOD UREA NITROGEN | 18 mg/dL | | 7-23 |
| CREATININE | 1.00 mg/dL | | 0.70-1.50 |
| ANION GAP | 11 mEq/L | | 9-22 |
| OSMOLALITY CALCULATED | 270 mOsm/kg | L | 280-300 |
| BILIRUBIN, TOTAL | 0.7 mg/dL | | 0.3-1.8 |
| PROTEIN, TOTAL | 7.5 g/dL | | 6.0-8.5 |
| ALBUMIN | 4.5 g/dL | | 3.4-5.1 |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | 1.0-2.2 |
| CALCIUM | 9.4 mg/dL | | 8.5-10.1 |
| ALKALINE PHOSPHATASE | 51 IU/L | | 38-126 |
| ASPARATE AMINOTRANSFERASE | 25 IU/L | | 15-41 |
| ALANINE AMINOTRANSFERASE | 56 IU/L | | 17-63 |

EGFR Male                        06Aug2015 11:11AM          Jones, Takaya

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| African American Male | 100.3 mL/min | | >=60.0 |

\* Values are race, sex, and age dependent and units are ml/min/1.73m2.      \.br\In the following clinical settings an actual clearance measurement may be   \.br\required: extremes of age or body size, severe malnutrition or obesity,    \.br\diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian \.br\diet, rapidly changing kidney function, or prior to dosing drugs with     \.br\significant toxicity that are excreted by the kidney. Decreased eGFR for >3 \.br\months to levels of 30-59 is classified by the National Kidney Foundation as\.br\chronic renal disease, Stage 3, and 15-29 as Stage 4.

| | | | |
|---|---|---|---|
| Caucasian Male | 82.8 mL/min | | >=60.0 |

TSH                              06Aug2015 11:11AM          Jones, Takaya

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| TSH | 1.37 uIU/ml | | 0.30-5.60 |

LIPID PANEL                      06Aug2015 11:11AM          Jones, Takaya

| Test Name | Result | Flag | Reference |
|---|---|---|---|
| CHOLESTEROL | 129 mg/dL | | <=200 |
| TRIGLYCERIDES | 117 mg/dL | | 40-150 |

Defines the triglyceride set points as:              \.br\
\.br\Normal      <150 mg/dl                          \.br\Borderline high      150-199
mg/dl             \.br\High          200-499 mg/dl
\.br\Very high   >500 mg/dl

BPC000017


## Result Letter

Patient:     RICHARD A. TRIOLO
Encounter:   Aug 8 2015 8:38PM                    MRN:     4554115

| | | |
|---|---|---|
| HIGH DENSITY LIPOPROTEIN CHOL | 42 mg/dL | 27-58 |
| LOW DENSITY LIPOPROTEIN CHOL | 64 mg/dL | <=130 |
| LDL/HDL Ratio | 1.5 | |

**Patient Instructions**
Normal. Repeat labs in 1 year.



BPC000018

## *EMERGENCY DEPARTMENT NOTE*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

Patient:   RICHARD A. TRIOLO            MRN:      4554115
1933 ECLIPSE DR

Age/DOB:
MACCLENNY, FL 32063

Home:
Work:

Encounter Date: Jun 14 2017 10:44AM

ED Physician Notes

Electronically Signed By: Collins, Cecilia A MD
Signed Date and Time: 06/14/2017 01:43 PM
Patient:  TRIOLO, RICHARD A      MRN: 3154593      FIN: 55558084
Age: 42 years   Sex: Male   DOB:
Associated Diagnoses:  None
Author:  Collins, Cecilia A MD

Basic Information
History source: Patient.
Arrival mode: Private vehicle, walking.
History limitation: None.

History of Present Illness
The patient presents with This patient is a Baptist South Employee advised to re
port to the Emergency department for evaluation after possible recent exposure a
t work of Norwegian Scabies.  They were advised to come in for prophylaxis.  The
patient currently denies any rash or other concerns.  .

