

TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB:                     Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

## Pre-Anesthesia Patient Questionnaire

Patient Name: _____    Primary care physician/phone number: _____

What is your Age? _____    Height? _____    Weight? _____ lbs    BMI? _____

**Please list any allergies (including food) and the types of reactions:**    Anaphylaxis? _____    Latex? _____

| Allergy | Reaction | Allergy | Reaction |
|---------|----------|---------|----------|
| None    |          |         |          |

**Please list your current medications, including herbal supplements, vitamins and diet pills:**

| Medication | Dosage | How often | Medication | Dosage | How often |
|------------|--------|-----------|------------|--------|-----------|
| See attached |      |           |            |        |           |
| EOB        |        |           |            |        |           |

**Please list your previous surgeries/procedures and any complications:**

| Approx Date | Procedure | Complications | Approx Date | Procedure | Complications |
|-------------|-----------|---------------|-------------|-----------|---------------|
| 3/2000 | Left Forearm Compound Fx | | | | |
| | | | | | |
| | | | | | |

## Medical History:  Have you EVER had any of the following (Please circle YES or NO)?
*Indicates need for additional Information

### Heart or Vascular Problems

| | | |
|--|--|--|
| Yes | **No** | High blood pressure or hypertension? |
| Yes | **No** | High cholesterol or hyperlipidemia? |
| Yes* | **No** | Do you get chest pain or shortness of breath when you climb a flight of stairs or walk up a hill? |
| Yes* | **No** | Coronary artery disease, angina (chest pain), heart attack, angioplasty (balloon), cardiac stent? |
| Yes* | **No** | Abnormal stress test, heart catheterization, echocardiogram (echo), or electrocardiogram (EKG)? |
| Yes* | **No** | Congestive heart failure (CHF/Fluid in the lungs)? |
| Yes* | **No** | Cardiac arrhythmia or irregular heart beat (atrial fibrillation)? |
| Yes | **No** | Pacemaker?  If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | **No** | ICD (implantable cardioverter defibrillator)?  If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | **No** | Severe disease of the aortic or mitral heart valves (aortic/mitral stenosis, aortic/mitral insufficiency)? |
| Yes* | **No** | Peripheral vascular disease? |

JBSC000001

## ADMISSION ASSESSMENT

Verified correct patient ____ yes
Verified patient data of birth ____ yes
Date: 3/21/18    Arrival Time: 07-15
NPO@ 2400 Ht 6'2" Wt 246 lbs./kg 111.8
Vital Signs: BP ____ 143/80
T: 98°  P: 61  R: 18  O₂SAT: 98

## PHYSICAL ASSESSMENT

LOC: ☑Alert  ☐Oriented  ☐Other–see notes
Emotional: ☐Anxious  ☑Calm  ☐Withdrawn
Physical: ☑Moving all extremities  ☐No
If NO. explain: ____
Respirations: ☐Regular  ☑Unlabored  ☐SOB  ☐Labored
Cough: ☐None  ☑Productive  ☐Non-Productive
Skin Condition: ☑Warm and Dry  ☐Other–see notes
Abdomen: ☐Soft  ☐Bowel Sounds Present
Accucheck: ☐N/A  ☐Home meds verified
   Time: ____  BS: ____
Race: ____ NLA
Allergies: ____ NKA
Reactions: ____
Educational Assessment: ☑Yes  ☐No
Level of understanding: ☐Good  ☐Fair  ☐Poor
   ☐Needs Reinforcement  ☐Interpreter
Eval. Method: ☑Verbal  ☐Return Demo  ☐Written
Pre-Op: Scrub  ☐Betadine  ☐Hibiclens
   Shave ____ (area)
   ☐Teds  ☐SCDs

Notes: ____

## IV START

Time Started: 0755    Fluid: 1000LR
Type: 18g    Site: RH
Attempts: 1    By: ST
☑Ethyl Chloride    ☐2% Lidocaine Plain

## PRE-OP MEDICATIONS

| TIME | BY | MEDICATIONS | SITE ROUTE |
|------|----|-------------|------------|
| 0725 | ST | Zantac 150mg PO | |
| 0725 | ST | Reglan 10mg PO | |
| Anesthesia Accept | | 2gm IV | |
| | | | |
| | | | |

Block: ☐N/A Dr. ____ ☐Rt ☐Lt
Meds per Dr. ____
☐EKG Monitor applied  Time out: ____
O₂ via blow-by @ ____
Responding to verbal stimuli: ____
Intra Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Post Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Honan pressure device applied per MD's instructions: ____

## CHECKLIST

| Yes | N/A | NO | |
|-----|-----|----|----|
| ☑ | ☐ | ☐ | Patient identified / armband |
| | | | Allergies Noted |
| ☑ | ☐ | ☐ | NPO |
| | | | H&P Date |
| ☐ | ☐ | ☐ | EKG |
| ☑ | ☑ | ☐ | LABS |
| ☑ | ☑ | ☐ | Pre-Op Medications given |
| ☑ | ☐ | ☐ | Consent signed |
| ☑ | ☐ | ☐ | Jewelry Removed |
| ☐ | ☐ | ☐ | Dentures Removed U/L  IN/OUT |
| ☐ | ☑ | ☐ | Prep |
| ☐ | ☐ | ☐ | OR Permit Signed |
| ☐ | ☑ | ☐ | Glasses Removed / Contacts |
| ☐ | ☑ | ☐ | Prosthetic Device |
| ☑ | ☐ | ☐ | Metal in Body  L arm |
| ☐ | ☐ | ☑ | Cardiac Clearance |

Responsible Adult ____ girlfriend Amber
HERE
Will Return
Need to Call Phone # ____

Nurse Signature: ____

**PRE OP ADMISSION RECORD**

## Jacksonville Beach Surgery Center

ID / Visit: 64618 / 1    DOS: 03/22/2018
TRIOLO, RICHARD    Sex: M
DOB:    Age: 43
Phys: TOPP, RAYMOND

JBSC000002

## Jacksonville Beach Surgery Center

### Adult Pre-Operative Orders

| Admit to Jacksonville Beach Surgery Center | | Height: 6'2" | Weight: 111.8kg |
|---|---|---|---|
| Allergies / Reaction: ☑None | | | |
| Diagnosis: **LUMBAR STENOSIS** | | | |

| Date | Time | |
|---|---|---|
| | | ☑NPO after 12 midnight |
| | | ☑Chart Reviewed |
| | | ☑Consent for General Anesthesia AND: <br> ☐MAC  ☐Nerve Block  ☐Local  ☐Conscious Sedation |
| | | ☐Start Lactated Ringers ☐1,000 ml ☐500ml KVO rate on all pre-operative patients unless otherwise indicated. May infiltrate with lidocaine 1% (0.1 - 0.5.ml) prior to IV insertion PRN |
| | | ☑Sequential Compression Device (SCD) on all patients 18 years of age or older scheduled for surgery 45 minutes or longer, under general anesthesia, unless contraindicated |
| | | ☐Heparin 5,000 units SQ on abdominoplasty, surgery duration 4 hours or longer, or patient with a history of DVTs, ONLY after consulting the anesthesiologist or surgeon. |
| | | ☐May have antihypertensives, cardiac, and reflux medications the morning of surgery with sips of water. <br> May have PO and IV pain medications as ordered, following signature of consents. |
| | | **Labs:** |
| | | ☐Hgb on all gynecological cases, abdominoplasties, or patients with history of anemia |
| | | ☐Fasting Blood sugar on all diabetic patients |
| | | ☑ECG on all patients with CAD, CHF, Valvular heart disease, Diabetes, Hypertension, CVA/TIA, Hyperlipidemia, history of heavy smoking, Morbid Obesity, Age>45 Males, Age>50 Female. |
| | | ☐Urine Pregnancy test on any menstruating female up to 1 year since last menses |
| | | ☐Other: |
| | | **Evaluations:** |
| | | ☑Medical Eval  ☐Cardiac Eval  ☐Other: _____ |
| | | **Pre- Medication** |
| | | ☑Metoclopramide 10 mg PO  ☑Ranitidine 150 mg PO |
| | | ☐Bicitra 30 ml PO  ☐Ondansetron 4 mg IV  ☐Dexamethasone 10 mg IV |
| | | ☐Labetolol ____ mg IV  ☐Hydralazine ____ mg IV |
| | | ☐Ketorolac (Toradol) ____ mg IV/IM |
| | | ☐Albuterol Premix 2.5 mg/3 ml Normal Saline via nebulizer |
| | | ☐Other: _____ |
| | | Antibiotics per Surgeon's pre-op orders <br> Prep patient per surgeon's orders |

