Chiropractic•Physiotherapy•Massage Therapy



# WELCOME TO OUR OFFICE!

Name **Richard Triolo**

Address **1933 Eclipse Drive** City **Middleburg** State **FL** Zip **32068** Date **2/16/17**

Home Phone _____ Cell Phone _____ E-Mail _____

Birthdate **1/__/74** Age **42** SS# _____ Race **C** Marital Status: M W D (S)

Employer **Baptist Medical Center** Work Phone _____ Occupation **Respiratory Therapist**

Name & Birthdate of Primary Insured _____ Spouse Name _____

Primary Care Medical Doctor — Name & Location **Dr Jones Baptist Clay**

Most patients are referred to our office by a caring family member or friend. What brought you in contact with our office?

☐ Friend/Family Member/Doctor — Name _____

☐ Sign ☐ Internet ☐ Billboard ☐ Newspaper — Name **Phillip Kinney** ☐ Event ☐ Seminar ☐ Postcard

Please describe the primary health complaint you are experiencing. **lower back pain, shooting pain into lower right Glut into lower right hamstring. Upper Neck pain, upper and**

How long have you had this condition? **Six days**

Doctor treating condition: _____

Other Doctor: _____ Treatment Received: **C.T of Neck at ER**

Please list all surgeries _____ Other Treatment: _____

What medications are you currently taking and for what conditions? **Pain meds prescribed from E.R Ibueprophin**

Is this condition related to an automobile accident or injury suffered at your job? ☑ Yes ☐ No

Are you or could you be pregnant? ☐ Yes ☑ No    Tobacco Use? ☐ Yes ☑ No

Please put an "X" next to any current conditions and a "P" next to any past conditions:

- ☒ Hip Pain – R / L
- Foot Trouble – R / L
- Shoulder Pain – R / L
- Convulsions/Epilepsy
- ☒ Trouble Concentrating
- Jaw Pain/TMJ – R / L
- Ringing in Ears – R / L

- Digestive Problems
- High/Low Blood Pressure
- Sinus Problems
- ☒ Trouble Sleeping
- Accidents/Falls
- ☒ Pain w/ Cough/Sneeze
- ☒ Difficulty Breathing

- ☒ Headaches
- Ear Infection
- Allergies
- Fractured Bones
- Loss of Balance
- Skin Problems
- Heart Problems

- Cancer
- Tremors
- Arthritis
- Fainting
- Anemia
- Dizziness
- Chest Pain

- Asthma
- Stroke
- Irritable
- Depression
- Heartburn
- Ulcers
- Diabetes

Help our Therapists help you! Circle your preference below.

1 – Light amount of pressure    2 – Moderate amount of pressure    3 – Heavy amount of pressure

The above information is true and accurate to the best of my knowledge.

Patient Signature _____ Date **2/16/17**

2233 PARK AVE, STE. 200B· ORANGE PARK, FL 32073 · 904-375-2508 · WWW.JACKSONVILLESPORTANDSPINE.COM

Fet

# ENCOUNTER FORM - Daily Fee Slip

JACKSONVILLE SPORT & SPINE
2233 Park Ave, Ste 200B, Orange Park, FL 32073-5567
Tel: (904) 375-2306, Fax: (904) 375-1954
Tax ID: 26-3161335

| | | | |
|---|---|---|---|
| PATIENT CONTACT<br>Richard Trioli<br><br>00000 | GUARANTOR | DATE/TIME<br>02/16/2017 9:30 AM | TICKET NUMBER<br>13153 |
| | PRIMARY INSURANCE | PLACE OF SERVICE<br>JACKSONVILLE SPORT | REASON<br>New Patient McDaniels |
| | SECONDARY INSURANCE | PROVIDER<br>Michael Nathan McDaniels DC | |
| PATIENT NUMBER<br>11863 | DATE OF BIRTH | COPAY | DEDUCTIBLE |
| | | REFERRING PROVIDER | |

Procedure

**OFFICE VISITS**

- __ 96150 HLTH&BEHAVIOR ASSMT EA 15 MIN F2F W/
- __ 96151 HEALTH & BEHAVIOR ASSESSMENT, EA 15
- __ 99201 OFFICE/OP VISIT, NEW PT, 3 KEY COMPON
- __ 99203 OFFICE/OP VISIT, NEW PT, 3 KEY COMPON (circled)
- __ 99213 OFFICE/OP VISIT, EST PT, 2 KEY COMPONE

**MANIPULATION CODES**

- __ 98940 CHIROPRACTIC MANIPULATIVE TREATMEN
- __ 98941 CHIROPRACTIC MANIPULATIVE TREATMEN
- __ 98942 CHIROPRACTIC MANIPULATIVE TREATMEN
- __ 98943 CHIROPRACTIC MANIPULATIVE TREATMEN

**THERAPY PROCEDURES**

- __ 97012 APPLICATION, MODALITY TO 1+ AREAS; TR (circled)
- __ 97014 APPLICATION, MODALITY TO 1+ AREAS; EL
- __ 97035 APPLICATION, MODALITY TO 1+ AREAS; UL
- __ 97110 THERAPEUTIC PROC, 1+ AREAS, EACH 15
- __ 97124 THERAPEUTIC PROC, 1+ AREAS, EACH 15
- __ 97140 MANUAL THERAPY TECHNIQUES, 1+ REGIO
- __ 97530 THERAPEUTIC ACTIVITIES, DIRECT PATIEN (circled)

