# PRECISION
## IMAGING CENTERS

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: (904) 719-7405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB:

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

HISTORY: 43 years Male with PAIN IN LOW BACK.

TECHNIQUE: MULTISEQUENCE, MULTIPLANAR HIGH FIELD MR LUMBAR SPINE WITHOUT AND WITH CONTRAST utilizing standard protocol. 20 ml MultiHance was administered intravenously per protocol without complication.

REFERENCE EXAM: None

FINDINGS: For the purposes of this report, five lumbar vertebrae are assumed.

Normal vertebral body alignment is seen without significant spondylolisthesis. L5-S1 prior PLIF T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen. No intrathecal masses are seen. The conus medullaris is in a normal position. There are no areas of pathological signal intensity within the visualized bone marrow to suggest an acute fracture or neoplasm. No paravertebral mass is seen.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L5-S1: Prior fusion without recurrent stenosis or other complication evident.

Enhancing fibrosis is noted within the L5-S1 right lateral recess and neural foramen.

IMPRESSION:

L5-S1 prior PLIF without complication evident.

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: (904) 719-7405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB:

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

## MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen.

Enhancing fibrosis is seen within the right lateral recess and neural foramen at L5-S1.

Reported:           30 Aug 2018  13:32    Dr. Kevin Jones
Electronically Signed:   30 Aug 2018  13:32    Dr. Kevin Jones
(KJ/30 Aug 2018 13:32)
HTTPS://PACS.PRECISIONCENTERS.COM/INTELECONNECT

PIC000002

# PRECISION IMAGING CENTERS

PIC ORANGE PARK
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Exam requested by:
REYNALDO PARDO
3728 PHILIPS HWY, STE.34
JACKSONVILLE FL 32207

Patient: TRIOLO, RICHARD
Date of Birth:        1974
Phone:
MRN: 458812  Acc: E869711
Date of Exam: 08-14-2019

**MR LUMBAR SPINE WITHOUT CONTRAST(72148)**

MR LUMBAR SPINE WITHOUT CONTRAST

HISTORY: 44 years Male with M54.16 - Radiculopathy, Lumbar Region, M54.5 - Low Back Pain, .

TECHNIQUE: MULTISEQUENCE, MULTIPLANAR HIGH FIELD MR LUMBAR SPINE WITHOUT CONTRAST utilizing standard protocol.

REFERENCE EXAM: None

FINDINGS: For the purposes of this report, five lumbar vertebrae are assumed.

Normal vertebral body alignment is seen without significant spondylolisthesis. No intrathecal masses are seen. The conus medullaris is in a normal position. There are no areas of pathological signal intensity within the visualized bone marrow to suggest an acute fracture or neoplasm. No paravertebral mass is seen.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L5-S1: Prior fusion without recurrent stenosis or other complication evident. shallow posterior disc herniation is seen. There is a high signal annular fissure seen.

IMPRESSION:

L5-S1 prior fusion without recurrent stenosis or other complication evident.

These findings are not significantly changed compared to the prior examination when taking into account slice selection, partial volume averaging, technique and motion artifact.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

9019968100        9048990308                                              09:55:26 a.m.    10-21-2019        2/2

# PRECISION
## IMAGING CENTERS

**PIC ORANGE PARK**
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Thank you for the opportunity to participate in the care of this patient.

Jones, Kevin, MD
*Electronically Signed: 08-14-2019 11:19 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!