Select PHYSICAL THERAPY

# Patient Information Form

Revised Form 8/2010

**Date of Call/Registration:** 8-1-18
**Past Patient** ☐ Yes ☒ No

**Patient Account Number:** 140642-342

## Patient Information

| Last Name/Suffix | First Name | Middle Initial |
|---|---|---|
| ~~Richard~~ Trob | Richard | A |

| Address: | City | State: | Zip Code: |
|---|---|---|---|
| 1933 Eclipse Drive | Middleburg | FL | 32068 |

| Home Phone | Mobile Phone | Email Address |
|---|---|---|
| Contact Method: Ph ☐ E-m ☐ Mob ☐ Txt ☐ | Text Enabled ☒ | No Appointment Reminders ☐ |

| Date of Birth | SSN | Sex: | Status: |
|---|---|---|---|
| | | ☒ M ☐ F | ☒ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated ☐ Unknown |

## Employer Information

| Employer Name: | Employment Status: |
|---|---|
| Baptist Medical Center South | ☐ None ☒ FT ☐ PT ☐ Self-Emp. ☐ Retired ☐ Student |

| Address: | City | State: | Zip Code: |
|---|---|---|---|
| Old St Augustine Rd | Mandarin | FL | 32259 |

| Work Phone Number | Patient Occupation |
|---|---|
| | Respiratory therapist |

## Emergency Contact Information

| Contact Name: | Phone # | Relationship to Patient: |
|---|---|---|
| Brian Schnucker | | ☐ Parent ☐ Spouse ☒ Sibling ☐ Other |

## Physician Information

| Name of Referring Physician: | Telephone #: | RX Date: ______ Eval/Treat: ☐ # of visits: |
|---|---|---|
| Raymond Topp | | |

## Additional Questions

| Date of Injury Onset Date | Auto Related: | Work Related: | Accident Related: | Diagnosis/Body Part |
|---|---|---|---|---|
| 2/11/16 | ☒ Yes-State? FL ☐ No<br>Adjuster name: ______<br>Phone #: | ☐ Yes ☐ No | ☐ Yes ☐ No | L5 to S1 Fusion |

Post Surgical: ☒ Yes / ☐ No / ☐ Unknown

Surgery Description: L-5 to S1 Fusion

Surgery Date (if applicable):

Have you any prior Therapy this year? (PT/OT/SP or Chiropractic) ☒ Yes ☐ No

How did you hear about us?

## MEDICARE ONLY- Additional Questions

If Medicare, are you currently receiving Home Health Service? ☐ Yes ☐ No If yes, Name of Agency? ______
If Yes, what type of Home Health Services are you receiving? ______ Last Date of Service______
Are you currently residing in a Skilled Nursing Facility? ☐ Yes ☐ No If yes, Name of Facility? ______
If Yes, are you on/in the "Medicare Unit"? ☐ Yes ☐ No

If Medicare, have you received PT, OT or Speech services since the first of the year? ☐ Yes ☐ No

- If Yes, do you know if you have exceeded your Medicare Therapy Cap amount? ☐ Yes ☐ No
- Are you aware of any partial amount used since the first of the year? $
- If Yes, please bring in any billing information from your previous therapy, or contact your previous provider for the information. Please bring the Medicare benefit summary you receive from Medicare.

| Appointment Date: | Time: | Therapist |
|---|---|---|
| 8/2/18 | 9:00AM | Jake A |

Intake Completed By: [signature] Date: 8/1

Patient, Please initial here if the above information is complete and correct [signature] Date: 8/1

**Patient Name:** Richard A. Triollo | **Account Number:** 40642342

**Insurance Information**

**Only complete the following if the Primary or Secondary policy holder is not the patient.** Primary ☐ Secondary ☐

| Last Name: | First Name: | Middle Initial | SSN | DOB |
|---|---|---|---|---|
| | | | | |

**Patient Relationship to Policy Holder:** ☒ Self ☐ Spouse ☐ Child ☐ Other

Gender: ☐ Male ☐ Female

Employer Name:

