# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

10/03/2017

RE: **Referral Form for Neurosurgery Evaluation.**

To: Dean Toumbis, MD
Orange Park Spine Institute
1409 Kingsley Ave.
Suite D1
Orange Park, FL 32073

Patient name: **Richard Triolo**
DOB:
CC: 1) Low back pain, 2) Lumbar radiculopathy, right.
3) MRI: Bilateral L5 spondylolysis, grade I spondylolisthesis, facet arthropathy, bilateral foraminal stenosis.
Hx:
Mr. Triolo is a 42 y/o patient with history of motor vehicle collision on 2/21/2017, causing lumbar pain with right lower extremity radiculopathy. At our clinic, Mr. Triolo initially underwent a lumbar interlaminar epidural steroid injection resulting in minimal and transient relief. Subsequently, Mr. Triolo underwent a lumbar prognostic medial branch nerve block with no relief, and later an L5 right transforaminal steroid injection caused increased back pain and radicular symptoms.
We are referring Mr. Triolo for Evaluation and Treatment, and to consider a surgical therapeutic approach to his chronic pain.
Thank you very much.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Management.

2970 HARTLEY ROAD - SUITE 300   JACKSONVILLE, FL 32257   T (904)647-9199   F (904)647-9198

SJIPS000001

SJIPS000002

**Auto Injury – Patient History Form – Page 1 of 4**

Patient Name: Richard Teroh

Patient Birth Date: _____     Today's Date _____

Date of Injury: 2/21/17     Approx Time of Accident: 1 pm
Your Vehicle: Year: 2017     Make: Fort     Model: Mustang Gt
Other Vehicle: Year: _____     Make: _____     Model: _____
The roads were: ☒ Dry  ☐ Wet  ☐ Icy     The weather was: ☒ Clear  ☐ Raining  ☐ Snowing  ☐ Foggy

Accident Type: ☒ Rear Ended  ☐ Head-On  ☐ Broad-sided  ☐ Other: _____
Where were you sitting in the care when the accident occurred?
☒ Driver  ☐ Front Passenger  ☐ Other: _____
Were you wearing a seat belt? ☒ Yes  ☐ No     Did your airbag go off? ☐ Yes  ☒ No
Did you hit your head? ☒ Yes  ☐ No     Did you lose consciousness? ☐ Yes  ☒ No

Please describe the events that caused your injury:
I was rear ended while at a traffic light.

Immediately following the accident (please mark yes or no for all):
☐ Yes  ☒ No - Ambulance/Paramedics were called     ☐ Yes  ☒ No - I was treated at the scene
☐ Yes  ☒ No - I was transported to the hospital ER by ambulance   ☒ Yes  ☐ No - I went to the hospital ER on my own
☐ Yes  ☒ No - I was admitted to the hospital for treatment     ☒ Yes  ☐ No - I was treated in the ER and sent home

List the symptoms are having starting with the worst symptom first and ending with most minor symptom and then rate the pain/discomfort you are having for each symptom:

1. Lower back pain, radiates down into Glute to hemstring & Across Hip Plexor

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

2. Neck pain, right side upper neck pain radiates down into trap around Scapula

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

3. Headaches

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

4. _____

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

## Auto Injury – Patient History Form – Page 2 of 4

Describe any other symptoms that you are having: _____

_____

_____

What are the worst times of day for your pain: ☒ Morning ☐ Afternoon ☐ Evening ☒ Night

What makes your pain BETTER? _Therapy / Some Stratching – All Temp_

What makes your pain WORSE? _Somtime it Feels like anything does._

Using the diagram to the right, mark
the areas you feel pain using the
symbols below:

A = ache    N = Numbness
B = burning   P = Pins and needles
D = Dull    S = Stabbing
      T = Throbbing

Please indicate the other doctors/providers you have seen for this injury (mark all that apply):
☐ General Practitioner ☐ Physical therapist ☒ Chiropractor ☐ Massage therapist ☐ Acupuncturist
☐ Orthopedist ☒ Neurologist ☐ Psychiatrist ☐ Physical Medicine/Rehab specialist
☐ Other: _____

What other medical tests you have already had completed?
                    Date:            Area Tested:
☐ No ☒ Yes – Xrays _____
☐ No ☐ Yes – CT Scan _____
☐ No ☒ Yes – MRI Scan _____
☐ No ☐ Yes – EMG Test _____
Other: _Nerve Conduction Study_

Have you had any injuries (other auto injuries, falls, sports injuries, etc) in the past that were significant OR required
medical evaluation or treatment? ☒ No ☐ Yes
If yes, please describe: _____

_____

Please write your last name here: _____

SJIPS000004

### Auto Injury – Patient History Form – Page 3 of 4

**Please indicate if you have had any of the following symptoms since your accident (please answer all items):**

- ☐ No ☑ Yes - Fatigue
- ☐ No ☐ Yes - Hearing Changes
- ☐ No ☐ Yes - Vision Changes
- ☐ No ☐ Yes - Nasal Congestion
- ☐ No ☐ Yes - Chest Pain
- ☐ No ☐ Yes - Shortness of breath
- ☐ No ☐ Yes - Coughing
- ☐ No ☐ Yes - Nausea
- ☐ No ☐ Yes - Vomiting
- ☐ No ☐ Yes - Abdominal Pain

- ☐ No ☐ Yes – Skin rash/changes
- ☐ No ☐ Yes - Unable to control bladder/urination
- ☐ No ☐ Yes - Unable to control bowel movements
- ☐ No ☐ Yes - Joint swelling
- ☐ No ☐ Yes - Numbness
- ☐ No ☐ Yes - Tingling
- ☐ No ☐ Yes - Weakness
- ☐ No ☐ Yes - Seizures

- ☐ No ☑ Yes - Memory Loss
- ☐ No ☑ Yes - Headaches
- ☐ No ☐ Yes - Easy Bruising
- ☐ No ☑ Yes - Depression
- ☐ No ☐ Yes - Anxiety
- ☐ No ☑ Yes - Irritable
- ☐ No ☑ Yes - Difficulty with sleep
- ☐ No ☐ Yes - Suicidal thoughts

**Please indicate and list all of your CURRENT AND PAST MEDICAL PROBLEMS (please answer all items):**

- ☐ No ☐ Yes - Diabetes
- ☐ No ☐ Yes - High blood pressure
- ☐ No ☐ Yes - High cholesterol
- ☐ No ☐ Yes - Heart Attack
- ☐ No ☐ Yes - Stroke
- ☐ No ☐ Yes - Migraines
- ☐ No ☐ Yes - Asthma
- ☐ No ☐ Yes - COPD/Emphysema

- ☐ No ☐ Yes - Allergies
- ☐ No ☐ Yes - Osteoporosis
- ☐ No ☐ Yes - Arthritis
- ☐ No ☐ Yes - Anemia
- ☐ No ☐ Yes - Thyroid disease
- ☐ No ☐ Yes - Depression
- ☐ No ☐ Yes - Anxiety
- ☐ No ☐ Yes - Seizures

- ☐ No ☐ Yes - Heartburn/Reflux
- ☐ No ☑ Yes - Sleep Apnea
- ☐ No ☐ Yes - Blood Clots
- ☐ No ☐ Yes - Bleeding disorders
- ☐ No ☐ Yes - Cancer
- What type of cancer:_____

Please list any other medical problems you have and serious illnesses in the past including hospitalizations (other than surgery):_____

Please list all SURGERIES you have had in the past (including the approximate date of those surgeries):

‒ Left Forearm / Compound Fx

**Please indicate if any of your SIBLINGS, PARENTS, GRANDPARENTS, or CHILDREN have any of the following medical conditions (please answer all items):**

- ☐ No ☐ Yes - Heart Disease
- ☐ No ☐ Yes - Stroke
- ☐ No ☐ Yes - Substance Abuse

- ☐ No ☐ Yes - Depression/Anxiety
- ☐ No ☐ Yes - Chronic Pain
- ☐ No ☐ Yes - Blood Clots

- ☐ No ☐ Yes – Cancer
- If cancer, what type:_____

Please list any other family medical conditions:_____

**Current Medications (please include NAME, DOSE, and HOW OFTEN YOU TAKE THE MEDICINE) – If you have a list, please attach:**

1.) Gabapentin } Not Taking     2.)_____
3.) Metacarbole } Any more /     4.)_____
5.)           meds Not           6.)_____
7.)           Working            8.)_____

Do you take any other over the counter medications or herbals?_____

☐ No ☐ Yes - Do you have any allergies to medications? If yes, please list_____

Please write your last name here:_____

SJIPS000005

### Auto Injury – Patient History Form – Page 4 of 4

When was your last tetanus shot/immunization (please give an approximate date)?_____

What level of education did you complete:
- ☐ Some high school
- ☐ High school degree or GED
- ☐ Some college
- ☒ College Degree
- ☐ Graduate or Professional Degree
- ☐ Vocation training

What is your current occupation? _Registered Respiratory Therapist_

How long have you been employed at your current position? _4 yrs_

Describe what you do at work? _I help pt's with pulmonary & Heart disease_

☒ No ☐ Yes – Are you on any current work restriction? – If yes, please describe: _I do not help in heavy lifting anymore._

☒ No ☐ Yes – Do you or have you ever smoked tobacco? If yes, how many years?___ How many packs per day?_____
When did you quit?_____

☒ No ☐ Yes – Do you use other tobacco products? If yes, please list:_____

☐ No ☒ Yes – Do you drink alcohol? If yes, how many alcoholic beverages do you drink per week: _24 oz = 2 Beer_
(1 beverage = 1.5 oz (shot) of liquor OR 5 oz of wine OR 12oz of beer)

☒ No ☐ Yes – Do you smoke or use marijuana? If yes, how often:_____

Do you use any other illicit drugs (cocaine, heroin, methamphetamine, prescription narcotics not prescribed by one of your doctors, etc)? ☒ No ☐ Yes – If yes, please describe:_____

_____

To the best of my knowledge, the questions on this form have been accurately answered. I understand that providing incorrect information can lead to a delay in diagnosis and can be dangerous to my health. It is my responsibility to inform the doctor's office of any change in my medical status.

_____          _7/11/17_
Signature of patient or legal guardian                                    Date

SJIPS000006

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## MEDICAL HISTORY

| General Medical Information |
| --- |

Main reason for today's visit/Why now: (i.e.: lower back pain started two weeks ago after working in the yard)

_Auto Accident From Feb 2017_

Rate your current pain level with 1 being the least & 10 being most:    1    2    3    4    5    6    7    **8**    9    10

**Current Medication:**

| Name | Dose | Amount | Time of Day |
| --- | --- | --- | --- |
| Ex: Synthroid | 50 mcg | 1 pill | Every Morning |
| Gabapentin | | | |
| methocarbamol | | | |
| | | | |
| | | | |

Allergies to Medications: _NA_

Other Physicians currently treating you: _____

Other Medical Problems: _____

List previous hospitalizations, surgeries: _Left Forearm / Compound Fracture 3/2000_

**Females only:** Are you pregnant, planning a pregnancy, or nursing a child:    ( )YES ( )NO

Do you smoke:    ( )YES (✓)NO   If so: ( )Pipe ( )Cigars ( )Cigarettes   Years: _____ How much: _____

Have you ever been treated for an addiction:    ( )YES (✓)NO

Do you drink Alcohol on a regular basis:    ( )YES (✓)NO    If yes, how much, how often: _____

Do you drink coffee on a regular basis:    (✓)YES ( )NO    If yes, how many cups per day: _20 oz daily_

Are you under a lot of pressure at work:    ( )YES (✓)NO    If yes, please describe: _____

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## MEDICAL HISTORY, CONT.

| TYPE | SELF YES | SELF NO | FAMILY YES | FAMILY NO | FAMILY MEMBER |
|---|---|---|---|---|---|
| I.e.: Diabetes | ✓ | | ✓ | | Father |
| High Blood Pressure | | ✓ | ✓ | | Both |
| Low Blood Pressure | | ✓ | | ✓ | |
| Emphysema/Asthma | | ✓ | ✓ | | Both |
| Bleeding/Bruising (recent) | | ✓ | | | |
| Diabetes | | ✓ | ✓ | | Both |
| Hypoglycemia (Low Blood Sugar) | | ✓ | | ✓ | |
| Cancer/Tumors/Growths | | ✓ | ✓ | | Grandmother/Lung Ca |
| Active Seizure Disorder | | ✓ | | ✓ | |
| Osteoporosis | | ✓ | | ✓ | |
| Bipolar Disorder | | ✓ | | ✓ | |
| Fractures | | ✓ | | ✓ | |
| Glaucoma | | ✓ | | ✓ | |
| Hiatal Hernia | | ✓ | | ✓ | |
| Insomnia | ✓ | | | ✓ | |
| Light Headedness or Dizziness | ✓ | | | ✓ | |
| Anxiety/Panic Attacks (recent) | ✓ | | | ✓ | |
| Depression (recent) | | | | | |
| Alzheimer's | | ✓ | | ✓ | |
| Nervous Disorder | | ✓ | | ✓ | |
| Chest Pain or Angina | ✓ | | ✓ | | Father |
| Heart Attack | | ✓ | ✓ | | Father |
| Stroke | | ✓ | ✓ | | Aunt |
| Ulcer | ? Stomach | | ✓ | | Father |
| Pace Maker | | ✓ | | | Both |
| Anemia | | ✓ | | ✓ | |
| Liver Disease | | ✓ | | ✓ | |
| Headaches | ✓ | | | ✓ | |
| Low Back Pain | ✓ | | | ✓ | |
| Pain in other areas – please indicate what area | Neck / Glute Hamstring / Hip Flex | | | | |
| Falls (recent) | | ✓ | | | |
| Other | | | | | |

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:                Sex: M    Account No.:
Encounter ID: 153542506    Encounter Date: 07/11/2017
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Back Pain, right hip, right leg pain, right groin pain. Neck pain, occipital pain, shoulder blade pain. |
| History Of Present Illness: | Mr. Richard Triolo is a 42-year-old gentleman who was involved in a motor vehicle collision on 2/21/2017. Patient reports being the seatbelt restrained driver in a 2017 Ford Mustang. Mr. Triolo's vehicle was stopped at a traffic light when he sustained a rear end collision. He reports suffering blunt trauma, he was dazed, and he denies loss of consciousness. He was seen the same day at Baptist South emergency department and underwent CT scan images. |
| | Patient's initial complaints included: mid to lower back pain, constant deep intense ache and tightness in the mid to lower back musculature. The patient also reported having initial neck pain of greater intensity on the right paracervical area, referred to the right parascapular area. |
| | Currently, the patient complains of severe lower back pain referred to the right lower extremity and the right inguinal area. The pain extends down the posterior aspect of the right thigh down to knee level. Lower back pain and right lower extremity pain is rated at 9 – 10/10 on the visual analog score. He denies any radicular symptoms below knee level. |
| | There is constant right paracervical neck pain referred to the right parascapular area. Neck pain is also referred to the occipital area. Aggravating factors include cervical range of motion. The patient denies upper extremity radiculopathy. The neck and parascapular area pain is rated a 9/10 on the visual analog score. |
| | Aggravating factors include: prolonged standing, prolonged sitting, going from sitting to standing position, long car rides, significant night pain which interrupts his sleep frequently, and severe morning pain and stiffness. The patient has undergone chiropractic adjustment therapy which provides minimal and transient relief. Chiropractic adjustments began in February 2017 and continue at two sessions per week. |
| | Imaging studies include MRI scans and plain x-ray series. He has also undergone nerve conduction studies. |
| Interval History: | Mr. Triolo complains of the following symptoms following the motor vehicle collision: fatigue, memory loss, headaches, depression, irritability, difficulty with sleep, |
| Medical History: | No significant past medical history. |
| Surgical History: | Open reduction internal fixation radial/ulnar compound fracture. |
| Family History: | Mother: COPD Father: congestive heart failure, COPD. Paternal grandfather: diabetes, coronary artery disease Paternal grandmother: lung carcinoma |
| Social History: | EtOH: social. Negative illicit drug abuse. Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. Eyes: no diplopia or blurred vision Ears: no tinnitus or vertigo Nose: no epistaxis or rhinorrhea |

Page: 2 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:             Sex: M    Account No.:
Encounter ID: 153542506     Encounter Date: 07/11/2017
Encounter Type: Office Visit

Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea
Respiratory: negative shortness of breath, cough, sputum production
Gastrointestinal: No abdominal pain, hematemesis, or melena
Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain.
Neurological: Denies fainting, blackouts, seizures, paralysis
Endocrine: No excessive thirst or hunger or urination

OBJECTIVE:

Vital Signs:
Height: 74.00 in
Weight: 247.00 lbs
BMI: 31.71
Blood Pressure: 136/77 mmHg
Temperature: 96.00 F
Pulse: 74 beats/min
Resp. Rate: 18

Physical Exam:
Constitutional: Well developed, well nourished individual.
Antalgic gait right side
Ears, Nose, Mouth, and Throat: HEENT wnl
Neck: There were no palpable thyroid masses. Trachea midline
Respiratory: Clear bilaterally to auscultation.
Without wheezing, crepitant rales or ronchi
Cardiovascular: Regular rate and rhythm, No murmurs, rubs or gallops.
Gastrointestinal (Abdomen): Soft, N/D, N/T, +BS, no rebound, masses, guarding, hepatosplenomegaly
Neurological/Psychiatric: A & O x3
Cervical Spine/UE: Positive tenderness of the postero-lateral structures: from C2 – 3 to C 7 – T1 bilaterally,
right side worse than left. Cervical extension elicits occipital neuralgia. Extension also elicits parascapular pain
right side greater than left. Cervical flexion causes pain referred to the upper thoracic midline. Negative
Spurling's test, negative axial compression test.
Thoracic Spine: Thoracic spine midline tenderness T1 through T4, Paraspinal tenderness right side worse than
left. Tenderness along the medial angle of the right scapula. Paracervical and parathoracic muscle spasms
bilaterally.
Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1 bilaterally, right greater than left side.
Extension: 10 – 20° elicits axial lumbar pain referred to the right thigh.
Flexion limited to 80°, it elicits radicular pain right side.
Positive Fortin finger side right side
Lower Extremities: Motor 4/5 flex/ext hip, knee, and ankle dorsiflexion, right side.
Sensory: L4, L5, S1 deficit right side.
DTR: +1/2 patellar and Achilles tendon's, right side.
SLR: positive at 45°, right side.

