

OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 118949

# IONM Procedure Report

Report Created: 3/28/2018 3:24:17 PM

| Patient Information | | Surgeon | Service Date: 03-22-18 |
|---|---|---|---|
| Richard Triolo<br>1933 Eclipse DR<br>Middleburg, FL 32068 | DOB:<br>Sex: M<br>Age: 44 | Dr. Raymond Topp<br>Facility<br>Jacksonville Beach Surgery Center | |

| IONM Technologist: Dana Chirico<br>2nd Technologist: | Reader: Dr. Mark Ritch |
|---|---|
| Hookup Time  Patient In OR  Patient Out OR  Tech Time<br>08:25:00       08:25:00      11:48:00       03:23:00 | Post Baseline   Final Trace   Professional Time<br>08:25:00        11:48:00       03:23:00 |

| Procedure | Modalities | | | |
|---|---|---|---|---|
| L5-S1 PLIF | ☐ TEMG | ☐ LEMG | ☐ RLN | ☐ EMG Left |
| Diagnosis | ☑ TO4 | ☐ SSEP | ☐ TcMEP | ☐ EMG Right |
| M48.06 | ☐ ABR | ☐ Nerve Conduction | | ☑ EMG Bilateral |

## Procedure Tech Notes

EVENT LOG
Time
Priority
Text
06:52:35 - Medium - Tech- Dana Chirico
Oversight: Dr. Ritch
06:52:43 - Medium - Discussion with the surgeon: Confirmed EMG, TEMG- L5-S1 PLIF- with Dr. Topp
06:52:52 - Medium - Discussion with Anesthesia staff: aware of IOM protocols and modalities to be monitored
06:52:59 - Medium - Discussion with the patient: Explained risks and benefits of IOM, answered any questions, and obtained consent
08:07:26 - Medium - Patient in the room
08:25:28 -  - Stored Impedance
08:25:30 - Medium - Impedance check complete
08:25:51 - Medium - TOF 4/4
08:25:53 - Medium - Monitoring start
08:29:46 - Medium - Xray
08:31:41 -  - FREE RUN EMG - Stored EMG (Baseline EMG)
08:35:23 - Medium - Prepping aptinet
08:35:37 - Medium - Noise in EMG channels may be due to compression stockings over needles
08:39:23 - Medium - TOF 4/4
08:45:11 - Medium - Draping
08:45:34 - Medium - Surgical time out
08:45:49 - Medium - Dr Ritch@All: EMG appears to be quiet
08:46:09 - Medium - Anesthesia note: BP 117/66 (83), HR 58, Sevo 1.33 MAC
08:49:08 - Medium - Xray
08:50:49 - Medium - TOF 4/4
08:51:57 -  - Stored Impedance
08:54:51 - Medium - Injecting local anesthetic
08:57:54 -  - TOF Baseline
08:58:27 - Medium - Xray
08:59:17 - Medium - Incision

---

Patient: Richard Triolo          Surgery: 03-22-18          Surgeon: Dr. Raymond Topp
Print Time Stamp: Wednesday, March 28, 2018 03:24 PM

OMNI000001



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 118949

09:00:05 - Medium - Cautery
09:02:18 - Medium - Xray
09:02:52 - Medium - Mallet in use
09:05:45 - Medium - Mallet use continued
09:05:55 - Medium - Xray
09:07:04 - Medium - Xray
09:07:46 - Medium - Placing K wire
09:08:51 - Medium - TOF 4/4
09:10:00 - Medium - Placing screw- left side
09:12:25 - Medium - TOF 4/4
09:13:06 - Medium - Xray
09:14:15 - Medium - Mallet in use- placing tap left side, second level
09:14:56 - Medium - Xray
09:15:27 - Medium - Mallet
09:15:52 - Medium - Placing K wire
09:17:12 - Medium - Placing screw, left side second level
09:18:41 - Medium - Xray
09:18:49 - Medium - Tightening screw
09:20:23 - Medium - Sizing rod
09:21:32 - Medium - TOF 4/4
09:23:36 - Medium - Placing rod
09:25:10 - Medium - Xray
09:26:12 - Medium - Xray
09:27:17 - Medium - Xray
09:31:08 - Medium - Removed and replacing rod
09:33:08 - Medium - Xray
09:35:14 - Medium - TOF 4/4
09:37:27 - Medium - Xray
09:37:55 - Medium - Retracting
09:38:23 - Medium - Xray
09:40:05 - Medium - Cautery
09:40:12 - Medium - Starting right side
09:40:23 - - FREE RUN EMG - Stored EMG (EMG quiet after left screws/rods/retractiion complete)
09:40:56 - Medium - Placing dilator right side
09:42:42 - Medium - TOF 4/4
09:45:23 - Medium - Xray
09:46:57 - Medium - Xray
09:48:19 - Medium - Placing dilators
09:48:58 - Medium - Sizing implant
09:50:17 - Medium - Suction
09:50:26 - Medium - Xray
09:51:10 - Medium - Cautery
09:54:06 - Medium - Decompression right side
09:55:16 - Medium - Xray
09:55:35 - Medium - Cautery
09:56:38 - Medium - TOF 4/4
09:56:52 - Medium - Cautery
09:57:30 - Medium - Mallet in use
09:58:27 - Medium - Suction
09:58:49 - Medium - Decompression continued
09:59:33 - Medium - Cautery
10:01:10 - Medium - Mallet in use
10:03:43 - Medium - TOF 4/4
10:05:35 - Medium - Decompression continued
10:05:50 - Medium - Cautery
10:06:41 - Medium - Mallet in use
10:07:10 - Medium - Suction

