**Topp Spine**

Dr. Raymond F. Topp
Board Certified Veterinary Surgeon
Fellowship Trained in Spinal Surgery
Fellow of the American Academy of Orthopedic Surgeons

## INTRO FORM

DATE: 10/8/17

Name: __Triolo__      __Richard__      __Anthony__      SSN#: _____
    Last          First          Middle

Home Address: __1933 Eclipse Drive__   City/State: __Middleburg FL__   Zip: __32068__

Mailing Address: _____   City/State: _____   Zip: ____
(If part-time resident please list alternate address)

Home Phone: _____ Work Phone: _____ Cell: _____

Date of Birth: __-__-__ Age: __43__   Marital Status: M (S) D W

Sex: ☒ Male  ☐ Female   Race: ☐ White ☐ Black ☐ Hispanic ☐ Other: _____

E-mail: __Listrong19@Yahoo.Com__

Primary Language you speak: __English__

Patient's Occupation: __Respiratory Therapist__

Patient's Employer (if student, name of school): __Baptist Medical Center South__

Employer Address: _____ City/ST/ZIP _____

**Spouse or Guardian Information:**

Name: _____ SSN: _____ DOB: _____

Mailing Address if different from above: _____

Employer: _____

Relationship to patient: _____

Emergency Contacts: / HIPPA Contacts: Name and Phone: _____

Nearest Relative/Friend not living with you: Phone: _____

Primary Physician: Phone: _____

**WHOM MAY WE THANK FOR REFERRING TO US?**

Doctor's Name/Address __Dr Assad__ _____ Phone: _____

☐ Friend ☐ Family ☐ Yellow Pages ☐ SSI or Peach Pages ☐ Radio ☐ Worker's Comp ☐ Other _____

Guarantor (individual responsible for account balances):

Name: __Richard Triol—__   Date of Birth: __10-18-74__

Mailing Address: __1933 Eclipse Dr Middlbg FL, 32068__   Phone: _____

Please sign verifying all information on this form is correct: _____

0000/0013
12/18/2017 2:26PM FAX

Töpp Spine

Dr. Raymond E. Topp
Board Certified American Board Surgery
Fellowship Trained In Spine Surgery
Fellow of the American Academy of Orthopaedic Surgeons

## MEDICAL HISTORY / ACCIDENT REPORT

Date: 11/8/17

Patient Name: Richard Triolo                    Age: 43

Reason for seeing the doctor today: (be specific—what happened?) M.V.A  on  2/2017  I was
stopped at traffic light & was rear ended

Where did injury/accident occur? 01 1St Ayrmshr Rd & Loretto  Date of injury/accident: 2/11/17

Is there other insurance that will pay this bill (ie. AUTO, WORKERS' COMP)? ☑ Yes ☐ No

If so, what insurance? Florida Blue

Was this job-related? ☐ Yes ☑ No     Have X-rays been made? ☐ Yes ☐ No

Current Medications: (include dosage and frequency) _____

If you have past or current history of the following: (Please check ONLY the ones that apply)
(EVEN IF YOU ARE OR ARE NOT TAKING MEDICATION FOR THE PROBLEM)

___ Kidney Disease/Dialysis        ___ Emphysema              ___ Depression
___ High Cholesterol               ___ High Blood Pressure    ___ HIV
___ Heart Disease (or Murmur)      ___ Ulcers                 ___ Thyroid Disorder
___ Anesthesia Reaction            ___ Hepatitis              ___ Asthma
___ Diabetes                       ___ Pacemaker              ___ Other

Have you ever been treated for any prior orthopaedics injuries? ☐ Yes ☐ No If yes, please list:
Left Forearm / Compound Fx  in 2001

Allergies (Medications, Metals, Adhesives, etc.)? ☐ Yes ☑ No If yes, please list:
_____

List ANY surgical procedures you have had in the past and the name of the surgeon:
_____

Do you smoke? ☐ Yes ☑ No  How many cigarettes per day? _____
Do you drink alcohol? ☑ Yes ☐ No How much? 2 drinks a week Occupation: Respiratory Therapist
Are you pregnant? _____  Are you right or left handed? ☑ Right ☐ Left

view of Symptoms (please write yes or no)  _____ Shortness of Breath  _____ Cough
___ Chest pain        ___ Abdominal pain        _____ Dizziness
___ Urinary difficulty   ___ Muscle or joint pain    _____ Other: _____

FAX  12/18/2017 2:26PM

TOPP000002

Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
P (631) 603-4863
Ustrong19@yahoo.com
DOB

email sent 11/8/17

11/8 · 3:15

* bringing films *

Richard Triolo
10/19/74

*Topp Spine & Orthopaedics*

Chief Complaint: lumbar spine pain
MVA 2/17 - rear ended

HPI: no prior lumbar accidents / or treatment
was used before accident. ESIs after accident @ St. Vincents
- (no relief). Pain while laying flat; pain is constant +
Midline. Pain radiates posteriorly to down thigh +

Current Medication: sometimes         anteriorly to Hip flexor.

Navco 10/325mg
Tizanidine 4mg
Diclofenac 75mg

Medical History:

Allergies: NKDA

Surgical History: 2001 - Left forearm compound fx

Pain Scale: 7-9

@0003/0012

Examination: neg. Straight leg raise bilaterally
leads to back tightness

Assessment: spondylolisthesis of L5-S1
bilateral L5 pars fx.

w/ instrumentation

Treatment: surgical treatment including a PLIF of
L5-S1 is necessary to stabilize the spine.
Pt failed conservative treatment (meds + ESIs).
Pt requires narcotics to control pain.
I recommend an inpt. sx to control pain.

Next appointment:  sx
PLIF @ UF Health

Billing codes: NP. consult level 5

12/26/2017 10:31AM FAX
12/26/2017

Patient chart - Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

☑0001/0037

| PATIENT | | FACILITY |
|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** |
| DOB | | T  (912) 222-5175 |
| AGE | 43 yrs | 8380 Baymeadows Road |
| SEX | Male | Suite 17 |
| PRN | TR846077 | Jacksonville, FL 32256 |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | . | DATE OF BIRTH | | | |
| LAST NAME | Triolo | DATE OF DEATH | . | PREF. LANGUAGE | . |
| SSN | . | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | . | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | . |
| ZIP CODE | 32068 | MOBILE PHONE | . |
| | | OFFICE PHONE | . |
| | | OFFICE EXTENSION | . |

### FAMILY INFORMATION

| NEXT OF KIN | . | PATIENT'S MOTHER'S MAIDEN NAME | . |
|---|---|---|---|
| RELATION TO PATIENT | . | | |
| PHONE | . | | |
| ADDRESS | . | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

### ONGOING MEDICAL PROBLEMS

TOPP000006

12/26/2017 10:31AM FAX
12/26/2017

Patient chart - Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

☑0002/0037

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | **Office Visit** | |
| DOB | | T  (912) 222-5175 | NOTE TYPE | SOAP Note |
| AGE | 43 yrs | 8380 Baymeadows Road | SEEN BY | Raymond Topp |
| SEX | Male | Suite 17 | DATE | 11/08/2017 |
| PRN | TR846077 | Jacksonville, FL 32256 | AGE AT DOS | 43 yrs |
| | | | Not signed | |

## Chief complaint

MVA Feburary 2017, rear ended. Lumbar spine pain

## Vitals for this encounter

No vitals recorded

| SUBJECTIVE |
|---|
| OBJECTIVE |
| ASSESSMENT |

negative straight leg raise bilaterally, leads to back tightness. no pathologic reflexes

**PLAN**

Surgical correction including a PLIF with instrumentation at L5-S1 is necessary to stabilize the spine due to spondylolisthesis present. Patient failed conservative treatment (medications and ESIs). Patient requires narcotic pain medication to control pain from accident. I recommend an inpatient surgery ASAP

practice fusion

TOPP000007

*VM left about*
*Pre op testing*
*2/16/18*

## Jacksonville Checklist:

Name: Richard Triolo

DOB: /    /

Surgery: PLIF L5-S1

Facility being performed at: UF Health

- [x] approval from company (make sure brace is included)
- [x] pre-op appt: 2/21/18 @12pm Logic Diagnostics
- [x] surgery date: ~~3/19/18 @ 8:30am~~ 3/22/18 @ 10am *@ UBSC*
- [x] brace given
- [x] lab work orders + list of blood thinners
  - [x] (mailed)/handed/left at front desk: _____
- [x] labs done
- [x] UA done
- [x] CXR done
- — o EKG done
- [x] MRSA swab done
- ~~o HTC done (if needed)~~
- [x] MRI disc in container for preop    make sure its right
- [x] packet faxed
- o posting given to Blake

after surgery:
- o billing note uploaded (with brace)
- o operative report uploaded
- o f/u appointment made

*Need to call*
*UF Health*
*to schedule*

TOPP000008

2/22/2018                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---------|---|----------|---|-----------|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | **NOTE TYPE** | SOAP Note |
| DOB | | T  (904) 719-7404 | | **SEEN BY** | Raymond Topp |
| AGE | 43 yrs | 8380 Baymeadows Road | | **DATE** | 02/21/2018 |
| SEX | Male | Suite 17 | | **AGE AT DOS** | 43 yrs |
| PRN | TR846077 | Jacksonville, FL 32256 | | Electronically signed by Raymond Topp at 02/21/2018 12:33 pm | |

### Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|------------|---------|-----|------|-----------|----------------------|
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|----------------|-------------------|------------|--------------|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

#### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|-------------|---|-------------------------------|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|--------|-------|------|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|--------|-------|------|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|------------------|--------------------|-------|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|------------------|--------------------|-------|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|------------------|--------------------|-------|

TOPP 000009

2/22/2018                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | | |
| TiZANidine HCl 4 MG Oral Capsule | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

**MAJOR EVENTS**

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

**ONGOING MEDICAL PROBLEMS**

## Assessment

## Plan

We will proceed with surgical correction including a PLIF L5-S1 at UF Health on 3/7/18. All pre-operative testing reviewed with patient in the office today, all risks and benefits of surgery discussed with patient in full detail. one thoracic lumbar sacral brace (TLSO) was dispensed in the office today. this brace is medically necessary due to patient undergoing surgical correction in the thoracic/lumbar spine. The brace is necessary to help reduce pain by restricting mobility of the trunk and to facilitate healing following a surgical procedure on the spine or related soft tissue. BRACE: L0637 Lumbar-sacral orthosis dispensed in office for sagital/coronal control with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to T9 vertebra, lateral strength provided by rigid lateral frames/panels,procedues intracavitary pressure to reduce load on intervertebral disc, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customiized to fit a specific patient by an individual with expertise.

practice fusion

ttps://static.practicefusion.com/apps/ehr/index.html?#/PF/charts/patients/b86e89a5-ad01-435a-bab4-a9a82cf954c8/encounter/91c12504-3cc3-456f-8...    2/2

TOPP000010

 

TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email: scheduling@toppspine.com**

March 20, 2018

To Whom It May Concern,

Patient Richard Triolo (DOB    /   /1974) has been under my care since November 2017. Due to his recurrent symptoms, I am performing surgery on March 22, 2018. He is undergoing a PLIF L5-S1 on March 22, 2018. This invasive surgery requires several weeks of recovery, please excuse the patient from work on medical leave from March 22, 2018 until May 30, 2018.

