From:                                04/27/2018 09:33    #172 P.007/048

## Demographics — Trilogy Home Healthcare

| Time In: 16:00 | Time Out: 17:00 | Visit Date: 03/23/2018 |
|---|---|---|

| (M0020) Patient ID Number: 2751 | (M0030) Start of Care Date: 03/23/2018 | (M0032) Resumption of Care Date: ✓ NA - Not Applicable |
|---|---|---|

Episode Start Date: 03/23/2018

**(M0040) Patient Name:**

| (Last) Triolo | (Suffix) | (First) Richard | (MI) | (M0064) Social Security Number: ✓ UK - Unknown or Not Available |
|---|---|---|---|---|

| Patient Street Address  City 1933 Eclipse Drive MIDDLEBURG | | (M0050) Patient State of Residence: FL | (M0060) Patient ZIP Code: 32068 |
|---|---|---|---|

Patient Phone Number:

| (M0063) Medicare Number: (including suffix) ✓ NA - No Medicare | (M0065) Medicaid Number: ✓ NA - No Medicaid |
|---|---|

| (M0066) Birth Date: | (M0069) Gender: ⊙ Male   ○ Female |
|---|---|

| Physician Topp, Raymond | Emergency Contact Name Amber Hynes Contact Address Secondary Physician's Name | Relationship Girlfriend Contact Phone ( ) - Secondary Physician Phone ( ) - |
|---|---|---|

**(M0080) Discipline of Person Completing Assessment:** ⊙ 1 - RN  ○ 2 - PT  ○ 3 - SLP/ST  ○ 4 - OT   **(M0090) Date Assessment Completed:** 03/23/2018

**(M0100) This Assessment is Currently Being Completed for the Following Reason**

**Start/Resumption of Care**
⊙ 1 - Start of care - further visits planned
○ 3 - Resumption of care (after inpatient stay)

**Follow-Up**
○ 4 - Recertification (follow-up) reassessment [Go to M0110]
○ 5 - Other follow-up [Go to M0110]

**Transfer to an Inpatient Facility**
○ 6 - Transferred to an inpatient facility - patient not discharged from agency [Go to M1041]
○ 7 - Transferred to an inpatient facility - patient discharged from agency [Go to M1041]

**Discharge from Agency — Not to an Inpatient Facility**
○ 8 - Death at home [Go to M0903]
○ 9 - Discharged from agency [Go to M1041]

**(M0102) Date of Physician-ordered Start of Care (Resumption of Care):** If the physician indicated a specific start of care (resumption of care) date when the patient was referred for home health services, record the date specified.
[Go to M0110, if date entered]
✓ NA - No specific SOC date ordered by physician
Comments:

**(M0104) Date of Referral:** Indicate the date that the written or verbal referral for initiation or resumption of care was received by the HHA.
03/22/2018
Comments:

**(M0110) Episode Timing:** Is the Medicare home health payment episode for which this assessment will define a case mix group an 'early' episode or a 'later' episode in the patient's current sequence of adjacent Medicare home health payment episodes?
○ 1 - Early
○ 2 - Later
○ UK - Unknown
⊙ NA - Not Applicable: No Medicare case mix group to be defined by this assessment

**(M0140) Race/Ethnicity: (Mark all that apply)**
☐ 1 - American Indian or Alaska Native     ☐ 3 - Black or African American     ☐ 5 - Native Hawaiian or Pacific Islander
☐ 2 - Asian                                ☐ 4 - Hispanic or Latino            ✓ 6 - White

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000001

**[M0150] Current Payment Sources for Home Care: (Mark all that apply)**

- ☐ 0 - None - No charge for current services
- ☐ 1 - Medicare (traditional fee-for-service)
- ☐ 2 - Medicare (HMO/Managed Care/Advantage plan)
- ☐ 3 - Medicaid (traditional fee-for-service)
- ☐ 4 - Medicaid (HMO/Managed Care)
- ☐ 5 - Worker's compensation
- ☐ 6 - Title programs (for example, Title III, V, or XX)
- ☐ 7 - Other government (for example, TriCare, VA)
- ✔ 8 - Private insurance
- ☐ 9 - Private HMO/managed care
- ☐ 10 - Self-pay
- ☐ 11 - Other (specify)
- ☐ UK - Unknown

### Vital Signs

| Pulse: | Apical: | 80 | ⊙ (Reg) | ○ (Irreg) | Height: | 74 | BP | Lying | Sitting | Standing |
|---|---|---|---|---|---|---|---|---|---|---|
| | Radial: | | ⊙ (Reg) | ○ (Irreg) | Weight: | 245 | Left | | 140/86 | |
| Temp: | 99.3 | Resp: | 16 | | ○ Actual ⊙ Stated | | Right | | | |

**Notify physician of:**

| Temperature greater than (>) | | or less than (<) |
|---|---|---|
| Pulse greater than (>) | | or less than (<) |
| Respirations greater than (>) | | or less than (<) |
| Systolic BP greater than (>) | | or less than (<) |
| Diastolic BP greater than (>) | | or less than (<) |
| O2 Sat less than (<) | % | |
| Fasting blood sugar greater than (>) | | or less than (<) |
| Random blood sugar greater than (>) | | or less than (<) |
| Weight greater than (>) | | lbs or less than (<)        lbs |

**[M1000] From which of the following Inpatient Facilities was the patient discharged within the past 14 days? (Mark all that apply)**

- ☐ 1 - Long-term nursing facility (NF)
- ☐ 2 - Skilled nursing facility (SNF / TCU)
- ☐ 3 - Short-stay acute hospital (IPP S)
- ☐ 4 - Long-term care hospital (LTCH)
- ☐ 5 - Inpatient rehabilitation hospital or unit (IRF)
- ☐ 6 - Psychiatric hospital or unit
- ☐ 7 - Other (specify)
- ✔ NA - Patient was not discharged from an inpatient facility [Go to M1017]

**[M1005] Inpatient Discharge Date: (most recent)** ☐ UK - Unknown
indicate events leading to, and reasons for, inpatient stay:

**[M1011] List each Inpatient Diagnosis and ICD-10-C M code at the level of highest specificity for only those conditions actively treated during an inpatient stay having a discharge date within the last 14 days (no V, W, X, Y, or Z codes or surgical codes):**

| Inpatient Facility Diagnosis | ICD-10-C M Code |
|---|---|
| a. | |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |

| Other Procedures | Procedure Code | Date |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| d. | | |

☐ NA - Not applicable        ☐ UK - Unknown

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)

© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000002

04/27/2018 09:34    #172 P.009/048

**(M1017) Diagnoses Requiring Medical or Treatment Regimen Change Within Past 14 Days:** List the patient's Medical Diagnoses and ICD-10-CM codes at the level of highest specificity for those conditions requiring changed medical or treatment regimen within the past 14 days (no V, W, X, Y or Z codes or surgical codes):

Changed Medical Regimen Diagnosis                                    ICD-10-CM Code
a. Low back pain                                                     M54.5
b.
c.
d.
e.
f.
☐ NA - Not applicable (no medical or treatment regimen changes within the past 14 days)

**(M1018) Conditions prior to Medical or Treatment Regimen Change or Inpatient Stay Within Past 14 Days:** If this patient experienced an inpatient facility discharge or change in medical or treatment regimen within the past 14 days, indicate any conditions that existed prior to the inpatient stay or change in medical or treatment regimen. (Mark all that apply)

☐ 1 - Urinary incontinence
☐ 2 - Indwelling/suprapubic catheter
✓ 3 - Intractable pain
☐ 4 - Impaired decision-making
☐ 5 - Disruptive or socially inappropriate behavior
☐ 6 - Memory loss to the extent that supervision required
☐ 7 - None of the above
☐ NA - No inpatient facility discharge and no change in medical or treatment regimen in past 14 days
☐ UK - Unknown
Comments:

**Past Medical History** *(Mark all that apply)*

| |
|---|
| ☐ CHF☐ Cardiomyopathy☐ Arrhythmia☐ Chest Pain☐ MI☐ CAD☐ HTN☐ PVD☐ Murmur |
| ☐ Cancer  (specify type)    In remission? ○ Y ○ N |
| ☐ Osteoarthritis/DJD(specify sites affected) |
| ☐ Rheumatoid Arthritis☐ Gait Problems☐ Fractures☐ Falls |
| ☐ Joint Replacement(specify joint) |
| ☐ CVA☐ TIA☐ MS☐ Hemiplegia☐ Seizures☐ Headaches☐ Dizziness/Vertigo |
| ☐ IBS☐ Crohn's Disease☐ Diverticulitis/Diverticulosis☐ Constipation☐ Diarrhea☐ Fecal Incontinence |
| ☐ Liver/Gallbladder Problems(specify) |
| ☐ Depression☐ Anxiety☐ Dementia☐ Alzheimer's |
| ☐ Substance Abuse(specify) |
| ☐ Mental Disorder(specify) |
| ☐ Pressure Ulcer☐ Stasis Ulcer☐ Diabetic Ulcer☐ Trauma Wound ☐ Other(specify) |
| ☐ Chronic Kidney Disease☐ Renal Failure☐ Dialysis |
| ☐ Anemia☐ Abnormal Coagulation☐ Blood Clots |
| ☐ Diabetes☐ Thyroid Problems |
| ☐ COPD☐ Asthma☐ Chronic Obstructive Bronchitis☐ Emphysema☐ Chronic Obstructive Asthma |
| ☐ Urinary Incontinence☐ Urinary Retention☐ BPH☐ Recent/Frequent UTI |
| ☐ Tuberculosis☐ Hepatitis(specify) |
| ☐ Infectious Disease(specify) |
| ☐ Tobacco DependenceType:  Amount:  Length of Time Used: |
| ☐ Vision Problems☐ Hearing Loss |
| ✓ Other:car accident Feb 2017---lumbar pain |
| ☐ Past Surgical History: |

OASIS-C2 Start of Care: Richard Triolo (2751)                          (OASIS-C 1/2010)
                                          © 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000003

**(M1021/M1023/M1025)**

**Diagnoses, Severity Index, and Payment Diagnoses**

List each diagnosis for which the patient is receiving home care in Column 1, and enter its ICD-10-C M code at the level of highest specificity in Column 2 (diagnosis codes only - no surgical or procedure codes allowed). Diagnoses are listed in the order that best reflects the seriousness of each condition and supports the disciplines and services provided. Rate the degree of symptom control for each condition in Column 2. ICD-10-C M sequencing requirements must be followed if multiple coding is indicated for any diagnoses. If a Z-code is reported in Column 2 in place of a diagnosis that is no longer active (a resolved condition), then optional item M1025 (Optional Diagnoses - Columns 3 and 4) may be completed. Diagnoses reported in M1025 will not impact payment.

Code each row according to the following directions for each column. Review the OASIS Guidance Manual for additional directions on how to complete M1021, M1023, and M1025.

Column 1:    Enter the description of the diagnosis. Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided.

Column 2:    Enter the ICD-10-C M code for the condition described in Column 1 – no surgical or procedure codes allowed. Codes must be entered at the level of highest specificity and ICD-10-C M coding rules and sequencing requirements must be followed. Note that external cause codes (ICD-10-C M codes beginning with V, W, X, or Y) may not be reported in M1021 (Primary Diagnosis) but may be reported in M1023 (Secondary Diagnoses). Also note that when a Z-code is reported in Column 2, the code for the underlying condition can often be entered in Column 2, as long as it is an active on-going condition impacting home health care.

Rate the degree of symptom control for the condition listed in Column 1. Choose one value that represents the degree of symptom control appropriate for each diagnosis using the following scale:

0 - Asymptomatic, no treatment needed at this time

1 - Symptoms well controlled with current therapy

2 - Symptoms controlled with difficulty, affecting daily functioning; patient needs ongoing monitoring

3 - Symptoms poorly controlled; patient needs frequent adjustment in treatment and dose monitoring

4 - Symptoms poorly controlled; history of re-hospitalizations

Note that the rating for symptom control in Column 2 should not be used to determine the sequencing of the diagnoses listed in Column 1. These are separate items and sequencing may not coincide.

Column 3:    (OPTIONAL) There is no requirement that HHAs enter a diagnosis code in M1025 (Columns 3 and 4). Diagnoses reported in M1025 will not impact payment.

Agencies may choose to report an underlying condition in M1025 (Columns 3 and 4) when:

• a Z-code is reported in Column 2 AND

• the underlying condition for the Z-code in Column 2 is a resolved condition . An example of a resolved condition is uterine cancer that is no longer being treated following a hysterectomy.

Column 4:    (OPTIONAL) If a Z-code is reported in M1021/M1023 (Column 2) and the agency chooses to report a resolved underlying condition that requires multiple diagnosis codes under ICD-10-C M coding guidelines, enter the diagnosis descriptions and the ICD-10-C M codes in the same row in Columns 3 and 4. For example, if the resolved condition is a manifestation code, record the diagnosis description and ICD-10-C M code for the underlying condition in Column 3 of that row and the diagnosis description and ICD-10-C M code for the manifestation in Column 4 of that row. Otherwise, leave Column 4 blank in that row.

| ((M1021) Primary Diagnosis & (M1023) Other Diagnoses) | | ((M1025) Optional Diagnoses (OPTIONAL) (not used for payment)) | |
| Column 1 | Column 2 | Column 3 | Column 4 |
| Diagnoses (Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided.) | ICD-10-C M and symptom control rating for each condition. Note that the sequencing of these ratings may not match the sequencing of the diagnoses. | Complete if a Z-code is assigned under certain circumstances to Column 2 and underlying diagnosis is resolved | Complete only if the Optional Diagnosis is a multiple coding situation (for example: a manifestation code) |
| Descriptions | ICD-10-C M / Symptom Control Rating | Description / ICD-10-CM | Description / ICD-10-CM |
| (M1021) Primary Diagnosis<br>a.    Encounter for other orthopedic aftercare<br>O/E:  Onset<br>Date: 03/22/2018 | V, W, X, Y codes NOT allowed<br>Z47.89<br>Severity: | V, W, X, Y codes NOT allowed<br>a. | V, W, X, Y codes NOT allowed<br>a. |
| (M1023) Other Diagnosis<br>b.    Low back pain<br>O/E:  Exacerbation<br>Date: 03/23/2018 | All ICD-10-C M codes allowed<br>M54.5<br>Severity: 2 | V, W, X, Y codes NOT allowed<br>b. | V, W, X, Y codes NOT allowed<br>b. |
| (M1023) Other Diagnosis<br>c.    Driver injured in collision w oth mv in traf, sequela<br>O/E:  Onset<br>Date: 02/01/2017 | All ICD-10-C M codes allowed<br>V49.49X S<br>Severity: | V, W, X, Y codes NOT allowed<br>c. | V, W, X, Y codes NOT allowed<br>c. |
| (M1023) Other Diagnosis<br>d.    Encounter for change or removal of surgical wound dressing<br>O/E:  Exacerbation<br>Date: 03/22/2018 | All ICD-10-C M codes allowed<br>Z48.01<br>Severity: | V, W, X, Y codes NOT allowed<br>d. | V, W, X, Y codes NOT allowed<br>d. |
| (M1023) Other Diagnosis<br>e.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br>Severity: | V, W, X, Y codes NOT allowed<br>e. | V, W, X, Y codes NOT allowed<br>e. |
| (M1023) Other Diagnosis<br>f.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br>Severity: | V, W, X, Y codes NOT allowed<br>f. | V, W, X, Y codes NOT allowed<br>f. |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

