| Patient Name: Triolo, Richard  DOB: | | Age: 42y  Sex: M  PID: 2882 |
|---|---|---|

## Demographics

**Home Phone:**
**Work Phone:**
**Mobile Phone:**

## Clinical Notes

| Description | Doc Type | Category | Date of Service | Provider |
|---|---|---|---|---|
| Encounter Note (03/21/2017) | Encounter Note | Encounter Note | 03/21/2017 | Syed asad |
| Headaches | Encounter Note | Encounter Note | 05/25/2017 | Lindsay Chason |
| Encounter Note (05/10/2017) | Encounter Note | Encounter Note | 05/10/2017 | Syed asad |
| Auto Accident | Encounter Note | Encounter Note | 03/16/2017 | Syed asad |
| EMC | Clinical Notes | | 03/16/2017 | MMSE & MOCA |

## Radiology

| Document | Procedures/Report | Sending Facility | Report Date | Status |
|---|---|---|---|---|
| Triolo,R. MRI Lumbar Spine 4.4.17.pdf | Triolo,R. MRI Lumbar Spine 4.4.17.pdf | | 04/04/2017 | |

## Diagnostics

| Document | Procedures/Report | Sending Facility | Report Date | Status |
|---|---|---|---|---|
| | EMG NCV B LE(Triolo, Richard 05-10-2017 EMG NCV B LE.pdf) | | 05/10/2017 | |

## Other Documents

| Document | Procedures/Report | Sending Facility | Report Date | Status |
|---|---|---|---|---|
| | Sleep Assessment (Richard Triolo Sleep Assessment.pdf) | | 03/16/2017 | |
| | CNS-LS(Richard Triolo CNS-LS.pdf) | | 03/16/2017 | |

UNC000001

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  07/25/2017 at 09:22 AM EDT

## Triolo, Richard  (M) 42y        PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Clinical Note ID#41775346
Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care - 3636 University Blvd South, Jacksonville, FL 32216

**Reason for Visit**    Auto Accident; New Patient or Transitional Visit

**CC:**  Auto Accident
  **HPI**
    Mr. Richard Triolo is a 42 year old right handed Caucasian male who was referred by Dr. McDaniels (Chiropractor) after an MVA 2/11/2017 for neck pain and back pain. He was driving a 2016 Ford Mustang. He was stopped at a stop light when a USPS truck hit the back of his car. He is not sure how fast the truck was traveling. He was wearing his seat belt. The airbags did not deploy. His car was not totaled. He felt his head jerk back and forth and the back of his head hit the headrest. Immediately after the accident, he was experiencing tightness and spasms in the mid and low back. He noticed pain in the neck the day after the accident. He started seeing Dr. McDaniels late February. He is getting massage therapy, adjustments, and traction therapy. He goes two times a week for chiropractic treatments. He went to the ER (Baptist South) after the accident and had a CT of the neck done. He was discharged with a collar. Per patient, the imaging was normal. He has been taking Excedrin and Ibuprofen which help partially.

**CC:**  Neck pain
  **HPI**
    He reports neck pain that started one day after the accident. He states his neck feels very tight. He denies any pain radiating into the upper extremities however, he does report pain radiating into the  He denies any numbness and tingling or weakness in the upper extremities. He reports chiropractic treatments seem to be helping. He describes the neck pain as achy and tight. On a pain scale, neck pain is 7-8/10 most often. His pain is constant. He also reports daily headaches that started a week after the accident. He reports daily headaches that seem to be getting worse since the accident. He describes the headaches as achy pain. The headaches usually start in the back of the head and radiate to bilateral frontal region of the head. He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity. He takes excedrin with ibuprofen for headaches which takes 30-40 minutes. He reports headaches can last hours if he doesn't take any medication. He reports taking a hot shower can sometimes relieve the headache. He reports some cognitive deficits since the accident, including attention and concentration and forgetfulness at work. He also reports difficulty with balance since the accident. He finds himself walking to walls since the accident. He denies any changes in his mood since the accident. CNS LS 13.

**CC:**  Back pain
  **HPI**
    He reported back pain immediately after the accident. He feels the back pain has worsened since the accident. He reports daily low back pain that is achy, sharp and stabbing. He now reports sharp stabbing pains radiating into the back of his right leg and buttocks. He also reports pain radiating into the right medial aspect of the thigh. He denies any numbness and tingling in the groin. He denies any numbness and tingling in the legs. He denies any noticeable weakness however, he does report sometimes his legs feel like "jello." On a pain scale his pain is 10/10 most of the time. He has tried ibuprofen however, this doesn't provide any relief. He was discharged from the ER on lortab which helped relieve the pain. He also reports difficulty sleeping due to back pain. ESS was 11 today. He wakes up constantly in the middle of the night due to the pain. He reports he is constantly moving around at night to try to get comfortable. He has not had an MRI of the back. The pain is worse when he is walking around and relieved when sitting. He feels he has been tripping over his right foot recently.

**Problems**

| | | |
|---|---|---|
| Cervicalgia | M54.2 | 03/16/2017 |
| Insomnia, unspecified | G47.00 | 03/16/2017 |
| Other abnormalities of gait and mobility | R26.89 | 03/16/2017 |

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000002

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  07/25/2017 at 09:22 AM EDT

## Triolo, Richard  (M) 42y          PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

| | | |
|---|---|---|
| Other symptoms and signs involving cognitive functions and awareness | R41.89 | 03/16/2017 |
| Postconcussional syndrome | F07.81 | 03/16/2017 |
| Radiculopathy, lumbar region | M54.16 | 03/16/2017 |

**Past Medical History**
    **Pain in leg, unspecified**
      Notes: sharp shooting pains from right lumbar down into right hamstring and radiates across right hip flexor.
    **Cervicalgia**
    **Dorsalgia, unspecified**
    **Headache**
      Notes: current
**Surgical History**
    **compound fracture of left forearm**
      Date of Surgery: 03/2000
**Social History**
    **Alcohol use**
      Amount/Frequency: not daily
    **Exercise**
      Description: Weight training & cardio; Amount/Frequency: once/twice per day; Notes: Have not exercised since the auto accident on 2/11/17. Pain is too much for patient to exercise.
    **Caffeine**
      Amount/Frequency: 20oz daily
    **Seat belt use**
      Negative for: Current every day smoker; Former smoker
**Family History**
    **Cancer of the breast**
      Relationship:    Grandmother
    **Heart disease (CAD)**
      Relationship:    Father
      Relationship:    Grandfather
    **Diabetes**
      Relationship:    Grandfather
      Relationship:    Father

**Active Allergies/Adverse Reactions**
    No Known Active Allergies/Adverse Reactions

**Active Medications**
    **HCG injections**  2 iu qd; 0 refill(s); Date Issued: 03/16/2017;
    **b12 injection**  1000 units 0 refill(s); Date Issued: 03/16/2017;
    **multivitamin**  Dosage Unknown;  0 refill(s); Date Issued: 03/16/2017;
**Review of Systems**
    **General/Constitutional**
    Pt Reports: Pain; Mood change; Difficulty sleeping
    Pt Denies: Change in appetite; Weight gain; Weight loss; Sleep problems; Night sweats; Fever; Chills; Dizziness; Fatigue; Weakness
    **Eyes**
    Pt Denies: Blurred vision; Double vision; Flashing lights; Seeing spots; Eye discharge; Eye dryness; Excessive tearing; Eye irritation/itching; Pain; Red eyes
    **ENMT**
    Pt Reports: Ringing in the ears
    Pt Denies: Change in hearing; Ear discharge; Ear pain; Nasal discharge; Nasal obstruction; Nose bleeds;

