REPORT: RXC920          08/02/18          FL WALGREENS PURGED DATA FOR STORE  09556                                    PAGE: 255424

PAT LAST NAME          FIRST                              PAT ADDRESS                                                        PAT PHONE# BIRTH DATE

RX NUMBER        DRUG NAME                DRUG MFR                      CTL    PLAN     DOC PHONE#    DEA#
DOC NAME         DOC ADDRESS
ORIG DATE    QTY   REFILLS  DAYS SUPPLY  RX COMMENTS  CUST AMT   TOT AMT   FILL SOLD DATE    CLAIM #    PARTIAL CODE    PLAN
ENTER DATE  CIND  ENT/VER   FILL/VER  REFILL   FILL QTY
AUTH NBR    AUTH BY                                                                               RX IMAGE :D

TRIOLO          , RICHARD           1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                                        (631)6C3-4863          1974

RX 08268664  HYDROCODONE/ACETAMINOPHEN 5-325 TB    ACTAVIS                      C2    FLBC     09556861486849C6315
CARO, C 820 PRUDENTIAL DR JACKSONVILLE, FL 32068 7718                                        (904)819-4300   FG3341790
SIG: TK I T PO Q 6 H PRN PAIN.
02/11/2017       8     0      2

                                                                               02/11/2017     170425739535011999
RX 08349746  HYDROCODONE/ACETAMINOPHEN 5 325 TB      ORIG     5.00      5.00    C2  FLBC       095568214894473301S        FLBC
ROJAS, C 835 PRUDENTIAL DR JACKSONVILLE, FL 32068 7718                                       (904)348-0974   FRC487397
SIG: TK I T PO Q 6 H PRN
03/04/201~       28    0      7

```
REPORT: RX09920          08/02/18          FL WALGREENS PURGED DATA FOR STORE 06385                          PAGE: 300932

PAT LAST NAME:            FIRST          PAT ADDRESS                                               PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                      DRUG MYR                    CTL  PLAN      RX IMAGE ID
DOC NAME    DOC ADDRESS                                                    DOC PHONE#       DEA#
ORIG DATE   QTY  REFILLS DAYS SUPPLY  RX COMMENTS
ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL  CUST AMT        TOT AMT   FILL SOLD DATE   CLAIM #          PARTIAL CODE   PLAN
AUTH NBR    AUTH BY

TRIOLO          , RICHARD        1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                    (631)603-4863                /1974

RX 1415122   METHOCARBAMOL 750MG TABLETS                  CAMBER                          RX   FLBC    063858149011644410
ASAD, S 841 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                                              (904)404-7044  BA9519488
SIG: TK 1 T TO TID PRF MUSCLE SPASM.
03/16/2017      90                      30
03/21/2017               90        ORIG         10.19          0.00    03/30/2017       1708045302590003999               FLBC
                                                                                                  063858149011645119
RX 1415147   LIDOCAINE-PRILOCAINE CREAM 300M   ACTAVIS                              RX   FLBC    (904)404-7044  BA9519488
ASAD, S 841 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718
SIG: APPLY TO AFFECTED AREAS TID PRN
03/16/2017      60                      30
03/21/2017       60        ORIG         15.00         36.89    03/30/2017       1708046726380133999               FLBC
```

REPORT: RX0920        08/02/18        FL WALGREENS PURGED DATA FOR STORE  06385                                PAGE: 300934

PAT LAST NAME      FIRST            PAT ADDRESS                                                        PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                              DRNG MPR                              RX IMAGE ID
DOC NAME          DOC ADDRESS                                          CTL   PLAN        DOC PHONE#      DEA#
ORIG DATE    QTY   REFILLS DAYS SUPPLY  RX COMMENTS
ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL     FILL SOLD DATE   CLAIM #                PARTIAL CODE   PLAN
AUTH NBR    AUTH BY                     TOT AMT          CUST AMT

RX 1415141   METHYLPREDNISOLONE 4MG DOSPAK 21'S    CADISTA
ASAD, S #41 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                    RX    FLBC                     06385701490116455715
SIG:TK UTD                                                                                              (904)404-7044  BA9519488
03/21/2017   21        0        6     ORIG       03/30/2017       1708046738700033999
03/16/2017   21   AKT/MKP                            13.34           0.00                                FLBC

