# Patient Ledger
Acct # Starts With: 407365

Advanced Diagnostic Group
Corporate Office:
607 W. MLK Blvd., Suite 103
Tampa, FL 33603

TRIOLO, RICHARD
1933 ECLIPSE DR
MIDDLEBURG, FL 32067
Phone:
Acct: 407365

| Date | Code | Description | Provider | Amount | Running Bal |
|---|---|---|---|---|---|
| 04/04/2018 | 72100 | XRAY LUMBAR 2 VIEWS | | 95.79 | 95.79 |
| 05/14/2018 | INS | STATE FARM INSURANCE | | -63.90 | 31.89 |
| 05/14/2018 | ADJ | Statutory Adjustment. | | -15.91 | 15.98 |
| | | | | | 15.98 |

08/21/18 9:24 AM

1/1

AD-BILL000001