

**Baptist Medical Center South**
PO Box 45094
Jacksonville, FL 32232-5094
Phone: 904-202-2092
Fax:  904-376-4174
A Not For Profit Hospital

Date of Itemized Bill:  8/03/17
Account Number:  55043210
Patient Name:  TRIOLO, RICHARD A
Patient Type:  E – EMERGENCY DEPARTMENT
Service Type:  ED – EMERGENCY ROOM
Date of Service:  02/11/2017 thru 02/11/2017
Physician:  CARO, CHRISTINA

Guarantor Name:  TRIOLO, RICHARD A
Guarantor Address:  1933 ECLIPSE DR
City, State Zip:  MACCLENNY  FL  32063

| Rev Code | Item Description | Date | Quantity | Total Charges |
|---|---|---|---|---|
| 251 | ACETAMINOPHEN TAB 325MG | 02/11/17 | 2 | .20 |
|  | Total for Revenue Code  DRUGS/GENERIC |  | .20 |  |
| 352 | CT SPINE CERVICAL W/O CON | 02/11/17 | 1 | 1958.00 |
|  | Total for Revenue Code  CT SCAN/BODY |  | 1958.00 |  |
| 450 | ED LEVEL 2 EMERGENCY CARE | 02/11/17 | 1 | 563.00 |
|  | Total for Revenue Code  EMERG ROOM |  | 563.00 |  |

Total Charges............:   2521.20

Total Adjustments.......:   630.30-

Total Patient Payments..:   .00

Total Insurance Payments:   1512.72-

Total Account Balance...:   378.18

If you have any questions concerning this itemized bill or if you wish to make payment arrangements, please contact our Customer Service Department at (904)202-2092 or email us at ptaccounting@bmcjax.com

BMC-BILL000001