# Activity for Patient TRIOLO II, RICHARD A. (Acct #22731)
## BAYMEADOWS MRI
### 7999 PHILLIPS HWY, SUITE 311
### JACKSONVILLE, FL 32256-2121

**Patient Address**

1933 ECLIPSE DR
MIDDLEBURG, FL 32068

**Referring Physician**

SYED ASAD, M.D.

| Invoice | Service Date | Procedure | Type | Description | Pay Source | Payment Type | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 16962 | 04/04/2017 | | Invoice | $232.98 DUE BY PATIENT | Posting Date: 04/12/2017 | | | |
| | 04/04/2017 | 72148 | Charge | MRI SPINAL CANAL LUMBAR W/O CONTR/ | | | $1300.00 | $1300.00 |
| | 05/31/2017 | 72148 | Payment | BCBS DND PIP IS PRIMARY --- JRCAIN | BLUE CROSS AND BLUE STATE FARM | EFT | $0.00 | $1300.00 |
| | 05/04/2017 | 72148 | Payment | | | Check | $-931.94 | $368.06 |
| | 05/04/2017 | 72148 | Adjustme | PIP W/O | | | $-135.08 | $232.98 |

### Activity Totals

| Medical Totals | | Open Item Totals | |
|---|---|---|---|
| Charges: | $1,300.00 | Open Items: | $0.00 |
| Payments: | $931.94 | Open Item Payments: | $0.00 |
| Adjustments: | $135.08 | Balance: | $0.00 |
| Balance: | $232.98 | | |

**Total Activity: $ 232.98**

© Copyright 2007 MedXLnce, Inc. All Rights Reserved.

BMRI-BILL000001