# PURCHASE ORDER

**PO #:** 422571

Our PO number must appear on all related correspondence, shipping papers and invoices.

**Invoice To**
JACKSONVILLE BEACH SURGERY CENTER
3316 S THIRD ST
STE 200
JACKSONVILLE, FL 32250
Phone 904-247-8181    Fax 904-247-8101

Buyer **Jane Rainer**
Phone **904-493-4004**    Ext
Email **jrainer@surgerypartners.com**

**Vendor**
BLACK DIAMOND MEDICAL
703 EXECUTIVE DRIVE

WINTER PARK, FL 32789
Contact **ELLEN ADAMOWICZ**
Phone **407-960-1885**    Fax
Bill-to Account

**Ship To**
JACKSONVILLE BEACH SURGERY CENTER
3316 S THIRD ST
STE 200
JACKSONVILLE, FL 32250
Contact **Jane Rainer**
Phone **904-247-8181**    Fax **904-247-8101**
Ship-to Account

| P.O. DATE | DATE EXPECTED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| 3/22/2018 | 3/22/2018 | | | |

PO Number: 422571                                                                 Page 1

| Line | Vendor Item No | Inventory No | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 1 | PLIF-1LSYS | 414775 | System, PLIF 1 Level All Inclusive | 1 EA | 19,000.00 | 19,000.00 |

**Notes**
PAT: TRIOLO
DR: TOPP
DOS: 3/22/18
INS: LOP

| | |
|---|---|
| SUBTOTAL | 19,000.00 |
| DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| TOTAL | 19,000.00 |

Authorized Signature                                    Date

BDM-BILL000001