| **Patient Information** | 6688386 - TRIOLO, RICHARD | | DUVA·SAWKO |
|---|---|---|---|
| 1933 Eclipse Dr | | **Make Check Payable To:** | ERG |
| Macclenny,FL 32063 | | Emergency Resources Group | |
| DOB: | Phone: | PO Box 11349 | |
| **Guarantor Name** | NONE, | Daytona Beach,FL 321201349 | |

| **Date Of Service** | **Physician** | | | **Facility** | | | | **CPT** |
|---|---|---|---|---|---|---|---|---|
| 02/11/2017 | Caro, Christina | | | Bmc South | | | | 99284 |
| **Bill To** | **Status** | **Billed Date** | **Ded** | **Billed Amt** | **Paid Dt** | **Paid Amt** | **Check No** | **TIC** |
| | Charge | 02/11/17 | | $683.00 | 02/25/17 | ($683.00) | | |
| | Held | 02/25/17 | | $683.00 | 02/28/17 | $0.00 | | 284 |
| STATE FARM | Held | 02/28/17 | | $683.00 | 03/01/17 | $0.00 | | 192 |
| STATE FARM | Billed | 03/01/17 | | $683.00 | 03/28/17 | $546.40 | 1917396874 | 148 |
| | Billed | 03/28/17 | | $136.60 | 04/06/17 | $0.00 | | |
| | Rtd Mail | 04/06/17 | | $136.60 | 04/25/17 | $136.60 | | |

**Agency Balance:** $136.60     **Agency Com Due:** $0.00     **Proc Balance:** $0.00     Coll Stat: Y

**Total Balance:** $0.00