| | | | | | X | | MLS99999 | |
|---|---|---|---|---|---|---|---|---|
| TRIOLO, RICHARD | | | | 10 19 1974 | X | | SAME | |
| 1933 ECLIPSE DR | | | | | X | | SAME | |
| MIDDLEBURG | | | FL | | | | | |
| 32068 | | 6316034863 | | | | | | |
| SAME | | | | | | | | |
| | | | | | X | | 10 19 1974 | X |
| | | | | | X | | | |
| | | | | | X | | | |
| | | | | | | | X | |

Signature On File                                03 22 2018                                Signature on File

02 11 2017     431

DN     TOPP, RAYMOND

                                             0

M47.26

| 03 22 2018 | 03 22 2018 | 24 | 22630 |    | A | 21000.00 | 1 |
|---|---|---|---|---|---|---|---|
| 03 22 2018 | 03 22 2018 | 24 | 20930 |    | A | 6416.55 | 1 |
| 03 22 2018 | 03 22 2018 | 24 | 20936 |    | A | 3951.15 | 1 |
| 03 22 2018 | 03 22 2018 | 24 | 20936 | 59 | A | 3951.15 | 1 |
| 03 22 2018 | 03 22 2018 | 24 | 22853 |    | A | 6615.00 | 1 |
| 03 22 2018 | 03 22 2018 | 24 | 99070 |    | A | 645.00 | 1 |

62-1825684           X         A64618V1P321       X              Continued...         .00
                                                                                   904-247-8181
                              Jacksonville Beach Surgery    904-247-8181    Jacksonville Beach Surgery Center
                              3316 South Third Street, Ste 200              3316 South Third Street, Ste 200
                  04062018    Jacksonville Beach, FL  32250                 Jacksoville Beach, FL  32250
Amanda Hamilton               1497723720                                    1497723720

|   |   | X |   | MLS99999 |   |
|---|---|---|---|---|---|
| TRIOLO, RICHARD |   | 10 19 1974 | X | SAME |   |
| 1933 ECLIPSE DR |   | X |   | SAME |   |
| MIDDLEBURG |   | FL |   |   |   |
| 32068 | 6316034863 |   |   |   |   |
| SAME |   |   |   |   |   |
|   |   |   | X | 10 19 1974 | X |
|   |   |   | X |   |   |
|   |   |   | X |   |   |
|   |   |   |   | X |   |
| Signature On File |   | 03 22 2018 |   | Signature on File |   |
| 02 11 2017   431 |   |   |   |   |   |
| DN   TOPP, RAYMOND |   |   |   |   |   |
|   |   |   | 0 |   |   |
| M47.26 |   |   |   |   |   |

| 03 22 2018 | 03 22 2018 | 24 | L8699 |   | A | 57000.00 | 1 |
|---|---|---|---|---|---|---|---|

| 62-1825684 | X | A64618V1P321 | X |   | 99578.85 | .00 |
|---|---|---|---|---|---|---|
|   |   | Jacksonville Beach Surgery | 904-247-8181 |   | 904-247-8181 |   |
|   |   | 3316 South Third Street, Ste 200 |   | Jacksonville Beach Surgery Center |   |   |
|   | 04062018 | Jacksoville Beach, FL  32250 |   | 3316 South Third Street, Ste 200 |   |   |
|   |   |   |   | Jacksonville Beach, FL  32250 |   |   |
| Amanda Hamilton |   | 1497723720 |   | 1497723720 |   |   |

JBSC-BILL000002

## 191 - Jacksonville Beach Surgery Center
3316 South Third Street, Ste 200
Jacksoville Beach, FL 32250

Phone: 904-247-8181

## Visit Charge Detail

**Date of Service: 3/22/2018**

Date: September 8, 2020

Patient: TRIOLO, RICHARD   (64618 - 1)

**Account Title: TRIOLO, RICHARD (64618)**

1933 ECLIPSE DR
MIDDLEBURG, FL  32068

### Visit Information
**Procedure(s)**   POSTERIOR LATERAL INTERBODY FUSION L5-S1
**Performing Physician(s):**   TOPP, RAYMOND

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 22630 | 22630 | LUMBAR SPINE FUSION | | | $21,000.00 |
| 20930 | 20930 | ALLOGFT SPINE SURG ONLY; MORSELIZED | | | $6,416.55 |
| 20936 | 20936 | AUTOGFT SPINE SURG ONLY; LOCAL THRU | | | $3,951.15 |
| 20936 | 20936 | AUTOGFT SPINE SURG ONLY; LOCAL THRU | 59 | | $3,951.15 |
| 22853 | 22853 | INSERT INTERBODY BIOMECHANICAL DEVICE | | | $6,615.00 |
| 99070 | 99070 | SUPPLIES AND MATERIALS | | | $645.00 |
| L8699 | L8699 | PROSTHETIC IMPLANT NOT OTHERWISE | | | $57,000.00 |

**Diagnosis Codes:**   M47.26                    **Total Billed Charges:**   $99,578.85

### Transaction History

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 4/3/2018 | 1 - Primary Billing | $99,578.85 | $99,578.85 |

**Balance Due:**   $  99,578.85

## 191 - Jacksonville Beach Surgery Center
3316 South Third Street, Ste 200
Jacksonville Beach, FL 32250

Phone: 904-247-8181

## Visit Charge Detail

**Date of Service: 9/13/2018**

Date: September 8, 2020

**Patient: TRIOLO, RICHARD (64618 - 2)**
1933 ECLIPSE DR
MIDDLEBURG, FL 32068

*Account Title: TRIOLO, RICHARD (64618)*

### Visit Information
**Procedure(s)** LUMBAR EPIDURAL STEROID INJECTION
**Performing Physician(s):** TOPP, RAYMOND

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 62323 | 62323 | NJX DX/THER SBST INTRLMNR LMBR/SAC | | | $3,235.05 |
| Diagnosis Codes: | | M51.17 | | Total Billed Charges: | $3,235.05 |

### Transaction History

| Tx Date Description | Tx Amt | Running Balance |
|---|---|---|
| 9/20/2018 1 - Primary Billing | $3,235.05 | $3,235.05 |
| | Balance Due: $ | 3,235.05 |

JBSC-BILL000004