ENVISION PHYSICIAN SERVICES

RESPONSIBLE PARTY:

TRIOLO,RICHARD
1933 ECLIPSE DR
MIDDLEBURG,FL 32068-7718

PRINT DATE: 07/10/18

CUSTOMER SERVICE CONTACT:

844-248-4320

ACCT NO:  25335941       PATIENT NAME:  TRIOLO,RICHARD

| INVOICE | DATE | CODE | DESCRIPTION | AMOUNT |
|---------|------|------|-------------|--------|
| | FACILITY: JACKSONVILLE BEACH SURG CTR - Jacksonville,Fl | | | |
| | PROVIDER: CROWTHERS CRNA,WILL R | | | |
| 367937 | 03/22/18 | 22612 | CHG-ARTHRODESIS POSTERIOR/POSTE | 6100.00 |
| 367937 | 03/22/18 | 4048F | CHG-ANTIBIOTIC WAS ADMINISTERED | 0.00 |
| 367937 | 03/22/18 | 4250F | CHG-Actv Warmng Used Intraoprtv | 0.00 |
| 367937 | 03/22/18 | 4255F | CHG-Duration of general or neua | 0.00 |
| | 06/22/18 | | PYM-BLUE SHIELD PAYMENT AND ADJ | 2806.12 |
| | | | ADJUSTMENT | 2592.35 |
| | 06/27/18 | | PYM-INSURANCE COMPANY REFUND | 2806.12 |

                    **TOTAL OUTSTANDING FOR THIS CLAIM**       3507.65

                    **TOTAL PATIENT RESPONSIBILITY**       3507.65

OFFICE HOURS: MON-FRI 8:00 AM - 5:30 PM EST