**JACKSONVILLE SPORT & SPINE**

## Itemization of Charges

For Posting Date August 21, 2017

| | |
|---|---|
| Clinic: | JACKSONVILLE SPORT & SPINE |
| Address: | 2233 Park Ave Ste 200B Orange Park, FL 320735587 |
| Phone: | |
| Tax ID: | |
| WCAB: | |
| Employer: | |
| Patient #: | 11863 |
| Patient: | Richard Triolo |
| Date of Injury: | 02/11/2017 |

| | |
|---|---|
| Insurance #1: | |
| Adjuster: | |
| Group Number | |
| Policy Number: | |
| Insurance #2: | |
| Adjuster: | |
| Group Number: | |
| Policy Number: | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 32027 | 02/16/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 33.00 | – | (29.15) | 0.85 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | OFFICE/OP VISIT, NEW PT, 3... | 99203 | 181.00 | – | (147.00) | 34.00 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | LO sagitt rigid panel pref... | L0627 | 690.00 | – | (558.43) | 131.57 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.93) | 29.07 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 33422 | 03/15/2017 | M chael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | ,97530 | 50.00 | – | (40.00) | 10.00 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |

JSS-BILL000001

JACKSONVILLE SPORT & SPINE
**Itemization of Charges**
For Posting Date August 21, 2017

| 35546 | 04/13/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | (5.08) | (95.94) | 23.98 |
|---|---|---|---|---|---|---|---|---|
| 37606 | 04/27/2017 | Michael McDaniels, DC | THERAPEUTIC PROC, 1+ AREAS... | 97110 | 60.00 | – | (48.00) | 12.00 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | OFFICE/OP VISIT, EST PT, 2... | 99213 | 181.00 | – | (117.07) | 63.93 |
| 37264 | 05/11/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37264 | 05/11/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 37837 | 05/19/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37837 | 05/19/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 40920 | 06/22/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 40920 | 06/22/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | TENS suppl 2 lead per mont... | A4595 | 27.00 | – | (21.60) | 5.40 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | Tens four lead | E0730 | 2,085.00 | (1,390.00 ) | (592.89) | 102.11 |
| 41950 | 07/11/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 41950 | 07/11/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| **TOTALS** | | | | | **6,046.00** | **(1,395.08)** | **(3,699.01)** | |

BALANCE DUE    951.91

JSS-BILL000002