```
MBB RADIOLOGY
3599 UNIVERSITY BLVD S BLDG 300
JACKSONVILLE, FL 32216-4245
(904)399-5800


Patient:
    Acct #: 998289
    TRIOLO,RICHARD A
    1933 ECLIPSE DR
    MIDDLEBURG, FL 32068

Responsible party:
    TRIOLO, RICHARD A
    1933 ECLIPSE DR
    MIDDLEBURG, FL 32068
```

| Srvc. Date | Proc. Code | Proc. Description | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 02/11/2017 | 72125 | CT CERVICAL SPINE WO CONTRAST | $223.00 | $0.00 | OYOLA, EDUARDO |

STATE FARM Insurance Payment: 03/03/2017 of $178.40
Patient Payment: 05/16/2017 of $44.60

```
                              TOTAL BALANCE: $0.00
                              Print Date: 12/27/2017
```

This report has been Reproduced from the Original
Reproduced Wednesday, December 27, 2017 12:27:34 PM (ebuchanan)
Page 1 of 1

MBB-BILL000001