

**OMNI MEDICAL**

3900 S Stonebridge Dr. Suite 1501
McKinney, TX 75070
Tel: (214) 396-7227 Fax: (469) 453-3192

Invoice # 200213315
Vendor # 937200

# INVOICE

Date of Service: 03/22/18
Patient: Richard Triolo
MR#: 64618
Surgeon: Raymond Topp
Procedure: L5-S1 PLIF

Technician: Dana Chirico

| X | Units | Description | CPT |
|---|---|---|---|
| X | 3 | IOM-Hourly | 95941 |
|   |   | IOM 15 Min Medicare | G0453 |
|   |   | SSEP Upper/ SSEP Lower | 95938 |
|   |   | Triggered EMG | 95870 |
|   |   | TeMEP Upper /TeMEP Lower | 95939 |
| X | 1 | EMG 2 Extremity | 95861 |
|   |   | SSEP Upper | 95925 |
|   |   | SSEP Lower | 95926 |
|   |   | TeMEP Upper | 95928 |
|   |   | TeMEP Lower | 95929 |
|   |   | EMG Larynx | 95865 |
|   |   | BAEP | 92585 |
|   |   | EEG (non-cranial) (carotid) | 95955 |
|   |   | EEG (cranial) (>1 hour) | 95813 |
|   |   | EMG 1 Extremity | 95860 |
|   |   | Neuromuscular Junction Test | 95937 |
| X | 1 | Electrodes | A4556 |
| X | 1 | Lead Wires | A4557 |

Schedule Time:
Patient In Room:

Incision/Start Time: 08:25
End IOM: 11:48

X Remote Monitoring
Dr. Mark Ritch

| Description | Price | Qty | Amount |
|---|---|---|---|
| Intraoperative Neuromonitoring (per hour) | $3250.00 | 3 | $9750.00 |
| Complete SSEP- Upper & Lower | $1650.00 |   |   |
| Triggered EMG (w/ no other EMG performed) | $400.00 |   |   |
| Complete TcMEP- Upper & Lower | $2425.00 |   |   |
| EMG 2 Extremity | $450.00 | 1 | $450.00 |
| SSEP Upper | $825.00 |   |   |
| SSEP Lower | $825.00 |   |   |
| TeMEP Upper | $1212.50 |   |   |
| TeMEP Lower | $1212.50 |   |   |
| EMG 1 Extremity | $450.00 |   |   |

Total: $10,200.00

OMNI-BILL000001