Billing: Patient Ledger

11/02/2017

| Chart No. | Patient: | Account: | CURRENT | Primary: | SELF-PAY | Primary ID: | 181629728 |
|---|---|---|---|---|---|---|---|
| HF181629728 | TRIOLO, RICHARD (A,M,) 02/1/17 | | | Secondary: | | Secondary ID: | |
| Balance $: $1,600.00 | Phone: | DOB: | | | | | |

**Payment Status**

| Unapplied Patient Payments | $0.00 | **Balances** | | | | | |
|---|---|---|---|---|---|---|---|
| Last Patient Payment | $0.00 | | 0-30 | 31-60 | 61-90 | 91-120 | >121 | Total |
| Last Insurance Payments | $0.00 | Patient Aging | $1,600.00 | 0.0 | 0.0 | 0.0 | 0.0 | $1,600.00 |
| | | Insurance Aging | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $0.00 |
| | | Total | $1,600.00 | 0.0 | 0.0 | 0.0 | 0.0 | $1,600.00 |

| | Credit Amount |
|---|---|
| Unapplied Patient Payments | $0.00 |
| Net A/R | $1,600.00 |
| Guarantor Balance | $1,600.00 |

All

Sorted by: TOTAL_BALANCE DESC.

A/R Aging: All

| Service Date | Claim/Code | Provider | Charges | Ins. Payment | Adjustment | Ins. Balance | Pat. Resp. | Pat. Payment | Pat. Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2017 | 184328880 | ORANGE PARK SPINE INSTITUTE LLC | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 |
| 10/20/2017 | 99204 | | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 |

Practice Name: ORANGE PARK SPINE INSTITUTE LLC

Page 1 of 1

Date Created: 11/02/2017

OPSI-BILL000001