**Precision Imaging Center**
7860 Gate Parkway
Suite 123
JACKSONVILLE, FL 32256-7286
Phone: (904)996-8100
Fax: (904)996-8101
Tax ID:

Patient: 66771 - TRIOLO, RICHARD A
Date Created: Friday, March 13, 2020 1:55 PM

| DATE | REF. DOCTOR | DOCTOR | PROCEDURE | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE | PAYSOURCE | INS PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2018 | TOPP, RAYMOND | Jones, Kevin | 72131 - CT LUMBA | $624.23 | | | | | |
| 05/02/2018 | 428005 | | Payment | | $0.00 | $0.00 | | BCBS FL PPO | 548 |
| 05/02/2018 | 428006 | | Payment | | $0.00 | $390.18 | | BCBS FL PPO | 548 |
| 06/27/2018 | 492627 | | Payment | | $234.05 | $0.00 | | Patient | 0 |
| | | | | $624.23 | $234.05 | $390.18 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | 72158 - MRI LUMB | $1,635.43 | | | | | |
| 05/31/2019 | 910307 | | Payment | | $450.00 | $1,185.43 | | Med Link Capital | 635 |
| | | | | $1,635.43 | $450.00 | $1,185.43 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | A9578 - INJECTIO | $44.80 | | | | | |
| 05/31/2019 | 910308 | | Payment | | $0.00 | $44.80 | | Med Link Capital | 635 |
| | | | | $44.80 | $0.00 | $44.80 | $0.00 | | |
| 08/14/2019 | PARDO, REYNALD | Jones, Kevin | 72148 - MRI LUMB | $1,041.75 | | | | | |
| 08/21/2019 | 1026873 | | Payment | | $0.00 | $0.00 | | BLUE CROSS BL | 12 |
| 08/21/2019 | 1026874 | | Payment | | $0.00 | $750.37 | | BLUE CROSS BL | 12 |
| | | | | $1,041.75 | $0.00 | $750.37 | $291.38 | | |

Account Total: $3,346.21    $684.05    $2,370.78    $291.38

**Precision Imaging Center**
**7860 Gate Parkway**
**Suite 123**
**JACKSONVILLE, FL 32256-7286**
**Phone: (904)996-8100**
**Fax: (904)996-8101**
**Tax ID:**

Patient: 66771 - TRIOLO, RICHARD A

Date Created: Friday, March 13, 2020 1:55 PM

| DATE | REF. DOCTOR | DOCTOR | PROCEDURE | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE | PAYSOURCE | INS PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2018 | TOPP, RAYMOND | Jones, Kevin | 72131 - CT LUMBA | $624.23 | | | | | |
| 05/02/2018 | 428005 | | Payment | | $0.00 | $0.00 | | BCBS FL PPO | 548 |
| 05/02/2018 | 428006 | | Payment | | $0.00 | $390.18 | | BCBS FL PPO | 548 |
| 06/27/2018 | 492627 | | Payment | | $234.05 | $0.00 | | Patient | 0 |
| | | | | $624.23 | $234.05 | $390.18 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | 72158 - MRI LUMB | $1,635.43 | | | | | |
| 05/31/2019 | 910307 | | Payment | | $450.00 | $1,185.43 | | Med-Link Capital | 635 |
| | | | | $1,635.43 | $450.00 | $1,185.43 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | A9578 - INJECTIO | $44.80 | | | | | |
| 05/31/2019 | 910308 | | Payment | | $0.00 | $44.80 | | Med-Link Capital | 635 |
| | | | | $44.80 | $0.00 | $44.80 | $0.00 | | |
| 03/14/2019 | ERNST, EMILY | Estle, David | 73721 - MRI LOWE | $1,010.10 | | | | | |
| 03/15/2019 | 819526 | | Payment | | $308.45 | $0.00 | | Patient | 0 |
| 03/27/2019 | 821281 | | Payment | | $0.00 | $0.00 | | BLUE CROSS BL | 12 |
| 03/27/2019 | 821282 | | Payment | | $0.00 | $701.65 | | BLUE CROSS BL | 12 |
| | | | | $1,010.10 | $308.45 | $701.65 | $0.00 | | |
| 08/14/2019 | PARDO, REYNALD | Jones, Kevin | 72148 - MRI LUMB | $1,041.75 | | | | | |
| 08/21/2019 | 1026873 | | Payment | | $0.00 | $0.00 | | BLUE CROSS BL | 12 |
| 08/21/2019 | 1026874 | | Payment | | $0.00 | $750.37 | | BLUE CROSS BL | 12 |
| | | | | $1,041.75 | $0.00 | $750.37 | $291.38 | | |
| 10/24/2019 | ERNST, EMILY | Feldhaus, Jacob | 73721 - MRI LOWE | $1,010.10 | | | | | |
| 10/25/2019 | 1115063 | | Payment | | $123.38 | $0.00 | | Patient | 0 |
| 10/29/2019 | 1119352 | | Payment | | $0.00 | $0.00 | | BLUE CROSS BL | 12 |
| 10/29/2019 | 1119353 | | Payment | | $0.00 | $701.65 | | BLUE CROSS BL | 12 |
| | | | | $1,010.10 | $123.38 | $701.65 | $185.07 | | |
| | | | **Account Total:** | $5,366.41 | $1,115.88 | $3,774.08 | $476.45 | | |