## Patient Statement Inquiry

Patient : 140642342 - Triolo, Richard

| Date | Type | Description | Units | Amount |
|---|---|---|---|---|
| 08-02-2018 | 97161 | Evaluation, Low Complexity | 1.00 | 125.00 |
|  | 97535 | Self Care/Home Management Training | 1.00 | 55.00 |
|  | 97110 | Therapeutic Procedure | 1.00 | 50.00 |
| 08-14-2018 | Payment | DED FLORIDA BLUE: paid $0.00 for DOS :08/02/18 - 08/02/18: Batch# 24016est: Check # 206565297: [8/21/2018] ERA D RAB |  | 0.00 |
| 08-14-2018 | Discount | FLORIDA BLUE: discount of $145.28 for DOS :08/02/18 - 08/02/18:, Batch# 24016est: [8/21/2018] |  | -145.28 |
| 08-31-2018 | Statement | Statement of Account printed 08-31-2018 Patient Balance: $84.72 Insurance Balance: $0.00 Statement Type: 7 |  |  |
| 09-24-2018 | Payment | Patient: paid $84.72 for DOS :08/02/2018-08/02/2018: Batch# 27541est: Check # 319: [9/27/2018] MGO |  | -84.72 |
|  |  | **Total Charges on Account:** |  | 230.00 |
|  |  | **Total Payments on Account:** |  | -84.72 |
|  |  | **Total Discounts on Account:** |  | -145.28 |
|  |  | **Total Account Adjustments:** |  | 0.00 |
|  |  | **Total Account Charge Reversals:** |  | 0.00 |
|  |  | **Account Balance Due:** |  | 0.00 |