# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | 195310730 | 99205 | $522.50 | $0.00 | $0.00 | $0.00 | $522.50 |
| 07/11/2017 | 195310730 | 62323 | $322.31 | $0.00 | $0.00 | $0.00 | $322.31 |
| 07/11/2017 | 195310730 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 07/20/2017 | 195307940 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 07/20/2017 | 195307940 | 64495 | $217.18 | $0.00 | $0.00 | $0.00 | $217.18 |
| 07/20/2017 | 195307940 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 07/20/2017 | 195307940 | 64493 | $426.45 | $0.00 | $0.00 | $0.00 | $426.45 |
| 07/20/2017 | 195307940 | 64494 | $216.33 | $0.00 | $0.00 | $0.00 | $216.33 |
| 08/03/2017 | 189739381 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 08/11/2017 | 189739497 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 08/11/2017 | 189739497 | 64483 | $541.85 | $0.00 | $0.00 | $0.00 | $541.85 |
| 08/31/2017 | 189739288 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 10/03/2017 | 189739231 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 10/31/2017 | 191797951 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 12/07/2017 | 196941608 | 99214 | $269.23 | ($172.30) | $0.00 | ($96.39) | $0.54 |
| 01/04/2018 | 199408361 | 99214 | $280.03 | $0.00 | $0.00 | $0.00 | $280.03 |
| 02/06/2018 | 248679788 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 03/06/2018 | 206265030 | 99214 | $378.34 | $0.00 | $0.00 | $0.00 | $378.34 |
| 04/05/2018 | 248679946 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 05/03/2018 | 213735355 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 06/01/2018 | 248680907 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 06/29/2018 | 248682290 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |

Comments:

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 07/05/2018 | 248682767 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 07/05/2018 | 248682767 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 07/05/2018 | 248682767 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 07/05/2018 | 248682767 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 07/05/2018 | 248682767 | 64483 | $2,110.00 | $0.00 | $0.00 | $0.00 | $2,110.00 |
| 07/05/2018 | 248682767 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 07/05/2018 | 248682767 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 07/05/2018 | 248682767 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 07/24/2018 | 248683070 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 08/29/2018 | 223408994 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 09/27/2018 | 227442422 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 10/17/2018 | 231155879 | 64495 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/17/2018 | 231155879 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 10/17/2018 | 231155879 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 10/17/2018 | 231155879 | 64493 | $1,662.00 | $0.00 | $0.00 | $0.00 | $1,662.00 |
| 10/17/2018 | 231155879 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 10/17/2018 | 231155879 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/17/2018 | 231155879 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 10/17/2018 | 231155879 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/17/2018 | 231155879 | 64494 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | 64494 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |

Comments:

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 10/25/2018 | 231752654 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 10/25/2018 | 231752654 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/25/2018 | 231752654 | 64495 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/25/2018 | 231752654 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 10/25/2018 | 231752654 | 64493 | $1,662.00 | $0.00 | $0.00 | $0.00 | $1,662.00 |
| 11/08/2018 | 232381276 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 11/08/2018 | 232381276 | 64636 | $2,171.00 | $0.00 | $0.00 | $0.00 | $2,171.00 |
| 11/08/2018 | 232381276 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 11/08/2018 | 232381276 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 11/08/2018 | 232381276 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 11/08/2018 | 232381276 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 11/08/2018 | 232381276 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 11/08/2018 | 232381276 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 11/08/2018 | 232381276 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 11/08/2018 | 232381276 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 11/08/2018 | 232381276 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 11/27/2018 | 245049157 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 01/22/2019 | 241534973 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 02/28/2019 | 245049291 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 03/28/2019 | 248683578 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 04/01/2019 | 248684413 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |

Comments:

