

**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 6380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: November 8, 2017
Patient: Richard Triolo
DOB:
Services performed by Dr. Raymond F. Topp, M.D.
Office visit: November 8, 2017

| CPT | Charge |
|---|---|
| 99245   Office Consultation Level 5 | $1,200 |
| Total: | $1,200 |

TOPP-BILL000001




**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: February 21, 2018
Patient: Richard Triolo
DOB:
Services performed by Dr. Raymond F. Topp, M.D.
Pre-operative office visit: February 21, 2018

| CPT | | Charge |
|---|---|---|
| 99243 | Office Consultation Level 3 Pre-op Visit | $350 |
| L0637 | Lumbar brace | $1,314 |
| Total: | | $1,664 |

TOPP-BILL000002




**TOPP SPINE & ORTHOPAEDICS**

Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Richard Triolo

Date of Birth:

Date of surgery: 03/22/2018

Jax Beach Surgery Center

Surgeon: Dr. Raymond Topp




**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: April 11, 2018
Patient: Richard Triolo
DOB:
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: April 11, 2018

| CPT | | Charge |
|---|---|---|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |




**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: March 28, 2018
Patient: Richard Triolo
DOB: :
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: March 28, 2018

| CPT | | Charge |
|---|---|---|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |




**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road. Suite 17-B, Jacksonville. FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: May 2, 2018
Patient: Richard Triolo
DOB:
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: May 2, 2018

| CPT | | Charge |
|---|---|---|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |

TOPP-BILL000006

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**3RD PARTY**

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X]
1a. INSURED'S I.D. NUMBER: **SELF**

2. PATIENT'S NAME: **TRIOLO RICHARD**
3. PATIENT'S BIRTH DATE / SEX: M [X]
4. INSURED'S NAME: **SELF**

5. PATIENT'S ADDRESS: **1933 ECLIPSE DRIVE**
   CITY: **MIDDLEBURG**  STATE: **FL**  ZIP: **32068**
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: **1933 ECLIPSE DRIVE**
   CITY: **MIDDLEBURG**  STATE: **FL**  ZIP: **32068**

10. IS PATIENT'S CONDITION RELATED TO:
    a. EMPLOYMENT: NO [X]
    b. AUTO ACCIDENT: NO [X]
    c. OTHER ACCIDENT: NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER:
    a. INSURED'S DATE OF BIRTH / SEX: M [X]
    b. OTHER CLAIM ID:
    c. INSURANCE PLAN NAME OR PROGRAM NAME: **3RD PARTY**
    d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S SIGNATURE: **SIGNATURE ON FILE**   DATE: **6/20/2018**
13. INSURED'S SIGNATURE: **SIGNATURE ON FILE**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
    A. **M54.5**

24. 
| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 14 18 | 06 14 18 | 11 | | 99214 | | A | 350 00 | 1 | NPI 1780620211 |

25. FEDERAL TAX I.D. NUMBER: **823224901** [X]
26. PATIENT'S ACCOUNT NO.: **1012P1023**
27. ACCEPT ASSIGNMENT: YES
28. TOTAL CHARGE: **$ 350 00**
29. AMOUNT PAID: **$ 0 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
    **RAYMOND F TOPP MD**
    **6/20/2018**

33. BILLING PROVIDER INFO & PH #: **904 719-7404**
    **TOPP SPINE AND ORTHOPAEDICS**
    **3316 3RD STREET S**
    **JACKSONVILLE BEACH FL 32250-609**
    **1780620211**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

TOPP-BILL000007



3RD PARTY

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) SELF |
|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) TRIOLO RICHARD | 3. PATIENT'S BIRTH DATE  SEX [X] M  F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SELF |
| 5. PATIENT'S ADDRESS (No., Street) 1933 ECLIPSE DRIVE | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) 1933 ECLIPSE DRIVE |
| CITY MIDDLEBURG   STATE FL | 8. RESERVED FOR NUCC USE | CITY MIDDLEBURG   STATE FL |
| ZIP CODE 32068   TELEPHONE | | ZIP CODE 32068   TELEPHONE |

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? YES [X] NO
a. INSURED'S DATE OF BIRTH   SEX [X] M

b. AUTO ACCIDENT? YES [X] NO   PLACE (State)

c. OTHER ACCIDENT? YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: **3RD PARTY**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**   DATE **8/17/2018**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind 0
A. **M54.5**

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 08 16 18  08 16 18 | 11 | | 99213 | A | 350 00 | 1 | | NPI | 1780620211 |

