

# INVOICE

Altercare LLC

Lakeside Two at Flagler Center

12740 Gran Bay Parkway West

Suite 2120

Jacksonville, FL 32256

Tax ID – 20-0110337

INVOICE – TRIOLO
4/10/2018

TO:

FOR:
Home Health Services
Triolo

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| 03/23/2018  RN – Skilled Nursing Visit | $150.00 | $150.00 |
| 03/24/2018 RN – Skilled Nursing Visit | $150.00 | $150.00 |
| 03/25/2018 RN – Skilled Nursing Visit | $150.00 | $150.00 |
| | | |
| | | |
| | | |
| | TOTAL | $450.00 |

Make all checks payable to Trilogy Home Healthcare
1645 Palm Beach Lakes Blvd.
Suite 1100
West Palm Beach, Fl 33407

THANK YOU FOR YOUR BUSINESS!