## Activity for Patient TRIOLO, RICHARD (Acct #1214)
### UNIVERSAL NEUROLOGICAL CARE P.A.
### 3636 UNIVERSITY BLVD S STE B-2
### JACKSONVILLE, FL 32216-4223

**Patient Address**

1933 ECLIPSE DRIVE
MIDDLEBURG, FL 32068

| Invoice | Service Date | Procedure | Type | Description | Pay Source | Payment Type | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 3259 | 05/25/2017 | | Invoice | $43.08 DUE BY PATIENT | Posting Date: 05/26/2017 | | | |
| | 05/25/2017 | 99214 | Charge | OFFICE VIST-EXTENSIVE EP | | | $220.00 | $220.00 |
| | 10/30/2017 | 99214 | Payment | STATE FARM MM | STATE FARM | Check | $-172.30 | $47.70 |
| | 10/30/2017 | 99214 | Adjustme | STATE FARM MM | | | $-4.62 | $43.08 |
| | 11/21/2017 | 99214 | Open Ite | BCBS DND AUTO PD MORE THAN ALLOWE | | | $0.00 | $43.08 |
| | 11/16/2017 | 99214 | Open Ite | BCBS DND ANOTHER PAYER MM | | | $0.00 | $43.08 |
| | 10/18/2017 | 99214 | Open Ite | FILED DEMAND 10/18/17 MM | | | $0.00 | $43.08 |
| 3151 | 05/10/2017 | | Invoice | $124.00 DUE BY PATIENT | Posting Date: 05/18/2017 | | | |
| | 05/10/2017 | 95886 | Charge | EMG 5 OR MORE MUSCLES/W/NCV PER E | | | $180.00 | $180.00 |
| | 06/05/2017 | 95886 | Payment | STATE FARM MM | STATE FARM | Check | $-144.00 | $36.00 |
| | 10/02/2017 | 95886 | Adjustme | BC/BS W/O | | | $36.00 | $72.00 |
| | 10/02/2017 | 95886 | Adjustme | BC/BS W/O | | | $88.00 | $160.00 |
| | 06/29/2017 | 95886 | Adjustme | BC/BS W/O | | | $-36.00 | $124.00 |
| | 06/29/2017 | 95886 | Adjustme | BC/BS W/O | | | $-88.00 | $36.00 |
| | 06/29/2017 | 95886 | Open Ite | BCBS DND AUTO PMT MEET BCBS ALLO | | | $0.00 | $36.00 |
| | 06/29/2017 | 95886 | Open Ite | NO ATTY AT TIME OF W/O | | | $0.00 | $36.00 |
| | 05/10/2017 | 95913 | Charge | NERVE CONDUCTION STUDIES 13 OR MO | | | $440.00 | $476.00 |
| | 06/05/2017 | 95913 | Payment | STATE FARM MM | STATE FARM | Check | $-352.00 | $124.00 |
| 2539 | 03/21/2017 | | Invoice | $8.43 DUE BY PATIENT | Posting Date: 03/29/2017 | | | |
| | 03/21/2017 | 99211 | Charge | OFFICE VIST-MINIMAL | | | $50.00 | $50.00 |
| | 04/28/2017 | 99211 | Payment | STATE FARM MM | STATE FARM | Check | $-33.71 | $16.29 |
| | 10/02/2017 | 99211 | Adjustme | BC/BS W/O | | | $8.43 | $24.72 |
| | 05/18/2017 | 99211 | Adjustme | BC/BS W/O | | | $-8.43 | $16.29 |
| | 04/28/2017 | 99211 | Adjustme | STATE FARM MM | | | $-7.86 | $8.43 |
| | 05/18/2017 | 99211 | Open Ite | BCBS DND AUTO PMT EXCEEDS ALLOW | | | $0.00 | $8.43 |
| | 05/18/2017 | 99211 | Open Ite | NO ATTY AT TIME OF W/O | | | $0.00 | $8.43 |
| 2503 | 03/16/2017 | | Invoice | $83.60 DUE BY PATIENT | Posting Date: 03/20/2017 | | | |
| | 03/16/2017 | 99205 | Charge | OFFICE VIST-COMPREHENSIVE NP | | | $420.00 | $420.00 |
| | 03/31/2017 | 99205 | Payment | STATE FARM MM | STATE FARM | Check | $-334.40 | $85.60 |
| | 10/02/2017 | 99205 | Adjustme | BC/BS W/O | | | $23.60 | $109.20 |
| | 04/28/2017 | 99205 | Adjustme | BC/BS W/O | | | $-83.60 | $85.60 |
| | 03/31/2017 | 99205 | Adjustme | STATE FARM MM | | | $-2.00 | $83.60 |
| | 04/28/2017 | 99205 | Open Ite | NO ATTY TIME OF W/O | | | $0.00 | $83.60 |
| | 04/28/2017 | 99205 | Open Ite | BCBS DND AUTO PMT MORE THAN ALLO | | | $0.00 | $83.60 |

### Activity Totals

| Medical Totals | | Open Item Totals | |
|---|---|---|---|
| Charges: | $1,310.00 | Open Items: | $0.00 |
| Payments: | $1,036.41 | Open Item Payments | $0.00 |
| Adjustments: | $14.48 | Balance: | $0.00 |
| Balance: | $259.11 | | |

Total Activity: $259.11

© Copyright 2007 MedXLnce, Inc. All Rights Reserved
UNC-BILL000001