*Walgreens* There's a way

Page 1 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:    Gender: M

Allergy Conditions: None on file
Health: None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1538202-6385 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 PER DAY | ACTAVIS | 00591-2612-05 | C2 | 10 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $15.00 |
| 1538204-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS | SANDOZ | 00185-4400-51 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.79 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $6.79 |
| 1538205-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571-0202-10 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.65 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $10.65 |
| 1538207-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 02/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 30 | $5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachments is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

**Walgreens** There's a way.

Page 2 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth: Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1549808-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP | AMNEAL | 69238-1171-09 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1549809-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571-0202-10 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.65 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 10.65 |
| 1549810-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAX 3 IN 24 HOURS | SANDOZ | 00185-4400-51 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.79 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 6.79 |
| 1549811-6385 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 IN 24 HOURS | ACTAVIS | 00591-2612-05 | C2 | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000002

*Walgreens* There's a way"

# INSURANCE PROFILE

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:        Gender: M

Allergy Conditions: None on file
Health               None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1549812-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $10.00 |
| 1554796-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 15 | 03/19/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $15.00 |
| 1557346-6385 | METHOCARBAMO L 500MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR SPASMS | CAMBER | 31722-0533-01 | RX | 30 | 03/26/2018 | 90 | | NMP | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.14 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 90 | $7.14 |
| 1558474-6385 | GABAPENTIN 300MG | TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY | AMNEAL | 65162-0102-50 | RX | 20 | 03/28/2018 | 120 | | JJB | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.87 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 120 | $7.87 |
| 1558475-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED | CAMBER | 31722-0194-01 | C2 | 20 | 03/28/2018 | 120 | | JJB | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000003

*Walgreens* There's a way"

Page 4 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED 06/25/2019

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:   Gender: M

Allergy Conditions: None on file
Health: None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| 1561438-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | $15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 120 | 10.00 |
| 1561443-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME FOR SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | $10.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | 5.00 |
| 1572603-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 05/03/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | $5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | 5.00 |
| 1572604-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 10 | 05/03/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | $5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# Walgreens There's a way"

## INSURANCE PROFILE

Page 5 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:   Gender: M

Allergy Conditions: None on file
Health: None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| 1572613-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAXIMUM OF 3 DOSES PER 24 HOURS | APOTEX | 60505-0252-03 | RX | 20 | 05/03/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.04 |
| | | | | | | | | | | | Total | | 1 | Subtotal: 60 | $ 15.00 |
| 1583293-6385 | METHYLPREDNISOLONE 4MG DOSPAK 21'S | FOLLOW PACKAGE DIRECTIONS | CADISTA | 59746-0001-03 | RX | 6 | 06/01/2018 | 21 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 12.45 |
| | | | | | | | | | | | Total | | 1 | Subtotal: 21 | $ 9.04 |
| 1583294-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/01/2018 | 30 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | | 1 | Subtotal: 30 | $ 12.45 |
| | | | | | | | | | | | | | | | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000005

*Walgreens* There's a way™

**INSURANCE PROFILE**

01/01/2008 through 06/25/2019

Page 6 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:                Gender: M

Allergy Conditions: None on file
Health              None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1583295-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 06/01/2018 | 60 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $15.00 |
| 1593952-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/29/2018 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 30 | $5.00 |
| 1593953-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 06/29/2018 | 60 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $15.00 |
| 1593962-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAX 3 DOSE PER 24 | UNICHEM | 29300-0169-15 | RX | 20 | 06/29/2018 | 60 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000006

*Walgreens* There's a way"

Page 7 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:          Gender: M

Allergy Conditions: None on file
Health              None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1603093-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 07/24/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | $9.20 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | 25.00 |
| | | | | | | | | | | | | | | | $25.00 |
| 1606384-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | MAY TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 08/01/2018 | 60 | | CJG | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 30 | $15.00 |
| 1606391-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY. SPACE ATLEAST 6 HOURS APART. NO MORE THAN 3 TABLETS PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 30 | 08/01/2018 | 60 | | CJG | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000007

