

CP-TRIOLO VEHICLE000001



CP-TRIOLO VEHICLE000002



CP-TRIOLO VEHICLE000003



CP-TRIOLO VEHICLE000004



CP-TRIOLO VEHICLE000005



CP-TRIOLO VEHICLE000006



CP-TRIOLO VEHICLE000007



CP-TRIOLO VEHICLE000008



CP-TRIOLO VEHICLE000009



CP-TRIOLO VEHICLE000010



CP-TRIOLO VEHICLE000011



CP-TRIOLO VEHICLE000012



CP-TRIOLO VEHICLE000013



CP-TRIOLO VEHICLE000014



CP-TRIOLO VEHICLE000015



CP-TRIOLO-VEHICLE000016



CP-TRIOLO VEHICLE000017



CP-TRIOLO VEHICLE000018



CP-TRIOLO VEHICLE000019



CP-TRIOLO VEHICLE000020



CP-TRIOLO VEHICLE000021



CP-TRIOLO VEHICLE000022