

CP-USPS VEHICLE000001



CP-USPS VEHICLE000002



CP-USPS VEHICLE000003



CP-USPS VEHICLE000004