# Google Maps — Loretto Rd & Old St Augustine Rd



Map data ©2020 Google   100 ft



## Loretto Rd & Old St Augustine Rd

Jacksonville, FL 32258
Intersection

 Directions
 Save
 Nearby
 Send to your phone
 Share

Photos

GM-COLLISION LOCATION000001

https://www.google.com/maps/place/Loretto+Rd+%26+Old+St+Augustine+Rd,+Jacksonville,+FL+32258/@30.1603668,-81.5997313,18z/data=!4m5!3... 1/2

Google Maps   Loretto Rd



Image capture: May 2019    © 2020 Google

Jacksonville, Florida

 Google

Street View



GM-COLLISION LOCATION000002