# Benefit Calculation

**Claim Number** 1180020060  
**Claimant** RICHARD TRILO  
1933 ECLIPSE DRIVE  
MIDDLEBURY, FL 32068  

**Date of Disability** Mar 22, 2018  
**Nature** Accident

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | Apr 05, 2018 - Apr 19, 2018 | 2 | 0 | 598 | 1196 |
| Social Security Tax | | | | 74.15 | |
| Medicare Tax | | | | 17.34 | |
| | | | | Total | 1196 |
| | | | | Taxes | 91.49 |
| | | | | Payment | $1,104.51 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | Apr 19, 2018 - May 03, 2018 | 2 | 0 | 598 | 1196 |
| Social Security Tax | | | | 74.15 | |
| Medicare Tax | | | | 17.34 | |
| | | | | Total | 1196 |
| | | | | Taxes | 91.49 |
| | | | | Payment | $1,104.51 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | May 03, 2018 - May 22, 2018 | 2 | 5 | 598 | 1623.14 |
| Social Security Tax | | | | 100.63 | |
| Medicare Tax | | | | 23.54 | |
| | | | | Total | 1623.14 |
| | | | | Taxes | 124.17 |
| | | | | Payment | $1,498.97 |

LFG-DISABILITY000001




**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha Ne 68114

## GROUP EXPLANATION OF BENEFITS

**DATE:** 04/30/2018

**PAYEE:** RICHARD TRILO
1933 ECLIPSE DRIVE
MIDDLEBURY, FL 32068



**GROUP NUMBER:** 0000100630590000
**CLAIM NUMBER:** 1180020060
**PAYMENT TYPE:** Direct Deposit

**CERTIFICATE NUMBER:** 4288261

**GROUP INFORMATION:** ATTN: KIM PERA
Baptist Health System, Inc.
841 PRUDENTIAL DRIVE Suite 640
Jacksonville, FL 32207

**BENEFIT - PERIOD 4/19/2018 TO 5/3/2018**

| | |
|---|---|
| GROSS WEEKLY BENEFIT - STD | $1,196.00 |
| **TAXES** | |
| MEDICARE TAX | $17.34 |
| SOCIAL SECURITY TAX | $74.15 |
| **DEPOSIT AMOUNT** | $1,104.51 |

**MESSAGES:**
FICA applies to the sick pay provided by an employer during the first six (6) months following disability. This is not a guarantee of benefits for this six (6) month period.

Please inform us immediately should any change occur in the disability status.

Direct Deposit has been made

If any questions, please call 1-800-423-2765
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

LFG-DISABILITY000002




The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha Ne 68114

## GROUP EXPLANATION OF BENEFITS

**DATE:** 05/14/2018

**PAYEE:** RICHARD TRILO
1933 ECLIPSE DRIVE
MIDDLEBURY, FL 32068



**GROUP NUMBER:** 00001006306900000
**CLAIM NUMBER:** 1180020060
**PAYMENT TYPE:** Direct Deposit

**CERTIFICATE NUMBER:** 4288261

**GROUP INFORMATION:** ATTN: KIM PERA
Baptist Health System, Inc.
841 PRUDENTIAL DRIVE Suite 640
Jacksonville, FL 32207

**BENEFIT - PERIOD 5/3/2018 TO 5/22/2018**

| | |
|---|---|
| GROSS WEEKLY BENEFIT - STD | $1,623.14 |
| **TAXES** | |
| SOCIAL SECURITY TAX | $100.63 |
| MEDICARE TAX | $23.54 |
| **DEPOSIT AMOUNT** | $1,498.97 |

**MESSAGES:**

FICA applies to the sick pay provided by an employer during the first six (6) months following disability. This is not a guarantee of benefits for this six (6) month period.

Please inform us immediately should any change occur in the disability status.

Direct Deposit has been made.

**··········FINAL PAYMENT MESSAGE··········**

Final Benefits - If Waiver of Premium was applicable, it will terminate with this payment period.

Final benefits are enclosed to the date the doctor indicated you could be released. If disability was extended beyond this date, please contact us immediately and provide the details.

If any questions, please call 1-800-423-2765
Lincoln Financial Group is the marketing name for Lincoln National Corpor...

LFG-DISABILITY000003