| Medical Provider | Total Billed |
| --- | --- |
| Richard Triolo MVC 2-11-2017 | |
| **Baptist Medical South** | |
| 2/11/2017 | $2,521.20 |
| TOTAL | $2,521.20 |
| **Baymeadows MRI** | |
| 4/4/2017 | $1,300.00 |
| TOTAL: | $1,300.00 |
| **Jax Sport & Spine** | |
| 2/16/2017 | $261.00 |
| 2/21/2017 | $961.00 |
| 3/2/2017 | $271.00 |
| 3/7/2017 | $271.00 |
| 3/15/2017 | $271.00 |
| 3/30/2017 | $241.00 |
| 4/13/2017 | $125.00 |
| 4/27/2017 | $432.00 |
| 5/11/2017 | $191.00 |
| 5/19/2017 | $191.00 |
| 6/22/2017 | $191.00 |
| 6/30/2017 | $2,303.00 |
| 7/11/2017 | $191.00 |
| 7/20/2017 | $146.00 |
| Total: | $6,046.00 |
| **OP Spine** | |
| 10/20/2017 | $1,600.00 |
| Total: | $1,600.00 |
| **Precision Imaging** | |

| Date | Amount |
|---|---|
| 4/25/2018 | $624.23 |
| 8/30/2018 | $1,635.43 |
| 8/30/2018 | $44.80 |
| 8/14/2019 | $1,041.75 |
| **Total:** | **$3,346.21** |

**MBB Radiology**

| Date | Amount |
|---|---|
| 2/11/2017 | $223.00 |
| **Total:** | **$223.00** |

**Emergency Resources Group**

| Date | Amount |
|---|---|
| 2/11/2017 | $683.00 |
| **Total:** | **$683.00** |

**Universal Neurological Care**

| Date | Amount |
|---|---|
| 3/16/2017 | $420.00 |
| 3/21/2017 | $50.00 |
| 5/10/2017 | $620.00 |
| 5/25/2017 | $220.00 |
| **Total:** | **$1,310.00** |

**Topp Spine &Ortho**

| Date | Amount |
|---|---|
| 11/8/2017 | $1,200.00 |
| 2/21/2018 | $1,664.00 |
| 3/22/2018 | $66,114.00 |
| 6/14/2018 | $350.00 |
| 8/16/2018 | $350.00 |
| 8/30/2018 | $150.00 |
| 9/13/2018 | $1,015.00 |
| 9/13/2018 | $350.00 |
| 9/13/2018 | $203.00 |
| 9/13/2018 | $70.00 |
| **Total:** | **$71,466.00** |

**Black Diamond Medical**

| | |
|---|---|
| 3/22/2018 | $19,000.00 |
| Total: | $19,000.00 |

**Jax Beach Surgery Center**

| | |
|---|---|
| 3/22/2018 | $99,578.85 |
| Total: | $99,578.85 |

**Trilogy Home Healthcare**

| | |
|---|---|
| 3/23/2018 | $150.00 |
| 3/24/2018 | $150.00 |
| 3/25/2018 | $150.00 |
| Total: | $450.00 |

**Omni Medical**

| | |
|---|---|
| 3/22/2018 | $10,200.00 |
| Total: | $10,200.00 |

**Advanced Diagnostics**

| | |
|---|---|
| 4/4/2018 | $95.79 |
| Total: | $95.79 |

**Jacksonville Beach Anesthesia**

| | |
|---|---|
| 3/22/2018 | $6,100.00 |
| Total: | $6,100.00 |

**St. Joseph's Interventional**

| | |
|---|---|
| 7/11/2017 | $1,076.71 |
| 7/20/2017 | $1,361.09 |
| 8/3/2017 | $269.23 |
| 8/11/2017 | $773.75 |
| 8/31/2017 | $269.23 |

| Date | Amount |
|---|---|
| 10/3/2017 | $269.23 |
| 10/31/2017 | $269.23 |
| 12/7/2017 | $280.03 |
| 1/4/2018 | $645.00 |
| 2/6/2018 | $645.00 |
| 3/6/2018 | $378.34 |
| 4/5/2018 | $645.00 |
| 5/3/2018 | $645.00 |
| 6/1/2018 | $645.00 |
| 6/29/2018 | $3,956.00 |
| 7/5/2018 | $645.00 |
| 7/24/2018 | $645.00 |
| 8/29/2018 | $645.00 |
| 9/27/2018 | $645.00 |
| 10/17/2018 | $5,630.00 |
| 10/25/2018 | $4,798.00 |
| 11/8/2018 | $8,952.00 |
| 11/27/2018 | $645.00 |
| 1/22/2019 | $645.00 |
| 2/28/2019 | $645.00 |
| 3/28/2019 | $645.00 |
| 4/1/2019 | $11,123.00 |
| 4/29/2019 | $11,123.00 |
| 5/28/2019 | $645.00 |
| 6/24/2019 | $645.00 |
| 7/23/2019 | $645.00 |
| 8/19/2019 | $645.00 |
| 8/20/2019 | $3,956.00 |
| 9/20/2019 | $645.00 |
| 9/25/2019 | $8,952.00 |
| 10/9/2019 | $645.00 |
| 10/24/2019 | $1,964.10 |
| 11/21/2019 | $645.00 |

| Date | Amount |
|---|---|
| 12/20/2019 | $645.00 |
| 1/24/2020 | $645.00 |
| 3/20/2020 | $645.00 |
| 4/22/2020 | $645.00 |
| 5/20/2020 | $1,290.00 |
| 6/18/2020 | $645.00 |
| 7/21/2020 | $645.00 |
| 8/7/2020 | $3,956.00 |
| 8/21/2020 | $645.00 |
| 9/15/2020 | $11,123.00 |
| **Total:** | **$98,809.17** |

| Select PT | |
|---|---|
| 8/2/2018 | $230.00 |
| **Total:** | **$230.00** |

**Walgreens Prescriptions Out of Pocket**

**Total:** **$4,895.40**

**TOTAL** **$327,854.62**