| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>United States Postal Service<br>Tort Claims Coordinator | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>State Farm Ins. a/s/o Richard Triolo<br>PO BOX 106172<br>Atlanta, GA 30348<br><br>claim# 43-0916-2L6 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>n/a | 5. MARITAL STATUS<br>n/a | 6. DATE AND DAY OF ACCIDENT<br>02/11/2017, Saturday | 7. TIME (A.M. OR P.M.)<br>108 pm |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The postal vehicle driver failed to maintain an assured clear distance ahead and struck the rear of the insured vehicle as they traveled 1600 Old St Augustine Rd, Mandarin, FL.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

2016 Ford Mustang, rear damage

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

n/a

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| n/a | n/a |

12. **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 1,136.61 | n/a | n/a | 1,136.61 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*[signature]* State Farm Ins c/o/o Richard Triolo | 13b. Phone number of person signing form<br>615 692 3735 | 14. DATE OF SIGNATURE<br>19 May 2017 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

Stamp: JUN - 7 2017

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. |

15. Do you carry accident insurance?  ☒ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

State Farm Insurance
PO Box 106172
Atlanta, GA 30348-6172  Policy #C708-937-59  Claim #59-0839-4M7

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes  ☐ No

deductible

17. If deductible, state amount.

500.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)
Carrier is presenting a claim for insured deductible and State Farm's interest. State Farm will reimburse our insureds deductible upon receipt of payment. Permission to include deductible form to follow.

19. Do you carry public liability and property damage insurance?  ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

State Farm Insurance
PO Box 106172
Atlanta, GA 30348-6172

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY **DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.**

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

| Form **W-9** (Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
State Farm Mutual Automobile Insurance Company

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
☐ Individual/sole proprietor or single-member LLC   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) **5**
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
PO BOX 106712

**6** City, state, and ZIP code
Atlanta, GA 30348

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: _ _ _ - _ _ - _ _ _ _
or
Employer identification number: _ _ _ _ _ _ _ 3 1 0 0

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶ [signature]   Date ▶ 5/15/17

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

## *AUTHORITY TO FILE AND/OR SETTLE A CLAIM*

**PURPOSE:** This form is used to document the fact that the officer or agent signing the Standard Form 95 and/or settlement Agreement or any type of payment document is authorized to act on behalf of the company filing the claim.

May 1, 2017
*(Date)*

The undersigned is _____Claim Representative_____,
*(Position Title of Authorizing Official)*

of  State Farm Mutual Automobile Ins. Co., PO Box 106172, Atlanta, GA 30348-6172
*(Name and Address of Company the Undersigned Represents)*

and in such capacity I have access to the books and records of   State Farm Mutual

Automobile Ins. Co

_____Charlie Cartwright_____          _____Claim Associate_____
*(Name of Agent Signing)*                  *(Position Title of Agent)*

of the   State Farm Mutual Automobile Ins. Co          has the power and authority to
*(Name of Company Represented)*

file, adjust and settle claims for, and on behalf of   State Farm Mutual Automobile Ins. Co
*(Name of Company Represented)*

As its duly authorized agent.

_____
*(Signature of Authorizing Official)*
*(Agent's Supervisor)*

** *This form must be signed by someone other than the person signing the Standard Form 95, "Claim for Damage, Injury or Death."*

USPS_0011

## AutoNation Collision Center Orange_Park

Workfile ID: c1463b9b
Federal ID: 650730472

7700 BLANDING BLVD, JACKSONVILLE, FL 32244
Phone: (904) 317-7750
FAX: (904) 779-7655

### Supplement of Record 1 with Summary

**Customer: TRIOLO, RICHARD**   **Job Number: 161122**

Written By: Aaron Johnson, 4/12/2017 4:55:25 PM
Adjuster: Express Team A, (855) 341-8184 Business

| | | | |
|---|---|---|---|
| Insured: TRIOLO, RICHARD | Policy #: | Claim #: | 59-0839-4M701 |
| Type of Loss: Collision | Date of Loss: 2/11/2017 1:08 PM | Days to Repair: | 4 |
| Point of Impact: 06 Rear | | | |

**Owner:**
TRIOLO, RICHARD
1933 ECLIPSE DR
MIDDLEBURG, FL 32068-7718
(631) 603-4863 Cell
(631) 603-4863 Other

**Inspection Location:**
AutoNation Collision Center Orange_Park
7700 BLANDING BLVD
JACKSONVILLE, FL 32244
Repair Facility
(904) 317-7750 Day

**Insurance Company:**
STATE FARM INSURANCE COMPANIES

| | | | | |
|---|---|---|---|---|
| Vehicle Drop Off Date: | 03/02/2017 | Promise Date: | 03/15/2017 | Repair Start Date: 03/08/2017 |
| Repair Completion Date: | 03/13/2017 | Vehicle Pick Up/Return Date: | 03/13/2017 | |

