ACCIDENT INVESTIGATIONS
GULF ATLANTIC DISTRICT

**UNITED STATES POSTAL SERVICE**

June 28, 2017

State Farm Insurance
PO Box 106172
Atlanta, GA 30348-6172

| | |
|---|---|
| Postal Case Number: | 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A |
| Your Claim Number: | 59-0839-4M7 |
| Your Insured: | ASO/RICHARD TRIOLO |
| Date of Loss: | 02/11/17 |

The claim filed by you, on behalf of your insured, RICHARD TRIOLO and pursuant to the Federal Tort Claims Act, has been considered. The enclosed settlement check in the amount of $1,136.61 represents the full amount paid for the vehicle damages including the $500.00 deductible which you will refund to the insured. This is the final action of your claim.

Acceptance of the check operates as a complete release and bars recovery of any additional or future claims against the United States Postal Service and any employee of the government whose act or omission gave rise to the claim by reason of the same subject matter. Any subrogation claims, liens, or outstanding indebtedness resulting from this accident must be satisfied from the proceeds of this check.

If we may be of further assistance, please do not hesitate to contact this office.

Sincerely,

Josie Perron
Tort Claims Coordinator

Enclosure

P.O. BOX 40005
JACKSONVILLE, FL 32203-0005
(904) 366-4923
FAX: (904) 359-2979

USPS_0017


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: 1-866-974-2733

Page 1 of 1

## Remittance Advice

06-22-2017

Vendor ID:      00000000800001
Check Number:   0311531254
Check Amount:   $****1136.61
Check Date:     06-22-2017

STATE FARM INSURANCE
ASO/RICHARD TRIOLO
C/O TORT CLAIMS COORDINATOR
PO BOX 40005
JACKSONVILLE  FL 32203-0005

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | 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A CI00008831065 | 06/20/17 | 1,136.61 | 1,136.61 | 0.00 | 0.00 | 1,136.61 |


JUN 26 2017

- -Separate Along The Perforation- -

**UNITED STATES POSTAL SERVICE®**

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

EAGAN MN 55121-9640
DATE    06-22-2017

F  29637649

CHECK NO.   0311531254

One Thousand One Hundred Thirty-Six and 61/100 Dollars

62-20
---
311

PAY TO THE ORDER OF

0311531254
STATE FARM INSURANCE
ASO/RICHARD TRIOLO
C/O TORT CLAIMS COORDINATOR
PO BOX 40005
JACKSONVILLE  FL 32203-0005

$****1136.61

Citibank, N.A.
One Penn's Way
New Castle DE 19720



VOID AFTER ONE YEAR

TREASURER

MF

USPS_0018