

USPS_0023



USPS_0024



USPS_0025



USPS_0026



USPS_0027



USPS_0028



USPS_0029



USPS_0030



USPS_0031





USPS_0033



USPS_0034



USPS_0035



USPS_0036



USPS_0037



USPS_0038



USPS_0039



USPS_0040



USPS_0041



USPS_0042