# MOTOR VEHICLE ACCIDENT REPORT

Please read the Privacy Act Statement on Page 3.

**INSTRUCTIONS:** Sections I through IX are filled out by the vehicle operator. Section X, Item 72 thru 82c are filled out by the operator's supervisor. Sections XI thru XII are filled out by an accident investigator for bodily injury, fatality, and/or damage exceeding $500.

## SECTION I - FEDERAL VEHICLE DATA

1. Driver's Name (Last, first, middle): Bentz, Marsha, Victoria
2. Driver's License No./State/Limitations: [redacted]
3. Date of Accident: 02/11/2017
4a. Department/Federal Agency Permanent Office Address: 4411 Sunbeam Rd
4b. Work Telephone Number: ( )
5. Tag or Identification Number:
6. Est. Repair Cost: $
7. Year of Vehicle: 1992
8. Make: GMC
9. Model: Sportvan
10. Seat Belts Used: ☒ Yes ☐ No
11. Describe Vehicle Damage: Front Bumper No Damage

## SECTION II - OTHER VEHICLE DATA (Use Section VIII if additional space is needed.)

12. Driver's Name (Last, first, middle): Triolo, Richard, Anthony
13. Driver's License Number/State/Limitations: [redacted]
14a. Driver's Work Address:
14b. Work Telephone Number: ( )
15a. Driver's Home Address: 1933 Eclipse Dr Middleburg, FL 32068
15b. Home Telephone Number: (631) 603-4803
16. Describe Vehicle Damage: Bumper Damage
17. Estimated Repair Cost: $
18. Year of Vehicle: 2016
19. Make of Vehicle: Ford
20. Model of Vehicle: Mustang
21. Tag Number and State: EEQN38 FL
22a. Driver's Insurance Company Name and Address: State Farm Insurance
22b. Policy Number: C708937B0759A40
22c. Telephone Number: ( ) 4795
23. Vehicle is: ☐ Co-Owned ☐ Rental ☐ Leased ☐ Privately Owned
24a. Owner's Name(s) (Last, first, middle): Same As Above
24b. Telephone Number: ( )
25. Owner's Address(es):

## SECTION III - KILLED OR INJURED (Use Section VIII if additional space is needed).

**A**
26. Name (Last, first, middle): N/A
27. Sex: N/A
28. Date of Birth: N/A
29. Address: N/A
30. Mark "X" In Two Appropriate Boxes: ☐ Killed ☐ Driver ☐ Passenger / ☐ Injured ☐ Helper ☐ Pedestrian
31. In Which Vehicle: ☐ Ped ☐ Other (2) — N/A
32. Location In Vehicle: N/A
33. First Aid Given By: N/A
34. Transported By: N/A
35. Transported To: N/A

**B**
36. Name (Last, First, Middle): N/A
37. Sex: N/A
38. Date of Birth: N/A
39. Address: N/A
40. Mark "X" In Two Appropriate Boxes: ☐ Killed ☐ Driver ☐ Passenger / ☐ Injured ☐ Helper ☐ Pedestrian
41. In Which Vehicle: ☐ Ped ☐ Other (2) — N/A
42. Location In Vehicle: N/A
43. First Aid Given By: N/A
44. Transported By: N/A
45. Transported To: N/A

46. Pedestrian
a. Name of Street or Highway: N/A
b. Direction of Pedestrian (SW corner to NE corner, etc.): From N/A To N/A
c. Describe What Pedestrian Was Doing At Time Of Accident (Crossing intersection with signal, against signal, diagonally; in roadway playing, walking, hitchhiking, etc.): N/A

NSN 7540-00-531-4041
Previous editions not usable.

STANDARD FORM 91 - PAGE 1 (Rev. 2)
PRESCRIBED BY GSA - FPMR 101-38.6

USPS_0043

## SECTION IV - ACCIDENT TIME AND LOCATION (Use Section VIII if additional space is needed).

**47. Date of Accident:** 02/11/2017

**48. Place of Accident** (Street address, city, state, ZIP code; Nearest landmark; Distance to nearest intersection; Kind of locality (industrial, business, residential, open country, etc.); Road description).

**47. Time of Accident:** 10:00 AM

### 50. INDICATE ON THIS DIAGRAM HOW THE ACCIDENT HAPPENED

Use one of these outlines to sketch the scene. Write in street or highway names or numbers.

a. Number Federal vehicle as 1, other vehicles as 2, additional vehicles as 3, and show direction of travel with arrow.

Example: → 1  2 ←

b. Use solid line to show path before accident ——— 2  and a broken line after the accident. - - - - - 2

c. Show pedestrian by: →○

d. Show railroad ┤┤┤┤┤┤

e. Place arrow in this circle to indicate NORTH: ○

### 51. Point of Impact (Check one for each vehicle)

| | FED | 2 | AREA |
|---|---|---|---|
| a. | ☐ | ☐ | Front |
| b. | ☐ | ☐ | R. Front |
| c. | ☐ | ☐ | L. Front |
| d. | ☐ | ☑ | Rear |
| e. | ☐ | ☐ | R. Rear |
| f. | ☐ | ☐ | L. Rear |
| g. | ☐ | ☐ | R. Side |
| h. | ☐ | ☐ | L. Side |

**52. Describe What Happened** (Refer to vehicles as "Fed," "2," "3," etc. Please include information on posted speed limit, approximate speed of the vehicles, road conditions, weather conditions, driver visibility, condition of accident vehicles, traffic controls (warning light, stop signal, etc.), condition of light (daylight, dusk, night, dawn, artificial light, etc.), and driver actions (making U-turn, passing, stopped in traffic, etc.).

