I was sitting at the light on Loretto and Old St. Augustine. The light had turn green and I was waiting for the car in front of me to go. My foot slipped off the brake and before I could place it back on the break, the truck hit the back of the gentleman car (the front bumper of the truck hit his back bumper.) We pulled off to the side, I called the office at 1:03pm and spoke w/ Jeanette. When I got out of the truck and ~~the gentleman~~ I said are you ok, he said yes and called his brother. His brother showed up and asked was I OK and I said yes.

(signed) MW 02/11/17

TORT CLAIMS
FEB 16 2017
USPS 32203

USPS_0047