Feb/16/2017 12:27:42 PM      USPS - Jacksonville, FL 904-730-8163

| U.S. Postal Service® ACCIDENT INVESTIGATION WORKSHEET | THIS FORM IS FOR POSTAL SERVICE™ USE ONLY. Copies should not be given to others at scene of accident. |
|---|---|

**1** Post Office™ — JAX-MANDARIN PSTL STR, 4411 SUNBEAM RD, JACKSONVILLE FL 32257-9998 | Date 02/11/2017 | Time 01:00 PM | Day of Week Sat | Case No.

**2** Exact Location of Incident — Loretta RD/Old St Augustine RD, JACKSONVILLE, FL 32257 US | No. Lanes 6 | Traffic Control YES | Speed Limit 35 mph

**3** Road Type: Paved | Road Condition: Dry / Did not contribute | Visibility: CLEAR | Weather: Clear

**4** Photos Taken: ☒ Yes ☐ No | POLICE CHARGES | Offense — By (Officer's Name, Badge, No., Precinct) | To

**5** Witness Name, Age, Address & Telephone No.(Include Apt./Suite No.) | Passenger Name, Address & Telephone No. (Include Apt./Suite No.)

**6** Injured or Killed (Private Party Only) (Name and Address) (Include Apt./Suite No.) — Unknown or N/A ☐
- Sex N/A | First Aid By — Unknown or N/A ☐
- Age N/A | Taken To (Doctor or Hospital) — Unknown or N/A ☐
- Taken By — Unknown or N/A ☐

**7** Contact Point (Postal Vehicle) ➤ Postal: WITH A VID — Front end | (Other Vehicle) ➤ Non-Postal: CUSTOMER — Rear end

**8** Post Office Operator Was Going (From) | (To)

---

**(#) OTHER VEHICLE(S)**

**9** Driver's Name (Other): Richard Anthony Triolo — Unknown or N/A ☐ | Age N/A | Owner's Name, Address and Telephone No.(Include Apt./Suite No) Unknown or N/A ☐
Street Address (Include Apt./Suite No.): 1933 ECLIPSE DR — Unknown or N/A ☐ | Sex N/A Male | Owner's Name, Address and Telephone No.(Include Apt./Suite No) Unknown or N/A ☒
City, State and ZIP + 4®: MIDDLEBURG, FL 32244 — Unknown or N/A ☐ | Telephone No N/A ☐ 531-603-4853

**10** Driver's License (State & No.) | Expiration Date | Liability Insurance Company and Address STATE FARM FL

**11** Driver's Condition | Was seat belt Installed? ☒ Yes ☐ No | In Use? ☒ Yes ☐ No

**12** Year 2016 | Make / Model: Ford Mustang — Unknown or N/A ☐ | Type N/A ☐ 2 DOOR | Color N/A ☐ Grey / Silver | Registration (Year, State & No.)
➤ — Unknown or N/A ☒
➤ FL — Unknown or N/A ☐
➤ — Unknown or N/A ☒

**13** Odometer Reading — Unknown ☒ or N/A | Occupants (No.): 1 (Front) Unknown or N/A ☐ / (Rear) Unknown or N/A ☐ | Estimated Speed N/A ☐ | Distance Danger Notice — Unknown or N/A ☒

**14** Travel Direction: Straight ahead | Distance Traveled After Impact: 15 (Feet) | Driven Away ☐ Yes ☐ No (If No, How Moved?)

**15** Damage (Other Vehicle(s)): Rear bumper damaged

**16** Statement (Other Driver)

FEB 16 2017
USPS 32203

---

Privacy Act Statement: Collection of information requested on this form is authorized by 39 U.S.C. 401, 410, 1001, and 1006. The information will be used to record and resolve the circumstances relating to an accident. Providing the information is mandatory; failure to do so you may result in corrective action. We may disclose this information in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel.

---

**(#) POSTAL VEHICLE AND EMPLOYEE**

**17** Employee Name: MARSHA RENTZ | Age 27 y | Position Title: RURAL CARR ASSOC/SRV REG RTE | Service Type: Non-Career

**18** Driver's License No. / State | Expiration Date | Restriction

FED & CONFIDENTIAL
DO NOT PRODUCE

PS Form 1700 August 2008 (Page 1 of 3)   PSN 7530-02-000-7352   (For Non-Vehicle Accidents, Use Heavy Black Areas ONLY)
EHS Accident ID: 769218    Date Submitted: 02/11/2017    Date Printed: 2/11/2017 5:05 PM
****USPS RESTRICTED INFORMATION****

