

| | | |
|---|---|---|
| **UNITED STATES POSTAL SERVICE** | **PS Form 1769/301 Accident Report** **USPS Restricted Information** | |

| CLOSED – Stored Electronically |
|---|

Note: Shaded Rows Represent OSHA 301 Fields (where applicable).

### Where did accident, injury, or illness occur:

| | | |
|---|---|---|
| 1 | Area: | ➢ Southern |
| 2 | Cluster: | ➢ Gulf Atlantic |
| 3 | Charge to Cost Center: | ➢ 114411 - MANAGER, JAX-MANDARIN PSTL STR (FL) |
| 4 | OSHA Work Location: | MANDARIN |
| 5 | Location where accident, injury, or illness occurred: | Lorretta RD/Old St Augustine RD JACKSONVILLE, FL 32257 |
| 6 | Accident Number: | 769218 |
| 7 | Accident Type: | Motor Vehicle (Type Code = MVI) |

### Brief Description of Accident:

| | | |
|---|---|---|
| 8. | RCA rear ended POV | |
| 9 | On-Site Investigation Conducted? | Yes |
| 10 | Serious Accident: | No |

### When did accident, injury or illness occur:

| | | |
|---|---|---|
| 11 | Fiscal Year: | 2017 |
| 12 | Calendar Year: | 2017 |
| 13 | Date Accident Created in EHS: | 02/11/2017 |
| 14 | Date Accident, Injury, Illness Occurred: | 02/11/2017 |
| 15 | Time of Accident, Injury, Illness: | 01:00 PM |
| 16 | Day of Week: | Sat. |

### Potential Hazardous Condition or Equipment:

| | | |
|---|---|---|
| 17 | Potential hazardous or unsafe condition: | ➢ 98-No hazardous situations |
| 18 | Potential hazardous equipment or material: | ➢ 98-No defects or hazardous equipment or material |

### (#1) Involved Person(s) – Any Person with an "Active Role" → Injury, Fatality, Driver, Passenger, Pedestrian:

| | | |
|---|---|---|
| 19 | Name: | MARSHA RENTZ |
| 20 | Involved Person Role: | NO Injury / Fatality exists on accident. / Other Role Codes = DRV |
| 21 | Employee ID: | PRIVILEGED & CONFIDENTIAL DO NOT PRODUCE |
| 22 | Employee Group / Subgroup: | Rural / Rural Carrier Assoc |
| 23 | Prior Motor Vehicle Accidents: | 0 |
| 24 | Prior Industrial Accidents: | 0 |
| 25 | Pay Location: | DEFAULT |
| 26 | Date of Birth: | ▮▮/▮▮/1989 |
| 27 | Age: | 27 Years |
| 28 | Date Hired: | 09/19/2015 |
| 29 | Service Yrs & Months (per Current Date Hired): | 1 Year(s) and 4 Month(s) |
| 30 | Time Began Work: | 8:30 AM |
| 31 | Date of Death: | N/A |
| 32 | Gender: | Female |
| 33 | Overtime Status: | No |
| 34 | Unsafe Personal Factor(s): | ➢ Other unsafe personnal factor |
| 35 | Unsafe Practice(s): | ➢ Inattention or distraction (not caused by verifying or fingering mail) |
| 36 | Home Address: | ▮▮▮▮▮ PRIVILEGED & CONFIDENTIAL DO NOT PRODUCE |

PS Form 1769 (301 Equivalent) ****USPS RESTRICTED INFORMATION****    Date Submitted: 02/11/2017    Date Printed: 2/14/2017 9:12 AM    Page 1 of 4

USPS_0051

 **UNITED STATES POSTAL SERVICE.**

**PS Form 1769/301 Accident Report**
**USPS Restricted Information**

| 37 | What was the employee doing just before the incident occurred? Describe the activity, as well as the tools, equipment or material the employee was using. Be specific. Examples: "climbing a ladder while carrying roofing materials"; "spraying chlorine from hand sprayer"; "daily computer key-entry" | 2/11/2017 at 1:00 p.m. RCA Marsha Rentz was at a complete stop at a red light at the intersection of Lorretta Road and Old St. Augustine Road. There was a POV in front of her. | |
|---|---|---|---|
| 38 | What happened? Tell us how the injury occurred. Examples: "When ladder slipped on wet floor, worker fell 20 feet"; "Worker was sprayed with chlorine when gasket broke during replacement"; "Worker developed soreness in wrist over time." | Carrier's foot slipped off the gas pedal and LLV lurched forward striking the POV's rear bumper. There was no damage to the LLV but slight damage to the POV rear bumper. | |
| 39 | What was the injury or illness? Tell us the part of the body that was affected and how it was affected; be more specific than "hurt", "pain", or "sore." Examples: "strained back"; "chemical burn, hand"; "carpal tunnel syndrome." | | |
| | **INJURY / ILLNESS** | **BODY PART** | **BODY SIDE** |
| 40 | What object or substance directly harmed the employee? Examples: "concrete floor"; "chlorine"; "radial arm saw." If this question does not apply to the incident, leave it blank. | Bumper of LLV | |
| 41 | Physician / Health Care Professional: | N/A | |
| 42 | If treatment was given away from the worksite, where was it given? | N/A | |
| 43 | Was the employee or contractor supervised person treated in an emergency room? | No | |
| 44 | Was employee or contractor supervised person hospitalized overnight as an in-patient? | No | |

