## United States Postal Service Letter of Demand Cost Breakdown

| # | Description of Work | Comp. Code | Acct. Code | Hours & Tenths |
|---|---|---|---|---|
| 1 | Shuttle / tow vehicle | | 42 | 00.9 |
| 2 | REMOVE/REPAIR/REPLACE | | 42 | 01.0 |
| 3 | Pick up / inspect / deliver to assigned office | | 42 | 01.0 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | Total | | | 02.9 |
| 11 | Accident Ref# - 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B | | | |
| 12 | Vehicle # 2201782 | | | |
| 13 | DATE OF LOSS: 02/11/17 | | | |

Cost of Labor Under Contract: _____

Cost of Labor Performed in Postal Garage: _____ $199.09
(No. of Hours X $ X $ Cost Per Hour)   02.9 Hrs X $68.65

Cost of Parts and Materials: **(Supplied by USPS)** _____ $123.24

Less (-) Credit for Salvaged Parts/Materials: _____

| Cost for Operation of Replacement Vehicle: | 2 | # Days X $ Per Day | $48.00 | $96.00 |
|---|---|---|---|---|

Cost of Labor by Other Departments: _____

Cost of Towing Service: _____

Net Cost: Parts and Materials: (USPS Supplied) _____ $123.24

Total Cost: Labor, Parts, and Materials: (USPS) _____ $322.33

Total Cost of Repair Chargeable to Accident: _____ $418.33

**Completed By:**
Josie Perron
US Postal Service
Accident Investigations
Post Office Box 40005
Jacksonville, FL  32203-0005
(904)366-4923

Page 1 of 2

USPS_0055

| U.S. Postal Service VEHICLE MAINTENANCE WORK ORDER | | Speedometer Reading | Work Order No. |
|---|---|---|---|
| | 11/15/2017  Vehicle # 2201782 | | 426 |
| VMF - JACKSONVILLE | Accident Ref# - 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B | | |
| Vehicle assigned to: JAX MANDARIN | | | |
| ☒ Accident    DATE OF LOSS: 02/11/17 | | | |

**MATERIAL AND PARTS ISSUED BY THE US POSTAL SERVICE**

| # | Part Number | Qty | Description | Total Cost of Parts |
|---|---|---|---|---|
| 1 | 85605300 | 1 | Grille Assembly | $123.24 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

Revised           Page 2 of 2           Total -   $123.24

USPS_0056