UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

RICHARD A. TRIOLO

    Plaintiff,

vs.

CASE NO.: 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

PLAINTIFF'S ANSWER TO
DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, RICHARD A. TRIOLO, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 33, hereby submits his response to Defendant UNITED STATES OF AMERICA's First Set of Interrogatories as follows:

1. **Interrogatory No. 1**: State your (a) full name and any other names by which you have been known, (b) date of birth, (c) place of birth, (d) Social Security number, (e) present residence address, (f) residence addresses for the preceding ten (10) years (including dates of residence), (g) marital status/information, and (h) name, address, and dates of birth of all children. If you are or have been married, please state the full name of your current and former spouses; when and where you were married; if applicable, when and where you were divorced, separated, or widowed; whether you were married at the time of the accident described in the Amended Complaint.

**Answer:**

a)     Richard Anthony Triolo
b)     ███ 1974
c)     Bay Shore, NY
d)     7157
e)     1993 Eclipse Drive, Middleburg, FL 32068
f)     366 Orchid Dr., Mastic Beach, NY 11951 2007 to 2013
       1993 Eclipse Drive, Middleburg, FL 32068 2013 to present
g)     Never Married
h)     No Children

1

2.      **Interrogatory No. 2**: Describe your educational background, including high school, post-secondary education, and vocational training. Please include your dates of attendance and the names and addresses of the institutions attended.

**Answer:**

William Floyd Highschool
Graduated 1993

Concord Career Institute
AA in Science
2012 to 2013

3.      **Interrogatory No. 3**: Identify each source of employment you have held during the last ten (10) years. As to each, please include (a) the name and address of your employer, (b) your dates of employment, (c) your job position/title and duties, (d) your hourly wage rate, (e) your average weekly, bi-weekly, or monthly compensation, (f) the name of your supervisor, and (g) the reason for leaving each job. For any period of unemployment, please provide the beginning and ending dates of such period of unemployment. For any period of self-employment, please include (a) the name and address of your business; (b) the dates of operating your business; (c) your position/title and duties; (d) your compensation and frequency of payment; (e) the nature of the business entity (*e.g.*, sole proprietorship, partnership, incorporated entity; limited liability entity, etc.); and, (f) the identity of any other individuals holding an ownership stake in your business.

**Answer:**

I have worked two full times jobs since 2015.

Baptist South
Registered Respiratory Therapist
2014 to 2019
$25/hr – 40 hrs/week

Orange Park Medical Center
Registered Respiratory Therapist
2015 to 5/2019
$25/hr – 40 hrs/week

Self-Employed
AC and Heat
2004 to 2012

2

4.    **Interrogatory No. 4**: Did you, on February 11, 2017, own or use a cellular telephone? If yes, please identify the telephone number and service provider.

**Answer:** Yes. ███████████ Verizon in the provider.

5.    **Interrogatory No. 5**: With respect to the vehicle that you were driving at the time of the accident, please state: (a) who owned the vehicle, (b) the date the owner purchased the vehicle, (c) how frequently you drove the vehicle in the year prior to the accident, (d) who maintained the vehicle, and (e) to the extent a third-party performed maintenance or vehicle repairs in the five years prior to the accident, the name, address, and contact information for such third-party.

**Answer:**

a)    Plaintiff owned the vehicle
b)    Sept. 2015
c)    Daily use
d)    Plaintiff maintained vehicle
e)    Ford

6.    **Interrogatory No. 6**: State the name and address of the place you were coming from prior to the accident described in the Amended Complaint and the name and address of your intended destination prior to the accident.

**Answer:** I was traveling from my home to my brother's (Brian Shmucker) in Julington Creek to help him with a project in his garage.

7.    **Interrogatory No. 7**: State the date, time, and precise location of the accident described in the Amended Complaint and describe in detail how the accident happened, including all actions taken by you to prevent the accident.

**Answer:** On February 11, 2017 at approximately 1:08 p.m. I was driving South on Old St. Augustine Road just North of Loretto Road. I brought my vehicle to a stop due to traffic when the Defendant's employee struck the rear of my vehicle.

8.    **Interrogatory No. 8**: At the time of the accident described in the Amended Complaint, did any part of your body come in contact with any portion or part of the interior of the vehicle in which you were traveling? If yes, describe in detail how this contact occurred including, but not limited to, identifying the part of your body and the part of the interior of the vehicle that came into contact and how.

**Answer:** The back of my head hit my seat.

3

9. **Interrogatory No. 9**: If you observed the vehicle driven by the United States Postal Service driver prior to the accident, where was the vehicle when you first observed it and what was the driver doing at that time?

