AO 88B (Rev 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:         Pointe Medical Services, Inc., ATTN: RECORDS CUSTODIAN,
         1996 Kingsley Avenue, Orange Park, FL 32073 [Via Facsimile (1-904-272-1474)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:         PLEASE SEE ATTACHMENT

     In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 | |
| Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/11/2019

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *Ronnie S. Carter* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | RONNIE S. CARTER |
| | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*         Defendant
   United States of America _____ , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

POINTE_0001

**Name: Richard Triolo**
**Social Security No.:** ███████7157
**Date of Birth:** ██████1974

1.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.  All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.  All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.  All patient information forms or questionnaires, or any other information provided by the patient.

6.  All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.  A current statement indicating the total amount of the bill that has been paid and by whom.

9.  Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

1 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL 32258
Date of Birth: ███████ 1974

## Pointe Medical Services, Inc.
### 1996 Kingsley Ave
### Orange Park, FL 32073
### 904-276-5700

**Visit on:** 10/12/2017
Status: Complete.

Last Saved:  10/12/2017 12:58 PM

**CC:**
Today's chief complaint(s): blood draw for labs & decreased libido and fatigue

**HPI:**
Richard Anthony Triolo is 42 years old Male.

He presented for blood draw for labs.

In addition, he presented with decreased libido.  It is described as decreased libido, chronic and worsening.  The symptoms are gradual in onset and ongoing.  The symptoms started 8+ months ago.  The complaint is moderate. Moderately limits activities.  Symptoms are increasing.  Important triggers include stress.  The symptom is alleviated by No alleviating factors.  Exacerbated by fatigue and stress.  Positive for fatigue.

The patient also presented with fatigue.  It is described as chronic and worsening.  The symptoms started 8+ months ago. Moderately limits activities.  Symptoms are decreasing.  Symptoms started in the evening.  Important triggers include not being able to exercise due to car accident, exertion and stress.  The symptom is alleviated by _.  Positive for weakness and positive for weight gain.

**ROS:**
Constitutional:  The patient complained of **decrease libido, decrease muscle mass** and **fatigue** but denied recent illness, fever and headache.
Cardiovascular:  The patient denied chest pain/pressure.
Respiratory:  The patient denied cough and dyspnea on exertion.
Gastrointestinal:  The patient denied constipation, diarrhea, vomiting and abdominal pain.
Genitourinary/Nephrology:  The patient denied urinary frequency and urinary incontinence.
Musculoskeletal:  The patient denied joint complaint.
Dermatologic:  The patient denied rash.
Endocrine:  The patient complained of **hyperlipidemia**.

**Diagnosis History:**  Abnormal weight gain
Body mass index (BMI) 30.0-30.9, adult
Decreased libido
Hypertrophy of breast
Mixed hyperlipidemia
Other fatigue
Other obesity due to excess calories
Other vitamin B12 deficiency anemias
Testicular hypofunction

*spring*

Generated on 3/18/2019

2 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL 32258
Date of Birth: ███████ 1974

**Surgical History:**
_ Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

**Allergies:**
NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship: Father  Disease: Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus Type 2 (cause of death)  Recorded Date: November 16, 2015
Relationship: Mother  Disease: Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease (cause of death)  Recorded Date: November 16, 2015
Relationship: Grandmother  Recorded Date: November 23, 2015


I reviewed the documented medical, family, social, medication, drug allergy, food allergy, environment allergy and problem/diagnosis histories.

**VITALS:**
  Weight: 239 lbs 4 oz   Height: 6' 2"  BMI: 30.7
  Temp: 98.1 F tympanic Pulse: 73 bpm Sitting   SPO2: 97 %   BP: 120/82 mmHg Left Arm Sitting

**PE:**
**Constitutional**
general appearance
            overall: well developed and in no acute distress
            nourishment: **obese**
**Chest/Breast**
breast/chest inspection
            chest shape: **gynecomastia**
**Musculoskeletal**
gait and station
            overall: normal gait and normal station
**Psychiatric**
orientation/consciousness
            overall: oriented to person, place and time

**Today's Diagnosis:**
  E29.1-255.2 Testicular hypofunction
  N62-611.1 Hypertrophy of breast
  R53.83-780.79 Other fatigue
  E66.09-278.00 Other obesity due to excess calories
  Z68.30-V85.30 Body mass index (BMI) 30.0-30.9, adult
  R63.5-783.1 Abnormal weight gain
  E78.2-272.2 Mixed hyperlipidemia
  D51.8-281.1 Other vitamin B12 deficiency anemias

**Services Performed:**
  J1071 TESTOSTERONE CYPIONATE INJECTION 1ML (200mg--NDC 0143-9726-01 Lot #1705064.1 Exp;04/19 Right

Generated on 3/18/2019

3 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████ ██ 1974

Deltoid Pt tolerated injection well---NSWilliams)
96372 THER/PROPH/DIAG INJ SC/IM
J3420 VITAMIN B12 INJECTION 1000 MCG (NDC 0517-0130-05 Lot #6397 Exp;11/18 Right Deltoid Pt tolerated injection
well---NSWilliams)
96372 THER/PROPH/DIAG INJ SC/IM
99213 OFFICE/OUTPATIENT VISIT EST


**Assessment:**
Reviewed labs:
HDL-C 36L
Triglycerides 217H
BUN 24H

Advised exercise and adequate hydration.
Will order labs through patient's work.

200mg injection of testosterone today for testicular hypofunction.
B12 injection today for B12 deficiency.

The documentation for this encounter was entered by Brookelynn Punsky, acting as a scribe for Dr. Gary Bernard, on this
date of service.
The documentation recorded by Brookelynn Punsky, the scribe, accurately and completely reflects the service(s) I, Dr.
Gary Bernard, personally performed and the decisions made by me, Dr. Gary Bernard, on this date of service.


**Today's Prescriptions:**anastrozole 1 mg tablet, 1 Tablet(s) PO QD, 30 days.  Prescription associated to N62 Hypertrophy
of breast. .
hcg 500 iu troche, 1 Troche SL QD, 30 days.
Test Cyp 200/Propionate 20mg injectable, 1 Milliliter(s) IM every 6 days, 30 days.


Gary Charles Bernard M.D.

Generated on 3/18/2019

POINTE_0005

Page 1 of 1
**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL 32258
Date of Birth: ███████ 1974

# Pointe Medical Services, Inc.

1996 Kingsley Ave
Orange Park, FL 32073

Phone: 904-276-5700  Fax: 904-272-1474

## ORDER REQUISITION

June 02, 2017

Your provider has ordered some laboratory and/or diagnostic tests for you today. Please bring this slip with you to the Lab or Radiology site you were directed to.

Dr. Bernard has ordered the following tests for:

**Patient's Name:** Richard Anthony Triolo

**Date of Birth:** ███████ 1974

**Telephone:**

**Address:** 1933 Eclipse Dr, Jacksonville, FL 32258

**Primary Insurance:** BCBS/ Florida Blue/BCBS FL

*Please provide current insurance card*

**The tests are:**
**Diagnosis:**

If you have any questions concerning your tests please call your provider.

electronically signed by

Gary Charles Bernard M.D.

Generated on 3/18/2019

1 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ████████ 1974

## *Pointe Medical Services, Inc.*

*1996 Kingsley Ave*
*Orange Park, FL 32073*
*904-276-5700*

**Visit on:** 01/27/2017
Status: Complete.

Last Saved:  02/15/2017 03:04 PM

**CC:**
Today's chief complaint(s): blood draw for labs & decreased libido and fatigue

**HPI:**
Richard Anthony Triolo is 42 years old Male.

He presented for blood draw for labs.

In addition, he presented with decreased libido.  It is described as decreased libido, intermittent and improving.  The symptoms are ongoing.  The symptoms started 4+ months ago.  The complaint is moderate.  Moderately limits activities. Symptoms are decreasing.  Important triggers include stress.  The symptom is alleviated by testosterone injections. Exacerbated by fatigue and stress.

The patient also presented with fatigue.  It is described as improving and intermittent.  The symptoms started 4+ months ago.  Moderately limits activities.  Symptoms are decreasing.  Symptoms started in the evening.  Important triggers include exertion and stress.  The symptom is alleviated by medication hrt.

**ROS:**
<u>Constitutional:</u>  The patient complained of **decrease libido** and **fatigue** but denied recent illness, fever and headache.
<u>Cardiovascular:</u>  The patient denied chest pain/pressure.
<u>Respiratory:</u>  The patient denied cough and dyspnea on exertion.
<u>Gastrointestinal:</u>  The patient denied constipation, diarrhea, vomiting and abdominal pain.
<u>Genitourinary/Nephrology:</u>  The patient denied urinary frequency and urinary incontinence.
<u>Musculoskeletal:</u>  The patient denied joint complaint.
<u>Dermatologic:</u>  The patient denied rash.

