AO 88B (Rev 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Baptist Medical Center South, ATTN: RECORDS CUSTODIAN,
14550 Old St. Augustine Road, Jacksonville, FL 32258 [Via Facsimile (1-904-821-6044)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:        PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| | |
|---|---|
| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br><br>03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| | |
|---|---|
| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/11/2019

| | |
|---|---|
| *CLERK OF COURT* | OR *Ronnie S. Carter* |
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>RONNIE S. CARTER<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendant
United States of America                                , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ███████ 7157
**Date of Birth:** ████ 1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

BMCSOUTH_0002

## PATIENT AUTHORIZATIONS AND ACKNOWLEDGMENTS

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker):

1. **Nursing.**  Our Hospital provides general duty nursing care, whereby nurses are called to the bedside of inpatients by a signal system. If your condition necessitates continuous or special duty nursing care, such care must be arranged for by you or your physician(s), and our Hospital is not responsible or liable for the failure of you or your physician(s) to make such arrangements.

2. **Consent to Treatment.**  You are under the control of your physician(s) and our Hospital is not liable for any act or omission of (i) our Hospital's employees and subcontractors, to the extent they are following the instructions of your physician(s). You consent to any and all x-ray examinations, laboratory procedures, monitoring, anesthesia, medical or surgical treatments or any other diagnostic or therapeutic treatments or hospital services rendered to you under the general or special instructions of your physician(s). You further consent to the disposal of any tissue or specimens removed from you in accordance with our Hospital's customary practices.

3. **Release of Patient Information.**  You acknowledge that you have read or received a copy of the pamphlet entitled "Baptist Health Notice of Privacy Practices," either at this time or previously. You authorize our Hospital, our Hospital's employees and subcontractors, and appointees to our Hospital's independent Professional Staff (collectively, the "Authorized Providers"), to (i) use and disclose information from and release copies of your medical records in accordance with our Hospital's policies and privacy practices, which are summarized in such pamphlet, including disclosure to your insurer/third-party carrier and past, present and future healthcare providers, and (ii) obtain and use information from and copies of your medical records maintained by any other past or present healthcare providers (or their respective records custodians) for treatment and payment purposes or, to the extent permitted by applicable law, for the Authorized Providers' own healthcare operations.

4. **Physicians.**  Physicians (including emergency department physicians, pathologists, anesthesiologists, and radiologists), podiatrists, psychologists, dentists and the like, providing patient care at our Hospital, are independent contractors and are not employees or agents of our Hospital. Our Hospital has no control over such professionals with respect to the treatment provided to you. You consent to the provision of healthcare services by all such professionals (even if such professionals, such as pathologists and radiologists, have no direct contact with you). Some of such professionals also provide oversight and supervision of various departments of our Hospital, such as pathologists overseeing our Hospital's laboratory. Although such professionals may not have personally rendered services to you or reviewed any of your test results, such professionals' supervision is necessary in order to ensure that the results of your tests are clinically reliable and are reported to the ordering physician in a timely manner. You agree that such professionals may bill you or your insurer/third-party carrier in their usual and customary manner for such healthcare services (and for your share of the cost of such professional oversight and supervision).

5. **Education.**  In addition to patient care, an important activity of our Hospital is the training and teaching of healthcare professionals, including, but not limited to, physicians, nurses and other paramedical personnel (collectively, "Clinical Students"). You consent to (i) the admission of Clinical Students to the room where procedures, tests or examinations are performed on you and (ii) care or treatment by Clinical Students under proper clinical supervision, unless you provide our Hospital's employees with advance notice of your objection to such admission, care or treatment.

6. **Personal Valuables.**  Our Hospital maintains a safe for the safekeeping of money and other patient valuables. Our Hospital will not be liable for the loss or theft of or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of personal property not placed in such safe. You, your family members and/or your friends are responsible for ensuring that your valuables are placed in our Hospital's safe or removed from our Hospital's premises. Return of any of your belongings from our Hospital's safe may be accomplished daily between the hours of 7:00 a.m. and 8:30 p.m.

7. **Medicare Information for Inpatients Only.**  If you are an inpatient at our Hospital and you have Medicare or Tricare, you acknowledge that you have received the Medicare/Tricare letter entitled "An Important Message from Medicare/Tricare."

8. **Medicare Information for All Patients.**  If you have Medicare, you certify that the information given by you in applying for payment under Title XVIII of the Social Security Act (Medicare) is correct to the best of your knowledge. You specifically request that payment of authorized benefits be made directly to our Hospital on your behalf. The care and services received during your visit to our Hospital are subject to professional medical review according to federal law. You acknowledge that Medicare covers a semi-private room rate. In the event that a private room is provided to you, at your request, you agree to pay the difference between the private room rate and the semi-private room rate.

9. **Bill of Rights.**  You acknowledge that you have read or received a copy of our Hospital's pamphlet entitled "Patient's Bill of Rights."

| BAPTIST HEALTH | AUTHORIZATIONS & ACKNOWLEDGMENTS | TRIOLO , RICHARD A | | PT:  O |
| --- | --- | --- | --- | --- |
| Baptist Medical Center South, Jacksonville, FL. | | MR#:   03154593   ████ 1974 | | 43 y |
| | 1936 | ACT:   56647373 | | CRD |

19-004-B  Rev. 12/2016

Page 1 of 2

10.  **Reimbursement and Assignment of Insurance Benefits.**  Our Hospital is providing services to you for which our Hospital is entitled to reimbursement at the time services are rendered. As a courtesy to you, however, our Hospital is willing to bill your insurer/third-party carrier directly. You agree to pay, or to cause your insurer to pay, our Hospital's charges for such services at (i) the rates listed in our Hospital's current billing charge manuals, which rates for such services are available for review upon request, or (ii) such other rates currently in effect between your insurer and our Hospital. Unless otherwise agreed to by our Hospital and your insurer/third-party carrier, you are responsible for, and you agree to pay, (i) any billed charges not covered by your insurer/third-party carrier, and (ii) any copayments, coinsurance or deductibles, which your insurer/third-party carrier indicates are your responsibility.

You assign to our Hospital reimbursement benefits on all insurance policies otherwise payable to you in connection with services provided by our Hospital and you authorize our Hospital to endorse any checks payable to you as a result of services provided to you by our Hospital. Any monies payable by your insurer/third party carrier, assigned to and received by our Hospital, will be credited to any balance due our Hospital for services rendered to you. Any overpayment received by our Hospital from or on behalf of you, may, in our Hospital's sole discretion, be first applied to any amounts you owe under any other account(s) with our Hospital, with the excess, if any, being refunded to the proper party in accordance with our Hospital's policies. The assignment of insurance monies does not alter your obligation to ensure that our Hospital is fully paid for services rendered to you. You assign payment to our Hospital for the unpaid charges for certain in-hospital physician services furnished by specialists and other physicians for whom our Hospital is authorized to bill.

Our Hospital reserves the right, in our Hospital's sole discretion, to (i) decline further services to you without notice, (ii) accept periodic installment payments without waiving our Hospital's right to demand payment in full at any time, and (iii) assign the payment(s) due for services rendered to you to any third-party. You have the right, upon request, to receive an itemized bill for services rendered by our Hospital. You may be billed by our Hospital, or on our Hospital's behalf by any of our Hospital's affiliates, for services rendered to you. If you are more than thirty (30) days delinquent in the payment of any bill connected with services rendered by our Hospital, such bill may, in the sole discretion of our Hospital, accrue interest at the maximum rate allowed by law. If such delinquent account is referred for collection due to non-payment, you are responsible for and agree to pay all fees associated with the collection process, including, but not limited to, attorney's fees, collection agency fees and court costs. You, as the insured, assign to our Hospital all rights to bring an action against your insurer/third-party carrier for benefits due under any insurance policy or other payment program. You acknowledge that you have been informed that Section 817.234 of the Florida Statutes provides that any person who knowingly and with intent to injure, defraud, or deceive any insurer/third-party carrier, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

If at any time I, or a person for whom I am responsible, provide contact information (a wireless or landline telephone number, address, email) at which I may be contacted, I consent to receive communication in any manner, including, but not limited to: automated emails, voice mails, written statements, texts, autodialed calls and pre-recorded messages, which could result in charges to me. I understand and agree that this healthcare provider may pass this right on to any physician or other healthcare provider who has been involved in my care (or the care of the patient for whom I am responsible) and their respective successors, assigns, affiliates, agents and independent contractors, including, but not limited to, servicers and collection agents. This contact information may be used for treatment, payment and operations. I acknowledge that I am an authorized user of this contact information and that I have permission to use said contact information from the actual current subscriber of the information. I understand that it is my responsibility to update this healthcare provider with new and updated contact information and that if I fail to update this information, I will hold the healthcare provider harmless for untimely notifications.

You certify that you (i) have read, had read to you or have been given the opportunity to read the foregoing, (ii) have had the opportunity to request a copy of the foregoing, and (iii) accept the foregoing terms. (Provided, however, that your acceptance of services at or from our Hospital also constitutes your acceptance of the foregoing terms.) If the patient is (i) a minor, the patient's parent or guardian should accept these terms on the patient's behalf by signing below, or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should accept these terms on the patient's behalf by signing below.



Patient Signature                                                           Alternative Decision-Maker/Guarantor Signature (if other than patient)

Electronically signed on  02/20/2018 11:30:54 am

Relationship to Patient      SELF

---

**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, FL

19-0044-B Rev. 12/2016

**AUTHORIZATIONS & ACKNOWLEDGMENTS**

1936

| TRIOLO , RICHARD A | | PT:  O |
|---|---|---|
| MR#:  03154593 | 10/19/1974 | 43 y |
| ACT:  56647373 | | CRD |

Page 2 of 2



**Dr. Michael J. Dunn**
Board-Certified: American Board Orthopaedic Surgery
Fellowship Trained in Hand, Upper Extremity & Microsurgery
Certificate Of Added Qualification For Surgery Of The Hand
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. J. Kevin Brooks**
Board-Certified: American Board Orthopaedic
Surgery Comprehensive Orthopaedic Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Ralph W. Morales**
Board-Certified: American Board of Orthopaedic Surgery
Fellowship Trained in Sports Medicine at the Hughston Clinic
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Raymond F. Topp**
Board-Certified: American Board Surgery
Fellowship Trained in Spinal Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**R. Blake Burrell, PA-C**
Physician Assistant

**Richard C. Sipe, PA-C**
Physician Assistant

**Mark Dunham NP-C**
Nurse Practitioner

# Lab Order Sheet    UF Health

PREMIER ——— SGHS ——— APEX ——

Patient's Name: _Richard Triolo_

Date Of Birth: _[redacted] 74_     Phone: _631 - 603 - 4863_

Procedure: _PLIF (S-5)_     Date: _1/31/18_

IDC-10 DX CODES _M48 06|_ , _____ , _____ , _____ , _____

Pre-Op Testing: ☒ Yes ☐ No

| TEST NEEDED | ICD-10 DIAGNOSIS CODE | YES | NO |
|---|---|---|---|
| CBC | Z01.812 | X | |
| BMP | Z01.812 | X | |
| PT | Z01.812 | X | |
| PTT | Z01.812 | X | |
| EKG | Z01.810 | X | |
| UA | Z01.812 | X | |
| CXR PA & LAT | Z01.811 | X | |
| SED RATE | | | |
| CRP | | | |
| MRSA | Z01.812 | X | |
| BUN / CREATININE / GFR | | | |
| Hgb A1C | | | |

| RHEUMATOID LABS | DIAGNOSIS |
|---|---|
| ANA -ANTINUCLEAR ANTIBODY | |
| RF- RHEUMATOID FACTOR | |
| ANTI-CCP | |
| CRP | TRIOLO, RICHARD A    PT: O |
| SED RATE | MR# 0315-45-93    1974   043 Y |
| LYMES TITER | ACT: 56647373    CRD |
| CMP | |
| URIC ACID LEVEL | |
| CBC WITHOUT DIF | |

Physician's Signature: _____    Date/Time: _1/29/18_

Once Test Results Come In Please Fax To Our Office at 265-7200.    ATTN: Allie
912 - 342 - 8536

3231 GLYNN AVENUE, BRUNSWICK, GA 31520  PHONE (912) 265-9006  FAX (912) 265-7200

1974  TRIOLO, RICHARD  56647373  03154593

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## EKG Reports

DOCUMENT NAME:                              EKG
SERVICE DATE/TIME:                          02/20/2018 11:08
RESULT STATUS:                              Auth (Verified)
PERFORM INFORMATION:                        Contributor_system,MUSE (02/20/2018 11:08 )
SIGN INFORMATION:

**EKG Image**
http://bh-asp1/musecall/?pid=03154593 HNAM Muse

**EKG Diagnosis**
Sinus bradycardia
Otherwise normal ECG
No previous ECGs available
Confirmed by DAVULURI MD, ASHWINI (4034) on 2/20/2018 8:06:36 PM

**EKG Measurement**
Systolic Blood Pressure
Diastolic Blood Pressure
Ventricular Rate           57          BPM
Atrial Rate                57          BPM
P-R Interval               140         ms
QRS Duration               92          ms
QT                         388         ms
QTc                        377         ms
P Axis                     0           degrees
R Axis                     12          degrees
T Axis                     -6          degrees

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/20/2018                      MRN:              3154593
Discharge Date:   02/20/2018                      DOB/Age:          1974  44 years
                                                  Sex:              Male
Print Date/Time:  05/20/2019 14:23                Financial #:      56647373
Report ID:        77727637                        Attnd Physician:  Physician ,Non Staff
                                                  Patient Location: S-CRD
**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## Allergies

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Updated By |
|-----------|--------------|-----------------|------------------|------------|
| NKA | Allergy | Active | | Spollen,Amy RN |

| Patient: | **TRIOLO, RICHARD A** | | |
|----------|----------------------|----|----|
| Admit Date: | 02/20/2018 | MRN: | 3154593 |
| Discharge Date: | 02/20/2018 | DOB/Age: | ███1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:23 | Financial #: | 56647373 |
| Report ID: | 77727637 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-CRD |

**MEDICAL RECORD PRINT**

BMCSOUTH_0007



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Procedures

**Procedure: Electrocardiogram,routine ECG with at least 12 leads;tracing only,without interpretation and report**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 02/28/2018 08:46 ; Contributor_system, ENCODER | Active | 02/20/2018 00:00 |

| **Code:** | **Location:** | **Ranking:** |
|---|---|---|
| 93005 | | |

**Provider:**                    **Related Diagnosis:**

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/20/2018 | MRN: | 3154593 |
| Discharge Date: | 02/20/2018 | DOB/Age: | ▉1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:23 | Financial #: | 56647373 |
| Report ID: | 77727637 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-CRD |

**MEDICAL RECORD PRINT**



**BAPTIST** Medical Center South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Clinical Diagnosis*

Diagnosis: **Encounter for preprocedural cardiovascular examination** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                    **Responsible Provider:**
**Diagnosis Date:** 02/28/2018              **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z01.810 (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

Diagnosis: **Encounter for preprocedural cardiovascular examination** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                    **Responsible Provider:**
**Diagnosis Date:** 02/28/2018              **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z01.810 (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Admitting; **Priority:**

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/20/2018 | MRN: | 3154593 |
| Discharge Date: | 02/20/2018 | DOB/Age: | ████ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:23 | Financial #: | 56647373 |
| Report ID: | 77727637 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-CRD |

**MEDICAL RECORD PRINT**

BMCSOUTH_0009



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

---

*Cardiology*

---

Order Date/Time: **02/20/2018 11:45**

Order: ECG Standard

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Cardiology | Activity Type: Diagnostic Cardiology |

End-state Date/Time: 02/20/2018 11:57       End-state Reason:

Ordering Physician: Physician ,Non Staff       Consulting Physician:

Order Placed/Authenticated By: Bowman,Ashley Rep II,Patient Access on 02/20/2018 11:41

Order Details: 2/20/18 11:45:00 AM EST, Routine, pre op, Outpatient Ambulatory

Order Comment:

Action Type: Complete       Action Date/Time: 02/20/2018 11:57

Responsible Provider: Physician ,Non Staff       Communication Type:

Review Information:

Doctor Cosign: Not Required

Action Type: Order       Action Date/Time: 02/20/2018 11:41

Responsible Provider: Physician ,Non Staff       Communication Type: Written/Fax

Review Information:

Nurse Review: Not Reviewed

Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/20/2018 | MRN: | 3154593 |
| Discharge Date: | 02/20/2018 | DOB/Age: | ▮ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:23 | Financial #: | 56647373 |
| Report ID: | 77727637 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-CRD |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Encounter Summary*

| Arrive Date | Discharge Date | Facility Display | FIN | MRN | Diagnosis |
|---|---|---|---|---|---|
| 02/20/2018 | 02/20/2018 | BMC-S | 56647373 | 3154593 | |

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | MRN: | 3154593 |
| Admit Date: | 02/20/2018 | | DOB/Age: | ███ 1974  44 years |
| Discharge Date: | 02/20/2018 | | Sex: | Male |
| | | | Financial #: | 56647373 |
| Print Date/Time: | 05/20/2019 14:23 | | Attnd Physician: | Physician ,Non Staff |
| Report ID: | 77727637 | | Patient Location: | S-CRD |

**MEDICAL RECORD PRINT**

## PATIENT AUTHORIZATIONS AND ACKNOWLEDGMENTS

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker):

1. **Nursing.** Our Hospital provides general duty nursing care, whereby nurses are called to the bedside of inpatients by a signal system. If your condition necessitates continuous or special duty nursing care, such care must be arranged for by you or your physician(s), and our Hospital is not responsible or liable for the failure of you or your physician(s) to make such arrangements.

2. **Consent to Treatment.** You are under the control of your physician(s) and our Hospital is not liable for any act or omission of (i) our Hospital's employees and subcontractors, to the extent they are following the instructions of your physician(s). You consent to any and all x-ray examinations, laboratory procedures, monitoring, anesthesia, medical or surgical treatments or any other diagnostic or therapeutic treatments or hospital services rendered to you under the general or special instructions of your physician(s). You further consent to the disposal of any tissue or specimens removed from you in accordance with our Hospital's customary practices.

3. **Release of Patient Information.** You acknowledge that you have read or received a copy of the pamphlet entitled "Baptist Health Notice of Privacy Practices," either at this time or previously. You authorize our Hospital, our Hospital's employees and subcontractors, and appointees to our Hospital's independent Professional Staff (collectively, the "Authorized Providers"), to (i) use and disclose information from and release copies of your medical records in accordance with our Hospital's policies and privacy practices, which are summarized in such pamphlet, including disclosure to your insurer/third-party carrier and past, present and future healthcare providers, and (ii) obtain and use information from and copies of your medical records maintained by any other past or present healthcare providers (or their respective records custodians) for treatment and payment purposes or, to the extent permitted by applicable law, for the Authorized Providers' own healthcare operations.

4. **Physicians.** Physicians (including emergency department physicians, pathologists, anesthesiologists, and radiologists), podiatrists, psychologists, dentists and the like, providing patient care at our Hospital, are independent contractors and are not employees or agents of our Hospital. Our Hospital has no control over such professionals with respect to the treatment provided to you. You consent to the provision of healthcare services by all such professionals (even if such professionals, such as pathologists and radiologists, have no direct contact with you). Some of such professionals also provide oversight and supervision of various departments of our Hospital, such as pathologists overseeing our Hospital's laboratory. Although such professionals may not have personally rendered services to you or reviewed any of your test results, such professionals' supervision is necessary in order to ensure that the results of your tests are clinically reliable and are reported to the ordering physician in a timely manner. You agree that such professionals may bill you or your insurer/third-party carrier in their usual and customary manner for such healthcare services (and for your share of the cost of such professional oversight and supervision).

