AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| RICHARD A. TRIOLO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Baptist Medical Center South - Radiology, ATTN: RECORDS CUSTODIAN, 14550 Old St. Augustine Road, Jacksonville, FL 32258 [Via Facsimile (1-904-821-6044)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br>03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/11/2019

CLERK OF COURT

OR  *Ronnie S. Carter* (signature)

_____          RONNIE S. CARTER
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant** United States of America , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Name: Richard Triolo
Social Security No.: ███-██-7157
Date of Birth: ██/██/1974

ATTACHMENT

1. Any and all x-rays, MRIs, and CT scans, <u>in digital format on CD</u>, with all corresponding reports, taken of the patient by the witness or by any other healthcare providers that are in the possession of the witness. Please provide viewer software on the disc.

2. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

3. A current statement indicating the total amount of the bill that has been paid and by whom.

**BAPTIST HEALTH**
Depend On Us For Life.

PC AutoPlay DICOM Viewer
Exit viewer before removing disk

Name: TRIOLO RICHARD A  ID: 1.2.840.113619.2.182.1022451655472.1486843923.231807

Exam Date: 02/11/2017
Exam: CT SPINE CERVICAL WO CONTRAST

On 03/21/2019
CD ID = 21929 [4206]

Name: TRIOLO RICHARD A  ID: 1.2.840.113619.2.182.1022451655472.1518454097.2

Exam Date: 02/12/2018
Exam: XR CHEST PA AND LAT 2 VIEWS

Radiology Department
800 Prudential Drive
Jacksonville FL 32207
(904) 202-8000