AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:18-cv-919-J-34JBT

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Jacksonville Sport & Spine, ATTN: RECORDS CUSTODIAN,
2233 Park Avenue Suite 200-B, Orange Park, FL 32073 [Via Certified Mail]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:        PLEASE SEE ATTACHMENT

In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br><br>03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/11/2019

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

Ronnie S Carter

RONNIE S. CARTER
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendant
United States of America                                , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ████ 7157
**Date of Birth:** ████ 1974

1.   All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.   All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.   All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.   All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.   All patient information forms or questionnaires, or any other information provided by the patient.

6.   All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.   A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.   A current statement indicating the total amount of the bill that has been paid and by whom.

9.   Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10.  All records requested should be all inclusive and should in no way be limited to one incident.

11.  All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12.  EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

Mar 26 2019 02:55AM Wecare Drug & Rehab 9043751954
Case 3:18-cv-00919-MMH-J_T Document 87-15 Filed 10/06/20 Page 3 of 53 PageID 859 page 10

Richard Triolo, MRN: NA / DOB: 1974 (44 yo)                                    Page 1

# DEMOGRAPHICS

## *Richard Triolo*

| | | | |
|---|---|---|---|
| DOB: | 1974 (44 yo) | MRN: | |
| Marital Status: | | Maiden Last: | |
| Sex: | Male | SSN: | 7157 |
| Languages: | | Driver's License: | |
| | | Race: | |
| | | Ethnicity: | |

Preferred Communication: Unknown

| | | | |
|---|---|---|---|
| Mail Address: | | Home Address: | 1933 Eclipse Dr. Middleburg, FL 32068 |

| | | | |
|---|---|---|---|
| Home Phone: | | Work Phone: | |
| Mobile Phone: | (631) 603 - 4863 | Other Phone: | |
| Personal Email: | Listrong19@yahoo.com | Work Email: | |
| Other Email: | | | |

Disclosure Notes:

## *Additional Info*

| | | |
|---|---|---|
| Mother's Maiden Last Name: | | Birth Place: |
| Birth Order: | | Nationality: |
| Citizenship(s): | | Religious Affiliation: |
| Education: | | |

Date of Death:                      Cause of Death:

Pharmacies:

Primary Provider:

Referred By:

Notes:          Phillip Kenney

## *Contacts*

| | | | |
|---|---|---|---|
| Responsible Party: | Self | Emergency Contact: | Responsible Party |
| Relationship to Patient: | Self | Relationship to Patient: | Self |
| Name: | RICHARD TRIOLO | Name: | RICHARD TRIOLO |
| Home Address: | 1933 Eclipse Dr. Middleburg, FL 32068 | Home Address: | 1933 Eclipse Dr. Middleburg, FL 32068 |
| Home Phone: | | Home Phone: | |
| Work Phone: | | Work Phone: | |
| Mobile Phone: | (631) 603 - 4863 | Mobile Phone: | (631) 603 - 4863 |
| Other Phone: | | Other Phone: | |
| Personal Email: | Listrong19@yahoo.com | Personal Email: | Listrong19@yahoo.com |
| Work Email: | | Work Email: | |
| Other Email: | | Other Email: | |
| Notes: | | Notes: | |

JSS_0003

Richard Triolo, MRN: NA / DOB: ▒ 1974 (44 yo)                                          Page 2

---

## Insurance

| | | | |
|---|---|---|---|
| Company Name: | State Farm Auto Ins | Insured Party: | Self |
| Plan Name: | | Name: | RICHARD TRIOLO |
| Address: | PO Box 106134 | Relationship to Patient: | Self |
| | Atlanta | Mail Address: | |
| | GA | Home Phone: | |
| | 30348-6134 | Work Phone: | |
| Phone Number: | | Mobile Phone: | (631) 603 - 4863 |
| Fax Number: | | Other Phone: | |
| Contact Person: | | Personal Email: | Listrong19@yahoo.com |
| Plan Type: | | Work Email: | |
| Group Name: | | Other Email: | |
| Policy Number: | 5908394M7 | | |
| Group Number: | | | |
| Start/End Date: | 11-Feb-2017 | | |
| Copay: | $0.00 | | |

