AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Universal Neurological Care, ATTN: RECORDS CUSTODIAN,
8823 San Jose Boulevard #209, Jacksonville, FL 32217 [Via Facsimile (1-904-329-2303)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:          PLEASE SEE ATTACHMENT

In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | Date and Time: 03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/11/2019

*CLERK OF COURT*

OR    _____

_____          RONNIE S. CARTER
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Defendant
  United States of America                                    , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNC_0001

**Name: Richard Triolo**
**Social Security No.:** ███ 7157
**Date of Birth:** ███ 1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

## Medical Records Custodian

## Certification of Business Records

Universal Neurological Care

8823 San Jose Blvd, Ste 209

Jacksonville, FL 32217

Date:   3/25/2019

To:   U.S. Attorney's Office

Regarding the *Medical Records* of:

Richard Triolo     (Patient Name)

█████ /1974     (Date of Birth)

_____     (Social Security Number)

I,   Beverly Warlock     , as a Qualified Witness for the custodian of the medical records of the above named Health Care Provider, hereby certify that the enclosed records regarding the above named patient, are correct copies of the records maintained in a designated record set that were made at or near the time of the occurrence by a person with knowledge of the matters therein, and that the records were kept in course of regularly conducted business activity and made as a regular practice in the course of the regularly conducted business activity.

*Beverly Warlock*

Signature of the Qualified Witness for
The Medical Records Custodian
Bactes Imaging Solutions, LLC for
the Medical Records Custodian

Sharecare HDS
12058 San Jose Blvd, Suite 504, Jacksonville, FL 32258
Phone: 904-329-4310 | Fax: 858-430-4981

UNC_0003

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                              **Printed** 03/25/2019 at 11:35 AM EDT by Beverly Warlock

## Triolo, Richard   (M) 44y (████1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

Clinical Note ID#42993643

**Reason for Visit**   Headaches, neck and back pain

**CC:**  Headaches
   **HPI**
      Mr. Triolo presents for a f/u for headaches, which have improved since the last visit. He reports having 2-3
      migraines every couple of weeks. He describes the headaches as achy pain. The headaches usually start in
      the back of the head and radiate to bilateral frontal region of the head. He reports some light sensitivity. He
      denies any nausea, vomiting, or sound sensitivity. He takes excedrin with ibuprofen for headaches, which
      helps some times.

**CC:**  Neck pain
   **HPI**
      He continues to report neck pain, which is about the same since the last visit. He states his neck feels very
      tight and achy. He denies any pain radiating into the upper extremities. He denies any numbness and
      tingling or weakness in the upper extremities. He reports chiropractic treatments seem to be helping. On a
      pain scale, neck pain is 7-8/10 most often. His pain is constant.

**CC:**  Back pain
   **HPI**
      He continues to report daily low back pain that is achy, sharp and stabbing. He reports sharp stabbing pains
      radiating into the back of his right leg and buttocks. He also reports pain radiating into the right medial
      aspect of the thigh. He denies any numbness and tingling in the groin or legs. Pain is 10/10 most of the time.
      He has tried ibuprofen however, this doesn't provide any relief. He was discharged from the ER on lortab
      which helped relieve the pain. He also reports difficulty sleeping due to back pain. ESS was 11 today. He
      wakes up constantly in the middle of the night due to the pain. He reports he is constantly moving around at
      night to try to get comfortable. The pain is worse when he is walking around and relieved when sitting.

**CC:**  Cognitive Issues
   **HPI**
      He continues to report some cognitive deficits since the accident, although these have improved since the
      last visit. These include attention and concentration and forgetfulness at work. He also reports difficulty with
      balance since the accident. He finds himself walking to walls since the accident. CNS-LS was 13, although he
      denies any mood changes since the accident.

**Problems**

| | | |
|---|---|---|
| Cervicalgia | M54.2 | 03/16/2017 |
| Insomnia, unspecified | G47.00 | 03/16/2017 |
| Other abnormalities of gait and mobility | R26.89 | 03/16/2017 |
| Other symptoms and signs involving cognitive functions and awareness | R41.89 | 03/16/2017 |
| Postconcussional syndrome | F07.81 | 03/16/2017 |
| Radiculopathy, lumbar region | M54.16 | 03/16/2017 |

**Past Medical History**
   **Pain in leg, unspecified**
      Notes: sharp shooting pains from right lumbar down into right hamstring and radiates across right hip
flexor.
   **Cervicalgia**
   **Dorsalgia, unspecified**
   **Headache**
      Notes: current

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                    Page 1 of 7
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0004

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                                    **Printed** 03/25/2019 at 11:35 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ( █████ 1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

**Surgical History**
    **compound fracture of left forearm**
        Date of Surgery: 03/2000
**Social History**
    **Alcohol use**
        Amount/Frequency: not daily
    **Exercise**
        Description: Weight training & cardio; Amount/Frequency: once/twice per day; Notes: Have not exercised since the auto accident on 2/11/17. Pain is too much for patient to exercise.
    **Caffeine**
        Amount/Frequency: 20oz daily
    **Seat belt use**
    **Negative** for: Current every day smoker; Former smoker
**Family History**
    **Cancer of the breast**
        Relationship:   Grandmother
    **Heart disease (CAD)**
        Relationship:   Father
        Relationship:   Grandfather
    **Diabetes**
        Relationship:   Grandfather
        Relationship:   Father

**Active Allergies/Adverse Reactions**
    No Known Active Allergies/Adverse Reactions

**Active Medications**
    **gabapentin** 300 mg capsule; PO One by mouth three times a day ; Dispense: 90 Unspecified; 30 days supply 3 refill(s); Date Issued: 05/10/2017; by Syed asad MD
    **lidocaine-prilocaine topical** 2.5%-2.5% cream; TOP Apply to painful areas up to three times a day as needed; Dispense: 2 Tube(s); 30 days supply 5 refill(s); Date Issued: 03/16/2017; by Syed asad MD
    **methocarbamol** 750 mg tablet; PO One by mouth three times a day as needed for muscle spasms; Dispense: 90 Unspecified; 30 days supply 5 refill(s); Date Issued: 03/16/2017; by Syed asad MD
    **HCG injections** 2 iu qd; 0 refill(s); Date Issued: 03/16/2017;
    **b12 injection** 1000 units 0 refill(s); Date Issued: 03/16/2017;
    **multivitamin** Dosage Unknown;  0 refill(s); Date Issued: 03/16/2017;

**Review of Systems**
    **General/Constitutional**
        Pt Reports: Pain; Difficulty sleeping; Fatigue
        Pt Denies: Change in appetite; Weight gain; Weight loss; Mood change; Sleep problems; Night sweats; Fever; Chills; Dizziness; Weakness
    **Eyes**
        Pt Denies: Blurred vision; Double vision; Flashing lights; Seeing spots; Eye discharge; Eye dryness; Excessive tearing; Eye irritation/itching; Pain; Red eyes
    **ENMT**
        Pt Denies: Change in hearing; Ear discharge; Ear pain; Ringing in the ears; Nasal discharge; Nasal obstruction; Nose bleeds; Sinus pain; Sinus/nasal congestion; Mouth problems; Bleeding gums; Denture problems; Dry mouth; Mouth sores; Tongue pain; Difficulty swallowing; Sore throat; Change in voice; Hoarseness
    **Cardiovascular**
        Pt Denies: Chest pain; Chest pressure/discomfort; Heart trouble; Heart murmur; Lightheadedness; Palpitations; Leg cramps; Swelling

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                     **Printed**  03/25/2019 at 11:35 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y (⬛1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

