AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     St. Joseph Interventional Pain Specialists, ATTN: RECORDS CUSTODIAN,
        2970 Hartley Road Suite 300, Jacksonville, FL 32257 [Via Certified Mail]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:          PLEASE SEE ATTACHMENT
       In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
| 300 North Hogan Street, Suite 700 | |
| Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     03/11/2019

*CLERK OF COURT*

                                                              OR _____
_____                                   RONNIE S. CARTER
*Signature of Clerk or Deputy Clerk*                               *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Defendant
_United States of America_____, who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

SJIPS_0001

**Name: Richard Triolo**
**Social Security No.:** ████ 7157
**Date of Birth:** ████ 1974

1.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.  All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.  All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.  All patient information forms or questionnaires, or any other information provided by the patient.

6.  All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.  A current statement indicating the total amount of the bill that has been paid and by whom.

9.  Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME _Richard Traob_     DATE _8/3/17_

LOCATION OF PAIN

_Lower back / Neck_

RATE THE PAIN SINCE YOUR LAST VISIT:  1  2  3  4  5  6  7  (8)  9  10

IS YOUR PAIN DESCRIBED AS:    WORSE  (SAME)  SLIGHT  IMPROVEMENT    MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y (N)
2) Have you been arrested since your last visit?  Y (N)
3) Have you received narcotic medication from another physician since your last visit?  Y (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____     DATE _8/3/17_

STAFF WITNESS: DAVID HERRON  TAMMY LEWIS     STAFF SIGNATURE: _____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0003

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## FOLLOW UP PAIN ASSESSMENT FORM

NAME  *Richard Triolo*          DATE  *7/20/17*

LOCATION OF PAIN
® Neck
*Upper to middle ® BACK  and  Lower ® BACK down into*
*Glut to Lower hamstring, Across ® hip Flexor*

RATE THE PAIN SINCE YOUR LAST VISIT:  1   2   3   4   5   6   7   (8)   9   10

IS YOUR PAIN DESCRIBED AS:   WORSE   (SAME)   SLIGHT IMPROVEMENT   MUCH BETTER

DO YOU FEEL THE MEDICATIONS ARE CAUSING ANY SIDE EFFECTS? IF YES, EXPLAIN.

_____

1) Have you had any falls, trauma, hospitalizations or surgery since your last visit?  Y  (N)
2) Have you been arrested since your last visit?  Y  (N)
3) Have you received narcotic medication from another physician since your last visit?  Y  (N)
4) Have you attempted to acquire or possess narcotic medication by means of; misrepresentation, fraud, forgery, deception or subterfuge, since your last visit?  Y  (N)
5) Have you been involved in a motor vehicle accident that resulted in new injuries since your last visit?  Y  (N)
6) Do you know of anyone that has been in a motor vehicle accident within the past year, which resulted in injuries?  Y  (N)

IF YOU ANSWERED "YES" TO ANY OF THE ABOVE, EXPLAIN:

_____
_____
_____

I SWEAR THE ABOVE INFORMATION TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I HAVE ALSO COMPLIED WITH THE DOCTOR/PATIENT AGREEMENT AND HAVE NOT RECEIVED ANY CONTROLLED SUBSTANCES BY ANY OTHER PHYSICIAN OR MEDICAL FACILITY SINCE MY LAST VISIT. I UNDERSTAND THAT BY DOING SO MAY CAUSE MY IMMEDIATE TERMINATION OF TREATMENT AND MAY LEAD TO CRIMINAL CHARGES BROUGHT AGAINST ME BY THE AUTHORITIES.

PATIENT SIGNATURE: _____          DATE  *7/20/17*

STAFF WITNESS: DAVID HERRON/TAMMY LEWIS_____     STAFF SIGNATURE:_____

2970 Hartley Rd, Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## NEW PATIENT INFORMATION

### Demographics

Name: (First, MI, Last): Richard A Triolo     Date of Birth: ███-1974
Age: 42     Sex: Male/Female     Marital Status: S M W D     Social Security: ███-7157
Address: 1933 Eclipse Drive
City: Middleby     State: FL     Zip Code: 32068
Phone: (Home) _____ (Cell) 631 603-4863 (Work) _____ (Other) _____
Employer Name: Baptist Medical Center South     Occupation: Respiratory therapist
Pharmacy: Walgreens  Fleming Island     Pharmacy Phone: _____
Email Address: Listray19@yahoo.com

### Insurance Information

Person Responsible for Bill (if different): _____     Subscriber DOB: _____
Address (if different): _____
City: _____     State: _____     Zip Code: _____
Phone: (Home) _____ (Cell) _____ (Work) _____ (Other) _____
Primary Insurance: _____     Phone number: _____
Subscriber number: _____     Group number: _____
Secondary Insurance: _____     Phone number: _____
Subscriber number: _____     Group number: _____

### POA and Emergency Contact

Name (Emergency Contact or POA): Brian Schmucker
Address: 4011 Julington Creek Rd
City: Mandarin     State: _____     Zip Code: _____
Phone: (Home) _____ (Cell) 904 591-4714 (Work) _____ (Other) _____
Does Patient have a Living Will?     ☐ Yes  ☐ No     (If yes, does St. Joseph have a copy? ☐ Yes  ☐ No)
Does Patient have a Healthcare Surrogate?     ☐ Yes  ☐ No     (If yes, does St. Joseph have a copy? ☐ Yes  ☐ No)

### Physician Info

Primary Care Physician: _____     Phone: _____
Address: _____
City: _____     State: _____     Zip Code: _____
How did you hear about us: _____

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0005



# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## ADMISSION SERVICE AGREEMENT

### Consent for Care/Services

I agree and consent to participate in Pain Management services offered and provided at/by St. Joseph Interventional Pain Specialists, a Pain Management provider. I understand that I am consenting and agreeing only to those services that St. Joseph Interventional Pain Specialists (the Practice), its agents and associates is qualified to provide within: (1) the scope of the individual provider's license, certification, and training; or (2) the scope of license, certification, and training of the provider directly supervising the services received by the patient. A representative of this Practice has explained my plan of care and all of my questions have been answered satisfactorily. I understand that the treatment plan may change and, if so, these changes will be discussed with me. I further understand that a representative of this Practice will supervise the services provided and that I may terminate treatment or terminate services at any time and the Practice may terminate their services to me as explained by the Practice. I agree to notify my physician or others providing care of any adverse reactions or other significant events relating to my health.

### Release of Information/Notice of Privacy Practices

I acknowledge electronic receipt of the Notice of Privacy Practices and was given an opportunity to ask questions and voice concerns. I understand that the Practice may use or disclose protected health information about me to carry out treatment, payment, or health care operations. I hereby authorize the Practice to release to or receive from hospitals, physicians, or other agencies involved in my care, all medical records and information pertinent to my care, including but not limited to, mental health, substance abuse, and HIV. I understand that this sharing of information between the Practice and the health care providers above is to facilitate evaluation of my health care needs and provision of health care services. I hereby give permission for the review of my medical record by the agencies accrediting and/or regulatory bodies. I understand I may receive a paper copy of these practices upon my request.

### Charges to be billed

I certify that all information given by me to the Practice is correct to the best of my knowledge. I request that payment of authorized benefits from Medicare, Medicaid, or other responsible payer be made on my behalf to St. Joseph Interventional Pain Specialists. The Practice accepts co-pay, deductible amounts, self-pay and insurance balances upon claim denial/payment in the form of cash, check and credit cards. There will be a fee of $30.00 for all returned checks. I further understand that services provided to me by the Practice will be billed to the following:

☐ Medicare ☐ Medicaid ☐ My insurance company (specify) _____

☐ Directly to me or my guarantor ☐ Another third party payer (specify) _____

### Liability for Payment

The Practice will bill Medicare and patient's secondary insurance according to Medicare fee schedules. All other insurance plans as available by the Practice will be billed in accordance with individual plan fee schedules and policies. Any questions pertaining to fee schedules will be answered prior to services being performed. NO SHOW PAYMENT – Confirmed appointments that are not kept will be charged to you at fifty dollars ($50). All cancellations must be made 24 hours prior to the scheduled visit.
MEDICARE PATIENTS – We will bill your Medicare for you. We will also bill secondary insurance carriers for you. All co-payments or deductibles are due upon notice of insurance claim denial/payment.
NON-COVERED SERVICES – Any care not paid for by your existing insurance coverage will require payment in full at the time services are provided or upon notice of insurance claim denial.
- It is understood that past due balances shall be assessed a service charge or interest at the highest rate allowable by law until payment is made. If suit is instituted relative to collection of indebtedness, then client consents to venue being in Duval County, FL.
- If any indebtedness due and owing is not paid as agreed, the undersigned agrees to pay a reasonable attorney's fee plus all costs of collection and other costs and expenses which may be incurred by St. Joseph Interventional Pain Specialists, relative to collection of indebtedness due and owing whether suit be instituted or not. In the event suit is initiated for enforcement or interpretation of this agreement, or performance hereunder, the prevailing party shall recover all costs and reasonable attorney fees.
- I understand and agree to pay deductible, co-payments and any amounts not paid for by my insurance.

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198



# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## ADMISSION SERVICE AGREEMENT, CONT.

---

### In Case of Emergency Instructions

In case of emergency, I understand that I am to IMMEDIATELY call 911 or go to the nearest emergency room. I am NOT to wait on a call back from St. Joseph Interventional Pain Specialists staff to instruct me on what to do. I am to consider this as my written instructions on what to do in the case of an emergency. If I have any questions on what exactly constitutes and emergency, I am to ask my provider.

### Members Responsibilities

- Members have the responsibility to treat those giving them care with dignity and respect.
- Members have the responsibility to give providers information they need. This is so providers can deliver the best possible care.
- Members have the responsibility to ask their providers questions about their care. This is so they can understand their care and their role in that care.
- Members have the responsibility to follow treatment plans for their care. The plan of care is to be agreed upon by the member and provider.
- Members have the responsibility to follow their agreed upon medication plan.
- Members have the responsibility to tell their provider about medication changed, including medications given to them by others.
- Members have the responsibility to keep their appointments. Members should call their providers as soon as possible if they need to cancel visits.
- Members have the responsibility to let their provider know when the treatment plan no longer works for them.
- Members have the responsibility to let their provider know about problems with paying fees.
- Members have the responsibility to not take actions that could harm others.
- Members have the responsibility to report abuse.
- Members have the responsibility to report fraud.
- Members have the responsibility to openly report concerns about quality of care.
- Members have the responsibility to call 72hrs prior for medication refill request.

"My signature below indicates that I have been informed of my rights and responsibilities, and that I understand this information. I understand that it is my sole responsibility to request clarification or additional information concerning my rights and responsibilities." My signature below also indicates that I have been informed of all portions of the above forms that include but are not limited to: Consent to treat, liability for payment, consent for medication and consent to bill medical insurance.

X _____     7/11/17     X _____     _____
Patient/Client/Representative          Date         Financial Guarantor (if applicable)      Date

---

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0007

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

| **Medical Records Release** |
| --- |

To: _____    Fax: _____

_____

_____

I hereby authorize you to release my medical records to St. Joseph Interventional Pain Specialists.

_Richard Trials_ _____    _____ ██ /74 _____

**Patient Name**
(Please Print Legible)

**DOB**
(Please Print Legible)

Information Requested:

_____  Last Visit/Physical Exam          _____  Laboratory Reports (Recent up to 1 year)

_____  Immunization Record              _____  X-Ray Reports (Recent up to 1 year)

_____  Hospital Admission H & P          _____  Pathology and/or Operative Report

_____  Hospital Discharge Summary        _____  Mental Health Record

_____  Other Pertinent Health Info

A copy of this request for release of medical information is as valid as the original and the authorization for release of medical information is valid for one year.

X_[signature]_____  __7/11/17__    X_____  _____

_Patient/Client/Representative_   _Date_    _Financial Guarantor (if applicable)_   _Date_

Please mail or fax records to the following address:    2970 Hartley Rd., Suite 300
Jacksonville, Florida 32257
Fax (904) 647-9198
Telephone (904) 647-9199

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## MEDICAL HISTORY

| General Medical Information |
| --- |

Main reason for today's visit/Why now: (i.e.: lower back pain started two weeks ago after working in the yard)

_Auto Accident From Feb 2017_

Rate your current pain level with 1 being the least & 10 being most:  1  2  3  4  5  6  7  8  9  10

**Current Medication:**

| Name | Dose | Amount | Time of Day |
| --- | --- | --- | --- |
| Ex: Synthroid | 50 mcg | 1 pill | Every Morning |
| Gabapentin | | | |
| methocarbamol | | | |
| | | | |
| | | | |

Allergies to Medications: _____ N A _____

Other Physicians currently treating you: _____

Other Medical Problems: _____

List previous hospitalizations, surgeries: _Left Forearm / Compound Fracture 3/2000_

**Females only:** Are you pregnant, planning a pregnancy, or nursing a child:  ( )YES ( )NO

Do you smoke:  ( )YES (✓)NO  If so: ( )Pipe ( )Cigars ( )Cigarettes  Years: _____ How much: _____

Have you ever been treated for an addiction:  ( )YES (✓)NO

Do you drink Alcohol on a regular basis:  ( )YES (✓)NO  If yes, how much, how often: _____

Do you drink coffee on a regular basis:  (✓)YES ( )NO  If yes, how many cups per day: _20 oz daily_

Are you under a lot of pressure at work:  ( )YES (✓)NO  If yes, please describe: _____

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0009

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## MEDICAL HISTORY, CONT.

| TYPE | SELF   YES | SELF   NO | FAMILY   YES | FAMILY   NO | FAMILY MEMBER |
|---|---|---|---|---|---|
| I.e.: Diabetes | ✓ | | ✓ | | Father |
| High Blood Pressure | | | | | Both |
| Low Blood Pressure | | ✓ | | ✓ | |
| Emphysema/Asthma | | ✓ | ✓ | | Both |
| Bleeding/Bruising (recent) | | ✓ | | | |
| Diabetes | | | ✓ | | Both |
| Hypoglycemia (Low Blood Sugar) | | ✓ | | ✓ | |
| Cancer/Tumors/Growths | | ✓ | | ✓ | Grandmother / Lung C. ✗ |
| Active Seizure Disorder | | ✓ | | ✓ | |
| Osteoporosis | | ✓ | | ✓ | |
| Bipolar Disorder | | ✓ | | ✓ | |
| Fractures | | ✓ | | ✓ | |
| Glaucoma | | ✓ | | ✓ | |
| Hiatal Hernia | | ✓ | | ✓ | |
| Insomnia | ✓ | | | ✓ | |
| Light Headedness or Dizziness | ✓ | | | ✓ | |
| Anxiety/Panic Attacks (recent) | ✓ | | | ✓ | |
| Depression (recent) | | | | | |
| Alzheimer's | | ✓ | | ✓ | |
| Nervous Disorder | | | | | |
| Chest Pain or Angina | ✓ | | ✓ | | Father |
| Heart Attack | | ✓ | ✓ | | Father |
| Stroke | | ✓ | ✓ | | Aunt |
| Ulcer | ? Stomach | | ✓ | | Father |
| Pace Maker | | ✓ | | | Both |
| Anemia | | ✓ | | ✓ | |
| Liver Disease | | ✓ | | ✓ | |
| Headaches | ✓ | | | ✓ | |
| Low Back Pain | ✓ | | | ✓ | |
| Pain in other areas – please indicate what area | Neck / Glute Hamstrig / Hip Flex | | | | |
| Falls (recent) | | ✓ | | | |
| Other | | | | | |

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0010

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

---

## Personal Health Information

---

Richard Triolo

Patient Name                                                                DOB ____ /74

I hereby authorize you to release my personal health information and communicate to the following individuals:
(list name, address and telephone number)

Name:_____          Name:_____
_____                        _____
_____                        _____
_____                        _____

Name:_____          Name:_____
_____                        _____
_____                        _____
_____                        _____

The above individuals are authorized to receive and review any information they have requested from St. Joseph Interventional Pain Specialists, whether it is oral or written, regarding my health, including but not limited to, medical and hospital records.  This authorization will remain effective and has no expiration date, unless revoked in writing by myself or legal representative.  St. Joseph Interventional Pain Specialists does not and has not conditioned treatment, payment, enrollment, or eligibility of benefits upon signing this Request for Release of Personal Health Information.  I understand that health information disclosed pursuant hereto is subject to re-disclosure by the recipient and no longer protected by the Health Insurance Portability and Accountability Act.

