AO 88B (Rev. 02/14) Subpoena to Produce Documents. Information. or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:              Orange Park Spine Institute, ATTN: RECORDS CUSTODIAN,
        1409 Kingsley Avenue Suite 1D, Orange Park, FL 32073 [Via Facsimile (1-904-375-1761)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying. testing, or sampling of the material:              PLEASE SEE ATTACHMENT

In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 | 03/29/2019 0:00 am |
| Jacksonville, FL 32202 | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/11/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR

*Ronnie S. Carter* [signature]

RONNIE S. CARTER
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendant
United States of America                                    , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ▮7157
**Date of Birth:** ▮1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

TRIOLO, RICHARD ( 1974) # 1629728                    Encounter DOS: 10/20/2017

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | TRIOLO, RICHARD (AM, 02/11/17)(Male) 1933 ECLIPSE DRIVE MIDDLEBURG FL 32068 (631)603-4863 | **DOB :** **Race:** **Language:** **Ethnicity:** | 1974 (43) Decline to specify English Decline to specify | **Encounter ID:** **Primary Ins:** | 53678126 SELF PAY |

| | | | |
|---|---|---|---|
| **Location:** | Orange Park Spine Institute LLC 1409 KINGSLEY AVE SUITE 1D ORANGE PARK, FL, 32073 -4537 (904)579-3448 | **Provider:** | CONSTANTINE TOUMBIS, MD, PHD |

## Subjective

### Chief Complaint

The patient is a very pleasant 43-year-old male who was involved in a motor vehicle accident in February 2017. He was the seat-belted driver of a 2016 Ford Mustang when he was rear-ended. His car sustained damage to the bumper, sensors, and electronics. The total damage to his car was approximately $2500. He was hit by a US Postal truck.

After the accident, the patient drove himself to the Baptist South Emergency Room. He had a CT scan of the cervical spine and complained of both neck and back pain. He complained of pain in the right lower extremity as well, in the S1 dermatomal distribution, in the posterior aspect of the thigh and leg all the way to the sole of his foot. He was placed on pain medications and muscle relaxants.

The patient was referred to Dr. McDaniels, a chiropractor, at the Orange Park Back and Spine Institute. The patient then went to see a neurologist, Dr. Asad, who performed a nerve conduction study and subsequently ordered an MRI of the lumbar spine. The patient was also referred by Dr. McDaniels to Dr. Reynaldo Pardo, a pain management specialist. The patient had multiple injections by Dr. Pardo. He is on anti-inflammatories and muscle relaxants at the present time. He utilizes hydrocodone for severe pain.

### Review of Systems

Past medical history, past surgical history, current list of medications, and family history have been documented in the patient's chart and reviewed by myself.

## Objective

### Physical Exam

PHYSICAL EXAM

Well-developed well-nourished individual with appropriate mood and affect. Patient is alert and oriented x3.
Height and weight documented in the chart.
Spine exam: Normal curvature. Muscle tone symmetric in neck and back. The cervical, thoracic, and lumbar spine are nontender to palpation and without step-offs. Range of motion throughout spine is within normal limits.
Extremity exam: Patient ambulates with an antalgic gait favoring their right lower extremity. No asymmetry is appreciated. Muscle strength is 5 out of 5 symmetric bilaterally in all motor groups in upper and lower extremities. Bilateral upper and lower extremities have range of motion within normal limits and there is no evidence of instability, laxity or focal tenderness. Straight leg raise is negative.
Sensation is intact to light touch throughout in upper and lower extremities although there is altered sensation in the right lower extremity in the S1 dermatome distribution.
Deep tendon reflexes are two out of four in all extremities. There are no upper motor neuron signs

Electronically Signed and Reviewed by TOUMBIS, CONSTANTINE 11/02/2017 11:21:40

OPSI_0003

TRIOLO, RICHARD (████ 1974) #    ████1629728                    Encounter DOS: 10/20/2017

present.
Pulses are palpable. Extremities are warm.
Skin is intact throughout.
No appreciable lymphadenopathy.
Coordination is intact. Heels to toe gait intact. Romberg sign absent.

## Assessment

### Diagnosis

MRI of the lumbar spine is significant for pathology at the L5-S1 motion segment. There is a
grade 1 spondylolisthesis of 5 mm of L5 onto S1 caused by a bilateral pars interarticularis defect.
This is a degenerative spondylolisthesis as there is no evidence of bone marrow edema
surrounding the pars interarticularis. The anterolisthesis has caused significant disc degeneration
at this level and has contributed to severe neural foraminal narrowing on the right and moderately
severe neural foraminal narrowing on the left. The rest of the MRI is largely unremarkable.

M4317 Spondylolisthesis, lumbosacral region

## Plan

### Procedures

99204 Office/outpatient Visit New (1 UN)

### Care Plan

I have discussed with the patient that he does have a grade 1 spondylolisthesis of L5/S1. This is
due to bilateral pars interarticularis defects. I discussed with him that he has had significant
conservative treatment modalities to include therapy, pain management, and courses of anti-
inflammatories and muscle relaxants. At the present time he occasionally requires hydrocodone in
order to manage his pain. I discussed with him that due to the persistent and severe nature of his
pain, he would be a surgical candidate for a posterior lumbar interbody fusion of L5/S1. We have
discussed the surgical procedure using spinal models as well as the risks and benefits of the
surgical intervention in detail. He'll contact us if he is interested in pursuing operative intervention.

Electronically Signed and Reviewed by TOUMBIS, CONSTANTINE 11/02/2017 11:21:40

OPSI_0004



#HF181629728 TRIOLO, RICHARD (Male) ███ 1974 (Age 43) CURRENT

ReginaFederico [Logout]
ORANGE PARK SPINE INSTITUTE LLC

| Home | EHR | Patients | Schedule | Billing | Real-Time | Reports | Tasks & Messages | Admin |

Advanced ● Patient ○ Claim   Last Name, First   TRIOLO,RICHARD



## Patients: Chart HF181629728

● Documents

### Registration   ● Face Sheet   ● View / Edit Details

**Account Information**

TRIOLO, RICHARD (AM, 02/11/17)
HF181629728
CURRENT
███ 1974
MALE

| | |
|---|---|
| Previous First Name: | |
| Previous Last Name: | |
| Race: | PATIENT DECLINED |
| Ethnicity: | PATIENT DECLINED |
| Sexual Orientation: | |
| Gender Identity: | |
| Language: | ENGLISH |
| SSN: | |
| Address: | 1933 ECLIPSE DRIVE MIDDLEBURG, FL 32068 |
| Home Phone: | (631)603-4863 |
| Work Phone: | |
| Ext: | |
| Cell Phone: | (631)603-4863* |
| Email: | |

**Primary Insurance**

| | |
|---|---|
| Payer: | SELF PAY |
| Status: | ACTIVE |
| Effective: | |
| Termination: | |
| Last Checked: | |
| Phone: | |
| Address: | |
| Policy Holder: | TRIOLO, RICHARD |
| Relationship: | SELF |
| Plan Name: | |
| Payer Class: | OTHER |
| Group No: | |
| Insured ID: | 181629728 |
| Co-Pay: | 0.00 |
| Co-Ins: | |

