AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Topp Spine & Orthopaedics, ATTN: RECORDS CUSTODIAN, 9
726 Touchton Road #305, Jacksonville, FL 32246 [Via Certified Mail]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                                PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| | |
|---|---|
| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br><br>03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| | |
|---|---|
| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     03/11/2019

*CLERK OF COURT*

OR

_____                    *Ronnie S. Carter*
*Signature of Clerk or Deputy Clerk*                          RONNIE S. CARTER
                                                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Defendant
_United States of America_____ , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

TSO_0001

**Name: Richard Triolo**
**Social Security No.:**          **7157**
**Date of Birth:**          **1974**

1.    All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.    All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.    All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.    All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.    All patient information forms or questionnaires, or any other information provided by the patient.

6.    All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.    A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.    A current statement indicating the total amount of the bill that has been paid and by whom.

9.    Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10.    All records requested should be all inclusive and should in no way be limited to one incident.

11.    All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12.    EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

## MEDICAL PROVIDER'S LIEN AND ASSIGNMENT OF BENEFITS

I, _Richard Treib_, do hereby authorize my attorney to pay directly to Topp Spine("Provider") such sums as may be due and owing to Provider for medical services rendered me by reason of the accident of _____, _____ and to withhold such sums from any insurance settlement, judgment or verdict as may be necessary to adequately protect Topp Spine. I hereby further give a Medical Lien on my case to Topp Spine against any and all proceeds of my insurance settlement, judgment or verdict which may be paid to my attorney, or myself, as the result of my injuries for which I have been medically treated or injuries in connection therewith.

I understand that Topp Spine will not be filing a claim to my health insurance company, if one exists, for medical services rendered as a result of this accident. In the event that I am a third-party beneficiary under a contract between Topp Spine and my health insurance carrier, I hereby voluntarily and intentionally waive and relinquish my rights, privileges and advantages as a third-party beneficiary under that contract.

I agree never to rescind this document and that rescission will not by honored by my attorney. I also agree and understand this document to be valid upon my signature. I hereby instruct that in the event another attorney is substituted in this matter, the new attorney honor this lien as inherent to the settlement and enforceable upon the case as if it were executed by him/her.

I fully understand that I am directly and fully responsible to Topp Spine and its' 3rd party medical vendors for all medical bills for services rendered to me and that this agreement is made solely for the additional financial protection of Topp Spine and in consideration of the Provider awaiting payment. I further understand that as the recipient of the medical services, I remain personally responsible for the payment for these services even if unsuccessful in my personal injury claim and that payment for these medical services is not contingent on any insurance claim settlement, judgment or verdict I may receive. I hereby further state and agree that a photocopy of this document is deemed as valid and binding on all parties involved as the original.

Dated: _11/8/17_    Patient's Name: _Richard Treib_

Dated: _11/8/17_    Patient's Signature: _____

Dated: _____    Witness Signature: _____

Attorney/Law Firm Name: _____

TSO_0003

**Topp Spine**

Dr. Raymond F. Topp
Board Certified Neurological Board Surgery
Fellowship Trained in Spinal Surgery
...Fellow of the American Academy of Orthopaedic Surgeons

## INTRO FORM

DATE: 10/8/17

Name: Riolo    Richard    Anthony    SSN#: 7157
        Last         First          Middle

Home Address: 1933 Eclipse Drive    City/State: Middleburg FL    Zip: 32068

Mailing Address: _____    City/State: _____    Zip: _____
(if part-time resident please list alternate address)

Home Phone: _____ Work Phone: _____ Cell: 631-603-4863

Date of Birth: _____ 1974 Age: 43    Marital Status: M (S) D W

Sex: ☒ Male ☐ Female    Race: ☐ White ☐ Black ☐ Hispanic ☐ Other: _____

E-mail: LiStrong 19 @ Yahoo. Com

Primary Language you speak: English

Patient's Occupation: Respiratory Therapist

Patient's Employer (if student, name of school): Baptist Medical Center South

Employer Address: _____ City/ST/ZIP _____

**Spouse or Guardian Information:**

Name: _____ SSN: _____ DOB: _____

Mailing Address if different from above: _____

Employer: _____

Relationship to patient: _____

Emergency Contacts: / HIPPA Contacts: Name and Phone: _____

Nearest Relative/Friend not living with you: Phone: _____

Primary Physician: Phone: _____

**WHOM MAY WE THANK FOR REFERRING TO US?**

Doctor's Name/Address Dr Assad    Phone: _____

☐ Friend ☐ Family ☐ Yellow Pages ☐ SSI or Peach Pages ☐ Radio ☐ Worker's Comp ☐ Other _____

Guarantor (individual responsible for account balances):

ame: Richard Trol-    Date of Birth: -74

Mailing Address: 1933 Eclipse Dr Middleburg FL    Phone: _____

Please sign verifying all information on this form is correct: _____

**Topp Spine**

Dr. Raymond E. Topp
Board Certified: American Board of Surgery
Fellowship Trained in Spine Surgery
Fellow of the American Academy of Orthopedic Surgeons

## MEDICAL HISTORY / ACCIDENT REPORT

Date: 11/8/17

Patient Name: _Richard Triol_    Age: _43_

Reason for seeing the doctor today: (be specific—what happened?) _MVA   on  2/2017. I was Stopped at traffic light & was rer ended_

Where did injury/accident occur? _Old St Augustin Rd + Loretto_  Date of injury/accident: _2/11/17_

Is there other insurance that will pay this bill (ie. AUTO, WORKERS' COMP)? ☑ Yes ☐ No

If so, what insurance? _Florida Blue_

Was this job-related? ☐ Yes ☑ No    Have X-rays been made? ☐ Yes ☐ No

Current Medications: (include dosage and frequency) _____

Do you have past or current history of the following: (Please check ONLY the ones that apply)
(EVEN IF YOU ARE OR ARE NOT TAKING MEDICATION FOR THE PROBLEM)

| | | |
|---|---|---|
| ___ Kidney Disease/Dialysis | ___ Emphysema | ___ Depression |
| ___ High Cholesterol | ___ High Blood Pressure | ___ HIV |
| ___ Heart Disease (or Murmur) | ___ Ulcers | ___ Thyroid Disorder |
| ___ Anesthesia Reaction | ___ Hepatitis | ___ Asthma |
| ___ Diabetes | ___ Pacemaker | ___ Other |

Have you ever been treated for any prior orthopaedics injuries? ☐ Yes ☐ No If yes, please list:
_Left Forearm / Compound Fx  in 2001_

Allergies (Medications, Metals, Adhesives, etc.)? ☐ Yes ☑ No If yes, please list:

List **ANY** surgical procedures you have had in the past and the name of the surgeon:

Do you smoke? ☐ Yes ☑ No   How many cigarettes per day? _____
Do you drink alcohol? ☑ Yes ☐ No  How much? _1 drinks a week_  Occupation: _Respiratory Therapist_
Are you pregnant? _____  Are you right or left handed? ☑ Right ☐ Left
Review of Symptoms (please write yes or no) _____ Shortness of Breath _____ Cough

| | | |
|---|---|---|
| ___ Chest pain | ___ Abdominal pain | ___ Dizziness |
| ___ Urinary difficulty | ___ Muscle or joint pain | ___ Other: ___ |

0100/0013

Richard Triolo

| ██ 174

Topp Spine & Orthopaedics

Chief Complaint: lumbar spine pain
MVA 2/17 - rear ended

HPI: no prior lumbar accidents / or treatment. Worsened before accident. ESIs after accident @ St. Vincents - (no relief). Pain while laying flat, pain is constant + midline. Pain radiates posteriorly down thigh + anteriorly to HIP flexor.

Current Medication: sometimes

Narco 10/325mg
Tizanidine 4mg
Diclofenac 75mg

Medical History:

Allergies: NKDA

Surgical History: 2001. Left forearm compound fx

Pain Scale: 7-9

Examination: neg. Straight leg raise bilaterally
leads to back tightness

Assessment: spondylolisthesis of L5-S1
bilateral L5 pars fx.

w/ instrumentation

Treatment: surgical treatment including a PLIF of
L5-S1 is necessary to stabilize the spine;
Pt failed conservative treatment (meds + ESIs).
Pt requires narcotics to control pain.
I recommend an inpt. sx to control pain.

Next appointment: Sx
PLIF @ UF Health

Billing codes: NP. consult level 5

**DATE:** September 13, 2018                                        **IMD**

**PATIENT: TRIOLO, RICHARD**

**PATIENT ID #: 64618-2**

**DATE OF BIRTH:**

**ACCOUNT #: 09/13/2018**

**SURGEON: RAYMOND TOPP, MD**

**FACILITY: Jacksonville Beach Surgery Center**

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral
S1 radiculopathy.

**POSTOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with
contralateral S1 radiculopathy.

**PROCEDURES:**
1.    Epidural steroid injection, left paracentral region, L5-S1.
2.    Fluoroscopic assistance, less than 60 minutes.

**SURGEON: RAYMOND TOPP, MD**

**ASSISTANT:** Blake Burrell, PA

**ANESTHESIA:** IV anesthesia.

**BLOOD LOSS:** Minimal.

**INJECTION:** Kenalog 40 mg, 2 cc, to the epidural space along with 1 cc of Sensorcaine.
Omnipaque confirmed the positioning of the needle and epidural space placement.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**INDICATIONS:** Mr. Triolo is a patient of mine who I performed posterior lumbar interbody
fusion a few months back. Postoperatively, he has been experiencing some contralateral lower
extremity pain from the opposing side of the transforaminal lumbar interbody fusion. The left S1
radiculopathy was evaluated with MRI and CT; there was no continual compression. Risks,

Page 1 of 2

TSO_0009

DATE: September 13, 2018                                                  IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-2

DATE OF BIRTH:

ACCOUNT #: 09/13/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

benefits, and alternatives to the above procedure were discussed with the patient, and he wished
to proceed.

**OPERATIVE PROCEDURE:** After informed consent was obtained from the patient, the
patient was taken to the operating room and placed in supine position. Anesthesia was instilled.
He was rolled to the prone position; all bony prominences were padded. Lumbar spine was
sterilely prepped and draped in normal fashion. Fluoroscopic assistance was utilized. We
marked the skin overlying the appropriately directed trajectory of the shot. The skin was
sterilely prepped and draped in normal fashion, and a final time-out confirmed the patient's
identity, consent to procedure, and availability of proper instrumentation.

We placed 1% lidocaine in the skin in a wheal-type fashion and then peppered the skin down
towards the interlaminar space. A small spinal needle was passed   **0200**   site under
fluoroscopic assistance. We could palpate the ligamentum flavum on the left side. We used the
glass syringe technique and once were in the appropriate area, injected Omnipaque. Omnipaque
images were saved in the sagittal and coronal projection to ensure that we were in epidural space.
We then deployed the steroid followed by 1 cc of Sensorcaine. The needle was removed. The
incision site was dressed with a Band-Aid. The patient was rolled into supine position. He was
taken to recovery room in good condition. His vital signs were stable, and he was afebrile. The
patient was awoken, and we performed a neurologic examination. He had full strength of his
lower extremities bilaterally. He had excellent relief of his pain. He was discharged to home on
same-day-surgery basis.

RAYMOND TOPP, MD

RT/at: Doc# 00022128/Job# 62822258
DD: 09/14/2018 09:28
DT: 09/15/2018 00:33

Date Transmitted: _____

Page 2 of 2

TSO_0010

DATE: September 13, 2018                                        IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-2

DATE OF BIRTH:

ACCOUNT #: 09/13/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**POSTOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**PROCEDURES:**
1.     Epidural steroid injection, left paracentral region, L5-S1.
2.     Fluoroscopic assistance, less than 60 minutes.

**SURGEON: RAYMOND TOPP, MD**

**ASSISTANT:** Blake Burrell, PA

**ANESTHESIA:** IV anesthesia.

**BLOOD LOSS:** Minimal.

**INJECTION:** Kenalog 40 mg, 2 cc, to the epidural space along with 1 cc of Sensorcaine. Omnipaque confirmed the positioning of the needle and epidural space placement.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**INDICATIONS:** Mr. Triolo is a patient of mine who I performed posterior lumbar interbody fusion a few months back. Postoperatively, he has been experiencing some contralateral lower extremity pain from the opposing side of the transforaminal lumbar interbody fusion. The left S1 radiculopathy was evaluated with MRI and CT; there was no continual compression. Risks,

Page 1 of 2

TSO_0011

DATE: September 13, 2018                                            IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-2

DATE OF BIRTH:

ACCOUNT #: 09/13/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

benefits, and alternatives to the above procedure were discussed with the patient, and he wished
to proceed.

**OPERATIVE PROCEDURE:** After informed consent was obtained from the patient, the
patient was taken to the operating room and placed in supine position. Anesthesia was instilled.
He was rolled to the prone position; all bony prominences were padded. Lumbar spine was
sterilely prepped and draped in normal fashion. Fluoroscopic assistance was utilized. We
marked the skin overlying the appropriately directed trajectory of the shot. The skin was
sterilely prepped and draped in normal fashion, and a final time-out confirmed the patient's
identity, consent to procedure, and availability of proper instrumentation.

We placed 1% lidocaine in the skin in a wheal-type fashion and then peppered the skin down
towards the interlaminar space. A small spinal needle was passed __0200__ site under
fluoroscopic assistance. We could palpate the ligamentum flavum on the left side. We used the
glass syringe technique and once were in the appropriate area, injected Omnipaque. Omnipaque
images were saved in the sagittal and coronal projection to ensure that we were in epidural space.
We then deployed the steroid followed by 1 cc of Sensorcaine. The needle was removed. The
incision site was dressed with a Band-Aid. The patient was rolled into supine position. He was
taken to recovery room in good condition. His vital signs were stable, and he was afebrile. The
patient was awoken, and we performed a neurologic examination. He had full strength of his
lower extremities bilaterally. He had excellent relief of his pain. He was discharged to home on
same-day-surgery basis.

RAYMOND TOPP, MD

RT/at: Doc# 00022128/Job# 62822258
DD: 09/14/2018 09:28
DT: 09/15/2018 00:33

Date Transmitted:

Page 2 of 2

TSO_0012

DATE: March 22, 2018                                        IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

### PREOPERATIVE DIAGNOSES:
1.     Acute trauma, L5 spondylolysis.
2.     Spondylolisthesis, L5-S1.
3.     Severe radiculopathy, bilateral lower extremities.

### POSTOPERATIVE DIAGNOSES:
1.     Acute trauma, L5 spondylolysis.
2.     Spondylolisthesis, L5-S1.
3.     Severe radiculopathy, bilateral lower extremities.

### PROCEDURES:
1.     Minimally invasive transforaminal lumbar interbody fusion, L5-S1.
2.     Allograft placed to the interbody space for structural support, L5-S1.
3.     Local autograft harvested from the decompression was used for osteoinductive purposes
       of L5-S1.
4.     Bone marrow aspirate harvested for osteoinductive purposes.
5.     Posterior instrumentation from L5 to S1.
6.     Synthetic cage placement to interbody space of L5-S1 in the form of polyethyl ethyl
       ketone.
7.     Hemilaminectomy, right L5, for decompressive purposes as well as for fusion purposes,
       L5-S1.
8.     Application of Frankel lumbosacral orthosis postoperatively.

### SURGEON: RAYMOND TOPP, MD

### ASSISTANT: Richard Burrel

### ANESTHESIA: General endotracheal.

Page 1 of 5

TSO_0013

DATE: March 22, 2018                                          IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ▮▮▮1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

**BLOOD LOSS:** 200 cc.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**FLUIDS:** Per Anesthesia.

**URINE OUTPUT:** Per Anesthesia.

**IMPLANTS:**
1.  6.5 x 45 mm Newport screws
2.  11 x 32 x 10 mm Ventura Nano interbody cage, L5-S1.
3.  5-cc factor graft allograft for structural support and osteoconductive fusion purposes, L5-S1.
4.  45 mm rods, L5 to S1.

**INDICATIONS:** Mr. Triolo is a 43-year-old male. He was involved in acute trauma and suffered an L5 spondylolysis. He has been treated with all forms of nonoperative therapy but, unfortunately, he has developed a grade 1 spondylolisthesis and severe radicular pain after the acute trauma. The risks, benefits, and alternatives to the above procedure were discussed with the patient, and he wished to proceed.

**OPERATIVE PROCEDURE:** Informed consent was obtained from the patient. The patient was taken to the operating room and placed in supine position. Anesthesia was instilled. Once anesthesia was instilled, he was rolled to an operating room table over a Wilson frame; all bony prominences were padded. The lumbar spine was sterilely prepped and draped in normal fashion. Fluoroscopic evaluation was utilized to mark the skin. We created skin markings 2 to 3 cm sagittally overlying the pedicles of L5 and S1. A final time-out confirmed the patient's identity, consented for procedure and verification of proper instrumentation.

The procedure began with insufflation of local anesthetic into the skin. We then created sharp dissection and then skin incisions bilaterally overlying the minimal invasive sites at L5-S1. Sharp dissection was taken through subcutaneous tissues and Bovie electrocautery utilized for hemostasis. We continued our dissection, and we developed a plane just above the fascia. The fascia was split in line with the skin incision overlying the musculature. We bluntly dissected,

TSO_0014

DATE: March 22, 2018                                                   IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ████ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

and we could palpate very easily the L5 transverse process, pars interarticularis, as well as the L5-S1 joint. On the left side of the spine, we introduced a Jamshidi needle into the pedicle of L5. We harvested approximately 30 cc of bone marrow aspirate. This was passed off the back table, was mixed with allograft for osteoconductive and osteoinductive purposes. A nitinol wire was then passed through the Jamshidi needle after fluoroscopic assistance demonstrated that it was in the anterior aspect of the bone of L5. We then tapped over the nitinol wire before filling with the 6.5 mm percutaneous screws with the towers. Similar procedure was performed at S1 in the sagittal and coronal plane. We advanced it into the pedicle of S1, being mindful to stay within bone at the sacrum. We angled it medially to get the most length out of the screw possible. Nitinol wire was then passed through the Jamshidi needle. We then tapped before filling with a 6.5 mm pedicle screw on the left side of the spine. A 50 mm rod was then introduced into the towers. We then distracted at the towers to distract the disc space in preparation for fusion on the opposing side. We provisionally locked down to these 50 mm rods to maintain our distraction.

A separate incision was created on the right side of the spine. Sharp dissection was taken down the subcutaneous tissues, Bovie electrocautery utilized for hemostasis. The fascia was split in line with the incision. Again, we bluntly dissected. We could palpate the transverse process, L5-S1 facet joint, and pars of L5. We could also palpate the fracture site at the pars as well. The first cannula was introduced overlying the pars. We dilated up and saw the need for an 80 mm tube. The tube retractor system was then prepared. Over the final dilator, the 80 mm tube was then introduced, and we locked it to the bed. We then visualized through the tube. We debrided the remaining musculature in the area so that we could gain visualization of the bone with Bovie electrocautery and pituitaries. We easily could identify the pars, and we could see the fracture that was evident with communication into the spinal column. A bur was then introduced along with an osteotome, and we removed the inferior artticular process on the right side of the L5 with the osteotome. This local autograft was harvested and was kept at the back table. We mixed it with the allograft for osteoinductive purposes. The superior articular process of S1 was then removed. We had excellent visualization into the neural foramen. With bipolar electrocautery, we worked on the superior aspect of the right S1 pedicle. With fluoroscopic assistance, we were able to gain access to the disc. There was an osteophyte in the area. A small osteotome was then introduced. We removed this osteophyte to gain access to the disc. Again, this osteophyte was passed to the back table.