Review of Systems
Constitutional symptoms:  No fever,
Skin symptoms:  No rash, no pruritus, no breakdown, no lesion.
        Additional review of systems information: no additional complaints at
this time.

Health Status
Allergies:
Allergic Reactions (Selected)
NKA.

Past Medical/ Family/ Social History

Medical history
Negative.
Surgical history: Negative.
Family history: Not significant.
Social history: Not significant.

Printed By: Mary Cross (BACTES)        1 of 2            3/19/19 10:12:26 AM

BPC000019 

## EMERGENCY DEPARTMENT NOTE

Patient:        RICHARD A. TRIOLO
Encounter:     Jun 14 2017 10:44AM          MRN:    4554115

Physical Examination
General: Alert, no acute distress.
Skin: Warm, dry, no rash, no observed rash or skin lesions

Eye: Extraocular movements are intact.
Ears, nose, mouth and throat: Oral mucosa moist.
Cardiovascular: No edema.
Respiratory: Respirations are non-labored.
Gastrointestinal: Non distended.
Musculoskeletal: No deformity.
Psychiatric: Cooperative.

Medical Decision Making
Differential Diagnosis: possible crusted scabies exposure.
Notes: Patient offered prescription for prophylaxis medication.

Impression and Plan
Impression
Diagnosis Code Search: Exposure to scabies.
Plan
Condition: Stable.
Prescriptions: Launch prescriptions
Pharmacy:
Elimite 5% topical cream (Prescribe): 1 appl, TOPICAL, ONCE, to skin head to fee
t, remove by washing after 8 to 14 hours, 60 g, 0 Refill(s).
Patient was given the following educational materials: SCABIES.
Disposition: Discharged: Discharge Order(6/14/2017 10:45), time  6/14/2017 10:46
, to home.
Follow up with: TAKAYA JONES.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding
 treatment plan, Regarding prescription, Patient indicated understanding of inst
ructions.
Physician Quality Reporting Initiative
Notes: Patient seen in scabies clinic at south.

Electronically verified by:Takaya Jones M.D.  Jun 22 2017  6:46PM EST



BPC000020

## *EMERGENCY DEPARTMENT NOTE*

### Baptist Primary Care - Black Creek South
2349 Village Square Parkway Suite 110
Orange Park, FL 32003
(904) 264-6404

Patient:        RICHARD A. TRIOLO                    MRN:        4554115
                1933 ECLIPSE DR

                                                     Age/DOB:

                MACCLENNY, FL 32063

                                                     Home:
                                                     Work:

Encounter Date: Feb 11 2017 2:56PM

ED Physician Notes

dc

Electronically Signed By: Caro, Christina G MD

Signed Date and Time: 02/11/2017 04:15 PM
Patient: TRIOLO, RICHARD A        MRN: 3154593        FIN: 55043210
Age: 42 years    Sex: Male    DOB:
Associated Diagnoses:  None
Author: Caro, Christina G MD

Basic Information
Time seen: Date time 2/11/2017 15:07.
History source: Patient.
Arrival mode: Private vehicle.
History limitation: None.
Additional information: Patient's Chief Complaint
2/11/2017 14:53        Patient's Chief Complaint pt states rearended at stopli
ght @1310. c/o back pain  , Basic Information (ST)
Arrival Mode: Self
GU Catheter Present on Admission: No
Travel Outside US in last 30 days: No

, 2/11/2017 14:53       Arrival Mode        Self, 2/11/2017 14:53
   GU Catheter Present on Admission        No, 2/11/2017 14:53        Trave
l Outside US in last 30 days        No.

History of Present Illness
The patient presents with Patient is a 42 year old female with no contributory p
ast medical history who presents to the ED after an MVC which occurred x2 hours
ago. Patient states he was a restrained driver at a stoplight when a mail truck

Printed By: Mary Cross (BACTES)        1 of 4        3/19/19 10:12:51 AM


BPC000021

## EMERGENCY DEPARTMENT NOTE

Patient:        RICHARD A. TRIOLO
Encounter:      Feb 11 2017 2:56PM                      MRN:    4554115

rear ended his vehicle at a moderate speed. Patient denies hitting his head, any loss of consciousness, or any bleeding. Patient notes having (+)neck pain and lower back pain.