Physician's Signature: _____

Noted By: _____ RN

Date / Time: 3/22/18 70V

Date / Time: 3/22/18 0715

ID / Visit: 64618 / 1      DOS: 03/22/2018
TRIOLO, RICHARD          Sex: M
DOB:                     Age: 43
Phys: TOPP, RAYMOND

JBSC000003

TRIOLO, RICHARD
ID / Visit: 64618 / 1
DOB:                          Gender: M
Phys: TOPP, RAYMOND          Age: 43
DOS: 3/22/2018

## Physician Order For

| | |
|---|---|
| **Name:** | |
| **DOB:** | |
| **Date/Time:** | |
| | **Pre-Op Orders:** |
| | 1)Use Standing Routine Pre-Op Anesthesia Orders |
| | 2) 2gm Ancef IV |
| | 2)Post Op Orders: |
| | a)Elevate and Ice, as applicable |
| | b)Morphine Sulfate 4mg IV q 3 hours PRN pain |
| | c)Tylenol 1000mg PO q 6 hours PRN |
| | d)Phenergan 12.5mg IV q 8 hours PRN nausea |
| | e)Regular diet |
| | f)D/C IV when tolerating PO well |
| | g)D/C home when vital signs are stable, tolerating regular diet and voiding |
| | h)Please give post-op instruction sheet **and check off** appropriate meds |
| | |
| | **Follow-Up Appointment with Dr. Topp in 7-10 days.** Call (904) 719-7404 Blake Burrell, PA-C |
| | |
| | Physician's Order Form |

JBSC000004



Patient Name: _____

### Respiratory or Breathing Problems

Yes  No   Have you *ever* smoked?  Packs per day? _____ How many years? _____ When did you quit? _____
Yes  No   "Wheezing", COPD (Emphysema, chronic bronchitis) or Asthma?
Yes* No   Do you use oxygen at home?
Yes* No   Have you visited the emergency room for breathing problems in the past 2 years?
Yes* No   Upper respiratory infection or new productive cough within the past week?
Yes* No   Sleep apnea?  If so, do you use CPAP to sleep?  Yes_____ Is CPAP functional/available?_____
                                                        No_____ Reason?_____
Yes  No   TB?  Treated?

### Neurologic Problems

Yes  No   Stroke (CVA) or mini-stroke (TIA)?  If yes, when? _____Residual?_____
Yes  No   Seizures or epilepsy?  If yes, when was your last seizure? _____
Yes  No   Neck pain and/or back pain?
Yes  No   Peripheral neuropathy (numbness or tingling in hands, arms, feet, or legs)?

### Endocrine or Metabolic Problems

Yes  No   Diabetes?
Yes  No   Thyroid disease?
Yes  No   Have you taken steroids *within the last year* to treat breathing problems or arthritis?

### Gastrointestinal or Liver Problems

Yes  No   Inflammatory bowel disease (Crohn's or Ulcerative colitis)?
Yes  No   Hiatal hernia, GERD (gastroesophageal reflux disease) or peptic ulcer disease?
Yes* No   Cirrhosis of the liver?
Yes  No   Hepatitis B or C?

### Kidney Problems

Yes* No   Kidney failure requiring dialysis?  If yes, what days of the week do you receive dialysis? _____
          Last labs?_____

### Blood Problems

Yes  No   Anemia (low red blood cells)?
Yes* No   Thrombocytopenia (low platelet count)?
Yes* No   Blood clotting problems or excessive bleeding (Hemophilia, von Willebrand's disease)?
Yes  No   Sickle cell disease or trait?
Yes  No   Deep venous thrombosis (DVT) or pulmonary embolism (PE)?
Yes* No   Do you take any blood thinners (anticoagulants)?
Yes  No   HIV/AIDS?

### Anesthesia Problems

Yes* No   Do you have a personal or family history of malignant hyperthermia?
Yes* No   Told that it was difficult to place a breathing tube in your airway (intubation)?
Yes* No   Had severe nausea/vomiting or other severe reaction after anesthesia?

### Other

Yes  No   Cancer?  If yes, what kind? _____(*Head/Neck) Chemotherapy or radiation?  If yes, when? _____
Yes  No   Do you refuse to receive a blood transfusion if medically necessary?
Yes  No   Rheumatoid arthritis, Lupus or other autoimmune disease?
Yes  No   Is there a possibility you may be pregnant?  Date of last menstrual period _____
Yes  No   Do you drink alcoholic beverages?  Average number of drinks per week __2__
Yes  No   Have you been diagnosed with C.Diff/MRSA?
Yes  No   Travel out of the country?  When?_____Where?_____
Yes  No   Is there anything else about your medical history not mentioned above?  If yes, please describe:

_____

_____

Arymo (30) (morphine)

Hydrocodone/Acetaminophen (10-325T)

Tizanidine (4mg)

Diclofenac (50mg)

Doxepin (50 mg)

Oxycodone/Acetaminophen 325 mg

TRIOLO, RICHARD
ID / Visit: 64618 / 1        Gender: M
DOB:                              Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

JBSC000006

**Planned Procedure:** Posterior Lateral Interbody Fusion L5-S1

**Meds / Supplements:** (* if taken day of proc.) Beta-Blocker? ☑No ☐Yes
Morphine, Vicodine, Tizanidine
Diclofenac, Doxepin, Percocet

**Allergies / Reactions:**                              No Known Allergies ☐

**Past Surgical Procedures:**                          None ☐
L arm fx

**Hx Anesth. Problems:** ☑None ☐Yes-Patient ☐Yes-Family

☐ **Cardiovascular** ☑Negative
☐Functional capacity less than 4 mets
☐HTN          ☐CAD
☐Dyslipidemia  ☐MI
☐CHF          ☐PTCA
☐PVD          ☐Coronary stents
☐Pacemaker    ☐Valvular Disease _____
☐AICD         ☐Dysrhythmia _____

☐ **Respiratory** ☑Negative   Sleep Apnea? ☑No ☐Yes
☐Home O2      ☐COPD                        ☐CPAP
☐Recent URI   ☐Asthma
☐Smoking: ___ ppd x ___ yrs. → Quit _____ ago

☐ **Neurologic** ☑Negative
☐Dementia     ☐CVA
☐Neuropathy   ☐TIA
☑Back Pain    ☐Altered Mental Status
☐Neck Pain    ☐Seizures

☐ **Endocrine** ☑Negative
☐Diabetes ☐I ☐II  Thyroid: ☐Hyper ☐Hypo

☐ **GI/Hepatic** ☑Negative
☐GERD         ☐Hepatitis _____
☐Cirrhosis    ☐Obstruction

☐ **Renal** ☑Negative
☐CKD - Dialysis: ☑No ☐Yes - Last dialysis _____

☐ **Hem/Onc** ☑Negative
☐Anemia       ☐Coagulopathy
☐Blood refusal ☐Cancer _____
☐DVT          ☐Chemo ☐Radiation