**SUPPLIES**

- __ 64450 INJECTION, ANESTHETIC AGENT; OTHER P
- __ 97535 SELF CARE/HOME MANAGEMENT TRAININ
- __ 97760 ORTHOTIC MGMT&TRAINJ UXTR LXTR&/TR
- __ 99070 SUPPLIES PROVIDED BY PHYSICIAN OVER
- __ A9152 Single vitamin nos
- __ A9153 Multi-vitamin nos
- __ E0190 Positioning cushion
- __ E0720 Tens two lead
- __ E0730 Tens four lead
- __ E0731 Conductive garment for tens/
- __ E0849 Cervical pneum trac equip
- __ E0855 Cervical traction equipment
- __ E0856 Cervic collar w air bladder
- __ E0860 Tract equip cervical tract
- __ E1810 Adjust knee ext/flex device
- __ E1816 Adjust ankle ext/flex device
- __ L0627 LSO sagit rigid panel prefab (circled)
- __ L0631 LSO sag-coro rigid frame pre

**SUPPLIES**

- __ L0637 LSO sag-coronal panel prefab
- __ L1832 KO adj jnt pos rigid support
- __ L1844 Ko w/adj jt rot cntrl molded
- __ L1846 Ko w/ adj flex/ext rotat mo
- __ L3030 Foot longitudinal/metatarsal su

- at traffic light, traffic stalled no go, tap brakes, but then was got hit in rear. by a small truck. ~30-40 mph. Entire rear end has to be replaced.

Diagnosis

DOA: 2/11/2017

"I'm a lot of pain, waking up at night, sharp pains, shortness of breath" Can't sit for too long, can't stand for too long.
= HA's constantly
- Dizzy, ringing in the ears, anxiety, sleep problems.
- doesn't know what day it was.
(R) LBP, (R) lateral leg. "other people ask why he is limping" - Constant UP. tight, feels the need to stretch it.
- Px between shoulder blades

| | | | |
|---|---|---|---|
| LAST INSURANCE PAYMENT | PREVIOUS INS BALANCE | TODAY'S CHARGES | 'S PAYMENT |
| LAST PATIENT PAYMENT | PREVIOUS PATIENT BALANCE<br>$0.00 | TODAY'S AMOUNT DUE | CE DUE |

REF 36-2711
EVERGREEN LUMBAR, ADJUSTABLE
HCPCS: L0627 or L0642

# PAIN DISABILITY QUESTIONNAIRE

Patient Name _Richard Trisol_    Date _2/18/17_

**Instructions:** These questions ask your views about how your pain now affects how you function in everyday activities. Please answer every question and mark the ONE number on EACH scale that best describes how you feel.

1. Does your pain interfere with your normal work inside and outside the home?
Work normally
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — (8) — 9 — 10   Unable to work at all

2. Does your pain interfere with personal care (such as washing, dressing, etc.)?
Take care of myself completely
0 — 1 — 2 — 3 — 4 — (5) — 6 — 7 — 8 — 9 — 10   Need help with all my personal care

3. Does your pain interfere with your traveling?
Travel anywhere I like
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — 10   Only travel to see doctors

4. Does your pain affect your ability to sit or stand?
No problems
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — (8) — 9 — 10   Can not sit/stand at all

5. Does your pain affect your ability to lift overhead, grasp objects, or reach for things?
No problems
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — (8) — 9 — 10   Can not do at all

6. Does your pain affect your ability to lift objects off the floor, bend, stoop, or squat?
No problems
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Can not do at all

7. Does your pain affect your ability to walk or run?
No problems
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Can not walk/run at all

8. Has your income declined since your pain began?
No decline
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — 10   Lost all income

9. Do you have to take pain medication every day to control your pain?
No medication needed
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   On pain medication throughout the day

10. Does your pain force you to see doctors much more often than before your pain began?
Never see doctors
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — (8) — 9 — 10   See doctors weekly

*pain med after work*
*Ibuprofin all day*

11. Does your pain interfere with your ability to see the people who are important to you as much as you would like?
No problem
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Never see them

12. Does your pain interfere with recreational activities and hobbies that are important to you?
No interference
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Total interference

13. Do you need the help of your family and friends to complete everyday tasks (including both work outside the home and housework) because of your pain?
Never need help
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Need help all the time

14. Do you now feel more depressed, tense, or anxious than before your pain began?
No depression/tension
0 — 1 — 2 — 3 — 4 — 5 — (6) — 7 — 8 — 9 — 10   Severe depression/tension

15. Are there emotional problems caused by your pain that interfere with your family, social and or work activities?
No problems
0 — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — (10)   Severe problems

**OTHER COMMENTS:** _____   Examiner _____

With Permission from: Anagnostis C et al: The Pain Disability Questionnaire: A New Psychometrically Sound Measure for Chronic Musculoskeletal Disorders. *Spine* 2004; 29 (20): 2290-2302.