Employer Phone #:

| **Primary Insurance Section** | **Secondary Insurance Section** Patient Relationship to Policy Holder: ☐ Self ☐ Spouse ☐ Child ☐ Other |
|---|---|
| Payor/Plan Code: | Payor/Plan Code: |
| Policy/ID #: Group # | Policy/ID #: Group #: |
| Insurance Phone #: | Insurance Phone #: |
| **Verification** AT: FSC: | **Verification** |
| Date: 8-2-18 Spoke with: Camille, CS | Date: Spoke with: |
| Veri: Effective Date: 1/1/15 | Verify Plan: ______ Effective Date: ______ |
| Is this a Federally Funded Plan? ☐ Yes ☒ No | |
| Does patient have both PT and/or OT coverage? ☒ Yes ☐ No | Does patient have both PT and/or OT coverage? ☐ Yes ☐ No |
| Informed Payor this is outpatient therapy performed in an office setting. ☒ | Informed Payor this is outpatient therapy performed in an office setting ☐ |
| Visit Limitation: 30V. p. yr Coverage: 70/30 % | Visit Limitation: Coverage: |
| Limitations on Modalities or Units? Home Program/97535___ Anodyne/97026 ___ Aquatic/97113___ Other ___/___ Other ___/___ | Limitations on Modalities or Units? Home Program/97535___ Anodyne/97026 __ Aquatic/97113___ Other ___/___ Other ___/___ |
| Comments/Special Instructions: 4:15 minutes therapy per day | Comments/Special Instructions: |
| Deductible: $ Met: ☐ Yes ☒ No / Out Of Pocket: $ Met: ☐ Yes ☒ No | Deductible: $ Met: ☐ Yes ☐ No / Out Of Pocket: $ Met: ☐ Yes ☐ No |
| Does patient have a co-pay? ☐ Yes ☒ No If yes, amount: $ 0 Per Visit? ☐ IE/Re-eval only? ☐ | Does patient have a co-pay? ☐ Yes ☐ No If yes, amount: $ Per Visit? ☐ IE/Re-eval only? ☐ |
| Required for therapy? ☐ Referral ☐ Authorization ☐ Pre-Cert If any of the above is required, verify that it is on file? ☐ (N/A) | Required for therapy? ☐ Referral ☐ Authorization ☐ Pre-Cert If any of the above is required, verify that it is on file? ☐ |
| Auth #: ______ # of Auth Visits: ______ Auth Start Date: ______ Auth Exp Date: ______ | Auth #: ______ # of Auth Visits: ______ Auth Start Date: ______ Auth Exp Date: ______ |
| Claims Address: | Claims Address: |

***Verification (Workers Compensation)***

Is this a ☐ State Funded or ☐ Self Insured plan (call employer) Plan Name: ______

Claim Number: ______ Dx Codes on file: ______

☐ Allowed ☐ In Process ☐ Pending ☐ Hearing ☐ Other

Adjuster Name: ______ Phone: ______ Fax: ______

Nurse/Case Manager Name: ______ Phone: ______ Fax: ______

Additional Notes:

**Verified By:** ______ **Date:** ______

# Medical History Form

Select MEDICAL
Improving Quality of Life

Patient Name: Richard Trido Account Number: 1406423 42

Height: 6 ft 2 in Weight: 245 ( pounds)

Diagnosis as stated to you by your physician: ______

How did this injury/ exacerbation occur? Auto Accident

Have you been hospitalized for the present condition? ☐ Yes ☒ No If Yes, date: 2/11/16

Have you had surgery for the present condition? ☒ Yes ☐ No If Yes, date: ______

If yes, surgery type: L-5- to S1 Fusion

Have you had any falls this past year? ☐ Yes ☒ No If Yes, how many? ______

Have you received previous treatment for this condition? ☒ Yes ☐ No If Yes, date: ______

If yes, please summarize: Pre Surgery Chiropractor + Neurology tests

Have you ever had any of the following? ☐ EMG ☒ CT SCAN ☐ MYELOGRAM ☐ MRI ☒ XRAY

Have you ever, or are you presently being treated for any of the following conditions?