Imaging:
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolisthesis. Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.

SJIPS000010

Page: 3 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:           Sex: M    Account No.:
Encounter ID: 153542506   Encounter Date: 07/11/2017
Encounter Type: Office Visit

T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:

Diagnosis:          ICD-10 Codes:
                    1)V4949XS; Driver injured in collision with other motor vehic
                    2)M545; Low back pain
                    3)M4696; Arthropathy, lumbar facet joint.
                    4)S134XXS; Sprain of ligaments of cervical spine, sequela
                    5)S161XXS; Strain of muscle, fascia and tendon at neck level,
                    6)M4316; Spondylolisthesis, lumbar region
                    7)M5137; Other intervertebral disc degeneration, lumbosacral region
                    8)M4716; Other spondylosis with myelopathy, lumbar region
                    9)M4806; Spinal stenosis, lumbar region
                    10)M5416; Radiculopathy, lumbar region
                    11)M4307; Spondylolysis, lumbosacral region

PLAN:

Medications:        Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0
                    Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
                    Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0

Care Plan:          1. Recommend proceeding with the lumbar epidural steroid injection to address the chronic inflammatory component to the patient's lumbar pain.
                    2. Consider lumbar prognostic medial branch block prior to a radiofrequency ablation.

_____ Date: 7-11-17

[Provider]: Reynaldo Pardo, MD

SJIPS000011

# ST. JOSEPH INTERⵁENTIONAL PAIN SPEⵁALISTS

## OPERATIVE REPORT

**PATIENT NAME:** Richard Triolo

**DOB:**

**DATE OF PROCEDURE:** 7/11/2017

**PREOPERATIVE DIAGNOSIS:**

- Lumbar Herniated Disc Protrusion
- Lumbar Spinal Stenosis
- Degenerative Disc Disease

**POSTOPERATIVE DIAGNOSIS:** Same.

- Lumbar Epidural Steroid Injection L5 – S1 level, Interlaminar Approach.
- Fluoroscopic needle localization and lumbar epidurogram.

**SURGEON:** Reynaldo Pardo, M.D.

**ANESTHESIA:** Local

**INDICATIONS:** History of motor vehicle collision, right paralumbar pain, right lower extremity radiculopathy. MRI scan reveals L5 spondylosis, spondylolisthesis of L5 on S1, L5 nerve root encroachment, L5 nerve root impingement, multilevel facet joint arthropathy, and herniated disc protrusion at T 12 – L1.

**CONSENT:** The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

**DESCRIPTION OF PROCEDURE:** The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Local anesthesia of the skin and underlying subcutaneous tissue was obtained with buffered 1% lidocaine. Fluoroscopic guidance was used to place a 20-gauge Touhy epidural neddle into the epidural space at the L5 – S1 level using a right paramedian interlaminar approach. Positive loss of resistance was obtained without blood, cerebrospinal fluid or paresthesias.

**RADIOLOGY REPORT:** Injection of 2-ml of Omnipaque revealed an epidurogram with a right side predominance, a cephalad spread to L4 – 5 and a caudad spread to S1. A filling defect was not seen. Lateral view revealed posterior epidural contrast spread.

This was followed by injection of 12-mg of Betamethasone with 3-ml of 0.25% Bupivacaine. The needle was removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, Anerican Board of Anesthesiology, Pain Medicine

2970 HARTLEY ROAD - SUITE 300    JACKSONVILLE, FL 32257    T 904-647-9199  F 904-647-9198

SJIPS000012

1/1





R:dSJHSOT00410

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

## Patient: RICHARD TRIOLO
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0

Tuesday, July 11, 2017 2:41 PM

Page 1 of 1

SJIPS000014

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Triolo_    DATE _7/20/17_

LOCATION OF PAIN
®Neck
upper to middle ® BACK and Lower ® BACK down into
Glut to Lower hamstring, Across ® hip Please

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:  WORSE  (SAME)  SLIGHT  IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _7/20/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000015

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

**PATIENT NAME:** Richard Triolo

**DOB:**

**DATE OF PROCEDURE: 07/20/2017**

**PREOPERATIVE DIAGNOSIS:**

- Lumbar Facet Joint Arthropathy.
- Lumbar Spondylosis.
- Lumbar spondylolisthesis
- history of motor vehicle collision.

**POSTOPERATIVE DIAGNOSIS: Same.**

**OPERATION:**

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), right side.
- Fluoroscopic needle localization.

**SURGEON:** Reynaldo Pardo, M.D.

**ANESTHESIA: Local**

**INDICATIONS:** status post motor vehicle collision, bilateral spondylolysis of L5, foraminal stenosis, nerve root compression, lumbar radiculopathy, lower lumbar facet joint referred pain pattern.

**CONSENT:** The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that understood the above discussion and wished to proceed with the operation.

**DESCRIPTION OF PROCEDURE:** The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles into the following locations:

- At the junction of the superior articular process and the sacral ala, on the right side
- At the junction of the superior articular process and the transverse process of L4, on the right side
- At the junction of the superior articular process and the transverse process of L3, on the right side
- At the junction of the superior articular process and the transverse process of L2, on the right side

**RADIOLOGY REPORT:** Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

SJIPS000016

1/1



Right



RJIPS00017010



Right



Richard Triolo

SJIPS000018

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Truob_    DATE _8/3/17_

LOCATION OF PAIN

_Lower back / Neck_

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   7  (8)  9   10

IS YOUR PAIN DESCRIBED AS:   WORSE  (SAME)  SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _8/3/17_

STAFF WITNESS: DAVID HERRON / TAMMY LEWIS    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:                 Sex: M     Account No.:
Encounter ID: 155095868       Encounter Date: 08/03/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain, right lower extremity pain, right groin pain. |
| History Of Present Illness: | Mr. Triolo is a 42-year-old gentleman with chronic lower back pain, right paramedian lumbar pain, right but l pain, right posterior thigh. The patient underwent a lumbar prognostic medial branch block on the right side at L2, L3, L4, and L5 levels on 7/20/2017. The patient reports no significant relief of his paralumbar and right lower extremity pain on the day of the procedure. He states that the pain is constant, characterized as a deep intense ache with intermittent sharp stabbing pain in the right paralumbar area referred to the posterior lateral aspect of the right thigh. Aggravating factors include prolonged sitting, significant morning pain and stiffness. The patient reports that his pain is at it's worse in the mornings when getting out of bed. It is intermittently referred to the right calf and aggravated with lumbar extension. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Nose: no sneezing or congestion<br>Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea<br>Respiratory: No shortness of breath, PND, or orthopnea<br>Gastrointestinal: No indigestion, heartburn, change in appetite<br>Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 247.00 lbs<br>BMI: 31.71<br>Blood Pressure: 131/79 mmHg<br>Temperature: 97.20 F<br>Pulse: 52 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait. WD/WN<br>Neck: Trachea midline<br>Cardiovascular: No murmurs, rubs or gallops.<br>Gastrointestinal (Abdomen): N/D, N/T, w/o masses<br>Neurological/Psychiatric: A & O x3<br>Cervical Spine/UE: Minimal to moderate posterior lateral structure tenderness right side worse the left. Mild tenderness with right to cervical rotation.<br>Negative Spurling says, negative axial compression test<br>Lumbar Spine: Tenderness: posterolateral structures from mid-lumbar to lumbosacral junction right side worse and left. |

SJIPS000020

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:         Sex: M   Account No.:
Encounter ID: 155095868    Encounter Date: 08/03/2017
Encounter Type: Office Visit

Flexion to 90° elicits right paramedian pain. Lumbar extension at 10° elicits pain.
Positive Fortin finger sign, right side.
Lower Extremities: Slight motor sensory dysfunction: 4/5 flexion extension right hip, 4/5 right knee extension.
Sensory exam 2+ pinprick L1 to S1 dermatomes
DTR +1 right patellar versus +2 left patellar, +2 to Achilles tendon bilaterally.

ASSESSMENT:

Diagnosis:          ICD-10 Codes:
                    1)V4949XS; Driver injured in collision with other motor vehic
                    2)M545; Low back pain
                    3)M4696; Arthropathy, lumbar facet joint.
                    4)S134XXS; Sprain of ligaments of cervical spine, sequela
                    5)S161XXS; Strain of muscle, fascia and tendon at neck level,
                    6)M4316; Spondylolisthesis, lumbar region
                    7)M5137; Other intervertebral disc degeneration, lumbosacral region
                    8)M4716; Other spondylosis with myelopathy, lumbar region
                    9)M4806; Spinal stenosis, lumbar region
                    10)M5416; Radiculopathy, lumbar region

PLAN:

Procedure Notes:    1. Recommend proceeding with transforaminal steroid injection at the right L5 nerve root, to address the severe
                    foraminal stenosis caused by spondylolisthesis at the L5 S1 level.
                    2. Continue current medication therapy. Will consider extended-release opioid medication pending insurance
                    approval.
                    3. If patient's paralumbar and radicular pain persist after transforaminal steroid injection, we will consider
                    referral to the spine surgery service for evaluation and possible surgical decompression and fusion.

Medications:        Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet [Norco] 1, 1;   One tablet PO Q6 hours
                    PRN pain; Qty: 60; Refills: 0
                    Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
                    Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0
                    Tizanidine 4 MG Oral Capsule [Zanaflex] 1, 1;   One tablet PO Q6 hours PRN muscle spasm; Qty: 60; Refills: 0

Date: 8/03/17

[Provider]: Reynaldo Pardo, MD

SJIPS000021

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

---

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0


Thursday, August 03, 2017 12:50 PM

Page 1 of 1

SJIPS000022

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

**PATIENT NAME:** Richard Triolo

**DOB:**

**DATE OF PROCEDURE:** 08/11/2017

**PREOPERATIVE DIAGNOSIS:**

- Lumbar spondylolisthesis
- Lumbar spondylolysis
- Lumbar foraminal stenosis
- Lumbar radiculopathy
- History of motor vehicle collision

**POSTOPERATIVE DIAGNOSIS:** Same.

**OPERATION:**

- Transforaminal steroid injection at L5, right side
- Fluoroscopic needle localization, lumbar nerve root neurogram, epidurogram.

**SURGEON:** Reynaldo Pardo, M.D.

**ANESTHESIA:** Local

**CONSENT:** The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

**DESCRIPTION OF PROCEDURE:** The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L5, on the right side. Under lateral fluoroscopic view, the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. With the C-arm in AP view the needle tip was confirmed to be lateral to the midpedicular line.

**RADIOLOGY REPORT:**

Injection of one mL of Isoview –300 revealed a well delineated neurogram at the right L5 level and corresponding epidurogram.

This was followed by injection of 1.5–mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection. The needle was removed.

The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine



Right

Richard Triolo
SJIPS000024

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Triolo_    DATE _8/31/17_

LOCATION OF PAIN

_Lower, Right Back_

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   7   (8)  9   10

IS YOUR PAIN DESCRIBED AS:    WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  (N)
2) Have you been arrested since your last visit?   Y  (N)
3) Have you received narcotic medication from another physician since your last visit?   Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _8/31/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:            Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date: 08/31/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain. Right leg pain, numbness and tingling. neck pain |
| History Of Present Illness: | Mr. Triolo returns for follow-up visit and postoperative evaluation. He underwent a transforaminal steroid injection at the L5 neural foramina, right side, on 8/11/2017. He reports having increased pain intensity after the procedure. There was worse pain referred to the right lower extremity. A few days later the patient's pain returned to baseline intensity without any period of relief. Pain is described as a constant right paraspinal pain at the lumbosacral junction referred to the right hip area, right groin, and posterior aspect of the right thigh. AGGRAVATING FACTORS: pain with lumbar extension is referred to the right calf. There is significant morning pain and stiffness. Mr. Triolo denies numbness or tingling below knee level. Patient reports minimal and transient relief with hydrocodone. There are no adverse effects with nonnarcotic meds: doxepin, diclofenac, or Zanaflex. |
| Medical History: | No significant past medical history. |
| Surgical History: | Open reduction internal fixation radial/ulnar compound fracture. |
| Family History: | Mother: COPD<br>Father: congestive heart failure, COPD.<br>Paternal grandfather: diabetes, coronary artery disease<br>Paternal grandmother: lung carcinoma |
| Social History: | EtOH: social.<br>Negative illicit drug abuse.<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Eyes: no diplopia or blurred vision<br>Nose: no epistaxis or rhinorrhea<br>Cardiovascular: Denies chest pain or palpitations.<br>Respiratory: No shortness of breath, PND, or orthopnea<br>Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 240.00 lbs<br>BMI: 30.81<br>Blood Pressure: 136/92 mmHg<br>Temperature: 97.40 F |

SJIPS000026

Page: 2 of 3

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date: 08/31/2017
Encounter Type: Office Visit

|  |  |
|---|---|
|  | Pulse: 68 beats/min |
|  | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Antalgic gait |
|  | Neck: Trachea midline |
|  | Respiratory: Clear bilaterally to auscultation |
|  | Cardiovascular: Regular rate and rhythm No murmurs, rubs or gallops. |
|  | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
|  | Cervical Spine/UE: Normal alignment in sagittal and coronal planes. |
|  | None tender to palpation with full range of motion. |
|  | Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1, right side |
|  | Flexion: 80 – 90° |
|  | extension at 10° elicits axial pain, referred to right calf. |
|  | Positive Spurling's test right side. |
|  | Lower Extremities: Motor 4/5 flex/ext hip, knee, and ankle dorsiflexion, right side. |
|  | Sensory: L5, S1 deficit right side. |
|  | Straight leg raise positive at 40° right side. |

Imaging:   MRI SCAN LUMBAR SPINE – 4/04/2017

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:    ICD-10 Codes:
1) V4949XS; Driver injured in collision with other motor vehic
2) M545; Low back pain
3) M4696; Arthropathy, lumbar facet joint.
4) S134XXS; Sprain of ligaments of cervical spine, sequela
5) S161XXS; Strain of muscle, fascia and tendon at neck level,
6) M4316; Spondylolisthesis, lumbar region
7) M5137; Other intervertebral disc degeneration, lumbosacral region
8) M4716; Other spondylosis with myelopathy, lumbar region
9) M4806; Spinal stenosis, lumbar region
10) M5416; Radiculopathy, lumbar region
11) M4307; Spondylolysis, lumbosacral region

SJIPS000027

Page: 3 of 3

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date: 08/31/2017
Encounter Type: Office Visit
PLAN:

Medications:          Arymo ER 30 mg Tab;   One PO Q 12 hours – swallow whole; Qty: 60; Refills: 0
                      Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One PO Q 12 hours; Qty: 60; Refills: 0
                      Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One PO Q HS; Qty: 30; Refills: 0
                      Tizanidine 4 MG Oral Capsule [Zanaflex] 1, 1;   One PO Q6 hours PRN spasm; Qty: 60; Refills: 0

Care Plan:            1. Recommend starting Arymo ER (morphine sulfate extended-release, abuse deterrent) to provide a longer
                      duration of pain relief and minimize the requirements of the immediate release opioid.
                      2. Continue nonnarcotic medication regimen.
                      3. We may consider referral to spine surgery service.

Date: 8-31-17

[Provider]: Reynaldo Pardo, MD

SJIPS000028

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: RICHARD TRIOLO
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0


Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

---

Thursday, August 31, 2017 11:08 AM

Page 1 of 1

SJIPS000029

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Del Triolo_    DATE _10/3/17_

LOCATION OF PAIN

_Lower right Back_

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7   (8)   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y   **N**
2) Have you been arrested since your last visit?  Y   **N**
3) Have you received narcotic medication from another physician since your last visit?  Y   **N**
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y   **N**
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y   **N**
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y   **N**

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _10/3/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000030

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:            Sex: M    Account No.:
Encounter ID: 155581429    Encounter Date: 10/03/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Lower back pain, right leg pain. |
| History Of Present Illness: | The patient returns to clinic and reports persistent lower back pain referred to the right lower extremity. Mr. Triolo reports moderate sustained relief after starting Arymo ER 30 Mg Q 12 Hours. He denies any adverse effects. Symptoms of lumbar radiculopathy, and nerve root compression secondary to spondylolisthesis continue to occur, and are aggravated with increased activity, bending and lifting, prolonged standing, prolong ambulation, prolonged sitting, going from sitting to standing position, and climbing stairs. He reports a moderate improvement in activity with the relief obtained by the extended-release opioid. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea<br>Respiratory: negative shortness of breath, cough, sputum production<br>Gastrointestinal: No abdominal pain, hematemesis, or melena.<br>Denies constipation, diarrhea, or abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 238.00 lbs<br>BMI: 30.55<br>Blood Pressure: 136/92 mmHg<br>Temperature: 97.40 F<br>Pulse: 68 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait<br>Respiratory: Clear to auscultation w/o w/r/r<br>Cardiovascular: S1 and S2 heard. No gallops.<br>Gastrointestinal (Abdomen): N/D, N/T, w/o masses<br>Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1 right paraspinal area.<br>Flexion limited to 75°, elicits radiculopathy.<br>Lumbar extension elicits axial pain to 15°.<br>Lower Extremities: Motor testing is 4/5 right lower extremity.<br>Sensory deficit 1/2 at L5, S1 dermatomes right side.<br>Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017<br>there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. |

SJIPS000031

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M     Account No.:
Encounter ID: 155581429    Encounter Date: 10/03/2017
Encounter Type: Office Visit

T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthrophaty, predominantly on the right side.
L 4–5: facet joint arthrophaty is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:

Diagnosis:          ICD-10 Codes:
                    1)V4949XS; Driver injured in collision with other motor vehic
                    2)M545; Low back pain
                    3)M4696; Arthropathy, lumbar facet joint.
                    4)S134XXS; Sprain of ligaments of cervical spine, sequela
                    5)S161XXS; Strain of muscle, fascia and tendon at neck level,
                    6)M4316; Spondylolisthesis, lumbar region
                    7)M5137; Other intervertebral disc degeneration, lumbosacral region
                    8)M4716; Other spondylosis with myelopathy, lumbar region
                    9)M4806; Spinal stenosis, lumbar region
                    10)M5416; Radiculopathy, lumbar region
                    11)M4307; Spondylolysis, lumbosacral region

PLAN:

Care Plan:          1. Will continue extended-release and to immediate release opioids.
                    2. Will refer Mr. Triolo to the neurosurgical service for evaluation and determination of surgical treatment options.