---

Patient: Richard Triolo     Surgery: 03-22-18     Surgeon: Dr. Raymond Topp

Print Time Stamp: Wednesday, March 28, 2018 03:24 PM

OMNI000002



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID:118949

10:07:42 - Medium - Drilling
10:09:46 - Medium - TOF 4/4
10:10:31 - Medium - Xray
10:10:50 - Medium - Drilling
10:11:43 - Medium - Irrigation
10:12:13 - Medium - Decompression continued- right side
10:12:30 - Medium - Dr Ritch@All: EMG quiet
10:12:35 - Medium - Suction
10:15:23 - Medium - Drilling
10:17:14 - Medium - Suction
10:17:19 - Medium - Xray
10:18:26 - Medium - Cautery
10:21:56 - Medium - Sucton
10:22:41 - Medium - Cautery
10:24:30 - Medium - TOF 4/4
10:25:19 - Medium - Suction
10:26:28 - Medium - Decompression continued
10:30:17 - Medium - Xray
10:31:26 - Medium - Cautery
10:32:55 - Medium - Xray
10:33:12 - Medium - Mallet
10:35:08 - Medium - Xray
10:35:37 - Medium - Suction
10:36:30 - Medium - Xray
10:38:22 - Medium - Sizing trial
10:38:48 - Medium - TOF 4/4
10:40:34 - Medium - Xray
10:41:38 - Medium - Tightening- left side
10:42:11 - Medium - Shaver in use
10:44:29 - Medium - Xray
10:44:48 - Medium - Raising table
10:45:29 - Medium - Decompression/suction continued
10:48:24 - Medium - Sizing trial
10:50:47 - Medium - Xray
10:51:20 - Medium - Mallet
10:51:54 - Medium - TOF 4/4
10:53:37 - Medium - Suction
10:54:26 - Medium - Cautery
10:55:26 - Medium - Placing implant/bone graft
10:56:45 - Medium - Mallet
10:57:16 - Medium - Suction
10:57:26 - Medium - Placing implant
10:57:33 - Medium - Xray
10:57:41 - Medium - Mallet
10:58:34 - Medium - Suction
11:00:00 - Medium - Cautery
11:00:38 - Medium - Irrigation
11:01:20 - Medium - Suction
11:01:28 - Medium - TOF 4/4
11:01:40 - Medium - Cautery
11:03:04 - Medium - Xray
11:07:44 - Medium - Using torque handle
11:08:57 - Medium - Xray
11:09:30 - Medium - Xray
11:11:13 - Medium - Placing tap right side
11:11:32 - Medium - Mallet
11:12:25 - Medium - Xray

Patient: Richard Triolo          Surgery: 03-22-18          Surgeon: Dr. Raymond Topp
Print Time Stamp: Wednesday, March 28, 2018 03:24 PM