Professionally,
Dr. Raymond F Topp
Orthopedic Surgery

TOPP000011

# Surgery Center

**FAX POSTING: 247-8168**

## Scheduling Posting Sheet

Date of Surgery: 3/22/18    Time of Surgery: 9am    Duration: 2 hours

Surgeon: Dr. Topp    Phone: _____

Anesthesia: **GENERAL / LOC / MAC / IV SEDATION / LOC ONLY / OTHER:**

Diagnosis: lumbar Stenosis _____ ICD-9 M48.061

Procedure: PLIF L5·S1 _____ CPT 20t 22633,
_____ 22853, 22840,
_____ CPT 20930, 20936,
_____ CPT 38220

Special Equip: C-Arm ☒    Hardware/Implant Vendor Request: Ken Giddens

Other Special Equip: _____    Rep Contact for Hardware/Implant Vendor: 813-785-0040

Scheduler's Name: Allie    Frozen Specimen? ☐ YES AURORA/email to Nicole W: _____

Cardiac Clearance- Yes/No: Recvd date: _____    Post CT Scan sched w/_____

Patient Name: Richard Triolo

Address: 1933 Eclipse Drive    Home Ph: (___)

Middleburg, Fl 32068    Cell Ph: (___)

Sex: (M) F    Race: _____    Marital Status: _____    Wk Ph: (___)

SS#: ___-___-___    Patient's DOB: ___/___/74

Responsible Party SS#: _____    Subscriber DOB: ___/___/___

Attorney: Medlink/LOP    Phone#: (904) 245-1971

WC / Auto: Auth #: _____    Adjuster: Matt Terry

Phone Number: (___)    Date of Injury: ___/___/ February 2017

Primary: _____    Phone#: (___)

  Policy Holder: _____    Relation: _____

  Plan ID#: _____    Group#: _____

Secondary: _____    Phone#: (___)

  Policy Holder: _____    Relation: _____

  Plan ID#: _____    Group#: _____

Entered into HST: _____

TOPP000012

DATE:  March 22, 2018                                    IMD

PATIENT:  TRIOLO, RICHARD

PATIENT ID #:  64618-1

DATE OF BIRTH:

ACCOUNT #:  03/22/2018

SURGEON:  RAYMOND TOPP, MD

FACILITY:  Jacksonville Beach Surgery Center

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSES:**
1.  Acute trauma, L5 spondylolysis.
2.  Spondylolisthesis, L5-S1.
3.  Severe radiculopathy, bilateral lower extremities.

**POSTOPERATIVE DIAGNOSES:**
1.  Acute trauma, L5 spondylolysis.
2.  Spondylolisthesis, L5-S1.
3.  Severe radiculopathy, bilateral lower extremities.

**PROCEDURES:**
1.  Minimally invasive transforaminal lumbar interbody fusion, L5-S1.
2.  Allograft placed to the interbody space for structural support, L5-S1.
3.  Local autograft harvested from the decompression was used for osteoinductive purposes of L5-S1.
4.  Bone marrow aspirate harvested for osteoinductive purposes.
5.  Posterior instrumentation from L5 to S1.
6.  Synthetic cage placement to interbody space of L5-S1 in the form of polyethyl ethyl ketone.
7.  Hemilaminectomy, right L5, for decompressive purposes as well as for fusion purposes, L5-S1.
8.  Application of Frankel lumbosacral orthosis postoperatively.

**SURGEON:  RAYMOND TOPP, MD**

**ASSISTANT:**  Richard Burrel

**ANESTHESIA:**  General endotracheal.

Page 1 of 5

TOPP000013

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center
**BLOOD LOSS:** 200 cc.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**FLUIDS:** Per Anesthesia.

**URINE OUTPUT:** Per Anesthesia.

**IMPLANTS:**
1.    6.5 x 45 mm Newport screws.
2.    11 x 32 x 10 mm Ventura Nano interbody cage, L5-S1.
3.    5-cc factor graft allograft for structural support and osteoconductive fusion purposes, L5-S1.
4.    45 mm rods, L5 to S1.

**INDICATIONS:** Mr. Triolo is a 43-year-old male. He was involved in acute trauma and suffered an L5 spondylolysis. He has been treated with all forms of nonoperative therapy but, unfortunately, he has developed a grade 1 spondylolisthesis and severe radicular pain after the acute trauma. The risks, benefits, and alternatives to the above procedure were discussed with the patient, and he wished to proceed.

**OPERATIVE PROCEDURE:** Informed consent was obtained from the patient. The patient was taken to the operating room and placed in supine position. Anesthesia was instilled. Once anesthesia was instilled, he was rolled to an operating room table over a Wilson frame; all bony prominences were padded. The lumbar spine was sterilely prepped and draped in normal fashion. Fluoroscopic evaluation was utilized to mark the skin. We created skin markings 2 to 3 cm sagittally overlying the pedicles of L5 and S1. A final time-out confirmed the patient's identity, consented for procedure and verification of proper instrumentation.

The procedure began with insufflation of local anesthetic into the skin. We then created sharp dissection and then skin incisions bilaterally overlying the minimal invasive sites at L5-S1. Sharp dissection was taken through subcutaneous tissues and Bovie electrocautery utilized for hemostasis. We continued our dissection, and we developed a plane just above the fascia. The fascia was split in line with the skin incision overlying the musculature. We bluntly dissected,

Page 2 of 5

TOPP000014

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

and we could palpate very easily the L5 transverse process, pars interarticularis, as well as the
L5-S1 joint. On the left side of the spine, we introduced a Jamshidi needle into the pedicle of
L5. We harvested approximately 30 cc of bone marrow aspirate. This was passed off the back
table, was mixed with allograft for osteoconductive and osteoinductive purposes. A nitinol wire
was then passed through the Jamshidi needle after fluoroscopic assistance demonstrated that it
was in the anterior aspect of the bone of L5. We then tapped over the nitinol wire before filling
with the 6.5 mm percutaneous screws with the towers. Similar procedure was performed at S1 in
the sagittal and coronal plane. We advanced it into the pedicle of S1, being mindful to stay
within bone at the sacrum. We angled it medially to get the most length out of the screw
possible. Nitinol wire was then passed through the Jamshidi needle. We then tapped before
filling with a 6.5 mm pedicle screw on the left side of the spine. A 50 mm rod was then
introduced into the towers. We then distracted at the towers to distract the disc space in
preparation for fusion on the opposing side. We provisionally locked down to these 50 mm rods
to maintain our distraction.

A separate incision was created on the right side of the spine. Sharp dissection was taken down
the subcutaneous tissues, Bovie electrocautery utilized for hemostasis. The fascia was split in
line with the incision. Again, we bluntly dissected. We could palpate the transverse process, L5-
S1 facet joint, and pars of L5. We could also palpate the fracture site at the pars as well. The
first cannula was introduced overlying the pars. We dilated up and saw the need for an 80 mm
tube. The tube retractor system was then prepared. Over the final dilator, the 80 mm tube was
then introduced, and we locked it to the bed. We then visualized through the tube. We debrided
the remaining musculature in the area so that we could gain visualization of the bone with Bovie
electrocautery and pituitaries. We easily could identify the pars, and we could see the fracture
that was evident with communication into the spinal column. A bur was then introduced along
with an osteotome, and we removed the inferior artticular process on the right side of the L5 with
the osteotome. This local autograft was harvested and was kept at the back table. We mixed it
with the allograft for osteoinductive purposes. The superior articular process of S1 was then
removed. We had excellent visualization into the neural foramen. With bipolar electrocautery,
we worked on the superior aspect of the right S1 pedicle. With fluoroscopic assistance, we were
able to gain access to the disc. There was an osteophyte in the area. A small osteotome was then
introduced. We removed this osteophyte to gain access to the disc. Again, this osteophyte was
passed to the back table.

TOPP000015

DATE: March 22, 2018                                              IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Of note, prior to the procedure, neurologic monitoring was established. We maintained
neurologic monitoring to maintain the safety of the L5 and S1 nerve roots. There were no
breaches in the neuromonitoring throughout the case.

An annulotomy was performed in a transforaminal fashion at L5-S1. This was followed by
dilators and then shavers. We sequentially utilized the shavers to dilate up. With each shaver, as
we turned it to the perpendicular, we loosened the screws on the opposing side so we could
maintain more distraction. At 10 mm, we had excellent distraction, and we held the distraction
on the opposing side with the 50 mm rod and pedicle screw construct. Pituitaries were brought
in that were straight as well as angled to debride the disc to the far side. We also used curettes,
angled curettes and elbow curettes, to ensure that we were down to the cartilaginous bone. All
this material was removed; we had an excellent preparation of the disc space. The bone graft and
the bone marrow aspirate mixed with the allograft was placed into a funnel; approximately 5 cc
was introduced through the funnel and packed into the disc space with fluoroscopic assistance.
We then trialed what we felt to be the appropriate size as 10 mm cage. It was appropriate, but it
also created a space for a PEEK cage. The PEEK cage was packed with similar autograft and
allograft as bone marrow aspirate. It was introduced under fluoroscopic assistance in an oblique
fashion. We had excellent structural support anteriorly. We disconnected the inserter and then
copiously irrigated; hemostasis was achieved with bipolar electrocautery. With fluoroscopic
assistance, we then introduced Jamshidi needles into the pedicles of L5 on the right side of the
spine. The distraction on the left side of the spine was not only relieved, but we also compressed
on the left side of the spine to compress against the implants and to gain more lordosis. After the
Jamshidi needle was introduced on the right side, nitinol wire was introduced. We first tapped
before filling with 6.5 mm pedicle screw. We also performed a similar fashion at the right S1.
Once the screws were placed on the right side of the spine, we placed the 45 mm rods bilaterally
as they were the appropriate size. We then forked them down in the standard fashion.

We copiously irrigated. There was no active bleeding. Below each fascia, we placed some
vancomycin and Arista powder. The fascia was reapproximated bilaterally with 0 Vicryl. We
then introduced Exparel for postoperative pain control at the level of the fascia and skin.
Subcutaneous tissues were reapproximated with 2-0 Vicryl and the skin with glue. The patient
tolerated the procedure well; he was taken to recovery room in good condition. His vital signs
were stable, and he was afebrile. Once he had awoken in the OR, we had to provide him with
some Valium as he was having some muscle spasms, but these quickly were relieved with
administration of this medication. As he stood, we were able to sit him into thoracolumbar
orthosis.

Page 4 of 5

TOPP000016

DATE: March 22, 2018                               IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH:

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Our plan is to have him discharged on the same-day surgery basis.


                                        _____  _____
                                                            RAYMOND TOPP, MD

RT/at: Doc# 00021253/Job# 62821341
DD: 03/23/2018 12:11
DT: 03/23/2018 23:45

Date Transmitted: _____

Page 5 of 5

TOPP000017

TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB:      /    /1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

TOPP000018

3/29/2018                 Encounter - Office Visit Date of service: 03/28/18 Patient: Richard Triolo DOB:          PRN: TR846077

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Richard Triolo** | **Topp Spine and Orthopaedics** | **NOTE TYPE** | SOAP Note |
| DOB | T  (904) 719-7404 | **SEEN BY** | Raymond Topp |
| AGE        43 yrs | F  (912) 342-8536 | **DATE** | 03/28/2018 |
| SEX        Male | 3316 3rd Street South | **AGE AT DOS** | 43 yrs |
| PRN        TR846077 | Suite 201 | Not signed | |
| | Jacksonville Beach, FL 32250 | | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo. com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

**ACTIVE ALLERGIES**

| | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

**ACTIVE ALLERGIES**

| | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

**ACTIVE ALLERGIES**

| | SEVERITY/REACTIONS | ONSET |
|---|---|---|

TOPP000019

3/29/2018                    Encounter - Office Visit Date of service: 03/28/18 Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | . | . |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | . | . |
| TiZANidine HCl 4 MG Oral Capsule | | . | . |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted.