THH000005

| ((M1021) Primary Diagnosis & (M1023) Other Diagnoses) | | ((M1025) Optional Diagnoses (OPTIONAL) (not used for payment)) | |
|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 |
| Diagnoses (Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided.) | ICD-10-C M and symptom control rating for each condition. Note that the sequencing of these ratings may not match the sequencing of the diagnoses. | Complete if a Z-code is assigned under certain circumstances to Column 2 and underlying diagnosis is resolved | Complete only if the Optional Diagnosis is a multiple coding situation (for example: a manifestation code) |
| Descriptions | ICD-10-C M / Symptom Control Rating | Description / ICD-10-CM | Description / ICD-10-CM |
| (M1023) Other Diagnosis g. O/E: Date: | All ICD-10-C M codes allowed Severity: | | |
| (M1023) Other Diagnosis h. O/E: Date: | All ICD-10-C M codes allowed Severity: | | |
| (M1023) Other Diagnosis I. O/E: Date: | All ICD-10-C M codes allowed Severity: | | |
| (M1023) Other Diagnosis j. O/E: Date: | All ICD-10-C M codes allowed Severity: | | |

**(M1028) Active Diagnoses- Comorbidities and Co-existing Conditions - Check all that apply**
See OASIS Guidance Manual for a complete list of relevant ICD-10 codes.
Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)
☒ 0   No
☐ 1   Yes
☐ -   Not assessed (no information)

Diabetes Mellitus (DM)
☒ 0   No
☐ 1   Yes
☐ -   Not assessed (no information)

**(M1030) Therapies the patient receives at home: (Mark all that apply)**
☐ 1 - Intravenous or infusion therapy (excludes TPN)
☐ 2 - Parenteral nutrition (TPN or lipids)
☐ 3 - Enteral nutrition (nasogastric, gastrostomy, jejunostomy, or any other artificial entry into the alimentary canal)
☑ 4 - None of the above

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

THH000006

From:

04/27/2018 09:36    #172 P.013/048

## Risk Assessment

**(M1033) Risk for Hospitalization:** Which of the following signs or symptoms characterize this patient as at risk for hospitalization? *(Mark all that apply)*

☐ 1 - History of falls (2 or more falls - or any fall with an injury - in the past 12 months)
☐ 2 - Unintentional weight loss of a total of 10 pounds or more in the past 12 months
☐ 3 - Multiple hospitalizations (2 or more) in the past 6 months
☐ 4 - Multiple emergency department visits (2 or more) in the past 6 months
☐ 5 - Decline in mental, emotional, or behavioral status in the past 3 months
Comments:

☐ 6 - Reported or observed history of difficulty complying with any medical instructions (for example, medications, diet, exercise) in the past 3 months
☐ 7 - Currently taking 5 or more medications
☐ 8 - Currently reports exhaustion
☐ 9 - Other risk(s) not listed in 1-8
✔ 10 - None of the above

**(M1034) Overall Status:** Which description best fits the patient's overall status? *(Check one)*

○ 0 - The patient is stable with no heightened risk(s) for serious complications and death (beyond those typical of the patient's age).
⊙ 1 - The patient is temporarily facing high health risk(s) but is likely to return to being stable without heightened risk(s) for serious complications and death (beyond those typical of the patient's age).
○ 2 - The patient is likely to remain in fragile health and have ongoing high risk(s) of serious complications and death.
○ 3 - The patient has serious progressive conditions that could lead to death within a year.
○ UK - The patient's situation is unknown or unclear.
Comments:

**(M1036) Risk Factors,** present or past, likely to effect current health status and/or outcome: *(Mark all that apply)*

☐ 1 - Smoking          ☐ 2 - Obesity          ☐ 3 - Alcohol dependency
☐ 4 - Drug dependency   ✔ 5 - None of the above   ☐ UK - Unknown
Comments:

**(M1060) Height and Weight** - While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

74 inches   a. Height (in inches). Record most recent height measure since the most recent SOC/ROC

☐ - Not assessed (no information)

245 pounds   b. Weight (in pounds). Base weight on most recent measure in last 30 days; measure weight consistently, according to standard agency practice (for example, in a.m. after voiding, before meal, with shoes off, etc.)

☐ - Not assessed (no information)

**HHVBP: Herpes Zoster (Shingles) Vaccine**
Has the patient ever received the shingles vaccine?
☐ Yes ✔ No

| | | Most Recent Immunizations | | |
|---|---|---|---|---|
| Pneumonia | ○ Yes | ⊙ No | ○ Unknown | Date: |
| Flu | ⊙ Yes | ○ No | ○ Unknown | Date: 11/01/2017 |
| Tetanus | ○ Yes | ○ No | ○ Unknown | Date: |
| TB | ○ Yes | ○ No | ○ Unknown | Date: |
| TB Exposure | ○ Yes | ○ No | ○ Unknown | Date: |
| Hepatitis B | ○ Yes | ○ No | ○ Unknown | Date: |
| | | Additional Immunizations | | |
| | ○ Yes | ○ No | ○ Unknown | Date: |
| | ○ Yes | ○ No | ○ Unknown | Date: |
| Comments: | | | | |

| | Health Screening | |
|---|---|---|
| Last Cholesterol Level: | | |
| Last Mammogram: | | |
| Does patient perform monthly self breast exams? | ○ Yes | ○ No |
| Last Pap Smear: | | |
| Last PSA: | | |
| Last Prostate Exam: | | |
| Last Colonoscopy: | | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000007

| Interventions | |
|---|---|
| ☐ | SN to assist patient to obtain ERS button |
| ✓ | SN to develop individualized emergency plan with patient |
| ☐ | SN to instruct patient on importance of receiving influenza and pneumococcal vaccines |
| ☐ | SN to administer influenza vaccination as follows: |
| ☐ | SN to administer pneumococcal vaccination as follows: |

Additional Orders:

| Goals | |
|---|---|
| ✓ | The patient will have no hospitalizations during the certification period |
| ✓ | The Patient/Caregiver will verbalize understanding of individualized emergency plan by: 03/23/2018 |

Additional Goals:

THH000008

From:                                                    04/27/2018 09:37    #172 P.015/048

## Prognosis

Advance Directives ☐ Yes ✓ No
Intent: ☐ DNR
    ☐ Living Will
    ☐ Medical Power of Attorney
    Copy(s) on file with Agency   ☐ Yes ☐ No
Surrogate? ☐ Yes
    ✓ No

Has an advance care plan been documented in the Home Health record?
☐ Yes ✓ No
Has a surrogate decision maker been documented in the Home Health record?
☐ Yes ✓ No

Prognosis:
○ Guarded ○ Poor ○ Fair ⊛ Good ○ Excellent

Is the Patient DNR (Do Not Resuscitate)?
○ Yes ⊛ No

### Functional Limitations

| | | | | |
|---|---|---|---|---|
| ☐ Amputation | ☐ Paralysis | ☐ Legally Blind | ☐ Bowel/Bladder Incontinence | ✓ Endurance |
| ☐ Dyspnea | ☐ Contracture | ✓ Ambulation | ☐ Hearing | ☐ Speech |
| ☐ Other | | | | |

**(M1100) Patient Living Situation:** Which of the following best describes the patient's residential circumstance and availability of assistance? *(Check one box only)*

| Living Arrangement | Availability of Assistance | | | | |
|---|---|---|---|---|---|
| | Around the clock | Regular daytime | Regular nighttime | Occasional / short-term assistance | No assistance available |
| a. Patient lives alone | ○ 01 | ○ 02 | ○ 03 | ○ 04 | ○ 05 |
| b. Patient lives with other person(s) in the home | ⊛ 06 | ○ 07 | ○ 08 | ○ 09 | ○ 10 |
| c. Patient lives in congregate situation (for example, assisted living, residential care home) | ○ 11 | ○ 12 | ○ 13 | ○ 14 | ○ 15 |

### Type of Assistance Patient Receives - other than from home health agency staff
*(Select all that apply)*

| Type of Assistance | Family/Friends | Provider Services | Paid Caregiver | Volunteer Organizations |
|---|---|---|---|---|
| ADL (bathing, dressing, toileting, bowel/bladder, eating/feeding) | ✓ | ☐ | ☐ | ☐ |
| IADL (meds, meals, housekeeping, laundry, telephone, shopping, finances) | ✓ | ☐ | ☐ | ☐ |
| Psychosocial Support | ✓ | ☐ | ☐ | ☐ |
| Assistance with Medical Appointments, Delivery of Medications | ✓ | ☐ | ☐ | ☐ |
| Management of Finances | ☐ | ☐ | ☐ | ☐ |
| Comments: | | | | |

Supportive Assistance: Names of organizations providing assistance

| Community Agencies/Social Service Screening | Yes | No | Ability of patient to handle finances: |
|---|---|---|---|
| Community resource info needed to manage care | C | ⊛ | ⊛ Independent ○ Dependent ○ Needs assistance |
| Altered affect, e.g., expressed sadness or anxiety, grief | C | ⊛ | Comments: |
| Suicidal ideation | C | ⊛ | |
| Suspected Abuse/Neglect: ☐ Unexplained bruises ☐ Inadequate food ☐ Fearful of family member ☐ Exploitation of funds ☐ Sexual abuse ☐ Neglect ☐ Left unattended if constant supervision is needed | | | |
| MSW referral indicated for: | C | ○ | |
| Coordinator notified | C | ○ | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000009

## Safety/Sanitation Hazards affecting patient: (Select all that apply)

☐ No hazards identified

| | | |
|---|---|---|
| ☐ Stairs | ☐ Narrow or obstructed walkway | ☐ No gas/electric appliance |
| ☐ No running water, plumbing | ☐ Insect/rodent infestation | ☐ Cluttered/soiled living area |
| ☐ Inadequate lighting, heating and cooling | ☐ Lack of fire safety devices | Other: (specify) pet |

Comments:

### Fire Assessment for Patients with Oxygen.

✔ Patient not using oxygen
Does patient have No Smoking signs posted? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Does patient or anyone in the home smoke with oxygen in use? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Are smoke detectors present and working properly? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Does patient have a properly functioning fire extinguisher? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Are oxygen cylinders stored properly? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Are all electrical cords near oxygen intact and free from fraying? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Does patient have an evacuation plan in case of fire? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Are all cleaning fluids and aerosols stored away from oxygen, and not used while oxygen is in use? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Does patient refrain from using petroleum products around oxygen? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Does patient only use water-based body and lip moisturizers? ○ Y ○ N
　☐ Patient ☐ Caregiver educated
Comments:

### Safety Measures

| | | |
|---|---|---|
| ☐ Anticoagulant Precautions | ✔ Emergency Plan Developed | ✔ Fall Precautions |
| ☐ Keep Pathway Clear | ☐ Keep Side Rails Up | ☐ Neutropenic Precautions |
| ☐ O2 Precautions | ☐ Proper Position During Meals | ✔ Safety in ADLs |
| ☐ Seizure Precautions | ☐ Sharps Safety | ☐ Slow Position Change |
| ✔ Standard Precautions/Infection Control | ✔ Support During Transfer and Ambulation | ✔ Use of Assistive Devices |

Other (specify):

| | | |
|---|---|---|
| ☐ Instructed on safe utilities management | ✔ Instructed on mobility safety | ☐ Instructed on DME & electrical safety |
| ☐ Instructed on sharps container | ☐ Instructed on medical gas | ✔ Instructed on disaster/emergency plan |
| ✔ Instructed on safety measures | ☐ Instructed on proper handling of biohazard waste | |
| Triage/Risk Code: 3 | Disaster Code: 3 | |

Comments:

### Cultural

English    Other (specify):
Does patient have cultural practices that influence health care? ○ Yes ⦿ No
If yes, please explain:

Is religion important to the patient? ○ Yes ⦿ No
Patient's religious preference?
Use of interpreter (select patient preferences): ☐ Family ☐ Friend ☐ Professional ☐ Other
Patient's primary source of emotional support:
Homebound? ○ No ⦿ Yes

| | |
|---|---|
| ☐ Residual weakness | ✔ Unable to safely leave home unassisted |
| ✔ Requires max assistance/taxing effort to leave home | ☐ Confusion, unsafe to go out of home alone |
| ☐ Severe SOB or SOB upon exertion | ✔ Other post op weakness |
| ☐ Need assistance for all activities | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000010

## Sensory Status

### Sensory Status

**Eyes:**
- ✓ WNL (Within Normal Limits)
- ☐ Glasses
- ☐ Contacts Left
- ☐ Contacts Right
- ☐ Blurred Vision
- ☐ Glaucoma
- ☐ Cataracts
- ☐ Macular Degeneration
- ☐ Redness
- ☐ Drainage
- ☐ Itching
- ☐ Watering
- ☐ Other
- Date of Last Eye Exam:

**Ears:**
- ✓ WNL (Within Normal Limits)
- ☐ Hearing Impaired    ☐ Left    ☐ Right
- ☐ Deaf
- ☐ Drainage
- ☐ Pain
- ☐ Hearing Aids    ☐ Left    ☐ Right

**Nose:**
- ✓ WNL (Within Normal Limits)
- ☐ Congestion
- ☐ Loss of Smell
- ☐ Nose Bleeds    How often?
- ☐ Other

**(M1200) Vision (with corrective lenses if the patient usually wears them):**
- ⦿ 0 - Normal vision: sees adequately in most situations; can see medication labels, newsprint.
- ○ 1 - Partially impaired: cannot see medication labels or newsprint, but can see obstacles in path, and the surrounding layout; can count fingers at arm's length.
- ○ 2 - Severely impaired: cannot locate objects without hearing or touching them or patient nonresponsive.

**(M1210) Ability to hear (with hearing aid or hearing appliance if normally used):**
- ⦿ 0 - Adequate: hears normal conversation without difficulty.
- ○ 1 - Mildly to Moderately impaired: difficulty hearing in some environments or speaker may need to increase volume or speak distinctly.
- ○ 2 - Severely impaired: absence of useful hearing.
- ○ UK - Unable to assess hearing.

**(M1220) Understanding of Verbal Content in patient's own language (with hearing aid or device if used):**
- ⦿ 0 - Understands: clear comprehension without cues or repetitions.
- ○ 1 - Usually Understands: understands most conversations, but misses some part/intent of message. Requires cues at times to understand.
- ○ 2 - Sometimes Understands: understands only basic conversations or simple, direct phrases. Frequently requires cues to understand.
- ○ 3 - Rarely/Never Understands
- ○ UK - Unable to assess understanding.

**(M1230) Speech and Oral (Verbal) Expression of Language (in patient's own language):**
- ⦿ 0 - Expresses complex ideas, feelings, and needs clearly, completely, and easily in all situations with no observable impairment.
- ○ 1 - Minimal difficulty in expressing ideas and needs (may take extra time; makes occasional errors in word choice, grammar or speech intelligibility); needs minimal prompting or assistance.
- ○ 2 - Expresses simple ideas or needs with moderate difficulty (needs prompting or assistance, errors in word choice, organization or speech intelligibility). Speaks in phrases or short sentences.
- ○ 3 - Has severe difficulty expressing basic ideas or needs and requires maximal assistance or guessing by listener. Speech limited to single words or short phrases.
- ○ 4 - Unable to express basic needs even with maximal prompting or assistance but is not comatose or unresponsive (for example, speech is nonsensical or unintelligible).
- ○ 5 - Patient nonresponsive or unable to speak.