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000003

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed 07/25/2017 at 09:22 AM EDT

## Triolo, Richard    (M) 42y            PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Sinus pain; Sinus/nasal congestion; Mouth problems; Bleeding gums; Denture problems; Dry mouth; Mouth
sores; Tongue pain; Difficulty swallowing; Sore throat; Change in voice; Hoarseness
   **Cardiovascular**
   Pt Denies: Chest pain; Chest pressure/discomfort; Heart trouble; Heart murmur; Lightheadedness;
Palpitations; Leg cramps; Swelling
   **Respiratory**
   Pt Denies: Difficulty breathing; Wheezing; Chest congestion; Cough; Phlegm
   **Gastrointestinal**
   Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Change in stool consistency; Change in bowel
habits; Losing control of bowels; Constipation; Diarrhea; Excessive belching; Excessive flatulence; Blood in the
stool
   **Genitourinary**
   Pt Denies: Losing control of urine; Urinary urgency; Night-time urination; Frequent urination; Burning or pain
on urination; Difficulty urinating; Reduced stream; Dribbling; Blood in urine; Testicular pain; Testicular problems;
Testicular masses; Penile pain; Penile discharge; Genital sores; Erectile dysfunction; Performs regular testicular
exam
   **Musculoskeletal**
   Pt Denies: Limited joint mobility; Joint pain; Muscle pain; Stiffness; Tenderness; Neck pain; Back pain;
Difficulty walking; Trouble reaching above head; Difficulty rising from sitting position without assistance
   **Integumentary**
   Pt Denies: Skin color changes; Bruising; Dryness; Hives; Itching; Skin lump/mass; Mole changes; Sores; Rash;
Hair changes; Nail changes
   **Neurological**
   Pt Reports: Headaches; Ringing in the ears; Muscle weakness; Involuntary movements
   Pt Denies: Migraines; Seizures; Fainting; Lightheadedness; Dizziness upon standing; Vertigo; Short term
memory problems; Long term memory problems; Confusion/disorientation; Delusions; Change in personality;
Change in vision; Trouble hearing; Trouble smelling; Change in taste; Speech changes; Change in voice strength;
Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg;
Numbness/tingling; Handwriting change; Trouble with coordination; Loss of limb use; Tremors; Balance
problems; Change in gait; Losing control of urine or bowel; Loss of muscle bulk
   **Psychiatric**
   Pt Denies: Anxiety; Nervousness; Depression; Sadness; Hallucinations; Suicidal thoughts; Stress
   **Endocrine**
   Pt Denies: Excessive appetite; Excessive sweating; Excessive thirst; Excessive urination; Heat intolerance;
Cold intolerance; Hair loss; Unexpected hair growth
   **Hematologic/Lymphatic**
   Pt Denies: Easy bleeding or bruising; Anemia; Swollen glands
   **Allergic/Immunologic**
   Pt Denies: Environmental allergies; Immunodeficiency
**Vitals**
   L/H: 74.0 in.; W: 245.0 lb.; BMI: 31.5; B/P: 174/110  Sitting/Left Arm; P: 63 BPM Brachial;
**Physical Exam**
   **Constitutional:** Cooperative
   **Psychiatric:** Mood and affect appropriate for situation
   **HEENT:** Head normocephalic and atraumatic
   **Neck:** Supple
   **Cardiovascular:** Heart rate and rhythm regular
   **Respiratory:** Respiratory effort unremarkable
   **Neurologic**
   Additional comments: Mental status: Awake, alert, oriented to person, place and time. Able to name objects
and follow commands. Mild difficulty with attention and concentration (serial 7's however, no difficulty with

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000004

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed 07/25/2017 at 09:22 AM EDT

## Triolo, Richard  (M) 42y          PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

spelling TABLE backwards). 3/3 at 5 min.
    Cranial nerves: Pupils reactive, EOMI, face symmetric, tongue midline, palate upgoing
    Motor: Normal bulk and tone. Subtle weakness 5-/5 in right extensor hallicus longus, 5/5 grip strength.
    Sensations: Intact to light touch, PP, temperature, and vibration throughout. Decreased temperature in the bilateral upper extremities compared to the face. Decreased temperature sensation in the bilateral feet compared to face and upper extremities. Decreased temperature on the lateral aspect of right calf. Vibratory sensation was intact in the upper extremities. Vibratory sensation felt in bilateral lower extremities for 10 seconds. Decreased PP on the dorsum of the right foot and right lateral aspect of the calf compared to the left. PP intact in the upper extremities.
    Gait: Independent. Mild difficulty with tandem gait.
    Coordination: No dysmetria on FNF. RAM intact.
    DTRs: 2+ upper extremities, 2+ left lower extremity at the knee and ankle, 1+ right lower extremity at the knee and ankle.

    Modified BESS: double leg: 2 errors, tandem: 4 errors, single: 6 errors.

### Diagnoses
    Radiculopathy, lumbar region (Primary diagnosis)     M54.16
    Lumbar radiculopathy-128196005
    Cervicalgia     M54.2
    Neck pain-81680005
    Insomnia, unspecified     G47.00
    Insomnia-193462001
    Other abnormalities of gait and mobility     R26.89
    Unsteady when walking-2263100B
    Other symptoms and signs involving cognitive functions and awareness     R41.89
    Impaired cognition-386806002
    Postconcussional syndrome     F07.81
    Postconcussion syndrome-40425004

### Radiology Orders
**Status:** Pending; **Procedure:** 72148 MRI SPINAL CANAL LUMBAR W/O CONTRAST MATERIAL; **Diagnosis:** M54.16 Radiculopathy, lumbar region; **Instructions:** Set up at Baymeadows Imaging ; **Ordering Provider:** asad, Syed;

### Medications
**methocarbamol; SIG:** 750 mg tablet; PO One by mouth three times a day as needed for muscle spasms; Dispense: 90; 5 refill(s); **Ordered:** 03/16/2017; **Ordering Provider:** Syed asad MD;
**Medrol Dosepak; SIG:** 4 mg tablet; PO Start 6 pills (24 mg) by mouth on day 1. Then taper by 1 pill (4 mg) daily until gone; Dispense: 1; 0 refill(s); **Ordered:** 03/16/2017; **Ordering Provider:** Syed asad MD;
**lidocaine-prilocaine topical; SIG:** 2.5%-2.5% cream; TOP Apply to painful areas up to three times a day as needed; Dispense: 2; 5 refill(s); **Ordered:** 03/16/2017; **Ordering Provider:** Syed asad MD;

### Plan of Care
    **Assessments and Interventions**
      Interventions
        CMS22 Preventive Care and Screening:  Screening for High Blood Pressure and Follow-Up Documented
        Intervention: Intervention Order: Lifestyle Recommendation
          Lifestyle education (procedure) - 313204009
          Hypertension education (procedure) - 39155009
    **Goal(s) and Instructions**

    Goal(s):
      Lumbar radiculopathy - 128196005

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000005

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  07/25/2017 at 09:22 AM EDT