WALGREENS000003

```
REPORT: FX0920        11/02/18       FL WALGREENS PURGED DATA FOR STORE  06385                                         PAGE: 291186

  PAT LAST NAME      FIRST          PAT ADDRESS                                                            PAT PHONE#  BIRTH DATE

RX NUMBER   DRUG NAME
  DOC NAME            DOC ADDRESS                                      DRUG MFR                      DOC PHONE#  DEA#
  ORIG DATE   QTY   REFILLS  DAYS SUPPLY  RX COMMENTS   CUST AMT  TOT AMT   FILL SOLD DATE  CLAIM #      PARTIAL CODE    PLAN
  ENTER DATE  CIND  ENT/VER   FILL QTY   REFILL
  AUTH NBR    AUTH BY                                                            CTL    PLAN    FILL SOLD DATE     RX IMAGE ID

TRIOLO       ,  RICHARD        1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                                (631)603-4863         1974

RX 1433495  GABAPENTIN 300MG CAPSULES             AMNEAL                                                 06395691494631C5817
ASAD, S 3636 UNIVERSITY BLVD S JACKSONVILLE, FL 32068-7718                       RX     FLBC             (904)404-7044  BA9519469
  SIG: TK 1 C PO TID
  05/10/2017     90        30
  05/10/2017  TKS/JJB       90           ORIG
  PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                   6.31      0.00   05/11/2017    17130426154004999
  SIG: TK 1 T PO BID                                                 PACK                   RX    FLBC   063854814998C089815
  07/11/2017     60        30           ORIG                                                            (904)647-9199  BP2556960
RX 1455545  DICLOFENAC SODIUM 50MG DR TABLETS                                                           FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                        07/11/2017  17192518396702999
  SIG: TK ONE C PO QPM AT SLEEP TIME                                     15.00     0.68     RX    FLBC   063854714998C089214
  07/11/2017     30   0    30           DCK/JJB      60    ORIG    MYLAN                                 (904)647-9199  BP2556960
RX 1455546  DOXEPIN 50MG CAPSULES                                                                      FLBC
```

REPORT: RX0920          11/02/18          FL WALGREENS PURGED DATA FOR STORE: 06385                                    PAGE: 291187

PAT LAST NAME          FIRST                    PAT ADDRESS                                                   PAT PHONE# BIRTH DATE

RX NUMBER      DRUG NAME                          DRUG VER        CTL  PLAN           RX IMAGE ID
DOC NAME       DOC ADDRESS                                             DOC PHONE#     DEA#
ORIG DATE    QTY  REFILLS  DAYS SUPPLY  RX COMMENTS         FILL SOLD DATE   CLAIM #        PARTIAL CODE    PLAN
ENTER DATE  CIND  ENT/VER  FILL QTY    REFILL       CUST AMT    TOT AMT
AUTH NBR     AUTH BY

07/11/2017      JJB/JJB        30          ORIG                   07/11/2017    17192518667400398
RX 1455598  HYDROCODONE/ACETAMINOPHEN 10-325 T        ACTAVIS    C2   FLRC     0638546149980088713              FLRC
PARDO, R 4051 PHILIPS HWY JACKSONVILLE, FL 32068-7718                          (904)647-9199   BP2556960
   SIG: TK 1 T PO Q 4 TO 6 H PRN P, MAXIMUM OF 6 TS PER 24 H
07/11/2017     60    0    60    10      ORIG         14.81       0.00      07/11/2017   17192518855402559       FLRC

```
REPORT: PX09320      02/02/19        FL WALGREENS PURGED DATA FOR STORE  06385                                    PAGE: 294569

PAT LAST NAME        FIRST              PAT ADDRESS                                                      PAT PHONE# BIRTH DATE

RX NUMBER                DRUG NAME                           DRUG MFR     CTL  PLAN      RX IMAGE ID
DOC NAME                 DOC ADDRESS                                           DOC PHONE#       DEA#
ORIG DATE   QTY  REFILLS DAYS SUPPLY  RX COMMENTS
ENTER DATE  CIND ENT/VER FILL QTY      REFILL            CUST AMT  TOT AMT     FILL SOLD DATE  CLAIM #      PARTIAL CODE   PLAN
AUTH NBR    AUTH BY
-------------------------------------------------------------------------------------------------------------------------------
TRIOLO      , RICHARD       1933 ECLIPSE DR MIDDLEBURG, FL 32068-718                                     (631)603-4863  1974

RX 1464014  DICLOFENAC POTASSIUM 50MG TABLETS   TEVA                      RX   FLRC    06385821501780084914
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                           (904)647-9199  BC2556960
  SIG: TK 1 T PO BID
06/03/2017    60       0        30
```