SJIPS-BILL000003

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 04/01/2019 | 248684413 | 64636 | $4,342.00 | $0.00 | $0.00 | $0.00 | $4,342.00 |
| 04/01/2019 | 248684413 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/01/2019 | 248684413 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 04/01/2019 | 248684413 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 04/01/2019 | 248684413 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 04/01/2019 | 248684413 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/01/2019 | 248684413 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 04/01/2019 | 248684413 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 04/01/2019 | 248684413 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 04/01/2019 | 248684413 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 04/29/2019 | 248680414 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 04/29/2019 | 248680414 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 04/29/2019 | 248680414 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 04/29/2019 | 248680414 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 04/29/2019 | 248680414 | 64636 | $4,342.00 | $0.00 | $0.00 | $0.00 | $4,342.00 |
| 04/29/2019 | 248680414 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/29/2019 | 248680414 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/29/2019 | 248680414 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 04/29/2019 | 248680414 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 04/29/2019 | 248680414 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 04/29/2019 | 248680414 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 05/28/2019 | 255317787 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |

Comments:

SJIPS-BILL000004

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 06/24/2019 | 255988341 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 07/23/2019 | 259115326 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 08/19/2019 | 261219118 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 08/20/2019 | 261218866 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 08/20/2019 | 261218866 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 08/20/2019 | 261218866 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 08/20/2019 | 261218866 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 08/20/2019 | 261218866 | 64483 | $2,110.00 | $0.00 | $0.00 | $0.00 | $2,110.00 |
| 08/20/2019 | 261218866 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 08/20/2019 | 261218866 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 08/20/2019 | 261218866 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 09/20/2019 | 265648506 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 09/25/2019 | 265654335 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 09/25/2019 | 265654335 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 09/25/2019 | 265654335 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 09/25/2019 | 265654335 | 64636 | $2,171.00 | $0.00 | $0.00 | $0.00 | $2,171.00 |
| 09/25/2019 | 265654335 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 09/25/2019 | 265654335 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 09/25/2019 | 265654335 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 09/25/2019 | 265654335 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 09/25/2019 | 265654335 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 09/25/2019 | 265654335 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |

Comments:

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 09/25/2019 | 265654335 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/09/2019 | 268684096 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 10/24/2019 | 268726568 | 20610 | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| 10/24/2019 | 268726568 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 10/24/2019 | 268726568 | J3301 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |
| 10/24/2019 | 268726568 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/24/2019 | 268726568 | 77002 | $326.10 | $0.00 | $0.00 | $0.00 | $326.10 |
| 10/24/2019 | 268726568 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 10/24/2019 | 268726568 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 10/24/2019 | 268726568 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 11/21/2019 | 276009864 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 12/20/2019 | 276009644 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 01/24/2020 | 284143777 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 03/20/2020 | 293333773 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 04/22/2020 | 289332890 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 05/20/2020 | 293337857 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 05/20/2020 | 292434295 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 06/18/2020 | 293338198 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 07/21/2020 | 295523990 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 08/07/2020 | 296156706 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 08/07/2020 | 296156706 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 08/07/2020 | 296156706 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |

Comments:

# Billing Statement

ST. Joseph Interventional Pain Specialists
12078 San Jose Blvd, Unit 2
Jacksonville, FL 32223
904-647-9199

Statement No: 113589
Statement Date: 9/15/2020

Patient: Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
69523467

Bill To: Triolo, Richard
1933 Eclipse Drive
Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 08/07/2020 | 296156706 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 08/07/2020 | 296156706 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 08/07/2020 | 296156706 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 08/07/2020 | 296156706 | 64483 | $2,110.00 | $0.00 | $0.00 | $0.00 | $2,110.00 |
| 08/07/2020 | 296156706 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 08/21/2020 | 297555091 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 09/14/2020 | 299814603 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 09/14/2020 | 299814603 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 09/14/2020 | 299814603 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 09/14/2020 | 299814603 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 09/14/2020 | 299814603 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 09/14/2020 | 299814603 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 09/14/2020 | 299814603 | 64636 | $4,342.00 | $0.00 | $0.00 | $0.00 | $4,342.00 |
| 09/14/2020 | 299814603 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 09/14/2020 | 299814603 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 09/14/2020 | 299814603 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 09/14/2020 | 299814603 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |

Please Remit This Amount          Balance Due Total:    $98,540.48

Comments:

SJIPS-BILL000007