25. FEDERAL TAX I.D. NUMBER  **823224901**
26. PATIENT'S ACCOUNT NO. **1092P1023**
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE $ **350 00**
29. AMOUNT PAID $ **0 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
**RAYMOND F TOPP MD**
**8/17/2018**

33. BILLING PROVIDER INFO & PH # **904 719-7404**
**TOPP SPINE AND ORTHOPAEDICS**
**3316 3RD STREET S**
**JACKSONVILLE BEACH FL 32250-609**
**1780620211**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

TOPP-BILL000008




**TOPP SPINE & ORTHOPAEDICS**

Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: 08/30/2018
Patient: Richard Triolo
DOB:
Services performed by Dr. Raymond F. Topp, M.D.
Office visit:

| CPT | Charge |
|---|---|
| MRI Disc Reading | $150.00 |
| Total: | $150.00 |

TOPP-BILL000009



## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
3316 South Third Street Suite 201, Jacksonville Beach, FL 32250
**Phone**: 904-719-7404• **Fax**: 904-719-7405 • **Email**: scheduling@toppspine.com

Date: September 4, 2018
Patient: Richard Triolo
DOB:

Services performed by: Dr. Raymond F. Topp, M.D.
Estimate for procedure: Lumbar spine epidural injection

Richard Triolo, DOB          was seen at my office on August 16, 2018 for a follow up visit. After reviewing patient's history and MRI, I have determined the patient would benefit well from a Lumbar spine epidural injection. The Lumbar spine epidural injection is estimated at $1,015.00.

Listed below is an estimate for the physician's fee for a Lumbar spine epidural injection.

| CPT Codes: Lumbar spine epidural injection | Charge |
|---|---|
| 62323 | $1,015.00 |
| **Total** | $1,015.00 |

*signature*

Dr. Raymond F Topp

Orthopedic Surgeon

TOPP-BILL000010

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA

| 1. | MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in item 1) |
| | (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | SELF |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
TRIOLO RICHARD

3. PATIENT'S BIRTH DATE  SEX M[X] F[ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SELF

5. PATIENT'S ADDRESS (No., Street)
1933 ECLIPSE DRIVE

6. PATIENT RELATIONSHIP TO INSURED
Self[X] Spouse[ ] Child[ ] Other[ ]

7. INSURED'S ADDRESS (No., Street)
1933 ECLIPSE DRIVE

CITY: MIDDLEBURG  STATE: FL
ZIP CODE: 32068

CITY: MIDDLEBURG  STATE: FL
ZIP CODE: 32068

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT? YES[ ] NO[X]
   b. AUTO ACCIDENT? YES[ ] NO[X]
   c. OTHER ACCIDENT? YES[ ] NO[X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
   a. INSURED'S DATE OF BIRTH  SEX M[X] F[ ]
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES[ ] NO[X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 9/16/2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind: 0
A. M54.5   B. M48.061

| 24. | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MOD | DIAGNOSIS POINTER | $ CHARGES | DAYS | EPSDT | ID QUAL | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 13 18 | 09 13 18 | 24 | | 62323 | | AB | 1015 00 | 1 | | NPI | 1780620211 |
| 2 | 09 13 18 | 09 13 18 | 24 | | 76000 | | AB | 350 00 | 1 | | NPI | 1780620211 |
| 3 | 09 13 18 | 09 13 18 | 24 | | 62323 | AS | AB | 203 00 | 1 | | NPI | 1780620211 |
| 4 | 09 13 18 | 09 13 18 | 24 | | 76000 | AS | AB | 70 00 | 1 | | NPI | 1780620211 |

25. FEDERAL TAX I.D. NUMBER: 823224901  SSN/EIN: [X]
26. PATIENT'S ACCOUNT NO.: 1132P1023
27. ACCEPT ASSIGNMENT? YES[X] NO[ ]
28. TOTAL CHARGE: $ 1638 00
29. AMOUNT PAID: $ 0 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
RAYMOND F TOPP MD   9/16/2018

32. SERVICE FACILITY LOCATION INFORMATION
JACKSONVILLE BEACH SURGERY C
3316 3RD STREET S
JACKSONVILLE FL 32250-6091
1134182546

33. BILLING PROVIDER INFO & PH # 904 719-7404
TOPP SPINE AND ORTHOPAEDICS
3316 3RD STREET S
JACKSONVILLE BEACH FL 32250-609
1780620211

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

TOPP-BILL000011