*Walgreens* There's a way

Page 8 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:   Gender: M

Allergy Conditions: None on file
Health              None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1616833-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 08/29/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1616834-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY 6 HOURS APART  MAX 3 DOSES/24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 08/29/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.20 |
| 1617143-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 08/30/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 15.00 |
| 1628984-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAXIMUM DAILY DOSE IS 3 DOSES PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 09/30/2018 | 60 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# Walgreens There's a way"

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

Page 9 of 14

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:                  Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1628985-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 09/30/2018 | 30 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 60 $9.20 |
| | | | | | | | | | | | Total | | 1 Subtotal: | | 5.00 |
| 1628986-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR CHRONIC NON-ACUTE | CAMBER | 31722-0194-01 | C2 | 12 | 09/30/2018 | 70 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 30 $5.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | | 15.00 |
| 1640256-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 10/29/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 70 $15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | | 5.00 |
| 1640257-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY. | UNICHEM | 29300-0169-15 | RX | 20 | 10/29/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 30 $5.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000009

*Walgreens* There's a way™

Page 10 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:         Gender: M

Allergy Conditions: None on file
Health                  None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AT 6 HOUR INTERVALS MAXIMUM DAILY DOSE IS 3 TABLETS | | | | | | | | | | | | | |
| 1640258-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN.( MAY USE 1 TO 2 TABLETS EVERY 4 TO 6 HOURS). NON ACUTE PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 10/29/2018 | 70 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 60 | $9.20 |
| 1644791-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 11/08/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 70 | $15.00 |
| 1674590-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR.REDDY'S | 55111-0684-05 | RX | 20 | 01/22/2019 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.41 |
| | | | | | | | | | | | Total | | 1 Subtotal: | 30 | $10.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000010

**Walgreens** There's a way"

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page 11 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:     Gender: M

Allergy Conditions: None on file
Health              None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1674592-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 01/22/2019 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $6.41 |
| 1690778-6385 | DICLOFENAC 1% GEL 100GM | APPLY 2 GRAMS OF GEL TO AFFECTED AREA FOUR TIMES DAILY DO NOT APPLY MORE THAN 8 GRAM DAILY TO ANY ONE AFFECTED JOINT | CIPLA | 69097-0524-44 | RX | 7 | 02/28/2019 | 100 | | JJB | JANSEN, PETER | BJ3247168 | (904)264-6404 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |
| 1690787-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 02/28/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 100 | $15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

**Walgreens** There's a way™

Page 12 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth: Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Pbr Name | DEA# | Pbr Phone Plan | | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702299-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR.REDDY'S | 55111-0684-05 | RX | 20 | 03/28/2019 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.51 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $6.51 |
| 1702301-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT | AMNEAL | 69238-1171-09 | RX | 30 | 03/28/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |
| 1703850-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/01/2019 | 45 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 45 | $15.00 |
| 1715352-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/30/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000012

# Walgreens There's a way

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

Page 13 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:           Gender: M

Allergy Conditions: None on file
Health               None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715353-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/30/2019 | 45 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 45 | $15.00 |
| 1726351-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 05/28/2019 | 45 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 45 | $15.00 |
| 1726353-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 05/28/2019 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |
| 1736923-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/24/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS-BILL000013

*Walgreens* There's a way"

Page 14 of 14

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:
Date of Birth:                Gender: M

Allergy Conditions: None on file
Health: None on file

| Rx-Store | Medication | Instructions | Drug Mfr NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1736924-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR 00406-0523-01 ODT | C2 | 11 | 06/24/2019 | 45 | 1 | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |

Total 1 Subtotal: 45 $15.00

Total Scripts: 50                                Total Price:        $500.30
Using generics you saved a total of:                                 $0.00
Using more generics you could have saved a total                    $0.00
Your insurance saved you a total of:                             $4,910.40
Your cash quantity discount saved you a total                       $0.00

Page 14 of 14

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE IL 61834

WALGREENS-BILL000014