## VEHICLE

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | 1FA6P8CF8G5215133 | Interior Color: | | Mileage In: | 14,753 | Vehicle Out: | |
| License: | EEQM38 | Exterior Color: | GREY | Mileage Out: | | | |
| State: | FL | Production Date: | 9/2015 | Condition: | | Job #: | 161122 |

| **TRANSMISSION** | Telescopic Wheel | **RADIO** | Front Side Impact Air Bags |
|---|---|---|---|
| 6 Speed Transmission | Steering Wheel Controls | AM Radio | Console/Storage |
| Traction Control | **BRAKES** | FM Radio | Intermittent Wipers |
| **SEATS** | Power Brakes | Stereo | **EXTERIOR** |
| Power Driver Seat | 4 Wheel Disc Brakes | Search/Seek | Power Mirrors |
| Power Passenger Seat | Anti-Lock Brakes (4) | CD Player | Dual Mirrors |
| Bucket Seats | Positraction | **INTERIOR** | Spoiler |
| Leather Seats | **GLASS** | Power Locks | Alarm |
| Heated Seats | Tinted Glass | Power Trunk/Tailgate | Fog Lamps |
| Reclining Seats | Rear Defogger | Air Conditioning | Keyless Entry |
| **STEERING** | Power Windows | Cruise Control | **PAINT** |
| Power Steering | **WHEELS** | Driver Air Bag | Clear Coat Paint |
| Tilt Wheel | Aluminum/Alloy Wheels | Passenger Air Bag | |

**Customer: TRIOLO, RICHARD**                              **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | # | S01 | ****FINAL BILL****** | | 1 | 0.00 | 0.0 | 0.0 |
| 2 | **REAR BUMPER** | | | | | | | |
| 3 | | | O/H bumper assy | | 0 | 0.00 | 2.6 | 0.0 |
| 4 | * | Repl | Bumper cover w/reverse sensors | FR3Z-17K835-AB | 1 | 355.87 | Incl. | 3.4 |
| 5 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.4 |
| 6 | | | Add for reverse sens | | 0 | 0.00 | 0.4 | 0.0 |
| 7 | | Repl | Reverse sensor | FR3Z15K859AAPTM | 2 | 57.00 | 0.1 | 0.2 |
| 8 | * | Rpr | Valance panel | | 0 | 0.00 | 1.5 | 1.8 |
| 9 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 0.7 |
| 10 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 11 | # | | Flex Additive | | 1 | 5.00 T | 0.0 | 0.0 |
| 12 | | | | OTHER CHARGES | | | | |
| 13 | # | | | E.P.C. | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | **420.87** | **4.6** | **7.5** |

### ESTIMATE TOTALS

| Category | | Basis | | Rate | Cost $ |
|---|---|---|---|---|---|
| Parts | | | | | 412.87 |
| Body Labor | | 4.6 hrs | @ | $ 42.00 /hr | 193.20 |
| Paint Labor | | 7.5 hrs | @ | $ 42.00 /hr | 315.00 |
| Paint Supplies | | 7.5 hrs | @ | $ 26.00 /hr | 195.00 |
| Miscellaneous | | | | | 5.00 |
| Other Charges | | | | | 3.00 |
| Pre-Tax Discount | | | | -5.5 % | -61.82 |
| Subtotal | | | | | 1,062.25 |
| Sales Tax | | $ 1,062.25 | @ | 6.0000 % | 63.74 |
| County Tax | Tier 1 | $ 1,062.25 | @ | 1.0000 % | 10.62 |
| **Grand Total** | | | | | **1,136.61** |
| Deductible | | | | | 500.00 |
| **CUSTOMER PAY** | | | | | **500.00** |
| **INSURANCE PAY** | | | | | **636.61** |

Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/
and select Check the Status of a Claim.  If you are already registered, thank you!



4/12/2017 4:55:25 PM                             015165                                                Page 2

USPS_0013

## Supplement of Record 1 with Summary

**Customer: TRIOLO, RICHARD**  **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

### SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| **Added Items** | | | | | | | | |
| 1 | # | S01 | ****FINAL BILL****** | | 1 | 0.00 | 0.0 | 0.0 |
| | | | | SUBTOTALS | | 0.00 | 0.0 | 0.0 |

### TOTALS SUMMARY

| Category | Basis | Rate | Cost $ |
|---|---|---|---|
| Parts | | | 0.00 |
| Subtotal | | | 0.00 |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---|---|
| Estimate | | 1,136.61 | Aaron Johnson |
| Supplement S01 | | 0.00 | Aaron Johnson |
| **Job Total:** | $ | 1,136.61 | |
| **CUSTOMER PAY:** | $ | 500.00 | |
| **INSURANCE PAY:** | $ | 636.61 | |

*ALL REPAIRS MUST BE PAID IN FULL PRIOR TO DELIVERY OF VEHICLE*

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE(FLORIDA STATUTES TITLE XLVI, CHAPTER 817.234). FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT,IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.


JUN - 7 2017

**Customer: TRIOLO, RICHARD**  **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR2JC15, CCC Data Date 4/10/2017, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.



4/12/2017 4:55:25 PM        015165        Page 4

USPS_0015

**Customer: TRIOLO, RICHARD**  **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|---|---|---|---|
| 4 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z-17K835-AB<br>Bumper cover w/reverse sensors | $ 355.87 |
| 7 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z15K859AAPTM<br>Reverse sensor | $ 28.50 |