I was sitting at a red light (which turned green) waiting for the car in front of me to go. My foot slipped off the brake and I ran into the car in front of me. My foot never pressed the gas. We they pulled off to the side and proceeded to supervisor and called.

## SECTION V. WITNESS/PASSENGER (Witness must fill out SF-94, Statement of Witness) (Continue in Section VIII.)

**A**
53. Name (Last, first, middle): N/A
54. Work Telephone Number:
55. Home Telephone Number:
56. Business Address:
57. Home Address:

**B**
58. Name (Last, first, middle):
59. Work Telephone Number:
60. Home Telephone Number:
61. Business Address:
62. Home Address:

## SECTION VI - PROPERTY DAMAGE (Use Section VIII if additional space is needed).

**63a. Name of Owner:** Tiolo, Richard, Anthony
**63b. Office Telephone Number:**
**63c. Home Telephone Number:** (103) 1005-4863
**63d. Business Address:**
**63e. Home Address:** 1933 Eclipse Dr Middleburg FL

**64a. Name of Insurance Company:** State Farm Insurance
**64b. Telephone Number:**
**64c. Policy Number:** CU393780159A409

**65. Item Damaged:** Car
**66. Location of Damaged Item:** Bumper
**67. Estimated Cost:** TBD

## SECTION VII - POLICE INFORMATION

**68a. Name of Police Officer:** M.L. Chase
**68b. Badge Number:** 5594
**68c. Telephone Number:** (904) 630-0520

**69. Precinct or Headquarters:** Jacksonville Sheriffs Office
**70a. Person Charged With Accident:**
**70b. Violation(s):**

STANDARD FORM 91 - PAGE 2 (Rev. 2)

USPS_0044

## SECTION VIII - EXTRA DETAILS

Space for detailed answers. Indicate Section and Item Number for each answer. If more space is needed, continue items on plain bond paper.

## SECTION IX - FEDERAL DRIVER CERTIFICATION

In compliance with the Privacy Act of 1974, solicitation of the information requested on this form is authorized by Title 40 U.S.C. Section 491. Disclosure of the information by a Federal employee is mandatory as the first step in the Government's investigation of a motor vehicle accident. The principal purposes for using this information is to provide necessary data for legal counsel in legal actions resulting from the accident and to provide accident information/ statistics in analyzing accident causes and developing methods of reducing accidents. Routing use of information may be by Federal, State, or local governments, or agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions. An employee of a Federal agency who fails to report accurately a motor vehicle accident involving a Federal vehicle, or who refuses to cooperate in the investigation of an accident, may be subject to administrative sanctions.

I certify that the information on this form (Sections I thru VIII) is correct to the best of my knowledge and belief.

**71a. Name and Title of Driver:** Marsha Rentz (RCA)

**71b. Driver's Signature and Date:** Marsha Rentz 02/13/17

### SECTION IX - DETAILS OF TRIP DURING WHICH ACCIDENT OCCURRED

**72. Origin:** 1411 Sunbeam Rd. Jacksonville FL 32257

**73. Destination:** 11753 Loretto Sq. Dr Jacksonville FL 32223

**74. Exact Purpose of Trip:** To deliver mail

**75. TRIP BEGAN** — Date: 2/11/17   Time: 12:00 p.m.

**76. ACCIDENT OCCURED** — Date: 2/11/17   Time: 1:00 p.m.

**77. Authority For The Trip Was Given To The Operator:** ☒ Orally   ☐ In Writing (Explain)

**78. Was There Any Deviation From Direct Route:** ☒ No   ☐ Yes (Explain)

**79. Was The Trip Made Within Established Working Hours:** ☒ Yes   ☐ No (Explain)

**80. Did The Operator, While Enroute, Engage In Any Activity Other Than That for Which The Trip Was Authorized:** ☒ No   ☐ Yes (Explain)

**81. COMPLETED BY DRIVER'S SUPERVISOR**
a. DID THIS ACCIDENT OCCUR WITHIN THE EMPLOYEE'S SCOPE OF DUTY: ☒ Yes ☐ No
b. Comments:

**82a. Name And Title Of Supervisor:** Jeanette Simmin Supervisor

**82b. Supervisor's Signature And Date:** Jeanette Simmin 2/13/17

**82c. Telephone Number:** (904) 733-9125

STANDARD FORM 91 - PAGE 3 (Rev. 2)

USPS_0045

## SECTION XI - ACCIDENT INVESTIGATION DATA

83. Did The Investigation Disclose Conflicting Information.  ☐ Yes  ☒ No  (If "Yes," explain below)

### 84. PERSONS INTERVIEWED

| NAME | DATE | NAME | DATE |
|---|---|---|---|
| a. | | c. | |
| b. | | d. | |

85. Additional Comments (Indicate section and item number for each comment.)

## SECTION XII - ATTACHMENTS

86. List All Attachments To This Report

## SECTION XIII - COMMENTS/APPROVALS

87. Reviewing Official's Comments

| 87. ACCIDENT INVESTIGATOR | 88. ACCIDENT REVIEWING OFFICIAL |
|---|---|
| a. Signature And Date: [signature] 2/13/17 | a. Signature And Date |
| b. Name (First, middle, last): Jeanette Diane Sigmun | b. Name (First, middle, last) |
| c. Title: Supervisor | c. Title |
| d. Office: Mandarin | d. Office |
| e. Office Telephone Number: (904) 733-9175 | e. Office Telephone Number |

STANDARD FORM 91 - PAGE 4 (Rev. 2)

FEB 16 2017

USPS_0046