| 19 | Hours on Duty at Time of Accident 4.5 hrs | Driving Experience (This Type Vehicle) 1.0 y | Postal Service Driving Exp 1.0 y | Extent of Injuries (Operator) |
|---|---|---|---|---|

| 20 | Liability Insurance Coverage ☐Yes ☒No | | Insurance Company's Name | | Policy Number |
|---|---|---|---|---|---|

| 21 | Was Investigation at Scene? ☐Yes ☐No | Was Driver Cooperative? ☒Yes ☐No | Was Vehicle Equipped With Seat Belts? ☒Yes ☐No | If Yes, Were They in Use at Time of Accident? ☒Yes ☐No |
|---|---|---|---|---|

| 22 | Year 92 | Make 1075 - 1/2T GRUMMAN LLV 92 RH | Vehicle No. 2201782 | Odometer Reading | RHD ☒ | LHD ☐ | No. of Occupants 1 (Front) (Rear) | Estimated Speed |
|---|---|---|---|---|---|---|---|---|

| 23 | Distance Danger Noticed | Direction of Travel Straight ahead | Distance Traveled After Impact 15 Feet | Vehicle Defects Prior to Accident none |
|---|---|---|---|---|

| 24 | Nature and Extent of Damage No damage to LLV |
|---|---|

**ACCIDENT DESCRIPTION**

| 25 | USPS Investigator Name (Print or Type) | Telephone No. (Include Area Code) | Time of Call 13:03:00 | Arrived at Scene 13:31:00 |
|---|---|---|---|---|

| 26 | Description of How Accident Occurred |
|---|---|

**CUSTOMER OR PROPERTY DAMAGE (Not Motor Vehicle)**

| 27 | Sex | Age | Approx. | Height | Condition of Customer or Property When Investigator Arrived on Scene |
|---|---|---|---|---|---|

| 28 | Statement Made by Witness |
|---|---|

| 29 | Damage to Property Other Than Motor Vehicle |
|---|---|

| 30 | Customer's Name and Address, or Site of Property Damage (Include Apt./Suite No. and ZIP+4) | Date of Birth | ☐Male ☐Female |
|---|---|---|---|

| 31 | Was employee involved? ☐Yes ☐No (If "Yes," complete Item 17) |
|---|---|

| 32 | Is premises leased? ☐Yes ☐No (If "Yes," attach copy of lease) |
|---|---|

| 33 | Was customer injured? ☐Yes ☐No (If "Yes," Complete Item 6) |
|---|---|

| 34 | Nature of injury |
|---|---|

| 35 | Property damage ☐Yes ☐No (If "Yes," complete Item 30) |
|---|---|

| 36 | Witness to accident ☐Yes ☐No (If "Yes," complete Item 5 & 28) |
|---|---|

| 37 | Activity of customer prior to accident (Describe) ☐Walking ☐Running ☐Horse play involved |
|---|---|

| 38 | Structural factors -- Building defects, sidewalks, steps, lighting, docks, or other if contributory to accident. Handrail available: Used (Describe) |
|---|---|

| 39 | Custodian factors -- Cleaning, waxing, mopping, lobby equipment if contributory to accident. Warning signs displayed. (Describe) Was custodian on-duty at time of incident? ☐Yes ☐No (If "Yes", request a written statement from the custodian and provide the full name of custodian.) Last Name: First Name: MI: |
|---|---|

| 40 | Weather factors -- Rain, snow, ice or any other uncontrollable element if contributory to accident. (Describe) |
|---|---|

| 41 | Human factors -- illness, physical, psychological, or medication used if contributory to accident. (Describe) |
|---|---|

**CONCLUSIONS**

| 42 | This is for use by the Law Department Only. |
|---|---|

| 43 | Investigator's Printed Name and Signature | Title and Official Telephone No. (Include Area Code) 904-783-8175 | Date(MM/DD/YYYY) 02/11/2017 |
|---|---|---|---|

PS Form 1700 August 2008 (Page 2 of 3)

USPS_0049

FIELD SKETCH (Use appropriate one)

#1  POSTAL VEHICLE
#2  PRIVATE VEHICLE

INDICATE NORTH

pulled into church
parking lot

Groomland Rd

traffic lights

Corrotto Rd

INDICATE
Width of roadway
traffic flow,
parked vehicles,
traffic signs or
signals, etc.

OBTAIN ACCURATE
MEASUREMENTS FROM
FIXED OBJECTS

ALSO INDICATE
approach of vehicles,
point of impact and
place where vehicles
stopped after accident

PS Form 1700 August 2008 (Page 3 of 3)

USPS_0050