**(#2) Involved Person(s) – Any Person with an "Active Role" → Injury, Fatality, Driver, Passenger, Pedestrian:**

| 45 | Name: | Richard Triolo | |
|---|---|---|---|
| 46 | Involved Person Role: | NO Injury / Fatality exists on accident. / Other Role Codes = DRV | |
| 47 | Date of Birth: | N/A | |
| 48 | Age: | | |
| 49 | Date Hired: | N/A | |
| 50 | Time Began Work: | N/A | |
| 51 | Date of Death: | N/A | |
| 52 | Gender: | Male | |
| 53 | Unsafe Personal Factor(s): | ➢ Not Applicable | |
| 54 | Unsafe Practice(s): | ➢ No unsafe practice | |
| 55 | Home Address: | 1933 ECLIPSE DR<br>MIDDLEBURG, FL 32244 | |
| 56 | What was the employee doing just before the incident occurred? Describe the activity, as well as the tools, equipment or material the employee was using. Be specific. Examples: "climbing a ladder while carrying roofing materials"; "spraying chlorine from hand sprayer"; "daily computer key-entry" | POV was stopped at red light | |
| 57 | What happened? Tell us how the injury occurred. Examples: "When ladder slipped on wet floor, worker fell 20 feet"; "Worker was sprayed with chlorine when gasket broke during replacement"; "Worker developed soreness in wrist over time." | LLV struck POV's rear bumper | |
| 58 | What was the injury or illness? Tell us the part of the body that was affected and how it was affected; be more specific than "hurt", "pain", or "sore." Examples: "strained back"; "chemical burn, hand"; "carpal tunnel syndrome." | | |
| | **INJURY / ILLNESS** | **BODY PART** | **BODY SIDE** |
| 59 | What object or substance directly harmed the employee? Examples: "concrete floor"; "chlorine"; "radial arm saw." If this question does not apply to the incident, leave it blank. | LLV bumper | |
| 60 | Physician / Health Care Professional: | N/A | |
| 61 | If treatment was given away from the worksite, where was it given? | N/A | |
| 62 | Was the employee or contractor supervised person treated in an emergency room? | No | |

PS Form 1769 (301 Equivalent)
****USPS RESTRICTED INFORMATION****
Date Submitted: 02/11/2017
Date Printed: 2/14/2017 9:12 AM
Page 2 of 4

USPS_0052

 **UNITED STATES POSTAL SERVICE.** | **PS Form 1769/301 Accident Report**
**USPS Restricted Information**

| 63 | Was employee or contractor supervised person hospitalized overnight as an In-patient? | No |
|---|---|---|

### Accident Conditions:

| 64 | Result: | ➢ Non-Postal Property Damage |
|---|---|---|
| 65 | Weather: | Clear |
| 66 | Surface Type: | Paved |
| 67 | Surface Condition: | Dry / Did not contribute |
| 68 | Cause / Circumstance: | MV-COLLSN/SIDESWIP STAT VEH/OBJ |
| 69 | Item Causing Injury/Illness: | MVP- Bumpers |
| 70 | Total # of vehicles involved in accident: | 2 |

### ➢ Postal: WITH A VID

| 71 | Vehicle Number: | 2201782 |
|---|---|---|
| 72 | Vehicle Make-Model: | 1/2T GRUMMAN LLV 92 RH |
| 73 | Vehicle Body: | LLV |
| 74 | Vehicle Year: | 92 |
| 75 | Vehicle Path: | Straight ahead |
| 76 | Rollover: | No |
| 77 | Area of Impact: | Front end |
| 78 | Was Vehicle Equipped With Seat Belts? | Yes |
| 79 | Were Seat Belts In Use? | Yes |
| 80 | Employee Ejected from Vehicle: | No |
| 81 | USPS Driving Experience: | 1.0 y |
| 82 | Driving Experience for this Vehicle Type: | 1.0 y |
| 83 | Driver's License Expiration Date: | 08/11/2019 |

### ➢ Non-Postal: CUSTOMER

| 84 | Vehicle Make-Model: | Ford Mustang |
|---|---|---|
| 85 | Vehicle Body: | 2 DOOR |
| 86 | Vehicle Year: | 2016 |
| 87 | Vehicle Path: | Stopped |
| 88 | Rollover: | No |
| 89 | Area of Impact: | Rear end |
| 90 | Was Vehicle Equipped With Seat Belts? | Yes |
| 91 | Were Seat Belts In Use? | Yes |

### Accident Follow-Up:

| 92 | Job Safety Analysis: | Yes |
|---|---|---|
| 93 | Preventative Action: | PROVIDE TRAINING/INSTRUCTION |

### Supervisor Information:

| 94 | Completed by: | Jeanette L Sigouin |
|---|---|---|
| 95 | Title: | SUPV CUSTOMER SERVICES |
| 96 | Phone: | 904-733-9175 |

**Supervisor:** Retain this completed form for 5 calendar years from Date of Accident.

**OSHA 301**

PS Form 1769 (301 Equivalent)
****USPS RESTRICTED INFORMATION****      Date Submitted: 02/11/2017      Date Printed: 2/14/2017 9:12 AM      Page 3 of 4

USPS_0053

|  **UNITED STATES POSTAL SERVICE.** | **PS Form 1769/301 Accident Report** <br> **USPS Restricted Information** |
|---|---|

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

*OSHA 301*

Public reporting burden for this collection of information is estimated to average 22 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Persons are not required to respond to the collection of information unless it displays a current valid OMB control number. If you have any comments about this estimate or any other aspects of this data collection, including suggestions for reducing this burden, contact: US Department of Labor, OSHA Office of Statistical Analysis, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

Additional information and requirements for investigation of an accident and completion of an accident report and it's contents are available in the 1769/301 Policy and Instructions document available on the Supervisor EHS screen.

PS Form 1769 (301 Equivalent)
****USPS RESTRICTED INFORMATION****         Date Submitted: 02/11/2017         Date Printed: 2/14/2017 9:12 AM         Page 4 of 4

USPS_0054