**Answer**: I didn't see the driver prior to the incident.

10. **Interrogatory No. 10**: Describe in detail each act or omission on the part of Defendant and/or its agent(s) you contend constituted negligence that was a contributing legal cause of the accident alleged in the Amended Complaint and/or injuries at issue in this lawsuit.

**Answer**: The Defendant failed to slow and stop the Mail Truck in time to avoid colliding with the Plaintiffs vehicle. The driver of the USPS truck asked me if I was okay after the accident. I told her no. She told me her foot slipped off the brake. I asked her why she was on her phone and she denied being on her phone.

11. **Interrogatory No. 11**: Did you or others take photographs of the damage to the motor vehicles involved in the accident described in the Amended Complaint, the location of the accident, or the injuries for which you are claiming damages? If yes, please state when such photographs were taken, the identity of the person or persons taking them, the number of photographs taken, and the type of device utilized to take the pictures (e.g., cell phone, tablet, digital camera, etc.).

**Answer**: Yes, I took 10 photographs of my vehicle and the Mail Truck at the scene of the incident with my cell phone. Those photos have been produced.

12. **Interrogatory No. 12**: Identify: (a) any eyewitnesses to the accident, (b) all persons who arrived on the scene after the accident, (c) all persons you communicated with—*via* telephone, messaging service, email, or otherwise—while you were at the scene of the accident, and (d) any other persons believed or known by you to have any knowledge concerning the accident described in the Amended Complaint or any of the issues raised by the pleadings. Please provide a summary of each person's knowledge.

**Answer**:

a) None.
b) First responders to the scene.
c) I called my brother Brian Shmucker after the accident and he came up to the scene to check on me.
d) Defendant
   USPS driver

4

13. **Interrogatory No. 13**: Have you, any person acting on your behalf, or any insurance company obtained statements in any form from any person regarding the issues in this lawsuit? If yes, identify the person giving the statement, the person taking the statement, the date on which the statement was taken, and the person having custody of the statement.

**Answer:** No.

14. **Interrogatory No. 14**: Did you consume any alcoholic beverages and/or take any drugs or medications within twenty-four (24) hours before the occurrence of the accident described in the Amended Complaint? If yes, please identify the substance consumed, the amount of the substance consumed, where you were when consuming the substance, and what time you consumed the substance.

**Answer:** No.

15. **Interrogatory No. 15**: Describe each injury for which you are seeking or claiming damages in this case specifying: (a) the part of your body that was injured; (b) the nature of the injury(ies); (c) when the injury(ies) first became apparent; (d) whether or not you have recovered from said injury(ies) and, (e) if any of the injury (ies) is permanent, the identity of the physician who has indicated you have a permanent injury.

**Answer:**

a)     Lower and middle back and my neck. My neck has resolved but my lower back is still in pain even after the surgery. I also get a lot of headaches.
b)     Thoracic, Cervical and Lumbar
c)     Immediately after the motor vehicle collision
d)     I have not completely recovered from the injuries caused by the collision, but the treatment is helping me cope with the pain.
e)     Yes. Dr. Pardo and Dr. Topp indicated I have a permanent injury.

16. **Interrogatory No. 16**: If you suffered from a pre-existing physical infirmity, disability, disease, condition, and/or injury that you claim was aggravated or exacerbated by the accident, please indicate: (a) when or how long you have had such a condition; (b) how it occurred; (c) the identity of any treating physician who has examined you or administered treatment for this condition; and, (d) the approximate dates of such examination or treatment.

**Answer:** None.

17. **Interrogatory No. 17**: Identify each health care provider who has examined and/or treated you and/or each health care facility where you have received any examination or treatment during the past ten years. Describe the nature of the treatment received, the dates on which treatment was given, and whether the treatment was provided as a result of the accident described in the Amended Complaint.