**Diagnosis History:**  <u>Abnormal weight gain</u>
<u>Body mass index (BMI) 30.0-30.9, adult</u>
<u>Decreased libido</u>
<u>Hypertrophy of breast</u>
<u>Mixed hyperlipidemia</u>
<u>Other fatigue</u>
<u>Other obesity due to excess calories</u>
<u>Other vitamin B12 deficiency anemias</u>
<u>Testicular hypofunction</u>

**Surgical History:**
_ Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

*aprima*

Generated on 3/18/2019

2 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████ 1974

**Allergies:**
NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship:  Father  Disease:  Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus Type 2 (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Mother  Disease:  Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease  (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Grandmother  Recorded Date:  November 23, 2015

I reviewed the documented medical, infection, surgical, family, genetic screening, social, medication, drug allergy, food allergy, environment allergy, immunization, vitals and health maintenance histories.

**VITALS:**
Weight: 248 lbs  Height: 6' 2"  BMI: 31.8
Temp: 98.4 F tympanic Pulse: 82 bpm Sitting    SPO2: 97 %    BP: 128/86 mmHg Left Arm Sitting

**PE:**
**Constitutional**
general appearance
          overall: well developed and in no acute distress
          nourishment: **obese**
**Respiratory**
auscultation
          overall: breath sounds clear bilaterally
**Cardiovascular**
auscultation of heart
          overall: regular rate, normal heart sounds and no murmurs
**Chest/Breast**
breast/chest inspection
          chest shape: **gynecomastia**
**Abdomen**
abdominal exam
          overall: no tenderness
**Musculoskeletal**
gait and station
          overall: normal gait and normal station
**Psychiatric**
orientation/consciousness
          overall: oriented to person, place and time

**Today's Diagnosis:**
E29.1-255.2 Testicular hypofunction
N62-611.1 Hypertrophy of breast
R68.82-799.81 Decreased libido
R53.83-780.79 Other fatigue

aprima

Generated on 3/18/2019

3 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ██████ 1974

**Services Performed:**

99213 OFFICE/OUTPATIENT VISIT EST

**Assessment:**
Drawing labs to Cleveland Clinic.

The documentation for this encounter was entered by Brookelynn Punsky, acting as a scribe for Dr. Gary Bernard, on this date of service.

The documentation recorded by Brookelynn Punsky, the scribe, accurately and completely reflects the service(s) I, Dr. Gary Bernard, personally performed and the decisions made by me, Dr. Gary Bernard, on this date of service.

**Plan:**
A return visit is indicated in 1 month. He was advised to be on a Low carbohydrates, moderate fat, moderate intake of proteins. At least 64 oz water daily diet.

**Today's Prescriptions:** Testosterone cyp 200mg/ml Vial, 1 Milligram(s) Inj every 6 days, 60 days. Prescription associated to E29.1 Testicular hypofunction. .

Gary Charles Bernard M.D.

Generated on 3/18/2019

Page 1 of 2
**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ████ 1974

# Pointe Medical Services, Inc.

1996 Kingsley Ave
Orange Park, FL  32073

Phone: 904-276-5700  Fax: 904-272-1474

## Lab/Injection Note

October 13, 2016

**Patient's Name:** Richard Anthony Triolo
**Date of Birth:** ████ 1974
**Address:** 1933 Eclipse Dr, Jacksonville, FL  32258

**Chief Complaint: blood draw for labs**

**Vitals:**
Height:  6' 2'' Weight:  259 lbs  BMI:  33.3
Temp:  97.8 F tympanic Heart Rate:  63 bpm Sitting  BP:  132/82 mmHg Left Arm Sitting SPO2:  98 %

**Diagnosis:**
E29.1-255.2 Testicular hypofunction
R68.82-799.81 Decreased libido
R53.1-780.79 Weakness
N62-611.1 Hypertrophy of breast

**The labs/injection:**
J1071 TESTOSTERONE CYPIONATE INJECTION 1ML (200mg--- NDC 0143-9726-01  Lot 1602140.1  EXP: 07/2018 Left Deltoid; pt tolerated inj. well....Jrichards)
96372 THER/PROPH/DIAG INJ SC/IM

**Serivces Ordered:**
10231SB= COMPREHENSIVE METABOLIC PANEL
6399SB= CBC (INCLUDES DIFF/PLT)
85025 COMPLETE CBC W/AUTO DIFF WBC
4021SB= ESTRADIOL
36170RAMD= TESTOSTERONE,FR(DIALYSIS) AND TOTAL(LC/MS/MS)
80053 COMPREHEN METABOLIC PANEL
84402, 84403 TESTOSTERONE, FREE AND TOTAL, LC/MS/MS
82670 ASSAY OF ESTRADIOL

*sprint*

Generated on 3/18/2019

Page 2 of 2
**Patient:** Triolo, Richard Anthony
Address:  1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ███████ 1974

electronically signed by

Gary Charles Bernard M.D.

1 of 4

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████ 1974

## *Pointe Medical Services, Inc.*
*1996 Kingsley Ave*
*Orange Park, FL 32073*
*904-276-5700*

**Visit on:** 07/07/2016
Status: Complete.

Last Saved: 07/08/2016 02:32 PM

**CC:**
Today's chief complaint(s): fatigue & weight gain/obesity

**HPI:**
Richard Anthony Triolo is 41 years old Male.

He presented with fatigue. It is described as worsening. The symptoms are ongoing. The symptoms started 6+ months ago. Moderately limits activities. Symptoms are increasing. All day. Symptoms started upon awakening and in the evening.

In addition, he presented with weight gain/obesity. It is located globally. It is described as worsening. The symptoms are ongoing. The symptoms started 6+ months ago. Symptoms are increasing. Diet is unchanged. Important triggers include unintentional weight gain.

**ROS:**
Constitutional: The patient complained of **poor memory**, **poor sleep**, **decrease libido**, **decrease muscle mass**, **fatigue**, **malaise** and **weight gain**.
Cardiovascular: The patient denied arrhythmia, exercise intolerance, hypertension and palpitations.
Respiratory: The patient complained of **unrefreshed Sleep** and **sleep apnea-obstruction** (uses every night) but denied productive sputum, chest congestion, chest tightness, cough, dyspnea on exertion and wheezing.
Gastrointestinal: The patient denied abdominal pain, constipation, diarrhea and gastroesophageal reflux.
Genitourinary/Nephrology: The patient complained of **impotence** but denied dysuria, nocturia and urinary incontinence.
Musculoskeletal: The patient complained of **weight gain/obesity** but denied stiffness, swelling, muscle weakness and myalgias.
Psychiatric: The patient complained of **decreased concentration** but denied irritability, anxiety and depression.
Endocrine: The patient complained of **obesity** and **malaise** but denied hypertension, goiter and hypothyroid.
Hematologic/Lymphatic: The patient complained of **anemia** (b12) but denied abnormal ecchymoses, petechiae, abnormal bleeding and bruising and lymph node enlargement/mass.

**Diagnosis History:** Abnormal weight gain
Body mass index (BMI) 30.0-30.9, adult
Decreased libido
Hypertrophy of breast
Mixed hyperlipidemia
Other fatigue
Other obesity due to excess calories
Other vitamin B12 deficiency anemias
Testicular hypofunction

*aprima*

Generated on 3/18/2019

2 of 4

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ███████ 1974

**Surgical History:**
_ Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

**Allergies:**
NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship:  Father  Disease:  Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus
Type 2 (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Mother  Disease:  Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease  (cause of
death)  Recorded Date:  November 16, 2015
Relationship:  Grandmother  Recorded Date:  November 23, 2015


I reviewed the documented medical, surgical, family, social, medication, drug allergy, food allergy, environment allergy,
vitals and medical hist histories.

**VITALS:**
  Weight: 257 lbs   Height: 6' 2"  BMI: 33
  Temp: 97.8 F tympanic Pulse: 80 bpm Sitting    SPO2: 98 %    BP: 146/98 mmHg Left Arm Sitting

**PE:**
**Constitutional**
general appearance
            overall: well nourished, well developed and in no acute distress
**Neck**
inspection of neck
            overall: normal size, normal appearance, no masses, absence of swelling, normal major salivary glands,
normal tracheal position, normal jugular venous pressure and no carotid bruits
**Respiratory**
auscultation
            overall: breath sounds clear bilaterally
**Cardiovascular**
auscultation of heart
            overall: regular rate, normal heart sounds and no murmurs
**Psychiatric**
orientation/consciousness
            overall: oriented to person, place and time

**Today's Diagnosis:**
  R53.1-780.79 Weakness
  R63.5-783.1 Abnormal weight gain
  R68.82-799.81 Decreased libido
  E29.1-255.2 Testicular hypofunction
  N62-611.1 Hypertrophy of breast
  G47.33-327.23 Obstructive sleep apnea (adult) (pediatric)
  R03.0-796.2 Elevated blood-pressure reading, without diagnosis of hypertension

*aprima*

Generated on 3/18/2019

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ████████ 1974

**Services Performed:**
99214 OFFICE/OUTPATIENT VISIT EST
J1071 TESTOSTERONE CYPIONATE INJECTION 1ML (200mg - NO NDC available Lot # 04057 Exp: 11/27/16 Left
Deltoid: Pt tolerated inj. well---JR)
96372 THER/PROPH/DIAG INJ SC/IM

**Services Ordered:**
10231SB= COMPREHENSIVE METABOLIC PANEL
82670 ASSAY OF ESTRADIOL
6399SB= CBC (INCLUDES DIFF/PLT)
80053 COMPREHEN METABOLIC PANEL
927SB= VITAMIN B12
466SB= FOLATE, SERUM
85025 COMPLETE CBC W/AUTO DIFF WBC
82746 ASSAY OF FOLIC ACID SERUM
367SB= CORTISOL, TOTAL
84402, 84403 TESTOSTERONE, FREE AND TOTAL, LC/MS/MS
402SB= DHEA SULFATE
4021SB= ESTRADIOL
84270 ASSAY OF SEX HORMONE GLOBUL
30740SB= SEX HORMONE BINDING GLOBULIN
82607 VITAMIN B-12
36170RAMD= TESTOSTERONE,FR(DIALYSIS) AND TOTAL(LC/MS/MS)
82533 TOTAL CORTISOL
82627 DEHYDROEPIANDROSTERONE

**Assessment:**
Discussed diet, exercise, adequate hydration and the need for proper sleep. Discussed methods to improve sleep habits.