5. **Education.** In addition to patient care, an important activity of our Hospital is the training and teaching of healthcare professionals, including, but not limited to, physicians, nurses and other paramedical personnel (collectively, "Clinical Students"). You consent to (i) the admission of Clinical Students to the room where procedures, tests or examinations are performed on you and (ii) care or treatment by Clinical Students under proper clinical supervision, unless you provide our Hospital's employees with advance notice of your objection to such admission, care or treatment.

6. **Personal Valuables.** Our Hospital maintains a safe for the safekeeping of money and other patient valuables. Our Hospital will not be liable for the loss or theft of or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of personal property not placed in such safe. You, your family members and/or your friends are responsible for ensuring that your valuables are placed in our Hospital's safe or removed from our Hospital's premises. Return of any of your belongings from our Hospital's safe may be accomplished daily between the hours of 7:00 a.m. and 8:30 p.m.

7. **Medicare Information for Inpatients Only.** If you are an inpatient at our Hospital and you have Medicare or Tricare, you acknowledge that you have received the Medicare/Tricare letter entitled "An Important Message from Medicare/Tricare."

8. **Medicare Information for All Patients.** If you have Medicare, you certify that the information given by you in applying for payment under Title XVIII of the Social Security Act (Medicare) is correct to the best of your knowledge. You specifically request that payment of authorized benefits be made directly to our Hospital on your behalf. The care and services received during your visit to our Hospital are subject to professional medical review according to federal law. You acknowledge that Medicare covers a semi-private room rate. In the event that a private room is provided to you, at your request, you agree to pay the difference between the private room rate and the semi-private room rate.

9. **Bill of Rights.** You acknowledge that you have read or received a copy of our Hospital's pamphlet entitled "Patient's Bill of Rights."

---

**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, Fl.

19-004-B Rev. 12/2016.

**AUTHORIZATIONS & ACKNOWLEDGMENTS**

1936

| | |
|---|---|
| TRIOLO , RICHARD A | PT:  O |
| MR#:    03154593          1974 | 43 y |
| ACT:    56606601 | LABO |

Page 1 of 2

BMCSOUTH_0012

10. **Reimbursement and Assignment of Insurance Benefits.** Our Hospital is providing services to you for which our Hospital is entitled to reimbursement at the time services are rendered. As a courtesy to you, however, our Hospital is willing to bill your insurer/third-party carrier directly. You agree to pay, or to cause your insurer to pay, our Hospital's charges for such services at (i) the rates listed in our Hospital's current billing charge manuals, which rates for such services are available for review upon request, or (ii) such other rates currently in effect between your insurer and our Hospital. Unless otherwise agreed to by our Hospital and your insurer/third-party carrier, you are responsible for, and you agree to pay, (i) any billed charges not covered by your insurer/third-party carrier, and (ii) any copayments, coinsurance or deductibles, which your insurer/third-party carrier indicates are your responsibility.

You assign to our Hospital reimbursement benefits on all insurance policies otherwise payable to you in connection with services provided by our Hospital and you authorize our Hospital to endorse any checks payable to you as a result of services provided to you by our Hospital. Any monies payable by your insurer/third party carrier, assigned to and received by our Hospital, will be credited to any balance due our Hospital for services rendered to you. Any overpayment received by our Hospital from or on behalf of you, may, in our Hospital's sole discretion, be first applied to any amounts you owe under any other account(s) with our Hospital, with the excess, if any, being refunded to the proper party in accordance with our Hospital's policies. The assignment of insurance monies does not alter your obligation to ensure that our Hospital is fully paid for services rendered to you. You assign payment to our Hospital for the unpaid charges for certain in-hospital physician services furnished by specialists and other physicians for whom our Hospital is authorized to bill.

Our Hospital reserves the right, in our Hospital's sole discretion, to (i) decline further services to you without notice, (ii) accept periodic installment payments without waiving our Hospital's right to demand payment in full at any time, and (iii) assign the payment(s) due for services rendered to you to any third-party. You have the right, upon request, to receive an itemized bill for services rendered by our Hospital. You may be billed by our Hospital, or on our Hospital's behalf by any of our Hospital's affiliates, for services rendered to you. If you are more than thirty (30) days delinquent in the payment of any bill connected with services rendered by our Hospital, such bill may, in the sole discretion of our Hospital, accrue interest at the maximum rate allowed by law. If such delinquent account is referred for collection due to non-payment, you are responsible for and agree to pay all fees associated with the collection process, including, but not limited to, attorney's fees, collection agency fees and court costs. You, as the insured, assign to our Hospital all rights to bring an action against your insurer/third-party carrier for benefits due under any insurance policy or other payment program. You acknowledge that you have been informed that Section 817.234 of the Florida Statutes provides that any person who knowingly and with intent to injure, defraud, or deceive any insurer/third-party carrier, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

If at any time I, or a person for whom I am responsible, provide contact information (a wireless or landline telephone number, address, email) at which I may be contacted, I consent to receive communication in any manner, including, but not limited to: automated emails, voice mails, written statements, texts, autodialed calls and pre-recorded messages, which could result in charges to me. I understand and agree that this healthcare provider may pass this right on to any physician or other healthcare provider who has been involved in my care (or the care of the patient for whom I am responsible) and their respective successors, assigns, affiliates, agents and independent contractors, including, but not limited to, servicers and collection agents. This contact information may be used for treatment, payment and operations. I acknowledge that I am an authorized user of this contact information and that I have permission to use said contact information from the actual current subscriber of the information. I understand that it is my responsibility to update this healthcare provider with new and updated contact information and that if I fail to update this information, I will hold the healthcare provider harmless for untimely notifications.

You certify that you (i) have read, had read to you or have been given the opportunity to read the foregoing, (ii) have had the opportunity to request a copy of the foregoing, and (iii) accept the foregoing terms. (Provided, however, that your acceptance of services at or from our Hospital also constitutes your acceptance of the foregoing terms.) If the patient is (i) a minor, the patient's parent or guardian should accept these terms on the patient's behalf by signing below, or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should accept these terms on the patient's behalf by signing below.



Patient Signature                                                        Alternative Decision-Maker/Guarantor Signature (if other than patient)

Electronically signed on  02/12/2018 12:06:01 pm

Relationship to Patient      SELF

---

**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, FL

**AUTHORIZATIONS & ACKNOWLEDGMENTS**

1936

| | |
|---|---|
| TRIOLO , RICHARD A | PT:   O |
| MR#:    03154593          ████1974 | 43 y |
| ACT:    56606601 | LABO |

Page 2 of 2

19-004-B Rev. 12/2016

BMCSOUTH_0013

This provider participates in either the Baptist Connect℠ Private Health Information Exchange (the "Baptist Connect℠ PHIE") or First Coast Health Alliance Private Health Information Exchange (the "FCHA PHIE"). The Baptist Connect℠ PHIE and the FCHA PHIE are referred to collectively as the "PHIEs." The PHIEs form a shared health record that permits the sharing of electronic medical information between participating providers with whom a patient has a healthcare relationship. **Utilizing the PHIEs to permit timely access to your electronic medical information may make it easier for participating providers to provide you with safe and effective care, may reduce duplication of efforts and services in connection with your care and ultimately make your health care experience simpler and easier.** This type of sharing of electronic medical information is often referred to as Health Information Exchange or "E-Health," and is seen by many in the health care industry and State and federal government as an important step in promoting patient safety and patient satisfaction.

In order to benefit from the PHIEs, we will obtain, exchange and provide access to your electronic medical information through the PHIEs for Treatment and related Healthcare Operations purposes (as those terms are defined in the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations ("HIPAA")). While we believe that participating in the PHIEs is in your best interest, as it allows us and your other participating providers to see a more complete picture of your health, your ability to obtain treatment from us does not depend in any way on your participation in the PHIEs. Accordingly, if you do not consent to participate in the PHIEs, you may "opt out" of participation in both of the PHIEs by submitting an "Opt Out" Form available at www.baptistjax.com/baptistconnect-opt-out or by calling 904.202.1347. You will be deemed to have consented to participation in the PHIEs until you "opt out" in writing. If you do "opt out", you will be excluded completely from both PHIEs with respect to all participating providers, and you assume the risk that your denial may prevent your physicians and other participating providers from having a complete and timely picture of your health.

*Note that "Opting out" does not limit any sharing of your medical information otherwise permitted without your consent by HIPAA or applicable State law, including in an emergency situation, and will not affect any previous exchange of your medical information.*

Also, if you "opt out" of participation, it may take up to 72 hours for your request to be processed.

Participating providers in the PHIEs will only re-disclose your electronic medical information to the extent permitted by applicable laws and regulations. You should be aware that if your electronic medical information contains information related to mental health, substance abuse and sexually transmissible diseases, such electronic medical information may be shared with participating providers, as well. You also have the right to receive a copy of this Electronic Health Consent.

| Patient Name: TRIOLO , RICHARD A | | | Birth Date: ████ 1974 | |
| Street Address: 1933 ECLIPSE DR | | | Telephone No: 631-603-4863 | |
| City: MACCLENNY | State: FL | Zip Code: 32063 | Last 4 SSN: 7157 | Gender: M |

I acknowledge that I have received a copy of this Electronic Health Consent and have been informed of my right to "opt out" from participation in the PHIEs in the manner described above:

If the patient is (i) a minor, the patient's parent or guardian should consent by signing below, or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should consent on the patient's behalf by signing below:

Patient Signature

Signature of Representative

Electronically signed on  02/12/2018 11:44:05 am

Relationship to Patient        SELF

Printed Name of Representative            Telephone

**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, FL.

**BAPTIST CONNECT℠ PRIVATE HEALTH INFORMATION EXCHANGES PATIENT ELECTRONIC HEALTH CONSENT**

| | |
| TRIOLO , RICHARD A | PT:   O |
| MR#:   03154593     ████ 1974 | 43 y |
| ACT:   56606601 | LABO |

BSIC - 3604  Rev. 06/2017

1964

Page 1 of 1



**SOUTHERN ORTHOPAEDICS & SPORTS MEDICINE**
*A Joint Effort*

**Dr. Michael J. Dunn**
Board-Certified: American Board Orthopaedic Surgery
Fellowship Trained in Hand, Upper Extremity & Microsurgery
Certificate Of Added Qualification For Surgery Of The Hand
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. J. Kevin Brooks**
Board-Certified: American Board Orthopaedic
Surgery Comprehensive Orthopaedic Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Ralph W. Morales**
Board-Certified: American Board of Orthopaedic Surgery
Fellowship Trained in Sports Medicine at the Hughston Clinic
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Raymond F. Topp**
Board-Certified: American Board Surgery
Fellowship Trained in Spinal Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**R. Blake Burrell, PA-C**
Physician Assistant

**Richard C. Sipe, PA-C**
Physician Assistant

**Mark Dunham NP-C**
Nurse Practitioner

# Lab Order Sheet      UF Health

PREMIER ———— SGHS ———— APEX ————

Patient's Name: Richard Triolo

Date Of Birth: ▓▓▓74          Phone: 631-603-4863

Procedure: PLIF (5-51)        Date: 1/3/18

IDC-10 DX CODES M48.06l

Pre-Op Testing: ☒ Yes ☐ No

| TEST NEEDED | ICD-10 DIAGNOSIS CODE | YES | NO |
|---|---|---|---|
| CBC | Z01.812 | ✗ | |
| BMP | Z01.812 | ✗ | |
| PT | Z01.812 | ✗ | |
| PTT | Z01.812 | ✓ | |
| EKG | Z01.810 | ✗ | |
| UA | Z01.812 | ✗ | |
| CXR PA & LAT | Z01.811 | ✗ | |
| SED RATE | | | |
| CRP | | | |
| MRSA | Z01.812 | ✗ | |
| BUN / CREATININE / GFR | | | |
| Hgb A1C | | | |

| RHEUMATOID LABS | DIAGNOSIS |
|---|---|
| ANA - ANTINUCLEAR ANTIBODY | |
| RF- RHEUMATOID FACTOR | |
| ANTI-CCP | |
| CRP | TRIOLO, RICHARD A    PT: O |
| SED RATE | MR#: 3154593    ▓▓1974    043 Y |
| LYMES TITER | ACT: 56606601    RADO |
| CMP | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |
| URIC ACID LEVEL | |
| CBC WITHOUT DIF | |

Physician's Signature: _____    Date/Time: 1/29/18

Once Test Results Come In Please Fax To Our Office at 265-7200.    ATTN: Allie
912-342-8536

3231 GLYNN AVENUE, BRUNSWICK, GA 31520  PHONE (912) 265-9006  FAX (912) 265-7200

▓▓1974 TRIOLO, RICHARD 56606601 03154593

BMCSOUTH_0015



**SOUTHERN ORTHOPAEDICS & SPORTS MEDICINE**

*A Joint Effort*

Dr. Michael J. Dunn
Board Certified: American Board Orthopaedic Surgery
Fellowship Trained in Hand, Upper Extremity & Microsurgery
Certificate Of Added Qualification For Surgery Of The Hand
Fellow of the American Academy of Orthopaedic Surgeons

Dr. J. Kevin Brooks
Board-Certified: American Board Orthopaedic
Surgery Comprehensive Orthopedic Surgery
Fellow of the American Academy of Orthopaedic Surgeons

Dr. Ralph W. Morales
Board Certified: American Board of Orthopaedic Surgery
Fellowship Trained in Sports Medicine at the Hughston Clinic
Fellow of the American Academy of Orthopaedic Surgeons

Dr. Raymond F. Topp
Board-Certified: American Board Surgery
Fellowship Trained in Spinal Surgery
Fellow of the American Academy of Orthopaedic Surgeons

R. Blake Burrell, PA-C
Physician Assistant

Richard C. Sipe, PA-C
Physician Assistant

Mark Dunham NP-C
Nurse Practitioner

# Lab Order Sheet

UF Health

_____ PREMIER _____ SGHS _____ APEX _____

**Patient's Name:** Richard Triolo

**Date Of Birth:** ____74    **Phone:** 631-603-4863

**Procedure:** PLIF CS-S1    **Date:** 1/31/18

**IDC-10 DX CODES** M48.06

**Pre-Op Testing:** ☒ Yes ☐ No

| TEST NEEDED | ICD-10 DIAGNOSIS CODE | YES | NO |
|---|---|---|---|
| CBC | Z01.812 | ✗ | |
| BMP | Z01.812 | ✗ | |
| PT | Z01.812 | ✗ | |
| PTT | Z01.812 | ✗ | |
| EKG | Z01.810 | ✗ | |
| UA | Z01.812 | ✗ | |
| CXR PA & LAT | Z01.811 | ✗ | |
| SED RATE | | | |
| CRP | | | |
| MRSA | Z01.812 | ✗ | |
| BUN / CREATININE / GFR | | | |
| Hgb A1C | | | |

| RHEUMATOID LABS | DIAGNOSIS |
|---|---|
| ANA -ANTINUCLEAR ANTIBODY | |
| RF- RHEUMATOID FACTOR | |
| ANTI-CCP | |
| CRP | |
| SED RATE | |
| LYMES TITER | |
| CMP | |
| URIC ACID LEVEL | |
| CBC WITHOUT DIF | |

TRIOLO, RICHARD A.
MR#: 03154593
ACT: 56606601

PT: O
10/19/74  43 Y
LABO

**Physician's Signature:** _____    **Date/Time:** 1/29/18

Once Test Results Come In Please Fax To Our Office at 265-7200    ATTN: Allie
912-342-8536

3231 GLYNN AVENUE, BRUNSWICK, GA 31520 PHONE (912) 265-9006    FAX (912) 265-7200

1974  TRIOLO, RICHARD  56606601  03154593

Date: __2/12/18__    Time: __11:40__

Patient's Name: __Richard Triolo__

For what reason are you having this chest x-ray? __Surgery__

| | | |
|---|---|---|
| Do you have chest pain? | Yes | (No) |
| Do you currently have a cough? | Yes | (No) |
| Are you coughing up blood? | Yes | (No) |
| Do you have high blood pressure? | Yes | (No) |
| Do you have heart disease?<br>If so, what type? _____ | Yes | (No) |
| Have you had an injury to your chest? | Yes | (No) |
| Do you have a fever? | Yes | (No) |
| Do you have cancer?<br>If so, what type? _____<br>Where? _____ | Yes | (No) |
| Do you have trouble breathing? | Yes | (No) |
| Are you a smoker? | Yes | (No) |
| Do you have pneumonia or another lung disease?<br>If so, what type? _____ | Yes | (No) |

Do you have any of the following?

| | | |
|---|---|---|
| Emphysema | Yes | (No) |
| Bronchitis | Yes | (No) |
| Asthma | Yes | No |

Patient's Signature:     Date: __2/12/18__    Time: __1140__



**BAPTIST HEALTH**

**CHEST X-RAY QUESTIONNAIRE**

Baptist Medical Center Jacksonville, Jacksonville, FL.
Baptist Medical Center Beaches, Jacksonville Beach, FL.
Baptist Medical Center Nassau, Fernandina Beach, FL.
Baptist Medical Center South, Jacksonville, FL.
Baptist Emergency Center Clay, Fleming Island, FL.
Baptist Emergency Care Center, Jacksonville, FL.
Baptist North Emergency Center, Jacksonville, FL.
Wolfson Children's Hospital, Jacksonville, FL.