---

## Recent Appointments*

| Date/Time of Visit | Provider/Resource | Visit Type | Reason for Visit | Status |
|---|---|---|---|---|
| 07/20/2017 09:15 AM | Michael McDaniels | Patient | Visit Dr. McDaniels | CheckedOut |
| 07/18/2017 09:15 AM | Michael McDaniels | Patient | Massage Sandy | NoShow |
| 07/11/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 05/11/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 04/27/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 04/13/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 03/30/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 06/30/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 06/22/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |
| 05/30/2017 09:15 AM | Michael McDaniels | Patient | Massage Sandy | Cancelled |
| 05/19/2017 09:00 AM | Michael McDaniels | Patient | Massage Jen | CheckedOut |

*NOTE: Please keep in mind that if we were not to able retrieve appointments, we will display an empty list. Max 50 appointments total that includes the next 10 appointments within a year plus the most recent in the last 2 years.

JSS_0004

Richard Triolo, MRN: NA / DOB: ███ 1974 (44 yo)                                                                    Page 3

# FACE SHEET

**Richard Triolo**
MRN: NA
DOB: ███ 1974 (44 yo)
Male

---

## *Allergies*

* No allergy history has been documented for this patient

## *Medications*

* No medications documented for this patient.

## *Problems*

* Acute post-traumatic headache, intractable(acute).
* Cervical disc disorder with radiculopathy, mid-cervical region.
* Cervical spine painful on movement (finding).
* Cervicobrachial syndrome(acute). Start date: 02/11/2017
* Concussion with no loss of consciousness (disorder)(acute). Start date: 02/11/2017
* Knee joint pain.
* Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder).
* Muscle spasm of cervical muscle of neck (disorder)
* Spasm of piriformis muscle (finding).
* Sprain of thoracic spine.
* Symptoms interfere with sleep (disorder).

## *History*

### *PMHx*

* Comments: Neurologist: Dr. Syed Asad, Eval and NCV, Baptist ER

### *PSHx*

* No past surgical history has been documented for this patient

### *FHx*

* No family history has been documented for this patient

### *SHx*

* No social history has been documented for this patient

### *Hospitalizations*

* 11 Feb 2017 for 1 day - Baptist Medical Center ER, following the accident

### *ImplantableDevices*

* No implantable devices has been documented for this patient

Richard Triolo, MRN: NA / DOB: ███ 1974 (44 yo)

# PATIENT CHART

---

## Problems List

---

### Active Problems

* Acute post-traumatic headache, intractable(acute).
* Cervical disc disorder with radiculopathy, mid-cervical region.
* Cervical spine painful on movement (finding).
* Cervicobrachial syndrome(acute). Start date: 02/11/2017
* Concussion with no loss of consciousness (disorder)(acute). Start date: 02/11/2017
* Knee joint pain.
* Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder).
* Muscle spasm of cervical muscle of neck (disorder).
* Spasm of piriformis muscle (finding).
* Sprain of thoracic spine.
* Symptoms interfere with sleep (disorder).

### Inactive Problems

* No inactive problems listed for this patient.

---

## Allergies

---

### Active Allergies

* No allergy history has been documented for this patient.

### Inactive Allergies

* No allergy history has been documented for this patient.

---

## Medications List

---

### Active Medications

* No medications documented for this patient.

### Discontinued Medications

* No medications documented for this patient.

---

## Vital Signs

---

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|----------|----|----|----|------|--------|--------|-----|-----------|------|------------|---------|

## Labs

---

* No lab documentations found for this patient.