### Respiratory
Pt Denies: Difficulty breathing; Wheezing; Chest congestion; Cough; Phlegm
### Gastrointestinal
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Change in stool consistency; Change in bowel habits; Losing control of bowels; Constipation; Diarrhea; Excessive belching; Excessive flatulence; Blood in the stool
### Genitourinary
Pt Denies: Losing control of urine; Urinary urgency; Night-time urination; Frequent urination; Burning or pain on urination; Difficulty urinating; Reduced stream; Dribbling; Blood in urine; Testicular pain; Testicular problems; Testicular masses; Penile pain; Penile discharge; Genital sores; Erectile dysfunction; Performs regular testicular exam
### Musculoskeletal
Pt Reports: Muscle pain; Stiffness; Tenderness; Neck pain; Back pain; Difficulty walking
Pt Denies: Limited joint mobility; Joint pain; Trouble reaching above head; Difficulty rising from sitting position without assistance
### Integumentary
Pt Denies: Skin color changes; Bruising; Dryness; Hives; Itching; Skin lump/mass; Mole changes; Sores; Rash; Hair changes; Nail changes
### Neurological
Pt Reports: Headaches; Migraines; Short term memory problems; Long term memory problems; Change in gait
Pt Denies: Seizures; Fainting; Lightheadedness; Dizziness upon standing; Vertigo; Ringing in the ears; Confusion/disorientation; Delusions; Change in personality; Change in vision; Trouble hearing; Trouble smelling; Change in taste; Speech changes; Change in voice strength; Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg; Numbness/tingling; Muscle weakness; Involuntary movements; Handwriting change; Trouble with coordination; Loss of limb use; Tremors; Balance problems; Losing control of urine or bowel; Loss of muscle bulk
### Psychiatric
Pt Reports: Anxiety
Pt Denies: Nervousness; Depression; Sadness; Hallucinations; Suicidal thoughts; Stress
### Endocrine
Pt Denies: Excessive appetite; Excessive sweating; Excessive thirst; Excessive urination; Heat intolerance; Cold intolerance; Hair loss; Unexpected hair growth
### Hematologic/Lymphatic
Pt Denies: Easy bleeding or bruising; Anemia; Swollen glands
### Allergic/Immunologic
Pt Denies: Environmental allergies; Immunodeficiency

**Vitals**
**L/H:** 74.0 in.; **W:** 245.0 lb.; **BMI:** 31.5; **B/P:** 149/104  Sitting/Left Arm; **P:** 57 BPM Brachial;

**Physical Exam**
**Constitutional:** Cooperative
**Psychiatric:** Mood and affect appropriate for situation
**HEENT:** Head normocephalic and atraumatic
**Neck:** Supple
**Cardiovascular:** Heart rate and rhythm regular
**Respiratory:** Respiratory effort unremarkable
**Neurologic**
Additional comments: Mental status: Awake, alert, oriented to person, place and time. Able to name objects and follow commands. No difficulty with attention and concentration (Spelling WORLD backwards). 3/3 at 5 min.

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                     Page 3 of 7
CPT® copyright 2018 American Medical Association. All rights reserved.

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    Printed  03/25/2019 at 11:35 AM EDT by Beverly  Warlock

## Triolo, Richard  (M) 44y (▮▮▮▮1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

    Cranial nerves: Pupils reactive, EOMI, face symmetric, tongue midline, palate upgoing
    Motor: Normal bulk and tone. 5/5 grip strength. 5/5 throughout.
    Sensations: Intact to temperature and vibration throughout.
    Gait: Independent.
    Coordination: No dysmetria on FNF, RAM, FFM
    DTRs: 2+ BUE, 2+ LLE at the knee and ankle, 1+ RLE at the knee and ankle.

**Cognitive/Functional Status**
    **Cognitive Status**
        3/21/17: MMSE 29 MOCA 21

**Objective**
EMG NCV 5/10/17
1. Nerve conduction studies of the bilateral lower extremities reveal responses that are within normal limits.
2. Bilateral tibial H-reflexes are within normal limits
3. Chronic neuropathic potentials are noted in the R EHL and R peroneus longus which likely represent chronic proximal pathology such as radicular disease at the right L5-S1 level. Clinical and imaging correlation is recommended.

MRI Lumbar Spine 4/4/17

**Diagnoses**
    Radiculopathy, lumbar region (Primary diagnosis)    M54.16
    Lumbar radiculopathy-128196005
    Cervicalgia    M54.2
    Neck pain-81680005
    Insomnia, unspecified    G47.00
    Insomnia-193462001
    Other abnormalities of gait and mobility    R26.89
    Unsteady when walking-22631008
    Other symptoms and signs involving cognitive functions and awareness    R41.89
    Impaired cognition-386806002
    Postconcussional syndrome    F07.81
    Postconcussion syndrome-40425004

**Plan of Care**
    **Assessments and Interventions**
    Interventions
        CMS22 Preventive Care and Screening:  Screening for High Blood Pressure and Follow-Up Documented
            Intervention: Intervention Order: Lifestyle Recommendation
                Lifestyle education (procedure) – 313204009
            Intervention: Intervention Order: Lifestyle Recommendation
                Hypertension education (procedure) – 39155009
    **Goal(s) and Instructions**

    Goal(s):
        Lumbar radiculopathy - 128196005
    Goal Instructions:
        Low back pain since immediately after the accident on 2/11/2017.
        Pain is described as achy, sharp and stabbing.
        He reports sharp stabbing pains radiating into the back of his right leg, buttocks and right medial aspect of thigh.

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                    Page **4** of **7**
CPT® copyright 2018 American Medical Association. All rights reserved.

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303

**Printed** 03/25/2019 at 11:35 AM EDT by Beverly Warlock

## Triolo, Richard (M) 44y ( 1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

On a pain scale his pain is 10/10 most of the time.
He has tried ibuprofen which does not provide any relief.
He was discharged from the ER on lortab which helped relieve the pain.
The pain is worse when he is walking around and relieved when sitting.
He feels he has been tripping over his right foot recently.
MRI of lumbar spine shows bulging and herniated discs at multiple levels.
EMG/NCV of BLE shows chronic potentials in muscles innervated by L5-S1 nerve root.
Treatment options d/w pt including anti-inflammatories, muscle relaxants, neuropathic pain meds, analgesics, pain procedures, physical therapy and surgical options
He has been getting massage therapy, adjustments, and traction therapy with Dr. McDaniels two times a week which are helping
Medrol dose pack was not helpful.
Continue Methocarbamol 750 mg TID PRN.
Continue gabapentin 300 mg TID. May increase night time dose to 600 mg as tolerated.
Lidocaine-Prilocaine pain cream was not helpful.
Continue to work with Dr. McDaniels for Chiropractic treatments.
Will refer to Dr. Kramarich with pain management.
Will refer to Dr. Cannestra for a surgical opinion.

Goal(s):
    Postconcussion syndrome - 40425004
Goal Instructions:
    Concussion sustained during a MVA on 2/11/2017 with ongoing headaches, cognitive issues, disequilibrium, insomnia and emotional lability
    He also reports difficulty with balance since the accident.
    He finds himself walking to walls since the accident.
    Rest your body: Make sure to get plenty of sleep. When you are awake, you should avoid any exercise or physical activity that exacerbates symptoms. However, may advance activities as tolerated and as the symptoms improve.
    Rest your brain: Avoid doing activities that need concentration or a lot of attention, particularly if this exacerbates the symptoms.
    He did not start the magnesium oxide, N-Acetyl cysteine, or fish oil after the last visit. He states this is already in a supplement he takes.
    Will consider an MRI of the brain at Precision Imaging with DTIs to evaluate for axonal shear injury or other radiographic correlates. He prefers to hold off currently
    Referral to Dr. Russ Addeo for Neuro-psychometric testing d/w pt. He prefers to hold off.
    Will refer to Casey Harlow for the Balance Master assessment.

Goal(s):
    Neck pain - 81680005
Goal Instructions:
    He reports neck pain that started one day after the accident.
    He states his neck feels very tight.
    He denies radicular symptoms in arms but does report some occipital neuralgia
    He reports chiropractic treatments seem to be helping.
    On a pain scale, neck pain is 7-8/10 most often and constant.
    Non-pharmacologic methods of managing neck pain d/w pt
    Lidocaine-Prilocaine cream was not helpful.
    Continue methocarbamol as needed.
    Medrol dose pack was not helpful.
    Will consider MRI cervical spine if radicular symptoms persist or occipital neuralgia symptoms worsen

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.



UNC_0008

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    Printed  03/25/2019 at 11:35 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y  (     1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

> EMG/NCV if upper extremity radicular symptoms develop
> Continue Chiropractic treatments with Dr. McDaniels
> TPIs d/w pt. He prefers to hold off for now.

Goal(s):
> Cognitive disorder - 443265004
Goal Instructions:
> He reports some cognitive deficits since the accident, including attention and concentration deficits and
> forgetfulness at work.
> MMSE 29 MOCA 21 on 3/21/17.
> Will continue to monitor annually.
> He feels like his short term memory has improved since the last visit.
> Referral for Neuro-psychometric testing with a Neuropsychologist d/w pt. He prefers to hold off for now.
> Will consider additional work up and treatment recommendations if symptoms persist

Goal(s):
> Headache - 25064002
Goal Instructions:
> He reports improvement in his headaches.
> The headaches usually start in the back of the head and radiate to bilateral frontal region of the head.
> He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity.
> He takes excedrin with ibuprofen for headaches which takes 30-40 minutes.
> Other options for headache abortive treatment and prophylactic treatments d/w pt.