X_____          7/11/17          X_____          _____
*Patient/Client/Representative*          *Date*          *Financial Guarantor (if applicable)*          *Date*

2970 Hartley Rd., Ste 300                                    Phone: (904) 647-9199
Jacksonville, FL 32257                                         Fax: (904) 647-9198

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## Agreement for controlled substance/narcotic prescriptions

By signing my name below, I CERTIFY THAT I HAVE READ THE FOLLOWING ENTIRE AGREEMENT. I UNDERSTAND THE AGREEMENT, AND I GIVE MY CONSENT TO MY TREATMENT WITH CONTROLLED SUBSTANCES, AND I AGREE TO ABIDE BY THE TERMS., if I am placed on any form of controlled substance for the management of my pain. Controlled substances include, but are not limited to all types of opioids (Lortab, Darvocet, MS Contin, Oxycontin, etc.), benzodiazepines (Valium, Xanax, Klonopin, etc.), and tranquilizers (Floricets, Tranxene, etc.). I will ask if I have questions as to whether a medication is a controlled substance. I UNDERSTAND THESE DRUGS CAN BE ADDICTIVE, THAT THEY ARE PRESCRIBED ONLY FOR TREATMENT OF MY PAINFUL CONDITION, AND THAT I HAVE DISCUSSED THE RISKS AND BENEFITS WITH MY PHYSICIAN.

I understand that controlled prescriptions and drugs are my responsibility once they are issued to me and that if anything happens to this prescription (lost, stolen, flushed down the toilet, etc.) A NEW PRESCRIPTION WILL NOT BE WRITTEN OR CALLED IN UNTIL THE DESIGNATED APPOINTMENT TIME THAT THE PRESCRIPTION IS TO BE RENEWED.

I promise to stick with my around-the-clock pain medication schedule. If my medicines are prescribed on an every eight hour basis, I will take them every eight hours and not before then. I UNDERSTAND THAT IF I USE MORE THAN THE ALLOTTED AMOUNT OR USE UP MY MEDICATION BEFORE MY REFILL DATE, NO MORE PILLS WILL BE GIVEN, nor should I request further pills, and I will be expected to handle my situation without the medication until the designated refill time. If I am given as needed medications (prn) to supplement my around-the-clock medicines, I will manage them in a way so as not to run out or request more before my refill date.

I understand that narcotic prescriptions will not be phoned into a pharmacy for pick up. I must appear at my given appointment time to be re-evaluated in order to receive any refill prescriptions. Refills will not be given during non-clinic hours; not on weekends; not on holidays or nights. I will plan ahead and notify the clinic in advance if I need assistance with controlled substance prescriptions.

I understand that I must appear in person on my appointment time to receive narcotic prescriptions. I WILL NOT BE GIVEN REFILLS IF I COME IN BEFORE THE REFILL APPOINTMENT TIME. Narcotic scripts will only be refilled or changed during scheduled appointment times. I HEREBY GIVE MY CONSENT FOR RANDOM DRUG SCREENING WHICH MAY BE BY BLOOD OR URINE.

I understand that if I develop another painful condition, (i.e.: toothache, abdominal pain, etc.) I will see my doctor for an evaluation. I WILL NOTIFY THE CLINIC IF I RECEIVE ANY OTHER CONTROLLED MEDICATIONS, ORAL OR SHOTS, FOR ANY PAIN PROBLEM OR BY ANOTHER HEALTH CARE PROVIDER. The only exception to this is if I am actually admitted to a hospital (not an emergency room visit). Generally you should receive postoperative pain medicines from the surgeon who operated on you. I understand that I am not to use these narcotics as an emotional crutch (i.e.: to get through a family weekend, etc.) They are to be used on an around-the-clock basis and only for my diagnosed pain condition. I WILL NOT SHARE OR SELL MY MEDICINES TO ANYONE FOR ANY REASON.

## Refunds

No refunds will be granted if discharged for the following: failing urine analysis, counterfeit or modified pharmacy records, counterfeit or modified MRI findings, counterfeit or modified documentation, doctor shopping, track marks or taking medication which was not prescribed to you.

## Florida Statutes

Florida Statute 893.13, it is a third degree felony, punishable by up to 5 years in prison and a $5000.00 fine if you possess or attempt to possess narcotic medication by misrepresentation, fraud, deception, forgery or subterfuge. By signing this form you authorize St. Joseph Interventional Pain Specialists to cooperate fully with the city, state and government officials to provide a copy of this agreement as proof of authorization and compliance; waive your right of applicable privilege to right of privacy or confidentiality. You also hereby swear under penalty of perjury that you have not been prescribed narcotic medication from another physician since your last visit and that you are in full compliance with Florida Statute 893.13.

## Professional Liability Insurance

St. Joseph Interventional Pain Specialist's doctors may have elected not to carry malpractice insurance. By signing this form you understand and accept care under these conditions.

X _____  7/11/17  X _____  _____
Patient/Client/Representative        Date      Financial Guarantor (if applicable)        Date

2970 Hartley Rd., Ste 300
Jacksonville, FL 32257

Phone: (904) 647-9199
Fax: (904) 647-9198

SJIPS_0012

# ST JOSEPH INTERVENTIONAL PAIN SPECIALISTS

| Background Check Authorization |
|---|

Name: (First, MI, Last): _Richard A Triolo_   Date of Birth: ████ '74

Former Name(s) and Dates Used: _____

Current Address/How Long: _1933 Eclipse Drive middleby FL 32068   5 yrs_

Current Employer & Address: _Baptist Medical Center South old St Augstine Road_

If Unemployed:  A – How Long? _____   B – Source of Income? _____

Social Security: █████ - 7157   Driver's License Number/State: _T 640-741-74-379-0_

1. Have you ever been to an addiction specialist/attended a rehab program: _NO_
2. Have you ever been arrested: _NO_
3. Have you ever been convicted of a drug related offense: _NO_

The information contained in this application is correct to the best of my knowledge.  I hereby authorize St. Joseph Interventional Pain Specialists and its designated agents and representatives to conduct a comprehensive review of my background.  I understand that the scope of the investigative report may include, but is not limited to the following areas: verification of social security number; current and previous residences; employment history; character references; drug testing, civil and criminal history records from any criminal justice agency in any or all federal, state, county jurisdictions; driving records, and any other public records.

I further authorize any individual, company, firm, corporation or public agency (including the Social Security Administration and law enforcement agencies) to divulge any and all information, written and pertaining to me, to St. Joseph Interventional Pain Specialists or its agents.

I hereby release St. Joseph Interventional Pain Specialists, the Social Security Administration, and its agents, officials, representatives, or assigned agencies, including officers, employees, or related personnel both individually and collectively, from any and all liability for damages of whatever kind, which may, at any time, result to me, my heirs, family or associates because of compliance with the authorization and request to release.

X _____   _7/11/17_   X _____   _____
Patient/Client/Representative       Date        Financial Guarantor (if applicable)      Date

2970 Hartley Rd., Ste 300       Phone: (904) 647-9199
Jacksonville, FL 32257       Fax: (904) 647-9198

SJIPS_0013

# JACKSONVILLE PAIN & INJURY

---

**PIP – INITIATION OF TREATMENT**

---

Date: 7/11/17          Auto Insurance Carrier: State Farm

Address to submit claims: 2067 Palmetto Street ~~1933 Eclipse Drive~~

City: Middleburg          State: FL          Zip: 32068

Phone No: 631-6          Fax No: _____

Adjustor's Name: Rich Morris

Patient Name: Richard Trisb          Date of accident: 2/21/17

Date of initial visit: _____          Claim number: _____

### TO WHOM IT MAY CONCERN

In accordance with Florida Statute 627.736 (5)(b), Jacksonville Pain & Injury, Inc., is informing the above named Auto Insurance Company that the above named patient/insured has requested treatment by our facility.  This notice transmitted by facsimile within 21 days of the initiation of care permits our billing for services rendered to be performed within 60 days from each service provided.

X  Richard Trisb          7/11/17          _____          _____
   *Patient Name Printed*          *Date*          *Physician Name Printed*          *Date*

X  _____          _____          _____          _____
   *Patient Signature*          *Date*          *Physician Signature*          *Date*

4051 Philips Hwy, Ste 2          Phone: (904) 647-9199
Jacksonville, FL 32207          Fax: (904) 647-9198

SJIPS_0014

# JACKSONVILLE PAIN & INJURY

## ASSIGNMENT OF BENEFITS/POLICY RIGHTS

Patient: _Richard Trieb_    DOB: _▮▮ 74_

I, the undersigned Patient, have and do assign any and all rights and benefits of insurance of any and all applicable personal injury protection, medical payments, and/or insurance to Jacksonville Pain & Injury, Inc. for services and/or supplies rendered for the treatment of personal injuries sustained in the incidents of _2/21/17_, to the undersigned Patient and covered by Personal Injury Protection (P.I.P.) Coverage or other insurance coverage under my policy, in accordance with Florida Statute 627.736. I have read the information herein and it is true to the best of my knowledge and belief.

This assignment includes, but is not limited to, all right to collect benefits directly from the insurance company for services that I have received and all rights to proceed against the insurance company obligated to provide benefits including legal suit if for any reason the insurance company fails to make payments of benefits to which I am due. Specifically, this assignment includes the right to collect payment for the reasonable costs connected with copying and mailing records to the insurer at the insurers request and in accordance with Florida Statute 627.736. This assignment also includes any right to recover attorney's fees and costs for such action brought by the provider as Patient's assignee. I agree that Jacksonville Pain & Injury, Inc., may select any attorney of choice and understand and agree that the attorney selected by them may be different than the attorney handling my personal injury/bodily injury claim or case.

I hereby instruct the insurance carrier that, in the event the medical benefits are disputed for any reason, including medical relatedness, reasonableness, and/or necessity, that the amount of benefits claims by Jacksonville Pain & Injury, Inc. is to be set aside and not disbursed until the dispute is resolved. As part of this assignment of rights and benefits, I further instruct the insurance carrier to notify the provider immediately of any dispute as to payment that he/she may exercise their legal rights. I have read the information herein and it is true to the best of my knowledge and belief.

X _Richard Trieb_    _7/11/17_    _____    _____
**Patient Name Printed**    **Date**    *Physician Name Printed*    *Date*

X _____    _____    _____    _____
**Patient Signature**    **Date**    *Physician Signature*    *Date*

4051 Philips Hwy, Ste 2    Phone: (904) 647-9199
Jacksonville, FL 32207    Fax: (904) 647-9198

# JACKSONVILLE PAIN & INJURY

**STANDARD DISCLOSURE AND ACKNOWLEDGEMENT FORM**

**PERSONAL INJURY PROTECTION – INITIAL TREATMENT OR SERVICE PROVIDED**

The undersigned injured person (or guardian of such person) affirms:

1. The services set forth below were actually rendered. This means that those services have already been provided.

   _____

   _____

   _____

2. I have the right and the duty to confirm that the services have already been provided.
3. I was not solicited by any person to seek any services from the medical provider of the services described above. This means that no person has initiated contact with me and/or persuaded me to use the doctor or licensed professional, clinic or medical institution that provided the services.
4. The medical provider has explained the services to me for which payment is being claimed.
5. If I notify the insurer in writing of a billing error, I may be entitled to a portion of any reduction in amounts paid by my motor vehicle insurer. If entitled, my share would be at least 20% of the amount of the reduction up to $500.00.

The undersigned licensed medical professional affirms the statement numbered 1 above and also:

A. I have not solicited or caused the insured person who was involved in a motor vehicle accident to be solicited to make a claim for Personal Injury Protection benefits.
B. I have explained the services rendered to the insured person, or his or her guardian, sufficiently for that person to sign this form with informed consent.
C. The accompanying statement or bill is properly completed in all material provisions and all relevant information has been provided therein. This means that each request for information has been responded to truthfully, accurately, and in a substantially complete manner.
D. The coding of the procedures on the accompanying statement or bill is proper. This means that no service has been up coded, unbundled, or constitutes an invalid or not medically necessary diagnostic test as defined by Section 627.732 (15) and (16), Florida Statutes or Section 627.736 (5)(b)6, Florida Statutes.

X _Richard Trisb_  _7/11/17_   _____   _____
*Patient Name Printed*      *Date*          *Physician Name Printed*      *Date*

X _____   _____   _____   _____
*Patient Signature*      *Date*          *Physician Signature*      *Date*

*Any person knowingly with intent to injure, defraud, or deceive any insurer files a statement of Claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree per Section 817.234(1)(b), Florida Statutes.
*Note: The original of this form must be furnished to the insurer pursuant to Section 627.763(4)(b), Florida Statutes and may not be electronically furnished. Failure to furnish this form may result in non-payment of this claim.

4051 Philips Hwy, Ste 2                              Phone: (904) 647-9199
Jacksonville, FL 32207                                 Fax: (904) 647-9198

## Auto Injury Patient Demographics
### ALL ITEMS BELOW MUST BE COMPLETED

Last Name: Triolo                    First: Richard                    MI: A

Address: 1933 Eclipse Drive

City: Middleby FL 32068            State: FL                    Zip: 32068

Date of Birth: _____ . 74         Gender: (M) or F            Marital Status: M/(S)/D  W

Home Phone:                        Cell Phone: 631 603-4867    Soc Sec Num: _____ -7157

Spouse's Name:                     Email Address: Listrong 19@yahoo.com

Employer Name: Baptist Medical Center South    Work Phone:

Work Address: old St Augstine Rd

Work City: Mandarine              Work State: FL              Work Zip:

Preferred Pharmacy Name: Walgreens    Pharmacy Phone Number:

Pharmacy Address: Town Center Rd  Fleming Island    Pharmacy City: Fleming Island

Name of nearest relative not living with you: Brian Schmucker    Phone: 904 591-4714

Who do we contact in case of an emergency?                    Phone:

Date Patient's Injury Occurred:    Claim Number:

Attorney Name:

Attorney Address:

Attorney City:                     City:                State:        Zip:

Attorney Phone:                    Attorney Fax:

Primary Care Provider Name:        Primary Care Provider Phone Number:

If patient is under 18 years old – name of parent or guardian:

## Jacksonville Pain and Injury Center
### HIPAA PRIVACY CONSENT

By signing on page two of this form the above named patient or the guardian of the patient understands that:
- Protected health information may be disclosed or used for treatment, payment or health care operations
- The Practice has a "Notice of Privacy Practices" document and the patient/guardian has the opportunity to review this notice
- The Practice reserves the right to change the Notice of Privacy Practices at any time
- The patient has the right to restrict the uses of their information but the Practice does not have to agree to those restrictions
- The patient may revoke this Consent in writing at any time and all future disclosures will then cease
- The Practice may condition treatment upon the execution of this Consent

## RELEASE OF MEDICAL INFORMATION

By signing on page two of this form, I authorize **Jacksonville Pain and Injury** to release ALL demographic and medical information related to the above named patient's injury sustained on the date of injury listed on page one of this form to the follow persons or entities:

1.) The attorney listed on page one of this form

This information includes but is not limited to information on the above named patient's history, examination, testing results, diagnosis, treatment recommendations, prognosis, consultant reports and patient compliance with treatment recommendations that relates to the patient's injury sustained on the date of injury listed on page one of this form.

Patient Demographics v1.0

<u>Auto Injury – Patient History Form – Page 1 of 4</u>

Patient Name: Richard Triol    Today's Date _____

Patient Birth Date: █ -74

Date of Injury: 2/21/17    Approx Time of Accident: 1 pm

Your Vehicle: Year: 2017    Make: Ford    Model: mustang Gt

Other Vehicle: Year: _____    Make: _____    Model: _____

The roads were: ☑Dry ☐ Wet ☐ Icy    The weather was: ☑Clear ☐ Raining ☐ Snowing ☐ Foggy

Accident Type: ☑Rear Ended ☐ Head-On ☐ Broad-sided ☐ Other: _____

Where were you sitting in the care when the accident occurred?

☑Driver ☐ Front Passenger ☐ Other: _____

Were you wearing a seat belt? ☑Yes ☐ No    Did your airbag go off? ☐ Yes ☑No

Did you hit your head? ☑Yes ☐ No    Did you lose consciousness? ☐ Yes ☑No

Please describe the events that caused your injury:

I was rear ended by while at a traffic light.