**Secondary Insurance**
No Insurance on file
**Tertiary Insurance**
No Insurance on file

### Legend:
Eligibility Status
△ = More info needed
● = Active
⊙ = Patient not found
● = Inactive
○ = Eligibility has not been requested

**Guarantor**

TRIOLO, RICHARD
███ 1974 (43)
1933 ECLIPSE DRIVE
MIDDLEBURG, FL 32068

Home : (631)603-4863
Cell : (631)603-4863
Work :
Email :

**Additional Patient Charts**

**Statement**   ● Claim History ● e-Bill ● Post Payment ● Payment History ● Ledger ● Enter Charges

A/R Aging (days)

| | 0-30 | 31-60 | 61-90 | 91-120 | > 121 | Total |
|---|---|---|---|---|---|---|
| Patient Aging | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |
| Insurance Aging | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |

| | Credit | Amount |
|---|---|---|
| Unapplied Patient Payments | $0.00 | $0.00 |
| Net A/R | | $1,600.00 |
| Guarantor Balance | | $1,600.00 |

**Appointments**   ● Print Future Appointments ● Add to Recall List ● New Appointment

| Appointment | Type | Resource | $ Charges |
|---|---|---|---|
| ● 10/20/2017 09:30 AM | NEW PATIENT-15 MIN | TOUMBIS, CONSTANTINE | |

**Recall List**   [ Mark as Complete ]

| □ Type | Date Required | Note |
|---|---|---|

**Statement History**   ● Generate Statement

| Statement Id | Guarantor Name | Date Created | Balance Due |
|---|---|---|---|

**Messages**   ● New Message
Alerts

**Notes**

| | |
|---|---|
| 01/24/2018 SPOKE WITH STEPHANIE AND PATIENT REFERRED TO DR. GREENWALD; CASE WITH US POSTAL SERVICE SO THEY HAVE 6 MONTHS TO EVEN RESPOND. GF | Edit |
| 11/08/2017 ENCOUNTER NOTE FAXED TO DR. REYNALDO PARDO AT ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS. GF | Edit |
| 11/06/2017 RECORDS AND BILLING MAILED TO PHILIP KINNEY VIA USPS. COPY OF MAILING SLIP PLACED IN CHART AND UPLOADED TO E-CHART. GF | Edit |
| 11/02/2017 RECORDS AND BILLING FAXED TO PHILIP KINNEY. GF | Edit |
| 10/17/2017: STEPHANIE CALLED BACK AND SAID THAT THEY WANT US TO SEE THE PATIENT, EVEN THOUGH WE ARE OUT OF NETWORK WITH BCBS AND WOULD NOT BE BILLING HIS HEALTH INSURANCE. AFT | Edit |

Page 1 Next

**Authorizations**   ● New Authorization ● Manage Authorizations

| Auth No. | Created | Expires | Limitations | Notes |
|---|---|---|---|---|

#HF181629728 TRIOLO, RICHARD (Male) 1974 (Age 43) CURRENT

ReginaFederico [Logout]
ORANGE PARK SPINE INSTITUTE LLC

| Home | EHR | Patients | Schedule | Billing | Real-Time | Reports | Tasks & Messages | Admin |

Advanced ◉ Patient ○ Claim | Last Name, First | TRIOLO,RICHARD | Search

## Patients: Chart HF181629728

○ Documents

**Registration** ○ Face Sheet ○ View / Edit Details

**Account Information**

TRIOLO, RICHARD (AM,
02/11/17)
HF181629728
CURRENT
1974
MALE

Upload Photo

Previous First Name:

Previous Last Name:

Race: PATIENT DECLINED

Ethnicity: PATIENT DECLINED

Sexual Orientation:

Gender Identity:

Language: ENGLISH

SSN:

Address: 1933 ECLIPSE DRIVE
MIDDLEBURG, FL 32068

Home Phone: (631)603-4863

Work Phone:

Ext:

Cell Phone: (631)603-4863*

Email:

Primary Insurance

Payer: SELF PAY

Status: ACTIVE

Effective:

Termination:

Last Checked:

Phone:

Address:

Policy Holder: TRIOLO, RICHARD

Relationship: SELF

Plan Name:

Payer Class: OTHER

Group No:

Insured ID: 181629728

Co-Pay: 0.00

Co-Ins:

Secondary Insurance

No Insurance on file

Tertiary Insurance

No insurance on file

Legend:

Eligibility Status △ = More info needed
● = Active
○ = Patient not found
● = Inactive
○ = Eligibility has not been requested

**Guarantor**

TRIOLO, RICHARD
1974 (43)
1933 ECLIPSE DRIVE
MIDDLEBURG, FL 32068

Home : (631)603-4863
Cell : (631)603-4863
Work :
Email :

**Additional Patient Charts**

**Statement** ○ Claim History ○ e-Bill ○ Post Payment ○ Payment History ○ Ledger ○ Enter Charges

A/R Aging (days)

| | 0-30 | 31-60 | 61-90 | 91-120 | > 121 | Total |
|---|---|---|---|---|---|---|
| Patient Aging | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |
| Insurance Aging | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |

| | Credit | Amount |
|---|---|---|
| Unapplied Patient Payments | $0.00 | $0.00 |
| Net A/R | | $1,600.00 |
| Guarantor Balance | | $1,600.00 |

**Appointments** ○ Print Future Appointments ○ Add to Recall List ○ New Appointment

| Appointment | Type | Resource | $ Charges |
|---|---|---|---|
| ● 10/20/2017 09:30 AM | NEW PATIENT-15 MIN | TOUMBIS, CONSTANTINE | |

**Recall List** | Mark as Complete | [button] |

| □ Type | Date Required | Note |
|---|---|---|

**Statement History** ○ Generate Statement

| Statement Id | Guarantor Name | Date Created | Balance Due |
|---|---|---|---|

**Messages** ○ New Message

Alerts

**Notes**

10/17/2017 SPOKE WITH STEPHANIE AT KINNEY AND SASSO TO LET THEM KNOW WE ARE NOT CONTRACTED WITH BCBS AND TO CONFIRM IF THEY WOULD LIKE US TO SEE THE PATIENT OR REFER TO SOMEONE IN-NETWORK. SHE'LL CALL ME BACK WITH AN ANSWER. AFT — Edit

10/12/2017: SPOKE WITH THE PATIENT AND SCHEDULED HIS APPOINTMENT. INSTRUCTED HIM TO BRING HIS MRI DISC. AFT — Edit

10/12/2017: SPOKE WITH DR. PARDO'S OFFICE AND THEY WILL FAX OVER THE MRI REPORT. AFT — Edit
Prev Page 2

**Authorizations** ○ New Authorization ○ Manage Authorizations

| Auth No. | Created | Expires | Limitations | Notes |
|---|---|---|---|---|

OPSI_0006

**TRIOLO, RICHARD**

05/04/2018 Spoke with Stacie at Kinney and Sasso and case is still in litigation. GF

08/23/2018 Spoke with Stacie at Kinney and Sasso and they filed a complaint with the US Postal Service on July 30, 2018. They have 30 days to respond. Stacie explained that there was a process to go through before they could even submit a complaint. Case is ongoing. GF

10/12/2018 Spoke with Mr. Triolo in regards to Dr. Toumbis reviewing an updated MRI to let him know where to drop it off if he would like it reviewed, and to summarize his symptoms. Mr. Triolo's cell phone is 631-603-4863.