Page 3 of 5

DATE: March 22, 2018                                                          IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Of note, prior to the procedure, neurologic monitoring was established. We maintained
neurologic monitoring to maintain the safety of the L5 and S1 nerve roots. There were no
breaches in the neuromonitoring throughout the case.

An annulotomy was performed in a transforaminal fashion at L5-S1. This was followed by
dilators and then shavers. We sequentially utilized the shavers to dilate up. With each shaver, as
we turned it to the perpendicular, we loosened the screws on the opposing side so we could
maintain more distraction. At 10 mm, we had excellent distraction, and we held the distraction
on the opposing side with the 50 mm rod and pedicle screw construct. Pituitaries were brought
in that were straight as well as angled to debride the disc to the far side. We also used curettes,
angled curettes and elbow curettes, to ensure that we were down to the cartilaginous bone. All
this material was removed; we had an excellent preparation of the disc space. The bone graft and
the bone marrow aspirate mixed with the allograft was placed into a funnel; approximately 5 cc
was introduced through the funnel and packed into the disc space with fluoroscopic assistance.
We then trialed what we felt to be the appropriate size as 10 mm cage. It was appropriate, but it
also created a space for a PEEK cage. The PEEK cage was packed with similar autograft and
allograft as bone marrow aspirate. It was introduced under fluoroscopic assistance in an oblique
fashion. We had excellent structural support anteriorly. We disconnected the inserter and then
copiously irrigated; hemostasis was achieved with bipolar electrocautery. With fluoroscopic
assistance, we then introduced Jamshidi needles into the pedicles of L5 on the right side of the
spine. The distraction on the left side of the spine was not only relieved, but we also compressed
on the left side of the spine to compress against the implants and to gain more lordosis. After the
Jamshidi needle was introduced on the right side, nitinol wire was introduced. We first tapped
before filling with 6.5 mm pedicle screw. We also performed a similar fashion at the right S1.
Once the screws were placed on the right side of the spine, we placed the 45 mm rods bilaterally
as they were the appropriate size. We then forked them down in the standard fashion.

We copiously irrigated. There was no active bleeding. Below each fascia, we placed some
vancomycin and Arista powder. The fascia was reapproximated bilaterally with 0 Vicryl. We
then introduced Exparel for postoperative pain control at the level of the fascia and skin.
Subcutaneous tissues were reapproximated with 2-0 Vicryl and the skin with glue. The patient
tolerated the procedure well; he was taken to recovery room in good condition. His vital signs
were stable, and he was afebrile. Once he had awoken in the OR, we had to provide him with
some Valium as he was having some muscle spasms, but these quickly were relieved with
administration of this medication. As he stood, we were able to sit him into thoracolumbar
orthosis.

Page 4 of 5

DATE:  March 22, 2018                                          IMD

PATIENT:  TRIOLO, RICHARD

PATIENT ID #:  64618-1

DATE OF BIRTH:  ████1974

ACCOUNT #:  03/22/2018

SURGEON:  RAYMOND TOPP, MD

FACILITY:  Jacksonville Beach Surgery Center

Our plan is to have him discharged on the same-day surgery basis.


_____

                                          RAYMOND TOPP, MD

RT/at:  Doc# 00021253/Job# 62821341
DD:  03/23/2018 12:11
DT:  03/23/2018 23:45

Date Transmitted:  _____

TSO_0017

 

## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Richard Triolo

Date of Birth: ███ 1974

Date of surgery: 03/22/2018

Jax Beach Surgery Center

Surgeon: Dr. Raymond Topp

Assistant: Richard Blake Burrell, PA

Diagnosis: M54.5, M43.17

| CPT: | Charges: |
|------|----------|
| 22633 | $32,000 |
| 20931 | $2,000 |
| 20936 | $2,500 |
| 38820 | $1,500 |
| 22840 | $8,000 |
| 22853 | $5,000 |
| 63030 | $3,000 |
| L0637 | $1314 |
| **Total Surgeon charges:** | **$55,314** |
| **Total Assist charges:** | **$10,800** |
| **Total Billed amount:** | **$66,114.00** |

TSO_0018

 

## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: April 11, 2018
Patient: Richard Triolo
DOB: ███ 1974
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: April 11, 2018

| CPT | | Charge |
|---|---|---|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |

TSO_0019

 

TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email: scheduling@toppspine.com**

Date: May 2, 2018
Patient: Richard Triolo
DOB:      1974
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: May 2, 2018

| CPT | | Charge |
|---|---|---|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |

TSO_0020




TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • **Fax:** (904) 719-7405 • **Email: scheduling@toppspine.com**

Date: March 28, 2018
Patient: Richard Triolo
DOB:      1974
Services performed by Dr. Raymond F. Topp, M.D.
Post-operative office visit: March 28, 2018

| CPT | | Charge |
|------|------|------|
| 99024 | Post-operative visit | $0 |
| Total: | | $0 |

4/25/2018 12:03:58 PM

To 19122655720C Msg 535918 Page 1 of 2

# PRECISION
## IMAGING CENTERS

Raymond Topp
3231 Glynn Ave
BRUNSWICK, GA  31520

Phone: (912) 265-9006
FAX: 9122657200

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB          1974 )

MRN: 458812
Exam Date: 25 Apr 2018
Location: PIC ORANGE PARK

CT LUMBAR SPINE WITHOUT CONTRAST

CT LUMBAR SPINE WITHOUT CONTRAST

HISTORY:  43 years Male with M48.061.

TECHNIQUE:  CT LUMBAR SPINE WITHOUT CONTRAST utilizing standard protocol.  Multiplanar
reconstructions were performed including average intensity projections through fusion instrumentation
when appropriate.

REFERENCE EXAM:  None

FINDINGS: Grade 1 spondylolisthesis L5 L5-S1 prior PLIF. No hardware fracture, loosening or
migration is evident. There appears to be partially resorbed and of bone graft material within the disc
space. No graft subsidence is seen, however. The appearance is concerning for delayed or nonunion.
There is no paraspinal mass. No segmentation anomaly is seen. There is no hemivertebra or block
vertebra. The lumbodorsal fascia and posterior elements are intact.

L1-2: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L2-3: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L3-4: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L4-5: There is no focal posterior disc herniation.  No significant central canal stenosis or neural foraminal
stenosis is seen.

L5-S1: There is no focal posterior disc herniation.  No significant central canal stenosis or neural
foraminal stenosis is seen.

IMPRESSION:

L5-S1 prior PLIF with intact hardware. The appearance of the disc space is concerning for delayed or
nonunion.

TSO_0022

Home Health Certification and Plan of Care                                                        1 of 4

## Patient Information

| Patient's HI Claim No. | Start of Care Date | Certification Period | | Medical Record No. |
|---|---|---|---|---|
| - - | 03/23/2018 | From: 03/23/2018 To: 05/21/2018 | | 2751 |

| Patient's Name and Address | Sex | Day of Birth | Phone Number |
|---|---|---|---|
| Triolo, Richard<br>1933 Eclipse Drive<br>MIDDLEBURG, FL 32068 | Male | 1974 | (631) 603-4863 |
| | Email<br>- - | | Primary Language<br>English |

**Patient Risk Profile**
- -

## Clinical Data

| Clinical Manager | Branch Name and Address | Phone Number |
|---|---|---|
| McKinney RN, Alise | Trilogy Home Healthcare<br>12740 Gran Bay Parkway West | (904) 229-0510 |
| Provider Number - Medicare Number<br>1871529347 | Suite 2120<br>Jacksonville, FL 32258 | Fax Number<br>(904) 229-0515 |
| Primary Physician<br>Topp, Raymond MD | Address<br>8380 Baymeadows Road, Suite 178 | Phone Number<br>(904) 719-7404 |
| NPI<br>1780620211 | JACKSONVILLE, FL 32256 | Fax Number<br>(904) 719-7405 |

Primary Diagnosis

| Code | Description | Date |
|---|---|---|
| Z47.89 | Encounter for other orthopedic aftercare (O) | 03/22/2018 |

Surgical Procedures

| Code | Description | Date |
|---|---|---|
| - - | - - | - - |

Secondary/Other Diagnosis

| Code | Description | Date |
|---|---|---|
| M54.5 | Low back pain (E) | 03/23/2018 |
| V49.43X S | Driver injured in collision w oth mv in traf, sequela (O) | 02/01/2017 |
| Z48.01 | Encounter for change or removal of surgical wound dressing (E) | 03/22/2018 |

| Mental Status | Other |
|---|---|
| Oriented | - - |

**Additional Orders**

| Neurological | Psychosocial |
|---|---|
| Oriented To: Person, Place, Time. | WNL (Within Normal Limit) |

Tremor Location(s)
- -

**Comments**
-

**DME & Supplies**
Probe Covers. Exam Gloves. , thoracic lumbar sacral brace

TSO_0023

From:                                                 04/16/2018 12:37      #885 P.003/005

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                           2 of 4

**Prognosis**
Good

**Safety Measures**
Use of Assistive Devices. Slow Position Change. Emergency Plan Developed. Safety in ADLs. Support
During Transfer and Ambulation. Fall Precautions. Standard Precautions/Infection Control.

**Nutritional Requirements**
Regular.

**Functional Limitations**
Endurance, Ambulation

**Other**
--

**Activities Permitted**                                          Other
Up as tolerated, Exercise prescribed                              --


## Treatments

**Medications**
Percocet Oral 10-325 MG 1 Tab(s) 1 to 2 every 4-6 hours as needed for pain (N)
Relistor Oral 150 MG 1 Tab(s) daily
Arymo ER Oral 30 MG 1 every 12 hours
TiZANidine HCl Oral 4 MG 1 Tab(s) twice per day, every 6 hrs, max of 3 in 24 hours

**Allergies**

**Substance**                                          **Reaction**
NKA (Food / Drug / Latex / Environmental)              --

**Orders and Treatments**
SN: effective 3/23/18 2w1,3w1
Assessment of patient with Encounter for other orthopedic aftercare, Low back pain, Driver injured
in collision w oth mv in traf, sequela, Encounter for change or removal of surgical wound dressing.
Homebound Status: Other - post op weakness, Requires max assistance/taxing effort to leave home,
Unable to safely leave home unassisted.

SN orders:
SN to develop individualized emergency plan with patient.
SN to assess pain level and effectiveness of pain medications and current pain management therapy
every visit.
SN to instruct patient to take pain medication before pain becomes severe to achieve better pain
control.
SN to report to physician if patient experiences pain level not acceptable to patient, pain level
greater than 8, pain medications not effective, patient unable to tolerate pain medications, pain
affecting ability to perform patient's normal activities.
SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques,
massage, stretching, positioning
SN to perform wound care as follows: Lumbar Incisions: change dry sterile dressing daily
SN to assess/evaluate wound(s) at each dressing change and PRN for signs/symptoms of infection.
Report to physician increased temp >100.5, chills, increase in drainage, foul odor, redness,
unrelieved pain > 10 on 0-10 scale, and any other significant changes.
SN to instruct the Patient/Caregiver on signs/symptoms of wound infection to report to physician,
to include increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain
> 10 on 0-10 scale, and any other significant changes.
SN to instruct the patient the following symptoms could be signs of a heart attack: chest
discomfort, discomfort in one or both arms, back, neck, jaw, stomach, shortness of breath, cold
sweat, nausea, or dizziness. Instruct patient on signs and symptoms that necessitate calling 911.

TSO_0024

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                                    3 of 4

**(Continued) Orders and Treatments**
SN to instruct the Patient/Caregiver on proper ROM exercises and body alignment techniques.
Keep back straight, no bending, twisting, lifting
No exercise until post op follow up
walking is important
Use lumbar roll when sitting.
SN to instruct patient to wear proper footwear when ambulating.
SN to instruct patient to change positions slowly.
SN to instruct the Patient/Caregiver to remove clutter from patient's path such as clothes, books,
shoes, electrical cords, or other items that may cause patient to trip.
SN to instruct the Patient/Caregiver for increased dizziness or problems with
balance.
SN to instruct the Patient/Caregiver on importance of adequate lighting in patient area.
SN to instruct the Patient/Caregiver to contact agency to report any fall with or without minor
injury and to call 911 for fall resulting in serious injury or causing severe pain or immobility.
SN to determine if the Patient/Caregiver is able to identify the correct dose, route, and frequency
of each medication.
SN to assess if the Patient/Caregiver can verbalize an understanding of the indication for each
medication.
SN to instruct the Patient/Caregiver on medication regimen dose, indications, side effects, and
interactions.
SN to instruct the Patient/Caregiver on precautions for high risk medications, such as,
hypoglycemics, anticoagulants/antiplatelets, sedative hypnotics, narcotics, antiarrhythmics,
antineoplastics, skeletal muscle relaxants.
SN to instruct the Patient/Caregiver on medication side effects to report to SN or physician.


**SOC Summary**
Patient was involved in a MVA 2/2017 and suffered lumbar injuries. ESIs were peformed without pain
relief. Pain radiates posteriorly down thigh and anteriorly down hip, reported to be constant and
midline. Patient had a PLIF L5-S1 as surgical intervention on 3/22/18. Patient exhibits two
incisions, right and left lumbar spine with steri strips in place. TLSO brace ordered and dispersed
at time of visit. Patient exhibits pain 8/10 in lower back. Patient requires SN visits for
monitoring of surgical incisions and daily dressing changes.
PMHx: motor vehicle accident 2/2017 resulting in back injury

**Goals and Outcomes**
The patient will have no hospitalizations during the certification period.
The Patient/Caregiver will verbalize understanding of individualized emergency plan by:
03/23/2018.
Patient will verbalize understanding of proper use of pain medication by 03/24/2018.
Patient will achieve pain level less than 5 within 2 weeks .
Wound(s) will be free from signs and symptoms of infection during 60 day episode.
The Patient/Caregiver will verbalize understanding of symptoms of cardiac complications and when to
call 911 by: 03/23/2018.
The Patient/Caregiver will demonstrate proper ROM exercise and body alignment techniques.
The patient will be free from falls during the certification period.
Patient will remain free of adverse medication reactions during the episode.
The Patient/Caregiver will verbalize understanding of medication regimen, dose, route, frequency,
indications, and side effects by: 03/26/2018.
The Patient/Caregiver will be able to identify the correct dose, route, and frequency of each
medication by: 03/26/2018.
Rehab potential: Good to achieve stated goals with skilled intervention and patient's compliance
with the plan of care.
Discharge plans: Discharge when medical condition is stable and patient is no longer in need of
skilled services.
Discharge patient to self care.


SN to coordinate plan of care with client and physician.
Agency may accept orders from Dr. Topp and all practice associates.
Physician signature on any page denotes approval of all orders on all corresponding pages.

TSO_0025

From:

04/16/2018 12:39     #886 P.005/005

Home Health Certification and Plan of Care
Triolo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                                    4 of 4

Attending Physician's Signature and Date Signed

Date -- 4/16/18

Nurse Signature and Date of Verbal SOC Where Applicable
Digitally Signed by: Marsha Moor RN ,

Date
03/23/2018

I certify/recertify that this patient is confined to his/her home and needs intermittent skilled nursing care, physical therapy and/or speech therapy or continues to need occupational therapy. This patient is under my care, and I have authorized the services on this plan of care and I or another physician will periodically review this plan. I attest that a valid face-to-face encounter occured (or will occur) within timeframe requirements and it is related to the primary reason the patient requires home health services.

Anyone who misrepresents, falsifies, or conceals essential information required for payment of Federal funds may be subject to fine, imprisonment, or civil penalty under applicable Federal laws.

TSO_0026

04/16/2018 3:23PM FAX                                                    ☒0001

```
*****************************
***   TX Result Report   ***
*****************************

            Sending is complete.

    Job Number              0245
    Address                 19042290515
    Name
    Start Time              04/16 03:21 PM
    Call Length             01'41
    Sheets                  5
    Result                  OK
```

From:                        04/16/2018 12:36   #885 P.001/005

# Tril❤gy
Home Healthcare

## facsimile transmittal

| To: | Dr. Topp | Fax: | 904.719.7405 |
|---|---|---|---|
| Re: | Orders to be signed | Pages: | |
| From: | Sarah | Date: | 4/13/2018 |

| Urgent | x For review | ☐ Please comment | x Please reply | ☐ Please recycle |

Please SIGN and DATE on the following POC/Orders.

We appreciate your assistance and if you have any questions or require any further information, please contact our office at 904.229.0510.

Please fax back the completed documents to 904.229.0515.

Thank you!!

CONFIDENTIAL

TSO_0027

3/29/2018                Encounter - Office Visit Date of service: 03/28/18 Patient: Richard Triolo DOB:      1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | 1974 | T (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F (912) 342-8536 | | DATE | 03/28/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient Identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | – | – |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | – | – |
| TiZANidine HCl 4 MG Oral Capsule | | – | – |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted.

## Plan

Patient presents for a post-op visit after undergoing a PLIF L5-S1 on 3/22/18. Continue daily activities. Limit lifting and twisting. Continue pain medications as prescribed. We will follow up with the patient in 4 weeks. Prescription for pain medications and lumbar x ray given today. Patient advised to call with any concerns.

practice fusion

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | ▆▆▆ 1974 | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | DATE | 05/02/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | ▆▆▆ 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone | |
| ADDRESS LINE 2 | | EMAIL | listrong19@yahoo.com | |
| CITY | Middleburg | HOME PHONE | - | |
| STATE | FL | MOBILE PHONE | (631) 603-4863 | |
| ZIP CODE | 32068 | OFFICE PHONE | - | |
| | | OFFICE EXTENSION | | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | | | |
| PHONE | | | |
| ADDRESS | | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

TSO_0030

## Environmental Allergies

| ACTIVE ALLERGIES | | SEVERITY/REACTIONS | ONSET |
| --- | --- | --- | --- |
| No environmental allergies recorded | | | |

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | | |
| TiZANidine HCl 4 MG Oral Capsule | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| No historical medications recorded | | | |

## Past medical history

MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline, Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today post PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient is improving

ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Incision healing well. No erythema, edema, warmth, or drainage noted.  Exam essentially unchanged from prior exam

## Plan

Patient improving. CT scan reviewed with no acute abnormalities. Normal post operative changes. I would recommend continuing current treatment protocol. Plan to follow up with the patient in 2 months. Patient may return to work on May 31 with no limitations.