. The onset was 2 hours ago. The course/duration of symptoms is constant. Location: Neck back. The character of symptoms is pain. The degree at onset was moderate. The degree at present is moderate. Risk factors consist of none. Therapy today: none. Associated symptoms: denies headache.

Review of Systems
Constitutional symptoms:  No fever, no chills.
Skin symptoms:  No rash,
Eye symptoms:  No discharge,
ENMT symptoms:  No sore throat,
Respiratory symptoms:  No shortness of breath, no cough.
Cardiovascular symptoms:  No chest pain,
Gastrointestinal symptoms:  No abdominal pain, no nausea, no vomiting.
Genitourinary symptoms:  No dysuria,
Musculoskeletal symptoms:  Back pain, neck pain.
Neurologic symptoms:  No headache, no altered level of consciousness, no numbnes s, no weakness.

Health Status
Allergies:
Allergic Reactions (Selected)
NKA.
Medications: Per nurse's notes.
Immunizations: Per nurse's notes.

Past Medical/ Family/ Social History

Medical history
Negative.
Surgical history: Negative.
Family history: Not significant.
Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.

Physical Examination

    Vital Signs
    Time:  2/11/2017 15:07.
Vital Signs
2/11/2017 14:53 Pulse Rate 81 bpm
 Vital Signs Respiratory Rate 18 br/min
 Systolic Blood Pressure 144 mm Hg  HI
 Diastolic Blood Pressure 114 mm Hg  HI
 Oxygen Saturation 96 %
 Oral Temperature Deg F 97.9 degF
.
Oxygen Saturation

Printed By: Mary Cross (BACTES)          2 of 4              3/19/19 10:12:51 AM



BPC000022

## EMERGENCY DEPARTMENT NOTE

Patient:      RICHARD A. TRIOLO
Encounter:   Feb 11 2017  2:56PM            MRN:    4554115


2/11/2017 14:53    Oxygen Saturation    96 % .
General: Alert, no acute distress.
Skin: Warm, pink, no rash.
Head: Normocephalic, atraumatic.
Neck: Supple.
Eye: Pupils are equal, round and reactive to light, extraocular movements are i
ntact, normal conjunctiva.
Ears, nose, mouth and throat: Oral mucosa moist, no pharyngeal erythema or exud
ate.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion
.
Respiratory: Lungs are clear to auscultation, respirations are non-labored, bre
ath sounds are equal.
Chest wall: No tenderness, No deformity.
Back: Nontender, Normal range of motion, Normal alignment, no step-offs.
Musculoskeletal: Normal ROM, normal strength, no tenderness, no swelling, no de
formity.
Gastrointestinal: Soft, Nontender, Non distended, Normal bowel sounds.
Genitourinary: Normal external genitalia.
Neurological: Alert and oriented to person, place, time, and situation, No foca
l neurological deficit observed, CN II-XII intact, normal sensory observed, norm
al motor observed, normal speech observed, normal coordination observed.
Lymphatics: No lymphadenopathy.
Psychiatric: Cooperative, appropriate mood affect, normal judgment.

Medical Decision Making
Differential Diagnosis: Dehydration, viral syndrome, medication reaction.
Rationale: CT cervical spine, education on strain and what signs and symptoms t
o return to the ED.
.
Documents reviewed: Emergency department nurses' notes.
Cardiac monitor: Time 2/11/2017 15:05, normal sinus rhythm.
Radiology results: Computed tomography, Cervical Spine, emergency physician int
erpretation: No acute process, chronic degenerative changes noted.