☐ **Immune/ID** ☑Negative
☐Rheum Art    ☐Autoimmune Disease
☐HIV          ☐Ongoing Infection

☐ **Other** ☑Negative
☐Obesity      ☐ETOH Abuse
☐Depression   ☐Drug Abuse
☐Glaucoma     ☐Difficult IV access
☐Pregnant (EGA _____ weeks)

**Age:** 43 Y ☑M ☐F
**Height:** 6'2" ☑inches ☐cm
**Weight:** 111.8 ☐kg ☐lbs ☐gms

**Physical Examination**
Heart: ☑Regular Rhythm ☐Other: _____
Lungs: ☑Clear ☐Other: _____

Airway ☑Adequate ☐Intubated ☐Difficult
Mallampati ☐ Dentition: ☑OK ☐↑ Risk of damage - Pt aware
☐Caps / Crowns: ↑ ↓  ☐Dentures: Full ↑ ↓  Partial ↑ ↓
☐Chipped: ↑ ↓  ☐Missing: ↑ ↓  ☐Loose: ↑ ↓

The following plan including risks / benefits / alternatives / complications
discussed with & accepted by: ☑Patient      ☐Parent
☐Guardian: _____                ☐Via Translator

☑General ☐Spinal ☐Epidural ☐Nerve Block / IV Regional
☐ MAC - Medical Necessity:
   ☐Therapeutic drug monitoring secondary or integral to propofol use
   ☐Strong possibility of expansion of procedure
   ☐Successful procedure without MAC unlikely due to:
      ☐History of severe anxiety, panic attacks, and/or phobias
      ☐History of low pain threshold
      ☐History of chronic severe pain
      ☐Other - See patient's history / diagnosis / comorbidities

☐Arterial line ☐Central venous cath ☐Pulm artery cath ☐TEE
☐Possible postop vent ☐Other: _____
☐Postop pain management discussed: ☐PCA ☐Epidural
☐Spinal Opiate    Nerve Block: ☐Single shot ☐Continuous

ASA: ☐1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐E       Preop Evaluation by:
_____ Signature 3/22/18 7:30

**Data** ☐Labs N/A ☑Medical Eval reviewed
H/H: ___ PLT: ___ K: ___ PT/INR/PTT: ___
Preg test: ☐Neg ☐Pos  Glucose: ___ at ___ (time)
EKG: ☐Normal or: _____
CXR: ☐Normal or: _____

**Remarks:**

**Pre-Proc. Eval (Must be completed day of procedure only):**
☑Pt re-evaluated and following changes noted:     ☐None
BP: 143/80 HR: 61 SpO2: 98 %
RR: 18 Temp: 98° NPO time: 2100
_____ Signature MD/DO 3/22/18 7:30

---

**Jacksonville Beach Surgery Center**
**PRE-OPERATIVE ANESTHESIA EVALUATION**

REV DATE: 03/11
PAGE 1 OF 1

ID / Visit: 64618 / 1       DOS: 03/22/2018
TRIOLO, RICHARD            Sex: M
DOB:                      Age: 43
Phys: TOPP, RAYMOND

JBSC000007




# ADULT
## PAIN ASSESSMENT & MANAGEMENT FLOWSHEET
### (8 YEARS AND OLDER)

### PRE-PROCEDURE

Date __3/22/18__    Do you have any pain anywhere NOW? Yes or No *(Yes circled)*

If yes, explain the location of the pain & how long its been present __Lumbar__

Pain Quality: (circle) *(ache)* burn *(sharp)* dull pressure crushing throb

If unable to describe, explain _____

Pain radiation: Where does your pain radiate? __(L) les__

How does the patient treat / manage their pain at home? __Stretching__

What makes the pain worse? __Sitting or standing too long__

Current pain medications: __Oxycodone, Hydrocodone__ Effectiveness __yes__

Evaluator's Signature: _____

Adult Pain Scale    0—1—2—3—4—5—6—7—*(8)*—*(9)*—10    **OVERALL PAIN /10**

**No Pain**        **Moderate Pain**        **Worst Pain**

### POST-PROCEDURE

Pain Location __back__

Pain Severity: 0—1—2—3—4—5—6—7—*(8)*—9—10

Intervention: *(Yes)* or No

Effective: *(Yes)* or No

Pain Level: 0—1—2—3—4—5—6—*(7)*—8—9—10

Re-intervention: Yes or No

Patient discharged with Rx: Yes or *(No)*    filled @ home

Pain Level on discharge Number: __4__ /10

Patient advised to call surgeon if Rx prescribed ineffective *(Yes)* or No

Nurse's signature: _____

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1    DOS: 03/22/2018
TRIOLO, RICHARD    Sex: M
DOB:
Phys: TOPP, RAYMOND    Age: 43

JBSC000008

DATE:  March 22, 2018                                    IMD

PATIENT:  TRIOLO, RICHARD

PATIENT ID #:  64618-1

DATE OF BIRTH:

ACCOUNT #:  03/22/2018

SURGEON:  RAYMOND TOPP, MD

FACILITY:  Jacksonville Beach Surgery Center

## OPERATIVE NOTE

### PREOPERATIVE DIAGNOSES:
1.    Acute trauma, L5 spondylolysis.
2.    Spondylolisthesis, L5-S1.
3.    Severe radiculopathy, bilateral lower extremities.

### POSTOPERATIVE DIAGNOSES:
1.    Acute trauma, L5 spondylolysis.
2.    Spondylolisthesis, L5-S1.
3.    Severe radiculopathy, bilateral lower extremities.

### PROCEDURES:
1.    Minimally invasive transforaminal lumbar interbody fusion, L5-S1.
2.    Allograft placed to the interbody space for structural support, L5-S1.
3.    Local autograft harvested from the decompression was used for osteoinductive purposes of L5-S1.
4.    Bone marrow aspirate harvested for osteoinductive purposes.
5.    Posterior instrumentation from L5 to S1.
6.    Synthetic cage placement to interbody space of L5-S1 in the form of polyethyl ethyl ketone.
7.    Hemilaminectomy, right L5, for decompressive purposes as well as for fusion purposes, L5-S1.
8.    Application of Frankel lumbosacral orthosis postoperatively.

SURGEON:  RAYMOND TOPP, MD

ASSISTANT:  Richard Burrel

ANESTHESIA:  General endotracheal.

Page 1 of 5

JBSC000009

DATE: March 22, 2018                                      IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

BLOOD LOSS: 200 cc.

COMPLICATIONS: None.

SPECIMENS: None.

FLUIDS: Per Anesthesia.

URINE OUTPUT: Per Anesthesia.

IMPLANTS:
1.    6.5 x 45 mm Newport screws.
2.    11 x 32 x 10 mm Ventura Nano interbody cage, L5-S1.
3.    5-cc factor graft allograft for structural support and osteoconductive fusion purposes, L5-S1.
4.    45 mm rods, L5 to S1.

INDICATIONS: Mr. Triolo is a 43-year-old male. He was involved in acute trauma and suffered an L5 spondylolysis. He has been treated with all forms of nonoperative therapy but, unfortunately, he has developed a grade 1 spondylolisthesis and severe radicular pain after the acute trauma. The risks, benefits, and alternatives to the above procedure were discussed with the patient, and he wished to proceed.

OPERATIVE PROCEDURE: Informed consent was obtained from the patient. The patient was taken to the operating room and placed in supine position. Anesthesia was instilled. Once anesthesia was instilled, he was rolled to an operating table over a Wilson frame; all bony prominences were padded. The lumbar spine was sterilely prepped and draped in normal fashion. Fluoroscopic evaluation was utilized to mark the skin. We created skin markings 2 to 3 cm sagittally overlying the pedicles of L5 and S1. A final time-out confirmed the patient's identity, consented for procedure and verification of proper instrumentation.