JSS000003

**JACKSONVILLE SPINE**

Patient Name: Richard Trada          Date: 2/16/2017

## Loss of Enjoyment/Duties Under Duress Summary

Complete the following questionnaire as it relates to how your injury(s) affect your performance of your living and work duties. Place a check in front of the day-to-day living or work duties that are painful or difficult for you to perform as a result of the injuries you sustained. Then check mark the appropriate box designating reason for difficulty. Include those duties/responsibilities, which require that you reduce the time you are capable of performing them.

*Please Print Clearly in Black Ink*

Job description: Registered Respiratory Therapist

[Checklist form with various categories: Work, Studies/School, Domestic Duties, Household Duties, Sports — with reasons for difficulty/limitation including Increased Pain, Restricted Movement, Weakness, Fatigue, Cannot Perform]

Patient Signature: _____          Date: 2/16/2017

Richard Triolo, MRN: NA / DOB: ▓▓▓ 1974 (44 yo)                                          Page 1

# DEMOGRAPHICS

## Richard Triolo

DOB:                    1974 (44 yo)          MRN:
Marital Status:                               Maiden Last:
Sex:                    Male                  SSN:
Languages:                                    Driver's License:
                                              Race:
                                              Ethnicity:

Preferred               Unknown
Communication:

Mail Address:                                 Home Address:     1933 Eclipse Dr,
                                                                Middleburg, FL 32068

Home Phone:
Mobile Phone:           (631) 603 - 4863      Work Phone:
Personal Email:         Listrong19@yahoo.com  Other Phone:
Other Email:                                  Work Email:

Disclosure Notes:

## Additional Info

Mother's Maiden Last
Name:                                         Birth Place:
Birth Order:                                  Nationality:
Citizenship(s):                               Religious Affiliation:
Education:

Date of Death:                                Cause of Death:

Pharmacies:

Primary Provider:

Referred By:

Notes:                  Phillip Kenney

## Contacts

Responsible Party:      Self                  Emergency Contact:      Responsible Party
Relationship to Patient: Self                 Relationship to Patient: Self
Name:                   RICHARD TRIOLO        Name:                   RICHARD TRIOLO
Home Address:           1933 Eclipse Dr.      Home Address:           1933 Eclipse Dr.
                        Middleburg, FL 32068                          Middleburg, FL 32068
Home Phone:                                   Home Phone:
Work Phone:                                   Work Phone:
Mobile Phone:           (631) 603 - 4863      Mobile Phone:           (631) 603 - 4863
Other Phone:                                  Other Phone:
Personal Email:         Listrong19@yahoo.com  Personal Email:         Listrong19@yahoo.com
Work Email:                                   Work Email:
Other Email:                                  Other Email:
Notes:                                        Notes:

JSS000005

Mar 26 2019 07:55AM Jax Sport&Spine 9043751954

Richard Triolo, MRN: NA / DOB:        974 (44 yo)                                                    Page 2

## Insurance

| | | | |
|---|---|---|---|
| Company Name: | State Farm Auto Ins | Insured Party: | Self |
| Plan Name: | | Name: | RICHARD TRIOLO |
| Address: | PO Box 106134 | Relationship to Patient: | Self |
| | Atlanta | Mail Address: | |
| | GA | Home Phone: | |
| | 30348-6134 | Work Phone: | |
| Phone Number: | | Mobile Phone: | (631) 603 - 4863 |
| Fax Number: | | Other Phone: | |
| Contact Person: | | Personal Email: | Listrong19@yahoo.com |
| Plan Type: | | Work Email: | |
| Group Name: | | Other Email: | |
| Policy Number: | 5908394M7 | | |
| Group Number: | | | |
| Start/End Date: | 11-Feb-2017 | | |
| Copay: | $0.00 | | |

## Recent Appointments *

| Date/Time of Visit | Provider/Resource | Visit Type | Reason for Visit | Status |
|---|---|---|---|---|
| 07/20/2017 09:15 AM | Michael McDaniels | Patient | Visit Dr. McDaniels | CheckedOut |
| 07/18/2017 09:15 AM | Michael McDaniels | Patient | Massage Sandy | NoShow |
| 07/11/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 05/11/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 04/27/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 04/13/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 03/30/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 06/30/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 06/22/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 05/30/2017 09:15 AM | Michael McDaniels | Patient | Massage Sandy | Cancelled |
| 05/19/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |

*NOTE: Please keep in mind that if we were not to able retrieve appointments, we will display an empty list. Max 50 appointments total that includes the next 10 appointments within a year plus the most recent in the last 2 years.

JSS000006

Mar 26 2019 07:55AM Jax Sport&Spine 9043751954    page 12

Richard Triolo, MRN: NA / DOB:    1974 (44 yo)

Page 3

# FACE SHEET

**Richard Triolo**
MRN: NA
DOB: 974 (44 yo)
Male

---

## Allergies

* No allergy history has been documented for this patient

## Medications

* No medications documented for this patient.

## Problems

* Acute post-traumatic headache, intractable(acute).
* Cervical disc disorder with radiculopathy, mid-cervical region.
* Cervical spine painful on movement (finding).
* Cervicobrachial syndrome(acute). Start date: 02/11/2017
* Concussion with no loss of consciousness (disorder)(acute). Start date: 02/11/2017
* Knee joint pain.
* Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder).
* Muscle spasm of cervical muscle of neck (disorder)
* Spasm of piriformis muscle (finding).
* Sprain of thoracic spine.
* Symptoms interfere with sleep (disorder).