| Condition | Yes | No |
|---|---|---|
| Acquired Respiratory Distress Syndrome | ☐ Yes | ☐ No |
| Angina | ☐ Yes | ☐ No |
| Anxiety or Panic Disorders | ☐ Yes | ☐ No |
| Arthritis (RA, OA) | ☐ Yes | ☐ No |
| Asthma | ☐ Yes | ☐ No |
| Chronic Obstructive Pulmonary Disease (COPD) | ☐ Yes | ☐ No |
| Congestive Heart Failure (CHF) | ☐ Yes | ☐ No |
| Degenerative Disc Disease (back disease, spinal stenosis, severe chronic back pain) | ☐ Yes | ☐ No |
| Depression | ☐ Yes | ☐ No |
| Diabetes | ☐ Yes | ☐ No |
| Emphysema | ☐ Yes | ☐ No |
| Hearing Impairment | ☐ Yes | ☐ No |
| Heart Attack | ☐ Yes | ☐ No |
| Multiple Sclerosis | ☐ Yes | ☐ No |
| Osteoporosis | ☐ Yes | ☐ No |
| Parkinson's Disease | ☐ Yes | ☐ No |
| Peripheral Vascular disease | ☐ Yes | ☐ No |
| Stroke or TIA | ☐ Yes | ☐ No |
| Upper Gastrointestinal Disease (ulcer, hernia, reflux) | ☐ Yes | ☐ No |
| Visual Impairment (cataracts, glaucoma, macular degeneration) | ☐ Yes | ☐ No |

| Condition | Yes | No |
|---|---|---|
| Allergies | ☐ Yes | ☐ No |
| Headaches | ☐ Yes | ☐ No |
| Back Injury | ☐ Yes | ☐ No |
| Bleeding Disorders | ☐ Yes | ☐ No |
| Bowel / Bladder Abnormalities | ☐ Yes | ☐ No |
| Cancer | ☐ Yes | ☐ No |
| Dizzy or Fainting Spells | ☐ Yes | ☐ No |
| Epilepsy or Seizure Disorder | ☐ Yes | ☐ No |
| Fracture | ☐ Yes | ☐ No |
| Hepatitis A, B, C | ☐ Yes | ☐ No |
| Hernia | ☐ Yes | ☐ No |
| High Blood Pressure | ☐ Yes | ☐ No |
| Hypoglycemia | ☐ Yes | ☐ No |
| Immunosuppressant Condition or Medication | ☐ Yes | ☐ No |
| Kidney Problems | ☐ Yes | ☐ No |
| Liver / Gallbladder Problems | ☐ Yes | ☐ No |
| Metal Implants | ☐ Yes | ☐ No |
| Nausea / Vomiting | ☐ Yes | ☐ No |
| Pacemaker | ☐ Yes | ☐ No |
| Pregnancy | ☐ Yes | ☐ No |
| Ringing in Your Ears | ☐ Yes | ☐ No |
| Sexual Dysfunction | ☐ Yes | ☐ No |
| Skin Abnormalities | ☐ Yes | ☐ No |
| Smoking | ☐ Yes | ☐ No |
| Special Diet Guidelines | ☐ Yes | ☐ No |
| Tuberculosis | ☐ Yes | ☐ No |

Please continue to 2nd page

Select MEDICAL Improving Quality of Life

**Medical History Form (page 2)**

Patient Name: Richard Trieb Account Number: 140642342

Are you on any medications? Please list (you may use reverse side): ______

To help us understand your symptoms, please circle all that apply.

My pain is worse: in the morning/ during the day/ at night/ constant/ with activity/ during rest

On a scale of 0 to 10 (0 being no pain and 10 being unbearable pain requiring hospitalization)

Please rate your pain at its best ______ and at its worst ______

**Pain Diagram**

Using the key provided, please draw the symbol representing your pain over the area of the body as it relates to your present condition

**Key**

↑ or ↓ Radiating Pain

XXX Spasm

ZZZ Tenderness

//// Numbness/Tingling

000 Ache/Pain

Is there any other information regarding your medical history that we should know about? ______

What is your goal for therapy at this time? ______

Signature of Patient or Guardian (if patient is a minor): [signature] Date: 8/1/18

Signature of Clinician: ______ Date: ______

1.2016



**Patient Reported Outcomes (PRO) Report** **Today's Visit: 08/02/2018**

**CaseID:** 0001680534557
**Patient:** Triolo, Richard
**BirthDate:**
**Injury Date:** 02/02/2018
**Admit Date:** 08/02/2018
**Responsible Clinician:** Smith, SPT , Eideann
**Current Visit:** 1