Date: 10-03-17

[Provider]: Reynaldo Pardo, MD

SJIPS000032

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: RICHARD TRIOLO
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0


Diclofenac sodium 50 mg tablet, delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Tuesday, October 03, 2017 11:28 AM

Page 1 of 2

SJIPS000033

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Throb_ DATE _10/31/17_

LOCATION OF PAIN

_Love (R) Back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1   2   3   4   5   6   (7)(8)   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?   Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _10/31/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS   STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 160617903    Encounter Date: 10/31/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Lower back pain, right leg pain. |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent lower back pain with associated right lower extremity radiculopathy. The patient had an appointment with Dr. Tumbis on 10/20/2017. The patient reports that a lumbar fusion was recommended. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
| | Respiratory: negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena. |
| | Denies constipation, diarrhea, or abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 238.00 lbs |
| | BMI: 30.55 |
| | Blood Pressure: 128/94 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 97.20 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: S1 and S2 heard. No gallops. |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left. |
| | Flexion to 70° elicits concordant pain. |
| | Positive slump test, right side. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1 – 2 disc level: unremarkable. |

SJIPS000035

Page: 2 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB:          Sex: M    Account No.:
Encounter ID: 160617903    Encounter Date: 10/31/2017
Encounter Type: Office Visit

L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
1)V4949XS; Driver injured in collision with other motor vehic
2)M545; Low back pain
3)M4696; Arthropathy, lumbar facet joint.
4)S134XXS; Sprain of ligaments of cervical spine, sequela
5)S161XXS; Strain of muscle, fascia and tendon at neck level,
6)M4316; Spondylolisthesis, lumbar region
7)M5137; Other intervertebral disc degeneration, lumbosacral region
8)M4716; Other spondylosis with myelopathy, lumbar region
9)M4806; Spinal stenosis, lumbar region
10)M5416; Radiculopathy, lumbar region
11)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:

1. We will withhold any spinal interventions prior to lumbar fusion.
2. Continue current medication therapy. Patient should return to clinic in case of any medication adverse effects.

Date: 10-31-17

[Provider]: Reynaldo Pardo, MD

SJIPS000036

### St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: RICHARD TRIOLO
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

Patient ID: 3288
DOB:
Gender: Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.2 Cervicalgia |
| | M54.5 Low back pain |
| | M47.12 Other spondylosis with myelopathy, cervical region |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M43.16 Spondylolisthesis, lumbar region |
| | M43.07 Spondylolysis, lumbosacral region |
| **Medication Prescribed:** | Amitiza 8 mcg capsule |
| | Refill: 0 |

Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Embeda oral 30-1.2 mg capsule,oral only,ext.rel pell
60 Capsule
1 Capsule Every 12 Hours
Refill: 0

Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0

Tuesday, October 31, 2017 11:50 AM

Page 1 of 2

SJIPS000037

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

SJIPS000038

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Trido_     DATE _12/7/17_

**LOCATION OF PAIN**

_Lower Back_

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7   (8   9)   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____  DATE _12/7/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS     STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000039

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:                Sex: M    Account No.:
Encounter ID: 160618387    Encounter Date: 12/07/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, right leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent lower back pain described as a deep intense ache with intermittent sharp pain. The pain score index is 8/10 on the visual analog score. Aggravating factors prolonged standing, prolonged sitting, rainy weather or cold weather. The patient is considering proceeding with minimally invasive lumbar fusion to address the persistent radiculopathy secondary to herniated disc protrusion. This is then discussed with Dr. Tumbis of the orthopedic spinal surgery service. |
| | The patient continues to obtain moderate relief with the use of Arymo ER (morphine sulfate extended release) 30 mg Q 12 hours. The patient denies any adverse effects. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Nose: No epistaxis or rhinorrhea |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 248.00 lbs |
| | BMI: 31.84 |
| | Blood Pressure: 133/87 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 97.30 F |
| | Pulse: 69 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |

SJIPS000040

Page: 2 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:                Sex: M    Account No.:
Encounter ID: 160618387    Encounter Date: 12/07/2017
Encounter Type: Office Visit

|  |  |
|---|---|
|  | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
|  | CERVICAL SPINE: Nontender to palpation. Full range of motion. |
|  | UPPER EXTREMITIES: Motor sensory function: intact. |
|  | LUMBAR SPINE: Tenderness: posterolateral structures L3-4 through L5-S1 right side greater than left. |
|  | Flexion limited to 75°, elicits radiculopathy. |
|  | Lumbar extension elicits axial pain to 15°. |
|  | Slump test: positive. |
|  | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
|  | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
|  | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                    ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:

1. Continue current medication therapy.
2. Patient to undergo minimal invasive lumbar enter vertebral fusion.

_____ Date: 12-07-17

[Provider]: Reynaldo Pardo, MD

SJIPS000041

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: RICHARD TRIOLO

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0

Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Thursday, December 07, 2017 11:51 A

Page 1 of 2

SJIPS000042

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_ DATE _1/4/17_

LOCATION OF PAIN

_Lower Back_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  2  3  4  5  6  7  8  (9)  10

IS YOUR PAIN DESCRIBED AS:  WORSE  SAME  SLIGHT  IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit? Y (N)
2) Have you been arrested since your last visit? Y (N)
3) Have you received narcotic medication from another physician since your last visit? Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit? Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit? Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries? Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____ DATE _1/4/17_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____ STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 160618563    Encounter Date: 01/04/2018
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Low back pain, right leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent low back pain with referred pain to the right lower extremity. Reading factors bending and lifting, prolonged standing, prolonged sitting. There is night pain which interrupts the patient's sleep. There are morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: no significant weight changes<br>Eyes: No diplopia or blurred vision<br>Nose: No epistaxis or rhinorrhea<br>Cardiovascular: Denies chest pain, angina, or palpitations<br>Respiratory: Negative shortness of breath, cough, sputum production<br>Gastrointestinal: Denies constipation, diarrhea, or abdominal pain<br>Genitourinary: Denies dysuria or hematuria. |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 245.00 lbs<br>BMI: 31.45<br>Blood Pressure: 131/87 mmHg<br>B/P Side: Right<br>B/P Position: Sitting<br>Temperature: 97.20 F<br>Pulse: 73 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors<br>Respiratory: Clear to auscultation w/o w/r/r<br>Cardiovascular: S1 and S2 heard. No gallops.<br>Gastrointestinal (Abdomen): Soft, nontender, nondistended<br>CERVICAL SPINE: Nontender to palpation. Full range of motion.<br>UPPER EXTREMITIES: Motor sensory function: intact. |

SJIPS000044

Page: 2 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:               Sex: M     Account No.:
Encounter ID: 160618563     Encounter Date: 01/04/2018
Encounter Type: Office Visit

| | |
|---|---|
| | LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1. |
| | Lumbar flexion elicits right lower extremity referred pain pattern. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. |
| | T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1 – 2 disc level: unremarkable. |
| | L2 – 3: annular bulge encroaches upon foraminal. |
| | L 3–4: mild facet joint arthropathy, predominantly on the right side. |
| | L 4–5: facet joint arthropathy is noted bilaterally. |
| | L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

ASSESSMENT:
Diagnosis:              ICD-10 Codes:
                         1)M545; Low back pain
                         2)M4696; Arthropathy, lumbar facet joint.
                         3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                         4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                         5)M4316; Spondylolisthesis, lumbar region
                         6)M5137; Other intervertebral disc degeneration, lumbosacral region
                         7)M4716; Other spondylosis with myelopathy, lumbar region
                         8)M4806; Spinal stenosis, lumbar region
                         9)M5416; Radiculopathy, lumbar region
                        10)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:              Will continue use of morphine sulfate extended-release through the postoperative pain following lumbar fusion.

Date: 1-04-18

[Provider]: Reynaldo Pardo, MD

SJIPS000045

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0

Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0

Relistor oral 150 mg tablet
30 Tablet
1 Tablet Once Daily
Refill: 0

Thursday, January 04, 2018 12:08 PM

Page 1 of 2

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

SJIPS000047

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Trujillo_          DATE _2/6/18_

LOCATION OF PAIN

_____

_____

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____

_____

_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____          DATE _2/6/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____          STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000048

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M   Account No.:
Encounter ID: 160618817   Encounter Date: 02/06/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Neck pain, headaches, shoulder blade pain, low back pain, right leg pain." |
| History Of Present Illness: | Mr. Triolo returns to clinic for follow-up visit. He is status post motor vehicle collision on 2/21/2017. His injury was a result of a rear end collision. The patient has complained mainly of lower back pain across the lumbosacral area with associated right lower extremity radiculopathy. He states that since his accident the and moderate neck pain associated with occipital neuralgia and suprascapular pain bilaterally, right side greater than left. The pain is rated a 4 to 6/10 on the visual analog score as compared to a 8 to 9/10 in the lumbosacral area. Cervical axial pain aggravating factors include cervical rotation bilaterally and over the shoulder work. |

The lower back pain is described as a deep intense ache, with sharp, throbbing pain referred to the right lower extremity. The patient complains of numbness, tingling, and burning sensation in the right calf and foot. Aggravating factors include lumbar extension, flexion, prolonged sitting, standing, supine position. The patient is scheduled to undergo minimally invasive enter vertebral lumbar fusion by Dr. Raymond Topp.

| | |
|---|---|
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: Denies abdominal pain, nausea, or vomiting. |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 130/85 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 97.00 F |
| | Pulse: 65 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait to the right. |

SJIPS000049

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:              Sex: M    Account No.:
Encounter ID: 160618817    Encounter Date: 02/06/2018
Encounter Type: Office Visit

Respiratory: Clear to auscultation w/o w/r/r
Cardiovascular: Regular rate and rhythm
Gastrointestinal (Abdomen): Soft, nontender, nondistended
CERVICAL SPINE: Nontender to palpation. Full range of motion.
UPPER EXTREMITIES: Motor sensory function: intact.
LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1.
Lumbar flexion elicits right lower extremity referred pain pattern.
Positive slump test, right side greater than left.
LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity.
Sensory deficit 1/2 at L5, S1 dermatomes right side.
Positive straight leg raise at 45° right lower extremity.

Imaging:           MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal
canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:         ICD-10 Codes:
                   1) M545; Low back pain
                   2) M4696; Arthropathy, lumbar facet joint.
                   3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                   4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                   5) M4316; Spondylolisthesis, lumbar region
                   6) M5137; Other intervertebral disc degeneration, lumbosacral region
                   7) M4716; Other spondylosis with myelopathy, lumbar region
                   8) M4806; Spinal stenosis, lumbar region
                   9) M5416; Radiculopathy, lumbar region
                   10) M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:

1. Patient will undergo minimally invasive enter vertebral lumbar fusion. We will consider addressing the axial
cervicalgia after the patient recovers from his upcoming lumbar operation.
2. Continue current opioid and non-opioid medications therapy.

Date: 2-06-18

[Provider]: Reynaldo Pardo, MD

SJIPS000050

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

## Patient: **RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

## Encounter Summary

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.2 Cervicalgia |
| | M54.5 Low back pain |
| | M47.12 Other spondylosis with myelopathy, cervical region |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M43.16 Spondylolisthesis, lumbar region |
| | M43.07 Spondylolysis, lumbosacral region |
| **Medication Prescribed:** | Arymo ER 30 mg tablet, extended release |
| | 60 Tablet |
| | 1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve) |
| | Refill: 0 |
| | |
| | Diclofenac sodium 50 mg tablet,delayed release |
| | 60 Tablet |
| | 1 Tablet Twice a Day |
| | Refill: 0 |
| | |
| | Doxepin 50 mg capsule |
| | 30 Capsule |
| | 1 Capsule Every Evening at Sleep Time |
| | Refill: 0 |
| | |
| | Norco 10 mg-325 mg tablet |
| | 60 Tablet |
| | 1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours |
| | Refill: 0 |
| | |
| | Relistor oral 150 mg tablet |
| | 30 Tablet |
| | 1 Tablet Once Daily |
| | Refill: 0 |

Tuesday, February 06, 2018 11:21 AM

Page 1 of 2

SJIPS000051

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Tpuel_    DATE _2/6/18_

LOCATION OF PAIN

_Lower Brell_

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   7   (8)  9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  (N)
2) Have you been arrested since your last visit?   Y  (N)
3) Have you received narcotic medication from another physician since your last visit?   Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _2/6/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 161059297    Encounter Date: 03/06/2018
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Pt. complains of low back pain. |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent, intense, low back pain, 8 to 9/10 on the VAS, aggravated by sitting, standing, supine position. The pain is worse on the right paralumbar and parasacral area. It is referred to the right inguinal area, right buttock area, the posterior aspect of the right eye, and the right calf. There are radicular symptoms of numbness and tingling extending to the right foot. MRI scan is remarkable for L5 S1 herniated disc protrusion and nerve root impingement. The patient is scheduled to undergo and enter vertebral a lumbar fusion on 3/22/2018 by Dr. Topp.<br>The patient denies any adverse effects from the opioid and non-opioid medications. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever, no chills, denies fatigue<br>Cardiovascular: No chest pain or palpitations<br>Respiratory: Negative for dyspnea<br>Gastrointestinal: Denies constipation, diarrhea, or abdominal pain<br>Genitourinary: Denies dysuria or hematuria. No scrotal or testicular pain |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 245.00 lbs<br>BMI: 31.45<br>Blood Pressure: 138/89 mmHg<br>B/P Side: Left<br>B/P Position: Sitting<br>Temperature: 97.60 F<br>Pulse: 65 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait, right side.<br>Respiratory: Clear bilaterally to auscultation, Without wheezing, crepitant rales or ronchi.<br>Cardiovascular: Regular rate and rhythm<br>Gastrointestinal (Abdomen): Soft, nontender, nondistended |

SJIPS000053

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB:          Sex: M    Account No.:
Encounter ID: 161059297   Encounter Date: 03/06/2018
Encounter Type: Office Visit

Neurological/Psychiatric: A & O x 3
CERVICAL SPINE: Posterolateral structure tenderness.
Limited ROM to flexion, rotation, and lateral tilt .
UPPER EXTREMITIES: Motor sensory function: intact.
LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1.
Lumbar flexion elicits right lower extremity referred pain pattern.
Positive slump test, right side greater than left.
LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity.
Sensory deficit 1/2 at L5, S1 dermatomes right side.
Positive straight leg raise at 45° right lower extremity.

Imaging:          MRI SCAN LUMBAR SPINE – 4/04/2017

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:          ICD-10 Codes:
                    1)M545; Low back pain
                    2)M4696; Arthropathy, lumbar facet joint.
                    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                    5)M4316; Spondylolisthesis, lumbar region
                    6)M5137; Other intervertebral disc degeneration, lumbosacral region
                    7)M4716; Other spondylosis with myelopathy, lumbar region
                    8)M4806; Spinal stenosis, lumbar region
                    9)M5416; Radiculopathy, lumbar region
                    10)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:          1. We will assess the patient's postoperative pain and adjust opioid analgesics accordingly.

Date: 3-06-18

[Provider]: Reynaldo Pardo, MD

SJIPS000054

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: **RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID: 3288**

**DOB:**

**Gender: Male**

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0


Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0


Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0

Tuesday, March 06, 2018 11:36 AM

Page 1 of 2

SJIPS000055

Relistor oral 150 mg tablet
30 Tablet
1 Tablet Once Daily
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

SJIPS000056

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Traub_                DATE _4/5/18_

LOCATION OF PAIN

_____

_____

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7   8   ⑨   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____

_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____        DATE _4/5/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS            STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300                          Phone: (904) 647-9199
Jacksonville, FL 32257                            Fax: (904) 647-9198

SJIPS000057

Page: 1 of 3

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:            Sex: M    Account No.:
Encounter ID: 162268611    Encounter Date: 04/05/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in my low back with radiating pain going down to my left leg to the bottom of my calf." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Mr. Triolo underwent PLIF on 3/22/2018. She reports near-complete relief of his right paralumbar pain and lower extremity pain. However, he reports the onset of left paralumbar, left parasacral, and left lower extremity pain following the procedure. The pain is aggravated by prolonged sitting, standing, going from sitting to standing position. There is moderate relief with the use of Arymo ER. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | No fever, no chills, denies fatigue |
| | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
| | No chest pain or palpitations |
| | Respiratory: negative shortness of breath, cough, sputum production |
| | Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Denies dysuria or hematuria. No scrotal or testicular pain |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis. Numbness and tingling in left toe. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 252.00 lbs |
| | BMI: 32.35 |
| | Blood Pressure: 130/79 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 78 beats/min |

Page: 2 of 3

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 162268611    Encounter Date: 04/05/2018
Encounter Type: Office Visit

|  |  |
|---|---|
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait, right side. |
| | Respiratory: Clear bilaterally to auscultation, Without wheezing, crepitant rales or ronchi. |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: A & O x 3 |
| | CERVICAL SPINE: Posterolateral structure tenderness. |
| | Limited ROM to flexion, rotation, and lateral tilt . |
| | UPPER EXTREMITIES: Motor sensory function: intact. |
| | LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1. |
| | Lumbar flexion elicits right lower extremity referred pain pattern. |
| | Positive slump test, right side greater than left. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. |
| | T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1 – 2 disc level: unremarkable. |
| | L2 – 3: annular bulge encroaches upon foraminal. |
| | L 3–4: mild facet joint arthropathy, predominantly on the right side. |
| | L 4–5: facet joint arthropathy is noted bilaterally. |
| | L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

ASSESSMENT:
Diagnosis:          ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:          1. The patient should return to clinic in two weeks to assess the new onset postoperative left para lumbar pain.

SJIPS000059

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 162268611    Encounter Date: 04/05/2018
Encounter Type: Office Visit

    2. Continue current opioid and non-opioid medication therapy.
    3. Patient should participate in postoperative rehabilitation therapy.