OMNI000003



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID:118949

11:13:41 - Medium - Placing k wire
11:13:48 - Medium - TOF 4/4
11:15:12 - Medium - Placing screw right side
11:18:42 - Medium - Placing tap right side, second level
11:20:56 - Medium - Placing screw right side second level
11:23:10 - Medium - Suction
11:25:11 - Medium - Placing rod
11:26:30 - Medium - Xray
11:27:53 - Medium - TOF 4/4
11:33:54 - Medium - Xray
11:35:54 - Medium - Irrigation
11:36:57 - Medium - Suction
11:37:22 - Medium - TOF 4/4
11:38:04 - Medium - TEMG declined by surgeon. Probe already openned
11:38:37 - Medium - Closing
11:44:43 - - FREE RUN EMG - Stored EMG (Closing EMG)
11:45:02 - Medium - TOF 4/4
11:48:29 - Medium - Monitoring end

| Billing Codes (Global/Professional/Technical) | Quantity * |
|---|---|
| 95941 Remote Monitor | 3.00 |
| Facility | 1.00 |
| 95861.26 EMG | 1.00 |

*NOTE: CPT Codes and Quantities subject to change after Billing Department Review

Patient: Richard Triolo        Surgery: 03-22-18        Surgeon: Dr. Raymond Topp
Print Time Stamp: Wednesday, March 28, 2018 03:24 PM



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 120235

## IONM Reader Report
Printed Time Stamp: 3/27/2018 6:41:02 PM

| Patient Information | ServiceDate | Facility | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Richard Triolo<br>1933 Eclipse DR<br>Middleburg, FL 32068 | 03-22-18 | Jacksonville Beach Surgery Center | Dr. Raymond Topp | Dana Chirico |
|  | DOB | Age   Sex<br>44    M |  | 2nd Technologist |

Procedure: L5-S1 PLIF
Diagnosis: M48.06

| Post Baseline | Final Trace | Professional Time |
|---|---|---|
| 08:25:00 | 11:48:00 | 03:23:00 |

### Recording Conditions:

Non-Event Free Running EMG: Free running lower EMG was quiet throughout the procedure.
Normal TO4: The patient exhibited between 0/4 and 4/4 twitches during the procedure.

### Recording Description:

The procedure was an L5-S1 TLIF/PLIF. Dr. Raymond Topp was offered the following modalities: bilateral ulnar nerve SSEPs, bilateral posterior tibial nerve SSEPs, free-run EMG, TO4, triggered EMG. Dr. Raymond Topp accepted the following modalities: TO4, free-run EMG, and triggered EMG. After the patient was intubated subdermal needle electrodes were placed in the muscle bodies of the Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure.

### EMG Recording Sites

Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve

### Recording Summary

As closing commenced EMG was quiet.

Dr. Mark Ritch
Supervising Physician



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 120235

Patient: Richard Triolo      Surgery: 03-22-18      Surgeon: Dr. Raymond Topp
Print Time Stamp: Tuesday, March 27, 2018 06:41 PM



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID:120235

## IONM Technician Report
Report Created: 3/27/2018 6:41:02 PM

| Patient Information | ServiceDate | Facility | Surgeon | IONM Technologist |
|---|---|---|---|---|
| Richard Triolo<br>1933 Eclipse DR<br>Middleburg, FL 32068 | 03-22-18 | Jacksonville Beach Surgery Center | Dr. Raymond Topp | Dana Chirico |
|  | DOB | Age  Sex<br>44    M |  | 2nd Technologist |

Procedure: L5-S1 PLIF
Diagnosis: M48.06

Reader          Dr. Mark Ritch

| Hookup Time | Patient In OR | Patient Out OR | Post Baseline | Final Trace | Professional Time | Tech Time |
|---|---|---|---|---|---|---|
| 08:25:00 | 08:25:00 | 11:48:00 | 08:25:00 | 11:48:00 | 03:23:00 | 03:23:00 |

### Recording Conditions:

Non-Event Free Running EMG: Free running lower EMG was quiet throughout the procedure.
Normal TO4: The patient exhibited between 0/4 and 4/4 twitches during the procedure.

### Recording Description:

The procedure was an L5-S1 TLIF/PLIF. Dr. Raymond Topp was offered the following modalities: bilateral ulnar nerve SSEPs, bilateral posterior tibial nerve SSEPs, free-run EMG, TO4, triggered EMG. Dr. Raymond Topp accepted the following modalities: TO4, free-run EMG, and triggered EMG. After the patient was intubated subdermal needle electrodes were placed in the muscle bodies of the Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure.

| Neuromuscular Junction Test (NJT) | NJT Time | NJT Reliability |
|---|---|---|
| 4 - Very Good | 08:25:00 |  |
| 4 - Very Good | 08:39:00 |  |
| 4 - Very Good | 08:50:00 |  |
| 4 - Very Good | 09:21:00 |  |
| 4 - Very Good | 10:38:00 |  |

### EMG Recording Sites

Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve

| Supplies Used | Quantity |
|---|---|
| Disposable Subdermal Needles Parallel Pairs 2.5m | 10 |
| Disposable Subdermal Needles Single 1.5m | 2 |
| Disposable Ball Tip Stimulating Probe 90mm | 1 |

Patient: Richard Triolo          Surgery: 03-22-18          Surgeon: Dr. Raymond Topp

Print Time Stamp: Tuesday, March 27, 2018 06:41 PM

OMNI000007



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 120235

Recording Summary

As closing commenced EMG was quiet.