## Plan

Patient presents for a post-op visit after undergoing a PLIF L5-S1 on 3/22/18. Continue daily activities. Limit lifting and twisting. Continue pain medications as prescribed. We will follow up with the patient in 4 weeks. Prescription for pain medications and lumbar x ray given today. Patient advised to call with any concerns.

practice fusion

4/12/2018                    Encounter - Office Visit Date of service: 04/11/18 Patient: Richard Triolo DOB:              PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | DATE | 04/11/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient Identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone | |
|---|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com | |
| CITY | Middleburg | | | |
| STATE | FL | HOME PHONE | - | |
| ZIP CODE | 32068 | MOBILE PHONE | | |
| | | OFFICE PHONE | - | |
| | | OFFICE EXTENSION | - | |

FAMILY INFORMATION

| NEXT OF KIN | - | | |
|---|---|---|---|
| RELATION TO PATIENT | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

TOPP000021

4/12/2018                    Encounter - Office Visit Date of service. 04/11/18 Patient: Richard Triolo DOB:              PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | . | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | . | - |
| TiZANidine HCl 4 MG Oral Capsule | | . | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient reporting some numbness in the left toes.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted. 5- Strength in left ankle, 5+ in the right; Remainder of exam consistent with prior exam.

## Plan

X ray reviewed: Instrumentation intact with no apparent loosening, healing well

Patient doing well. Will start up PT to encourage left leg strengthening. Will order lumbar CT to evaluate healing and hardware placement. Will follow up with patient after exam.

practicefusion

5/18/2018                    Encounter - Office Visit Date of service: 05/02/18 Patient: Richard Triolo DOB:              PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | DATE | 05/02/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

TOPP000023

5/18/2018                    Encounter - Office Visit Date of service: 05/02/18 Patient: Richard Triolo DOB:            PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | . |
| TiZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

**MAJOR EVENTS**

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today post PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient is improving.

**ONGOING MEDICAL PROBLEMS**

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Incision healing well. No erythema, edema, warmth, or drainage noted. Exam essentially unchanged from prior exam

## Plan

Patient improving. CT scan reviewed with no acute abnormalities. Normal post operative changes. I would recommend continuing current treatment protocol. Plan to follow up with the patient in 2 months. Patient may return to work on May 31 with no limitations.

practicefusion

# Topp Spine and Orthopaedics
## History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Create Date:** | June 14, 2018 |
| **Patient ID:** | 1023 | | |
| **Sex:** | Male | | |
| **Birthdate:** | | | |

## Chief Complaint

Patient returns today post PLIF L5-S1.

## History Of Present Illness

Patient is a pleasant 43-year-old male who returns today post PLIF L5-S1. Patients injuries were sustained during a motor vehicle accident which occurred on February 11, 2017. Patient was rear-ended. No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while lying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017. Patient reports he is feeling good, but ongoing pain down the left side. Other than that, presurgical pain is healing well.

## Past Medical History
No Pertinent Medical History

## Past Surgical History
PLIF L5-S1

## Medication List
No Pertinent Medications

## Allergy List
No Pertinent Allergies

## Family Medical History
No Pertinent Family Medical History

## Genetic Screening
No Pertinent Genetic History

## Social History
No Pertinent Social History

## Immunizations
No Pertinent Immunization History

## Review of Systems
### Constitutional
○ **Denies** : fever, weight loss, weight gain

[History and Physical] [Richard Triolo] [1023]                                    [Date Printed:6/20/2018] Page 2 of 2

**Eyes**
  ○ **Denies** : impaired vision, changes in vision
**HENT**
  ○ **Denies** : headaches, vertigo
**Cardiovascular**
  ○ **Denies** : chest pain, irregular heart beats
**Respiratory**
  ○ **Denies** : shortness of breath, cough
**Gastrointestinal**
  ○ **Denies** : abdominal pain, blood in stools
**Genitourinary**
  ○ **Denies** : dysuria, hematuria
**Integument**
  ○ **Denies** : rash, pigmentation changes
**Neurologic**
  ○ **Denies** : muscular weakness, incoordination, loss of balance
**Musculoskeletal**
  ○ * See HPI
**Endocrine**
  ○ **Denies** : cold intolerance, heat intolerance
**Heme-Lymph**
  ○ **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness
**Allergic-Immunologic**
  ○ **Denies** : frequent illnesses
**All Others Negative**

## Physical Examination

Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Incision healed well. No erythema, edema, warmth, or drainage noted.  5- Strength in left ankle, 5+ in the right; Remainder of exam consistent with prior exam.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop

Lung-Clear to auscultation and percussion

Musculoskeletal:

Left SI- Positive FABER, positive hip thrust, negative Gaenslen, negative distraction, positive finger forton test

Lumbar- Exam essentially unchanged from prior exam.

## Plan

I would continue physical activity as tolerated. I think he is having SI joint dysfunction secondary to his surgery. We may look into it if it is persistent into the future. I will follow up with the patient in 2 months.

**Electronically Signed by:** Raymond F. Topp, MD -Author on June 19, 2018 10:39:19 AM

[Progress Note] [Richard Triolo] [1023]

[Date Printed:8/17/2018] Page 1 of 2

# Topp Spine and Orthopaedics
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Visit Date:** | August 16, 2018 |
| **Patient ID:** | 1023 | **Provider:** | Raymond F. Topp, MD |
| **Sex:** | Male | **Location:** | Topp Spine and Orthopaedics |
| **Birthdate:** | | **Location Address:** | 3316 3rd Street S |
| | | | Suite 201 |
| | | | Jacksonville Beach, FL 32250-6091 |
| | | **Location Phone:** | (904) 719-7404 |

## Chief Complaint

Mr. Triolo presents in our office today for a follow up visit. Patient was involved in a motor vehcile accident on February 11, 2017.

## History Of Present Illness

Patient is a pleasant 43-year-old male who unfortunately was involved in a motor vehicle accident on February 11, 2017. Patient was stopped at a traffic light when he was suddenly rear-ended. Patient reports being the fully restrained driver with his seat belt and shoulder harness on right. Patients car was equipped with headrest which were positioned even with the top of the head. Patient reports the weather was clear and the visibility of the road was good. Patient did not foresee the collision and was completely unprepared for the impact. Patient denied loss of consciousness but felt dazed. Patient immediately experienced lower back pain. Patient failed all conservative treatment including epidural steroid injections. Due to the injuries sustained in the accident on February 11, 2017, patient underwent a PLIF L5-S1. Patient is experiencing SI joint dysfunction secondary to his surgery.

## Past Medical History
Left forearm compound fracture

## Past Surgical History
Left forearm compound fracture; PLIF L5-S1

## Medication List
Norco oral; tizanidine oral

## Allergy List
No Pertinent Allergies

## Family Medical History
No Pertinent Family Medical History

## Genetic Screening
No Pertinent Genetic History

## Social History
Does not smoke; Respiratory therapist; Separated; Social Drinker

## Immunizations
No Pertinent Immunization History

## Review of Systems

[Progress Note] [Richard Triolo] [1023]

[Date Printed:8/17/2018] Page 2 of 2

**Musculoskeletal**
o * See HPI

## Physical Examination

GENERAL: Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Normal musculature and symmetry, full ROM, diffuse tenderness across lumbar spine focusing mostly in the left SI joint region, negative straight leg raises bilaterally, 5/5 strength in extremities bilaterally, normal reflexes, NVI.

MUSCULOSKELETAL: Range of motion:  Cervical range of motion was limited with pain.  Lumbar range of motion was limited with pain.  Palpatory findings:  Palpation revealed spasm and tenderness within the cervical, thoracic, and lumbar paraspinal musculature bilaterally.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop.

Lung- clear to auscultation and percussion.

NEUROLOGICAL: Mental status: The patient answered general information and questions correctly. Affect appeared to be appropriate and was congruent with complaints.  Awake, alert and oriented to date, place and person. Cranial nerves: Speech clear.  Pupils equal, round, reactive to light, extraocular movements full. Motor:  5/5 proximal and distal upper and lower extremities.  Sensory:  intact.

Left SI- Positive FABER, Positive distraction, positive finger forton

## Plan

The patient returns today for follow-up after the posterior lumbar interbody fusion lumbar 5 to sacral 1. As a reminder we approached the spine minimally invasively from the right side as this patient preoperatively had significant right lower extremity pain.  In the postoperative period, the patient complains of left lower extremity pain.  The patient reports that Dr. Pardo has placed an injection at L5-S1 under fluoroscopy.  He is unequivocal that the pain in his leg resolved however he is unsure about the pain in his back.  It is my recommendation then that we proceed with an MRI of the lumbar spine with contrast.  The patient will return to see me in 2 weeks with the results of this MRI and on the same day I am planning on performing an epidural steroid injection after reviewing the results. Based upon the results of this injection, we may or may not  need to move on to diagnostic injections of the sacroiliac joint.  Followup in 2 weeks.

**Electronically Signed by:** Raymond F. Topp, MD -Author on August 17, 2018 02:55:33 PM

# Topp Spine and Orthopaedics
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Visit Date:** | August 30, 2018 |
| **Patient ID:** | 1023 | **Provider:** | Raymond F. Topp, MD |
| **Sex:** | Male | **Location:** | Topp Spine and Orthopaedics |
| **Birthdate:** | | **Location Address:** | 3316 3rd Street S<br>Suite 201<br>Jacksonville Beach, FL 32250-6091 |
| | | **Location Phone:** | (904) 719-7404 |

## Chief Complaint

Patient was involved in a motor vehcile accident on February 11, 2017. Patient underwent PLIF L5-S1 on March 22, 2018. On August 16, 2018 patient was seen at our office for a post-op visit. Patient reported low back pain. Returns with MRI disc to discuss results

## History Of Present Illness

The above-captioned patient was involved in a motor vehicle accident that occurred on February 11, 2017. Patient was stopped at a traffic light when he was suddenly rear-ended. Patient reports being the fully restrained driver with his seat belt and shoulder harness on right. Patients car was equipped with headrest which were positioned even with the top of the head. Patient reports the weather was clear and the visibility of the road was good. Patient did not foresee the collision and was completely unprepared for the impact. Patient denied loss of consciousness but felt dazed. Patient immediately experienced lower back pain. Patient failed all conservative treatment including epidural steroid injections. Due to the injuries sustained in the accident on March 22, 2018 patient underwent a PLIF L5-S1. Patient is experiencing SI joint dysfunction secondary to his surgery.

## Past Medical History

Left forearm compound fracture

## Past Surgical History

Left forearm compound fracture; PLIF L5-S1

## Medication List

Norco oral; tizanidine oral

## Allergy List

No Pertinent Allergies

## Family Medical History

No Pertinent Family Medical History

## Genetic Screening

No Pertinent Genetic History

## Social History

Does not smoke; Respiratory therapist; Separated; Social Drinker

## Review of Systems
### Musculoskeletal
  ○ * See HPI

[Progress Note] [Richard Triolo] [1023]

[Date Printed:9/5/2018] Page 2 of 2

## Physical Examination

GENERAL: Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Normal musculature and symmetry, full ROM, diffuse tenderness across lumbar spine focusing mostly in the left SI joint region, negative straight leg raises bilaterally, 5/5 strength in extremities bilaterally, normal reflexes, NVI.

MUSCULOSKELETAL: Range of motion: Cervical range of motion was limited with pain. Lumbar range of motion was limited with pain. Palpatory findings: Palpation revealed spasm and tenderness within the cervical, thoracic, and lumbar paraspinal musculature bilaterally.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop.

Lung- clear to auscultation and percussion.

NEUROLOGICAL: Mental status: The patient answered general information and questions correctly. Affect appeared to be appropriate and was congruent with complaints. Awake, alert and oriented to date, place and person. Cranial nerves: Speech clear. Pupils equal, round, reactive to light, extraocular movements full. Motor: 5/5 proximal and distal upper and lower extremities. Sensory: intact.