### Interventions

| | |
|---|---|
| ☐ | SN to administer ear medication as follows: |
| ☐ | SN to instill ophthalmic medication as follows: |
| ☐ | ST ___ (freq) to evaluate week of: |
| ☐ | SN to provide patient with written instructions in large font |

Additional Orders:

### Goals

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

© 2004-2018 Kinnser Software, Inc. All Rights reserved.

(OASIS-C 1/2010)

THH000011

From:                                                          04/27/2018 09:39     #172 P.018/048

# Pain

| Pain Scale | |
|---|---|
| Onset Date: 02/01/2017 | Location of Pain: lower back |



| NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST |
|---|---|---|---|---|---|
| 0 | 2 | 4 | 6 | 8 | 10 |

*From Hockenberry MJ, Wilson D: Wong's essentials of pediatric nursing, ed. 8, St. Louis, 2009, Mosby. Used with permission. Copyright Mosby.*

| | |
|---|---|
| Intensity of pain: | 8 |
| Duration: | constant |
| Quality: | aching |
| What makes pain worse: | ambulation |
| What makes pain better: | ice, medication |
| Relief rating of pain, i.e., pain level after medications: | 5 |
| Medications patient takes for pain: | percocet, Arymo |
| Medication effectiveness: | effective |
| Medication adverse side effects: | constipation, sleepiness |
| Patient's pain goal: | 2/10 |

(M1240) Has this patient had a formal Pain Assessment using a standardized, validated pain assessment tool (appropriate to the patient's ability to communicate the severity of pain)?
O 0 - No standardized, validated assessment conducted   O 1 - Yes, and it does not indicate severe pain   ⊙ 2 - Yes, and it indicates severe pain

(M1242) Frequency of Pain Interfering with patient's activity or movement:
O 0 - Patient has no pain                                    O 3 - Daily, but not constantly
O 1 - Patient has pain that does not interfere with activity or movement    ⊙ 4 - All of the time
O 2 - Less often than daily

| | Interventions |
|---|---|
| ✓ | SN to assess pain level and effectiveness of pain medications and current pain management therapy every visit |
| ✓ | SN to instruct patient to take pain medication before pain becomes severe to achieve better pain control |
| ☐ | SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques, massage, stretching, positioning, and/or hot/cold packs |
| ☐ | SN to assess patient's willingness to take pain medications and/or barriers to compliance, e.g., patient is unable to tolerate side effects such as drowsiness, dizziness, constipation |
| ✓ | SN to report to physician if patient experiences pain level not acceptable to patient, pain level greater than 8 , pain medications not effective, patient unable to tolerate pain medications, pain affecting ability to perform patient's normal activities |

Additional Orders:
SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques, massage, stretching, positioning

| | Goals |
|---|---|
| ✓ | Patient will verbalize understanding of proper use of pain medication by 03/24/2018 |
| ✓ | Patient will achieve pain level less than 5  within 2  weeks |

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

THH000012

From:                                    04/27/2018 09:40        #172 P.019/048

## Integumentary Status

**Braden Scale**
*for Predicting Pressure Sore Risk in Home Care*

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| **SENSORY PERCEPTION**<br><br>ability to respond meaningfully to pressure-related discomfort | **1. Completely Limited** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation **OR** limited ability to feel pain over most of body. | **2. Very Limited** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness **OR** has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of body. | **3. Slightly Limited** Responds to verbal commands, but cannot always communicate discomfort or the need to be turned **OR** has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | **4. No Impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | 4 |
| **MOISTURE**<br><br>degree to which skin is exposed to moisture | **1. Constantly Moist** Skin is kept moist almost constantly by perspiration, urine, etc. Dampness is detected every time patient is moved or turned. | **2. Often Moist** Skin is often, but not always moist. Linen must be changed as often as 3 times in 24 hours. | **3. Occasionally Moist** Skin is occasionally moist, requiring an extra linen change approximately once a day. | **4. Rarely Moist** Skin is usually dry; Linen only requires changing at routine intervals. | |
| **ACTIVITY**<br><br>degree of physical activity | **1. Bedfast** Confined to bed. | **2. Chairfast** Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | **3. Walks Occasionally** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of day in bed or chair. | **4. Walks Frequently** Walks outside bedroom twice a day and inside room at least once every two hours during waking hours. | 4 |
| **MOBILITY**<br><br>ability to change and control body position | **1. Completely Immobile** Does not make even slight changes in body or extremity position without assistance. | **2. Very Limited** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly Limited** Makes frequent though slight changes in body or extremity position independently. | **4. No Limitation** Makes major and frequent changes in position without assistance. | 4 |
| **NUTRITION**<br><br>usual food intake pattern | **1. Very Poor** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement **OR** is NPO and/or maintained on clear liquids or IVs for more than 5 days. | **2. Probably Inadequate** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement **OR** receives less than optimum amount of liquid diet or tube feeding. | **3. Adequate** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products) per day. Occasionally will refuse a meal, but will usually take a supplement when offered **OR** is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | **4. Excellent** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | 3 |
| **FRICTION & SHEAR** | **1. Problem** Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair, requiring frequent repositioning with maximum assistance. Spasticity, contractures or agitation leads to almost constant friction. | **2. Potential Problem** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheets, chair, restraints or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | **3. No Apparent Problem** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | 3 |
| | | | | **Total:** | **22** |

Braden Scale Scoring: Risk of developing pressure ulcers: 15-18: At risk; 13-14: Moderate risk; 10-12: High risk; 9 or below: Very high risk

Copyright: Barbara Braden and Nancy Bergstrom, 1988. Reprinted with permission. All Rights Reserved.

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000013

## Integumentary Status

| Skin Turgor: | ⊙ Good | ○ Fair | ○ Poor | | |
|---|---|---|---|---|---|
| Skin Color: | ✓ Pink/WNL | ☐ Pale | ☐ Jaundice | ☐ Cyanotic | |
| Skin: | ☐ Dry | ☐ Diaphoretic | ☐ Warm | ☐ Cool | ☐ Wound |
| | ☐ Ulcer | ✓ Incision | ☐ Rash | ☐ Ostomy | ☐ Other |

| Instructed on measures to control infections? | ⊙ Yes | ○ No |
|---|---|---|

| Nails: | ⊙ Good | ○ Problems |
|---|---|---|

| Is patient using pressure-relieving device(s)? Type: | ○ Yes | ⊙ No |
|---|---|---|

Comments:

**(M1300) Pressure Ulcer Assessment: Was this patient assessed for Risk of Developing Pressure Ulcers?**
○ 0 - No assessment conducted [Go to M1306]
○ 1 - Yes, based on an evaluation of clinical factors, (for example, mobility, incontinence, nutrition) without use of standardized tool
⊙ 2 - Yes, using a standardized, validated tool (for example, Braden Scale, Norton Scale)

**(M1302) Does this patient have a Risk of Developing Pressure Ulcers?**
⊙ 0 - No ○ 1 - Yes

**(M1306) Does this patient have at least one Unhealed Pressure Ulcer at Stage II or Higher or designated as Unstageable? (Excludes Stage I pressure ulcers and healed Stage II pressure ulcers)**
⊙ 0 - No [Go to M1322] ○ 1 - Yes

**(M1311) Current Number of Unhealed Pressure Ulcers at Each Stage**

| A1. Stage 2: Partial thickness loss of dermis presenting as a shallow open ulcer with red pink wound bed, without slough. May also present as an intact or open/ruptured blister.<br>Number of Stage 2 pressure ulcers _____<br>[If 0 at FU/DC Go to M1311B1] |
|---|
| B1. Stage 3: Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon, or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling.<br>Number of Stage 3 pressure ulcers _____<br>[If 0 at FU/DC Go to M1311C1] |
| C1. Stage 4: Full thickness tissue loss with exposed bone, tendon, or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling.<br>Number of Stage 4 pressure ulcers _____<br>[If 0 at FU/DC Go to M1311D1] |
| D1. Unstageable: Non-removable dressing: Known but not stageable due to non-removable dressing/device.<br>Number of unstageable pressure ulcers due to non-removable dressing/device _____<br>[If 0 at FU/DC Go to M1311E1] |
| E1. Unstageable: Slough and/or eschar: Known but not stageable due to coverage of wound bed by slough and/or eschar.<br>Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar _____<br>[If 0 at FU/DC Go to M1311F1] |
| F1. Unstageable: Deep tissue injury: Suspected deep tissue injury in evolution.<br>Number of unstageable pressure ulcers with suspected deep tissue injury in evolution _____<br>[If 0 - Go to M1322 (at Follow Up), Go to M1313 (at Discharge)] |

**(M1320) Status of Most Problematic Pressure Ulcer that is Observable: (Excludes pressure ulcer that cannot be observed due to a non-removable dressing/device)**
○ 0 - Newly epithelialized          ○ 3 - Not healing
○ 1 - Fully granulating              ○ NA - No observable pressure ulcer
○ 2 - Early/partial granulation

**(M1322) Current Number of Stage I Pressure Ulcers: Intact skin with non-blanchable redness of a localized area usually over a bony prominence. The area may be painful, firm, soft, warmer or cooler as compared to adjacent tissue.**
⊙ 0          ○ 1          ○ 2          ○ 3          ○ 4 or more

**(M1324) Stage of most Problematic Unhealed Pressure Ulcer that is Stageable: (Excludes pressure ulcer that cannot be staged due to a non-removable dressing/device, coverage of wound bed by slough and/or eschar, or suspected deep tissue injury.)**
○ 1 - Stage 1          ○ 2 - Stage 2          ○ 3 - Stage 3          ○ 4 - Stage 4
⊙ N/A - Patient has no pressure ulcers or no stageable pressure ulcers

**(M1330) Does this patient have a Stasis Ulcer?**
⊙ 0 - No [Go to M1340]
○ 1 - Yes, patient has BOTH observable and unobservable stasis ulcers
○ 2 - Yes, patient has observable stasis ulcers ONLY
○ 3 - Yes, patient has unobservable stasis ulcers ONLY (known but, not observable due to non-removable dressing/device)[Go to M1340]

**(M1332) Current Number of Stasis Ulcer(s) that are Observable:**
○ 1 - One          ○ 2 - Two          ○ 3 - Three          ○ 4 - Four or more

**(M1334) Status of Most Problematic (Observable) Stasis Ulcer:**
○ 1 - Fully granulating          ○ 2 - Early/partial granulation          ○ 3 - Not healing

**(M1340) Does this patient have a Surgical Wound?**
○ 0 - No [At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]
○ 1 - Yes, patient has at least one observable surgical wound
⊙ 2 - Surgical wound known but not observable due to non-removable dressing/device [At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000014

From:                                      04/27/2018 09:41     #172 P.021/048

**(M1342) Status of Most Problematic Surgical Wound that is Observable:**
○ 0 - Newly epithelialized     ○ 1 - Fully granulating     ○ 2 - Early/partial granulation     ○ 3 - Not healing

**(M1350) Does this patient have a Skin Lesion or Open Wound (excluding bowel ostomy), other than those described above that is receiving intervention by the home health agency?**
◉ 0 - No ○ 1 - Yes

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000015

**Wound Care Worksheet**

**Wounds Addressed on this Visit**

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed, Present on Admission, **Type:** Surgical Wound **Treatment:** change dry sterile dressing daily, **Patient Response To Treatment:** tol well, **Wound Pain:** 8
**Additional Information:** steristrips in place

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed, Present on Admission, **Type:** Surgical Wound **Treatment:** change dry sterile dressing daily, **Patient Response To Treatment:** tol well, **Wound Pain:** 8
**Additional Information:** steristrips in place

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000016

| | Interventions |
|---|---|
| ☐ | SN to instruct Patient/Caregiver on turning/repositioning every 2 hours |
| ☐ | SN to instruct the Patient/Caregiver to float heels |
| ☐ | SN to instruct the Patient/Caregiver on methods to reduce friction and shear |
| ☐ | SN to instruct the Patient/Caregiver to pad all bony prominences |
| ✔ | SN to instruct Patient/Caregiver on wound care as follows: Lumbar Incisions: change dry sterile dressing daily |
| ☐ | Other: |
| ☐ | SN to assess skin for breakdown every visit |
| ✔ | SN to assess/evaluate wound(s) at each dressing change and PRN for signs/symptoms of infection. Report to physician increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes |
| ✔ | SN to instruct the Patient/Caregiver on signs/symptoms of wound infection to report to physician, to include increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes |
| ☐ | May discontinue wound care when wound(s) have healed |

**Additional Orders:**

| | Goals |
|---|---|
| ☐ | Wound(s) will heal without complication by: |
| ✔ | Wound(s) will be free from signs and symptoms of infection during 60 day episode |
| ☐ | Wound(s) will decrease in size by % by |
| ☐ | Patient skin integrity will remain intact during this episode |

**Additional Goals:**

OASIS-C2 Start of Care: Richard Trioio (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000017

## Respiratory Status

| Respiratory | |
|---|---|
| ✓ **WNL (Within Normal Limits)** | |
| ☐ Lung Sounds: <br> ☐ CTA <br> ☐ Rales <br> ☐ Rhonchi <br> ☐ Wheezes <br> ☐ Crackles <br> ☐ Diminished <br> ☐ Absent <br> ☐ Stridor | ☐ Sputum: <br> Enter amount: <br> Describe color, consistency, and odor: <br> ☐ 02 At: <br> LPM via: <br><br> ☐ 02 Sat: <br><br> ☐ Nebulizer: |

☐ Cough:

Comments:

**(M1400) When is the patient dyspneic or noticeably Short of Breath?**
◉ 0 - Patient is not short of breath
○ 1 - When walking more than 20 feet, climbing stairs
○ 2 - With moderate exertion (for example, while dressing, using commode or bedpan, walking distances less than 20 feet)
○ 3 - With minimal exertion (for example, while eating, talking, or performing other ADLs) or with agitation
○ 4 - At rest (during day or night)

**(M1410) Respiratory Treatments utilized at home:** *(Mark all that apply)*
☐ 1 - Oxygen (intermittent or continuous)          ☐ 3 - Continuous / Bi-level positive airway pressure
☐ 2 - Ventilator (continually or at night)          ✓ 4 - None of the above