## Triolo, Richard   (M) 42y        PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

**Goal Instructions:**
Low back pain since immediately after the accident on 2/11/2017.
Pain is described as achy, sharp and stabbing.
He reports sharp stabbing pains radiating into the back of his right leg, buttocks and right medial aspect of thigh.
He denies any noticeable weakness however, he does report sometimes his legs feel like "jello."
On a pain scale his pain is 10/10 most of the time.
He has tried ibuprofen which does not provide any relief.
He was discharged from the ER on lortab which helped relieve the pain.
The pain is worse when he is walking around and relieved when sitting.
He feels he has been tripping over his right foot recently.
Will refer for MRI of lumbar spine without contrast to further evaluate
Will set up for EMG/NCV study of B LE
Treatment options d/w pt including anti-inflammatories, muscle relaxants, neuropathic pain meds, analgesics, pain procedures, physical therapy and surgical options
He has been getting massage therapy, adjustments, and traction therapy with Dr. McDaniels two times a week which are helping
Start Medrol dose pack
Will start Methocarbamol 750 mg TID PRN (R, B, A, I d/w pt.)
Will start Lidocaine-Prilocaine pain cream
Continue to work with Dr. McDaniels for Chiropractic treatments

**Goal(s):**
Postconcussion syndrome - 40425004
**Goal Instructions:**
Concussion sustained during a MVA on 2/11/2017 with ongoing headaches, cognitive issues, disequilibrium, insomnia and emotional lability
He also reports difficulty with balance since the accident.
He finds himself walking to walls since the accident.
Rest your body: Make sure to get plenty of sleep. When you are awake, you should avoid any exercise or physical activity that exacerbates symptoms. However, may advance activities as tolerated and as the symptoms improve.
Rest your brain: Avoid doing activities that need concentration or a lot of attention, particularly if this exacerbates the symptoms.
Start magnesium oxide 400 mg daily.
Start N-Acetyl cysteine 600 mg daily
Start Fish oil 1000 mg TID
Will consider an MRI of the brain at Precision Imaging with DTIs to evaluate for axonal shear injury or other radiographic correlates. He prefers to hold off currently
Referral to Dr. Russ Addeo for Neuro-psychometric testing d/w pt. He prefers to hold off.
Will refer to Casey Harlow for the Balance Master assessment

**Goal(s):**
Neck pain - 81680005
**Goal Instructions:**
He reports neck pain that started one day after the accident.
He states his neck feels very tight.
He denies radicular symptoms in arms but does report some occipital neuralgia
He reports chiropractic treatments seem to be helping.
On a pain scale, neck pain is 7-8/10 most often and constant.
Non-pharmacologic methods of managing neck pain d/w pt
Lidocaine-Prilocaine cream to be applied locally.

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000006

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #82
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  07/25/2017 at 09:22 AM EDT

**Triolo, Richard**  (M) 42y        **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Consider muscle relaxants; he does not want to feel groggy, will prescribe Methocarbamol which is less sleep inducing
Medrol dose pack
Will consider MRI cervical spine if radicular symptoms persist or occipital neuralgia symptoms worsen
EMG/NCV if upper extremity radicular symptoms develop
Continue Chiropractic treatments with Dr. McDaniels
TPIs d/w pt. He prefers to hold off for now.

Goal(s):
    Cognitive disorder - 443265004
Goal Instructions:
    He reports some cognitive deficits since the accident, including attention and concentration deficits and forgetfulness at work.
    Will check MMSE/MOCA
    Referral for Neuro-psychometric testing with a Neuropsychologist d/w pt. He prefers to hold off for now.
    Will consider additional work up and treatment recommendations if symptoms persist

Goal(s):
    Headache - 25064002
Goal Instructions:
    He reports daily achy headaches that started a week after the accident but seem to be getting worse since then.
    The headaches usually start in the back of the head and radiate to bilateral frontal region of the head.
    He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity.
    He takes excedrin with ibuprofen for headaches which takes 30-40 minutes.
    Other options for headache abortive treatment and prophylactic treatments d/w pt.
    Will start Medrol dose pack. R, B, A, I d/w pt.

Goal(s):
    Insomnia - 193462001
Goal Instructions:
    Difficulty sleeping due to back pain.
    He wakes up constantly in the middle of the night due to the pain.
    He reports he is constantly moving around at night to try to get comfortable.
    Daytime somnolence with an ESS of 11
    Good sleep hygiene d/w pt.
    May try Melatonin as an over the counter sleep aid
    Will give samples of Silenor in case melatonin does not help. Explained that at low doses this is mainly an anti-histamine (the tricyclic action kicks in at higher doses). Other R, B, A, I discussed.

Goal(s):
    Mood swings - 18963009
Goal Instructions:
    Patient reports some mood and emotional changes, particularly a tendency to become amused easily.
    CNS-LS score is 13
    This is not particularly worrisome to him. Will continue to monitor

Goal(s):
    Hypertensive disorder - 38341003
Goal Instructions:
    Patient has elevated BP.
    This may be transient or situational; however, advised to monitor BP and follow up with PCP

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000007

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed 07/25/2017 at 09:22 AM EDT

### Triolo, Richard   (M) 42y     PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Importance of diet and exercise to help keep BP in the normotensive range d/w pt.
Importance of watching the weight and trying to remain in the normal BMI range d/w pt
BP medications may need to be titrated. Will defer to PCP
**Patient Clinical Instructions**
Call with any changes in status
**Future Scheduled Appointments**
MMSE/MOCA with Zlatan Pecar, RN on March 21, 2017
EMG/NCV April 18, 2017
Follow up May 2, 2017
**Educational Materials Provided**
The following Patient Education materials were given:
Postconcussion Syndrome: Care Instructions
zp4105, en-us, 11.2, 2016-10-14

*Finalized and Signed at 21:00:42 on 03/18/2017 by Syed asad MD*

## Addendum
*Created at 06:50:48 on 03/24/2017 by Syed asad*
**Section Comments:**
Radiology Order 1782263 has been modified.  Status: Finalized; Procedure: 72148 MRI SPINAL CANAL LUMBAR
W/O CONTRAST MATERIAL;  Diagnoses: M54.16 Radiculopathy, lumbar region;   Ordered: 03/24/2017; Ordering
Provider: asad, Syed; Instructions: Set up at Baymeadows Imaging

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000008

# Center for Neurologic Study-Lability Scale (CNS-LS) for pseudobulbar affect (PBA)

The CNS-LS is a short (seven-item), self-administered questionnaire, designed to be completed by the patient, that provides a quantitative measure of the perceived frequency of PBA episodes. The CNS-LS can help physicians accurately diagnose PBA. A CNS-LS score of 13 or higher may suggest PBA.

Patient's name:   Richard Truslo

Date of assessment   3/16/17

Using the scale below, please write the number that describes the degree to which each item applies to you DURING THE PAST WEEK. Write only 1 number for each item.

| Applies never | Applies rarely | Applies occasionally | Applies frequently | Applies most of the time |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

| | | |
|---|---|---|
| 1 | There are times when I feel fine 1 minute, and then I'll become tearful the next over something small or for no reason at all. | 1 |
| 2 | Others have told me that I seem to become amused very easily or that I seem to become amused about things that really aren't funny. | 3 |
| 3 | I find myself crying very easily. | 2 |
| 4 | I find that even when I try to control my laughter, I am often unable to do so. | 1 |
| 5 | There are times when I won't be thinking of anything happy or funny at all, but then I'll suddenly be overcome by funny or happy thoughts. | 3 |
| 6 | I find that even when I try to control my crying, I am often unable to do so. | 1 |
| 7 | I find that I am easily overcome by laughter. | 2 |

Total Score     13

The CNS-LS has been validated in ALS and MS patient populations.