WALGREENS000006

REPORT: RX09420          02/02/19          FL  WALGREENS PURCHD DATA FOR STORE  06385                          PAGE: 294570

PAT LAST NAME          FIRST                          PAT ADDRESS                                                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                    DHHS MFR                      CTL   PLAN
DOC NAME     DOC ADDRESS                                                     RX IMAGE ID    DEA#
ORIG DATE    QTY   REFILLS  DAYS SUPPLY  RX COMMENTS                          DOC PHONE#
ENTER DATE   CIND  ENT'VER  REFILL       COST AMT    ZOC AMT    CUST AMT     FILL SOLD DATE  CLAIM #    PARTIAL CODE    PLAN
AUTH NBR     AUTH BY

08/03/2017   RRL/JAR   60                ORIG    MYLAN                              08/03/2017           1721544590160259994
RX 14664015  DOXEPIN 50MG CAPSULES                                                 RX   FLBC            0638544150170086019                     FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556960
SIG: TK ONE C PO QHS
08/03/2017   30        0        30        15.00      21.76       15.00

08/03/2017   CMA/JAR   0                 ORIG    ACTAVIS                            08/03/2017           1721544714620079994
RX 14664017  HYDROCODONE/ACETAMINOPHEN 10-325                                       C2   FLBC            0638983150170089415                     FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556960
SIG: TK 1 T PO Q 4 TO 6 H FOR PAIN ( MAX 6 TS PER 24 HOURS )
08/03/2017   60        0        10        14.81      20.53       15.00

08/03/2017   JPL/JAR   60                ORIG    SANDOZ                             08/03/2017           1721544741440219994
RX 14664018  TIZANIDINE 4MG TABLETS                                                 RX   FLBC            0638581170170084419                     FLBC
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                                  (904)647-9199  BP2556960
SIG: TK 1 T PO BID OR EVERY 6 HOURS. MAX 3 DOSES PER 24 HOURS
08/03/2017   60        0        20        14.81      0.00        14.81

08/03/2017   RFL/JAR   60                OMZG    MYLAN                              08/03/2017           1721548803450169994
RX 14714565  DOXEPIN 50MG CAPSULES                                                 RX   FLBC            0638095150170949314                     FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556960
SIG: TK ONE C PO QPM AT SLEEP TIME
08/31/2017   30        0        30        11.14      16.53       11.14

08/31/2017   VYR/JAR   40                ORIG    PACK                               09/02/2017           1724346520100159994
RX 14714566  DICLOFENAC SODIUM 50MG DR TABLETS                                      RX   FLBC            0638071150170994818                     FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556960
SIG: TK 1 T PO BID
08/31/2017   40        0        20        15.00      0.68        15.00

08/31/2017   MMD/JAR   60                ORIG    SANDOZ                             09/02/2017           1724346542830179994
RX 14714567  TIZANIDINE 4MG TABLETS                                                 RX   FLBC            0638506150170948311                     FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556969
SIG: TK 1 T PO BID Q 6 H. MAX 3 DOSES PER 24 H
08/31/2017   60        0        30        15.00      0.00        10.99

08/31/2017   JJB/JAR   60                OMZG    ACTAVIS                            09/02/2017           1724346599170024994
RX 14715238  HYDROCODONE/ACETAMINOPHEN 10-325                                       C2   FLBC            0638523150170436112619                  FLBC
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                                    (904)647-9199  BP2556960
SIG: TK 1 T PO Q 4 TO 6 H PRN P
08/31/2017   60        0        10        10.99      0.00        14.91