**Answer:**

Advanced Diagnostics
1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073

Baptist Medical Center – South
14550 St. Augustine Road
Jacksonville, FL 32258

Baymeadows MRI
7999 Philips Hwy, Ste 311
Jacksonville, FL 32256

Jacksonville Beach Surgery Center
Raymond Topp, MD
316 South 3rd Street, Suite 200
Jacksonville Beach, FL 32250

Jacksonville Sport & Spine
2233 Park Avenue, Suite 200B
Orange Park, FL 32073

Orange Park Spine Institute, LLC
1409 Kingsley Avenue, Suite 1D
Orange Park, FL 32073

Precision Imaging Centers
3316 South 3rd Street
Jacksonville Beach, FL 32250

St. Joseph Interventional Pain Specialists
2970 Hartley Road, Suite 300
Jacksonville, FL 32257

Topp Spine and Orthopaedics
3316 3rd Street, Suite 201
Jacksonville Beach, FL 32250

Trilogy Home Healthcare
12740 Gran Bat Pkwy. W., Suite 2400
Jacksonville, FL 32258

Universal Neurological Care
3636 University Blvd. S., Suite B2
Jacksonville, FL 32216

18. **Interrogatory No. 18**: List the medications, if any, you were taking as of February 10, 2017 <u>and</u> the medication(s) you were or are taking because of the accident, stating for each medication when you starting taking the medication and, if applicable, when you stopped taking the medication, the condition for which you were or are taking the medication, the identity of the prescribing physician, and the identity of the pharmacy that dispenses the medication.

**Answer:** I started taking the following medication after the motor vehicle collision:
Ibuprofen 800
Percocet
Doxepin

19. **Interrogatory No. 19**: Identify each and every category of damages sought, a statement of the elements of each such claim for damages, and the amount of each category of damages claimed by Plaintiff in this lawsuit. Please specify separately: (a) past lost wages, (b) future lost earning capacity, (c) past medical expenses, (d) future medical expenses, (e) past pain and suffering, (f) future pain and suffering, and (g) any other past or future expenses, **and include a detailed explanation of how the computation of damages for each category of damages was determined**. To the extent you are seeking future medical expenses, your answer should state the specific treatment that you are claiming is necessary, the cost of such treatment, the length of time such treatment is expected to be necessary, and the identity of the health care provider who has prescribed and/or recommended this treatment.

**Answer:**

a) Yes.
b) Yes.
c) Yes.
d) Yes. (See Life Care Plan and Initial Disclosure summary below)
e) Yes.
f) Yes. (See Life Care Plan and Initial Disclosure summary below)
g) Yes. (See Life Care Plan and Initial Disclosure summary below)

Total Damages Requested in Form 95: **$1,505,650.00**

7

A. Past Medical Expenses: Total Charges: **$225,305.11**

| Provider | Total Charged | Outstanding Balance |
|---|---|---|
| Baptist Medical Center | $2,865.20 | $602.60 |
| Baymeadows MRI | $1,300.00 | $232.98 |
| Jacksonville Sport & Spine | $6,045.00 | $958.91 |
| Orange Park Spine | $1,600.00 | $1,600.00 |
| St. Joseph's Interventional Pain | $4,936.04 | $4,591.44 |
| Mori, Bean and Brooks | $223.00 | $0.00 |
| Emergency Resources Group | $683.00 | $136.60 |
| Universal Neurological Care | $1,310.00 | $259.29 |
| Topp Spine & Orthopedics | $69,238.00 | $69,238.00 |
| Black Diamond Medical | $19,000.00 | $19,000.00 |
| Jacksonville Beach Surgery Center | $99,578.85 | $99,578.85 |
| Trilogy Home Healthcare | $450.00 | $450.00 |
| Omni Medical | $10,200.00 | $10,200.00 |
| Advanced Diagnostics Group | $95.79 | $15.98 |
| Jacksonville Beach Anesthesia | $6,100.00 | $3,507.65 |
| Precision Imaging | $1,680.23 | $1,680.23 |
| **Total:** | **$225,305.11** | **$212,052.53** |

B. Future Medical Expenses: **See Life Care Plan. Summary from Life Care Plan is as follows:**

| Total Annual Low Costs | Total Annual Mid Costs | Total Annual High Costs | Total One Time Low Costs |
|---|---|---|---|
| $14,649.80 | $20,502.80 | $26,355.80 | $155,552.00 |

Total Annual Low Costs: $14,649.80 x 35.2 years = **$515,672.96**

Total Annual Mid Costs: $20,502.80 x 35.2 years = **$721,698.56**

Total Annual High Costs: $26,355.80 x 35.2 years = **$927,724.16**

8

| Total One Time Mid Costs | Total One Time High Costs |
|---|---|
| $165,904.50 | $176.257.00 |

C. Non-Economic (pain and suffering, physical impairment, mental anguish, inconvenience, and loss of capacity for enjoyment of life)

1. Past: Estimated at **$371,346.15**
2. Future: Estimated at **$387,500.00**

D. Property Damage: **$5,650.00**

E. Lost Wages: 14 weeks totaling lost wages of $16,153.85 (of which short term disability insurance paid 60% of this total or $9,692.31)

20.   **Interrogatory No. 20**: Are you seeking to recover damages because you are unable to engage in certain activities (*e.g.*, recreational, leisure, *etc.*) as a result of the accident described in the Amended Complaint? If yes, please provide a <u>complete</u> list of the activities in which you claim you are no longer able to engage; the number of hours you previously engaged in each activity listed (*e.g.*, per day, week or month) and/or the frequency at which you previously engaged in the listed activity; and, the number of hours you currently engage in each activity listed (*e.g.*, per day, week or month) and/or the frequency at which you currently engage in the listed activity.