Refill medications and change back to HCG injectable form.

patient is over due for labs- will order today.

Patient has testicular hypofunction, he is on testosterone therapy. Will draw testosterone labs along with CBC and CMP to assess therapeutic levels and ensure treatment is working and make sure dosing is accurate.
Due to weight complaints will check adrenal gland function as well.

BP is elevated with no previous hx; needs to monitor at home.   Will keep at eye on this. In the mean time, lower salt intake and increase water intake.

**Plan:**
A return visit is indicated in 1 month.  Moderate and Aerobic exercise is recommended.  He was advised to be on a Low Fat, Low Sodium and Low carbohydrates, moderate fat, moderate intake of proteins.  At least 64 oz water daily diet.

**Today's Prescriptions:** anastrozole 1 mg tablet, 1 Tablet(s) PO QD, 30 days.
hcg 11,000 units/vial powder injectable, 400 Unit(s) IM QD, 30 days.
Testosterone cyp 200mg/ml Vial, 1 Milligram(s) Inj every 6 days, 60 days.

Generated on 3/18/2019

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ███████ 1974

Gary Charles Bernard M.D.

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ███████ 1974

1 of 2

## *Pointe Medical Services, Inc.*
*1996 Kingsley Ave*
*Orange Park, FL 32073*
*904-276-5700*

**Visit on:** 02/18/2016
Status: Complete.  This visit was automatically created to process a refill request.

Last Saved:  02/18/2016 02:58 PM

**CC:**
Today's chief complaint(s):

**HPI:**
Richard Anthony Triolo is 41 years old Male.

**Diagnosis History:**  Abnormal weight gain
Body mass index (BMI) 30.0-30.9, adult
Decreased libido
Hypertrophy of breast
Mixed hyperlipidemia
Other fatigue
Other obesity due to excess calories
Other vitamin B12 deficiency anemias
Testicular hypofunction

**Surgical History:**
_  Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

**Active Medication Before Visit:**
testosterone (bulk) powder, 1 Troche BUCC QD, 30 days.
HCG 200iu/0.1ml Nasal Spray, 0.2 Milliliter(s) SL QD, 30 days.
anastrozole 1 mg tablet, 1 Tablet(s) PO QD, 30 days.
mic/b12 capsule, 1 Capsule(s) PO QD, 30 days.

**Allergies:**
 NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship:  Father  Disease:  Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus
Type 2 (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Mother  Disease:  Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease  (cause of
death)  Recorded Date:  November 16, 2015
Relationship:  Grandmother  Recorded Date:  November 23, 2015

*spring*

Generated on 3/18/2019

2 of 2

**Patient:** Triolo, Richard Anthony
Address:  1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ███████ 1974

**VITALS:**

**Today's Prescriptions:**Testosterone cyp 200mg/ml, 1 Milligram(s) Inj every 6 days, 30 days.

Generated on 3/18/2019

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████ 1974

## *Pointe Medical Services, Inc.*
*1996 Kingsley Ave*
*Orange Park, FL 32073*
*904-276-5700*

**Visit on:** 12/14/2015
Status: Complete.

Last Saved: 12/14/2015 11:28 AM

**CC:**
Today's chief complaint(s): fatigue & weight gain/obesity (Pt has lost 3 lbs since last visit. ) and decreased libido

**HPI:**
Richard Anthony Triolo is 41 years old Male.

He presented with fatigue. It is described as improving. The symptoms are ongoing. Moderately limits activities. Symptoms are weekly and decreasing. Symptoms started VARIES. Important triggers include exertion, stress and work. The symptom is alleviated by exertion. Positive for malaise and positive for myalgias.

In addition, he presented with weight gain/obesity. Pt has lost 3 lbs since last visit. It is located globally. It is described as improving. The symptoms are ongoing. Symptoms are decreasing. Diet improving. Important triggers include social stressors. The symptom is alleviated by change in dietary habits, phentermine and exercise. Exacerbated by stress and sedentary lifestyle. Positive for decreased libido, positive for decreased muscle strength, positive for fatigue, positive for malaise and positive for myalgias.

The patient also presented with decreased libido. It is described as decreased libido, lack of orgasm and chronic. The symptoms are ongoing. The symptoms started 1+ years ago. The complaint is moderate. Moderately limits activities. Symptoms are unchanged. Positive for fatigue, denies back pain and denies pelvic pain.

**ROS:**
Constitutional: The patient complained of **poor memory**, **poor sleep**, **decrease libido**, **decrease muscle mass**, **fatigue**, **malaise** and **weight gain**.
Cardiovascular: The patient denied arrhythmia, exercise intolerance and palpitations.
Respiratory: The patient denied productive sputum, cough and wheezing.
Gastrointestinal: The patient denied abdominal pain, constipation, diarrhea and gastroesophageal reflux.
Genitourinary/Nephrology: The patient denied dysuria, nocturia and urinary incontinence.
Psychiatric: The patient complained of **decreased concentration** but denied irritability, anxiety and depression.
Endocrine: The patient complained of **malaise** but denied goiter.

**Diagnosis History:**   Abnormal weight gain
Body mass index (BMI) 30.0-30.9, adult
Decreased libido
Hypertrophy of breast
Mixed hyperlipidemia
Other fatigue
Other obesity due to excess calories
Other vitamin B12 deficiency anemias

*spring*

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ██████ 1974

Testicular hypofunction

**Surgical History:**
_  Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

**Active Medication Before Visit:**
phentermine 19 mg Cap, 2 Capsule(s) PO QD, 30 days.
HCG 200iu/0.1ml Nasal Spray, 0.2 Milliliter(s) SL QD, 30 days.
anastrozole 1 mg tablet, 1 Tablet(s) PO QD, 30 days.
mic/b12 capsule, 1 Capsule(s) PO QD, 30 days.

**Allergies:**
 NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship:  Father  Disease:  Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus
Type 2 (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Mother  Disease:  Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease  (cause of
death)  Recorded Date:  November 16, 2015
Relationship:  Grandmother  Recorded Date:  November 23, 2015

I reviewed the documented medical, infection, surgical, family, genetic screening, social, medication, drug allergy, food
allergy, environment allergy, immunization, vitals, medical hist and health maintenance histories.

**VITALS:**
 Weight: 252 lbs   Height: 6' 2''  BMI: 32.4
 Temp: 98.3 F tympanic Pulse: 70 bpm Sitting    SPO2: 98 %   BP: 122/80 mmHg Left Arm Sitting

**PE:**
**Constitutional**
general appearance
          overall: well nourished, well developed and in no acute distress
**Neck**
inspection of neck
          overall: normal size, normal appearance, no masses, absence of swelling, normal major salivary glands,
normal tracheal position, normal jugular venous pressure and no carotid bruits
**Respiratory**
auscultation
          overall: breath sounds clear bilaterally
**Cardiovascular**
auscultation of heart
          overall: regular rate, normal heart sounds and no murmurs
**Psychiatric**
orientation/consciousness
          overall: oriented to person, place and time

**Today's Diagnosis:**
 E29.1-255.2 Testicular hypofunction
 E28.0-256.0 Estrogen excess

*aprima*

Generated on 3/18/2019

3 of 3

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████████ 1974

R53.1-780.79 Weakness
R68.82-799.81 Decreased libido

**Services Performed:**
99214 OFFICE/OUTPATIENT VISIT EST
94690 EXHALED AIR ANALYSIS with this modifier:   59

**Assessment:**
Refilling Phentermine -- Patient showing decrease in weight. Monitoring of stimulant in weight loss program, follow up next
month to assess weight loss
Reviewed most recent labs
testosterone low; will add trochee 30 mg bid
VO2 will be performed to asses current BMR to aide in weight loss efforts; strict dietary compliance advised
F/U 1 month

**Plan:**
A return visit is indicated in 1 month.  He was advised to be on a Low carbohydrates, moderate fat, moderate intake of
proteins.  At least 64 oz water daily diet.

**Today's Prescriptions:** testosterone (bulk) powder, 1 Troche BUCC QD, 30 days.

Gary Charles Bernard M.D.