BMC-149 Rev. 07/17        Page 1 of 1

4815

TRIOLO, RICHARD A          PT: O
MR#: 3154593          1974    043 Y
ACT: 56606601          RADO

1974  TRIOLO, RICHARD  56606601  03154593

BMCSOUTH_0017



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Allergies*

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Updated By |
|-----------|-------------|-----------------|------------------|------------|
| NKA | Allergy | Active | | Spollen,Amy RN |

---

| Patient: | **TRIOLO, RICHARD A** | | |
|----------|----------------------|--|--|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Procedures* |
| --- |

**Procedure: Basic metabolic panel (Calcium,total) This panel must include the following:Calcium,total (82310) Carbon dioxide (bicarbonate) (82374) Chloride (82435) Creatinine (82565) Glucose (82947) Potassium (84132) Sodium (84295) Urea nitrogen (BUN) (84520)**

| **Last Updated:** | **Status:** | **Procedure Date:** |
| --- | --- | --- |
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |
| **Code:** | **Location:** | **Ranking:** |
| 80048 | | |
| **Provider:** | **Related Diagnosis:** | |

**Procedure: Blood count;complete (CBC),automated (Hgb,Hct,RBC,WBC and platelet count) and automated differential WBC count**

| **Last Updated:** | **Status:** | **Procedure Date:** |
| --- | --- | --- |
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |
| **Code:** | **Location:** | **Ranking:** |
| 85025 | | |
| **Provider:** | **Related Diagnosis:** | |

**Procedure: Collection of venous blood by venipuncture**

| **Last Updated:** | **Status:** | **Procedure Date:** |
| --- | --- | --- |
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |
| **Code:** | **Location:** | **Ranking:** |
| 36415 | | |
| **Provider:** | **Related Diagnosis:** | |

**Procedure: Infectious agent detection by nucleic acid (DNA or RNA);Staphylococcus aureus,methicillin resistant, amplified probe technique**

| **Last Updated:** | **Status:** | **Procedure Date:** |
| --- | --- | --- |
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |
| **Code:** | **Location:** | **Ranking:** |
| 87641 | | |
| **Provider:** | **Related Diagnosis:** | |

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▓▓1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

BMCSOUTH_0019



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Procedures*

Procedure: **Prothrombin time;**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |

| **Code:** | **Location:** | **Ranking:** |
|---|---|---|
| 85610 | | |

**Provider:**                    **Related Diagnosis:**

---

Procedure: **Radiologic examination,chest;2 views**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |

| **Code:** | **Location:** | **Ranking:** |
|---|---|---|
| 71046 | | |

**Provider:**                    **Related Diagnosis:**

---

Procedure: **Thromboplastin time,partial (PTT);plasma or whole blood**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |

| **Code:** | **Location:** | **Ranking:** |
|---|---|---|
| 85730 | | |

**Provider:**                    **Related Diagnosis:**

---

Procedure: **Urinalysis,by dip stick or tablet reagent for bilirubin,glucose,hemoglobin,ketones,leukocytes,nitrite,
pH,protein,specific gravity,urobilinogen,any number of these constituents;automated,without microscopy**

| **Last Updated:** | **Status:** | **Procedure Date:** |
|---|---|---|
| 02/16/2018 09:06 ; Contributor_system, ENCODER | Active | 02/12/2018 00:00 |

| **Code:** | **Location:** | **Ranking:** |
|---|---|---|
| 81003 | | |

**Provider:**                    **Related Diagnosis:**

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▉ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Clinical Diagnosis*

Diagnosis: **Encounter for other preprocedural examination** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2018                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z01.818 (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

Diagnosis: **Encounter for other preprocedural examination** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2018                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** Z01.818 (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Admitting; **Priority:**

Diagnosis: **Spinal stenosis,lumbar region without neurogenic claudication** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2018                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** M48.061 (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▓1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Hematology

### CBC / Differential

|  | Collected Date | 02/12/2018 |  |  |
| --- | --- | --- | --- | --- |
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| White Blood Cell Count |  | 10.48 | K/mcL | [4.50-11.00] |
| Red Blood Cell Count |  | 5.10 | mil/mcL | [4.30-5.90] |
| Hemoglobin |  | 15.2 | g/dL | [13.5-17.5] |
| Hematocrit |  | 43.5 | % | [41.0-53.0] |
| MCV |  | 85.1 | fL | [80.0-100.0] |
| MCH |  | 29.8 | pg | [25.0-35.0] |
| MCHC |  | 35.0 | g/dL | [30.0-37.0] |
| RDW -Red Cell Distribution Width |  | 12.9 | % | [11.5-15.5] |
| Platelet Count |  | 275 | K/mcL | [150-450] |
| MPV |  | 9.1 | fL | [7.0-11.0] |
| Neutrophils % |  | 60 | % | [40-75] |
| Lymphocytes % |  | 28 | % | [15-45] |
| Monocytes % |  | 6 | % | [3-15] |
| Eosinophils % |  | 6 | % | [0-7] |
| Basophils % |  | 1 | % | [0-2] |
| Neutrophils -Absolute |  | 6.30 | K/mcL | [1.80-8.00] |
| Lymphocytes -Absolute |  | 2.90 | K/mcL | [1.00-5.00] |
| Monocytes -Absolute |  | 0.60 | K/mcL | [0.20-0.90] |
| Eosinophils -Absolute |  | 0.60 H | K/mcL | [0.00-0.45] |

---

### Coagulation

|  | Collected Date | 02/12/2018 |  |  |
| --- | --- | --- | --- | --- |
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Protime |  | 12.0 | sec | [11.8-15.0] |
| INR |  | 0.9 i1 |  |  |
| PTT |  | 28.2 | sec | [22.9-37.8] |

Interpretive Data
i1:     INR
        INR THERAPEUTIC RANGES FOR WARFARIN ANTICOAGULATION

        Low Intensity Range:     2.0-3.0 (prophylaxis of thrombosis and embolism)

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▉▉1974  44 years |
|  |  | Sex: | Male |
|  |  | Financial #: | 56606601 |
| Print Date/Time: | 05/20/2019 14:25 | Attnd Physician: | Physician ,Non Staff |
| Report ID: | 77727638 | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Hematology*

*Coagulation*

Interpretive Data
i1:     INR
          Moderate Intensity Range:  2.5-3.5 (prosthetic valves)

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Chemistry

### Routine Chemistry

|  | Collected Date | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Sodium |  | 137 | mEq/L | [135-145] |
| Potassium |  | 3.9 | mEq/L | [3.5-5.1] |
| Chloride |  | 105 | mEq/L | [98-110] |
| Carbon Dioxide |  | 27 | mEq/L | [22-32] |
| Glucose Level |  | 108 H | mg/dL | [70-100] |
| Blood Urea Nitrogen |  | 22 | mg/dL | [7-23] |
| Creatinine |  | 1.11 i1 | mg/dL | [0.70-1.50] |
| Anion Gap |  | 9 | mEq/L | [9-22] |
| Osmolality Calculated |  | 278 L | mOsm/kg | [280-300] |
| Calcium |  | 9.5 | mg/dL | [8.5-10.1] |
| eGFR Caucasian Male |  | 72.3 | mL/min | [>=60.0] |
| eGFR African American Male |  | 87.6 i2 | mL/min | [>=60.0] |

Interpretive Data
i1:    Creatinine
       Venipuncture immediately after or during administration of Metamizole (Dipyrone) may lead to falsely low results
       for Creatinine. Venipuncture should be performed prior to the administration of Metamizole.
i2:    eGFR African American Male
       * Values are race, sex, and age dependent and units are mL/min/1.73m2.
       In the following clinical settings an actual clearance measurement may be
       required: extremes of age or body size, severe malnutrition or obesity,
       diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian
       diet, rapidly changing kidney function, or prior to dosing drugs with
       significant toxicity that are excreted by the kidney. Decreased eGFR for >3
       months to levels of 30-59 is classified by the National Kidney Foundation as
       chronic renal disease, Stage 3, and 15-29 as Stage 4.

---

### Urinalysis

|  | Collected Date | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Color -Urine |  | Yellow |  |  |
| Clarity -Urine |  | Clear |  |  |

---

| Patient: | **TRIOLO, RICHARD A** |  |  |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮ 1974  44 years |
|  |  | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
|  |  | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

BMCSOUTH_0024



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Chemistry* |
| :---: |

| *Urinalysis* |
| :---: |

|  | Collected Date | 02/12/2018 |  |  |
| :--- | :--- | :--- | :--- | :--- |
|  | Collected Time | 11:52 |  |  |
|  | Procedure |  | Units | Reference Range |
| Specific Gravity -Urine |  | 1.018 |  | [1.010-1.040] |
| pH -Urine |  | 5 |  | [5.0-7.5] |
| Protein -Urine |  | Negative | mg/dL | [0-0] |
| Glucose -Urine |  | Negative | mg/dL | [0-0] |
| Ketones -Urine |  | Negative | mg/dL |  |
| Bilirubin -Urine |  | Negative |  | [0-0] |
| Blood -Urine |  | Negative |  |  |
| Nitrite -Urine |  | Negative |  |  |
| Urobilinogen -Urine |  | Negative | mg/dL | [0.0-1.0] |
| Leukocyte Esterase -Urine |  | Negative |  | [Negative] |

---

| Patient: | **TRIOLO, RICHARD A** | | |
| :--- | :--- | :--- | :--- |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▊1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Microbiology*

PROCEDURE:           zzORSA NA Amplification @1   ACCESSION:              18-043-03498
SOURCE:              NARES                          BODY SITE:
COLLECTED DATE/TIME: 02/12/2018 11:52               RECEIVED DATE/TIME:     02/12/2018 15:46
START DATE/TIME:     02/12/2018 15:46               FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel: 02/13/2018 05:38 Chandler,Hazen
No ORSA DNA detected by Real-Time PCR.
Reference Range: No ORSA detected.
Testing performed by BD Max instrumentation.

Performing Locations
@1:   This test was performed at:
      BMCJ Laboratory, 800 Prudential Dr., Jacksonville, FL, 32207-8211, (904)202-2012

---

Patient:              **TRIOLO, RICHARD A**
Admit Date:           02/12/2018                    MRN:                 3154593
Discharge Date:       02/12/2018                    DOB/Age:             ▋1974 44 years
                                                    Sex:                 Male
Print Date/Time:      05/20/2019 14:25              Financial #:         56606601
Report ID:            77727638                      Attnd Physician:     Physician ,Non Staff
                                                    Patient Location:    S-RADO
**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Routine Radiology Procedures*

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

**Reason For Exam**
(XR Chest PA and LAT 2 View) M48.061

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB:      1974   Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View

HISTORY:Preop

Comparison:  None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion.  The cardiomediastinal silhouette is grossly normal appearing.  The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.


                    REPORT UNREVIEWED UNLESS SIGNED


            *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
                    David Ratliff, MD
                    Interventional Radiology
DR/dr    D: 02/12/2018 13:28   T: 02/12/2018 13:28   Job#: 5072104

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: |     1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

BMCSOUTH_0027



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Routine Radiology Procedures*

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

**Report**
*** Final Report ***

Reading Radiologist: Ratliff, David C MD

Signed: Ratliff, David C MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮▮▮ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Orders* |
|---|

| *Laboratory* |
|---|

Order Date/Time: **02/12/2018 11:52**
Order: Basic Metabolic Panel (BMP)

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 02/12/2018 13:40                End-state Reason:
Ordering Physician: Physician ,Non Staff           Consulting Physician:
Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46
Order Details: 2/12/18 11:52:00 AM EST, Routine, Blood
Order Comment:

Action Type: Complete                              Action Date/Time: 02/12/2018 13:40
Responsible Provider: Physician ,Non Staff         Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:30
Responsible Provider: Physician ,Non Staff         Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:02
Responsible Provider: Physician ,Non Staff         Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:01
Responsible Provider: Physician ,Non Staff         Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 11:52
Responsible Provider: Physician ,Non Staff         Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                                 Action Date/Time: 02/12/2018 11:51
Responsible Provider: Physician ,Non Staff         Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

---

*Laboratory*

---

Order Date/Time: **02/12/2018 11:52**
Order: Bill UA
Order Status: Completed          Department Status:              Catalog Type: Laboratory     Activity Type: General Lab
                                 Completed
End-state Date/Time: 02/12/2018 11:52                            End-state Reason:
Ordering Physician: Physician ,Non Staff                         Consulting Physician:
Order Placed/Authenticated By: SYSTEM on 02/12/2018 13:58
Order Details: 2/12/18 11:52:00 AM EST, Routine, Collected, URINE
Order Comment:
Action Type: Order                                              Action Date/Time: 02/12/2018 13:58
Responsible Provider: Physician ,Non Staff                      Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/12/2018                          MRN:              3154593
Discharge Date:   02/12/2018                          DOB/Age:          ▇1974 44 years
                                                      Sex:              Male
Print Date/Time:  05/20/2019 14:25                    Financial #:      56606601
Report ID:        77727638                            Attnd Physician:  Physician ,Non Staff
                                                      Patient Location: S-RADO
**MEDICAL RECORD PRINT**

BMCSOUTH_0030

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Orders* |
|---|

| *Laboratory* |
|---|

Order Date/Time: **02/12/2018 11:52**
Order: CBC with Diff (CBC Auto Diff)

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 02/12/2018 13:31          End-state Reason:
Ordering Physician: Physician ,Non Staff        Consulting Physician:
Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46
Order Details: 2/12/18 11:52:00 AM EST, Routine, Blood
Order Comment:

Action Type: Complete                              Action Date/Time: 02/12/2018 13:31
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:31
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:02
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 13:01
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                         Action Date/Time: 02/12/2018 11:52
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                                 Action Date/Time: 02/12/2018 11:51
Responsible Provider: Physician ,Non Staff        Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Orders

### Laboratory

Order Date/Time: **02/12/2018 11:52**

Order: Estimated Glomerular Filtration Rate Male

Order Status: Completed        Department Status: Completed        Catalog Type: Laboratory        Activity Type: General Lab

End-state Date/Time: 02/12/2018 13:40        End-state Reason:

Ordering Physician: Physician ,Non Staff        Consulting Physician:

Order Placed/Authenticated By: SYSTEM on 02/12/2018 13:40

Order Details: 2/12/18 11:52:00 AM EST, Routine, Collected, Blood

Order Comment:

Action Type: Complete        Action Date/Time: 02/12/2018 13:40
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change        Action Date/Time: 02/12/2018 13:40
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change        Action Date/Time: 02/12/2018 13:40
Responsible Provider: Physician ,Non Staff        Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order        Action Date/Time: 02/12/2018 13:40
Responsible Provider: Physician ,Non Staff        Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

*Laboratory*

Order Date/Time: **02/12/2018 11:52**

Order: ORSA NA Amplification (MRSA/ORSA NA Amplification)

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: Microbiology |

End-state Date/Time: 02/13/2018 05:38                      End-state Reason:
Ordering Physician: Physician ,Non Staff                   Consulting Physician:
Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46
Order Details: 2/12/18 11:52:00 AM EST, Routine, NARES
Order Comment:

Action Type: Complete                                      Action Date/Time: 02/13/2018 05:38
Responsible Provider: Physician ,Non Staff                 Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                                 Action Date/Time: 02/12/2018 15:46
Responsible Provider: Physician ,Non Staff                 Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                                 Action Date/Time: 02/12/2018 14:23
Responsible Provider: Physician ,Non Staff                 Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                                 Action Date/Time: 02/12/2018 11:52
Responsible Provider: Physician ,Non Staff                 Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                                         Action Date/Time: 02/12/2018 11:51
Responsible Provider: Physician ,Non Staff                 Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Orders

### Laboratory

Order Date/Time: **02/12/2018 11:52**
Order: Partial Thromboplast Time (PTT)

| | |
|---|---|
| Order Status: Completed | Department Status: Completed |

Catalog Type: Laboratory    Activity Type: General Lab

End-state Date/Time: 02/12/2018 13:32     End-state Reason:
Ordering Physician: Physician ,Non Staff     Consulting Physician:
Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46
Order Details: 2/12/18 11:52:00 AM EST, Routine, Blood
Order Comment:

Action Type: Complete     Action Date/Time: 02/12/2018 13:32
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change     Action Date/Time: 02/12/2018 13:02
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change     Action Date/Time: 02/12/2018 13:01
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change     Action Date/Time: 02/12/2018 11:52
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order     Action Date/Time: 02/12/2018 11:51
Responsible Provider: Physician ,Non Staff     Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

*Laboratory*

Order Date/Time: **02/12/2018 11:52**
Order: Prothrombin INR (PT INR)

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |

End-state Date/Time: 02/12/2018 13:31          End-state Reason:
Ordering Physician: Physician ,Non Staff       Consulting Physician:
Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46
Order Details: 2/12/18 11:52:00 AM EST, Routine, Blood
Order Comment:

Action Type: Complete                          Action Date/Time: 02/12/2018 13:31
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                     Action Date/Time: 02/12/2018 13:02
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                     Action Date/Time: 02/12/2018 13:01
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change                     Action Date/Time: 02/12/2018 11:52
Responsible Provider: Physician ,Non Staff     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                             Action Date/Time: 02/12/2018 11:51
Responsible Provider: Physician ,Non Staff     Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

---

*Laboratory*

Order Date/Time: **02/12/2018 11:52**

Order: Urinalysis with Microscopic

| Order Status: Completed | Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|---|

End-state Date/Time: 02/12/2018 13:58            End-state Reason:

Ordering Physician: Physician ,Non Staff        Consulting Physician:

Order Placed/Authenticated By: Misra,Laura on 02/12/2018 11:46

Order Details: 2/12/18 11:52:00 AM EST, Routine, URINE

Order Comment:

Action Type: Complete                           Action Date/Time: 02/12/2018 13:58

Responsible Provider: Physician ,Non Staff      Communication Type:

Review Information:

Doctor Cosign: Not Required

Action Type: Status Change                       Action Date/Time: 02/12/2018 13:52

Responsible Provider: Physician ,Non Staff       Communication Type:

Review Information:

Doctor Cosign: Not Required

Action Type: Status Change                       Action Date/Time: 02/12/2018 11:52

Responsible Provider: Physician ,Non Staff       Communication Type:

Review Information:

Doctor Cosign: Not Required

Action Type: Order                               Action Date/Time: 02/12/2018 11:51

Responsible Provider: Physician ,Non Staff       Communication Type: Written/Fax

Review Information:

Nurse Review: Not Reviewed

Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮▮▮ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Orders*

### *Radiology*

Order Date/Time: **02/12/2018 13:00**
Order: XR Chest PA and LAT 2 View

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |

End-state Date/Time: 02/12/2018 13:32          End-state Reason:
Ordering Physician: Physician ,Not Known          Consulting Physician:
Order Placed/Authenticated By: Armbrister,Darrah on 02/12/2018 11:47
Order Details: 2/12/18 1:00:00 PM EST, M48.061, Outpatient Ambulatory, Routine, Pending Discharge - No, ONCE
Order Comment:

Action Type: Complete          Action Date/Time: 02/12/2018 13:32
Responsible Provider: Physician ,Not Known          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change          Action Date/Time: 02/12/2018 12:05
Responsible Provider: Physician ,Not Known          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change          Action Date/Time: 02/12/2018 12:05
Responsible Provider: Physician ,Not Known          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Activate          Action Date/Time: 02/12/2018 11:48
Responsible Provider: Physician ,Not Known          Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Order          Action Date/Time: 02/12/2018 11:47
Responsible Provider: Physician ,Not Known          Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:25 | Financial #: | 56606601 |
| Report ID: | 77727638 | Attnd Physician: | Physician ,Non Staff |
| | | Patient Location: | S-RADO |

**MEDICAL RECORD PRINT**

BMCSOUTH_0037



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Emergency Department*

| | |
|---|---|
| DOCUMENT NAME: | ED Physician Notes |
| SERVICE DATE/TIME: | 02/11/2017 14:56 |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Rojas,Carlos E MD (03/04/2017 10:41 ); Caro,Christina G MD (02/11/2017 16:22 ); Caro,Christina G MD (02/11/2017 14:57 ) |
| SIGN INFORMATION: | Rojas,Carlos E MD (03/04/2017 10:41 ); Caro,Christina G MD (02/11/2017 16:22 ); Caro,Christina G MD (02/11/2017 16:15 ) |

### Addendum by Rojas, Carlos E MD on March 04, 2017 10:41

oN 3/4/ 2017 HAS REQEUSTED TO ME A FEW MORE TABLETS FOR HIS PAIN, after the MVC
i AM EXTENDING a rx for 28 tblets lortab 5 and needs to f/u with his PCP

*Electronically Signed By: Rojas, Carlos E MD*
*Signed Date and Time: 03/04/2017 10:41 AM*

### Addendum by Caro, Christina G MD on February 11, 2017 16:22

Neck exam was not completed. The following is the neck exam for the above examination: (+) TTP to midline neck. no crepitance or step off. ROM NOT ASSESSED - collar placed.

*Electronically Signed By: Caro, Christina G MD*
*Signed Date and Time: 02/11/2017 04:22 PM*

### General Medical Problem *ED

Patient:  TRIOLO, RICHARD A     **MRN: 3154593**     FIN: 55043210
Age:  **42 years**   Sex: **Male**   DOB:  ▮1974
Associated Diagnoses:  None
Author:  **Caro, Christina G MD**

**Basic Information**
   Time seen: Date & time 2/11/2017 15:07.
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.
   **Additional information:** Patient's Chief Complaint
         2/11/2017 14:53     Patient's Chief Complaint pt states rearended at stoplight @1310. c/o back pain . Basic Information (ST)
Arrival Mode: Self
GU Catheter Present on Admission: No
Travel Outside US in last 30 days: No

 2/11/2017 14:53     Arrival Mode     Self, 2/11/2017 14:53     GU Catheter Present on Admission     No, 2/11/2017 14:53     Travel
Outside US in last 30 days     No.

**History of Present Illness**

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | | DOB/Age: | ▮1974 44 years |
| Discharge Date: | 02/11/2017 | | Sex: | Male |
| | | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Emergency Department*

The patient presents with Patient is a 42 year old female with no contributory past medical history who presents to the ED after an MVC which occurred x2 hours ago. Patient states he was a restrained driver at a stoplight when a mail truck rear ended his vehicle at a moderate speed. Patient denies hitting his head, any loss of consciousness, or any bleeding. Patient notes having (+)neck pain and lower back pain.

. The onset was 2 hours ago. The course/duration of symptoms is constant. Location: Neck back. The character of symptoms is pain. The degree at onset was moderate. The degree at present is moderate. Risk factors consist of none. Therapy today: none. Associated symptoms: denies headache.