JSS_0006

Richard Triolo, MRN: NA / DOB: ■■■ 1974 (44 yo)

Page 5

## Notes

| DATE | TYPE | SUBJECT | STATUS | ASSIGNED TO | Signed By | LAST UPDATED |
|------|------|---------|--------|-------------|-----------|--------------|
| 20 Jul 2017 09:15 AM | SOAP | DOA: 02/11/201 | Complete | Michael McDaniels | Michael McDaniels | 24 Jul 2017 08:41 AM |
| 11 Jul 2017 09:00 AM | SOAP | DOA: 02/11/2017 | Complete | Michael McDaniels | Michael McDaniels | 17 Jul 2017 11:42 AM |
| 30 Jun 2017 09:00 AM | SOAP | DOA: 02/11/2017T | Complete | Michael McDaniels | Michael McDaniels | 10 Jul 2017 05:08 PM |
| 22 Jun 2017 09:00 AM | SOAP | DOA: 02/11/2017Th | Complete | Michael McDaniels | Michael McDaniels | 28 Jun 2017 04:22 PM |
| 19 May 2017 09:00 AM | SOAP | DOA: 02/11/2017The | Complete | Michael McDaniels | Michael McDaniels | 22 May 2017 01:56 PM |
| 11 May 2017 09:00 AM | SOAP | DOA: 02/11/2017The | Complete | Michael McDaniels | Michael McDaniels | 12 May 2017 10:21 AM |
| 27 Apr 2017 02:18 PM | Reexamination | | Complete | Michael McDaniels | Michael McDaniels | 16 May 2017 02:36 PM |
| 13 Apr 2017 10:34 AM | SOAP | DOA: 02/11/2017The p | Complete | Michael McDaniels | Michael McDaniels | 19 Apr 2017 10:10 AM |
| 30 Mar 2017 09:00 AM | SOAP | DOA: 02/11/2017The pa | Complete | Michael McDaniels | Michael McDaniels | 03 Apr 2017 04:09 PM |
| 15 Mar 2017 10:30 AM | SOAP | DOA: 02/11/2017The pat | Complete | Michael McDaniels | Michael McDaniels | 15 Mar 2017 06:43 PM |
| 07 Mar 2017 10:00 AM | SOAP | DOA: 02/11/2017The pati | Complete | Michael McDaniels | Michael McDaniels | 10 Mar 2017 03:50 PM |
| 02 Mar 2017 10:00 AM | SOAP | DOA: 02/11/2017The patie | Complete | Michael McDaniels | Michael McDaniels | 03 Mar 2017 02:05 PM |
| 21 Feb 2017 09:53 PM | SOAP Daily Findings | | Complete | Michael McDaniels | Michael McDaniels | 05 Mar 2017 09:55 PM |
| 16 Feb 2017 09:30 AM | Initial Examination (PI) | | Complete | Michael McDaniels | Michael McDaniels | 22 Feb 2017 06:39 PM |

Richard Triolo, MRN: NA / DOB: ███ 1974 (44 yo)                                                    Page 6

**SOAP Note**

**Richard Triolo**
DOB: ███ 1974 (44 yo Male)

Visit Date: 20 Jul 2017

---

## *CC*

---

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck  The truck was tavelling at approxiamtely 30-40 mph.  Entire rear end of the truck has to be replaced.

---

## *Subjective*

---

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long.  Experiencing headaches constantly, dizzy, ringing in the ears, anxiety"  The patient wasn't sure what day it was when asked during interview.  "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?"  Constant neck pain, tight feels the need to stretch it out all of the time.  Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

Received epidural injection in lumbar, did not help.

Will set RPA in a few weeks

---

## *Allergies*

---

No allergy history has been documented for this patient.

---

## *Objective*

---

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: Indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion: right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+), Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated.

The visit recommendation consists of: 1x per week for 2-4 weeks.

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize musculature.

*Symptoms interfere with sleep (disorder)*
*Spasm of piriformis muscle (finding)*

JSS_0009

Richard Triolo, MRN: NA / DOB: ▮▮▮ 1974 (44 yo)

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 24 Jul 2017 08:41 AM

**SOAP Note**

**Richard Triolo**
DOB: 1974 (44 yo Male)

Visit Date: 11 Jul 2017

---

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, ne stated that other people at work are asking why he is limping?" Constant neck pain. tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst).