Goal(s):
> Insomnia - 193462001
Goal Instructions:
> Difficulty sleeping due to back pain.
> He wakes up constantly in the middle of the night due to the pain.
> He reports he is constantly moving around at night to try to get comfortable.
> Daytime somnolence with an ESS of 11
> Good sleep hygiene d/w pt.
> May try Melatonin as an over the counter sleep aid
> Silenor helped him fall asleep, but he continues to wake up throughout the night d/t pain.
> Will continue to monitor.

Goal(s):
> Mood swings - 18963009
Goal Instructions:
> Patient reports some mood and emotional changes, particularly a tendency to become amused easily.
> CNS-LS score is 13
> This is not particularly worrisome to him. Will continue to monitor

Goal(s):
> Hypertensive disorder - 38341003
Goal Instructions:
> Patient has elevated BP.
> This may be transient or situational; however, advised to monitor BP and follow up with PCP
> Importance of diet and exercise to help keep BP in the normotensive range d/w pt.
> Importance of watching the weight and trying to remain in the normal BMI range d/w pt
> BP medications may need to be titrated. Will defer to PCP

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                    Page 6 of 7
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0009

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:35 AM EDT by Beverly Warlock

### Triolo, Richard (M) 44y ( 1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Lindsay Chason PAC on 05/25/2017 - Universal Neurological Care: 3636 University Blvd
South, Jacksonville, FL 32216

**Patient Clinical Instructions**
Call with any changes in status
**Future Scheduled Appointments**
3 months
**Educational Materials Provided**
The following Patient Education materials were given:
Back Pain: Care Instructions
te8235, en-us, 11.3, 2017-03-21

*Finalized and Signed at 17:44:48 on 05/25/2017 by Lindsay Chason PAC*

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0010

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:35 AM EDT by Beverly Warlock

### Triolo, Richard  (M) 44y (███1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 05/10/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Clinical Note ID#42790115

**Reason for Visit**   Pain in low back and right buttock to mid hamstring.

**Diagnoses**
   Radiculopathy, lumbar region (Primary diagnosis)     M54.16
   Lumbar radiculopathy-128196005

**Procedures**
   95913 - NERVE CONDUCTION STUDIES 13/> STUDIES; Syed asad MD; 05/10/17 11:15 AM; Nerve conduction study included 12 motor and sensory nerves of the bilateral lower extremities. In addition, the bilateral H-reflexes were performed.; Performed in Office
   95886 - NEEDLE EMG EA EXTREMTY W/PARASPINL AREA COMPLETE; Syed asad MD; 05/10/17 11:15 AM; EMG needle study included 5 muscles of the right lower extremity.; Performed in Office

*Finalized and Signed at 22:17:36 on 05/14/2017 by Syed asad MD*

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.                                    Page **1** of 1



UNC_0011

**Universal Neurological Care**
3636 University Blvd. South
Ste B2
Jacksonville, FL 32216
904-404-7044
universalneurocare@gmail.com

Syed Asad, MD
Neurologist

MRN: _____

Administered By: _Zictan Pecar_

## Mini-Mental Status Exam (MMSE)

Patient Name: _Richard Triolo_    DOB: ▮▮▮ / 1974 Date: _03 / 21 / 17_

### 1. Orientation to time:

| | | | |
|---|---|---|---|
| a. Year? | 2017 | | 1 /1 |
| b. Season? | Spring | | 1 /1 |
| c. Month? | March | | 1 /1 |
| d. Day? | Tuerday | | 1 /1 |
| e. Date? | 3/21/17 | | 1 /1 |

### 2. Orientation to place:

| | | | |
|---|---|---|---|
| a. State? | FL | | 1 /1 |
| b. County? | Duval | | 1 /1 |
| c. City? | Jax | | 1 /1 |
| d. Hospital? | Clinic | | 1 /1 |
| e. Floor? | 1st | | 1 /1 |

### 3. Registration: I am going to say 3 words. Please repeat after me.

| | |
|---|---|
| a. Set #1: Apple, Penny, Table | 3/3 |
| b. Set #2: Ball, Flag, Tree | /3 |

***Keep those words in mind, I will ask you to repeat them later.

### 4. Concentration:

| D | L | R | o | w | |
|---|---|---|---|---|---|
| D | L | R | O | W | 5/5 |

### 5. Recall: What are those words I asked you to remember?

| a. Apple | b. Penny | c. | 2/3 |
|---|---|---|---|

### 6. Naming:

| | |
|---|---|
| a. What is this? Point to a pencil | 1 /1 |
| b. What is this? Point to a watch | 1 /1 |

### 7. Repetition: Ask patient to repeat, "No ifs, ands, or buts."    1 /1

8. Comprehension: Give paper and say instructions.

| a. Take the paper in your right hand. | | ( /1 |
|---|---|---|
| b. Fold it in half... | | ( /1 |
| c. And place it on the floor. | | ( /1 |

9. Reading: Please read this sentence and do what it says.    ( /1

Please raise your left arm!

10. Writing: Please write a sentence.    ( /1

I Love my Job

11. Drawing: Please copy the following figure:    ( /1

 

* Maximum Score: 30   *Parkinson's Patients: 28    Patient's Total Score: 30/30

Universal Neurological Care   3636 University Blvd. South Ste 82 Jacksonville, FL 32216  904-404-7044

UNC_0013



NAME: Richard [illegible]
Education:
Date of birth: [redacted]1974
Sex:
DATE: 3/21/17

# MONTREAL COGNITIVE ASSESSMENT (MOCA)
Version 7.3 Alternative Version

## VISUOSPATIAL / EXECUTIVE

[X]

Copy cylinder

[✓]

Draw CLOCK (Ten past nine) (3 points)

[✓] Contour [✓] Numbers [✓] Hands

POINTS: 4/5

## NAMING

[✓]

[✓]

[✓]

3/3

## MEMORY

Read list of words, subject must repeat them. Do 2 trials, even if 1st trial is successful. Do a recall after 5 minutes.

| | TRAIN | EGG | HAT | CHAIR | BLUE |
|---|---|---|---|---|---|
| 1st trial | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2nd trial | ✓ | ✓ | ✓ | ✓ | ✓ |

No points

## ATTENTION

Read list of digits (1 digit/ sec.).
Subject has to repeat them in the forward order [✓] 5 4 1 8 7
Subject has to repeat them in the backward order [X] 1 7 4
1/2

Read list of letters. The subject must tap with his hand at each letter A. No points if ≥ 2 errors
[✓] F B A C M N A A J K L B A F A K D E A A A J A M O F A A B
1/1

Serial 7 subtraction starting at 80 [✓] 73 [X] 66 [ ] 59 [ ] 52 [ ] 45
4 or 5 correct subtractions: **3 pts,** 2 or 3 correct: **2 pts,** 1 correct: **1 pt,** 0 correct: **0 pt**
1/3

## LANGUAGE

Repeat: She heard his lawyer was the one to sue after the accident. [✓]
The little girls who were given too much candy got stomach aches. [✓]
2/2

Fluency / Name maximum number of words in one minute that begin with the letter B [✓] 15 (N ≥ 11 words)
1/1

## ABSTRACTION

Similarity between e.g. banana - orange = fruit [✓] eye – ear [✓] trumpet – piano
2/2

## DELAYED RECALL

| | | TRAIN | EGG | HAT | CHAIR | BLUE | |
|---|---|---|---|---|---|---|---|
| | Has to recall words WITH NO CUE | [X] | [X] | [X] | [X] | [X] | Points for UNCUED recall only |
| Optional | Category cue | X | ✓ | X | ✓ | ✓ | |
| | Multiple choice cue | ✓ | | X | | | |

0/5

## ORIENTATION

[✓] Date [✓] Month [✓] Year [✓] Day [✓] Place [✓] City
6/6

Adapted by: Z. Nasreddine MD, N. Phillips PhD, H. Chertkow MD
© Z.Nasreddine MD www.mocatest.org
Administered by: ______

Normal ≥26 / 30 TOTAL 21/30
Add 1 point if ≤ 12 yr edu

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:36 AM EDT by Beverly Warlock