Immediately following the accident (please mark yes or no for all):

☐ Yes ☑No - Ambulance/Paramedics were called    ☐ Yes ☑No - I was treated at the scene

☐ Yes ☑No - I was transported to the hospital ER by ambulance    ☑Yes ☐ No - I went to the hospital ER on my own

☐ Yes ☑No - I was admitted to the hospital for treatment    ☑Yes ☐ No - I was treated in the ER and sent home

List the symptoms are having starting with the worst symptom first and ending with most minor symptom and then rate the pain/discomfort you are having for each symptom:

1. Lower back pain, radiates down into Glute to hemstring & Across Hip Plexor

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | (5 | 6) | 7 | 8 | (9 | 10) |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8 | 9 | 10) |

2. Neck pain, right side upper neck pain radiates down into trap around Scapula

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | (5 | 6) | 7 | 8 | (9 | 10) |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9 | 10) |

3. Headaches

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | (0) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9 | 10) |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9 | 10) |

4. _____

| | No Pain | | | | | | | | | | Worst pain possible |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain/discomfort scale for this symptom at its best: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pain/discomfort scale for this symptom at its worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

## Auto Injury – Patient History Form – Page 2 of 4

Describe any other symptoms that you are having:_____
_____
_____

What are the worst times of day for your pain: ☒Morning  ☐ Afternoon  ☐ Evening  ☒ Night

What makes your pain BETTER? _Therapy /Some Stretching - All Temp_____
What makes your pain WORSE? _Sometimes it Feels like anything does._____

Using the diagram to the right, mark the areas you feel pain using the symbols below:

Ⓐ = ache          N = Numbness
Ⓑ = burning       P = Pins and needles
D = Dull          Ⓢ = Stabbing
                  Ⓣ = Throbbing

Please indicate the other doctors/providers you have seen for this injury (mark all that apply):
☐ General Practitioner  ☐ Physical therapist  ☒ Chiropractor  ☐ Massage therapist  ☐ Acupuncturist
☐ Orthopedist  ☒ Neurologist  ☐ Psychiatrist  ☐ Physical Medicine/Rehab specialist
☐ Other:_____

What other medical tests you have already had completed?
                        Date:                    Area Tested:
☐ No ☒ Yes – Xrays_____
☐ No ☐ Yes – CT Scan_____
☐ No ☒ Yes – MRI Scan_____
☐ No ☐ Yes – EMG Test_____
Other: _Nerve Conduction Study_____

Have you had any injuries (other auto injuries, falls, sports injuries, etc) in the past that were significant OR required medical evaluation or treatment?  ☒ No ☐ Yes
If yes, please describe:_____
_____

Please write your last name here:_____

### Auto Injury – Patient History Form – Page 3 of 4

**Please indicate if you have had any of the following symptoms since your accident (please answer all items):**

☐ No ☒ Yes - Fatigue
☐ No ☐ Yes - Hearing Changes
☐ No ☐ Yes - Vision Changes
☐ No ☐ Yes - Nasal Congestion
☐ No ☐ Yes - Chest Pain
☐ No ☐ Yes - Shortness of breath
☐ No ☐ Yes - Coughing
☐ No ☐ Yes - Nausea
☐ No ☐ Yes - Vomiting
☐ No ☐ Yes - Abdominal Pain

☐ No ☐ Yes – Skin rash/changes
☐ No ☐ Yes - Unable to control bladder/urination
☐ No ☐ Yes - Unable to control bowel movements
☐ No ☐ Yes - Joint swelling
☐ No ☐ Yes - Numbness
☐ No ☐ Yes - Tingling
☐ No ☐ Yes - Weakness
☐ No ☐ Yes - Seizures

☐ No ☒ Yes - Memory Loss
☐ No ☒ Yes - Headaches
☐ No ☐ Yes - Easy Bruising
☐ No ☒ Yes - Depression
☐ No ☐ Yes - Anxiety
☐ No ☒ Yes - Irritable
☐ No ☒ Yes - Difficulty with sleep
☐ No ☐ Yes - Suicidal thoughts

**Please indicate and list all of your CURRENT AND PAST MEDICAL PROBLEMS (please answer all items):**

☐ No ☐ Yes - Diabetes
☐ No ☐ Yes - High blood pressure
☐ No ☐ Yes - High cholesterol
☐ No ☐ Yes - Heart Attack
☐ No ☐ Yes - Stroke
☐ No ☐ Yes - Migraines
☐ No ☐ Yes - Asthma
☐ No ☐ Yes - COPD/Emphysema

☐ No ☐ Yes - Allergies
☐ No ☐ Yes - Osteoporosis
☐ No ☐ Yes - Arthritis
☐ No ☐ Yes - Anemia
☐ No ☐ Yes - Thyroid disease
☐ No ☐ Yes - Depression
☐ No ☐ Yes - Anxiety
☐ No ☐ Yes - Seizures

☐ No ☐ Yes - Heartburn/Reflux
☐ No ☒ Yes - Sleep Apnea
☐ No ☐ Yes - Blood Clots
☐ No ☐ Yes - Bleeding disorders
☐ No ☐ Yes - Cancer
What type of cancer:_____
_____
_____

Please list any other medical problems you have and serious illnesses in the past including hospitalizations (other than surgery):_____
_____

Please list all SURGERIES you have had in the past (including the approximate date of those surgeries):
‾Left Forearm / Compound Fx_____
_____
_____

**Please indicate if any of your SIBLINGS, PARENTS, GRANDPARENTS, or CHILDREN have any of the following medical conditions (please answer all items):**

☐ No ☐ Yes - Heart Disease
☐ No ☐ Yes - Stroke
☐ No ☐ Yes - Substance Abuse

☐ No ☐ Yes - Depression/Anxiety
☐ No ☐ Yes - Chronic Pain
☐ No ☐ Yes - Blood Clots

☐ No ☐ Yes – Cancer
If cancer, what type:_____
_____

Please list any other family medical conditions:_____

**Current Medications (please include NAME, DOSE, and HOW OFTEN YOU TAKE THE MEDICINE) – If you have a list, please attach:**    NOT TAKING

1.) Gabapentin   } any more        2.)_____
3.) metacetarole  } meds not       4.)_____
5.)_____  working      6.)_____
7.)_____       8.)_____

Do you take any other over the counter medications or herbals?_____

☐ No ☐ Yes - Do you have any allergies to medications? If yes, please list_____
_____

Please write your last name here:_____

## Auto Injury – Patient History Form – Page 4 of 4

When was your last tetanus shot/immunization (please give an approximate date)?_____

What level of education did you complete:
☐ Some high school                              ☒ College Degree
☐ High school degree or GED                     ☐ Graduate or Professional Degree
☐ Some college                                  ☐ Vocation training

What is your current occupation? _Registered Respiratory Therapist_____
How long have you been employed at your current position? _4 yr_____
Describe what you do at work? _I help Pt's with pulmonary & Heart disease_____
☒ No ☐ Yes - Are you on any current work restriction? – If yes, please describe: _I do not help in heavy
lifting anymore._____

☒ No ☐ Yes - Do you or have you ever smoked tobacco? If yes, how many years?___ How many packs per day?_____
When did you quit?_____
☒ No ☐ Yes - Do you use other tobacco products? If yes, please list:_____

☐ No ☒ Yes - Do you drink alcohol? If yes, how many alcoholic beverages do you drink per week: _24 oz = 2 Beer_
            (1 beverage = 1.5 oz (shot) of liquor OR 5 oz of wine OR 12oz of beer)

☒ No ☐ Yes - Do you smoke or use marijuana? If yes, how often:_____

Do you use any other illicit drugs (cocaine, heroin, methamphetamine, prescription narcotics not prescribed by one of your doctors, etc)? ☒ No ☐ Yes – If yes, please describe:_____
_____

To the best of my knowledge, the questions on this form have been accurately answered. I understand that providing incorrect information can lead to a delay in diagnosis and can be dangerous to my health. It is my responsibility to inform the doctor's office of any change in my medical status.

_____                    _7/11/17_____
Signature of patient or legal guardian                        Date

## JACKSONVILLE PAIN AND INJURY
### HISTORY AND PHYSICAL EXAMINATION FORM

Name: Richard Triolo    DOB: ████ / 74    Date: 07 / 11 / 17

CC: 42 y/o ♂ c̄ H/o MVC   Feb '17    D, R, Rear ended, stop @ light,

Pt. is S/T trauma   ∅ car in front, Dazed, ∅ LOC,

Baptist South, ED, same day, (CT Ro Fx,)

Initially: Mild to lower back, pain ↑↑↑ after, tight, achy.

1. LBP → ⓇLE post aspect, ... lower thigh → ref. to Ⓡ groin.

RADIOLOGY REPORT REVIEWED: ∅ radic' → ∅ NDT, ∅ anti N.

HPC: Pain is (0-10) _____ throughout the day, w/flare ups of (0-10) _____ as often as _____

Aggravated by _____ lifting, _____ bending, _____ twisting, _____ sitting or standing in

one position too long, 2— Neck Pain Ⓡ side — Ⓡ paravascap. area   →occ. neural

Other: Ⓛ paralum   At Ⓡ neck rotation → ∅ UE radic

Relieved by _____ lying, _____ resting, _____ stretching, Ⓡ exercise, _____ heat,

_____ ice, _____ message.   AF: ! Prol standing
Prol.

Other alleviating factors: _____ + night pain IS .—
+ + am pain, ↓

Radiation to _____ SiT → ... —    numbness, burning, tingling
LCR —
Chiro → march → present. 3/wk   Dr McDaniels.

Without pain relief from current medication would you be able to sleep?    Yes ☐    No ☐    OP

Does the pain deplete your energy/motivation?    Yes ☐    No ☐    Mc

Are you irritable/moody because of the pain?    Yes ☐    No ☐

Does it affect your relationship?    Yes ☐    No ☐

Does it cause problems at work?    Yes ☐    No ☐

Are you able to work with the pain?    Yes ☐    No ☐

Since the pain and w/o pain control have your daily activities diminished?    Yes ☐    No ☐

PMHx: ∅

PSHx: Ⓛ Radial/ulna Comp' Fx, ⓈP ORIF

FMHx: MO: COPD   Aunt COPD .   Fa: GF DM/CAD GM lung CA
                                                    c̄ CHF/COPD .
                                                    ∅

Smoking Hx: ∅   Pack/Day;   Etoh Hx  Soc   Recreational Drugs

Allergies: _____ (NKDA)   Other: _____

Past history of Pain Management: Dr Assad, Atlantic Neuro Svc.

Meds: G/P .—
Metho carb. —

SJIPS_0022

Date: _07_/_11_/_17_

Patient Name: _Triolo, Richard_    Age: _42_    DOB: ▮▮▮▮. _1974_

- ☐ Routine F/O to pain management
- ☐ Patient is satisfied and doing well on current therapy
- ☐ Patient is having no side effects from medications
- ☐ Activity of daily living has improved
- ☐ Patient is following all recommendations from previous visit (stretching, diet, referrals, etc.)
- ☐ Smoking cessation has been advised and options discussed
- ☐ Patient understands the necessity of being titrated off opiates and is complying with orders
- ☐ No better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity

PMHx: ☐ No Change        PSHx: ☐ No Change

F/SHx: ☐ No Change        ALL: ☐ No Change

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30 mg | | | |
| ☐ | Roxicodone 15 mg | | | |
| ☐ | Meloxicam | | | |
| ☐ | Elavil | | | |
| ☐ | | | | |

PE: BP: _145/98_  P: _63_ _spo2_  R: _76°_  Temp: _96.7_  Ht: _74"_  Wt: _246_  LMP: _N/A_

☐ No Change in PE. *See* H & P

Other: _____
_____
_____

Pain level with medication: ____/10        Pain level without medication: ____/10
New Labs/Tests:
Diagnostic studies:  MRI: Date: _____    Area of MRI: _____

Diagnosis: _____
Plan: ☐  Routine F/U. No new issues
      ☐  Continue current meds as before. Patient understands importance of titrating down and will cut back next month. Goal: _____
      ☐  Change in meds: _____
      ☐  Continue all current recommendations
      ☐  Referrals: _____
      ☐  F/U un one month or with any problems as needed
Have you been arrested for any drug related charges since your last visit?
Have you been taking your medications as prescribed?

Reason to prescribe opiods/narcotics for greater than 72 hours: _____
      ☐ Patient on chronic opiod therapy
        Chronic pain due to: _____

_____        _____
Dr. Signature                  Date

SJIPS_0023

**Richard Triolo**  **42**  Date: 08/11/17
Patient Name _____  Age ____  DOB ~~_____~~ -74

- ☐ Routine F/O to pain management
- ☐ Patient is satisfied and doing well on current therapy
- ☐ Patient is having no side effects from medications
- ☐ Activity of daily living has improved
- ☐ Patient is following all recommendations from previous visit (stretching, diet, referrals, etc.)
- ☐ Smoking cessation has been advised and options discussed
- ☐ Patient understands the necessity of being titrated off opiates and is complying with orders
- ☐ No better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity

PMHx: ☐ No Change          PSHx: ☐ No Change

F/SHx: ☐ No Change          ALL: ☐ No Change

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30 mg | | | |
| ☐ | Roxicodone 15 mg | | | |
| ☐ | Meloxicam | | | |
| ☐ | Elavil | | | |
| ☐ | | | | |

PE: BP: 132/70  P: 61  R: ____  Temp: 98.3  Ht: 71"  Wt: 247 LMP: N/A

☐ No Change in PE. *See* H & P

Other: _____
_____
_____

Pain level with medication: ____/10     Pain level without medication: ____/10
New Labs/Tests:
Diagnostic studies:  MRI: Date: _____  Area of MRI: _____

Diagnosis: _____
Plan: ☐ Routine F/U. No new issues
  ☐ Continue current meds as before. Patient understands importance of titrating down and will cut back next month. Goal: _____
  ☐ Change in meds: _____
  ☐ Continue all current recommendations
  ☐ Referrals: _____
  ☐ F/U un one month or with any problems as needed
Have you been arrested for any drug related charges since your last visit?
Have you been taking your medications as prescribed?

Reason to prescribe opiods/narcotics for greater than 72 hours: _____

  ☐ Patient on chronic opiod therapy
    Chronic pain due to: _____

_____          _____
Dr. Signature          Date

SJIPS_0024

Date: 08 / 03/ 17

**Triolo, Richard**                    **42**                    DOB ████ - 1974
Patient Name                           Age

☑ Routine F/O to pain management              W/P Ⓡ Paramedian
☐ Patient is satisfied and doing well on current therapy              L5-S1 — constant,
☑ Patient is having no side effects from medications                 → ref: buttock
☐ Activity of daily living has improved                              Groin
☑ Patient is following all recommendations from previous visit (stretching, diet, referrals, etc)    Post Thigh
☐ Smoking cessation has been advised and options discussed
☑ Patient understands the necessity of being titrated off opiates and is complying with orders
☐ No better or worse, current dose has ameliorated quality of life and allows patient to work
   or function at a higher capacity                    AFI) + am pain — worse
                                                        2) prol. sitting
PMHx: ☐ No Change        PSHx: ☐ No Change
                                                    Tiltback (L - extension)
F/SHx: ☐ No Change        ALL: ☑ No Change           Refer Ⓡ calf

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30 mg | | | |
| ☐ | Roxicodone 15 mg | | | |
| ☐ | Meloxicam | | | |
| ☐ | Elavil | | | |
| ☐ | | | | |

PE: BP: 131/79  P: 52  R: 95%  Temp: 97.2 Ht: 6'2"  Wt: 247.8 LMP: N/A
                              spO2

☑ No Change in PE. *See H & P*

Other: _____ FABERS → Relieves the low
       _____ back pain when sitting
       _____

Pain level with medication: ____/10      Pain level without medication: ____/10
New Labs/Tests:
Diagnostic studies:  MRI: Date: _____  Area of MRI: _____

Diagnosis: _____
Plan: ☐ Routine F/U. No new issues
      ☑ Continue current meds as before. Patient understands importance of titrating down
         and will cut back next month. Goal: _____
      ☐ Change in meds: _____
      ☐ Continue all current recommendations
      ☐ Referrals: L4, L5 Ⓡ TFSI  , ? PM13B
      ☐ F/U un one month or with any problems as needed
Have you been arrested for any drug related charges since your last visit? N
Have you been taking your medications as prescribed? Y

Reason to prescribe opiods/narcotics for greater than 72 hours: _____
      ☐ Patient on chronic opiod therapy
      Chronic pain due to: _____

_____                    8/03/17
Dr. Signature                              Date

## St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

**Patient: RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068    (631) 603-4863 (Home)

**Patient ID:** 3288
**DOB:** ████1974
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

### Encounter Summary

**Diagnosis:**
ICD9 List
M54.2 Cervicalgia
M54.5 Low back pain
M47.12 Other spondylosis with myelopathy, cervical region
M47.26 Other spondylosis with radiculopathy, lumbar region
M43.16 Spondylolisthesis, lumbar region
M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**
Diclofenac sodium 50 mg tablet,delayed release
60 Tablet
1 Tablet Twice a Day
Refill: 0


Doxepin 50 mg capsule
30 Capsule
1 Capsule Every Evening at Sleep Time
Refill: 0


Norco 10 mg-325 mg tablet
60 Tablet
1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
Refill: 0


Zanaflex 4 mg tablet
60 Tablet
1 Tablet 2 Times Per Day every 6 hours; (Maximum 3 doses Per 24 Hours)
Refill: 0

Thursday, August 03, 2017 12:50 PM                                    Page 1 of 1

# St. Joseph Interventional Pain Spec.

NPI: 1497006423

2970 Hartley Road, Suite 300

Jacksonville, FL 32257

(904) 647-9199 Fax: (904) 647-9198

**Reynaldo Pardo, M.D.**

---

## Patient: **RICHARD TRIOLO**

1933 ECLIPSE DRIVE, Middleburg, FL, 32068     (631) 603-4863 (Home)

**Patient ID:** 3288
**DOB:** ▮▮▮▮1974
**Gender:** Male

**Preferred Pharmacies:**
**Allergies:**

---

## Encounter Summary

**Diagnosis:**       ICD9 List
              M54.2 Cervicalgia
              M54.5 Low back pain
              M47.12 Other spondylosis with myelopathy, cervical region
              M47.26 Other spondylosis with radiculopathy, lumbar region
              M43.16 Spondylolisthesis, lumbar region
              M43.07 Spondylolysis, lumbosacral region

**Medication Prescribed:**   Diclofenac sodium 50 mg tablet,delayed release
              60 Tablet
              1 Tablet Twice a Day
              Refill: 0