11/02/2018 Spoke with Stacie at Kinney and Sasso and she said the case is still ongoing and will likely be for some time. They understood that the US Postal Service has 30 days to respond but she said it seems it could go on for much longer then 30 days to receive a response. GF

11/16/2018 Returned a voice message from Mr. Triolo. He would like to drop off the MRI disc today. Confirmed that he had the new office suite. GF

02/01/2019 Spoke with Stacie at Kinney and Sasso and she said the case is on hold and more delayed due to the recent government shut down. GF

# Patient Face Sheet

**Account Information**

| | |
|---|---|
| **Patient Name** | TRIOLO, RICHARD (AM, 02/11/17) |
| **Chart Number** | HF181629728 |
| **Account Status** | CURRENT |
| **Date of Birth** | ███ 1974 |
| **Gender** | Male |
| **Race** | Patient Declined |
| **Ethnicity** | Patient Declined |
| **SSN** | |
| **Address** | 1933 ECLIPSE DRIVE MIDDLEBURG, FL 32068 |
| **Home Phone** | (631)603-4863 |
| **Work Phone** | |
| **Ext** | |
| **Cell Phone** | (631)603-4863* |
| **Email** | |
| **Provider:** | |
| **Referring:** | |
| **Outside PCP:** | |
| **Last Seen:** | |

**Primary Insurance**

| | |
|---|---|
| **Payer:** | SELF PAY |
| **Status:** | Active |
| **Effective:** | |
| **Termination:** | |
| **Last Checked:** | |
| **Phone:** | |
| **Address:** | |
| **Policy Holder:** | TRIOLO, RICHARD |
| **Relationship:** | Self |
| **Plan Name:** | |
| **Payer Class:** | Other |
| **Group No:** | |
| **Insured ID:** | 181629728 |
| **Co-Pay:** | 0.00 |
| **Co-Ins:** | |

**Secondary Insurance**

| | |
|---|---|
| **Payer:** | |
| **Status:** | |
| **Effective:** | |
| **Termination:** | |
| **Last Checked:** | |
| **Phone:** | |
| **Address:** | |

Policy Holder:

Relationship:

Plan Name:

Payer Class:

Group No:

Insured ID:

Co-Pay:

Co-Ins:

Tertiary Insurance

Payer:

Status:

Effective:

Termination:

Last Checked:

Phone:

Address:

Policy Holder:

Relationship:

Plan Name:

Payer Class:

Group No:

Insured ID:

Co-Pay:

Co-Ins:

OPSI_0009

Oct 10 2017 17:06:11 Via Fax    →    19043751761 Vonage    Page 001 Of 002

## FAX COVER SHEET

**To:**

**Company:**

**Fax Number:** 19043751761

**Re:** Referral

**From:** Reynaldo Pardo
<stjosephfax@gmail.com>

**Date:** 10/10/17 05:05:30 PM

**Pages (Including cover): 2**

**Notes:**

Attn: Scheduling Department

OPSI_0010

# ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS

10/03/2017

RE: **Referral Form for Neurosurgery Evaluation.**

To: Dean Toumbis, MD
    Orange Park Spine Institute
    1409 Kingsley Ave.
    Suite D1
    Orange Park, FL 32073

Patient name: **Richard Triolo**
DOB: ███ 1974
CC: 1) Low back pain, 2) Lumbar radiculopathy, right.
    3) MRI: Bilateral L5 spondylolysis, grade I spondylolisthesis, facet arthropathy, bilateral foraminal stenosis.
Hx:
    Mr. Triolo is a 42 y/o patient with history of motor vehicle collision on 2/21/2017, causing lumbar pain with right lower extremity radiculopathy. At our clinic, Mr. Triolo initially underwent a lumbar interlaminar epidural steroid injection resulting in minimal and transient relief. Subsequently, Mr. Triolo underwent a lumbar prognostic medial branch nerve block with no relief, and later an L5 right transforaminal steroid injection caused increased back pain and radicular symptoms.
    We are referring Mr. Triolo for Evaluation and Treatment, and to consider a surgical therapeutic approach to his chronic pain.
    Thank you very much.



Reynaldo Pardo, M.D.
Diplomate, American Board of Anesthesiology, Anesthesiology
Diplomate, American Board of Anesthesiology, Pain Management.

2970 HARTLEY ROAD - SUITE 300  JACKSONVILLE, FL 32257  T (904)647-9199  F (904)647-9198

## AUTO / PERSONAL INJURY INTAKE FORM

NOTE: Must be filled out in its entirety prior to scheduling patient.

DATE: 10/12/17   OPSI STAFF AFT   OPSI APPOINTMENT: 10/20 @ 9:30 am

PATIENT NAME Richard Triolo

ADDRESS 1933 Eclipse Dr. Middleburg, FL 32068

DOB ████ 74 PHONE 031·603·4863 REFERRED BY: Reynaldo Pardo, MD

DATE OF ACCIDENT: 02 / 2017   STATE OF OCCURRENCE: FL (Mandarin)

CHIEF COMPLAINT lower back (bilateral fx in L5)

DETAILS OF ACCIDENT: Rear-ended at traffic light.

WORK RELATED? YES ___ NO X   PRIOR ACCIDENTS? YES X NO ~~X~~ black ice left forearm

IMMEDIATE AWARENESS OF INJURY? YES ___ NO ___ TAKEN TO ER? YES X NO ___ himself

NAME OF HOSPITAL baptist (employee) MRI / CT? YES ___ NO ___ cervical CT after

SIMILAR INURY? YES ___ NO ✓   PRIOR SPINE SURGERY? YES ✓ NO ~~✗~~ AREA forearm    accident.

ATTORNEY NAME Philip Kinney   PHONE/FAX# _____

AUTO INSURANCE State Farm

CLAIMS ADDRESS _____ .

ADJUSTERS NAME / PHONE _____

CLAIM # _____ PIP LIMIT? $ _____ MED PAY? YES ___ NO ___

BENEFITS EXHAUSTED? YES ___ NO ___ close.