# ADVANCED
## DIAGNOSTIC GROUP

❐ 4933 University Blvd W.
Jacksonville, FL 32216
Tel: 904-733-7800
Fax: 904-419-4888
*Upright Open MRI*

❐ 2386 Dunn Ave., Suite 101
Jacksonville, FL 32218
Tel: 904-421-3827
Fax: 904-240-0633
*High-Field MRI*

☒ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel: 904-458-0141
Fax: 904-458-4802
*High-Field MRI*

❐ Health  ❐ WC  ❐ Auto ☒ Other: LOP

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard Triolo | DOB: 74 |
| Patient Phone: 631-603-4863 | Injury Date: POST OP - 5x ⊗ 3/22/18 |
| Insurance Provider: Medlink LCP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-319-7404 | Physician Fax: 912-342-8536 |
| Physician Signature: | Date: 3/28/18 |
| Diagnosis: M48.061 | |

---

## MRI

❐ Brain    ❐ w/ SWI
❐ IAC's
❐ Pituitary
❐ Orbits
❐ C-Spine  ❐ T-Spine    ❐ L-Spine
❐ Soft Tissue Neck
❐ Brachial Plexus
❐ Chest
❐ Abdomen
❐ Pelvis

| | | |
|---|---|---|
| ❐ Shoulder | ❐ I | ❐ R |
| ❐ Elbow | ❐ L | ❐ R |
| ❐ Wrist | ❐ L | ❐ R |
| ❐ Hand | ❐ L | ❐ R |
| ❐ Hip | ❐ L | ❐ R |
| ❐ Knee | ❐ L | ❐ R |
| ❐ Ankle | ❐ L | ❐ R |
| ❐ Foot | ❐ L | ❐ R |
| ❐ Other | | |

### CONTRAST
❐ With  ❐ Without  ❐ With & Without

## GENERAL RADIOLOGY

❐ Skull
❐ Facial
❐ Orbits
❐ Sinus
❐ Nasal
❐ Soft Tissue Neck
❐ Chest (CXR)
❐ Abdominal Series
❐ KUB
❐ Pelvis
❐ SI Joints
❐ Sacrum / Coccyx
❐ C-Spine
❐ T-Spine
☒ L-Spine  AP/LAT Lumbar Spine xrays
❐ Bone Age
❐ Other

| | | |
|---|---|---|
| ❐ TMJ | ❐ L | ❐ R |
| ❐ Clavicle | ❐ L | ❐ R |
| ❐ Shoulder | ❐ L | ❐ R |
| ❐ Humerus | ❐ L | ❐ R |
| ❐ Elbow | ❐ L | ❐ R |
| ❐ Forearm | ❐ L | ❐ R |
| ❐ Wrist | ❐ L | ❐ R |
| ❐ Hand | ❐ L | ❐ R |
| ❐ Finger | ❐ L | ❐ R |
| ❐ Ribs | ❐ L | ❐ R |
| ❐ Hip | ❐ L | ❐ R |
| ❐ Femur | ❐ L | ❐ R |
| ❐ Knee | ❐ L | ❐ R |
| ❐ Tibia | ❐ L | ❐ R |
| ❐ Fibula | ❐ L | ❐ R |
| ❐ Ankle | ❐ L | ❐ R |
| ❐ Foot | ❐ L | ❐ R |
| ❐ Calcaneus | ❐ L | ❐ R |
| ❐ Toes | ❐ L | ❐ R |

## MRA

❐ Brain (COW) w/o Contrast.
❐ Other

❐ Carotid w/o Contrast

## UPRIGHT OPEN MRI

### Upright MRI Protocol

With Flexion/Extension?
❐ Yes    ❐ No

With Alar Protocol?
❐ Yes    ❐ No

With Contrast?
❐ Yes    ❐ No

❐ Brain
❐ Cervical
❐ Thoracic       ❐ Seated  ❐ Standing
❐ Lumbar        ❐ Seated  ❐ Standing
❐ Shoulder      ❐ L      ❐ R
❐ Hip           ❐ L      ❐ R
❐ Knee          ❐ L      ❐ R
❐ Other Region

Additional Notes:

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

TSO_0032

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | 1974 | T (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F (912) 342-8536 | | DATE | 03/28/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

### Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | ask |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not |
| | | | | | ask |
| | | | | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo. |
| CITY | Middleburg | | com |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

#### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN | - |
|---|---|---|---|
| RELATION TO PATIENT | - | NAME | |
| PHONE | - | | |
| ADDRESS | - | | |

| **Current Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

| **Historical Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

### Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

### Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

### Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

3/29/2018                    Encounter - Office Visit Date of service: 03/28/18 Patient: Richard Triolo DOB:     1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TiZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted.

## Plan

Patient presents for a post-op visit after undergoing a PLIF L5-S1 on 3/22/18.  Continue daily activities. Limit lifting and twisting. Continue pain medications as prescribed. We will follow up with the patient in 4 weeks. Prescription for pain medications and lumbar x ray given today. Patient advised to call with any concerns.

practice fusion

TSO_0034

03/29/2018 8 37AM FAX        ☑0001

```
********************************
***   TX Result Report   ***
********************************

        Sending is complete.

    Job Number          4990
    Address             19044584802
    Name
    Start Time          03/29 08:35 AM
    Call Length         01'22
    Sheets              3
    Result              OK
```

## You are scheduled at:

# ADVANCED
## DIAGNOSTIC GROUP

❒ **4933 University Blvd W.**
Jacksonville, FL 32216
Tel: 904-733-7800
Fax: 904-419-4888
☆ *Upright Open MRI*

❒ **1465 Kingsley Ave,** Suite 1404
Orange Park, FL 32073
Tel: 904-458-0141
Fax: 904-458-4902
☆ *High-Field MRI*

❒ **2386 Dunn Ave., Suite 101**
Jacksonville, FL 32218
Tel: 904-421-3827
Fax: 904-240-0633
☆ *High-Field MRI*

❒ Health ❒ WC ❒ Auto ☒ Other: LOP

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard Tr 1010 | DOB: ▓▓▓▓ |
| Patient Phone: 631-603-4863 | Injury Date: POST OP - SX ☒ 3/22/18 |
| Insurance Provider: Medlink LCP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-719-7404 | Physician Fax: 912-342-8536 |
| Physician Signature: | Date: 3/28/18 |
| Diagnosis: M48.061 | |

| MRI | | | GENERAL RADIOLOGY | | | | |
|---|---|---|---|---|---|---|---|
| ❒ Brain | ❒ w/ SWI | | ❒ Skull | | ❒ TMJ | ❒ L | ❒ R |
| ❒ IAC's | | | ❒ Facial | | ❒ Clavicle | ❒ L | ❒ R |
| ❒ Pituitary | | | ❒ Orbits | | ❒ Shoulder | ❒ L | ❒ R |
| ❒ Orbits | | | ❒ Sinus | | ❒ Humerus | ❒ L | ❒ R |
| ❒ C-Spine | ❒ T Spine | ❒ L-Spine | ❒ Nasal | | ❒ Elbow | ❒ L | ❒ R |
| ❒ Soft Tissue Neck | | | ❒ Soft Tissue Neck | | ❒ Forearm | ❒ L | ❒ R |
| ❒ Brachial Plexus | | | ❒ Chest (CXR) | | ❒ Wrist | ❒ L | ❒ R |
| ❒ Chest | | | ❒ Abdominal Series | | ❒ Hand | ❒ L | ❒ R |
| ❒ Abdomen | | | ❒ KUB | | ❒ Finger | ❒ L | ❒ R |
| ❒ Pelvis | | | ❒ Pelvis | | ❒ Ribs | ❒ L | ❒ R |
| ❒ Shoulder | ❒ L | ❒ R | ❒ Si Joints | | ❒ Hip | ❒ L | ❒ R |
| ❒ Elbow | ❒ L | ❒ R | ❒ Sacrum / Coccyx | | ❒ Femur | ❒ L | ❒ R |
| ❒ Wrist | ❒ L | ❒ R | ❒ C-Spine | | ❒ Knee | ❒ L | ❒ R |
| ❒ Hand | ❒ L | ❒ R | ❒ T-Spine | AP/LAT lumbar | ❒ Tibia | ❒ L | ❒ R |
| ❒ Hip | ❒ L | ❒ R | ☒ L-Spine | spine xrays | ❒ Fibula | ❒ L | ❒ R |
| ❒ Knee | ❒ L | ❒ R | ❒ Bone Age | | ❒ Ankle | ❒ L | ❒ R |
| ❒ Ankle | ❒ L | ❒ R | ❒ Other | | ❒ Foot | ❒ L | ❒ R |
| ❒ Foot | ❒ L | ❒ R | | | ❒ Calcaneus | ❒ L | ❒ R |
| ❒ Other | | | | | ❒ Toes | ❒ L | ❒ R |



TSO_0035



**ADVANCED**
**DIAGNOSTIC GROUP**

1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | |
|---|---|
| **PATIENT NAME:** RICHARD TRIOLO | |
| **PATIENT ID:** 407365 | **REFERRING PHYSICIAN:** RAYMOND TOPP MD, |
| **DOB:** 1974 | **REFERRING PHONE:** |
| **DOS:** 04/04/2018 | **REFERRING FAX:** 912-265-7200 |

**EXAMINATION:** X-RAY L SPINE

**INDICATION:** Low back pain. Status post prior lumbar spine fusion March 22, 2018

**TECHNIQUE:** 3 views

**COMPARISON:** Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

**FINDINGS:** Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1. The lumbar vertebral bodies are otherwise in satisfactory alignment. There has been interval placement of posterior rod and screw fixation at L5-S1. There has been discectomy at L5-S1. No definite appreciable hardware failure or loosening. No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

**IMPRESSION:**

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.


David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist


DAVID PRIEST, MD
Electronically signed on: 4/5/2018 1:34:04 PM
Transcribed by  DP  on: 4/5/2018 1:32:17 PM

TSO_0036

4/12/2018                    Encounter - Office Visit Date of service 04/11/2018 Patient: Richard Triolo DOB:     1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | 1974 | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | DATE | 04/11/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

TSO_0037

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TIZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|

No historical medications recorded

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient reporting some numbness in the left toes.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted. 5- Strength in left ankle, 5+ in the right; Remainder of exam consistent with prior exam.

## Plan

X ray reviewed: Instrumentation intact with no apparent loosening, healing well

Patient doing well. Will start up PT to encourage left leg strengthening. Will order lumbar CT to evaluate healing and hardware placement. Will follow up with patient after exam.

practice fusion

Feb. '3. 2018 12:11PM    BMCN Imaging 904-321-1871                    No. 3691   P. 2/3

Physician ,Not Known



**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000           www.baptistjax.com

---

### Routine Radiology Procedures

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

**Reason For Exam**
(XR Chest PA and LAT 2 View) M48.061

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB:      1974   Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View


HISTORY:Preop

Comparison: None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion. The cardiomediastinal silhouette is grossly normal appearing. The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.


REPORT UNREVIEWED UNLESS SIGNED


*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
            David Ratliff, MD

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 1974   43 years |
| Print Date/Time: | 02/13/2018 09:19 | Sex: | Male |
| Report ID: | 47099152 | Financial #: | 56606601 |

**RADIOLOGY REPORT**
BH Radiology Non Staff Physician
Physician Copy
Page 1 of 2

Attnd Physician: Physician ,Non Staff
Patient Location: S-RADO

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871                    No. 3691    P. 3/3

Physician ,Not Known



BAPTIST
Medical Center
South
14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000          www.baptistjax.com

---

### Routine Radiology Procedures

Accession:              Exam Date/Time:          Exam:                          Ordering Provider:
RA-18-0026226           02/12/2018 12:05         XR Chest PA and LAT 2 View      Physician ,Not Known

**Report**

Interventional Radiology
DR/dr     D: 02/12/2018 13:28   T: 02/12/2018 13:28   Job#: 5072104

*** Final Report ***

Reading Radiologist: Ratliff, David C MD

Signed: Ratliff, David C MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

---

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/12/2018
Discharge Date:   02/12/2018
Print Date/Time:  02/13/2018 09:19
Report ID:        47099152
**RADIOLOGY REPORT**
BH Radiology Non Staff Physician
Physician Copy
Page 2 of 2

MRN:               3154593
DOB/Age:           ▮▮1974  43 years
Sex:               Male
Financial #:       56606601
Attnd Physician:   Physician ,Non Staff
Patient Location:  S-RADO

TSO_0040

2/22/2018                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB:        1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | **NOTE TYPE** | SOAP Note |
| DOB | 1974 | T (904) 719-7404 | | **SEEN BY** | Raymond Topp |
| AGE | 43 yrs | 8380 Baymeadows Road | | **DATE** | 02/21/2018 |
| SEX | Male | Suite 17 | | **AGE AT DOS** | 43 yrs |
| PRN | TR846077 | Jacksonville, FL 32256 | | Electronically signed by Raymond Topp at 02/21/2018 12:33 pm | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

2/22/2018

Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB: ███████1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | | |
| TiZANidine HCl 4 MG Oral Capsule | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

### ONGOING MEDICAL PROBLEMS

## Assessment

## Plan

We will proceed with surgical correction including a PLIF L5-S1 at UF Health on 3/7/18. All pre-operative testing reviewed with patient in the office today, all risks and benefits of surgery discussed with patient in full detail. one thoracic lumbar sacral brace (TLSO) was dispensed in the office today. this brace is medically necessary due to patient undergoing surgical correction in the thoracic/lumbar spine. The brace is necessary to help reduce pain by restricting mobility of the trunk and to facilitate healing following a surgical procedure on the spine or related soft tissue. BRACE: L0637 Lumbar-sacral orthosis dispensed in office for sagital/coronal control with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to T9 vertebra, lateral strength provided by rigid lateral frames/panels,procedues intracavitary pressure to reduce load on intervertebral disc, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customiized to fit a specific patient by an individual with expertise.

:◡: practice fusion

ttps://static.practicefusion.com/apps/ehr/index.html?#/PF/charts/patients/b86e89a5-ad01-435a-bab4-a9a82cf954c8/encounter/91c12504-3cc3-456f-8...    2/2

TSO_0042

 

TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

Date: February 21, 2018
Patient: Richard Triolo
DOB: ▓▓▓ 1974
Services performed by Dr. Raymond F. Topp, M.D.
Pre-operative office visit: February 21, 2018

| CPT | | Charge |
|---|---|---|
| 99243 | Office Consultation Level 3 Pre-op Visit | $350 |
| L0637 | Lumbar brace | $1,314 |
| Total: | | $1,664 |

Case 3:18-cv-00919-MMH-J_T    Document 87-19    Filed 10/06/20    Page 43 of 107
PageID 1144

# Topp Spine and Orthopaedics
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Visit Date:** | August 30, 2018 |
| **Patient ID:** | 1023 | **Provider:** | Raymond F. Topp, MD |
| **Sex:** | Male | **Location:** | Topp Spine and Orthopaedics |
| **Birthdate:** | 1974 | **Location Address:** | 3316 3rd Street S Suite 201 Jacksonville Beach, FL 32250-6091 |
| | | **Location Phone:** | (904) 719-7404 |

## Chief Complaint

Patient was involved in a motor vehcile accident on February 11, 2017. Patient underwent PLIF L5-S1 on March 22, 2018. On August 16, 2018 patient was seen at our office for a post-op visit. Patient reported low back pain. Returns with MRI disc to discuss results

## History Of Present Illness

The above-captioned patient was involved in a motor vehicle accident that occurred on February 11, 2017. Patient was stopped at a traffic light when he was suddenly rear-ended. Patient reports being the fully restrained driver with his seat belt and shoulder harness on right. Patients car was equipped with headrest which were positioned even with the top of the head. Patient reports the weather was clear and the visibility of the road was good. Patient did not foresee the collision and was completely unprepared for the impact. Patient denied loss of consciousness but felt dazed. Patient immediately experienced lower back pain. Patient failed all conservative treatment including epidural steroid injections. Due to the injuries sustained in the accident on March 22, 2018 patient underwent a PLIF L5-S1. Patient is experiencing SI joint dysfunction secondary to his surgery.

## Past Medical History
Left forearm compound fracture

## Past Surgical History
Left forearm compound fracture; PLIF L5-S1

## Medication List
Norco oral; tizanidine oral

## Allergy List
No Pertinent Allergies

## Family Medical History
No Pertinent Family Medical History

## Genetic Screening
No Pertinent Genetic History

## Social History
Does not smoke; Respiratory therapist; Separated; Social Drinker

## Review of Systems
**Musculoskeletal**
  o * See HPI

[Digital Signature Validated]

## Physical Examination

GENERAL: Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Normal musculature and symmetry, full ROM, diffuse tenderness across lumbar spine focusing mostly in the left SI joint region, negative straight leg raises bilaterally, 5/5 strength in extremities bilaterally, normal reflexes, NVI.

MUSCULOSKELETAL: Range of motion: Cervical range of motion was limited with pain. Lumbar range of motion was limited with pain. Palpatory findings: Palpation revealed spasm and tenderness within the cervical, thoracic, and lumbar paraspinal musculature bilaterally.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop.

Lung- clear to auscultation and percussion.

NEUROLOGICAL: Mental status: The patient answered general information and questions correctly. Affect appeared to be appropriate and was congruent with complaints. Awake, alert and oriented to date, place and person. Cranial nerves: Speech clear. Pupils equal, round, reactive to light, extraocular movements full. Motor: 5/5 proximal and distal upper and lower extremities. Sensory: intact.

Left SI- Positive FABER, Positive distraction, positive finger forton

## Results

Diagnostic Imaging: MRI Lumbar Spine with and without contrast done on 08/30/2017 at Precision Imaging. The study revealed,

1. L5-SI prior PLIF without complication cvidcnt.
2. T12-L1 posterior disc himation indents the thecal sac. There is a high signal annular fissure scene.
3. Enhancing fibrosis is scean within the right lateral rcccss and neural foramen at L5-S 1.

## Plan

Upon reviewing the patient's most recent lumbar MRI results done on August 30, 2018, it is my professional opinion that the patient would benefit from an ESI directed at the L5/S1 level to achieve pain relief of the exiting L5 and S1 nerve roots. The MRI demonstrates no foraminal stenosis and therefore, neural stretching is the likely etiology for the patient's post op leg pain.