Reexamination/ Reevaluation
Time: 2/11/2017 16:11 .
Vital signs
results included from flowsheet : Vital Signs
2/11/2017 15:13 Systolic Blood Pressure 135 mm Hg
 Diastolic Blood Pressure 107 mm Hg  HI
2/11/2017 14:53 Pulse Rate 81 bpm
 Vital Signs Respiratory Rate 18 br/min
 Systolic Blood Pressure 144 mm Hg  HI
 Diastolic Blood Pressure 114 mm Hg  HI
 Oxygen Saturation 96 %
 Oral Temperature Deg F 97.9 degF

Assessment: Findings discussed with patient. Repeat neuro exam normal. Cervical
collar cleared. All questions and concerns addressed. Appropriate medication usa



BPC000023

## EMERGENCY DEPARTMENT NOTE

| | | | |
|---|---|---|---|
| Patient: | RICHARD A. TRIOLO | | |
| Encounter: | Feb 11 2017 2:56PM | MRN: | 4554115 |

ge and follow up instructions given to the patient. informed patient of signs an
d symptoms for which to return to the Emergency Department. The patient feels co
mfortable going home. The patient demonstrates understanding of all instructions
given.

\*\*Pt instructed not to drive while taking pain meds.

Impression and Plan
Motor vehicle collision
Cervical strain
Plan
Considered an Emergency Condition Due to: Acute Onset of Symptoms, Dysfunction o
f Body Organ or Part.
Condition: Improved, Stable.
Prescriptions: Launch prescriptions
Pharmacy:
Lortab 5/325 oral tablet (Prescribe): 1 tab, PO, Q6H Int, for 2 day, 8 tab, 0 Re
fill(s).
Patient was given the following educational materials: NECK SPRAIN/STRAIN, MVC,
General Precautions, Pt was explained that his/her BP was elevated during the ED
visit and that this warrants further workup by his/her PCP. .
Limitations: Limited activity.
Disposition: Discharged: Discharge Order(2/11/2017 16:14), time 2/11/2017 16:14
, to home.
Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding
treatment plan, Regarding prescription, Patient indicated understanding of inst
ructions.
Notes: The pt was educated about what signs and symptoms to return to the ED. .
Physician Quality Reporting Initiative
Elevated BP statement: Patient's blood pressure was elevated during the ED visit
. Patient was made aware of the elevation and was instructed to see their primar
y care provider for further monitoring and management of their hypertension if n
eeded.

Addendum
Attestation Statement: This note has been entered today at 2/11/2017 14:56: By
Nagle, Lillian Medical Scribe, as scribe for Caro, Christina G MD, Documenta
tion is being entered under the direct supervision of Caro, Christina G MD, El
ectronically signed by Nagle, Lillian Medical Scribe: On 2/11/2017 14:56.
Physician Attestation: The information recorded by the scribe reflects the servi
ces provided by myself, as a physician. I have reviewed the documentation and co
nfirm the accuracy of the information in the transcribed note.

Electronically verified by:Takaya Jones M.D. Feb 14 2017 1:07PM EST



BPC000024

## A P P O I N T M E N T   Q U E S T I O N N A I R E

Name: _Richard Triolo_     Date of birth: _____     today's date: _8/4/15_

*HAVE YOU PROVIDED THE RECEPTION DESK WITH YOUR INSURANCE CARD, ADDRESS AND 2 CONTACT PHONE NUMBERS? THIS INFORMATION CAN HELP US FACILITATE COMMUNICATION OF RESULTS, AND THE SCHEDULING OF REFERRALS AND DIAGNOSTIC TESTS.*

1. What is the main purpose in coming to our office today? (If you have a new complaint, indicate how long it has been present, what it feels like, what makes it better or worse, and what you are concerned the problem might be.)

_- Migrains have been getting more frequent_
_- Overall Check up_
_-_

2. Are you experiencing any of the following symptoms in relation to your main concern?
(Answer "yes" by circling the appropriate symptom.)