The procedure began with insufflation of local anesthetic into the skin. We then created sharp dissection and then skin incisions bilaterally overlying the minimal invasive sites at L5-S1. Sharp dissection was taken through subcutaneous tissues and Bovie electrocautery utilized for hemostasis. We continued our dissection, and we developed a plane just above the fascia. The fascia was split in line with the skin incision overlying the musculature. We bluntly dissected,

Page 2 of 5

JBSC000010

DATE: March 22, 2018                                           IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

and we could palpate very easily the L5 transverse process, pars interarticularis, as well as the L5-S1 joint. On the left side of the spine, we introduced a Jamshidi needle into the pedicle of L5. We harvested approximately 30 cc of bone marrow aspirate. This was passed off the back table, was mixed with allograft for osteoconductive and osteoinductive purposes. A nitinol wire was then passed through the Jamshidi needle after fluoroscopic assistance demonstrated that it was in the anterior aspect of the bone of L5. We then tapped over the nitinol wire before filling with the 6.5 mm percutaneous screws with the towers. Similar procedure was performed at S1 in the sagittal and coronal plane. We advanced it into the pedicle of S1, being mindful to stay within bone at the sacrum. We angled it medially to get the most length out of the screw possible. Nitinol wire was then passed through the Jamshidi needle. We then tapped before filling with a 6.5 mm pedicle screw on the left side of the spine. A 50 mm rod was then introduced into the towers. We then distracted at the towers to distract the disc space in preparation for fusion on the opposing side. We provisionally locked down to these 50 mm rods to maintain our distraction.

A separate incision was created on the right side of the spine. Sharp dissection was taken down the subcutaneous tissues, Bovie electrocautery utilized for hemostasis. The fascia was split in line with the incision. Again, we bluntly dissected. We could palpate the transverse process, L5-S1 facet joint, and pars of L5. We could also palpate the fracture site at the pars as well. The first cannula was introduced overlying the pars. We dilated up and saw the need for an 80 mm tube. The tube retractor system was then prepared. Over the final dilator, the 80 mm tube was then introduced, and we locked it to the bed. We then visualized through the tube. We debrided the remaining musculature in the area so that we could gain visualization of the bone with Bovie electrocautery and pituitaries. We easily could identify the pars, and we could see the fracture that was evident with communication into the spinal column. A bur was then introduced along with an osteotome, and we removed the inferior articular process on the right side of the L5 with the osteotome. This local autograft was harvested and was kept at the back table. We mixed it with the allograft for osteoinductive purposes. The superior articular process of S1 was then removed. We had excellent visualization into the neural foramen. With bipolar electrocautery, we worked on the superior aspect of the right S1 pedicle. With fluoroscopic assistance, we were able to gain access to the disc. There was an osteophyte in the area. A small osteotome was then introduced. We removed this osteophyte to gain access to the disc. Again, this osteophyte was passed to the back table.

Page 3 of 5

JBSC000011

DATE: March 22, 2018                                        IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Of note, prior to the procedure, neurologic monitoring was established. We maintained neurologic monitoring to maintain the safety of the L5 and S1 nerve roots. There were no breaches in the neuromonitoring throughout the case.

An annulotomy was performed in a transforaminal fashion at L5-S1. This was followed by dilators and then shavers. We sequentially utilized the shavers to dilate up. With each shaver, as we turned it to the perpendicular, we loosened the screws on the opposing side so we could maintain more distraction. At 10 mm, we had excellent distraction, and we held the distraction on the opposing side with the 50 mm rod and pedicle screw construct. Pituitaries were brought in that were straight as well as angled to debride the disc to the far side. We also used curettes, angled curettes and elbow curettes, to ensure that we were down to the cartilaginous bone. All this material was removed; we had an excellent preparation of the disc space. The bone graft and the bone marrow aspirate mixed with the allograft was placed into a funnel; approximately 5 cc was introduced through the funnel and packed into the disc space with fluoroscopic assistance. We then trialed what we felt to be the appropriate size as 10 mm cage. It was appropriate, but it also created a space for a PEEK cage. The PEEK cage was packed with similar autograft and allograft as bone marrow aspirate. It was introduced under fluoroscopic assistance in an oblique fashion. We had excellent structural support anteriorly. We disconnected the inserter and then copiously irrigated; hemostasis was achieved with bipolar electrocautery. With fluoroscopic assistance, we then introduced Jamshidi needles into the pedicles of L5 on the right side of the spine. The distraction on the left side of the spine was not only relieved, but we also compressed on the left side of the spine to compress against the implants and to gain more lordosis. After the Jamshidi needle was introduced on the right side, nitinol wire was introduced. We first tapped before filling with 6.5 mm pedicle screw. We also performed a similar fashion at the right S1. Once the screws were placed on the right side of the spine, we placed the 45 mm rods bilaterally as they were the appropriate size. We then forked them down in the standard fashion.

We copiously irrigated. There was no active bleeding. Below each fascia, we placed some vancomycin and Arista powder. The fascia was reapproximated bilaterally with 0 Vicryl. We then introduced Exparel for postoperative pain control at the level of the fascia and skin. Subcutaneous tissues were reapproximated with 2-0 Vicryl and the skin with glue. The patient tolerated the procedure well; he was taken to recovery room in good condition. His vital signs were stable, and he was afebrile. Once he had awoken in the OR, we had to provide him with some Valium as he was having some muscle spasms, but these quickly were relieved with administration of this medication. As he stood, we were able to sit him into thoracolumbar orthosis.

Page 4 of 5

JBSC000012

**DATE:** March 22, 2018                                               **IMD**

**PATIENT:** TRIOLO, RICHARD

**PATIENT ID #:** 64618-1

**DATE OF BIRTH:**

**ACCOUNT #:** 03/22/2018

**SURGEON:** RAYMOND TOPP, MD

**FACILITY:** Jacksonville Beach Surgery Center

Our plan is to have him discharged on the same-day surgery basis.


RAYMOND TOPP, MD

RT/at: Doc# 00021253/Job# 62821341
DD: 03/23/2018 12:11
DT: 03/23/2018 23:45

Date Transmitted: _____

JBSC000013

# OPERATING ROOM RECORD

Date: 03/22/2018
Patient ID: ☐ ID Band  ☑ Verbal      Next of Kin _____
Allergies: _NKDA_      Time Out: _0819/0848_
Skin Intact ☐ Yes ☐ No  Explain _____      Verified Correct Patient: ☑
Unusual Condition Noted _____      Correct Birthdate: ☑
      Correct Procedure: ☑
      Correct Site Verified: ☑
      Informed Consent Signed: ☑

| IN ROOM TIME | INCISION START | INCISION END | EXIT O.R. | O.R. SUITE. | TEMP HUMIDITY |
|---|---|---|---|---|---|
| 0806 | 0910 | 1153 | 1216 | 3 | 67/32 |

**Wound Classification**
I – Clean  II-Clean-contaminated
III – Contaminated  IV – Dirty
Site I _____  Site II _____

Dressing: _Tegaderm_
_Skin Glue_
Packing: _Medical_
_Telfa Strips_
Drains ☑ Foley _1402 TBS_
☐ Other _____ _1612_

Surgeon: _TOPP_
Assistant: _BYRD_
Circulating Nurse: _SENGSA_
Scrub Nurse/Tech: _M CURRY_
Laser Nurse: _DEB KEN_

Anesthesiologist: _THOMAS_
CRNA: _CROWTHER_
Relief and Time: _M Zutta 0910_
Relief and Time: _____
Other: _TM DANA_

| Count | | |
|---|---|---|
| No Count | | |
| Needles | | |
| Raytec | | |
| Laps | | |
| Other | | |
| Counts correct | ☑ Yes | ☐ No |
| Surgeon Informed | ☑ Yes | ☐ No |