---

## History

### PMHx

* Comments: Neurologist: Dr. Syed Asad, Eval and NCV, Baptist ER

### PSHx

* No past surgical history has been documented for this patient

### FHx

* No family history has been documented for this patient

### SHx

* No social history has been documented for this patient

### Hospitalizations

* **11 Feb 2017** for 1 day - Baptist Medical Center ER, following the accident

### ImplantableDevices

* No implantable devices has been documented for this patient

JSS000007

Richard Triole, MRN: NA / DOB:    1974 (44 yo)

Page 4

# PATIENT CHART

## Problems List

### Active Problems

- Acute post-traumatic headache, intractable(acute).
- Cervical disc disorder with radiculopathy, mid-cervical region.
- Cervical spine painful on movement (finding).
- Cervicobrachial syndrome(acute). Start date: 02/11/2017
- Concussion with no loss of consciousness (disorder)(acute). Start date: 02/11/2017
- Knee joint pain.
- Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder).
- Muscle spasm of cervical muscle of neck (disorder).
- Spasm of piriformis muscle (finding).
- Sprain of thoracic spine.
- Symptoms interfere with sleep (disorder).

### Inactive Problems

- No inactive problems listed for this patient.

## Allergies

### Active Allergies

- No allergy history has been documented for this patient.

### Inactive Allergies

- No allergy history has been documented for this patient.

## Medications List

### Active Medications

- No medications documented for this patient.

### Discontinued Medications

- No medications documented for this patient.

## Vital Signs

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|----------|----|----|----|------|--------|--------|-----|-----------|------|------------|---------|

## Labs

- No lab documentations found for this patient.

JSS000008

Mar 26 2019 07:56AM Jax Sport&Spine 9043751954

Richard Triole, MRN: NA / DOB.        1974 (44 yo)

Page 5

## Notes

| DATE | TYPE | SUBJECT | STATUS | ASSIGNED TO | Signed By | LAST UPDATED |
|------|------|---------|--------|-------------|-----------|--------------|
| 20 Jul 2017 09:15 AM | SOAP | DOA: 02/11/201 | Complete | Michael McDaniels | Michael McDaniels | 24 Jul 2017 08:41 AM |
| 11 Jul 2017 09:00 AM | SOAP | DOA: 02/11/2017 | Complete | Michael McDaniels | Michael McDaniels | 17 Jul 2017 11:42 AM |
| 30 Jun 2017 09:00 AM | SOAP | DOA: 02/11/2017T | Complete | Michael McDaniels | Michael McDaniels | 10 Jul 2017 05:08 PM |
| 22 Jun 2017 09:00 AM | SOAP | DOA: 02/11/2017Th | Complete | Michael McDaniels | Michael McDaniels | 28 Jun 2017 04:22 PM |
| 19 May 2017 09:00 AM | SOAP | DOA: 02/11/2017The | Complete | Michael McDaniels | Michael McDaniels | 22 May 2017 01:56 PM |
| 11 May 2017 09:00 AM | SOAP | DOA: 02/11/2017The | Complete | Michael McDaniels | Michael McDaniels | 12 May 2017 10:21 AM |
| 27 Apr 2017 02:18 PM | Reexamination | | Complete | Michael McDaniels | Michael McDaniels | 16 May 2017 02:36 PM |
| 13 Apr 2017 10:34 AM | SOAP | DOA: 02/11/2017The p | Complete | Michael McDaniels | Michael McDaniels | 19 Apr 2017 10:10 AM |
| 30 Mar 2017 09:00 AM | SOAP | DOA: 02/11/2017The pa | Complete | Michael McDaniels | Michael McDaniels | 03 Apr 2017 04:09 PM |
| 15 Mar 2017 10:30 AM | SOAP | DOA: 02/11/2017The pat | Complete | Michael McDaniels | Michael McDaniels | 15 Mar 2017 06:43 PM |
| 07 Mar 2017 10:00 AM | SOAP | DOA: 02/11/2017The pati | Complete | Michael McDaniels | Michael McDaniels | 10 Mar 2017 03:50 PM |
| 02 Mar 2017 10:00 AM | SOAP | DOA: 02/11/2017The patie | Complete | Michael McDaniels | Michael McDaniels | 03 Mar 2017 02:05 PM |
| 21 Feb 2017 09:53 PM | SOAP Daily Findings | | Complete | Michael McDaniels | Michael McDaniels | 05 Mar 2017 09:55 PM |
| 16 Feb 2017 09:30 AM | Initial Examination (P.) | | Complete | Michael McDaniels | Michael McDaniels | 22 Feb 2017 06:39 PM |

JSS000009

Jun 10 2019 01:53PM Jacksonville SportSpine 9043751954

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    Initial Examination (PI)
Note

**RICHARD TRIOLO**
MRN :

Birthday : 1974

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)    Phone :

Signed by: Michael McDaniels, DC on 2017-02-22

| History of Accident | DOA: 02/11/2017 |
| --- | --- |

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

**Subjective**

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

**Objective**

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: Indicates and reproduces radicular symptoms due to facet or nerve irritation:, (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

JSS000010

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587    **Initial Examination (PI)**
**Note**