**PRO Instrument:**

**ODI**
**Today's Score: 32**
**FLR Gcode Modifier:**
**20%to less than 40%impaired (CJ)**

**Risk-Adjusted Predictors (RAPs)**

**Age:** 43
**Gender:** M
**Acuity:** Chronic (> 42 days Injury-Admit)
**Financial Services Class:**
**Surgery Status:** No Surgical Date found – Verify Non-Surg
**Body Part:** No Dx found – please complete in TS
**Diagnostic Severity:** No Dx found – please complete in TS
**Functional Severity at Admit/Initial:** 32.00 (see grid below)

*The above RAPs are what was available when this survey was submitted. Please validate the above are accurate and complete, as PROjections below are based on these variables and values. If changes are to be made, make them in TherapySource, so future PRO's submitted for this patient case will therefore reflect a more accurate PROjection.*

| Dates | 08/02/2018 |
|---|---|
| VisitType | admit |
| VisitNumber | 1 |
| GCode Modifier | CJ:20% -< 40% impaired |
| Disability Score | **32.00** |
| PainIntensity | 3 |
| PersonalCare | 1 |
| Lifting | 2 |
| Walking | 1 |
| Sitting | 0 |
| Standing | 2 |
| Sleeping | 1 |
| SocialLife | 4 |
| Traveling | 1 |
| Employment OR Homemaking | 1 |

*Responses in red are at the highest level of disability for this instrument.*

The table above indicates the functional history for this case. TIP: Review not only the total score, but also the individual response items in order to identify areas in need of improvement for focus in the POC and goal setting.

For more information/research about this measurement tool, please visit the Outcomes Research Library here.

Please note this is a **disability** index. As such, scores are expected to <u>decline</u> over the course of treatment.

**The MDC for the ODI = 15%points at C.I. of 90%**

 For questions or problems with the PRO application, please contact: **outcomes@selectmedical.com**

**Patient Reported Outcomes (PRO) Report**

**Today's Visit:** 08/02/2018

Important Note: Until All RAP variables are complete(see top of page 1), the PROjections indicated on this page are not valid and may shift.

**CaseID:** 0001680534557

**Patient:** Triolo, Richard

**PRO Instrument:** ODI

*PROjection: Efficiency and Effectiveness*

| | Effectiveness | | | Efficiency |
|---|---|---|---|---|
| | PRO Score | GCode Modifier | MDC's Reached | Visits |
| Admit/Initial | 32.00 | CJ 20% - < 40% impaired | 0 | 1 |
| This Visit | 32.00 | CJ 20% - < 40% impaired | 0 | 1 |
| PROjection | 22.84 | CJ 20% - < 40% impaired | 0 | 12 |

The table above indicates the PROjection values (in green) based on the Risk Adjusted Predictors (RAPs) identified on Page 1. It also indicates the actual values this patient achieved at admit (in white) as well as where they are currently (in blue).

The MDC (Minimal Detectable Change) is the minimum amount of change in a patient's score that ensures the change isn't the result of measurement error. For the the MDC is points.

*It should be noted that prediction tools based on retrospective data are meant to provide guidance for clinicians and patients, and are not at all intended to supersede a clinician's skilled assessment of the unique aspects of each patient case.*

*PROjection: Trended Function to Date*

The chart above indicates the current progression of functional ability/disability levels thru the progression of the patient case, per the scores on the patient reported outcome (PRO). The PROjection of the expected functional level at discharge has been provided per the large green dot on the chart.

PROjections are in Beta testing, based on research conducted in 2015.

For questions or problems with the PRO application, please contact: **outcomes@selectmedical.com**



Select Physical Therapy
2106 Park Avenue
Orange Park, FL USA 32073
Phone: (904) 264-0921
Fax: (904) 215-7491

| | | | |
|---|---|---|---|
| **Patient:** | **Richard Triolo** | | |
| **Acct #:** | **032R140642342** | **Visit Date:** | **Aug 02, 2018** |
| DOB: | | FSC: | |
| Clinician: | Jacob C. Daniels, PT, DPT | Payor: | |
| Prim Phy: | Raymond Topp | Pol/Claim#: | |
| Phy Phone: | (904) 719-7404 | Insured: | Richar Triollo |
| Phy Fax: | (904) 719-7405 | Employer: | Baptist Medical Center |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/2/2018 | Visits: | 1 |
| Surg. Date: | 3/22/2018 | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnosis**

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |

## General Information

**History of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status: Work status: Independent Without Difficulty. Current Status: Work status: Independent With Difficulty. Occupation: Respiratory Therapist Occupational Activities: Pt reports noting pain exacerbation while turning and pushing computer cart.