Date: 4-05-18

[Provider]: Reynaldo Pardo, MD

SJIPS000060

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**

**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0


Relistor oral 150 mg tablet
30 Tablet
1 Tablet Once Daily
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Thursday, April 05, 2018 10:53 AM

Page 1 of 1

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Tring_          DATE _05-03-18_

LOCATION OF PAIN

_LEFT Lower BACK_
_- LEFT Lower back pain post P.L.F_

RATE THE PAIN SINCE YOUR LAST VISIT: 1   2   3   4   5   6   (7)   8   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y   (N)
2) Have you been arrested since your last visit?   Y   (N)
3) Have you received narcotic medication from another physician since your last visit?   Y   (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y   (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y   (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y   (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____          DATE _5/3/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS.          STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000062

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:                    Sex: M     Account No.:
Encounter ID: 189449625     Encounter Date: 05/03/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient underwent PLIF at L5-S1 on 3/22/2018 to treat an L5-S1 herniated disc protrusion and L5 pars defect caused by injuries sustained in a motor vehicle collision on 2/21/2017. The patient reports significant improvement of his right paralumbar pain and right lower extremity radiculopathy. However, the patient complains of left paralumbar and left lumbar radiculopathy following the operation. The pain is described as a deep intense ache in the left paralumbar area referred to the anterior aspect of the left hip, referred to the left buttock area, and radicular symptoms of numbness and tingling in the posterior aspect of the left thigh, left calf, and left foot. |
| | There is moderate and transient relief with the use of Arymo ER. Patient denies any adverse effects. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: No shortness of breath, PND, or orthopnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 238.00 lbs |
| | BMI: 30.55 |
| | Blood Pressure: 129/72 mmHg |
| | Temperature: 97.80 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Slight tenderness of the posterolateral structures. |

SJIPS000063

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:           Sex: M   Account No.:
Encounter ID: 189449625   Encounter Date: 05/03/2018
Encounter Type: Office Visit

Full range of motion.
**LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:       MRI SCAN LUMBAR SPINE – 4/04/2017

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:      ICD-10 Codes:
                1)M545; Low back pain
                2)M4696; Arthropathy, lumbar facet joint.
                3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                5)M4316; Spondylolisthesis, lumbar region
                6)M5137; Other intervertebral disc degeneration, lumbosacral region
                7)M4716; Other spondylosis with myelopathy, lumbar region
                8)M4806; Spinal stenosis, lumbar region
                9)M5416; Radiculopathy, lumbar region
                10)M4307; Spondylolysis, lumbosacral region
                11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:      1. Recommend evaluation by Dr. Topp, to determine possible postoperative radiculitis, possibly secondary to dural retraction following PLIF, vs facet joint arthropathy.
                2. Continue current opioid and non-opioid medication therapy.
                3. Consider lumbar Prognostic Medial Branch Nerve Block to assess the degree of pain generated at the facet joints.

Date: 5-03-18

[Provider]: Reynaldo Pardo, MD

SJIPS000064

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID: 3288**
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**    ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**    Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Thursday, May 03, 2018 10:50 AM    Page 1 of 1

SJIPS000065

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Treids_    DATE _6/1/18_

LOCATION OF PAIN

_Left Lower back    post Surgery_

RATE THE PAIN SINCE YOUR LAST VISIT:    1    2    3    4    5    6    7    8    (9)    10

IS YOUR PAIN DESCRIBED AS:    WORSE    (SAME)    SLIGHT IMPROVEMENT    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?    Y    (N)
2) Have you been arrested since your last visit?    Y    (N)
3) Have you received narcotic medication from another physician since your last visit?    Y    (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?    Y    (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?    Y    (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?    Y    (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _6/1/18_

STAFF WITNESS: DAVID HERRON, TAMMY LEWIS    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 164608951    Encounter Date: 06/01/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in the left side of my back that radiates down to my glute to my left leg." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. He complains of persistent lower back pain on the left para lumbar area following lumbar fusion. The pain is described as a deep intense ache, constant, increasing in intensity with increased activity. There is referred pain pattern to the left hip, left buttock, and numbness and tingling to the left thigh, calf and foot. |
| | Patient denies adverse effects from the use of opioid and non-opioid medications. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 237.00 lbs |
| | BMI: 30.43 |
| | Blood Pressure: 146/87 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 67 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |

SJIPS000067

Page: 2 of 2

### ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467         DOB:              Sex: M    Account No.:
Encounter ID: 164608951      Encounter Date: 06/01/2018
Encounter Type: Office Visit

|  | |
|---|---|
| | **CERVICAL SPINE:** Nontender to palpation |
| | **LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | **LOWER EXTREMITIES:** Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | **MRI SCAN LUMBAR SPINE – 4/04/2017** |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:                  ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:                  1. Recommend proceeding with a transforaminal steroid injection targeting the L5 nerve root, left side, to
address the persistent lumbar radicular symptoms following lumbar fusion.

Date: 6-01-18

[Provider]: Reynaldo Pardo, MD

SJIPS000068

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

**Encounter Summary**

**Diagnosis:**    ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**    Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Methylprednisolone 4 mg tablets in a dose pack
21 tabs/pk
1 Pack
1 Pack As directed (Follow Package insert)
Refill: 0


Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)

---

Friday, June 01, 2018 11:20 AM

Page 1 of 2

SJIPS000069

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trido_     DATE _6/29/18_

LOCATION OF PAIN

_Left Lower Back_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:  WORSE  SAME  SLIGHT IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _6/29/18_

STAFF WITNESS: DAVID HERRON, TAMMY LEWIS     STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300              Phone: (904) 647-9199
Jacksonville, FL 32257                Fax: (904) 647-9198

SJIPS000070

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 165891398    Encounter Date: 06/29/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left buttock, hip, and leg pain." |
| History Of Present Illness: | Mr. Triolo returns to clinic and complains of persistent lower back pain, left side, associated with lumbar radiculopathy, left lower extremity. Symptoms are aggravated with prolonged standing, bending and lifting, long car rides. He denies any pain, numbness, or tingling in the right paralumbar area or right lower extremity. Pain score index: 8/10 on the Visual Analog Score (VAS). |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |
| | Musculoskeletal: Joint pains or stiffness |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 143/88 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 79 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN, antalgic gait. |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Left para lumbar tenderness with increasing intensity at the lumbosacral junction. Pain elicited with lumbar flexion, and extension. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

Page: 2 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:              Sex: M    Account No.:
Encounter ID: 165891398    Encounter Date: 06/29/2018
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**           ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**           1. Patient has agreed to proceed with a L5 transforaminal steroid injection on the left side to address the left lower extremity radiculopathy.
2. Continue chiropractic adjustment therapy. Continue current medication therapy.

Date: 06-29-18

[Provider]: Reynaldo Pardo, MD

SJIPS000072

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

---

Friday, June 29, 2018 10:47 AM

Page 1 of 1

SJIPS000073

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triol_     DATE _7/5/18_

LOCATION OF PAIN

_Lower Left Back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1    2    3    4    5    6    7   (8)   9    10

IS YOUR PAIN DESCRIBED AS:    WORSE    SAME    SLIGHT IMPROVEMENT    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  (N)
2) Have you been arrested since your last visit?   Y  (N)
3) Have you received narcotic medication from another physician since your last visit?   Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _7/5/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____     STAFF SIGNATURE:_____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000074

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467         DOB:              Sex: M    Account No.:
Encounter ID: 189461943      Encounter Date: 07/05/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in the left side of my back that radiates down to my glute to my left leg." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. There is persistent lumbosacral pain, left side, with radicular symptoms the left lower extremity. 7 to 8/10 on the VAS. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 129/82 mmHg |
| | Temperature: 97.70 F |
| | Pulse: 83 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 189461943    Encounter Date: 07/05/2018
Encounter Type: Office Visit

**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:    MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:    ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:    The history and physical examination are consistent with lumbar radiculopathy. We will proceed with the scheduled transforaminal steroid injection at L5 to address the inflammatory component of the patient's disease process.

07-05-18

_____ Date: _____

[Provider]: Reynaldo Pardo, MD

SJIPS000076

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 7/05/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Postlaminectomy and Fusion Syndrome
- Lumbar Radiculopathy
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Transforaminal steroid injection at L5, left.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

INDICATIONS:

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L5 on the left side. Under lateral fluoroscopic view the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. Appropiate and safe needle tip placement lateral to the midpedicular line was verified with the C-arm in AP view.

RADIOLOGY REPORT:
Injection of 1-mL of Omnipaque-300 revealed a well delineated neurogram at the L5 level, and a corresponding epidurogram.
This was followed by injection of 1.5-mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection.
The needle was removed.
The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

2970 HARTLEY ROAD,   SUITE 300,   JACKSONVILLE, FL     T (904)647-9199   F (904)647-9198

SJIPS000077

1/2



Left



Richard Triolo
07-05-18

SJIPS000078



Left

Richard Triolo
07-05-18

SJIPS000079

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Tarb_ DATE _7/24/18_

LOCATION OF PAIN

_Lower Left Back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit? Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _7/24/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____   STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300                          Phone: (904) 647-9199
Jacksonville, FL 32257                            Fax: (904) 647-9198

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 168433056    Encounter Date: 07/24/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. The patient underwent transforaminal steroid injection on 7/05/2018, targeting the L5 nerve root on the left side. The patient reports having near-complete relief for two days after which the pain recurred and returned to baseline intensity. The pain is left para lumbar and location and referred to the left buttock, hip, left posterior thigh. It is aggravated with lumbar flexion and extension. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 76.00 in |
| | Weight: 239.00 lbs |
| | BMI: 29.09 |
| | Blood Pressure: 136/82 mmHg |
| | B/P Side: Left |
| | B/P Position: Laying |
| | Temperature: 98.60 F |
| | Pulse: 67 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |

SJIPS000081

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB          Sex: M   Account No.:
Encounter ID: 168433056   Encounter Date: 07/24/2018
Encounter Type: Office Visit

LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right.
Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral
areas.
Negative Fortin finger sign.
LOWER EXTREMITIES: Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal
narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:
ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:
1. Recommend proceeding with a lumbar Prognostic Medial Branch Nerve Block to assess the degree of
facetogenic pain prior to consider Radiofrequency Ablation.

Date: 07-24-18

[Provider]: Reynaldo Pardo, MD

SJIPS000082

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 30 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Tuesday, July 24, 2018 12:02 PM

Page 1 of 1

SJIPS000083

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

## Patient: RICHARD TRIOLO

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Wednesday, August 01, 2018 1:22 PM

Page 1 of 1

SJIPS000084

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trob_     DATE _8/29/18_

LOCATION OF PAIN
_Left Lower back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1   2   3   4   5   6   7   (8)   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  (N)
2) Have you been arrested since your last visit?   Y  (N)
3) Have you received narcotic medication from another physician since your last visit?   Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____
_____
_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _8/29/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____   STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189463614    Encounter Date: 08/29/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | Mr. Triolo has persistent's lower back pain, 8 to 9/10 on the visual analog score, described as a deep ache aggravated by prolonged standing. The patient states that the pain is worse in the morning when getting our bed. Other aggravating factors include going from sitting to standing position, long car rides. The pain is referred to the left calf. He denies numbness, tingling, or subjective weakness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 72.00 in |
| | Weight: 240.00 lbs |
| | BMI: 32.55 |
| | Blood Pressure: 137/80 mmHg |
| | Temperature: 98.10 F |
| | Pulse: 70 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |

SJIPS000086

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:            Sex: M    Account No.:
Encounter ID: 189463614    Encounter Date: 08/29/2018
Encounter Type: Office Visit

|  |  |
|---|---|
| Imaging: | Negative Fortin finger sign.<br>**LOWER EXTREMITIES:** Motor function: 5/5 throughout<br>Sensory function: 1/2 at L2, and L3 dermatomes, left side.<br>MRI SCAN LUMBAR SPINE – 4/04/2017<br>there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.<br>T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.<br>L1–2 disc level: unremarkable.<br>L2–3: annular bulge encroaches upon foraminal.<br>L3–4: mild facet joint arthropathy, predominantly on the right side.<br>L4–5: facet joint arthropathy is noted bilaterally.<br>L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

**ASSESSMENT:**
Diagnosis:                 ICD-10 Codes:
                              1)M545; Low back pain
                              2)M4696; Arthropathy, lumbar facet joint.
                              3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                              4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                              5)M4316; Spondylolisthesis, lumbar region
                              6)M5137; Other intervertebral disc degeneration, lumbosacral region
                              7)M4716; Other spondylosis with myelopathy, lumbar region
                              8)M4806; Spinal stenosis, lumbar region
                              9)M5416; Radiculopathy, lumbar region
                              10)M4307; Spondylolysis, lumbosacral region
                              11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:                 1 Continue current medication therapy.
                              2. Patient to be evaluated by Dr. Tumbis to address postoperative pain.
                              3. Symptoms consistent with lumbar facet arthropathy, therefore, would consider lumbar Prognostic Medial Branch Nerve Block.

Date: 8-29-18

[Provider]: Reynaldo Pardo, MD

SJIPS000087

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

## Patient: **RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

X

## Encounter Summary

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.2 Cervicalgia |
| | M54.5 Low back pain |
| | M47.12 Other spondylosis with myelopathy, cervical region |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M43.16 Spondylolisthesis, lumbar region |
| | M43.07 Spondylolysis, lumbosacral region |
| **Medication Prescribed:** | Arymo ER 30 mg tablet, extended release |
| | 60 Tablet |
| | 1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve) |
| | Refill: 0 |
| | Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain. |
| | |
| | Doxepin 50 mg capsule |
| | 30 Capsule |
| | 1 Capsule Every Evening at Sleep Time |
| | Refill: 0 |
| | |
| | Percocet 10 mg-325 mg tablet |
| | 60 Tablet |
| | 1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours) |
| | Refill: 0 |
| | Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain. |
| | |
| | Zanaflex 4 mg tablet |
| | 60 Tablet |
| | 1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours) |
| | Refill: 0 |

Wednesday, August 29, 2018 12:25 P

Page 1 of 1

SJIPS000088

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Trag_     DATE _9/27/18_

LOCATION OF PAIN

_Left lower back down to calf + across hip flex_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  2  3  4  5  6  7  8  (9)  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  (N)
2) Have you been arrested since your last visit?   Y  (N)
3) Have you received narcotic medication from another physician since your last visit?   Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _9/27/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS     STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:              Sex: M    Account No.:
Encounter ID: 169674562    Encounter Date: 09/27/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Patient underwent PLIF at the L5 S1 level on 3/22/2018. He complains of persistent lower back pain which is constant, daily, described as a sharp, achy, burning pain that extends only to the left leg. He complains of burning sensation down to calf level on the left side. The patient reports undergoing lumbar epidural steroid injection on 9/13/2018. He denies any significant relief. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 242.00 lbs |
| | BMI: 31.07 |
| | Blood Pressure: 136/85 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.70 F |
| | Pulse: 73 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. |

SJIPS000090

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 169674562    Encounter Date: 09/27/2018
Encounter Type: Office Visit

|  |  |
|---|---|
|  | Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
|  | Negative Fortin finger sign. |
|  | LOWER EXTREMITIES: Motor function: 5/5 throughout |
|  | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
|  | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

Imaging:          MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:        ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:        1. We recommend proceeding with a prognostic medial branch block to assess the degree of facet joint pain. Patient has agreed to proceed.

Date: 09-27-18

[Provider]: Reynaldo Pardo, MD

SJIPS000091

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**                          **Patient ID:** 3288

1933 ECLIPSE DRIVE, Middleburg, FL, 32068            **DOB:**

                                                     **Gender:** Male

**Preferred Pharmacies:**

**Allergies:**

---

## Encounter Summary

**Diagnosis:**         ICD9 List
                       M54.2 Cervicalgia
                       M54.5 Low back pain
                       M47.12 Other spondylosis with myelopathy, cervical region
                       M47.26 Other spondylosis with radiculopathy, lumbar region
                       M43.16 Spondylolisthesis, lumbar region
                       M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**   Arymo ER 60 mg tablet, extended release
                       60 Tablet
                       1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
                       Refill: 0
                       Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

                       Doxepin 50 mg capsule
                       30 Capsule
                       1 Capsule Every Evening at Sleep Time
                       Refill: 0

                       Percocet 10 mg-325 mg tablet
                       70 Tablet
                       1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
                       Refill: 0
                       Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

                       Zanaflex 4 mg tablet
                       60 Tablet
                       1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
                       Refill: 0

Thursday, September 27, 2018 11:59 A                            Page 1 of 1

SJIPS000092

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trib_          DATE _10/16/18_

LOCATION OF PAIN

_Lower Lift Back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  (8) 9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y N
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _10/14/18_

STAFF WITNESS: DAVID HERRON/(TAMMY LEWIS)    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189464154    Encounter Date: 10/17/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient has suffered from left para lumbar and left parasacral pain referred to the left lower extremity following PLIF at L5 – S1. He complains of persistent lower back pain and he is scheduled to undergo lumbar p PMBB. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 135/89 mmHg |
| | Temperature: 97.80 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |

SJIPS000094

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 189464154    Encounter Date: 10/17/2018
Encounter Type: Office Visit

L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                The history and physical examination are consistent with lumbar facet arthropathy. We will proceed with the scheduled PMBB.

_____  Date: _____    10-17-18

[Provider]: Reynaldo Pardo, MD

SJIPS000095

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME:  Richard Triolo

DOB:

DATE OF PROCEDURE: 10/17/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), left side
- Fluoroscopic needle localization

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles into the following locations:

- At the junction of the superior articular process and the sacral ala, on the left side
- At the junction of the superior articular process and the transverse process of L4, on the left side
- At the junction of the superior articular process and the transverse process of L3, on the left side
- At the junction of the superior articular process and the transverse process of L2, on the left side

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well, without complications, and was discharged in stable condition.