Technician Event Log

EVENT LOG
Time
Priority
Text
06:52:35 - Medium - Tech- Dana Chirico Oversight: Dr. Ritch
06:52:43 - Medium - Discussion with the surgeon: Confirmed EMG, TEMG- L5-S1 PLIF- with Dr. Topp
06:52:52 - Medium - Discussion with Anesthesia staff: aware of IOM protocols and modalities to be monitored
06:52:59 - Medium - Discussion with the patient: Explained risks and benefits of IOM, answered any questions, and obtained consent
08:07:26 - Medium - Patient in the room
08:25:28 - - Stored Impedance
08:25:30 - Medium - Impedance check complete
08:25:51 - Medium - TOF 4/4
08:25:53 - Medium - Monitoring start
08:29:46 - Medium - Xray
08:31:41 - - FREE RUN EMG - Stored EMG (Baseline EMG)
08:35:23 - Medium - Prepping aptinet
08:35:37 - Medium - Noise in EMG channels may be due to compression stockings over needles
08:39:23 - Medium - TOF 4/4
08:45:11 - Medium - Draping
08:45:34 - Medium - Surgical time out
08:45:49 - Medium - Dr Ritch@All: EMG appears to be quiet
08:46:09 - Medium - Anesthesia note: BP 117/66 (83), HR 58, Sevo 1.33 MAC
08:49:08 - Medium - Xray
08:50:49 - Medium - TOF 4/4
08:51:57 - - Stored Impedance
08:54:51 - Medium - Injecting local anesthetic
08:57:54 - - TOF Baseline
08:58:27 - Medium - Xray
08:59:17 - Medium - Incision
09:00:05 - Medium - Cautery
09:02:18 - Medium - Xray
09:02:52 - Medium - Mallet in use
09:05:45 - Medium - Mallet use continued
09:05:55 - Medium - Xray
09:07:04 - Medium - Xray
09:07:46 - Medium - Placing K wire
09:08:51 - Medium - TOF 4/4
09:10:00 - Medium - Placing screw- left side
09:12:25 - Medium - TOF 4/4
09:13:06 - Medium - Xray
09:14:15 - Medium - Mallet in use- placing tap left side, second level
09:14:56 - Medium - Xray
09:15:27 - Medium - Mallet
09:15:52 - Medium - Placing K wire
09:17:12 - Medium - Placing screw, left side second level
09:18:41 - Medium - Xray
09:18:49 - Medium - Tightening screw

Patient: Richard Triolo        Surgery: 03-22-18        Surgeon: Dr. Raymond Topp