Left SI- Positive FABER, Positive distraction, positive finger forton

## Results

Diagnostic Imaging: MRI Lumbar Spine with and without contrast done on 08/30/2017 at Precision Imaging. The study revealed,

1. L5-SI prior PLIF without complication cvidcnt.
2. T12-L1 posterior disc himation indents the thecal sac. There is a high signal annular fissure scene.
3. Enhancing fibrosis is scean within the right lateral rcccss and neural foramen at L5-S 1.

## Plan

Upon reviewing the patient's most recent lumbar MRI results done on August 30, 2018, it is my professional opinion that the patient would benefit from an ESI directed at the L5/S1 level to achieve pain relief of the exiting L5 and S1 nerve roots.  The MRI demonstrates no foraminal stenosis and therefore, neural stretching is the likely etiology for the patient's post op leg pain.

**Electronically Signed by:** Raymond F. Topp, MD -Author on September 5, 2018 02:53:04 PM



FAX POSTING TO: 247-8101 OR

E-mail to [illegible]@surgerypartners.com

## Scheduling Posting Sheet

Date of Surgery: 9/13/18 ___ Time of Surgery: _____ Duration: _____

Surgeon: DR Topp ___ Scheduler: Nicole _____ Phone: _____

Anesthesia:   **GENERAL  /  MAC /   LOCAL ONLY**

Diagnosis: Lumbar Pain _____ ICD-10 M54.5

Procedure: L-spin epidural Steroid Inj ___ CPT 62323

CPT 76000

CPT _____

Special Equip Needed: C-Arm _____ Hardware/Implant Vendor Requesting _____

Hardware/Implant Vendor Rep Name: _____ Phone: _____

Attached:  Cardiac / Medical Clearance ____ H&P ____ Office Note ____ Height: ____ Weight: ____

Patient Name: Richard Triolo _____

Address: 1933 Eclipse DR _____ Home Ph:( )

Middleburg , FL 32068 _____ Cell Ph:( )

Sex: (M)  F   Race: _____ Marital Status: _____ Work Ph:( )

SS#: ___-__-_____ Patient's DOB: __/__/__

Responsible Party SS#: _____ Subscriber DOB: __/__/__

**Attorney's Name** _____ Phone#: ( )

**WC / Auto** Company: _____ Policy # _____

Adjuster Name: _____ Phone: _____ Date of Injury 2/11/17

Primary: Matt Terry  Ph# 904-245-1971  fx # 904-245-1975

Policy Holder: _____ Relation: _____

Plan ID# _____ Group# _____

**Secondary**: _____ ☐ No Secondary Insurance

Policy Holder: _____ Relation: _____

Plan ID# _____ Group# _____

Entered into HST:

TOPP000031

DATE: September 13, 2018                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-2

DATE OF BIRTH:

ACCOUNT #: 09/13/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**POSTOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**PROCEDURES:**
1.    Epidural steroid injection, left paracentral region, L5-S1.
2.    Fluoroscopic assistance, less than 60 minutes.

**SURGEON:** RAYMOND TOPP, MD

**ASSISTANT:** Blake Burrell, PA

**ANESTHESIA:** IV anesthesia.

**BLOOD LOSS:** Minimal.

**INJECTION:** Kenalog 40 mg, 2 cc, to the epidural space along with 1 cc of Sensorcaine. Omnipaque confirmed the positioning of the needle and epidural space placement.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**INDICATIONS:** Mr. Triolo is a patient of mine who I performed posterior lumbar interbody fusion a few months back. Postoperatively, he has been experiencing some contralateral lower extremity pain from the opposing side of the transforaminal lumbar interbody fusion. The left S1 radiculopathy was evaluated with MRI and CT; there was no continual compression. Risks,

Page 1 of 2

TOPP000032

**DATE:** September 13, 2018                                    IMD

**PATIENT:** TRIOLO, RICHARD

**PATIENT ID #:** 64618-2

**DATE OF BIRTH:**

**ACCOUNT #:** 09/13/2018

**SURGEON:** RAYMOND TOPP, MD

**FACILITY:** Jacksonville Beach Surgery Center

benefits, and alternatives to the above procedure were discussed with the patient, and he wished
to proceed.

**OPERATIVE PROCEDURE:** After informed consent was obtained from the patient, the
patient was taken to the operating room and placed in supine position. Anesthesia was instilled.
He was rolled to the prone position; all bony prominences were padded. Lumbar spine was
sterilely prepped and draped in normal fashion. Fluoroscopic assistance was utilized. We
marked the skin overlying the appropriately directed trajectory of the shot. The skin was
sterilely prepped and draped in normal fashion, and a final time-out confirmed the patient's
identity, consent to procedure, and availability of proper instrumentation.

We placed 1% lidocaine in the skin in a wheal-type fashion and then peppered the skin down
towards the interlaminar space. A small spinal needle was passed   **0200**   site under
fluoroscopic assistance. We could palpate the ligamentum flavum on the left side. We used the
glass syringe technique and once were in the appropriate area, injected Omnipaque. Omnipaque
images were saved in the sagittal and coronal projection to ensure that we were in epidural space.
We then deployed the steroid followed by 1 cc of Sensorcaine. The needle was removed. The
incision site was dressed with a Band-Aid. The patient was rolled into supine position. He was
taken to recovery room in good condition. His vital signs were stable, and he was afebrile. The
patient was awoken, and we performed a neurologic examination. He had full strength of his
lower extremities bilaterally. He had excellent relief of his pain. He was discharged to home on
same-day-surgery basis.


                                                    _____
                                                    RAYMOND TOPP, MD

RT/nt: Doc# 00022128/Job# 62822258
DD: 09/14/2018 09:28
DT: 09/15/2018 00:33

Date Transmitted: _____

Page 2 of 2

TOPP000033



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

**PATIENT NAME:**        TRIOLO, RICHARD
**ID NUMBER:**           22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:**  SYED ASAD, M.D.
**DATE OF SERVICE:**     04/04/2017

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

TOPP000034



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**    TRIOLO, RICHARD
**ID NUMBER:**    22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:**    04/04/2017
**PAGE 2**

**IMPRESSION:**

1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

Soheil Sooudi, M.D.
Certified, American Board of Radiology
SS/ll    D/D: 04/04/2017    D/T: 04/04/2017    DRSO6843 - 8:47

TOPP000035

APR/10/2018/TUE 02:42 PM   Adv Diagnostics Grp      FAX No. 9044584802            P. 001/002



# ADVANCED DIAGNOSTIC GROUP

1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

High Field MRI & X-Ray

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | | | |
|---|---|---|---|
| PATIENT NAME: | RICHARD TRIOLO | | |
| PATIENT ID: | 407365 | REFERRING PHYSICIAN: | RAYMOND TOPP MD, |
| DOB: | 10/19/1974 | REFERRING PHONE: | |
| DOS: | 04/04/2018 | REFERRING FAX: | 912-265-7200 |

EXAMINATION:  X-RAY L SPINE

INDICATION:  Low back pain. Status post prior lumbar spine fusion March 22, 2018

TECHNIQUE: 3 views

COMPARISON: Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

FINDINGS: Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1. The lumbar vertebral bodies are otherwise in satisfactory alignment. There has been interval placement of posterior rod and screw fixation at L5-S1. There has been discectomy at L5-S1. No definite appreciable hardware failure or loosening. No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

IMPRESSION:

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.

David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist

DAVID PRIEST, MD
Electronically signed on:  4/5/2018 1:34:04 PM
Transcribed by  DP  on:  4/5/2018 1:32:17 PM

TOPP000036

4/25/2018 12:03:58 PM                    Precision Imaging Centers                    To 19122657200  Msg 535918  Page 1 of 2

# PRECISION
## IMAGING CENTERS

Raymond Topp
3231 Glynn Ave
BRUNSWICK, GA  31520

Phone (912) 265-9006
FAX 9122657200

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB: 19 Oct 1974 )

MRN: 458812
Exam Date: 25 Apr 2018
Location: PIC ORANGE PARK

CT LUMBAR SPINE WITHOUT CONTRAST

CT LUMBAR SPINE WITHOUT CONTRAST

HISTORY: 43 years Male with M48.061.

TECHNIQUE: CT LUMBAR SPINE WITHOUT CONTRAST utilizing standard protocol. Multiplanar reconstructions were performed including average intensity projections through fusion instrumentation when appropriate.

REFERENCE EXAM: None

FINDINGS: Grade 1 spondylolisthesis L5 L5-S1 prior PLIF. No hardware fracture, loosening or migration is evident. There appears to be partially resorbed and of bone graft material within the disc space. No graft subsidence is seen, however. The appearance is concerning for delayed or nonunion. There is no paraspinal mass. No segmentation anomaly is seen. There is no hemivertebra or block vertebra. The lumbodorsal fascia and posterior elements are intact.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L5-S1: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

IMPRESSION:

L5-S1 prior PLIF with intact hardware. The appearance of the disc space is concerning for delayed or nonunion.

TOPP000037

8/30/2018  1:53:46 PM    Precision Imaging Centers    To 9047197405  Msg 573016  Page 1 of 2



# PRECISION
## IMAGING CENTERS

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: 9047197405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB: 19 Oct 1974 )

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

---

## MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

HISTORY: 43 years Male with PAIN IN LOW BACK.

TECHNIQUE:  MULTISEQUENCE, MULTIPLANAR HIGH FIELD MR LUMBAR SPINE
WITHOUT AND WITH CONTRAST utilizing standard protocol.  20 ml MultiHance was administered
intravenously per protocol without complication.

REFERENCE EXAM: None

FINDINGS: For the purposes of this report, five lumbar vertebrae are assumed.

Normal vertebral body alignment is seen without significant spondylolisthesis.  L5-S1 prior PLIF T12-L1
posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen.  No intrathecal
masses are seen. The conus medullaris is in a normal position. There are no areas of pathological signal
intensity within the visualized bone marrow to suggest an acute fracture or neoplasm. No paravertebral
mass is seen.

L1-2: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L2-3: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L3-4: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L4-5: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L5-S1: Prior fusion without recurrent stenosis or other complication evident.

Enhancing fibrosis is noted within the L5-S1 right lateral recess and neural foramen.

IMPRESSION:

L5-S1 prior PLIF without complication evident.

TOPP000038

08/30/2018  54:16 PM
Precision Imaging Centers

To 9047197405  Msg 57:016  Page 2 of 2

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: 9047197405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB: 19 Oct 1974 )

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

---

## MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen.

Enhancing fibrosis is seen within the right lateral recess and neural foramen at L5-S1.