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000018

From:                                04/27/2018 09:43    #172 P.025/048

| | Interventions |
|---|---|
| ☐ | SN to instruct caregiver on pulmonary toilet including percussion therapy and postural drainage (freq) |
| ☐ | SN to perform pulmonary toilet including percussion therapy and postural drainage (freq) |
| ☐ | SN to instruct the Patient/Caregiver on proper use of nebulizer/inhaler, and assess return demonstration |
| ☐ | SN to assess O2 saturation on room air (freq) |
| ☐ | SN to assess O2 saturation on O2 @ LPM/ (freq) |
| ☐ | SN to instruct the Patient/Caregiver on factors that contribute to SOB, including avoiding outdoors on poor air quality days. Avoid leaving windows open when outside temperature is above |
| ☐ | SN to instruct the Patient/Caregiver to avoid smoking or allowing people to smoke in patient's home. Instruct patient to avoid irritants/allergens known to increase SOB |
| ☐ | SN to instruct patient on pursed lip breathing techniques |
| ☐ | SN to instruct patient on energy conserving measures including frequent rest periods, small frequent meals, avoiding large meals/overeating, controlling stress |
| ☐ | SN to instruct patient on proper use of nebulizer treatment with |
| ☐ | SN to instruct patient on proper use of |
| ☐ | SN to instruct caregiver on proper suctioning technique |
| ☐ | SN to instruct the Patient/Caregiver on methods to recognize pulmonary dysfunction and relieve complications |
| ☐ | Report to physician O2 saturation less than % |

Additional Orders:

| | Goals |
|---|---|
| ☐ | Patient's respiratory rate will remain within established parameters during the episode |
| ☐ | Patient will be free from signs and symptoms of respiratory distress during the episode |
| ☐ | Patient and caregiver will verbalize an understanding of factors that contribute to shortness of breath by: |
| ☐ | Patient will demonstrate proper pursed lip breathing techniques by |
| ☐ | Patient will verbalize an understanding of energy conserving measures by: |
| ☐ | The Patient/Caregiver will verbalize and demonstrate safe management of oxygen by: |
| ☐ | Patient will return demonstrate proper use of nebulizer treatment by |
| ☐ | Patient will demonstrate proper use of by: |

Additional Goals:

| Endocrine | | | |
|---|---|---|---|
| ✓ WNL (Within Normal Limits) | | | |
| Is patient diabetic? | ○ Y | ◉ N | |
| Insulin dependent? | ○ Y | ○ N | For how long? |
| Is patient independently able to draw up correct dose of insulin? | ○ Y | ○ N | |
| Is patient able to properly administer own insulin? | ○ Y | ○ N | |
| Is patient taking oral hypoglycemic agent? | ○ Y | ○ N | |
| Is patient independent with glucometer use? | ○ Y | ○ N | |
| Is caregiver able to correctly draw up and administer insulin? | ○ Y | ○ N | ○ N/A, no caregiver |
| Is caregiver independent with glucometer use? | ○ Y | ○ N | ○ N/A, no caregiver |
| Does patient or caregiver routinely perform inspection of the patient's lower extremities? | ○ Y | ○ N | |

Does patient have any of the following?
☐ Polyuria   ☐ Polyphagia   ☐ Radiculopathy
☐ Polydipsia   ☐ Neuropathy   ☐ Thyroid problems

| Blood Sugar | ○ Random | ○ Fasting | ○ 2 Hours PP |
|---|---|---|---|

Blood sugar checked by:
Site:
Comments:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

**Interventions**

| | |
|---|---|
| ☐ | SN to instruct Patient/Caregiver on all aspects of diabetic management to include disease process, foot assessments, signs and symptoms of hypo/hyperglycemia, glucometer use and preparation and administration of diabetic medications ordered by physician |
| ☐ | SN to instruct Patient/Caregiver to inspect patient's feet daily and report any skin or nail problems to SN |
| ☐ | SN to instruct Patient/Caregiver to wash patient's feet in warm (not hot) water. Wash feet gently and pat dry thoroughly making sure to dry between toes |
| ☐ | SN to instruct Patient/Caregiver to use moisturizer daily but avoid getting between toes |
| ☐ | SN to instruct patient to wear clean, dry, properly-fitted socks and change them every day |
| ☐ | SN to instruct Patient/Caregiver on appropriate nail care as follows: trim nails straight across and file rough edges with nail file |
| ☐ | SN to instruct Patient/Caregiver that patient should never walk barefoot |
| ☐ | SN to instruct Patient/Caregiver that patient should elevate feet when sitting |
| ☐ | SN to instruct Patient/Caregiver to protect patient's feet from extreme heat or cold |
| ☐ | SN to instruct Patient/Caregiver never to try to cut off corns, calluses, or any other lesions from lower extremities |
| ☐ | SN to perform finger stick for fasting blood sugar/random blood sugar during visit if it has not been done or if patient reports signs and symptoms of hypo/hyperglycemia |
| ☐ | SN to give patient 4 oz of fruit juice or 1 tablespoon of sugar in H2O if blood sugar is ___ mg/dl or below, and recheck blood sugar in 15 to 20 minutes. If blood sugar remains ___ mg/dL or below, notify physician |
| ☐ | SN to prepare and administer insulin (freq) ___ as follows: |
| ☐ | SN to assess blood sugar via finger stick every visit prior to insulin administration |
| ☐ | SN to prefill insulin syringes (freq) ___ as follows: |
| ☐ | SN to perform inspection of patient's lower extremities every visit and report any alteration in skin integrity to physician |

Additional Orders:

**Goals**

| | |
|---|---|
| ☐ | Patient's fasting blood sugar will remain between ___ mg/dl and ___ mg/dl during the episode |
| ☐ | Patient's random blood sugar will remain between ___ mg/dl and ___ mg/dl during the episode |
| ☐ | Patient will be free from signs and symptoms of hypo/hyperglycemia during the episode |
| ☐ | The Patient/Caregiver will be independent with glucometer use by: |
| ☐ | The Patient/Caregiver will verbalize an understanding of skin conditions that must be reported to SN or physician immediately |
| ☐ | The Patient/Caregiver will be independent with insulin administration by: |
| ☐ | The Patient/Caregiver will verbalize understanding of proper diabetic foot care by: |

Additional Goals:

**Cardiovascular**

| | |
|---|---|
| ✓ WNL (Within Normal Limits) | ☑ Dizziness: |
| ☐ Chest Pain: | ☐ Edema: |
| | ☐ Dependent Edema: |
| | ☐ Pitting    ☐ Nonpitting |
| ☐ Heart Sounds: | ☐ Neck Vein Distention: |
| ☐ Murmur | |
| ☐ Gallop | |
| ☐ Click | |
| ☐ Irregular | |
| ☐ Peripheral Pulses: | ☐ Cap Refill: |
| | ○ <3 sec |
| | ○ >3 sec |
| Pacemaker:  (Insertion date) | AICD:  (Insertion date) |
| Comments: | |

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000020

From:

04/27/2018 09:44    #172 P.027/048

### Interventions

| | |
|---|---|
| ☐ | SN to instruct patient on daily weight self-monitoring program where the patient utilizes the same scales on a hard, flat surface each morning prior to breakfast and after urination. Report to SN weight ○ gain ○ loss of ___ lb/1 day, ___ lb/1 week |
| ☐ | SN to assess patient's weight log every visit |
| ☐ | SN to instruct the Patient/Caregiver  on measures to recognize cardiac dysfunction and relieve complications |
| ☐ | SN to instruct patient on measures to detect and alleviate edema |
| ☐ | SN to instruct patient when (s)he starts feeling chest pain, tightness, or squeezing in the chest to take nitroglycerin. Patient may take nitroglycerin one time every 5 minutes. If no relief after 3 doses, call 911 |
| ✓ | SN to instruct the patient the following symptoms could be signs of a heart attack: chest discomfort, discomfort in one or both arms, back, neck, jaw, stomach, shortness of breath, cold sweat, nausea, or dizziness. Instruct patient on signs and symptoms that necessitate calling 911 |
| ☐ | No blood pressure or venipuncture in ___ arm |

Additional Orders:

### Goals

| | |
|---|---|
| ☐ | Patient weight will be maintained between ___ lbs and ___ lbs during the episode |
| ☐ | Patient's blood pressure will remain within established parameters during the episode |
| ☐ | Patient's pulse will remain within established parameters during the episode |
| ☐ | Patient will remain free from chest pain, or chest pain will be relieved with nitroglycerin, during the episode |
| ✓ | The Patient/Caregiver  will verbalize understanding of symptoms of cardiac complications and when to call 911 by: 03/23/2018 |
| ☐ | The Patient/Caregiver  will verbalize and demonstrate edema-relieving measures by: |

Additional Goals:

### GU

✓ WNL (Within Normal Limits)
☐ Incontinence
☐ Bladder Distention
☐ Burning
☐ Frequency
☐ Dysuria
☐ Retention
☐ Urgency
☐ Urostomy
☐ Catheter:
   Last Changed
   Fr ___ ___ cc
☐ Urine:
   ○ Cloudy
   ○ Odorous
   ○ Sediment
   ○ Hematuria
   ○ Other
✓ External Genitalia:
   ◉ Normal
   ○ Abnormal
   As per:
   ○ Clinician Assessment
   ◉ Pt/CG Report

### Digestive

✓ WNL
☐ Nausea/Vomiting
☐ NPO
☐ Reflux/Indigestion
☐ Diarrhea
☐ Constipation
☐ Bowel Incontinence
☐ Bowel Sounds:
   ○ Hyperactive
   ○ Hypoactive
   ○ Normal
☐ Abd Girth:
✓ Last BM:    03/21/2018
   As per: ○ Clinician Assessment ◉ Pt/CG Report
   ✓ WNL
   ☐ Abnormal Stool:    ☐ Gray  ☐ Tarry  ☐ Fresh Blood  ☐ Black
   ☐ Constipation:    ○ Chronic    ○ Acute    ○ Occasional
   ☐ Lax/Enema Use:
   ☐ Hemorrhoids:    ○ Internal    ○ External
☐ Ostomy:
   Ostomy Type(s):
   ☐ Stoma Appearance:
   ☐ Stool Appearance:
   ☐ Surrounding Skin:    ☐ Intact

Comments:

**(M1600) Has this patient been treated for a Urinary Tract Infection in the past 14 days?**
◉ 0 - No    ○ 1 - Yes    ○ NA - Patient on prophylactic treatment    ○ UK - Unknown

**(M1610) Urinary Incontinence or Urinary Catheter Presence:**
◉ 0 - No incontinence or catheter (includes anuria or ostomy for urinary drainage) *[Go to M1620]*
○ 1 - Patient is incontinent
○ 2 - Patient requires a urinary catheter (specifically: external, indwelling, intermittent, suprapubic) *[Go to M1620]*

**(M1615) When does Urinary Incontinence occur?**
○ 0 - Timed-voiding defers incontinence    ○ 2 - During the night only    ○ 4 - During the day and night
○ 1 - Occasional stress incontinence    ○ 3 - During the day only

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

THH000021

**(M1620) Bowel Incontinence Frequency:**
- ⊙ 0 - Very rarely or never has bowel incontinence
- ○ 1 - Less than once weekly
- ○ 2 - One to three times weekly
- ○ 3 - Four to six times weekly
- ○ 4 - On a daily basis
- ○ 5 - More often than once daily
- ○ NA - Patient has ostomy for bowel elimination
- ○ UK - Unknown

**(M1630) Ostomy for Bowel Elimination:** Does this patient have an ostomy for bowel elimination that (within the last 14 days): a) was related to an inpatient facility stay, or b) necessitated a change in medical or treatment regimen?
- ⊙ 0 - Patient does not have an ostomy for bowel elimination
- ○ 1 - Patient's ostomy was not related to an inpatient stay and did not necessitate change in medical or treatment regimen
- ○ 2 - The ostomy was related to an inpatient stay or did necessitate change in medical or treatment regimen

Is patient on dialysis?       ○ Y       ⊙ N
- ☐ Hemodialysis
- ☐ AV Graft / Fistula Site:
- ☐ Central Venous Catheter Access Site:
- ☐ Peritoneal Dialysis
- ☐ CCPD (Continuous Cyclic Peritoneal Dialysis)
- ☐ IPD (Intermittent Peritoneal Dialysis)
- ☐ CAPD (Continuous Ambulatory Peritoneal Dialysis)
- ☐ Catheter site free from signs and symptoms of infection
- ☐ Other:

Dialysis Center:
Phone Number:
Contact Person:

| | Interventions |
|---|---|
| ☐ | SN to instruct patient on bladder training program, including timed voiding |
| ☐ | SN to instruct the Patient/Caregiver on signs/symptoms of UTI to report to MD/SN. SN may obtain urinalysis and urine culture & sensitivity (C&S) test as needed for signs/symptoms of UTI, to include pain, foul odor, cloudy or blood-tinged urine and fever |
| ☐ | SN to change foley catheter with    Fr   cc catheter every   beginning on |
| ☐ | SN to change suprapubic tube with    Fr   cc catheter every   beginning on |
| ☐ | SN to irrigate suprapubic tube with 100-250cc of sterile normal saline as needed for blockage, leakage |
| ☐ | SN to irrigate foley with 100-250cc of sterile normal saline as needed for blockage, leakage |
| ☐ | SN to instruct the Patient/Caregiver on proper foley care |
| ☐ | SN to allow    additional visits for dislodgement, blockage, or leakage of foley or drainage system |
| ☐ | SN to instruct patient/caregiver on ostomy management as follows: |
| ☐ | SN to perform ostomy care as follows: |
| ☐ | SN to digitally disimpact patient for constipation unrelieved by medications for   days |
| ☐ | SN to instruct Patient/Caregiver on measuring and recording intake and output |
| ☐ | SN to instruct patient to increase activity to alleviate constipation |
| ☐ | SN to administer enema   if no bowel movement in   days |
| ☐ | SN to instruct the Patient/Caregiver on signs and symptoms of constipation to report to SN or physician |
| ☐ | SN to instruct the Patient/Caregiver on foods that contribute to acid reflux/indigestion |
| ☐ | SN to instruct patient not to eat 4 hours before bedtime to reduce acid reflux/indigestion |

Additional Orders:

| | Goals |
|---|---|
| ☐ | Foley will remain patent during this episode and patient will be free of signs and symptoms of UTI |
| ☐ | Suprapubic tube will remain patent during this episode and patient will be free of signs and symptoms of UTI |
| ☐ | Patient will be without signs/symptoms of UTI (pain, foul odor, cloudy or blood-tinged urine and fever) during this episode |
| ☐ | The Patient/Caregiver will be independent in ostomy management by: |
| ☐ | Patient will be free from signs and symptoms of constipation during the episode |
| ☐ | The Patient/Caregiver will verbalize understanding of foods that contribute to acid reflux/indigestion by: |
| ☐ | Patient will verbalize understanding not to eat 4 hours before bedtime to reduce acid reflux/indigestion by: |
| ☐ | Patient will not develop any signs and symptoms of dehydration during the episode |

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000022

From:                                                      04/27/2018 09:46     #172 P.029/048