This questionnaire is not intended to substitute for professional medical assessment and/or advice.

Reference: [illegible reference text]

AVANIR



# Universal Neurological Care
## Dr. Syed Asad
3636 University Blvd. S., Ste. B-2
Jacksonville, FL 32216
Phone: 904-404-7044
Fax: 904-329-2303

## EMERGENCY MEDICAL CONDITION:

To the best of medical certainty, _____Richard Triolo_____
condition has been deemed an Emergency Medical Condition based on the severe pain that the patient has
experienced secondary to their injuries in the _____2-11-17_____ motor vehicle accident. The
seriousness of the injury has resulted in serious impairment of their bodily function, as well as bodily
injury. This finding has been determined utilizing the patient's history regarding the events of the
accident, the patient's examination in our office and their difficulty performing their activities of daily
living. (The determination of the Emergency Medical Condition was performed by medical provider
licensed under Chapter 458 of FS).

_____                    Date _____3-16-17_____
Syed Asad, MD

UNC000010

Mar/15/2017 11:26:48 AM                    BMCS 9042716668                                10/20

## Universal Neurological Care
### Dr. Sund Vaid

## SLEEP ASSESSMENT FORM

Your physician is requesting that you complete this Sleep Assessment Form.
This form determines the need for you to have a user friendly home sleep test, which will evaluate if you have a sleep breathing disorder. Sleep Disorders negatively affect your well-being, especially the health of your heart. The good news is that sleep apnea can be effectively and easily treated.

Date: 3/14/17     Name: Richard Treub     Date of Birth

Phone Number: _____
Home Address: 1933 Eclipse Dr Middlebuy FL 32068

1. Have you ever been given a CPAP device?                                   Yes ✓ No___
2. If you have been given any form of CPAP, do you use it nightly?          Yes ✓ No___
3. Are you comfortable with your CPAP and satisfied with its use?           Yes ✓ No___

If your answer is NO to any of the above questions, please continue to Part 1.
*If the answer is Yes to any of the above, PLEASE STOP HERE.*

### Part 1.                    *Epworth Sleepiness Scale*

How likely are you to doze off while doing the following activities? Please use the following scale:
0 = never, 1 = slight, 2 = moderate, 3 = high. Circle one of the following numbers:

1. Being a passenger in a motor vehicle for an hour or more      0 1 ②3
2. Sitting and talking to someone......................           ⓪1 2 3
3. Sitting and reading.................................           0 1 ②3
4. Watching TV........................................           0 1 2 ③
5. Sitting inactive in a public place..................           ⓪1 2 3
6. Lying down to rest in the afternoon.................           0 1 2 ③
7. Sitting quietly after lunch without alcohol......              0 ①2 3
8. In a car, while stopped for a few minutes in traffic...        ⓪1 2 3
                                        Total score     11

### Part 2

1. Have you been told that you snore?                                     Yes ✓ No___
2. Does your family have a history of premature death in sleep?          Yes___ No ✓
3. Do you have Diabetes?                                                   Yes___ No ✓
4. Have you ever been told you have Coronary Artery Disease?             Yes___ No ✓
5. Do you have high blood pressure?                                        Yes___ No ✓
6. Have you ever experienced irregular heart rhythms?                    Yes___ No ✓

### Part 3

1. Have you ever been diagnosed with sleep apnea?                        Yes ✓ No___
2. Do you awaken from sleep with chest pain or shortness of breath?      Yes___ No ✓
3. Has anyone said that you seem to stop breathing while sleeping?       Yes___ No ✓
4. Is your neck size larger than 15" (female) or 16.5" (male)?           Yes ✓ No___
5. Have you ever had a stroke?                                            Yes___ No ✓
6. Have you ever been told you have Congestive Heart Failure?            Yes___ No ✓
7. Do you have or have you ever had atrial fibrillation?                 Yes___ No ✓

I agree to allow the information above to be shared to advance the workup of my sleep condition.

Signature: _____

UNC000011

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed 07/25/2017 at 09:22 AM EDT

**Triolo, Richard**   (M) 42y
1933 Eclipse Drive, MIDDLEBURG, FL 32068      **PID: 2882**

Clinical Note ID#41855437
Visit with clinician: Syed asad MD on 03/21/2017 - Universal Neurological Care - 3636 University Blvd South, Jacksonville, FL 32216

**Reason for Visit**   Baseline MMSE & MOCA testing

**Subjective**
Patient presents for a nurse visit to get a baseline MMSE & MOCA.

**Cognitive/Functional Status**
　　**Cognitive Status**
　　　　03/21/2017  MMSE: 29  MOCA: 21

**Diagnoses**
　　Postconcussional syndrome (Primary diagnosis)     F07.81
　　Postconcussion syndrome-40425004
　　Other symptoms and signs involving cognitive functions and awareness     R41.89
　　Impaired cognition-386806002

*Finalized and Signed at 18:27:04 on 03/21/2017 by Zlatan Pecar*

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.
07/25/2017 01:22 PM - Page 3 of 29 - Generated by Care360(TM)

UNC000012

**Universal Neurological Care**
3636 University Blvd. South
Ste B2
Jacksonville, FL 32216
904-404-7044
universalneurocare@gmail.com

Syed Asad, MD
Neurologist

MRN: _____

Administered By: _Helen Pecar_

## Mini-Mental Status Exam (MMSE)

Patient Name: __Richard Triolo__    DOB: _____    Date: _03_ / _21_ / _17_

**1. Orientation to time:**

| | | |
|---|---|---|
| a. Year? | 2017 | 1 /1 |
| b. Season? | Spring | 1 /1 |
| c. Month? | March | 1 /1 |
| d. Day? | Tuesday | 1 /1 |
| e. Date? | 3/21/17 | 1 /1 |

**2. Orientation to place:**

| | | |
|---|---|---|
| a. State? | FL | 1 /1 |
| b. County? | Duval | 1 /1 |
| c. City? | Jax | 1 /1 |
| d. Hospital? | Clinic | 1 /1 |
| e. Floor? | 1st | 1 /1 |

**3. Registration:** I am going to say 3 words. Please repeat after me.

| | |
|---|---|
| a. Set #1: Apple, Penny, Table | 3/3 |
| b. Set #2: Ball, Flag, Tree | /3 |

***Keep those words in mind, I will ask you to repeat them later.**

**4. Concentration:**

$$\frac{D}{D} \quad \frac{L}{L} \quad \frac{R}{R} \quad \frac{o}{O} \quad \frac{W}{W}$$

5/5

**5. Recall:** What are those words I asked you to remember?

| a. Apple | b. Penny | c. _____ | 2/3 |
|---|---|---|---|

**6. Naming:**

| | |
|---|---|
| a. What is this? Point to a pencil | 1 /1 |
| b. What is this? Point to a watch | 1 /1 |

**7. Repetition:** Ask patient to repeat, "No ifs, ands, or buts."    1 /1

8. **Comprehension:** Give paper and say instructions.

| | | |
|---|---|---|
| a. Take the paper in your right hand. | | ( /1 |
| b. Fold it in half… | | ( /1 |
| c. And place it on the floor. | | ( /1 |

9. **Reading:** Please read this sentence and do what it says.    ( /1

Please raise your left arm!