09/02/2017   HRB/RKK   60                ORIG    SANDOZ                             09/02/2017           1724537143130159994
RX 14662529  TIZANIDINE 4MG TABLETS                                                 RX   FLBC            0638556150170228811                     FLBC
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                                  (904)647-9199  BP2556960
SIG: TK 1 T PO BID
10/03/2017   60        0        30

```
REPORT: RX0920        02/02/19              FL WALGREENS PURGED DATA FOR STORE  06385                    PAGE: 294571

PAT LAST NAME        FIRST                  PAT ADDRESS                                                  PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                                           CTL  PLAN        RX IMAGE ID
   DOC NAME    DOC ADDRESS                                      DOC PHONE#       DEA#
   ORIG DATE   QTY   REFILLS  DAYS SUPPLY  RX COMMENTS          FILL SOLD DATE   CLAIM #       PARTIAL CODE   PLAN
   ENTER DATE  CIND  ENT/VER  FILL QTY     REFILL
   AUTH NBR    AUTH BY                                          CUST AMT         TOT AMT     DRUG MFR

RX 1488275  DOXEPIN 50MG CAPSULES            60        ORIG         MYLAN                    1727936453690066999
   PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                    06385981507302290614   BP2556960
   10/06/2017                                             10/06/2017   FLBC     (904)647-9199
   SIG: TK ONE C PO QHS                                   RX    FLBC
   10/03/2017     30      0      30                        9.10           0.00

RX 1488276  DICLOFENAC SODIUM 50MG DR TABLETS  30      ORIG         PACK                     1727938150640066998
   PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                    06385971507302290117   BP2556960
   10/06/2017                                             10/06/2017   FLBC     (904)647-9199
   SIG: TK 1 T PO BID                                     RX    FLBC
   10/03/2017     60      0      30                       15.00          10.53

RX 1488277  HYDROCODONE/ACETAMINOPHEN 10-325  T   60   ORIG         ACTAVIS                  1727938187340011999
   PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                    06385951507302290915   BP2556960
   10/06/2017                                             10/06/2017   FLBC     (904)647-9199
   SIG: TK 1 T PO Q 4 TO 6 H F                            C2    FLBC
   10/03/2017     60      0      10                       10.48           0.00

RX 1497042  HYDROCODONE/ACETAMINOPHEN 10-325   60      ORIG         ACTAVIS                  1727938226240011999
   PARDO, R 2800 HARTLEY RD JACKSONVILLE, FL 32068-7718                                      06385961509470033318   BP2556960
   10/06/2017                                             10/06/2017   FLBC     (904)647-9199
   SIG: TK 1 T PO Q 1 TO 6 H P, MAXIMUM 6 TS PER 24 H    C2    FLBC
   10/31/2017     60      0      15                       12.65           0.00
```

WALGREENS000008

REPORT: RX09920        05/02/19        FL    WALGREENS PURGED DATA FOR STORE    06385        PAGE: 321343

PAT LAST NAME        FIRST        PAT ADDRESS        PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME
DOC NAME    DOC ADDRESS
ORIG DATE    QTY    REFILLS    DAYS SUPPLY    DRUG MFR        CTL    PLAN    RX IMAGE ID
ENTER DATE    CIND    ENT'VER    FILL.QTY    CUST AMT    TOT AMT    FILL.SOLD DATE    DOC PHONE#    CLAIM #    PARTIAL CODE    PLAN
AUTH NBR    AUTH BY    REFILL    RX COMMENTS

TRICLO            , RICHARD        1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718        (631)603-4863        ▮▮▮▮1974

RX 1497845   DOXEPIN 50MG CAPSULES
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718    XYLAN            RX    FLBC        0638598150947004118
10/31/2017    30        30                        (904)647-9199    BP2556960    FLBC
    STG: TK ONE C PO QFM AT SLEEP TIME
10/31/2017    30    0    30

    10/31/2017            SUP/NMP    30        ORIG                    1730444230810049938
RX 1497847   DICLOFENAC SODIUM 50MG DR TABLETS            PACK    11/02/2017   RX   FLBC    0638597150947003312
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960    FLBC
    STG: TK 1 T PO BID
10/31/2017    60    0    30

    10/31/2017        TDS/JJB    60        ORIG                        1730444270940014999
RX 1497848   RANITIDINE 4MG TABLETS            SANDOZ    11/02/2017   RX   FLBC    0638599150947004517
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960    FLBC
    STG: TK 1 T PO BID, Q 6 H, MAXIMUM 3 DOSES IN 24 H
10/31/2017    60    0    20