**Answer:** Yes. All of the everyday activities have been difficult since the motor vehicle collision and as a result of the surgery, including but not limited to getting ready for the day, doing chores around the house, doing yard work, I'm unable to lift patients at my job anymore. I have to be careful in relation to the weight I lift at work. I can do some yard work, but I'm in a lot of pain afterwards. My range of motion is limited. I cannot go on long rides in the car due to pain and stiffness. I can't lay in bed for more than 7 hours and cannot sleep in on my days off because I'm in pain. I often wake up in the middle of the night in pain and have to spend the next couple of hours in the recliner. I have to get up and start stretching out. I can't really work out like I used to. I don't play basketball or volleyball anymore.

9

21. **Interrogatory No. 21**: If you have received any benefits or may be entitled to receive any benefits (including, but not limited to, unemployment, workers' compensation, public assistance of any kind, rehabilitation, medical insurance, health insurance, automobile insurance, life insurance, Medicare, Medicaid, disability and/or disability insurance), as a result of the accident, please identify: (a) the entity or person providing or paying each benefit; (b) the nature of each benefit; (c) the value or amount of each benefit; (d) the frequency of payment of each benefit, and (e) whether the entity or person has or claims a right of subrogation.

**Answer:** Florida Blue has paid for some of my medical expenses. They have a right of subrogation. I believe PIP paid up to $10,000 of my medical expenses. I have paid co-pays for my prescriptions but am unsure as to the costs.

22. **Interrogatory No. 22**: Have you been involved in any accident or incident of any kind, either before or after the accident described in the Amended Complaint? If yes, state the date and location of each such accident or incident, whether you were injured, the nature of any injuries you sustained, the identity of each health care provider who examined or treated you for such injuries, and whether said injuries resulted in any permanent condition or disability.

**Answer:** Yes. March of 2002 in Long Island I hit black ice and ran off the road. I had a compound fracture on my left arm. I do not recall who the medical provider I went to was.

23. **Interrogatory No. 23**: Have you ever made a claim for personal injuries other than in this lawsuit? If yes, please state, with respect to each claim, the nature and extent of all injuries sustained; the identity of the health care providers who and/or facilities where treatment was provided for the injuries sustained; the nature of the claim or lawsuit; identity of each person you claimed to have caused the injuries; the company, court, or agency in which the claim or lawsuit was filed; the style of the case and the case and/or claim number; the disposition of the lawsuit or claim; and, the amount, if any, you received for your injuries and/or as a result of filing the claim.

**Answer:** No.

24. **Interrogatory No. 24**: Have you ever made a claim under any state or federal workers compensation laws? If yes, with respect to each claim, please state the identity of the employer, the injury sustained, the date of said injury, the identity of the health care providers who and facilities where treatment was provided for the injury(ies), and the amount of benefits paid.

**Answer:** No.

25. **Interrogatory No. 25**: If you have ever been convicted of a felony or misdemeanor or crime involving dishonesty or false statement, please state the crime and date committed, the date of conviction, and the jurisdiction in which you were convicted.

**Answer:** No.

## VERIFICATION

I, **RICHARD A. TRIOLO**, state that I have read answers to Defendant's First Set of Interrogatories to Plaintiff, numbered one (1) through twenty-five (25), and hereby declare under penalty of perjury that the answers are true and correct.

_____
RICHARD A. TRIOLO

STATE OF   Florida
COUNTY OF  Duval

I HEREBY CERTIFY that before me personally came and appeared **RICHARD A. TRIOLO**, who is personally known by me or who has produced FL ID as identification, and who acknowledged to me that the foregoing Answers to Defendant's First Set of Interrogatories to Plaintiff are true and correct.

Dated: May 28, 2019.

_____
Notary Public

My Commission Expires: 11-27-2022

HEATHER SIVYER
Commission # GG 279810
Expires November 27, 2022
Bonded Thru Budget Notary Services

9