Generated on 3/18/2019

POINTE_0020

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ▮▮▮▮▮▮ 1974

## *Pointe Medical Services, Inc.*

*1996 Kingsley Ave*
*Orange Park, FL 32073*
*904-276-5700*

**Visit on:** 11/16/2015
Status: Complete.

Last Saved:  11/17/2015 10:02 AM

**CC:**
Today's chief complaint(s): fatigue & weight gain/obesity

**HPI:**
Richard Anthony Triolo is 41 years old Male.

He presented with fatigue.  It is described as worsening.  The symptoms are ongoing.  The symptoms started 6+ months ago.  Moderately limits activities.  Symptoms are increasing.  Symptoms started VARIES.  Important triggers include exertion, stress and work.  The symptom is alleviated by exertion.  Positive for malaise and positive for myalgias.

In addition, he presented with weight gain/obesity.  It is located globally.  It is described as worsening.  The symptoms are ongoing.  The symptoms started 6+ months ago.  Symptoms are increasing.  Diet is unchanged.  Important triggers include social stressors.  Exacerbated by stress and sedentary lifestyle.  Positive for decreased libido, positive for decreased muscle strength, positive for fatigue, positive for malaise and positive for myalgias.

**ROS:**
<u>Constitutional</u>:  The patient complained of **poor memory**, **poor sleep**, **decrease libido**, **decrease muscle mass**, **fatigue**, **malaise** and **weight gain**.
<u>Cardiovascular</u>:  The patient denied arrhythmia, exercise intolerance and palpitations.
<u>Respiratory</u>:  The patient denied productive sputum, cough and wheezing.
<u>Gastrointestinal</u>:  The patient denied abdominal pain, constipation, diarrhea and gastroesophageal reflux.
<u>Genitourinary/Nephrology</u>:  The patient denied dysuria, nocturia and urinary incontinence.
<u>Psychiatric</u>:  The patient complained of **decreased concentration** but denied irritability, anxiety and depression.
<u>Endocrine</u>:  The patient complained of **malaise** but denied goiter.

**Diagnosis History:**  <u>Abnormal weight gain</u>
<u>Body mass index (BMI) 30.0-30.9, adult</u>
<u>Decreased libido</u>
<u>Hypertrophy of breast</u>
<u>Mixed hyperlipidemia</u>
<u>Other fatigue</u>
<u>Other obesity due to excess calories</u>
<u>Other vitamin B12 deficiency anemias</u>
<u>Testicular hypofunction</u>

**Surgical History:**
 _  Performed: 2007  Notes: COMPOUND Fx LEFT AFOREARM...

*prima*

Generated on 3/18/2019

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ▓▓▓▓ 1974

**Active Medication Before Visit:**
Patient indicated no medications as of 11/16/2015

**Allergies:**
 NO KNOWN DRUG ALLERGIES  NO KNOWN FOOD ALLERGIES  NO KNOWN ENVIRONMENTAL ALLERGIES

**Social History:**
Tobacco history Never smoker; Alcohol history Currently drinks alcohol

**Family History:**
Relationship:  Father  Disease:  Congestive heart failure (cause of death); Emphysema (cause of death); Diabetes mellitus Type 2 (cause of death)  Recorded Date:  November 16, 2015
Relationship:  Mother  Disease:  Atrial fibrillation (cause of death); Chronic obstructive pulmonary disease  (cause of death)  Recorded Date:  November 16, 2015


I reviewed the documented surgical, family, social, medication, drug allergy, food allergy, environment allergy, vitals and medical hist histories.

**VITALS:**
  Weight: 255 lbs  Height: 6' 2"  BMI: 32.7
  Temp: 98.4 F tympanic Pulse: 84 bpm Sitting    SPO2: 98 %   BP: 128/84 mmHg Left Arm Sitting

**PE:**
**Constitutional**
general appearance
          overall: well nourished, well developed and in no acute distress
**Neck**
inspection of neck
          overall: normal size, normal appearance, no masses, absence of swelling, normal major salivary glands, normal tracheal position, normal jugular venous pressure and no carotid bruits
**Respiratory**
auscultation
          overall: breath sounds clear bilaterally
**Cardiovascular**
auscultation of heart
          overall: regular rate, normal heart sounds and no murmurs
**Psychiatric**
orientation/consciousness
          overall: oriented to person, place and time

**Today's Diagnosis:**
  R63.5-783.1 Abnormal weight gain
  R53.1-780.79 Weakness
  E29.1-255.2 Testicular hypofunction
  E28.0-256.0 Estrogen excess
  G47.33-327.23 Obstructive sleep apnea (adult) (pediatric)
  R68.82-799.81 Decreased libido
  N62-611.1 Hypertrophy of breast

**Services Performed:**
99204 OFFICE/OUTPATIENT VISIT NEW
82024 ACTH

Aprima

Generated on 3/18/2019

3 of 4

**Patient:** Triolo, Richard Anthony
Address: 1933 Eclipse Dr Jacksonville, FL 32258
Date of Birth: ████████ 1974

82160 ASSAY OF ANDROSTERONE
85025 COMPLETE BLOOD COUNT
80053 COMPREHENSIVE CHEM PROFILE
82627 DHEA-SULFATE
82670 ESTRADIOL
82677 ESTRIOL
84481 FREE T3
84439 FREE T4
80061 LIPID PANEL with this modifier:   QW
84403 TESTOSTERONE
84270 SEX HORMONE GLOBUL
84402 ASSAY OF TESTOSTERONE FREE
84443 TSH
82533 TOTAL CORTISOL
82607 VITAMIN B-12
82306 VITAMIN D
93000 ELECTROCARDIOGRAM COMPLETE with this modifier:   59
82570 ASSAY OF URINE CREATININE
83986 ASSAY PH BODY FLUID NOS
80301 DRUG SCREEN IN-HOUSE

**Services Ordered:**
439RQEZ= ESTROGEN, TOTAL, SERUM
82672 ASSAY OF ESTROGEN

**Assessment:**
Starting Phentermine; Drug screen done for monitoring of any stimulant use.  Patient is aware that during the course of treatment a random drug screening may be repeated.  Total body fat scan done if BMI is less than 30.0.  Monitoring for weight loss monthly. Discussed need for weight loss to stay on weight loss program.  This will be a 4-6 month plan as long as patient is continuing to lose weight.  Patient verbalizes understanding of this agreement.

Patient has increasing daytime drowsiness & weight gain; need to rule out abnormal hormone levels. Ordered thyroid & adrenal panels.
He is having decreased libido and symptoms of testicular hypofunction, bilateral enlarged breasts, will order Estriol, Estradiol, Testosterone levels  hypogonadism and to assess need for therapy. Routine screening for lipids and CBC and CMP. Patient has not been on an optimal diet, will establish levels and discussed Vitamin B12 & D supplements.   All questions were answered and patient verbalized understanding of treatment plan.
Prescribed mic/b12; hcg; anastrozole
EKG will be performed to assess patient's current cardiac state for starting stimulant  weight loss program.
VO2 r/s fasting next appt.

**Plan:**
A return visit is indicated in 1 month.  He was advised to be on a Low carbohydrates, moderate fat, moderate intake of proteins.  At least 64 oz water daily diet.  He was given this form:  'Patient Medication Summary'.

**Today's Prescriptions:** anastrozole 1 mg tablet, 1 Tablet(s) PO QD, 30 days.
HCG 200iu/0.1ml Nasal Spray, 0.2 Milliliter(s) SL QD, 30 days.
mic/b12 capsule, 1 Capsule(s) PO QD, 30 days.
phentermine 19 mg Cap, 2 Capsule(s) PO QD, 30 days.

aprima

**Patient:** Triolo, Richard Anthony
Address:  1933 Eclipse Dr  Jacksonville, FL  32258
Date of Birth: ████████ 1974

Gary Charles Bernard M.D.

Generated on 3/18/2019

POINTE_0024

**SPECIMEN INFORMATION**

**Laboratory: Quest**
Accession Number : 000000086264

LabAccessionNumber :

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 10/13/2016 12:11:00 PM
RECEIVED DATE:  10/14/2016 12:26:00 AM
REPORTED DATE: 10/18/2016 10:51:00 AM

**Technician:**

**PATIENT INFORMATION**

**Patient ID : 21163**

DOB: █████1974

AGE: 41 Years 11 Months 24 Days
GENDER: Male

| REPORT STATUS **Final** |
| --- |

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES,
M.D.**

CLIENT INFORMATION
130021
Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| **6399 COMPLETE CBC W/AUTO DIFF WBC** | | | | | | |
| **\0231 COMPREHEN METABOLIC PANEL** | | | | | | |
| **36170 TESTOSTERONE, FREE AND TOTAL, LC/MS/MS** | | | | | | |
| **4021 ASSAY OF ESTRADIOL** | | | | | | |
| Lab Director: | | | | | | |
| **10231SB= COMPREHENSIVE METABOLIC PANEL** | | | | | | |
| GLUCOSE | 86 | N | 65-99 | mg/dL | Final | TP |