**Review of Systems**
    **Constitutional symptoms:** No fever, no chills.
    **Skin symptoms:** No rash.
    **Eye symptoms:** No discharge,
    **ENMT symptoms:** No sore throat,
    **Respiratory symptoms:** No shortness of breath, no cough.
    **Cardiovascular symptoms:** No chest pain,
    **Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting.
    **Genitourinary symptoms:** No dysuria,
    **Musculoskeletal symptoms:** Back pain, neck pain.
    **Neurologic symptoms:** No headache, no altered level of consciousness, no numbness, no weakness.

**Health Status**
    **Allergies:**
        Allergic Reactions (Selected)
            NKA.
    **Medications:** Per nurse's notes.
    **Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**

    **Medical history**
        Negative.
    **Surgical history:** Negative.
    **Family history:** Not significant.
    **Social history:** Alcohol use: Denies. Tobacco use: Denies. Drug use: Denies.

**Physical Examination**

    **Vital Signs**
        Time: 2/11/2017 15:07.
    Vital Signs
        2/11/2017 14:53

| | |
|---|---|
| Pulse Rate | 81 bpm |
| Vital Signs Respiratory Rate | 18 br/min |
| **Systolic Blood Pressure** | **144 mm Hg  HI** |
| **Diastolic Blood Pressure** | **114 mm Hg  HI** |
| Oxygen Saturation | 96 % |
| Oral Temperature Deg F | 97.9 degF |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Emergency Department*

Oxygen Saturation
    2/11/2017 14:53    Oxygen Saturation    96 %
**General:** Alert, no acute distress.
**Skin:** Warm, pink, no rash.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
**Cardiovascular:** Regular rate and rhythm. No murmur, Normal peripheral perfusion.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion, Normal alignment, no step-offs.
**Musculoskeletal:** Normal ROM, normal strength, no tenderness, no swelling, no deformity.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds.
**Genitourinary:** Normal external genitalia.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory
    observed, normal motor observed, normal speech observed, normal coordination observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect, normal judgment.

### Medical Decision Making
**Differential Diagnosis:** Dehydration, viral syndrome, medication reaction.
**Rationale:** CT cervical spine, education on strain and what signs and symptoms to return to the ED.

**Documents reviewed:** Emergency department nurses' notes.
**Cardiac monitor:** Time 2/11/2017 15:05, normal sinus rhythm.
**Radiology results:** Computed tomography, Cervical Spine, emergency physician interpretation: No acute process, chronic degenerative
    changes noted.

### Reexamination/ Reevaluation
Time: 2/11/2017 16:11
Vital signs
    results included from flowsheet : Vital Signs

| | | |
|---|---|---|
| 2/11/2017 15:13 | Systolic Blood Pressure | 135 mm Hg |
| | **Diastolic Blood Pressure** | **107 mm Hg HI** |
| 2/11/2017 14:53 | Pulse Rate | 81 bpm |
| | Vital Signs Respiratory Rate | 18 br/min |
| | **Systolic Blood Pressure** | **144 mm Hg HI** |
| | **Diastolic Blood Pressure** | **114 mm Hg HI** |
| | Oxygen Saturation | 96 % |
| | Oral Temperature Deg F | 97.9 degF |

Assessment: Findings discussed with patient. Repeat neuro exam normal. Cervical collar cleared. All questions and concerns addressed. Appropriate
    medication usage and follow up instructions given to the patient, informed patient of signs and symptoms for which to return to the Emergency
    Department. The patient feels comfortable going home. The patient demonstrates understanding of all instructions given.

\*\*Pt instructed not to drive while taking pain meds.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▆▆▆ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

\*\*MEDICAL RECORD PRINT\*\*


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## Emergency Department

**Impression and Plan**
Motor vehicle collision
Cervical strain

**Plan**
**Considered an Emergency Condition Due to:** Acute Onset of Symptoms, Dysfunction of Body Organ or Part.
**Condition:** Improved, Stable.
**Prescriptions:** Launch prescriptions
Pharmacy:
Lortab 5/325 oral tablet (Prescribe): 1 tab, PO, Q6H lnt, for 2 day, 8 tab, 0 Refill(s).
**Patient was given the following educational materials:** NECK SPRAIN/STRAIN, MVC, General Precautions, Pt was explained that his/her BP
was elevated during the ED visit and that this warrants further workup by his/her PCP.
**Limitations:** Limited activity.
**Disposition:** Discharged: Discharge Order(2/11/2017 16:14), time 2/11/2017 16:14, to home.
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated
understanding of instructions.
**Notes:** The pt was educated about what signs and symptoms to return to the ED. .

**Physician Quality Reporting Initiative**
**Elevated BP statement:** Patient's blood pressure was elevated during the ED visit. Patient was made aware of the elevation and was instructed
to see their primary care provider for further monitoring and management of their hypertension if needed.

**Addendum**
**Attestation Statement:** This note has been entered today at 2/11/2017 14:56: By Nagle, Lillian Medical Scribe, as scribe for Caro, Christina G
MD, Documentation is being entered under the direct supervision of Caro, Christina G MD, Electronically signed by Nagle, Lillian Medical Scribe:
On 2/11/2017 14:56.
**Physician Attestation:** The information recorded by the scribe reflects the services provided by myself, as a physician. I have reviewed the
documentation and confirm the accuracy of the information in the transcribed note.

*Electronically Signed By: Caro, Christina G MD*
*Signed Date and Time: 02/11/2017 04:15 PM*
*Signed Date and Time: 02/11/17*

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMCSOUTH_0090



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

DOCUMENT NAME:              ED Pat Edu
SERVICE DATE/TIME:          02/11/2017 15:57
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Nagle,Lillian Medical Scribe (02/11/2017 15:57 )
SIGN INFORMATION:           Nagle,Lillian Medical Scribe (02/11/2017 15:57 )

**ED Pat Edu**



# Patient Education

**Name:** TRIOLO, RICHARD A
**MRN:** 3154593                    **Visit Date:** 2/11/2017 14:46
**FIN:** 55043210                   **Current Date:** 2/11/2017 15:57


TRIOLO, RICHARD A has been given the following patient education materials:

Trauma

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮▮1974  44 years |
| | | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

---

## Neck Sprain or Strain

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

### Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

and cold treatments, or just staying with one method only. Do what feels the best to you and
gives the most relief.

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was

  prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI
  bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement.
Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures
don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture.
These injuries can take time to heal completely. If your symptoms don't improve or they get worse,
talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a
substitute for professional medical care. Always follow your healthcare professional's instructions.

## Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that
might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day.
However, more severe pain should be reported.

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

**Home Care:**

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ███ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

DOCUMENT NAME:                    ED Pat Edu
SERVICE DATE/TIME:                02/11/2017 16:31
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Taylor,Kimra RN (02/11/2017 16:31 )
SIGN INFORMATION:                 Taylor,Kimra RN (02/11/2017 16:31 )

**ED Pat Edu**



# Patient Education

**Name:** TRIOLO, RICHARD A
**MRN:** 3154593                         **Visit Date:** 2/11/2017 14:46
**FIN:** 55043210                     **Current Date:** 2/11/2017 16:31

TRIOLO, RICHARD A has been given the following patient education materials:

Trauma

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▇1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0096



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

---

## Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Emergency Department*

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road. Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Neck Sprain or Strain

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0098



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Emergency Department*

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and does not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| *Emergency Department* |
|---|

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

## CONSENT FOR TREATMENT

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker):

## CONSENT

**1. Consent to Treatment.** You are under the control of your physician(s) and our Hospital is not liable for any act or omission of our Hospital's employees and subcontractors, to the extent they are following the instructions of your physician(s). You consent to any and all x-ray examinations, laboratory procedures, anesthesia, medical or surgical treatments or any other diagnostic or therapeutic treatments or hospital services rendered to you under the general or special instructions of your physician(s). You further consent to the disposal of any tissue or specimens removed from you in accordance with our Hospital's customary practices.

## PHYSICIANS ARE INDEPENDENT CONTRACTORS AND
## THEY ARE NOT EMPLOYEES OR AGENTS OF HOSPITAL

**2. Physicians.** Physicians, including emergency department physicians, anesthesiologists, pathologists, hospitalists, radiologists, podiatrists, psychologists, dentists and others, as well as certain physician assistants, nurse practitioners, nurse anesthetists, nurse midwives, perfusionists and the like, providing patient care at our Hospital, are independent contractors. They are not employees or agents of our Hospital. Our Hospital has no control over such professionals with respect to the treatment they provide to you and the professional judgement they make. The Hospital is not liable for the acts or omissions of independent physician healthcare providers and/or their employees or for following the orders and instructions of such independent physician healthcare providers and/or their employees.

The Hospital is not either expressly or impliedly undertaking any duty to you to provide any healthcare services to you that may be provided by independent physician healthcare providers and/or their employees. TO THE EXTENT THAT THE HOSPITAL IS DEEMED OR CONSTRUED BY ANY COURT TO HAVE ANY SUCH DUTY, YOU HEREBY EXPRESSLY CONSENT TO THE HOSPITAL'S DELEGATION OF ANY SUCH DUTY TO INDEPENDENT PHYSICIAN HEALTHCARE PROVIDERS AND/OR THEIR EMPLOYEES AND YOU HEREBY EXPRESSLY DISCHARGE AND RELEASE THE HOSPITAL FROM ANY SUCH DUTY AND FROM ANY LIABILITY FOR THE NEGLIGENT FAILURE TO PROPERLY CARRY OUT SUCH DUTY OR PROPERLY PROVIDE SUCH HEALTHCARE SERVICES.

Patient Signature

Electronically signed on 02/11/2017 02:48:31 pm

Alternative Decision-Maker/Guarantor Signature (if other than patient)

Relationship to Patient    SELF

| BAPTIST HEALTH | EMERGENCY ROOM REGISTRATION AUTHORIZATIONS & ACKNOWLEDGMENTS | TRIOLO , RICHARD A | | PT: E |
| --- | --- | --- | --- | --- |
| Baptist Medical Center South, Jacksonville, Fl | | MR#: 03154593 | 1974 | 42 y |
| | 1936 | ACT. 55043210 | | ED |

BMC  1195 04 2012

## PATIENT AUTHORIZATIONS AND ACKNOWLEDGMENTS

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker):

1. **Nursing.** Our Hospital provides general duty nursing care, whereby nurses are called to the bedside of inpatients by a signal system. If your condition necessitates continuous or special duty nursing care, such care must be arranged for by you or your physician(s), and our Hospital is not responsible or liable for the failure of you or your physician(s) to make such arrangements.

2. **Release of Patient Information.** You acknowledge that you have read or received a copy of the pamphlet entitled "Baptist Health Notice of Privacy Practices," either at this time or previously. You authorize our Hospital, our Hospital's employees and subcontractors, and appointees to our Hospital's independent Professional Staff (collectively, the "Authorized Providers"), to (i) use and disclose information from and release copies of your medical records in accordance with our Hospital's policies and privacy practices, which are summarized in such pamphlet, including disclosure to your insurer/third-party carrier and past, present and future healthcare providers, and (ii) obtain and use information from and copies of your medical records maintained by any other past or present healthcare providers (or their respective records custodians) for treatment and payment purposes or, to the extent permitted by applicable law, for the Authorized Providers' own healthcare operations.

3. **Education.** In addition to patient care, an important activity of our Hospital is the training and teaching of healthcare professionals, including, but not limited to, physicians, nurses and other paramedical personnel (collectively, "Clinical Students"). You consent to (i) the admission of Clinical Students to the room where procedures, tests or examinations are performed on you and (ii) care or treatment by Clinical Students under proper clinical supervision, unless you provide our Hospital's employees with advance notice of your objection to such admission, care or treatment.

4. **Personal Valuables.** Our Hospital maintains a safe for the safekeeping of money and other patient valuables. Our Hospital will not be liable for the loss or theft of or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of personal property not placed in such safe. You, your family members and/or your friends are responsible for ensuring that your valuables are placed in our Hospital's safe or removed from our Hospital's premises. Return of any of your belongings from our Hospital's safe may be accomplished daily between the hours of 7:00 a.m. and 8:30 p.m.

5. **Medicare Information for Inpatients Only.** If you are an inpatient at our Hospital and you have Medicare or Tricare, you acknowledge that you have received the Medicare/Tricare letter entitled "An Important Message from Medicare/Tricare."

6. **Medicare Information for All Patients.** If you have Medicare, you certify that the information given by you in applying for payment under Title XVIII of the Social Security Act (Medicare) is correct to the best of your knowledge. You specifically request that payment of authorized benefits be made directly to our Hospital on your behalf. The care and services received during your visit to our Hospital are subject to professional medical review according to federal law. You acknowledge that Medicare covers a semi-private room rate. In the event that a private room is provided to you, at your request, you agree to pay the difference between the private room rate and the semi-private room rate.

7. **Bill of Rights.** You acknowledge that you have read or received a copy of our Hospital's pamphlet entitled "Patient's Bill of Rights."

8. **Reimbursement and Assignment of Insurance Benefits.** Our Hospital is providing services to you for which our Hospital is entitled to reimbursement at the time services are rendered. As a courtesy to you, however, our Hospital is willing to bill your insurer/third-party carrier directly. You agree to pay, or to cause your insurer to pay, our Hospital's charges for such services at (i) the rates listed in our Hospital's current billing charge manuals, which rates for such services are available for review upon request, or (ii) such other rates currently in effect between your insurer and our Hospital. Unless otherwise agreed to by our Hospital and your insurer/third-party carrier, you are responsible for, and you agree to pay, (i) any billed charges not covered by your insurer/third-party carrier, and (ii) any copayments, coinsurance or deductibles, which your insurer/third-party carrier indicates are your responsibility.



**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, FL

BMH 19-004 Rev. 12-2016

**AUTHORIZATIONS &
ACKNOWLEDGMENTS
EMERGENCY DEPT.**

1936

| | |
|---|---|
| TRIOLO , RICHARD A | PT: E |
| MR#: 03154593    ████ 1974 | 42 y |
| ACT: 55043210 | ED |

BMCSOUTH_0102

You assign to our Hospital reimbursement benefits on all insurance policies otherwise payable to you in connection with services provided by our Hospital and you authorize our Hospital to endorse any checks payable to you as a result of services provided to you by our Hospital. Any monies payable by your insurer/third party carrier, assigned to and received by our Hospital, will be credited to any balance due our Hospital for services rendered to you. Any overpayment received by our Hospital from or on behalf of you, may, in our Hospital's sole discretion, be first applied to any amounts you owe under any other account(s) with our Hospital, with the excess, if any, being refunded to the proper party in accordance with our Hospital's policies. The assignment of insurance monies does not alter your obligation to ensure that our Hospital is fully paid for services rendered to you. You assign payment to our Hospital for the unpaid charges for certain in-hospital physician services furnished by specialists and other physicians for whom our Hospital is authorized to bill.

Our Hospital reserves the right, in our Hospital's sole discretion, to (i) decline further services to you without notice, (ii) accept periodic installment payments without waiving our Hospital's right to demand payment in full at any time, and (iii) assign the payment(s) due for services rendered to you to any third-party. You have the right, upon request, to receive an itemized bill for services rendered by our Hospital. You may be billed by our Hospital, or on our Hospital's behalf by any of our Hospital's affiliates, for services rendered to you. If you are more than thirty (30) days delinquent in the payment of any bill connected with services rendered by our Hospital, such bill may, in the sole discretion of our Hospital, accrue interest at the maximum rate allowed by law. If such delinquent account is referred for collection due to non-payment, you are responsible for and agree to pay all fees associated with the collection process, including, but not limited to, attorney's fees, collection agency fees and court costs. You, as the insured, assign to our Hospital all rights to bring an action against your insurer/third-party carrier for benefits due under any insurance policy or other payment program. You acknowledge that you have been informed that Section 817.234 of the Florida Statutes provides that any person who knowingly and with intent to injure, defraud, or deceive any insurer/third-party carrier, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

If at any time I, or a person for whom I am responsible, provide contact information (a wireless or landline telephone number, address, email) at which I may be contacted, I consent to receive communication in any manner, including, but not limited to: automated emails, voice mails, written statements, texts, autodialed calls and pre-recorded messages, which could result in charges to me. I understand and agree that this healthcare provider may pass this right on to any physician or other healthcare provider who has been involved in my care (or the care of the patient for whom I am responsible) and their respective successors, assigns, affiliates, agents and independent contractors, including, but not limited to, servicers and collection agents. This contact information may be used for treatment, payment and operations. I acknowledge that I am an authorized user of this contact information and that I have permission to use said contact information from the actual current subscriber of the information. I understand that it is my responsibility to update this healthcare provider with new and updated contact information and that if I fail to update this information, I will hold the healthcare provider harmless for untimely notifications.

You certify that you (i) have read, had read to you or have been given the opportunity to read the foregoing, (ii) have had the opportunity to request a copy of the foregoing, and (iii) accept the foregoing terms. (Provided, however, that your acceptance of services at or from our Hospital also constitutes your acceptance of the foregoing terms.) If the patient is (i) a minor, the patient's parent or guardian should accept these terms on the patient's behalf by signing below; or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should accept these terms on the patient's behalf by signing below.

_____          _____
Patient Signature                                Alternative Decision-Maker/Guarantor Signature (if other than patient)

Electronically signed on  02/11/2017 02:48:22 pm

Relationship to Patient        SELF
_____

| **BAPTIST HEALTH** Baptist Medical Center South, Jacksonville, FL. | **AUTHORIZATIONS & ACKNOWLEDGMENTS EMERGENCY DEPT.** 1936 | TRIOLO , RICHARD A MR#: 03154593 ████ 1974 ACT: 55043210 | PT: E 42 y ED |

BMCSOUTH_0103

# Notice of Limited Liability
## Pursuant to Section 1012.965, Florida Statutes

I acknowledge for myself, or on behalf of my child and/or my ward, that I have been notified that:

1. All or part of the medical care and treatment that I, my child and/or my ward receive at Baptist Medical Center Jacksonville, Baptist Medical Center South, Baptist Medical Center Beaches, Baptist Medical Center Nassau, Wolfson Children's Hospital and/or Baptist Emergency Center Clay (hereinafter referred to as "Baptist Health Facilities") may be provided by:

> University of Florida (UF) health care providers;
> University of South Florida (USF) health care providers;
> Florida State University (FSU) health care providers;
> University of Central Florida (UCF) health care providers; and/or,
> University of North Florida (UNF) health care providers.

These health care providers, including but not limited to physicians, dentists, residents, medical students, nursing students, radiology students, anesthesia assistants, anesthesia assistant students and anesthesia technicians, referred to collectively as "UF/USF/FSU/UCF/UNF health care providers", are employees or agents of the University of Florida Board of Trustees, the University of South Florida Board of Trustees, the Florida State University Board of Trustees, the University of Central Florida Board of Trustees, or the University of North Florida Board of Trustees. UF/USF/FSU/UCF/UNF health care providers are **not** employees or agents of Baptist Health Facilities.

2. The medical care and treatment provided by UF/USF/FSU/UCF/UNF health care providers at Baptist Health Facilities is pursuant to an affiliation agreement whereby Baptist Health Facilities provide to each of the university board of trustees a clinical setting for health care education, research and/or services; and

3. Liability, if any, that may arise from the care provided by these UF/USF/FSU/UCF/UNF health care providers is limited as provided by law. The law provides that "neither the state nor its agencies and subdivisions shall be liable to pay a claim or judgment by any one person which exceeds the sum of $200,000 or any claim or judgment, or portions thereof, which, when totaled with all other claims or judgments paid by the state or its agencies or subdivisions arising out of the same incident or occurrence, exceeds the sum of $300,000" (Section 768.28(5), Florida Statutes).