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

Tens unit is helping a lot

Runners roller is helping with hip/leg pain

---

## *Allergies*

No allergy history has been documented for this patient.

---

## *Objective*

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/80, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean anterior.

Strength flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

---

Richard Triolo, MRN: NA / DOB: ___ 1974 (44 yo)

Treatment(s) provided:
Prognosis: Good

Patient Instructions. Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 17 Jul 2017 11:42 AM

JSS_0013

Richard Triolo, MRN: NA / DOB [    ] 1974 (44 yo)                                                                                              Page 12

**SOAP Note**

**Richard Triolo**
DOB: [    ] 1974 (44 yo Male)

Visit Date: 30 Jun 2017

---

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtley 30-40 mph. Entire rear end of the truck has to be replaced.

---

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

---

## *Allergies*

No allergy history has been documented for this patient.

---

## *Objective*

---

JSS_0014

Richard Triolo, MRN: NA / DOB: [ ] 1974 (44 yo)   Page 13

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

---

Treatment(s) provided:
Prognosis: Good

Patient Instructions: Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52813.

The following DME was given:
(E0720) Medicare approved TENS Unit was prescribed to the patient for the purpose of reducing pain and discomfort, improve tolerance to ADLs

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syec Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 10 Jul 2017 05:08 PM

**SOAP Note**

Richard Triolo
DOB: ███ 1974 (44 yo Male)

Visit Date: 22 Jun 2017

---

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst)

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

---

## Allergies

No allergy history has been documented for this patient.

---

## Objective

JSS_0017

Richard Triolo, MRN: NA / DOB: ███ 1974 (44 yo)                                                                 Page 16

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect.

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion: right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

Richard Triolo, MRN: NA / DOB: [redacted] 1974 (44 yo)

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.


*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD. Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 28 Jun 2017 04:22 PM

Richard Triolo, MRN: NA / DOB: ▮ 1974 (44 yo)                                                                    Page 18

**SOAP Note**

**Richard Triolo**
DOB: ▮ 1974 (44 yo Male)

Visit Date: 19 May 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst).

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

Richard Triple, MRN: NA / DOB: ■ 1974 (44 yo)                                                                      Page 19

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: Indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

Richard Triolo, MRN: NA / DOB: █ 1974 (44 yo)

Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 22 May 2017 01:56 PM

JSS_0022

Richard Triolo, MRN: NA / DOB: [   ] 1974 (44 yo)

## SOAP Note

**Richard Triolo**
DOB: [   ] 1974 (44 yo Male)

Visit Date: 11 May 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

Richard Triolo, MRN: NA / DOB: ▮▮▮ 1974 (44 yo)                                          Page 22

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM): (+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation: bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests: (-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

## Plan

Knee joint pain (M25.569/719.46) Pain in unspecified knee modified 16 May, 2017
Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with
radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical
region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb,
2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter
(acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Discussion/Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 2x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)

(97110) lumbar therapeutic exercises were performed (15 minutes) for deconditioning due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient:Suboccipitals,Cervical Paraspinals,Rhomboids,Thoracic division Trapezius,Forearms Wrist
Flexors/Extensors,Lumbar Paraspinals,Quadratus Lumborums,Gluteal muscle group,

Treatment Time: 30 minutes

Manual Therapy performed and electronically signed by: Sandy Snyder Lic. #MA75733

*Knee joint pain*

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

treating with Syed Asad, MD, Neurologist
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 16 May 2017 02:36 PM

JSS_0025

**SOAP Note**

**Richard Triolo**
DOB: ▮ 1974 (44 yo Male)

Visit Date: 13 Apr 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, parasoinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. .

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion, left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion  mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Mar 26 2019 08:06AM Jax SportsSpine 9043751954
Case 3.18-cv-00919-MMH-J_T Document 87-15 Filed 10/06/20 Page 28 of 53 PageID 884 page 37

Page 28

Richard Triolo, MRN: NA / DOB: ▮ 1974 (44 yo)

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2–4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.