### Triolo, Richard   (M) 44y ( ███ 1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with clinician  on 03/21/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Clinical Note ID#41855437

**Reason for Visit**   Baseline MMSE & MOCA testing

**Subjective**
Patient presents for a nurse visit to get a baseline MMSE & MOCA.

**Cognitive/Functional Status**
   **Cognitive Status**
      03/21/2017  MMSE: 29  MOCA: 21

**Diagnoses**
   Postconcussional syndrome (Primary diagnosis)    F07.81
   Postconcussion syndrome-40425004
   Other symptoms and signs involving cognitive functions and awareness    R41.89
   Impaired cognition-386806002

*Finalized and Signed at 18:27:04 on 03/21/2017 by Zlatan Pecar*

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0015



# Universal Neurological Care

### Dr. Syed Asad
3636 University Blvd. S., Ste. B-2
Jacksonville, FL 32216
Phone: 904-404-7044
Fax: 904-329-2303

## EMERGENCY MEDICAL CONDITION:

To the best of medical certainty, _____Richard Triolo_____
condition has been deemed an Emergency Medical Condition based on the severe pain that the patient has experienced secondary to their injuries in the _____2-11-17_____ motor vehicle accident.  The seriousness of the injury has resulted in serious impairment of their bodily function, as well as bodily injury.  This finding has been determined utilizing the patient's history regarding the events of the accident, the patient's examination in our office and their difficulty performing their activities of daily living.  (The determination of the Emergency Medical Condition was performed by medical provider licensed under Chapter 458 of FS).


_____        Date _____3-16-17_____
Syed Asad, MD

UNC_0016

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    Printed 03/25/2019 at 11:37 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ([____]1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Clinical Note ID#41775346

**Reason for Visit**  Auto Accident; New Patient or Transitional Visit.

**CC:**  Auto Accident
  **HPI**
    Mr. Richard Triolo is a 42 year old right handed Caucasian male who was referred by Dr. McDaniels (Chiropractor) after an MVA 2/11/2017 for neck pain and back pain. He was driving a 2016 Ford Mustang. He was stopped at a stop light when a USPS truck hit the back of his car. He is not sure how fast the truck was traveling. He was wearing his seat belt. The airbags did not deploy. His car was not totaled. He felt his head jerk back and forth and the back of his head hit the headrest. Immediately after the accident, he was experiencing tightness and spasms in the mid and low back. He noticed pain in the neck the day after the accident. He started seeing Dr. McDaniels late February. He is getting massage therapy, adjustments, and traction therapy. He goes two times a week for chiropractic treatments. He went to the ER (Baptist South) after the accident and had a CT of the neck done. He was discharged with a collar. Per patient, the imaging was normal. He has been taking Excedrin and ibuprofen which help partially.

**CC:**  Neck pain
  **HPI**
    He reports neck pain that started one day after the accident. He states his neck feels very tight. He denies any pain radiating into the upper extremities however, he does report pain radiating into the  He denies any numbness and tingling or weakness in the upper extremities. He reports chiropractic treatments seem to be helping. He describes the neck pain as achy and tight. On a pain scale, neck pain is 7-8/10 most often. His pain is constant. He also reports daily headaches that started a week after the accident. He reports daily headaches that seem to be getting worse since the accident. He describes the headaches as achy pain. The headaches usually start in the back of the head and radiate to bilateral frontal region of the head. He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity. He takes excedrin with ibuprofen for headaches which takes 30-40 minutes. He reports headaches can last hours if he doesn't take any medication. He reports taking a hot shower can sometimes relieve the headache. He reports some cognitive deficits since the accident, including attention and concentration and forgetfulness at work. He also reports difficulty with balance since the accident. He finds himself walking to walls since the accident. He denies any changes in his mood since the accident. CNS LS 13.

**CC:**  Back pain
  **HPI**
    He reported back pain immediately after the accident. He feels the back pain has worsened since the accident. He reports daily low back pain that is achy, sharp and stabbing. He now reports sharp stabbing pains radiating into the back of his right leg and buttocks. He also reports pain radiating into the right medial aspect of the thigh. He denies any numbness and tingling in the groin. He denies any numbness and tingling in the legs. He denies any noticeable weakness however, he does report sometimes his legs feel like "jello." On a pain scale his pain is 10/10 most of the time. He has tried ibuprofen however, this doesn't provide any relief. He was discharged from the ER on lortab which helped relieve the pain. He also reports difficulty sleeping due to back pain. ESS was 11 today. He wakes up constantly in the middle of the night due to the pain. He reports he is constantly moving around at night to try to get comfortable. He has not had an MRI of the back. The pain is worse when he is walking around and relieved when sitting. He feels he has been tripping over his right foot recently.

**Problems**
| | | |
|---|---|---|
| Cervicalgia | M54.2 | 03/16/2017 |
| Insomnia, unspecified | G47.00 | 03/16/2017 |
| Other abnormalities of gait and mobility | R26.89 | 03/16/2017 |

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0017


# UNIVERSAL NEUROLOGICAL CARE
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:37 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ( 1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

| | | |
|---|---|---|
| Other symptoms and signs involving cognitive functions and awareness | R41.89 | 03/16/2017 |
| Postconcussional syndrome | F07.81 | 03/16/2017 |
| Radiculopathy, lumbar region | M54.16 | 03/16/2017 |

**Past Medical History**
    **Pain in leg, unspecified**
        Notes: sharp shooting pains from right lumbar down into right hamstring and radiates across right hip
flexor.
    **Cervicalgia**
    **Dorsalgia, unspecified**
    **Headache**
        Notes: current
**Surgical History**
    **compound fracture of left forearm**
        Date of Surgery: 03/2000
**Social History**
    **Alcohol use**
        Amount/Frequency: not daily
    **Exercise**
        Description: Weight training & cardio; Amount/Frequency: once/twice per day; Notes: Have not exercised
since the auto accident on 2/11/17. Pain is too much for patient to exercise.
    **Caffeine**
        Amount/Frequency: 20oz daily
    **Seat belt use**
    **Negative** for: Current every day smoker; Former smoker
**Family History**
    **Cancer of the breast**
        Relationship:   Grandmother
    **Heart disease (CAD)**
        Relationship:   Father
        Relationship:   Grandfather
    **Diabetes**
        Relationship:   Grandfather
        Relationship:   Father

**Active Allergies/Adverse Reactions**
    No Known Active Allergies/Adverse Reactions

**Active Medications**
    **HCG Injections** 2 iu qd; 0 refill(s); Date Issued: 03/16/2017;
    **b12 injection** 1000 units 0 refill(s); Date Issued: 03/16/2017;
    **multivitamin** Dosage Unknown; 0 refill(s); Date Issued: 03/16/2017;

**Review of Systems**
    **General/Constitutional**
    Pt Reports: Pain; Mood change; Difficulty sleeping
    Pt Denies: Change in appetite; Weight gain; Weight loss; Sleep problems; Night sweats; Fever; Chills;
Dizziness; Fatigue; Weakness
    **Eyes**
    Pt Denies: Blurred vision; Double vision; Flashing lights; Seeing spots; Eye discharge; Eye dryness; Excessive
tearing; Eye irritation/itching; Pain; Red eyes
    **ENMT**

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0018

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:37 AM EDT by Beverly  Warlock