              Doxepin 50 mg capsule
              30 Capsule
              1 Capsule Every Evening at Sleep Time
              Refill: 0


              Norco 10 mg-325 mg tablet
              60 Tablet
              1 Tablet Every 4-6 Hours for pain; (May use every 4-6 Hours); Maximum 6 Tablets Per 24 Hours
              Refill: 0

Tuesday, July 11, 2017 2:41 PM

Page 1 of 1

SJIPS_0027



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**         TRIOLO, RICHARD
**ID NUMBER:**            22731
**DATE OF BIRTH:**        ████1974
**REFERRING PHYSICIAN:**  SYED ASAD, M.D.
**DATE OF SERVICE:**      04/04/2017

### MRI SCAN OF LUMBAR SPINE

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

SJIPS_0028



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

---

**PATIENT NAME:**          TRIOLO, RICHARD
**ID NUMBER:**             22731
**DATE OF BIRTH:**         ███1974
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:**       04/04/2017
**PAGE 2**

**IMPRESSION:**
1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/ll**      D/D: 04/04/2017    D/T: 04/04/2017                    **DRSO6843 - 8:47**

SJIPS_0029





SJIPS_0030

Richard Triolo



Right



SJIPS_0031

Richard Triolo

2



Right



SJIPS_0032

Richard Triolo
07-20-17



Right

SJIPS_0033

Richard Triolo
18-11-17

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▇▇▇1974        Sex: M        Account No.:
Encounter ID: 160618387     Encounter Date: 12/07/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, right leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent lower back pain described as a deep intense ache with intermittent sharp pain. The pain score index is 8/10 on the visual analog score. Aggravating factors prolonged standing, prolonged sitting, rainy weather or cold weather. The patient is considering proceeding with minimally invasive lumbar fusion to address the persistent radiculopathy secondary to herniated disc protrusion. This is been discussed with Dr. Tumbis of the orthopedic spinal surgery service. |
| | The patient continues to obtain moderate relief with the use of Arymo ER (morphine sulfate extended release) 30 mg Q 12 hours. The patient denies any adverse effects. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Nose: No epistaxis or rhinorrhea |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 248.00 lbs |
| | BMI: 31.84 |
| | Blood Pressure: 133/87 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 97.30 F |
| | Pulse: 69 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB:███1974    Sex: M    Account No.:
Encounter ID: 160618387    Encounter Date: 12/07/2017
Encounter Type: Office Visit

|  |  |
|---|---|
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | CERVICAL SPINE: Nontender to palpation. Full range of motion. |
| | UPPER EXTREMITIES: Motor sensory function: intact. |
| | LUMBAR SPINE: Tenderness: posterolateral structures L3-4 through L5-S1 right side greater than left. |
| | Flexion limited to 75°, elicits radiculopathy. |
| | Lumbar extension elicits axial pain to 15°. |
| | Slump test: positive. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:    ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:    1. Continue current medication therapy.
    2. Patient to undergo minimal invasive lumbar enter vertebral fusion.

Date: 12-07-17

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ■■■■1974      Sex: M    Account No.:
Encounter ID: 160617903     Encounter Date: 10/31/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Lower back pain, right leg pain. |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent lower back pain with associated right lower extremity radiculopathy. The patient had an appointment with Dr. Tumbis on 10/20/2017. The patient reports that a lumbar fusion was recommended. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
| | Respiratory: negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena. |
| | Denies constipation, diarrhea, or abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 238.00 lbs |
| | BMI: 30.55 |
| | Blood Pressure: 128/94 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 97.20 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: S1 and S2 heard. No gallops. |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left. |
| | Flexion to 70° elicits concordant pain. |
| | Positive slump test, right side. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1 – 2 disc level: unremarkable. |

SJIPS_0036

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ████1974      Sex: M    Account No.:
Encounter ID: 160617903    Encounter Date: 10/31/2017
Encounter Type: Office Visit

L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                ICD-10 Codes:
                          1) V4949XS; Driver injured in collision with other motor vehic
                          2) M545; Low back pain
                          3) M4696; Arthropathy, lumbar facet joint.
                          4) S134XXS; Sprain of ligaments of cervical spine, sequela
                          5) S161XXS; Strain of muscle, fascia and tendon at neck level,
                          6) M4316; Spondylolisthesis, lumbar region
                          7) M5137; Other intervertebral disc degeneration, lumbosacral region
                          8) M4716; Other spondylosis with myelopathy, lumbar region
                          9) M4806; Spinal stenosis, lumbar region
                          10) M5416; Radiculopathy, lumbar region
                          11) M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:                1. We will withhold any spinal interventions prior to lumbar fusion.
                          2. Continue current medication therapy. Patient should return to clinic in case of any medication adverse effects.

Date: 10-31-17

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974      Sex: M    Account No.:
Encounter ID: 155581429    Encounter Date: 10/03/2017
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Lower back pain, right leg pain. |
| History Of Present Illness: | The patient returns to clinic and reports persistent lower back pain referred to the right lower extremity. Mr. Triolo reports moderate sustained relief after starting Arymo ER 30 Mg Q 12 Hours. He denies any adverse effects. Symptoms of lumbar radiculopathy, and nerve root compression secondary to spondylolisthesis continue to occur, and are aggravated with increased activity, bending and lifting, prolonged standing, prolong ambulation, prolonged sitting, going from sitting to standing position, and climbing stairs. He reports a moderate improvement in activity with the relief obtained by the extended-release opioid. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0
Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.
Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea
Respiratory: negative shortness of breath, cough, sputum production
Gastrointestinal: No abdominal pain, hematemesis, or melena.
Denies constipation, diarrhea, or abdominal pain |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in
Weight: 238.00 lbs
BMI: 30.55
Blood Pressure: 136/92 mmHg
Temperature: 97.40 F
Pulse: 68 beats/min
Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait
Respiratory: Clear to auscultation w/o w/r/r
Cardiovascular: S1 and S2 heard. No gallops.
Gastrointestinal (Abdomen): N/D, N/T, w/o masses
Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1 right paraspinal area.
Flexion limited to 75°, elicits radiculopathy.
Lumbar extension elicits axial pain to 15°.
Lower Extremities: Motor testing is 4/5 right lower extremity.
Sensory deficit 1/2 at L5, S1 dermatomes right side.
Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. |

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ████ 1974      Sex: M    Account No.:
Encounter ID: 155581429      Encounter Date: 10/03/2017
Encounter Type: Office Visit

T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:

Diagnosis:                  ICD-10 Codes:
                            1)V4949XS; Driver injured in collision with other motor vehic
                            2)M545; Low back pain
                            3)M4696; Arthropathy, lumbar facet joint.
                            4)S134XXS; Sprain of ligaments of cervical spine, sequela
                            5)S161XXS; Strain of muscle, fascia and tendon at neck level,
                            6)M4316; Spondylolisthesis, lumbar region
                            7)M5137; Other intervertebral disc degeneration, lumbosacral region
                            8)M4716; Other spondylosis with myelopathy, lumbar region
                            9)M4806; Spinal stenosis, lumbar region
                            10)M5416; Radiculopathy, lumbar region
                            11)M4307; Spondylolysis, lumbosacral region

PLAN:

Care Plan:                  1. Will continue extended-release and to immediate release opioids.
                            2. Will refer Mr. Triolo to the neurosurgical service for evaluation and determination of surgical treatment options.

_____  Date: 10-03-17

[Provider]: Reynaldo Pardo, MD

Page: 1 of 3

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974      Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date: 08/31/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain. Right leg pain, numbness and tingling. neck pain |
| History Of Present Illness: | Mr. Triolo returns for follow-up visit and postoperative evaluation. He underwent a transforaminal steroid injection at the L5 neural foramina, right side, on 8/11/2017. He reports having increased pain intensity after the procedure. There was worse pain referred to the right lower extremity. A few days later the patient's pain returned to baseline intensity without any period of relief. Pain is described as a constant right paraspinal pain at the lumbosacral junction referred to the right hip area, right groin, and posterior aspect of the right thigh. AGGRAVATING FACTORS: pain with lumbar extension is referred to the right calf. There is significant morning pain and stiffness. Mr. Triolo denies numbness or tingling below knee level. Patient reports minimal and transient relief with hydrocodone. There are no adverse effects with nonnarcotic meds: doxepin, diclofenac, or Zanaflex. |
| Medical History: | No significant past medical history. |
| Surgical History: | Open reduction internal fixation radial/ulnar compound fracture. |
| Family History: | Mother: COPD Father: congestive heart failure, COPD. Paternal grandfather: diabetes, coronary artery disease Paternal grandmother: lung carcinoma |
| Social History: | EtOH: social. Negative illicit drug abuse. Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. Eyes: no diplopia or blurred vision Nose: no epistaxis or rhinorrhea Cardiovascular: Denies chest pain or palpitations. Respiratory: No shortness of breath, PND, or orthopnea Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in Weight: 240.00 lbs BMI: 30.81 Blood Pressure: 136/92 mmHg Temperature: 97.40 F |

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974      Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date:  08/31/2017
Encounter Type:  Office Visit

|   |   |
|---|---|
|   | Pulse: 68 beats/min |
|   | Resp. Rate: 20 |

**Physical Exam:**
Constitutional: WD/WN Antalgic gait
Neck: Trachea midline
Respiratory: Clear bilaterally to auscultation
Cardiovascular: Regular rate and rhythm No murmurs, rubs or gallops.
Gastrointestinal (Abdomen): N/D, N/T, w/o masses
Cervical Spine/UE: Normal alignment in sagittal and coronal planes.
None tender to palpation with full range of motion.
Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1, right side
Flexion: 80 – 90°
extension at 10° elicits axial pain, referred to right calf.
Positive Spurling's test right side.
Lower Extremities: Motor 4/5 flex/ext hip, knee, and ankle dorsiflexion, right side.
Sensory: L5, S1 deficit right side.
Straight leg raise positive at 40° right side.

**Imaging:**
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior
subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal
canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**

**Diagnosis:**
ICD-10 Codes:
1)V4949XS; Driver injured in collision with other motor vehic
2)M545; Low back pain
3)M4696; Arthropathy, lumbar facet joint.
4)S134XXS; Sprain of ligaments of cervical spine, sequela
5)S161XXS; Strain of muscle, fascia and tendon at neck level,
6)M4316; Spondylolisthesis, lumbar region
7)M5137; Other intervertebral disc degeneration, lumbosacral region
8)M4716; Other spondylosis with myelopathy, lumbar region
9)M4806; Spinal stenosis, lumbar region
10)M5416; Radiculopathy, lumbar region
11)M4307; Spondylolysis, lumbosacral region

Page: 3 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB:████1974      Sex: M    Account No.:
Encounter ID: 155545901    Encounter Date: 08/31/2017
Encounter Type: Office Visit
PLAN:

| | |
|---|---|
| Medications: | Arymo ER 30 mg Tab;   One PO Q 12 hours – swallow whole; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, I;   One PO Q 12 hours; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One PO Q HS; Qty: 30; Refills: 0 |
| | Tizanidine 4 MG Oral Capsule [Zanaflex] 1, 1;   One PO Q6 hours PRN spasm; Qty: 60; Refills: 0 |
| Care Plan: | 1. Recommend starting Arymo ER (morphine sulfate extended-release, abuse deterrent) to provide a longer duration of pain relief and minimize the requirements of the immediate release opioid. |
| | 2. Continue nonnarcotic medication regimen. |
| | 3. We may consider referral to spine surgery service. |

Date: 8 -31-17

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB: ███1974

DATE OF PROCEDURE: 08/11/2017

PREOPERATIVE DIAGNOSIS:

- Lumbar spondylolisthesis
- Lumbar spondylolysis
- Lumbar foraminal stenosis
- Lumbar radiculopathy
- History of motor vehicle collision

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Transforaminal steroid injection at L5, right side
- Fluoroscopic needle localization, lumbar nerve root neurogram, epidurogram.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout.  The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L5, on the right side. Under lateral fluoroscopic view, the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. With the C-arm in AP view the needle tip was confirmed to be lateral to the midpedicular line.

RADIOLOGY REPORT:
Injection of one mL of Isoview –300 revealed a well delineated neurogram at the right L5 level and corresponding epidurogram.
This was followed by injection of 1.5–mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection. The needle was removed.
The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

_____
Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, Anerican Board of Anesthesiology, Pain Medicine



Right

SJIPS_0044

Richard Triolo

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB: ███1974          Sex: M      Account No.:
Encounter ID: 155095868       Encounter Date: 08/03/2017
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Low back pain, right lower extremity pain, right groin pain. |
| History Of Present Illness: | Mr. Triolo is a 42-year-old gentleman with chronic lower back pain, right paramedian lumbar pain, right but I pain, right posterior thigh. The patient underwent a lumbar prognostic medial branch block on the right side at L2, L3, L4, and L5 levels on 7/20/2017. The patient reports no significant relief of his paralumbar and right lower extremity pain on the day of the procedure. He states that the pain is constant, characterized as a deep intense ache with intermittent sharp stabbing pain in the right paralumbar area referred to the posterior lateral aspect of the right thigh. Aggravating factors include prolonged sitting, significant morning pain and stiffness. The patient reports that his pain is at it's worse in the mornings when getting out of bed. It is intermittently referred to the right calf and aggravated with lumbar extension. |
| Social History: | Smoking Status: Never Smoked |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Nose: no sneezing or congestion<br>Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea<br>Respiratory: No shortness of breath, PND, or orthopnea<br>Gastrointestinal: No indigestion, heartburn, change in appetite<br>Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 247.00 lbs<br>BMI: 31.71<br>Blood Pressure: 131/79 mmHg<br>Temperature: 97.20 F<br>Pulse: 52 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: Antalgic gait. WD/WN<br>Neck: Trachea midline<br>Cardiovascular: No murmurs, rubs or gallops.<br>Gastrointestinal (Abdomen): N/D, N/T, w/o masses<br>Neurological/Psychiatric: A & O x3<br>Cervical Spine/UE: Minimal to moderate posterior lateral structure tenderness right side worse the left. Mild tenderness with right to cervical rotation.<br>Negative Spurling says, negative axial compression test<br>Lumbar Spine: Tenderness: posterolateral structures from mid-lumbar to lumbosacral junction right side worse and left. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ███1974      Sex: M    Account No.:
Encounter ID: 155095868    Encounter Date: 08/03/2017
Encounter Type: Office Visit

Flexion to 90° elicits right paramedian pain. Lumbar extension at 10° elicits pain.
Positive Fortin finger sign, right side.
Lower Extremities: Slight motor sensory dysfunction: 4/5 flexion extension right hip, 4/5 right knee extension.
Sensory exam 2+ pinprick L1 to S1 dermatomes
DTR +1 right patellar versus +2 left patellar, +2 to Achilles tendon bilaterally.

ASSESSMENT:

Diagnosis:              ICD-10 Codes:
                        1)V4949XS; Driver injured in collision with other motor vehic
                        2)M545; Low back pain
                        3)M4696; Arthropathy, lumbar facet joint.
                        4)S134XXS; Sprain of ligaments of cervical spine, sequela
                        5)S161XXS; Strain of muscle, fascia and tendon at neck level,
                        6)M4316; Spondylolisthesis, lumbar region
                        7)M5137; Other intervertebral disc degeneration, lumbosacral region
                        8)M4716; Other spondylosis with myelopathy, lumbar region
                        9)M4806; Spinal stenosis, lumbar region
                        10)M5416; Radiculopathy, lumbar region

PLAN:

Procedure Notes:        1. Recommend proceeding with transforaminal steroid injection at the right L5 nerve root, to address the severe
                        foraminal stenosis caused by spondylolisthesis at the L5 S1 level.
                        2. Continue current medication therapy. Will consider extended-release opioid medication pending insurance
                        approval.
                        3. If patient's paralumbar and radicular pain persist after transforaminal steroid injection, we will consider
                        referral to the spine surgery service for evaluation and possible surgical decompression and fusion.

Medications:            Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet [Norco] 1, 1;   One tablet PO Q6 hours
                        PRN pain; Qty: 60; Refills: 0
                        Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
                        Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0
                        Tizanidine 4 MG Oral Capsule [Zanaflex] 1, 1;   One tablet PO Q6 hours PRN muscle spasm; Qty: 60; Refills: 0

Date: 8/03/17

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

**PATIENT NAME:** Richard Triolo

**DOB:** ████ 1974

**DATE OF PROCEDURE:** 07/20/2017

**PREOPERATIVE DIAGNOSIS:**

- Lumbar Facet Joint Arthropathy.
- Lumbar Spondylosis.
- Lumbar spondylolisthesis
- history of motor vehicle collision.

**POSTOPERATIVE DIAGNOSIS:** Same.

**OPERATION:**

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), right side.
- Fluoroscopic needle localization.

**SURGEON:** Reynaldo Pardo, M.D.

**ANESTHESIA:** Local

**INDICATIONS:** status post motor vehicle collision, bilateral spondylolysis of L5, foraminal stenosis, nerve root compression, lumbar radiculopathy, lower lumbar facet joint referred pain pattern.