HEALTH INSURANCE Florida Blue

PHONE #: _____   ID#: _____

COMMENTS: LM to schedule 10/12/17 @ 11:10 am

Referral: Reynaldo Pardo, MD
St. Joseph Interventional Pain Specialists

TELEPHONE SCRIPT OPSI-O-008

## ORANGE PARK SPINE INSTITUTE

| Patient Information |
|---|

**1** Patient Name: (Last, First, Middle initial)

Triolo   A   Richard

Gender: ⦿ Male  ◯ Female

Ethnicity: ◯ Hispanic  ◯ Non-Hispanic  ⦿ Other  ◯ Refused

Social Security #  ███ - 7157

Date of Birth:  ██ - 1974

Marital Status: ⦿ Single ◯ Married ◯ Divorced ◯ Widowed

**2** Who completed this form?

⦿ Patient ◯ Family Member (Parent, Spouse, Child, etc.) ◯ Domestic Partner ◯ Legal Guardian ◯ Other

**3** Mailing address: (Street, City, State, Zipcode)

1933 Eclipse Drive

Middleburg FL 32068

**4** Home Phone: 631-603-4863    Cell Phone: 631-603-4863

E-Mail Address: LIStrong19@yahoo

Emergency Contact: Brian Schmucker    Relationship: Brother

Emergency Contact Phone Number: 904 260-8504

Is this visit related to an accident?    Date of accident: 2-11-17

⦿ Auto    Name of attorney: Phillip Kinny

◯ Worker's Compensation    Law Firm: _____

◯ Other: _____    Attorney's Phone Number: 904 - 422 - 7445

May we leave a message on your answering machine/ voicemail? (Please indicate below.)
_____ You may leave a detailed message on my answering machine/ voicemail.
_____ You may leave information with the individuals listed below.
List names here: _____
_____ You may leave a message with call back information ONLY with either an individual or on
my answering machine/ voicemail.(Call back information will include the doctor's name
and staff member's name and phone number.)

* This authorization will remain in effect until terminated by patient, patient's representative or another legally authorized to do
so by court order or law. You may revoke or terminate authorization by submitting a written request to our office.

Patient Name: _____

1

OPSI_0013

**ORANGE PARK SPINE INSTITUTE**

### CONDITIONS OF TREATMENT BY OPSI
### AUTHORIZATION TO RELEASE INFORMATION

1. **PERMISSION FOR TREATMENT:** Permission is hereby granted for physicians, physician assistants and employees or agents of Orange Park Spine Institute (OPSI) to render to the below named patient such medical and surgical treatment as deemed necessary.

2. **RELEASE OF INFORMATION:** I, the below named patient, do hereby authorize any physician examining and/or treating me to release any medical condition and records concerning diagnosis and treatment when requested to:
    a. Such third party for its use in connection with determining a claim for payment for such treatment and/or diagnosis.
    b. Any referring physician to ensure continuity of medical care.
    c. Other treating providers within Orange Park Spine Institute.
    d. If this is related to an accident, the attorney/firm handling my case.

Please initial here

## *Medical History Form*

Current Height _6 2_
Current Weight _238_

**Health Care Provider Information**

| 5 | Primary Care Provider: Dr Bernald (Point Medial) | Date last seen by this provider: 10-12-17 |
|---|---|---|
| | Provider address: (Street, City, State, zipcode) Kingsly Ave Orange Park | Phone number: 647-9189 |
| | | Fax Number: |
| | Pain Management Provider(s): Dr Prado | |
| | Cardiologist: | |
| | Other Physicians: | |
| | Referred by: | |

**Medications**

6 Are you using any medications (prescription or over-the-counter), vitamins, herbal supplements, or contraceptives on a regular basis? ⊙ Yes ○ No
Please list all medications below **OR** provide a copy of current list of medications.

| Name of Medication | Strength of Each Dose | # of Doses at a Time | Frequency |
|---|---|---|---|
| Example: Amoxicillin | 250mg | 1 pill | 3 times daily |
| | | | |
| | | | |
| | | | |

**Allergies**

Please list any allergies: None

**Prior Therapies**

| 9 | Have you ever been prescribed physical therapy? ⊙ Yes ○ No | |
|---|---|---|
| | If yes, dates? _____ | By whom? Orange Park back & Spine |
| 10 | Have you ever been prescribed a home exercise program? ○ Yes ○ No | |
| | If yes, dates? _____ By whom? _____ | |
| 11 | Have you had injections in the past? ⊙ Yes ○ No | |
| | If yes, dates? _____ By whom? Dr.a Ronaldo Prado | |

Patient Name: _Richard Trido_

2

OPSI_0014

## ORANGE PARK SPINE INSTITUTE

### Systems Review

| | |
|---|---|
| 8 | Fill in the circles to the left of each symptom which you wish to call to the attention of your health care provider. Select **No Symptoms** if you have not experienced any of the listed symptoms. Select **Other Symptom(s)** if the symptom you wish to report is not listed. |

○ fevers
○ sinus congestion
○ abdominal (belly pain or cramping)
○ enlarged lymph glands
○ loss of appetite
○ joint swelling
○ skin rash/ skin sores
○ chest pain
○ headaches
○ unusual bruising
○ swelling in the legs or feet
○ weakness in arms or legs
○ numbness or shooting pain in hands, arms, legs, or feet
○ rapid or fluttering heart beats
○ noticed tendency to fall easily
○ seizures

○ heartburn
○ unusual thirst
○ constipation
○ diarrhea
○ double vision
○ sudden loss of vision
○ vision problems
○ hearing loss
○ coughing
○ frequent urination
○ felt anxious or nervous
○ recurring thoughts of death or suicide
○ weight gain of more than 10 pounds
○ weight loss of more than 10 pounds
○ difficulty swallowing
○ Other symptoms _____
○ No symptoms

### Past Surgical History

Please list all previous surgical procedures and dates below.

| Surgery | Date |
|---|---|
| LEF Forearm (Compound Frx) | 3/2001 |
| | |

### Social Context

| | | |
|---|---|---|
| 11 | Select the highest level of schooling you have completed. | |
| | ○ 8th grade or less | ◉ Some college or 2-year degree |
| | ○ Some high school, but didn't graduate | ○ 4-year college graduate |
| | ○ High school or GED | ○ Post graduate studies |
| 12 | What is your employment status? | |
| | ◉ Employed | ○ Work disabled |
| | ○ Retired | ○ Full-time homemaker |
| | ○ Unemployed | ○ Student |
| | ○ Self-employed | ○ Other |
| 13 | List your most recent occupation: Respiration Therapist  Employer: Baptist Medical Cent | |
| 14 | What is your current relationship status? | |
| | ○ Divorced | ○ Widowed |
| | ○ Married | ○ Committed relationship |
| | ○ Separated | ○ Other |
| | ◉ Single | |

Patient Name: _Richard Thib_

3

## ORANGE PARK SPINE INSTITUTE

**Substance Use History**

**Tobacco Use**

| | |
|---|---|
| 16 | Have you smoked or used other tobacco products in the last 24 months? |

- ⊙ No, never used any
- ○ Yes, occasionally
- ○ No, I quit all use
- ○ Yes, daily (number of packs per day _____)

If yes, please circle all that apply: Cigarettes   Pipe   Cigar   Chewing tobacco   Other _____

| | |
|---|---|
| 17 | If you previously smoked or used other tobacco products and have quit, how long ago did you quit? |

- ○ Within the past 30 days
- ○ 4-10 years ago
- ○ 1-12 months ago
- ○ 11 or more years ago
- ○ 2-3 years ago

**Alcohol Use**

How often do you consume alcohol? ⊙ Socially   ○ Daily   ○ No, never

**Self-Care/ Home Environment Assessment**

| | |
|---|---|
| 23 | Can you climb two flights of stairs without stopping to rest? |

- ⊙ Yes, with no difficulty
- ○ No, cannot do it at all
- ○ Yes, with difficulty
- ○ Don't know

| | |
|---|---|
| 24 | Are you dependent on a device for normal breathing (CPAP) nasal oxygen)? ⊙ Yes ○ No |
| 27 | With whom do you live? Please Circle. |

Live alone   Spouse   Domestic partner   (Family)   Other

| | |
|---|---|
| 28 | Do you have assistance for your home care from family, friends, or others should it be required? |

○ Yes  ⊙ No  (If yes, please list the name of the person and circle the relationship of this person to you.)