**Electronically Signed by:** Raymond F. Topp, MD –Author on September 5, 2018 02:53:04 PM

*Vm left about*
*Pre-op testing*
*2/16/18*

<u>Jacksonville Checklist:</u>

Name: Richard Triolo

DOB: ████ 24

Surgery: PLIF L5-S1

Facility being performed at: UF Health

- ⊗ approval from company (make sure brace is included)
- ⊗ pre-op appt: 2/21/18 @12pm LOGIC DIAGNOSTICS
- ⊗ surgery date: ~~3/19 @ 530~~ 3/22/18 @ 10am
- ⊗ brace given    ~~HOGU~~ BSC
- ⊗ lab work orders + list of blood thinners
  - ⊗ ⟨mailed⟩/handed/left at front desk: _____
- ⊗ labs done
- ⊗ UA done
- ⊗ CXR done
- — ○ EKG done
- ⊗ MRSA swab done
- ~~○ HTC done (if needed)~~
- ⊗ MRI disc in container for preop    make sure its right
- ⊗ packet faxed
- ○ posting given to Blake

after surgery:
- ○ billing note uploaded (with brace)
- ○ operative report uploaded
- ○ f/u appointment made

*Need to call*
*UF Health*
*to Schedule*

**Surgery Center**

**FAX POSTING: 247-8168**

## Scheduling Posting Sheet

Date of Surgery: 3/22/18   Time of Surgery: 9am   Duration: 2 hours

Surgeon: Dr. Topp   Phone: 904- 719-9404

Anesthesia: **GENERAL** / LOC / MAC / IV SEDATION / LOC ONLY / OTHER:

Diagnosis: lumbar Stenosis _____ ICD-9 M48.061

Procedure: PLIF L5·S1 _____ CPT 205 22633,
CPT 22853, 22840,
CPT 20930, 20936,
CPT 38220

Special Equip: C-Arm ☒   Hardware/Implant Vendor Request: KenGidders

Other Special Equip: _____ Rep Contact for Hardware/Implant Vendor : 813· 785-0040

Scheduler's Name: Allie   Frozen Specimen? ☐ YES AURORA/email to Nicole W: _____
Cardiac Clearance- Yes/No  Recvd date: _____ Post CT Scan sched w/_____

Patient Name: Richard Triolo

Address: 1933 Eclipse Drive   Home Ph: (   ) _____

Middleburg, Fl 32068   Cell Ph: (631) 603- 4865

Sex: Ⓜ F   Race: _____   Marital Status: _____   Wk Ph: (   )

SS#: 129 - 68 - 7157   Patient's DOB: ▉▉ / 74

Responsible Party SS#: _____   Subscriber DOB: ___ / ___ / ___

Attorney: Medlink / LOP   Phone#: (904) 245-1971

WC / Auto: Auth #: _____   Adjuster: Matt Terry

Phone Number (   )   Date of Injury ___ /___ / February 2017

Primary: _____   Phone#: (   )

Policy Holder: _____   Relation: _____

Plan ID# _____   Group# _____

Secondary: _____   Phone#: (   )

Policy Holder: _____   Relation: _____

Plan ID# _____   Group# _____

Entered into HST:

TSO_0047

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Hematology |
|---|

## CBC / Differential

| Procedure | Collected Date 02/12/2018 Collected Time 11:52 | Units | Reference Range |
|---|---|---|---|
| White Blood Cell Count | 10.48 | K/mcL | [4.50-11.00] |
| Red Blood Cell Count | 5.10 | mil/mcL | [4.30-5.90] |
| Hemoglobin | 15.2 | g/dL | [13.5-17.5] |
| Hematocrit | 43.5 | % | [41.0-53.0] |
| MCV | 85.1 | fL | [80.0-100.0] |
| MCH | 29.8 | pg | [25.0-35.0] |
| MCHC | 35.0 | g/dL | [30.0-37.0] |
| RDW -Red Cell Distribution Width | 12.9 | % | [11.5-15.5] |
| Platelet Count | 275 | K/mcL | [150-450] |
| MPV | 9.1 | fL | [7.0-11.0] |
| Neutrophils % | 60 | % | [40-75] |
| Lymphocytes % | 28 | % | [15-45] |
| Monocytes % | 6 | % | [3-15] |
| Eosinophils % | 6 | % | [0-7] |
| Basophils % | 1 | % | [0-2] |
| Neutrophils -Absolute | 6.30 | K/mcL | [1.80-8.00] |
| Lymphocytes -Absolute | 2.90 | K/mcL | [1.00-5.00] |
| Monocytes -Absolute | 0.60 | K/mcL | [0.20-0.90] |
| Eosinophils -Absolute | 0.60 ʰ | K/mcL | [0.00-0.45] |

## Coagulation

| Procedure | Collected Date 02/12/2018 Collected Time 11:52 | Units | Reference Range |
|---|---|---|---|
| Protime | 12.0 | sec | [11.8-15.0] |
| INR | 0.9 ᴸ | | |
| PTT | 28.2 | sec | [22.9-37.8] |

Interpretive Data

i1:    INR
       INR THERAPEUTIC RANGES FOR WARFARIN ANTICOAGULATION

       Low Intensity Range:    2.0-3.0 (prophylaxis of thrombosis and embolism)
       Moderate Intensity Range: 2.5-3.5 (prosthetic valves)

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▆▆▆ 1974  43 years |
| Print Date/Time: | 02/20/2018 15:11 | Sex: | Male |
| Report ID: | 47339125 | Financial #: | 56606601 |
| **LABORATORY CLIENT REPORT** | | | |

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
| --- |

## Urinalysis

|  | Collected Date | 02/12/2018 |  |  |
| --- | --- | --- | --- | --- |
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Color -Urine |  | Yellow |  |  |
| Clarity -Urine |  | Clear |  |  |
| Specific Gravity -Urine |  | 1.018 |  | [1.010-1.040] |
| pH -Urine |  | 5 |  | [5.0-7.5] |
| Protein -Urine |  | Negative | mg/dL | [0-0] |
| Glucose -Urine |  | Negative | mg/dL | [0-0] |
| Ketones -Urine |  | Negative | mg/dL |  |
| Bilirubin -Urine |  | Negative |  | [0-0] |
| Blood -Urine |  | Negative |  |  |
| Nitrite -Urine |  | Negative |  |  |
| Urobilinogen -Urine |  | Negative | mg/dL | [0.0-1.0] |
| Leukocyte Esterase -Urine |  | Negative |  | [Negative] |

Patient:          **TRIOLO, RICHARD A**
Admit Date:      02/12/2018
Discharge Date:  02/12/2018
Print Date/Time: 02/20/2018 14:59
Report ID:       47338580
**LABORATORY CLIENT REPORT**

MRN:          3154593
DOB/Age:      1974    43 years
Sex:          Male
Financial #:  56606801

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
|---|

## Routine Chemistry

|  | Collected Date | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Sodium |  | 137 | mEq/L | [135-145] |
| Potassium |  | 3.9 | mEq/L | [3.5-5.1] |
| Chloride |  | 105 | mEq/L | [98-110] |
| Carbon Dioxide |  | 27 | mEq/L | [22-32] |
| Glucose Level |  | 108 H | mg/dL | [70-100] |
| Blood Urea Nitrogen |  | 22 | mg/dL | [7-23] |
| Creatinine |  | 1.11 i2 | mg/dL | [0.70-1.50] |
| Anion Gap |  | 9 | mEq/L | [9-22] |
| Osmolality Calculated |  | 278 L | mOsm/kg | [280-300] |
| Calcium |  | 9.5 | mg/dL | [8.5-10.1] |
| eGFR Caucasian Male |  | 72.3 | mL/min | [>=60.0] |
| eGFR African American Male |  | 87.8 i3 | mL/min | [>=60.0] |

**Interpretive Data**

i2:  Creatinine
     Venipuncture immediately after or during administration of Metamizole (Dipyrone) may lead to falsely low results
     for Creatinine. Venipuncture should be performed prior to the administration of Metamizole.
i3:  eGFR African American Male
     * Values are race, sex, and age dependent and units are mL/min/1.73m2.
     In the following clinical settings an actual clearance measurement may be
     required: extremes of age or body size, severe malnutrition or obesity,
     diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian
     diet, rapidly changing kidney function, or prior to dosing drugs with
     significant toxicity that are excreted by the kidney. Decreased eGFR for >3
     months to levels of 30-59 is classified by the National Kidney Foundation as
     chronic renal disease, Stage 3, and 15-29 as Stage 4.

| Patient: | **TRIOLO, RICHARD A** |  | MRN: | 3154593 |  |
|---|---|---|---|---|---|
| Admit Date: | 02/12/2018 |  | DOB/Age: | 1974 | 43 years |
| Discharge Date: | 02/12/2018 |  | Sex: | Male |  |
| Print Date/Time: | 02/20/2018 15:11 |  | Financial #: | 56806601 |  |
| Report ID: | 47339125 |  |  |  |  |
| **LABORATORY CLIENT REPORT** |  |  |  |  |  |

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| Microbiology |
|---|

PROCEDURE:            ORSA NA Amplification       ACCESSION:            18-043-03498
SOURCE:               NARES                        BODY SITE:
COLLECTED DATE/TIME:  02/12/2018 11:52             RECEIVED DATE/TIME:   02/12/2018 15:46
START DATE/TIME:      02/12/2018 15:46             FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel: 02/13/2018 05:38 Chandler,Hazen
No ORSA DNA detected by Real-Time PCR.
Reference Range: No ORSA detected.
Testing performed by BD Max instrumentation.

---

Patient:            **TRIOLO, RICHARD A**
Admit Date:          02/12/2018                    MRN:            3154593
Discharge Date:      02/12/2018                    DOB/Age:        ▮1974   43 years
Print Date/Time:     02/20/2018 15:12              Sex:            Male
Report ID:           47339119                      Financial #:    56606601
**LABORATORY CLIENT REPORT**

Feb. 13. 2018 12:'1PM      BMCN Imaging 904-321-1871                    No. 3691   P  2/3

Physician ,Not Known



**BAPTIST**
Medical Center
South
14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000          www.baptistjax.com

---

### Routine Radiology Procedures

Accession:              Exam Date/Time:         Exam:                    Ordering Provider:
RA-18-0026226           02/12/2018 12:05        XR Chest PA and LAT 2 View  Physician ,Not Known

**Reason For Exam**
(XR Chest PA and LAT 2 View) M48.061

**Report**
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOB:    1974  Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View

HISTORY:Preop

Comparison: None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion. The cardiomediastinal silhouette is grossly normal appearing. The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
                   David Ratliff, MD

Patient:          **TRIOLO, RICHARD A**
Admit Date:       02/12/2018                          MRN:              3154593
Discharge Date:   02/12/2018                          DOB/Age:              1974   43 years
Print Date/Time:  02/13/2018 09:19                    Sex:              Male
Report ID:        47099152                            Financial #:      56606601
**RADIOLOGY REPORT**                                  Attnd Physician:  Physician ,Non Staff
BH Radiology Non Staff Physician                      Patient Location: S-RADO
Physician Copy
Page 1 of 2

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871                    No. 3691    P. 3/3

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000          www.baptistjax.com

| Routine Radiology Procedures |
|---|

Accession:              Exam Date/Time:         Exam:                    Ordering Provider:
RA-18-0026226           02/12/2018 12:05        XR Chest PA and LAT 2 View  Physician ,Not Known

Report
                   Interventional Radiology
Dr/dr    D: 02/12/2018 13:28   T: 02/12/2018 13:28   Job#: 5072104

*** Final Report ***

Reading Radiologist: Ratliff, David C MD

Signed: Ratliff, David C  MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

Patient:          **TRIOLO, RICHARD A**
Admit Date:        02/12/2018              MRN:              3154593
Discharge Date:    02/12/2018              DOB/Age:          ████ 1974   43 years
Print Date/Time:   02/13/2018 09:19        Sex:              Male
Report ID:         47099152                Financial #:      56806601
**RADIOLOGY REPORT**                       Attnd Physician:  Physician ,Non Staff
BH Radiology Non Staff Physician           Patient Location: S-RADO
Physician Copy
Page 2 of 2

TSO_0053



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

**PATIENT NAME:**        **TRIOLO, RICHARD**
**ID NUMBER:**           **22731**
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:**  **SYED ASAD, M.D.**
**DATE OF SERVICE:**      **04/04/2017**

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

TSO_0054



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256   Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**      **TRIOLO, RICHARD**
**ID NUMBER:**         **22731**
**DATE OF BIRTH:**
**REFERRING PHYSICIAN: SYED ASAD, M.D.**
**DATE OF SERVICE:**   **04/04/2017**
**PAGE 2**

**IMPRESSION:**
1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Sohail Sooudi*

**Sohail Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/ll        D/D: 04/04/2017    D/T: 04/04/2017**                    **DRSO6843 - 8:47**

TSO_0055

2/22/2018                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB:          PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | 1974 | T (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | 8380 Baymeadows Road | | DATE | 02/21/2018 |
| SEX | Male | Suite 17 | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Jacksonville, FL 32256 | | Electronically signed by Raymond Topp at 02/21/2018 12:33 pm | |

### Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

#### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

| **Current Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

| **Historical Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

### Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

### Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

### Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

TSO_0056

2/22/2018                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | · | · |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | · | · |
| TiZANidine HCl 4 MG Oral Capsule | | · | · |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

### ONGOING MEDICAL PROBLEMS

## Assessment

## Plan

We will proceed with surgical correction including a PLIF L5-S1 at UF Health on 3/7/18. All pre-operative testing reviewed with patient in the office today, all risks and benefits of surgery discussed with patient in full detail. one thoracic lumbar sacral brace (TLSO) was dispensed in the office today. this brace is medically necessary due to patient undergoing surgical correction in the thoracic/lumbar spine. The brace is necessary to help reduce pain by restricting mobility of the trunk and to facilitate healing following a surgical procedure on the spine or related soft tissue. BRACE: L0637 Lumbar-sacral orthosis dispensed in office for sagital/coronal control with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to T9 vertebra, lateral strength provided by rigid lateral frames/panels,procedures intracavitary pressure to reduce load on intervertebral disc, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customiized to fit a specific patient by an individual with expertise.

practice fusion

TSO_0057

02/27/2018 2:00PM FAX

☒0001

```
*******************************
***   TX Result Report   ***
*******************************
          Sending is complete
```

| | |
|---|---|
| Job Number | 4464 |
| Address | 19042478168 |
| Name | |
| Start Time | 02/27 01:58 PM |
| Call Length | 03'57 |
| Sheets | 12 |
| Result | OK |

## Jacksonville Beach Surgery Center

**FAX POSTING: 247-8168**

## Scheduling Posting Sheet

Date of Surgery: 3/22/18  Time of Surgery: 9am  Duration: 2 hours

Surgeon: Dr. Topp  Phone: 904-719-9404

Anesthesia: **GENERAL / LOC / MAC / IV SEDATION / LOC ONLY / OTHER:**

Diagnosis: Lumbar Stenosis   ICD-9 M48.061

Procedure: PLIF L5·S1   CPT 205 22633,
22853, 22840,
CPT 20930, 20936,
CPT 38220

Special Equip: C-Arm ☒   Hardware/Implant Vendor Request: Ken Gidderr

Other Special Equip: _____  Rep Contact for Hardware/Implant Vendor: 813-785-0040

Scheduler's Name: Allie   Frozen Specimen? ☐ YES AURORA/email to Nicole W: _____

Cardiac Clearance- Yes/No Recvd date: _____  Post CT Scan sched w/ _____

Patient Name: Richard Triolo

Address: 1953 Eclipse Drive   Home Ph: (___) _____

Middle burg, Fl 32068   Cell Ph: (631) 603-4863

Sex: (M) F   Race: _____   Marital Status: _____   Wk Ph: (___) _____

SS#: 129 - 68 - 7157   Patient's DOB: ____/74

Responsible Party SS#: _____  Subscriber DOB: ___/___/___

Attorney: Medink/LOP   Phone#: (904) 245-1971

TSO_0058

Page: 1 of 1

## ST. JOSEPH INTERVENTIONAL PAIN SPECIALISTS
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467    DOB: ████ 1974    Sex: M    Account No.:
Encounter ID: 161059297    Encounter Date: 03/06/2018
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Pt. complains of low back pain. |
| Social History: | Smoking Status: Never Smoked |
| Allergies: | No known allergies |
| Review of System: | Constitutional: Pt. denies fever, chills, or generalized malaise, no pyrexia or chills. No weakness or fatigue. |
| | Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea |
| | Respiratory: negative shortness of breath, cough, sputum production |
| | Gastrointestinal: No abdominal pain, hematemesis, or melena |
| | Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain. |
| | Musculoskeletal: Joint pains or stiffness |
| | Neurological: Denies fainting, blackouts, seizures, paralysis. Numbness and tingling in right foot. |

OBJECTIVE:

Vital Signs:
Height: 74.00 in
Weight: 245.00 lbs
BMI: 31.45
Blood Pressure: 138/89 mmHg
B/P Side: Left
B/P Position: Sitting
Temperature: 97.60 F
Pulse: 65 beats/min
Resp. Rate: 20

_____ Date: _____

[Provider]: Reynaldo Pardo, MD

TSO_0059




**TOPP SPINE & ORTHOPAEDICS**

Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

## PHYSICAL/OCCUPATIONAL THERAPY PRESCRIPTION

PATIENT NAME  Richard Triolo  DATE OF BIRTH _____ 74  DATE 4/12/18

DIAGNOSIS _____ postop PLIF on 3/22/18

FREQUENCY/DURATION: 2-3 x/week for 4 weeks, _____ visits for instruction on a home exercise program

[X] PROM         [X] AROM         [X] AAROM

[X] STRETCHING _____
[X] STRENGTHENING _____
____ GAIT TRAINING _____ BALANCE / PROPRIOCEPTION _____ TRANSITION OUT OF BRACE
____ TRANSITION _____
____ WEIGHT BEARING: _____ None _____ partial _____ as tolerated _____ full _____
____ TOTAL KNEE PROGRAM _____
____ TOTAL HIP PROGRAM _____
____ ACL RECON PROGRAM _____
[X] LOW BACK PROGRAM [X] Extension [X] Abdominal [X] Hamstring stretching [X] SI joint mobilization
____ NECK _____ ROM _____ Neuromuscular massage _____ Traction _____ Scapular stabilizing exercises
[X] MODALITIES AS NEEDED (US, PHONOPHORESIS, IONTOPHORESIS, ICE, HEAT, TENS, etc)
____ SCAR DESENSITIZATION _____ SILICONE PATCH
____ WHIRLPOOL with or without chlorazene
____ BRACE/SPLINT _____
[X] FUNCTIONAL CAPACITY EVALUATION (FCE) with PPD rating
    MEDICALLY NECESSARY _____

Please call patient
to schedule appt at
631-603-4863

## Please fax all patient related information to (912) 342-8536

TSO_0060

04/12/2018 2:45PM FAX                                                         ☒0001

```
                    *****************************
                    ***   TX Result Report   ***
                    *****************************

                    Sending is complete.

        Job Number          0214
        Address             19042451973
        Name
        Start Time          04/12 02:45 PM
        Call Length         00'33
        Sheets              1
        Result              OK
```



## TOPP SPINE & ORTHOPAEDICS

Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com

# PHYSICAL/OCCUPATIONAL THERAPY PRESCRIPTION

PATIENT NAME __Richard Triolo__ DATE OF BIRTH ____ 74 DATE _4/12/18_

DIAGNOSIS ____postop PLIF on 3/22/18____

FREQUENCY/DURATION: _2-3_ x/week for _4_ weeks, _____ visits for instruction on a home exercise program