Constitutional symptoms: fever, chills, weight loss, extreme fatigue

Eyes: double vision, sudden loss of vision, itching, blurred vision

Ears, nose, mouth and throat: sore throat, runny nose, ear pain, vertigo, sneezing, nasal congestion, nose bleeds

Cardiovascular: chest pain, palpitations, shortness of breath when laying flat, leg swelling

Respiratory: cough, wheezing, shortness of breath;

Gastrointestinal: vomiting, abdominal pain, constipation, diarrhea, blood in stools

Genitourinary: irregular menses, vaginal bleeding, vaginal discharge, frequent or painful urination, bloody urine, impotence,

Skin: rash, changing mole, itching,

Neurological: persistent weakness, numbness on one side of the body, falling, seizures

Musculoskeletal: joint pain, muscle weakness, back pain

Psychiatric: depression, anxiety, suicidal thoughts, difficulty falling asleep or maintaining sleep, tension

Endocrine: excessive thirst, cold or heat intolerance, breast mass, nipple discharge, excessive sweating,

Hematologic: enlarged lymph nodes, anemia, easy bleeding

Allergic: hay fever,

3. Has anything new come up in your family history?☐Yes (list below) ☐No    (Please skip question if this is your 1st visit)

_____

4. Do you have any drug allergies?☐Yes (list below and do include the reaction you had to the medication) ☐No

_____

5. Are you having regular periods?

☐Yes First day of your last period _____    ☐No due to☐Menopause (year) _____ ☐Hysterectomy (year) _____

6. What method of birth control do you use?
☐Not applicable    ☐Pill    ☐Patch    ☐Vaginal ring    ☐Vasectomy    ☐Tubal ligation (year) _____

7. How much caffeine do you consume per day? (i.e., coffee, tea, chocolate, soda) _16 v2 a day_

8. How much tobacco do you smoke or chew per day? _None_

9. How much alcohol do you consume per week? _____

10. What do you do for exercise? _Lifting Cardio_    How often per week? _3 to 4_

BPC000025



Name: _____    Date of birth: _____

*If you are here for a preventative health examination, or this is your first visit to this office, please complete the following:*

Marital status:☑single ☐married ☐separated ☐divorced ☐widowed    Name of spouse: _____

Occupation: _____    Name of employer: _____

Medications: (Name, strength, how often per day): _____
_____
_____
_____
_____

Have you ever had a sexually transmitted disease? ☐yes _____ ☑no

Obstetrical history No. of Pregnancies: _____    No. of deliveries ☐vaginal _____    ☐c-section _____

**Immunizations** (please list date)
Tetanus _____    Pneumovax _____    Influenza _____
Hepatics A series _____    Hepatitis B Series _____    Guardasil _____
Meningitis _____    MMR _____    Varicella _____

**Preventative Health**
☐Last Colonoscopy (date, location, findings) _____
☐Last Mammogram (date and location) _____ ☐Breast Implants present
☐Last Bone Density (date and location) _____
☐Last Pap smear (date) _____ ☐any abnormal paps? _____ Name of GYN: _____

**Family History** (Please list family member affected)
☐Depression/Anxiety: _____    ☐Asthma: _____
☑Lung Disease: _____    ☑Lung Cancer: _____
☑Heart Disease: _____    ☑Diabetes: _____
☐Hypertension: _____    ☐High Cholesterol: _____
☐Breast Cancer _____    ☐Colon Cancer: _____
☐Ovarian Cancer: _____    ☐Cervical Cancer: _____
☐Osteoporosis: _____    ☐Thyroid Disorder: _____
☐Stroke: _____    ☐Asthma: _____
☐Alcohol/Drug Use: _____    ☐Skin Disorders: _____
☐Other (specify) _____

**Surgical History:** (Please list date of surgery)
☐appendectomy _____    ☐gallbladder removal _____    ☐tonsil and adenoidectomy _____
☐hemorrhoid removal_____    ☐hernia repair _____    ☐blood transfusion: _____
☐bladder suspension _____    ☐colon resection: _____    ☐breast surgery: _____
☐knee surgery _____    ☐shoulder surgery: _____    ☐hip surgery: _____
☐other: _____



BPC000026