Laser unit  ☐ Yes ☑ No      Tourniquet  ☐ Yes ☑ No
Total energy time _____
Cautery pad ☑ Yes ☐ No Lot _____
Site _3M 1179_
Bipolar  ☐ Yes ☑
Setting _20_
Serial # _____
Settings: Coag _45_ Cut _45_
Applied by _TRCN_
Skin intact  ☑ Yes ☐ No

Implants: _Oct_

☑ See Reverse

**SAFETY STRAP**

| Arms | L | R |
|---|---|---|
| Flexed | | |
| Abducted | X | X |
| Adducted | | |
| Tucked at sides | | |
| Padded armboards | X | X |

Prep: ☐ betadine scrub ☐ betadine solution ☑ hibiclens scrub ☐ hibiclens solution ☑ alcohol ☑ duraprep ☐ chloraprep ☐ other _____
☐ Shaved with clipper: Area prepped _____
Position: ☐ Supine ☑ Prone ☐ Lithotomy ☐ Jackknife ☐ Lt. Lateral ☐ Rt. Lateral ☐ Other _____
Positioning Aids: ☑ egg crate ☐ Bean bag ☑ Pillows ☐ Jacknife ☐ Chest rolls ☑ Axillary rolls ☐ Shoulder roll ☐ Padded kneeholder ☐ Padded stirrups
☐ Thigh-high TED hose ☐ SCD stockings ☑ Warm touch / hypothermia machine
Preoperative Diagnosis: _LUMBAR STENOSIS_

Operation: _PLIF  L5-S1_

Postoperative Diagnosis: _SAA_

Specimens sent: _∅_          C-arm/Rad. Tech _JENNY_
Cultures: _____
F/S _____

Medications: _.25_ % Marcaine with / without _____ : _____ % Xylocaine with / without _____  Irrigation solution _500cc NS c 50,000. Bacitracin_
Depomedrol _____ mg Celestone Soluspan _____ mg Duramorph _____ mg
Other: _5000u Thrombin X2+1 cc Expacel / 1 gram VANCO_
TO or VIA ☑ Stretcher ☐ crib ☐ carried by _____      Siderails up? ☑ Yes ☐ No      Trays: _____
TO PACU VIA ☑ Stretcher ☐ crib ☐ carried by _Tu Joana_      Siderails up? ☑ Yes ☐ No
Nurse Notes _____ _100 _25 marcaine c PPF_

RN Signature _____

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1      DOS: 03/22/2018
TRIOLO, RICHARD      Sex: M
DOB:
Phys: TOPP, RAYMOND      Age: 43

JBSC000014




i≡FACTOR Bone Graft
REF 700-050
LOT 18C0435  Cerapedics, Inc.
11025 Dover Street, #1600
Westminster CO 80021
USA
2021-01-31

SURGIFLO Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number. 2991
Distributed by Ethicon, Inc
4547687

◆ SeaSpine.    Ventura™ NM Implant
11x32x10mm, Sterile
REF 33-6310-S  LOT SM032A-M    2021-12-09
MAT'L: PEEK-OPTIMA®, Tantalum, Titanium    STERILE R
SeaSpine Orthopedics Corporation, 5770 Armada Drive, Carlsbad CA, 92008 USA
Tel:(760)727-8399 Fax:(760)727-8398    U33-6310-S-30A

SURGIFLO Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.
4547687

6.5 x45 screw    x 2
6.5 x40 screw    x 2
45 mm Rod    x 2

| Date | OR# or Location: | Anes PreOp Prep ☐None | | Anes Time | Procedure Time | | Out of Room | Anes Time End |
|---|---|---|---|---|---|---|---|---|
| | | START | END | START | START | END | | |
| MM 22 / 18 | 3 | 8: 00 | 8: 05 | 8: 30 | 8: 55 | 11: 55 | 12: 10 | 12: 17 |

**Anes PreOp Time used to:**
☑ Check consents & review chart / plan with Pt
☐ Start IV

**Premeds given by RN in Holding Area:**
☐ Midazolam___mg  ☐ Ondanestron___mg
☐_____ ☐_____
☐_____ ☐_____

**If Pt on Beta-Blocker:**
☐ Taken in past 24 hrs
☐ Given in O.R.
☐ Contraindication:
☐ Heart rate less than 50
☐ Hypotension

| IV Antibiotic Name | Dose | | Start Time |
|---|---|---|---|
| Ancef | ☐ mg / ☑ grams | 1 | 8: 20 |
| | ☐ mg / ☐ grams | | HH : MM |
| | ☐ mg / ☐ grams | | HH : MM |
| | ☐ mg / ☐ grams | | HH : MM |

☐ Not indicated based on Pt history and/or procedure
☐ Intentionally given after incision      8   45

| Patient Safety | ☑ Equipment checked ☑ Audible alarms on | Anesthesia Time-Out at: | 8: 08 | (Includes re-evaluation of Pt. immediately preinduction – see first set of vital signs) | Surgical Time-Out at: | 8: 4? |

| Monitoring and Equipment | ☐ Precordial Steth ☐ Esophageal Steth ☐ IntraOp Forced Air Warming Device | NIBP: ☐ Right ☑ Left ☐↑ ☐↓ | ☑ Arm ☐ Leg | every 5 min | ☐ Nerve Stimulator ☐ Cell Saver ☐ Fluid Warmer | ☐ Intentional Hypothermia ☐ TEE ☐ Other:_____ |

| Invasive Lines | ☐ A-line ☐ Central venous catheter ☐ Nasogastric Tube ☐ Orogastric Tube | ☐ PA catheter (See Procedure Note for line insertion by Anesthesia) ☑ IVs (Size & Site): # 18 (R) hand # _____ |

| Anesthesia Type | ☑ General ☐ IV Regional ☐ Nerve block by Anesthesia for postop pain (See attached Procedure Note) | ☐ MAC ☐ Axillary Block | ☐ Spinal ☐ Interscalene Block | ☐ Epidural ☐ Other Block: _____ |

| Airway | **Induction** ☑ IV ☐ IM ☐ Inhalation ☑ Pre-O2 ☐ Rapid sequence | **Device** ☑ Oral Airway ☐ Nasal Airway ☐ Mask ☐ LMA  Size___ | **Intubation** Blade ☑ Curved #___ ☐ Straight #___ ☐ Video Laryngoscopy ☐ N/A: ETT in place ☑ Stylet ☑ Atraumatic ☐ Difficult ☐ Blind ☐ Awake ☐ Fiberoptic | **Endotracheal Tube** Size 8.0 ☐ Oral ☐ Nasal ☐ Trach ☑ ETCO2 Increase ☑ BSBE Secured at 22 cm ☐ Cuff up to seal ☐ Double Lumen ETT Size___ ☐ Lt ☐ Rt ☐ Bronch Blocker ☐ Isolation Check |

| Spinal Anesth | Position: ☐ Sit ☐ Rt Lat ☐ Lt Lat  Interspace:_____ Paresthesia: ☐ None ☐ Location:_____ CSF: ☐ Clear ☐ Cloudy ☐ Bloody | ☐ Aseptic Technique: ☐ Betadine ☐ Alcohol ☐ DuraPrep ☐ Local infiltration Spi Needle:___ g ☐ Pencil Point ☐ Other:___ # of attempts:___ Med: ☐ Bupivacaine 0.75%___ mL Fentanyl___ mcg Duramorph 0.___ mg |

| Position | Eyes: ☑ Taped Shut ☑ Lubricated ☑ Shield ☐ Head / Neck neutral ☐ Axillary roll ☑ Pressure points protected  Extremities: ☐ Arm(s) & elbow(s) on padded armboard at less than 90° with palm: ☐ up ☐ down ☐ Arm(s) tucked neutral position |

| Emergence | ☑ Adequate NIF, TV, SaO2, head lift ☐ Suctioned / Extubated ☐ Intubated ☐ Direct to ICU ☐ O2 for transport | Name of Responsible MD/DO at Emergence: PRINT LAST NAME |

| Post-Procedure General Condition: | ☑ Stable ☑ Dentition Intact ☐ Other:_____ | BP: 130/ 79 HR: 76 RR: 14 TEMP: 96.? SpO2 99 % |