## RICHARD TRIOLO
MRN :

Birthday : 1974    Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-02-22

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased
motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied
by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by
decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending:
mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness
5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light
touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg
raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

| Hospitalizations | 2017 Feb 10 - for 1 days, Baptist Medical Center ER, following the accident |
| --- | --- |
| Diagnostic Studies | CT scan performed at E.R., Baptist Medical Center 02/11/2017, report requested |
| Medications | No known medications |

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified
modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22
Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle
spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial
encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)
(M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region
modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91)
Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic
headache, intractable (acute) modified 22 Feb, 2017

JSS000011

Jun 10 2019 01:53PM Jacksonville SportSpine 9043751954

## JACKSONVILLE SPORT & SPINE 2255 Park Ave Ste 200B, Orange Park, FL 32073-5557

**Initial Examination (PI) Note**

### RICHARD TRIOLO

MRN :
Birthday : 1974
Phone :
Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)
Signed by: Michael McDaniels, DC on 2017-02-22

Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

**Discussion**

Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of 3x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain
(97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize musculature.
The following DME was given: 02/16/2017
(L0627) Medicare approved Lumbar orthotic was prescribed to the patient for the purpose of reducing pain and discomfort, improve tolerance to ADLs, and allow them to ambulate better.


PRE-EXISTING CONDITION:
no pre-existing conditions exist


PROGNOSIS:
Patient just began treatment, will reexamine in 3 weeks time.


HOUSEHOLD SERVICES:
As a result of these injuries, there will be a reduction of his ability to perform household duties. The reduction is expected to be 30% impairment effective now.


DISABILITY:

As of the date of the accident 02/11/2017, the following permanent restrictions were ordered to avoid aggravations/exacerbation of his condition:
No lifting more than 15 lbs.

JSS000012

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 2008, Orange Park, FL 32073-5567    **Initial Examination (PI)**
**Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**    Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-02-22

No repetitive bending
No lifting of anything with outstretched arms
No sitting for more than 20 minutes
No walking for more than 30 minutes
No leaning over a desk or a computer for more than 20 minutes without a break continually

At this time I am recommending the patient take time off work, 02/16/2017 -
02/24/2017, he informed me that that will be tough to do, he needs to work.

FUNCTIONAL LOSSES OR LOSS OF ENJOYMENT/DUTIES UNDER DURESS
SUMMARY:

Work Limitations:(respiratory therapist) Increased pain when lifting, bending, sitting, and
walking.
Inside Domestic Permanent Losses: trouble sleeping and performing household ADLs,
duties
NOTE: Patient cried during interview

Outside Household Permanent Losses: Increased pain when performing yardwork,
shopping, taking out the trash.
Social Permanent Limitations: not going out due to exhaustion/pain, not feeling like being
social
Education/School limitations: n/a

PIP COMPLIANCE: The patient complied with requirements of the personal injury
protection law, (House Bill #119), (Chapter 2012-197 of Florida Law), obtaining initial
medical service and care by a qualified medical health provider within the 14-day
requirement period. Medical Evaluation & Screening This patient's medical condition
manifested itself by acute symptoms of sufficient severity which required them to seek
medical care., In the absence of immediate medical attention, their condition could
reasonably be expected to result in serious jeopardy of their health, serious impairment of
bodily functions, and serious dysfunction of body parts or organs, The American Medical
Association Guide to the Evaluation of Permanent Impairment, Sixth Edition, defines
impairment as, a significant deviation, loss, or loss of use of a body structure or function in
an individual with a health condition or disorder or disease, The patient's presenting overall
condition presented after the accident with a new onset of complaints associated with loss
of function, limited range of motion that impairs their ability to perform activities of daily
living, The patient's symptomatology remains acute and of such severity that it continues
to interfere with their ability to return to work, This defines the need for further evaluation
and treatment in order to stabilize their medical condition, their acute presentation is not
considered to be stable at this time and will require additional treatment and medical
monitoring. We will reassess in 3 weeks, The patient's medical conditions and their
associated comorbidities and complications require medical treatment, further diagnostic
studies, evaluation, pharmacological therapy, chiropractic manipulation, physical therapy
treatments, and medical monitoring.

Causation: The patient complaints, the medical conditions identified, and their associated
comorbidities and complications are directly related to the injuries sustained in this motor
vehicle accident.

JSS000013

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, Fl 32073-5587    Initial Examination (PI)
Note

### RICHARD TRIOLO
MRN :
Birthday : 1974-                                              Phone :
Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-02-22

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD; Neurologist for Evaluation

JSS000014

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 2008, Orange Park, FL 32073-5957          **SOAP Daily Findings**
Note

## RICHARD TRIOLO
MRN :

Birthday : 1974                                          Phone :

Visited on: 2017 Feb 21 21;53 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-05

| CC | DOA: 02/11/2017 |
|---|---|
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxamitely 30-40 mph. Entire rear end of the truck has to be replaced. |

| Subjective | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull; having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
|---|---|

| Medications | No known medications |
|---|---|

| Objective | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45.