**ADL / Functional Status: Occupational Activities: Current Status: Non-Material Handling:**

| | |
|---|---|
| • Repetitive Reaching | Frequent |
| • Overhead Reaching | Occasional |
| • Standing. | Constant |
| • Walking. | Constant |
| • Pivot Twisting | Frequent |
| • Push | Frequent |

**Chief Complaint:**

- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**

- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

| | |
|---|---|
| • Date | 08/02/2018 |
| • Assessment | Initial |
| • Percentage | 32.00% |

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free.

## Objective Examination

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |
| • Hamstrings | Mild Restriction | Full Excursion/No Deficits |

| | | | |
|---|---|---|---|
| Patient: | Richard Triolo | | |
| Acct #: | 032R140642342 | Visit Date: | Aug 02, 2018 |
| DOB: | | | |

**Functional Tests: Return to Participation: Activities:**

| | | |
|---|---|---|
| • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes | |
| • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes | |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Extension | +4/5 | +4/5 |
| • Hip Flexion(Pain in L Lower back) | -4/5 | +4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | -4/5 | 5/5 |
| • Ankle Dorsiflexion | -4/5 | 5/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 |
| **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness:** | **Left** | **Right** |
| • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| • Piriformis | 2=Pain with wincing | 1=Complaint of pain |

**Posture:**
- Rounded Shoulders: Mild.

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%):**

| | |
|---|---|
| • Extension(Limited by L LBP) | 25% |
| • Flexion(3rd DP to floor 13.5 cm with relief) | 75% |
| • Rotation Left | 75% |
| • Rotation Right | 75% |
| • Side Bending Left(54 cm 3rd DP to floor) | 75% |
| • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% |

| | | |
|---|---|---|
| **Reflex/Sensory Integrity: Peripheral Nerve Sensation: Light Touch:** | **Left** | **Right** |
| • Lat Cutaneous of the Calf | Normal | Normal |
| • Lat. Cutaneous of the Thigh | Diminished | Normal |
| • Lat. Plantar | Normal | Normal |

**Reflex/Sensory Integrity:**
- Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.

| | | |
|---|---|---|
| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
| • Posterior Quadrant | Pain Into Buttocks | Negative |
| • Traction | Negative | Negative |
| • Vertical Spinal Loading | Negative | Negative |
| **Special Tests: Spine: Sacroiliac:** | **Left** | **Right** |
| • Patrick's Test | Negative | Negative |
| • Thigh Thrust Test | Positive | Negative |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 1 | 4 |

**Exercise Activities: Aerobic Conditioning:**

**Exercise Activities: Nerve Glides:**
- Sciatic Nerve. — Time Elapsed: 4 Minutes, Repetitions: 20, Sets: 1, Side: Left, Technique: Mobilize, Additional Detail: Common Peroneal Nerve, SLR + PF&Inv, Charge As: Therapeutic Exercise

**Exercise Activities: Flexibility(L. Quarter):**

**Manual Interventions: Soft Tissue- Upper Quarter:**

**Pt./Family Education:**
- Patient Education 1 — Time Elapsed: 8 Minutes, Description: Discussion of examination findings, HEP Demonstration, Stretching modification, Reviewed POC & Goals, Charge As: Self Care / Home Mgt Training

Patient: Richard Triolo
Acct #: 032R140642342
DOB:
Visit Date: Aug 02, 2018

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.