_____

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

2970 HARTLEY RD,   SUITE 300,   JACKSONVILLE, FL    T (904)647-9199    F(904)647-9198

SJIPS000096



Left



Richard Triolo

SJPS000097



Left



Richard Triolo

SJIPS000098

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rvhed Tproto_     DATE _10/23/18_

LOCATION OF PAIN

_____

_____

RATE THE PAIN SINCE YOUR LAST VISIT: 1   2   3   4   5   6   7   ⑧   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit? Y (N)
2) Have you been arrested since your last visit? Y (N)
3) Have you received narcotic medication from another physician since your last visit? Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit? Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit? Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries? Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____

_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _10/25/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____    STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300                      Phone: (904) 647-9199
Jacksonville, FL 32257                       Fax: (904) 647-9198

SJIPS000099

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 170951718     Encounter Date: 10/25/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. Mr. Triolo underwent PLIF on 3/22/2018 and develop left paralumbar and parasacral pain referred to the left buttock and thigh. He underwent a lumbar PMBB, left side, on 10/17/2018. He reports complete relief of his lumbar axial pain for the rest of that procedure day. The symptoms recurred. He is here to undergo a second prognostic medial branch block. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 131/88 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 98.00 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000100

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 170951718    Encounter Date: 10/25/2018
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                ICD-10 Codes:
                1)M545; Low back pain
                2)M4696; Arthropathy, lumbar facet joint.
                3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                5)M4316; Spondylolisthesis, lumbar region
                6)M5137; Other intervertebral disc degeneration, lumbosacral region
                7)M4716; Other spondylosis with myelopathy, lumbar region
                8)M4806; Spinal stenosis, lumbar region
                9)M5416; Radiculopathy, lumbar region
                10)M4307; Spondylolysis, lumbosacral region
                11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                1. We will proceed with a second lumbar Prognostic Medial Branch Nerve Block on the left side to confirm the facetogenic nature of the patient's lumbar axial pain prior to undergoing radiofrequency ablation.

Date: 10-25-18

[Provider]: Reynaldo Pardo, MD

SJIPS000101

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 10/25/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), on the left side
- Fluoroscopic needle localization

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles into the following locations:

- At the junction of the superior articular process and the sacral ala, on the left side
- At the junction of the superior articular process and the transverse process of L4, on the left side
- At the junction of the superior articular process and the transverse process of L3, on the left side
- At the junction of the superior articular process and the transverse process of L2, on the left side

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well, without complications, and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

2970 HARTLEY RD,   SUITE 300,   JACKSONVILLE, FL     T (904)647-9199     F(904)647-9198

SJIPS000102



Left



Richard Triolo

SJHP9000405



Left



Richard Triolo
10 25-18

SJIPS000104

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**                    **Patient ID:** 3288
1933 ECLIPSE DRIVE, Middleburg, FL, 32068                **DOB:**
                                                  **Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**          ICD9 List
                        M54.2 Cervicalgia
                        M54.5 Low back pain
                        M47.12 Other spondylosis with myelopathy, cervical region
                        M47.26 Other spondylosis with radiculopathy, lumbar region
                        M43.16 Spondylolisthesis, lumbar region
                        M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**  Arymo ER 60 mg tablet, extended release
                        60 Tablet
                        1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
                        Refill: 0
                        Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

                        Doxepin 50 mg capsule
                        30 Capsule
                        1 Capsule Every Evening at Sleep Time
                        Refill: 0

                        Percocet 10 mg-325 mg tablet
                        70 Tablet
                        1 Tablet Every 4-6 Hours as needed for pain; (May use 1-2 Tablets); (May use every 4-6 Hours)
                        Refill: 0
                        Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

                        Zanaflex 4 mg tablet
                        60 Tablet
                        1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
                        Refill: 0

Thursday, October 25, 2018 12:11 PM                    Page 1 of 1

SJIPS000105

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 189464904    Encounter Date: 11/08/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient underwent positive Lumbar PMBB on 10/17/18 and 10/25/18. He reports obtaining near-complete relief on both procedure days. The pain recurred back to baseline intensity. The patient is here to undergo radiofrequency ablation. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 239.00 lbs |
| | BMI: 30.68 |
| | Blood Pressure: 134/86 mmHg |
| | Temperature: 97.50 F |
| | Pulse: 74 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |

SJIPS000106

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189464904     Encounter Date: 11/08/2018
Encounter Type: Office Visit

L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:                  ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:                  We will proceed with the scheduled medial branch nerve radiofrequency ablation at L2, L3, L4, and L5, left side
to offer long-term relief of the patient's axial lumbar pain.

Date: 11-08-18

[Provider]: Reynaldo Pardo, MD

SJIPS000107

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 11/08/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

SJIPS000108



Left



Richard Triolo

11 - 8 - 18

SJIPS000109





Richard Triblo
11-8-18

SJIPS000110





Richard Triolo

11 - SJIR 8000111





Richard Triolo

11-8-18

SJIPS000112

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 60 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

MorphaBond ER 60 mg tablet, crush resistant, extended release
60 Tablet
1 Tablet Every 12 Hours
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Relistor oral 150 mg tablet
30 Tablet
1 Tablet Once Daily
Refill: 0

Thursday, November 08, 2018 11:30 A

Page 1 of 1

SJIPS000113

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: **RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

---

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.2 Cervicalgia |
| | M54.5 Low back pain |
| | M47.12 Other spondylosis with myelopathy, cervical region |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M43.16 Spondylolisthesis, lumbar region |
| | M43.07 Spondylolysis, lumbosacral region |
| **Medication Prescribed:** | Relistor oral 150 mg tablet |
| | 30 Tablet |
| | 1 Tablet Once Daily |
| | Refill: 0 |
| | |
| | Xtampza ER 27 mg capsule sprinkle |
| | 60 Capsule |
| | 1 Capsule Every 12 Hours Take with food. Swallow whole or may sprinkle |
| | Refill: 0 |

Thursday, November 08, 2018 3:18 P

Page 1 of 1

SJIPS000114

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288
**DOB:**
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Arymo ER 60 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours - Swallow whole (Do not crush, chew or dissolve)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

MS Contin 60 mg tablet, extended release
60 Tablet
1 Tablet Every 12 Hours (Swallow whole)
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Monday, November 12, 2018 1:17 PM

Page 1 of 1

SJIPS000115

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Teisdo_ DATE _11/27/18_

LOCATION OF PAIN

_____

_____

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____

_____

_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _11/27/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS   STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 172331677     Encounter Date: 11/27/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have less low back pain since the last procedure" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. The patient underwent lumbar RF Ablation, left side, on 11/08/2018. The patient reports significant relief of his left para lumbar and parasacral pain, with relief of the radicular symptoms to the left side. There is improved range of motion and less aggravating factors as prior to procedure. The patient complains of slight right lumbar pain. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 143/99 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.70 F |
| | Pulse: 90 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |

SJIPS000117

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 172331677    Encounter Date: 11/27/2018
Encounter Type: Office Visit

LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right.
Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
LOWER EXTREMITIES: Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:    MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal
narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:    ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:    1. Continue current present management. Continue current medication therapy. We will consider reducing
overall requirements of opioid analgesics.

Date: 11-27-18

[Provider]: Reynaldo Pardo, MD

SJIPS000118

# ⓙ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_    DATE _1/22/19_

LOCATION OF PAIN

_Lower left back_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  ②  3  4  5  6  7  8  9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT  IMPROVEMENT   (MUCH BETTER)

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  Ⓝ
2) Have you been arrested since your last visit?  Y  Ⓝ
3) Have you received narcotic medication from another physician since your last visit?  Y  Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _1/22/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____    STAFF SIGNATURE:_____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000119

Page: 1 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:           Sex: M    Account No.:
Encounter ID: 189465856    Encounter Date: 01/22/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Left lower back pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient underwent radiofrequency ablation of the lumbar medial branch nerves, left side, on 11/08/2018. He reports feeling much better, rating his low back pain at 2/10 on the visual analog score. He has improved range of motion. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 235/84 mmHg |
| | Temperature: 98.10 F |
| | Pulse: 82 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Minimal tenderness at the posterolateral structures bilaterally. |
| | Flexion to 90°, extension 15° elicits right paralumbar pain. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |

SJIPS000120

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189465856    Encounter Date: 01/22/2019
Encounter Type: Office Visit

Sensory function: 1/2 at L2, and L3 dermatomes, left side.

**Imaging:**     MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**     ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**     1. The examination reveals persistent facet arthropathy in the right lumbar area. Consider radiofrequency ablation, right facet joints.

Date: 1-22-19

[Provider]: Reynaldo Pardo, MD

SJIPS000121

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

**Patient: RICHARD TRIOLO**                         **Patient ID:** 3288
1933 ECLIPSE DRIVE, Middleburg, FL, 32068          **DOB:**
                                                    **Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

**Encounter Summary**

**Medication Prescribed:**     Doxepin 50 mg capsule
                               30 Capsule
                               1 Capsule Every Evening at Sleep Time
                               Refill: 0

                               Ibuprofen 800 mg tablet
                               60 Tablet
                               1 Tablet 3 Times Per Day As needed, moderate pain.
                               Refill: 0

Tuesday, January 22, 2019 11:02 AM                          Page 1 of 1

SJIPS000122

# ⚕ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Treob_      DATE _2/29/19_

LOCATION OF PAIN

_Lower back_

RATE THE PAIN SINCE YOUR LAST VISIT: 1 ②3 4 5 6 7 8 9 10

IS YOUR PAIN DESCRIBED AS: WORSE SAME SLIGHT IMPROVEMENT <u>MUCH BETTER</u>

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit? Y Ⓝ
2) Have you been arrested since your last visit? Y Ⓝ
3) Have you received narcotic medication from another physician since your last visit? Y Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit? Y Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit? Y Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries? Y Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____      DATE _2/29/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____      STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000123

Page: 1 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 177340606    Encounter Date: 02/28/2019
Encounter Type: Office Visit
SUBJECTIVE:
Chief Complaint:         "I have pain on the right side of my lower back."
History Of Present     The patient returns to clinic for follow-up visit. The patient complains of persistent lower back pain across the
Illness:                       lumbosacral area, right side more evident than left. The patient's postoperative pain on the left para lumbar area
                                was relieved following lumbar radiofrequency ablation. The patient is now more aware of the right lumbar pain,
                                which is aggravated with prolonged standing, lumbar extension. It is aggravated at night which interrupts his
                                sleep, and there is morning pain and stiffness.
Medical History:       Noncontributory
Surgical History:      Open Reduction and Internal Fixation of radial/ulnar compound fracture.
Family History:        COPD – mother, father
                                Congestive Heart Failure – father
                                Coronary Artery Disease – grandfather
                                Carcinoma of Lung – grandmother
Social History:         EtOH: minimal/occational/social
                                Patient denies illicit drug abuse
                                Smoking Status: Never Smoked
Allergies:                 No known allergies
Current Medications:  Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain;
                                Qty: 60; Refills: 0
                                Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
                                Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0
Review of System:    Constitutional: No fever, no chills, denies fatigue
                                Pt. denies fever, chills, or generalized malaise.
                                Cardiovascular: Denies chest pain, angina, or palpitations
                                Denies chest pain, angina, or palpitations
                                Respiratory: Negative shortness of breath, cough, sputum production
                                Negative shortness of breath, cough, sputum production
                                Gastrointestinal: No abdominal pain, hematemesis, or melena
                                No abdominal pain, hematemesis, or melena
                                Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain.
                                Denies blood in urine, pain on urination, frequency, or suprapubic pain.
                                Musculoskeletal: Joint pains or stiffness in right heel
                                Joint pains or stiffness
                                Neurological: Denies fainting, blackouts, seizures, paralysis
                                Denies fainting, blackouts, seizures, paralysis
OBJECTIVE:
Vital Signs:              Height: 74.00 in
                                Weight: 245.00 lbs
                                BMI: 31.45
                                Blood Pressure: 139/84 mmHg
                                B/P Side: Right
                                B/P Position: Sitting

Page: 2 of 3

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 177340606    Encounter Date: 02/28/2019
Encounter Type: Office Visit

|  |  |
|---|---|
|  | Temperature: 98.60 F |
|  | Pulse: 82 beats/min |
|  | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
|  | Respiratory: Clear bilaterally to auscultation |
|  | Cardiovascular: No murmurs, rubs or gallops. |
|  | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
|  | CERVICAL SPINE: Nontender to palpation |
|  | LUMBAR SPINE: Positive tenderness at the posterolateral structures from L23 down to L5 S1, right side greater than left. |
|  | There is intolerance to lumbar extension limited to 15° which elicits concordant pain in the right paralumbar structures. |
|  | LOWER EXTREMITIES: Motor function: 5/5 throughout |
|  | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
|  | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |
|  | T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
|  | L1–2 disc level: unremarkable. |
|  | L2–3: annular bulge encroaches upon foraminal. |
|  | L3–4: mild facet joint arthropathy, predominantly on the right side. |
|  | L4–5: facet joint arthropathy is noted bilaterally. |
|  | L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

**ASSESSMENT:**
Diagnosis:        ICD-10 Codes:
                1)M545; Low back pain
                2)M4696; Arthropathy, lumbar facet joint.
                3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                5)M4316; Spondylolisthesis, lumbar region
                6)M5137; Other intervertebral disc degeneration, lumbosacral region
                7)M4716; Other spondylosis with myelopathy, lumbar region
                8)M4806; Spinal stenosis, lumbar region
                9)M5416; Radiculopathy, lumbar region
                10)M4307; Spondylolysis, lumbosacral region
                11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:        1. Recommend proceeding with Radiofrequency Ablation of the lumbar medial branch nerves on the right side, to obtain long term relief of facet joint pain.

SJIPS000125

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB                Sex: M     Account No.:
Encounter ID: 177340606     Encounter Date: 02/28/2019
Encounter Type:  Office Visit

Date: 2-28-19

[Provider]: Reynaldo Pardo, MD

SJIPS000126

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**                          **Patient ID:** 3288
1933 ECLIPSE DRIVE, Middleburg, FL, 32068                          **DOB:**
                                                     **Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

**Encounter Summary**

**Medication Prescribed:**    Doxepin 50 mg capsule
                             30 Capsule
                             1 Capsule Every Evening at Sleep Time
                             Refill: 0

Thursday, February 28, 2019 1:09 PM                          Page 1 of 1

SJIPS000127



# St. Joseph

## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Riel, Trolt_                                DATE _3/28/19_

LOCATION OF PAIN

_① & ② Lower Back pain, ① radiating down into_
_hamstring_

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6  (7)  8   9   10

IS YOUR PAIN DESCRIBED AS:  __WORSE__   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _3/28/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____    STAFF SIGNATURE:_____

12078 San Jose Blvd. Suite 2                         Phone: (904) 647-9199
Jacksonville, FL 32223                               Fax: (904) 647-9198

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 182693995    Encounter Date: 03/28/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Lower back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. He reports increased pain intensity in the lower back, bilaterally, with referred pain to the lower extremities, buttock, posterior thigh, and calf bilaterally, right side greater than left. The patient underwent positive prognostic medial branch blocks x 2, followed by radiofrequency ablation on the left side resulting in significant relief of the patient's left para lumbar pain. The patient denies recent injuries. The pain is aggravated with activity, lumbar flexion-extension and over the shoulder work. There is night pain and morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Throat: Denies sore throat or pain when swallowing |
| | Respiratory: No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 135/86 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 74 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left. |
| | Extension: 10 – 20° elicits axial concordant pain |

SJIPS000129

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:            Sex: M    Account No.:
Encounter ID: 182693995    Encounter Date: 03/28/2019
Encounter Type: Office Visit

|  |  |
|---|---|
|  | LOWER EXTREMITIES: Motor function: 5/5 throughout |
|  | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
|  | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |
|  | T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
|  | L1–2 disc level: unremarkable. |
|  | L2–3: annular bulge encroaches upon foraminal. |
|  | L3–4: mild facet joint arthropathy, predominantly on the right side. |
|  | L4–5: facet joint arthropathy is noted bilaterally. |
|  | L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

ASSESSMENT:
Diagnosis:                 ICD-10 Codes:
                              1)M545; Low back pain
                              2)M4696; Arthropathy, lumbar facet joint.
                              3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                              4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                              5)M4316; Spondylolisthesis, lumbar region
                              6)M5137; Other intervertebral disc degeneration, lumbosacral region
                              7)M4716; Other spondylosis with myelopathy, lumbar region
                              8)M4806; Spinal stenosis, lumbar region
                              9)M5416; Radiculopathy, lumbar region
                              10)M4307; Spondylolysis, lumbosacral region
                              11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                 Recommend proceeding with lumbar radiofrequency ablation, right side

_____  Date: 3-28-19

[Provider]: Reynaldo Pardo, MD

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**                          **Patient ID:** 3288
1933 ECLIPSE DRIVE, Middleburg, FL, 32068                **DOB:**
                                                      **Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

**Encounter Summary**

**Medication Prescribed:**       Doxepin 50 mg capsule
                                 30 Capsule
                                 1 Capsule Every Evening at Sleep Time
                                 Refill: 0


                                 Ibuprofen 800 mg tablet
                                 60 Tablet
                                 1 Tablet 3 Times Per Day As needed, moderate pain.
                                 Refill: 0

Thursday, March 28, 2019 2:14 PM                          Page 1 of 1

SJIPS000131



# ⑤ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Nidh Triolo_  DATE _4/1/19_

LOCATION OF PAIN

Ⓛ + Ⓡ Lower Back pain, radiating down int
glute hamstring & calf.

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  8  ⑨ 10

IS YOUR PAIN DESCRIBED AS: (WORSE) SAME  SLIGHT  IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y Ⓝ
2) Have you been arrested since your last visit?  Y Ⓝ
3) Have you received narcotic medication from another physician since your last visit?  Y Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____
_____
_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____  DATE _4/1/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M   Account No.:
Encounter ID: 183436009   Encounter Date: 04/01/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in my left and right side of my lower back with radiating pain to the glutes, hamstrings, and calves." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient complains of persistent lower back pain referred to the lower extremities the pain score index is 9/10 on the visual analog score. The pain as a deep intense ache with intermittent sharp pain. It is aggravated with prolonged standing, prolonged supine position, and there is morning pain and stiffness. The patient is here to undergo radiofrequency ablation of the right lumbar area. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |
| | Musculoskeletal: Joint pains or stiffness in neck and shoulders |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 134/87 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 81 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left. |
| | Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000133

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:          Sex: M    Account No.:
Encounter ID: 183436009   Encounter Date: 04/01/2019
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:
ICD-10 Codes:
  1)M545; Low back pain
  2)M4696; Arthropathy, lumbar facet joint.
  3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
  4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
  5)M4316; Spondylolisthesis, lumbar region
  6)M5137; Other intervertebral disc degeneration, lumbosacral region
  7)M4716; Other spondylosis with myelopathy, lumbar region
  8)M4806; Spinal stenosis, lumbar region
  9)M5416; Radiculopathy, lumbar region
  10)M4307; Spondylolysis, lumbosacral region
  11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the scheduled radiofrequency ablation.