Print Time Stamp: Tuesday, March 27, 2018 06:41 PM



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID:120235

09:20:23 - Medium - Sizing rod
09:21:32 - Medium - TOF 4/4
09:23:36 - Medium - Placing rod
09:25:10 - Medium - Xray
09:26:12 - Medium - Xray
09:27:17 - Medium - Xray
09:31:08 - Medium - Removed and replacing rod
09:33:08 - Medium - Xray
09:35:14 - Medium - TOF 4/4
09:37:27 - Medium - Xray
09:37:55 - Medium - Retracting
09:38:23 - Medium - Xray
09:40:05 - Medium - Cautery
09:40:12 - Medium - Starting right side
09:40:23 - - FREE RUN EMG - Stored EMG (EMG quiet after left screws/rods/retractiion complete)
09:40:56 - Medium - Placing dilator right side
09:42:42 - Medium - TOF 4/4
09:45:23 - Medium - Xray
09:46:57 - Medium - Xray
09:48:19 - Medium - Placing dilators
09:48:58 - Medium - Sizing implant
09:50:17 - Medium - Suction
09:50:26 - Medium - Xray
09:51:10 - Medium - Cautery
09:54:06 - Medium - Decompression right side
09:55:16 - Medium - Xray
09:55:35 - Medium - Cautery
09:56:38 - Medium - TOF 4/4
09:56:52 - Medium - Cautery
09:57:30 - Medium - Mallet in use
09:58:27 - Medium - Suction
09:58:49 - Medium - Decompression continued
09:59:33 - Medium - Cautery
10:01:10 - Medium - Mallet in use
10:03:43 - Medium - TOF 4/4
10:05:35 - Medium - Decompression continued
10:05:50 - Medium - Cautery
10:06:41 - Medium - Mallet in use
10:07:10 - Medium - Suction
10:07:42 - Medium - Drilling
10:09:46 - Medium - TOF 4/4
10:10:31 - Medium - Xray
10:10:50 - Medium - Drilling
10:11:43 - Medium - Irrigation
10:12:13 - Medium - Decompression continued- right side
10:12:30 - Medium - Dr Ritch@ All: EMG quiet
10:12:35 - Medium - Suction
10:15:23 - Medium - Drilling
10:17:14 - Medium - Suction
10:17:19 - Medium - Xray
10:18:26 - Medium - Cautery
10:21:56 - Medium - Sucton
10:22:41 - Medium - Cautery
10:24:30 - Medium - TOF 4/4
10:25:19 - Medium - Suction
10:26:28 - Medium - Decompression continued

Patient: Richard Triolo            Surgery: 03-22-18            Surgeon: Dr. Raymond Topp

Print Time Stamp: Tuesday, March 27, 2018 06:41 PM

OMNI000009

OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 120235

10:30:17 - Medium - Xray
10:31:26 - Medium - Cautery
10:32:55 - Medium - Xray
10:33:12 - Medium - Mallet
10:35:08 - Medium - Xray
10:35:37 - Medium - Suction
10:36:30 - Medium - Xray
10:38:22 - Medium - Sizing trial
10:38:48 - Medium - TOF 4/4
10:40:34 - Medium - Xray
10:41:38 - Medium - Tightening- left side
10:42:11 - Medium - Shaver in use
10:44:29 - Medium - Xray
10:44:48 - Medium - Raising table
10:45:29 - Medium - Decompression/suction continued
10:48:24 - Medium - Sizing trial
10:50:47 - Medium - Xray
10:51:20 - Medium - Mallet
10:51:54 - Medium - TOF 4/4
10:53:37 - Medium - Suction
10:54:26 - Medium - Cautery
10:55:26 - Medium - Placing implant/bone graft
10:56:45 - Medium - Mallet
10:57:16 - Medium - Suction
10:57:26 - Medium - Placing implant
10:57:33 - Medium - Xray
10:57:41 - Medium - Mallet
10:58:34 - Medium - Suction
11:00:00 - Medium - Cautery
11:00:38 - Medium - Irrigation
11:01:20 - Medium - Suction
11:01:28 - Medium - TOF 4/4
11:01:40 - Medium - Cautery
11:03:04 - Medium - Xray
11:07:44 - Medium - Using torque handle
11:08:57 - Medium - Xray
11:09:30 - Medium - Xray
11:11:13 - Medium - Placing tap right side
11:11:32 - Medium - Mallet
11:12:25 - Medium - Xray
11:13:41 - Medium - Placing k wire
11:13:48 - Medium - TOF 4/4
11:15:12 - Medium - Placing screw right side
11:18:42 - Medium - Placing tap right side, second level
11:20:56 - Medium - Placing screw right side second level
11:23:10 - Medium - Suction
11:25:11 - Medium - Placing rod
11:26:30 - Medium - Xray
11:27:53 - Medium - TOF 4/4
11:33:54 - Medium - Xray
11:35:54 - Medium - Irrigation
11:36:57 - Medium - Suction
11:37:22 - Medium - TOF 4/4
11:38:04 - Medium - TEMG declined by surgeon. Probe already openned
11:38:37 - Medium - Closing
11:44:43 - - FREE RUN EMG - Stored EMG (Closing EMG)

---

Patient: Richard Triolo        Surgery: 03-22-18        Surgeon: Dr. Raymond Topp