Reported:                  30 Aug 2018  13:32   Dr. Kevin Jones
Electronically Signed:     30 Aug 2018  13:32   Dr. Kevin Jones
(KJ/30 Aug 2018 13:32)
HTTPS://PACS.PRECISIONCENTERS.COM/INTELECONNECT

TOPP000039

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Hematology |
|---|

## CBC / Differential

| | Collected Date | 02/12/2018 | | |
|---|---|---|---|---|
| | Collected Time | 11:52 | | |
| Procedure | | | Units | Reference Range |
| White Blood Cell Count | | 10.48 | K/mcL | [4.50-11.00] |
| Red Blood Cell Count | | 5.10 | mil/mcL | [4.30-5.90] |
| Hemoglobin | | 15.2 | g/dL | [13.5-17.5] |
| Hematocrit | | 43.5 | % | [41.0-53.0] |
| MCV | | 85.1 | fL | [80.0-100.0] |
| MCH | | 29.8 | pg | [25.0-35.0] |
| MCHC | | 35.0 | g/dL | [30.0-37.0] |
| RDW -Red Cell Distribution Width | | 12.9 | % | [11.5-15.5] |
| Platelet Count | | 275 | K/mcL | [150-450] |
| MPV | | 9.1 | fL | [7.0-11.0] |
| Neutrophils % | | 60 | % | [40-75] |
| Lymphocytes % | | 28 | % | [15-45] |
| Monocytes % | | 6 | % | [3-15] |
| Eosinophils % | | 6 | % | [0-7] |
| Basophils % | | 1 | % | [0-2] |
| Neutrophils -Absolute | | 6.30 | K/mcL | [1.80-8.00] |
| Lymphocytes -Absolute | | 2.90 | K/mcL | [1.00-5.00] |
| Monocytes -Absolute | | 0.60 | K/mcL | [0.20-0.90] |
| Eosinophils -Absolute | | 0.60 H | K/mcL | [0.00-0.45] |

## Coagulation

| | Collected Date | 02/12/2018 | | |
|---|---|---|---|---|
| | Collected Time | 11:52 | | |
| Procedure | | | Units | Reference Range |
| Protime | | 12.0 | sec | [11.8-15.0] |
| INR | | 0.9 H | | |
| PTT | | 28.2 | sec | [22.9-37.8] |

Interpretive Data
i1:      INR
         INR THERAPEUTIC RANGES FOR WARFARIN ANTICOAGULATION

         Low Intensity Range:    2.0-3.0 (prophylaxis of thrombosis and embolism)
         Moderate Intensity Range:  2.5-3.5 (prosthetic valves)

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 10/19/1974   43 years |
| Print Date/Time: | 02/20/2018 15:11 | Sex: | Male |
| Report ID: | 47339125 | Financial #: | 56606601 |
| **LABORATORY CLIENT REPORT** | | | |

No: 0774   P. 1/4

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
| --- |

## Urinalysis

|  | Collected Date 02/12/2018 | | |
| --- | --- | --- | --- |
|  | Collected Time 11:52 | | |
| Procedure | | Units | Reference Range |
| Color -Urine | Yellow | | |
| Clarity -Urine | Clear | | |
| Specific Gravity -Urine | 1.018 | | [1.010-1.040] |
| pH -Urine | 5 | | [5.0-7.5] |
| Protein -Urine | Negative | mg/dL | [0-0] |
| Glucose -Urine | Negative | mg/dL | [0-0] |
| Ketones -Urine | Negative | mg/dL | |
| Bilirubin -Urine | Negative | | [0-0] |
| Blood -Urine | Negative | | |
| Nitrite -Urine | Negative | | |
| Urobilinogen -Urine | Negative | mg/dL | [0.0-1.0] |
| Leukocyte Esterase -Urine | Negative | | [Negative] |

| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| --- | --- | --- | --- |
| Admit Date: | 02/12/2018 | DOB/Age: | 43 years |
| Discharge Date: | 02/12/2018 | Sex: | Male |
| Print Date/Time: | 02/20/2018 14:59 | Financial #: | |
| Report ID: | 47338560 | | |
| **LABORATORY CLIENT REPORT** | | | |

No: 0716    P. 2/4

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
|---|

## Routine Chemistry

|  | Collected Date: | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Sodium |  | 137 | mEq/L | [135-145] |
| Potassium |  | 3.9 | mEq/L | [3.5-5.1] |
| Chloride |  | 105 | mEq/L | [98-110] |
| Carbon Dioxide |  | 27 | mEq/L | [22-32] |
| Glucose Level |  | 108 ᴴ | mg/dL | [70-100] |
| Blood Urea Nitrogen |  | 22 | mg/dL | [7-23] |
| Creatinine |  | 1.11 ᵃ | mg/dL | [0.70-1.50] |
| Anion Gap |  | 9 | mEq/L | [9-22] |
| Osmolality Calculated |  | 278 ᴸ | mOsm/kg | [280-300] |
| Calcium |  | 9.5 | mg/dL | [8.5-10.1] |
| eGFR Caucasian Male |  | 72.3 | mL/min | [>=60.0] |
| eGFR African American Male |  | 87.6 ᵇ | mL/min | [>=60.0] |

**Interpretive Data**

i2:    Creatinine
Venipuncture immediately after or during administration of Metamizole (Dipyrone) may lead to falsely low results
for Creatinine. Venipuncture should be performed prior to the administration of Metamizole.

i3:    eGFR African American Male
* Values are race, sex, and age dependent and units are mL/min/1.73m2.
In the following clinical settings an actual clearance measurement may be
required: extremes of age or body size, severe malnutrition or obesity,
diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian
diet, rapidly changing kidney function, or prior to dosing drugs with
significant toxicity that are excreted by the kidney. Decreased eGFR for >3
months to levels of 30-59 is classified by the National Kidney Foundation as
chronic renal disease, Stage 3, and 15-29 as Stage 4.

| Patient: | **TRIOLO, RICHARD A** |  |  |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 43 years |
| Print Date/Time: | 02/20/2018 15:11 | Sex: | Male |
| Report ID: | 47339125 | Financial #: |  |
| **LABORATORY CLIENT REPORT** |  |  |  |

No. 0774    P. 3/4

TOPP000042

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| | Microbiology | |
|---|---|---|

PROCEDURE:          ORSA NA Amplification          ACCESSION:                    18-043-03498
SOURCE:             NARES                          BODY SITE:
COLLECTED DATE/TIME: 02/12/2018 11:52             RECEIVED DATE/TIME:          02/12/2018 15:46
START DATE/TIME:     02/12/2018 15:46             FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel: 02/13/2018 05:38 Chandler,Hazen
No ORSA DNA detected by Real-Time PCR.
Reference Range: No ORSA detected.
Testing performed by BD Max instrumentation.

Patient:         **TRIOLO, RICHARD A**
Admit Date:      02/12/2018
Discharge Date:  02/12/2018               MRN:          3154593
Print Date/Time: 02/20/2018 15:12         DOB/Age:                    43 years
Report ID:       47339119                 Sex:          Male
**LABORATORY CLIENT REPORT**               Financial #:

No. 0774   P. 4/4

TOPP000043

Feb. 13 2018 12:11PM     BMCN Imaging 904-321-1871                    No. 3691     P. 2/3

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000          www.baptistjax.com

---

## Routine Radiology Procedures

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

**Reason For Exam**
(XR Chest PA and LAT 2 View) M48.061

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB:          Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View

HISTORY:Preop

Comparison: None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion. The cardiomediastinal silhouette is grossly normal appearing. The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
                   David Ratliff, MD

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 43 years |
| Print Date/Time: | 02/13/2018 09:19 | Sex: | Male |
| Report ID: | 47099152 | Financial #: | |
| **RADIOLOGY REPORT** | | Attnd Physician: | Physician ,Non Staff |
| BH Radiology Non Staff Physician | | Patient Location: | S-RADO |
| Physician Copy | | | |
| Page 1 of 2 | | | |

TOPP000044

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871              No. 3691    P. 3/3

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000         www.baptistjax.com

---

*Routine Radiology Procedures*

Accession:              Exam Date/Time:        Exam:                    Ordering Provider:
RA-18-0026226           02/12/2018 12:05       XR Chest PA and LAT 2 View  Physician ,Not Known

Report
                        Interventional Radiology
Dtd/dr       D: 02/12/2018 13:28    T: 02/12/2018 13:28  Job#: 5072104
*** Final Report ***

Reading Radiologist:  Ratliff, David C  MD

Signed: Ratliff, David C  MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

Patient:        **TRIOLO, RICHARD A**
Admit Date:      02/12/2018
Discharge Date:  02/12/2018                    MRN:            3154593
Print Date/Time: 02/13/2018 09:19             DOB/Age:              43 years
Report ID:       47099152                      Sex:            Male
**RADIOLOGY REPORT**                           Financial #:
BH Radiology Non Staff Physician              Attnd Physician:  Physician ,Non Staff
Physician Copy                                 Patient Location:  S-RADO
Page 2 of 2

TOPP000045

Mar 14 2018 14:22:59 Via Fax        ->                    **Vonage**            Page 002 Of 002

Page: 1 of 1

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:            Sex: M    Account No.:
Encounter ID: 161059297    Encounter Date: 03/06/2018
Encounter Type: Office Visit

SUBJECTIVE:

Chief Complaint:       Pt. complains of low back pain.

Social History:        Smoking Status: Never Smoked

Allergies:             No known allergies

Review of System:      Constitutional: Pt. denies fever, chills, or generalized malaise, no pyrexia or chills. No weakness or fatigue.
                       Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea
                       Respiratory: negative shortness of breath, cough, sputum production
                       Gastrointestinal: No abdominal pain, hematemesis, or melena
                       Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain.
                       Musculoskeletal: Joint pains or stiffness
                       Neurological: Denies fainting, blackouts, seizures, paralysis. Numbness and tingling in right foot.

OBJECTIVE:

Vital Signs:           Height: 74.00 in
                       Weight: 245.00 lbs
                       BMI: 31.45
                       Blood Pressure: 138/89 mmHg
                       B/P Side: Left
                       B/P Position: Sitting
                       Temperature: 97.60 F
                       Pulse: 65 beats/min
                       Resp. Rate: 20

_____ Date: _____

[Provider]: Reynaldo Pardo, MD

TOPP000046

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871    No. 3691    P. 2/3

Physician ,Not Known



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000    www.baptistjax.com

---

| Routine Radiology Procedures |
|---|

Accession:           Exam Date/Time:        Exam:                              Ordering Provider:
RA-18-0026226        02/12/2018 12:05       XR Chest PA and LAT 2 View          Physician ,Not Known

**Reason For Exam**
(XR Chest PA and LAT 2 View) M48.061

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB: 10/19/1974   Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View

HISTORY:Preop

Comparison: None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion. The cardiomediastinal silhouette is grossly normal appearing. The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
               David Ratliff, MD

---

Patient:            **TRIOLO, RICHARD A**
Admit Date:         02/12/2018                      MRN:              3154593
Discharge Date:     02/12/2018                      DOB/Age:                      43 years
Print Date/Time:    02/13/2018 09:19                Sex:              Male
Report ID:          47099152                        Financial #:
**RADIOLOGY REPORT**                                Attnd Physician:  Physician ,Non Staff
BH Radiology Non Staff Physician                    Patient Location: S-RADO
Physician Copy
Page 1 of 2

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871    No. 3691    P. 3/3

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000    www.baptistjax.com

---

## Routine Radiology Procedures

| Accession: | Exam Date/Time. | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

**Report**

Interventional Radiology
DR/dr    D: 02/12/2018 13:28    T: 02/12/2018 13:28    Job#: 5072104

*** Final Report ***

Reading Radiologist: Ratliff, David C  MD

Signed: Ratliff, David C  MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date. | 02/12/2018 | | |
| Discharge Date: | 02/12/2018 | MRN: | 3154593 |
| Print Date/Time: | 02/13/2018 09:19 | DOB/Age: | 43 years |
| Report ID: | 47099152 | Sex: | Male |
| **RADIOLOGY REPORT** | | Financial #: | |
| BH Radiology Non Staff Physician | | Attnd Physician: | Physician ,Non Staff |
| Physician Copy | | Patient Location: | S-RADO |
| Page 2 of 2 | | | |

TOPP000048

From:                                          04/16/2018 12:37    #885 P.002/005

Home Health Certification and Plan of Care                                    1 of 4

### Patient Information

| Patient's Hi Claim No | Start of Care Date 03/23/2018 | Certification Period From: 03/23/2018 To: 05/21/2018 | Medical Record No. 2751 |
|---|---|---|---|

| Patient's Name and Address Triolo, Richard 1933 Eclipse Drive MIDDLEBURG, FL 32068 | Sex Male          Day of Birth | Phone Number |
|---|---|---|
| | Email -- | Primary Language English |

Patient Risk Profile
--

### Clinical Data

| Clinical Manager McKinney RN, Alise | Branch Name and Address Trilogy Home Healthcare 12740 Gran Bay Parkway West Suite 2120 Jacksonville, FL 32258 | Phone Number (904) 229-0510 |
|---|---|---|
| Provider Number - Medicare Number 1871529347 | | Fax Number (904) 229-0515 |
| Primary Physician Topp, Raymond MD | Address 8380 Baymeadows Road, Suite 178 JACKSONVILLE, FL 32256 | Phone Number (904) 719-7404 |
| NPI 1780620211 | | Fax Number (904) 719-7405 |

Primary Diagnosis

| Code 247.89 | Description Encounter for other orthopedic aftercare (O) | Date 03/22/2018 |
|---|---|---|

Surgical Procedures

| Code -- | Description -- | Date -- |
|---|---|---|

Secondary/Other Diagnosis

| Code | Description | Date |
|---|---|---|
| M54.5 | Low back pain (E) | 03/23/2018 |
| V49.49x S | Driver injured in collision w oth mv in traf, sequela (O) | 02/01/2017 |
| Z48.01 | Encounter for change or removal of surgical wound dressing (E) | 03/22/2018 |

| Mental Status Oriented | Other -- |
|---|---|

Additional Orders

| Neurological Oriented To: Person, Place, Time. | Psychosocial WNL (within Normal Limit) |
|---|---|

Tremor Location(s)
--

Comments
.