## Nutrition

| Nutrition | | |
|---|---|---|
| ✓ WNL (Within Normal Limits) | | |
| ☐ Dysphagia | | |
| ☐ Decreased Appetite | | |
| ☐ Weight Loss/Gain   ○ Loss ○ Gain      Amount:        in:  (how long) | | |
| ☐ Meals Prepared Appropriately | | |
| ✓ Diet      ⊙ Adequate    ○ Inadequate    ☐ NG      ☐ PEG          ☐ Dobhoff          ☐ Tube Placement Checked | | |
| ☐ Residual Checked,  Amount:    cc | | |
| ☐ Throat problems?      ☐ Sore throat?      ☐ Dentures?           ☐ Other: | | |
| ☐ Hoarseness?           ☐ Dental problems?   ☐ Problems chewing? | | |
| Comments: | | |

| Nutritional Health Screen | Yes | Score |
|---|---|---|
| ☐ Without reason, has lost more than 10 lbs. in the last 3 months | 15 | ✓ Good Nutritional Status (Score 0 - 25) |
| ☐ Has an illness or condition that made pt change the type and/or amount of food eaten | 10 | ☐ Moderate Nutritional Risk (Score 25 - 55) ☐ High Nutritional Risk (Score 55 - 100) |
| ☐ Has open decubitus, ulcer, burn or wound | 10 | Nutritional Status Comments: |
| ☐ Eats fewer than 2 meals a day | 10 | |
| ☐ Has a tooth/mouth problem that makes it hard to eat | 10 | |
| ☐ Has 3 or more drinks of beer, liquor or wine almost every day | 10 | |
| ☐ Does not always have enough money to buy foods needed | 10 | ☐ Non-compliant with prescribed diet |
| ☐ Eats few fruits or vegetables, or milk products | 5 | ☐ Over/under weight by 10% |
| ☐ Eats alone most of the time | 5 | Meals prepared by: family |
| ✓ Takes 3 or more prescribed or OTC medications a day | 5 | |
| ☐ Is not always physically able to cook and/or feed self and has no caregiver to assist | 5 | |
| ☐ Frequently has diarrhea or constipation | 5 | |

| Enter Physician's Orders or Diet Requirements | | |
|---|---|---|
| ☐        Sodium | ☐   No Concentrated Sweets | |
| ☐   No Added Salt | ☐   Heart Healthy | |
| ☐        Calorie ADA Diet | ☐   Low Cholesterol | |
| ✓   Regular | ☐   Low Fat | |
| ☐   High Protein | ☐   Enteral Nutrition   (formula) | |
| ☐   Low Protein | Amount        cc/day via | |
| ☐   Carbohydrate   ○ Low   ○ High | ☐   Pump                 ☐ Gravity | |
| ☐   Mechanical Soft | ☐ PEG  ☐ NG   ☐ Dobhoff | |
| ☐   High Fiber | ☐ Continuous  ☐ Bolus | |
| ☐   Supplement: | ☐   TPN        @cc/hr | |
| ☐   Renal Diet | via | |
| ☐   Coumadin Diet | | |
| ☐   Fluid Restriction    cc/24 hours | | |
| ☐   Other: | | |

| Interventions | |
|---|---|
| ☐ | SN to instruct Patient/Caregiver  on    diet |
| ☐ | SN to assess patient for diet compliance |
| ☐ | SN to instruct the Patient/Caregiver  to keep a diet log |
| ☐ | SN to instruct the Patient/Caregiver  on methods to promote oral intake |
| ☐ | SN to instruct the Patient/Caregiver  on parenteral nutrition and the care/use of equipment, to include: |
| ☐ | SN to instruct the Patient/Caregiver  on enteral nutrition and the care/use of equipment, to include |
| ☐ | SN to instruct the Patient/Caregiver  on proper care of    tube |
| ☐ | SN to change   tube every    beginning |
| ☐ | SN to irrigate   tube with    cc of   ○ every    ○ as needed for |
| ☐ | SN to instruct the Patient/Caregiver  to give    cc of free water every |
| Additional Orders: | |

OASIS-C2 Start of Care: Richard Triolo (2751)

© 2004-2016 Kinnser Software, Inc. All Rights reserved.          (OASIS-C 1/2010)

THH000023

| | Goals |
|---|---|
| ☐ | Patient will maintain ___ diet compliance during the episode |
| ☐ | The Patient/Caregiver will demonstrate compliance with maintaining a diet log during the episode |
| ☐ | The Patient/Caregiver will demonstrate proper care/use of enteral nutrition equipment by |
| ☐ | The Patient/Caregiver will demonstrate proper care/use of parenteral nutrition equipment by |
| ☐ | The Patient/Caregiver will demonstrate proper care of ___ tube by |

Additional Goals:

## Neuro/Emotional/Behavioral Status

### Neurological

Oriented to:
✓ Person
✓ Place
✓ Time
☐ Disoriented
☐ Forgetful
☐ PERRL
☐ Seizures
☐ Tremors        Location(s)

Comments:

### Psychosocial

✓ WNL (Within Normal Limits)
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated/Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability

**(M1700) Cognitive Functioning:** Patient's current (day of assessment) level of alertness, orientation, comprehension, concentration, and immediate memory for simple commands.
◉ 0 - Alert/oriented, able to focus and shift attention, comprehends and recalls task directions independently
○ 1 - Requires prompting (cuing, repetition, reminders) only under stressful or unfamiliar conditions
○ 2 - Requires assistance and some direction in specific situations (for example, on all tasks involving shifting of attention) or consistently requires low stimulus environment due to distractibility
○ 3 - Requires considerable assistance in routine situations. Is not alert and oriented or is unable to shift attention and recall directions more than half the time
○ 4 - Totally dependent due to disturbances such as constant disorientation, coma, persistent vegetative state, or delirium

**(M1710) When Confused (Reported or Observed Within the Last 14 Days):**
◉ 0 - Never                              ○ 2 - On awakening or at night only          ○ 4 - Constantly
○ 1 - In new or complex situations only   ○ 3 - During the day and evening, but not constantly   ○ NA - Patient nonresponsive

**(M1720) When Anxious (Reported or Observed Within the Last 14 Days):**
◉ 0 - None of the time            ○ 2 - Daily, but not constantly        ○ NA - Patient nonresponsive
○ 1 - Less often than daily        ○ 3 - All of the time

**(M1730) Depression Screening:** Has the patient been screened for depression, using a standardized, validated depression screening tool?
○ 0 - No
◉ 1 - Yes, patient was screened using the PHQ-2© scale.
    Instructions for this two-question tool: Ask patient: "Over the last two weeks, how often have you been bothered by any of the following problems?"

| PHQ-2© | Not at all 0 - 1 day | Several days 2 - 6 days | More than half of the days 7 - 11 days | Nearly every day 12 - 14 days | N/A Unable to respond |
|---|---|---|---|---|---|
| a)Little interest or pleasure in doing things? | ◉ 0 | ○ 1 | ○ 2 | ○ 3 | ○ na |
| b)Feeling down, depressed, or hopeless? | ◉ 0 | ○ 1 | ○ 2 | ○ 3 | ○ na |

*Copyright© Pfizer Inc. All rights reserved. Reproduced with permission.*

○ 2 - Yes, patient was screened with a different standardized, validated assessment and the patient meets criteria for further evaluation for depression.
○ 3 - Yes, patient was screened with a different standardized, validated assessment and the patient does not meet criteria for further evaluation for depression.

**(M1740) Cognitive, behavioral, and psychiatric symptoms that are demonstrated at least once a week (Reported or Observed): (Mark all that apply)**
☐ 1 - Memory deficit: failure to recognize familiar persons/places, inability to recall events of past 24 hours, significant memory loss so that supervision is required
☐ 2 - Impaired decision-making: failure to perform usual ADLs or IADLs, inability to appropriately stop activities, jeopardizes safety through actions
☐ 3 - Verbal disruption: yelling, threatening, excessive profanity, sexual references, etc
☐ 4 - Physical aggression: aggressive or combative to self and others (for example), hits self, throws objects, punches, dangerous maneuvers with wheelchair or other objects
☐ 5 - Disruptive, infantile, or socially inappropriate behavior (excludes verbal actions)
☐ 6 - Delusional, hallucinatory, or paranoid behavior
✓ 7 - None of the above behaviors demonstrated

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All rights reserved.

THH000024

From:    04/27/2018 09:47   #172 P.031/048

**(M1745) Frequency of Disruptive Behavior Symptoms (Reported or Observed)** Any physical, verbal, or other disruptive/dangerous symptoms that are injurious to self or others or jeopardize personal safety.

⊙ 0 - Never    ○ 2 - Once a month    ○ 4 - Several times a week
○ 1 - Less than once a month    ○ 3 - Several times each month    ○ 5 - At least daily

**(M1750)** Is this patient receiving Psychiatric Nursing Services at home provided by a qualified psychiatric nurse?
⊙ 0 - No  ○ 1 - Yes

| | Interventions |
|---|---|
| ☐ | *SN TO NOTIFY PHYSICIAN THIS PATIENT WAS SCREENED FOR DEPRESSION USING THE PHQ-2 SCALE AND MEETS CRITERIA FOR FURTHER EVALUATION FOR DEPRESSION |
| ☐ | SN to assess for changes in neurological status every visit |
| ☐ | SN to assess patient's communication skills every visit |
| ☐ | SN to instruct the Patient/Caregiver on seizure precautions |
| ☐ | SN to instruct caregiver on orientation techniques to use when patient becomes disoriented |
| ☐ | MSW: ○ 1-2 OR ○ visits, every 60 days for provider services |
| ☐ | MSW: ○ 1-2 OR ○ visits, every 60 days for long term planning |
| ☐ | MSW: ○ 1-2 OR ○ visits, every 60 days for community resource assistance |

Additional Orders:

| Goals |
|---|
| ☐ Patient will remain free from increased confusion during the episode |
| ☐ The Patient/Caregiver will verbalize understanding of seizure precautions |
| ☐ Caregiver will verbalize understanding of proper orientation techniques to use when patient becomes disoriented |
| ☐ Patient's community resource needs will be met with assistance of social worker |

Additional Goals:

**Mental Status**

| | | | |
|---|---|---|---|
| ✓ Oriented | ☐ Comatose | ☐ Forgetful | ☐ Agitated |
| ☐ Depressed | ☐ Disoriented | ☐ Lethargic | Other (specify): |

Additional Orders (specify):

**Activities Permitted**

| | | | |
|---|---|---|---|
| ☐ Complete bed rest | ✓ Up as tolerated | ✓ Exercise prescribed | ☐ Independent at home |
| ☐ Cane | ☐ Walker | ☐ Bed rest with BRP | ☐ Transfer bed-chair |
| ☐ Partial weight bearing | ☐ Crutches | ☐ Wheelchair | Other (specify): |

**Musculoskeletal**

| | |
|---|---|
| ☐ WNL (Within Normal Limits) | ☐ Bedbound |
| ✓ Weakness | ☐ Chairbound |
| ☐ Ambulation Difficulty | ☐ Contracture: |
| ☐ Limited Mobility/ROM | ☐ Paralysis: |
| ✓ Joint Pain/Stiffness lumbar | ○ Dominant |
| ✓ Poor Balance | ○ Nondominant |
| ☐ Grip Strength | ☐ Assistive Device: |
|   ○ Equal | |
|   ○ Unequal | |

Comments:

**(M1800) Grooming:** Current ability to tend safely to personal hygiene needs (specifically: washing face and hands, hair care, shaving or make up, teeth or denture care, or fingernail care).
○ 0 - Able to groom self unaided, with or without the use of assistive devices or adapted methods
⊙ 1 - Grooming utensils must be placed within reach before able to complete grooming activities
○ 2 - Someone must assist the patient to groom self
○ 3 - Patient depends entirely upon someone else for grooming needs

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000025

From:                                                                04/27/2018 09:48    #172 P.032/048

**(M1810) Current Ability to Dress Upper Body** safely (with or without dressing aids) including undergarments, pullovers, front-opening shirts and blouses, managing zippers, buttons, and snaps:
- ○ 0 - Able to get clothes out of closets and drawers, put them on and remove them from the upper body without assistance
- ○ 1 - Able to dress upper body without assistance if clothing is laid out or handed to the patient
- ⊗ 2 - Someone must help the patient put on upper body clothing
- ○ 3 - Patient depends entirely upon another person to dress the upper body

**(M1820) Current Ability to Dress Lower Body** safely (with or without dressing aids) including undergarments, slacks, socks or nylons, shoes:
- ○ 0 - Able to obtain, put on, and remove clothing and shoes without assistance
- ○ 1 - Able to dress lower body without assistance if clothing and shoes are laid out or handed to the patient
- ⊗ 2 - Someone must help the patient put on undergarments, slacks, socks or nylons, and shoes
- ○ 3 - Patient depends entirely upon another person to dress lower body

**(M1830) Bathing:** Current ability to wash entire body safely. Excludes grooming (washing face, washing hands, and shampooing hair).
- ○ 0 - Able to bathe self in shower or tub independently, including getting in and out of tub/shower
- ○ 1 - With the use of devices, is able to bathe self in shower or tub independently, including getting in and out of the tub/shower
- ○ 2 - Able to bathe in shower or tub with the intermittent assistance of another person: (a) for intermittent supervision or encouragement or reminders, OR (b) to get in and out of the shower or tub, OR (c) for washing difficult to reach areas
- ⊗ 3 - Able to participate in bathing self in shower or tub, but requires presence of another person throughout the bath for assistance or supervision
- ○ 4 - Unable to use the shower or tub, but able to bathe self independently with or without the use of devices at the sink, in chair, or on commode
- ○ 5 - Unable to use the shower or tub, but able to participate in bathing self in bed, at the sink, in bedside chair, or on commode, with the assistance or supervision of another person.
- ○ 6 - Unable to participate effectively in bathing and is bathed totally by another person

**(M1840) Toilet Transferring:** Current ability to get to and from the toilet or bedside commode safely and transfer on and off toilet/commode.
- ○ 0 - Able to get to and from the toilet and transfer independently with or without a device
- ⊗ 1 - When reminded, assisted, or supervised by another person, able to get to and from the toilet and transfer
- ○ 2 - Unable to get to and from the toilet but is able to use a bedside commode (with or without assistance)
- ○ 3 - Unable to get to and from the toilet or bedside commode but is able to use a bedpan/urinal independently
- ○ 4 - Is totally dependent in toileting

**(M1845) Toileting Hygiene:** Current ability to maintain perineal hygiene safely, adjust clothes and/or incontinence pads before and after using toilet, commode, bedpan, urinal. If managing ostomy, includes cleaning area around stoma, but not managing equipment.
- ○ 0 - Able to manage toileting hygiene and clothing management without assistance
- ○ 1 - Able to manage toileting hygiene and clothing management without assistance
- ⊗ 2 - Someone must help the patient to maintain toileting hygiene and/or adjust clothing if supplies/implements are laid out for the patient
- ○ 3 - Patient depends entirely upon another person to maintain toileting hygiene

**(M1850) Transferring:** Current ability to move safely from bed to chair, or ability to turn and position self in bed if patient is bedfast.
- ○ 0 - Able to independently transfer
- ⊗ 1 - Able to transfer with minimal human assistance or with use of an assistive device
- ○ 2 - Able to bear weight and pivot during the transfer process but unable to transfer self
- ○ 3 - Unable to transfer self and is unable to bear weight or pivot when transferred by another person
- ○ 4 - Bedfast, unable to transfer but is able to turn and position self in bed
- ○ 5 - Bedfast, unable to transfer and is unable to turn and position self

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000026

**(GG0170C) Mobility**
Code the patients usual performance at the SOC/ROC using the 6-point scale. If activity was not attempted at SOC/ROC, code the reason.
Code the patient's discharge goal using the 6-point scale. Do not use codes 07, 09, or 88 to code discharge goal.