10. **Writing:** Please write a sentence.    ( /1

I Love my Job

11. **Drawing:** Please copy the following figure:    ( /1




\* Maximum Score: 30   \*Parkinson's Patients: 28    Patient's Total Score: 29/30

Universal Neurological Care   3636 University Blvd. South Ste 82 Jacksonville, FL 32216  904-404-7044

UNC000014



**MONTREAL COGNITIVE ASSESSMENT (MOCA)**
Version 7.3 Alternative Version

NAME: Richard Triola
Education:          Date of birth:
Sex:                      DATE: 3/21/17

**VISUOSPATIAL/EXECUTIVE**

Copy cylinder

Draw CLOCK (Ten past nine)
(3 points)

[ ⋈ ]

[ ✓ ]

[ ✓ ] Contour   [ ✓ ] Numbers   [ ✓ ] Hands

4/5

**NAMING**

[ ✓ ]          [ ✓ ]          [ ✓ ]

3/3

**MEMORY** — Read list of words, subject must repeat them. Do 2 trials, even if 1st trial is successful. Do a recall after 5 minutes.

|          | TRAIN | EGG | HAT | CHAIR | BLUE |        |
|----------|-------|-----|-----|-------|------|--------|
| 1st trial | ✓ | ✓ | ✓ | ✓ | ✓ | No points |
| 2nd trial | ✓ | ✓ | ✓ | ✓ | ✓ |        |

**ATTENTION** — Read list of digits (1 digit/ sec.).

Subject has to repeat them in the forward order     [ ✓ ] 5 4 1 8 7
Subject has to repeat them in the backward order    [ ⋈ ] 1 7 4

1/2

Read list of letters. The subject must tap with his hand at each letter A. No points if ≥ 2 errors

[ ✓ ] F B A C M N A A J K L B A F A K D E A A A J A M O F A A B

1/1

Serial 7 subtraction starting at 80     [ ✓ ] 73     [ ⋈ ] 66     [ ] 59     [ ] 52     [ ] 45

4 or 5 correct subtractions: **3 pts**, 2 or 3 correct: **2 pts**, 1 correct: **1 pt**, 0 correct: **0 pt**

1/3

**LANGUAGE** — Repeat : She heard his lawyer was the one to sue after the accident. [ ✓ ]
The little girls who were given too much candy got stomach aches. [ ✓ ]

2/2

Fluency / Name maximum number of words in one minute that begin with the letter B     [ ✓ ] 15 (N ≥ 11 words)

1/1

**ABSTRACTION** — Similarity between e.g. banana - orange = fruit     [ ✓ ] eye – ear     [ ✓ ] trumpet – piano

2/2

**DELAYED RECALL**

| Has to recall words WITH NO CUE | TRAIN ⋈ | EGG ⋈ | HAT ⋈ | CHAIR ⋈ | BLUE ⋈ | Points for UNCUED recall only |
|---|---|---|---|---|---|---|

0/5

| **Optional** | Category cue | ✗ | ✓ | ✗ | ✓ | ✓ | |
|---|---|---|---|---|---|---|---|
|  | Multiple choice cue | ✓ | | ✗ | | ✓ | |

**ORIENTATION** — [ ] Date  [ ✓ ] Month  [ ✓ ] Year  [ ✓ ] Day  [ ✓ ] Place  [ ✓ ] City

5/6

Adapted by : Z. Nasreddine MD, N. Phillips PhD, H. Chertkow MD
© Z.Nasreddine MD     www.mocatest.org
Administered by:_____

Normal ≥ 26 / 30     TOTAL     21/30

Add 1 point if ≤ 12 yr edu

UNC000015

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  07/25/2017 at 09:22 AM EDT

## Triolo, Richard  (M) 42y          PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Clinical Note ID#42790115
Visit with provider: Syed asad MD on 05/10/2017 - Universal Neurological Care - 3636 University Blvd South, Jacksonville, FL 32216

**Reason for Visit**   Pain in low back and right buttock to mid hamstring.

### Diagnoses
Radiculopathy, lumbar region (Primary diagnosis)     M54.16
Lumbar radiculopathy-128196005

### Procedures
95913 - NERVE CONDUCTION STUDIES 13/> STUDIES; Syed asad MD; 05/10/17 11:15 AM; Nerve conduction study included 12 motor and sensory nerves of the bilateral lower extremities. In addition, the bilateral H-reflexes were performed.; Performed in Office
95886 - NEEDLE EMG EA EXTREMTY W/PARASPINL AREA COMPLETE; Syed asad MD; 05/10/17 11:15 AM; EMG needle study included 5 muscles of the right lower extremity.; Performed in Office

*Finalized and Signed at 22:17:36 on 05/14/2017 by Syed asad MD*

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.
07/25/2017 01:22 PM - Page 11 of 29 - Generated by Care360(TM)

UNC000016

Test Date: 5/10/2017

| Patient: | Richard Triolo | DOB: | 1 ....... | Physician: | Syed Asad, M.D. |
|---|---|---|---|---|---|
| Sex: | Male | Height: | 6' 2" | Ref Phys: | |
| ID#: | Asad510-3 | Weight: | 235 lbs. | Technician: | Fisher |

**Patient Complaints:**
Pain in low back and right buttock to mid hamstring.

**Medications**
Gabapentin, EMLA cream, methocarbamol, HCG, B12, MVI

**Patient History / Exam:**
42-year-old male with achy, sharp and stabbing low back pain since his MVA on 2/11/2017. Sharp stabbing
10/10 intensity pain also radiates into the back of his right leg, buttocks and right medial aspect of thigh. He
denies any noticeable weakness; however, he does report sometimes his legs feel like "jello." The pain is worse
when he is walking around and relieved when sitting. He feels he has been tripping over his right foot recently.

**NCV & EMG Findings:**
All nerve conduction studies (as indicated in the following tables) were within normal limits.

**Electromyography:** EMG needle study of the right lower extremity revealed polyphasic potentials and
reduced recruitment in the right peroneus longus and the right extensor hallucis muscles. The remaining
muscles tested did not reveal any abnormal acute or chronic neuropathic or myopathic potentials.

**Impression:**
1. Nerve conduction studies of the bilateral lower extremities reveal responses that are within normal
   limits.
2. Bilateral tibial H-reflexes are within normal limits
3. Chronic neuropathic potentials are noted in the R EHL and R peroneus longus which likely represent
   chronic proximal pathology such as radicular disease at the right L5-S1 level. Clinical and imaging
   correlation is recommended.

*Syed Ali Asad*

_____

Syed Asad, M.D.