    10/31/2017        AKG/JJB    60        ORIG                        1730444338601009998
RX 1498161   EXMDNA 30-1.2MG CAPSULES            PFIZER    11/02/2017   C2        0638562150954317716
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (304)647-9199    BP2556960
    STG: TK ONE C PO EVERY 12 HOURS    C2
XFER FROM STORE: 6385 RX# 1501616   RPH INIT: JJB   ENT INIT: RRL   11/09/2017    XFER FROM STORE DEA: BW7618234   RPH INIT: BW7618234
    11/02/2017    60    0    30

RX 1498162   HYDROCODONE/ACETAMINOPHEN 10-325 T            ACTAVIS    11/02/2017   C2   FLBC    0638566150954316710
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960
    STG: TK 1 T PO EVERY 4 TO 6 HOURS FRN: P    C2
10/31/2017    60    0    10

    10/31/2017        RRL/NMP    60        ORIG                        1730531573330002999
RX 1501616   LORDEDA 30 1.2MG CAPSULES            PFIZER    11/02/2017   C2        0638562150954317716
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960    FLBC
    STG: TK ONE C PO EVERY 12 HOURS
10/31/2017    60    0    0

RX 1512780   DOXEPIN 50MG CAPSULES            AMNEAL            RX    FLBC    0638592151267030217
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960
    STG: TK ONE C PO QFM AT SLP TIME
12/07/2017    30    0    30

    12/07/2017        DSL/JJB    30        ORIG                        1734146687830015999
RX 1512781   DICLOFENAC SODIUM 50MG DR TABLETS            PACK    12/07/2017   RX   FLBC    0638593151267035517
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                        (904)647-9199    BP2556960
    STG: TK 1 T PO BID
12/07/2017    60    0    30

```
REPORT: RX20920    05/02/19         FL WALGREENS PURGED DATA FOR STORE  06395                    PAGE: 321344

    PAT LAST NAME     FIRST         PAT ADDRESS                                        PAT PHONE#  BIRTH DATE

RX NUMBER    DRUG NAME                    DRUG MFR          CTL   PLAN        RX IMAGE ID
DOC NAME     DOC ADDRESS                                    DOC PHONE#        DEA#
ORIG DATE    QTY   REFILLS   DAYS SUPPLY   RX COMMENTS       FILL SOLD DATE   CLAIM #         PARTIAL CODE  PLAN
ENTER DATE   CIND  ENT/VER   FILL QTY      REFILL   TOT AMT  CUST AMT
AUTH NBR     AUTH BY

            12/07/2017      WXK/JJB          40            ORIG                                                           FLBC
RX 1512782  HYDROCODONE/ACETAMINOPHEN 10-325 T             ACTAVIS         12/07/2017   17341467167001999999
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                       C2   FLBC    06385911512673025122
  SIG: TK 1 T PO Q 4 TO 6 H F, MAXIMUM OF 6 IS PER 24 H                                 (904)647-9199   BP2556960
12/07/2017     60      0     10

            12/07/2017      MMA/JJB          60            ORIG                                                           FLBC
RX 1512783  TIZANIDINE 4MG TABLETS                          SANDOZ         12/07/2017   17341467227700399999
PARDO, R 3051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                     RX   FLBC    06385901512673011418
  SIG: TK 1 T PO BID OR EVERY 6 HOURS , MAX 3 DOSES PER 24 HOURS                        (904)647-9199   BP2556960
12/07/2017     60      0     22

            12/07/2017      PRL/JJB          60            ORIG                                                           FLBC
RX 1523720  DOXEPIN 50MG CAPSULES                          AMNEAL         12/07/2017   17341467563003099999
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                       RX   FLBC    06385015150867901A
  SIG: TK ONE C PO QPM AT SLEEP TIME                                                    (904)647-9199   BP2556960
01/04/2018     30      0

            01/04/2018      RCL/JJB          30            ORIG              PACK          01/04/2018   18004426307801799999      FLBC
RX 1523721  DICLOFENAC SODIUM 50MG DR TABLETS                                           RX   FLBC    06385115150867941A         10.59
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
  SIG: TK 1 T PO BID
01/04/2018     30      0

            01/04/2018      CAH/JJB          60            ORIG             AMNEAL         01/04/2018   18004426285023999         FLBC
RX 1523722  HYDROCODONE/ACETAMINOPHEN 10-325 T                                          C2   FLBC    06385481515086780112
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068 7718                                    (904)647-9199   BP2556960
  SIG: TK 1 T PO Q 4 TO 6 H P, MOD 6 IS
01/04/2018     60      0     10

            01/04/2018      GJB/JJB          60            ORIG             VALEANT        01/04/2018   18004426317303399898      FLBC
RX 1523723  RELISTOR 150MG TABLETS                                                      RX          06385215150867991A1
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
  SIG: TK 1 T PO ONCE D
01/04/2018     30      0

            01/04/2019      WXK/JJB          60            ORIG             SANDOZ         01/04/2018   18004427057703399         FLBC
RX 1523724  TIZANIDINE 4MG TABLETS
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    06385491515086785A1C
  SIG: TK 1 T PO Q 6 H ( Q 6 H ), MAXIMUM OF 3 DOSES IN 24 H                            (904)647-9199   BP2556960
01/04/2019     60      0     30
```