Lab Director:
Patient Name : TRIOLO, RICHARD ANTHONY

Page 1

**Patient Name :**  Triolo, Richard Anthony                    **Accession Number :**     000000086264

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| Comment: | | | | | | |
| Fasting reference interval | | | | | | |
| | | | | | | |
| UREA NITROGEN (BUN) | 16 | N | 7-25 | mg/dL | Final | TP |
| CREATININE | 1.17 | N | 0.60-1.35 | mg/dL | Final | TP |
| eGFR NON-AFR. AMERICAN | 77 | N | > OR = 60 | mL/min/1.73m2 | Final | TP |
| eGFR AFRICAN AMERICAN | 89 | N | > OR = 60 | mL/min/1.73m2 | Final | TP |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 | (calc) | Final | TP |
| SODIUM | 137 | N | 135-146 | mmol/L | Final | TP |
| POTASSIUM | 4.5 | N | 3.5-5.3 | mmol/L | Final | TP |
| CHLORIDE | 100 | N | 98-110 | mmol/L | Final | TP |
| CARBON DIOXIDE | 27 | N | 20-31 | mmol/L | Final | TP |
| CALCIUM | 10.2 | N | 8.6-10.3 | mg/dL | Final | TP |
| PROTEIN, TOTAL | 7.4 | N | 6.1-8.1 | g/dL | Final | TP |
| ALBUMIN | 4.9 | N | 3.6-5.1 | g/dL | Final | TP |
| GLOBULIN | 2.5 | N | 1.9-3.7 | g/dL (calc) | Final | TP |
| ALBUMIN/GLOBULIN RATIO | 2.0 | N | 1.0-2.5 | (calc) | Final | TP |
| BILIRUBIN, TOTAL | 1.0 | N | 0.2-1.2 | mg/dL | Final | TP |
| ALKALINE PHOSPHATASE | 62 | N | 40-115 | U/L | Final | TP |
| AST | 25 | N | 10-40 | U/L | Final | TP |
| **ALT** | **56** | **H** | **9-46** | **U/L** | **Final** | **TP** |

**6399SB= CBC (INCLUDES DIFF/PLT)**

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **WHITE BLOOD CELL COUNT** | **10.9** | **H** | **3.8-10.8** | **Thousand/uL** | **Final** | **TP** |
| **RED BLOOD CELL COUNT** | **6.13** | **H** | **4.20-5.80** | **Million/uL** | **Final** | **TP** |
| **HEMOGLOBIN** | **17.4** | **H** | **13.2-17.1** | **g/dL** | **Final** | **TP** |
| **HEMATOCRIT** | **52.4** | **H** | **38.5-50.0** | **%** | **Final** | **TP** |
| MCV | 85.6 | N | 80.0-100.0 | fL | Final | TP |
| MCH | 28.4 | N | 27.0-33.0 | pg | Final | TP |
| MCHC | 33.2 | N | 32.0-36.0 | g/dL | Final | TP |
| RDW | 13.5 | N | 11.0-15.0 | % | Final | TP |
| PLATELET COUNT | 293 | N | 140-400 | Thousand/uL | Final | TP |
| MPV | 8.6 | N | 7.5-11.5 | fL | Final | TP |
| ABSOLUTE NEUTROPHILS | 7216 | N | 1500-7800 | cells/uL | Final | TP |
| ABSOLUTE LYMPHOCYTES | 2463 | N | 850-3900 | cells/uL | Final | TP |
| ABSOLUTE MONOCYTES | 730 | N | 200-950 | cells/uL | Final | TP |
| ABSOLUTE EOSINOPHILS | 436 | N | 15-500 | cells/uL | Final | TP |
| ABSOLUTE BASOPHILS | 55 | N | 0-200 | cells/uL | Final | TP |
| NEUTROPHILS | 66.2 | N | | % | Final | TP |
| LYMPHOCYTES | 22.6 | N | | % | Final | TP |
| MONOCYTES | 6.7 | N | | % | Final | TP |
| EOSINOPHILS | 4.0 | N | | % | Final | TP |
| BASOPHILS | 0.5 | N | | % | Final | TP |

POINTE_0026

| Patient Name : | Triolo, Richard Anthony | | | | Accession Number : | | 000000086264 |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **4021SB= ESTRADIOL** | | | | | | |
| Estradiol | 53 | H | < OR = 39 | pg/mL | Final | TP |

Comment: Reference range established on post-pubertal patient
population. No pre-pubertal reference range
established using this assay. For any patients for
whom low Estradiol levels are anticipated (e.g. males,
pre-pubertal children and hypogonadal/post-menopausal
females), the Quest Diagnostics Nichols Institute
Estradiol, Ultrasensitive, LCMSMS assay is recommended
(order code 30289).

Please note: patients being treated with the drug
fulvestrant (Faslodex(R)) have demonstrated significant
interference in immunoassay methods for estradiol
measurement. The cross reactivity could lead to falsely
elevated estradiol test results leading to an
inappropriate clinical assessment of estrogen status.
Quest Diagnostics order code 30289-Estradiol,
Ultrasensitive LC/MS/MS demonstrates negligible cross
reactivity with fulvestrant.

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **36170RAMD= TESTOSTERONE,FR(DIALYSIS) AND TOTAL(LC/MS/MS)** | | | | | | |
| TESTOSTERONE, TOTAL, LC/MS/MS | 1779 | H | 250-1100 | ng/dL | Final | AMD |
| FREE TESTOSTERONE | 471.4 | H | 35.0-155.0 | pg/mL | Final | AMD |

Comment:
For more information on this test, go to
http://education.questdiagnostics.com/faq/
TotalTestosteroneLCMSMS

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin
AMD QUEST DIAGNOSTICS/NICHOLS CHANTILLY-CHANTILLY VA 14225 Newbrook Drive, Chantilly, VA 20151-2228, Lab Director: Patrick W
Mason M.D.,PhD

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin
AMD QUEST DIAGNOSTICS/NICHOLS CHANTILLY-CHANTILLY VA 14225 Newbrook Drive, Chantilly, VA 20151-2228, Lab Director: Patrick
W Mason M.D.,PhD

POINTE_0027

| SPECIMEN INFORMATION | PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|---|

**SPECIMEN INFORMATION**
**Laboratory: Quest**
Accession Number : 00000083999

LabAccessionNumber :

**PATIENT INFORMATION**
Patient ID : 21163
DOB: ████1974
AGE: 41 Years 8 Months 18 Days
GENDER: Male

REPORT STATUS **Final**
ORDERING PHYSICIAN
**BERNARD, GARY CHARLES,
M.D.**

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 7/7/2016 4:48:00 PM
RECEIVED DATE: 7/9/2016 12:50:00 AM
REPORTED DATE: 7/15/2016 12:29:00 AM

**Technician:**

CLIENT INFORMATION
130021
Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **4021 ASSAY OF ESTRADIOL** | | | | | | |
| **0231 COMPREHEN METABOLIC PANEL** | | | | | | |
| **6399 COMPLETE CBC W/AUTO DIFF WBC** | | | | | | |
| **466 ASSAY OF FOLIC ACID SERUM** | | | | | | |
| **36170 TESTOSTERONE, FREE AND TOTAL, LC/MS/MS** | | | | | | |
| **30740 ASSAY OF SEX HORMONE GLOBUL** | | | | | | |

| Patient Name : | Triolo, Richard Anthony | | | Accession Number : | | | 00000083999 |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **927 VITAMIN B-12** | | | | | | |
| **367 TOTAL CORTISOL** | | | | | | |
| **402 DEHYDROEPIANDROSTERONE** | | | | | | |
| Lab Director: | | | | | | |
| **10231SB= COMPREHENSIVE METABOLIC PANEL** | | | | | | |
| GLUCOSE | 96 | N | 65-99 | mg/dL | Final | TP |
| Comment: | | | | | | |
| Fasting reference interval | | | | | | |
| UREA NITROGEN (BUN) | 14 | N | 7-25 | mg/dL | Final | TP |
| CREATININE | 1.35 | N | 0.60-1.35 | mg/dL | Final | TP |
| eGFR NON-AFR. AMERICAN | 65 | N | > OR = 60 | mL/min/1.73m2 | Final | TP |
| eGFR AFRICAN AMERICAN | 75 | N | > OR = 60 | mL/min/1.73m2 | Final | TP |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 | (calc) | Final | TP |
| SODIUM | 142 | N | 135-146 | mmol/L | Final | TP |
| POTASSIUM | 4.8 | N | 3.5-5.3 | mmol/L | Final | TP |
| CHLORIDE | 107 | N | 98-110 | mmol/L | Final | TP |
| CARBON DIOXIDE | 27 | N | 19-30 | mmol/L | Final | TP |
| **CALCIUM** | **10.6** | **H** | **8.6-10.3** | **mg/dL** | **Final** | **TP** |
| PROTEIN, TOTAL | 7.6 | N | 6.1-8.1 | g/dL | Final | TP |
| ALBUMIN | 5.0 | N | 3.6-5.1 | g/dL | Final | TP |
| GLOBULIN | 2.6 | N | 1.9-3.7 | g/dL (calc) | Final | TP |
| ALBUMIN/GLOBULIN RATIO | 1.9 | N | 1.0-2.5 | (calc) | Final | TP |
| BILIRUBIN, TOTAL | 0.7 | N | 0.2-1.2 | mg/dL | Final | TP |
| ALKALINE PHOSPHATASE | 58 | N | 40-115 | U/L | Final | TP |
| AST | 25 | N | 10-40 | U/L | Final | TP |
| **ALT** | **58** | **H** | **9-46** | **U/L** | **Final** | **TP** |
| **6399SB= CBC (INCLUDES DIFF/PLT)** | | | | | | |
| WHITE BLOOD CELL COUNT | 5.9 | N | 3.8-10.8 | Thousand/uL | Final | TP |
| **RED BLOOD CELL COUNT** | **5.98** | **H** | **4.20-5.80** | **Million/uL** | **Final** | **TP** |
| **HEMOGLOBIN** | **17.2** | **H** | **13.2-17.1** | **g/dL** | **Final** | **TP** |