_____     _____
Signature of Patient or Parent/Legal Guardian             Name of Child/Ward (If applicable)

Electronically signed on 02/11/2017 02:48:43 pm

Electronically Witnessed by User: ASPAI001 - Spain, Alexus Christine on 02/11/2017 02:48:43 pm

---

**BAPTIST HEALTH**

Baptist Medical Center South, Jacksonville, Fl.

**NOTICE OF LIMITED LIABILITY**

1940

| TRIOLO , RICHARD A | | PT.  E |
| MR#: 03154593 | 974 | 42 y |
| ACT: 55043210 | | ED |

BMC-664 Rev. 03/2015

BMCSOUTH_0106



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

DOCUMENT NAME:                    ED Pat Edu
SERVICE DATE/TIME:                02/11/2017 15:57
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Nagle,Lillian Medical Scribe (02/11/2017 15:57 )
SIGN INFORMATION:                 Nagle,Lillian Medical Scribe (02/11/2017 15:57 )

**ED Pat Edu**



# Patient Education

**Name:** TRIOLO, RICHARD A
**MRN:** 3154593                    **Visit Date:** 2/11/2017 14:46
**FIN:** 55043210                   **Current Date:** 2/11/2017 15:57


TRIOLO, RICHARD A has been given the following patient education materials:

Trauma

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0107



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Patient Education* |
|---|

## Neck Sprain or Strain

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

### Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0108


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

---

and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was

  prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

---

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▓▓▓▓ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| *Patient Education* |
| --- |



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

---

| | | | |
| --- | --- | --- | --- |
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▊1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮▮▮ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

DOCUMENT NAME:          ED Pat Edu
SERVICE DATE/TIME:      02/11/2017 16:31
RESULT STATUS:          Auth (Verified)
PERFORM INFORMATION:    Taylor,Kimra RN (02/11/2017 16:31 )
SIGN INFORMATION:       Taylor,Kimra RN (02/11/2017 16:31 )

**ED Pat Edu**



# Patient Education

**Name:** TRIOLO, RICHARD A
**MRN:** 3154593                 **Visit Date:** 2/11/2017 14:46
**FIN:** 55043210                **Current Date:** 2/11/2017 16:31

TRIOLO, RICHARD A has been given the following patient education materials:

Trauma

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ■1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

---

## Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0113



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ <u>NOTE</u> : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## Follow Up

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

## Get Prompt Medical Attention

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Neck Sprain or Strain

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▆ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was

    prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI
    bleeding, talk with your doctor before using these medicines.

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement.
Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures
don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture.
These injuries can take time to heal completely. If your symptoms don't improve or they get worse,
talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a
substitute for professional medical care. Always follow your healthcare professional's instructions.

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

DOCUMENT NAME:                Patient Discharge Instructions
SERVICE DATE/TIME:            02/11/2017 16:31
RESULT STATUS:                Auth (Verified)
PERFORM INFORMATION:          Taylor,Kimra RN (02/11/2017 16:31 )
SIGN INFORMATION:             Taylor,Kimra RN (02/11/2017 16:31 )

**Patient Discharge Instructions**

## Individualized Patient Discharge Instructions
## Emergency Department
Baptist Medical Center - South
14550 Old St. Augustine Road
Jacksonville, Florida 32258
(904)271-6100

Baptist Health would like to thank you for allowing us to assist you with your healthcare needs.
The following includes patient education materials and information regarding your injury/illness.
Please bring these instructions to all follow up appointments.

A copy of the record is available to the practitioner or medical organization providing follow-up care,
treatment, and services. For a copy of your records to be faxed to your physician, contact Health
Information at:(904)271-6040

**Patient:** TRIOLO, RICHARD A     **Date of Birth:** ████74
**Admission Date:** 02/11/17     **Account:** 55043210     **Medical Record Number:** 3154593

**Patient Status:** Emergency
**Discharge Diagnosis:**
**ED Checkout Date/Time:**
2/11/2017 4:20 PM

# Home Medications

**This is a List of Medicines your hospital doctor wants you to take after you leave the hospital.**

---

Patient:         **TRIOLO, RICHARD A**
Admit Date:      02/11/2017                      MRN:            3154593
Discharge Date:  02/11/2017                      DOB/Age:        ████1974  44 years
                                                 Sex:            Male
Print Date/Time: 05/20/2019 14:26                Financial #:    55043210
Report ID:       77727640                        Attnd Physician: Caro,Christina G MD
                                                 Patient Location: S-ED
**MEDICAL RECORD PRINT**

BMCSOUTH_0117



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Patient Education*

**\* Call your doctor if you have any questions or if a medicine is not on the list and you were taking it before you came to the hospital.**

**\* Give this list of medicines to your doctor.**

**\* Update this list when medicines are stopped, changed, or when new medicines are started, including over-the-counter products.**

**\* Keep medicine information with you at all times in case of an emergency.**

| MEDICATION | DOSE | ROUTE | FREQUENCY | REASON FOR USE/QUANTITY PRESCRIBED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|
| acetaminophen-hydrocodone(Lortab 5/325 oral tablet) | 1 tab(s) | by mouth | Every 6 Hours for 2 day | Qty: 8 tab(s) | |

**Follow Up With Below Providers or Facilities :**

**Radiology**
CT Spine Cervical w/o Contrast(CT Spine Cervical w/o Contrast )
**Your blood pressure was elevated during your ED visit today.**
**You need to follow up with your primary care provider to have your blood pressure reassessed and managed if needed.**

**Written Patient Education**Motor Vehicle Accident:General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that might be a sign of hidden injury. It is normal to feel sore and tight in your muscles the next day. However, more severe pain should be reported.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | �In 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

\*\*MEDICAL RECORD PRINT\*\*



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Patient Education*



A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear

- Recurring thoughts or nightmares about the accident

- Trouble sleeping or changes in appetite

- Feeling depressed, sad or low in energy

- Irritable or easily upset

- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

## Home Care:

1) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## Follow Up

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▨1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

with your physician or this facility as directed by our staff. If emotional or mental symptoms last more than 3 weeks, follow up with your doctor. You may have a more serious traumatic stress reaction. There are treatments that can help.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new findings that may affect your care.]

**Get Prompt Medical Attention**

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Neck Sprain or Strain

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | | |
| Admit Date: | 02/11/2017 | | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | | DOB/Age: | ▮1974 44 years |
| | | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | | Financial #: | 55043210 |
| Report ID: | 77727640 | | Attnd Physician: | Caro,Christina G MD |
| | | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*Patient Education*



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

## Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

## When to seek medical advice

Call your health care provider right away if any of these occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2015 The StayWell Company, LLC, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**As part of our mission, Baptist Health provides health information to the community. This information is not necessarily related to your reason for being in the hospital, but is meant to increase your awareness.**

## AMI ( Acute Myocardial Infarction)

Signs and Symptoms of a Heart Attack:
* Chest discomfort
* Discomfort in other areas of the upper body
* Shortness of breath, cold sweat, or nausea
**Actions to take:**
* If I continue to experience any of these symptoms above after resting and/or taking my nitroglycerin,

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▉1974  44 years |
| | | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0122


BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Patient Education* |
| --- |

I will call 911

# Heart Failure Instructions

* Follow a Low Salt Diet
* Fluid Restriction as stated in diet section of this form
* Take medications exactly as prescribed
* Daily morning weight after urinating and before breakfast
* Activity as tolerated. Rest when you are tired
* Make an appointment with your healthcare provider after being discharged for follow up care

**When to notify the doctor:**

Weight gain: 2 pounds in a day or 5 pounds in a week

Wheezing, increased swelling in my ankles, feet, hands, face, neck or abdomen

Coughing up yellow, green or pink sputum

Light headed/dizziness

Sweaty or nauseated after I take my medicine

New onset of sleeping on 2 pillows or in a chair

Dry cough that does not go away

Increased shortness of breath

Inability to complete my normal daily routine

# Signs & Symptoms of a Stroke

* Sudden numbness or weakness of the face, arm, or leg, especially on one side of the body
* Sudden confusion or trouble speaking or understanding
* Sudden difficulty walking, dizziness or loss of balance or coordination
* Sudden severe headache with no known cause
* Sudden trouble seeing in one or both eyes

**Action to take:**

If I experience any of the above I WILL CALL 911

**Risk factors you cannot change:** Being over the age 55, Being a man, Being African American, Someone in your family has had a stroke, and Having diabetes.

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ███ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

**Risk factors you can change:** Quit smoking, Control your blood pressure, Maintain a healthy weight, Eat foods low in sodium (salt) and fat, Avoid excessive alcohol, Exercise often, Stay hydrated, Monitor your cholesterol levels, Manage your diabetes, and Control atrial fibrillation (if present)

## Smoking Cessation

I understand that my lifestyle, including habits such as smoking,
can have a significant impact on my health. I have received a copy of smoking
cessation education and have received smoking cessation counseling.
Florida Quitline 1-877-822-6669 or Quit Smoking Now program 1-877-784-8486
If you have medical questions or concerns, please call your primary care physician.

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | | DOB/Age: | ■ 1974  44 years |
| Discharge Date: | 02/11/2017 | | Sex: | Male |
| | | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | | Patient Location: | S-ED |

\*\*MEDICAL RECORD PRINT\*\*



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Patient Education*

DOCUMENT NAME:               Provider Clinical Summary
SERVICE DATE/TIME:           02/11/2017 16:31
RESULT STATUS:               Auth (Verified)
PERFORM INFORMATION:         Taylor,Kimra RN (02/11/2017 16:31 )
SIGN INFORMATION:            Taylor,Kimra RN (02/11/2017 16:31 )

**Provider Clinical Summary**

# Clinical Discharge Instructions
Baptist Medical Center - South
14550 Old St. Augustine Road
Jacksonville, Florida 32258
(904)271-6100

**Patient:** TRIOLO, RICHARD A    **Date of Birth:** ▮▮74
**Admission Date:** 02/11/17   **Account:** 55043210   **Medical Record Number:** 3154593

**Patient Status:** Emergency
**Discharge Diagnosis:**
**ED Checkout Date/Time:**
2/11/2017 4:20 PM

# Home Medications

**This is a List of Medicines your hospital doctor wants you to take after you leave the hospital.**

**\* Call your doctor if you have any questions or if a medicine is not on the list and you were taking it before you came to the hospital.**

**\* Give this list of medicines to your doctor.**

**\* Update this list when medicines are stopped, changed, or when new medicines are started, including over-the-counter products.**

**\* Keep medicine information with you at all times in case of an emergency.**

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**\*\*MEDICAL RECORD PRINT\*\***

BMCSOUTH_0125



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Patient Education* |
|---|

| MEDICATION | DOSE | ROUTE | FREQUENCY | REASON FOR USE/QUANTITY PRESCRIBED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|
| acetaminophen-hydrocodone(Lortab 5/325 oral tablet) | 1 tab(s) | by mouth | Every 6 Hours for 2 day | Qty: 8 tab(s) | |

**Follow Up:**

**Patient Education Given:** MVC, General Precautions; NECK SPRAIN/STRAIN

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

184

## CAT SCAN QUESTIONNAIRE

Date: 2-11-17    Time: _____

Patient's name: Triolo, Richard    Weight _kg_ Age 42 Pregnant? Y/N/Possibly–LMP _____
Type of exam: CT C-Spine    Referring physician: Coro

### MEDICAL HISTORY / REASON FOR EXAM (CHOOSE ALL THAT APPLY):

**NEURO**

- ☐ Altered Mental Status / Encephalopathy
- ☐ Ataxia / Incoordination
- ☐ Cancer (specify_____)
- ☐ Chemo Follow-up
- ☐ Coma
- ☐ Concussion
- ☐ Delirium / Psychosis
- ☐ Dementia / Alzheimer's

- ☐ Epilepsy / Seizure
- ☐ Hallucinations
- ☐ Head Injury / Trauma (specify_____)
- ☐ Headache
- ☐ Hemorrhage
- ☐ HIV
- ☐ Hydrocephalus
- ☐ Meningitis / Encephalitis
- ☐ Neoplasm

- ☐ Pain (specify_____)
- ☐ Shunt Follow-up
- ☐ Sinusitis
- ☐ Stroke / TIA
- ☐ Syncope
- ☐ Vertigo / Dizziness
- ☐ Weakness (specify_____)
- ☐ Visual Disturbance
- ☐ Radiation Followup
- ☐ Other:_____

**BODY**

- ☐ Aneurysm (specify_____)
- ☐ Appendicitis / RLQ pain
- ☐ Ascites
- ☐ Asthma
- ☐ Bowel Obstruction
- ☐ Constipation
- ☐ Diabetes
- ☐ Diverticulitis
- ☐ Fever
- ☐ Heart Disease

- ☐ Hemorrhage / Bleeding
- ☐ Hernia (specify_____)
- ☐ Hypertension
- ☐ Kidney Disease (specify_____)
- ☐ Liver Disease (specify_____)
- ☐ Multiple Myeloma
- ☐ Pain (specify_____)
- ☐ Pain / Tenderness (specify_____)

- ☐ Pancreatitis
- ☐ Pheochromocytoma
- ☐ Post-op Disorder (specify_____)
- ☐ Sickle cell
- ☐ Swelling / mass / lump (specify_____)
- ☐ Trauma (specify_____)
- ☐ Vomiting / Diarrhea
- ☐ Other:_____

Pain localization and severity (R or L) _trauma, mvc_
Prior surgeries and dates _____
History of cancer? Type, site, date Ø _____
Prior CT scans this hospital/office? Y / N When?_____ PACS / Film
Prior CT scans other hospital/office? Y / N When/Where?_____ Available? Y / N
Correlative exams (MRI, US, X-Ray)? Y / N When/Where?_____

**I verify the above information is correct.**
Patient's signature _____VC_____    Date 2-11-17    Time _____

Technologist's signature _____    Date 2-11-17    Time _____
☐ Patient Size
☐ Repeat Scanning

**BAPTIST HEALTH**
Baptist Medical Center Downtown, Jacksonville, FL.
Baptist Medical Center Beaches, Jacksonville Beach, FL.
Baptist Medical Center Nassau, Fernandina Beach, FL.
Baptist Medical Center South, Jacksonville, FL.

BMC-353 Rev. 7/10

CAT SCAN QUESTIONNAIRE

4811

354593

PATIENT LABEL

-74



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Allergies

| Substance | Allergy Type | Reaction Status | Reaction Symptom | Updated By |
|-----------|--------------|-----------------|------------------|------------|
| NKA | Allergy | Active | | Spollen,Amy RN |

---

| Patient: | **TRIOLO, RICHARD A** | | |
|----------|------------------------|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▉1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0128



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| Procedures |
| --- |

**Procedure: Computed tomography,cervical spine;without contrast material**

| Last Updated: | Status: | Procedure Date: |
| --- | --- | --- |
| 02/16/2017 12:18 ; Contributor_system, Active<br>ENCODER | | 02/11/2017 00:00 |
| Code: | Location: | Ranking: |
| 72125 | | |
| Provider: | Related Diagnosis: | |

**Procedure: Emergency department visit for the evaluation and management of a patient,which requires these 3 key components:An expanded problem focused history;An expanded problem focused examination;and Medical decision making of low complexity.Counseling and/o**

| Last Updated: | Status: | Procedure Date: |
| --- | --- | --- |
| 02/16/2017 12:18 ; Contributor_system, Active<br>ENCODER | | 02/11/2017 00:00 |
| Code: | Location: | Ranking: |
| 99282 | | |
| Provider: | Related Diagnosis: | |

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ██1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0129



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Medication Administration Record

### Medications

**Admin Date/Time:** 02/11/2017 15:17          **Charted Date/Time:** 02/11/2017 15:17
**Medication Name: acetaminophen (Tylenol)**
**Ingredients:** acet325 650 mg
**Admin Details: (Auth)** PO
**Action Details:** Order: Caro,Christina G MD 02/11/2017 15:12; Perform: Spollen,Amy RN 02/11/2017 15:17; VERIFY: Spollen,Amy RN 02/11/2017 15:17

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0130



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Clinical Diagnosis*

Diagnosis: **Cervical strain** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 02/11/2017 15:57 ; Nagle,Lillian    **Responsible Provider:**
Medical Scribe
**Diagnosis Date:** 02/11/2017    **Status:** Active
**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S16.1XXA (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **Motor vehicle collision** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 02/11/2017 15:56 ; Nagle,Lillian    **Responsible Provider:**
Medical Scribe
**Diagnosis Date:** 02/11/2017    **Status:** Active
**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** V87.7XXA (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Working; **Priority:**

Diagnosis: **MVC (motor vehicle collision)** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 02/11/2017 14:55 ; Spollen,Amy RN  **Responsible Provider:**
**Diagnosis Date:** 02/11/2017    **Status:** Active
**Clinical Service:** Non-Specified; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** V87.7XXA (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Reason For Visit; **Priority:**

Diagnosis: **Cervicalgia** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** M54.2 (ICD-10-CM); **Ranking:** ; **Severity:**
; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Admitting; **Priority:**

Diagnosis: **CERVICALGIA** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017    **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** 723.1 (ICD-9-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Admitting; **Priority:**

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Clinical Diagnosis

Diagnosis: **Driver injured in collision with other motor vehicles in traffic accident, initial encounter** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** V49.49XA (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

Diagnosis: **NECK SPRAIN** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** 847.0 (ICD-9-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

Diagnosis: **OTHER MOTOR VEHICLE TRAFFIC ACCIDENT INVOLVING COLLISION WITH MOTOR VEHICLE INJURING DRIVER OF MOTOR VEHICLE OTHER THAN MOTORCYCLE** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** E812.0 (ICD-9-CM); **Ranking:** ; **Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

Diagnosis: **Strain of muscle, fascia and tendon at neck level, initial encounter** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:**                                    **Responsible Provider:**
**Diagnosis Date:** 02/16/2017                             **Status:** Active
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** S16.1XXA (ICD-10-CM); **Ranking:** ;
**Severity:** ; **Severity Class:** ; **Certainty:** ; **Probability:** 0; **Type:** Final; **Priority:**

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/11/2017                    MRN:              3154593
Discharge Date:   02/11/2017                    DOB/Age:          ▮1974  44 years
                                                Sex:              Male
Print Date/Time:  05/20/2019 14:26              Financial #:      55043210
Report ID:        77727640                      Attnd Physician:  Caro, Christina G MD
                                                Patient Location: S-ED
**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

## CAT Scan

Accession:
CT-17-0077646

Exam Date/Time:
02/11/2017 16:00

Exam:
CT Spine Cervical w/o
Contrast

Ordering Provider:
Caro,Christina G MD

**Reason For Exam**
(CT Spine Cervical w/o Contrast) trauma

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB: ████ 1974    Sex: M
Physician: Christina G Caro, MD

CT Spine Cervical w/o Contrast

HISTORY
Trauma.

CT CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None

TECHNIQUE: Multiple noncontrast CT images of the cervical spine were
obtained. Multiplanar reformats were rendered.

FINDINGS: Vertebral body heights are maintained. No fracture. No
subluxation. Multilevel disc osteophyte complexes are noted, most pronounced
at C4-C5, C5-C6 and C6-C7. There is mild canal stenosis at these levels.
Prevertebral soft tissues are unremarkable. The craniocervical junction is
maintained.