*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 19 Apr 2017 10:10 AM

**SOAP Note**

**Richard Triolo**
DOB: ████ 1974 (44 yo Male)

Visit Date: 30 Mar 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10), left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation.. (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect.

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. .

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, Initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Richard Triolu, MRN: NA / DOB: ████ t 1974 (44 yo)                                                                                                          Page 31

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active. Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 03 Apr 2017 04:09 PM

JSS_0031

Richard Triolo, MRN: NA / DOB:      1974 (44 yo)

**SOAP Note**

**Richard Triolo**
DOB:      1974 (44 yo Male)

Visit Date: 15 Mar 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 15 Mar 2017 06:43 PM

JSS_0034

**SOAP Note**

**Richard Triolo**
DOB: ██ ██ 1974 (44 yo Male)

Visit Date: 07 Mar 2017

---

## *CC*

---

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

## *Subjective*

---

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

---

## *Allergies*

---

No allergy history has been documented for this patient.

---

## *Objective*

---

## JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567

**Initial Examination (PI) Note**

### RICHARD TRIOLO
MRN :

Birthday : 1974-███9                                    Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-02-22

## History of Accident          DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Objective

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation;, (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

JSS_0036

# JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    Initial Examination (PI)
## Note

**RICHARD TRIOLO**
MRN :

Birthday : 1974█████                          Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-02-22

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5; Left SI, Right SI.

## Hospitalizations
2017 Feb 10 - for 1 days, Baptist Medical Center ER, following the accident

## Diagnostic Studies
CT scan performed at E.R., Baptist Medical Center 02/11/2017, report requested

## Medications
No known medications

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

JSS_0037

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567     **Initial Examination (PI)**
**Note**

## RICHARD TRIOLO
MRN :

Birthday : 1974-                      Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-02-22

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome** (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

**Discussion**

Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 3x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain (97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize musculature.
The following DME was given: 02/16/2017
(L0627) Medicare approved Lumbar orthotic was prescribed to the patient for the purpose of reducing pain and discomfort, improve tolerance to ADLs, and allow them to ambulate better.

PRE-EXISTING CONDITION:
no pre-existing conditions exist

PROGNOSIS:
Patient just began treatment, will reexamine in 3 weeks time.

HOUSEHOLD SERVICES:
As a result of these injuries, there will be a reduction of his ability to perform household duties. The reduction is expected to be 30% impairment effective now.

DISABILITY:

As of the date of the accident 02/11/2017, the following permanent restrictions were ordered to avoid aggravations/exacerbation of his condition:
No lifting more than 15 lbs.

JSS_0038

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567 **Initial Examination (PI) Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974-** 9      Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)     Signed by: Michael McDaniels, DC on 2017-02-22

No repetitive bending
No lifting of anything with outstretched arms
No sitting for more than 20 minutes
No walking for more than 30 minutes
No leaning over a desk or a computer for more than 20 minutes without a break continually

At this time I am recommending the patient take time off work, 02/16/2017 - 02/24/2017, he informed me that that will be tough to do, he needs to work.

FUNCTIONAL LOSSES OR LOSS OF ENJOYMENT/DUTIES UNDER DURESS SUMMARY:

Work Limitations:(respiratory therapist)-Increased pain when lifting, bending, sitting, and walking.
Inside Domestic Permanent Losses: trouble sleeping and performing household ADLs, duties
NOTE: Patient cried during interview

Outside Household Permanent Losses: Increased pain when performing yardwork, shopping, taking out the trash.
Social Permanent Limitations: not going out due to exhaustion/pain, not feeling like being social
Education/School limitations: n/a