## Triolo, Richard  (M) 44y (█████1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South,
Jacksonville, FL 32216

Pt Reports: Ringing in the ears
Pt Denies: Change in hearing; Ear discharge; Ear pain; Nasal discharge; Nasal obstruction; Nose bleeds;
Sinus pain; Sinus/nasal congestion; Mouth problems; Bleeding gums; Denture problems; Dry mouth; Mouth
sores; Tongue pain; Difficulty swallowing; Sore throat; Change in voice; Hoarseness
### Cardiovascular
Pt Denies: Chest pain; Chest pressure/discomfort; Heart trouble; Heart murmur; Lightheadedness;
Palpitations; Leg cramps; Swelling
### Respiratory
Pt Denies: Difficulty breathing; Wheezing; Chest congestion; Cough; Phlegm
### Gastrointestinal
Pt Denies: Abdominal pain; Nausea; Vomiting; Heartburn; Change in stool consistency; Change in bowel
habits; Losing control of bowels; Constipation; Diarrhea; Excessive belching; Excessive flatulence; Blood in the
stool
### Genitourinary
Pt Denies: Losing control of urine; Urinary urgency; Night-time urination; Frequent urination; Burning or pain
on urination; Difficulty urinating; Reduced stream; Dribbling; Blood in urine; Testicular pain; Testicular problems;
Testicular masses; Penile pain; Penile discharge; Genital sores; Erectile dysfunction; Performs regular testicular
exam
### Musculoskeletal
Pt Denies: Limited joint mobility; Joint pain; Muscle pain; Stiffness; Tenderness; Neck pain; Back pain;
Difficulty walking; Trouble reaching above head; Difficulty rising from sitting position without assistance
### Integumentary
Pt Denies: Skin color changes; Bruising; Dryness; Hives; Itching; Skin lump/mass; Mole changes; Sores; Rash;
Hair changes; Nail changes
### Neurological
Pt Reports: Headaches; Ringing in the ears; Muscle weakness; Involuntary movements
Pt Denies: Migraines; Seizures; Fainting; Lightheadedness; Dizziness upon standing; Vertigo; Short term
memory problems; Long term memory problems; Confusion/disorientation; Delusions; Change in personality;
Change in vision; Trouble hearing; Trouble smelling; Change in taste; Speech changes; Change in voice strength;
Facial weakness/numbness; Drooling; Weakness/numbness in arm; Weakness/numbness in leg;
Numbness/tingling; Handwriting change; Trouble with coordination; Loss of limb use; Tremors; Balance
problems; Change in gait; Losing control of urine or bowel; Loss of muscle bulk
### Psychiatric
Pt Denies: Anxiety; Nervousness; Depression; Sadness; Hallucinations; Suicidal thoughts; Stress
### Endocrine
Pt Denies: Excessive appetite; Excessive sweating; Excessive thirst; Excessive urination; Heat intolerance;
Cold intolerance; Hair loss; Unexpected hair growth
### Hematologic/Lymphatic
Pt Denies: Easy bleeding or bruising; Anemia; Swollen glands
### Allergic/Immunologic
Pt Denies: Environmental allergies; Immunodeficiency

**Vitals**
**L/H**: 74.0 in.; **W**: 245.0 lb.; **BMI**: 31.5; **B/P**: 174/110  Sitting/Left Arm; **P**: 63 BPM Brachial;

**Physical Exam**
**Constitutional**: Cooperative
**Psychiatric**: Mood and affect appropriate for situation
**HEENT**: Head normocephalic and atraumatic
**Neck**: Supple
**Cardiovascular**: Heart rate and rhythm regular

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.


UNC_0019

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:37 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ( ████ 1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

**Respiratory**: Respiratory effort unremarkable
**Neurologic**
Additional comments: Mental status: Awake, alert, oriented to person, place and time. Able to name objects and follow commands. Mild difficulty with attention and concentration (serial 7's however, no difficulty with spelling TABLE backwards). 3/3 at 5 min.
Cranial nerves: Pupils reactive, EOMI, face symmetric, tongue midline, palate upgoing
Motor: Normal bulk and tone. Subtle weakness 5-/5 in right extensor hallicus longus, 5/5 grip strength.
Sensations: Intact to light touch, PP, temperature, and vibration throughout. Decreased temperature in the bilateral upper extremities compared to the face. Decreased temperature sensation in the bilateral feet compared to face and upper extremities. Decreased temperature on the lateral aspect of right calf. Vibratory sensation was intact in the upper extremities. Vibratory sensation felt in bilateral lower extremities for 10 seconds. Decreased PP on the dorsum of the right foot and right lateral aspect of the calf compared to the left. PP intact in the upper extremities.
Gait: Independent. Mild difficulty with tandem gait.
Coordination: No dysmetria on FNF. RAM intact.
DTRs: 2+ upper extremities, 2+ left lower extremity at the knee and ankle, 1+ right lower extremity at the knee and ankle.

Modified BESS: double leg: 2 errors, tandem: 4 errors, single: 6 errors.

**Diagnoses**
Radiculopathy, lumbar region (Primary diagnosis)      M54.16
Lumbar radiculopathy-128196005
Cervicalgia      M54.2
Neck pain-81680005
Insomnia, unspecified      G47.00
Insomnia-193462001
Other abnormalities of gait and mobility      R26.89
Unsteady when walking-22631008
Other symptoms and signs involving cognitive functions and awareness      R41.89
Impaired cognition-386806002
Postconcussional syndrome      F07.81
Postconcussion syndrome-40425004

**Radiology Orders**
**Status**: Pending; **Procedure**: 72148 MRI SPINAL CANAL LUMBAR W/O CONTRAST MATERIAL; **Diagnosis**: M54.16 Radiculopathy, lumbar region; **Instructions**: Set up at Baymeadows Imaging ; **Ordering Provider**: asad, Syed;

**Medications**
**methocarbamol**; **SIG**: 750 mg tablet; PO One by mouth three times a day as needed for muscle spasms; Dispense: 90; 5 refill(s); **Ordered**: 03/16/2017; **Ordering Provider**: Syed asad MD;
**Medrol Dosepak**; **SIG**: 4 mg tablet; PO Start 6 pills (24 mg) by mouth on day 1. Then taper by 1 pill (4 mg) daily until gone; Dispense: 1; 0 refill(s); **Ordered**: 03/16/2017; **Ordering Provider**: Syed asad MD;
**lidocaine-prilocaine topical**; **SIG**: 2.5%-2.5% cream; TOP Apply to painful areas up to three times a day as needed; Dispense: 2; 5 refill(s); **Ordered**: 03/16/2017; **Ordering Provider**: Syed asad MD;

**Plan of Care**
**Assessments and Interventions**
Interventions
CMS22 Preventive Care and Screening:  Screening for High Blood Pressure and Follow-Up Documented
Intervention: Intervention Order: Lifestyle Recommendation

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                    Page 4 of 7
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0020


**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd, Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:37 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ( ▓▓▓ 1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

      Lifestyle education (procedure) - 313204009
    Intervention: Intervention Order: Lifestyle Recommendation
      Hypertension education (procedure) - 39155009
**Goal(s) and Instructions**

Goal(s):
    Lumbar radiculopathy - 128196005
Goal Instructions:
    Low back pain since immediately after the accident on 2/11/2017.
    Pain is described as achy, sharp and stabbing.
    He reports sharp stabbing pains radiating into the back of his right leg, buttocks and right medial aspect of thigh.
    He denies any noticeable weakness however, he does report sometimes his legs feel like "jello."
    On a pain scale his pain is 10/10 most of the time.
    He has tried ibuprofen which does not provide any relief.
    He was discharged from the ER on lortab which helped relieve the pain.
    The pain is worse when he is walking around and relieved when sitting.
    He feels he has been tripping over his right foot recently.
    Will refer for MRI of lumbar spine without contrast to further evaluate
    Will set up for EMG/NCV study of B LE
    Treatment options d/w pt including anti-inflammatories, muscle relaxants, neuropathic pain meds, analgesics, pain procedures, physical therapy and surgical options
    He has been getting massage therapy, adjustments, and traction therapy with Dr. McDaniels two times a week which are helping
    Start Medrol dose pack
    Will start Methocarbamol 750 mg TID PRN (R, B, A, I d/w pt.)
    Will start Lidocaine-Prilocaine pain cream
    Continue to work with Dr. McDaniels for Chiropractic treatments

Goal(s):
    Postconcussion syndrome - 40425004
Goal Instructions:
    Concussion sustained during a MVA on 2/11/2017 with ongoing headaches, cognitive issues, disequilibrium, insomnia and emotional lability
    He also reports difficulty with balance since the accident.
    He finds himself walking to walls since the accident.
    Rest your body: Make sure to get plenty of sleep. When you are awake, you should avoid any exercise or physical activity that exacerbates symptoms. However, may advance activities as tolerated and as the symptoms improve.
    Rest your brain: Avoid doing activities that need concentration or a lot of attention, particularly if this exacerbates the symptoms.
    Start magnesium oxide 400 mg daily.
    Start N-Acetyl cysteine 600 mg daily
    Start Fish oil 1000 mg TID
    Will consider an MRI of the brain at Precision Imaging with DTIs to evaluate for axonal shear injury or other radiographic correlates. He prefers to hold off currently
    Referral to Dr. Russ Addeo for Neuro-psychometric testing d/w pt. He prefers to hold off.
    Will refer to Casey Harlow for the Balance Master assessment

Goal(s):
    Neck pain - 81680005

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0021

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    **Printed** 03/25/2019 at 11:37 AM EDT by Beverly Warlock

## Triolo, Richard  (M) 44y ( ████ 1974) **PID:** 2882
### 1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South, Jacksonville, FL 32216

Goal Instructions:
He reports neck pain that started one day after the accident.
He states his neck feels very tight.
He denies radicular symptoms in arms but does report some occipital neuralgia
He reports chiropractic treatments seem to be helping.
On a pain scale, neck pain is 7-8/10 most often and constant.
Non-pharmacologic methods of managing neck pain d/w pt
Lidocaine-Prilocaine cream to be applied locally.
Consider muscle relaxants; he does not want to feel groggy, will prescribe Methocarbamol which is less sleep inducing
Medrol dose pack
Will consider MRI cervical spine if radicular symptoms persist or occipital neuralgia symptoms worsen
EMG/NCV if upper extremity radicular symptoms develop
Continue Chiropractic treatments with Dr. McDaniels
TPIs d/w pt. He prefers to hold off for now.