**CONSENT:** The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that understood the above discussion and wished to proceed with the operation.

**DESCRIPTION OF PROCEDURE:** The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles into the following locations:

- At the junction of the superior articular process and the sacral ala, on the right side
- At the junction of the superior articular process and the transverse process of L4, on the right side
- At the junction of the superior articular process and the transverse process of L3, on the right side
- At the junction of the superior articular process and the transverse process of L2, on the right side

**RADIOLOGY REPORT:** Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

_(signature)_

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, Anerican Board of Anesthesiology, Pain Medicine

SJIPS_0047



Right



Richard Triolo

2



Right



SJIPS_0049

Richard Triolo
07-30-17

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

**PATIENT NAME:** Richard Triolo

**DOB:** ▮▮▮1974

**DATE OF PROCEDURE:** 7/11/2017

**PREOPERATIVE DIAGNOSIS:**

- Lumbar Herniated Disc Protrusion
- Lumbar Spinal Stenosis
- Degenerative Disc Disease

**POSTOPERATIVE DIAGNOSIS:** Same.

- Lumbar Epidural Steroid Injection L5 – S1 level, Interlaminar Approach.
- Fluoroscopic needle localization and lumbar epidurogram.

**SURGEON:** Reynaldo Pardo, M.D.

**ANESTHESIA:** Local

**INDICATIONS:** History of motor vehicle collision, right paralumbar pain, right lower extremity radiculopathy. MRI scan reveals L5 spondylosis, spondylolisthesis of L5 on S1, L5 nerve root encroachment, L5 nerve root impingement, multilevel facet joint arthropathy, and herniated disc protrusion at T 12 – L1.

**CONSENT:** The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

**DESCRIPTION OF PROCEDURE:** The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Local anesthesia of the skin and underlying subcutaneous tissue was obtained with buffered 1% lidocaine. Fluoroscopic guidance was used to place a 20-gauge Touhy epidural needle into the epidural space at the L5 – S1 level using a right paramedian interlaminar approach. Positive loss of resistance was obtained without blood, cerebrospinal fluid or paresthesias.

**RADIOLOGY REPORT:** Injection of 2-ml of Omnipaque revealed an epidurogram with a right side predominance, a cephalad spread to L4 – 5 and a caudad spread to S1. A filling defect was not seen. Lateral view revealed posterior epidural contrast spread.

This was followed by injection of 12-mg of Betamethasone with 3-ml of 0.25% Bupivacaine. The needle was removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, Anerican Board of Anesthesiology, Pain Medicine





SJIPS_0051

Richard Triolo

Page: 1 of 3

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▆▆▆1974        Sex: M    Account No.:
Encounter ID: 153542506    Encounter Date: 07/11/2017
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Back Pain, right hip, right leg pain, right groin pain. |
| | Neck pain, occipital pain, shoulder blade pain. |
| History Of Present Illness: | Mr. Richard Triolo is a 42-year-old gentleman who was involved in a motor vehicle collision on 2/21/2017. Patient reports being the seatbelt restrained driver in a 2017 Ford Mustang. Mr. Triolo's vehicle was stopped at a traffic light when he sustained a rear end collision. He reports suffering blunt trauma, he was dazed, and he denies loss of consciousness. He was seen the same day at Baptist South emergency department and underwent CT scan images. |
| | Patient's initial complaints included: mid to lower back pain, constant deep intense ache and tightness in the mid to lower back musculature. The patient also reported having initial neck pain of greater intensity on the right paracervical area, referred to the right parascapular area. |
| | Currently, the patient complains of severe lower back pain referred to the right lower extremity and the right inguinal area. The pain extends down the posterior aspect of the right thigh down to knee level. Lower back pain and right lower extremity pain is rated at 9 – 10/10 on the visual analog score. He denies any radicular symptoms below knee level. |
| | There is constant right paracervical neck pain referred to the right parascapular area. Neck pain is also referred to the occipital area. Aggravating factors include cervical range of motion. The patient denies upper extremity radiculopathy. The neck and parascapular area pain is rated a 9/10 on the visual analog score. |
| | Aggravating factors include: prolonged standing, prolonged sitting, going from sitting to standing position, long car rides, significant night pain which interrupts his sleep frequently, and severe morning pain and stiffness. The patient has undergone chiropractic adjustment therapy which provides minimal and transient relief. Chiropractic adjustments began in February 2017 and continue at two sessions per week. Imaging studies include MRI scans and plain x-ray series. He has also undergone nerve conduction studies. |
| Interval History: | Mr. Triolo complains of the following symptoms following the motor vehicle collision: fatigue, memory loss, headaches, depression, irritability, difficulty with sleep, |
| Medical History: | No significant past medical history. |
| Surgical History: | Open reduction internal fixation radial/ulnar compound fracture. |
| Family History: | Mother: COPD<br>Father: congestive heart failure, COPD.<br>Paternal grandfather: diabetes, coronary artery disease<br>Paternal grandmother: lung carcinoma |
| Social History: | EtOH: social.<br>Negative illicit drug abuse.<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Eyes: no diplopia or blurred vision<br>Ears: no tinnitus or vertigo<br>Nose: no epistaxis or rhinorrhea |

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▮▮▮▮1974        Sex: M    Account No.:
Encounter ID: 153542506      Encounter Date: 07/11/2017
Encounter Type: Office Visit

|  |  |
|---|---|
|  | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
|  | Respiratory: negative shortness of breath, cough, sputum production |
|  | Gastrointestinal: No abdominal pain, hematemesis, or melena |
|  | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
|  | Neurological: Denies fainting, blackouts, seizures, paralysis |
|  | Endocrine: No excessive thirst or hunger or urination |

**OBJECTIVE:**

| Vital Signs: | Height: 74.00 in |
|---|---|
|  | Weight: 247.00 lbs |
|  | BMI: 31.71 |
|  | Blood Pressure: 136/77 mmHg |
|  | Temperature: 96.00 F |
|  | Pulse: 74 beats/min |
|  | Resp. Rate: 18 |

Physical Exam:

Constitutional: Well developed, well nourished individual.
Antalgic gait right side
Ears, Nose, Mouth, and Throat: HEENT wnl
Neck: There were no palpable thyroid masses. Trachea midline
Respiratory: Clear bilaterally to auscultation.
Without wheezing, crepitant rales or ronchi
Cardiovascular: Regular rate and rhythm, No murmurs, rubs or gallops.
Gastrointestinal (Abdomen): Soft, N/D, N/T, +BS, no rebound, masses, guarding, hepatosplenomegaly
Neurological/Psychiatric: A & O x3
Cervical Spine/UE: Positive tenderness of the postero-lateral structures: from C2 – 3 to C 7 – T1 bilaterally, right side worse than left. Cervical extension elicits occipital neuralgia. Extension also elicits parascapular pain right side greater than left. Cervical flexion causes pain referred to the upper thoracic midline. Negative Spurling's test, negative axial compression test.
Thoracic Spine: Thoracic spine midline tenderness T1 through T4, Paraspinal tenderness right side worse than left. Tenderness along the medial angle of the right scapula. Paracervical and parathoracic muscle spasms bilaterally.
Lumbar Spine: Tenderness: posterolateral structures L3-4 through L5-S1 bilaterally, right greater than left side. Extension: 10 – 20° elicits axial lumbar pain referred to the right thigh.
Flexion limited to 80°, it elicits radicular pain right side.
Positive Fortin finger side right side
Lower Extremities: Motor 4/5 flex/ext hip, knee, and ankle dorsiflexion, right side.
Sensory: L4, L5, S1 deficit right side.
DTR: +1/2 patellar and Achilles tendon's, right side.
SLR: positive at 45°, right side.

Imaging:

MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolisthesis. Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.

SJIPS_0053

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████1974        Sex: M        Account No.:
Encounter ID: 153542506        Encounter Date: 07/11/2017
Encounter Type: Office Visit

T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:

Diagnosis:        ICD-10 Codes:
    1)V4949XS; Driver injured in collision with other motor vehic
    2)M545; Low back pain
    3)M4696; Arthropathy, lumbar facet joint.
    4)S134XXS; Sprain of ligaments of cervical spine, sequela
    5)S161XXS; Strain of muscle, fascia and tendon at neck level,
    6)M4316; Spondylolisthesis, lumbar region
    7)M5137; Other intervertebral disc degeneration, lumbosacral region
    8)M4716; Other spondylosis with myelopathy, lumbar region
    9)M4806; Spinal stenosis, lumbar region
    10)M5416; Radiculopathy, lumbar region
    11)M4307; Spondylolysis, lumbosacral region

PLAN:

Medications:        Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0
Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0
Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0

Care Plan:        1. Recommend proceeding with the lumbar epidural steroid injection to address the chronic inflammatory component to the patient's lumbar pain.
2. Consider lumbar prognostic medial branch block prior to a radiofrequency ablation.

_____ Date: 7-11-17

[Provider]: Reynaldo Pardo, MD

**ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS**
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ██████1974      Sex: M    Account No.:
Encounter ID: 172331677    Encounter Date: 11/27/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have less low back pain since the last procedure" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. The patient underwent lumbar RF Ablation, left side, on 11/08/2018. The patient reports significant relief of his left para lumbar and parasacral pain, with relief of the radicular symptoms to the left side. There is improved range of motion and less aggravating factors as prior to procedure. The patient complains of slight right lumbar pain. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 143/99 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.70 F |
| | Pulse: 90 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |

SJIPS_0055

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974        Sex: M    Account No.:
Encounter ID: 172331677     Encounter Date: 11/27/2018
Encounter Type: Office Visit

| | |
|---|---|
| | **LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | **LOWER EXTREMITIES:** Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:                ICD-10 Codes:
                          1)M545; Low back pain
                          2)M4696; Arthropathy, lumbar facet joint.
                          3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                          4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                          5)M4316; Spondylolisthesis, lumbar region
                          6)M5137; Other intervertebral disc degeneration, lumbosacral region
                          7)M4716; Other spondylosis with myelopathy, lumbar region
                          8)M4806; Spinal stenosis, lumbar region
                          9)M5416; Radiculopathy, lumbar region
                          10)M4307; Spondylolysis, lumbosacral region
                          11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:                1. Continue current present management. Continue current medication therapy. We will consider reducing overall requirements of opioid analgesics.

Date: 11-27-18

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
**Patient ID:** 69523467     **DOB:** ▮▮▮1974     **Sex:** M     **Account No.:**
**Encounter ID:** 189464904     **Encounter Date:** 11/08/2018
**Encounter Type:** Office Visit
**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient underwent positive Lumbar PMBB on 10/17/18 and 10/25/18. He reports obtaining near-complete relief on both procedure days. The pain recurred back to baseline intensity. The patient is here to undergo radiofrequency ablation. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 239.00 lbs |
| | BMI: 30.68 |
| | Blood Pressure: 134/86 mmHg |
| | Temperature: 97.50 F |
| | Pulse: 74 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |
| | T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB: ████1974     Sex: M     Account No.:
Encounter ID: 189464904     Encounter Date: 11/08/2018
Encounter Type: Office Visit

L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthrophy, predominantly on the right side.
L4–5: facet joint arthrophy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                 ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                 We will proceed with the scheduled medial branch nerve radiofrequency ablation at L2, L3, L4, and L5, left side to offer long-term relief of the patient's axial lumbar pain.

Date: 11-08-18

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB: ████1974

DATE OF PROCEDURE: 11/08/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

SJIPS_0059



Left



Richard Triolo
11-8-18

SJIPS_0060





Richard Triblo
11-8-18

SJIPS_0061





Richard Triolo
11-8-18

SJIPS_0062





Richard Triolo
11-8-18

SJIPS_0063

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB: ███1974          Sex: M          Account No.:
Encounter ID: 170951718          Encounter Date: 10/25/2018
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. Mr. Triolo underwent PLIF on 3/22/2018 and develop left paralumbar and parasacral pain referred to the left buttock and thigh. He underwent a lumbar PMBB, left side, on 10/17/2018. He reports complete relief of his lumbar axial pain for the rest of that procedure day. The symptoms recurred. He is here to undergo a second prognostic medial branch block. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 131/88 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 98.00 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

SJIPS_0064

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ███ 1974      Sex: M      Account No.:
Encounter ID: 170951718      Encounter Date: 10/25/2018
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                  ICD-10 Codes:
                           1)M545; Low back pain
                           2)M4696; Arthropathy, lumbar facet joint.
                           3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                           4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                           5)M4316; Spondylolisthesis, lumbar region
                           6)M5137; Other intervertebral disc degeneration, lumbosacral region
                           7)M4716; Other spondylosis with myelopathy, lumbar region
                           8)M4806; Spinal stenosis, lumbar region
                           9)M5416; Radiculopathy, lumbar region
                           10)M4307; Spondylolysis, lumbosacral region
                           11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                  1. We will proceed with a second lumbar Prognostic Medial Branch Nerve Block on the left side to confirm the facetogenic nature of the patient's lumbar axial pain prior to undergoing radiofrequency ablation.

_____ Date: 10-25-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0065

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB: ██████1974

DATE OF PROCEDURE: 10/25/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), on the left side
- Fluoroscopic needle localization

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles into the following locations:

- At the junction of the superior articular process and the sacral ala, on the left side
- At the junction of the superior articular process and the transverse process of L4, on the left side
- At the junction of the superior articular process and the transverse process of L3, on the left side
- At the junction of the superior articular process and the transverse process of L2, on the left side

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well, without complications, and was discharged in stable condition.

_Reynaldo Pardo —MD_

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine



Left



SJIPS_0067

Richard Triolo
10-25-18



Left



SJIPS_0068

Richard Triolo
11-25-18

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
**Patient ID:** 69523467        **DOB:** ▮▮1974        **Sex:** M        **Account No.:**
**Encounter ID:** 189464154        **Encounter Date:** 10/17/2018
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient has suffered from left para lumbar and left parasacral pain referred to the left lower extremity following PLIF at L5 – S1. He complains of persistent lower back pain and he is scheduled to undergo lumbar p PMBB. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 135/89 mmHg |
| | Temperature: 97.80 F |
| | Pulse: 78 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |

SJIPS_0069

Page: 2 of 2

### ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▮▮▮1974        Sex: M        Account No.:
Encounter ID: 189464154     Encounter Date: 10/17/2018
Encounter Type: Office Visit

L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                  ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                  The history and physical examination are consistent with lumbar facet arthropathy. We will proceed with the scheduled PMBB.

_Signature_    10-17-18

_____ Date: _____

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME:  Richard Triolo

DOB: ██████1974

DATE OF PROCEDURE: 10/17/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Prognostic medial branch nerve block at L2, L3, L4, L5 (lateral branch), left side
- Fluoroscopic needle localization

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout.  The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 25 gauge curved-tip needles  into the following locations:

- At the junction of the superior articular process and the sacral ala, on the left side
- At the junction of the superior articular process and the transverse process of  L4, on the left side
- At the junction of the superior articular process and the transverse process of L3, on the left side
- At the junction of the superior articular process and the transverse process of L2, on the left side

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. This was followed by injection of 0.5-ml of 0.75% bupivacaine with 1:200,000 epinephrine at each level. The needles were removed. The patient tolerated the procedure well, without complications, and was discharged in stable condition.

_____
Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

2970 HARTLEY RD,    SUITE 300,    JACKSONVILLE, FL    T (904)647-9199    F(904)647-9198

SJIPS_0071



Left



SJIPS_0072

Richard Triolo
10-17-18



Left



SJIPS_0073

Richard Triolo
10-18-18

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
**Patient ID:** 69523467    **DOB:** ▮▮1974    **Sex:** M    **Account No.:**
**Encounter ID:** 169674562    **Encounter Date:** 09/27/2018
**Encounter Type:** Office Visit
**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Patient underwent PLIF at the L5 S1 level on 3/22/2018. He complains of persistent lower back pain which is constant, daily, described as a sharp, achy, burning pain that extends only to the left leg. He complains of burning sensation down to calf level on the left side. The patient reports undergoing lumbar epidural steroid injection on 9/13/2018. He denies any significant relief. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 242.00 lbs |
| | BMI: 31.07 |
| | Blood Pressure: 136/85 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.70 F |
| | Pulse: 73 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ███1974    Sex: M    Account No.:
Encounter ID: 169674562    Encounter Date: 09/27/2018
Encounter Type: Office Visit

Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:    MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desication and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:    ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region
    11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:    1. We recommend proceeding with a prognostic medial branch block to assess the degree of facet joint pain. Patient has agreed to proceed.