Name:

Spouse   Domestic Partner   Family Member   Friend   Other

| | |
|---|---|
| 30 | Are you having difficulty with pain?  ⊙ Yes ○ No   (If yes, please circle your pain level below.) |

- ○ **0-** Pain free.

  **Mild Pain** – *Nagging, annoying, but doesn't really interfere with daily living activities.*
- ○ **1-** Pain is very mild, barely noticeable. Most of the time you don't think about it.
- ○ **2-** Minor pain. Annoying and may have occasional stronger twinges.
- ○ **3-** Pain is noticeable and distracting, however, you can get used to it and adapt.

  **Moderate Pain** – *Interferes significantly with daily living activities.*
- ○ **4-** Moderate. When deeply involved in an activity, it can be ignored for a period of time, but is still distracting.
- ○ **5-** Moderately strong pain. It can't be ignored for more than a few minutes, but with effort you still can manage to work or participate in some social activities.
- ⊛ **6-** Moderately strong pain that interferes with normal daily activities. Difficulty concentrating.

  **Severe Pain** – *Disabling; unable to perform daily living activities.*
- ⊛ **7-** Severe pain that significantly limits your ability to perform normal daily activities. Interferes with sleep.
- ⊛ **8-** Intense pain. Physical activity is severely limited.
- ○ **9-** Excruciating pain.
- ○ **10-** Unspeakable pain. Bedridden and possibly delirious. (Very few will ever experience this level.)

Patient Name: _Richard Triob_

4

## ORANGE PARK SPINE INSTITUTE

**Personal and Family Medical History**

31 | Please identify all illnesses or conditions with which **you or a family member** have been diagnosed.

Please indicate the family relation. (Example: Mother, Father, Sibling, Aunt, Grandfather)

| Diagnosis | Myself | Family | Relation |
|---|---|---|---|
| Examples: ● Anemia | ○ | ● | Mother |
| ● Arthritis | ● | ○ | |
| ○ Ulcers | ○ | ○ | |
| ○ Bleeding Disorders | ○ | ○ | |
| ○ Sickle Cell | ○ | ○ | |
| ○ Blood Clots | ○ | ○ | |
| ○ Anemia | ○ | ○ | |
| ○ Bowel Dysfunction | ○ | ○ | |
| ○ Bladder Dysfunction | ○ | ○ | |
| ○ Seizures | ○ | ○ | |
| ○ Anestheia Problems | ○ | ○ | |
| ○ Arthritis | ○ | ○ | |
| ○ Heart Attack | ○ | ● | Grand Father / Father |
| ○ Heart Trouble/ A Fib | ○ | ○ | |
| ○ High Blood Pressure/ High Cholesterol | ○ | ● | Grand Father /Father /mother |
| ● Heart Disease/ CAD | ○ | ○ | Grand Father / Father |
| ● Asthma | ○ | ○ | Mother / Father |
| ○ Fever | ○ | ○ | |
| ● Lung Disease | ○ | ○ | mother / Father |
| ○ Hepatitis | ○ | ○ | |
| ● Diabetes | ○ | ○ | Father / Grand Father |
| ○ Stroke/ TIA | ○ | ○ | |
| ○ Weight Loss/ Weight Gain | ○ | ○ | |
| ○ Breast Cancer | ○ | ○ | |
| ○ Prostate Cancer | ○ | ○ | |
| ○ Other Cancer _____ | ○ | ○ | |
| ○ Eczema/ Psoriasis | ○ | ○ | |
| ○ Migraine headache | ○ | ○ | |
| ○ Osteoporosis | ○ | ○ | |
| ○ Alcohol Abuse | ○ | ○ | |
| ○ Recreational/ Street drug usage | ○ | ○ | |
| ○ Sexually Transmitted Disease(s) | ○ | ○ | |
| ○ Depression | ○ | ○ | |
| ○ Anxiety | ○ | ○ | |
| ○ Other psychiatric/ Mental illness | ○ | ○ | |
| ○ Suicide Attemp(s) | ○ | ○ | |
| ○ Genetic Disorder | ○ | ○ | |
| ○ History of infection requiring IV antibiotic | ○ | ○ | |
| ○ Glaucoma | ○ | ○ | |
| ○ Rheumatoid Arthritis | ○ | ○ | |
| ○ Hypothyroidism | ○ | ○ | |
| ○ Other (discuss with care provider) | ○ | ○ | |

Patient Name: _Richard Thub_

5

OPSI_0017

ORANGE PARK SPINE INSTITUTE

# Disclosing Patient Information with Others

"I, _Richard Trish_ hereby request that information about my presence, treatment or condition at OPSI may be given out to the individuals listed below without further authorization by me. I understand that OPSI may and will release all or part of my medical record to those authorized by law and to OPSI and non-OPSI staff caregivers involved with my health care. No other person, including family and friends, will be given this information unless I list their name below. I am aware that this authorization will remain in effect until I submit a written request changing my authorization.

I hereby authorize the following individuals to receive information regarding my health care:

| Name of Person (please print) | Relationship | Authorization expires |
|---|---|---|
| Brian Schmuelcer | Brother | □ No expiration<br>□ _____ |
| Phillip Kinnely | Lawyer | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |
| | | □ No expiration<br>□ _____ |

_Richard Trish_
**Patient Name (Printed)**

_(signature)_
**Signature**

_10/20/17_
**Date**

_Rhonda L. Feakins_
**Name of Witness**

_(signature)_
**Signature of Witness**



**ORANGE PARK**
SPINE INSTITUTE

**Narcotic Agreement**

P :   904-579-3448
F :   904-375-1761

E :   OPspine@gmail.com
W :   OrangeParkSpineInstitute.com

A :   1409 Kingsley Avenue, Ste. D
      Orange Park, FL 32073

_____ You may receive narcotics during the course of your treatment at Orange Park Spine Institute. Your physician will discuss the risks and benefits, risks of abuse, addiction and physical dependency of the medication(s). It is important that you have an understanding of the responsibilities that go along with this treatment. Please **read each statement carefully** and initial bedside it to confirm your acceptance of these responsibilities. These will remain in effect for the lifetime of treatment at our facility.

_____ I agree to not increase the dosage or how often I take the medication(s) without getting prior approval from my physician.