__X__ PROM          __X__ AROM                              __X__ AAROM

__X__ STRETCHING _____

__X__ STRENGTHENING _____

____GAIT TRAINING _____BALANCE / PROPRIOCEPTION _____TRANSITION OUT OF BRACE

____TRANSITION _____

____WEIGHT BEARING: _____ None _____ partial_____ as tolerated _____ full _____

____TOTAL KNEE PROGRAM _____

____TOTAL HIP PROGRAM _____

____ACL RECON PROGRAM _____

__X__ LOW BACK PROGRAM __X__ Extension __X__ Abdominal __X__ Hamstring stretching __X__ SI joint mobilization

____NECK _____ROM _____Neuromuscular massage _____Traction _____Scapular stabilizing exercises

__X__ MODALITIES AS NEEDED (US, PHONOPHORESIS, IONTOPHORESIS, ICE, HEAT, TENS, etc)

____SCAR DESENSITIZATION _____SILICONE PATCH

____WHIRLPOOL with or without chlorazene

____BRACE/SPLINT _____

TSO_0061

3RD PARTY

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA | PICA ☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) SELF |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| TRIOLO RICHARD | 1974 M☒ F☐ | SELF |

| 5. PATIENT'S ADDRESS (No. Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No. Street) |
| 1933 ECLIPSE DRIVE | Self ☒ Spouse ☐ Child ☐ Other ☐ | 1933 ECLIPSE DRIVE |

| CITY MIDDLEBURG | STATE FL | 8. RESERVED FOR NUCC USE | CITY MIDDLEBURG | STATE FL |

| ZIP CODE 32068 | TELEPHONE (Include Area Code) (631) 603-4863 | | ZIP CODE 32068 | TELEPHONE (Include Area Code) 631 603-4863 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH YY 1974 | SEX M☒ F☐ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME 3RD PARTY |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE **8/17/2018**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL. | 15. OTHER DATE MM DD YY QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? YES ☐ NO ☒ $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0 | 22. RESUBMISSION CODE ORIGINAL REF. NO. |
| A. M54.5    B.    C.    D. | |
| E.    F.    G.    H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.    J.    K.    L. | |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 16 18 | 08 16 18 | 11 | 99213 | | A | 350 00 | 1 | | NPI | 1780620211 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 823224901 ☒ | 26. PATIENT'S ACCOUNT NO. 1092P1023 | 27. ACCEPT ASSIGNMENT? For govt. claims, see back YES ☒ NO ☐ | 28. TOTAL CHARGE $ 350 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC Use |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) RAYMOND F TOPP MD 8/17/2018 SIGNED DATE | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # 904 719-7404 TOPP SPINE AND ORTHOPAEDICS 3316 3RD STREET S JACKSONVILLE BEACH FL 32250-609 1780620211 |

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

TSO_0062

 

**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email: scheduling@toppspine.com**

Date: 08/30/2018
Patient: Richard Triolo
DOB:          1974
Services performed by Dr. Raymond F. Topp, M.D.
Office visit:

| CPT | Charge |
|-----|--------|
| MRI Disc Reading | $150.00 |
| Total: | $150.00 |

TSO_0066



# TSO

**TOPP SPINE & ORTHOPAEDICS**

## Dr. Raymond Topp, M.D.
### 8380 Baymeadows Road, Suite 17-B
### Jacksonville, Florida 32256

## Phone: 904-719-7404    •    Fax: 904-719-7405

**Name** Richard Triolo                                  **Age** ▮▮ 24

**Address** _____    **Date** 4/19/18

**Rx**

lumbar CT w/o contrast
72131

DX: M48.061

☐ LABEL

REFILL 0 TIMES _____, M.D.

TCP17120100001          NPI #1780620211          DEA #FT7224885

TSO_0067





TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB:          1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

TSO_0068



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | **SELF** |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**TRIOLO RICHARD**

3. PATIENT'S BIRTH DATE **1974** M X SEX F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SELF**

5. PATIENT'S ADDRESS (No., Street)
**1933 ECLIPSE DRIVE**

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**1933 ECLIPSE DRIVE**

CITY **MIDDLEBURG**   STATE **FL**

8. RESERVED FOR NUCC USE

CITY **MIDDLEBURG**   STATE **FL**

ZIP CODE **32068**   TELEPHONE (Include Area Code) **(631) 603-4863**

ZIP CODE **32068**   TELEPHONE (Include Area Code) **631 603-4863**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES  X NO

a. INSURED'S DATE OF BIRTH **1974** M X SEX F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES  X NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
  YES  X NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **9/16/2018**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP)   QUAL

15. OTHER DATE   MM DD YY   QUAL

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. **0**

A. **M54.5**   B. **M48.061**   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 09 | 13 | 18 | 09 | 13 | 18 | 24 | | 62323 | | AB | 1015 00 | 1 | | NPI | 1780620211 |
| 09 | 13 | 18 | 09 | 13 | 18 | 24 | | 76000 | | AB | 350 00 | 1 | | NPI | 1780620211 |
| 09 | 13 | 18 | 09 | 13 | 18 | 24 | | 62323 | AS | AB | 203 00 | 1 | | NPI | 1780620211 |
| 09 | 13 | 18 | 09 | 13 | 18 | 24 | | 76000 | AS | AB | 70 00 | 1 | | NPI | 1780620211 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
**823224901**   X

26. PATIENT'S ACCOUNT NO.
**1132P1023**

27. ACCEPT ASSIGNMENT?
X YES  NO

28. TOTAL CHARGE
$ **1638 00**

29. AMOUNT PAID
$ **0 00**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**RAYMOND F TOPP MD**
**9/16/2018**

32. SERVICE FACILITY LOCATION INFORMATION
**JACKSONVILLE BEACH SURGERY CTR**
**3316 3RD STREET S**
**JACKSONVILLE FL 32250-6091**
**1134182546**

33. BILLING PROVIDER INFO & PH # **904 719-7404**
**TOPP SPINE AND ORTHOPAEDICS**
**3316 3RD STREET S**
**JACKSONVILLE BEACH FL 32250-609**
**1780620211**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

TSO_0069



## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
**Phone: (904) 719-4704 • Fax: (904) 719-7405 • Email: scheduling@toppspine.com**

April 12, 2018

I tried to send patient Richard Triolo to Heartland Rehab near his home for his post op PLIF physical therapy, but they explained they do not accept LOPs. I requested that Mr. Triolo call a few places in his area to see who accepts LOPS (since I am not familiar with the area) and when he finds a place to call me and I would be happy to send his PT rx over. Patient agreed and voiced understanding. AJ

6/6 Patient is scheduled for 6/14 @1pm.

7/31  Patient is scheduled for 7/31 Follow-up. Patient is "having some problems"

TSO_0070

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

## Hematology

### CBC / Differential

| Collected Date | 02/12/2018 | | |
|---|---|---|---|
| Collected Time | 11:52 | | |
| Procedure | | Units | Reference Range |
| White Blood Cell Count | 10.48 | K/mcL | [4.50-11.00] |
| Red Blood Cell Count | 5.10 | mil/mcL | [4.30-5.90] |
| Hemoglobin | 15.2 | g/dL | [13.5-17.5] |
| Hematocrit | 43.5 | % | [41.0-53.0] |
| MCV | 85.1 | fL | [80.0-100.0] |
| MCH | 29.8 | pg | [25.0-35.0] |
| MCHC | 35.0 | g/dL | [30.0-37.0] |
| RDW -Red Cell Distribution Width | 12.9 | % | [11.5-15.5] |
| Platelet Count | 275 | K/mcL | [150-450] |
| MPV | 9.1 | fL | [7.0-11.0] |
| Neutrophils % | 60 | % | [40-75] |
| Lymphocytes % | 28 | % | [15-45] |
| Monocytes % | 6 | % | [3-15] |
| Eosinophils % | 6 | % | [0-7] |
| Basophils % | 1 | % | [0-2] |
| Neutrophils -Absolute | 6.30 | K/mcL | [1.80-8.00] |
| Lymphocytes -Absolute | 2.90 | K/mcL | [1.00-5.00] |
| Monocytes -Absolute | 0.60 | K/mcL | [0.20-0.90] |
| Eosinophils -Absolute | 0.60 H | K/mcL | [0.00-0.45] |

### Coagulation

| Collected Date | 02/12/2018 | | |
|---|---|---|---|
| Collected Time | 11:52 | | |
| Procedure | | Units | Reference Range |
| Protime | 12.0 | sec | [11.8-15.0] |
| INR | 0.9 " | | |
| PTT | 28.2 | sec | [22.9-37.8] |

**Interpretive Data**

i1:    INR
       INR THERAPEUTIC RANGES FOR WARFARIN ANTICOAGULATION

       Low Intensity Range:       2.0-3.0 (prophylaxis of thrombosis and embolism)
       Moderate Intensity Range: 2.5-3.5 (prosthetic valves)

---

| Patient: | **TRIOLO, RICHARD A** | MRN: | 3154593 |
|---|---|---|---|
| Admit Date: | 02/12/2018 | DOB/Age: | 1974   43 years |
| Discharge Date: | 02/12/2018 | Sex: | Male |
| Print Date/Time: | 02/20/2018 15:11 | Financial #: | 56606601 |
| Report ID: | 47339125 | | |
| **LABORATORY CLIENT REPORT** | | | |

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

---

| Chemistry |
|---|

## Urinalysis

|  | Collected Date | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 11:52 |  |  |
| Procedure |  | Units | Reference Range |
| Color -Urine | Yellow |  |  |
| Clarity -Urine | Clear |  |  |
| Specific Gravity -Urine | 1.018 |  | [1.010-1.040] |
| pH -Urine | 5 |  | [5.0-7.5] |
| Protein -Urine | Negative | mg/dL | [0-0] |
| Glucose -Urine | Negative | mg/dL | [0-0] |
| Ketones -Urine | Negative | mg/dL |  |
| Bilirubin -Urine | Negative |  | [0-0] |
| Blood -Urine | Negative |  |  |
| Nitrite -Urine | Negative |  |  |
| Urobilinogen -Urine | Negative | mg/dL | [0 0-1.0] |
| Leukocyte Esterase -Urine | Negative |  | [Negative] |

Patient:        TRIOLO, RICHARD A
Admit Date:     02/12/2018
Discharge Date: 02/12/2018
Print Date/Time: 02/20/2018 14:59
Report ID:      47338580
**LABORATORY CLIENT REPORT**

MRN:          3154593
DOB/Age:      1974   43 years
Sex:          Male
Financial #:  56606601

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
|---|

## Routine Chemistry

|  | Collected Date: | 02/12/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time: | 11:52 |  |  |
| Procedure |  |  | Units | Reference Range |
| Sodium |  | 137 | mEq/L | [135-145] |
| Potassium |  | 3.9 | mEq/L | [3.5-5.1] |
| Chloride |  | 105 | mEq/L | [98-110] |
| Carbon Dioxide |  | 27 | mEq/L | [22-32] |
| Glucose Level |  | 108 $^H$ | mg/dL | [70-100] |
| Blood Urea Nitrogen |  | 22 | mg/dL | [7-23] |
| Creatinine |  | 1.11 $^a$ | mg/dL | [0.70-1.50] |
| Anion Gap |  | 9 | mEq/L | [9-22] |
| Osmolality Calculated |  | 278 $^L$ | mOsm/kg | [280-300] |
| Calcium |  | 9.5 | mg/dL | [8.5-10.1] |
| eGFR Caucasian Male |  | 72.3 | mL/min | [>=60.0] |
| eGFR African American Male |  | 87.6 $^a$ | mL/min | [>=60.0] |

### Interpretive Data

i2:   Creatinine
Venipuncture immediately after or during administration of Metamizole (Dipyrone) may lead to falsely low results
for Creatinine. Venipuncture should be performed prior to the administration of Metamizole.

i3:   eGFR African American Male
* Values are race, sex, and age dependent and units are mL/min/1.73m2.
In the following clinical settings an actual clearance measurement may be
required: extremes of age or body size, severe malnutrition or obesity,
diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian
diet, rapidly changing kidney function, or prior to dosing drugs with
significant toxicity that are excreted by the kidney. Decreased eGFR for >3
months to levels of 30-59 is classified by the National Kidney Foundation as
chronic renal disease, Stage 3, and 15-29 as Stage 4.

| Patient: | TRIOLO, RICHARD A |
|---|---|
| Admit Date: | 02/12/2018 |
| Discharge Date: | 02/12/2018 |
| Print Date/Time: | 02/20/2018 15:11 |
| Report ID: | 47339125 |

**LABORATORY CLIENT REPORT**

| MRN: | 3154593 |
|---|---|
| DOB/Age: | ▮▮▮▮ 1974   43 years |
| Sex: | Male |
| Financial #: | 56806601 |

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Microbiology |
|---|

| PROCEDURE: | ORSA NA Amplification | ACCESSION: | 18-043-03498 |
|---|---|---|---|
| SOURCE: | NARES | BODY SITE: | |
| COLLECTED DATE/TIME: | 02/12/2018 11:52 | RECEIVED DATE/TIME: | 02/12/2018 15:46 |
| START DATE/TIME: | 02/12/2018 15:46 | FREE TEXT SOURCE: | |

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel: 02/13/2018 05:38 Chandler,Hazen
No ORSA DNA detected by Real-Time PCR.
Reference Range: No ORSA detected.
Testing performed by BD Max instrumentation.

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | 10/19/1974   43 years |
| Print Date/Time: | 02/20/2018 15:12 | Sex: | Male |
| Report ID: | 47339119 | Financial #: | 56606601 |
| **LABORATORY CLIENT REPORT** | | | |



**TOPP SPINE & ORTHOPAEDICS**

# Dr. Raymond Topp, M.D.
## 8380 Baymeadows Road, Suite 17-B
## Jacksonville, Florida 32256

## Phone: 904-719-7404  •  Fax: 904-719-7405

Name _Richard Triolo_  Age ▮▮ 24

Address _1933 Eclipse Drive_  Date _3/22/18_

**Rx**  post operative vitals check
and wand care / check
for 5 days.

_(signature)_

☐ LABEL

REFILL _____ TIMES _____, M.D.

TCP17120100001    NPI #1780620211    DEA #FT7224885

TSO_0075

 

## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email: scheduling@toppspine.com**

March 20, 2018

To Whom It May Concern,

Patient Richard Triolo (DOB ▮▮▮ 1974) has been under my care since November 2017. Due to his recurrent symptoms, I am performing surgery on March 22, 2018. He is undergoing a PLIF L5-S1 on March 22, 2018. This invasive surgery requires several weeks of recovery, please excuse the patient from work on medical leave from March 22, 2018 until May 30, 2018.

Professionally,
Dr. Raymond F Topp
Orthopedic Surgery

*Please provide previous disc + fax report to 912-342-8536*

*9:30am* This is your DOCTOR'S ORDER, Please bring it with YOU to your exam.

*Please call patient with appointment 631-603-4823*

| | |
|---|---|
| TODAY'S DATE/TIME 4/13/18 | PATIENTS NAME Richard            17010 | DATE OF BIRTH:           74   ☐ M ☐ F |
| INSURANCE INFORMATION LCP / Medlink Matt Tams PHONE # (H) 904-245-1971 PHONE # (W) | |
| REASON FOR TEST Post op PLIF | |
| REFERRING PHYSICIAN'S (First) Raymond          OFFICE PHONE # 904 719 2404  APPOINTMENT DATE/TIME: | |
| REFERRING PHYSICIAN'S SIGNATURE | AUTHORIZATION / REFERRAL #: |

MRI/CT AND IVP'S WITH IV CONTRAST: PROVIDE LAB VALUES:  CREATININE _____ DATE DRAWN _____
BLOOD WORK MUST BE WITHIN 30 DAYS OF MRI EXAM AND 90 DAYS OF CT / IVP EXAM.
NEEDED FOR ALL DIABETIC & RENAL INSUFFICIENCY PATIENTS AND ANYONE 65 YEARS AND OLDER.

## GENERAL RADIOLOGY / XRAY

| | RT | LT |
|---|---|---|
| ☐ Skull | | |
| ☐ Orbits | RT | LT |
| ☐ Facial Bones | | |
| ☐ Nasal Bones | | |
| ☐ Paranasal Sinuses | | |
| ☐ Nasopharynx / Soft Neck Tissue | | |
| ☐ Cervical Spine | | |
| ☐ Thoracic Spine | | |
| ☐ Lumbar Spine | | |
| ☐ Pelvis | | |
| ☐ Sacrum / Coccyx | | |
| ☐ SI Joints | | |
| ☐ Shoulder | RT | LT |
| ☐ Scapula | RT | LT |
| ☐ Clavicle | RT | LT |
| ☐ Chest PA / LAT | | |
| ☐ Ribs | RT | LT |
| ☐ Sternum | | |
| ☐ Arm / Humerus | RT | LT |
| ☐ Elbow | RT | LT |
| ☐ Forearm | RT | LT |
| ☐ Wrist | RT | LT |
| ☐ Hand | RT | LT |
| ☐ Finger | RT | LT |
| ☐ Abdomen - KUB | | |
| ☐ Abdomen - Flat / Upright | | |
| ☐ Hip | RT | LT |
| ☐ Femur | RT | LT |
| ☐ Knee | RT | LT |
| ☐ Tibia / Fibula | RT | LT |
| ☐ Ankle | RT | LT |
| ☐ Heel / Calcaneous | RT | LT |
| ☐ Foot | RT | LT |
| ☐ Toe | RT | LT |
| ☐ Scoliosis Series | | |
| ☐ Obstructive Series / ABD Complete w/Chest | | |
| ☐ Metastatic Bone Survey | | |
| ☐ Other (specify) | | |

### MRI

| | Contrast | with & w/o | w/o |
|---|---|---|---|
| ☐ Brain | | 70553 | 70551 |
| ☐ Pituitary | | 70553 | 70551 |
| ☐ IAC's | | 70553 | 70551 |
| ☐ Orbits | | 70543 | 70540 |
| ☐ Sinuses | | 70543 | 70540 |
| ☐ TMJ | RT | LT | 70336 |
| ☐ Neck- Soft Tissue | | 70543 | 70540 |
| ☐ Breast | RT  LT | 77059 | 77058 |
| ☐ Brachial Plexus | | 73220 | 70540 |
| ☐ Cervical Spine | | 72156 | 72141 |
| ☐ Thoracic Spine | | 72157 | 72146 |
| ☐ Lumbar Spine | | 72158 | 72148 |
| ☐ Lumbar Plexus | | 72158 | |
| ☐ Chest | | 71552 | 71550 |
| ☐ Abdomen (organ specific) | 74183 | 74181 |
| ☐ Pelvis | | 72197 | 72195 |

**Extremities**

| | | | | |
|---|---|---|---|---|
| ☐ Shoulder | RT | LT | 73223 | 73221 |
| ☐ Elbow | RT | LT | 73223 | 73221 |
| ☐ Wrist | RT | LT | 73223 | 73221 |
| ☐ Hand | RT | LT | 73220 | 73218 |
| ☐ Hip | RT | LT | 73723 | 73721 |
| ☐ Knee | RT | LT | 73723 | 73721 |
| ☐ Ankle | RT | LT | 73723 | 73721 |
| ☐ Foot | RT | LT | 73720 | 73718 |
| ☐ Other (specify) | | | | |