**Post-Op Diagnosis:** Lumbar Stenosis

**Procedure:** PLIF L5-S1

| Personnel | |
|---|---|
| Surgeon(s): | TOPP LAST NAME(S) |
| Anesthesiologist(s): | PRINT LAST NAME(S) |
| CRNA(s) / AA(s): | PRINT LAST NAME(S) |
| Remarks: | |

| Crystalloid: | IN (mL): | FTP: | OUT (mL) | | Post-Anesthesia Evaluation: BP 132 HR: 78 RR: 16 Temp: 96? SpO2: 99 % |
|---|---|---|---|---|---|
| 2900 | | | EBL: | | Mental Status: ☐ Arousable ☑ Awake ☐ See Notes |
| Albumin: | PRBCs: | PLTs: | | | Cardiac / Resp: ☑ Stable ☐ See Notes  Airway Status: ☑ Stable ☐ See Notes |
| Hetastarch: | Cell Saver: | Cryo: | Urine: | 100 | Complications: ☐ None ☐ See Notes (e.g. excessive pain, nausea/vomiting, inadequate/excess hydration) |
| | | | | | Signature: MM/DD/YY 13: 40 |

**Jacksonville Beach Surgery Center**
**ANESTHESIA RECORD**

REV DATE: 03/11

PAGE 1 of ☐

ID / Visit: 64618 / 1      DOS: 03/22/2018
TRIOLO, RICHARD      Sex: M
DOB:      Age: 43
Phys: TOPP, RAYMOND



| AGENTS: | TIME: | Pre-OR | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CONTROLLED MEDICATIONS**

- ☐ Midazolam (mg)
- ☐ Fentanyl (mcg)
- ☐ Propofol (mg)
- ☐ Propofol (mcg / kg / min)
- Diprivan

- ☑ O2 (L/min)   ☐ Via N/C   ☐ Via F/M
- ☑ N2O   ☐ Air (L/min)
- ☐ Isoflurane  ☑ Sevoflurane ☐ Desflurane (%)
- ☑ Lidocaine (mg)
- ☐ Etomidate (mg)
- ☑ Succinylcholine (mg)
- ☐ Vecuronium (mg)  ☑ Rocuronium (mg)
- ☐ Cisatracurium (mg)
- ☐ Neostigmine (mg) ☐ Glycopyrrolate (mg)
- ☐ Pitocin (mg)
- ☐ Metoprolol (mg)  ☐ Labetalol (mg)
- ☐ Ephedrine (mg)
- ☐ Phenylephrine (mcg)

FLUIDS

EBL
Urine Output
BIS
ETCO2
Pulse Oximeter SpO2
FiO2
EKG

**Signature(s) of Responsible Providers at Induction:**

Date: 3/22/18   Time: 806

Date:    Time: 806

Ventilator Mode / PIP
TV x Rate
Temp - Esoph / Skin / Rectal / Bladder / Nasal
Position: ☐ Su ☐ La ☐ Li ☐ Si ☐ J ☐ P
Tourniquet (↑  ↓)
Interval Monitoring MD/DO in OR

Remarks: Smooth induction — turned carefully prone ē 6" help on Wilson frame. Brachial plexus padding + head. Face protected — no pressure. Arms ↑↑ ē stretch or pressure on ___

**Jacksonville Beach Surgery Center**
**ANESTHESIA RECORD**

REV DATE: 03/11
PAGE ☐ of ☐

ID / Visit: 64618 / 1       DOS: 03/22/2018
TRIOLO, RICHARD          Sex: M
DOB:                     Age: 43
Phys: TOPP, RAYMOND

JBSC000018

 

**Adult PACU Orders**

| Admit to PACU | | Height: 6'2'' | Weight: 111.8kg |
|---|---|---|---|
| Allergies / Reaction: ☐None | | | |

Diagnosis: **LUMBAR STENOSIS**

| Date | Time | |
|---|---|---|
| | | Allergies: |

Admit to recovery with vital signs per protocol
☑Monitor: BP, EGG, RR, SPO2. Monitor Temperature on all General and cases over 60min.
☐Oxygen via:     ☐Nasal cannula @ _____ L/min.
          ☐Face mask or tent @ _____ L/min.
NPO until fully alert; then liquids as tolerated
Continue IV fluids @ KVO, unless otherwise indicated and ordered by Anesthesia
☐Labs: FSBS all Insulin dependent Diabetic patients
☐Warming blanket to maintain temperature no less than 36°C
For Analgesia: New orders for prn dose ranges should be dispensed at the lower dose initially
☐Demerol (Meperidine) 12.5 mg IV, for shivering, may repeat x 1 in 15 mins.
☐Demerol (Meperidine) 25-50mg IV PRN pain, to maximum dose of 100mg
☐Fentanyl (Sublimaze) 25-50mcg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum dose of 100mcg.
☐Morphine 2-4mg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum of 10mg
☑Dilaudid 0.2mg IV PRN pain, repent every 5 min. until adequate pain relief, to maximum of 1mg
☐Toradol (Ketorolac)  ☐15 mg IV  ☐30 mg IV Other:
Oral Analgesia:
☑Demerol 50 mg tablet: one tablet PO PRN pain x 1
☐Percocet 1-2 tablets PO PRN pain x1
☐Lortab 1-2 Tablets PO PRN pain x 1
☐Lortab Elixir 7.5-15ml PO PRN pain x
For Nausea / Vomiting
☐Ondansetron 4mg IV PRN nausea / vomiting x 1 ☐
☑Phenergan 25mg Tablet PO/PR PRN nausea / vomiting x 1
☐Other: _Valium 5 po x1_

If patient received Ofirmev in OR, please consult Anesthesia prior to administration of post-op pain medication.
NOTE: Notify anesthesiologist if inadequate pain relief after maximum dosage reached, or significant side effects occur.
KVO IV fluids until adequate PO intake unless otherwise indicated.
☑Discharge to home after meeting discharge criteria, instructions and prescriptions as indicated by surgeon.
☐Transfer to _____
Physician's Signature _____    Date / Time: 3/22/18
Noted By: _____ RN    Date / Time: 3/22/18

**PACU Discharge Evaluation**
BP: 116/76 HR: 62 RR: 18 TEMP: 98' SpO2: 99% @Time 1515
☑Stable Cardiac / Resp / Airway Status
☐Awake Mental status
☐Pain controlled and/or consistent with anticipated post op discomfort
☑Adequately hydrated
☑Nausea and vomiting controlled
☑No Complications
☐See notes
I have evaluated the patient's recovery from Anesthesia prior to Discharge. The patient is recovering properly and has met discharge criteria. The patient understands D/C instruction and pain medication has been ordered by surgeon if indicated.