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Spinal subluxation level(s): L4, L5, Left SI, Right SI. |
|---|---|

Assessment

JSS000015

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 2009, Orange Park, FL 32073-5567   **SOAP Daily Findings**
**Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**                                          Phone :

Visited on: 2017 Feb 21 21:53 (Age at visit: 42 years)              Signed by: Michael McDaniels, DC on 2017-03-05

**Symptoms interfere with sleep (disorder) (G47.9/780.50)** Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine (S23.3XXA/847.1)** Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93)** intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91)** Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable (G44.311/339.21)** Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0)** Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome (M53.1/723.3)** Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding) (M54.2/723.1)** Cervicalgia modified 22 Feb, 2017

**Plan**          Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of

JSS000016

JACKSONVILLE SPORT & SPINE                                          SOAP Daily Findings
                                                                              Note

**RICHARD TRIOLO**
MRN :

Birthday : **1974·____**                                 Phone :
Visited on: 2017 Feb 21 21:53 (Age at visit: 42 years)        Signed by: Michael McDaniels, DC on 2017-03-05
    motion, increase the extensibility of myofascial tissue and facilitate the return to functional
    activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius,
    Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals,
    Quadratus Lumborums, Gluteal muscle group.

    Treatment Time 30 minutes.

    Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. #
    MA52613.
    (97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding
    musculature.


    **Lumbago-sciatica due to displacement of lumbar intervertebral disc
    (disorder)**
    Referring for MRI, Advanced Diagnostic Group

    **Concussion with no loss of consciousness (disorder)**
    Referring to Syed Asad, MD, Neurologist for Evaluation

JSS000017

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    **SOAP Note**

### RICHARD TRIOLO
MRN :

Birthday : 1974-    Phone :

Visited on: 2017 Mar 02 10:00 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-03-03

| CC | DOA: 02/11/2017 |
|---|---|
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was traveling at approximately 30-40 mph. Entire rear end of the truck has to be replaced. |

| Subjective | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
|---|---|
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 6-10/10 (10=worst). |

| Medications | No known medications |
|---|---|

| Allergies | No known allergies |
|---|---|

| Objective | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45. |
|---|---|
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10)., |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation, (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |
| | Muscle spasms:suboccipitals, paraspinal musculature, trapezius , |

JSS000018

Jun 17 2019 11:04AM Jacksonville SportSpine 9043751954    page 2

## JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5667    SOAP Note

**RICHARD TRIOLO**
MRN :

Birthday : **1974**    Phone :

Visited on: 2017 mar 02 10:00 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-03-03

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. .

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

JSS000019

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    **SOAP Note**

**RICHARD TRIOLO**
MRN :
Birthday : **1974**    Phone :
Visited on: 2017 Mar 02 10:00 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-03-03

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

Plan    Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted:
Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

JSS000020





# Fax Transmittal



**JACKSONVILLE SPORT&SPINE**
**904-375-2308**

Address: 2233 Park Avenue Suite 200-B          Phone: (904) 375-2308
Orange Park, FL. 32073                                    Fax: (904) 375-1954

Date: 03/03/2017

TO:
Company: Dr. Asad

Fax: 904-212-0732

RE:
Patient Name: Richard Triolo

Patient DOB: 974

Patient Phone Number: 631-603-4863

Attorney: Phil Kinney

Insurance Company: State Farm

Claim Number: 5908394M7

Date of Accident: 2/11/2017

Number of Pages (Including Cover Page): 11





CONFIDENTIALITY NOTICE: This message includes attachments, if any, is intended for the person or
entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact
the sender and destroy all copies of the original message. Thank you.

JSS000021

Jun 17 2019 11:04AM Jacksonville Sport&Spine 9043751954    page 4

---

## HP LaserJet MFP M426fdw

# Fax Confirmation

Mar-6-2017  10:22AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 466 | 3/ 6/2017 | 10:17:47AM | Send | 9042120732 | 4:58 | 11 | OK |

**Fax Transmittal**

JACKSONVILLE SPORT&SPINE

Number of Pages (including Cover Page): 11

JSS000022

Richard Triole, MRN: NA / DOB:      1974 (44 yo)                                              Page 35

## SOAP Note

Richard Triole
DOB        974 (44 yo Male)

Visit Date: 07 Mar 2017

### *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident.
Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a
mail truck  The truck was tavelling at approxiamtely 30-40 mph.  Entire rear end of the truck has to be replaced.

### *Subjective*

"In a lot of pain, waking up at night, sharp pains. can't sit for too long, can't stand for too long.  Experiencing headaches constantly,
dizzy, ringing in the ears, anxiety"  The patient wasn't sure what day it was when asked during interview.  "Right sided lower back pain,
right lateral leg pain, he stated that other people at work are asking why he is limping?"  Constant neck pain, tight feels the need to
stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having
a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain
range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range
8-10/10 (10=worst).

### *Allergies*

No allergy history has been documented for this patient

### *Objective*

JSS000023

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                    **SOAP Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**                                              Phone :

Visited on: 2017 Mar 07 10:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-10

| | |
|---|---|
| CC | DOA: 02/11/2017 |

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

**Subjective**

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

**Medications**       No known medications

**Allergies**         No known allergies

**Objective**

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

---

JSS000024

JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**                                            Phone :

Visited on: 2017 Mar 07 10:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-10

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

JSS000025

JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                    **SOAP Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**

Phone :

Visited on: 2017 Mar 07 10:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-10

**Cervicobrachial syndrome** (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

---

JSS000026

Richard Triolo, MRN: NA / DOB:        1974 (44 yo)                                                      Page 32

**SOAP Note**

**Richard Triolo**
DOB:        1974 (44 yo Male)

Visit Date: 15 Mar 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety". The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst).