**Recommendations:**

- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**

*STG Achieve by Aug 16, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to pain at night

*LTG Achieve by Aug 30, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

***Problem #2*** **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

*STG Achieve by Aug 16, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

*STG Achieve by Aug 16, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

- Extension 50%
- Side Bending Right 75%

*LTG Achieve by Aug 30, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

- Extension 75%
- Side Bending Right 100%

***Problem #4*** **Flexibility.**

*STG Achieve by Aug 16, 2018.*

| Musculoskeletal Improvements In: Soft Tissue Flexibility to: | Left | Right |
|---|---|---|
| • Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| Musculoskeletal Improvements In: Soft Tissue Flexibility to: | Left | Right |
|---|---|---|
| • Piriformis | Slight Restriction | Full Excursion/No Deficits |

***Problem #5*** **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*

**Peripheral Nerve Function Improvements:**

Patient: Richard Triolo
Acct #: 032R140642342
DOB:
Visit Date: Aug 02, 2018

- By Normalizing Neurogenic Signs.

***Problem #6*** **Functional Tests: Return to Participation: Activities.**

*STG Achieve by Aug 16, 2018.*

**Functional Improvements In:**

- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*

**Functional Improvements In:**

- Positional Tolerance to: Up to 6 Hours.

***Problem #7*** **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**

*STG Achieve by Aug 16, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Range of Motion Activities. Active Assistive Range of Motion Activities. Client Education. Functional Activities: Positional Tolerance: Standing. Home Exercise Program. Manual Range of Motion Activities. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer. Treadmill.

Eideann . Smith, SPT, Student PT
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 02, 2018 16:42:33

Document ID: 2890221D.001 Status: Signed off (secure electronic signature)
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)
Page 4 of 4

SPT000010



Select Physical Therapy
2106 Park Avenue
Orange Park, FL USA 32073
Phone: (904) 264-0921
Fax: (904) 215-7491

| | | | |
|---|---|---|---|
| **Patient:** | **Richard Triolo** | | |
| **Acct #:** | **032R140642342** | **Visit Date:** | **Aug 02, 2018** |
| DOB: | | FSC: | |
| Clinician: | Jacob C. Daniels, PT, DPT | Payor: | |
| Prim Phy: | Raymond Topp | Pol/Claim#: | |
| Phy Phone: | (904) 719-7404 | Insured: | |
| Phy Fax: | (904) 719-7405 | Employer: | Baptist Medical Center |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/2/2018 | Visits: | 1 |
| Surg. Date: | 3/22/2018 | Cxl/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status: Work status: Independent Without Difficulty. Current Status: Work status: Independent With Difficulty.

**Chief Complaint:**

- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**

- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

- Assessment: Initial
- Date: 08/02/2018
- Percentage: 32.00%

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free.

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.

**Recommendations:**

- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**

*STG Achieve by Aug 16, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to

Document ID: 2890221D.002 Status: Signed off (secure electronic signature) Page 1 of 3
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SPT000011

Patient: Richard Triolo
Acct #: 032R140642342 Visit Date: Aug 02, 2018
DOB:

pain at night

*LTG Achieve by Aug 30, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

| | | Left | Right |
|---|---|---|---|
| ***Problem #2*** | **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.** | | |
| | • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| | • Piriformis | 2=Pain with wincing | 1=Complaint of pain |

*STG Achieve by Aug 16, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

| | |
|---|---|
| • Extension(Limited by L LBP) | 25% |
| • Flexion(3rd DP to floor 13.5 cm with relief) | 75% |
| • Rotation Left | 75% |
| • Rotation Right | 75% |
| • Side Bending Left(54 cm 3rd DP to floor) | 75% |
| • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% |

*STG Achieve by Aug 16, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| • Extension | 50% |
| • Side Bending Right | 75% |

*LTG Achieve by Aug 30, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| • Extension | 75% |
| • Side Bending Right | 100% |

| | | Left | Right |
|---|---|---|---|
| ***Problem #4*** | **Flexibility.** | | |
| | • Hamstrings | Mild Restriction | Full Excursion/No Deficits |
| | • Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |

*STG Achieve by Aug 16, 2018.*

| | Left | Right |
|---|---|---|
| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | | |
| • Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| | Left | Right |
|---|---|---|
| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | | |
| • Piriformis | Slight Restriction | Full Excursion/No Deficits |

***Problem #5*** **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*

**Peripheral Nerve Function Improvements:**

- By Normalizing Neurogenic Signs.