Date: 4-01-19

[Provider]: Reynaldo Pardo, MD

SJIPS000134

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 4/01/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, right side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the right side.
2. At the junction of the superior articular process and the transverse process of L5 on the right side.
3. At the junction of the superior articular process and the transverse process of L4 on the right side.
4. At the junction of the superior articular process and the transverse process of L3 on the right side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine



RIGHT



RICHARD TRIOLO

4 / 1 / 2019

SJIPS000136





RICHARD TRIOLO

4 / 1 / 2019

SJIPS000137





RICHARD TRIOLO

4 / 1 / 2019

SJIPS000138





RICHARD TRIOLO

4 / 1 / 2019

SJIPS000139

# ℈ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trnb_      DATE _4/42/19_

LOCATION OF PAIN

_Lower left Bock radiating down into CALF_

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   (7)   8   9   10

IS YOUR PAIN DESCRIBED AS:   (WORSE)   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y   (N)
2) Have you been arrested since your last visit?   Y   (N)
3) Have you received narcotic medication from another physician since your last visit?   Y   (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y   (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y   (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y   (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _4/29/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS   STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000140

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189467402     Encounter Date: 04/29/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient underwent lumbar radiofrequency ablation the right side on 4/01/2019. He reports near-complete relief of relief lumbar pain. The patient underwent a posterior lumbar fusion following a motor vehicle collision injury that resulted in lumbar spondylolysis (Pars defect) and herniated disc protrusion at the L5-S1 level. The PLIF procedure relieved the patient's persistent lumbar pain as well as the right lower extremity radiculopathy. However, following the surgery, the patient developed left paralumbar pain and radiculopathy. Following two positive left lumbar prognostic medial branch blocks, the patient underwent lumbar radiofrequency ablation, left side, on 11/08/2018 which provided near-complete relief. The patient reports recurrence of the left paralumbar pain indicating regeneration of the previously lesioned medial branch nerves. The patient is here to undergo repeat lumbar RF Ablation of the left side. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |
| | Musculoskeletal: Joint pains or stiffness in neck and shoulders |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 247.00 lbs |
| | BMI: 31.71 |
| | Blood Pressure: 142/97 mmHg |
| | Temperature: 98.30 F |
| | Pulse: 100 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | CERVICAL SPINE: Mild posterolateral structure tenderness. |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, left side. |
| | Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |

SJIPS000141

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 189467402      Encounter Date: 04/29/2019
Encounter Type:  Office Visit

**Imaging:**

MRI SCAN LUMBAR SPINE – 4/04/2017

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**

ICD-10 Codes:
  1)M545; Low back pain
  2)M4696; Arthropathy, lumbar facet joint.
  3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
  4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
  5)M4316; Spondylolisthesis, lumbar region
  6)M5137; Other intervertebral disc degeneration, lumbosacral region
  7)M4716; Other spondylosis with myelopathy, lumbar region
  8)M4806; Spinal stenosis, lumbar region
  9)M5416; Radiculopathy, lumbar region
  10)M4307; Spondylolysis, lumbosacral region
  11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**

1. The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the scheduled radiofrequency ablation.

2. The patient will likely require repeat radiofrequency ablation once or twice per year, given the rate of neural regeneration.

Date: 4-29-19

[Provider]: Reynaldo Pardo, MD

SJIPS000142

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 4/29/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine



# ✧ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Traub_    DATE _5/20/19_

LOCATION OF PAIN

_Lower Left Back, down into Calf._

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   ⑥   7   8   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y  Ⓝ
2) Have you been arrested since your last visit?   Y  Ⓝ
3) Have you received narcotic medication from another physician since your last visit?   Y  Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y  Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y  Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y  Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _5/20/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____    STAFF SIGNATURE:_____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000144

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 209775255    Encounter Date: 05/28/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Lower back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. Mr. Triolo underwent left lumbar radiofrequency ablation on 4/29/2019 and lumbar RFA on the right side on 4/01/2019. The pain score index was 9/10 on the visual analog score on 3/28/2019. After undergoing bilateral lumbar RFA the patient is rating the lower back pain at 6/10 on the VAS. The pain is described as a constant deep intense ache. There is referred pain pattern to the left lower extremity. Aggravating factors include prolonged standing, prolonged ambulation, bending and lifting. Positive night pain and morning stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: no fever or chills |
| | Respiratory: No shortness of breath, PND, or orthopnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 137/86 mmHg |
| | Temperature: 97.80 F |
| | Pulse: 68 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | LUMBAR SPINE: Moderate tenderness at the posterolateral structures from L2-3 through L5-S1 bilaterally. Extension: 10 – 20° elicits axial concordant pain. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000145

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:              Sex: M    Account No.:
Encounter ID: 209775255    Encounter Date: 05/28/2019
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:

ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Medications:

Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;  Take one tablet PO Q6 hours PRN pain; Qty: 45; Refills: 0
Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0

Care Plan:

1. We may consider proceeding with Lumbar Epidural Steroid Injection.
2. Continue current medication therapy.

Date: 5-28-19

[Provider]: Reynaldo Pardo, MD

SJIPS000146

# ⑤ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trost_     DATE _6/24/19_

LOCATION OF PAIN

_① Lower back, radiating down to glute + anad_
_+ axis_

RATE THE PAIN SINCE YOUR LAST VISIT: 1   2   3   4   5   6   7   (8)   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y   (N)
2) Have you been arrested since your last visit?   Y   (N)
3) Have you received narcotic medication from another physician since your last visit?   Y   (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y   (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y   (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y   (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _6/24/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS     STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000147

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 199715503    Encounter Date: 06/24/2019
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "I have pain in my lower back with radiating pain to the right buttock and the left side of the back into the left calf." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Mr. Triolo complains of persistent pain in the lumbosacral spine, left side greater than right, with referred pain to the left lower extremity. The pain score index is 8/10 on the visual analog score. He complains of gradually increasing pain in the left calf. Aggravating factors include prolonged sitting, prolonged standing. There is significant night pain and morning pain and stiffness. The patient underwent lumbar radiofrequency ablation on the left side on 4/29/2019. The pain score index was 6/10 on the VAS four weeks postop. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;   Take one tablet PO Q6 hours PRN pain; Qty: 45; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Denies productive cough. |
| | Gastrointestinal: No abdominal pain, nausea or vomiting |
| | Genitourinary: Denies dysuria or hematuria. |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 139/83 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.70 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | Neurological/Psychiatric: A & O x 3 |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:           Sex: M    Account No.:
Encounter ID: 199715503    Encounter Date: 06/24/2019
Encounter Type: Office Visit

LUMBAR SPINE: Tenderness at the PL structures, L3 through L5, bilaterally, left side greater than right.
Left paralumbar muscle spasms at the lumbosacral junction.
Extension: 10 – 20° elicits axial concordant pain
LOWER EXTREMITIES: Active Straight Leg test: positive @ 45, left lower extremity.

Imaging:
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:
ICD-10 Codes:
   1)M545; Low back pain
   2)M4696; Arthropathy, lumbar facet joint.
   3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5)M4316; Spondylolisthesis, lumbar region
   6)M5137; Other intervertebral disc degeneration, lumbosacral region
   7)M4716; Other spondylosis with myelopathy, lumbar region
   8)M4806; Spinal stenosis, lumbar region
   9)M5416; Radiculopathy, lumbar region
   10)M4307; Spondylolysis, lumbosacral region
   11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

   1. Consider repeating MRI scan lumbar spine.
   2. Consider starting physical therapy.
   3. Continue current medication therapy.

Date: 6-24-19

[Provider]: Reynaldo Pardo, MD

SJIPS000149

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**

**Allergies:**

---

## Encounter Summary

**Diagnosis:**
ICD9 List
M54.5 Low back pain
M47.26 Other spondylosis with radiculopathy, lumbar region
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.16 Radiculopathy, lumbar region

**Medication Prescribed:**
Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Percocet 10 mg-325 mg tablet
45 Tablet
1 Tablet Every 6 Hours PRN severe pain
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Monday, June 24, 2019 1:03 PM

Page 1 of 1

SJIPS000150

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**  ICD9 List
M54.5 Low back pain
M47.26 Other spondylosis with radiculopathy, lumbar region
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.16 Radiculopathy, lumbar region

**Medication Prescribed:**  Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Percocet 10 mg-325 mg tablet
45 Tablet
1 Tablet Every 6 Hours PRN severe pain
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Monday, July 22, 2019 10:31 AM

Page 1 of 1

SJIPS000151

# ℑ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trick_      DATE _7/23/18_

LOCATION OF PAIN

_Lower (L) Back radiating down to Glute hamstring + Calf_

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7  (8)  9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____  DATE _7/22/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____  STAFF SIGNATURE:_____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000152

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:               Sex: M    Account No.:
Encounter ID: 204446824    Encounter Date: 07/23/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent axial lumbar pain, 8/10 on the visual analog score. The patient complains of increasing referred pain pattern to the left lower extremity. The pain is constant and intense in the left calf. Aggravating factors prolonged standing, prolonged sitting, bending and lifting. There is a morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness in the lower back |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 146/90 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 92 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: Well developed, well nourished individual |
| | Neck: No lymphadenopathy or thyromegaly |
| | Respiratory: Clear bilaterally to auscultation Without wheezing, crepitant rales or ronchi |
| | Cardiovascular: S1 and S2 heard. No gallops. |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: Alert and oriented x 3 |
| | LUMBAR SPINE: Muscle spasms palpable, paralumbar muscles. |
| | Increasing tenderness as the LumboSacral junction is approached, left side greater than right. |
| | Lumbar extension elicits concordant pain. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000153

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 204446824    Encounter Date: 07/23/2019
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:

ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:

1. Will order repeat MRI scan of the lumbar spine. We will review images and radiology report with the patient and recommend indicated procedures.

Date: 7-23-19

[Provider]: Reynaldo Pardo, MD

SJIPS000154

# ⑤ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_     DATE _8/18/19_

LOCATION OF PAIN

Ⓡ lower back pain, radiating into hip flexor down
to glute & calf

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   7   ⑧   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  Ⓝ
2) Have you been arrested since your last visit?  Y  Ⓝ
3) Have you received narcotic medication from another physician since your last visit?  Y  Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _8/18/11_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS     STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000155

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 206363047     Encounter Date: 08/19/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Patient complains of persistent lower back pain across the lumbosacral area. There is left lower extremity radiculopathy, pain numbness and tingling extending to the left calf. The pain score index is rated 8/10 on the visual analog score. The patient obtained a new MRI scan of the lumbar spine on 8/14/2019. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: no fever or chills |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Denies productive cough. Negative for dyspnea |
| | Gastrointestinal: Denies abdominal pain, nausea, vomiting, diarrhea, or constipation |
| | Genitourinary: No scrotal or testicular pain. Denies dysuria or hematuria. |
| | Endocrine: No excessive thirst or hunger or urination |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 139/91 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 76 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Neck: Trachea midline |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: A & O x 3 |
| | CERVICAL SPINE: Nontender to palpation. |
| | Full range of motion. |
| | UPPER EXTREMITIES: Motor sensory function: intact. |
| | LUMBAR SPINE: Tenderness posterior lateral structures bilaterally, left side greater than right. |
| | Intolerance to lumbar extension elicits concordant axial pain. |

SJIPS000156

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 206363047    Encounter Date: 08/19/2019
Encounter Type: Office Visit

|  |  |
|---|---|
| | Slump test is positive which elicits radicular pain, left calf. |
| | **LOWER EXTREMITIES:** Active Straight Leg test: positive @ 45, left lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prior fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure.

**ASSESSMENT:**
Diagnosis:

ICD-10 Codes:
   1) M545; Low back pain
   2) M4696; Arthropathy, lumbar facet joint.
   3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5) M4316; Spondylolisthesis, lumbar region
   6) M5137; Other intervertebral disc degeneration, lumbosacral region
   7) M4716; Other spondylosis with myelopathy, lumbar region
   8) M4806; Spinal stenosis, lumbar region
   9) M5416; Radiculopathy, lumbar region
   10) M4307; Spondylolysis, lumbosacral region
   11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Medications:

Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;  Take one tablet PO Q 6 HR PRN pain; Qty: 45; Refills: 0
Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  Take one capsule PO Q HS; Qty: 30; Refills: 0

Care Plan:
Recommend proceeding with a transforaminal steroid injection, targeting L4 and L5 on the left side, to address the chronic inflammatory component of the patient's lumbar radiculopathy.

Date: 8-19-19

[Provider]: Reynaldo Pardo, MD

SJIPS000157

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

**Encounter Summary**

| | |
|---|---|
| Diagnosis: | ICD9 List |
| | M54.5 Low back pain |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M96.1 Postlaminectomy syndrome, not elsewhere classified |
| | M54.16 Radiculopathy, lumbar region |
| Medication Prescribed: | Doxepin 50 mg capsule |
| | 30 Capsule |
| | 1 Capsule Every Evening at Sleep Time |
| | Refill: 0 |
| | |
| | Percocet 10 mg-325 mg tablet |
| | 45 Tablet |
| | 1 Tablet Every 6 Hours PRN severe pain |
| | Refill: 0 |
| | Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain. |

Monday, August 19, 2019 9:35 AM

Page 1 of 1

SJIPS000158

# ☉ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trent_ DATE _8/20/19_

LOCATION OF PAIN

_®lower back pain radiating to hip Flexor down into Glute, hamstring & Calf_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7 (8) 9  10

IS YOUR PAIN DESCRIBED AS:   WORSE   SAME   SLIGHT   IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____ DATE _8/20/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS          STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000159

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 206464024    Encounter Date: 08/20/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. Complains of persistent lower back pain with left lower extremity radiculopathy. Today the pain index is 8/10 on the visual analog score. A lumbar MRI scan reveals herniated disc protrusion and annular tear in the remaining disc material in the previously operated L5-S1 segment. The patient is scheduled to undergo a Transforaminal Steroid Injection today. |
| Social History: | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: No burning at urination, no blood in urine |
| | Musculoskeletal: Joint pains or stiffness in the lower back |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 136/86 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 71 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN. Exhibits pain behaviors. |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. S1 and S2 heard. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, Left side greater than Right side. |
| | Flexion: 80 – 90°, Extension: 10 – 20° elicits axial concordant pain. |
| | LOWER EXTREMITIES: Positive straight leg raise on the left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |
| | T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1–2 disc level: unremarkable. |
| | L2–3: annular bulge encroaches upon foraminal. |
| | L3–4: mild facet joint arthropathy, predominantly on the right side. |
| | L4–5: facet joint arthropathy is noted bilaterally. |

SJIPS000160

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:              Sex: M    Account No.:
Encounter ID: 206464024    Encounter Date: 08/20/2019
Encounter Type: Office Visit

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural
foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc
herniation the scene. There is a high signal annular fissure.

ASSESSMENT:
Diagnosis:                 ICD-10 Codes:
                              1)M545; Low back pain
                              2)M4696; Arthropathy, lumbar facet joint.
                              3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                              4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                              5)M4316; Spondylolisthesis, lumbar region
                              6)M5137; Other intervertebral disc degeneration, lumbosacral region
                              7)M4716; Other spondylosis with myelopathy, lumbar region
                              8)M4806; Spinal stenosis, lumbar region
                              9)M5416; Radiculopathy, lumbar region
                             10)M4307; Spondylolysis, lumbosacral region
                             11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                 We will proceed with the scheduled Lumbar Transforaminal Steroid Injection to address the inflammatory
                           component of the discopathy and radiculopathy.

Date: 8-20-19

[Provider]: Reynaldo Pardo, MD

SJIPS000161

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 8/20/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Herniated Disc Protrusion
- Lumbar Disc Annular Tear
- Lumbar Radiculopathy
- Post-laminectomy Syndrome
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Transforaminal corticosteroid and local anesthetic injection at L5, left side
- Fluoroscopic needle localization and neurogram

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

INDICATIONS:

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Using a 30-ga needle, a skin wheel was created with 1% buffered lidocaine at the insertion sites. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L5 on the left side. Under lateral fluoroscopic view the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. Appropiate and safe needle tip placement lateral to the midpedicular line was verified with the C-arm in AP view.

RADIOLOGY REPORT:
Injection of 1-mL of Omnipaque–300 revealed a well delineated neurogram and a corresponding epidurogram.
This was followed by injection of 1.5-mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection. The needle was removed.
The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

_Reynaldo Pardo, M.D._
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD,   SUITE 2,   JACKSONVILLE, FL 32223   T (904)647-9199   F (904)647-9198

1/1

SJIPS000162

# ⨍ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Kevin Trog_    DATE _9/20/18_

LOCATION OF PAIN

_~~Right~~ Left lower back, Radiating into glute
down into calf_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:    WORSE    SAME    _SLIGHT IMPROVEMENT_    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____

_____

_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _9/20/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2    Phone: (904) 647-9199
Jacksonville, FL 32223    Fax: (904) 647-9198

SJIPS000163

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:          Sex: M    Account No.:
Encounter ID: 208744291    Encounter Date: 09/20/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. Mr. Triolo underwent lumbar transforaminal steroid injection targeting the L5 nerve root on the left side on 8/20/2019. The patient reports moderate relief of his left lower extremity radiculopathy. The pain score index has decreased from 8/10 to 5/10 on the visual analog score for the left calf deep ache/cramping pain. However, the patient has persistent pain across the lumbosacral area, 8 to 9/10 VAS, left side greater than right. The pain is a constant ache at the left paralumbar area, with increasing pain aggravated by prolonged standing, lumbar extension, long car rides. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;  Take one tablet PO Q 6 HR PRN pain; Qty: 45; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  Take one capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Nose: No epistaxis or rhinorrhea |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: No shortness of breath, PND, or orthopnea |
| | Gastrointestinal: Denies abdominal pain, nausea, vomiting, diarrhea, or constipation |
| | Genitourinary: Denies dysuria or hematuria. No scrotal or testicular pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 252.00 lbs |
| | BMI: 32.35 |
| | Blood Pressure: 146/99 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 73 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: Well developed, well nourished individual |
| | Neck: No lymphadenopathy or thyromegaly |
| | Respiratory: Clear bilaterally to auscultation, Without wheezing, crepitant rales or ronchi. |
| | Cardiovascular: S1, and S2 WNL. No S3 or S4, no murmurs |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | LUMBAR SPINE: Tenderness at the PL structures, L3 through L5, left side. |

SJIPS000164

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M     Account No.:
Encounter ID: 208744291    Encounter Date: 09/20/2019
Encounter Type: Office Visit

Imaging:

Flexion: 80 – 90°, Extension: 10 – 20° elicits axial concordant pain.
LOWER EXTREMITIES: Active Straight Leg test: positive @ 45 left lower extremity.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE – 8/14/2019
L1–2 to L4–5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5–S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

1. Recommend proceeding with Lumbar Radiofrequency Ablation to obtain long term relief of the patient's lumbar facet arthropathy.