Print Time Stamp: Tuesday, March 27, 2018 06:41 PM

OMNI000010



OMNI Medical
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID:120235

11:45:02 - Medium - TOF 4/4
11:48:29 - Medium - Monitoring end

---

Patient: Richard Triolo     Surgery: 03-22-18     Surgeon: Dr. Raymond Topp

Print Time Stamp: Tuesday, March 27, 2018 06:41 PM

OMNI000011

**OMNI Medical**
3900 S. Stonebridge Dr. Ste. 1501
McKinney, TX 75070
Office: (214) 396-7227
Fax: 469-453-3192

Case ID: 120235

# IONM Procedure Report

Report Created: 3/28/2018 3:24:17 PM

| Patient Information | | Surgeon | Service Date: 03-22-18 |
|---|---|---|---|
| Richard Triolo | DOB: | Dr. Raymond Topp | |
| 1933 Eclipse DR | Sex: M | Facility | |
| Middleburg, FL 32068 | Age: 44 | Jacksonville Beach Surgery Center | |

| IONM Technologist: Dana Chirico | Reader: Dr. Mark Ritch |
|---|---|
| 2nd Technologist: | |

| Procedure | Modalities | | | |
|---|---|---|---|---|
| L5-S1 PLIF | ☐ TEMG | ☐ LEMG | ☐ RLN | ☐ EMG Left |
| Diagnosis | ☑ TO4 | ☐ SSEP | ☐ TcMEP | ☐ EMG Right |
| M48.06 | ☐ ABR | ☐ Nerve Conduction | | ☑ EMG Bilateral |

### Recording Conditions:

Non-Event Free Running EMG: Free running lower EMG was quiet throughout the procedure.
Normal TO4: The patient exhibited between 0/4 and 4/4 twitches during the procedure.

### Recording Description:

The procedure was an L5-S1 TLIF/PLIF. Dr. Raymond Topp was offered the following modalities: bilateral ulnar nerve SSEPs, bilateral posterior tibial nerve SSEPs, free-run EMG, TO4, triggered EMG. Dr. Raymond Topp accepted the following modalities: TO4, free-run EMG, and triggered EMG. After the patient was intubated subdermal needle electrodes were placed in the muscle bodies of the Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve. All stimulation electrodes were connected to the stimulation box. All recording electrodes were connected to the pre-amplifier. Impedances were checked and found to be acceptable. Monitoring began and baselines were taken prior to exposure.

### EMG Recording Sites

Vastus Medialis - Femoral nerve, Tibialis Anterior L4-L5, Gastrocnemius S1, Adductor Hallucis - PT nerve, Adductor Digiti Minimi - PT nerve

| Supplies Used | Quantity |
|---|---|
| Disposable Subdermal Needles Parallel Pairs 2.5m | 10 |
| Disposable Subdermal Needles Single 1.5m | 2 |
| Disposable Ball Tip Stimulating Probe 90mm | 1 |

### Recording Summary

As closing commenced EMG was quiet.

---

Patient: Richard Triolo    Surgery: 03-22-18    Surgeon: Dr. Raymond Topp
Print Time Stamp: Wednesday, March 28, 2018 03:24 PM

OMNI000012

# Jacksonville Beach Surgery Center
3316 South Third Street, Ste 200
Jacksonville Beach, FL 32250

## ADMISSION SHEET
Release of Medical / Insurance and Benefits Information / Visitor Release

ACCOUNT #: 64618    PATIENT ID - VISIT #: 64618 - 1

| DATE | APPT TIME | LAST NAME | | FIRST NAME | M.I. | DEPOSIT | ATTACHMENT | C.I. |
|---|---|---|---|---|---|---|---|---|
| 03/22/18 | 8:00 AM | TRIOLO | | RICHARD | | $0.00 | | |

| M/F | DOB | AGE | MSW | HOME PHONE | RIDE / PHONE | NEED TO CALL | WILL BE HERE |
|---|---|---|---|---|---|---|---|
| M | | 43 | U | 631-603-4863 | | | |

**ADDRESS (STREET CITY STATE, ZIP)**
1933 ECLIPSE DR MIDDLEBURG, FL 32068

| PRIOR ADMIT | SSN | DRIVER LICENSE | OCCUPATION | WORK PHONE |
|---|---|---|---|---|
| | | | | |

**RESPONSIBLE PARTY NAME AND ADDRESS IF DIFFERENT FROM ABOVE**
TRIOLO, RICHARD    1933 ECLIPSE DR MIDDLEBURG, FL 32068

| RELATION TO RESPONSIBLE PARTY | RESPONSIBLE PARTY SSN | RESPONSIBLE PARTY EMPLOYER | RESPONSIBLE PARTY PHONE |
|---|---|---|---|
| Self | 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 | | 631-603-4863 |