DME & Supplies
Probe Covers. Exam Gloves. , thoracic lumbar sacral brace

TOPP000049

From:                                    04/16/2018 12:37    #886 P.003/006

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                           2 of 4

**Prognosis**
Good

**Safety Measures**
Use of Assistive Devices. Slow Position Change. Emergency Plan Developed. Safety in ADLs. Support
During Transfer and Ambulation. Fall Precautions. Standard Precautions/Infection Control.

**Nutritional Requirements**
Regular.

**Functional Limitations**
Endurance, Ambulation

**Other**
--

**Activities Permitted**                                                **Other**
Up as tolerated, Exercise prescribed                                    --

## Treatments

**Medications**
Percocet Oral 10-325 MG 1 Tab(s) 1 to 2 every 4-6 hours as needed for pain (N)
Relistor Oral 150 MG 1 Tab(s) daily
Arymo ER Oral 30 MG 1 every 12 hours
TiZANidine HCl Oral 4 MG 1 Tab(s) twice per day, every 6 hrs, max of 3 in 24 hours

**Allergies**

**Substance**                                      **Reaction**
NKA (Food / Drug / Latex / Environmental)          --

**Orders and Treatments**
SN: effective 3/23/18 2w1,3w1
Assessment of patient with Encounter for other orthopedic aftercare, Low back pain, Driver injured
in collision w oth mv in traf, sequela, Encounter for change or removal of surgical wound dressing.
Homebound Status: Other - post op weakness, Requires max assistance/taxing effort to leave home,
Unable to safely leave home unassisted.

SN orders:
SN to develop individualized emergency plan with patient.
SN to assess pain level and effectiveness of pain medications and current pain management therapy
every visit.
SN to instruct patient to take pain medication before pain becomes severe to achieve better pain
control.
SN to report to physician if patient experiences pain level not acceptable to patient, pain level
greater than 8, pain medications not effective, patient unable to tolerate pain medications, pain
affecting ability to perform patient's normal activities.
SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques,
massage, stretching, positioning
SN to perform wound care as follows: Lumbar Incisions: change dry sterile dressing daily
SN to assess/evaluate wound(s) at each dressing change and PRN for signs/symptoms of infection.
Report to physician increased temp >100.5, chills, increase in drainage, foul odor, redness,
unrelieved pain > 10 on 0-10 scale, and any other significant changes.
SN to instruct the Patient/Caregiver on signs/symptoms of wound infection to report to physician,
to include increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain
> 10 on 0-10 scale, and any other significant changes.
SN to instruct the patient the following symptoms could be signs of a heart attack: chest
discomfort, discomfort in one or both arms, back, neck, jaw, stomach, shortness of breath, cold
sweat, nausea, or dizziness. Instruct patient on signs and symptoms that necessitate calling 911.

TOPP000050

From:

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018

3 of 4

**(Continued) Orders and Treatments**
SN to instruct the Patient/Caregiver on proper ROM exercises and body alignment techniques.
Keep back straight, no bending, twisting, lifting
No exercise until post op follow up
walking is important
Use lumbar roll when sitting.
SN to instruct patient to wear proper footwear when ambulating.
SN to instruct patient to change positions slowly.
SN to instruct the Patient/Caregiver to remove clutter from patient's path such as clothes, books,
shoes, electrical cords, or other items that may cause patient to trip.
SN to instruct the Patient/Caregiver to contact agency for increased dizziness or problems with
balance.
SN to instruct the Patient/Caregiver on importance of adequate lighting in patient area.
SN to instruct the Patient/Caregiver to contact agency to report any fall with or without minor
injury and to call 911 for fall resulting in serious injury or causing severe pain or immobility.
SN to determine if the Patient/Caregiver is able to identify the correct dose, route, and frequency
of each medication.
SN to assess if the Patient/Caregiver can verbalize an understanding of the indication for each
medication.
SN to instruct the Patient/Caregiver on medication regimen dose, indications, side effects, and
interactions.
SN to instruct the Patient/Caregiver on precautions for high risk medications, such as,
hypoglycemics, anticoagulants/antiplatelets, sedative hypnotics, narcotics, antiarrhythmics,
antineoplastics, skeletal muscle relaxants.
SN to instruct the Patient/Caregiver on medication side effects to report to SN or physician.


SOC Summary
Patient was involved in a MVA 2/2017 and suffered lumbar injuries. ESIs were peformed without pain
relief. Pain radiates posteriorly down thigh and anteriorly down hip, reported to be constant and
midline. Patient had a PLIF L5-S1 as surgical intervention on 3/22/18. Patient exhibits two
incisions, right and left lumbar spine with steri strips in place. TSLO brace ordered and dispersed
at time of visit. Patient exhibits pain 8/10 in lower back. Patient requires SN visits for
monitoring of surgical incisions and daily dressing changes.
PMHX: motor vehicle accident 2/2017 resulting in back injury


**Goals and Outcomes**
The patient will have no hospitalizations during the certification period.
The Patient/Caregiver will verbalize understanding of individualized emergency plan by:
03/23/2018.
Patient will verbalize understanding of proper use of pain medication by 03/24/2018.
Patient will achieve pain level less than 5 within 2 weeks .
Wound(s) will be free from signs and symptoms of infection during 60 day episode.
The Patient/Caregiver will verbalize understanding of symptoms of cardiac complications and when to
call 911 by: 03/23/2018.
The Patient/Caregiver will demonstrate proper ROM exercise and body alignment techniques.
The patient will be free from falls during the certification period.
Patient will remain free of adverse medication reactions during the episode.
The Patient/Caregiver will verbalize understanding of medication regimen, dose, route, frequency,
indications, and side effects by: 03/26/2018.
The Patient/Caregiver will be able to identify the correct dose, route, and frequency of each
medication by: 03/26/2018.
Rehab potential: Good to achieve stated goals with skilled intervention and patient's compliance
with the plan of care.
Discharge plans: Discharge when medical condition is stable and patient is no longer in need of
skilled services.
Discharge patient to self care.


SN to coordinate plan of care with client and physician.
Agency may accept orders from Dr. Topp and all practice associates.
Physician signature on any page denotes approval of all orders on all corresponding pages.

TOPP000051

From:

04/16/2018 12:39    #885 P.005/005

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                          4 of 4

Attending Physician's Signature and Date Signed
--                                                                  Date  4/16/18

Nurse Signature and Date of Verbal SOC Where Applicable             Date
Digitally Signed by: Marsha Moor RN ,                               03/23/2018

I certify/recertify that this patient is confined to his/her home and needs intermittent skilled
nursing care, physical therapy and/or speech therapy or continues to need occupational
therapy. This patient is under my care, and I have authorized the services on this plan of care
and I or another physician will periodically review this plan. I attest that a valid face-to-face
encounter occurred (or will occur) within timeframe requirements and it is related to the
primary reason the patient requires home health services.

Anyone who misrepresents, falsifies, or
conceals essential information required for
payment of Federal funds may be subject to
fine, imprisonment, or civil penalty under
applicable Federal laws.

TOPP000052

Aug. 3. 2018 12:33PM al Therapy                                                                          No. 5227    P. 2

Select
PHYSICAL THERAPY

2106 Park Avenue
Orange Park, FL USA 32073
Phone: (904) 264-0921
Fax: (904) 215-7491

| | |
|---|---|
| **Patient:** | **Richard Triolo** |
| Acct #: | 032R140642342 |
| DOB: | |
| Clinician: | Jacob C. Daniels, PT, DPT |
| Prim Phy: | Raymond Topp |
| Phy Phone: | (904) 719-7404 |
| Phy Fax: | (904) 719-7405 |
| Sec Phy: | Not Specified |
| Inj. Date: | 2/2/2018 |
| Surg. Date: | 3/22/2018 |

| | |
|---|---|
| **Visit Date:** | **Aug 02, 2018** |
| FSC: | HMO/PPO |
| Payor: | BCBS |
| Pol/Claim#: | Not Specified |
| Insured: | Richar Triollo |
| Employer: | Baptist Medical Center |
| Case Mgr: | Not Specified |
| Visits: | 1 |
| Cxl/Ns: | 0 |

# Plan of Care

## Diagnosis

Spine                     M54.5          Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.
**ADL / Functional Status:**
• Premorbid Status: Work status: Independent Without Difficulty. Current Status: Work status: Independent With Difficulty.
**Chief Complaint:**
• Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.
**Functional Comorbidity Index:**
• Pt reports familial history of COPD, Emphysema, & Cancer
**Mechanism of Injury:**
• The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.
**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

| | |
|---|---|
| • Assessment | Initial |
| • Date | 08/02/2018 |
| • Percentage | 32.00% |

**Rehabilitation Expectations/Goals:**
• Return to Work Activities: Unrestricted/Symptom Free.

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.
**Recommendations:**
• Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

*Problem #1*  **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**
*STG Achieve by Aug 16, 2018.*
          **Symptomatic Improvements:**
          • The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to

TOPP000053

Aug. 3. 2018 12:34PM

| | | |
|---|---|---|
| Patient: | Richard Triolo | No. 5227  P. 3 |
| Acct #: | 032R140642342 | Visit Date:  Aug 02, 2018 |
| DOB: | Oct 19, 1974 | |

pain at night
*LTG Achieve by Aug 30, 2018.*
**Symptomatic Improvements:**
- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

*Problem #2* **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

| | Left | Right |
|---|---|---|
| - Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| - Piriformis | 2=Pain with winding | 1=Complaint of pain |

*STG Achieve by Aug 16, 2018.*
**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.
*LTG Achieve by Aug 30, 2018.*
**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

*Problem #3* **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

| | |
|---|---|
| - Extension(Limited by L LBP) | 25% |
| - Flexion(3rd DP to floor 13.5 cm with relief) | 75% |
| - Rotation Left | 75% |
| - Rotation Right | 75% |
| - Side Bending Left(54 cm 3rd DP to floor) | 75% |
| - Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% |

*STG Achieve by Aug 16, 2018.*
**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| - Extension | 50% |
| - Side Bending Right | 75% |

*LTG Achieve by Aug 30, 2018.*
**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| - Extension | 75% |
| - Side Bending Right | 100% |

*Problem #4* **Flexibility.**

| | Left | Right |
|---|---|---|
| - Hamstrings | Mild Restriction | Full Excursion/No Deficits |
| - Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |

*STG Achieve by Aug 16, 2018.*
**Musculoskeletal Improvements In: Soft Tissue Flexibility to:**

| | Left | Right |
|---|---|---|
| - Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*
**Musculoskeletal Improvements In: Soft Tissue Flexibility to:**

| | Left | Right |
|---|---|---|
| - Piriformis | Slight Restriction | Full Excursion/No Deficits |

*Problem #5* **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**
*STG Achieve by Aug 16, 2018.*
**Peripheral Nerve Function Improvements:**
- By Normalizing Neurogenic Signs.