| Coding: | 1. SOC/ROC Performance | 2. Discharge Goal | |
|---|---|---|---|
| Safety and Quality of Performance - If helper assistance is required because patient's performance is unsafe or of poor quality, score according to amount of assistance provided. Activity may be completed with or without assistive devices. | | | Lying to Sitting on Side of Bed: The ability to safely move from lying on the back to sitting on the side of the bed with feet flat on the floor, and with no back support. |
| 06 Independent - Patient completes the activity by him/herself with no assistance from a helper. | Enter Codes in Boxes 88 | 06 | |
| 05 Setup or clean-up assistance - Helper SETS UP or CLEANS UP; patient completes activity. Helper assists only prior to or following the activity. | | | |
| 04 Supervision or touching assistance - Helper provides VERBAL CUES or TOUCHING/STEADYING assistance as patient completes activity. Assistance may be provided throughout the activity or intermittently. | | | |
| 03 Partial/moderate assistance - Helper does LESS THAN HALF the effort. Helper lifts, holds or supports trunk or limbs, but provides less than half the effort. | | | |
| 02 Substantial/maximal assistance - Helper does MORE THAN HALF the effort. Helper lifts or holds trunk or limbs and provides more than half the effort. | | | |
| 01 Dependent - Helper does ALL of the effort. Patient does none of the effort to complete the activity. Or, the assistance of 2 or more helpers is required for the patient to complete the activity. | | | |
| If activity was not attempted, code reason: | | | |
| 07 Patient refused | | | |
| 09 Not applicable | | | |
| 88 Not attempted due to medical condition or safety concerns | | | |

**(M1860) Ambulation/Locomotion:** Current ability to walk safely, once in a standing position, or use a wheelchair, once in a seated position, on a variety of surfaces.
- ○ 0 - Able to independently walk on even and uneven surfaces and negotiate stairs with or without railings (specifically: needs no human assistance or assistive device)
- ○ 1 - With the use of a one-handed device (for example, cane, single crutch, hemi-walker), able to independently walk on even and uneven surfaces and negotiate stairs with or without railings
- ○ 2 - Requires use of a two-handed device (for example, walker or crutches) to walk alone on a level surface and/or requires human supervision or assistance to negotiate stairs or steps or uneven surfaces
- ◉ 3 - Able to walk only with the supervision or assistance of another person at all times
- ○ 4 - Chairfast, unable to ambulate but is able to wheel self independently
- ○ 5 - Chairfast, unable to ambulate and is unable to wheel self
- ○ 6 - Bedfast, unable to ambulate or be up in a chair

**(M1870) Feeding or Eating:** Current ability to feed self meals and snacks safely. Note: This refers only to the process of eating, chewing, and swallowing, not preparing the food to be eaten.
- ◉ 0 - Able to independently feed self
- ○ 1 - Able to feed self independently but requires:
    (a) meal set-up; OR
    (b) intermittent assistance or supervision from another person; OR
    (c) a liquid, pureed or ground meat diet
- ○ 2 - Unable to feed self and must be assisted or supervised throughout the meal/snack
- ○ 3 - Able to take in nutrients orally and receives supplemental nutrients through a nasogastric tube or gastrostomy
- ○ 4 - Unable to take in nutrients orally and is fed nutrients through a nasogastric tube or gastrostomy
- ○ 5 - Unable to take in nutrients orally or by tube feeding

**(M1880) Current Ability to Plan and Prepare Light Meals** (for example, cereal, sandwich) or reheat delivered meals safely:
- ○ 0 - (a) Able to independently plan and prepare all light meals for self or reheat delivered meals; OR
    (b) Is physically, cognitively, and mentally able to prepare light meals on a regular basis but has not routinely performed light meal preparation in the past (specifically: prior to this home care admission).
- ◉ 1 - Unable to prepare light meals on a regular basis due to physical, cognitive, or mental limitations
- ○ 2 - Unable to prepare any light meals or reheat any delivered meals

**(M1890) Ability to Use Telephone:** Current ability to answer the phone safely, including dialing numbers, and effectively using the telephone to communicate.
- ◉ 0 - Able to dial numbers and answer calls appropriately and as desired
- ○ 1 - Able to use a specially adapted telephone (for example, large numbers on the dial, teletype phone for the deaf) and call essential numbers
- ○ 2 - Able to answer the telephone and carry on a normal conversation but has difficulty with placing calls
- ○ 3 - Able to answer the telephone only some of the time or is able to carry on only a limited conversation
- ○ 4 - Unable to answer the telephone at all but can listen if assisted with equipment
- ○ 5 - Totally unable to use the telephone
- ○ NA - Patient does not have a telephone

OASIS-C2 Start of Care: Richard Triolo (2751)

OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

| Interventions | |
|---|---|
| ☐ | Physical therapy    (freq) to evaluate week of |
| ☐ | Occupational therapy    (freq) to evaluate week of |
| ☐ | Home Health Aide (freq)    for assistance with ADLs/IADLs |
| ☐ | SN to assess for patient adherence to appropriate activity levels |
| ☐ | SN to assess patient's compliance with home exercise program |
| ✓ | SN to instruct the Patient/Caregiver  on proper ROM exercises and body alignment techniques |
| ☐ | SN to perform circulatory checks and cast care every visit |

**Additional Orders:**
Keep back straight, no bending, twisting, lifting No exercise until post op follow up walking is important Use lumbar roll when sitting

| Goals | |
|---|---|
| ☐ | Home exercise program will be established by physical therapist |
| ☐ | Home exercise program will be established by occupational therapist |
| ☐ | Patient's mobility will be improved with assistance of physical therapist |
| ✓ | The Patient/Caregiver    will demonstrate proper ROM exercise and body alignment techniques |
| ☐ | Patient will remain free from impaired circulation related to cast or other orthotic device |
| ☐ | Patient's ADL/IADL needs will be met with assistance of home health aide |

**Additional Goals:**


**(M1900) Prior Functioning ADL/IADL:** Indicate the patient's usual ability with everyday activities prior to his/her most recent illness, exacerbation, or injury.

| Functional Area | Independent | Needed Some Help | Dependent |
|---|---|---|---|
| a.Self-Care (specifically: grooming, dressing, bathing, and toileting hygiene) | ⊙ 0 | ○ 1 | ○ 2 |
| b.Ambulation | ⊙ 0 | ○ 1 | ○ 2 |
| c.Transfer | ⊙ 0 | ○ 1 | ○ 2 |
| d.Household tasks (specifically: light meal, preparation, laundry, shopping, and phone use) | ⊙ 0 | ○ 1 | ○ 2 |

### MAHC 10 - Fall Risk Assessment Tool

| Required Core Elements:  Assess one point for each core element "yes".  Information may be gathered from medical record, assessment and if applicable, the patient/caregiver.  Beyond protocols listed below, scoring should be based on your clinical judgment. | Yes | No |
|---|---|---|
| Age 65+ | ○ | ⊙ |
| Diagnoses (3 or more co-existing)  Includes only documented medical diagnosis. | ○ | ⊙ |
| Prior history of falls within 3 months:  Fall definition: "An unintentional change in position resulting in coming to rest on the ground or at a lower level." | ○ | ⊙ |
| Incontinence:  Inability to make it to the bathroom or commode in timely manner. Includes frequency, urgency, and/or nocturia. | ○ | ⊙ |
| Visual Impairment:  Includes but not limited to, macular degeneration, diabetic retinopathies, visual field loss, age related changes, decline in visual acuity, accommodation, glare tolerance, depth perception, and night vision or not wearing prescribed glasses or having the correct prescription. | ○ | ⊙ |
| Impaired functional mobility:  May include patients who need help with IADLs or ADLs or have gait or transfer problems, arthritis, pain, fear of falling, foot problems, impaired sensation, impaired coordination or improper use of assistive devices. | ⊙ | ○ |
| Environmental hazards:  May include but not limited to, poor illumination, equipment tubing, inappropriate footwear, pets, hard to reach items, floor surfaces that are uneven or cluttered, or outdoor entry areas. | ⊙ | ○ |
| Poly Pharmacy (4 or more prescriptions - any type):  All PRESCRIPTIONS including prescriptions for OTC meds. Drugs highly associated with fall risk include but are not limited to, sedatives, anti-depressants, tranquilizers, narcotics, antihypertensives, cardiac meds, corticosteroids, anti-anxiety drugs, anticholinergic drugs, and hypoglycemic drugs. | ⊙ | ○ |
| Pain effecting level of function:  Pain often effects an individual's desire or ability to move or pain can be a factor in depression or compliance with safety recommendations. | ⊙ | ○ |
| Cognitive Impairment:  Could include patients with dementia, Alzheimer's or stroke patients or patients who are confused, use poor judgment, have decreased comprehension, impulsivity, memory deficits. Consider patient's ability to adhere to the plan of care. | ○ | ⊙ |
| A score of 4 or more is considered at risk for falling **Total:** | | 4 |

*Ref: The Missouri Alliance for Home Care*

### Fall Risk Assessment: Timed Get Up and Go

Observe patient for postural stability, steppage, stride length, and sway.

Patient performed the above once for practice. Then repeated the exercise while being timed.

Score    seconds

**(M1910)** Has this patient had a multi-factor Fall Risk Assessment using a standardized, validated assessment tool?
○ 0 - No
○ 1 - Yes, and it does not indicate a risk for falls
⊙ 2 - Yes, and it does indicate a risk for falls

---

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights Reserved.

THH000028

### Interventions

| | |
|---|---|
| ✓ | SN to instruct patient to wear proper footwear when ambulating |
| ☐ | SN to instruct patient to use prescribed assistive device when ambulating |
| ✓ | SN to instruct patient to change positions slowly |
| ☐ | SN to instruct the Patient/Caregiver to remove throw rugs or use double-sided tape to secure rug in place |
| ✓ | SN to instruct the Patient/Caregiver to remove clutter from patient's path such as clothes, books, shoes, electrical cords, or other items that may cause patient to trip |
| ✓ | SN to instruct the Patient/Caregiver to contact agency for increased dizziness or problems with balance |
| ☐ | SN to assess date of patient's last eye exam |
| ☐ | SN to instruct patient to have annual eye exams |
| ☐ | SN to instruct patient to use non-skid mats in tub/shower |
| ✓ | SN to instruct the Patient/Caregiver on importance of adequate lighting in patient area |
| ✓ | SN to instruct the Patient/Caregiver to contact agency to report any fall with or without minor injury and to call 911 for fall resulting in serious injury or causing severe pain or immobility |
| ☐ | SN to request Physical Therapy Evaluation order from physician |

Additional Orders:

### Goals

| | |
|---|---|
| ✓ | The patient will be free from falls during the certification period |
| ☐ | The patient will be free from injury during the certification period |
| ☐ | The Patient/Caregiver will verbalize understanding of need for annual eye examination by: |
| ☐ | The Patient/Caregiver will remove all clutter from patient's path, such as clothes, books, shoes, electrical cords, and other items, that may cause patient to trip by: |
| ☐ | The Patient/Caregiver will remove throw rugs or secure them with double-sided tape by: |

Additional Goals:

### DME

| | | | | |
|---|---|---|---|---|
| ☐ Bedside Commode | ☐ Cane | ☐ Elevated Toilet Seat | ☐ Grab Bars | ☐ Hospital Bed |
| ☐ Nebulizer | ☐ Oxygen | ☐ Tub/Shower Bench | ☐ Walker | ☐ Wheelchair |

Other:
thoracic lumbar sacral brace

### Supplies

| | | | | |
|---|---|---|---|---|
| ☐ ABDs | ☐ Ace Wrap | ☐ Alcohol Pads | ☐ Chux/Underpads | ☐ Diabetic Supplies |
| ☐ Drainage Bag | ☐ Dressing Supplies | ☐ Duoderm | ✓ Exam Gloves | ☐ Foley Catheter |
| ☐ Gauze Pads | ☐ Insertion Kit | ☐ Irrigation Set | ☐ Irrigation Solution | ☐ Kerlix Rolls |
| ☐ Leg Bag | ☐ Needles | ☐ NG Tube | ✓ Probe Covers | ☐ Sharps Container |
| ☐ Sterile Gloves | ☐ Syringe | ☐ Tape | | |

Other:

### DME Provider

Information for company (other than home health agency) that provides supplies/DME:
Name:
Address:
Phone Number:
Supplies/DME Provided:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000029

**Medication Administration Record**

| | | |
|---|---|---|
| Time in: | Time out: | Date: |
| Time: | | |

**Medication 1**

| | | |
|---|---|---|
| Medication | Dose | Route |
| Frequency | PRN Reason | |
| Location | Patient Response | |
| Comment | | |
| Legend | | |

**IM Location**
LD/RD    Left / Right Deltoid
LVG/RVG  Left / Right Ventrogluteal
LDG/RDG  Left / Right Dorsogluteal
LV/RV    Left / Right Vastus Lateralis

**SQ Location**
LA    Left Arm
RA    Right Arm
ABD   Abdomen
LT    Left Thigh
RT    Right Thigh

**Patient Responses**
NB    No Bleeding/Bruising
NC    No Complaint
NN    See Narrative

**(M2001) Drug Regimen Review:** Did a complete drug regimen review identify potential clinically significant medication issues?
◉ 0   No - No issues found during review [Go to M2010]
○ 1   Yes - issues found during review
○ 9   NA - Patient is not taking any medications [Go to M2040]
○ -   Not assessed/no information

Does patient have IV access? ○ Y ◉ N
Type:
Date of Insertion:
Date of Last Dressing Change:

**(M2003) Medication Follow-up:** Did the Agency contact a physician (or physician-designee) by midnight of the next calendar day and complete prescribed/recommended actions in response to the identified potential clinically significant medication issues?
○ 0 - No   ○ 1 - Yes

**(M2010) Patient/Caregiver High Risk Drug Education:** Has the patient/caregiver received instruction on special precautions for all high-risk medications (such as hypoglycemics, anticoagulants, etc) and how and when to report problems that may occur?
○ 0 - No
◉ 1 - Yes
○ NA - Patient not taking any high risk drugs OR patient/caregiver fully knowledgeable about special precautions associated with all high-risk medications

**(M2020) Management of Oral Medications:** Patient's current ability to prepare and take all oral medications reliably and safely, including administration of the correct dosage at the appropriate times/intervals. Excludes injectable and IV medications. (NOTE: This refers to ability, not compliance or willingness.)
○ 0 - Able to independently take the correct oral medication(s) and proper dosage(s) at the correct times
○ 1 - Able to take medication(s) at the correct times if:
  (a) individual dosages are prepared in advance by another person; OR
  (b) another person develops a drug diary or chart
○ 2 - Able to take medication(s) at the correct times if given reminders by another person at the appropriate times
◉ 3 - Unable to take medication unless administered by another person
○ NA - No oral medications prescribed

**(M2030) Management of Injectable Medications:** Patient's current ability to prepare and take all prescribed injectable medications reliably and safely, including administration of correct dosage at the appropriate times/intervals. Excludes IV medications.
○ 0 - Able to independently take the correct medication(s) and proper dosage(s) at the correct times
○ 1 - Able to take injectable medication(s) at the correct times if:
  (a) individual syringes are prepared in advance by another person; OR
  (b) another person develops a drug diary or chart
○ 2 - Able to take medication(s) at the correct times if given reminders by another person based on the frequency of the injection
○ 3 - Unable to take injectable medication unless administered by another person
◉ NA - No injectable medications prescribed