UNC000017

**Patient:** Triolo, Richard          **Test Date:** 5/10/2017          Page 2

## Nerve Conduction Studies
### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Sup Peron Anti Sensory (Ant Lat Mall) 31.2°C | | | | | | | | | | | | | |
| 14 cm | | 3.2 | 3.9 | | <4.4 | 9.4 | >5.0 | 14 cm | Ant Lat Mall | 3.9 | 14.0 | 36 | >32 |
| Right Sup Peron Anti Sensory (Ant Lat Mall) 30.6°C | | | | | | | | | | | | | |
| 14 cm | | 3.1 | 3.9 | | <4.4 | 9.1 | >5.0 | 14 cm | Ant Lat Mall | 3.9 | 14.0 | 36 | >32 |
| Left Sural Anti Sensory (Lat Mall) 31°C | | | | | | | | | | | | | |
| Calf | | 2.3 | | 2.8 | <4.0 | 15.4 | >5.0 | Calf | Lat Mall | 2.8 | 14.0 | 50 | >35 |
| Right Sural Anti Sensory (Lat Mall) 30.8°C | | | | | | | | | | | | | |
| Calf | | 1.8 | | 2.4 | <4.0 | 13.2 | >5.0 | Calf | Lat Mall | 2.4 | 14.0 | 58 | >35 |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Lateral Plantar Motor (ADM) 31°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.9 | 1.9 | | | | | | | |
| Right Lateral Plantar Motor (ADM) 30.8°C | | | | | | | | | | | |
| Med Mall | | 4.3 | <4.9 | 4.0 | | | | | | | |
| Left Medial Plantar Motor (AHB) 31.2°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.8 | 5.9 | | | | | | | |
| Right Medial Plantar Motor (AHB) 30.7°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.8 | 6.6 | | | | | | | |
| Left Peroneal Motor (Ext Dig Brev) 31.1°C | | | | | | | | | | | |
| Ankle | | 3.8 | <6.1 | 8.8 | >2.5 | B Fib | Ankle | 7.6 | 34.0 | 45 | >40 |
| B Fib | | 11.4 | | 6.6 | | Poplt | B Fib | 1.1 | 5.0 | 45 | >40 |
| Poplt | | 12.5 | | 6.5 | | | | | | | |
| Right Peroneal Motor (Ext Dig Brev) 30.3°C | | | | | | | | | | | |
| Ankle | | 4.3 | <6.1 | 6.9 | >2.5 | B Fib | Ankle | 8.1 | 35.5 | 44 | >40 |
| B Fib | | 12.4 | | 5.7 | | Poplt | B Fib | 1.6 | 7.5 | 47 | >40 |
| Poplt | | 14.0 | | 5.5 | | | | | | | |
| Left Tibial Motor (Abd Hall Brev) 31.4°C | | | | | | | | | | | |
| Ankle | | 4.2 | <6.1 | 6.2 | >3.0 | Knee | Ankle | 9.3 | 42.0 | 45 | >40 |
| Knee | | 13.5 | | 3.9 | | | | | | | |
| Right Tibial Motor (Abd Hall Brev) 30.8°C | | | | | | | | | | | |
| Ankle | | 4.5 | <6.1 | 6.6 | >3.0 | Knee | Ankle | 9.7 | 44.0 | 45 | >40 |
| Knee | | 14.2 | | 5.6 | | | | | | | |

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|---|---|---|---|
| Left Tibial (Gastroc) 27.3°C | | | |
| | 31.86 | 0.94 | <2.0 |
| Right Tibial (Gastroc) 27.3°C | | | |
| | 30.92 | 0.94 | <2.0 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Reert | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | Abnl | Red | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | Abnl | Red | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |

**Patient:** Triolo, Richard  **Test Date:** 5/10/2017  **Page 3**

## Nerve Conduction Studies
### Anti Sensory Left/Right Comparison

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Peron Anti Sensory (Ant Lat Mall) 31.2°C | | | | | | | | | | | |
| 14 cm | 3.2 | 3.1 | 0.1 | 9.4 | 9.1 | 3.2 | 14 cm | Ant Lat Mall | 36 | 36 | 0 |
| Sural Anti Sensory (Lat Mall) 31°C | | | | | | | | | | | |
| Calf | 2.3 | 1.8 | 0.5 | 15.4 | 13.2 | 14.3 | Calf | Lat Mall | 50 | 58 | 8 |

### Motor Left/Right Comparison

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lateral Plantar Motor (ADM) 31°C | | | | | | | | | | | |
| Med Mall | 4.1 | 4.3 | 0.2 | 1.9 | 4.0 | 52.5 | | | | | |
| Medial Plantar Motor (AHB) 31.2°C | | | | | | | | | | | |
| Med Mall | 4.1 | 4.1 | 0.0 | 5.9 | 6.6 | 10.6 | | | | | |
| Peroneal Motor (Ext Dig Brev) 31.1°C | | | | | | | | | | | |
| Ankle | 3.8 | 4.3 | 0.5 | 8.8 | 6.9 | 21.6 | B Fib | Ankle | 45 | 44 | 1 |
| B Fib | 11.4 | 12.4 | 1.0 | 6.6 | 5.7 | 13.6 | Poplt | B Fib | 45 | 47 | 2 |
| Poplt | 12.5 | 14.0 | 1.5 | 6.5 | 5.5 | 15.4 | | | | | |
| Tibial Motor (Abd Hall Brev) 31.4°C | | | | | | | | | | | |
| Ankle | 4.2 | 4.5 | 0.3 | 6.2 | 6.6 | 6.1 | Knee | Ankle | 45 | 45 | 0 |
| Knee | 13.5 | 14.2 | 0.7 | 3.9 | 5.6 | 30.4 | | | | | |

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303                    Printed 09/29/2017 at 09:50 AM EDT by Beverly Warlock

**Triolo, Richard** (M) 42y (            ) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

Clinical Note ID#42993643

**Reason for Visit**   Headaches, neck and back pain

**CC:** Headaches
**HPI**
Mr. Triolo presents for a f/u for headaches, which have improved since the last visit. He reports having 2-3
migraines every couple of weeks. He describes the headaches as achy pain. The headaches usually start in
the back of the head and radiate to bilateral frontal region of the head. He reports some light sensitivity. He
denies any nausea, vomiting, or sound sensitivity. He takes excedrin with ibuprofen for headaches, which
helps some times.

**CC:** Neck pain
**HPI**
He continues to report neck pain, which is about the same since the last visit. He states his neck feels very
tight and achy. He denies any pain radiating into the upper extremities. He denies any numbness and
tingling or weakness in the upper extremities. He reports chiropractic treatments seem to be helping. On a
pain scale, neck pain is 7-8/10 most often. His pain is constant.

**CC:** Back pain
**HPI**
He continues to report daily low back pain that is achy, sharp and stabbing. He reports sharp stabbing pains
radiating into the back of his right leg and buttocks. He also reports pain radiating into the right medial
aspect of the thigh. He denies any numbness and tingling in the groin or legs. Pain is 10/10 most of the time.
He has tried ibuprofen however, this doesn't provide any relief. He was discharged from the ER on lortab
which helped relieve the pain. He also reports difficulty sleeping due to back pain. ESS was 11 today. He
wakes up constantly in the middle of the night due to the pain. He reports he is constantly moving around at
night to try to get comfortable. The pain is worse when he is walking around and relieved when sitting.

**CC:** Cognitive Issues
**HPI**
He continues to report some cognitive deficits since the accident, although these have improved since the
last visit. These include attention and concentration and forgetfulness at work. He also reports difficulty with
balance since the accident. He finds himself walking to walls since the accident. CNS-LS was 13, although he
denies any mood changes since the accident.