WALGREENS000010

# *Walgreens* There's a way

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED   06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:           1974      Gender: M

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1538202-6385 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 PER DAY | ACTAVIS | 00591- 2612-05 | C2 | 10 | 02/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | **Total** | | 1   Subtotal: | | 60 | **$ 15.00** |
| 1538204-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS | SANDOZ | 00185- 4400-51 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.79 |
| | | | | | | | | | | **Total** | | 1   Subtotal: | | 60 | **$ 6.79** |
| 1538205-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571- 0202-10 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.65 |
| | | | | | | | | | | **Total** | | 1   Subtotal: | | 60 | **$ 10.65** |
| 1538207-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238- 1171-09 | RX | 30 | 02/06/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | **Total** | | 1   Subtotal: | | 30 | **$ 5.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is, intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE IL 61834

*Walgreens* There's a way"

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE IL 61834

DATE PRINTED   06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:   (631) 603-4863
Date of Birth:   ████ 1974    Gender: M

Allergy Conditions:   None on file
Health                 None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1549808-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP | AMNEAL | 69238-1171-09 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | Total | 1 | Subtotal: | 30 | | | $ 5.00 |
| 1549809-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571-0202-10 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.65 |
| | | | | | | | | | Total | 1 | Subtotal: | 60 | | | $ 10.65 |
| 1549810-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAX 3 IN 24 HOURS | SANDOZ | 00185-4400-51 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.79 |
| | | | | | | | | | Total | 1 | Subtotal: | 60 | | | $ 6.79 |
| 1549811-6385 | HYDROCODONE/ ACETAMINOPHEN 10.325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 IN 24 HOURS | ACTAVIS | 00591-2612-05 | C2 | 30 | 03/06/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | Total | 1 | Subtotal: | 60 | | | $ 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE IL 61834

# *Walgreens* There's a way™

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page    3    of    14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:    06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ████ 1974    Gender: M

Allergy Conditions:  None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1549812-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | | | | **Total** | 1  Subtotal: | 30 | | **$ 10.00** |
| 1554796-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 15 | 03/19/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | **Total** | 1  Subtotal: | 60 | | **$ 15.00** |
| 1557346-6385 | METHOCARBAMO L 500MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR SPASMS | CAMBER | 31722-0533-01 | RX | 30 | 03/26/2018 | 90 | | NMP | TOPP RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.14 |
| | | | | | | | | | | | **Total** | 1  Subtotal: | 90 | | **$ 7.14** |
| 1559474-6385 | GABAPENTIN 300MG | TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY | AMNEAL | 65162-0102-50 | RX | 20 | 03/28/2018 | 120 | | JJB | TOPP RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.87 |
| | | | | | | | | | | | **Total** | 1  Subtotal: | 120 | | **$ 7.87** |
| 1559475-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED | CAMBER | 31722-0194-01 | C2 | 20 | 03/28/2018 | 120 | | JJB | TOPP RAYMOND | FT3262968 | (904)719-7404 | FLBC | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS,
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS000013

# *Walgreens* There's a way."

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page    4    of    14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED   06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: [redacted]1974    Gender: M

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| 1561438-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 120 | $15.00 |
| | | | | | | | | | | Total | | | 1    Subtotal: | FLBC | 10.00 |
| 1561443-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME FOR SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 30 | $10.00 |
| | | | | | | | | | | Total | | | 1    Subtotal: | FLBC | 5.00 |
| 1572603-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 05/03/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 30 | $5.00 |
| | | | | | | | | | | Total | | | 1    Subtotal: | FLBC | 5.00 |
| 1572604-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 10 | 05/03/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 30 | $5.00 |
| | | | | | | | | | | Total | | | 1    Subtotal: | FLBC | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way.