Lab Director:

POINTE_0029

**Patient Name :**   Triolo, Richard Anthony                                    **Accession Number :**        00000083999

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **HEMATOCRIT** | **51.6** | **H** | **38.5-50.0** | **%** | **Final** | **TP** |
| MCV | 86.2 | N | 80.0-100.0 | fL | Final | TP |
| MCH | 28.7 | N | 27.0-33.0 | pg | Final | TP |
| MCHC | 33.3 | N | 32.0-36.0 | g/dL | Final | TP |
| RDW | 13.1 | N | 11.0-15.0 | % | Final | TP |
| PLATELET COUNT | 196 | N | 140-400 | Thousand/uL | Final | TP |
| MPV | 9.2 | N | 7.5-11.5 | fL | Final | TP |
| ABSOLUTE NEUTROPHILS | 2443 | N | 1500-7800 | cells/uL | Final | TP |
| ABSOLUTE LYMPHOCYTES | 2083 | N | 850-3900 | cells/uL | Final | TP |
| ABSOLUTE MONOCYTES | 502 | N | 200-950 | cells/uL | Final | TP |
| **ABSOLUTE EOSINOPHILS** | **856** | **H** | **15-500** | **cells/uL** | **Final** | **TP** |
| ABSOLUTE BASOPHILS | 18 | N | 0-200 | cells/uL | Final | TP |
| NEUTROPHILS | 41.4 | N | | % | Final | TP |
| LYMPHOCYTES | 35.3 | N | | % | Final | TP |
| MONOCYTES | 8.5 | N | | % | Final | TP |
| EOSINOPHILS | 14.5 | N | | % | Final | TP |
| BASOPHILS | 0.3 | N | | % | Final | TP |

**927SB= VITAMIN B12**

| | | | | | | |
|---|---|---|---|---|---|---|
| VITAMIN B12 | 841 | N | 200-1100 | pg/mL | Final | TP |

**466SB= FOLATE, SERUM**

| | | | | | | |
|---|---|---|---|---|---|---|
| FOLATE, SERUM | >24.0 | N | | ng/mL | Final | TP |

Comment:                  Reference Range
                Low:       <3.4
                Borderline:  3.4-5.4
                Normal:    >5.4

**367SB= CORTISOL, TOTAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| CORTISOL, TOTAL | 8.2 | N | | mcg/dL | Final | TP |

Comment: Reference Range: For 8 a.m.(7-9 a.m.) Specimen: 4.0-22.0
Reference Range: For 4 p.m.(3-5 p.m.) Specimen: 3.0-17.0
 * Please interpret above results accordingly *

POINTE_0030

| Patient Name : | Triolo, Richard Anthony | | | | Accession Number : | | 00000083999 |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **402SB= DHEA SULFATE** | | | | | | |
| **DHEA SULFATE** | **891** | **H** | **70-495** | **mcg/dL** | **Final** | **TP** |

Comment:
DHEA-S values fall with advancing age.
For reference, the reference intervals for 31-40 year
old patients are:

Male:  106-464 mcg/dL
Female:  23-266 mcg/dL

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **4021SB= ESTRADIOL** | | | | | | |
| Estradiol | 21 | N | < OR = 39 | pg/mL | Final | TP |

Comment: Reference range established on post-pubertal patient
population. No pre-pubertal reference range
established using this assay. For any patients for
whom low Estradiol levels are anticipated (e.g. males,
pre-pubertal children and hypogonadal/post-menopausal
females), the Quest Diagnostics Nichols Institute
Estradiol, Ultrasensitive, LCMSMS assay is recommended
(order code 30289).

Please note: patients being treated with the drug
fulvestrant (Faslodex(R)) have demonstrated significant
interference in immunoassay methods for estradiol
measurement. The cross reactivity could lead to falsely
elevated estradiol test results leading to an
inappropriate clinical assessment of estrogen status.
Quest Diagnostics order code 30289-Estradiol,
Ultrasensitive LC/MS/MS demonstrates negligible cross
reactivity with fulvestrant.

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **30740SB= SEX HORMONE BINDING GLOBULIN** | | | | | | |
| SEX HORMONE BINDING GLOBULIN | 13 | N | 10-50 | nmol/L | Final | TP |

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **36170RAMD= TESTOSTERONE,FR(DIALYSIS) AND TOTAL(LC/MS/MS)** | | | | | | |
| **TESTOSTERONE, TOTAL, LC/MS/MS** | **2464** | **H** | **250-1100** | **ng/dL** | **Final** | **AMD** |

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin

Page 4

POINTE_0031

| Patient Name : | Triolo, Richard Anthony | | | | Accession Number : | | 00000083999 |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **Comment:** **For more information on this test, go to** **http://education.questdiagnostics.com/faq/** **TotalTestosteroneLCMSMS** | | | | | | |
| **FREE TESTOSTERONE** | **722.0** | **H** | **35.0-155.0** | **pg/mL** | **Final** | **AMD** |

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin
AMD QUEST DIAGNOSTICS/NICHOLS CHANTILLY-CHANTILLY VA  14225 Newbrook Drive, Chantilly, VA 20151-2228, Lab Director: Patrick W Mason M.D.,PhD

Lab Director:
TP QUEST DIAGNOSTICS-TAMPA  4225 E Fowler Ave, Tampa, FL 33617-2026, Lab Director: Glen L Hortin
AMD QUEST DIAGNOSTICS/NICHOLS CHANTILLY-CHANTILLY VA  14225 Newbrook Drive, Chantilly, VA 20151-2228, Lab Director: Patrick W Mason M.D.,PhD

POINTE_0032

**SPECIMEN INFORMATION**

**Laboratory: Pointe Medical Laboratory**
Accession Number : 00000077525

LabAccessionNumber : 32261

**PATIENT INFORMATION**

**Patient ID : 21163**
DOB: ████1974

AGE: 41 Years 28 Days
GENDER: Male

| REPORT STATUS **Final** |
| --- |

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES,
M.D.**

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 11/16/2015 2:49:00 PM
RECEIVED DATE: 12/17/2015 2:01:00 PM
REPORTED DATE: 12/17/2015 2:01:00 PM

**Technician:**

CLIENT INFORMATION

Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| **80053 COMPREHENSIVE CHEM PROFILE** | | | | | | |
| **SODIUM** | **148** | H | **137-145** | **mEq/L** | **Final** | |
| POTASSIUM | 4.8 | | 3.5-5.1 | mEq/L | Final | |
| CHLORIDE | 103 | | 98-107 | mEq/L | Final | |
| CARBON DIOXIDE | 26 | | 22-30 | mEq/L | Final | |
| GLUCOSE | 81 | | 74-106 | mg/dL | Final | |
| BUN | 17 | | 7-20 | mg/dL | Final | |
| CREATININE | 0.9 | | 0.5-1.3 | mg/dL | Final | |
| BUN/CREAT RATIO | 18.9 | | | CALC | Final | |
| **CALCIUM** | **10.5** | H | **8.4-10.2** | **mg/dL** | **Final** | |
| TOTAL PROTEIN | 7.6 | | 6.3-8.2 | g/dL | Final | |
| ALBUMIN | 4.7 | | 3.5-5.0 | g/dL | Final | |
| GLOBULIN | 2.9 | | 2.2-3.9 | g/dL | Final | |
| A/G RATIO | 1.6 | | | CALC | Final | |
| ALK. PHOSPHATASE | 59 | | 38-126 | U/L | Final | |
| ALT (SGPT) | 31 | | 9-72 | U/L | Final | |
| AST (SGOT) | 23 | | 14-59 | U/L | Final | |
| TOTAL BILIRUBIN | 0.5 | | 0.2-1.3 | mg/dL | Final | |
| GFR NON AFRICAN AMERICAN | >60 | | >=60 | ml/min/1.73m^2 | Final | |
| GFR AFRICAN AMERICAN | >60 | | >=60 | ml/min/1.73m^2 | Final | |
| **80061 LIPID PANEL** | | | | | | |
| CHOLESTEROL | 172 | | 10-200 | mg/dL | Final | |
| **Triglycerides** | **429** | H | **10-199** | **mg/dL** | **Final** | |
| **Comment: CALCULATED LDL INVALID DUE TO ELEVATED TRIGLYCERIDES.** | | | | | | |
| HDL Cholesterol | 41 | | 40-60 | mg/dL | Final | |
| LDL (CALCULATED) | INVALID | | | CALC | Final | |