IMRESSION

1. No acute fracture or traumatic subluxation.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ████ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*CAT Scan*

Accession:
CT-17-0077646

Exam Date/Time:
02/11/2017 16:00

Exam:
CT Spine Cervical w/o
Contrast

Ordering Provider:
Caro,Christina G MD

**Report**

2/11/2017 4:17 PM:  Eduardo Oyola Torres, MD
                    Eduardo Oyola Torres, MD
                    Radiology
EOT/eot      D: 02/11/2017 16:17    T: 02/11/2017 16:17    Job#: 4536239

*** Final Report ***

*Reading Radiologist: Oyola, Eduardo  MD*

*Signed:  Oyola, Eduardo  MD*
*Date/Time:  02.11.17 16:17*
*(Electronically Signed)*

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▇ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0134



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Activity of Daily Living*

| | Recorded Date | 02/11/2017 |
| --- | --- | --- |
| | Recorded Time | 16:00 |
| | Recorded By | Melvin,Kenneth Technol,Multi Modality |
| Procedure | Units | |
| Standard Safety | | ID Bands on |

| | Recorded Date | 02/11/2017 |
| --- | --- | --- |
| | Recorded Time | 14:53 |
| | Recorded By | Spollen,Amy RN |
| Procedure | Units | |
| Monitor Alarm Limits On and Audible | | Stand By |
| ID Bands in Place | | Patient ID |
| Equipment Safety | | See Below T1 |
| Bed Safety | | See Below T2 |

Textual Results
T1:    02/11/2017 14:53 (Equipment Safety)
       Bag/Mask at Bedside, One Way Valve Mask at Bedside, Oxygen at Bedside, Suction at Bedside
T2:    02/11/2017 14:53 (Bed Safety)
       Side Rails Up, Wheels Locked, Bed In Low Position

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▉1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*PowerForms*

---

Fall Risk Assessment (Morse)
02/11/17 02:58 pm Performed by Spollen, Amy  RN
Entered on 02/11/17 02:58 pm

Fall Risk Assessment
--------------------
| | |
|---|---|
| History of Fall in Last 3 Months Morse | No |
| Presence of Secondary Diagnosis Morse | No |
| Use of Ambulatory Aid Morse | None, bedrest, wheelchair, nurse |
| IV/Heparin Lock Fall Risk Morse | No |
| Gait Weak or Impaired Fall Risk Morse | Normal, bedrest, immobile |
| Mental Status Fall Risk Morse | Oriented to own ability |
| Morse Fall Risk Score | 0 |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▆1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *PowerForms*

---

        Communication Assistance
        02/11/17 02:58 pm Performed by Spollen, Amy  RN
        Entered on 02/11/17 02:58 pm

Communication Assistance - Patient
-----------------------------------
Pref Language to Discuss Healthcare Info        English
Communication Need Related by Patient           No
Person With Patient                             No

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

*PowerForms*

ED Orthopedic Procedures/Treatments
02/11/17 03:14 pm Performed by Spollen, Amy  RN
Entered on 02/11/17 03:14 pm

Ortho Procedure/Treatment
-------------------------
Orthopedic Treatment Grid
  1. Orthopedic Treatment Type                    Cervical Collar, Hard Applied

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▇1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*PowerForms*

---

ED Discharge Summary
02/11/17 04:17 pm Performed by Spollen, Amy  RN
Entered on 02/11/17 04:19 pm

ED Discharge Summary
--------------------

| | |
|---|---|
| Discharge Destination | Home or Self Care |
| Mode of Discharge | Ambulatory |
| Discharge Transportation | Car |
| Released To | Self |
| Discharge Education Documentation Needed | Yes |
| Discharge Instructions Reviewed With | Richard Triolo |
| Relationship to Patient | Self |
| DC Instruction Reviewer Understands | Yes |
| Discharge Comment | pt received dc RX & instructions, verbalized understanding. Pt amb home in NAD |

ED Patient Ed - Interdisciplinary
---------------------------------

| | |
|---|---|
| Education Smart Template | Topics of Education |
| General Patient Education Powergrid | |
| 1. ED Patient Education Topics | Importance of Follow-up, Medication Dosage, Route, Administration and Scheduling, Pur |
| Discipline Performing Education | ED Nursing |
| Individuals Taught | Patient |
| Readiness to Learn | Accepting |
| Barriers to Learning | None Evident |
| Teaching Method | Verbal Discussion, Written Instructions |
| Teaching Evaluation | Verbalizes Understanding |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ███ 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *Assessment Forms* |

**Triage - ESI Form Entered On: 2/11/2017 14:55**
**Performed On: 2/11/2017 14:53 by Spollen, Amy  RN**

**Chief Complaint/Allergies/History ED**
*Patient's Chief Complaint :*  pt states rearended at stoplight @1310. c/o back pain
*Is Pt Being Seen as Result of an Injury :*  Yes
*Does the Pt Meet Trauma Alert Criteria? :*  No
*GU Catheter Present on Admission :*  No
*Arrival Mode :*  Self
*Travel Outside US in last 30 days :*  No
*Travel to African country :*  No
*Individual Contact Ebola :*  No

Spollen, Amy  RN - 2/11/2017 14:53

Tetanus Vaccine
*Flu :*  2016

Spollen, Amy  RN - 2/11/2017 14:53

*Domestic Violence/Safety Issue :*  No, Patient Does Not Want to Speak With Someone Regarding Domestic
Violence/Safety Issues
*Behavioral Health Complaints :*  No
*Vitals/Height/Weight Conditional :*  Yes
*Triage Assessment Conditional :*  Yes
*Hospital inpatient last 30 days :*  No
*ED Date Time of Arrival :*  02/11/17 14:46
*Ebola Control :*  0

Spollen, Amy  RN - 2/11/2017 14:53
(As Of: 2/11/2017 14:55:29 EST)

Allergies (Active)
NKA

*Estimated Onset Date:*  Unspecified ; *Created By:*  Spollen,
Amy  RN; *Reaction Status:*  Active ; *Category:*  Drug ;
*Substance:*  NKA ; *Type:*  Allergy ; *Updated By:*  Spollen, Amy
RN; *Reviewed Date:*  2/11/2017 14:53

**Vitals/Height/Weight/Pain S2**
*Oral Temperature Deg F :*  97.9 degF(Converted to: 36.6 degC)
*Pulse Rate :*  81 bpm
*Vital Signs Respiratory Rate :*  18 br/min

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

\*\*MEDICAL RECORD PRINT\*\*



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Assessment Forms

*Systolic Blood Pressure* : 144 mm Hg (HI)
*Diastolic Blood Pressure* : 114 mm Hg (HI)
*Oxygen Saturation* : 96 %
*Is Patient Experiencing Pain* : Yes
*Is Pediatric Patient Experiencing Pain* : N/A = Not applicable
*Method to Obtain Weight* : Stated
*Weight (lb)* : 240 lb
*Weight Converted to Kilograms* : 109.09 kg
*Measured Weight* : 109.09 kg(Converted to: 240 lb 8 oz, 240.50 lb)
*Method to Obtain Height* : Stated
*Height (in)* : 74 inch
*Height Converted to Centimeters* : 187.96 cm
*\*Height* : 187.96 cm(Converted to: 74.00 inch, 6.17 foot)
*Body Mass Index* : 31

Spollen, Amy  RN - 2/11/2017 14:53

**Pain Assessment - Adult**
*Preferred Pain Tool* : Numeric rating scale
*Tolerable Pain Intensity* : 2
*Pain Intensity* : 8
*Location* : Back

Spollen, Amy  RN - 2/11/2017 14:53

**Triage Assessment - ED S2**
*ED General Assessment* : Resp=Respirations Even and Unlabored, Clear to Auscultation, Maintains Own Airway,
CV=Heart Rate and Rhythm Regular, Nailbeds Pink, No Edema, Capillary Refill Less Than 3 Seconds, GI=Abdomen Soft,
 No Distention, Bowel Sounds Present, Integumentary=Skin Dry and Intact, Mucous Membranes Pink and Moist, Neuro
Adult - Alert, Oriented to Person, Place, Time and Event. No Defects Noted., Neurovascular= Pulses Present Distal to
Affected Area, Sensation Intact Distal to Affected Area, Color Normal for Ethnicity
*Cardiopulmonary Assessment* : Yes
*Neurological Assessment Conditional* : Yes

Spollen, Amy  RN - 2/11/2017 14:53

**Cardio Assessment - ED S2**
*Respirations* : Unlabored
*Capillary Refill* : Less Than 3 Seconds

Spollen, Amy  RN - 2/11/2017 14:53

**Neuro Assessment - ED S2**
*Level of Consciousness* : Responsive

Spollen, Amy  RN - 2/11/2017 14:53

**Triage Interventions S2**
*Triage Plan* : ECC

Spollen, Amy  RN - 2/11/2017 14:53

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Assessment Forms*

DCP GENERIC CODE
*Visit Reason :*  CAR ACCIDENT
*Tracking Team :*  2/11/2017 14:55
*Tracking Acuity :*  BMC_S4
*Tracking Group :*  BMC-S ED

Spollen, Amy  RN - 2/11/2017 14:53
(As Of: 2/11/2017 14:55:29 EST)

Diagnoses(Active)
MVC (motor vehicle collision)

*Date:*  2/11/2017 ; *Diagnosis Type:*  Reason For Visit ;
*Confirmation:*  Confirmed ; *Clinical Dx:*  MVC (motor vehicle
collision) ; *Classification:*  Medical ; *Clinical Service:*
Non-Specified ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis
Code:*  V87.7XXA

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| **MEDICAL RECORD PRINT** | | Patient Location: | S-ED |



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Orders - Medications*

### *Prescription Medications*

Order Date/Time: **02/11/2017 16:13**
Order: acetaminophen-hydrocodone (Lortab 5/325 oral tablet)
Order Status: Completed          Clinical Category: Medications          Medication Type: Prescription
End-state Date/Time: 02/13/2017 16:13          End-state Reason:
Ordering/Authenticating Physician: Caro,Christina G MD    Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 16:13
Order Details: 1 tab, PO, Q6H Int, Duration: 2 day, # 8 tab, 0 Refill(s)
Order Comment: Do NOT administer more than 3 g/day of acetaminophen for adults; NO more than 75 mg/kg/day or 3
g/day total for pediatrics.
Action Type: Status Change                    Action Date/Time: 02/13/2017 16:17
Responsible Provider: Caro,Christina G MD
Action Type: Prescribe                        Action Date/Time: 02/11/2017 16:14
Responsible Provider: Caro,Christina G MD

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▆ 1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0143



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

### Orders - Medications

#### Inpatient Medications

Order Date/Time: **02/11/2017 15:11**
Order: acetaminophen (Tylenol)
Order Status: Completed          Clinical Category: Medications          Medication Type: Inpatient
End-state Date/Time: 02/11/2017 15:17          End-state Reason:
Ordering/Authenticating Physician: Caro,Christina G MD          Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:12
Order Details: 650 mg tab PO ED_ONCE, Start: 2/11/17 3:11:00 PM EST, Stop: 2/11/17 3:17:44 PM EST
Order Comment: _____ Do NOT administer more than: Adult: 3 g/day total
Pediatric: 75 mg/kg/day or 3 g/day total
Action Type: Complete          Action Date/Time: 02/11/2017 15:17
Responsible Provider: Caro,Christina G MD
Action Type: Order          Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:          02/11/2017
Discharge Date:          02/11/2017

Print Date/Time:          05/20/2019 14:26
Report ID:          77727640

**MEDICAL RECORD PRINT**

MRN:          3154593
DOB/Age:          ▮1974  44 years
Sex:          Male
Financial #:          55043210
Attnd Physician:          Caro,Christina G MD
Patient Location:          S-ED

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

---

*Discern Rule Order*

---

Order Date/Time: **02/11/2017 16:14**
Order: ED Discharge Patient

| | | | |
|---|---|---|---|
| Order Status: Ordered | Department Status: Ordered | Catalog Type: Discern Rule Order | Activity Type: Discern Rule Order |

End-state Date/Time: 02/11/2017 16:14        End-state Reason:
Ordering Physician: Caro,Christina G MD        Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 16:14
Order Details: 2/11/17 4:14:00 PM EST, 2/11/17 4:14:00 PM EST
Order Comment:

Action Type: Order                                Action Date/Time: 02/11/2017 16:14
Responsible Provider: Caro,Christina G MD         Communication Type: Written/Fax
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order Date/Time: **02/11/2017 14:55**
Order: Trauma Alert Patient

| | | | |
|---|---|---|---|
| Order Status: Discontinued | Department Status: Discontinued | Catalog Type: Discern Rule Order | Activity Type: Discern Rule Order |

End-state Date/Time: 02/11/2017 17:00        End-state Reason:
Ordering Physician: SYSTEM                   Consulting Physician:
Order Placed/Authenticated By: SYSTEM on 02/11/2017 14:55
Order Details: 2/11/17 2:55:29 PM EST, Constant Indicator
Order Comment: This order was placed as the result of documentation on the Triage form.

Action Type: Discontinue                         Action Date/Time: 02/11/2017 17:00
Responsible Provider: SYSTEM                      Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                               Action Date/Time: 02/11/2017 14:55
Responsible Provider: SYSTEM                      Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▌1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

 **BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Orders*

*Pharmacy*

Order Date/Time: **02/11/2017 15:11**
Order: acetaminophen (Tylenol)

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Pharmacy | Activity Type: Pharmacy |

End-state Date/Time: 02/11/2017 15:17          End-state Reason:
Ordering Physician: Caro,Christina G MD       Consulting Physician:
Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:12
Order Details: 650 mg tab PO ED_ONCE, Start: 2/11/17 3:11:00 PM EST, Stop: 2/11/17 3:17:44 PM EST
Order Comment: _____ Do NOT administer more than: Adult: 3 g/day total
Pediatric: 75 mg/kg/day or 3 g/day total

Action Type: Complete                         Action Date/Time: 02/11/2017 15:17
Responsible Provider: Caro,Christina G MD     Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Order                            Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Nurse Review: Electronically Signed, Spollen,Amy RN on 02/11/2017 15:14
Pharmacist Verify: Not Reviewed
Pharmacist Verify: Electronically Signed, Gardella,Linda BS,RPh on 02/11/2017 15:17
Doctor Cosign: Not Required

---

| | | |
|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | |
| Admit Date: | 02/11/2017 | |
| Discharge Date: | 02/11/2017 | MRN: 3154593 |
| | | DOB/Age: ▮1974 44 years |
| | | Sex: Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: 55043210 |
| Report ID: | 77727640 | Attnd Physician: Caro,Christina G MD |
| | | Patient Location: S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Orders

## Radiology

Order Date/Time: **02/11/2017 15:11**

Order: CT Spine Cervical w/o Contrast

| | | | |
|---|---|---|---|
| Order Status: Completed | Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |

End-state Date/Time: 02/11/2017 16:20     End-state Reason:

Ordering Physician: Caro,Christina G MD     Consulting Physician:

Order Placed/Authenticated By: Caro,Christina G MD on 02/11/2017 15:11

Order Details: 2/11/17 3:11:00 PM EST, trauma, Wheelchair, Stat, Pending Discharge - No, ONCE, BMC South

Order Comment:

Action Type: Complete     Action Date/Time: 02/11/2017 16:20
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change     Action Date/Time: 02/11/2017 16:00
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Modify     Action Date/Time: 02/11/2017 16:00
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Status Change     Action Date/Time: 02/11/2017 15:59
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Doctor Cosign: Not Required

Action Type: Order     Action Date/Time: 02/11/2017 15:12
Responsible Provider: Caro,Christina G MD     Communication Type: Written/Fax
Review Information:
Nurse Review: Electronically Signed, Spollen,Amy RN on 02/11/2017 15:14
Doctor Cosign: Not Required

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Cardiovascular*

### *Cardiovascular Assessment*

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 14:53 | 14:53 |
| Recorded By | Spollen,Amy RN | Spollen,Amy RN |
| Procedure | | |
| Nail Bed Color | Pink | - |
| Capillary Refill | - | Less Than 3 seconds |

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | | |
| Admit Date: | 02/11/2017 | | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | | DOB/Age: | ▇1974 44 years |
| | | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | | Financial #: | 55043210 |
| Report ID: | 77727640 | | Attnd Physician: | Caro,Christina G MD |
| | | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Falls Information

### Fall Risk

| | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:58 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| History of Fall in Last 3 Months Morse | No |
| Presence of Secondary Diagnosis Morse | No |
| Use of Ambulatory Aid Morse | None, bedrest, wheelchair, nurse |
| IV/Heparin Lock Fall Risk Morse | No |
| Gait Weak or Impaired Fall Risk Morse | Normal, bedrest, immobile |
| Mental Status Fall Risk Morse | Oriented to own ability |
| Morse Fall Risk Score | 0 |

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▇1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0149



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| | *General* |
|---|---|

| | *General Information* |

|  | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 16:17 | 16:00 |
| Recorded By | Spollen,Amy RN | Melvin,Kenneth Technol,Multi Modality |
| Procedure | | |
| Discharge Comment | See Below T3 | - |
| Relationship to Patient | Self | - |
| Time Out of Unit | - | 16:00:00 |
| Time into Unit | - | 15:55:00 |

Textual Results
T3:    02/11/2017 16:17 (Discharge Comment)
       pt received dc RX & instructions, verbalized understanding. Pt amb home in NAD

|  | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Patient's Chief Complaint | See Below T1 |
| ED General Assessment | See Below T2 |
| Triage Plan | ECC/HUB |
| Domestic Violence/Safety Issue | See Below T4 |
| Hospital inpatient last 30 days | No |

Textual Results
T1:    02/11/2017 14:53 (Patient's Chief Complaint)
       pt states rearended at stoplight @1310. c/o back pain
T2:    02/11/2017 14:53 (ED General Assessment)
       Resp=Respirations Even and Unlabored, Clear to Auscultation,, CV=Heart Rate and Rhythm Regular, Nailbeds
       Pink, No Edema, C, GI=Abdomen Soft, No Distention, Bowel Sounds Present, Integumentary=Skin Dry and
       Intact, Mucous Membranes Pink and, Neuro Adult - Alert, Oriented to Person, Place, Time and Eve,
       Neurovascular= Pulses Present Distal to Affected Area, Sensa
T4:    02/11/2017 14:53 (Domestic Violence/Safety Issue)
       No, Patient Does Not Want to Speak With Someone Regarding Do

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | 1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0150


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## General

### Patient's Location

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 16:00 | 14:53 |
| Recorded By | Melvin,Kenneth Technol,Multi Modality | Spollen,Amy RN |
| Procedure | | |
| Patient Location | - | ED 22 |
| Radiology Department | CT | - |
| Radiology Room Type | Procedure Room | - |

### Social and Discharge Planning

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 16:17 | 16:00 |
| Recorded By | Spollen,Amy RN | Melvin,Kenneth Technol,Multi Modality |
| Procedure | | |
| Discharge Destination | Home or Self Care | - |
| Discharge Transportation | Car | - |
| Mode of Discharge | Ambulatory | - |
| Mode of Transportation | - | Ambulatory |
| Discharge Education Documentation Needed | Yes | - |
| Discharge Instructions Reviewed With | Richard Triolo | - |
| DC Instruction Reviewer Understands | Yes | - |

### Health History

| | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Flu Vaccine | 2016 |
| Travel Outside US in last 30 days | No |
| Travel to African country | No |
| Individual Contact Ebola | No |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| *General* |
|:---:|

| *Communication Assistance* |
|:---:|

Recorded Date    02/11/2017
Recorded Time    14:58
Recorded By    Spollen,Amy RN
Procedure
Pref Language to Discuss Healthcare Info    English
Communication Need Related by Patient    No
Person With Patient    No

---

| Patient: | **TRIOLO, RICHARD A** | | |
|:---|:---|:---|:---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▉1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Genitourinary*

Recorded Date    02/11/2017
Recorded Time    14:53
Recorded By    Spollen,Amy RN
Procedure
GU Catheter Present on Admission         No

---

Patient:        **TRIOLO, RICHARD A**
Admit Date:    02/11/2017                          MRN:              3154593
Discharge Date:    02/11/2017                       DOB/Age:        ▇1974  44 years
                                                    Sex:              Male
Print Date/Time:    05/20/2019 14:26                Financial #:      55043210
Report ID:          77727640                        Attnd Physician:  Caro,Christina G MD
                                                    Patient Location:  S-ED
**MEDICAL RECORD PRINT**