PIP COMPLIANCE: The patient complied with requirements of the personal injury protection law, (House Bill #119), (Chapter 2012-197 of Florida Law), obtaining initial medical service and care by a qualified medical health provider within the 14-day requirement period. Medical Evaluation & Screening This patient's medical condition manifested itself by acute symptoms of sufficient severity which required them to seek medical care., In the absence of immediate medical attention, their condition could reasonably be expected to result in serious jeopardy of their health, serious impairment of bodily functions, and serious dysfunction of body parts or organs, The American Medical Association Guide to the Evaluation of Permanent Impairment, Sixth Edition, defines impairment as, a significant deviation, loss, or loss of use of a body structure or function in an individual with a health condition or disorder or disease, The patient's presenting overall condition presented after the accident with a new onset of complaints associated with loss of function, limited range of motion that impairs their ability to perform activities of daily living, The patient's symptomatology remains acute and of such severity that it continues to interfere with their ability to return to work, This defines the need for further evaluation and treatment in order to stabilize their medical condition, their acute presentation is not considered to be stable at this time and will require additional treatment and medical monitoring. We will reassess in 3 weeks, The patient's medical conditions and their associated comorbidities and complications require medical treatment, further diagnostic studies, evaluation, pharmacological therapy, chiropractic manipulation, physical therapy treatments, and medical monitoring.

Causation: The patient complaints, the medical conditions identified, and their associated comorbidities and complications are directly related to the injuries sustained in this motor vehicle accident.

JSS_0039

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587     **Initial Examination (PI) Note**

## RICHARD TRIOLO

MRN :

Birthday : **1974-1█████9**                                    Phone :

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-02-22

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567

**SOAP Daily Findings Note**

## RICHARD TRIOLO
MRN :

Birthday : 1974 ██-██

Phone :

Visited on: 2017 Feb 21 21:53 (Age at visit: 42 years)

Signed by: Michael McDaniels, DC on 2017-03-05

| CC | DOA: 02/11/2017 |
|---|---|

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

**Subjective**

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

**Medications**

No known medications

**Objective**

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

**Assessment**

JSS_0041

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567 **SOAP Daily Findings Note**

## RICHARD TRIOLO
MRN :

Birthday : **1974**
Phone :

Visited on: 2017 Feb 21 21:53 (Age at visit: 42 years)
Signed by: Michael McDaniels, DC on 2017-03-05

**Symptoms interfere with sleep (disorder) (G47.9/780.50)** Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine (S23.3XXA/847.1)** Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93)** Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91)** Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable (G44.311/339.21)** Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0)** Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome (M53.1/723.3)** Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding) (M54.2/723.1)** Cervicalgia modified 22 Feb, 2017

**Plan**

Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of

JSS_0042

JACKSONVILLE SPORT & SPINE 2400 Park Ave Ste 350, Orange Park, FL 32073-5557          **SOAP Daily Findings**
                                                                                                                  **Note**

## RICHARD TRIOLO
MRN :

Birthday : 1974-█████9                                    Phone :

Visited on: 2017 Feb 21 21:53 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-05

motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52813.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

### Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)
Referring for MRI, Advanced Diagnostic Group

### Concussion with no loss of consciousness (disorder)
Referring to Syed Asad, MD, Neurologist for Evaluation

JSS_0043

JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                    **SOAP Note**

## RICHARD TRIOLO
MRN :

Birthday : 1974-██                                         Phone :

Visited on: 2017 Mar 02 10:00 (Age at visit: 42 years)                Signed by: Michael McDaniels, DC on 2017-03-03

| | |
|---|---|
| **CC** | **DOA: 02/11/2017** |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst). |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| **Medications** | No known medications. |
| **Allergies** | No known allergies. |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45. |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).. |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |
| | Muscle spasms: suboccipitals, paraspinal musculature, trapezius , |

# JACKSONVILLE SPORT & SPINE 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567        SOAP Note

## RICHARD TRIOLO
MRN :

Birthday : 1974-

Phone :

Visited on: 2017 Mar 02 10:00 (Age at visit: 42 years)        Signed by: Michael McDaniels, DC on 2017-03-03

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Lumbar paraspinal m., Erector spinae, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                                **SOAP Note**

**RICHARD TRIOLO**
MRN :

Birthday : 1974                                          Phone :

Visited on: 2017 Mar 02 10:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-03-03

---

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

**Plan**

Treatment(s) provided:

Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated.