Goal(s):
Cognitive disorder - 443265004
Goal Instructions:
He reports some cognitive deficits since the accident, including attention and concentration deficits and forgetfulness at work.
Will check MMSE/MOCA
Referral for Neuro-psychometric testing with a Neuropsychologist d/w pt. He prefers to hold off for now.
Will consider additional work up and treatment recommendations if symptoms persist

Goal(s):
Headache - 25064002
Goal Instructions:
He reports daily achy headaches that started a week after the accident but seem to be getting worse since then.
The headaches usually start in the back of the head and radiate to bilateral frontal region of the head.
He reports some light sensitivity. He denies any nausea, vomiting, or sound sensitivity.
He takes excedrin with ibuprofen for headaches which takes 30-40 minutes.
Other options for headache abortive treatment and prophylactic treatments d/w pt.
Will start Medrol dose pack. R, B, A, i d/w pt.

Goal(s):
Insomnia - 193462001
Goal Instructions:
Difficulty sleeping due to back pain.
He wakes up constantly in the middle of the night due to the pain.
He reports he is constantly moving around at night to try to get comfortable.
Daytime somnolence with an ESS of 11
Good sleep hygiene d/w pt.
May try Melatonin as an over the counter sleep aid
Will give samples of Silenor in case melatonin does not help. Explained that at low doses this is mainly an anti-histamine (the tricyclic action kicks in at higher doses). Other R, B, A, I discussed.

Goal(s):
Mood swings - 18963009
Goal Instructions:

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.
CPT® copyright 2018 American Medical Association. All rights reserved.

UNC_0022

**UNIVERSAL NEUROLOGICAL CARE**
8823 San Jose Blvd. Suite 209
Jacksonville, FL 32217
(904) 404-7044 / Fax (904) 329-2303                    Printed  03/25/2019 at 11:37 AM EDT by Beverly  Warlock

## Triolo, Richard  (M) 44y (███1974) **PID:** 2882
1933 Eclipse Drive, MIDDLEBURG, FL 32068

Visit with provider: Syed asad MD on 03/16/2017 - Universal Neurological Care: 3636 University Blvd South,
Jacksonville, FL 32216

    Patient reports some mood and emotional changes, particularly a tendency to become amused easily.
    CNS-LS score is 13
    This is not particularly worrisome to him. Will continue to monitor

Goal(s):
    Hypertensive disorder - 38341003
Goal Instructions:
    Patient has elevated BP.
    This may be transient or situational; however, advised to monitor BP and follow up with PCP
    Importance of diet and exercise to help keep BP in the normotensive range d/w pt.
    Importance of watching the weight and trying to remain in the normal BMI range d/w pt
    BP medications may need to be titrated. Will defer to PCP
**Patient Clinical Instructions**
Call with any changes in status
**Future Scheduled Appointments**
MMSE/MOCA with Zlatan Pecar, RN on March 21, 2017
EMG/NCV April 18, 2017
Follow up May 2, 2017
**Educational Materials Provided**
The following Patient Education materials were given:
Postconcussion Syndrome: Care Instructions
zp4105, en-us, 11.2, 2016-10-14

*Finalized and Signed at 21:00:42 on 03/18/2017 by Syed asad MD*

## Addendum
*Created at 06:50:48 on 03/24/2017 by Syed asad*
**Section Comments:**
Radiology Order 1782263 has been modified.  Status: Finalized; Procedure: 72148 MRI SPINAL CANAL LUMBAR
W/O CONTRAST MATERIAL;  Diagnoses: M54.16 Radiculopathy, lumbar region;   Ordered: 03/24/2017; Ordering
Provider: asad, Syed; Instructions: Set up at Baymeadows Imaging

Copyright (c) 2019 Quest Diagnostics Incorporated. All rights reserved.                    Page **7** of **7**
CPT® copyright 2018 American Medical Association. All rights reserved.



UNC_0023

FROM: JULIE NEIL AT BAYMEADOWS MRI                    PAGE 2 OF 2                    1 25 54 PM 4/5/2017



**7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419**

**PATIENT NAME:** TRIOLO, RICHARD
**ID NUMBER:** 22731
**DATE OF BIRTH:** ▮▮1974
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:** 04/04/2017

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

UNC_0024

FROM: JULIE NEIL AT BAYMEADOWS MRI                                    PAGE 25                                    1:26.23 PM 4/5/2017

# Baymeadows MRI

7999 Philips Hwy., Suite #311, Jacksonville, FL  32256    Ph: 904-683-6667  Fax: 904-683-8419

**PATIENT NAME:**     TRIOLO, RICHARD
**ID NUMBER:**     22731
**DATE OF BIRTH:**     ████1974
**REFERRING PHYSICIAN:**  SYED ASAD, M.D.
**DATE OF SERVICE:**  04/04/2017
**PAGE 2**

**IMPRESSION:**
1.  Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2.  Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3.  Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4.  Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/II**     D/D: 04/04/2017    D/T: 04/04/2017                    DRSO6843 - 8:47

UNC_0025

Test Date: 5/10/2017

| Patient: | Richard Triolo | DOB: | ▮1974 | Physician: | Syed Asad, M.D. |
|----------|----------------|------|-------|------------|-----------------|
| Sex: | Male | Height: | 6' 2" | Ref Phys: | |
| ID#: | Asad510-3 | Weight: | 235 lbs. | Technician: | Fisher |

**Patient Complaints:**
Pain in low back and right buttock to mid hamstring.

**Medications**
Gabapentin, EMLA cream, methocarbamol, HCG, B12, MVI

**Patient History / Exam:**
42-year-old male with achy, sharp and stabbing low back pain since his MVA on 2/11/2017. Sharp stabbing
10/10 intensity pain also radiates into the back of his right leg, buttocks and right medial aspect of thigh. He
denies any noticeable weakness; however, he does report sometimes his legs feel like "jello." The pain is worse
when he is walking around and relieved when sitting. He feels he has been tripping over his right foot recently.

**NCV & EMG Findings:**
All nerve conduction studies (as indicated in the following tables) were within normal limits.

**Electromyography:** EMG needle study of the right lower extremity revealed polyphasic potentials and
reduced recruitment in the right peroneus longus and the right extensor hallucis muscles. The remaining
muscles tested did not reveal any abnormal acute or chronic neuropathic or myopathic potentials.

**Impression:**
1. Nerve conduction studies of the bilateral lower extremities reveal responses that are within normal
   limits.
2. Bilateral tibial H-reflexes are within normal limits
3. Chronic neuropathic potentials are noted in the R EHL and R peroneus longus which likely represent
   chronic proximal pathology such as radicular disease at the right L5-S1 level. Clinical and imaging
   correlation is recommended.

*Syed Ali Asad*

_____

Syed Asad, M.D.