_____ Date: 09-27-18

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ███1974    Sex: M    Account No.:
Encounter ID: 189463614    Encounter Date: 08/29/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | Mr. Triolo has persistent's lower back pain, 8 to 9/10 on the visual analog score, described as a deep ache aggravated by prolonged standing. The patient states that the pain is worse in the morning when getting our bed. Other aggravating factors include going from sitting to standing position, long car rides. The pain is referred to the left calf. He denies numbness, tingling, or subjective weakness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 72.00 in |
| | Weight: 240.00 lbs |
| | BMI: 32.55 |
| | Blood Pressure: 137/80 mmHg |
| | Temperature: 98.10 F |
| | Pulse: 70 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB: ▮▮▮1974      Sex: M    Account No.:
Encounter ID: 189463614    Encounter Date: 08/29/2018
Encounter Type: Office Visit

|  |  |
|---|---|
| | Negative Fortin finger sign. |
| | **LOWER EXTREMITIES:** Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:                ICD-10 Codes:
                          1) M545; Low back pain
                          2) M4696; Arthropathy, lumbar facet joint.
                          3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                          4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                          5) M4316; Spondylolisthesis, lumbar region
                          6) M5137; Other intervertebral disc degeneration, lumbosacral region
                          7) M4716; Other spondylosis with myelopathy, lumbar region
                          8) M4806; Spinal stenosis, lumbar region
                          9) M5416; Radiculopathy, lumbar region
                          10) M4307; Spondylolysis, lumbosacral region
                          11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:               1 Continue current medication therapy.
                         2. Patient to be evaluated by Dr. Tumbis to address postoperative pain.
                         3. Symptoms consistent with lumbar facet arthropathy, therefore, would consider lumbar Prognostic Medial Branch Nerve Block.

_____ Date: 8-29-18

[Provider]: Reynaldo Pardo, MD

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
**Patient ID:** 69523467         **DOB:** ████1974      **Sex:** M    **Account No.:**
**Encounter ID:** 168433056    **Encounter Date:** 07/24/2018
**Encounter Type:** Office Visit
**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. The patient underwent transforaminal steroid injection on 7/05/2018, targeting the L5 nerve root on the left side. The patient reports having near-complete relief for two days after which the pain recurred and returned to baseline intensity. The pain is left para lumbar and location and referred to the left buttock, hip, left posterior thigh. It is aggravated with lumbar flexion and extension. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 76.00 in |
| | Weight: 239.00 lbs |
| | BMI: 29.09 |
| | Blood Pressure: 136/82 mmHg |
| | B/P Side: Left |
| | B/P Position: Laying |
| | Temperature: 98.60 F |
| | Pulse: 67 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | CERVICAL SPINE: Nontender to palpation |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: █████1974        Sex: M        Account No.:
Encounter ID: 168433056        Encounter Date: 07/24/2018
Encounter Type: Office Visit

**LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

Imaging:        MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthrophaty, predominantly on the right side.
L4–5: facet joint arthrophaty is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:        ICD-10 Codes:
        1)M545; Low back pain
        2)M4696; Arthropathy, lumbar facet joint.
        3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
        4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
        5)M4316; Spondylolisthesis, lumbar region
        6)M5137; Other intervertebral disc degeneration, lumbosacral region
        7)M4716; Other spondylosis with myelopathy, lumbar region
        8)M4806; Spinal stenosis, lumbar region
        9)M5416; Radiculopathy, lumbar region
        10)M4307; Spondylolysis, lumbosacral region
        11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:        1. Recommend proceeding with a lumbar Prognostic Medial Branch Nerve Block to assess the degree of facetogenic pain prior to consider Radiofrequency Ablation.

_____ Date: _____        07-24-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0079

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████1974      Sex: M     Account No.:
Encounter ID: 189461943      Encounter Date: 07/05/2018
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "I have pain in the left side of my back that radiates down to my glute to my left leg." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. There is persistent lumbosacral pain, left side, with radicular symptoms the left lower extremity. 7 to 8/10 on the VAS. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 243.00 lbs |
| | BMI: 31.20 |
| | Blood Pressure: 129/82 mmHg |
| | Temperature: 97.70 F |
| | Pulse: 83 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas. |
| | Negative Fortin finger sign. |

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▉▉1974        Sex: M    Account No.:
Encounter ID: 189461943    Encounter Date: 07/05/2018
Encounter Type: Office Visit

|  |  |
|---|---|
|  | LOWER EXTREMITIES: Motor function: 5/5 throughout |
|  | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:
    ICD-10 Codes:
      1)M545; Low back pain
      2)M4696; Arthropathy, lumbar facet joint.
      3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
      4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
      5)M4316; Spondylolisthesis, lumbar region
      6)M5137; Other intervertebral disc degeneration, lumbosacral region
      7)M4716; Other spondylosis with myelopathy, lumbar region
      8)M4806; Spinal stenosis, lumbar region
      9)M5416; Radiculopathy, lumbar region
      10)M4307; Spondylolysis, lumbosacral region
      11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:
The history and physical examination are consistent with lumbar radiculopathy. We will proceed with the scheduled transforaminal steroid injection at L5 to address the inflammatory component of the patient's disease process.

_(signature)_ MD    07-05-18

_____ Date: _____

[Provider]: Reynaldo Pardo, MD

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

## OPERATIVE REPORT

PATIENT NAME: Richard Triolo

DOB: ██████1974

DATE OF PROCEDURE: 7/05/2018

PREOPERATIVE DIAGNOSIS:

- Lumbar Postlaminectomy and Fusion Syndrome
- Lumbar Radiculopathy
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION:

- Transforaminal steroid injection at L5, left.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local

INDICATIONS:

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. The lumbo-sacral area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to direct a 22-gauge Chiba needle towards the 6 o'clock position of the pedicle of L5 on the left side. Under lateral fluoroscopic view the needle tip was advanced to the antero-superior quadrant of the neural foramina. No blood or cerebrospinal fluid was seen at aspiration, and no paresthesias were elicited. Appropiate and safe needle tip placement lateral to the midpedicular line was verified with the C-arm in AP view.

RADIOLOGY REPORT:
Injection of 1-mL of Omnipaque–300 revealed a well delineated neurogram at the L5 level, and a corresponding epidurogram.
This was followed by injection of 1.5–mL of betamethasone plus 2-mL of 0.25% bupivacaine, without paresthesia or pain at injection.
The needle was removed.
The patient tolerated the procedure well, there were no complications, and the patient was discharged in stable condition.

_____
Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

2970 HARTLEY ROAD,   SUITE 300,   JACKSONVILLE, FL    T (904)647-9199   F (904)647-9198



Left



Richard Triolo
07-05-18



Left

Richard Triolo
07-05-18

SJIPS_0084

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▮▮▮▮1974        Sex: M        Account No.:
Encounter ID: 165891398     Encounter Date: 06/29/2018
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Low back pain, left buttock, hip, and leg pain." |
| History Of Present Illness: | Mr. Triolo returns to clinic and complains of persistent lower back pain, left side, associated with lumbar radiculopathy, left lower extremity. Symptoms are aggravated with prolonged standing, bending and lifting, long car rides. He denies any pain, numbness, or tingling in the right paralumbar area or right lower extremity. Pain score index: 8/10 on the Visual Analog Score (VAS). |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: No pyrexia or chills. No weakness or fatigue.<br>Cardiovascular: Denies chest pain, angina, or palpitations<br>Respiratory: Negative shortness of breath, cough, sputum production<br>Gastrointestinal: No abdominal pain, hematemesis, or melena<br>Genitourinary: Denies dysuria or hematuria.<br>Musculoskeletal: Joint pains or stiffness |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 243.00 lbs<br>BMI: 31.20<br>Blood Pressure: 143/88 mmHg<br>B/P Side: Left<br>B/P Position: Sitting<br>Temperature: 98.60 F<br>Pulse: 79 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN, antalgic gait.<br>Respiratory: Clear bilaterally to auscultation<br>Cardiovascular: Regular rate and rhythm<br>Gastrointestinal (Abdomen): Soft, nontender, nondistended<br>CERVICAL SPINE: Nontender to palpation<br>LUMBAR SPINE: Left para lumbar tenderness with increasing intensity at the lumbosacral junction. Pain elicited with lumbar flexion, and extension.<br>LOWER EXTREMITIES: Motor function: 5/5 throughout<br>Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████1974        Sex: M    Account No.:
Encounter ID: 165891398    Encounter Date: 06/29/2018
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:
    ICD-10 Codes:
      1)M545; Low back pain
      2)M4696; Arthropathy, lumbar facet joint.
      3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
      4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
      5)M4316; Spondylolisthesis, lumbar region
      6)M5137; Other intervertebral disc degeneration, lumbosacral region
      7)M4716; Other spondylosis with myelopathy, lumbar region
      8)M4806; Spinal stenosis, lumbar region
      9)M5416; Radiculopathy, lumbar region
      10)M4307; Spondylolysis, lumbosacral region
      11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:

1. Patient has agreed to proceed with a L5 transforaminal steroid injection on the left side to address the left lower extremity radiculopathy.
2. Continue chiropractic adjustment therapy. Continue current medication therapy.

Date: 06-29-18

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:▮▮▮▮1974      Sex: M    Account No.:
Encounter ID: 164608951     Encounter Date: 06/01/2018
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "I have pain in the left side of my back that radiates down to my glute to my left leg." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. He complains of persistent lower back pain on the left para lumbar area following lumbar fusion. The pain is described as a deep intense ache, constant, increasing in intensity with increased activity. There is referred pain pattern to the left hip, left buttock, and numbness and tingling to the left thigh, calf and foot.<br>Patient denies adverse effects from the use of opioid and non-opioid medications. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Cardiovascular: Denies chest pain, angina, or palpitations<br>Respiratory: Negative shortness of breath, cough, sputum production<br>Gastrointestinal: No abdominal pain, hematemesis, or melena<br>Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain.<br>Musculoskeletal: Joint pains or stiffness<br>Neurological: Denies fainting, blackouts, seizures, paralysis |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 237.00 lbs<br>BMI: 30.43<br>Blood Pressure: 146/87 mmHg<br>B/P Side: Left<br>B/P Position: Sitting<br>Temperature: 98.60 F<br>Pulse: 67 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN<br>Respiratory: Clear bilaterally to auscultation<br>Cardiovascular: No murmurs, rubs or gallops.<br>Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ▇▇▇1974      Sex: M      Account No.:
Encounter ID: 164608951      Encounter Date: 06/01/2018
Encounter Type: Office Visit

|  |  |
|---|---|
| | **CERVICAL SPINE:** Nontender to palpation |

**CERVICAL SPINE:** Nontender to palpation
**LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right. Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

**Imaging:**      MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desication and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**      ICD-10 Codes:
1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**      1. Recommend proceeding with a transforaminal steroid injection targeting the L5 nerve root, left side, to address the persistent lumbar radicular symptoms following lumbar fusion.

_R Pardo_ _____  Date: 6-01-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0088

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ███1974    Sex: M    Account No.:
Encounter ID: 189449625    Encounter Date: 05/03/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, left leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient underwent PLIF at L5-S1 on 3/22/2018 to treat an L5-S1 herniated disc protrusion and L5 pars defect caused by injuries sustained in a motor vehicle collision on 2/21/2017. The patient reports significant improvement of his right paralumbar pain and right lower extremity radiculopathy. However, the patient complains of left paralumbar and left lumbar radiculopathy following the operation. The pain is described as a deep intense ache in the left paralumbar area referred to the anterior aspect of the left hip, referred to the left buttock area, and radicular symptoms of numbness and tingling in the posterior aspect of the left thigh, left calf, and left foot.<br><br>There is moderate and transient relief with the use of Arymo ER. Patient denies any adverse effects. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Cardiovascular: No chest pain or palpitations<br>Respiratory: No shortness of breath, PND, or orthopnea<br>Gastrointestinal: No abdominal pain, hematemesis, or melena<br>Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 238.00 lbs<br>BMI: 30.55<br>Blood Pressure: 129/72 mmHg<br>Temperature: 97.80 F<br>Pulse: 78 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN<br>Respiratory: Clear bilaterally to auscultation<br>Cardiovascular: No murmurs, rubs or gallops.<br>Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly.<br>CERVICAL SPINE: Slight tenderness of the posterolateral structures. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████ 1974        Sex: M        Account No.:
Encounter ID: 189449625        Encounter Date: 05/03/2018
Encounter Type: Office Visit

Full range of motion.
**LUMBAR SPINE:** Slight tenderness posterolateral structure, L4-5 and L5-S1, left side greater than right.
Intolerance to lumbar extension, limited to 15°, elicits concordant pain on the left para lumbar and parasacral areas.
Negative Fortin finger sign.
**LOWER EXTREMITIES:** Motor function: 5/5 throughout
Sensory function: 1/2 at L2, and L3 dermatomes, left side.

**Imaging:**
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**
ICD-10 Codes:
   1) M545; Low back pain
   2) M4696; Arthropathy, lumbar facet joint.
   3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5) M4316; Spondylolisthesis, lumbar region
   6) M5137; Other intervertebral disc degeneration, lumbosacral region
   7) M4716; Other spondylosis with myelopathy, lumbar region
   8) M4806; Spinal stenosis, lumbar region
   9) M5416; Radiculopathy, lumbar region
   10) M4307; Spondylolysis, lumbosacral region
   11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**
1. Recommend evaluation by Dr. Topp, to determine possible postoperative radiculitis, possibly secondary to dural retraction following PLIF, vs facet joint arthropathy.
2. Continue current opioid and non-opioid medication therapy.
3. Consider lumbar Prognostic Medial Branch Nerve Block to assess the degree of pain generated at the facet joints.

Date: 5-03-18

[Provider]: Reynaldo Pardo, MD

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB: ███1974       Sex: M       Account No.:
Encounter ID: 162268611    Encounter Date: 04/05/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in my low back with radiating pain going down to my left leg to the bottom of my calf." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. Mr. Triolo underwent PLIF on 3/22/2018. She reports near-complete relief of his right paralumbar pain and lower extremity pain. However, he reports the onset of left paralumbar, left parasacral, and left lower extremity pain following the procedure. The pain is aggravated by prolonged sitting, standing, going from sitting to standing position. There is moderate relief with the use of Arymo ER. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | No fever, no chills, denies fatigue |
| | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
| | No chest pain or palpitations |
| | Respiratory: negative shortness of breath, cough, sputum production |
| | Negative for dyspnea |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Denies dysuria or hematuria. No scrotal or testicular pain |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis. Numbness and tingling in left toe. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 252.00 lbs |
| | BMI: 32.35 |
| | Blood Pressure: 130/79 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 78 beats/min |

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB: ███1974     Sex: M     Account No.:
Encounter ID: 162268611     Encounter Date: 04/05/2018
Encounter Type: Office Visit

| | |
|---|---|
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait, right side. |
| | Respiratory: Clear bilaterally to auscultation, Without wheezing, crepitant rales or ronchi. |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | Neurological/Psychiatric: A & O x 3 |
| | CERVICAL SPINE: Posterolateral structure tenderness. |
| | Limited ROM to flexion, rotation, and lateral tilt . |
| | UPPER EXTREMITIES: Motor sensory function: intact. |
| | LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1. |
| | Lumbar flexion elicits right lower extremity referred pain pattern. |
| | Positive slump test, right side greater than left. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desication and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level. |
| | T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1 – 2 disc level: unremarkable. |
| | L2 – 3: annular bulge encroaches upon foraminal. |
| | L 3–4: mild facet joint arthropathy, predominantly on the right side. |
| | L 4–5: facet joint arthropathy is noted bilaterally. |
| | L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |
| ASSESSMENT: | |
| Diagnosis: | ICD-10 Codes: |
| | 1)M545; Low back pain |
| | 2)M4696; Arthropathy, lumbar facet joint. |
| | 3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter |
| | 4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter |
| | 5)M4316; Spondylolisthesis, lumbar region |
| | 6)M5137; Other intervertebral disc degeneration, lumbosacral region |
| | 7)M4716; Other spondylosis with myelopathy, lumbar region |
| | 8)M4806; Spinal stenosis, lumbar region |
| | 9)M5416; Radiculopathy, lumbar region |
| | 10)M4307; Spondylolysis, lumbosacral region |
| | 11)M961; Postlaminectomy syndrome, not elsewhere classified |
| PLAN: | |
| Care Plan: | 1. The patient should return to clinic in two weeks to assess the new onset postoperative left para lumbar pain. |

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ████1974      Sex: M      Account No.:
Encounter ID: 162268611      Encounter Date: 04/05/2018
Encounter Type: Office Visit

2. Continue current opioid and non-opioid medication therapy.
3. Patient should participate in postoperative rehabilitation therapy.

_____ Date: *4-05-18*

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ███ 1974    Sex: M    Account No.:
Encounter ID: 161059297     Encounter Date: 03/06/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Pt. complains of low back pain. |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent, intense, low back pain, 8 to 9/10 on the VAS, aggravated by sitting, standing, supine position. The pain is worse on the right paralumbar and parasacral area. It is referred to the right inguinal area, right buttock area, the posterior aspect of the right eye, and the right calf. There are radicular symptoms of numbness and tingling extending to the right foot. MRI scan is remarkable for L5 S1 herniated disc protrusion and nerve root impingement. The patient is scheduled to undergo and enter vertebral a lumbar fusion on 3/22/2018 by Dr. Topp. |
| | The patient denies any adverse effects from the opioid and non-opioid medications. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Cardiovascular: No chest pain or palpitations |
| | Respiratory: Negative for dyspnea |
| | Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies dysuria or hematuria. No scrotal or testicular pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 138/89 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 97.60 F |
| | Pulse: 65 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait, right side. |
| | Respiratory: Clear bilaterally to auscultation, Without wheezing, crepitant rales or ronchi. |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB: ████1974       Sex: M      Account No.:
Encounter ID: 161059297       Encounter Date: 03/06/2018
Encounter Type: Office Visit

Neurological/Psychiatric: A & O x 3
CERVICAL SPINE: Posterolateral structure tenderness.
Limited ROM to flexion, rotation, and lateral tilt .
UPPER EXTREMITIES: Motor sensory function: intact.
LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1.
Lumbar flexion elicits right lower extremity referred pain pattern.
Positive slump test, right side greater than left.
LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity.
Sensory deficit 1/2 at L5, S1 dermatomes right side.
Positive straight leg raise at 45° right lower extremity.