_____ Early refill requests will not be honored. If medications are stolen, I understand that I must complete a police report, provide Orange Park Spine Institute with a copy, and schedule an office visit to discuss receiving an early refill with my physician. It is up to the provider's discretion whether to refill or not; there are no guarantees for early refills, regardless of the documentation or circumstances.

_____ I will inform my physician of any changes in my medical condition, any changes in any prescription and/or over-the-counter medication that I take, and any adverse effects that I may experience.

_____ If I show signs or symptoms of substance abuse, I understand and agree that I will be immediately referred to pain management, an addiction specialist, or a mental health addiction facility.

_____ I agree to tell Orange Park Spine Institute's physician my complete and honest personal drug/medication usage and history. I agree that only my Orange Park Spine Institute physician will prescribe my narcotic medication. If another physician offers me any controlled substances at the same time that I am receiving a controlled substance from Orange Park Spine Institute, I am obligated to inform my Orange Park Spine Institute physician and the other physician of the drugs that I am currently prescribed and taking. I will not use any illegal 'street drugs' while receiving medications from Orange Park Spine Institute.

_____ The prescribing physician has permission to discuss all diagnostic and treatment details with dispensing pharmacists or other professionals who provide my healthcare for purposes of maintaining accountability.

_____ If I violate this agreement, I understand that my care will be terminated.

I have read the Narcotic Agreement and understand all of this agreement without questions. By signing below, I affirm that I have read, understand, and accept all of the terms of this agreement.

Patient Signature: _____    Date: 10-20-17

Printed Name: Richard Triola

Representative/Legal Guardian Signature: _____    Date: _____

Printed Name: _____

ORANGE PARK SPINE INSTITUTE
1409 KINGSLEY AVENUE, SUITE 1D
ORANGE PARK, FL 32073
PHONE: 904-579-3448
FAX: 904-375-1761

# ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

*You may refuse to sign this acknowledgement*

Name: _Richard Triolo_     DOB: _██████ 1974_

I have received a copy of Orange Park Spine Institute's Notice of Privacy Practices.

Signature: _____     DATE: _10 - 20 -17_

### FOR OFFICE USE ONLY

We attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but acknowledgement could not be obtained because:

☐ Individual refused to sign
☐ Communication barriers prohibited obtaining the acknowledgment
☐ An emergency situation prevented us from obtaining acknowledgement
☐ Other (Please Specify) _____

OPSI_0020

**ORANGE PARK SPINE INSTITUTE**
**1409 KINGSLEY AVENUE, SUITE 1D**
**ORANGE PARK, FL 32073**
**P: 904-579-3448**
**F: 904-375-1761**

### Auto Accident Injury Questionnaire

Name: _Richard Triolo_

Date of visit: _10 - 20 - 17_

Date of accident: _2 - 11 - 17_

**Is litigation pending?** ☑ Yes ☐ No

**At the time of the accident did you experience any loss of consciousness?**
☐ Yes

☑ No

☑ No, but I was dazed and confused following the impact

**At the time of the accident I was:**
☑ The driver                    ☐ A motorcycle rider

☐ A front seat passenger        ☐ A bicyclist

☐ A rear seat passenger         ☐ A pedestrian

☐ Other (please explain): _____

**The type of collision was:**
☐ Head-on collision             ☐ Side-swiped

☑ Rear-ended                    ☐ Roll-over

☐ T-boned                       ☐ Other (please explain): _____

**How many vehicles were involved in the accident?** _2_

**Just before impact my vehicle was** (describe what your vehicle was doing, Ex. Heading East Bound on SR-60 and Kelly Road in Right Lane of a 3-Lane Highway; or Stopped at a Red light at SR-60 and ...):
_Stopped At traffic Light on Old St Augie Rd and Greenland. A U.S Postal truck Rear-Ended me._

**Just before impact the other vehicle(s) was** (describe what your vehicle was doing, Ex. On Kelly Road, turning right onto SR-60; or Heading West Bound on SR-60, but then in process of making a U-turn ...):
_Stopped at traffic Light_

OPSI_0021

Were you aware of the impending crash? (Did you see it coming?)    □ Yes    □ No

**Please check the part(s) of your vehicle that made contact with the other vehicle(s)**

□ Front bumper                         □ Rear passenger side door

□ Driver side front bumper             □ Driver side rear fender

□ Passenger side front bumper          □ Passenger side rear fender

□ Driver side front fender             □ Driver side rear bumper

□ Passenger side front fender          □ Passenger side rear bumper

□ Front driver's door                  ☑ Rear bumper

□ Front passenger's door               □ Other _____

□ Rear driver's side door              □ Other _____


**Please check the part(s) of the other vehicle(s) that made contact with your vehicle**

□ Front bumper                         □ Rear passenger side door

□ Driver side front bumper             □ Driver side rear fender

□ Passenger side front bumper          □ Passenger side rear fender

□ Driver side front fender             □ Driver side rear bumper

□ Passenger side front fender          □ Passenger side rear bumper

□ Front driver's door                  □ Rear bumper

□ Front passenger's door               □ Other _____

□ Rear driver's side door              □ Other _____

**What were the road conditions at the time of the impact?**
□ Wet        ☑ Dry        □ Icy        □ Foggy        □ Dark        □ Other _____

**What was your approximate speed just before impact?** ___0___ MPH

**What was the approximate speed of the other vehicle(s) just before impact?** _____ MPH

**What safety devices were utilized at the time of impact?**
☑ Restrained (wearing seat belt)       □ Airbags deployed

□ Unrestrained (not wearing seat belt) □ Airbag did not deploy

□ Wearing a helmet                     □ Vehicle had no airbags

□ Not wearing a helmet                 □ Other _____

**I was restrained by:**

☑ Lap belt ☐ No lap belt ☑ Shoulder belt ☐ No shoulder belt

**Airbags:**

☐ Deployed ☐ Did not deploy ☐ Vehicle was not equipped with airbags

**My vehicle was** (TYPE OF VEHICLE – Make/Model; Example Nissan Maxima/4-Door Car; Chevy Blazer/Full-Size SUV; Include if it is a trailer, pick-up, full SUV, mid-size SUV, 18-wheeler, Van, Minivan, 4-door Car, 2-door Car, Motorcycle, Bicycle): *2016 Ford mustang Gt 2-door*

**The other vehicle was** (TYPE OF VEHICLE – Make/Model; Example Nissan Maxima/4-Door Car; Chevy Blazer/Full-Size SUV; Include if it is a trailer, pick-up, full SUV, mid-size SUV, 18-wheeler, Van, Minivan, 4-door Car, 2-door Car, Motorcycle, Bicycle): *U.S Postal mail truck*

**Were your vehicle's seats broken as a result of the crash?** ☐ Yes ☑ No

**After the accident was your vehicle deemed a total loss?** ☐ Yes ☑ No

**Which of your body parts struck internal objects in the vehicle?**

☑ Head ☐ Forehead ☐ Right side of head ☐ Left side of head

☐ Back of head ☐ Right shoulder ☐ Left shoulder ☐ Right arm ☐ Left arm

☐ Right elbow ☐ Left elbow ☐ Right forearm ☐ Left forearm ☐ Right wrist

☐ Left Wrist ☐ Right hand ☐ Left hand ☐ Right hip ☐ Left hip

☐ Right thigh ☐ Left thigh ☐ Right knee ☐ Left knee ☐ Right leg

☐ Left Leg ☐ Right ankle ☐ Left ankle ☐ Right foot ☐ Left foot

☐ Other _____

**The accident resulted in lacerations of:** _____ *None* _____
(If None write "None" above; It is Okay to Be "None")

**The accident resulted in abrasions of:** _____ *None* _____
(If None write "None" above; It is Okay to Be "None")

**The accident resulted in bruising of:** _____ *None* _____
(If None write "None" above; It is Okay to Be "None")

After the accident, there were N... It is okay to have none of these belo...