### MRA

| MR Angiography | Contrast | with or w/o |
|---|---|---|
| ☐ Thoracic Aorta / Chest | | 71555 |
| ☐ Abdominal Aorta | | 74185 |
| ☐ Pelvis | | 72198 |
| ☐ Upper Extremity | RT  LT | 73225 |
| ☐ Lower Extremity | RT  LT | 73725 |

| | Contrast | without |
|---|---|---|
| ☐ Brain MRA | | 70544 |
| ☐ Neck MRA | | 70547 |
| ☐ Other (specify) | | |

### FLUOROSCOPY

| | | |
|---|---|---|
| ☐ Hysterosalpingogram | 74740 & 58340 | |
| ☐ Swallow Function/ Video Swallow | 74230 | |
| ☐ Sniff Test | 76000 | |
| ☐ Fistulagram | 76080 | |
| ☐ VCUG | 74455 | |
| ☐ Esophagram | 74220 | |
| ☐ Upper GI Double Contrast | 74246 | |
| ☐ Small Bowel Series | 74250 | |
| ☐ BE Double Contrast | 74280 | |
| ☐ BE via Ostomy | 74270 | |
| ☐ BE via Rectum | 74270 | |
| ☐ Urogram Retrograde | 74420 | |
| ☐ UGI W/SBFT | 74245 | |
| ☐ Other (specify) | | |

## CT SCAN

| | Contrast | with & w/o | w/o | with |
|---|---|---|---|---|
| ☐ Brain | | 70470 | 70450 | 70460 |
| ☐ Pituitary | | 70470 | 70450 | 70460 |
| ☐ Orbits | | 70482 | 70480 | 70481 |
| ☐ Temporal Bones/ IAC | 70482 | 70480 | 70481 |
| ☐ Sinuses | | 70488 | 70486 | 70487 |
| ☐ Neck - Soft Tissue | | 70492 | 70490 | 70491 |
| ☐ Chest | | 71270 | 71250 | 71260 |
| ☐ Abdomen & Pelvis | | 74178 | 74176 | 74177 |
| ☐ Abdomen | | 74170 | 74150 | 74160 |
| ☐ Pelvis | | 72194 | 72192 | 72193 |
| ☐ Cervical Spine | | 72127 | 72125 | 72126 |
| ☐ Thoracic Spine | | 72130 | 72128 | 72129 |
| ☒ Lumbar Spine | | 72133 | 72131 | 72132 |
| ☐ Other (specify): *Lumbar CT - w/o contrast* | | | | |

### CTA

| CT Angiography | Contrast | with & w/o |
|---|---|---|
| ☐ Head Intracranial Vessels | | 70496 |
| ☐ Neck Carotid | | 70498 |
| ☐ Chest | | 71275 |
| ☐ Aorta-Ileofem | | 75635 |
| ☐ Abdomen | | 74175 |
| ☐ Pelvis | | 72191 |
| ☐ Upper Extremity | RT  LT | 73206 |
| ☐ Lower Extremity | RT  LT | 73706 |
| ☐ Other (specify): | | |

### SONOGRAPHY

| | |
|---|---|
| ☐ Abdomen | 76700 |
| ☐ Abdomen w/ Doppler | 76700 & 93975 |
| ☐ Complete Renal | 76770 |
| ☐ Transplant Kidney w /Doppler | 76776 |
| ☐ Renal w/ Doppler | 76770 & 93976 |
| ☐ Female Pelvis - Transabdominal | 76856 |
| ☐ Transvaginal | 76830 |
| ☐ Ovarian Doppler | 93975 |
| ☐ Thyroid | 76536 |
| ☐ Testicular w/ Doppler | 76870 & 93975 |
| ☐ Extremity Soft Tissue  RT  LT  Upper / Lower | 76882 |
| ☐ Soft Tissue | 76890 |
| ☐ Breast | RT  LT | 76645 |
| ☐ Neonatal Head | 76506 |
| ☐ Other (specify) | |

## Vascular Doppler

| | |
|---|---|
| ☐ Segmental Doppler | 93923 |
| ☐ ABI | 93922 |
| ☐ Carotid Doppler | 93880 |
| ☐ Aorta | G0389 |
| ☐ DVT Bilat. Extremity: Upper / Lower | 93970 |
| ☐ DVT Unilat Extremity RT / LT  Upper / Lower | 93971 |
| ☐ Other (specify): | |

### NUCLEAR MEDICINE

**Musculoskeletal**

| | |
|---|---|
| ☐ Bone (whole body) | 78306 |
| ☐ Bone (whole body w/Spect) | 78306 & 78320 |
| ☐ Bone (3 phase) | 78315 |
| ☐ Bone (LMTD) | 78300 |

**GI / GU**

| | |
|---|---|
| ☐ Renal Flow & Function Scan | 78707 |
| ☐ Renal Scan w/Lasix | 78708 |
| ☐ Renal Scan w/w Captopril | 78709 |
| ☐ Heptobiliary/HIDA w/CCK | 78223 |
| ☐ Liver / Spleen Scan | 78215 |
| ☐ Gastric Emptying Scan | 78264 |
| ☐ Prostascint (whole body w/Spect) | 78802 & 78803 |

**Endocrine**

| | |
|---|---|
| ☐ I-123 Thyroid Uptake and Scan | 78007 |
| ☐ I-131 Thyroid Whole Body | 78018 |
| ☐ I-131 Thyroid Therapy | 79005 |
| ☐ Parathyroid Scan w/Spect | 78070 & 78803 |

**Respiratory**

| | |
|---|---|
| ☐ V/Q Scan | 78588 |
| ☐ Lung Perfusion | 78580 |

**Inflammation / Infection**

| | |
|---|---|
| ☐ WBC Scan (whole body) | 78806 |
| ☐ WBC Scan (limited) | 78805 |
| ☐ Gallium Scan (whole body) | 78806 |
| ☐ Other (specify) | |

---

**Radiology Order**
**Department of Radiology**

Shands
Jacksonville

Form # 250095
Page 1 of 1

Approved: 04/08
Revised:  03/31/11

Distribution:  White - Medical Record (Patient to bring day of appointment).
Yellow - Physician Office (fax to area of service).

*Radiology fax #*
*904-244-7149*

*Address*
*655 W 8th Street*
*Jacksonville Fl 32209*

TSO_0077

4/12/2018                    Encounter - Office Visit Date of service: 04/11/18 Patient: Richard Triolo DOB:      1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | **NOTE TYPE** | SOAP Note |
| DOB |      1974 | T  (904) 719-7404 | | **SEEN BY** | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | **DATE** | 04/11/2018 |
| SEX | Male | 3316 3rd Street South | | **AGE AT DOS** | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient Identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH |      1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

Case 3:18-cv-00919-MMH-J_T Document 87-19 Filed 10/06/20 Page 75 of 107
PageID 1176
4/12/2018                      Encounter - Office Visit Date of service: 04/11/18 Patient: Richard Triolo DOB:      1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|------------|-----|------------|---------------|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TiZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|------------|-----|------------|---------------|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient reporting some numbness in the left toes.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Incision healing well. No erythema, edema, warmth, or drainage noted. 5- Strength in left ankle, 5+ in the right; Remainder of exam consistent with prior exam.

## Plan

X ray reviewed: Instrumentation intact with no apparent loosening, healing well

Patient doing well. Will start up PT to encourage left leg strengthening. Will order lumbar CT to evaluate healing and hardware placement. Will follow up with patient after exam.

practice fusion

TSO_0079

04/12/2018 9 40AM FAX                                                                    @0001

```
************************
***  TX Result Report  ***
************************

            Serding is complete

Job Number        0200
Address           19042447149
Name
Start Time        04/12 09 39 AM
Call Length       01'32
Sheets            3
Result            OK
```

*puuse provide patient with Adisc + fax repart to 912 342 8536*
*please call patient with 631-603-4863*

*9:30am This is your DOCTOR'S ORDER, Please bring it with YOU to your exam.*

TODAY'S DATE/TIME 4/12/18   PATIENT'S NAME Richard Tinola   DATE OF BIRTH J   74   M   F

INSURANCE INFORMATION CP/ Medink MatTerry PHONE (H) 904-245-1971 PHONE B (W)

REASON FOR TEST: Post op PLIF

REFERRING PHYSICIAN'S (Printy) Raymond   OFFICE PHONE # 904 719 7404   APPOINTMENT DATE/TIME

REFERRING PHYSICIAN'S SIGNATURE   AUTHORIZATION / REFERRAL #

**MRI/CT AND IVP'S WITH IV CONTRAST: PROVIDE LAB VALUES: CREATININE _____ DATE DRAWN _____**
**BLOOD WORK MUST BE WITHIN 30 DAYS OF MRI EXAM AND 90 DAYS OF CT / IVP EXAM.**
**NEEDED FOR ALL DIABETIC & RENAL INSUFFICIENCY PATIENTS AND ANYONE 65 YEARS AND OLDER.**