Physician's Signature: _____    Date / Time: 3/22/18

ID / Visit: 64618 / 1      DOS: 03/22/2018
TRIOLO. RICHARD      Sex: M
DOB:      Age: 43
Phys: TOPP, RAYMOND

JBSC000019

Please
Fill Out



**Medication Reconciliation Form**

Pre-Operative Medications                                             Discharge Medications

| Routinely Taken Medication Name (includes OTC & Herbals) | Dose | Frequency | | Resume Yes | Resume No | New Med Yes/No |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Routine Medications Held for Surgery** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **New Prescriptions added** | | | | | | |
| | | | | | | |
| | | | | | | |

X _____
Patient or Responsible Party Signature

TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB:                     Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

Signature
X _____
Patient or Responsible Party Signature

JBSC000020

Arymo (30) (morphine) (continue)

Hydrocodone/Acetaminophen (10)-325 T Do NOT continue

Tizanidine (4mg) (continue)

Diclofenac (50mg) * DO NOT take

Doxepin (50 mg) (continue)

Oxycodone/Acetaminophen 325 mg

Do NOT take Hydrocodone while

TRIOLO, RICHARD
ID / Visit: 64618 / 1     Gender: M
DOB:                      Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

JBSC000021

## PACU RECORD

**Time in:** 1211    **Allergies:** NKDA

**Procedure:** POSTERIOR LATERAL INTERBODY FUSION L5-S1.

**Types of Anesthesia:** ☒General  ☐M.A.C.  ☐Local  ☐Block    ☐IV Sedation    ☐Spinal

**ME**    **O₂Sat**    **Temp:** 96⁹    **Post Op Accucheck:**

*(vital signs graph with values 0–260 along left axis)*

Pain Level (1-10): 8 7 8 6 0 6 5 4

### Post Procedure / Assessment:

**Position:** ☐supine  ☐sidelying  ☒semi-fowlers

**Neurological:** ☐awake  ☐alert  ☐oriented  ☒drowsy / arousable  ☐other

**Respiratory:** ☒regular / unlabored  ☐other

**Skin:** ☐warm / dry  ☐cool  ☐pale  ☐diaphoretic  ☐other

**Abdomen:** ☐soft  ☒non-distended  ☐active BS  ☐diaphoretic
☒firm  ☐distended  ☐tender

**Oxygen:** ☐R/A  ☒nasal cannula 3 L  ☐Aerosol ___%

**Dressings:** *(handwritten)*

### Supplies & Equipment – Check Those Items Used or in Place

| | | |
|---|---|---|
| ☒Ice Bag | | Sling |
| Catheter | | Post op Shoe |
| Peripad | | Knee Immobilizer |

O²DICd@ 13⁰⁰

| | PAIN SCORE | adm | 20 | 14 | 30 | | D/C |
|---|---|---|---|---|---|---|---|
| Moves 4 limbs voluntarily/on command +2 / 2 limbs voluntarily/on command +1 / 0 limbs voluntarily/on command +0 | ACTIVITY | | 2 | 2 | 2 | | |
| Deep breath and cough frequently +2 / Shallow / dyspnea / labored breathing +1 / Apnea +0 | RESPIRATION | | 2 | 2 | 2 | | |
| BP+/-20% of preanesthetic level +2 / BP+/-30%-50% of preanesthetic level +1 / BP+/-50% of preanesthetic level +0 | CIRCULATION | | 2 | 2 | 2 | | |
| Awake / alert +2 / Arousable +1 / Not Responding +0 | CONSCIOUSNESS | | | 2 | 2 | | |
| Pink color within normal level +2 / Pale / dusty / blotchy +1 / Cyanotic +0 | COLOR | | 2 | 2 | 2 | | |
| | TOTALS | | 9 | 10 | 10 | | |

| Time / Medication | route / site | Signature |
|---|---|---|
| 1230 Dilaudid 2 IV | | |
| 1233 Dilaudid 2 IV | | |
| 1235 Demerol 50 po | | |
| 1235 Phenergan 25 po | | |
| 1240 Dilaudid 1 IV | | |
| 1250 Dilaudid 2 IV | | |
| 1255 Valium 5 IV | | |
| 1310 Dilaudid 2 IV | | |

**I.V. in progress** LR

**I.V. discontinued @** 14:45    (site healthy) (catheter intact)

**Total:** OR / PACU    PO PACU    Output

**Signature**

**Discharged @** 1540    **Mode:** Amb ☐  WC ☒  Carried ☐  Other ☐

### Discharge Criteria / Evaluation

| | Yes | N/A |
|---|---|---|
| Vital signs stable | ✓ | |
| Pain controlled | ✓ | |
| Controlled nausea / no vomiting | ✓ | |
| Absence of respiratory distress | ✓ | |
| Absence of significant bleeding / drainage | ✓ | |
| PO fluids tolerated | ✓ | |
| Ambulates with minimal assist / not dizzy | ✓ | |
| Ability to void if applicable | ✓ | |
| Responsible adult escort | ✓ | |
| PAR score 10 or = to. pre-procedure | ✓ | |
| Prescriptions returned to patient @ home | | ✓ |
| Discharge instruction given: Verbal, written & return demo if applicable | ✓ | |
| Patient / family verbalizes understanding | | ✓ |
| Pediatric pts cleared by Anesthesia for d/c | | |

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1    DOS: 03/22/2018
TRIOLO. RICHARD    Sex: M
DOB:    Age: 43
Phys: TOPP, RAYMOND

JBSC000022

## PACU NURSES NOTES

TIME:

| | |
|---|---|
| | Printed Discharge Instruction Given per: |
| | Surgeon ____✓____    Anesthesia: ___✓___ |
| | Returned Valuables ___✓___    Glasses ___∅___ |
| | Dentures ___∅___    Rx Given @hme |
| | Accompanied To Car By: |
| | Family ✓ Friend___ Staff ✓ |
| | RN Signature _____ EJ |

| | |
|---|---|
| 1240 | MAEW. c/o severe pain. tch at. IV Dilaudid, po Demerol + phenergan given |
| 1300 | c/o severe pain. valium 5q given po. |
| 1400 | some relief obtained |
| 1415 | up walked + to BR voided. —EJ |
| 1430 | awaiting ride |
| 1515 | walking halls w/ nurse. waiting for ride. |
| 1540 | D/C to home w/ girlfriend |

ID / Visit: 64618 / 1    DOS: 03/22/2018
TRIOLO, RICHARD    Sex: M
DOB:    Age: 43
Phys: TOPP, RAYMOND

JBSC000023

| DATE | PROGRESS / DISCHARGE NOTES |
|------|---------------------------|

Pre/Post Diagnosis:

Lumbar Radiculopathy

Sore

iFACTOR™ Bone Graft
REF 700-050
LOT 18C0435    Cerapedics, Inc.
11025 Dover Street, #1600
Westminster, CO 80021
USA
2021-01-31

Procedure: PLIF L5-S1

SURGIFLO® Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.
4547687

Surgeon: Topp / Burell

SeaSpine    Ventura™ NM Implant
11x32x10mm, Sterile
REF 33-6310-S    LOT SM032A-M    2021-12-09
MAT'L: PEEK-OPTIMA®, Tantalum, Titanium
SeaSpine Orthopedics Corporation, 5770 Armada Drive, Carlsbad CA, 92008 USA
Tel:(760)727-8399 Fax:(760)727-8909    U33-6310-8-30A

Anesthesia:

SURGIFLO® Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.
4547687

Findings: DDD, Spondylos's

EBL: 100 cc

6.5 x 45
Screw    x2

6.5 x 40    x2
Screw

Complications: None Known

45mm Rod    x2

Condition to RR: Stable

Physician Signature: [signature] Topp

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1    DOS: 03/22/2018
TRIOLO. RICHARD    Sex: M
DOB:    Age: 43
Phys: TOPP, RAYMOND

JBSC000024

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

### PREOPERATIVE DIAGNOSES:
1. Acute trauma, L5 spondylolysis.
2. Spondylolisthesis, L5-S1.
3. Severe radiculopathy, bilateral lower extremities.

### POSTOPERATIVE DIAGNOSES:
1. Acute trauma, L5 spondylolysis.
2. Spondylolisthesis, L5-S1.
3. Severe radiculopathy, bilateral lower extremities.