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

JSS000027

Richard Triolo, MRN: NA / DOB:    1974 (44 yo)    Page 33

MUSC/SKEL CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m.. Erector spinae m., Quadratus lumborum m. Gluteal m., Piriformis m., Right SIJ.

Range of motion:. flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation leve (s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (find ng) (M62 838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53 1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Richard Triolo, MRN: NA / DOB      1974 (44 yo)                                                                  Page 34

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*
Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*
Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 15 Mar 2017 06:43 PM

JSS000029

Richard Triolo, MRN. NA / DOB:        1974 (44 yo)                                                              Page 29

**SOAP Note**

**Richard Triolo**
DOB:        1974 (44 yo Male)

Visit Date: 30 Mar 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

JSS000030

Richard Triolo, MRN NA / DOB:    974 (44 yo)    Page 30

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10), left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect.

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4. L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Richard Triolo MRN: NA / DOB: 1974 (44 yo) Page 31

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active. Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD. Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 03 Apr 2017 04.09 PM

JSS000032

Richard Triolo, MRN: NA / DOB        1974 (44 yo)                                          Page 26

**SOAP Note**

**Richard Triolo**
DOB            4 (44 yo Male)

Visit Date: 13 Apr 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident.
Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a
mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly,
dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain,
right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to
stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having
a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain
range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as naving an aching and stiffness quality and having a severity rated as pain range
8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

JSS000033

Richard Triclu, MRN  NA / DOB:        1974 (44 yo)                                                                    Page 27

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion, left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion  mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopethy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

JSS000034

Richard Triolo, MRN: NA / DOB:        1974 (44 yo)                                                    Page 28

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain–free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.


*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 19 Apr 2017 10:10 AM

JSS000035

Jun 10 2019 01:55PM Jacksonville SportSpine 9043751954

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567     **Reexamination Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**            Phone :

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)      Signed by: Michael McDaniels, DC on 2017-05-18

| | |
|---|---|
| **History** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mali truck. The truck was travelling at approximately 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| | condition about the same, experiencing some left lateral knee pain |
| **Medications** | No known medications |
| **Hospitalizations** | 2017 Feb 10 - for 1 days, Baptist Medical Center ER, following the accident |
| **PMHx** | Neurologist: Dr. Syed Asad, Eval and NCV, Baptist ER |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation. (+)pain elicited in right rotation, |
| | Muscle spasms: suboccipitals, paraspinal musculature, trapezius , |
| | THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. , |
| | LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ. |
| | Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied |

JSS000036

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 2005, Orange Park, FL 32073-5557          **Reexamination Note**

## RICHARD TRIOLO
MRN :

Birthday : 197
Phone :

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-05-16

by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Left KNee: palpable pain around patella, pain due to compensation from lower back pain

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Knee joint pain (M25.569/719.46) Pain in unspecified knee modified 16 May, 2017

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Discussion/Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 2x per week for 2-4 weeks

JSS000037

Jun 10 2019 01:56PM Jacksonville SportSpine 9043751954

## JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587 | Reexamination Note

### RICHARD TRIOLO
MRN :

Birthday : **1974**

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)

Phone :

Signed by: Michael McDaniels, DC on 2017-05-16

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97110) lumbar therapeutic exercises were performed (15 minutes) for deconditioning due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient:Suboccipitals,Cervical Paraspinals,Rhomboids,Thoracic division Trapezius,Forearms Wrist Flexors/Extensors,Lumbar Paraspinals,Quadratus Lumborums,Gluteal muscle group,

Treatment Time: 30 minutes

Manual Therapy performed and electronically signed by: Sandy Snyder Lic. #MA75733

### Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)
MRI, Advanced Diagnostic Group

### Concussion with no loss of consciousness (disorder)
treating with Syed Asad, MD, Neurologist

JSS000038

Mar  26  2019  08:03AM  Jax  Sport&Spine  9043751954                    page  30

Richard Triolo  MRN: NA / DOB:        1974 (44 yo)                                              Page 21

**SOAP Note**

**Richard Triolo**
DOB:         974 (44 yo Male)

Visit Date: 11 May 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident.
Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a
mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long.  Experiencing headaches constantly,
dizzy, ringing in the ears, anxiety"  The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain,
right lateral leg pain, he stated that other people at work are asking why he is limping?"  Constant neck pain, tight feels the need to
stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having
a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain
range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range
8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

JSS000039

Richard Triolo, MRN: NA / DOB:        1974 (44 yo)                                                          Page 22

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation. (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right. Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*
Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*
Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 12 May 2017 10:21 AM

JSS000041

Richard Triolo, M.R.N. NA / DOB:     1974 (44 yo)     Page 25

Knee joint pain (M25.569/719.46) Pain in unspecified knee modified 16 May, 2017
Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with
radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical
region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb,
2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter
(acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Discussion/Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 2x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)

(97110) lumbar therapeutic exercises were performed (15 minutes) for deconditioning due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient:Suboccipitals,Cervical Paraspinals,Rhomboids,Thoracic division Trapezius,Forearms Wrist
Flexors/Extensors,Lumbar Paraspinals,Quadratus Lumborums,Gluteal muscle group,

Treatment Time: 30 minutes

Manual Therapy performed and electronically signed by: Sandy Snyder Lic. #MA75733

*Knee joint pain*

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

treating with Syed Asad, MD, Neurologist
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on 16 May 2017 02:36 PM

JSS000042

Richard Triolo, MRN: NA / DOB:        974 (44 yo)

Page 18

## SOAP Note

**Richard Triolo**
DOB:        1974 (44 yo Male)

Visit Date: 19 May 2017

---

## *CC*

---

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident.
Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a
mall truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

---

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly,
dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain,
right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to
stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having
a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain
range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range
8-10/10 (10=worst).