***Problem #6*** **Functional Tests: Return to Participation: Activities.**

| | |
|---|---|
| • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes |
| • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes |

*STG Achieve by Aug 16, 2018.*

**Functional Improvements In:**

- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*

**Functional Improvements In:**

Document ID: 2890221D.002 Status: Signed off (secure electronic signature) Page 2 of 3
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SPT000012



**Patient:** Richard Triolo
**Acct #:** 032R140642342 **Visit Date:** Aug 02, 2018
**DOB:**

- Positional Tolerance to: Up to 6 Hours.

***Problem #7*** **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**

- Assessment — Initial
- Date — 08/02/2018
- Percentage — 32.00%

*STG Achieve by Aug 16, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Range of Motion Activities. Active Assistive Range of Motion Activities. Client Education. Functional Activities: Positional Tolerance: Standing. Home Exercise Program. Manual Range of Motion Activities. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer. Treadmill.

Eideann . Smith, SPT, Student PT
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 02, 2018 16:42:33

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Raymond Topp** **Date**

**Patient: Richard Triolo** **DOB: Oct 19, 1974**

Select Physical Therapy
2106 Park Avenue
Orange Park, FL USA 32073
Phone: (904) 264-0921
Fax: (904) 215-7491

| | | | |
|---|---|---|---|
| **Patient:** | **Richard Triolo** | | |
| **Acct #:** | **032R140642342** | **Note Date:** | **Aug 06, 2018** |
| DOB: | | FSC: | |
| Clinician: | Jacob C. Daniels, PT, DPT | Payor: | |
| Prim Phy: | Raymond Topp | Pol/Claim#: | |
| Phy Phone: | (904) 719-7404 | Insured: | Richar Triollo |
| Phy Fax: | (904) 719-7405 | Employer: | Baptist Medical Center |
| Sec Phy: | Not Specified | Case Mgr: | Camile, CS |
| Inj. Date: | 2/2/2018 | Visits: | 1 |
| Surg. Date: | 3/22/2018 | Cxl/Ns: | 0 |

# Discharge Summary

**Diagnosis**

Spine M54.5 Low back pain

## General Information

**History of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

## Subjective Examination

**ADL / Functional Status:**

- Premorbid Status: Work status: Independent Without Difficulty. Current Status: Work status: Independent With Difficulty. Occupation: Respiratory Therapist Occupational Activities: Pt reports noting pain exacerbation while turning and pushing computer cart.

| ADL / Functional Status: Occupational Activities: Current Status: Non-Material Handling: | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| Repetitive Reaching | Frequent | Frequent | N/A |
| Overhead Reaching | Occasional | Occasional | N/A |
| Standing. | Constant | Constant | N/A |
| Walking. | Constant | Constant | N/A |
| Pivot Twisting | Frequent | Frequent | N/A |
| Push | Frequent | Frequent | N/A |

**Chief Complaint:**

- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**

- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

| Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring: | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| Date | 08/02/2018 | 08/02/2018 | N/A |
| Assessment | Initial | Initial | N/A |
| Percentage | 32.00% | 32.00% | - |

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free.

## Objective Examination

| Flexibility: | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction | Moderate Restriction | Mild Restriction | N/A | N/A |

Document ID: 2890221D.003 Status: Signed off (secure electronic signature) Page 1 of 4
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SPT000014



**Patient:** Richard Triolo
**Acct #:** 032R140642342
**DOB:**
**Note Date:** Aug 06, 2018

| | Initial | | Current | | Change | |
|---|---|---|---|---|---|---|
| • Hamstrings | Mild Restriction | Full Excursion/No Deficits | Mild Restriction | Full Excursion/No Deficits | N/A | N/A |

| **Functional Tests: Return to Participation: Activities:** | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes | 21-30 Minutes | N/A |
| • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes | 21-30 Minutes | N/A |

| **Muscle Testing: Lower Extremity MMT:** | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Hip Extension | +4/5 | +4/5 | +4/5 | +4/5 | - | - |
| • Hip Flexion(Pain in L Lower back) | -4/5 | +4/5 | -4/5 | +4/5 | - | - |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 | - | - |
| • Knee Flexion | -4/5 | 5/5 | -4/5 | 5/5 | - | - |
| • Ankle Dorsiflexion | -4/5 | 5/5 | -4/5 | 5/5 | - | - |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 | - | - |

| **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness:** | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted | 1=Complaint of pain | 0=No tenderness noted | N/A | N/A |
| • Piriformis | 2=Pain with wincing | 1=Complaint of pain | 2=Pain with wincing | 1=Complaint of pain | N/A | N/A |