Date: 9-20-19

[Provider]: Reynaldo Pardo, MD

SJIPS000165

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**

**Allergies:**

---

**Encounter Summary**

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.5 Low back pain |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M96.1 Postlaminectomy syndrome, not elsewhere classified |
| | M54.16 Radiculopathy, lumbar region |
| **Medication Prescribed:** | Doxepin 50 mg capsule |
| | 30 Capsule |
| | 1 Capsule Every Evening at Sleep Time |
| | Refill: 0 |
| | |
| | Percocet 10 mg-325 mg tablet |
| | 60 Tablet |
| | 1 Tablet Every 6 Hours PRN severe pain |
| | Refill: 0 |
| | Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain. |

Friday, September 20, 2019 12:35 PM

Page 1 of 1

SJIPS000166

# ⑤ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_  DATE _9/25/11_

LOCATION OF PAIN

_(L) Lower back pain radiating down into hip Places
Glute to calf_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  8  ⑨  10

IS YOUR PAIN DESCRIBED AS:    WORSE    SAME    SLIGHT IMPROVEMENT    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  Ⓝ
2) Have you been arrested since your last visit?  Y  Ⓝ
3) Have you received narcotic medication from another physician since your last visit?  Y  Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____  DATE _9/25/11_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____    STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000167

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:            Sex: M    Account No.:
Encounter ID: 209159094    Encounter Date: 09/25/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. There is persistent axial lumbar pain. 8/10 on the VAS. Aggravating factors: bending and lifting, prolonged standing, right lateral tilt. The patient is scheduled to undergo a Lumbar RF Ablation today. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;  Take one tablet PO Q 6 HR PRN pain; Qty: 45; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  Take one capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: no fever or chills |
| | Nose: No sneezing or congestion |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: Denies abdominal pain, nausea, vomiting, diarrhea, or constipation |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 144/92 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 81 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Neck: No lymphadenopathy or thyromegaly |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, Left side |
| | Flexion: 80 – 90° Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 pinprick test @ L5 and S1 dermatomes, left side |
| | Active Straight Leg test: positive @ 45, left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000168

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 209159094    Encounter Date: 09/25/2019
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the scheduled Radiofrequency Ablation.

_____ MD  Date: 9-25-19

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME:  Richard Triolo

DOB:

DATE OF PROCEDURE: 9/25/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Facet Syndrome
- Lumbar Post-laminectomy Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Using a 30-ga needle, a skin wheel was created with 1% buffered lidocaine at the insertion sites. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. Motor testing was performed at 2 hertz up to 3 volts at all levels without radicular contractions. This was followed by injection of 0.5-ml of 0.75% bupivacaine at each needle site. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD.   SUITE 2.   JACKSONVILLE, FL 32223    T (904)647-9199    F (904)647-9198

SJIPS000170

# ⊕ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_                          DATE _10/9/18_

LOCATION OF PAIN

_Ⓛ Lower back pain radiating into hip Plexor down to hamstring + calf_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  8  9  ⑩

IS YOUR PAIN DESCRIBED AS: (WORSE)  SAME  SLIGHT  IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  Ⓝ
2) Have you been arrested since your last visit?  Y  Ⓝ
3) Have you received narcotic medication from another physician since your last visit?  Y  Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____
_____
_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _10/9/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS          STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000171

# St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Page: 1 of 3

Richard Triolo
Patient ID: 69523467          DOB:               Sex: M     Account No.:
Encounter ID: 211140447       Encounter Date: 10/09/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left hip pain, left leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. Mr. Triolo underwent left lumbar RF Ablation on 9/25/2019. He reports significant relief of his axial lumbar pain on the left side. There is increased pain intensity in the left hip area, on the lateral aspect. The pain is described as an intense deep ache, referred distally on the lateral aspect of the left thigh. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No fever or chills |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Denies shortness of breath, coughing or wheezing. |
| | Gastrointestinal: No abdominal pain, nausea or vomiting |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 253.00 lbs |
| | BMI: 32.48 |
| | Blood Pressure: 133/95 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 64 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: Slight tenderness at the posterolateral structures, left side greater than right. |
| | Improved lumbar extension to 25°. |
| | Increased tenderness to palpation of the left greater trochanter. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000172

# St. Joseph
**INTERVENTIONAL PAIN SPECIALISTS**

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Page: 2 of 3

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 211140447    Encounter Date: 10/09/2019
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE – 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

**ASSESSMENT:**
**Diagnosis:**

ICD-10 Codes:
   1)M7062; Trochanteric bursitis, left hip
   2)M4696; Arthropathy, lumbar facet joint.
   3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5)M4316; Spondylolisthesis, lumbar region
   6)M5137; Other intervertebral disc degeneration, lumbosacral region
   7)M4716; Other spondylosis with myelopathy, lumbar region
   8)M4806; Spinal stenosis, lumbar region
   9)M5416; Radiculopathy, lumbar region
   10)M4307; Spondylolysis, lumbosacral region
   11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**

1. Recommend proceeding with a left trochanteric bursa steroid local anesthetic injection.
2. Continue use of nonsteroidal anti-inflammatory medications, ice packs to the left greater trochanter 15 to 20 minutes BID.

SJIPS000173

# ⓙ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Trimb_ DATE _10/24/18_

LOCATION OF PAIN

_Ⓛ Lower back pain, pain radiates into hip flexor down into Glutes & hamstring + Calf_

RATE THE PAIN SINCE YOUR LAST VISIT: 1  2  3  4  5  6  7  8  (9)  10

IS YOUR PAIN DESCRIBED AS  (WORSE)  SAME  SLIGHT  IMPROVEMENT  MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____  DATE _10/24/18_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____  STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000174

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 214851714    Encounter Date: 10/24/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

Chief Complaint: "Low back pain, left hip pain, left leg pain."

History Of Present Illness: The patient returns to clinic for follow-up visit and procedure. The patient complains of persistent left hip pain, on the lateral aspect of the upper thigh at the level of the greater trochanter. The pain is described as a deep intense ache, 7 to 8/10 on the visual analog score. This is aggravated by direct palpation and left lateral decubitus position. The patient is scheduled to undergo a left trochanteric bursa steroid and local anesthetic injection today.

Social History: Smoking Status: Never Smoked

Review of System: Constitutional: No fever or chills
Cardiovascular: Denies chest pain, angina, or palpitations
Respiratory: Denies shortness of breath, coughing or wheezing.
Gastrointestinal: No abdominal pain, nausea or vomiting
Genitourinary: Denies dysuria or hematuria.

**OBJECTIVE:**

Vital Signs: Height: 74.00 in
Weight: 253.00 lbs
BMI: 32.48
Blood Pressure: 133/95 mmHg
Temperature: 98.20 F
Pulse: 64 beats/min
Resp. Rate: 20

Physical Exam: Constitutional: WD/WN
Respiratory: Clear bilaterally to auscultation
Cardiovascular: Regular rate and rhythm
Gastrointestinal (Abdomen): Soft, nontender, nondistended
Neurological/Psychiatric: A & O x 3
LUMBAR SPINE: Slight tenderness at the posterolateral structures, left side greater than right.
Improved lumbar extension to 25°.
Increased tenderness to palpation of the left greater trochanter.

Imaging: MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019

SJIPS000175

# ꝺ St. Joseph
**INTERVENTIONAL PAIN SPECIALISTS**

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Page: 2 of 2

Richard Triolo
Patient ID: 69523467          DOB:                Sex: M     Account No.:
Encounter ID: 214851714       Encounter Date: 10/24/2019
Encounter Type: Office Visit

L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

**ASSESSMENT:**
**Diagnosis:**

ICD-10 Codes:
1)M7062; Trochanteric bursitis, left hip
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**

The history and physical examination are consistent with left trochanteric bursitis. We will proceed with the scheduled left trochanteric bursa steroid local anesthetic injection to address the inflammatory component of the patient's disease process.

Date: 10-24-19

[Provider]: Reynaldo Pardo, MD

SJIPS000176

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 10/24/2019

PREOPERATIVE DIAGNOSIS:

- Hip pain, left.
- Trochanteric Bursitis, left.

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Greater Trochanteric Bursal corticosteroid and local anesthetic injection, lateral approach, left side
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the supine position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lateral aspect of the hip area was prepped with ChloraPrep and draped in sterile fashion. Local anesthesia of the skin and underlying subcutaneous tissue was obtained with buffered 1% lidocaine. Fluoroscopic guidance was used to advance a 23-gauge Quinke curved tip needle through the soft tissues lateral to the greater trochanter until contact was made with bone. The needle was then withdrawn 1.5-cm.

RADIOLOGY REPORT: Injection of 2-ml of Omnipaque-300 into the trochanteric bursa confirmed bursal spread of the contrast solution.
This was followed by injection of 2-ml of Kenalog-40 with 10-ml of 0.25% Bupivacaine, without resistance to injection. The needle was removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD.   SUITE 2.   JACKSONVILLE, FL 32223     T (904)647-9199     F (904)647-9198

**St. Joseph Interventional Pain Spec.**

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068     (Home)

**Patient ID:** 3288

**DOB:**

**Gender:** Male

**Preferred Pharmacies:**

**Allergies:**

---

**Encounter Summary**

| | |
|---|---|
| **Diagnosis:** | ICD9 List |
| | M54.5 Low back pain |
| | M47.26 Other spondylosis with radiculopathy, lumbar region |
| | M96.1 Postlaminectomy syndrome, not elsewhere classified |
| | M54.16 Radiculopathy, lumbar region |
| **Medication Prescribed:** | Doxepin 50 mg capsule |
| | 30 Capsule |
| | 1 Capsule Every Evening at Sleep Time |
| | Refill: 0 |
| | |
| | Percocet 10 mg-325 mg tablet |
| | 60 Tablet |
| | 1 Tablet Every 6 Hours PRN severe pain |
| | Refill: 0 |
| | Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain. |

Wednesday, October 23, 2019 4:27 PM          Page 1 of 1

SJIPS000178

# ⓙ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

<u>FOLLOW UP PAIN ASSESSMENT FORM</u>

NAME _Richard Triolo_     DATE _11/21/19_

LOCATION OF PAIN

_① Lower back radiating to Hip Flexor, glute down into Calf_

RATE THE PAIN SINCE YOUR LAST VISIT:   1   2   3   4   5   6   7   ⑧   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?   Y   Ⓝ
2) Have you been arrested since your last visit?   Y   Ⓝ
3) Have you received narcotic medication from another physician since your last visit?   Y   Ⓝ
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?   Y   Ⓝ
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?   Y   Ⓝ
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?   Y   Ⓝ

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____
_____
_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____   DATE _11/21/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS _____   STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

Page: 1 of 2

# ◯St. Joseph
**INTERVENTIONAL PAIN SPECIALISTS**

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 212541022    Encounter Date: 11/21/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "low back pain, hip pain, leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. Mr. Triolo underwent left greater trochanter bursal steroid local anesthetic injection on 10/24/2019. He reports no significant relief of his hip pain. There is persistent referred pain pattern down the left lower extremity on the lateral, posterolateral aspect of the left thigh. The pain extends distally to the lower calf. The pain is described as a constant, daily, intense ache was with a tightness sensation, muscle spasm-like symptoms. There is severe morning pain and stiffness, when getting out of bed. The pain score index is 8 to 9/10 on the visual analog score. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD -- mother, father |
| | Congestive Heart Failure -- father |
| | Coronary Artery Disease -- grandfather |
| | Carcinoma of Lung -- grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Denies shortness of breath, coughing or wheezing. |
| | Gastrointestinal: Denies abdominal pain, nausea, vomiting, diarrhea, or constipation |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 76.00 in |
| | Weight: 250.00 lbs |
| | BMI: 30.43 |
| | Blood Pressure: 138/92 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 72 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: Well developed, well nourished individual. Exhibits pain behaviors |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: S1, and S2 WNL. No S3 or S4, no murmurs |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: Tenderness at the PL structures, L3 through L5, bilaterally, left side greater than right. |
| | Extension: 10 – 20° elicits axial concordant pain. |
| | LOWER EXTREMITIES: Motor function: 4/5 knee extension, ankle dorsiflexion, left side |
| | Sensory function: 1/2 pinprick test @ L5 and S1 dermatomes, left side |
| | Active Straight Leg test: positive @ 45, left side |

SJIPS000180

Page: 2 of 2

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:             Sex: M    Account No.:
Encounter ID: 212541022    Encounter Date: 11/21/2019
Encounter Type: Office Visit

Imaging:

MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prior fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
   1)M545; Low back pain
   2)M4696; Arthropathy, lumbar facet joint.
   3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5)M4316; Spondylolisthesis, lumbar region
   6)M5137; Other intervertebral disc degeneration, lumbosacral region
   7)M5116; Lumbar disc herniation with radiculopathy
   8)M4806; Spinal stenosis, lumbar region
   9)M5416; Radiculopathy, lumbar region
   10)M4307; Spondylolysis, lumbosacral region
   11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

1. Recommend referral to the neurosurgery service for evaluation and review of MRI scan that is remarkable for L5-S1 recurrence of herniated disc protrusion.
2. Consider lumbar transforaminal steroid injection targeting L4 and L5 nerve roots on the left side to address the inflammatory component of the patient's discopathy and radiculopathy.

_Date: 11-21-19_

[Provider]: Reynaldo Pardo, MD

SJIPS000181

St. Joseph Interventional Pain Spec.

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

Patient: **RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068                    (Home)         **Patient ID:** 3288
                                                                            **DOB**:
                                                                            **Gender:** Male

Preferred Pharmacies:
Allergies:

---

**Encounter Summary**

Diagnosis:                    ICD9 List
                              M54.5 Low back pain
                              M47.26 Other spondylosis with radiculopathy, lumbar region
                              M96.1 Postlaminectomy syndrome, not elsewhere classified
                              M54.16 Radiculopathy, lumbar region

Medication Prescribed:        Doxepin 50 mg capsule
                              30 Capsule
                              1 Capsule Every Evening at Sleep Time
                              Refill: 0


                              Percocet 10 mg-325 mg tablet
                              60 Tablet
                              1 Tablet Every 6 Hours PRN severe pain
                              Refill: 0
                              Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

SJIPS000182

# ⑨ St. Joseph
## INTERVENTIONAL PAIN SPECIALISTS

### FOLLOW UP PAIN ASSESSMENT FORM

NAME _Rich Triolo_    DATE _12/20/19_

LOCATION OF PAIN

_Lower Left back radiating down into Hip,_
_Flexor into Glute_

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7  ⑧  9   10

IS YOUR PAIN DESCRIBED AS:    WORSE    SAME    SLIGHT IMPROVEMENT    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____    DATE _12/20/19_

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS    STAFF SIGNATURE: _____

12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS000183

Page: 1 of 3

## St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 213934327    Encounter Date: 12/20/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, hip pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient complains of persistent lower back pain, left side, worse at the lumbosacral junction. There is referred pain pattern to the left hip, the posterior aspect of the left thigh, and left calf. The pain is described as a constant, deep intense ache aggravated by prolonged standing, prolonged ambulation, bending and lifting. There is morning pain and stiffness. The patient underwent lumbar radiofrequency ablation followed by left trochanteric bursal steroid injection. The patient reported no significant relief with either procedure. A review of the lumbar MRI report reveals a shallow posterior disc herniation at the level of L5-S1 where prior fusion and interbody spacer was placed. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Oxycodone Hydrochloride 10 MG Oral Tablet [Percocet] 1, 1;  Take one tablet PO Q 6 HR PRN pain; Qty: 45; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  Take one capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever or chills |
| | Nose: No sneezing or congestion |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Denies productive cough. |
| | Gastrointestinal: No abdominal pain, nausea or vomiting |
| | Genitourinary: Denies dysuria, hematuria, frequency, urgency, incontinence, suprapubic pain or scrotal pain. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 145/74 mmHg |
| | Temperature: 98.20 F |
| | Pulse: 80 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors |
| | Neck: No lymphadenopathy or thyromegaly |
| | Respiratory: Clear bilaterally without wheezing, rails, or rhonchi. |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, Left side |

SJIPS000184

**ˌᗺSt. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Page: 2 of 3

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 213934327    Encounter Date: 12/20/2019
Encounter Type: Office Visit

Imaging:

Flexion: 80 – 90° Extension: 10 – 20° elicits axial concordant pain
LOWER EXTREMITIES: Motor function: 5/5 throughout
Sensory function: 1/2 pinprick test @ L5 and S1 dermatomes, left side
Active Straight Leg test: positive @ 45, left leg
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal
narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural
foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc
herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal
narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region

SJIPS000185

Page: 3 of 3

# St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:                Sex: M    Account No.:
Encounter ID: 213934327    Encounter Date: 12/20/2019
Encounter Type: Office Visit

7)M5116; Lumbar disc herniation with radiculopathy
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:              Referral to the neurosurgical specialist for evaluation and treatment of left lower extremity radiculopathy.

Date: 12-20-19

[Provider]: Reynaldo Pardo, MD

SJIPS000186

St. Joseph Interventional Pain Spec.

NPI: 1497006423

12078 San Jose Blvd., Suite 2

Jacksonville, FL 32223

(904) 647-9199 Fax: (904) 647-9198

Reynaldo Pardo, M.D.