**PRIMARY INS. CO. NAME / NAME OF INSURED**
Attorney - Letter of Protection LOP - TRIOLO, RICHARD
KINNEY & SASSO 9191 R.G. SKINNER PKWY #703
JACKSONVILLE, FL 32256

**SECONDARY INS. CO. NAME / NAME OF INSURED**

| I.D. # / SSN | GROUP # | AUTHORIZATION | I.D. # / SSN | GROUP # | AUTHORIZATION |
|---|---|---|---|---|---|
| | | | | | |

**INSURED'S EMPLOYER AND PHONE**        **INSURED'S EMPLOYER AND PHONE**

| SURGEON | DOI | CLAIM # | ATTENTION |
|---|---|---|---|
| TOPP, RAYMOND | 02/11/17 | | |

**DIAGNOSIS**
LUMBAR STENOSIS

**PROCEDURE**
POSTERIOR LATERAL INTERBODY FUSION L5-S1.

I, the above policy holder, with the aforementioned Insurance Company, hereby authorize any benefits due me under this policy to be paid in accordance with this assignment. In consideration of hospital, medical and or anesthesiology services rendered (me) (my dependent), I hereby assign and transfer any benefits due me under the above described contract as follows insofar as they are necessary to cover the expense:

AUTHORIZATION: I hereby authorize release of any medical information necessary to process this claim. I authorize Jacksonville Beach Surgery Center to complain to the insurance commissioner for any reason. I further authorize the release of medical information to those healthcare facilities and/or physicians who may be responsible for the patient's follow-up care.

A photostatic copy of this assignment shall be considered effective and valid as the original.

Hospital benefits to: Jacksonville Beach Surgery Center.

FINANCIAL AGREEMENT & RESPONSIBILITY:
1. In consideration of the services to be rendered to me, I HEREBY INDIVIDUALLY OBLIGATE MYSELF TO PAY THE ACCOUNT OF JACKSONVILLE BEACH SURGERY CENTER IN ACCORDANCE WITH THE REGULAR RATES AND TERMS OF THE JACKSONVILLE BEACH SURGERY CENTER. I understand that I am financially responsible to the Jacksonville Beach Surgery Center for any Amount not covered by this authorization. Within 48 hours, a claim may be filed with my insurance carrier. I will be notified when final action (payment, rejection, etc.) by my insurance carrier has been received by the Jacksonville Beach Surgery Center. Payment will be expected within 10 days of that notice. Should the account be referred to an attorney or licensed collection agency for collection, I shall pay reasonable attorney's fees and collection expenses and court costs. All delinquent accounts (those not paid within 60 days from the date of service) may bear interest at the legal rate.
2. I hereby authorize direct payment to the Jacksonville Beach Surgery Center of any insurance benefits otherwise payable to me for this admission at a rate not to exceed the Jacksonville Beach Surgery Center's regular charges. It is agreed that payment to the Jacksonville Beach Surgery Center, pursuant to this authorization, by an insurance company shall discharge said insurance company of any and all obligations under a policy to the extent of such payment. I understand that I am financially responsible for charges not covered by this assignment.
3. I understand that the Jacksonville Beach Surgery Center shall have the right at any time to refuse to admit me or to provide medical care or treatment for me.
4. I certify that I am the patient or am duly authorized by the patient as patient's general agent to execute this document and accept its terms.
5. I understand that, as a courtesy, the Jacksonville Beach Surgery Center will file my primary insurance. After 60 days from the date of surgery, the total balance will be considered due and payable.
6. MEDICAL INFORMATION AND VISITOR RELEASE: I do hereby authorize the release of any/all medical information to Jacksonville Beach Surgery Center. I also do hereby give my permission for personnel other than Jacksonville Beach Surgery Center personnel and physician to observe all or portions of my surgery as deemed permissible by the physicians in charge of my care. This includes but is not limited to sales/equipment representatives, physician office staff, residents, fellows, students, and other individuals as determined by my physician.

I UNDERSTAND AND AGREE THAT, AT THE TIME THE PATIENT HAS MET JACKSONVILLE BEACH SURGERY CENTER'S MEDICAL CRITERIA TO LEAVE THE FACILITY, I WILL HAVE A RESPONSIBLE ADULT PRESENT TO TAKE ME / PATIENT HOME. I RELEASE JACKSONVILLE BEACH SURGERY CENTER FROM ANY RESPONSIBILITY FOR EVENTS IN VIOLATION OF THIS AGREEMENT.