*Problem #6* **Functional Tests: Return to Participation: Activities.**

| | |
|---|---|
| - Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes |
| - Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes |

*STG Achieve by Aug 16, 2018.*
**Functional Improvements In:**
- Positional Tolerance to: Up to 2.5 Hours.
*LTG Achieve by Aug 30, 2018.*
**Functional Improvements In:**

TOPP000054

| Patient: | Richard Triolo |
| Acct #: | 032R140642342 |
| DOB: | Oct 19, 1974 |

No. 5227    P. 4

**Visit Date:** Aug 02, 2018

---

- Positional Tolerance to: Up to 6 Hours.

*Problem #7* **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**
- Assessment                     Initial
- Date                               08/02/2018
- Percentage                     32.00%

*STG Achieve by Aug 16, 2018.*
**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*
**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**
- Active Range of Motion Activities. Active Assistive Range of Motion Activities. Client Education. Functional Activities: Positional Tolerance: Standing. Home Exercise Program. Manual Range of Motion Activities. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer. Treadmill.

Eideann  Smith, SPT, Student PT
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 02, 2018 16:42:33

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Raymond Topp**                          **Date**

**Patient: Richard Triolo**                                                        **DOB: Oct 19, 1974**

TOPP000055

# T⦿O
**TOPP SPINE & ORTHOPAEDICS**

## Dr. Raymond Topp, M.D.
8380 Baymeadows Road, Suite 17-B
Jacksonville, Florida 32256

Phone: 904-719-7404 • Fax: 904-719-7405

Name __Richard Trio'olo__ Age __10/10/74__

Address __1433 Eclipse Drive__ Date __3/22/18__

℞ post operative vitals check
and wound care /check

for 5 days -

☐ LABEL
REFILL _____ TIMES _____

TCP17120100001

NPI #1780620211

DEA #FT7224885

M.D.

TOPP000056

**You are scheduled at:**



# ADVANCED
## DIAGNOSTIC GROUP

❑ **4933 University Blvd W.**
Jacksonville, FL 32216
Tel: 904-733-7800
Fax: 904-419-4866
*Upright Open MRI*

❑ **1465 Kingsley Ave,** Suite 1404
Orange Park, FL 32073
Tel: 904-458-0141
Fax: 904-458-4802
*High-Field MRI*

❑ **2386 Dunn Ave.,** Suite 101
Jacksonville, FL 32218
Tel: 904-421-3827
Fax: 904-240-0633
*High-Field MRI*

❑ Health  ❑ WC  ❑ Auto  ☒ Other: _LOP_

| | |
|---|---|
| Appointment Date: _____ | Time: _____ |
| Patient Name: _Richard Triolo_ | DOB: _____ |
| Patient Phone: _____ | Injury Date: _POST OP - SX BB 3/22/18_ |
| Insurance Provider: _Medlink LOP_ | Group #: _____ |
| Insurance Tel: _904 - 245 - 1971_ | Claim #: _____ |
| Referring Physician: _Raymond Topp_ | Clinic: _Topp Spine + Orthopaedics_ |
| Physician Tel: _904 - 919 - 7404_ | Physician Fax: _912 - 342 - 8536_ |
| Physician Signature: _____ | Date: _3/28/18_ |
| Diagnosis: _M48.061_ | |

---

# MRI

- ❑ Brain   ❑ w/ SWI
- ❑ IAC's
- ❑ Pituitary
- ❑ Orbits
- ❑ C-Spine   ❑ T-Spine   ❑ L-Spine
- ❑ Soft Tissue Neck
- ❑ Brachial Plexus
- ❑ Chest
- ❑ Abdomen
- ❑ Pelvis
- ❑ Shoulder    ❑ L    ❑ R
- ❑ Elbow    ❑ L    ❑ R
- ❑ Wrist    ❑ L    ❑ R
- ❑ Hand    ❑ L    ❑ R
- ❑ Hip    ❑ L    ❑ R
- ❑ Knee    ❑ L    ❑ R
- ❑ Ankle    ❑ L    ❑ R
- ❑ Foot    ❑ L    ❑ R
- ❑ Other _____

## CONTRAST
❑ With   ❑ Without   ❑ With & Without

# GENERAL RADIOLOGY

| | | | |
|---|---|---|---|
| ❑ Skull | ❑ TMJ | ❑ L | ❑ R |
| ❑ Facial | ❑ Clavicle | ❑ L | ❑ R |
| ❑ Orbits | ❑ Shoulder | ❑ L | ❑ R |
| ❑ Sinus | ❑ Humerus | ❑ L | ❑ R |
| ❑ Nasal | ❑ Elbow | ❑ L | ❑ R |
| ❑ Soft Tissue Neck | ❑ Forearm | ❑ L | ❑ R |
| ❑ Chest (CXR) | ❑ Wrist | ❑ L | ❑ R |
| ❑ Abdominal Series | ❑ Hand | ❑ L | ❑ R |
| ❑ KUB | ❑ Finger | ❑ L | ❑ R |
| ❑ Pelvis | ❑ Ribs | ❑ L | ❑ R |
| ❑ SI Joints | ❑ Hip | ❑ L | ❑ R |
| ❑ Sacrum / Coccyx | ❑ Femur | ❑ L | ❑ R |
| ❑ C-Spine | ❑ Knee | ❑ L | ❑ R |
| ❑ T-Spine | ❑ Tibia | ❑ L | ❑ R |
| ☒ L-Spine  _AP/LAT Lumbar_ | ❑ Fibula | ❑ L | ❑ R |
| ❑ Bone Age  _Spine xrays_ | ❑ Ankle | ❑ L | ❑ R |
| ❑ Other _____ | ❑ Foot | ❑ L | ❑ R |
| | ❑ Calcaneus | ❑ L | ❑ R |
| | ❑ Toes | ❑ L | ❑ R |

# MRA
- ❑ Brain w/ w/o Contrast
- ❑ Other _____
- ❑ Carotid w/o Contrast

# UPRIGHT OPEN MRI

**Upright MRI Protocol**

With Flexion/Extension?
❑ Yes    ❑ No

With Axial Rotation?
❑ Yes    ❑ No

With Contrast?
❑ Yes    ❑ No

- ❑ Brain
- ❑ Cervical    ❑ Seated  ❑ Standing
- ❑ Thoracic    ❑ Seated  ❑ Standing
- ❑ Lumbar    ❑ Seated  ❑ Standing
- ❑ Shoulder    ❑ L    ❑ R
- ❑ Hip    ❑ L    ❑ R
- ❑ Knee    ❑ L    ❑ R
- ❑ Other Region _____

**Additional Notes:**
_____
_____
_____
_____
_____
_____
_____

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

TOPP000057




**TOPP SPINE & ORTHOPAEDICS**

Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

## PHYSICAL/OCCUPATIONAL THERAPY PRESCRIPTION

PATIENT NAME _Richard Triolo_ DATE OF BIRTH _____ DATE _4/12/18_

DIAGNOSIS _____ _postop PLIF on 3/22/18_

FREQUENCY/DURATION: _2-3_ x/week for _4_ weeks, _____ visits for instruction on a home exercise program

_X_ PROM          _X_ AROM          _X_ AAROM

_X_ STRETCHING _____

_X_ STRENGTHENING _____

_____GAIT TRAINING _____BALANCE / PROPRIOCEPTION _____TRANSITION OUT OF BRACE

_____TRANSITION _____

_____WEIGHT BEARING: _____ None _____ partial_____ as tolerated _____ full _____

_____TOTAL KNEE PROGRAM _____

_____TOTAL HIP PROGRAM _____

_____ACL RECON PROGRAM _____

_X_LOW BACK PROGRAM _X_Extension _X_Abdominal _X_Hamstring stretching _X_SI joint mobilization

_____NECK _____ROM _____Neuromuscular massage _____Traction _____Scapular stabilizing exercises

_X_MODALITIES AS NEEDED (US, PHONOPHORESIS, IONTOPHORESIS, ICE, HEAT, TENS, etc)

_____SCAR DESENSITIZATION _____SILICONE PATCH

_____WHIRLPOOL with or without chlorazene

_____BRACE/SPLINT _____

_____FUNCTIONAL CAPACITY EVALUATION (FCE) with PPD rating

_____MEDICALLY NECESSARY _____

_Please call patient to schedule appt at_

## Please fax all patient related information to (912) 342-8536

TOPP000058

 

TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email:** scheduling@toppspine.com

April 12, 2018

I tried to send patient Richard Triolo to Heartland Rehab near his home for his post op PLIF physical therapy, but they explained they do not accept LOPs. I requested that Mr. Triolo call a few places in his area to see who accepts LOPS (since I am not familiar with the area) and when he finds a place to call me and I would be happy to send his PT rx over. Patient agreed and voiced understanding. AJ

6/6 Patient is scheduled for 6/14 @1pm.

7/31  Patient is scheduled for 7/31 Follow-up. Patient is "having some problems"

TOPP000059

# T(O)
## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, M.D.**
8380 Baymeadows Road, Suite 17-B
Jacksonville, Florida 32256

Phone: 904-719-7404    •    Fax: 904-719-7405

Name _Richard Triolo_    Age _10/19/74_

Address _____    Date _4/12/18_

Rx

Lumbar CT w/o contrast
78131

Dx: M48.061

_[signature]_, M.D.