**(M2040) Prior Medication Management:** Indicates the patient's usual ability with managing oral and injectable medications prior to his/her most recent illness, exacerbation or injury.

| Functional Area | Independent | Needed Some Help | Dependent | Not Applicable |
|---|---|---|---|---|
| a. Oral medications | ◉ 0 | ○ 1 | ○ 2 | ○ na |
| b. Injectable medications | ○ 0 | ○ 1 | ○ 2 | ◉ na |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000030

| | Interventions |
|---|---|
| ☐ | SN to assess patient filling medication box to determine if patient is preparing correctly |
| ☐ | SN to assess caregiver filling medication box to determine if caregiver is preparing correctly |
| ✓ | SN to determine if the Patient/Caregiver is able to identify the correct dose, route, and frequency of each medication |
| ✓ | SN to assess if the Patient/Caregiver can verbalize an understanding of the indication for each medication |
| ☐ | SN to establish reminders to alert patient to take medications at correct times |
| ☐ | SN to assess the Patient/Caregiver ability to open medication containers and determine the proper dose that should be administered |
| ✓ | SN to instruct the Patient/Caregiver on medication regimen dose, indications, side effects, and interactions |
| ☐ | SN to remove any duplicate or expired medications to prevent confusion with medication regimen |
| ☐ | SN to observe patient drawing up injectable medications to determine if patient is able to draw up the correct dose |
| ☐ | SN to assess the Patient/Caregiver administering injectable medications to determine if proper technique is utilized |
| ☐ | SN to report to physician if drug therapy appears to be ineffective |
| ✓ | SN to instruct the Patient/Caregiver on precautions for high risk medications, such as, hypoglycemics, anticoagulants/antiplatelets, sedative hypnotics, narcotics, antiarrhythmics, antineoplastics, skeletal muscle relaxants |
| ☐ | SN to instruct the Patient/Caregiver on signs and symptoms of ineffective drug therapy to report to SN or physician |
| ✓ | SN to instruct the Patient/Caregiver on medication side effects to report to SN or physician |
| ☐ | SN to instruct the Patient/Caregiver on medication reactions to report to SN or physician |
| ☐ | SN to administer IV at rate of via every |
| ☐ | SN to instruct the Patient/Caregiver to administer IV at rate of via every |
| ☐ | SN to change peripheral IV catheter every 72 hours with gauge inch angiocath |
| ☐ | SN to flush peripheral IV with cc of every |
| ☐ | SN to instruct the Patient/Caregiver to flush peripheral IV with cc of every |
| ☐ | SN to change central line dressing every using sterile technique |
| ☐ | SN to instruct the Patient/Caregiver to change central line dressing every using sterile technique |
| ☐ | SN to flush central line with cc of every |
| ☐ | SN to instruct Patient/Caregiver to flush central line with cc of every |
| ☐ | SN to access port every and flush with cc of every |
| ☐ | SN to change port dressing using sterile technique every |
| ☐ | SN to instruct the Patient/Caregiver to change port dressing using sterile technique every |
| ☐ | SN to change IV tubing every |
| ☐ | SN to instruct the Patient/Caregiver on signs and symptoms of infection and infiltration |

Additional Orders:

| | Goals |
|---|---|
| ✓ | Patient will remain free of adverse medication reactions during the episode |
| ☐ | The Patient/Caregiver will be independent with medication management by: |
| ✓ | The Patient/Caregiver will verbalize understanding of medication regimen, dose, route, frequency, indications, and side effects by: 03/26/2018 |
| ☐ | The Patient/Caregiver will be independent with administration by: |
| ☐ | The Patient/Caregiver will be independent with setting up medication boxes by: |
| ☐ | The Patient/Caregiver will be able to verbalize an understanding of the indications for each medication by: |
| ✓ | The Patient/Caregiver will be able to identify the correct dose, route, and frequency of each medication by: 03/26/2018 |
| ☐ | IV will remain patent and free from signs and symptoms of infection |
| ☐ | The Patient/Caregiver will demonstrate understanding of flushing central line |
| ☐ | The Patient/Caregiver will demonstrate understanding of flushing peripheral IV line |
| ☐ | The Patient/Caregiver will demonstrate understanding of changing dressing using sterile technique |
| ☐ | The Patient/Caregiver will demonstrate understanding of administering IV at rate of via every |

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000031

## Care Management

**(M2102) Types and Sources of Assistance:** Determine the ability and willingness of non-agency caregivers (such as family members, friends, or privately paid caregivers) to provide assistance for the following activities, if assistance is needed. EXCLUDES all care by your agency staff. (Check only one box in each row.)

| Type of Assistance | No assistance needed - patient is independent or does not have needs in this area | Non-agency caregiver(s) currently provide assistance | Non-agency caregiver(s) need training/supportive services to provide assistance | Non-agency caregiver(s) are not likely to provide assistance OR it is unclear if they will provide assistance | Assistance needed, but no non-agency caregiver(s) available |
|---|---|---|---|---|---|
| a. ADL assistance (for example, transfer/ ambulation, bathing, dressing, toileting, eating/feeding) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| b. IADL assistance (for example, meals, housekeeping, laundry, telephone, shopping, finances) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| c. Medication administration (for example, oral, inhaled or injectable) | ○ 0 | ○ 1 | ⊙ 2 | ○ 3 | ○ 4 |
| d. Medical procedures/treatments (for example, changing wound dressing, home exercise program) | ○ 0 | ○ 1 | ⊙ 2 | ○ 3 | ○ 4 |
| e. Management of Equipment (for example, oxygen, IV/infusion equipment, enteral/parenteral nutrition, ventilator therapy equipment or supplies) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| f. Supervision and safety (for example, due to cognitive impairment) | ⊙ 0 | ○ 1 | ○ 2 | ○ 3 | ○ 4 |
| g. Advocacy or Facilitation of patient's participation in appropriate medical care (for example, transportation to or from appointments) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |

**(M2110) How often does the patient receive ADL or IADL assistance from any caregiver(s) (other than home health agency staff)?**

⊙ 1 - At least daily
○ 2 - Three or more times per week
○ 3 - One to two times per week
○ 4 - Received, but less often than weekly
○ 5 - No assistance received
○ UK - Unknown

**(M2200) Therapy Need:** In the home health plan of care for the Medicare payment episode for which this assessment will define a case mix group, what is the indicated need for therapy visits (total of reasonable and necessary physical, occupational, and speech-language pathology visits combined)? (Enter zero [ 000 ] if no therapy visits indicated.)

000    Number of therapy visits indicated (total of physical, occupational and speech-language pathology combined).
☐ NA - Not Applicable: no case mix group defined by this assessment

**(M2250) Plan of Care Synopsis:** (Check only one box in each row.) Does the physician-ordered plan of care include the following:

| Plan / Intervention | No | Yes | Not Applicable |
|---|---|---|---|
| a. Patient-specific parameters for notifying physician of changes in vital signs or other clinical findings | ○ 0 | ○ 1 | ⊙ NA — Physician has chosen not to establish patient-specific parameters for this patient. Agency will use standardized clinical guidelines accessible for all care providers to reference |
| b. Diabetic foot care including monitoring for the presence of skin lesions on the lower extremities and patient/caregiver education on proper foot care | ○ 0 | ○ 1 | ⊙ NA — Patient is not diabetic or is missing lower legs due to congenital or acquired condition (bilateral amputee). |
| c. Falls prevention interventions | ○ 0 | ⊙ 1 | ○ NA — Falls risk assessment indicates patient has no risk for falls. |
| d. Depression intervention(s) such as medication, referral for other treatment, or a monitoring plan for current treatment and/or physician notified that patient screened positive for depression | ○ 0 | ○ 1 | ⊙ NA — Patient has no diagnosis of depression AND depression screening indicates patient has: 1) no symptoms of depression; or 2) has some symptoms of depression but does not meet criteria for further evaluation of depression based on screening tool used. |
| e. Intervention(s) to monitor and mitigate pain | ○ 0 | ⊙ 1 | ○ NA — Pain assessment indicates patient has no pain. |
| f. Intervention(s) to prevent pressure ulcers | ○ 0 | ○ 1 | ⊙ NA — Pressure ulcer risk assessment (clinical or formal) indicates patient is not at risk of developing pressure ulcers. |
| g. Pressure ulcer treatment based on principles of moist wound healing OR order for treatment based on moist wound healing has been requested from physician | ○ 0 | ○ 1 | ⊙ NA — Patient has no pressure ulcers OR has no pressure ulcers for which moist wound healing is indicated. |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

## Orders for Discipline and Treatments

| | Orders for Discipline and Treatments |
|---|---|
| SN | effective 3/23/18 2w1,3w1 |
| PT | |
| OT | |
| ST | |
| MSW | |
| HHA | |
| Dietitian | |

Additional Orders:

### Rehabilitation Potential
☑ Good to achieve stated goals with skilled intervention and patient's compliance with the plan of care
☐ Fair to achieve stated goals with skilled intervention and patient's compliance with the plan of care
☐ Poor to achieve stated goals with skilled intervention and patient's compliance with the plan of care
Other rehabilitation potential:

### Discharge Plans
☑ Discharge when medical condition is stable and patient is no longer in need of skilled services
☐ Discharge to care of physician
☐ Discharge to caregiver
☑ Discharge patient to self care
☐ Discharge when caregiver willing and able to manage all-aspects of patient's care
☐ Discharge when goals met
☐ Discharge when wound(s) healed
☐ Discharge when reliable caregiver available to assist with patient's medical needs
☐ Discharge when patient is independent in management of medical needs
Additional discharge plans:

### Patient Strengths
| ☐ Motivated Learner | ☑ Strong Support System | ☐ Absence of Multiple Diagnosis |
|---|---|---|
| ☐ Enhanced Socioeconomic Status | Other: | |

### Conclusions
| ☑ Skilled Intervention Needed | ☑ Skilled Instruction Needed | ☐ No Skilled Service Needed |
|---|---|---|
| Other: | | |

### Skilled Intervention
Assessment/ Instruction/ Performance:
SOC: 42 y/o w/m referred to home health by surgeon, Dr. Topp, for post op vitals check and wound care/check for 5 days. Patient's significant other, Amber, and 2 small children present for SOC. Patient is (Continued)

☑ Response to Skilled Intervention
| Verbalized Understanding | ☑ Pt | 100 % | ☑ CG | 100 % |
|---|---|---|---|---|
| Return Demonstration | ☐ Pt | % | ☐ CG | % |
| Require Further Teaching | ☐ Pt | | ☐ CG | |

Comments:

| Title of Teaching Tool Used/Given: | Trilogy SOC Folder |
|---|---|
| Progress To Goals: | Initiated |
| Conferenced With: | SN |
| Name: | Marsha Moor, RN, DCS |
| Regarding: | Plan of care |
| Physician Contacted Re: | Allie for Dr. Topp, left message with notification of admission |
| Order Changes: | |
| Plan for Next Visit: | dressing change, pain management education |
| Next Physician Visit: | |
| Discharge Planning: | when skilled services no longer needed |
| | ☐ Written notice of discharge provided to patient.  Discharge scheduled for: |

Signature/Discipline and Date  (Kimberly Johnson RN)
Digitally Signed by: Kimberly Johnson RN , 03/23/2018

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2016 Kinnser Software, Inc. All Rights reserved.

THH000033

From:                                                04/27/2018 09:54    #172 P.040/048

**OASIS-C Addendum Page : 03/23/2018**

Triolo, Richard ( 2751 )

Trilogy Home Healthcare
12740 Gran Bay Parkway West , Suite 2120
Jacksonville , FL 32258
(904) 229-0510

**Skilled Intervention: Assessment/ Instruction/ Performance (Cont'd)**

A&O x3 with h/o car accident February of 2017 and now with lumbar pain. No other medical history noted. Patient had posterior lumbar interbody fusion on 3/22/18 outpatient. Dressing in place to lumbar spine, no drainage to dressing noted. Patient reports pain level of 8/10, reports it is time for pain medication, percocet, and is taking regularly for pain control. SN instructed pt on percocet indications and side effects as well as dosage and instructions. Patient verbalized understanding and states he is taking as prescribed. SN instructed pt that 1-2 is prescribed and can take 2 for severe pain, patient verbalized understanding. SN instructed on fall precautions r/t adequate lighting, wear shoes, be mindful of dog r/t tripping hazard, pt verbalized understanding. Pt wearing thoracic lumbar sacral brace, reports he is wearing it most of the time. SN reinforced wearing brace, exercise restrictions, no lifting/twisting/bending, pt verbalized understanding. SN reviewed all medications including dosage, indications, frequencies, and side effects, pt verbalized understanding and states he is taking meds as instructed. Pt reports he is taking Ralistor daily for bowel movements. SN reviewed Trilogy SOC folder, consents signed, plan of care discussed. Pt participated in his care planning process and in agreement. Patient is homebound with difficult and taxing effort to leave the home due to post op weakness, pain limiting mobility, MD ordered activity restrictions and must have a person x1 to safely leave the home.