**Problems**

| | | |
|---|---|---|
| Cervicalgia | M54.2 | 03/16/2017 |
| Insomnia, unspecified | G47.00 | 03/16/2017 |
| Other abnormalities of gait and mobility | R26.89 | 03/16/2017 |
| Other symptoms and signs involving cognitive functions and awareness | R41.89 | 03/16/2017 |
| Postconcussional syndrome | F07.81 | 03/16/2017 |
| Radiculopathy, lumbar region | M54.16 | 03/16/2017 |

**Past Medical History**
   **Pain in leg, unspecified**
      Notes: sharp shooting pains from right lumbar down into right hamstring and radiates across right hip
flexor.
   **Cervicalgia**
   **Dorsalgia, unspecified**
   **Headache**
      Notes: current

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.                    Page 1 of 7

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303                    Printed   09/29/2017 at 09:50 AM EDT by Beverly  Warlock

### Triolo, Richard   (M) 42y (        4) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

**Surgical History**
   **compound fracture of left forearm**
      Date of Surgery: 03/2000
**Social History**
   **Alcohol use**
      Amount/Frequency: not daily
   **Exercise**
      Description: Weight training & cardio; Amount/Frequency: once/twice per day; Notes: Have not exercised
since the auto accident on 2/11/17. Pain is too much for patient to exercise.
   **Caffeine**
      Amount/Frequency: 20oz daily
   **Seat belt use**
   **Negative** for: Current every day smoker; Former smoker
**Family History**
   **Cancer of the breast**
      Relationship:    Grandmother
   **Heart disease (CAD)**
      Relationship:    Father
      Relationship:    Grandfather
   **Diabetes**
      Relationship:    Grandfather
      Relationship:    Father

**Active Allergies/Adverse Reactions**
   No Known Active Allergies/Adverse Reactions

**Active Medications**
   **gabapentin** 300 mg capsule; PO One by mouth three times a day ; Dispense: 90 Unspecified; 30 days
   supply 3 refill(s); Date Issued: 05/10/2017; by Syed asad MD
   **lidocaine-prilocaine topical** 2.5%-2.5% cream; TOP Apply to painful areas up to three times a day as
   needed; Dispense: 2 Tube(s); 30 days supply 5 refill(s); Date Issued: 03/16/2017; by Syed asad MD
   **methocarbamol** 750 mg tablet; PO One by mouth three times a day as needed for muscle spasms;
   Dispense: 90 Unspecified; 30 days supply 5 refill(s); Date Issued: 03/16/2017; by Syed asad MD
   **HCG injections** 2 iu qd; 0 refill(s); Date Issued: 03/16/2017;
   **b12 injection** 1000 units 0 refill(s); Date Issued: 03/16/2017;
   **multivitamin** Dosage Unknown;  0 refill(s); Date Issued: 03/16/2017;

**Review of Systems**
   **General/Constitutional**
      Pt Reports: Pain; Difficulty sleeping; Fatigue
      Pt Denies: Change in appetite; Weight gain; Weight loss; Mood change; Sleep problems; Night sweats; Fever;
   Chills; Dizziness; Weakness
   **Eyes**
      Pt Denies: Blurred vision; Double vision; Flashing lights; Seeing spots; Eye discharge; Eye dryness; Excessive
   tearing; Eye irritation/itching; Pain; Red eyes
   **ENMT**
      Pt Denies: Change in hearing; Ear discharge; Ear pain; Ringing in the ears; Nasal discharge; Nasal
   obstruction; Nose bleeds; Sinus pain; Sinus/nasal congestion; Mouth problems; Bleeding gums; Denture
   problems; Dry mouth; Mouth sores; Tongue pain; Difficulty swallowing; Sore throat; Change in voice; Hoarseness
   **Cardiovascular**
      Pt Denies: Chest pain; Chest pressure/discomfort; Heart trouble; Heart murmur; Lightheadedness;
   Palpitations; Leg cramps; Swelling

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.                    Page **2** of 7

UNC000021

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #82
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303                    Printed  09/29/2017 at 09:50 AM EDT by Beverly  Warlock

## Triolo, Richard  (M) 42)  . . . . . . .) PID: 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

### Respiratory
Pt Denies: Difficulty breathing; Wheezing; Chest congestion; Cough; Phlegm
### Gastrointestinal
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Change in stool consistency; Change in bowel
habits; Losing control of bowels; Constipation; Diarrhea; Excessive belching; Excessive flatulence; Blood in the
stool
### Genitourinary
Pt Denies: Losing control of urine; Urinary urgency; Night-time urination; Frequent urination; Burning or pain
on urination; Difficulty urinating; Reduced stream; Dribbling; Blood in urine; Testicular pain; Testicular problems;
Testicular masses; Penile pain; Penile discharge; Genital sores; Erectile dysfunction; Performs regular testicular
exam
### Musculoskeletal
Pt Reports: Muscle pain; Stiffness; Tenderness; Neck pain; Back pain; Difficulty walking
Pt Denies: Limited joint mobility; Joint pain; Trouble reaching above head; Difficulty rising from sitting
position without assistance
### Integumentary
Pt Denies: Skin color changes; Bruising; Dryness; Hives; Itching; Skin lump/mass; Mole changes; Sores; Rash;
Hair changes; Nail changes
### Neurological
Pt Reports: Headaches; Migraines; Short term memory problems; Long term memory problems; Change in
gait
Pt Denies: Seizures; Fainting; Lightheadedness; Dizziness upon standing; Vertigo; Ringing in the ears;
Confusion/disorientation; Delusions; Change in personality; Change in vision; Trouble hearing; Trouble smelling;
Change in taste; Speech changes; Change in voice strength; Facial weakness/numbness; Drooling;
Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Muscle weakness; Involuntary
movements; Handwriting change; Trouble with coordination; Loss of limb use; Tremors; Balance problems;
Losing control of urine or bowel; Loss of muscle bulk
### Psychiatric
Pt Reports: Anxiety
Pt Denies: Nervousness; Depression; Sadness; Hallucinations; Suicidal thoughts; Stress
### Endocrine
Pt Denies: Excessive appetite; Excessive sweating; Excessive thirst; Excessive urination; Heat intolerance;
Cold intolerance; Hair loss; Unexpected hair growth
### Hematologic/Lymphatic
Pt Denies: Easy bleeding or bruising; Anemia; Swollen glands
### Allergic/Immunologic
Pt Denies: Environmental allergies; Immunodeficiency

**Vitals**
L/H: 74.0 in.; W: 245.0 lb.; BMI: 31.5; B/P: 149/104  Sitting/Left Arm; P: 57 BPM Brachial;

**Physical Exam**
**Constitutional**: Cooperative
**Psychiatric**: Mood and affect appropriate for situation
**HEENT**: Head normocephalic and atraumatic
**Neck**: Supple
**Cardiovascular**: Heart rate and rhythm regular
**Respiratory**: Respiratory effort unremarkable
**Neurologic**
Additional comments: Mental status: Awake, alert, oriented to person, place and time. Able to name objects
and follow commands. No difficulty with attention and concentration (Spelling WORLD backwards). 3/3 at 5 min.

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.                    Page 3 of 7

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303                 Printed 09/29/2017 at 09:50 AM EDT by Beverly Warlock

## Triolo, Richard (M) 42y ( ) PID: 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Cranial nerves: Pupils reactive, EOMI, face symmetric, tongue midline, palate upgoing
Motor: Normal bulk and tone. 5/5 grip strength. 5/5 throughout.
Sensations: Intact to temperature and vibration throughout.
Gait: Independent.
Coordination: No dysmetria on FNF, RAM, FFM
DTRs: 2+ BUE, 2+ LLE at the knee and ankle, 1+ RLE at the knee and ankle.

**Cognitive/Functional Status**
**Cognitive Status**
3/21/17: MMSE 29 MOCA 21

**Objective**
EMG NCV 5/10/17
1. Nerve conduction studies of the bilateral lower extremities reveal responses that are within normal limits.
2. Bilateral tibial H-reflexes are within normal limits
3. Chronic neuropathic potentials are noted in the R EHL and R peroneus longus which likely represent chronic proximal pathology such as radicular disease at the right L5-S1 level. Clinical and imaging correlation is recommended.