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page 5 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED  06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ____ 1974        Gender: M

Allergy Conditions:  None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| 1572613-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAXIMUM OF 3 DOSES PER 24 HOURS | APOTEX | 60505-0252-03 | RX | 20 | 05/03/2018 | 60 | | | | | | | |
| | | | | | | | Total | 1 | Subtotal: | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 60 FLBC | $ 15.00 9.04 |
| 1583293-6385 | METHYLPREDNISOLONE 4MG DOSPAK 21'S | FOLLOW PACKAGE DIRECTIONS | CADISTA | 59746-0001-03 | RX | 6 | 06/01/2018 | 21 | | | | | | | |
| | | | | | | | Total | 1 | Subtotal: | CMF | PARDO REYNALDO | BP2556960 | (904)647-9199 | 60 FLBC | $ 9.04 12.45 |
| 1583294-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/01/2018 | 30 | | | | | | | |
| | | | | | | | Total | 1 | Subtotal: | CMF | PARDO REYNALDO | BP2556960 | (904)647-9199 | 21 FLBC | $ 12.45 5.00 |
| | | | | | | | Total | 1 | Subtotal: | | | | | 30 | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ____ 1974    Gender: M

Allergy Conditions:    None on file
Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1583295-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 06/01/2018 | 60 | | CMF | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | **Total** | | | **1** | | | | **Subtotal** | **$ 15.00** |
| 1593952-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/29/2018 | 30 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | **Total** | | | **1** | | | | **Subtotal** | **$ 5.00** |
| 1593953-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 06/29/2018 | 60 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | **Total** | | | **1** | | | | **Subtotal** | **$ 15.00** |
| 1593962-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAX 3 DOSE PER 24 | UNICHEM | 29300-0169-15 | RX | 20 | 06/29/2018 | 60 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# *Walgreens* There's a way™

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page   7   of   14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED   06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ▓▓ 1974   Gender: M

Allergy Conditions:   None on file
Health   None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1603093-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 07/24/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199   60   FLBC | $ 9.20 |
| | | | | | | | | | | **Total** | 1   Subtotal: | | | $ 9.20 |
| | | | | | | | | | | | | | | 25.00 |
| 1605384-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | MAY TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 08/01/2018 | 60 | | CJG | PARDO REYNALDO | BP2556960 | (904)647-9199   30   FLBC | $ 25.00 |
| | | | | | | | | | | **Total** | 1   Subtotal: | | | 15.00 |
| 1606391-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY SPACE ATLEAST 6 HOURS APART NO MORE THAN 3 TABLETS PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 30 | 08/01/2018 | 60 | | CJG | PARDO REYNALDO | BP2556960 | (904)647-9199   60   FLBC | $ 15.00 |
| | | | | | | | | | | **Total** | 1   Subtotal: | | | 9.20 |
| | | | | | | | | | | | | | | $ 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:  06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ____ 1974      Gender: M

Allergy Conditions:  None on file
Health                          None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1616833-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 08/29/2018 | 30 | | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 30 | $ 5.00 |
| 1616834-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY 6 HOURS APART 1 MAX 3 DOSES/24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 08/29/2018 | 60 | | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 60 | $ 9.20 |
| 1617143-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 08/30/2018 | 60 | | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 60 | $ 15.00 |
| 1628884-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAXIMUM DAILY DOSE IS 3 DOSES PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 09/20/2018 | 60 | | | BLM | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS000018

# *Walgreens* There's a way·

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED    06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:  1974    Gender: M

Allergy Conditions:  None on file
Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1628985-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 09/30/2018 | 30 | | BLM | PARDO REYNALDO | BP2556960 | (904)647-9199    60    FLBC | $ 9.20 |
| | | | | | | | | Total | 1 | | | Subtotal: | | 5.00 |
| 1628986-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR CHRONIC NON-ACUTE | CAMBER | 31722-0194-01 | C2 | 12 | 09/30/2018 | 70 | | BLM | PARDO REYNALDO | BP2556960 | (904)647-9199    30    FLBC | $ 5.00 |
| | | | | | | | | Total | 1 | | | Subtotal: | | 15.00 |
| 1640256-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 10/29/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199    70    FLBC | $ 15.00 |
| | | | | | | | | Total | 1 | | | Subtotal: | | 5.00 |
| 1640257-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY. | UNICHEM | 29300-0169-15 | RX | 20 | 10/29/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199    30    FLBC | $ 5.00 |
| | | | | | | | | Total | 1 | | | Subtotal: | | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way.™