Patient Name : TRIOLO, RICHARD ANTHONY

Page 1

POINTE_0033

| Patient Name : | Triolo, Richard Anthony | | | | Accession Number : | 00000077525 | |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| VLDL CHOLESTEROL | 86 | | | CALC | Final | |
| HDL RISK FACTOR | 4.2 | | | CALC | Final | |
| **82306 VITAMIN D** | | | | | | |
| VIT D 25-HYDROXY | 37.90 | | 30.00-96.00 | ng/mL | Final | |
| **82533 TOTAL CORTISOL** | | | | | | |
| Cortisol | 9.7 | | - | ug/dL | Final | |
| Comment: AM Cortisol Range 4.30 - 22.40 | | | | | | |
| **84443 TSH** | | | | | | |
| TSH | 1.57 | | 0.45-4.50 | mIU/L | Final | |
| **ESTR ESTRIOL** | | | | | | |
| ESTRIOL | <0.07 | | <=0.20 | ng/mL | Final | |
| **84402P ASSAY OF TESTOSTERONE FREE** | | | | | | |
| **TESTOSTERONE** | **242** | **L** | **350-1200** | **ng/dL** | **Final** | |
| SEX HORMONE BINDING GLOBULIN | 14.30 | | 2.00-180.00 | nmol/L | Final | |
| **TESTOSTERONE FREE INDEX** | **69.3** | **L** | **150.0-350.0** | **pg/mL** | **Final** | |
| **84481 FREE T3** | | | | | | |
| FREE T3 | 3.55 | | 2.40-4.40 | pg/mL | Final | |
| **82607 VITAMIN B-12** | | | | | | |
| **VITAMIN B-12** | **961** | **H** | **211-911** | **pg/mL** | **Final** | |
| **82024 ACTH** | | | | | | |
| ACTH | 14.3 | | 10.0-50.0 | pg/mL | Final | |
| **ANDRO ASSAY OF ANDROSTERONE** | | | | | | |
| ANDROSTENEDIONE | 1.97 | | 0.60-3.00 | ng/mL | Final | |

POINTE_0034

| Patient Name : | Triolo, Richard Anthony | | | Accession Number : | | 00000077525 | |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **82627 DHEA-SULFATE** | | | | | | |
| **DHEA-SULFATE.** | **590.0** | **H** | **42.0-290.0** | **ug/dL** | **Final** | |
| **82670 ESTRADIOL** | | | | | | |
| Estradiol | 41 | | 20-54 | pg/mL | Final | |
| Comment: ADULT FEMALE: | | | | | | |
| **84403 TESTOSTERONE** | | | | | | |
| **TESTOSTERONE** | **242** | **L** | **350-1200** | **ng/dL** | **Final** | |
| **84439 FREE T4** | | | | | | |
| FT4 (FREE THYROXINE) | 1.04 | | 0.82-1.77 | ng/dL | Final | |
| **85025 COMPLETE BLOOD COUNT** | | | | | | |
| **WBC** | **12.8** | **H** | **4.7-9.6** | **x10^3/UL** | **Final** | |
| RBC | 5.25 | | 4.37-5.63 | x10^6/UL | Final | |
| HGB | 15.7 | | 13.5-16.5 | g/dL | Final | |
| HCT | 45 | | 42-53 | % | Final | |
| MCV | 86.0 | | 83.0-101.0 | fL | Final | |
| MCH | 30 | | 26-34 | PG | Final | |
| MCHC | 35 | | 32-35 | g/dL | Final | |
| RDW | 13 | | 12-16 | % | Final | |
| **PLT** | **386** | **H** | **145-355** | **x10^3/UL** | **Final** | |
| **MPV** | **6.9** | **L** | **7.3-9.0** | **FL** | **Final** | |
| **GRAN %** | **75** | **H** | **49-74** | **%** | **Final** | |
| MONO% | 3 | | 3-6 | % | Final | |
| **LYMPH %** | **22** | **L** | **23-47** | **%** | **Final** | |

Lab Director:

Lab Director:

Page 3

| SPECIMEN INFORMATION | PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|---|

**Laboratory: Pointe Medical Laboratory**
Accession Number : 00000077551

LabAccessionNumber : 32270

**Patient ID : 21163**
DOB: ████1974

AGE: 41 Years 29 Days
GENDER: Male

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES,
M.D.**

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

CLIENT INFORMATION

COLLECTION DATE : 11/17/2015 9:30:00 AM
RECEIVED DATE:  11/17/2015 11:34:00 AM
REPORTED DATE: 11/17/2015 11:34:00 AM

**Technician:**

Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **UCREAT ASSAY OF URINE CREATININE** | | | | | | |
| **0301 DRUG SCREEN IN-HOUSE** | | | | | | |
| URINE AMPHETAMINES | NEGATIVE | | NEGATIVE | | Final | |
| URINE BARBITURATES | NEGATIVE | | NEGATIVE | | Final | |
| URINE BENZODIAZEPINES | NEGATIVE | | NEGATIVE | | Final | |
| URINE COCAINE METABOL. | NEGATIVE | | NEGATIVE | | Final | |
| URINE OPIATES | NEGATIVE | | NEGATIVE | | Final | |
| URINE METHADONE | NEGATIVE | | NEGATIVE | | Final | |
| URINE CREATININE | 225.8 | | 37.0-300.0 | mg/dL | Final | |
| URINE PH | 6.0 | | 5.0-8.0 | mg/dL | Final | |

Lab Director:
Lab Director:

Lab Director:
Lab Director:
Patient Name : TRIOLO, RICHARD ANTHONY

Page 1

POINTE_0036

**SPECIMEN INFORMATION**

**Laboratory: Quest**
Accession Number : 00000077526

LabAccessionNumber :

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 11/16/2015 2:49:00 PM
RECEIVED DATE:  11/18/2015 1:43:00 AM
REPORTED DATE: 11/20/2015 9:18:00 PM

**Technician:**

**PATIENT INFORMATION**

**Patient ID : 21163**
DOB: ████1974

AGE: 41 Years 28 Days
GENDER: Male

| REPORT STATUS **Final** |
| --- |

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES, M.D.**

CLIENT INFORMATION
130021
Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |

**439 ASSAY OF ESTROGEN**

Lab Director:

**439RQEZ= ESTROGEN, TOTAL, SERUM**

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| ESTROGEN, TOTAL, SERUM | 122.4 | | 60-190 | pg/mL | Final | EZ |

Comment:
The total estrogen assay is not recommended for use in
pre-pubertal children.

Lab Director:
EZ QUEST DIAGNOSTICS/NICHOLS SJC-SAN JUAN CAPISTRANO,  33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042, Lab Director:
Jon Nakamoto MD,PhD

Lab Director:
EZ QUEST DIAGNOSTICS/NICHOLS SJC-SAN JUAN CAPISTRANO,  33608 Ortega Hwy, San Juan Capistrano, CA 92675-2042, Lab
Director: Jon Nakamoto MD,PhD
Patient Name : TRIOLO, RICHARD ANTHONY                                                                Page 1

POINTE_0037

**SPECIMEN INFORMATION**

**Laboratory: Pointe Medical Laboratory**
Accession Number : 00000077525

LabAccessionNumber : 32261

**PATIENT INFORMATION**

**Patient ID : 21163**
DOB: ████1974

AGE: 41 Years 28 Days
GENDER: Male

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 11/16/2015 2:49:00 PM
RECEIVED DATE: 12/17/2015 2:01:00 PM
REPORTED DATE: 12/17/2015 2:01:00 PM

**Technician:**

REPORT STATUS **Final**

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES, M.D.**

CLIENT INFORMATION

Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **80053 COMPREHENSIVE CHEM PROFILE** | | | | | | |
| **SODIUM** | **148** | **H** | **137-145** | **mEq/L** | **Final** | |
| POTASSIUM | 4.8 | | 3.5-5.1 | mEq/L | Final | |
| CHLORIDE | 103 | | 98-107 | mEq/L | Final | |
| CARBON DIOXIDE | 26 | | 22-30 | mEq/L | Final | |
| GLUCOSE | 81 | | 74-106 | mg/dL | Final | |
| BUN | 17 | | 7-20 | mg/dL | Final | |
| CREATININE | 0.9 | | 0.5-1.3 | mg/dL | Final | |
| BUN/CREAT RATIO | 18.9 | | | CALC | Final | |
| **CALCIUM** | **10.5** | **H** | **8.4-10.2** | **mg/dL** | **Final** | |
| TOTAL PROTEIN | 7.6 | | 6.3-8.2 | g/dL | Final | |
| ALBUMIN | 4.7 | | 3.5-5.0 | g/dL | Final | |
| GLOBULIN | 2.9 | | 2.2-3.9 | g/dL | Final | |
| A/G RATIO | 1.6 | | | CALC | Final | |
| ALK. PHOSPHATASE | 59 | | 38-126 | U/L | Final | |
| ALT (SGPT) | 31 | | 9-72 | U/L | Final | |
| AST (SGOT) | 23 | | 14-59 | U/L | Final | |
| TOTAL BILIRUBIN | 0.5 | | 0.2-1.3 | mg/dL | Final | |
| GFR NON AFRICAN AMERICAN | >60 | | >=60 | ml/min/1.73m^2 | Final | |
| GFR AFRICAN AMERICAN | >60 | | >=60 | ml/min/1.73m^2 | Final | |
| **80061 LIPID PANEL** | | | | | | |
| CHOLESTEROL | 172 | | 10-200 | mg/dL | Final | |
| **Triglycerides** | **429** | **H** | **10-199** | **mg/dL** | **Final** | |
| **Comment: CALCULATED LDL INVALID DUE TO ELEVATED TRIGLYCERIDES.** | | | | | | |
| HDL Cholesterol | 41 | | 40-60 | mg/dL | Final | |
| LDL (CALCULATED) | INVALID | | | CALC | Final | |