BMCSOUTH_0153


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Measurements

### Height and Weight

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 14:53 | 14:53 |
| Recorded By | Spollen,Amy RN | SYSTEM |
| Procedure | | |
| Clinical Height | 187.96 | - |
| Method to Obtain Height | Stated | - |
| Dosing Weight | - | 109.09 |
| Measured Weight | 109.09 | - |
| Method to Obtain Weight | Stated | - |

### Growth Charts

| | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Body Mass Index | 31 |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | 1974 44 years |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0154



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Musculoskeletal*

Recorded Date       02/11/2017
Recorded Time       15:14
Recorded By         Spollen, Amy RN
Procedure
Orthopedic Treatment Type       Cervical Collar, Hard Applied

---

Patient:           **TRIOLO, RICHARD A**
Admit Date:        02/11/2017
Discharge Date:    02/11/2017

Print Date/Time:   05/20/2019 14:26
Report ID:         77727640

**MEDICAL RECORD PRINT**

MRN:               3154593
DOB/Age:           ▋1974  44 years
Sex:               Male
Financial #:       55043210
Attnd Physician:   Caro, Christina G MD
Patient Location:  S-ED


**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Neurological

### Neurological Assessment

Recorded Date    02/11/2017
Recorded Time    14:53
Recorded By    Spollen, Amy RN
Procedure
Level of Consciousness    Responsive

### Glasgow

Recorded Date    02/11/2017
Recorded Time    14:53
Recorded By    Spollen, Amy RN
Procedure
Best Motor Response Glasgow    6 = Obeys Commands
Best Verbal Response Glasgow    5 = Appropriate and Oriented
Eye Opening Response Glasgow    4 = Spontaneous
Glasgow Coma Score    15

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▇1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro, Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0156



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Pain |
| :---: |

| Pain Assessment |
| :---: |

| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Pain Location | Back |
| Pain Intensity Rating | 8 |
| Tolerable Pain Intensity | 2 |
| Preferred Pain Tool | Numeric rating scale |

---

| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**

BMCSOUTH_0157



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Procedures |
| --- |

*Surgical/Procedural Information*

Recorded Date    02/11/2017
Recorded Time    16:17
Recorded By    Spollen,Amy RN
Procedure
Released To       Self

---

| Patient: | **TRIOLO, RICHARD A** | | |
| --- | --- | --- | --- |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▌1974  44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Psychosocial*

*Behavioral Assessment*

| | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Behavioral Health Complaints | No |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## *Quality Measures Info*

|  |  |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:56 |
| Recorded By | Caro,Christina G MD |
| Procedure | |

| | |
|---|---|
| Septic Respiratory Clear | See Below T1 |
| Septic Skin Exam | See Below T2 |
| Septic Skin Exam Pink | See Below T3 |

Textual Results

T1:    02/11/2017 14:56 (Septic Respiratory Clear)
       lungs are clear to auscultation

       *Electronically Signed By: Caro, Christina G  MD*
       *Signed Date and Time: 02/11/2017 04:15 PM*
       *Signed Date and Time: 02/11/17*

T2:    02/11/2017 14:56 (Septic Skin Exam)
       Skin

       *Electronically Signed By: Caro, Christina G  MD*
       *Signed Date and Time: 02/11/2017 04:15 PM*
       *Signed Date and Time: 02/11/17*

T3:    02/11/2017 14:56 (Septic Skin Exam Pink)
       pink

       *Electronically Signed By: Caro, Christina G  MD*
       *Signed Date and Time: 02/11/2017 04:15 PM*
       *Signed Date and Time: 02/11/17*

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | DOB/Age: | 1974  44 years |
| Discharge Date: | 02/11/2017 | Sex: | Male |
| | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Respiratory

### Respiratory Assessment

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 14:53 | 14:53 |
| Recorded By | Spollen,Amy RN | Spollen,Amy RN |
| Procedure | | |
| Respirations | - | Unlabored |
| Respiratory Pattern | Regular | - |

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | | |
| Admit Date: | 02/11/2017 | | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | | DOB/Age: | ▮1974 44 years |
| | | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | | Financial #: | 55043210 |
| Report ID: | 77727640 | | Attnd Physician: | Caro,Christina G MD |
| | | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

*Trauma*

| | |
|---|---|
| Recorded Date | 02/11/2017 |
| Recorded Time | 14:53 |
| Recorded By | Spollen,Amy RN |
| Procedure | |
| Does the Pt Meet Trauma Alert Criteria? | No |
| Is Pt Being Seen as Result of an Injury | Yes |
| Arrival Mode | Self |

---

| | | | |
|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▮1974 44 years |
| | | Sex: | Male |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 |
| Report ID: | 77727640 | Attnd Physician: | Caro,Christina G MD |
| | | Patient Location: | S-ED |

**MEDICAL RECORD PRINT**



BAPTIST
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Vital Signs

### Vital Signs

| | | |
|---|---|---|
| Recorded Date | 02/11/2017 | 02/11/2017 |
| Recorded Time | 15:13 | 14:53 |
| Recorded By | Spollen, Amy RN | Spollen, Amy RN |
| Procedure | | |
| Pulse Rate | - | 81 |
| Vital Signs Respiratory Rate | - | 18 |
| Systolic Blood Pressure | 135 | 144 H |
| Diastolic Blood Pressure | 107 H | 114 H |
| Oxygen Saturation | - | 96 |
| Oral Temperature Deg F | - | 97.9 |

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | | |
| Admit Date: | 02/11/2017 | MRN: | 3154593 | |
| Discharge Date: | 02/11/2017 | DOB/Age: | ▆ 1974 44 years | |
| | | Sex: | Male | |
| Print Date/Time: | 05/20/2019 14:26 | Financial #: | 55043210 | |
| Report ID: | 77727640 | Attnd Physician: | Caro, Christina G MD | |
| | | Patient Location: | S-ED | |

**MEDICAL RECORD PRINT**



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Encounter Summary

| Arrive Date | Discharge Date | Facility Display | FIN | MRN | Diagnosis |
|---|---|---|---|---|---|
| 02/11/2017 | 02/11/2017 | BMC-S | 55043210 | 3154593 | ; ; ; ; ; ; MVC (motor vehicle collision) |

---

| | | | | |
|---|---|---|---|---|
| Patient: | **TRIOLO, RICHARD A** | | MRN: | 3154593 |
| Admit Date: | 02/11/2017 | | DOB/Age: | ▉1974 44 years |
| Discharge Date: | 02/11/2017 | | Sex: | Male |
| | | | Financial #: | 55043210 |
| Print Date/Time: | 05/20/2019 14:26 | | Attnd Physician: | Caro,Christina G MD |
| Report ID: | 77727640 | | Patient Location: | S-ED |

\*\*MEDICAL RECORD PRINT\*\*

BMCSOUTH_0164



**Baptist Medical Center - South**
**Sleep Disorders Center**
Medical Office Building, #205 2nd floor
14546 Old St. Augustine Road
Jacksonville, FL 32258
(904) 202-1632  Fax: (904) 202-4951



Changing Health Care for Good.®

## ROUTINE POLYSOMNOGRAPHY REPORT

### DEMOGRAPHIC SUMMARY

| | | | | |
|---|---|---|---|---|
| Name | TRIOLO, RICHARD | | Date | 10/9/2015 |
| Sex | M | | | |
| Date of Birth | ▮1974 | Referring MD | JONES, TAKAYA MD | |
| MRN # | 0315-45-93 | Ordering MD | KOSSEIFI, SEMAAN MD | |
| Financial # | 52889417 | Tested by | A BRADFIELD RRT RPSGT RST | |
| Room # | S BED 6 | Scored by | A BRADFIELD RRT RPSGT RST | |
| Height-in | 74.0 | | | |
| Weight-lb | 258.0 | ESS score | 13 | |
| BMI | 33.1 | Neck size-in | 16 | |
| Medical History | MIGRAINES | | | |
| Medications | NONE | | | |

### SLEEP SCORING DATA

| | | | | | |
|---|---|---|---|---|---|
| Lights Out | 10:57:15 PM | | Time in Stage N1 | 48.5 | Min |
| Lights On | 6:09:27 AM | | Time in Stage N2 | 211.5 | Min |
| Time in Bed (TIB) | 432.2 | Min | Time in Stage N3 | 33.0 | Min |
| Sleep Period Time (SPT) | 422.5 | Min | Time in Stage R (REM) | 34.5 | Min |
| Total Sleep Time (TST) | 327.5 | Min | Time in Supine R (REM) | 0.0 | Min |
| Sleep Onset (SO) | 7.7 | Min | Percent of TST in Stage N1 | 14.8 | % |
| R (REM) Latency | 89.7 | Min | Percent of TST in Stage N2 | 64.6 | % |
| N3 (Slow Wave) Latency | 39.7 | Min | Percent of TST in Stage N3 | 10.1 | % |
| Wake after Sleep Onset | 97.0 | Min | Percent of TST in Stage R (REM) | 10.5 | % |
| % of Wake after Sleep Onset | 22.5 | % | Sleep Efficiency (%) | 75.8 | % |

### RESPIRATION SUMMARY

| EVENT TYPE | # OF EVENTS | MEAN DUR sec | MAX DUR sec | A+H Index | | 15.8 |
|---|---|---|---|---|---|---|
| Obstructive Apneas | 1 | 11.0 | 11.0 | **Apnea Index** | | **1.8** |
| Central Apneas | 9 | 12.8 | 14.5 | **RDI** | | **15.8** |
| Mixed Apneas | 0 | 0.0 | 0.0 | Central Apnea Index | | 1.6 |
| Hypopneas | 76 | 15.5 | 33.0 | AHI REM | | 15.7 |
| | | | | AHI NREM | | 15.8 |
| | | | | AHI Supine | | 39.1 |
| RERAs | 0 | RERA Index | 0.0 | AHI Non Supine | | 4.86 |
| Cheyne-Stokes Breathing | None | | | Hypopnea Index | | 13.9 |

### OXYGENATION SUMMARY

| | | | |
|---|---|---|---|
| Mean Wake SpO2, % | 95 | Percent Sleep Time 80-89% | 0.43 |
| Mean SpO2, % | 95 | Percent Sleep Time 70-79% | 0.00 |
| Mean SpO2 REM, % | 95 | Percent Sleep Time 60-69% | 0.00 |
| **Nadir SpO2, %** | **85** | Percent Sleep Time 50-59% | 0.00 |
| | | Minutes < 89% | 0.50 |

### AROUSAL EVENTS

| | | | |
|---|---|---|---|
| Total Arousals | 81 | Arousal Index | 11.5 |

### PERIODIC LIMB MOVEMENTS IN SLEEP

| | | | |
|---|---|---|---|
| PLMS Total | 0 | PLMS Index | 0 |
| PLMS with Arousal | 0 | PLMS Arousal Index | 0 |

BMCSOUTH_0165

| Name | TRIOLO, RICHARD | | | Date | 10/9/2015 |
|------|----------------|--|--|------|-----------|
| Financial # | 52889417 | MRN # | 0315-45-93 | | |

## ELECTROCARDIOGRAM

| | | | |
|--|--|--|--|
| Lowest Heart Rate during recording | 50 | Maximum Heart Rate during recording | 82 |
| Average Heart Rate during sleep | 68 | Maximum Heart Rate during sleep | 82 |

**Rhythm:** sinus rhythm

| Cardiac Events: | Yes | No | Rate/Duration |
|-----------------|-----|----|----|
| Bradycardia: | | ✓ | Lowest HR Scored:N/A |
| Unclassified Tachycardia: | | ✓ | Highest HR Scored:N/A |
| Sinus Tachycardia During Sleep: | | ✓ | Highest HR Scored: N/A |
| Narrow Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Wide Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Asystole: | | ✓ | Longest Pause: N/A |
| Atrial Fibrillation: | | ✓ | Duration Longest Event: N/A |

**Indication for Study:**
**G47.30 Organic sleep apnea, unspecified**

The patient was evaluated at the Sleep Disorders Center on the night of 10/9/2015. During the continuous polysomnographic evaluation, EEG with frontal, central and occipital leads, eye movements, chin muscle activity, left and right anterior tibialis leg muscle activity, EKG, nasal and oral respiration via thermistor and nasal pressure, thoracic and abdominal respiratory effort via respiratory inductance plethysmography, snoring, EtCO2 if indicated, and blood oxygen saturation via noninvasive pulse oximetry were monitored throughout the study. (N.B. Respiratory events scored when sleep was observed during any portion of the recording epoch.) Hypopneas were scored in accordance with AASM scoring manual, version 2.1:section D, rule 1B (4% Desat). The patient was observed on close-circuit television and body position noted. This study was scored utilizing AASM scoring rules.

Date scored: 10/09/2015

BMCSOUTH_0166

Auth Verified

| Name | TRIOLO, RICHARD | | | Date | 10/9/2015 |
|------|-----------------|--|--|------|-----------|
| Financial # | 52889417 | MRN # | 0315-45-93 | | |

## SUMMARY

**COMMENTS:**
Consult: NO
- Behavioral observations: none
- There was no alpha intrusion noted.
- There was snoring noted.  mild to heavy
- The Nadir Saturation less than 89% was associated with respiratory events.
-

**IMPRESSION:**
- Disturbed sleep pattern.
- Short sleep latency.  Normal REM latency.  Long slow wave latency.
- Moderate episodes of obstructive sleep apnea and hypopnea.
- No significant evidence of periodic limb movements in sleep.

## DIAGNOSIS:

- **Obstructive Sleep Apnea (G47.33)**

**RECOMMENDATIONS:**
- Weight reduction program, if clinically indicated.
- Positional therapy to avoid supine position for sleep.
- Avoid alcohol, hypnotics, tranquilizers, narcotics, and other CNS depressants.
- Therapeutic attended sleep study performed in center using nasal Continuous Positive Airway Pressure (CPAP).

**Electronically Signed By:  Richard A. Reid MD, FCCP**
**Interpreting MD**
Signed Date and Time: 10/12/2015  7:46:19 AM

**Electronically Signed By:  Semaan Georges Kosseifi MD, Diplomate of the American Board of Sleep Medicine**
**Interpreting MD**
Signed Date and Time: 10/12/2015  11:25:04 AM

BMCSOUTH_0167

Auth (verified)

## PATIENT AUTHORIZATIONS AND ACKNOWLEDGMENTS

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker).

1. **Nursing.** Our Hospital provides general duty nursing care, whereby nurses are called to the bedside of inpatients by a signal system. If your condition necessitates continuous or special duty nursing care, such care must be arranged for by you or your physician(s), and our Hospital is not responsible or liable for the failure of you or your physician(s) to make such arrangements.

2. **Consent to Treatment.** You are under the control of your physician(s) and our Hospital is not liable for any act or omission of (i) our Hospital's employees and subcontractors, to the extent they are following the instructions of your physician(s). You consent to any and all x-ray examinations, laboratory procedures, monitoring, anesthesia, medical or surgical treatments or any other diagnostic or therapeutic treatments or hospital services rendered to you under the general or special instructions of your physician(s). You further consent to the disposal of any tissue or specimens removed from you in accordance with our Hospital's customary practices.

3. **Release of Patient Information.** You acknowledge that you have read or received a copy of the pamphlet entitled "Baptist Health Notice of Privacy Practices," either at this time or previously. You authorize our Hospital, our Hospital's employees and subcontractors, and appointees to our Hospital's independent Professional Staff (collectively, the "Authorized Providers"). to (i) use and disclose information from and release copies of your medical records in accordance with our Hospital's policies and privacy practices, which are summarized in such pamphlet, including disclosure to your insurer/third-party carrier and past, present and future healthcare providers, and (ii) obtain and use information from and copies of your medical records maintained by any other past or present healthcare providers (or their respective records custodians) for treatment and payment purposes or, to the extent permitted by applicable law, for the Authorized Providers' own healthcare operations.

4. **Physicians.** Physicians (including emergency department physicians, pathologists, anesthesiologists, and radiologists), podiatrists, psychologists, dentists and the like, providing patient care at our Hospital, are independent contractors and are not employees or agents of our Hospital. Our Hospital has no control over such professionals with respect to the treatment provided to you. You consent to the provision of healthcare services by all such professionals (even if such professionals, such as pathologists and radiologists, have no direct contact with you). Some of such professionals also provide oversight and supervision of various departments of our Hospital, such as pathologists overseeing our Hospital's laboratory. Although such professionals may not have personally rendered services to you or reviewed any of your test results, such professionals' supervision is necessary in order to ensure that the results of your tests are clinically reliable and are reported to the ordering physician in a timely manner. You agree that such professionals may bill you or your insurer/third-party carrier in their usual and customary manner for such healthcare services (and for your share of the cost of such professional oversight and supervision).

5. **Education.** In addition to patient care, an important activity of our Hospital is the training and teaching of healthcare professionals, including, but not limited to, physicians, nurses and other paramedical personnel (collectively, "Clinical Students".) You consent to (i) the admission of Clinical Students to the room where procedures, tests or examinations are performed on you and (ii) care or treatment by Clinical Students under proper clinical supervision, unless you provide our Hospital's employees with advance notice of your objection to such admission, care or treatment.

6. **Personal Valuables.** Our Hospital maintains a safe for the safekeeping of money and other patient valuables. Our Hospital will not be liable for the loss or theft of or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of personal property not placed in such safe. You, your family members and/or your friends are responsible for ensuring that your valuables are placed in our Hospital's safe or removed from our Hospital's premises. Return of any of your belongings from our Hospital's safe may be accomplished daily between the hours of 7:00 a.m. and 8:30 p.m.

7. **Medicare Information for Inpatients Only.** If you are an inpatient at our Hospital and you have Medicare or Tricare, you acknowledge that you have received the Medicare/Tricare letter entitled "An Important Message from Medicare/Tricare."

8. **Medicare Information for All Patients.** If you have Medicare, you certify that the information given by you in applying for payment under Title XVIII of the Social Security Act (Medicare) is correct to the best of your knowledge. You specifically request that payment of authorized benefits be made directly to our Hospital on your behalf. The care and services received during your visit to our Hospital are subject to professional medical review according to federal law. You acknowledge that Medicare covers a semi-private room rate. In the event that a private room is provided to you, at your request, you agree to pay the difference between the private room rate and the semi-private room rate.

9. **Bill of Rights.** You acknowledge that you have read or received a copy of our Hospital's pamphlet entitled "Patient's Bill of Rights."

10. **Reimbursement and Assignment of Insurance Benefits.** Our Hospital is providing services to you for which our Hospital is entitled to reimbursement at the time services are rendered. As a courtesy to you, however, our Hospital is willing to bill your insurer/third-party carrier directly. You agree to pay, or to cause your insurer to pay, our Hospital's charges for such services at (i) the rates listed in our Hospital's current billing charge manuals, which rates for such services are available for review upon request, or (ii) such other rates currently in effect between your insurer and our Hospital. Unless otherwise agreed to by our Hospital and your insurer/third-party carrier, you are responsible for, and you agree to pay, (i) any billed charges not covered by your insurer/third-party carrier, and (ii) any copayments, coinsurance or deductibles, which your insurer/third-party carrier indicates are your responsibility.

You assign to our Hospital reimbursement benefits on all insurance policies otherwise payable to you in connection with services provided by our Hospital and you authorize our Hospital to endorse any checks payable to you as a result of services provided to you by our Hospital. Any monies payable by your insurer/third party carrier, assigned to and received by our Hospital, will be credited to any balances due our Hospital for services rendered to you. Any overpayment received by our Hospital from or on behalf of you, may, in our Hospital's sole discretion, be first applied to any amounts you owe under any other account(s) with our Hospital, with the excess, if any, being refunded to the proper party in accordance with our Hospital's policies. The assignment of insurance monies does not alter your obligation to ensure that our Hospital is fully paid for services rendered to you. You assign payment to our Hospital for the unpaid charges for certain in-hospital physician services furnished by specialists and other physicians for whom our Hospital is authorized to bill.