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.
(97140) lumbar manual therapy performed (15 minutes) to stabilize/normalize surrounding musculature.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

---

JSS_0046

# F
# A
# X

# Fax Transmittal



JACKSONVILLE
SPORT&SPINE
904-375-2308

Address: 2233 Park Avenue Suite 200-B          Phone: (904) 375-2308
Orange Park, FL. 32073                          Fax: (904) 375-1954

Date: 03/03/2017

**TO:**
| |
|---|
| Company: Dr. Asad |
| |
| Fax: 904-212-0732 |

**RE:**
| |
|---|
| Patient Name: Richard Triolo |
| Patient DOB ███████ 1974 |
| Patient Phone Number: 631-603-4863 |
| Attorney: Phil Kinney |
| Insurance Company: State Farm |
| Claim Number: 5908394M7 |
| Date of Accident: 2/11/2017 |

# F
# A
# X

Number of Pages (including Cover Page): \\

CONFIDENTIALITY NOTICE: This message includes attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. Thank you.

JSS_0047

---

## HP LaserJet MFP M426fdw

# Fax Confirmation

Mar-6-2017  10:22AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 465 | 3/ 6/2017 | 10:17:47AM | Send | 9042120732 | 4:58 | 11 | OK |

**Fax Transmittal**

**JACKSONVILLE SPORT&SPINE**
904-375-6508

JSS_0048

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5667     **Reexamination Note**

**RICHARD TRIOLO**
MRN :

Birthday : 1974- ▮        Phone :

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)      Signed by: Michael McDaniels, DC on 2017-05-18

| | |
|---|---|
| **History** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| | condition about the same, experiencing some left lateral knee pain |
| **Medications** | No known medications |
| **Hospitalizations** | 2017 Feb 10 - for 1 days, Baptist Medical Center ER, following the accident |
| **PMHx** | Neurologist: Dr. Syed Asad, Eval and NCV, Baptist ER |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle spasms: suboccipitals, paraspinal musculature, trapezius , |
| | THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. , |
| | LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ. |
| | Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied |

JSS_0049

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 2009, Orange Park, FL 32073-5567     **Reexamination Note**

## RICHARD TRIOLO

MRN:

Birthday: 19749     Phone:

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)     Signed by: Michael McDaniels, DC on 2017-05-16

by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Left KNee: palpable pain around patella, pain due to compensation from lower back pain

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

### Assessment

Knee joint pain (M25.569/719.46) Pain in unspecified knee modified 16 May, 2017

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

### Discussion/Plan

Treatment(s) provided:
Prognosis: Good

Patient instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 2x per week for 2-4 weeks

---

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587     **Reexamination Note**

## RICHARD TRIOLO

MRN :

Birthday : 1974-▇▇           Phone :

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)        Signed by: Michael McDaniels, DC on 2017-05-16

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97110) lumbar therapeutic exercises were performed (15 minutes) for deconditioning due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient:Suboccipitals,Cervical Paraspinals,Rhomboids,Thoracic division Trapezius,Forearms Wrist Flexors/Extensors,Lumbar Paraspinals,Quadratus Lumborums,Gluteal muscle group,

Treatment Time: 30 minutes

Manual Therapy performed and electronically signed by: Sandy Snyder Lic. #MA75733

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
treating with Syed Asad, MD, Neurologist