UNC_0026

**Patient:** Triolo, Richard      **Test Date:** 5/10/2017      Page 2

## Nerve Conduction Studies
### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Sup Peron Anti Sensory (Ant Lat Mall) 31.2°C | | | | | | | | | | | | | |
| 14 cm | | 3.2 | | 3.9 | <4.4 | 9.4 | >5.0 | 14 cm | Ant Lat Mall | 3.9 | 14.0 | 36 | >32 |
| Right Sup Peron Anti Sensory (Ant Lat Mall) 30.6°C | | | | | | | | | | | | | |
| 14 cm | | 3.1 | | 3.9 | <4.4 | 9.1 | >5.0 | 14 cm | Ant Lat Mall | 3.9 | 14.0 | 36 | >32 |
| Left Sural Anti Sensory (Lat Mall) 31°C | | | | | | | | | | | | | |
| Calf | | 2.3 | | 2.8 | <4.0 | 15.4 | >5.0 | Calf | Lat Mall | 2.8 | 14.0 | 50 | >35 |
| Right Sural Anti Sensory (Lat Mall) 30.8°C | | | | | | | | | | | | | |
| Calf | | 1.8 | | 2.4 | <4.0 | 13.2 | >5.0 | Calf | Lat Mall | 2.4 | 14.0 | 58 | >35 |

Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Lateral Plantar Motor (ADM) 31°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.9 | 1.9 | | | | | | | |
| Right Lateral Plantar Motor (ADM) 30.8°C | | | | | | | | | | | |
| Med Mall | | 4.3 | <4.9 | 4.0 | | | | | | | |
| Left Medial Plantar Motor (AHB) 31.2°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.8 | 5.9 | | | | | | | |
| Right Medial Plantar Motor (AHB) 30.7°C | | | | | | | | | | | |
| Med Mall | | 4.1 | <4.8 | 6.6 | | | | | | | |
| Left Peroneal Motor (Ext Dig Brev) 31.1°C | | | | | | | | | | | |
| Ankle | | 3.8 | <6.1 | 8.8 | >2.5 | B Fib | Ankle | 7.6 | 34.0 | 45 | >40 |
| B Fib | | 11.4 | | 6.6 | | Popli | B Fib | 1.1 | 5.0 | 45 | >40 |
| Popli | | 12.5 | | 6.5 | | | | | | | |
| Right Peroneal Motor (Ext Dig Brev) 30.3°C | | | | | | | | | | | |
| Ankle | | 4.3 | <6.1 | 6.9 | >2.5 | B Fib | Ankle | 8.1 | 35.5 | 44 | >40 |
| B Fib | | 12.4 | | 5.7 | | Popli | B Fib | 1.6 | 7.5 | 47 | >40 |
| Popli | | 14.0 | | 5.5 | | | | | | | |
| Left Tibial Motor (Abd Hall Brev) 31.4°C | | | | | | | | | | | |
| Ankle | | 4.2 | <6.1 | 6.2 | >3.0 | Knee | Ankle | 9.3 | 42.0 | 45 | >40 |
| Knee | | 13.5 | | 3.9 | | | | | | | |
| Right Tibial Motor (Abd Hall Brev) 30.8°C | | | | | | | | | | | |
| Ankle | | 4.5 | <6.1 | 6.6 | >3.0 | Knee | Ankle | 9.7 | 44.0 | 45 | >40 |
| Knee | | 14.2 | | 5.6 | | | | | | | |

## H Reflex Studies

| | NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Left Tibial (Gastroc) 27.3°C | | | | |
| | | 31.86 | 0.94 | <2.0 |
| Right Tibial (Gastroc) 27.3°C | | | | |
| | | 30.92 | 0.94 | <2.0 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | Abnl | Red | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | Abnl | Red | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |

UNC_0027


Patient: Triolo, Richard                    Test Date: 5/10/2017                    Page 3

## Nerve Conduction Studies
### Anti Sensory Left/Right Comparison

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sup Peron Anti Sensory (Ant Lat Mall) 31.2°C | | | | | | | | | | | |
| 14 cm | 3.2 | 3.1 | 0.1 | 9.4 | 9.1 | 3.2 | 14 cm | Ant Lat Mall | 36 | 36 | 0 |
| Sural Anti Sensory (Lat Mall) 31°C | | | | | | | | | | | |
| Calf | 2.3 | 1.8 | 0.5 | 15.4 | 13.2 | 14.3 | Calf | Lat Mall | 50 | 58 | 8 |

### Motor Left/Right Comparison

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lateral Plantar Motor (ADM) 31°C | | | | | | | | | | | |
| Med Mall | 4.1 | 4.3 | 0.2 | 1.9 | 4.0 | 52.5 | | | | | |
| Medial Plantar Motor (AHB) 31.2°C | | | | | | | | | | | |
| Med Mall | 4.1 | 4.1 | 0.0 | 5.9 | 6.6 | 10.6 | | | | | |
| Peroneal Motor (Ext Dig Brev) 31.1°C | | | | | | | | | | | |
| Ankle | 3.8 | 4.3 | 0.5 | 8.8 | 6.9 | 21.6 | B Fib | Ankle | 45 | 44 | 1 |
| B Fib | 11.4 | 12.4 | 1.0 | 6.6 | 5.7 | 13.6 | Poplt | B Fib | 45 | 47 | 2 |
| Poplt | 12.5 | 14.0 | 1.5 | 6.5 | 5.5 | 15.4 | | | | | |
| Tibial Motor (Abd Hall Brev) 31.4°C | | | | | | | | | | | |
| Ankle | 4.2 | 4.5 | 0.3 | 6.2 | 6.6 | 6.1 | Knee | Ankle | 45 | 45 | 0 |
| Knee | 13.5 | 14.2 | 0.7 | 3.9 | 5.6 | 30.4 | | | | | |

## Activity for Patient TRIOLO, RICHARD (Acct #1214)

**UNIVERSAL NEUROLOGICAL CARE P.A.**
**3636 UNIVERSITY BLVD S STE B-2**
**JACKSONVILLE, FL 32216-4223**

### Patient Address

1933 ECLIPSE DRIVE
MIDDLEBURG, FL 32068

| Invoice | Service Date | Procedure | Type | Description | Pay Source | Payment Type | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 3151 | 05/10/2017 | | Invoice | $124.00 DUE BY BC/BS OF FL | Posting Date: 05/18/2017 | | | |
| | 05/10/2017 | 95886 | Charge | EMG 5 OR MORE MUSCLES/W/NCV PER E | | | $180.00 | $180.00 |
| | 06/05/2017 | 95886 | Payment | STATE FARM MM | STATE FARM | Check | $-144.00 | $36.00 |
| | 05/10/2017 | 95913 | Charge | NERVE CONDUCTION STUDIES 13 OR MO | | | $440.00 | $476.00 |
| | 06/05/2017 | 95913 | Payment | STATE FARM MM | STATE FARM | Check | $-352.00 | $124.00 |
| 3259 | 05/25/2017 | | Invoice | $220.00 DUE BY STATE FARM | Posting Date: 05/26/2017 | | | |
| | 05/25/2017 | 99214 | Charge | OFFICE VIST-EXTENSIVE EP | | | $220.00 | $220.00 |

### Activity Totals

| Medical Totals | | Open Item Totals | |
|---|---|---|---|
| Charges: | $840.00 | Open Items: | $0.00 |
| Payments: | $496.00 | Open Item Payments: | $0.00 |
| Adjustments: | $0.00 | Balance: | $0.00 |
| Balance: | $344.00 | | |

**Total Activity: $ 344.00**

© Copyright 2007 MedXLnce, Inc. All Rights Reserved.



UNC_0035

**Lyerly Neurosurgery**
800 Prudential Drive Tower B 11th Floor Jacksonville FL  32207-8202

June  7, 2017

Syed A Asad, MD
3636 University Blvd S
Suite B2
Jacksonville, FL 32216

RE:    Richard A Triolo, II
DOB:    ▮1974

Dear Dr. Asad,

Thank you for referring Richard A Triolo, II to Lyerly Neurosurgery for evaluation. The information below has been provided to you for your records.

_____ We would like to inform you that their appointment is scheduled for <None> .

_____ We made contact with the patient and they have declined to schedule an appointment at this time.

_____ We are currently non-participating with the patients insurance plan and the patient has chosen to be referred to an in network provider.

__X__ We have been unable to make contact with the patient after several attempts. At this time, the patient has not been scheduled.

__X__ We are unable to schedule an appointment for the patient at this time because the patient has not faxed their PIP log or exhaust letter from their auto accident.

Sincerely,

Lyerly Neurosurgery

UNC_0038

For Office use:  Auth: Y  N  Exp:_____  ·  Contrast: Y  N    Labs(> age 65): Y  N



### Baymeadows MRI

7999 Philips Highway
Jacksonville, Florida 32256
Phone: 904-683-6667*Fax: 904-683-8419

Dear Dr. _Asad_____  Fax# _329-2303_____

We have received the referral request on your patient,

_Richard Triolo_____  DOB ████/74_____

We are either in the process of reaching your patient or they have been scheduled for

their MRI/ X-Ray on: _____4/4 @ 10:45_____

3/27  /M on pt  VM to schedule.
3/29 -   "       "      "      "
3/30 - Pt Scheduled for 4/4
        Sent pt email as requested.