Imaging:
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:
ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:
1. We will assess the patient's postoperative pain and adjust opioid analgesics accordingly.

Date: 3-06-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0095

Page: 1 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974        Sex: M        Account No.:
Encounter ID: 160618817        Encounter Date: 02/06/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Neck pain, headaches, shoulder blade pain, low back pain, right leg pain." |
| History Of Present Illness: | Mr. Triolo returns to clinic for follow-up visit. He is status post motor vehicle collision on 2/21/2017. His injury was a result of a rear end collision. The patient has complained mainly of lower back pain across the lumbosacral area with associated right lower extremity radiculopathy. He states that since his accident the and moderate neck pain associated with occipital neuralgia and suprascapular pain bilaterally, right side greater than left. The pain is rated a 4 to 6/10 on the visual analog score as compared to a 8 to 9/10 in the lumbosacral area. Cervical axial pain aggravating factors include cervical rotation bilaterally and over the shoulder work.<br>The lower back pain is described as a deep intense ache, with sharp, throbbing pain referred to the right lower extremity. The patient complains of numbness, tingling, and burning sensation in the right calf and foot. Aggravating factors include lumbar extension, flexion, prolonged sitting, standing, supine position. The patient is scheduled to undergo minimally invasive enter vertebral lumbar fusion by Dr. Raymond Topp. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise.<br>Cardiovascular: No chest pain or palpitations<br>Respiratory: Negative for dyspnea<br>Gastrointestinal: Denies abdominal pain, nausea, or vomiting.<br>Genitourinary: Denies dysuria or hematuria. |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 245.00 lbs<br>BMI: 31.45<br>Blood Pressure: 130/85 mmHg<br>B/P Side: Right<br>B/P Position: Sitting<br>Temperature: 97.00 F<br>Pulse: 65 beats/min<br>Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors, antalgic gait to the right. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ███ 1974    Sex: M    Account No.:
Encounter ID: 160618817    Encounter Date: 02/06/2018
Encounter Type: Office Visit

|  |  |
|---|---|
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | CERVICAL SPINE: Nontender to palpation. Full range of motion. |
| | UPPER EXTREMITIES: Motor sensory function: intact. |
| | LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1. |
| | Lumbar flexion elicits right lower extremity referred pain pattern. |
| | Positive slump test, right side greater than left. |
| | LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity. |
| | Sensory deficit 1/2 at L5, S1 dermatomes right side. |
| | Positive straight leg raise at 45° right lower extremity. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

Imaging:    MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:    ICD-10 Codes:
    1)M545; Low back pain
    2)M4696; Arthropathy, lumbar facet joint.
    3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
    4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
    5)M4316; Spondylolisthesis, lumbar region
    6)M5137; Other intervertebral disc degeneration, lumbosacral region
    7)M4716; Other spondylosis with myelopathy, lumbar region
    8)M4806; Spinal stenosis, lumbar region
    9)M5416; Radiculopathy, lumbar region
    10)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:    1. Patient will undergo minimally invasive enter vertebral lumbar fusion. We will consider addressing the axial cervicalgia after the patient recovers from his upcoming lumbar operation.
2. Continue current opioid and non-opioid medications therapy.

Date: 2-06-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0097

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████ 1974    Sex: M    Account No.:
Encounter ID: 160618563    Encounter Date: 01/04/2018
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Low back pain, right leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. There is persistent low back pain with referred pain to the right lower extremity. Reading factors bending and lifting, prolonged standing, prolonged sitting. There is night pain which interrupts the patient's sleep. There are morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother no |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: no significant weight changes |
| | Eyes: No diplopia or blurred vision |
| | Nose: No epistaxis or rhinorrhea |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: Denies constipation, diarrhea, or abdominal pain |
| | Genitourinary: Denies dysuria or hematuria. |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 131/87 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |
| | Temperature: 97.20 F |
| | Pulse: 73 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN Exhibits pain behaviors |
| | Respiratory: Clear to auscultation w/o w/r/r |
| | Cardiovascular: S1 and S2 heard. No gallops. |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | CERVICAL SPINE: Nontender to palpation. Full range of motion. |
| | UPPER EXTREMITIES: Motor sensory function: intact. |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Ste 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467     DOB: ███ 1974     Sex: M     Account No.:
Encounter ID: 160618563     Encounter Date: 01/04/2018
Encounter Type: Office Visit

LUMBAR SPINE: Positive tenderness at posterior lateral structures from L2-3 down to L5-S1.
Lumbar flexion elicits right lower extremity referred pain pattern.
LOWER EXTREMITIES: Motor testing is 4/5 right lower extremity.
Sensory deficit 1/2 at L5, S1 dermatomes right side.
Positive straight leg raise at 45° right lower extremity.

Imaging:
MRI SCAN LUMBAR SPINE – 4/04/2017
there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5 – S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5 – S1 level in moderate disc space narrowing at T 12 – L1 level.
T 12 – L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1 – 2 disc level: unremarkable.
L2 – 3: annular bulge encroaches upon foraminal.
L 3–4: mild facet joint arthropathy, predominantly on the right side.
L 4–5: facet joint arthropathy is noted bilaterally.
L5 – S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:
ICD-10 Codes:
   1)M545; Low back pain
   2)M4696; Arthropathy, lumbar facet joint.
   3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
   4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
   5)M4316; Spondylolisthesis, lumbar region
   6)M5137; Other intervertebral disc degeneration, lumbosacral region
   7)M4716; Other spondylosis with myelopathy, lumbar region
   8)M4806; Spinal stenosis, lumbar region
   9)M5416; Radiculopathy, lumbar region
   10)M4307; Spondylolysis, lumbosacral region

PLAN:
Care Plan:
Will continue use of morphine sulfate extended-release through the postoperative pain following lumbar fusion.

Date: 1-04-18

[Provider]: Reynaldo Pardo, MD

SJIPS_0099

Page: 1 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467      DOB: ███1974      Sex: M    Account No.:
Encounter ID: 189467402    Encounter Date: 04/29/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Low back pain, leg pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient underwent lumbar radiofrequency ablation the right side on 4/01/2019. He reports near-complete relief of relief lumbar pain. The patient underwent a posterior lumbar fusion following a motor vehicle collision injury that resulted in lumbar spondylolysis (Pars defect) and herniated disc protrusion at the L5-S1 level. The PLIF procedure relieved the patient's persistent lumbar pain as well as the right lower extremity radiculopathy. However, following the surgery, the patient developed left paralumbar pain and radiculopathy. Following two positive left lumbar prognostic medial branch blocks, the patient underwent lumbar radiofrequency ablation, left side, on 11/08/2018 which provided near-complete relief. The patient reports recurrence of the left paralumbar pain indicating regeneration of the previously lesioned medial branch nerves. The patient is here to undergo repeat lumbar RF Ablation of the left side. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |
| | Musculoskeletal: Joint pains or stiffness in neck and shoulders |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 247.00 lbs |
| | BMI: 31.71 |
| | Blood Pressure: 142/97 mmHg |
| | Temperature: 98.30 F |
| | Pulse: 100 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: Regular rate and rhythm |
| | Gastrointestinal (Abdomen): Soft, nontender, nondistended |
| | CERVICAL SPINE: Mild posterolateral structure tenderness. |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, left side. |
| | Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB:████1974        Sex: M        Account No.:
Encounter ID: 189467402        Encounter Date: 04/29/2019
Encounter Type: Office Visit
Imaging:                    MRI SCAN LUMBAR SPINE – 4/04/2017
                            there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior
                            subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and
                            moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
                            T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal
                            narrowing.
                            L1–2 disc level: unremarkable.
                            L2–3: annular bulge encroaches upon foraminal.
                            L3–4: mild facet joint arthropathy, predominantly on the right side.
                            L4–5: facet joint arthropathy is noted bilaterally.
                            L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5
                            subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                  ICD-10 Codes:
                               1) M545; Low back pain
                               2) M4696; Arthropathy, lumbar facet joint.
                               3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                               4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                               5) M4316; Spondylolisthesis, lumbar region
                               6) M5137; Other intervertebral disc degeneration, lumbosacral region
                               7) M4716; Other spondylosis with myelopathy, lumbar region
                               8) M4806; Spinal stenosis, lumbar region
                               9) M5416; Radiculopathy, lumbar region
                              10) M4307; Spondylolysis, lumbosacral region
                              11) M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                  1. The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the
                            scheduled radiofrequency ablation.
                            2. The patient will likely require repeat radiofrequency ablation once or twice per year, given the rate of neural
                            regeneration.

Date: 4-29-19

[Provider]: Reynaldo Pardo, MD

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB: ███1974

DATE OF PROCEDURE: 4/29/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy and Fusion Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, left side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the left side.
2. At the junction of the superior articular process and the transverse process of L5 on the left side.
3. At the junction of the superior articular process and the transverse process of L4 on the left side.
4. At the junction of the superior articular process and the transverse process of L3 on the left side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD.  SUITE 2.  JACKSONVILLE, FL 32223   T (904)647-9199   F (904)647-9198

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ███1974        Sex: M    Account No.:
Encounter ID: 189620594    Encounter Date: 04/05/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Lower back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and postoperative evaluation. The patient underwent lumbar radiofrequency ablation, right side, on 4/01/2019. Patient reports significant relief of his right paralumbar pain, with less referred pain to the right inguinal area, posterior thigh, and calf area. There is increased awareness of the left paralumbar pain which had previously been effectively treated with RF ablation on 11/08/2018. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: No fever, no chills, denies fatigue |
| | Throat: Denies sore throat or pain when swallowing |
| | Respiratory: No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 248.00 lbs |
| | BMI: 31.84 |
| | Blood Pressure: 132/79 mmHg |
| | Temperature: 98.20 F |
| | Pulse: 94 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): N/D, N/T, w/o masses |
| | CERVICAL SPINE: Mild tenderness posterolateral structures. |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, left side greater than right. |
| | Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

Page: 2 of 2

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB: ████1974      Sex: M    Account No.:
Encounter ID: 189620594    Encounter Date: 04/05/2019
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:          ICD-10 Codes:
          1)M545; Low back pain
          2)M4696; Arthropathy, lumbar facet joint.
          3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
          4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
          5)M4316; Spondylolisthesis, lumbar region
          6)M5137; Other intervertebral disc degeneration, lumbosacral region
          7)M4716; Other spondylosis with myelopathy, lumbar region
          8)M4806; Spinal stenosis, lumbar region
          9)M5416; Radiculopathy, lumbar region
          10)M4307; Spondylolysis, lumbosacral region
          11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:          1. Symptoms consistent with recurrence of lumbar facet arthropathy, left side. Recommend proceeding with repeat lumbar RFA on the left side.

Date: 4-05-19

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ▮▮1974        Sex: M    Account No.:
Encounter ID: 183436009     Encounter Date: 04/01/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "I have pain in my left and right side of my lower back with radiating pain to the glutes, hamstrings, and calves." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit and procedure. The patient complains of persistent lower back pain referred to the lower extremities the pain score index is 9/10 on the visual analog score. The pain as a deep intense ache with intermittent sharp pain. It is aggravated with prolonged standing, prolonged supine position, and there is morning pain and stiffness. The patient is here to undergo radiofrequency ablation of the right lumbar area. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Throat: Denies sore throat or pain when swallowing |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | No shortness of breath |
| | Gastrointestinal: Denies abdominal pain |
| | Musculoskeletal: Joint pains or stiffness in neck and shoulders |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 250.00 lbs |
| | BMI: 32.09 |
| | Blood Pressure: 134/87 mmHg |
| | B/P Side: Left |
| | B/P Position: Sitting |
| | Temperature: 98.60 F |
| | Pulse: 81 beats/min |
| | Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left. |
| | Extension: 10 – 20° elicits axial concordant pain |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████1974        Sex: M    Account No.:
Encounter ID: 183436009     Encounter Date: 04/01/2019
Encounter Type: Office Visit

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

ASSESSMENT:
Diagnosis:                  ICD-10 Codes:
                                1)M545; Low back pain
                                2)M4696; Arthropathy, lumbar facet joint.
                                3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                                4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                                5)M4316; Spondylolisthesis, lumbar region
                                6)M5137; Other intervertebral disc degeneration, lumbosacral region
                                7)M4716; Other spondylosis with myelopathy, lumbar region
                                8)M4806; Spinal stenosis, lumbar region
                                9)M5416; Radiculopathy, lumbar region
                                10)M4307; Spondylolysis, lumbosacral region
                                11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                  The history and physical examination are consistent with Lumbar facet arthropathy. We will proceed with the scheduled radiofrequency ablation.

Date: 4-01-19
_____

[Provider]: Reynaldo Pardo, MD

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

**OPERATIVE REPORT**

PATIENT NAME: Richard Triolo

DOB: ███1974

DATE OF PROCEDURE: 4/01/2019

PREOPERATIVE DIAGNOSIS:

- Lumbar Facet Joint Arthropathy
- Lumbar Spondylosis
- Lumbar Postlaminectomy Syndrome
- Low Back Pain
- S/P MVC, Hyperflexion/Hyperextension Spinal Injury

POSTOPERATIVE DIAGNOSIS: Same.

- Radiofrequency Neurotomies Medial Branches of L2, L3, L4, and L5, right side.
- Fluoroscopic needle localization.

SURGEON: Reynaldo Pardo, M.D.

ANESTHESIA: Local with intravenous conscious sedation.

CONSENT: The reason for the operation and the planned procedure were discussed with the patient. The risks, the potential complications, and the benefits of the procedure were also discussed. The patient indicated that he understood the above discussion and wished to proceed with the operation.

DESCRIPTION OF PROCEDURE: The patient was placed on the fluoroscopy table in the prone position. Electrocardiogram, blood pressure, and pulse oximetry were monitored and remained stable throughout. A nasal cannula was placed and oxygen was delivered at a 2 L/min flow. The lower back area was prepped with ChloraPrep and draped in sterile fashion. Fluoroscopic guidance was used to place 100-mm, 10-mm active tip, radiofrequency cannulae into the following locations:

1. At the junction of the superior articular process and the sacral ala on the right side.
2. At the junction of the superior articular process and the transverse process of L5 on the right side.
3. At the junction of the superior articular process and the transverse process of L4 on the right side.
4. At the junction of the superior articular process and the transverse process of L3 on the right side.

RADIOLOGY REPORT: Appropriate and safe needle tip placement was verified in AP and lateral views. The radiofrequency probes were inserted into the cannulae. This was followed by motor testing at 2 hertz up to 3 volts at all levels without radicular contractions. Radiofrequency neurotomies were performed at 80 degrees centigrade for 90 seconds at all levels. The needle tips were rotated 90 degrees, and a second radiofrequency neurotomy was performed at 80 degrees centigrade for 90 seconds. The radiofrequency probes were removed. This was followed by injection of 3-mg of betamethasone with 0.5-ml of 0.75% bupivacaine at each needle site. The radiofrequency cannulae were removed. The patient tolerated the procedure well without complications and was discharged in stable condition.

Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Medicine

12078 SAN JOSE BLVD.   SUITE 2.   JACKSONVILLE, FL 32223   T (904)647-9199 F (904)647-9198

SJIPS_0107



RIGHT



RICHARD TRIOLO

4 / 1 / 2019

SJIPS_0108





RICHARD TRIOLO

4 / 1 / 2019

SJIPS_0109





RICHARD TRIOLO

4 / 1 / 2019

SJIPS_0110





RICHARD TRIOLO

4 / 1 / 2019

SJIPS_0111

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ███1974    Sex: M    Account No.:
Encounter ID: 182693995    Encounter Date: 03/28/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | "Lower back pain, leg pain." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. He reports increased pain intensity in the lower back, bilaterally, with referred pain to the lower extremities, buttock, posterior thigh, and calf bilaterally, right side greater than left. The patient underwent positive prognostic medial branch blocks x 2, followed by radiofrequency ablation on the left side resulting in significant relief of the patient's left para lumbar pain. The patient denies recent injuries. The pain is aggravated with activity, lumbar flexion-extension and over the shoulder work. There is night pain and morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father<br>Congestive Heart Failure – father<br>Coronary Artery Disease – grandfather<br>Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social<br>Patient denies illicit drug abuse<br>Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0<br>Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0<br>Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Throat: Denies sore throat or pain when swallowing<br>Respiratory: No shortness of breath<br>Gastrointestinal: Denies abdominal pain |

**OBJECTIVE:**

| | |
|---|---|
| Vital Signs: | Height: 74.00 in<br>Weight: 250.00 lbs<br>BMI: 32.09<br>Blood Pressure: 135/86 mmHg<br>B/P Side: Left<br>B/P Position: Sitting<br>Temperature: 98.60 F<br>Pulse: 74 beats/min<br>Resp. Rate: 18 |
| Physical Exam: | Constitutional: WD/WN<br>Respiratory: Clear bilaterally to auscultation<br>Cardiovascular: No murmurs, rubs or gallops.<br>Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly.<br>CERVICAL SPINE: Nontender to palpation<br>LUMBAR SPINE: Postero-lateral structure tenderness: L3-4 through L5-S1, right side greater than left.<br>Extension: 10 – 20° elicits axial concordant pain |

SJIPS_0112

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
**Patient ID:** 69523467    **DOB:** ▉▉1974    **Sex:** M    Account No.:
**Encounter ID:** 182693995    **Encounter Date:** 03/28/2019
**Encounter Type:** Office Visit

|  | |
|---|---|
| | **LOWER EXTREMITIES:** Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| **Imaging:** | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.