☐ Lacerations    ☐ Fractures    ☐ Dislocations    ☐ Abrasions    ☐ Ecchymosis

☐ Open Wounds

**Immediately following the accident I experienced pain in the following body part(s); and/or the following symptom(s):** Back and Neck pain. AFter impact my Back & Neck became very tight with a throbing pain. As soon as I Felt impact I Felt a twinge in my lower back!

**In the 1 to 48 hours after the accident I experienced pain in the following body part(s); and/or the following symptom(s):** Neck & Back. Lower Back was in extreme pain was hard to walk properly while my Neck & upper Back was tight wik throbbing pain

**Did you go to the hospital after the accident?**    ☑ Yes    ☐ No

**If yes, how were you transported?**    ☐ Ambulance    ☐ Medical (airlift) flight
☐ Private Transportation    ☑ Other _Drove myself_

**The following studies/tests were performed in the emergency room:**
☐ X-rays    ☑ CT-scan    ☐ MRI    ☐ Blood labs    ☐ Urine tests

**What medication(s) were you given in the emergency room?**
☐ None    ☐ Intravenous (I.V.) medications    ☑ Oral Medications

**Were you given prescription(s) or anything else at time of discharge from the Emergency Room?**
☐ None
☑ Yes, List: _Narco_
☐ Cervical Collar
☐ Other _____

**Following your Emergency Room visit, when did you follow-up with a doctor (Example, 3 weeks later)?**
_____ ? _____

**If you did not go to the Emergency Room, when did you first seek medical attention (Example, 5 days after accident)?**
_____

OPSI_0024

ORANGE PARK SPINE INSTITUTE

P: 904-579-3448
F: 904-375-1761

# Fax

A: 1409 Kingsley Avenue, Suite 1D
   Orange Park, FL 32073

| **To:** | Dr. Reynaldo Pardo<br>St. Joseph Interventional Pain<br>Specialists | **From:** | Orange Park Spine Institute |
|---|---|---|---|
| **Fax:** | 904-647-9198 | **Pages:** | 3 |
| **Phone:** | 904-647-9199 | **Date:** | November 8, 2017 |
| **Re:** | Referral | **cc:** | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments:

Thank you for the opportunity to evaluate this patient. Attached, please find the encounter note from Dr. Toumbis.

Please call with any questions. Our office is open Monday, Wednesday, and Friday. We are always available by email at opspine@gmail.com. Thank you for allowing us to participate in this patient's care.

Much thanks,
Gina Federico
Office Manager

DISCLAIMER:
Do not use this fax for communicating ANY clinical diagnostic or personal health information. This fax and any attached documents with it are confidential and intended solely for the individual or entity to whom they are addressed. If you are not the named addressee or legal authorized agent of the addressee you may not disseminate, distribute, or copy faxed documentation. Please notify the sender immediately if you have received this communication by mistake and shred and documents faxed with it. If you are not the intended recipient, disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

FAX COVER SHEET | OPSI-O-001

# Baymeadows MRI

7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:** TRIOLO, RICHARD
**ID NUMBER:** 22731
**DATE OF BIRTH:** ███1974
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:** 04/04/2017

## MRI SCAN OF LUMBAR SPINE

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

07/10/2017 02:32 PM - Page 11 of 17 - Generated by Cara360(TM)

OPSI_0026

*Baymeadows* **MRI** 

7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**          TRIOLO, RICHARD
**ID NUMBER:**            22731
**DATE OF BIRTH:**         ████1974
**REFERRING PHYSICIAN:**  SYED ASAD, M.D.
**DATE OF SERVICE:**      04/04/2017
**PAGE 2**

**IMPRESSION:**

1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/II**          **D/D: 04/04/2017**    **D/T: 04/04/2017**                    **DRSO6843 - 8:47**

OPSI_0027



*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

### USPS TRACKING # / Insurance Number:
### 9405 8036 9930 0529 2401 23

| Trans. #: | 418748169 | Priority Mail® Postage: | $6.65 |
| Print Date: | 11/06/2017 | Insurance Fee | $0.00 |
| Ship Date: | 11/06/2017 | Total | $6.65 |
| Expected Delivery Date: | 11/07/2017 | | |
| Insured Value: | $50.00 | | |

From:    REGINA A FEDERICO
ORANGE PARK SPINE INSTITUTE
1409 KINGSLEY AVE STE 1D
ORANGE PARK FL 32073-4532

To:    PHILIP S KINNEY
KINNEY & SASSO, PLLC
9191 R G SKINNER PKWY
UNIT 703
JACKSONVILLE FL 32256-9662

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

OPSI_0028

From: 904 329 1875                                          10/26/2017 10:11     #613 P.001/002



# KINNEY SASSO
PROFESSIONAL LIMITED     LIABILITY COMPANY
ATTORNEYS AT LAW

October 26, 2017

Via Facsimile: (904) 375-1761
Orange Park Spine
Attn: Medical Records
1409 Kingsley Avenue, Suite 1D
Orange Park, FL 32073

Re:   Our Client:            Richard Triolo
      Date of Birth:         ▮▮▮▮1974
      Date of Loss:          2/11/17
      Social Security No.:   7157 (last 4)

## REQUEST FOR MEDICAL RECORDS AND BILLING STATEMENT
### PLEASE INCLUDE ANY AND ALL NEW PATIENT INTAKE FORMS

Dear Sir/Madam:

This firm represents Richard Triolo with regard to an automobile collision that occurred on the above referenced date. It is my understanding that he has received treatment at your facility. **Please provide me copy of Mr. Triolo's complete file for treatment and a complete billing ledger for services rendered.** I have enclosed a copy of Mr. Triolo's written authorization for the release of the file to my firm. Should facsimile or email be a more efficient way of receiving the records you may at: (904) 329-1875 or Admin@JaxLitigation.com. Thank you!

Sincerely,

Stacie Eggers
Assistant to Philip S. Kinney

---

9191 R.G. Skinner Parkway, Suite 703, Jacksonville, Florida 32256
Phone (904) 642-4111   Fax (904) 329-1875
www.JaxLitiagation.com

OPSI_0029



### AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**Patient Name: Richard Triolo**

**Date of Birth:** [redacted]**1974**      **Social Security Number: 7157 (last 4)**

1. I authorize the use or disclosure of the above named individual's health information as described below:

2. The following individual or organization is authorized to make the disclosure:

   **Orange Park Spine**

   (FOR LEGAL PURPOSES)

3. The type and amount of information to be used or disclosed is as follows (include dates where appropriate)

   ☑ **ENTIRE RECORD (Please include all documents in your possession)**
   ☑ **ITEMIZED BILL FOR SERVICES RENDERED**
   ___ Problem List
   ___ Medication List
   ___ List of Allergies
   ___ Immunization record
   ___ Most recent history and physical
   ___ Most recent discharge summary
   ___ Laboratory results          from (date) _____ to (date) _____
   ☑ X-ray and Imaging Reports     from (date) _____ to (date) _____
   ___ Consultation reports        from (doctor's name) _____
   ___ Other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

   Philip S. Kinney, Esq.
   Kinney & Sasso, PL

6. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. **Unless otherwise revoked, this authorization will expire on the following date, event or condition:** _____. If I fail to specify an expiration date, event or condition, this authorization will expire in six (6) months.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this formation in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact the medical provider's office.

X _____                    **26 Oct 2017**

**Signature of Patient or Legal Representative**          **Date**

_____                    _____

**If Signed by Legal Representative, Relationship to Patient**     **Witness**

## Billing: Patient Ledger

11/02/2017

| Chart No. | HF181629728 | Patient: | TRIOLO, RICHARD (AM, 02/11/17) | Account: | CURRENT | Primary: | SELF PAY | Primary ID: | | 181629728 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance $: | $1,600.00 | Phone: | (631)603-4863 | DOB: | ▮/1974 | Secondary | | Secondary ID: | | |

| Payment Status | | Balances | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unapplied Patient Payments | $0.00 | | | 0-30 | 31-60 | 61-90 | 91-120 | > 121 | Total |
| Last Patient Payment | $0.00 | Patient Aging | | $1,600.00 | 0.0 | 0.0 | 0.0 | 0.0 | $1,600.00 |
| Last Insurance Payments | $0.00 | Insurance Aging | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $0.00 |
| | | Total | | $1,600.00 | 0.0 | 0.0 | 0.0 | 0.0 | $1,600.00 |
| | | | | | | | | Credit | Amount |
| | | | | | | Unapplied Patient Payments | | $0.00 | $0.00 |
| | | | | | | Net A/R | | | $1,600.00 |
| | | | | | | Guarantor Balance | | | $1,600.00 |

All

Sorted by: **TOTAL_BALANCE DESC.**

A/R Aging: All

| Service Date | Claim/Code | Provider | Charges | Ins. Payment | Adjustment | Ins. Balance | Pat Resp. | Pat. Payment | Pat. Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2017 | 184328880 | ORANGE PARK SPINE INSTITUTE LLC | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 |
| 10/20/2017 | 99204 | | $1,600.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 |

OPSI_0031

SELF PAY

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | PICA | | | | | | | | | PICA | | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 181629728 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| TRIOLO, RICHARD | MM DD YY 1974 M [X] F | TRIOLO, RICHARD |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1833 ECLIPSE DRIVE | Self [X] Spouse Child Other | 1933 ECLIPSE DRIVE |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MIDDLEBURG | FL | | MIDDLEBURG | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 32068 | (631) 6034863 | X | 32068 | (631) 6034863 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [X] NO | a. INSURED'S DATE OF BIRTH MM DD YY 1974 SEX M [X] F |
|---|---|---|

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? [X] YES NO PLACE (State) [FL] | b. OTHER CLAIM ID (Designated by NUCC) Y4 BAPTIST |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, complete items 9, 9a, and 9d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on file    DATE 11|02|2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on file

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL. | 15. OTHER DATE MM DD YY QUAL. 439 02 21 2017 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? YES NO $ CHARGES 0 00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) | | ICD Ind. 0 | 22. RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|---|---|
| A. IM4317 | B. | C. | D. |
| E. | F. | G. | H. |
| I. | J. | K. | L. |
| | | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 20 2017 | 10 20 2017 | 11 | | 99204 | | A | 1600 00 | 1 | | NPI | 1386781409 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 814262541 [X] | 184328880 | [X] YES NO | $ 1600 00 | $0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) TOUMBIS, CONSTANTINE 1386761409 SIGNED 11|02|2017 DATE | 32. SERVICE FACILITY LOCATION INFORMATION ORANGE PARK SPINE INSTITUTE LLC 1409 KINGSLEY AVE SUITE 1D ORANGE PARK FL 32073-4537 a. 1366969246 b. | 33. BILLING PROVIDER INFO & PH # (904) 5793446 ORANGE PARK SPINE INSTITUTE LLC 1409 KINGSLEY AVE SUITE 1D ORANGE PARK FL 320734537 a. 1366989246 b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

OPSI_0032



**ORANGE PARK**
S P I N E  I N S T I T U T E

P :  904-579-3448
F :  904-375-1761

E :  OPspine@gmail.com
W :  OrangeParkSpineInstitute.com

A :  1409 Kingsley Avenue, Ste. D
Orange Park, FL 32073

### LETTER OF PROTECTION

DATE: 10/20/17     PATIENT NAME: Richard Triolo

DATE OF ACCIDENT / INJURY / EVENT: 2/11/2017

I, the undersigned patient, in consideration of the medical services and treatment rendered by Dr. Constantine Toumbis ("physician"), or any Orange Park Spine Institute provider, hereinafter referred to as Orange Park Spine Institute, for injuries sustained in an accident/injury, which occurred on 2-11-17 , and for which I, the patient, am indebted to Orange Park Spine Institute, hereby authorize and direct my attorney, Phillip Kinney , to deduct and pay over to Orange Park Spine Institute, any and all sums due as reflected by their records, out of any money that may become payable by reason of the claim, suit or settlement brought to recover damages.

This authorization is not revocable except by the patient presenting evidence of the payment of any outstanding bills for service rendered by Orange Park Spine Institute. This authorization in no way relieves the patient of the responsibility of making payment to Orange Park Spine Institute in the event they should not receive any funds from which payment could be made.

It is the intent of the undersigned patient that this assignment is irrevocable and shall apply to the previously described cause of action, whether or not the undersigned should engage co-counsel or substitute attorneys at any future time. In the event, the undersigned further agrees to immediately advise Orange Park Spine Institute, in writing, of said substitution at the time said substitution or engagement of co-counsel or substitute counsel should occur.

In the event it becomes necessary for the physician to enforce the terms of this agreement against the undersigned, then and in that event, Orange Park Spine Institute shall be entitled to recover all costs incurred including attorney's fees for services rendered in connection with any enforcement of breach of this agreement, including appellate proceedings and post judgment proceedings.

PATIENT SIGNATURE: _____

PATIENT PRINTED NAME: Richard Triolo

WITNESSED BY: _____

DATE: 10-20/17

OPSI_0033

Referral Source: Reynaldo Pardo, MD ✓
Attorney: Philip Kinney
Surgery & Date: _____
Global End Date: _____

OPSI_0034

TROLO, RICHARD