| GENERAL RADIOLOGY / XRAY | MRI | | | CT SCAN | | | | Vascular Doppler | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Skull | | Contrast | with & w/o  w/o | Contrast | with & w/o | w/o | with | | |
| ☐ Orbits        RT  LT | ☐ Brain | 70563 | 70551 | ☐ Brain | 70470 | 70450 | 70480 | ☐ Segmental Doppar | 93923 |
| ☐ Facial Bones | ☐ Pituitary | 70553 | 70551 | ☐ Pituitary | 70470 | 70450 | 70460 | ☐ ABI | 93922 |
| ☐ Nasal Bones | ☐ IAC's | 70553 | 70551 | ☐ Orbits | 70482 | 70480 | 70481 | ☐ Carotid Doppler/ | 93880 |
| ☐ Paranasal Sinuses | ☐ Orbits | 70543 | 70540 | ☐ Temporal Bones/ IAC | 70482 | 70480 | 70481 | ☐ Aorta | G0389 |
| ☐ Nasopharynx / Soft Neck Tissue | ☐ Sinuses | 70543 | 70540 | ☐ Sinuses | 70488 | 70488 | 70487 | ☐ DVT Bilat | 93978 |
| ☐ Cervical Spine | ☐ TMJ       RT  LT | | 70336 | ☐ Neck - Soft Tissue | 70492 | 70490 | 70491 | Extremity | |
| ☐ Thoracic Spine | ☐ Neck- Soft Tissue | 70543 | 70540 | ☐ Chest | 71270 | 71250 | 71260 | Upper / Lower | |
| ☐ Lumbar Spine | ☐ Breast    RT  LT | 77059 | 77058 | ☐ Abdomen & Pelvis | 74178 | 74176 | 74177 | ☐ DVT Unilat | 93971 |
| ☐ Pelvis | ☐ Brachial Plexus | 73220 | 70540 | ☐ Abdomen | 74170 | 74150 | 74160 | Extremity | |
| ☐ Sacrum / Coccyx | ☐ Cervical Spine | 72156 | 72141 | ☐ Pelvis | 72194 | 72192 | 72193 | RT / LT  Upper / Lower | |
| ☐ SI Joints | ☐ Thoracic Spine | 72157 | 72146 | ☐ Cervical Spine | 72127 | 72125 | 72126 | | |
| ☐ Shoulder      RT  LT | ☐ Lumbar Spine | 72158 | 72148 | ☐ Thoracic Spine | 72130 | 72128 | 72129 | ☐ Other (specify): | |
| ☐ Scapula       RT  LT | ☐ Lumbar Plexus | 72158 | | ☐ Lumbar Spine | 72133 | 72131 | 72132 | | |
| ☐ Clavicle      RT  LT | ☐ Chest | 71552 | 71550 | ☐ Other (specify): lumbar CT w/contrast | | | | | |
| ☐ Chest PA / LAT | ☐ Abdomen (organ specific) | 74183 | 74181 | | | | | NUCLEAR MEDICINE | |
| ☐ Ribs          RT  LT | ☐ Pelvis | 72197 | 72195 | CTA | | | | Musculoskeletal | |
| ☐ Sternum | Extremities | | | ☐ CT Angiography   Contrast  with & w/o | | | | ☐ Bone (whole body) | 78306 |
| ☐ Arm / Humerus  RT  LT | ☐ Shoulder   RT  LT | 73223 | 73221 | ☐ Head Intracranial Vessels | | | 70496 | ☐ Bone (whole body | 78306 |
| ☐ Elbow          RT  LT | ☐ Elbow      RT  LT | 73223 | 73221 | ☐ Neck Carotid | | | 70498 | w/Spect) | &78320 |
| ☐ Forearm        RT  LT | ☐ Wrist      RT  LT | 73223 | 73221 | ☐ Chest | | | 71275 | ☐ Bone (3 phase) | 78315 |
| ☐ Wrist          RT  LT | ☐ Hand       RT  LT | 73220 | 73218 | ☐ Aorta-Iliofem | | | 75635 | ☐ Bone (LMTD) | 78300 |
| ☐ Hand           RT  LT | ☐ Hip        RT  LT | 73723 | 73721 | ☐ Abdomen | | | 74175 | | |
| ☐ Finger         RT  LT | ☐ Knee       RT  LT | 73723 | 73721 | ☐ Pelvis | | | 72191 | GI / GU | |
| ☐ Abdomen - KUB | ☐ Ankle      RT  LT | 73723 | 73721 | ☐ Upper Extremity    RT  LT | | | 73206 | ☐ Renal Flow & Function Scan | 78707 |
| ☐ Abdomen - Flat / Upright | ☐ Foot       RT  LT | 73720 | 73718 | ☐ Lower Extremity    RT  LT | | | 73706 | ☐ Renal Scan w/Lasix | 78708 |
| ☐ Hip            RT  LT | ☐ Other (specify): | | | ☐ Other (specify): | | | | ☐ Renal Scan w/Lasix Captopril | 78709 |
| ☐ Femur          RT  LT | | | | | | | | ☐ Haptobiliary/HIDA w/CCK | 78223 |
| ☐ Knee           RT  LT | MRA | | | SONOGRAPHY | | | | ☐ Liver / Spleen Scan | 78215 |
| ☐ Tibia / Fibula  RT  LT | ☐ MR Angiography  Contrast  with or w/o | | | ☐ Abdomen | | | 76700 | ☐ Gastric Emptying Scan | 78264 |
| ☐ Ankle          RT  LT | ☐ Thoracic Aorta / Chest | | 71555 | ☐ Abdomen w/ Doppler | | | 76700 | ☐ Prostascint (whole | 78802 |
| ☐ Heel / Calcaneous  RT  LT | ☐ Abdominal Aorta | | 74185 | | | | & 93975 | body w/Spect) | &78803 |
| ☐ Foot           RT  LT | ☐ Pelvis | | 72198 | ☐ Complete Renal | | | 76770 | Endocrine | |
| ☐ Toe            RT  LT | ☐ Upper Extremity   RT  LT | | 73225 | ☐ Transplant Kidney w /Doppler | | | 78776 | ☐ I-123 Thyroid Uptake | 78007 |
| ☐ Scoliosis Series | ☐ Lower Extremity   RT  LT | | 73725 | ☐ Renal w/ Doppler | | | 76770 | and Scan | |
| ☐ Obstructive Series : | | Contrast | without | | | | & 93976 | ☐ I-131 Thyroid Whole Body | 78018 |
| ABD Complete w/Chest | ☐ Brain MRA | | 70544 | ☐ Female Pelvis - Transabdominal | | | 76855 | ☐ I-131 Thyroid Therapy | 79005 |
| ☐ Metastatic Bone Survey | ☐ Neck MRA | | 70547 | ☐ Transvaginal | | | 76830 | ☐ Parathyroid Scan w/Spect | 78070 |
| ☐ Other (specify): | ☐ Other (specify): | | | ☐ Ovarian Doppler | | | 93975 | | &78603 |
| FLUOROSCOPY | | | | ☐ Thyroid | | | 76536 | Respiratory | |
| ☐ Hysterosalpingogram  74740 | ☐ Upper GI Double Contrast | | 74246 | ☐ Testicular w/ Doppler | | | 76870 | ☐ V/Q Scan | 78588 |
| & 58340 | ☐ Small Bowel Series | | 74250 | | | | & 93975 | ☐ Lung Perfusion | 78580 |
| | | | | | | | | Inflammation / Infection | |
```

TSO_0080

Aug. 3. 20'3; 12:33 Mal Therapy
Select
PHYSICAL THERAPY
2106 Park Avenue
Orange Park, FL USA 32073
Phone: (904) 264-0921
Fax: (904) 215-7491

No. 5227   P. 2

| Patient: | Richard Triolo | | |
|---|---|---|---|
| Acct #: | 032R140642342 | Visit Date: | Aug 02, 2018 |
| DOB: | 1974 | FSC: | HMO/PPO |
| Clinician: | Jacob C. Daniels, PT, DPT | Payor: | BCBS |
| Prim Phy: | Raymond Topp | Pol/Claim#: | Not Specified |
| Phy Phone: | (904) 719-7404 | Insured: | Richar Triollo |
| Phy Fax: | (904) 719-7405 | Employer: | Baptist Medical Center |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/2/2018 | Visits: | 1 |
| Surg. Date: | 3/22/2018 | Cxl/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine                MS4.5        Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.
**ADL / Functional Status:**
• Premorbid Status: Work status: Independent Without Difficulty. Current Status: Work status: Independent With Difficulty.
**Chief Complaint:**
• Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.
**Functional Comorbidity Index:**
• Pt reports familial history of COPD, Emphysema, & Cancer
**Mechanism of Injury:**
• The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.
**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
• Assessment                                    Initial
• Date                                               08/02/2018
• Percentage                                      32.00%
**Rehabilitation Expectations/Goals:**
• Return to Work Activities: Unrestricted/Symptom Free.

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.
**Recommendations:**
• Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

**Problem #1 Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**
**STG Achieve by Aug 16, 2018.**
    **Symptomatic Improvements:**
    • The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to

TSO_0082

Aug. 3. 2018 12:34PM

No. 5227    P. 3

| | |
|---|---|
| Patient: | Richard Triolo |
| Acct #: | 032R140642342 |
| DOB: | ( , 1974 |

Visit Date:    Aug 02, 2018

pain at night

*LTG Achieve by Aug 30, 2018.*

**Symptomatic Improvements:**
- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

*Problem #2* **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

| | Left | Right |
|---|---|---|
| • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| • Piriformis | 2=Pain with winding | 1=Complaint of pain |

*STG Achieve by Aug 16, 2018.*

**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

*Problem #3* **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

| | |
|---|---|
| • Extension(Limited by L LBP) | 25% |
| • Flexion(3rd DP to floor 13.5 cm with relief) | 75% |
| • Rotation Left | 75% |
| • Rotation Right | 75% |
| • Side Bending Left(54 cm 3rd DP to floor) | 75% |
| • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% |

*STG Achieve by Aug 16, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| • Extension | 50% |
| • Side Bending Right | 75% |

*LTG Achieve by Aug 30, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

| | |
|---|---|
| • Extension | 75% |
| • Side Bending Right | 100% |

*Problem #4* **Flexibility.**

| | Left | Right |
|---|---|---|
| • Hamstrings | Mild Restriction | Full Excursion/No Deficits |
| • Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |

*STG Achieve by Aug 16, 2018.*

**Musculoskeletal Improvements In: Soft Tissue Flexibility to:**

| | Left | Right |
|---|---|---|
| • Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

**Musculoskeletal Improvements In: Soft Tissue Flexibility to:**

| | Left | Right |
|---|---|---|
| • Piriformis | Slight Restriction | Full Excursion/No Deficits |

*Problem #5* **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*

**Peripheral Nerve Function Improvements:**
- By Normalizing Neurogenic Signs.

*Problem #6* **Functional Tests: Return to Participation: Activities.**

| | |
|---|---|
| • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes |
| • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes |

*STG Achieve by Aug 16, 2018.*

**Functional Improvements In:**
- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*

**Functional Improvements In:**

TSO_0083

| Patient: | Richard Triolo | | No. 5227    P: 4 |
|---|---|---|---|
| Acct #: | 032R140642342 | | |
| DOB: | ⬛, 1974 | Visit Date: | **Aug 02, 2018** |

---

- Positional Tolerance to: Up to 6 Hours.

**Problem #7** Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.

- Assessment                    Initial
- Date                          08/02/2018
- Percentage                    32.00%

*STG Achieve by Aug 16, 2018.*

    Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:

- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*

    Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:

- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Range of Motion Activities.  Active Assistive Range of Motion Activities.  Client Education.  Functional Activities: Positional Tolerance: Standing.  Home Exercise Program.  Manual Range of Motion Activities.  Neural Mobilization Techniques.  Neuromuscular Re-education.  Passive Range of Motion Activities.  Proprioceptive/Closed Kinetic Chain Activities.  Self Care/Home Management.  Soft Tissue Mobilization Techniques.  Stretching/Flexibility Activities.  Therapeutic Activities.  Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer.  Treadmill.

*[signature]*

Eideann . Smith, SPT, Student PT
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

*[signature]*

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 02, 2018 16:42:33

---

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

_____     _____
**Raymond Topp**                          Date

**Patient: Richard Triolo**                                              DOB: ⬛ 1974

TSO_0084

# Topp Spine and Orthopaedics
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Visit Date:** | August 16, 2018 |
| **Patient ID:** | 1023 | **Provider:** | Raymond F. Topp, MD |
| **Sex:** | Male | **Location:** | Topp Spine and Orthopaedics |
| **Birthdate:** | 1974 | **Location Address:** | 3316 3rd Street S<br>Suite 201<br>Jacksonville Beach, FL 32250-6091 |
| | | **Location Phone:** | (904) 719-7404 |

## Chief Complaint

Mr. Triolo presents in our office today for a follow up visit. Patient was involved in a motor vehcile accident on February 11, 2017.

## History Of Present Illness

Patient is a pleasant 43-year-old male who unfortunately was involved in a motor vehicle accident on February 11, 2017. Patient was stopped at a traffic light when he was suddenly rear-ended. Patient reports being the fully restrained driver with his seat belt and shoulder harness on right. Patients car was equipped with headrest which were positioned even with the top of the head. Patient reports the weather was clear and the visibility of the road was good. Patient did not foresee the collision and was completely unprepared for the impact. Patient denied loss of consciousness but felt dazed. Patient immediately experienced lower back pain. Patient failed all conservative treatment including epidural steroid injections. Due to the injuries sustained in the accident on February 11, 2017, patient underwent a PLIF L5-S1. Patient is experiencing SI joint dysfunction secondary to his surgery.

### Past Medical History

Left forearm compound fracture

### Past Surgical History

Left forearm compound fracture; PLIF L5-S1

### Medication List

Norco oral; tizanidine oral

### Allergy List

No Pertinent Allergies

### Family Medical History

No Pertinent Family Medical History

### Genetic Screening

No Pertinent Genetic History

### Social History

Does not smoke; Respiratory therapist; Separated; Social Drinker

### Immunizations

No Pertinent Immunization History

### Review of Systems

**Musculoskeletal**
  o  * See HPI

## Physical Examination

GENERAL: Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Normal musculature and symmetry, full ROM, diffuse tenderness across lumbar spine focusing mostly in the left SI joint region, negative straight leg raises bilaterally, 5/5 strength in extremities bilaterally, normal reflexes, NVI.

MUSCULOSKELETAL: Range of motion: Cervical range of motion was limited with pain. Lumbar range of motion was limited with pain. Palpatory findings: Palpation revealed spasm and tenderness within the cervical, thoracic, and lumbar paraspinal musculature bilaterally.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop.

Lung- clear to auscultation and percussion.

NEUROLOGICAL: Mental status: The patient answered general information and questions correctly. Affect appeared to be appropriate and was congruent with complaints. Awake, alert and oriented to date, place and person. Cranial nerves: Speech clear. Pupils equal, round, reactive to light, extraocular movements full. Motor: 5/5 proximal and distal upper and lower extremities. Sensory: intact.

Left SI- Positive FABER, Positive distraction, positive finger forton

## Plan

The patient returns today for follow-up after the posterior lumbar interbody fusion lumbar 5 to sacral 1. As a reminder we approached the spine minimally invasively from the right side as this patient preoperatively had significant right lower extremity pain. In the postoperative period, the patient complains of left lower extremity pain. The patient reports that Dr. Pardo has placed an injection at L5-S1 under fluoroscopy. He is unequivocal that the pain in his leg resolved however he is unsure about the pain in his back. It is my recommendation then that we proceed with an MRI of the lumbar spine with contrast. The patient will return to see me in 2 weeks with the results of this MRI and on the same day I am planning on performing an epidural steroid injection after reviewing the results. Based upon the results of this injection, we may or may not need to move on to diagnostic injections of the sacroiliac joint. Followup in 2 weeks.

**Electronically Signed by:** Raymond F. Topp, MD -Author on August 17, 2018 02:55:33 PM

# Topp Spine and Orthopaedics
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Visit Date:** | August 30, 2018 |
| **Patient ID:** | 1023 | **Provider:** | Raymond F. Topp, MD |
| **Sex:** | Male | **Location:** | Topp Spine and Orthopaedics |
| **Birthdate:** | [ ] 9, 1974 | **Location Address:** | 3316 3rd Street S |
| | | | Suite 201 |
| | | | Jacksonville Beach, FL 32250-6091 |
| | | **Location Phone:** | (904) 719-7404 |

## Chief Complaint

Patient was involved in a motor vehicle accident on February 11, 2017. Patient underwent PLIF L5-S1 on March 22, 2018. On August 16, 2018 patient was seen at our office for a post-op visit. Patient reported low back pain.

## History Of Present Illness

The above-captioned patient was involved in a motor vehicle accident that occurred on February 11, 2017. Patient was stopped at a traffic light when he was suddenly rear-ended. Patient reports being the fully restrained driver. Patients car was equipped with headrest which were positioned even with the top of the head. Patient reports the weather was clear and the visibility of the road was good. Patient did not foresee the collision and was completely unprepared for the impact. Patient denied loss of consciousness but felt dazed. Patient immediately experienced lower back pain. Patient failed all conservative treatment including epidural steroid injections. Due to the injuries sustained in the accident on February 11, 2017 patient underwent a PLIF L5-S1. Patient is experiencing SI joint dysfunction secondary to his surgery.

## Past Medical History
Left forearm compound fracture

## Past Surgical History
Left forearm compound fracture; PLIF L5-S1

## Medication List
Norco oral; tizanidine oral

## Allergy List
No Pertinent Allergies

## Family Medical History
No Pertinent Family Medical History

## Genetic Screening
No Pertinent Genetic History

## Social History
Does not smoke; Respiratory therapist; Separated; Social Drinker

## Review of Systems
### Musculoskeletal
    o * See HPI

TSO_0087
[Digital Signature Validated]

## Physical Examination

GENERAL: Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Normal musculature and symmetry, full ROM, diffuse tenderness across lumbar spine focusing mostly in the left SI joint region, negative straight leg raises bilaterally, 5/5 strength in extremities bilaterally, normal reflexes, NVI.

MUSCULOSKELETAL: Range of motion: Cervical range of motion was limited with pain. Lumbar range of motion was limited with pain. Palpatory findings: Palpation revealed spasm and tenderness within the cervical, thoracic, and lumbar paraspinal musculature bilaterally.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop.

Lung- clear to auscultation and percussion.

NEUROLOGICAL: Mental status: The patient answered general information and questions correctly. Affect appeared to be appropriate and was congruent with complaints. Awake, alert and oriented to date, place and person. Cranial nerves: Speech clear. Pupils equal, round, reactive to light, extraocular movements full. Motor: 5/5 proximal and distal upper and lower extremities. Sensory: intact.

Left SI- Positive FABER, Positive distraction, positive finger forton

## Results

Diagnostic Imaging: MRI Lumbar Spine with and without contrast done on 08/30/2017 at Precision Imaging. The study revealed,

1. L5-SI prior PLIF without complication cvidcnt.
2. T12-L1 posterior disc himation indents the thecal sac. There is a high signal annular fissure scene.
3. Enhancing fibrosis is scean within the right lateral rcccss and neural foramen at L5-S 1.

## Plan

Upon reviewing the patient's most recent lumbar MRI results done on August 30, 2018, it is my professional opinion that the patient would benefit from an ESI directed at the L5/S1 level to achieve pain relief of the exiting L5 and S1 nerve roots. The MRI demonstrates no foraminal stenosis and therefore, neural stretching is the likely etiology for the patient's post op leg pain.

**Electronically Signed by:** Raymond F. Topp, MD -Author on September 5, 2018 02:53:04 PM

TSO_0088
[Digital Signature Validated]

 

## TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
Office Address: 8380 Baymeadows Road, Suite 17-B, Jacksonville, FL 32256
**Phone:** (904) 719-4704 • **Fax:** (904) 719-7405 • **Email:** scheduling@toppspine.com

Date: November 8, 2017
Patient: Richard Triolo
DOB: ██████ 1974
Services performed by Dr. Raymond F. Topp, M.D.
Office visit: November 8, 2017

| CPT | | Charge |
|-----|---|--------|
| 99245 | Office Consultation Level 5 | $1,200 |
| Total: | | $1,200 |

TSO_0089



FAX POSTING TO: 247-8101 OR
E-mail to [prescheduling@surgerypartners.com]

## Scheduling Posting Sheet

Date of Surgery: 9/13/18    Time of Surgery: _____    Duration: _____

Surgeon: DR-Topp    Scheduler: Nicole    Phone: 904-719-7404

Anesthesia:   **GENERAL  /  MAC /  LOCAL ONLY**

Diagnosis: Lumbar Pain _____    ICD-10  M54.5

Procedure: L-spin epidural steroid Inj _____  CPT 62323

_____  CPT 76000

_____  CPT _____

Special Equip Needed: C-Arm _____ Hardware/Implant Vendor Requesting _____
Hardware/Implant Vendor Rep Name: _____    Phone: _____

Attached:  Cardiac / Medical Clearance ____ H&P ____ Office Note ____ Height: ____ Weight: ____

Patient Name: Richard Triolo _____

Address: 1933 Eclipse DR _____    Home Ph: (___) _____

Middleburg, FL 32068 _____    Cell Ph. 631; 603-4863

Sex: (M) F   Race: _____  Marital Status: _____    Work Ph: (___)

SS#: [redacted] -7157    Patient's DOB: [redacted] /74

Responsible Party SS#: _____    Subscriber DOB: ___/___/___

Attorney's Name _____    Phone#: (___) _____
**WC / Auto**: Company: _____    Policy = _____
Adjuster Name: _____    Phone: _____  Date of Injury 2/11/17
Primary: Matt Terry Ph# 904-245-1971  fx # 904-245-1975
     Policy Holder: _____    Relation: _____
     Plan ID# _____    Group# _____
**Secondary**: _____    ☐ No Secondary Insurance
     Policy Holder: _____    Relation: _____
     Plan ID# _____    Group# _____

Entered into HST:

Baymeadows **MRI**

7999 Philips Hwy., Suite #311, Jacksonville, FL 32256   Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**     **TRIOLO, RICHARD**
**ID NUMBER:**     **22731**
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:**   **SYED ASAD, M.D.**
**DATE OF SERVICE:**     **04/04/2017**

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

TSO_0091



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

---

**PATIENT NAME:**      TRIOLO, RICHARD
**ID NUMBER:**         22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:**   04/04/2017
**PAGE 2**

**IMPRESSION:**
1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/II**      D/D: 04/04/2017    D/T: 04/04/2017                  DRSO6843 - 8:47

TSO_0092

3RD PARTY

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

┌ PICA                                                                                                    PICA ┐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | SELF | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| TRIOLO RICHARD | 1974 M [X] F | SELF |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1933 ECLIPSE DRIVE | Self [X] Spouse Child Other | 1933 ECLIPSE DRIVE |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MIDDLEBURG | FL | | MIDDLEBURG | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 32068 | (631) 603-4863 | 32068 | 631 603-4863 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [X] NO | a. INSURED'S DATE OF BIRTH 1974 M [X] F SEX |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES [X] NO PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME 3RD PARTY |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, complete items 9, 9a, and 9d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED SIGNATURE ON FILE    DATE 6/20/2018 | SIGNED SIGNATURE ON FILE |

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL. | 15. OTHER DATE MM DD YY QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? YES [X] NO | $ CHARGES |
|---|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0 | 22. RESUBMISSION CODE | ORIGINAL REF NO. |
|---|---|---|
| A. M54.5  B.  C.  D. | | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER | |
| I.  J.  K.  L. | | |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 14 18 | 06 14 18 | 11 | | 99214 | | A | 350 00 | 1 | | | NPI | 1780620211 |
| 2 | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 823224901 [X] | 1012P1023 | [X] YES NO | $ 350 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # 904 719-7404 |
|---|---|---|
| RAYMOND F TOPP MD    6/20/2018 SIGNED    DATE | | TOPP SPINE AND ORTHOPAEDICS 3316 3RD STREET S JACKSONVILLE BEACH FL 32250-609 |
| | a. b. | a. 1780620211  b. |

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

TSO_0093

# Topp Spine and Orthopaedics
# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Triolo | **Create Date:** | June 14, 2018 |
| **Patient ID:** | 1023 | | |
| **Sex:** | Male | | |
| **Birthdate:** | [redacted] 1974 | | |

## Chief Complaint

Patient returns today post PLIF L5-S1.

## History Of Present Illness

Patient is a pleasant 43-year-old male who returns today post PLIF L5-S1. Patients injuries were sustained during a motor vehicle accident which occurred on February 11, 2017. Patient was rear-ended. No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while lying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017. Patient reports he is feeling good, but ongoing pain down the left side. Other than that, presurgical pain is healing well.

## Past Medical History
No Pertinent Medical History

## Past Surgical History
PLIF L5-S1

## Medication List
No Pertinent Medications

## Allergy List
No Pertinent Allergies

## Family Medical History
No Pertinent Family Medical History

## Genetic Screening
No Pertinent Genetic History

## Social History
No Pertinent Social History

## Immunizations
No Pertinent Immunization History

## Review of Systems
### Constitutional
   o **Denies** : fever, weight loss, weight gain

TSO_0094
[Digital Signature Validated]

**Eyes**
- **Denies** : impaired vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats

**Respiratory**
- **Denies** : shortness of breath, cough

**Gastrointestinal**
- **Denies** : abdominal pain, blood in stools

**Genitourinary**
- **Denies** : dysuria, hematuria

**Integument**
- **Denies** : rash, pigmentation changes

**Neurologic**
- **Denies** : muscular weakness, incoordination, loss of balance

**Musculoskeletal**
- * See HPI

**Endocrine**
- **Denies** : cold intolerance, heat intolerance

**Heme-Lymph**
- **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness

**Allergic-Immunologic**
- **Denies** : frequent illnesses

**All Others Negative**

## Physical Examination

Well- developed, well-nourished individual with appropriate mood and affect. Alert and oriented x3. Normal gait, no walking aids, heel walking normal, toe walking normal.

Lumbar- Incision healed well. No erythema, edema, warmth, or drainage noted. 5- Strength in left ankle, 5+ in the right; Remainder of exam consistent with prior exam.

Heart-No cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop

Lung-Clear to auscultation and percussion

Musculoskeletal:

Left SI- Positive FABER, positive hip thrust, negative Gaenslen, negative distraction, positive finger forton test

Lumbar- Exam essentially unchanged from prior exam.

## Plan

I would continue physical activity as tolerated. I think he is having SI joint dysfunction secondary to his surgery. We may look into it if it is persistent into the future. I will follow up with the patient in 2 months.

**Electronically Signed by:** Raymond F. Topp, MD -Author on June 19, 2018 10:39:19 AM

TSO_0095
[Digital Signature Validated]

Richard Triolo
74

*Topp Spine & Orthopaedics*

Chief Complaint: lumbar spine pain
MVA 2/17 - rear ended

HPI: no prior lumbar accidents / or treatment
before accident. ESIS after accident @ St. Vincents
(no relief). Pain while laying flat, pain is constant +
worsened - midline. Pain radiates posteriorly to down thigh +
anteriorly to HIP flexor.

Current Medication: sometimes

Norco 10/325mg
Tizanidine 4mg
Diclofenac 75mg

Medical History:

Allergies: NKDA

Surgical History: 2001 - left forearm compound fx

Pain Scale: 7-9

Examination: neg. Straight leg raise bilaterally leads to back tightness

Assessment: spondylolisthesis of L5-S1 bilateral L5 pars fx.

w/ instrumentation

Treatment: surgical treatment including a PLIF of L5-S1 is necessary to stabilize the spine; Pt failed conservative treatment (meds + ESIs). Pt requires narcotics to control pain. I recommend an inpt. sx to control pain.

Next appointment: Sx
PLIF @ UF Health

Billing codes: NP. consult level 5

☑0004/0012

12/28/2012  12:08PM FAX



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**        **TRIOLO, RICHARD**
**ID NUMBER:**           **22731**
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** **SYED ASAD. M.D.**
**DATE OF SERVICE:**     **04/04/2017**

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**        **TRIOLO, RICHARD**
**ID NUMBER:**           **22731**
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** **SYED ASAD, M.D.**
**DATE OF SERVICE:**     **04/04/2017**
**PAGE 2**

**IMPRESSION:**

1. Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2. Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3. Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4. Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/ll        D/D: 04/04/2017    D/T: 04/04/2017**                    **DRSO6843 - 8:47**

Richard Triolo
1933 Eclipse Drive
Middleburg, FL 32068
P (631) 603-4863 ★
Listrong19@yahoo.com
DOB █████ 74

11/8 · 3:15

email sent 11/8/17

* bringing films *

☑0001/0012

12/26/2017 12:10PM FAX

TSO_0101

Topp Spine

Dr. Raymond E. Topp
Board Certified American Board Surgery
fellowship trained in Spinal Surgery
Fellow of the American Academy of Orthopaedic Surgeons

## MEDICATION AGREEMENT & REFILL POLICY

As part of your treatment, our medical staff may prescribe medication for you. Many of these medications can have serious side effects if they are not managed properly. Your health and safety are very important to us, and we need your help to make sure your treatment follows our guidelines. If Topp Spine has any questions regarding your healthcare, including medications, we reserve the right to contact your other treating physicians and pharmacies.

1. I agree to follow the dosing schedule prescribed to me by my doctor.

2. I agree to never share my medications with others, nor will I sell or exchange my medications for any reason.

3. I agree to always keep my medications safeguarded and within my control.

4. I agree to notify Topp Spine if I experience any adverse effects or dosage problems with my prescribed medications. I will not discard any unused medications. Before any new medication can be prescribed, I may be asked to bring any unused medications to Topp Spine for disposal.

5. I agree that if I receive narcotic prescriptions from Topp Spine, I am not allowed to receive the same type of medication from other physicians without express consent or consultation with Topp Spine.

6. I agree to use only one pharmacy for my pain-related medication unless extenuating circumstances prevent this from being possible. In this event, I will notify Topp Spine of all pertinent information pertaining to additional pharmacies, mail-order, or other sources.

7. I understand that medication refill prescriptions involving narcotic pain medicine requires a scheduled office visit when my doctor is on duty in the office. Narcotic pain medication refills will not be called into a pharmacy, nor will they be increased over the telephone.

8. I agree to keep all scheduled appointments. I understand that no medications will be given for canceled or no-show appointments. I understand that if I am more than 15 minutes late to my appointment time, I will have to reschedule.

9. I understand that medication refills cannot be made after hours, on weekends, or on holidays.

10. I understand that I should not drive or operate heavy machinery while I am taking medications that may cause drowsiness or impaired cognitive function.

11. I understand that I am solely responsible for the safekeeping of my medications and I must treat my medications as I would my money or valuable possessions. Topp Spine will have no obligation to replace LOST OR STOLEN prescriptions or medications.

12. I understand that abusive behavior or harassment toward any Topp Spine's staff will NOT be tolerated. Harassment includes, but is not limited to, more that two (2) phone calls to the office in one business day.

13. I understand that I cannot present to Topp Spine unannounced seeking medications refills.

14. I understand that dealing with a forged or falsified prescription will result in immediate dismissal from Topp Spine. I understand that I may be dismissed from Topp Spine if I do not abide by the terms of this medication agreement.

By signing the agreement, you affirm that you have the full right and power to be bound by this agreement and that you have read, understood, and accepted these terms. No medications will be prescribed without acceptance of this agreement.

Pharmacy Name  Walgreens  Fleming Island          Date of Birth _____ -74

Phone Number _____          Patient's Signature _____

Patient's Name  Richard  Trials                    Date  11/8/17

12/28/2017 12:11PM FAX
TSO_0104

TODAY'S DATE: _11 -8 -17_

PATIENT NAME: _Richard Triolo_

ADDRESS: _1933 Eclipse Drive_

CITY: _Middleburg_ STATE: _FL_ ZIPCODE: _32068_

SSN: ___-7157_ DATE OF BIRTH ___-74_ SEX: (MALE) FEMALE

HOME PHONE: ___ WORK/CELL PHONE: _631-603-4863_

DATE OF INJURY: _2/11/17_ DATE YOU FIRST TREATED FOR YOUR INJURY: _2/11/17_

DID YOU GO TO THE HOSPITAL FOR YOUR ACCIDENT? (YES) NO

MARITAL STATUS: (S) M D W SPOUSES NAME: ___

TYPE OF INJURY: (AUTO) SLIP & FALL OTHER ___

WHO REFERRED YOU TO THIS OFFICE: _Dr Assad_ PHONE # ___

PLEASE CIRCLE ONE: (DRIVER) PASSENGER PEDESTRIAN OTHER ___

HEALTH INSURANCE COMPANY NAME: _Florida Blue_

PHONE # ___ FAX # ___

ADDRESS: ___ CITY: ___ STATE: ___ ZIP: ___

POLICY NUMBER: ___ GROUP NUMBER: ___

DEDUCTIBLE: ___ HAVE YOU REPORTED THIS TO YOUR INSURANCE CARRIER? YES NO

NAME OF THE INSURED: ___ RELATIONSHIP TO THE INSURED: ___

DO YOU LIVE WITH THE INSURED? YES NO

AUTO INSURANCE CARRIER NAME: ___ ADJUSTER NAME: ___

PHONE # ___ FAX # ___ CLAIM # ___

ADDRESS: ___ CITY: ___ STATE: ___ ZIP: ___

LAW FIRM NAME: ___ PHONE # ___

ADDRESS: ___ CITY: ___ STATE: ___ ZIP: ___

I authorize the release of medical information necessary to process this and related insurance claims. I authorize the payment of insurance benefits to be made to: ___ to whom the assignment has been made.

TSO_0105



**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
3316 South Third Street Suite 201, Jacksonville Beach, FL 32250
**Phone**: 904-719-7404● **Fax**: 904-719-7405 ● **Email**: scheduling@toppspine.com

Date:  September 4, 2018
Patient:  Richard Triolo
DOB:       1974

Services performed by: Dr. Raymond F. Topp, M.D.
Estimate for procedure: Lumbar spine epidural injection

Richard Triolo, DOB        1974, was seen at my office on August 16, 2018 for a follow up visit. After reviewing patient's history and MRI, I have determined the patient would benefit well from a Lumbar spine epidural injection. The Lumbar spine epidural injection is estimated at $1,015.00.

Listed below is an estimate for the physician's fee for a Lumbar spine epidural injection.

**CPT  Codes:** Lumbar spine epidural injection                                   **Charge**

62323                                                                                      $1,015.**00**

**Total**                                                                                      $1,015.**00**

Dr. Raymond F Topp

Orthopedic Surgeon

TSO_0106

**T O**
TOPP SPINE & ORTHOPAEDICS

Dr. Raymond Topp, M.D.
3316 South Third Street
Jacksonville Beach, Florida 32250

Phone: 904-719-7404    •    Fax: 904-719-7405

Name _Richard Triolo_                                  Age _174_

Address _____    Date _8/16/18_

**R̄x**                                                      NONACUTE PAIN ⊔

MRI with Contrast Lumbar Spine

Dr: MSY.Do

⊔ LABEL
REFILL _____ TIMES    _____, M.D.
TCP18060400002          NPI #1790620211          DEA #FT7224885



TOPP SPINE & ORTHOPAEDICS

**Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon**
3316 South Third Street Suite 201, Jacksonville Beach, FL 32250
Phone: 904-719-7404● Fax: 904-719-7405 ● Email:

### Radiology Referral Form

PATIENT NAME: Richard Triolo    DATE OF BIRTH: ██ /74    DATE: 8/29/18

DIAGNOSIS: Lumbar Pain, M54.41

Physician Signature:

| MRI | | | GENERAL RADIOLOGY | GENERAL RADIOLOGY | |
|---|---|---|---|---|---|
| ☐ Brain w/ SWI IAC's | | | ☐ Skull | ☐ TMJ | ☐ L ☐ R |
| ☐ Pituitary | | | ☐ Facial | ☐ Clavicle | ☐ L ☐ R |
| ☐ C-Spine ☐ T-Spine ☒ L-Spine | | | ☐ Orbits | ☐ Shoulder | ☐ L ☐ R |
| ☐ Soft Tissue Neck | | | ☐ Sinus | ☐ Humerus | ☐ L ☐ R |
| ☐ Brachial Plexus | | | ☐ Nasal | ☐ Elbow | ☐ L ☐ R |
| ☐ Chest | | | ☐ Soft Tissue Neck | ☐ Forearm | ☐ L ☐ R |
| ☐ Abdomen | | | ☐ Chest (CXR) | ☐ Wrist | ☐ L ☐ R |
| ☐ Pelvis | | | ☐ Abdominal Series | ☐ Hand | ☐ L ☐ R |
| ☐ Shoulder | ☐ L | ☐ R | ☐ KUB | ☐ Finger | ☐ L ☐ R |
| ☐ Elbow | ☐ L | ☐ R | ☐ Pelvis | ☐ Ribs | ☐ L ☐ R |
| ☐ Wrist | ☐ L | ☐ R | ☐ SI Joints Sacrum / Coccyx | ☐ Hip | ☐ L ☐ R |
| ☐ Hand | ☐ L | ☐ R | ☐ C-Spine ☐ T-Spine ☐ L-Spine | ☐ Femur | ☐ L ☐ R |
| ☐ Hip | ☐ L | ☐ R | ☐ Bone Age | ☐ Knee | ☐ L ☐ R |
| ☐ Knee | ☐ L | ☐ R | ☐ Other | ☐ Tibia | ☐ L ☐ R |
| ☐ Ankle | ☐ L | ☐ R | | ☐ Fibula | ☐ L ☐ R |
| ☐ Foot | ☐ L | ☐ R | | ☐ Ankle | ☐ L ☐ R |
| ☐ Other | | | | ☐ Foot | ☐ L ☐ R |
| | | | | ☐ Calcaneus | ☐ L ☐ R |
| | | | | ☐ Toes | ☐ L ☐ R |

| CONTRAST | MRA |
|---|---|
| ☒ With  ☒ Without  ☐ W/O | ☐ Brain (COW) w/o contrast  ☐ Carotid w/o contrast |

| UPRIGHT OPEN MRI | UPRIGHT OPEN MRI | |
|---|---|---|
| With Flexion/Extension? | ☐ Brain | |
| ☐ Yes ☐ No | ☐ Cervical | ☐ Seated ☐ Standing |
| With Alar Protocol? | ☐ Thoracic | ☐ Seated ☐ Standing |
| ☐ Yes ☐ No | ☐ Lumbar | ☐ Seated ☐ Standing |
| With Contrast? | ☐ Shoulder ☐ L ☐ R | |
| ☐ Yes ☐ No | ☐ Hip | ☐ L ☐ R |
| | ☐ Knee | ☐ L ☐ R |

TSO_0108

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | 1974 | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | F  (912) 342-8536 | | DATE | 05/02/2018 |
| SEX | Male | 3316 3rd Street South | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Suite 201 | | Not signed | |
| | | Jacksonville Beach, FL 32250 | | | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

| **Current Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

| **Historical Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TiZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident, ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today post PLIF L5-S1. Patient is having usual post operative pain and is improving. Patient is improving.

### ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Incision healing well. No erythema, edema, warmth, or drainage noted.  Exam essentially unchanged from prior exam

### Plan

Patient improving. CT scan reviewed with no acute abnormalities. Normal post operative changes. I would recommend continuing current treatment protocol. Plan to follow up with the patient in 2 months. Patient may return to work on May 31 with no limitations.

practicefusion

# PRECISION
## IMAGING CENTERS

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: 9047197405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB:⬛⬛⬛ 1974 )

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

---

## MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

HISTORY: 43 years Male with PAIN IN LOW BACK.

TECHNIQUE: MULTISEQUENCE, MULTIPLANAR HIGH FIELD MR LUMBAR SPINE
WITHOUT AND WITH CONTRAST utilizing standard protocol. 20 ml MultiHance was administered
intravenously per protocol without complication.

REFERENCE EXAM: None

FINDINGS: For the purposes of this report, five lumbar vertebrae are assumed.

Normal vertebral body alignment is seen without significant spondylolisthesis. L5-S1 prior PLIF T12-L1
posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen. No intrathecal
masses are seen. The conus medullaris is in a normal position. There are no areas of pathological signal
intensity within the visualized bone marrow to suggest an acute fracture or neoplasm. No paravertebral
mass is seen.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal
stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal
stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal
stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal
stenosis is seen.

L5-S1: Prior fusion without recurrent stenosis or other complication evident.

Enhancing fibrosis is noted within the L5-S1 right lateral recess and neural foramen.

IMPRESSION:

L5-S1 prior PLIF without complication evident.

TSO_0111

Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH, FL  32250

Phone: (904) 719-7404
FAX: 9047197405

**TRIOLO, RICHARD**
Gender: M

Age: 43 years (DOB: ███ 1974 )

MRN: 458812
Exam Date: 30 Aug 2018
Location: PIC BEACH

## MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen.

Enhancing fibrosis is seen within the right lateral recess and neural foramen at L5-S1.

Reported:                30 Aug 2018   13:32    Dr. Kevin Jones
Electronically Signed:   30 Aug 2018   13:32    Dr. Kevin Jones
(KJ/30 Aug 2018 13:32)
HTTPS://PACS.PRECISIONCENTERS.COM/INTELECONNECT

TSO_0112



TOPP SPINE & ORTHOPAEDICS

## Dr. Raymond Topp, MD: Board Certified Orthopedic Surgeon
3316 South Third Street Suite 201, Jacksonville Beach, FL 32250
**Phone:** 904-719-7404● **Fax:** 904-719-7405 ● **Email:** [illegible]

### Radiology Referral Form

PATIENT NAME: Richard Triots    DATE OF BIRTH: _____ 74    DATE: 8/29/18

DIAGNOSIS: Lumbar Pain, M54.41

Physician Signature: _____

| MRI | GENERAL RADIOLOGY | GENERAL RADIOLOGY | |
|---|---|---|---|
| ☐ Brain w/ SWI IAC's | ☐ Skull | ☐ TMJ | ☐ L ☐ R |
| ☐ Pituitary | ☐ Facial | ☐ Clavicle | ☐ L ☐ R |
| ☐ C-Spine ☐ T-Spine ☒ L-Spine | ☐ Orbits | ☐ Shoulder | ☐ L ☐ R |
| ☐ Soft Tissue Neck | ☐ Sinus | ☐ Humerus | ☐ L ☐ R |
| ☐ Brachial Plexus | ☐ Nasal | ☐ Elbow | ☐ L ☐ R |
| ☐ Chest | ☐ Soft Tissue Neck | ☐ Forearm | ☐ L ☐ R |
| ☐ Abdomen | ☐ Chest (CXR) | ☐ Wrist | ☐ L ☐ R |
| ☐ Pelvis | ☐ Abdominal Series | ☐ Hand | ☐ L ☐ R |
| ☐ Shoulder  ☐ L  ☐ R | ☐ KUB | ☐ Finger | ☐ L ☐ R |
| ☐ Elbow  ☐ L  ☐ R | ☐ Pelvis | ☐ Ribs | ☐ L ☐ R |
| ☐ Wrist  ☐ L  ☐ R | ☐ SI Joints Sacrum / Coccyx | ☐ Hip | ☐ L ☐ R |
| ☐ Hand  ☐ L  ☐ R | ☐ C-Spine ☐ T-Spine ☐ L-Spine | ☐ Femur | ☐ L ☐ R |
| ☐ Hip  ☐ L  ☐ R | ☐ Bone Age | ☐ Knee | ☐ L ☐ R |
| ☐ Knee  ☐ L  ☐ R | ☐ Other | ☐ Tibia | ☐ L ☐ R |
| ☐ Ankle  ☐ L  ☐ R | _____ | ☐ Fibula | ☐ L ☐ R |
| ☐ Foot  ☐ L  ☐ R | | ☐ Ankle | ☐ L ☐ R |
| ☐ Other | _____ | ☐ Foot | ☐ L ☐ R |
| | _____ | ☐ Calcaneus | ☐ L ☐ R |
| | | ☐ Toes | ☐ L ☐ R |

| CONTRAST | MRA |
|---|---|
| ☒ With  ☐ Without  ☐ W/O | ☐ Brain (COW) w/o contrast ☐ Carotid w/o contrast |
| **UPRIGHT OPEN MRI** | **UPRIGHT OPEN MRI** |
| With Flexion/Extension? | ☐ Brain |
| ☐ Yes ☐ No | ☐ Cervical  ☐ Seated ☐ Standing |
| With Alar Protocol? | ☐ Thoracic  ☐ Seated ☐ Standing |
| ☐ Yes ☐ No | ☐ Lumbar  ☐ Seated ☐ Standing |
| With Contrast? | ☐ Shoulder ☐ L ☐ R |
| ☐ Yes ☐ No | ☐ Hip     ☐ L ☐ R |
| | ☐ Knee    ☐ L ☐ R |

Patient chart - Patient: Richard Triolo DOB: ▇▇▇ 1974 PRN: TR846077

| | | |
|---|---|---|
| **PATIENT**<br>**Richard Triolo**<br>DOB ▇▇▇ 1974<br>AGE  43 yrs<br>SEX  Male<br>PRN  TR846077 | **FACILITY**<br>**Topp Spine and Orthopaedics**<br>T  (912) 222-5175<br>8380 Baymeadows Road<br>Suite 17<br>Jacksonville, FL 32256 | **ENCOUNTER**<br>**Office Visit**<br>NOTE TYPE  SOAP Note<br>SEEN BY  Raymond Topp<br>DATE  11/08/2017<br>AGE AT DOS  43 yrs<br>Not signed |

## Chief complaint

MVA Feburary 2017, rear ended. Lumbar spine pain

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

negative straight leg raise bilaterally, leads to back tightness. no pathologic reflexes

**PLAN**

Surgical correction including a PLIF with instrumentation at L5-S1 is necessary to stabilize the spine due to spondylolisthesis present. Patient failed conservative treatment (medications and ESIs). Patient requires narcotic pain medication to control pain from accident. I recommend an inpatient surgery ASAP

📷 practice fusion

TSO_0114

12/26/2017 10:31AM FAX
12/26/2017

Patient chart - Patient: Richard Triolo DOB:          PRN: TR846077

☑0001/0037

| PATIENT | | FACILITY |
|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** |
| DOB | 1974 | T  (912) 222-5175 |
| AGE | 43 yrs | 8380 Baymeadows Road |
| SEX | Male | Suite 17 |
| PRN | TR846077 | Jacksonville, FL 32256 |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | ask |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not |
| | | | | | ask |
| | | | | STATUS | Active patient |

CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone | | |
|---|---|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo. | | |
| CITY | Middleburg | | com | | |
| STATE | FL | HOME PHONE | - | | |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 | | |
| | | OFFICE PHONE | - | | |
| | | OFFICE EXTENSION | - | | |

FAMILY INFORMATION

| NEXT OF KIN | - | | PATIENT'S MOTHER'S MAIDEN | - |
|---|---|---|---|---|
| RELATION TO PATIENT | - | | NAME | |
| PHONE | - | | | |
| ADDRESS | - | | | |

| **Current Diagnoses** | | ACUITY | START | STOP |
|---|---|---|---|---|
| Pain in lumbar spine | | Acute | | |

| **Historical Diagnoses** | | ACUITY | START | STOP |
|---|---|---|---|---|
| No historical diagnoses | | | | |

## Past medical history

MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

ONGOING MEDICAL PROBLEMS

TSO_0115