### PROCEDURES:
1. Minimally invasive transforaminal lumbar interbody fusion, L5-S1.
2. Allograft placed to the interbody space for structural support, L5-S1.
3. Local autograft harvested from the decompression was used for osteoinductive purposes of L5-S1.
4. Bone marrow aspirate harvested for osteoinductive purposes.
5. Posterior instrumentation from L5 to S1.
6. Synthetic cage placement to interbody space of L5-S1 in the form of polyethyl ethyl ketone.
7. Hemilaminectomy, right L5, for decompressive purposes as well as for fusion purposes, L5-S1.
8. Application of Frankel lumbosacral orthosis postoperatively.

SURGEON: RAYMOND TOPP, MD

ASSISTANT: Richard Burrel

ANESTHESIA: General endotracheal.

Page 1 of 5

JBSC000025

DATE: March 22, 2018                                            IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

**BLOOD LOSS:** 200 cc.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**FLUIDS:** Per Anesthesia.

**URINE OUTPUT:** Per Anesthesia.

**IMPLANTS:**
1.    6.5 x 45 mm Newport screws.
2.    11 x 32 x 10 mm Ventura Nano interbody cage, L5-S1.
3.    5-cc factor graft allograft for structural support and osteoconductive fusion purposes, L5-
      S1.
4.    45 mm rods, L5 to S1.

**INDICATIONS:** Mr. Triolo is a 43-year-old male. He was involved in acute trauma and
suffered an L5 spondylolysis. He has been treated with all forms of nonoperative therapy but,
unfortunately, he has developed a grade 1 spondylolisthesis and severe radicular pain after the
acute trauma. The risks, benefits, and alternatives to the above procedure were discussed with
the patient, and he wished to proceed.

**OPERATIVE PROCEDURE:** Informed consent was obtained from the patient. The patient
was taken to the operating room and placed in supine position. Anesthesia was instilled. Once
anesthesia was instilled, he was rolled to an operating room table over a Wilson frame; all bony
prominences were padded. The lumbar spine was sterilely prepped and draped in normal
fashion. Fluoroscopic evaluation was utilized to mark the skin. We created skin markings 2 to 3
cm sagittally overlying the pedicles of L5 and S1. A final time-out confirmed the patient's
identity, consented for procedure and verification of proper instrumentation.

The procedure began with insufflation of local anesthetic into the skin. We then created sharp
dissection and then skin incisions bilaterally overlying the minimal invasive sites at L5-S1.
Sharp dissection was taken through subcutaneous tissues and Bovie electrocautery utilized for
hemostasis. We continued our dissection, and we developed a plane just above the fascia. The
fascia was split in line with the skin incision overlying the musculature. We bluntly dissected,

Page 2 of 5

DATE: March 22, 2018                                        IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

and we could palpate very easily the L5 transverse process, pars interarticularis, as well as the L5-S1 joint. On the left side of the spine, we introduced a Jamshidi needle into the pedicle of L5. We harvested approximately 30 cc of bone marrow aspirate. This was passed off the back table, was mixed with allograft for osteoconductive and osteoinductive purposes. A nitinol wire was then passed through the Jamshidi needle after fluoroscopic assistance demonstrated that it was in the anterior aspect of the bone of L5. We then tapped over the nitinol wire before filling with the 6.5 mm percutaneous screws with the towers. Similar procedure was performed at S1 in the sagittal and coronal plane. We advanced it into the pedicle of S1, being mindful to stay within bone at the sacrum. We angled it medially to get the most length out of the screw possible. Nitinol wire was then passed through the Jamshidi needle. We then tapped before filling with a 6.5 mm pedicle screw on the left side of the spine. A 50 mm rod was then introduced into the towers. We then distracted at the towers to distract the disc space in preparation for fusion on the opposing side. We provisionally locked down to these 50 mm rods to maintain our distraction.

A separate incision was created on the right side of the spine. Sharp dissection was taken down the subcutaneous tissues, Bovie electrocautery utilized for hemostasis. The fascia was split in line with the incision. Again, we bluntly dissected. We could palpate the transverse process, L5-S1 facet joint, and pars of L5. We could also palpate the fracture site at the pars as well. The first cannula was introduced overlying the pars. We dilated up and saw the need for an 80 mm tube. The tube retractor system was then prepared. Over the final dilator, the 80 mm tube was then introduced, and we locked it to the bed. We then visualized through the tube. We debrided the remaining musculature in the area so that we could gain visualization of the bone with Bovie electrocautery and pituitaries. We easily could identify the pars, and we could see the fracture that was evident with communication into the spinal column. A bur was then introduced along with an osteotome, and we removed the inferior artticular process on the right side of the L5 with the osteotome. This local autograft was harvested and was kept at the back table. We mixed it with the allograft for osteoinductive purposes. The superior articular process of S1 was then removed. We had excellent visualization into the neural foramen. With bipolar electrocautery, we worked on the superior aspect of the right S1 pedicle. With fluoroscopic assistance, we were able to gain access to the disc. There was an osteophyte in the area. A small osteotome was then introduced. We removed this osteophyte to gain access to the disc. Again, this osteophyte was passed to the back table.

Page 3 of 5

IMD

DATE: March 22, 2018

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Of note, prior to the procedure, neurologic monitoring was established. We maintained neurologic monitoring to maintain the safety of the L5 and S1 nerve roots. There were no breaches in the neuromonitoring throughout the case.

An annulotomy was performed in a transforaminal fashion at L5-S1. This was followed by dilators and then shavers. We sequentially utilized the shavers to dilate up. With each shaver, as we turned it to the perpendicular, we loosened the screws on the opposing side so we could maintain more distraction. At 10 mm, we had excellent distraction, and we held the distraction on the opposing side with the 50 mm rod and pedicle screw construct. Pituitaries were brought in that were straight as well as angled to debride the disc to the far side. We also used curettes, angled curettes and elbow curettes, to ensure that we were down to the cartilaginous bone. All this material was removed; we had an excellent preparation of the disc space. The bone graft and the bone marrow aspirate mixed with the allograft was placed into a funnel; approximately 5 cc was introduced through the funnel and packed into the disc space with fluoroscopic assistance. We then trialed what we felt to be the appropriate size as 10 mm cage. It was appropriate, but it also created a space for a PEEK cage. The PEEK cage was packed with similar autograft and allograft as bone marrow aspirate. It was introduced under fluoroscopic assistance in an oblique fashion. We had excellent structural support anteriorly. We disconnected the inserter and then copiously irrigated; hemostasis was achieved with bipolar electrocautery. With fluoroscopic assistance, we then introduced Jamshidi needles into the pedicles of L5 on the right side of the spine. The distraction on the left side of the spine was not only relieved, but we also compressed on the left side of the spine to compress against the implants and to gain more lordosis. After the Jamshidi needle was introduced on the right side, nitinol wire was introduced. We first tapped before filling with 6.5 mm pedicle screw. We also performed a similar fashion at the right S1. Once the screws were placed on the right side of the spine, we placed the 45 mm rods bilaterally as they were the appropriate size. We then forked them down in the standard fashion.

We copiously irrigated. There was no active bleeding. Below each fascia, we placed some vancomycin and Arista powder. The fascia was reapproximated bilaterally with 0 Vicryl. We then introduced Exparel for postoperative pain control at the level of the fascia and skin. Subcutaneous tissues were reapproximated with 2-0 Vicryl and the skin with glue. The patient tolerated the procedure well; he was taken to recovery room in good condition. His vital signs were stable, and he was afebrile. Once he had awoken in the OR, we had to provide him with some Valium as he was having some muscle spasms, but these quickly were relieved with administration of this medication. As he stood, we were able to sit him into thoracolumbar orthosis.

Page 4 of 5

JBSC000028

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Our plan is to have him discharged on the same-day surgery basis.


_____

                                              RAYMOND TOPP, MD

RT/at: Doc# 00021253/Job# 62821341
DD: 03/23/2018 12:11
DT: 03/23/2018 23:45

Date Transmitted: _____

Page 5 of 5

JBSC000029