## *Allergies*

---

No allergy history has been documented for this patient.

## *Objective*

---

JSS000043

Richard Triele, MRN: NA / DOB:    1974 (44 yo)

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength. flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10), left lateral bending: 5/5 (pain level = 5/10); right lateral bending. 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: Indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5, right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left S;, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

JSS000044

Mar 26 2019 08:03AM Jax Sport&Spine 9043751954    page 29

Richard Triolo, MRN: NA / DOB:    974 (44 yo)    Page 20

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals. Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*
Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*
Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 22 May 2017 01:56 PM

JSS000045

Mar 26 2019 08:00AM Jax Sport&Spine 9043751954          page 24

Richard Triolo, MRN: NA / DOB         1974 (44 yo)                                                    Page 15

**SOAP Note**

**Richard Triolo**
DOB:|        1974 (44 yo Male)

Visit Date: 22 Jun 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph.  Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long.  Experiencing headaches constantly, dizzy, ringing in the ears, anxiety"  The patient wasn't sure what day it was when asked during interview.  "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?"  Constant neck pain, tight feels the need to stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

JSS000046

Richard Triolo, MRN: NA / DOB:    1974 (44 yo)    Page 16

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM): (+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation: bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests: (-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect.

Muscle spasms: suboccipitals, paraspinal musculature, trapezius .

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, Initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Richard Triolo, MRN: NA / DOB: |          974 (44 yo)                                                                    Page 17

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.


*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*
Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*
Referring to Syed Asad, MD  Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 28 Jun 2017 04:22 PM

JSS000048

Mar 26 2019 07:59AM Jax Sport&Spine 9043751954

Richard Triolo, MRN: NA / DOB |      974 (44 yo)                                                    Page 12

**SOAP Note**

Richard Triolo
DOB:          1974 (44 yo Male)

Visit Date: 30 Jun 2017

---

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

---

## *Allergies*

No allergy history has been documented for this patient.

---

## *Objective*

---

JSS000049

Richard Triolo, MRN: NA / DOB:_____ 1974 (44 yo)                                                                    Page 13

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10). left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left: SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

Mar  26  2019  08:00AM  Jax  Sport&Spine  9043751954    page  23

Richard Trio:o, MRN: NA / DOB:    974 (44 yo)                                    Page 14

Treatment(s) provided:
Prognosis: Good

Patient Instructions. Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

The following DME was given:
(E0720) Medicare approved TENS Unit was prescribed to the patient for the purpose of reducing pain and discomfort, improve
tolerance to ADLs

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syec Asad  MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 10 Jul 2017 05:08 PM

Richard Triolo, MRN: NA / DOB    )74 (44 yo)    Page 9

## SOAP Note

**Richard Triolo**
DOB        1974 (44 yo Male)

Visit Date: 11 Jul 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety". The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

Tens unit is helping a lot

Runners roller is helping with hip/leg pain

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

JSS000052

Richard Triolo, MRN: NA / DOB|    974 (44 yo)    Page 10

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean anterior.

Strength flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Mar 26 2019 07:59AM  Jax  Sport&Spine  9043751954      page 20

Richard Triolo, MRN: NA / DOB:     1974 (44 yo)                                                          Page 11

Treatment(s) provided:
Prognosis: Good

Patient Instructions. Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI. Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 17 Jul 2017 11:42 AM

JSS000054

Richard Triolo, MRN: NA / DOB:       1974 (44 yo)                                                            Page 6

**SOAP Note**

**Richard Triolo**
DOB:          974 (44 yo Male)

Visit Date: 20 Jul 2017

---

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck  The truck was tavelling at approxiamtely 30-40 mph.  Entire rear end of the truck has to be replaced.

---

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long.  Experiencing headaches constantly, dizzy, ringing in the ears, anxiety"  The patient wasn't sure what day it was when asked during interview.  "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?"  Constant neck pain, light feels the need to stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst).

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

Received epidural injection in lumbar, did not help.

Will set RPA in a few weeks

---

## *Allergies*

No allergy history has been documented for this patient.

---

## *Objective*

Mar 26 2019 07:57AM Jax Sport&Spine 9043751954

Richard Triolo, MRN: NA / DOB          974 (44 yo)                                                    Page 7

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: Indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion, extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion, right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+), Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted; Unless otherwise specified, all areas adjusted using: (diversified)

(97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize musculature.

*Symptoms interfere with sleep (disorder)*
*Spasm of piriformis muscle (finding)*

JSS000056

Richard Triolo, MRN: NA / DOB:        1974 (44 yo)                                                                  Page 8

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 24 Jul 2017 08:41 AM

JSS000057