**Posture:**

- Rounded Shoulders: Mild.

| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%):** | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| • Extension(Limited by L LBP) | 25% | 25% | - |
| • Flexion(3rd DP to floor 13.5 cm with relief) | 75% | 75% | - |
| • Rotation Left | 75% | 75% | - |
| • Rotation Right | 75% | 75% | - |
| • Side Bending Left(54 cm 3rd DP to floor) | 75% | 75% | - |
| • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% | 50% | - |

| **Reflex/Sensory Integrity: Peripheral Nerve Sensation: Light Touch:** | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Lat Cutaneous of the Calf | Normal | Normal | Normal | Normal | N/A | N/A |
| • Lat. Cutaneous of the Thigh | Diminished | Normal | Diminished | Normal | N/A | N/A |
| • Lat. Plantar | Normal | Normal | Normal | Normal | N/A | N/A |

**Reflex/Sensory Integrity:**

- Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.

| **Special Tests: Spine: Lumbar:** | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Posterior Quadrant | Pain Into Buttocks | Negative | Pain Into Buttocks | Negative | N/A | N/A |
| • Traction | Negative | Negative | Negative | Negative | N/A | N/A |
| • Vertical Spinal Loading | Negative | Negative | Negative | Negative | N/A | N/A |

| **Special Tests: Spine: Sacroiliac:** | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Patrick's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Thigh Thrust Test | Positive | Negative | Positive | Negative | N/A | N/A |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates excellent understanding of their home program instructions. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is excellent.

**Discharge Components:**

- At this time, skilled rehabilitative services at this site are no longer required due to the patient's request for discharge. It is anticipated that the pt will transfer to Baptist Medical where his current medical benefits are anticipated to cover physical therapy services at 100%

Patient: Richard Triolo
Acct #: 032R140642342 Note Date: Aug 06, 2018
DOB:

per benefits verification.

**Recommendations:**

- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**

*STG Achieve by Aug 16, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to pain at night

*LTG Achieve by Aug 30, 2018.*

**Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

***Problem #2*** **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

*STG Achieve by Aug 16, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #3*** **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

*STG Achieve by Aug 16, 2018.*

| Range of Motion Improvements to: Spine: Active Lumbosacral (%): | |
|---|---|
| • Extension | 50% |
| • Side Bending Right | 75% |

*LTG Achieve by Aug 30, 2018.*

| Range of Motion Improvements to: Spine: Active Lumbosacral (%): | |
|---|---|
| • Extension | 75% |
| • Side Bending Right | 100% |

***Problem #4*** **Flexibility.**

*STG Achieve by Aug 16, 2018.*

| Musculoskeletal Improvements In: Soft Tissue Flexibility to: | Left | Right |
|---|---|---|
| • Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| Musculoskeletal Improvements In: Soft Tissue Flexibility to: | Left | Right |
|---|---|---|
| • Piriformis | Slight Restriction | Full Excursion/No Deficits |

***Problem #5*** **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*

**Peripheral Nerve Function Improvements:**

- By Normalizing Neurogenic Signs.

***Problem #6*** **Functional Tests: Return to Participation: Activities.**

*STG Achieve by Aug 16, 2018.*

**Functional Improvements In:**

Document ID: 2890221D.003 Status: Signed off (secure electronic signature) Page 3 of 4
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SPT000016

**Patient:** Richard Triolo
**Acct #:** 032R140642342 **Note Date:** Aug 06, 2018
**DOB:**

- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*

**Functional Improvements In:**

- Positional Tolerance to: Up to 6 Hours.

***Problem #7*** **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**

*STG Achieve by Aug 16, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*

**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**

- Percentage 18.00%

## Plan

The patient is discharged due to transfer to other facility.

Eideann M Smith SPT

Eideann . Smith, SPT, Student PT
Signed on Aug 06, 2018 17:20:11
Under the direct supervision of the primary therapist.

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 07, 2018 08:13:15

Document ID: 2890221D.003 Status: Signed off (secure electronic signature)
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

Page 4 of 4

SPT000017

SPT000018