**Patient: RICHARD TRIOLO**
1933 ECLIPSE DRIVE, Middleburg, FL, 32068

(Home)

**Patient ID: 3288**

**DOB**

**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

## Encounter Summary

Diagnosis:

ICD9 List
M54.5 Low back pain
M47.26 Other spondylosis with radiculopathy, lumbar region
M96.1 Postlaminectomy syndrome, not elsewhere classified
M54.16 Radiculopathy, lumbar region

Medication Prescribed:

Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0

Percocet 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 6 Hours PRN severe pain
Refill: 0
Comment: NON-ACUTE PAIN. Patient suffers from Chronic Pain.

Thursday, December 19, 2019 3:26 PM

Page 1 of 1

SJIPS000187

SJIPS000188

Page: 1 of 3

## St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 215419921     Encounter Date: 01/24/2020
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Low back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Pt. c/o low back pain across the lumbosacral area associated with left lumbar radiculopathy. c/o severe, constant ache on the left hip area, on the posterolateral aspect. There is referred pain to the left calf. There is morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open reduction internal fixation radial/ulnar compound fracture. |
| Family History: | Mother: COPD<br>Father: congestive heart failure, COPD.<br>Paternal grandfather: diabetes, coronary artery disease<br>Paternal grandmother: lung carcinoma |
| Social History: | EtOH: social.<br>Negative illicit drug abuse.<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 248.00 lbs<br>BMI: 31.84<br>Blood Pressure: 137/90 mmHg<br>B/P Side: Right<br>B/P Position: Sitting<br>Temperature: 97.90 F<br>Pulse: 78 beats/min<br>Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN<br>Respiratory: Good bilateral air entry. No wheezes. No crackles.<br>Cardiovascular: Normal S1 and S2 w/o m/r/g.<br>Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly.<br>CERVICAL SPINE: Non-tender. Full ROM<br>LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, L>R<br>Positive Fortin finger sign on the left side.<br>Slump test positive on the left leg.<br>LOWER EXTREMITIES: Active Straight Leg test: positive @ 45° on the left leg<br>Motor function: 4/5 knee extension and ankle dorsiflexion left side.<br>DTR; +1/2 @ patellar and Achilles tendons, left side |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017<br>there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000189

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:            Sex: M    Account No.:
Encounter ID: 215419921    Encounter Date: 01/24/2020
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M5116; Lumbar disc herniation with radiculopathy
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Medications:

Doxepin HCl 50 MG Oral Capsule;   Take 1 capsule orally at bedtime; Qty: 30; Refills: 0
Percocet 10-325 MG Oral Tablet;   Take 1 tablet orally every 6 hours Take as needed; Qty: 60; Refills: 0

SJIPS000190

Page: 3 of 3

## St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 215419921    Encounter Date: 01/24/2020
Encounter Type: Office Visit

Percocet 10-325 MG Oral Tablet;   Take 1 tablet orally every 6 hours Take as needed; Qty: 60; Refills: 0

Care Plan:          1. Recommend proceeding with Lumbar Epidural Steroid Injection to address the inflammatory component of the discopathy and radiculopathy.

Date: 1-24-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000191

Page: 1 of 2

## St. Joseph
**INTERVENTIONAL PAIN SPECIALISTS**

**ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:               Sex: M    Account No.:
Encounter ID: 225201650    Encounter Date: 03/20/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. |
| | The patient complains of persistent low back pain across the lumbosacral area with paralumbar muscle spasms, associated with lumbar radiculopathy with symptoms of numbness and tingling, burning sensation and subjective weakness in the LLE. Pain score index: 8/10 on the Visual Analog Score (VAS). There is severe morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, nausea or vomiting |
| | Genitourinary: Denies dysuria, hematuria, frequency, urgency, incontinence, suprapubic pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 248.00 lbs |
| | BMI: 31.84 |
| | Blood Pressure: 132/85 mmHg |
| | Temperature: 98.10 F |
| | Pulse: 76 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors. |
| | Neck: No lymphadenopathy or thyromegaly |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Normal S1 and S2 w/o m/r/g. |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | LUMBAR SPINE: PL structure tenderness. |
| | Flexion: 80 – 90°, Extension: 10 – 20° elicits axial concordant pain. |
| | Positive Fortin finger sign on the left side |
| | LOWER EXTREMITIES: Motor-Sensory dysfunction left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000192

Page: 2 of 2

### St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:        Sex: M    Account No.:
Encounter ID: 225201650    Encounter Date: 03/20/2020
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:        ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:        Consider moving forward with a LESI or transforaminal steroid injection, left L5 nerve root.

Date: 3-20-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000193

Page: 1 of 2

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:          Sex: M    Account No.:
Encounter ID: 220619735   Encounter Date: 04/22/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The pt. c/o continued low back pain associated with lumbar radiculopathy, left LE. Pain score index: 8/10 on the Visual Analog Score (VAS). Aggravating factors: lumbar extension, prolonged standing, and ambulation. Referred pain to left hip and calf. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, nausea or vomiting |
| | Genitourinary: Denies dysuria, hematuria, frequency, urgency, incontinence, suprapubic pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 140/82 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 97.60 F |
| | Pulse: 75 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors. |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: RRR w/o murmurs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | LUMBAR SPINE: Tenderness at the PL structures, L3 through L5, bilaterally |
| | L-extension elicits pain at 5°. |
| | Positive Fortin finger sign. |
| | LOWER EXTREMITIES: Active Straight Leg test: positive @ 45° on the left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000194

Page: 2 of 2

# St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 220619735    Encounter Date: 04/22/2020
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:            ICD-10 Codes:
                        1)M545; Low back pain
                        2)M4696; Arthropathy, lumbar facet joint.
                        3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                        4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                        5)M4316; Spondylolisthesis, lumbar region
                        6)M5137; Other intervertebral disc degeneration, lumbosacral region
                        7)M4716; Other spondylosis with myelopathy, lumbar region
                        8)M4806; Spinal stenosis, lumbar region
                        9)M5416; Radiculopathy, lumbar region
                        10)M4307; Spondylolysis, lumbosacral region
                        11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:            1. Recommend proceeding with repeat lumbar Radiofrequency Ablation.
                        2. Need to schedule Lumbar transforaminal steroid injection to address the persistent radiculopathy down the LLE.

Date: 4-22-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000195

Page: 1 of 2

# ⓙ St. Joseph
**INTERVENTIONAL PAIN SPECIALISTS**

**ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB:          Sex: M     Account No.:
Encounter ID: 220619944     Encounter Date: 05/20/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain, numbness, burning, weakness." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Pt. c/o ongoing low back pain across the lumbosacral area L>R, associated with lumbar radiculopathy, left LE. Pain score index: 8/10 on the Visual Analog Score (VAS). Aggravating factors include: prolonged standing, prolonged sitting, bending and lifting with severe referred pain to left hip, lateral aspect, and left calf. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: No fever or chills |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No indigestion, heartburn, change in appetite |
| | Genitourinary: No burning at urination, no blood in urine |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 244.00 lbs |
| | BMI: 31.32 |
| | Blood Pressure: 146/85 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.20 F |
| | Pulse: 87 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): N/T. N/D. Bowel sounds were positive. No organomegaly was appreciated. |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, L>R. |
| | Positive Fortin finger sign on the left side. |
| | LOWER EXTREMITIES: Motor-Sensory dysfunction left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

SJIPS000196

Page: 2 of 2

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS
°

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 220619944    Encounter Date: 05/20/2020
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:              ICD-10 Codes:
                          1)M545; Low back pain
                          2)M4696; Arthropathy, lumbar facet joint.
                          3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                          4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                          5)M4316; Spondylolisthesis, lumbar region
                          6)M5137; Other intervertebral disc degeneration, lumbosacral region
                          7)M4716; Other spondylosis with myelopathy, lumbar region
                          8)M4806; Spinal stenosis, lumbar region
                          9)M5416; Radiculopathy, lumbar region
                          10)M4307; Spondylolysis, lumbosacral region
                          11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Medications:            Doxepin HCl 50 MG Oral Capsule;  Take 1 capsule orally at bedtime; Qty: 30; Refills: 0
                        Percocet 10-325 MG Oral Tablet;  Take 1 tablet orally every 6 hours Take as needed; Qty: 60; Refills: 0
Care Plan:              Recommend proceeding with Lumbar ESI or transforaminal st. injection.

Date: 5-20-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000197

Page: 1 of 2

(J) St. Joseph

INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M    Account No.:
Encounter ID: 223264453    Encounter Date: 07/21/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, buttock and hip pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. |
| | The patient complains of persistent low back pain associated with lumbar radiculopathy with symptoms of numbness and tingling. |
| | Pain score index: 7/10 on the Visual Analog Score (VAS). Aggravating factors include: prolonged standing, prolonged sitting, bending and lifting There is night pain that interrupts the patient's sleep. There is severe morning pain and stiffness, when getting out of bed. "its the worse" |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Respiratory: No pain with taking a deep breath |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 141.00 lbs |
| | BMI: 18.10 |
| | Blood Pressure: 120/77 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 97.80 F |
| | Pulse: 94 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Normal S1 and S2 w/o m/r/g. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, L>R |
| | Muscle spasms palpable, paralumbar muscles, bilaterally. |
| | Positive Fortin finger sign L>R |
| | LOWER EXTREMITIES: Active Straight Leg test: positive @ 45° on the left leg |
| | Motor-Sensory dysfunction left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000198

Page: 2 of 2

# (J) St. Joseph
### INTERVENTIONAL PAIN SPECIALISTS

**ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB:    Sex: M    Account No.:
Encounter ID: 223264453    Encounter Date: 07/21/2020
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:

ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:

1. Recommend proceeding with a transforaminal steroid injection in left side L4,L5, S1 nerve roots.
2. Consider repeat Lumbar RF ablation to address axial lumbar pain consistent with facet arthropathy.

Date: 7-21-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000199

Page: 1 of 3

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:            Sex: M    Account No.:
Encounter ID: 224112227    Encounter Date: 08/07/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain with radiating pain to the left leg, glutes, hamstrings and calves." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. Pt. c/o low back pain across the lumbosacral area associated with left lumbar radiculopathy. The pt. is scheduled to undergo lumbar transforaminal steroid injection today. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 119/68 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.00 F |
| | Pulse: 77 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | Neurological/Psychiatric: A & O x 3 |
| | LUMBAR SPINE: PL structure tenderness. |
| | Slump test positive |
| | Fortin finger sign: positive |
| | LOWER EXTREMITIES: Active Straight Leg test: positive @ 45° on the left leg |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000200

**⑂ St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 224112227    Encounter Date: 08/07/2020
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1–2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

ASSESSMENT:
Diagnosis:            ICD-10 Codes:
                1) M7062; Trochanteric bursitis, left hip
                2) M4696; Arthropathy, lumbar facet joint.
                3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                5) M4316; Spondylolisthesis, lumbar region
                6) M5137; Other intervertebral disc degeneration, lumbosacral region
                7) M4716; Other spondylosis with myelopathy, lumbar region
                8) M4806; Spinal stenosis, lumbar region
                9) M5416; Radiculopathy, lumbar region
                10) M4307; Spondylolysis, lumbosacral region
                11) M961; Postlaminectomy syndrome, not elsewhere classified

SJIPS000201

Page: 3 of 3

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:            Sex: M     Account No.:
Encounter ID: 224112227     Encounter Date: 08/07/2020
Encounter Type: Office Visit
PLAN:
Care Plan:              The history and physical examination are consistent with Lumbar radiculopathy secondary to nerve root
                        impingement. We will proceed with the scheduled Lumbar TFSI.

Date: 8-07-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000202

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**
PATIENT NAME: Richard Triolo
DOB:
DATE OF PROCEDURE: 8/07/2019
PREOPERATIVE DIAGNOSIS:

- Lumbar Herniated Disc Protrusion
- Lumbar Post-laminectomy and Fusion syndrome
- Lumbar Radiculopathy
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.
OPERATION:

- Transforaminal corticosteroid and local anesthetic injection at L4, left side
- Fluoroscopic needle localization and neurogram

SURGEON: Reynaldo Pardo, M.D.
ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Using a 30-ga needle, a skin wheel was created with 1% buffered lidocaine at the insertion sites. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L4 on the left side. Under lateral fluoroscopic view the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. Appropiate and safe needle tip placement lateral to the midpedicular line was verified with the C-arm in AP view.

RADIOLOGY REPORT:
Injection of 1-mL of Omnipaque–300 revealed a well delineated neurogram and a corresponding epidurogram.
This was followed by injection of 1.5–mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection. The needle was removed.
The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

_____

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD,  SUITE 2,  JACKSONVILLE, FL 32223     T (904)647-9199    F (904)647-9198

SJIPS000203



SJIPS000204

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M     Account No.:
Encounter ID: 224802502    Encounter Date: 08/21/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain on the left side." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. |
| | Mr. Triolo underwent Lumbar Transforaminal steroid injection at the left L4 neural foramina on 8/07/2020. He reports obtaining complete relief on the third post-op day. However, the pain has recurred, back to baseline intensity, with a PSI of 8/10 on the VAS. Lumbar scan MRI reveals an annular tear and herniated disc protrusion at the L5-S1 level, the site of prior TLIF. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: No pain with taking a deep breath |
| | Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 128/81 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.10 F |
| | Pulse: 79 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: Regular rate and rhythm. |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | LUMBAR SPINE: Tenderness at the PL structures, L3 through L5, bilaterally |
| | Muscle spasms palpable, paralumbar muscles, bilaterally. |
| | Slump test positive |
| | Positive Fortin finger sign |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS000205

Page: 2 of 3

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 224802502    Encounter Date: 08/21/2020
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation the scene. There is a high signal annular fissure scene.
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combinati

ASSESSMENT:
Diagnosis:            ICD-10 Codes:
                1)M7062; Trochanteric bursitis, left hip
                2)M4696; Arthropathy, lumbar facet joint.
                3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                5)M4316; Spondylolisthesis, lumbar region
                6)M5137; Other intervertebral disc degeneration, lumbosacral region
                7)M4716; Other spondylosis with myelopathy, lumbar region
                8)M4806; Spinal stenosis, lumbar region
                9)M5416; Radiculopathy, lumbar region
                10)M4307; Spondylolysis, lumbosacral region
                11)M961; Postlaminectomy syndrome, not elsewhere classified

SJIPS000206

Page: 3 of 3

# St. Joseph
### INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:            Sex: M    Account No.:
Encounter ID: 224802502    Encounter Date: 08/21/2020
Encounter Type:  Office Visit
PLAN:
Care Plan:              1. Would recommend evaluation by the neurosurgical service to consider need for surgical revision of the L5-S1
                        post-operative herniated disc protrusion which, most likely, is generating the patient's symptoms of left lumbar
                        radiculopathy.
                        2. Consider Sacroiliac joint steroid injection, left side.

Date: 8-21-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000207

Page: 1 of 2

**St. Joseph**
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:                Sex: M    Account No.:
Encounter ID: 225847801     Encounter Date: 09/14/2020
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, buttock and hip pain, leg pain, numbness, and tingling." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient complains of persistent left paralumbar back pain, referred to the left buttock, thigh and lower extremity.  Pain score index: 8/10 on the Visual Analog Score (VAS). There is severe morning pain and stiffness, when getting out of bed. Lumbar extension will elicit concordant pain. Initial onset of lumbar pain on the LEFT side was after the PLIF lumbar fusion of 3/22/2018. Lumbar prognostic medial branch blocks were positive, and left RF ablation provided significant relief. After several months the lumbar axial pain recurred and a subsequent RF ablation failed to provide the same degree of relief, with persistent left paralumbar pain and referred left LE radiculopathy. A left lumbar transforaminal steroid injection, 8/07/2020,  completely relieved the pain for 24 hours on post-op day 3. Currently, symptoms and examination are consistent with post-lumbar fusion facet arthropathy. We recommend proceeding with repeat RF ablation prior to considering revision of lumbar fusion. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: No pain with taking a deep breath |
| | Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 133/80 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 97.80 F |
| | Pulse: 71 beats/min |
| | Resp. Rate: 14 |
| Physical Exam: | Constitutional: WD/WN. Exhibits pain behaviors. |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: Normal S1 and S2 w/o m/r/g. |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | LUMBAR SPINE: Tenderness at the PL structures, L3 through L5,left side. |
| | Muscle spasms palpable, paralumbar muscles, bilaterally. |
| | Intolerance to lumbar extension. |
| | LOWER EXTREMITIES: Motor function: 4/5 knee extension and ankle dorsiflexion left side. |
| | Sensory function: 1/2 pinprick test @ L5 and S1 dermatomes left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |

Page: 2 of 2

# St. Joseph
INTERVENTIONAL PAIN SPECIALISTS

ST.JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:              Sex: M     Account No.:
Encounter ID: 225847801      Encounter Date: 09/14/2020
Encounter Type: Office Visit

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

MRI SCAN LUMBAR SPINE - 8/14/2019
L1-2 to L4-5 disc level: there is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis.
L5-S1 disc level: prayer fusion without recurrent stenosis or other complication evident. Shallow posterior disc herniation is seen. There is a high signal annular fissure.

ASSESSMENT:
Diagnosis:

ICD-10 Codes:
  1) M7062; Trochanteric bursitis, left hip
  2) M4696; Arthropathy, lumbar facet joint.
  3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
  4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
  5) M4316; Spondylolisthesis, lumbar region
  6) M5137; Other intervertebral disc degeneration, lumbosacral region
  7) M4716; Other spondylosis with myelopathy, lumbar region
  8) M4806; Spinal stenosis, lumbar region
  9) M5416; Radiculopathy, lumbar region
  10) M4307; Spondylolysis, lumbosacral region
  11) M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:

The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the scheduled Lumbar Radiofrequency Ablation of the medial branch nerves on the left side to obtain long term relief of the patient's lumbar facet syndrome.

Date: 9-14-2020

[Provider]: Reynaldo Pardo, MD

SJIPS000209

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB:

DATE OF PROCEDURE: 9/14/2020

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Spinal Stenosis
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Using a 30-ga needle, a skin wheel was created with 1% buffered lidocaine at the insertion sites. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. Motor testing was performed at 2 hertz up to 3 volts at all levels without radicular contractions. This was followed by injection of 0.5-ml of 0.75% bupivacaine at each needle site. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.


Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine


12078 SAN JOSE BLVD,   SUITE 2,   JACKSONVILLE, FL 32223     T (904)647-9199     F (904)647-9198



SJIPS000211