Signed: _____    Dated: 3/22/18    Witness: _____

OMNI000013



Omni Medical
3900 Stonebridge #1501
Mckinney, Texas 75070

OBSERVER AUTHORIZATION AND INFORMED CONSENT
FOR INTRAOPERATIVE NEURO-MONITORING

Informed Consent: I hereby authorize Omni Medical (Omni) to perform Intraoperative Neurophysiologic Monitoring as requested by my physician(s). Testing modalities may include, but are not limited to Somatosensory Evoked Potentials (SSEP), Spontaneous and Triggered Electromyography (EMG), Transcranial Electrical Motor Evoked Potentials (TCeMEP), and Neuromuscular Junction Test (T04). I authorize Omni to share data obtained during the monitoring with one of our physicians. either, in person or via secure Internet transmission, for the purpose of interpreting the data. I understand that I have the right to informed consent, to which my physician(s), authorize representative, or technologist will explain the monitoring process and answer questions I may have regarding the performed services. I further acknowledge that I am free to choose from whom I receive medical services.

Assignment of Rights and Benefits: In consideration of the medical services to be provided, I understand that I am responsible for payment for these services in accordance with the rates and terms now in effect at Omni to the extent that I am legally responsible. I hereby assign Omni, Physician, or affiliated third party company (together known as "Omni and Affiliates"), any and all benefits and all interest and rights (including the right to collect the unpaid insurance benefits, penalties, attorney's fees, court costs and all recoverable damages of any nature from the medical insurance company that provided coverage on the date listed herein), for services rendered under any insurance policy or prepaid healthcare plan. The assignment includes the right to bring litigation to the insured's medical insurance company in the insured's name and assert all claims that the insured will have against the insurance company resulting from, or in any way pertaining to, the medical coverage that the insured is alleged to have had with his/her insurance company in regard to aforementioned medical procedures to be performed. The insured agrees to cooperate with Omni and Affiliates in providing documents and testimony concerning the rights assigned herein. I acknowledge that my balance not covered or paid by such policy, or plan not covered by Medicare or Workers Compensation, is my legal responsibility, as the claim will be billed out of network, where benefits apply. I authorize the release of information to the Social Security Administration or it's intermediaries or carriers as well as any information needed for billing Medicare/Medicaid claims. I request that payment and authorized benefits be made on my behalf and I assign benefits payable for services rendered by Omni and Affiliates.

Authorization to Release Information: I authorize Omni and Affiliates to have full and complete access to my hospital medical records. Furthermore, I authorize Omni and Affiliates, to furnish requested information from my medical and other records to any insurance or third party payer, or to any person or entities financially responsible for the patients care or treatment, including representatives of local, state or federal agencies in accordance with applicable law, for the purpose of obtaining payment on the account. Additionally, I authorize Omni to release information or copies of these records to any referring physician, neurologist, affiliated third party company, or healthcare facility as necessary.

Observer Authorization: I authorize _____ (Observer) to be present during my procedure(s) as an observer for the purpose of training. The observer, if affiliated with Omni, and not the hospital, while on site, shall comply with all instructions of hospital personnel and abide by all hospital policies and procedures, rules and regulations (hospital, departmental, otherwise). Observer shall maintain strict confidentiality of all patient's information and shall comply with all federal, state, and local laws and regulations relating to the confidentiality of patient information.

The Technician made an introduction and explained their role in the procedure. _DM_ Initials

Patient Name (Printed) _RICHARD TRIOLO_  Date _3/22/18_

Patient Signature (or Legal Guardian) _/s/_

Technician Name _DANA CHIRICO_  Technician Signature _/s/_  Date _3/22/18_

Witness Name _____  Witness Signature _____  ☐ - Verbal Consent

Physician Referral
I recommend that Omni perform Intraoperative Neurophysiologic Monitoring during the medical procedures being performed. The purpose of using Intraoperative Neurophysiologic Monitoring during the procedure is to reduce the risk of iatrogenic damage to the nervous system and to provide function guidance from a certified remote physician.

Physician: _____  Facility: _JACKSONVILLE Beach Surgery Center_
Physician Signature: _/s/_
          _DR. RAYMOND TOPP_
Omni Confidential

TRIOLO, RICHARD
ID / Visit: 64618 / 1   Gender: M
DOB:                    Age: 43         Rev 1.051617
Phys: TOPP, RAYMOND
DOS: 3/22/2018

OMNI000014