☐ LABEL
REFILL _0_ TIMES

TCP17120100001    NPI #1780620211    DEA #FT7224885

TOPP000060

*Please provide patient with ADICC + Lasix past to 912-342. T536 9 30am*

*Please call patient with appointment*

**This is your DOCTOR's ORDER, Please bring it with YOU to your exam.**

| | |
|---|---|
| TODAY'S DATE/TIME 4/11/18 | PATIENT'S NAME Richard Toole |
| INSURANCE INFORMATION LOP / Medical Matters | DATE OF BIRTH ___ M F / PHONE (H) 904-245-1921 PHONE (W) |
| REASON FOR TEST Post op PLE | |
| REFERRING PHYSICIAN'S (Print) Raymond Poe | OFFICE PHONE # 904-719-0404  APPOINTMENT DATE/TIME: |
| REFERRING PHYSICIAN'S SIGNATURE | AUTHORIZATION / REFERRAL #: |

**MRI/CT AND IVP'S WITH IV CONTRAST: PROVIDE LAB VALUES:    CREATININE    _____ DATE DRAWN _____**
**BLOOD WORK MUST BE WITHIN 30 DAYS OF MRI EXAM AND 90 DAYS OF CT / IVP EXAM.**
**NEEDED FOR ALL DIABETIC & RENAL INSUFFICIENCY PATIENTS AND ANYONE 65 YEARS AND OLDER.**

## GENERAL RADIOLOGY / XRAY

- Skull
- Orbits    RT    LT
- Facial Bones
- Nasal Bones
- Paranasal Sinuses
- Nasopharynx / Soft Neck Tissue
- Cervical Spine
- Thoracic Spine
- Lumbar Spine
- Pelvis
- Sacrum / Coccyx
- SI Joints
- Shoulder    RT    LT
- Scapula    RT    LT
- Clavicle    RT    LT
- Chest PA : LAT
- Ribs    RT    LT
- Sternum
- Arm / Humerus    RT    LT
- Elbow    RT    LT
- Forearm    RT    LT
- Wrist    RT    LT
- Hand    RT    LT
- Finger    RT    LT
- Abdomen - KUB
- Abdomen - Flat : Upright
- Hip    RT    LT
- Femur    RT    LT
- Knee    RT    LT
- Tibia - Fibula    RT    LT
- Ankle    RT    LT
- Heel - Calcaneous    RT    LT
- Foot    RT    LT
- Toe    RT    LT
- Scoliosis Series
- Obstructive Series /
- ABD Complete w Chest
- Metastatic Bone Survey
- Other (specify)

### MRI

| | Contrast | with & w/o | w/o |
|---|---|---|---|
| Brain | | 70553 | 70551 |
| Pituitary | | 70553 | 70551 |
| IAC's | | 70553 | 70551 |
| Orbits | | 70543 | 70540 |
| Sinuses | | 70543 | 70540 |
| TMJ    RT    LT | | | 70336 |
| Neck - Soft Tissue | | 70543 | 70540 |
| Breast    RT    LT | | 77059 | 77058 |
| Brachial Plexus | | 73220 | 70540 |
| Cervical Spine | | 72156 | 72141 |
| Thoracic Spine | | 72157 | 72146 |
| Lumbar Spine | | 72158 | 72148 |
| Lumbar Plexus | | 72158 | |
| Chest | | 71552 | 71550 |
| Abdomen (organ specific) | 74183 | 74181 |
| Pelvis | | 72197 | 72195 |

### Extremities

| | | | | |
|---|---|---|---|---|
| Shoulder | RT | LT | 73223 | 73221 |
| Elbow | RT | LT | 73223 | 73221 |
| Wrist | RT | LT | 73223 | 73221 |
| Hand | RT | LT | 73220 | 73218 |
| Hip | RT | LT | 73723 | 73721 |
| Knee | RT | LT | 73723 | 73721 |
| Ankle | RT | LT | 73723 | 73721 |
| Foot | RT | LT | 73720 | 73718 |
| Other (specify) | | | | |

### MRA

**MR Angiography**

| | Contrast | with or w/o |
|---|---|---|
| Thoracic Aorta / Chest | | 71555 |
| Abdominal Aorta | | 74185 |
| Pelvis | | 72198 |
| Upper Extremity    RT    LT | | 73225 |
| Lower Extremity    RT    LT | | 73725 |

| | Contrast | without |
|---|---|---|
| Brain MRA | | 70544 |
| Neck MRA | | 70547 |
| Other (specify) | | |

## CT SCAN

| | Contrast | with & w/o | w/o | with |
|---|---|---|---|---|
| Brain | | 70470 | 70450 | 70460 |
| Pituitary | | 70470 | 70450 | 70460 |
| Orbits | | 70482 | 70480 | 70481 |
| Temporal Bones/ IAC | | 70482 | 70480 | 70481 |
| Sinuses | | 70488 | 70486 | 70487 |
| Neck - Soft Tissue | | 70492 | 70490 | 70491 |
| Chest | | 71270 | 71250 | 71260 |
| Abdomen & Pelvis | | 74178 | 74176 | 74177 |
| Abdomen | | 74170 | 74150 | 74160 |
| Pelvis | | 72194 | 72192 | 72193 |
| Cervical Spine | | 72127 | 72125 | 72126 |
| Thoracic Spine | | 72130 | 72128 | 72129 |
| Lumbar Spine | | 72133 | 72131 | 72132 |
| ☒ Other (specify) lumbar CT no contrast | | | | |

### CTA

**CT Angiography**

| | Contrast | with & w/o |
|---|---|---|
| Head Intracranial Vessels | | 70496 |
| Neck Carotid | | 70498 |
| Chest | | 71275 |
| Aorta-Ileofem | | 75635 |
| Abdomen | | 74175 |
| Pelvis | | 72191 |
| Upper Extremity    RT    LT | | 73206 |
| Lower Extremity    RT    LT | | 73706 |
| Other (specify) | | |

### SONOGRAPHY

| | |
|---|---|
| Abdomen | 76700 |
| Abdomen w Doppler | 76700 & 93975 |
| Complete Renal | 76770 |
| Transplant Kidney w /Doppler | 76776 |
| Renal w/ Doppler | 76770 & 93976 |
| Female Pelvis - Transabdominal | 76856 |
| Transvaginal | 76830 |
| Ovarian Doppler | 93975 |
| Thyroid | 76536 |
| Testicular w/ Doppler | 76870 & 93975 |
| Extremity Soft Tissue  RT    LT | 76882 |
| | Upper / Lower |
| Soft Tissue | 76999 |
| Breast    RT    LT | 76645 |
| Neonatal Head | 76506 |
| Other (specify) | |

## Vascular Doppler

| | |
|---|---|
| Segmental Doppler | 93923 |
| ABI | 93922 |
| Carotid Doppler | 93880 |
| Aorta | G0389 |
| DVT Bilat | 93970 |
| Extremity Upper / Lower | |
| DVT Unilat | 93971 |
| Extremity RT : LT  Upper / Lower | |
| Other (specify) | |

## NUCLEAR MEDICINE

### Musculoskeletal

| | |
|---|---|
| Bone (whole body) | 78306 |
| Bone (whole body) w/Spect) | 78306 &78320 |
| Bone (3 phase) | 78315 |
| Bone (LMTD) | 78300 |

### GI / GU

| | |
|---|---|
| Renal Flow & Function Scan | 78707 |
| Renal Scan w/Lasix | 78708 |
| Renal Scan w/w Captopril | 78709 |
| Hepatobiliary/HIDA w/CCK | 78223 |
| Liver / Spleen Scan | 78215 |
| Gastric Emptying Scan | 78264 |
| Prostascint (whole body w/Spect) | 78802 &78803 |

### Endocrine

| | |
|---|---|
| I-123 Thyroid Uptake and Scan | 78007 |
| I-131 Thyroid Whole Body | 78018 |
| I-131 Thyroid Therapy | 79005 |
| Parathyroid w/Spect | 78070 &78803 |

### Respiratory

| | |
|---|---|
| V/Q Scan | 78588 |
| Lung Perfusion | 78580 |

### Inflammation / Infection

| | |
|---|---|
| WBC Scan (whole body) | 78806 |
| WBC Scan (limited) | 78805 |
| Gallium Scan (whole body) | 78806 |
| Other (specify) | |

## FLUOROSCOPY

| | |
|---|---|
| Hysterosalpingogram | 74740 & 58340 |
| Swallow Function : Video Swallow | 74230 |
| Sniff Test | 76000 |
| Fistulagram | 76080 |
| VCUG | 74455 |
| Esophagram | 74220 |

| | |
|---|---|
| Upper GI Double Contrast | 74246 |
| Small Bowel Series | 74250 |
| BE Double Contrast | 74280 |
| BE via Ostomy | 74270 |
| BE via Rectum | 74270 |
| Urogram Retrograde | 74420 |
| UGI WSBFT | 74245 |
| Other (specify) | |

**Radiology Order**
**Department of Radiology**

**Shands**
**Jacksonville**

Form # 250095
Page 1 of 1
Approved: 04/08
Revised 03/31/11

Distribution: White - Medical Record (Patient to bring day of appointment)
Yellow - Physician Office (fax to area of service)

*Radiology fax #*
*904-244-7149*

*(Address)*
*655 W 8th Street*
*Jacksonville Fl 32209*

# T O
**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, M.D.**
3316 South Third Street
Jacksonville Beach, Florida 32250

Phone: 904-719-7404    •    Fax: 904-719-7405

Name _Richard Triolo_                           Age _10/19/74_

Address _____                       Date _8/16/18_

## R
### X
                                                NONACUTE PAIN ☐

MRI with Contrast Lumbar Spine

Dr: MSY.Do

☐ LABEL
REFILL ___ TIMES                                _____ M.D

TCP18060400002        NPI #1790620211           DEA #FT7224885

TOPP000062



TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
3316 South Third Street Suite 201, Jacksonville Beach, FL 32250
**Phone:** 904-719-7404● **Fax:** 904-719-7405 ● **Email:**

## Radiology Referral Form

PATIENT NAME: Richard Tricto    DATE OF BIRTH:    DATE: 8/29/18

DIAGNOSIS: Lumbar Pain   M54.41

Physician Signature:

| MRI | GENERAL RADIOLOGY | GENERAL RADIOLOGY | |
|---|---|---|---|
| ☐ Brain w/ SWI IAC's | | ☐ TMJ | ☐ L ☐ R |
| ☐ Pituitary | ☐ Skull | ☐ Clavicle | ☐ L ☐ R |
| ☐ C-Spine ☐ T-Spine ☑ L-Spine | ☐ Facial | ☐ Shoulder | ☐ L ☐ R |
| ☐ Soft Tissue Neck | ☐ Orbits | ☐ Humerus | ☐ L ☐ R |
| ☐ Brachial Plexus | ☐ Sinus | ☐ Elbow | ☐ L ☐ R |
| ☐ Chest | ☐ Nasal | ☐ Forearm | ☐ L ☐ R |
| ☐ Abdomen | ☐ Soft Tissue Neck | ☐ Wrist | ☐ L ☐ R |
| ☐ Pelvis | ☐ Chest (CXR) | ☐ Hand | ☐ L ☐ R |
| ☐ Shoulder ☐ L ☐ R | ☐ Abdominal Series | ☐ Finger | ☐ L ☐ R |
| ☐ Elbow ☐ L ☐ R | ☐ KUB | ☐ Ribs | ☐ L ☐ R |
| ☐ Wrist ☐ L ☐ R | ☐ Pelvis | ☐ Hip | ☐ L ☐ R |
| ☐ Hand ☐ L ☐ R | ☐ SI Joints Sacrum / Coccyx | ☐ Femur | ☐ L ☐ R |
| ☐ Hip ☐ L ☐ R | ☐ C-Spine ☐ T-Spine ☐ L-Spine | ☐ Knee | ☐ L ☐ R |
| ☐ Knee ☐ L ☐ R | ☐ Bone Age | ☐ Tibia | ☐ L ☐ R |
| ☐ Ankle ☐ L ☐ R | ☐ Other | ☐ Fibula | ☐ L ☐ R |
| ☐ Foot ☐ L ☐ R | _____ | ☐ Ankle | ☐ L ☐ R |
| ☐ Other | _____ | ☐ Foot | ☐ L ☐ R |
| | _____ | ☐ Calcaneus | ☐ L ☐ R |
| _____ | | ☐ Toes | ☐ L ☐ R |

| CONTRAST | MRA |
|---|---|
| ☑ With ☐ Without ☐ W/O | ☐ Brain (COW) w/o contrast ☐ Carotid w/o contrast |
| **UPRIGHT OPEN MRI** | **UPRIGHT OPEN MRI** |
| With Flexion/Extension? | ☐ Brain |
| ☐ Yes ☐ No | ☐ Cervical ☐ Seated ☐ Standing |
| With Alar Protocol? | ☐ Thoracic ☐ Seated ☐ Standing |
| ☐ Yes ☐ No | ☐ Lumbar ☐ Seated ☐ Standing |
| With Contrast? | ☐ Shoulder ☐ L ☐ R |
| ☐ Yes ☐ No | ☐ Hip ☐ L ☐ R |
| | ☐ Knee ☐ L ☐ R |

TOPP000063