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000034

**RN - Skilled Nursing Visit 03/24/2018**
Triolo, Richard (2781) #
Date of Birth:

Trilogy Home Healthcare
12740 Gran Bay Parkway West
Suite 2120
Jacksonville, FL 32258 (904) 228-0510

## Skilled Observation

### Vital Signs
Temp: 98.7
Oral

Pulse: 72 Apical
Radial

✔ Regular ☐ Irregular

Resp: 20

Weight:

BP (R): /

BP (L): 150 / 84
Sitting

Blood Sugar:

☐ Fasting ☐ Non-Fasting ☐ 2 HR PP

✔ Standard/Universal Precautions Maintained

Comments:

### Cardiovascular
✔ WNL
☐ Chest Pain:
Heart Sounds:
☐ Gallop ☐ Click ☐ Irregular     ☐ Murmur
☐ Peripheral Pulses: present
Cap Refill:     ✔ < 3 Sec
                ☐ > 3 Sec
☐ Dizziness:
☐ Edema:

☐ Neck Vein Distention:
Comments:

### Respiratory
✔ WNL
Lung Sounds:
CTA:
☐ SOB:
☐ Cough:
☐ Sputum: Amount:
*Describe color, consistency and odor:*

O2 at:
*LPM via:*
O2 Sat:
☐ Nebulizer:
Comments:

### Neurological
Oriented to:     ✔ Person
                 ✔ Place
                 ✔ Time
☐ Disoriented
☐ Forgetful
☐ Lethargic
☐ PERRL
☐ Seizures
Tremors:
Location(s):
Sensory
✔ WNL
Hearing Impaired:     ☐ Left
                      ☐ Right
☐ Deaf
☐ Speech Impaired
Vision: ✔ WNL ☐ Glasses
☐ Contacts Left ☐ Contacts Right
☐ Blurred Vision ☐ Glaucoma
☐ Cataracts
☐ Macular Degeneration
☐ Other:
☐ Blind
☐ Decreased Sensation:
Comments:

---

Medication change since last visit? ✔ No ☐ Yes    Demonstrated Medication Compliance: ☐ No ✔ Yes
Comments:
Homebound? ☐ No ✔ Yes
✔ Residual weakness
☐ Unable to safely leave home unassisted
☐ Severe SOB or SOB upon exertion
✔ Other: pain limiting mobility

☐ Confusion, unsafe to go out of home alone
☐ Requires max assistance / taxing effort to leave home
☐ Needs assistance for all activities

---

### GU
✔ WNL          ☐ Urostomy
☐ Incontinence ☐ Burning
☐ Frequency    ☐ Dysuria
☐ Retention    ☐ Urgency
☐ Bladder Distantion
Catheter:
Last Changed:
-- Fr -- cc
Urine:
☐ Hematuria ☐ Odorous
☐ Sediment ☐ Cloudy
☐ Other:
External Genitalia:
As per:
Comments:

### Musculoskeletal
☐ WNL
✔ Weakness
☐ Ambulation Difficulty
☐ Limited Mobility / ROM:
☐ Joint Pain / Stiffness:
☐ Poor Balance
Grip Strength: ☐ Equal ☐
Unequal
☐ Bedbound ☐ Chairbound
☐ Contracture:
Paralysis:     ☐ Dominant
               ☐ Nondominant
☐ Assistive Device:
Comments: using thoracic
lumbar sacral brace

### Psychosocial
✔ WNL
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated / Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability
Comments:
Skin
☐ WNL          ☐ Warm
☐ Dry          ☐ Cool
☐ Clammy       ☐ Pallor
Turgor:
Comments: changed dry
sterile dressing

### Pain
Frequency of pain interfering with patient's activity or movement:
all of the time
Pain Profile For This Visit
Primary Site: lower back
surgical site
Pain Intensity: 8
Current Pain Management & Effectiveness:
effective
What Makes Pain Worse:
ambulation
✔ Pain management teaching to patient / family
Progress Towards Pain Goal:
slow

---

Patient Name:
Triolo, Richard

Page 1 of 3

THH000035

From:                                                                04/27/2018 09:55    #172 P.042/048

**RN - Skilled Nursing Visit:** 03/24/2018
Triolo, Richard (2751)

**Digestive Nutrition**

| | | | | **Ostomy:** |
|---|---|---|---|---|
| ✔ WNL | ☐ Nausea / Vomiting | ☐ NPO | | **Ostomy Type(s):** |
| ☐ Reflux / Indigestion | ☐ Diarrhea | ☐ Constipation | | ☐ Stoma Appearance: |
| ☐ Bowel Incontinence | ☐ Decreased Appetite | ☐ Dysphagia | | ☐ Stool Appearance: |

**Weight Loss / Gain:** *Amount*

**Bowel Sounds:**

**Abd Girth:**

**Last BM:** 03/24/2018

*As per:* Pt/ CG Report

✔ WNL

☐ Surrounding Skin:
   ☐ Intact

☐ Meals Prepared & Administered Appropriately

✔ Diet: regular
   ☐ Diet Inadequate

**Tube Feeding**

| | | | |
|---|---|---|---|
| ☐ Abnormal Stool: | ☐ Gray | ☐ Tarry | ☐ Fresh Blood | ☐ Black |
| ☐ Constipation: | ☐ Chronic | ☐ Acute | ☐ Occasional |
| ☐ Lax / Enema Use: | | | |
| ☐ Hemorrhoids: | ☐ Internal | ☐ External | |

☐ Formula:

☐ Bolus:   — cc   every — hour(s)

☐ Continuous @   — cc / hour

☐ Placement Checked

☐ Residual Checked, Amount:

**Comments:**

**Skilled Intervention**

**Assessment / Instruction / Performance**
Today: Patient up ambulating in home. Dressing changed to lumbar incisions, steristrips in place, no drainage noted. Replaced with dry sterile dressing: gauze and tegaderm. SN instructed pt on s/s of infection including fever, drainage or swelling to incision site, pt verbalized understanding. Pt reports 8/10 pain, pt reports he just took percocet pill, SN advised pt to take 2 r/t high pain rating and continue with ice. pt verbalized understanding. SN also instructed in other nonpharmacologic pain measures such as distraction, pt verbalized understanding. Pt reports taking all meds as directed. Pt reports had BM today. *(Continued)*

| **Response To Skilled Intervention** | | | | | **Comments:** |
|---|---|---|---|---|---|
| Verbalized Understanding: | ✔ Pt | 100 % | ☐ CG | — % | pt needs reinforcement of taking pain medication |
| Return Demonstration: | ☐ Pt | — % | ☐ CG | — % | **Title of Teaching Tool Used / Given:** |
| Require Further Teaching: | ✔ Pt | ☐ CG | | | |

**Coordination Plan**

**Progress to Goals:**   pain level continues to be 8/10

**Conferenced with:**     **Name:**

**Regarding:**

**Physician Contacted Re:**

**Order Changes:**

**Plans for Next Visit:**   Change dressing, assess pain level and reinforce pain management education

**Next Physician Visit:**   3/28/2018 Dr. Topp

**Discharge Planning:**   when skilled services no longer in need

☐ Written notice of discharge provided to patient. Discharge scheduled for:

**Updates to Nursing Care Plan**

**Problem:**

**Intervention:**

**Goal:**

| **Patient Name:** | **Page 2 of 3** |
|---|---|
| Triolo, Richard | |

THH000036

| | |
|---|---|
| RN - Skilled Nursing Visit 03/24/2018<br>Triolo, Richard (27511 AT<br>Date of Birth: | Trilogy Home Healthcare<br>12740 Gran Bay Parkway West<br>Suite 2120<br>Jacksonville, FL 32258 (904) 229-0610 |

Wounds Addressed on this Visit

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** changed with dry sterile dressing , **Patient Response To Treatment:** tol well , **Wound Pain:** None
**Additional Information:** steristrips in place

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** changed dry sterile dressing , **Patient Response To Treatment:** tol well , **Wound Pain:** None
**Additional Information:** steristrips in place

| Nurse Signature & Title:(Kimberly Johnson RN)<br>Digitally signed by: Kimberly Johnson RN , | Time In:<br>12:50 | Time Out:<br>13:20 | Date:<br>03/24/2018 |
|---|---|---|---|

THH000037

**Addendum Page**
RN - Skilled Nursing Visit  03/24/2018
Triolo, Richard (2751)
Date of Birth:

**Skilled Intervention Assessment / Instruction / Performance *(Continued)***

SN reinforced for pt to call on call office number for any increased pain or s/s of infection, pt verbalized understanding.
Next Visit: Change dressing, assess pain level and reinforce pain management education

Triolo, Richard (2751)                                © 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000038

From:    04/27/2018 09:56    #172 P.046/048

---

**RN - Skilled Nursing Visit** 03/25/2018
Triolo, Richard (2751) ✔
Date of Birth:

Trilogy Home Healthcare
12740 Gran Bay Parkway West
Suite 2130
Jacksonville, FL 32258  (904) 229-0610

## Skilled Observation

### Vital Signs

Temp:    97.1
         Oral

Pulse:   Apical
         68 Radial

✔ Regular ☐ Irregular

Resp:    18

Weight:

BP (R):    /

BP (L):   148 / 90
          Sitting

**Blood Sugar:**
☐ Fasting ☐ Non-Fasting ☐ 2 HR PP

✔ Standard/Universal Precautions Maintained

Comments:

### Cardiovascular
✔ WNL
☐ Chest Pain:
Heart Sounds:    ☐ Murmur
☐ Gallop ☐ Click ☐ Irregular
☐ Peripheral Pulses:
Cap Refill:    ✔ < 3 Sec
               ☐ > 3 Sec
☐ Dizziness:
☐ Edema:

☐ Neck Vein Distention:
Comments:

### Respiratory
✔ WNL
Lung Sounds:
☐ SOB:
☐ Cough:
☐ Sputum: Amount:
Describe color, consistency and odor:
O₂ at:
LPM via:
O₂ Sat:
☐ Nebulizer:
Comments:

### Neurological
Oriented to:    ✔ Person
                ✔ Place
                ✔ Time

☐ Disoriented
☐ Forgetful
☐ Lethargic
✔ PERRL
☐ Seizures
Tremors:
Location(s):
Sensory:
✔ WNL
Hearing Impaired:    ☐ Left
                     ☐ Right
☐ Deaf
☐ Speech Impaired
Vision: ✔ WNL ☐ Glasses
☐ Contacts Left ☐ Contacts Right
☐ Blurred Vision ☐ Glaucoma
☐ Cataracts
☐ Macular Degeneration
☐ Other:
☐ Blind
☐ Decreased Sensation:
Comments:

---

**Medication change since last visit?** ✔ No ☐ Yes    **Demonstrated Medication Compliance:** ☐ No ✔ Yes

Comments:

Homebound? ☐ No ✔ Yes

✔ Residual weakness
✔ Unable to safely leave home unassisted
☐ Severe SOB or SOB upon exertion
☐ Other:

☐ Confusion, unsafe to go out of home alone
✔ Requires max assistance / taxing effort to leave home
☐ Needs assistance for all activities

---

### GU
✔ WNL    ☐ Urostomy
☐ Incontinence ☐ Burning
☐ Frequency ☐ Dysuria
☐ Retention ☐ Urgency
☐ Bladder Distention
Catheter:
Last Changed:
— Fr – cc
Urine:
☐ Hematuria ☐ Odorous
☐ Sediment ☐ Cloudy
☐ Other:
External Genitals:
As per:
Comments:

### Musculoskeletal
☐ WNL
✔ Weakness
☐ Ambulation Difficulty
☐ Limited Mobility / ROM:
☐ Joint Pain / Stiffness:
☐ Poor Balance
Grip Strength: ☐ Equal ☐ Unequal
☐ Bedbound ☐ Chairbound
☐ Contracture:
Paralysis:    ☐ Dominant
              ☐ Nondominant
☐ Assistive Device:
Comments: Uses back brace

### Psychosocial
✔ WNL
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated / Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability
Comments:
**Skin**
☐ WNL    ☐ Warm
✔ Dry    ☐ Cool
☐ Clammy    ☐ Pallor
Turgor:
Comments:

### Pain
**Frequency of pain interfering with patient's activity or movement:**
All of the time
**Pain Profile For This Visit**
**Primary Site:** Lower back incision site
**Pain Intensity:** 9
**Current Pain Management & Effectiveness:**
percocet, slight relief
**What Makes Pain Worse:**
movement
✔ Pain management teaching to patient / family
**Progress Towards Pain Goal:**
slow

---

Patient Name:
Triolo, Richard

Page 1 of 3

THH000039

**RN - Skilled Nursing Visit:** 03/25/2018
Triolo, Richard (2751)

## Digestive Nutrition

| | | |
|---|---|---|
| ✔ WNL | ☐ Nausea / Vomiting | ☐ NPO |
| ☐ Reflux / Indigestion | ☐ Diarrhea | ☐ Constipation |
| ☐ Bowel Incontinence | ☐ Decreased Appetite | ☐ Dysphagia |

**Weight Loss / Gain:** *Amount:*

**Bowel Sounds:** Normal

**Abd Girth:**

**Last BM:** 03/25/2018

*As per:* Pt/ CG Report
✔ WNL

☐ Abnormal Stool:    ☐ Gray    ☐ Tarry    ☐ Fresh Blood    ☐ Black
☐ Constipation:    ☐ Chronic    ☐ Acute    ☐ Occasional
☐ Lax / Enema Use:
☐ Hemorrhoids:    ☐ Internal    ☐ External

**Ostomy:**

**Ostomy Type(s):**
☐ Stoma Appearance:
☐ Stool Appearance:
☐ Surrounding Skin:
    ☐ Intact
✔ Meals Prepared & Administered Appropriately
✔ Diet:    regular
    ☐ Diet Inadequate

**Tube Feeding**
☐ Formula:
☐ Bolus:    -- cc    every -- hour(s)
☐ Continuous @    -- cc / hour
☐ Placement Checked
☐ Residual Checked, Amount:
**Comments:**

## Skilled Intervention

**Assessment / Instruction / Performance**
Patient with incisional wounds to lower back. Old dressing removed and disposed of properly. Steri-strips intact. Incisional wound approximated, no drainage. clean and dry. Dry sterile gauze applied and secured with tape. Patient tolerated well. Patient teaching on s/s of infection including increased pain, swelling, redness, heat, temp >101. Patient teaching on medication Percocet purpose, dosage, frequency, and side effects including constipation. Patient denies constipation at this time, verbalizes that he will notify his doctor if he becomes constipated and will request stool softener.  *(Continued)*

| Response To Skilled Intervention | | | | | Comments: |
|---|---|---|---|---|---|
| Verbalized Understanding: | ✔ Pt | 75 % | ☐ CG | -- % | **Title of Teaching Tool Used / Given:** |
| Return Demonstration: | ☐ Pt | -- % | ☐ CG | -- % | verbal instruction |
| Require Further Teaching: | ✔ Pt | ☐ CG | | | |

## Coordination Plan

**Progress to Goals:**    free of infection, pain with minimal relief
**Conferenced with:**        **Name:**
**Regarding:**
**Physician Contacted Re:**
**Order Changes:**
**Plans for Next Visit:**    wound care, pain assessment
**Next Physician Visit:**
**Discharge Planning:**    DC when patient able to manage care independently
☐ Written notice of discharge provided to patient. Discharge scheduled for:

**Update to Nursing Care Plan**
**Problem:**
**Intervention:**
**Goal:**

**Patient Name:**
Triolo, Richard

Page 2 of 3

THH000040

**RN - Skilled Nursing Visit** 03/25/2018

Triolo, Richard (2751) **M**
Date of Birth:

**Trilogy Home Healthcare**
**12740 Gran Bay Parkway West**
**Suite 2120**
Jacksonville, FL 32258  (904) 223-0510

Wounds Addressed on this Visit

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound , **Drainage:** None , **Surrounding Tissue:** ✓ Intact **Treatment:** Dry sterile gauze applied and secured with tape , **Patient Response To Treatment:** tolerated well , **Wound Pain:** None

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound , **Drainage:** None , **Surrounding Tissue:** ✓ Intact **Treatment:** dry sterile gauze applied and secured with tape , **Patient Response To Treatment:** tolerated well , **Wound Pain:** None

**Nurse Signature & Title:** (Leleigh Morales RN)
Digitally Signed by: Leleigh Morales RN ,

| Time In: 08:58 | Time Out: 09:28 | Date: 03/25/2018 |

THH000041

**Addendum Page**

RN - Skilled Nursing Visit  03/28/2018
Triolo, Richard (2751)
Date of Birth: 10/19/1974

**Skilled Intervention Assessment / Instruction / Performance (Continued)**

Patient teaching on pain medication as prescribed around the clock to avoid pain becoming intolerable. Teaching on nonpharmacological pain relief measure such as cool compress. Patient verbalizes understanding to above teachings. Patient educated on s/s of acute distress including shortness of breath or chest pain and when to call 911. Discharge planning discussed with patient. Patient will be discharged when goals met and patient able to manage care, and he will be discharged to his physician Patient reports he will see his physician tomorrow 3/26/18.

Triolo, Richard (2751)

© 2004-2018 Kinnser Software, Inc. All Rights reserved.

THH000042