MRI Lumbar Spine 4/4/17

**Diagnoses**
Radiculopathy, lumbar region (Primary diagnosis)    M54.16
Lumbar radiculopathy-128196005
Cervicalgia    M54.2
Neck pain-81680005
Insomnia, unspecified    G47.00
Insomnia-193462001
Other abnormalities of gait and mobility    R26.89
Unsteady when walking-22631008
Other symptoms and signs involving cognitive functions and awareness    R41.89
Impaired cognition-386806002
Postconcussional syndrome    F07.81
Postconcussion syndrome-40425004

**Plan of Care**
**Assessments and Interventions**
Interventions
CMS22 Preventive Care and Screening: Screening for High Blood Pressure and Follow-Up Documented
Intervention: Intervention Order: Lifestyle Recommendation
Lifestyle education (procedure) - 313204009
Hypertension education (procedure) - 39155009
**Goal(s) and Instructions**

Goal(s):
Lumbar radiculopathy - 128196005
Goal Instructions:
Low back pain since immediately after the accident on 2/11/2017.
Pain is described as achy, sharp and stabbing.
He reports sharp stabbing pains radiating into the back of his right leg, buttocks and right medial aspect of thigh.
On a pain scale his pain is 10/10 most of the time.

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.        Page **4** of 7

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  09/29/2017 at 09:50 AM EDT by Beverly  Warlock

**Triolo, Richard**  (M) 42y          ) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

   He has tried ibuprofen which does not provide any relief.
   He was discharged from the ER on lortab which helped relieve the pain.
   The pain is worse when he is walking around and relieved when sitting.
   He feels he has been tripping over his right foot recently.
   MRI of lumbar spine shows bulging and herniated discs at multiple levels.
   EMG/NCV of BLE shows chronic potentials in muscles innervated by L5-S1 nerve root.
   Treatment options d/w pt including anti-inflammatories, muscle relaxants, neuropathic pain meds, analgesics, pain procedures, physical therapy and surgical options
   He has been getting massage therapy, adjustments, and traction therapy with Dr. McDaniels two times a week which are helping
   Medrol dose pack was not helpful.
   Continue Methocarbamol 750 mg TID PRN.
   Continue gabapentin 300 mg TID. May increase night time dose to 600 mg as tolerated.
   Lidocaine-Prilocaine pain cream was not helpful.
   Continue to work with Dr. McDaniels for Chiropractic treatments.
   Will refer to Dr. Kramarich with pain management.
   Will refer to Dr. Cannestra for a surgical opinion.

Goal(s):
   Postconcussion syndrome - 40425004
Goal Instructions:
   Concussion sustained during a MVA on 2/11/2017 with ongoing headaches, cognitive issues, disequilibrium, insomnia and emotional lability
   He also reports difficulty with balance since the accident.
   He finds himself walking to walls since the accident.
   Rest your body: Make sure to get plenty of sleep. When you are awake, you should avoid any exercise or physical activity that exacerbates symptoms. However, may advance activities as tolerated and as the symptoms improve.
   Rest your brain: Avoid doing activities that need concentration or a lot of attention, particularly if this exacerbates the symptoms.
   He did not start the magnesium oxide, N-Acetyl cysteine, or fish oil after the last visit. He states this is already in a supplement he takes.
   Will consider an MRI of the brain at Precision Imaging with DTIs to evaluate for axonal shear injury or other radiographic correlates. He prefers to hold off currently
   Referral to Dr. Russ Addeo for Neuro-psychometric testing d/w pt. He prefers to hold off.
   Will refer to Casey Harlow for the Balance Master assessment.

Goal(s):
   Neck pain - 81680005
Goal Instructions:
   He reports neck pain that started one day after the accident.
   He states his neck feels very tight.
   He denies radicular symptoms in arms but does report some occipital neuralgia
   He reports chiropractic treatments seem to be helping.
   On a pain scale, neck pain is 7-8/10 most often and constant.
   Non-pharmacologic methods of managing neck pain d/w pt
   Lidocaine-Prilocaine cream was not helpful.
   Continue methocarbamol as needed.
   Medrol dose pack was not helpful.
   Will consider MRI cervical spine if radicular symptoms persist or occipital neuralgia symptoms worsen
   EMG/NCV if upper extremity radicular symptoms develop

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.

UNC000024

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303

Printed  09/29/2017 at 09:50 AM EDT by Beverly Warlock

**Triolo, Richard**   (M) 42y     **/ PID: 2882**
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Continue Chiropractic treatments with Dr. McDaniels
TPIs d/w pt. He prefers to hold off for now.

Goal(s):
Cognitive disorder - 443265004
Goal Instructions:
He reports some cognitive deficits since the accident, including attention and concentration deficits and forgetfulness at work.
MMSE 29 MOCA 21 on 3/21/17.
Will continue to monitor annually.
He feels like his short term memory has improved since the last visit.
Referral for Neuro-psychometric testing with a Neuropsychologist d/w pt. He prefers to hold off for now.
Will consider additional work up and treatment recommendations if symptoms persist

Goal(s):
Headache - 25064002
Goal Instructions:
He reports improvement in his headaches.
The headaches usually start in the back of the head and radiate to bilateral frontal region of the head.
He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity.
He takes excedrin with ibuprofen for headaches which takes 30-40 minutes.
Other options for headache abortive treatment and prophylactic treatments d/w pt.

Goal(s):
Insomnia - 193462001
Goal Instructions:
Difficulty sleeping due to back pain.
He wakes up constantly in the middle of the night due to the pain.
He reports he is constantly moving around at night to try to get comfortable.
Daytime somnolence with an ESS of 11
Good sleep hygiene d/w pt.
May try Melatonin as an over the counter sleep aid
Silenor helped him fall asleep, but he continues to wake up throughout the night d/t pain.
Will continue to monitor.

Goal(s):
Mood swings - 18963009
Goal Instructions:
Patient reports some mood and emotional changes, particularly a tendency to become amused easily.
CNS-LS score is 13
This is not particularly worrisome to him. Will continue to monitor

Goal(s):
Hypertensive disorder - 38341003
Goal Instructions:
Patient has elevated BP.
This may be transient or situational; however, advised to monitor BP and follow up with PCP
Importance of diet and exercise to help keep BP in the normotensive range d/w pt.
Importance of watching the weight and trying to remain in the normal BMI range d/w pt
BP medications may need to be titrated. Will defer to PCP
**Patient Clinical Instructions**

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.                Page 6 of 7

UNC000025

**UNIVERSAL NEUROLOGICAL CARE**
3636 UNIVERSITY BLVD SOUTH #B2
Jacksonville, FL 32216
(904) 404-7044 / Fax (904) 329-2303                    Printed  09/29/2017 at 09:50 AM EDT by Beverly  Warlock

**Triolo, Richard**  (M) 42y (__,__,__, .) **PID:** 2882
**1933 Eclipse Drive, MIDDLEBURG, FL 32068**

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

    Call with any changes in status
    **Future Scheduled Appointments**
    3 months
    **Educational Materials Provided**
    The following Patient Education materials were given:
    Back Pain: Care Instructions
    te8235, en-us, 11.3, 2017-03-21

*Finalized and Signed at 17:44:48 on 05/25/2017 by Lindsay Chason PAC*

Copyright (c) 2017 Quest Diagnostics Incorporated. All rights reserved.                    Page **7** of **7**

UNC000026