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ████ 1974     Gender: M

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AT 6 HOUR INTERVALS. MAXIMUM DAILY DOSE IS 3 TABLETS | | | | | | | | | | | | | |
| 1640258-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN ( MAY USE 1 TO 2 TABLETS EVERY 4 TO 6 HOURS). NON ACUTE PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 10/29/2018 | 70 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 60   FLBC | 15.00 |
| | | | | | | | | | | | **Total** | 1   Subtotal: | | | **$ 9.20** |
| 164479 1-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 11/08/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 70   FLBC | 10.00 |
| | | | | | | | | | | | **Total** | 1   Subtotal: | | | **$ 15.00** |
| 1674590-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR REDDY'S | 55111-0684-05 | RX | 20 | 01/22/2019 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | 30   FLBC | 6.41 |
| | | | | | | | | | | | **Total** | 1   Subtotal: | | | **$ 10.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901  EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ████ 1974    Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Total** | 1 | Subtotal: | 60 | | **$ 6.41** |
| 1674592-6385 | DOXEPIN 50MG CAPSULES | AMNEAL | 69238-1171-09 | RX | 30 | 01/22/2019 | 30 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | **Total** | 1 | Subtotal: | 30 | | **$ 5.00** |
| 1690778-6385 | DICLOFENAC 1% GEL 100GM | CIPLA | 69097-0524-44 | RX | 7 | 02/28/2019 | 100 | | JJB | JANSEN, PETER | BJ0247168 | (904)264-6404 | FLBC | 15.00 |
| | | | | | | | | | **Total** | 1 | Subtotal: | 100 | | **$ 15.00** |
| 1690787-6385 | DOXEPIN 50MG CAPSULES | AMNEAL | 69238-1171-09 | RX | 30 | 02/28/2019 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | **Total** | 1 | Subtotal: | 30 | | **$ 5.00** |

Instructions:
- TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME
- APPLY 2 GRAMS OF GEL TO AFFECTED AREA FOUR TIMES DAILY DO NOT APPLY MORE THAN 8 GRAM DAILY TO ANY ONE AFFECTED JONT
- TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS000021

*Walgreens* There's a way®

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: [        ]1974    Gender: M

Allergy Conditions:  None on file
Health                        None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702299-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR REDDY'S | 55111-0684-05 | RX | 20 | 03/28/2019 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.51 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **60** | **$ 6.51** |
| 1702301-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT | AMNEAL | 69238-1171-09 | RX | 30 | 03/28/2019 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **30** | **$ 5.00** |
| 1703850-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/01/2019 | 45 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **45** | **$ 15.00** |
| 17-5352-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/30/2019 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **30** | **$ 5.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED    06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ███ 1974    Gender: M

Allergy Conditions:  None on file
Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715353-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/30/2019 | 45 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | **Total** | | **1** | | **Subtotal:** | | | 45 | **$ 15.00** |
| 1726535-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 05/28/2019 | 45 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | **Total** | | **1** | | **Subtotal:** | | | 45 | **$ 15.00** |
| 1726353-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 05/28/2019 | 30 | | NMP | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | **Total** | | **1** | | **Subtotal:** | | | 30 | **$ 5.00** |
| 1736923-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/24/2019 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | **Total** | | **1** | | **Subtotal:** | | | 30 | **$ 5.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# *Walgreens* There's a way*

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:  06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:  ████1974    Gender: M

Allergy Conditions:  None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173692/4-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 06/24/2019 | 45 | 1 | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 FLBC | 15.00 |

| | | | | | | | | Total | 1 | Subtotal: | 45 | | | $ 15.00 |

Total Scripts:  50                                Total Price:            $ 500.30
Using generics you saved a total of:                                     $ 0.00
Using more generics you could have saved a total                         $ 0.00
Your insurance saved you a total of:                              $ 4,910.40
Your cash quantity discount saved you a total                            $ 0.00

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS000024