Patient Name : TRIOLO, RICHARD ANTHONY

Page 1

**Patient Name :**  Triolo, Richard Anthony                    **Accession Number :**    00000077525

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| VLDL CHOLESTEROL | 86 | | | CALC | Final | |
| HDL RISK FACTOR | 4.2 | | | CALC | Final | |
| **82306 VITAMIN D** | | | | | | |
| VIT D 25-HYDROXY | 37.90 | | 30.00-96.00 | ng/mL | Final | |
| **82533 TOTAL CORTISOL** | | | | | | |
| Cortisol | 9.7 | | - | ug/dL | Final | |
| Comment: AM Cortisol Range 4.30 - 22.40 | | | | | | |
| **84443 TSH** | | | | | | |
| TSH | 1.57 | | 0.45-4.50 | mIU/L | Final | |
| **ESTR ESTRIOL** | | | | | | |
| ESTRIOL | <0.07 | | <=0.20 | ng/mL | Final | |
| **84402P ASSAY OF TESTOSTERONE FREE** | | | | | | |
| **TESTOSTERONE** | **242** | **L** | **350-1200** | **ng/dL** | **Final** | |
| SEX HORMONE BINDING GLOBULIN | 14.30 | | 2.00-180.00 | nmol/L | Final | |
| **TESTOSTERONE FREE INDEX** | **69.3** | **L** | **150.0-350.0** | **pg/mL** | **Final** | |
| **84481 FREE T3** | | | | | | |
| FREE T3 | 3.55 | | 2.40-4.40 | pg/mL | Final | |
| **82607 VITAMIN B-12** | | | | | | |
| **VITAMIN B-12** | **961** | **H** | **211-911** | **pg/mL** | **Final** | |
| **82024 ACTH** | | | | | | |
| ACTH | 14.3 | | 10.0-50.0 | pg/mL | Final | |
| **ANDRO ASSAY OF ANDROSTERONE** | | | | | | |
| ANDROSTENEDIONE | 1.97 | | 0.60-3.00 | ng/mL | Final | |

POINTE_0039

| Patient Name : | Triolo, Richard Anthony | | | | Accession Number : | 00000077525 |

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **82627 DHEA-SULFATE** | | | | | | |
| **DHEA-SULFATE.** | **590.0** | **H** | **42.0-290.0** | **ug/dL** | **Final** | |
| **82670 ESTRADIOL** | | | | | | |
| Estradiol | 41 | | 20-54 | pg/mL | Final | |
| Comment: ADULT FEMALE: | | | | | | |
| **84403 TESTOSTERONE** | | | | | | |
| **TESTOSTERONE** | **242** | **L** | **350-1200** | **ng/dL** | **Final** | |
| **84439 FREE T4** | | | | | | |
| FT4 (FREE THYROXINE) | 1.04 | | 0.82-1.77 | ng/dL | Final | |
| **85025 COMPLETE BLOOD COUNT** | | | | | | |
| **WBC** | **12.8** | **H** | **4.7-9.6** | **x10^3/UL** | **Final** | |
| RBC | 5.25 | | 4.37-5.63 | x10^6/UL | Final | |
| HGB | 15.7 | | 13.5-16.5 | g/dL | Final | |
| HCT | 45 | | 42-53 | % | Final | |
| MCV | 86.0 | | 83.0-101.0 | fL | Final | |
| MCH | 30 | | 26-34 | PG | Final | |
| MCHC | 35 | | 32-35 | g/dL | Final | |
| RDW | 13 | | 12-16 | % | Final | |
| **PLT** | **386** | **H** | **145-355** | **x10^3/UL** | **Final** | |
| **MPV** | **6.9** | **L** | **7.3-9.0** | **FL** | **Final** | |
| **GRAN %** | **75** | **H** | **49-74** | **%** | **Final** | |
| MONO% | 3 | | 3-6 | % | Final | |
| **LYMPH %** | **22** | **L** | **23-47** | **%** | **Final** | |

Lab Director:

Lab Director:

POINTE_0040

**SPECIMEN INFORMATION**

**Laboratory: Pointe Medical Laboratory**
Accession Number : 00000077551

LabAccessionNumber : 32270

Triolo, Richard Anthony
1933 Eclipse Dr
Jacksonville, FL 32258

COLLECTION DATE : 11/17/2015 9:30:00 AM
RECEIVED DATE:  11/17/2015 11:34:00 AM
REPORTED DATE: 11/17/2015 11:34:00 AM

**Technician:**

**PATIENT INFORMATION**

**Patient ID : 21163**
DOB: ████ 1974
AGE: 41 Years 29 Days
GENDER: Male

REPORT STATUS **Final**

ORDERING PHYSICIAN
**BERNARD, GARY CHARLES, M.D.**

CLIENT INFORMATION

Bernard, Gary Charles, M.D.
(904)276-5700
1996 Kingsley Ave
Orange Park, FL  32073

| Description | Value | H/L | Reference Range | Unit | Status | Lab |
|---|---|---|---|---|---|---|
| **UCREAT ASSAY OF URINE CREATININE** | | | | | | |
| **0301 DRUG SCREEN IN-HOUSE** | | | | | | |
| URINE AMPHETAMINES | NEGATIVE | | NEGATIVE | | Final | |
| URINE BARBITURATES | NEGATIVE | | NEGATIVE | | Final | |
| URINE BENZODIAZEPINES | NEGATIVE | | NEGATIVE | | Final | |
| URINE COCAINE METABOL. | NEGATIVE | | NEGATIVE | | Final | |
| URINE OPIATES | NEGATIVE | | NEGATIVE | | Final | |
| URINE METHADONE | NEGATIVE | | NEGATIVE | | Final | |
| URINE CREATININE | 225.8 | | 37.0-300.0 | mg/dL | Final | |
| URINE PH | 6.0 | | 5.0-8.0 | mg/dL | Final | |

Lab Director:
Lab Director:

Lab Director:
Lab Director:
Patient Name : TRIOLO, RICHARD ANTHONY

Page 1



**ReeVue™**
Indirect Calorimeter

# Your **Metabolic Rate** Results

 **What you burn**           **How much to eat**

**Exercise**

This is an estimate of the number of Calories you would burn performing 30 minutes at a moderate exercise level.

**Lifestyle & Activity**

This is the number of calories you burn performing your daily activities...working, playing, eating, etc. Activity accounts for a significant portion of the calories you burn each day.

**Resting Metabolic Rate**

Today we measured your Metabolic Rate. This is the number of Calories your body burns everyday at rest.

Exercise
+ 289 Cals

Lifestyle & Activity
+ 831 Cals

REE

Resting
Energy
Expenditure
2779 Cals

Calories / Day
3899 Cals*
**Total Energy Output**

Need to burn
more Calories than
you eat!

Maintenance Zone
2779 to 3610

Weight Loss Zone
2225 to 2779

Medically
Supervised Zone
0 to 2225

Calories / Day
Energy Input



**Daily Calories**
as recommended by
Health Care Provider

Most people need to eat below their Metabolic Rate in order to successfully lose weight. Consult with your Health Care Provider to determine the precise caloric intake recommended with your particular weight loss plan.

* Total = REE + Lifestyle + Exercise

## How does your metabolism compare?

Compared to a typical person of similar sex, age, height and weight, your metabolic rate is

FAST (+21%)    SLOW —————— PREDICTIVE NORMAL —————— FAST

**CAUTION:** If you think you may not have sealed your nose or mouth around the mouthpiece, or if you exercised or ate a large meal beforehand, you may want to repeat the test (ask about correct test preparation).
*Note: NORMAL is considered to be +/- 10% the predicted value.*

| | |
|---|---|
| Measured REE: | 11.63 kJoule/day ( 2779 kcal/day ) |
| Predicted REE: | 9.63 kJoule/day ( 2301 kcal/day ) |
| Estimated TEE: | 15.11 kJoule/day ( 3610 kcal/day ) |
| VO2: | 402 ml/min ( 3.51 ml/kg/min ) |
| FeO2: | 15.86 % expired oxygen |
| Minute Volume: | 10.11 Liters / min |
| Tidal Volume: | 934 ml |
| Respiratory Rate: | 11.9 breaths / min |
| Test Duration: | 11.8 min |

Note: Estimated TEE = 1.30 x REE

**Caregiver's Instructions**

Next Test Date:

Exercise Type: *cardio/weight*

Exercise Freq/Duration: *3-4 x wk*

| | |
|---|---|
| Age: | 41 years |
| Gender: | Male |
| Height: | 188 cm ( 6 ft 2 in ) |
| Weight: | 114.4 kg ( 252 lbs) |
| BMI: | 32.4 |

Test ID: 2796
SN: 12325

Name:
Date:
Caregiver:

10/19/74

 **KORR™**    WWW.KORR.COM    © 2003 KORR Medical Technologies Inc.
9FG0094 Rev D

**CAUTION:** Consult your physician before starting any weightloss or fitness program.

POINTE_0043

RECEIVED
U.S. ATTORNEY
2019 MAR 22 PM 3:20
MIDDLE DISTRICT OF
FLORIDA JACKSONVILLE