Our Hospital reserves the right, in our Hospital's sole discretion, to (i) decline further services to you without notice, (ii) accept periodic installment payments without waiving our Hospital's right to demand payment in full at any time, and (iii) assign the payment(s) due for services rendered to you to any third-party. You have the right, upon request, to receive an itemized bill for services rendered by our Hospital. You may be billed by our Hospital, or on our Hospital's behalf by any of our Hospital's affiliates, for services rendered to you. If you are more than thirty (30) days delinquent in the payment of any bill connected with services rendered by our Hospital, such bill may, in the sole discretion of our Hospital, accrue interest at the maximum rate allowed by law. If such delinquent account is referred for collection due to non-payment, you are responsible for and agree to pay all fees associated with the collection process, including, but not limited to, attorney's fees, collection agency fees and court costs. You, as the insured, assign to our Hospital all rights to bring an action against your insurer/third-party carrier for benefits due under any insurance policy or other payment program. You acknowledge that you have been informed that Section 817.234 of the Florida Statutes provides that any person who knowingly and with intent to injure, defraud, or deceive any insurer/third-party carrier, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

You certify that you (i) have read, had read to you or have been given the opportunity to read the foregoing, (ii) have had the opportunity to request a copy of the foregoing, and (iii) accept the foregoing terms (Provided, however, that your acceptance of services at or from our Hospital also constitutes your acceptance of the foregoing terms.) If the patient is (i) a minor, the patient's parent or guardian should accept these terms on the patient's behalf by signing below, or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should accept these terms on the patient's behalf by signing below.



Patient Signature _____    Date 10/9/15    Time 9:15 p.m.

Alternative Decision-Maker Signature _____    Relationship to Patient _____

Guarantor Signature (if other than patient/alternative decision-maker above) _____

**BAPTIST HEALTH**

Baptist Medical Center Jacksonville, Jacksonville, FL.
Baptist Medical Center South, Jacksonville, FL.
Wolfson Children's Hospital, Jacksonville, FL.
Baptist Medical Center Nassau, Fernandina Beach, FL.
Baptist Medical Center Beaches, Jacksonville Beach, FL.
Baptist Diagnostics & Imaging at Clay, Fleming Island, FL.

AUTHORIZATIONS AND
ACKNOWLEDGMENTS

1936

TRIOLO, RICHARD A    PT: O
MR#: 3154593    1974    040 Y
ACT: 52889417    SLEP

BMCSOUTH_0168

Auth Verified

## PATIENT AUTHORIZATIONS AND ACKNOWLEDGMENTS

The acceptance of any services at or from our Hospital constitutes an acknowledgment of, acceptance of and agreement to the following terms by you (the patient indicated below) or on your behalf (by the undersigned alternative decision-maker):

1. **Nursing.** Our Hospital provides general duty nursing care, whereby nurses are called to the bedside of inpatients by a signal system. If your condition necessitates continuous or special duty nursing care, such care must be arranged for by you or your physician(s), and our Hospital is not responsible or liable for the failure of you or your physician(s) to make such arrangements

2. **Consent to Treatment.** You are under the control of your physician(s) and our Hospital is not liable for any act or omission of (i) our Hospital's employees and subcontractors, to the extent they are following the instructions of your physician(s). You consent to any and all x-ray examinations, laboratory procedures, monitoring, anesthesia, medical or surgical treatments or any other diagnostic or therapeutic treatments or hospital services rendered to you under the general or special instructions of your physician(s). You further consent to the disposal of any tissue or specimen removed from you in accordance with our Hospital's customary practices

3. **Release of Patient Information.** You acknowledge that you have read or received a copy of the pamphlet entitled "Baptist Health Notice of Privacy Practices," either at this time or previously. You authorize our Hospital, our Hospital's employees and subcontractors, and appointees to our Hospital's independent Professional Staff (collectively, the "Authorized Providers"), to (i) use and disclose information from and release copies of your medical records in accordance with our Hospital's policies and privacy practices, which are summarized in such pamphlet, including disclosure to your insurer/third-party carrier and past, present and future healthcare providers, and (ii) obtain and use information from and copies of your medical records maintained by any other past or present healthcare providers (in their respective records custodians) for treatment and payment purposes or, to the extent permitted by applicable law, for the Authorized Providers' own healthcare operations

4. **Physicians.** Physicians (including emergency department physicians, pathologists, anesthesiologists, and radiologists), podiatrists, psychologists, dentists and the like, providing patient care at our Hospital, are independent contractors and are not employees or agents of our Hospital. Our Hospital has no control over such professionals with respect to the treatment provided to you. You consent to the provision of healthcare services by all such professionals (even if such professionals, such as pathologists and radiologists, have no direct contact with you). Some of such professionals also provide oversight and supervision of various departments of our Hospital, such as pathologists overseeing our Hospital's laboratory. Although such professionals may not have personally rendered services to you or reviewed any of your test results, such professionals' supervision is necessary in order to ensure that the results of your tests are clinically reliable and are reported to the ordering physician in a timely manner. You agree that such professionals may bill you or your insurer/third-party carrier in their usual and customary manner for such healthcare services (and for your share of the cost of such professional oversight and supervision)

5. **Education.** In addition to patient care, an important activity of our Hospital is the training and teaching of healthcare professionals, including, but not limited to, physicians, nurses and other paramedical personnel (collectively, "Clinical Students"). You consent to (i) the admission of Clinical Students to the room where procedures, tests or examinations are performed on you and (ii) care or treatment by Clinical Students under proper clinical supervision, unless you provide our Hospital's employees with advance notice of your objection to such admission, care or treatment.

6. **Personal Valuables.** Our Hospital maintains a safe for the safekeeping of money and other patient valuables. Our Hospital will not be liable for the loss or theft of or damage to any money, jewelry, glasses, dentures, documents, furs or other articles of personal property not placed in such safe. You, your family members and/or your friends are responsible for ensuring that your valuables are placed in our Hospital's safe or removed from our Hospital's premises. Return of any of your belongings from our Hospital's safe may be accomplished daily between the hours of 7:00 a.m. and 8:30 p.m.

7. **Medicare Information for Inpatients Only.** If you are an inpatient at our Hospital and you have Medicare or Tricare, you acknowledge that you have received the Medicare/Tricare letter entitled "An Important Message from Medicare/Tricare."

8. **Medicare Information for All Patients.** If you have Medicare, you certify that the information given by you in applying for payment under Title XVIII of the Social Security Act (Medicare) is correct to the best of your knowledge. You specifically request that payment of authorized benefits be made directly to our Hospital on your behalf. The care and services received during your visit to our Hospital are subject to professional medical review according to federal law. You acknowledge that Medicare covers a semi-private room rate. In the event that a private room is provided to you, at your request, you agree to pay the difference between the private room rate and the semi-private room rate.

9. **Bill of Rights.** You acknowledge that you have read or received a copy of our Hospital's pamphlet entitled "Patient's Bill of Rights."

10. **Reimbursement and Assignment of Insurance Benefits.** Our Hospital is providing services to you which our Hospital is entitled to reimbursement at the time services are rendered. As a courtesy to you, however, our Hospital is willing to bill your insurer/third-party carrier directly. You agree to pay, or to cause your insurer to pay, our Hospital's charges for such services at (i) the rates listed in our Hospital's current billing charge manuals, which rates for such services are available for review upon request, or (ii) such other rates currently in effect between your insurer and our Hospital. Unless otherwise agreed to by our Hospital and your insurer/third-party carrier, you are responsible for, and you agree to pay, (i) any billed charges not covered by your insurer/third-party carrier, and (ii) any copayments, coinsurance or deductibles which your insurer/third-party carrier indicates are your responsibility.

You assign to our Hospital reimbursement benefits on all insurance policies otherwise payable to you in connection with services provided by our Hospital and you authorize our Hospital to endorse any checks payable to you as a result of services provided to you by our Hospital. Any monies payable by your insurer/third-party carrier, assigned to and received by our Hospital, will be credited to any balance due our Hospital for services rendered to you. Any overpayment received by our Hospital from or on behalf of you, may, in our Hospital's sole discretion, be first applied to any amounts you owe under any other account(s) with our Hospital, with the excess, if any, being refunded to the proper party in accordance with our Hospital's policies. The assignment of insurance monies does not alter your obligation to ensure that our Hospital is fully paid for services rendered to you. You assign payment to our Hospital for the unpaid charges for certain in-hospital physician services furnished by specialists and other physicians for whom our Hospital is authorized to bill.

Our Hospital reserves the right, in our Hospital's sole discretion, to (i) decline further services to you without notice, (ii) accept periodic installment payments without waiving our Hospital's right to demand payment in full at any time, and (iii) assign the payment(s) due for services rendered to you to any third-party. You have the right, upon request, to receive an itemized bill for services rendered by our Hospital. You may be billed by our Hospital, or on our Hospital's behalf by any of our Hospital's affiliates, for services rendered to you. If you are more than thirty (30) days delinquent in the payment of any bill connected with services rendered by our Hospital, such bill may, in the sole discretion of our Hospital, accrue interest at the maximum rate allowed by law. If such delinquent account is referred for collection due to non-payment, you are responsible for and agree to pay all fees associated with the collection process, including, but not limited to, attorney's fees, collection agency fees and court costs. You, as the insured, assign to our Hospital all rights to bring an action against your insurer/third-party carrier for benefits due under any insurance policy or other payment program. You acknowledge that you have been informed that Section 817.234 of the Florida Statutes provides that any person who knowingly and with intent to injure, defraud, or deceive any insurer/third-party carrier, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

You certify that you (i) have read, had read to you or have been given the opportunity to read the foregoing, (ii) have had the opportunity to request a copy of the foregoing, and (iii) accept the foregoing terms (Provider), however, that your acceptance of services at or from our Hospital also constitutes your acceptance of the foregoing terms.) If the patient is (i) a minor, the patient's parent or guardian should accept these terms on the patient's behalf by signing below, or (ii) an adult but mentally or physically unable to consent for himself or herself, then the patient's guardian, legal representative, attorney-in-fact, surrogate or proxy should accept these terms on the patient's behalf by signing below.



| | | |
|---|---|---|
| Patient Signature | Date 10/9/15 | Time 9:15 p.m. |

Alternative Decision-Maker Signature                    Relationship to Patient

Guarantor Signature (if other than patient/alternative decision-maker above)

BAPTIST
HEALTH

Baptist Medical Center, Jacksonville, Jacksonville, FL;
Baptist Medical Center South, Jacksonville, FL;
Wolfson Children's Hospital, Jacksonville, FL;
Baptist Medical Center Nassau, Fernandina Beach, FL;
Baptist Medical Center Beaches, Jacksonville Beach, FL;
Baptist Diagnostics & Imaging at Clay, Fleming Island, FL.

AUTHORIZATIONS AND
ACKNOWLEDGMENTS

1936

| | |
|---|---|
| TRIOLO, RICHARD A | PT: O |
| MR#: 3154593                1974 | 040 Y |
| ACT: 52889417 | SLEP |

BMCSOUTH_0169



*CERTIFIED AS BEING PRINTED FROM BAPTIST FACILITIES LISTED BELOW THIS IS THE ONLY CERTIFICATION WE FURNISH*

Date: 06|25|19

Reference # _____

Patient Name: Richard Triolo                                                        D.O.B ▮▮ 74

Attached are itemized bills (billing records) from Baptist Medical Center facilities as requested (**Note**: Our Systems Billing Records are purged after 7 years)

| Facility | Physical Address | P.O. Box |
|---|---|---|
| Baptist Medical Center- Jacksonville/Downtown/Wolfson's | 800 Prudential Drive Jacksonville, FL 32207 | P.O. Box 45094 Jacksonville, FL 32232 |
| Baptist Medical Center- Beaches | 1350 13th Avenue South Jacksonville Beach, FL 32250 | P.O. Box 45058 Jacksonville, FL 32232 |
| Baptist Medical Center- Nassau | 1250 South 18th Street Fernandina Beach, FL 32034 | P.O. Box 44114 Jacksonville, FL 32231 |
| Baptist Medical Center- South | 14550 St. Augustine Road Jacksonville, FL 32258 | P.O. Box 45094 Jacksonville, FL 32232 |
| Baptist Medical Center- Clay | 1771 Baptist Clay Drive Fleming Island, FL 32003 | P.O. Box 45094 Jacksonville, FL 32232 |
| Baptist Medical Center- Town Center | 4085 Town Center Parkway Jacksonville, FL 32246 | P.O. Box 45094 Jacksonville, FL 32232 |
| Baptist Medical Center- North | 11250 Baptist Health Drive Jacksonville, FL 32218 | P.O. Box 45094 Jacksonville, FL 32232 |

**Courtney Davis** – Baptist Health - Patient Financial Services
904-376-4094 **Phone** 904-346-4174 **Fax** – courtney.davis.@bmcjax.com



**BAPTIST HEALTH**

Baptist Medical Center South
PO Box 45094
Jacksonville, FL 32232−5094
Phone: 904−202−2092
Fax:  904−376−4174
A Not For Profit Hospital

Date of Itemized Bill: 6/25/19
Account Number:       55043210
Patient Name:         TRIOLO, RICHARD A
Patient Type:         E − EMERGENCY DEPARTMENT
Service Type:         ED  − EMERGENCY ROOM
Date of Service:      02/11/2017 thru 02/11/2017
Physician:            CARO, CHRISTINA

Guarantor Name:       TRIOLO, RICHARD A
Guarantor Address:    1933 ECLIPSE DR
City, State  Zip:     MACCLENNY  FL   32063

| Rev Code | Item Description | Date | Quantity | Total Charges |
|---|---|---|---|---|
| 250 | ACETAMINOPHEN TAB 325MG | 02/11/17 | 2 | .20 |
|  | **Total for Revenue Code  PHARMACY** | | .20 | |
| 352 | CT SPINE CERVICAL W/O CON | 02/11/17 | 1 | 1958.00 |
|  | **Total for Revenue Code  CT SCAN/BODY** | | 1958.00 | |
| 450 | ED LEVEL 2 EMERGENCY CARE | 02/11/17 | 1 | 563.00 |
|  | **Total for Revenue Code  EMERG ROOM** | | 563.00 | |

Total Charges...........:   2521.20

Total Adjustments.......:   1008.48−

Total Patient Payments..:      .00

Total Insurance Payments:   1512.72−

**Balance due on account:**

$ 378.18

If you have any questions concerning this itemized bill or if you wish to make payment arrangements, please contact our
Customer Service Department at (904)202−2092 or email us at ptaccounting@bmcjax.com

BMCSOUTH_0183



**Baptist Medical Center South**
PO Box 45094
Jacksonville, FL 32232-5094
Phone: 904-202-2092
Fax:  904-376-4174
A Not For Profit Hospital

Date of Itemized Bill: 6/25/19
Account Number:     **55558084**
Patient Name:       **TRIOLO, RICHARD A**
Patient Type:       E – EMERGENCY DEPARTMENT
Service Type:       ED  – EMERGENCY ROOM
Date of Service:    06/14/2017 thru 06/14/2017
Physician:          COLLINS, CECILIA A

Guarantor Name:     **TRIOLO, RICHARD A**
Guarantor Address:  **1933 ECLIPSE DR**
City, State Zip:    **MACCLENNY  FL   32063**

| Rev Code | Item Description | Date | Quantity | Total Charges |
|---|---|---|---|---|
| 450 | ED LEVEL 1 EMERGENCY CARE | 06/14/17 | 1 | **344.00** |
|  | **Total for Revenue Code  EMERG ROOM** |  | 344.00 |  |
|  | **Total Charges...........:**     344.00 |  |  |  |
|  | **Total Adjustments.......:**     142.02– |  |  |  |
|  | **Total Patient Payments..:**     .00 |  |  |  |
|  | **Total Insurance Payments:**     201.98– |  |  |  |
|  | **Total Account Balance...:**     .00 |  |  |  |

**If you have any questions concerning this itemized bill or if you wish to make payment arrangements, please contact our
Customer Service Department at (904)202–2092 or email us at ptaccounting@bmcjax.com**

BMCSOUTH_0184


# BAPTIST
## HEALTH

**Baptist Medical Center South**
PO Box 45094
Jacksonville, FL 32232–5094
Phone: 904–202–2092
Fax:    904–376–4174
**A Not For Profit Hospital**

| | |
|---|---|
| Date of Itemized Bill: | 6/25/19 |
| Account Number: | **56606601** |
| Patient Name: | **TRIOLO, RICHARD A** |
| Patient Type: | O – OUTPATIENT (NOT IN A B |
| Service Type: | RAD – RADIOLOGY |
| Date of Service: | 02/12/2018 thru 02/12/2018 |
| Physician: | TOPP, RAYMOND |

| | |
|---|---|
| Guarantor Name: | **TRIOLO, RICHARD A** |
| Guarantor Address: | **1933 ECLIPSE DR** |
| City, State  Zip: | **MACCLENNY  FL    32063** |

| Rev Code | Item Description | Date | Quantity | Total Charges |
|---|---|---|---|---|
| 300 | VENIPUNCTURE FEE | 02/12/18 | 1 | 19.00 |
| | **Total for Revenue Code  LABORATORY** | | 19.00 | |
| 301 | BASIC METABOLIC PROF 2000 | 02/12/18 | 1 | 78.00 |
| | **Total for Revenue Code  LAB/CHEMISTRY** | | 78.00 | |
| 305 | CBC AUTOMATED DIFFERENTIA | 02/12/18 | 1 | 55.00 |
| 305 | PARTIAL THROMB TIME PTT | 02/12/18 | 1 | 58.00 |
| 305 | PROTHROMBIN TIME WITH INR | 02/12/18 | 1 | 72.00 |
| | **Total for Revenue Code  LAB/HEMATOLOGY** | | 185.00 | |
| 306 | ORSA BY AMPLIFIED PROBE | 02/12/18 | 1 | 553.00 |
| | **Total for Revenue Code  LAB/BACT–MICRO** | | 553.00 | |
| 307 | URINALYSIS WO MICROSCOPY | 02/12/18 | 1 | 26.00 |
| | **Total for Revenue Code  LAB/UROLOGY** | | 26.00 | |
| 324 | XR CHEST 2 VIEWS | 02/12/18 | 1 | 227.00 |
| | **Total for Revenue Code  DX X–RAY/CHEST** | | 227.00 | |

**Total Charges...........:    1088.00**

**Total Adjustments.......:    750.72–**

**Total Patient Payments..:    .00**

**Total Insurance Payments:    269.82–**

**Total Account Balance...:    67.46**

BMCSOUTH_0185



**Baptist Medical Center South**
PO Box 45094
Jacksonville, FL 32232–5094
Phone: 904–202–2092
Fax:  904–376–4174
A Not For Profit Hospital

| | |
|---|---|
| Date of Itemized Bill: | 6/25/19 |
| Account Number: | **56647373** |
| Patient Name: | **TRIOLO, RICHARD A** |
| Patient Type: | O – OUTPATIENT (NOT IN A B |
| Service Type: | HRT – HEART CENTER |
| Date of Service: | 02/20/2018 thru 02/20/2018 |
| Physician: | TOPP, RAYMOND |

| | |
|---|---|
| Guarantor Name: | **TRIOLO, RICHARD A** |
| Guarantor Address: | **1933 ECLIPSE DR** |
| City, State  Zip: | **MACCLENNY  FL   32063** |

| Rev Code | Item Description | Date | Quantity | Total Charges |
|---|---|---|---|---|
| 730 | EKG 12 LEAD TRACING ONLY | 02/20/18 | 1 | 513.00 |
| | Total for Revenue Code  EKG/ECG | | 513.00 | |

Total Charges............:    513.00

Total Adjustments........:    353.97–

Total Patient Payments..:      .00

Total Insurance Payments:    127.22–

Total Account Balance...:     31.81

**If you have any questions concerning this itemized bill or if you wish to make payment arrangements, please contact our
Customer Service Department at (904)202–2092 or email us at ptaccounting@bmcjax.com**

BMCSOUTH_0186