**Printed on: 2019 Jun 10 13:30**                                         Page 3 of 3
**Note created using Kareo**

JACKSONVILLE SPORT & SPINE

## Itemization of Charges

For Posting Date June 10, 2019

| | | | | |
|---|---|---|---|---|
| **Clinic:** | JACKSONVILLE SPORT & SPINE | | **Insurance #1:** | State Farm |
| **Address:** | 2233 Park Ave | | | PO Box 106134 |
| | Ste 200B | | | Atlanta, GA 303466134 |
| | Orange Park, FL 320735667 | | | |
| **Phone:** | (904) 375-2306 | | **Adjuster:** | |
| **Tax ID:** | 263161335 | | **Group Number** | |
| **WCAB:** | | | **Policy Number:** | 5908394M7 |
| | | | | |
| **Employer:** | | | **Insurance #2:** | ASH |
| | | | | PO Box 509001 |
| | | | | San Diego, CA 921509001 |
| **Patient #:** | 11863 | | **Adjuster:** | |
| **Patient:** | Richard Triolo | | **Group Number:** | |
| **Date of Injury:** | 02/11/2017 | | **Policy Number:** | BEAH16504798 |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 32027 | 02/16/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 35.00 | - | (29.15) | 0.85 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR.. | 97530 | 50.00 | - | (40.00) | 10.00 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | OFFICE/OP VISIT, NEW PT, 3... | 99203 | 181.00 | - | (147.00) | 34.00 |
| 32027 | 02/16/2017 | Michael McDaniels, DC | LO seght rigid panel pref... | 10627 | 690.00 | - | (558.43) | 131.57 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | - | (24.00) | 6.00 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,.. | 97140 | 125.00 | - | (95.93) | 29.07 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR... | 97530 | 50.00 | - | (40.00) | 10.00 |
| 32745 | 02/21/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE . | 98941 | 66.00 | - | (52.80) | 13.20 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | - | (24.00) | 6.00 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | - | (95.94) | 29.06 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR... | 97530 | 50.00 | - | (40.00) | 10.00 |
| 32478 | 03/02/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | - | (52.80) | 13.20 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | - | (24.00) | 6.00 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | - | (95.94) | 29.06 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR... | 97530 | 50.00 | - | (40.00) | 10.00 |
| 32915 | 03/07/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | - | (52.80) | 13.20 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | - | (24.00) | 6.00 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES... | 97140 | 125.00 | - | (95.94) | 29.06 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR. | 97530 | 50.00 | - | (40.00) | 10.00 |
| 33422 | 03/15/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | - | (52.80) | 13.20 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | - | (95.94) | 29.06 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | THERAPEUTIC ACTVITIES, DIR... | 97530 | 50.00 | - | (40.00) | 10.00 |
| 34509 | 03/30/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | - | (52.80) | 13.20 |

Jun 10 2019 01:57PM  Jacksonville SportSpine  9043751954

## JACKSONVILLE SPORT & SPINE
### Itemization of Charges
For Posting Date June 10, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35548 | 04/13/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | (5.08) | (95.94) | 23.98 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | THERAPEUTIC PROC, 1+ AREAS... | 97110 | 60.00 | – | (48.00) | 12.00 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 37606 | 04/27/2017 | Michael McDaniels, DC | OFFICE/OP VISIT, EST PT, 2... | 99213 | 181.00 | – | (117.07) | 63.93 |
| 37264 | 05/11/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37264 | 05/11/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE .. | 98941 | 66.00 | – | (52.80) | 13.20 |
| 37837 | 05/19/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 37837 | 05/19/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 40920 | 06/22/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 40920 | 06/22/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | TENS suppt 2 lead per mont.. | A4595 | 27.00 | – | (21.60) | 5.40 |
| 41412 | 06/30/2017 | Michael McDaniels, DC | Tens four lead | E0730 | 2,085.00 | (1,390.00) | (592.89) | 102.11 |
| 41950 | 07/11/2017 | Michael McDaniels, DC | MANUAL THERAPY TECHNIQUES,... | 97140 | 125.00 | – | (95.94) | 29.06 |
| 41950 | 07/11/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | APPLICATION, MODALITY TO 1... | 97012 | 30.00 | – | (24.00) | 6.00 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | THERAPEUTIC ACTIVITIES, DIR... | 97530 | 50.00 | – | (40.00) | 10.00 |
| 42566 | 07/20/2017 | Michael McDaniels, DC | CHIROPRACTIC MANIPULATIVE ... | 98941 | 66.00 | – | (52.80) | 13.20 |

**TOTALS**    6,046.00    (1,395.08)    (3,899.01)

**BALANCE DUE**    951.91

JSS_0053