Please contact us if you have any questions or concerns.
Baymeadows MRI

Mar. 28. 2017  1:45PM                                                     No. 3591   P. 1/1



**Wolfson
Children's
Hospital**
Rehabilitation

**Baptist Rehab. Central Scheduling
Phone: 202-1884
Fax: 904.202.3332**
www.e-baptisthealth.com/rehab

Re: Richard Triolo          DOB: ███ 1974

Dear Dr. Syed Asad

We are unable to schedule the above-mentioned patient for therapy as ordered due to the
following:

____    Contact number(s) provided is disconnected, out of order, or the wrong number. If
available, please provide us with a number other than _____. If no other
number is provided, we will assume there is no other number available and will close this
referral after 7 business days.

____    The patient's insurance requires authorization which must be obtained from the PCP.
Please provide authorization for the requested service. When requesting authorization
please request the place of service as 22 (outpatient hospital setting). We will close this
referral after 10 business days if no further correspondence is made with our office
and/or auth is not provided.

X____   We have made 3 attempts to contact the patient, left messages, and have been unable
to reach the patient at this time. This referral will be kept on file for 21 days.

____    Patient reports other medical complications at this time and wants to hold off on
therapy.

____    Insurance does not cover services ordered and patient has opted not to pay out of
pocket.

____    Insurance does cover <u>part</u> of services ordered, however, patient is unable to pay their
portion of the cost.

____    Patient elected not to attend therapy for reason(s) unknown to us.

____    Order for therapy is missing date, physician signature, diagnosis, therapy requested or
patient name. Please provide the following _____. We will close this referral
after 7 business days if no further correspondence is made with our office and/or a valid
order is not provided.

____    Other:

Please let us know if we can be of further assistance.

**Thank you for this referral**

UNIVERSAL NEUROLOGICAL CARE PA

## Patient Details

### General

| | | | |
|---|---|---|---|
| Name: | Richard Triolo | Patient ID: | 2882 |
| SSN: | ▇7157 | Marital Status: | |
| Date of Birth: | ▇1974 | Employment Status: | |
| Gender: | Male | | |
| Address: | 1933 Eclipse Drive | Home Phone: | (631) 603-4863 |
| | MIDDLEBURG, FL 32068 | Work Phone: | |
| | | Email Address: | listrong19@yahoo.com |

Notes:  Auot DOA = 2.11.17
State Farm
$10,000 PIP
80/20
verified
BCBS secondary to auto

Notes:  Claim #5908394M7

### Default Case

#### Insurance Policy #1

| | | | |
|---|---|---|---|
| Name: | State Farm Auto | Policy #: | 5908394M7 |
| Effective Dates: | 02/11/2017 – | Group #: | |
| Address: | PO Box 106134 | Phone: | (863) 318-2790 |
| | Atlanta, GA 303486134 | Fax: | |

Employer Policy?  No

Insured Different?  No          Relation to Patient:  Self

Notes:

#### Insurance Policy #2

| | | | |
|---|---|---|---|
| Name: | BCBS FL | Policy #: | BEAH16504796 |
| Effective Dates: | – | Group #: | |
| Address: | PO Box 1798 | Phone: | (800) 333-2227 |

UNC_0043

UNIVERSAL NEUROLOGICAL CARE PA

## Patient Details

Jacksonville, FL 322310014                    Fax:

Employer Policy?  No

Insured Different?  No                         Relation to Patient:    Self

Notes:

3/22/2017 8:47:58 AM                                                    2 of 2

UNC_0044

Universal Neurological Care
Dr. Syed Asad

## SLEEP ASSESSMENT FORM

Your physician is requesting that you complete this Sleep Assessment Form.
This form determines the need for you to have a user friendly home sleep test, which will evaluate if you have
a sleep breathing disorder. Sleep Disorders negatively affect your well-being, especially the health of your
heart. The good news is that sleep apnea can be effectively and easily treated.

Date: 3/14/17    Name: Richard Theota    Date of Birth [redacted] 74
Phone Number: 631 - 603 - 4863
Home Address: 1933 Eclipse Dr middlebuy FL 32068

| | | | | |
|---|---|---|---|---|
| 1 | Have you ever been given a CPAP device? | Yes ✓ | No |
| 2. | If you have been given any form of CPAP, do you use it nightly? | Yes ✓ | No |
| 3. | Are you comfortable with your CPAP and satisfied with its use? | Yes ✓ | No |

If your answer is NO to any of the above questions, please continue to Part 1.
*If the answer is Yes to any of the above, PLEASE STOP HERE.*

*Part 1.*                    *Epworth Sleepiness Scale*

How likely are you to doze off while doing the following activities? Please use the following scale:
0 = never, 1 = slight, 2 = moderate, 3 = high. Circle one of the following numbers:

1. Being a passenger in a motor vehicle for an hour or more    0 1 ② 3
2. Sitting and talking to someone......................    ⓪ 1 2 3
3. Sitting and reading.................................    0 1 ② 3
4. Watching TV......................................    0 1 2 ③
5. Sitting inactive in a public place..................    ⓪ 1 2 3
6. Lying down to rest in the afternoon...............    0 1 2 ③
7. Sitting quietly after lunch without alcohol......    0 ① 2 3
8. In a car, while stopped for a few minutes in traffic...    ⓪ 1 2 3
                                    Total score    11

*Part 2*

| | | | | |
|---|---|---|---|---|
| 1. | Have you been told that you snore? | Yes ✓ | No |
| 2. | Does your family have a history of premature death in sleep? | Yes | No ✓ |
| 3. | Do you have Diabetes? | Yes | No ✓ |
| 4. | Have you ever been told you have Coronary Artery Disease? | Yes | No ✓ |
| 5. | Do you have high blood pressure? | Yes | No ✓ |
| 6. | Have you ever experienced irregular heart rhythms? | Yes | No ✓ |

*Part 3*

| | | | | |
|---|---|---|---|---|
| 1. | Have you ever been diagnosed with sleep apnea? | Yes ✓ | No |
| 2. | Do you awaken from sleep with chest pain or shortness of breath? | Yes | No ✓ |
| 3. | Has anyone said that you seem to stop breathing while sleeping? | Yes | No ✓ |
| 4. | Is your neck size larger than 15" (female) or 16.5" (male)? | Yes ✓ | No |
| 5. | Have you ever had a stroke? | Yes | No ✓ |
| 6. | Have you ever been told you have Congestive Heart Failure? | Yes | No ✓ |
| 7. | Do you have or have you ever had atrial fibrillation? | Yes | No ✓ |

I agree to allow the information above to be shared to advance the workup of my sleep condition.

Signature: _____

# Center for Neurologic Study-Lability Scale (CNS-LS) for pseudobulbar affect (PBA)

The CNS-LS is a short (seven-item), self-administered questionnaire, designed to be completed by the patient, that provides a quantitative measure of the perceived frequency of PBA episodes. The CNS-LS can help physicians accurately diagnose PBA. A CNS-LS score of 13 or higher may suggest PBA.

Patient's name    Richard Trusk

Date of assessment    3/16/17

Using the scale below, please write the number that describes the degree to which each item applies to you DURING THE PAST WEEK. Write only 1 number for each item.

| Applies never | Applies rarely | Applies occasionally | Applies frequently | Applies most of the time |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

1. There are times when I feel fine 1 minute, and then I'll become tearful the next over something small or for no reason at all.    **1**

2. Others have told me that I seem to become amused very easily or that I seem to become amused about things that really aren't funny.    **3**

3. I find myself crying very easily.    **2**

4. I find that even when I try to control my laughter, I am often unable to do so.    **1**

5. There are times when I won't be thinking of anything happy or funny at all, but then I'll suddenly be overcome by funny or happy thoughts.    **3**

6. I find that even when I try to control my crying, I am often unable to do so.    **1**

7. I find that I am easily overcome by laughter.    **2**

Total Score    **13**

The CNS-LS has been validated in ALS and MS patient populations.

This questionnaire is not intended to substitute for professional medical assessment and/or advice

Reference: Smith RA, et al. The validation of the emotional lability scale for PBA based upon use in the Dextromethorphan/quinidine trials in ALS and MS.

 AVANIR