T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.

L1–2 disc level: unremarkable.

L2–3: annular bulge encroaches upon foraminal.

L3–4: mild facet joint arthropathy, predominantly on the right side.

L4–5: facet joint arthropathy is noted bilaterally.

L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
**Diagnosis:**    ICD-10 Codes:

1)M545; Low back pain
2)M4696; Arthropathy, lumbar facet joint.
3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5)M4316; Spondylolisthesis, lumbar region
6)M5137; Other intervertebral disc degeneration, lumbosacral region
7)M4716; Other spondylosis with myelopathy, lumbar region
8)M4806; Spinal stenosis, lumbar region
9)M5416; Radiculopathy, lumbar region
10)M4307; Spondylolysis, lumbosacral region
11)M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
**Care Plan:**    Recommend proceeding with lumbar radiofrequency ablation, right side

Date: 3-28-19

[Provider]: Reynaldo Pardo, MD

SJIPS_0113

Page: 1 of 3

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: █████1974        Sex: M    Account No.:
Encounter ID: 177340606    Encounter Date: 02/28/2019
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "I have pain on the right side of my lower back." |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient complains of persistent lower back pain across the lumbosacral area, right side more evident than left. The patient's postoperative pain on the left para lumbar area was relieved following lumbar radiofrequency ablation. The patient is now more aware of the right lumbar pain, which is aggravated with prolonged standing, lumbar extension. It is aggravated at night which interrupts his sleep, and there is morning pain and stiffness. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;   One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;   One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;   One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | **Constitutional:** No fever, no chills, denies fatigue |
| | Pt. denies fever, chills, or generalized malaise. |
| | **Cardiovascular:** Denies chest pain, angina, or palpitations |
| | Denies chest pain, angina, or palpitations |
| | **Respiratory:** Negative shortness of breath, cough, sputum production |
| | Negative shortness of breath, cough, sputum production |
| | **Gastrointestinal:** No abdominal pain, hematemesis, or melena |
| | No abdominal pain, hematemesis, or melena |
| | **Genitourinary:** Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | **Musculoskeletal:** Joint pains or stiffness in right heel |
| | Joint pains or stiffness |
| | **Neurological:** Denies fainting, blackouts, seizures, paralysis |
| | Denies fainting, blackouts, seizures, paralysis |
| OBJECTIVE: | |
| Vital Signs: | Height: 74.00 in |
| | Weight: 245.00 lbs |
| | BMI: 31.45 |
| | Blood Pressure: 139/84 mmHg |
| | B/P Side: Right |
| | B/P Position: Sitting |

Page: 2 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: █████1974      Sex: M     Account No.:
Encounter ID: 177340606      Encounter Date: 02/28/2019
Encounter Type: Office Visit

|   |   |
|---|---|
| | Temperature: 98.60 F |
| | Pulse: 82 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Positive tenderness at the posterolateral structures from L23 down to L5 S1, right side greater than left. |
| | There is intolerance to lumbar extension limited to 15° which elicits concordant pain in the right paralumbar structures. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |
| | there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level. |
| | T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing. |
| | L1–2 disc level: unremarkable. |
| | L2–3: annular bulge encroaches upon foraminal. |
| | L3–4: mild facet joint arthropathy, predominantly on the right side. |
| | L4–5: facet joint arthropathy is noted bilaterally. |
| | L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. |

ASSESSMENT:
Diagnosis:                 ICD-10 Codes:
                              1)M545; Low back pain
                              2)M4696; Arthropathy, lumbar facet joint.
                              3)S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
                              4)S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
                              5)M4316; Spondylolisthesis, lumbar region
                              6)M5137; Other intervertebral disc degeneration, lumbosacral region
                              7)M4716; Other spondylosis with myelopathy, lumbar region
                              8)M4806; Spinal stenosis, lumbar region
                              9)M5416; Radiculopathy, lumbar region
                              10)M4307; Spondylolysis, lumbosacral region
                              11)M961; Postlaminectomy syndrome, not elsewhere classified

PLAN:
Care Plan:                 1. Recommend proceeding with Radiofrequency Ablation of the lumbar medial branch nerves on the right side, to obtain long term relief of facet joint pain.

Page: 3 of 3

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ███1974    Sex: M    Account No.:
Encounter ID: 177340606    Encounter Date: 02/28/2019
Encounter Type: Office Visit

Date: 2-28-19

[Provider]: Reynaldo Pardo, MD

Page: 1 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467        DOB: ████1974        Sex: M        Account No.:
Encounter ID: 189465856        Encounter Date: 01/22/2019
Encounter Type: Office Visit
SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | "Left lower back pain" |
| History Of Present Illness: | The patient returns to clinic for follow-up visit. The patient underwent radiofrequency ablation of the lumbar medial branch nerves, left side, on 11/08/2018. He reports feeling much better, rating his low back pain at 2/10 on the visual analog score. He has improved range of motion. |
| Medical History: | Noncontributory |
| Surgical History: | Open Reduction and Internal Fixation of radial/ulnar compound fracture. |
| Family History: | COPD – mother, father |
| | Congestive Heart Failure – father |
| | Coronary Artery Disease – grandfather |
| | Carcinoma of Lung – grandmother |
| Social History: | EtOH: minimal/occational/social |
| | Patient denies illicit drug abuse |
| | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Current Medications: | Acetaminophen 325 MG / Hydrocodone Bitartrate 10 MG Oral Tablet 1, 1;  One tablet PO Q6 hours PRN pain; Qty: 60; Refills: 0 |
| | Diclofenac Sodium 50 MG Delayed Release Oral Tablet 1, 1;  One tablet PO BID; Qty: 60; Refills: 0 |
| | Doxepin Hydrochloride 50 MG Oral Capsule 30, 1 c;  One capsule PO Q HS; Qty: 30; Refills: 0 |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise. |
| | Cardiovascular: Denies chest pain, angina, or palpitations |
| | Respiratory: Negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis |

OBJECTIVE:

| | |
|---|---|
| Vital Signs: | Height: 74.00 in |
| | Weight: 240.00 lbs |
| | BMI: 30.81 |
| | Blood Pressure: 235/84 mmHg |
| | Temperature: 98.10 F |
| | Pulse: 82 beats/min |
| | Resp. Rate: 20 |
| Physical Exam: | Constitutional: WD/WN |
| | Respiratory: Clear bilaterally to auscultation |
| | Cardiovascular: No murmurs, rubs or gallops. |
| | Gastrointestinal (Abdomen): There are no abdominal masses. No tenderness. No hepatosplenomegaly. |
| | CERVICAL SPINE: Nontender to palpation |
| | LUMBAR SPINE: Minimal tenderness at the posterolateral structures bilaterally. |
| | Flexion to 90°, extension 15° elicits right paralumbar pain. |
| | LOWER EXTREMITIES: Motor function: 5/5 throughout |

Page: 2 of 2

ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
12078 San Jose Blvd. Suite 2
Jacksonville, FL 32223
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467       DOB: ████1974       Sex: M    Account No.:
Encounter ID: 189465856    Encounter Date: 01/22/2019
Encounter Type: Office Visit

| | |
|---|---|
| | Sensory function: 1/2 at L2, and L3 dermatomes, left side. |
| Imaging: | MRI SCAN LUMBAR SPINE – 4/04/2017 |

there is bilateral L5 spondylolysis (Pars defect). Grade 1 spondylolisthesis at L5–S1 with about 5 mm anterior subluxation of L5 vertebral body over S1 vertebra. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5–S1 level in moderate disc space narrowing at T12–L1 level.
T12–L1 disc level: there is a 2 mm protruding disc herniation indenting the anterior thecal sac with spinal canal narrowing.
L1–2 disc level: unremarkable.
L2–3: annular bulge encroaches upon foraminal.
L3–4: mild facet joint arthropathy, predominantly on the right side.
L4–5: facet joint arthropathy is noted bilaterally.
L5–S1: circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally.

**ASSESSMENT:**
Diagnosis:

ICD-10 Codes:
1) M545; Low back pain
2) M4696; Arthropathy, lumbar facet joint.
3) S134XXD; Sprain of ligaments of cervical spine, subsequent encounter
4) S161XXD; Strain of muscle, fascia and tendon at neck level, subsequent encounter
5) M4316; Spondylolisthesis, lumbar region
6) M5137; Other intervertebral disc degeneration, lumbosacral region
7) M4716; Other spondylosis with myelopathy, lumbar region
8) M4806; Spinal stenosis, lumbar region
9) M5416; Radiculopathy, lumbar region
10) M4307; Spondylolysis, lumbosacral region
11) M961; Postlaminectomy syndrome, not elsewhere classified

**PLAN:**
Care Plan:

1. The examination reveals persistent facet arthropathy in the right lumbar area. Consider radiofrequency ablation, right facet joints.

Date: 1-22-19

[Provider]: Reynaldo Pardo, MD

# Billing Statement

**ST. Joseph Interventional Pain Specialists**
**12078 San Jose Blvd, Unit 2**
**Jacksonville, FL 32223**
**904-647-9199**

Statement No: 111942

Statement Date: 5/2/2019

Patient: **Richard Triolo**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

**69523467**

Bill To: **Triolo, Richard**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | 195310730 | 99205 | $522.50 | $0.00 | $0.00 | $0.00 | $522.50 |
| 07/11/2017 | 195310730 | 62323 | $322.31 | $0.00 | $0.00 | $0.00 | $322.31 |
| 07/11/2017 | 195310730 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 07/20/2017 | 195307940 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 07/20/2017 | 195307940 | 64495 | $217.18 | $0.00 | $0.00 | $0.00 | $217.18 |
| 07/20/2017 | 195307940 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 07/20/2017 | 195307940 | 64493 | $426.45 | $0.00 | $0.00 | $0.00 | $426.45 |
| 07/20/2017 | 195307940 | 64494 | $216.33 | $0.00 | $0.00 | $0.00 | $216.33 |
| 08/03/2017 | 189739381 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 08/11/2017 | 189739497 | 77003 | $231.90 | $0.00 | $0.00 | $0.00 | $231.90 |
| 08/11/2017 | 189739497 | 64483 | $541.85 | $0.00 | $0.00 | $0.00 | $541.85 |
| 08/31/2017 | 189739288 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 10/03/2017 | 189739231 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 10/31/2017 | 191797951 | 99214 | $269.23 | $0.00 | $0.00 | $0.00 | $269.23 |
| 12/07/2017 | 196941608 | 99214 | $269.23 | ($172.30) | $0.00 | ($96.39) | $0.54 |
| 01/04/2018 | 199408361 | 99214 | $280.03 | $0.00 | $0.00 | $0.00 | $280.03 |
| 02/06/2018 | 248679788 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 03/06/2018 | 206265030 | 99214 | $378.34 | $0.00 | $0.00 | $0.00 | $378.34 |
| 04/05/2018 | 248679946 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 05/03/2018 | 213735355 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 06/01/2018 | 248680907 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 06/29/2018 | 248682290 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |

Comments:

SJIPS_0119

# Billing Statement

**ST. Joseph Interventional Pain Specialists**
**12078 San Jose Blvd, Unit 2**
**Jacksonville, FL 32223**
**904-647-9199**

Statement No: 111942

Statement Date: 5/2/2019

Patient: **Richard Triolo**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

**69523467**

Bill To: **Triolo, Richard**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 07/05/2018 | 248682767 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 07/05/2018 | 248682767 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 07/05/2018 | 248682767 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 07/05/2018 | 248682767 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 07/05/2018 | 248682767 | 64483 | $2,110.00 | $0.00 | $0.00 | $0.00 | $2,110.00 |
| 07/05/2018 | 248682767 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 07/05/2018 | 248682767 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 07/05/2018 | 248682767 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 07/24/2018 | 248683070 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 08/29/2018 | 223408994 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 09/27/2018 | 227442422 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 10/17/2018 | 231155879 | 64495 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/17/2018 | 231155879 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 10/17/2018 | 231155879 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 10/17/2018 | 231155879 | 64493 | $1,662.00 | $0.00 | $0.00 | $0.00 | $1,662.00 |
| 10/17/2018 | 231155879 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 10/17/2018 | 231155879 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/17/2018 | 231155879 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 10/17/2018 | 231155879 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/17/2018 | 231155879 | 64494 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | 64494 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |

Comments:

# Billing Statement

**ST. Joseph Interventional Pain Specialists**
**12078 San Jose Blvd, Unit 2**
**Jacksonville, FL 32223**
**904-647-9199**

Statement No: 111942

Statement Date: 5/2/2019

Patient:  Richard Triolo

1933 Eclipse Drive

Middleburg, FL 32068

69523467

Bill To:  Triolo, Richard

1933 Eclipse Drive

Middleburg, FL 32068

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 10/25/2018 | 231752654 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 10/25/2018 | 231752654 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/25/2018 | 231752654 | 64495 | $1,109.00 | $0.00 | $0.00 | $0.00 | $1,109.00 |
| 10/25/2018 | 231752654 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 10/25/2018 | 231752654 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 10/25/2018 | 231752654 | 64493 | $1,662.00 | $0.00 | $0.00 | $0.00 | $1,662.00 |
| 11/08/2018 | 232381276 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 11/08/2018 | 232381276 | 64636 | $2,171.00 | $0.00 | $0.00 | $0.00 | $2,171.00 |
| 11/08/2018 | 232381276 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 11/08/2018 | 232381276 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 11/08/2018 | 232381276 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 11/08/2018 | 232381276 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 11/08/2018 | 232381276 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 11/08/2018 | 232381276 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 11/08/2018 | 232381276 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 11/08/2018 | 232381276 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 11/08/2018 | 232381276 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 11/27/2018 | 245049157 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 01/22/2019 | 241534973 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 02/28/2019 | 245049291 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 03/28/2019 | 248683578 | 99214 | $645.00 | $0.00 | $0.00 | $0.00 | $645.00 |
| 04/01/2019 | 248684413 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |

Comments:

# Billing Statement

**ST. Joseph Interventional Pain Specialists**
**12078 San Jose Blvd, Unit 2**
**Jacksonville, FL 32223**
**904-647-9199**

**Statement No: 111942**

**Statement Date: 5/2/2019**

Patient:  **Richard Triolo**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

**69523467**

Bill To:  **Triolo, Richard**

**1933 Eclipse Drive**

**Middleburg, FL 32068**

| Date of Service | Visit ID | Procedure | Charge | Insurance Payment | Patient Payment | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| 04/01/2019 | 248684413 | 64636 | $4,342.00 | $0.00 | $0.00 | $0.00 | $4,342.00 |
| 04/01/2019 | 248684413 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/01/2019 | 248684413 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 04/01/2019 | 248684413 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 04/01/2019 | 248684413 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 04/01/2019 | 248684413 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/01/2019 | 248684413 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| 04/01/2019 | 248684413 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 04/01/2019 | 248684413 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 04/01/2019 | 248684413 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 04/29/2019 | 248680414 | Q9967 | $82.00 | $0.00 | $0.00 | $0.00 | $82.00 |
| 04/29/2019 | 248680414 | J0702 | $202.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| 04/29/2019 | 248680414 | 99153 | $473.00 | $0.00 | $0.00 | $0.00 | $473.00 |
| 04/29/2019 | 248680414 | 77003 | $726.00 | $0.00 | $0.00 | $0.00 | $726.00 |
| 04/29/2019 | 248680414 | 64636 | $4,342.00 | $0.00 | $0.00 | $0.00 | $4,342.00 |
| 04/29/2019 | 248680414 | J2001 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/29/2019 | 248680414 | S0020 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 04/29/2019 | 248680414 | 99152 | $447.00 | $0.00 | $0.00 | $0.00 | $447.00 |
| 04/29/2019 | 248680414 | 99213 | $539.00 | $0.00 | $0.00 | $0.00 | $539.00 |
| 04/29/2019 | 248680414 | A4550 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 04/29/2019 | 248680414 | 64635 | $4,015.00 | $0.00 | $0.00 | $0.00 | $4,015.00 |
| | | **Please Remit This Amount** | | | **Balance Due Total:** | | **$58,269.38** |

Comments: