AO 88B (Rev 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Jacksonville Beach Surgery Center, ATTN: RECORDS CUSTODIAN,
3316 3rd Street Suite 200, Jacksonville Beach, FL 32250 [Via Facsimile (1-904-719-7405)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:        PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  03/11/2019

CLERK OF COURT

                                            OR    *Ronnie S. Carter*

_____                 _____
*Signature of Clerk or Deputy Clerk*                 RONNIE S. CARTER
                                                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Defendant
United States of America                                          , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

JBSC_0001

**Name: Richard Triolo**
**Social Security No.: ▮▮▮▮7157**
**Date of Birth: ▮▮▮1974**

1.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.  All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.  All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.  All patient information forms or questionnaires, or any other information provided by the patient.

6.  All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.  A current statement indicating the total amount of the bill that has been paid and by whom.

9.  Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

DATE: September 13, 2018                              **IMD**

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-2

DATE OF BIRTH:                          TRIOLO, RICHARD
                                        ID / Visit: 64618 / 2    Gender: M
ACCOUNT #: 09/13/2018                   DOB:        1974    Age: 43
                                        Phys: TOPP, RAYMOND
SURGEON: RAYMOND TOPP, MD               DOS: 9/13/2018

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**POSTOPERATIVE DIAGNOSIS:** Posterior lumbar interbody fusion, L5-S1, with contralateral S1 radiculopathy.

**PROCEDURES:**
1.  Epidural steroid injection, left paracentral region, L5-S1.
2.  Fluoroscopic assistance, less than 60 minutes.

**SURGEON: RAYMOND TOPP, MD**

**ASSISTANT:** Blake Burrell, PA

**ANESTHESIA:** IV anesthesia.

**BLOOD LOSS:** Minimal.

**INJECTION:** Kenalog 40 mg, 2 cc, to the epidural space along with 1 cc of Sensorcaine. Omnipaque confirmed the positioning of the needle and epidural space placement.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**INDICATIONS:** Mr. Triolo is a patient of mine who I performed posterior lumbar interbody fusion a few months back. Postoperatively, he has been experiencing some contralateral lower extremity pain from the opposing side of the transforaminal lumbar interbody fusion. The left S1 radiculopathy was evaluated with MRI and CT; there was no continual compression. Risks,

Page 1 of 2

JBSC_0003

DATE:  September 13, 2018                                    IMD

PATIENT:  TRIOLO, RICHARD

PATIENT ID #:  64618-2

DATE OF BIRTH:

ACCOUNT #:  09/13/2018

SURGEON:  RAYMOND TOPP, MD

FACILITY:  Jacksonville Beach Surgery Center

benefits, and alternatives to the above procedure were discussed with the patient, and he wished
to proceed.

**OPERATIVE PROCEDURE:**  After informed consent was obtained from the patient, the
patient was taken to the operating room and placed in supine position. Anesthesia was instilled.
He was rolled to the prone position; all bony prominences were padded. Lumbar spine was
sterilely prepped and draped in normal fashion. Fluoroscopic assistance was utilized. We
marked the skin overlying the appropriately directed trajectory of the shot. The skin was
sterilely prepped and draped in normal fashion, and a final time-out confirmed the patient's
identity, consent to procedure, and availability of proper instrumentation.

We placed 1% lidocaine in the skin in a wheal-type fashion and then peppered the skin down
towards the interlaminar space. A small spinal needle was passed __0200__ site under
fluoroscopic assistance. We could palpate the ligamentum flavum on the left side. We used the
glass syringe technique and once were in the appropriate area, injected Omnipaque. Omnipaque
images were saved in the sagittal and coronal projection to ensure that we were in epidural space.
We then deployed the steroid followed by 1 cc of Sensorcaine. The needle was removed. The
incision site was dressed with a Band-Aid. The patient was rolled into supine position. He was
taken to recovery room in good condition. His vital signs were stable, and he was afebrile. The
patient was awoken, and we performed a neurologic examination. He had full strength of his
lower extremities bilaterally. He had excellent relief of his pain. He was discharged to home on
same-day-surgery basis.

RAYMOND TOPP, MD

RT/at:  Doc# 00022128/Job# 62822258
DD:  09/14/2018 09:28
DT:  09/15/2018 00:33

Date Transmitted: _____

TRIOLO, RICHARD
ID / Visit: 64618 / 2     Gender: M
DOB: ███ 1974     Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

Page 2 of 2

JBSC_0004



TRIOLO, RICHARD
ID / Visit: 64618 / 2    Gender: M
DOB: ████ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

JBSC_0005

## Jacksonville Beach Surgery Center
## SURGICAL AND OTHER MEDICAL SERVICES CONSENT

Patient Name: TRIOLO, RICHARD                    Physician: TOPP, RAYMOND

Procedure: LUMBAR EPIDURAL STEROID INJECTION.

1. The facility maintains personnel and facilities to assist physicians and surgeons as they perform various surgical operations and other diagnostic or therapeutic procedures. Generally, such physicians, surgeons and practitioners are not agents, servants or employees of the facility, but independent contractors and, therefore, are the patient's agents or servants. The facility provides nursing and support services and facilities; the facility does not provide medical physician care.

2. The procedure(s) listed to be performed and the advantages and disadvantages, risks and possible complications as well as the alternatives have been explained to me by my physician. The doctor has satisfactorily answered my questions.

2a. My consent is given with the understanding that any operation or procedure involves risks and hazards. The more common risks include: infection, bleeding with the need for blood transfusion, nerve injury, blood clots, heart attack, stroke, allergic reaction, damage to teeth or bridgework, and pneumonia. These risks can be serious and possibly fatal.

3. I consent to the administration of local infiltration, regional anesthesia, general anesthesia or conscious sedation with monitored anesthesia care and the use of narcotics, sedatives, and tranquilizers as deemed advisable under the direction of physician, anesthesia personnel and or the anesthesiologist. I understand that anesthesia bears some risk, even when administered by the most competent anesthesia provider. These risks may include, but are not limited to: damage to teeth or bridgework, pneumonia respiratory complications, adverse drug reactions, brain damage, neurological damage, nerve damage, damage to arteries or veins, worsening of pre-existing disease(s), heart stoppage or death. I acknowledge that I have authorized the Anesthesia team to administer anesthetics to me in conjunction with the operation described above. The answers I have given to all questions are true to the best of my knowledge and I have not withheld any information.

4. I authorize and direct the above named physician to arrange for such additional services for me as he or she may deem necessary or advisable, including but not limited to the administration and maintenance of anesthesia, and the performance of pathology and radiology services to which I hereby consent.

5. I have not eaten or taken fluids, not even water, since DATE _9 | 12 | 18_ TIME _10:50_ AM (PM) except for a sip of water taken with medication as instructed by my physician.

6. I authorize the pathologist or physician to use his or her discretion in disposing of any member, organ or other tissue removed from my person during the operation(s) or procedure(s).

7. I understand that in the rare event that hospitalization is required during or immediately after surgery, my physician will arrange for my transfer to a local hospital.

8. The facility may participate in residency and other training programs for physicians, allied health professionals and other providers of services. All care rendered by individuals in training will be supervised and reviewed, as appropriate, by appropriate personnel. I hereby consent to care and treatment from individuals in training and to the review of my patient record by same.

9. I understand that if I am pregnant or if there is any possibility I may be pregnant, I must inform the facility immediately since the scheduled procedure could cause harm to my child or to myself.

10. I understand that it is my responsibility and I have arranged for a responsible adult to drive me home and remain with me following my surgery. I acknowledge that I have been advised by facility personnel not to drive until the effects of any medications have worn off. I understand this to mean that I should r~~...~~ procedure or as directed by my physician.

11. I hereby consent to the presence of other person(s) for the sole purpose understand that this individual(s) will not participate in the actual proce

TRIOLO, RICHARD
ID / Visit: 64618 / 2          Gender: M
DOB: ████ 1974          Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

## Jacksonville Beach Surgery Center

### Adult Pre-Operative Orders

| Admit to Jacksonville Beach Surgery Center | Height: 6'2" | Weight: 111.8 kg |
|---|---|---|

**Allergies / Reaction:** ☑None

**Diagnosis: LUMBAR PAIN**

| Date | Time | |
|---|---|---|
| | | ☐NPO after 12 midnight |
| | | ☑Chart Reviewed |
| | | ☐Consent for General Anesthesia AND: |
| | | ☐MAC  ☐Nerve Block  ☐Local  ☐Conscious Sedation |

☐Start Lactated Ringers ☐1,000 ml ☐500ml KVO rate on all pre-operative patients unless otherwise indicated. May infiltrate with lidocaine 1% (0.1 - 0.5.ml) prior to IV insertion PRN

☐Sequential Compression Device (SCD) on all patients 18 years of age or older scheduled for surgery 45 minutes or longer, under general anesthesia, unless contraindicated

☐Heparin 5,000 units SQ on abdominoplasty, surgery duration 4 hours or longer, or patient with a history of DVTs, ONLY after consulting the anesthesiologist or surgeon.

☐May have antihypertensives, cardiac, and reflux medications the morning of surgery with sips of water.
May have PO and IV pain medications as ordered, following signature of consents.

**Labs:**

☐Hgb on all gynecological cases, abdominoplasties, or patients with history of anemia

☐Fasting Blood sugar on all diabetic patients

☐ECG on all patients with CAD, CHF, Valvular heart disease, Diabetes, Hypertension, CVA/TIA, Hyperlipidemia, history of heavy smoking, Morbid Obesity, Age>45 Males, Age>50 Female.

☐Urine Pregnancy test on any menstruating female up to 1 year since last menses

☐Other: _____

**Evaluations:**

☐Medical Eval    ☐Cardiac Eval    ☐Other: _____

**Pre- Medication**

☐Metoclopramide 10 mg PO    ☐Ranitidine 150 mg PO

☐Bicitra 30 ml PO    ☐Ondansetron 4 mg IV    ☐Dexamethasone 10 mg IV

☐Labetolol ____ mg IV    ☐Hydralazine ____ mg IV

☐Ketorolac (Toradol) ____ mg IV/IM

☐Albuterol Premix 2.5 mg/3 ml Normal Saline via nebulizer

☐Other: _____

Antibiotics per Surgeon's pre-op orders
Prep patient per surgeon's orders

9/13/18 12P

Physician's Signature: _____    Date / Time: 9/13/18

Noted By: _____ RN    Date / Time: 9/13/18

ID / Visit: 64618 / 2    DOS: 09/13/2018
TRIOLO, RICHARD    Sex: M
DOB: ▮▮▮▮1974    Age: 43
Phys: TOPP, RAYMOND





TRIOLO, RICHARD
ID / Visit: ~~~~~~18 / 2
DOB: 1 ▮▮▮ 974    Gender: M
Phys: TOPP, RAYMOND    Age: 43
DOS: 9/13/2018

Dr. Topp

Preop Orders

1. NPO after midnight, night before surgery, except medications.
2. Labs and preop per Anesthesia.
3. Ancef 1 gm. IV <80 kg.; Ancef 2 gm. IV >80 kg.   If allergic to PCN, give Clindamycin 600 mg IV <80 kg; Clindamycin 900 mg IV >80 kg.
4. Hibiclens scrub to area.
5. SCD and Ted Hose in preop.

Raymond Topp, MD

## INFORMED CONSENT FOR ANESTHESIA SERVICES

Because you, in consultation with your surgeon, have decided to undergo surgery requiring anesthesia, IT IS IMPORTANT THAT YOU, THE PATIENT, READ THIS CONSENT FORM CAREFULLY.

General Anesthesia: General anesthesia involves making the patient unconscious using intravenous drugs and inhalational agents (such as nitrous oxide, oxygen, and anesthetic gases). This frequently involves the use of a breathing tube, which is inserted into the windpipe to insure proper breathing while you are under anesthesia. Side effects and complications can occur. While it is impossible to advise you of every conceivable complication, some examples are:

- Soreness of the throat and hoarseness are common occurrences.
- Aspiration (inhaling stomach contents into the lungs), asthma attacks, and pneumonia.
- Nerve injuries and possible weakness or paralysis.
- Allergic-type reactions leading to cardiac arrest and death.
- Nodules, polyps, or other damage to the vocal cords or windpipe.
- Blood transfusions may be required. If so, there is some risk of hepatitis, AIDS, or other infections or reactions.
- Rarely, there may be recall of events during the procedure. This is more common during anesthesia for cesarean section, heart and emergency surgery. Dreams during anesthesia may be confused with recall of real events.
- A breathing machine may be required after surgery, which could lead to damage to the windpipe.
- Medical complications involving damage to the eyes, heart, lungs, and circulatory system such as blindness, stroke, blood clots, abnormal heart rhythms, phlebitis, collapsed lung, and heart attack.

Teeth and dental prosthetics may become loose, broken, or dislodged, especially if loose or in poor repair regardless of the care provided by the anesthesia provider. By signing this consent you are acknowledging that neither your anesthesia providers, the Hospital, nor Jacksonville Beach Anesthesia Associates, will be liable for any dental damage or repairs.

Monitoring Devices: Monitoring devices such as arterial lines, central venous pressure lines, pulmonary artery catheters, and transesophageal echocardiography may be used during your procedure. These procedures are associated with specific risks:

- Arterial line (A catheter placed into an artery in the arm or leg used to monitor blood pressure):
  Decrease in blood flow to area supplied by artery, nerve damage, loss of function of the limb or portion of the limb served by the artery; and loss of the limb or portion of the limb.
- Central venous and pulmonary artery catheterization (an intravenous catheter placed into a large vein in the neck, chest, or arm used to give fluids and medications and to measure the amount of fluid in the body):
  Bleeding into the lungs, the pericardium (sac which surrounds the heart), and/or the chest cavity.
  Pericardial tamponade (compression of the heart due to accumulation of blood or fluid in the sac around the heart).
  Pneumothorax (lung collapse) or infection.
  Cardiac arrhythmias (irregularities of the heart rhythm) and/or shock (severe drop in blood pressure).
  Damage to blood vessels, nerves, lymph ducts, heart, trachea (windpipe), pharynx (throat), vocal cords, and/or lungs.
  Distal embolization (air bubbles or blood clots which circulate in bloodstream until becoming lodged in vein or artery).
  Inadvertent infusion of fluid into the chest cavity, lungs, and/or pericardium.
- Transesophageal Echocardiography (a diagnostic test that uses ultrasound to take pictures of the heart through a probe inserted into the esophagus): Can cause esophageal injury.
- Gastric (stomach) tubes and/or esophageal dilators: Can cause esophageal injury.

MAC (Monitored Anesthesia Care): MAC is not General Anesthesia. MAC involves local anesthesia or nerve blocks administered by the surgeon while the anesthesia provider monitors the patient's vital signs and selects and administers sedatives. Unlike Genera Anesthesia, the patient maintains his / her heart / lung functions without the direct support of the anesthesia provider. The patient is usually very sedated, but may still be able to hear and respond to his / her medical providers and remember some or all of the procedure. For eye surgery, sometimes the anesthesia provider will numb the eye with a nerve block and provide Monitored Anesthesia Care. The potential complications or side effects of MAC are the same as those reviewed above and below for General and Regional Anesthesia.

Regional Anesthesia: Regional anesthesia involves one of a number of methods for producing numbness in the area of surgery and is performed by the anesthesia provider. Methods of administration include:

- Local: Local anesthesia is injected into and around the area of the surgery.
- Nerve Block: Local anesthesia is injected near the major nerves surrounding the area of surgery.
- Intravenous regional: Local anesthesia is injected into a vein in the arm or leg and thereafter retained in the area through constriction from a tourniquet.

**(CONTINUED ON NEXT PAGE)**

ID / Visit: 64618 / 2          DOS: 09/13/2018
TRIOLO, RICHARD                      Sex: M
DOB: ▮▮▮▮ 1974                       Age: 43
Phys: TOPP, RAYMOND

- ◦ **Spinal:** Local anesthetic is injected directly into the fluid surrounding the spinal cord in the back.
- ◦ **Epidural / Caudal:** Local anesthetic is injected in the epidural space directly outside the spinal canal. This is done in the back. (Caudal done in tailbone) directly through a needle and/or by threading a plastic tube (catheter) into the epidural space. The needle is then removed, leaving the catheter in place. Local anesthetic agents and/or narcotics are then injected through the catheter. This catheter may be used postoperatively for pain control.

Regional anesthesia is intended to produce numbness in the area of surgery. Regional anesthetic methods are usually supplemented by sedatives and tranquilizers which cause drowsiness or sleep. The patient may still be able to hear and respond to their medical providers and remember some or all of the procedure. In the vast majority of cases, these techniques are safe, effective methods of providing surgical anesthesia. HOWEVER, SOMETIMES THE ANESTHESIA IS NOT ADEQUATE OR WEARS OFF AND SURGICAL ANESTHESIA MUST BE OBTAINED BY OTHER METHODS INCLUDING GENERAL ANESTHESIA.

Side effects and complications of regional anesthesia are relatively uncommon, but can occur. It is impossible to advise you of every conceivable complication or side effect. Examples of possible side effects include swelling, tenderness, bleeding and bruising at injection site, mild to moderate decrease in blood pressure, and nausea / vomiting. Examples of possible complications include:

- ◦ **Uncommon:**   Shock or extreme fall in blood pressure, convulsion / seizure.
- ◦ **Rare:**   Nerve damage resulting in numbness, tingling, and/or paralysis, which may be temporary or permanent.
   Respiratory arrest, cardiac arrest / death, and/or allergic reactions to drugs.
   In the case of eye blocks, blindness is possible.

Spinal / epidural anesthesia may also produce side effects in addition to those described above. These include:

- ◦ **Uncommon:**   Headache from a "wet tap" (spinal tap) during epidural which may be severe enough to require another epidural for treatment. Headache can also occur after spinal, anesthesia.
   Shock or extreme fall in blood pressure and/or very slow heart rate.
   High spinal anesthesia (anesthesia level is too high) requiring breathing assistance.
- ◦ **Rare:**   Broken epidural catheter.
   Epidural hematoma (blood clot around spine).
   Infection of the spine or meningitis.
   Paralysis, which may be permanent and include loss of bowel / bladder control.
   Emergency surgery of the spine to prevent meningitis or paralysis.

In order to minimize the possibility of aspiration, the patient is required not to eat or drink anything for a period of time before surgery. In elective cases, this is usually from midnight prior to surgery. It is extremely important not to eat or drink anything during this time because aspiration of food or of significant quantities of stomach contents can lead to severe pneumonia, respiratory failure, and death.

I understand that the surgeons will be occupied solely with the surgery and that that administration, maintenance, and termination of anesthesia are independent functions and will be supplied by, or under the direction and responsibility of, JACKSONVILLE BEACH ANESTHESIA ASSOCIATES, WHICH INCLUDES ANESTHESIOLOGISTS AND CERTIFIED REGISTERED NURSE ANESTHETISTS (CRNAs). I also understand that, from time to time, other healthcare professionals in training may be involved in my care and treatment.

I HEREBY CERTIFY THAT I HAVE READ THIS FORM (OR HAVE HAD IT READ TO ME) AND FULLY UNDERSTAND THE ABOVE CONSENT. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS, AND ALL OF MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION. I DO NOT DESIRE ANY FURTHER EXPLANATION. I HEREBY CONSENT TO THE ADMINISTRATION OF ANESTHETICS AS MAY BE CONSIDERED NECESSARY OR ADVISABLE. I AUTHORIZE ADMINISTRATION OF BLOOD TRANSFUSIONS OR BLOOD COMPONENTS IF SUCH IS DEEMED MEDICALLY INDICATED. The undersigned physician has fully explained the nature and expected benefits, alternatives, and risks involved in the anesthesia I have chosen.

I consent to the administration of General Anesthesia and: (INITIAL ALL THOSE THAT APPLY)

_____ Spinal / Epidural Anesthesia        _____ MAC (Monitored Anesthesia Care)        _____ Nerve Block/IV Regional

Signature of Patient or Legally Authorized Decision Maker        Date 9/13/18        Time 1200 AM / PM

Relationship to Patient        Physician        Date 9/13/18        Time AM / PM  1200

Witness

ID / Visit: 64618 / 2        DOS: 09/13/2018
TRIOLO, RICHARD        Sex: M
DOB: ___ 1974        Age: 43
Phys: TOPP, RAYMOND

12. I consent to the use of videotaping or photography that may be used for scientific or teaching purposes, and to the review of my medical record for bona fide medical healthcare research provided my name or identity is not revealed.

13. I hereby permit the center to draw and test my blood for HIV or Hepatitis in the event of an accidental exposure. I understand that it may be necessary to test the patient's blood while in the facility to protest against the transmission of blood borne diseases such as Hepatitis or HIV. If in the event an employee or physician sustains an accidental, exposure by needle stick, splash, or scalpel injury etc. I understand and consent that the patient's as well as the affected individual will be tested (as appropriate). I further understand that the blood will not be routinely tested for these diseases, results of any testing will be kept confidential in the accordance with the state law, and my physician will notify me of any abnormal results.

14. I release the facility' from any responsibility for loss and/or damage to money, jewelry or other valuables I brought into the facility.

15. I am aware that my physician may have an ownership interest in the facility, and I acknowledge that I have a right to have the procedure performed elsewhere.

16. My signature below constitutes my acknowledgment that (1) I have read or have had read to me the foregoing, and I agree to it; (2) the procedure(s) has been adequately explained by my physician; (3) I authorize and consent to the performance of the procedure(s) and any additional procedure(s) deemed advisable by my physician in his or her professional judgment; (4) I authorize and consent to the administration of anesthesia for the said procedure(s);

17. If I am not the patient I represent that I have the authority of the patient who, because of age or other legal disability, is unable to consent to the matters above, have full right to consent to the matters above, and I consent to same; (b) I hereby indemnify and hold harmless the facility, its employees, agents, medical staff partners and affiliates from any cost or liability arising out of my lack of adequate authority to give this consent.

| 9/13/18 | 1200 | X _____ |
|---|---|---|
| DATE | TIME | PATIENT'S SIGNATURE OR RELATIONSHIP / INTERPRETER |

| 9/13/18 | 1200 | _____ |
|---|---|---|
| DATE | TIME | WITNESS'S SIGNATURE |

I acknowledge that I have discussed, in layman's terms understood by the patient, the nature of the proposed care, treatment, services, medications, interventions, and/or procedure with my patient. I have also discussed the potential benefits, risks, and, side effects, including potential problems related to recuperation; the likelihood of achieving care, treatment, and service goals; reasonable alternatives to the proposed care, treatment and service; the relevant risks, benefits, and side effects related to alternatives, including the possible results of not receiving care, treatment, and services.

| 13 SEP 1F | 1300 | _____ |
|---|---|---|
| DATE | TIME | PHYSICIAN'S SIGNATURE |

☐ See Informed Consent

ID / Visit: 64618 / 2      DOS: 09/13/2018
TRIOLO, RICHARD          Sex: M
DOB: ____ 1974           Age: 43
Phys: TOPP, RAYMOND

**Jacksonville Beach Surgery Center**

## PATIENT HISTORY & PHYSICAL
### Fax: (904) 247-8168

| | |
|---|---|
| PATIENT NAME: Richard Triolo | DOB: ███ 74 |

**CHIEF COMPLAINT:** (L) leg pain

**HISTORY OF PRESENT ILLNESS:** lumbar pain — Lumbar ESI

### MEDICAL HISTORY

**SURGICAL:** L5-S1 fusion (L) FA

**MEDICAL:**

**ALLERGIES:** NKA

**MEDICATIONS:** Morphine percocet tizanidine Doxepin

**FAMILY HISTORY:**                    **SOCIAL HISTORY:**

**REVIEW OF SYSTEMS:** [NEGATIVE]    [POSITIVE FOR _____ ]

### PHYSICAL EXAMINATION

| TEMP: 98.7 | BP: 134/84 | HR: 59 | RESP: 16 | SAO2%: 97% | HT: 6'2" | WT: 111.8 kg | SEX: Male |
|---|---|---|---|---|---|---|---|

| *ADDRESS EACH BOX AS APPROPRIATE: | COMMENTS: |
|---|---|
| ☑ GENERAL APPEARANCE: WNWD, NAD | |
| ☑ H.E.E.N.T: NCAT/EOMI/PERRL/NL Mucosa | |
| ☑ HEART: RRR/ No M, R, G | |
| ☑ LUNGS: Clear Bilaterally | |
| ☑ ABDOMEN: Normal BS, No Distension/ Tympany, Non-Tender, No Masses, No Guarding | |
| ☑ NERVOUS SYSTEM: CN II-CN XII Grossly Intact | |
| ☐ MUSCULOSKELETAL: No Significant Deformity | (L) leg paresthesia |
| ☑ PSYCHOLOGICAL: Alert & Oriented X 3 | |
| ☑ BREAST/PELVIC/RECTAL: (Deferred) | |
| ☐ LABS, X-RAY: | |

| IMPRESSION: (L) L5+S1 rad.ic. | PLAN: ESI L5/S1 |
|---|---|

**COMMENTS:**

☐ The Patient is cleared for surgery in an ambulatory setting.

TRIOLO, RICHARD
ID / Visit: 64618 / 2
DOB ███ 1974    Gender: M
Phys: TOPP, RAYMOND    Age: 43
DOS: 9/13/2018

| PRINT PHYSICIAN'S NAME: | DATE: |
|---|---|
| TJM | |

| PHYSICIAN'S SIGNATURE: | TIME: |

*ARNP & PA – MUST BE CO-SIGNED BY A SUPERVISING PHYSICIAN*

## ADMISSION ASSESSMENT

Verified correct patient _YES_
Verified patient data of birth _YES_
Date: 9/13/19   Arrival Time: 1200
NPO@ 10:00  Ht 6'2  Wt 246 lbs./kg 111.8
Vital Signs: BP 134/84
T: 98.9  P: 59  R: 10  O₂SAT: 99

### PHYSICAL ASSESSMENT

LOC: ☐Alert  ☑Oriented  ☐Other-see notes
Emotional: ☐Anxious  ☑Calm  ☐Withdrawn
Physical: ☑Moving all extremities  ☐No
If NO. explain:
Respirations: ☐Regular  ☑Unlabored  ☐SOB  ☐Labored
Cough: ☑None  ☐Productive  ☐Non-Productive
Skin Condition: ☑Warm and Dry  ☐Other-see notes
Abdomen: ☑Soft  ☐Bowel Sounds Present
Accucheck: ☑N/A  ☐Home meds verified
Time: _____  BS: _____
Race: Cauc
Allergies: NKA
Reactions:
Educational Assessment: ☑Yes  ☐No
Level of understanding: ☑Good ☐Fair ☐Poor
☐ Needs Reinforcement ☐Interpreter
Eval. Method: ☑Verbal ☐Return Demo ☐Written
Pre-Op: Scrub ☐Betadine ☐Hibiclens
Shave _____ (area)
☐Teds   ☐SCDS

Notes: _____
_____
_____
_____
_____
_____
_____
_____

## IV START

Time Started: 1220   Fluid: LR 1000cc
Type: #20   Site: (R) Hand
Attempts: 1   By: X
☐Ethyl Chloride  ☐1% Lidocaine Plain

### PRE-OP MEDICATIONS

| TIME | BY | MEDICATIONS | SITE ROUTE |
|------|----|-------------|------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____ Block: ☐N/A Dr._____ ☐Rt ☐Lt
Meds per Dr. _____
☐EKG Monitor applied  Time out: _____
O₂ via blow-by @ _____
Responding to verbal stimuli: _____
Intra Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Post Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Honan pressure device applied per MD's instructions: ___

### CHECKLIST

| Yes | N/A | NO |  |
|-----|-----|----|--|
| ☑ | ☐ | ☐ | Patient identified / armband |
| ☐ | ☑ | ☐ | Allergies Noted |
| ☑ | ☐ | ☐ | NPO |
| ☐ | ☐ | ☐ | H&P Date |
| ☐ | ☑ | ☐ | EKG |
| ☐ | ☑ | ☐ | LABS |
| ☐ | ☑ | ☐ | Pre-Op Medications given |
| ☑ | ☐ | ☐ | Consent signed |
| ☐ | ☑ | ☐ | Jewelry Removed |
| ☐ | ☑ | ☐ | Dentures Removed U/L IN/OUT |
| ☐ | ☑ | ☐ | Prep |
| ☐ | ☐ | ☐ | OR Permit Signed |
| ☐ | ☑ | ☐ | Glasses Removed / Contacts |
| ☐ | ☑ | ☐ | Prosthetic Device |
| ☐ | ☑ | ☐ | Metal in Body (L FA, 25-S,) |
| ☐ | ☑ | ☐ | Cardiac Clearance |

Responsible Adult
HERE  Bruce Brother
Will Return
Need to Call Phone # 945-1666

Nurse Signature: _____

**PRE OP ADMISSION RECORD**

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 2    DOS: 09/13/2018
TRIOLO, RICHARD    Sex: M
DOB: ▉1974    Age: 43
Phys: TOPP, RAYMOND

JBSC_0013

## OPERATING ROOM RECORD

Date: 09/13/2018

Patient ID: ☑ ID Band ___ Verbal    Next of Kin 1256

Allergies: NKA    Time Out: 1256

Skin Intact ☑ Yes ☐ No  Explain ___    Verified Correct Patient ☐

Correct Birthdate ☐

Unusual Condition Noted None    Correct Procedure ☑
Correct Site Verified ☑
Informed Consent Signed ☑

| | IN ROOM TIME | INCISION START | INCISION END | EXIT O.R. | O.R. SUITE | TEMP HUMIDITY |
|---|---|---|---|---|---|---|
| | 1251 | 1303 | 1308 | 1311 | 1 | 66 / 51 |

**Wound Classification**
☐ Clean II-Clean-contaminated
III – Contaminated IV – Dirty
Site I ___ Site II ___

Dressing: Birded

Surgeon Dr Topp    Anesthesiologist Dr Thomas

Assistant ___    CRNA H Dixon

Circulating Nurse M ___ RD    Relief and Time ___

Scrub Nurse/Tech W Gonzalez    Relief and Time ___

Laser Nurse ___    Other ___

Packing: N/A

Drains ☐ Foley N/A    ☐ Other ___

| Count | | Laser unit ☐ Yes ☐ No | Tourniquet ☐ Yes ☐ No |
|---|---|---|---|
| No Count | | Total energy time ___ | Site ___ |
| Needles | | Cautery pad ☐ Yes ☐ No Lot# | Time up ___ |
| Raytec | | Site ___ | Time down ___ |
| Laps | | Bipolar ☐ Yes ☐ No | Pressure ___ |
| | | Setting ___ | Serial # ___ |
| Other | | Settings: Coag ___ Cut ___ | Applied by ___ |
| Counts correct ☐ Yes ☐ No | | Applied by ___ | |
| Surgeon informed ☐ Yes ☐ No | | Skin intact ☐ Yes ☐ No | |

**SAFETY STRAP**

| Arms | L | R |
|---|---|---|
| Flexed | ✓ | ✓ |
| Abducted | | |
| Adducted | | |
| Tucked at sides | | |
| Padded armboards | ✓ | ✓ |

Implants: N/A

☐ See Reverse

Prep: ☐ betadine scrub ☐ betadine solution ☐ hibiclens scrub ☐ hibiclens solution ☐ alcohol ☐ duraprep ☑ chloraprep ☐ other ___
☐ Shaved with clippers  Area prepped Low Back

Position: ☐ Supine ☑ Prone ☐ Lithotomy ☐ Jacknife ☐ Lt. Lateral ☐ Rt. Lateral ☐ Other ___

Positioning Aids: ☐ Egg crate ☐ Bean bag ☑ Pillows ☐ Jacknife ☐ Chest rolls ☐ Axillary rolls ☐ Shoulder roll ☐ Padded kneeholder ☐ Padded stirrups
☐ Thigh-high TED hose ☐ SCD stockings ☐ Warm touch / hypothermia machine

Preoperative Diagnosis: Left leg pain

Operation: Lumbar epidural steroid injection L5-S1

Postoperative Diagnosis: Dx e

Specimens sent: N/A

☐ C - arm/Rad. Tech Dr Topp
Cultures: N/A
F/S: N/A

Medications: 0.25 % Marcaine with / without    : ___ % Xylocaine with / without / with Irrigation solution N/A

Depomedrol ___ mg Celestone Soluspan ___ mg Duramorph ___ mg

Other: Omnipaque 240 = 2ml    Kenalog 40mg = 1ml

TO or VIA ☐ stretcher ☐ crib ☐ carried by ___    Siderails up? ☑ Yes ☐ No    Trays: ___

TO PACU VIA ☑ stretcher ☐ crib ☐ carried by ___    Siderails up? ☐ Yes ☐ No

Nurse Notes Report to PACU RN R Frye

RN Signature ___

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 2
TRIOLO, RICHARD
DOB: ▓▓▓▓ 1974
Phys: TOPP, RAYMOND

DOS: 09/13/2018
Sex: M
Age: 43

Surgery

IPO    FA    RIOLO, RICHARD
ID / Visit: 64618 / 2
E-mail to    DOB: ████ 1974    Gender: M
                                        Age: 43
Phys: TOPP, RAYMOND
**Scheduling Posting Shee** DOS: 9/13/2018

Date of Surgery: 9/13/18    Time of Surgery: _____    Duration: _____

Surgeon: DR. Topp    Scheduler: Nicole    Phone: 904-719-7404

Anesthesia:    **GENERAL  /  MAC /  LOCAL ONLY**

Diagnosis: Lumbar Pain _____    ICD-10  M54.5

Procedure: L-Spin epidural Steroid Inj _____    CPT 62323

_____    CPT 76000

_____    CPT _____

Special Equip Needed: C-Arm _____  Hardware/Implant Vendor Requesting _____
Hardware/Implant Vendor Rep Name: _____  Phone: _____

Attached: Cardiac / Medical Clearance ____ H&P ____ Office Note ____ Height: ____ Weight: ____

Patient Name: Richard Triolo

Address: 1933 Eclipse DR

Middleburg, FL 32068 _____  63L 603-4863

Sex: M _____  Marital Status: _____  Work Ph#: _____

SS# ████████ - 7157    Patient's DOB: ████████ 74

Responsible Party SS#: _____    Subscriber DOB: _____

Attorney's Name _____    Phone#: (____) _____

WC / Auto Company: _____    Policy #: _____

Adjuster Name: _____  Phone: _____  Date of Injury 2/11/17

Primary: Matt Terry  Ph# 904-345-1971  fx# 904-345-1975

    Policy Holder: _____    Relation: _____
    Plan ID#: _____    Group#: _____

Secondary: _____    ☐ No Secondary Insurance
    Policy Holder: _____    Relation: _____
    Plan ID#: _____    Group#: _____

Entered into HST: 9-11 ██

JBSC_0015

JAC~~IIII~~—/ILLE BEA~~CH~~SURGERY ~~CEN~~ER
### PRE-OP CALL SHEET

Allergies?_____   **Latex?** _____

**Diabetic: Yes/No** ☐ Oral Med ☐ Insulin (HOLD)

**Y/ N-Diet Meds-(otc or Rx/ 2 weeks)**_____ - **Acid Reflux/GERD:** Y/N-med:_____

**\*\*Have you ever been treated for- MRSA/MDROs/CDIFF/CRE: YES/NO** When?____.

**Height:** _____ **Weight:** _____ **BMI:**_____ **Out of Country/last 2mos**____

Email Address:_____.  If so, where:_____

### INSTRUCTIONS

1.  ☑NPO/12mn_____/Clear Liq(ie. AJ,water,Gatorade, Blk coffee:_____
2.  ☐ **Take BP or heart meds** with sip of water- morning of surgery.
3.  ☐ No Jewelry/ Makeup/Nail Polish /Contact lens/ wear loose clothes.
4.  ☑ Picture id ___, insurance card ✗ money due / paper work ___
5.  ☑ Adult to drive you home and **stay with you at home** after procedure.
    Who?_____
6.  Sign consents? YES/NO If No, Need POA? Who_____.
7.  Any spiritual or cultural issues?  YES / NO
8.  Smoke? Y/N: __/ how much?____; Alcohol? Y/N: __/how much?____
    Taken any Illicit Drugs in last 7 days? Y/N:____/what?_____
9.  Do you/ family have any history of complications with anesthesia?  **Y/N**
    If Yes,_____
10. In the past week, have you taken/ or doctor aware of? **Y/N**
    ☐ ASA (i.e. Excedrin) /Blood Thinners(Coumadin,Plavix,Xarelto, Eliquis)
    ☐ Anti-inflammatory meds (i.e. Motrin, Advil)
11. Have you had a cold, sore throat,fever, cough in past week?  **Y/N**
12. **Heart Problems? Y/N :** ____Heart Surgery _____Stents ____A Fib
    Chest Pain/Angina / Heart Attack/HearMurmur/Defibulator:_____.
    **High Blood Pressure: Y/N:** Morning/Night/ SIP OF WATER____.
13. **Lung Problems?__COPD/Inhaler__TB__Asthma/Inhaler Y/N,**
    **Sleep Apnea Y/N__C-PAP Y/N; Bring CPAP __Sleep Study___**
14. Kidney problems? Y/N Dialysis? Y/N Labs Y/N__STAGE___.DR___
15. History of **Stroke /Seizure? Y/N When**_____last Seizure:_____.
16. Medical/Cardiac clearance from your primary doctor? Y/N _____.
17. If any emergency arises please call your surgeon's office to cancel.
    Medicare Reg Changes: Patients Rights(informed decisions);Grievance
    process(ie.mistreatment,neglect,etc);Advance Directives; Physician's
    ownership.Sign copy of rights at check in.  YES/ NO

Date:_____ Time:_____ Notified By:_____ or LM w/_____
Date:_____ Time:_____ Notified By:_____ or LM w/_____
Date:_____ Time:_____ Notified By:_____ or LM w/_____

TRIOLO, RICHARD
ID / Visit: 64618 / 2   Gender: M
DOB: ▮▮▮▮1974   Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

## Venous Thromboembolism (VTE) Risk Assessment

Age: 43  Weight: 111.8 kg

Exclusion Factors
___Local anesthesia planned
✓Monitored anesthesia care / IV sedation planned
___Patients less than 16 years of age
___Surgery / procedure time less than 45 minutes   Planned Surgery: Lumbar ESI

### NO FURTHER ASSESSMENT REQUIRED ON EXCLUDED PATIENTS

**STEP 1. Identify Clinical Risk Factors (give each item identified the appropriate score)**

| Each Risk Factor Represents (1) Point | Each Risk Factor Represents (2) Points |
|---|---|
| Patient is 41-60 years old | Patient is 61-74 years old |
| Scheduled surgery time 45 to 60 minutes | Arthroscopic or Laparoscope Surgery > 45 mins |
| HX of gen surgery lasting > 45min in past 30 days | Malignancy-except skin (present on previous history) |
| Varicose Veins | Scheduled major surgery 61 min or greater |
| Inflammatory Bowel Disease | Lower extremity immobilizing cast within last 30 days |
| Swollen legs (present on admission) | Central venous access less than 31 days pre-op |
| Obesity (BMI > 30) | **Each Risk Factor Represents (3) Points** |
| Smoking / Chewing Tobacco use | Hx of DVT/PE (any time) |
| Birth Control or Hormone replacement therapy | Patient is 75 years old or greater |
| COPD/CHF/ Pneumonia /AFIB | Hx of any type blood dyscrasia or bleeding disorder |
| Pregnancy or less than 30 days Post Partum | Scheduled major surgery with additional medical risk |
| Immobilization > 3 days pre-op | factors: MI, CHF, Sepsis, or serious lung disease |
| Use of beach chair positioner during surgery | **Each Risk Factor Represents (5) Points** |
| | Multiple trauma < 1 month |
| | Total joint replacement or hip, pelvis or leg fracture |
| | within the last 30 days |
| | History of stroke and/or TIA |
| Total Score this column (1) | Total Score this column (2) |

STEP 2: Total Risk Factor Points
(Total of column 1 and 2)

Nurse Signature

STEP3: Determine Prophylaxis

Date 9 13 18  Time: 1200

| Total Points | Risk Level | Select Appropriate Prophylaxis Regimen based on Total Risk Points |
|---|---|---|
| 0-1 | Low | ___No specific measures;  ___Educate on early ambulation |
| 2 | Moderate | ___Early Ambulation |
| | | ___Graduated Sequential Compression Device (GSCD) SCD's |
| 3-4 | High | ___Early ambulation |
| | | ___Graduated Sequential Compression Device (GSCO) SCD's |
| 5 or more | Highest | ___Early Ambulation |
| | | ___Graduated Sequential Compression Device (GSCD) SCD's |
| | | ___Heparin 5000u SQ preoperatively, after approval by anesthesia or surgeon |

I have reviewed the above risk factors and have ordered the appropriate prophylaxis.

Physician Signature _____  Date: 9/13/18  Time: 1215

ID / Visit: 64618 / 2        DOS: 09/13/2018
TRIOLO, RICHARD          Sex: M
DOB: ____ 1974
Phys: TOPP, RAYMOND     Age: 43

| Date | OR# or Location: | Anes PreOp Prep □None | | Anes Time | Procedure Time | | Out of Room | Anes Time End |
|---|---|---|---|---|---|---|---|---|
| | | START | END | START | START | END | | |
| 09/13/18 | 1 | 12:46 | 12:50 | 12:51 | 13:03 | 13:08 | 13:11 | 13:13 |

**Anes PreOp Time used to:**
- ☒ Check consents & review chart / plan with Pt
- ☐ Start IV

**If Pt on Beta-Blocker:**
- ☐ Taken in past 24 hrs
- ☐ Given in O.R.
- ☐ Contraindication:
  - ☐ Heart rate less than 50
  - ☐ Hypotension

**Premeds given by RN in Holding Area:**
- ☒ Midazolam 2 mg  ☐ Ondansetron ___ mg
- ☐ ___  ☐ ___
- ☐ ___  ☐ ___

| IV Antibiotic Name | Dose | Start Time |
|---|---|---|
| | ☐ mg ☐ grams | H H : M M |
| | ☐ mg ☐ grams | H H : M M |
| | ☐ mg ☐ grams | H H : M M |

☒ Not indicated based on Pt history and/or procedure
☐ Intentionally given after incision

| Patient Safety | ☒ Equipment checked ☒ Audible alarms on | Anesthesia Time-Out at: 12:40 | (includes re-evaluation of Pt. immediately preinduction – see first set of vital signs) | Surgical Time-Out at: 12:50 |
|---|---|---|---|---|

**Monitoring and Equipment**
- ☐ Precordial Steth
- ☐ Esophageal Steth
- ☐ IntraOp Forced Air Warming Device ☐↑ ☐↓
- NIBP: ☐ Right ☐ Left ☐ Arm ☐ Leg every ___ min
- ☐ Nerve Stimulator
- ☐ Cell Saver
- ☐ Fluid Warmer
- ☐ Intentional Hypothermia
- ☐ TEE
- ☐ Other: ___

**Invasive Lines**
- ☐ A-line ☐ Central venous catheter ☐ PA catheter (See Procedure Note for line insertion by Anesthesia)
- ☐ Nasogastric Tube ☐ Orogastric Tube ☒ IVs (Size & Site): # 20g right hand  # ___

**Anesthesia Type**
- ☐ General ☒ MAC ☐ Spinal ☐ Epidural
- ☐ IV Regional ☐ Axillary Block ☐ Interscalene Block ☐ Other Block: ___
- ☐ Nerve block by Anesthesia for postop pain (See attached Procedure Note)

**Airway**
| Induction | Device | Intubation | Endotracheal Tube |
|---|---|---|---|
| ☒ IV | ☐ Oral Airway | Blade ☐ Curved # ___ ☐ Straight # ___ | Size ___ ☐ Oral ☐ Nasal ☐ Trach |
| ☐ IM | ☐ Nasal Airway | ☐ Video Laryngoscopy ☐ N/A: ETT in place | ☒ ETCO2 Increase ☐ BSBE |
| ☐ Inhalation | ☐ Mask | ☒ Stylet ☐ Atraumatic | Secured at ___ cm ☐ Cuff up to seal |
| ☐ Pre-O2 | ☐ LMA Nasal | ☐ Difficult | ☐ Double Lumen ETT Size ___ ☐ Lt ☐ Rt |
| ☐ Rapid sequence | Size Cannula ☐ Blind | ☐ Awake ☐ Fiberoptic | ☐ Bronch Blocker ☐ Isolation Check |

**Spinal Anesth**
- Position: ☐ Sit ☐ Rt Lat ☐ Lt Lat
- Interspace: ___ ☐ Local infiltration
- Paresthesia: ☐ None ☐ Location: ___
- CSF: ☐ Clear ☐ Cloudy ☐ Bloody
- ☐ Aseptic Technique: ☐ Betadine ☐ Alcohol ☐ DuraPrep
- Spi Needle: ___ g ☐ Pencil Point ☐ Other: ___ # of attempts: ___
- Med: ☐ Bupivacaine 0.75% ___ mL
- ☐ Fentanyl ___ mcg Duramorph 0._ mg

**Position**
- Eyes: ☒ Taped Shut ☐ Lubricated ☐ Shield ☐ Head / Neck neutral ☐ Axillary roll ☒ Pressure points protected
- Extremities: ☐ Arm(s) & elbow(s) on padded armboard at less than 90° with palm: ☐ up ☐ down ☒ Arm(s) tucked neutral position Best elbows

**Emergence**
- ☒ Adequate NIF, TV, SaO2, head lift ☐ Suctioned / Extubated
- MAC ☐ Intubated ☐ Direct to ICU ☐ O2 for transport
- Name of Responsible MD/DO at Emergence: PRINT LAOWENS ellows

**Post-Procedure General Condition:** ☒ Stable ☒ Dentition Intact ☐ Other: ___
BP: 118/70 HR: 60 RR: 18 TEMP: N/A SpO2: 96 %

**Post-Op Diagnosis:** Lumbar pain

**Procedure:** Lumbar epidural steroid injection L5-S1

| Personnel | |
|---|---|
| Surgeon(s): Topp | PRINT LAST NAME(S) |
| Anesthesiologist(s): | PRINT LAST NAME(S) |
| CRNA(s) / AA(s): Dixon | PRINT LAST NAME(S) |
| Remarks: | |

| Crystalloid: LR IN (mL): 1000 | FTP: | OUT (mL) | Post-Anesthesia Evaluation: BP: 117/70 HR: 60 RR: 16 Temp: N/A SpO2: 97 % |
|---|---|---|---|
| Albumin: | PRBCs: | PLTs: | EBL: Ø | Mental Status: ☐ Arousable ☒ Awake ☐ See Notes Cardiac / Resp / Airway Status: ☒ Stable ☐ See Notes Complications: ☒ None ☐ See Notes |
| Hetastarch: | Cell Saver: | Cryo: | Urine: Ø | (e.g. excessive pain, nausea/vomiting, inadequate/excess hydration) Signature ___ MM/DD/YY 13:30 |

**Jacksonville Beach Surgery Center**
**ANESTHESIA RECORD**

REV DATE: 03/11
PAGE 1 of ___

ID / Visit: 64618 / 2       DOS: 09/13/2018
TRIOLO, RICHARD           Sex: M
DOB: ___ 1974
Phys: TOPP, RAYMOND       Age: 43

JBSC_0018

| AGENTS: | TIME: | Pre-OR | 45 | 1200 | | 30 | | | | | | | | | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONTROLLED MEDICATIONS** | ☒ Midazolam (mg) | | 2 | | | | | | | | | | | | | | | | | | 2 | mg |
| | ☒ Fentanyl (mcg) | | | 50?? | | | | | | | | | | | | | | | | | 100 | mcg |
| | ☒ Propofol (mg) | | | 170 | | | | | | | | | | | | | | | | | 90 | mg |
| | ☐ Propofol (mcg / kg / min) | | | | | | | | | | | | | | | | | | | | | mg |
| | Ketamine (mg) | | | 20 | | | | | | | | | | | | | | | | | 20 | mg |
| ☒ O2 (L/min)☒ Via N/C  ☐ Via F/M | | | 3 | PP | | | | | | | | | | | | | | | | | | |
| ☐ N2O     ☐ Air (L/min) | | | | | | | | | | | | | | | | | | | | | | |
| ☒ Lidocaine (mg) | | | 20 | | | | | | | | | | | | | | | | | | 30mg | |
| ☐ Isoflurane ☐ Sevoflurane☐ Desflurane (%) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Etomidate (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Succinylcholine (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Vecuronium (mg)  ☐ Rocuronium (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Cisatracurium (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Neostigmine (mg) ☐ Glycopyrrolate (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Pitocin (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Metoprolol (mg)  ☐ Labetalol (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Ephedrine (mg) | | | | | | | | | | | | | | | | | | | | | | |
| ☐ Phenylephrine (mcg) | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| FLUIDS | LR | ① | | | | | | | | | | | | | | | | | | | 1000mℓ | |
| | | | | | | | | | | | | | | | | | | | | | | |
| EBL | | | | | | | | | | | | | | | | | | | | | | |
| Urine Output | | ∅ | ∅ | | | | | | | | | | | | | | | | | | | |
| BIS | | | | | | | | | | | | | | | | | | | | | | |
| ETCO2 | | 38 | 37 | | | | | | | | | | | | | | | | | | | |
| Pulse Oximeter SpO2 | | 100 | 100 | | | | | | | | | | | | | | | | | | | |
| FIO2 | | NC 3L | | | | | | | | | | | | | | | | | | | | |
| EKG | | SR | SR | | | | | | | | | | | | | | | | | | | |



Graph section with values plotted at 200, 150, 100, 50 levels:
- ∨∧∧∧ markings
- ∧∧∧∧
- ⊙ ⊙

| Ventilator Mode / PIP | | | | |
| TV x Rate | | SN | SN | |
| Temp – Esoph / Skin / Rectal / Bladder / Nasal | | | | |
| Position: ☐ Su ☐ La ☐ Li ☐ Si ☐ J ☒ P | | prone → supine | |
| Tourniquet ( ↑   ↓ ) | | | | |
| Interval Monitoring MD/DO in OR | | | | |
| Remarks: | | | | |

**Signature(s) of Responsible Providers at Induction:**

Date: 9/13/18   Time: 1251

Date: 9.13.18   Time: 1251

Jacksonville Beach Surgery Center
ANESTHESIA RECORD

REV DATE: 03/11
PAGE ☐ of ☐

ID / Visit: 64618 / 2
TRIOLO, RICHARD
DOB: ███ 1974
Phys: TOPP, RAYMOND

DOS: 09/13/2018
Sex: M
Age: 43



# Jacksonville Beach Surgery Center

### PATIENT, PROCEDURE AND SITE VERIFICATION
### TIMEOUT CHECKLIST
*(Each step to be addressed / signed)*

| ACTION | DATE / TIME | | BY |
|---|---|---|---|

**HOLDING AREA STAFF**

a.) Correct site marked "YES"

b.) Correct patient, procedure and site verified with patient / family

c.) Correct patient, procedure and site verified with history & physical, physician order, informed consent and schedule

| | | |
|---|---|---|
| 9/13/18 | 1200 | MD |
| 9/13/13 | 1200 | JLSCo |
| 9/13/18 | 1200 | JLSRJ |

**OPERATING ROOM SATFF**

d.) Correct patient, procedure, site verified by circulating / procedure nurse and informed consent

e.) Prior to incision " TIME OUT" is called: Correct patient, procedure and site verified by surgeon / physician by surgical / procedural team with the informed consent

f.) Prior to introduction of implant onto sterile field "TIME OUT" is called: Correct patient, procedure, site, and type and/or power / size of implant is verified by Surgical team

| | |
|---|---|
| 9/13/18 1228 | mjth |
| 9/13/18 1257 | mjth |
| ✓ | ✓ |

ID / Visit: 64618 / 2      DOS: 09/13/2018
TRIOLO, RICHARD          Sex: M
DOB: ▮▮▮/1974            Age: 43
Phys: TOPP, RAYMOND

JBSC_0020



jacksonville
beach **Surgery Center**

Patient Name: Richard Topp

### Respiratory or Breathing Problems

| | | |
|---|---|---|
| Yes | No | Have you ever smoked? Packs per day? _____ How many years? _____ When did you quit? _____ |
| Yes | No | "Wheezing", COPD (Emphysema, chronic bronchitis) or Asthma? |
| Yes* | No | Do you use oxygen at home? |
| Yes* | No | Have you visited the emergency room for breathing problems in the past 2 years? |
| Yes* | No | Upper respiratory infection or new productive cough within the past week? |
| Yes | No | Sleep apnea? If so, do you use CPAP to sleep? Yes ✓ Is CPAP functional/available?_____ No_____ Reason?_____ |
| Yes | No | TB? Treated? |

### Neurologic Problems

| | | |
|---|---|---|
| Yes | No | Stroke (CVA) or mini-stroke (TIA)? If yes, when? _____ Residual?_____ |
| Yes | No | Seizures or epilepsy? If yes, when was your last seizure? _____ |
| Yes | No | Neck pain and/or back pain? |
| Yes | No | Peripheral neuropathy (numbness-or-tingling in hands, arms, feet, or legs)? |

### Endocrine or Metabolic Problems

| | | |
|---|---|---|
| Yes | No | Diabetes? |
| Yes | No | Thyroid disease? |
| Yes | No | Have you taken steroids *within the last year* to treat breathing problems or arthritis? |

### Gastrointestinal or Liver Problems

| | | |
|---|---|---|
| Yes | No | Inflammatory bowel disease (Crohn's or Ulcerative colitis)? |
| Yes | No | Hiatal hernia, GERD (gastroesophageal reflux disease) or peptic ulcer disease? |
| Yes* | No | Cirrhosis of the liver? |
| Yes | No | Hepatitis B or C? |

### Kidney Problems

| | | |
|---|---|---|
| Yes* | No | Kidney failure requiring dialysis? If yes, what days of the week do you receive dialysis? _____ Last labs?_____ |

### Blood Problems

| | | |
|---|---|---|
| Yes | No | Anemia (low red blood cells)? |
| Yes* | No | Thrombocytopenia (low platelet count)? |
| Yes* | No | Blood clotting problems or excessive bleeding (Hemophilia, von Willebrand's disease)? |
| Yes | No | Sickle cell disease or trait? |
| Yes | No | Deep venous thrombosis (DVT) or pulmonary embolism (PE)? |
| Yes* | No | Do you take any blood thinners (anticoagulants)? |
| Yes | No | HIV/AIDS? |

### Anesthesia Problems

| | | |
|---|---|---|
| Yes* | No | Do you have a personal or family history of malignant hyperthermia? |
| Yes* | No | Told that it was difficult to place a breathing tube in your airway (intubation)? |
| Yes* | No | Had severe nausea/vomiting or other severe reaction after anesthesia? |

### Other

| | | |
|---|---|---|
| Yes | No | Cancer? If yes, what kind? _____ (*Head/Neck) Chemotherapy or radiation? If yes, when? _____ |
| Yes | No | Do you refuse to receive a blood transfusion if medically necessary? |
| Yes | No | Rheumatoid arthritis, Lupus or other autoimmune disease? |
| Yes | No | Is there a possibility you may be pregnant? Date of last menstrual period _____ |
| Yes | No | Do you drink alcoholic beverages? Average number of drinks per week _____ |
| Yes | No | Have you been diagnosed with C.Diff/MRSA? |
| Yes | No | Travel out of the country? When?_____ Where?_____ |
| Yes | No | Is there anything else about your medical history not mentioned above? If yes, please describe: |

TRIOLO, RICHARD
ID / Visit: 64618 / 2    Gender: M
DOB: ▮▮▮ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

**jacksonville beach Surgery Center**

TRIOLO, RICHARD
ID / Visit: 64618 / 2    Gender: M
DOB: ___ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

## Pre_____ Patient Questionnaire

Patient Name: Richard Triolo    Primary care physician/phone number: _____

What is your Age? 43    Height? 6'2    Weight? 240 lbs .BMI? _____

Please list any allergies (including food) and the types of reactions:    Anaphylaxis? _____    Latex? _____

| Allergy | Reaction | Allergy | Reaction |
|---------|----------|---------|----------|
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |
|         |          |         |          |

Please list your previous surgeries/procedures and any complications:

| | | | | |
|---|---|---|---|---|
| 2001 | Left Forearm FX | | | |
| 2018 | L5 to S1 Fusion | — | | Left Lower Chronic pain From Lumbar to Calf |

## Medical History: Have you EVER had any of the following (Please circle YES or NO)?
*Indicates need for additional Information

**Heart or Vascular Problems**

| | | |
|---|---|---|
| Yes | No | High blood pressure or hypertension? |
| Yes | No | High cholesterol or hyperlipidemia? |
| Yes* | No | Do you get chest pain or shortness of breath when you climb a flight of stairs or walk up a hill? |
| Yes* | No | Coronary artery disease, angina (chest pain), heart attack, angioplasty (balloon), cardiac stent? |
| Yes* | No | Abnormal stress test, heart catheterization, echocardiogram (echo), or electrocardiogram (EKG)? |
| Yes* | No | Congestive heart failure (CHF/Fluid in the lungs)? |
| Yes* | No | Cardiac arrhythmia or irregular heart beat (atrial fibrillation)? |
| Yes | No | Pacemaker? If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | No | ICD (implantable cardioverter defibrillator)? If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | No | Severe disease of the aortic or mitral heart valves (aortic/mitral stenosis, aortic/mitral insufficiency)? |
| Yes* | No | Peripheral vascular disease? |

**Planned Procedure:** Lumbar ESI

**Meds / Supplements: (\* if taken day of proc.) Beta-Blocker?** ☑No ☐Yes
- \* Morphine
- Percocet
- Tizanidine
- Doxepin

**Age:** 43 Y ☐M ☐D
**Height:** 6'2" ☑Inches ☐cm
**Weight:** 111-8 ☑kg ☐lbs ☐gms

**Allergies / Reactions:** No Known Allergies ☑

**Past Surgical Procedures:** None ☐
Lumbar L5-S1, Left FA

**Hx Anesth. Problems:** ☑None ☐Yes-Patient ☐Yes-Family

**Physical Examination**
Heart: ☑Regular Rhythm ☐Other: _____
Lungs: ☑Clear ☐Other: _____
Airway ☑Adequate ☐Intubated ☐Difficult _____
Mallampati ☐ Dentition: ☑OK ☐↑ Risk of damage - Pt aware
☐Caps / Crowns: ↑ ↓ ☐Dentures: Full ↑ ↓ Partial ↑ ↓
☐Chipped: ↑ ↓ _____ ☐Missing: ↑ ↓ _____ ☐Loose: ↑ ↓ _____

The following plan including risks / benefits / alternatives / complications discussed with & accepted by: ☑Patient ☐Parent
☐Guardian: _____ ☐Via Translator

| | |
|---|---|
| ☐Cardiovascular ☐Negative | ☐General ☐Spinal ☐Epidural ☐Nerve Block / IV Regional |
| ☐Functional capacity less than 4 mets | ☑MAC - Medical Necessity: |
| ☐HTN ☐CAD | ☐Therapeutic drug monitoring secondary or integral to propofol use |
| ☐Dyslipidemia ☐MI | ☐Strong possibility of expansion of procedure |
| ☐CHF ☐PTCA | ☐Successful procedure without MAC unlikely due to: |
| ☐PVD ☐Coronary stents | ☐History of severe anxiety, panic attacks, and/or phobias |
| ☐Pacemaker ☐Valvular Disease ___ | ☐History of low pain threshold |
| ☐AICD ☐Dysrhythmia ___ | ☐History of chronic severe pain |
| | ☑Other - See patient's history / diagnosis / comorbidities |
| ☐Respiratory ☑Negative Sleep Apnea? ☐No ☑Yes | ☐Arterial line ☐Central venous cath ☐Pulm artery cath ☐TEE |
| ☐Home O2 ☐COPD ☑CPAP | ☐Possible postop vent ☐Other: _____ |
| ☐Recent URI ☐Asthma | |
| ☐Smoking: ___ ppd x ___ yrs. → Quit ___ ago | ☐Postop pain management discussed: ☐PCA ☐Epidural |
| | ☐Spinal Opiate Nerve Block: ☐Single shot ☐Continuous |
| ☐Neurologic ☐Negative | ASA: ☐1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐E Preop Evaluation by: |
| ☐Dementia ☐CVA | [signature] 9/13/18 12:14 |
| ☑Neuropathy ☐TIA | Signature |
| ☑Back Pain ☐Altered Mental Status | **Data** ☐Labs N/A ☑Medical Eval reviewed |
| ☐Neck Pain ☐Seizures | H/H: ___ PLT: ___ K: ___ PT/INR/PTT: ___ |
| ☐Endocrine ☑Negative | Preg test: ☐Neg ☐Pos Glucose: ___ at ___ (time) |
| ☐Diabetes ☐I ☐II Thyroid: ☐Hyper ☐Hypo | EKG: ☐Normal or: _____ |
| ☑GI/Hepatic ☑Negative | CXR: ☐Normal or: _____ |
| ☐GERD ☐Hepatitis ___ | Remarks: |
| ☐Cirrhosis ☐Obstruction ___ | |
| ☐Renal ☑Negative | |
| ☐CKD - Dialysis: ☑No ☐Yes - Last dialysis ___ | |
| ☐Hem/Onc ☑Negative | |
| ☐Anemia ☐Coagulopathy | |
| ☐Blood refusal ☐Cancer | |
| ☐DVT ☐Chemo ☐Radiation | |
| ☑Immune/ID ☑Negative | |
| ☐Rheum Art ☐Autoimmune Disease | **Pre/Proc. Eval (Must be completed day of procedure only):** |
| ☐HIV ☐Ongoing Infection | ☐Pt re-evaluated and following changes noted: ☐None |
| ☑Other ☐Negative | |
| ☑Obesity ☐ETOH Abuse | BP: 134/84 HR: 59 SpO2: 97 % |
| ☐Depression ☐Drug Abuse ↑BMI | RR: 118 Temp: 98.9 NPO time: 10:00 |
| ☐Glaucoma ☐Difficult IV access | [signature] Signature MD/DO 9/13/18 12:14 |
| ☐Pregnant (EGA ___ weeks) | |

**Jacksonville Beach Surgery Center**
**PRE-OPERATIVE ANESTHESIA EVALUATION**

REV DATE: 03/11
PAGE 1 OF 1

ID / Visit: 64618 / 2      DOS: 09/13/2018
TRIOLO, RICHARD          Sex: M
DOB: ___ 1974            Age: 43
Phys: TOPP, RAYMOND

JBSC_0023

## PACU RECORD

Time In: 1312    Allergies: NKA

Procedure: LUMBAR EPIDURAL STEROID INJECTION.

Types of Anesthesia:  ☐General  ☒M.A.C.  ☐Local  ☐Block    ☐IV Sedation  ☐Spinal

ME    O₂Sat 99    Temp 97.7.    Post Op Accucheck:

**Post Procedure / Assessment:**

Position:  ☒supine  ☐sidelying  ☐semi-fowlers

Neurological:  ☒awake  ☐alert    ☐oriented  ☐drowsy / arousable
☐other

Respiratory:  ☐regular / unlabored    ☐other
☐other

Skin:  ☒warm / dry  ☐cool    ☐pale    ☐diaphoretic
☐other

Abdomen:  ☒soft    ☐non-distended  ☐active BS  ☐diaphoretic
☐firm    ☐distended    ☐tender

Oxygen:  ☐R/A    ☐nasal cannula____L  ☐Aerosol____%

Dressings:

**Supplies & Equipment – Check Those Items Used or In Place**

| Ice Bag | Sling |
|---|---|
| Catheter | Post op Shoe |
| Peripad | Knee Immobilizer |

| | PAIN SCORE | adm | | | | D/C |
|---|---|---|---|---|---|---|
| Moves 4 limbs voluntarily/on command +2 / 2 limbs voluntarily/on command +1 / 0 limbs voluntarily/on command +0 | ACTIVITY | 2 | | | | 2 |
| Deep breath and cough frequently +2 / Shallow / dyspnea / labored breathing +1 / Apnea +0 | RESPIRATION | 2 | | | | 2 |
| BP+/-20% of preanesthetic level +2 / BP+/-20%-50% of preanesthetic level +1 / BP+/-50% of preanesthetic level +0 | CIRCULATION | 2 | | | | 2 |
| Awake / alert +2 / Arousable +1 / Not Responding +0 | CONSCIOUSNESS | 2 | | | | 2 |
| Pink color within normal level +2 / Pale / dusky / blotchy +1 / Cyanotic +0 | COLOR | 2 | | | | 2 |
| | TOTALS | | | | | 10 |

Pain Level (1-10)  ☒

| Time / Medication | route / site | Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

I.V. In progress

∥/P –

I.V. discontinued @ 1315    site healthy / catheter intact

Total: OR / PACU    PO PACU    Output
1200cc    150

Signature: Ketraun Ru

Discharged @ 1400    Mode: Amb ☐  WC ☒  Carried ☐  Other ☐ ____

| Discharge Criteria / Evaluation | Yes | N/A |
|---|---|---|
| Vital signs stable | ✓ | |
| Pain controlled | ✓ | |
| Controlled nausea / no vomiting | ✓ | |
| Absence of respiratory distress | ✓ | |
| Absence of significant bleeding / drainage | ✓ | |
| PO fluids tolerated | ✓ | |
| Ambulates with minimal assist / not dizzy | ✓ | |
| Ability to void if applicable | ✓ | |
| Responsible adult escort | ✓ | |
| PAR score 10 or = to. pre-procedure | ✓ | |
| Prescriptions returned to patient | | n/a |
| Discharge instruction given: | ✓ | |
| Verbal, written & return demo if applicable | | |
| Patient / family verbalizes understanding | ✓ | |
| Pediatric pts cleared by Anesthesia for d/c | | n/a |

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 2    DOS: 09/13/2018
TRIOLO, RICHARD    Sex: M
DOB: ▮▮▮1974    Age: 43
Phys: TOPP, RAYMOND

JBSC_0024



**Medication Reconciliation Form**

Pre-Operative Medications

Discharge Medications

| Routinely Taken Medication Name (includes OTC & Herbals) | Dose | Frequency | Resume Yes | Resume No | New Med Yes/No |
|---|---|---|---|---|---|
| Morphine | 30 mg | Q12 | | | |
| Percasate | 10-325 | 1 Q1 #Prn | | | |
| Tzanadine | 4 mg | Q12 | | | |
| ~~Diltiazem~~ Doxepine | 50 mg | QD | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Routine Medications Held for Surgery**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**New Prescriptions added**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ Patient could not provide medication doseage(s)

Patient Signature

Patient Signature

RN Signature

TRIOLO, RICHARD
ID / Visit: 64618 / 2    Gender: M
DOB: ▇▇▇ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

JBSC_0025

IIHbLU-RICHARD
ID / Visit: 64618 / 2    Gender: M
DOB: ███ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 9/13/2018

## Physician Order For

| Name: | |
|-------|---|
| DOB: | |
| Date/Time: | |
| | **Pre-Op Orders:** |
| | 1)Use Standing Routine Pre-Op Anesthesia Orders |
| 9/13/18 1245 | |
| | 2)Post Op Orders: |
| 9/13/18 1530 | a)Elevate and Ice, as applicable |
| | b)Morphine Sulfate 4mg IV q 3 hours PRN pain |
| | c)Tylenol 1000mg PO q 6 hours PRN |
| | d)Phenergan 12.5mg IV q 8 hours PRN nausea |
| | e)Regular diet |
| | f)D/C IV when tolerating PO well |
| | g)D/C home when vital signs are stable, tolerating regular diet and voiding |
| | h)Please give post-op instruction sheet and check off appropriate meds |
| 9/13/18 1715 | Follow-Up Appointment with Dr. Topp in 7-10 days. Call (904) 719-7404 Blake Burrell, PA-C |
| | Physician's Order Form |



## ADULT
## PAIN ASSESSMENT & MANAGEMENT FLOWSHEET
### (8 YEARS AND OLDER)

### PRE-PROCEDURE

Date ___9/13/18___    Do you have any pain anywhere NOW? Yes or No   *Left→ Back*

If yes, explain the location of the pain & how long its been present _____

Pain Quality: (circle) (ache) (burn) sharp dull /pressure crushing (throb)

⎯⎯⎯⎯ If unable to describe, explain _____

Pain radiation: Where does your pain radiate? ___(L) leg_____

How does the patient treat / manage their pain at home? __foe ._____

What makes the pain worse? __Standing._____

Current pain medications: _____    Effectiveness _____

Evaluator's Signature: _____

Adult Pain Scale    0---1---2---3---4---5---6---7---8---9---10    OVERALL PAIN
                                                                                    8 /10

No Pain            Moderate Pain            Worst Pain

### POST-PROCEDURE

Pain Location ___✗_____

Pain Severity: 0---1---2---3---4---5---6---7---8---9---10
Intervention:  Yes or No
Effective:  Yes or No
Pain Level:  0---1---2---3---4---5---6---7---8---9---10
Re-intervention:  Yes or No
Patient discharged with Rx:  Yes or No
Pain Level on discharge Number: __8 /10
Patient advised to call surgeon if Rx prescribed ineffective: Yes or No
Nurse's signature: _____

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 2    DOS: 09/13/2018
TRIOLO, RICHARD          Sex: M
DOB: ████ 1974          Age: 43
Phys: TOPP, RAYMOND

JBSC_0027

## PACU NURSES NOTES

TIME:

Printed Discharge Instruction Given per:

Surgeon _Topp_                Anesthesia: _____

Returned Valuables _____    Glasses _____

Dentures _____       Rx Given _____

Accompanied To Car By:

Family___ Friend___ Staff___

RN Signature _____

ID / Visit: 64618 / 2          DOS: 09/13/2018
TRIOLO, RICHARD                        Sex: M
DOB: █████1974                          Age: 43
Phys: TOPP, RAYMOND

JBSC_0028

| DATE | PROGRESS / DISCHARGE NOTES |
|------|---------------------------|
| | **Pre/Post Diagnosis:** ⓛ L5 + S1 radic. |
| | **Procedure:** ESI ⓛ paracentral L5/S1 |
| 9/13/18 1345 | **Surgeon:** Topp / Darrell |
| | **Anesthesia:** IV |
| | **Findings:** see op note |
| | **EBL:** 0 |
| | **Complications:** No |
| | **Condition to RR:** good |

Physician Signature: _Topp_

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 2            DOS: 09/13/2018
TRIOLO, RICHARD                  Sex: M
DOB: ████ 1974                   Age: 43
Phys: TOPP, RAYMOND

JBSC_0029

**Adult PACU Orders**

| Admit to PACU | Height: | Weight: 111.8 kg |
|---|---|---|

Allergies / Reaction: ☐None

Diagnosis: **LUMBAR PAIN**

Date 9/13/18  Time

**Allergies:**

Admit to recovery with vital signs per protocol

☐ Monitor: BP, EGG, RR, SPO2. Monitor Temperature on all General and cases over 60min.

☐ Oxygen via:          ☐ Nasal cannula @ _____ L/min.

                              ☐ Face mask or tent @ _____ L/min.

NPO until fully alert; then liquids as tolerated

Continue IV fluids @ KVO, unless otherwise indicated and ordered by Anesthesia

☐ Labs: FSBS all Insulin dependent Diabetic patients

☐ Warming blanket to maintain temperature no less than 36°C

For Analgesia: New orders for prn dose ranges should be dispensed at the lower dose initially

☐ Demerol (Meperidine) 12.5 mg IV, for shivering, may repeat x 1 in 15 mins.

☐ Demerol (Meperidine) 25-50mg IV PRN pain, to maximum dose of 100mg

☐ Fentanyl (Sublimaze) 25-50mcg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum dose of 100mcg.

☐ Morphine 2-4mg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum of 10mg

☐ Dilaudid 0.2mg IV PRN pain, repent every 5 min. until adequate pain relief, to maximum of 1mg

☐ Toradol (Ketorolac)   ☐ 15 mg IV   ☐ 30 mg IV Other:

Oral Analgesia:

☐ Demerol 50 mg tablet: one tablet PO PRN pain x 1

☐ Percocet 1-2 tablets PO PRN pain x1

☐ Lortab 1-2 Tablets PO PRN pain x 1

☐ Lortab Elixir 7.5-15ml PO PRN pain x

For Nausea / Vomiting

☐ Ondansetron 4mg IV PRN nausea / vomiting x 1 ☐

☐ Phenergan 25mg Tablet PO/PR PRN nausea / vomiting x 1

☐ Other: _____

If patient received Ofirmev in OR, please consult Anesthesia prior to administration of post-op pain medication.

NOTE: Notify anesthesiologist if inadequate pain relief after maximum dosage reached, or significant side effects occur.

KVO IV fluids until adequate PO intake, unless otherwise indicated.

☐ Discharge to home after meeting discharge criteria, instructions and prescriptions as indicated by surgeon

☐ Transfer to _____

Physician's Signature: _____  Date / Time: 9/13/18

Noted By: _____ RN  Date / Time: 11:50

**PACU Discharge Evaluation**

BP: 110/70   HR: 62   RR: 20   TEMP: 97   SpO2: 96   @Time 1355

☐ Stable Cardiac / Resp / Airway Status

☐ Awake Mental status

☐ Pain controlled and/or consistent with anticipated post op discomfort

☐ Adequately hydrated

☐ Nausea and vomiting controlled

☐ No Complications

☐ See notes

I have evaluated the patient's recovery from Anesthesia prior to Discharge. The patient is recovering properly and has met discharge criteria. The patient understands D/C instruction and pain medication has been ordered by surgeon if indicated.

Physician's Signature: _____  Date / Time: 9/13/18

ID / Visit: 64618 / 2          DOS: 09/13/2018
TRIOLO, RICHARD                Sex: M
DOB: ████ 1974                 Age: 43
Phys: TOPP, RAYMOND

JBSC_0030

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSES:**
1. Acute trauma, L5 spondylolysis.
2. Spondylolisthesis, L5-S1.
3. Severe radiculopathy, bilateral lower extremities.

**POSTOPERATIVE DIAGNOSES:**
1. Acute trauma, L5 spondylolysis.
2. Spondylolisthesis, L5-S1.
3. Severe radiculopathy, bilateral lower extremities.

**PROCEDURES:**
1. Minimally invasive transforaminal lumbar interbody fusion, L5-S1.
2. Allograft placed to the interbody space for structural support, L5-S1.
3. Local autograft harvested from the decompression was used for osteoinductive purposes of L5-S1.
4. Bone marrow aspirate harvested for osteoinductive purposes.
5. Posterior instrumentation from L5 to S1.
6. Synthetic cage placement to interbody space of L5-S1 in the form of polyethyl ethyl ketone.
7. Hemilaminectomy, right L5, for decompressive purposes as well as for fusion purposes, L5-S1.
8. Application of Frankel lumbosacral orthosis postoperatively.

**SURGEON:** RAYMOND TOPP, MD

**ASSISTANT:** Richard Burrel

**ANESTHESIA:** General endotracheal.

Page 1 of 5

DATE: March 22, 2018                               IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

**BLOOD LOSS:** 200 cc.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**FLUIDS:** Per Anesthesia.

**URINE OUTPUT:** Per Anesthesia.

**IMPLANTS:**
1.   6.5 x 45 mm Newport screws.
2.   11 x 32 x 10 mm Ventura Nano interbody cage, L5-S1.
3.   5-cc factor graft allograft for structural support and osteoconductive fusion purposes, L5-S1.
4.   45 mm rods, L5 to S1.

**INDICATIONS:** Mr. Triolo is a 43-year-old male. He was involved in acute trauma and suffered an L5 spondylolysis. He has been treated with all forms of nonoperative therapy but, unfortunately, he has developed a grade 1 spondylolisthesis and severe radicular pain after the acute trauma. The risks, benefits, and alternatives to the above procedure were discussed with the patient, and he wished to proceed.

**OPERATIVE PROCEDURE:** Informed consent was obtained from the patient. The patient was taken to the operating room and placed in supine position. Anesthesia was instilled. Once anesthesia was instilled, he was rolled to an operating room table over a Wilson frame; all bony prominences were padded. The lumbar spine was sterilely prepped and draped in normal fashion. Fluoroscopic evaluation was utilized to mark the skin. We created skin markings 2 to 3 cm sagittally overlying the pedicles of L5 and S1. A final time-out confirmed the patient's identity, consented for procedure and verification of proper instrumentation.

The procedure began with insufflation of local anesthetic into the skin. We then created sharp dissection and then skin incisions bilaterally overlying the minimal invasive sites at L5-S1. Sharp dissection was taken through subcutaneous tissues and Bovie electrocautery utilized for hemostasis. We continued our dissection, and we developed a plane just above the fascia. The fascia was split in line with the skin incision overlying the musculature. We bluntly dissected,

Page 2 of 5

JBSC_0032

DATE: March 22, 2018                                    IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

and we could palpate very easily the L5 transverse process, pars interarticularis, as well as the L5-S1 joint. On the left side of the spine, we introduced a Jamshidi needle into the pedicle of L5. We harvested approximately 30 cc of bone marrow aspirate. This was passed off the back table, was mixed with allograft for osteoconductive and osteoinductive purposes. A nitinol wire was then passed through the Jamshidi needle after fluoroscopic assistance demonstrated that it was in the anterior aspect of the bone of L5. We then tapped over the nitinol wire before filling with the 6.5 mm percutaneous screws with the towers. Similar procedure was performed at S1 in the sagittal and coronal plane. We advanced it into the pedicle of S1, being mindful to stay within bone at the sacrum. We angled it medially to get the most length out of the screw possible. Nitinol wire was then passed through the Jamshidi needle. We then tapped before filling with a 6.5 mm pedicle screw on the left side of the spine. A 50 mm rod was then introduced into the towers. We then distracted at the towers to distract the disc space in preparation for fusion on the opposing side. We provisionally locked down to these 50 mm rods to maintain our distraction.

A separate incision was created on the right side of the spine. Sharp dissection was taken down the subcutaneous tissues, Bovie electrocautery utilized for hemostasis. The fascia was split in line with the incision. Again, we bluntly dissected. We could palpate the transverse process, L5-S1 facet joint, and pars of L5. We could also palpate the fracture site at the pars as well. The first cannula was introduced overlying the pars. We dilated up and saw the need for an 80 mm tube. The tube retractor system was then prepared. Over the final dilator, the 80 mm tube was then introduced, and we locked it to the bed. We then visualized through the tube. We debrided the remaining musculature in the area so that we could gain visualization of the bone with Bovie electrocautery and pituitaries. We easily could identify the pars, and we could see the fracture that was evident with communication into the spinal column. A bur was then introduced along with an osteotome, and we removed the inferior articular process on the right side of the L5 with the osteotome. This local autograft was harvested and was kept at the back table. We mixed it with the allograft for osteoinductive purposes. The superior articular process of S1 was then removed. We had excellent visualization into the neural foramen. With bipolar electrocautery, we worked on the superior aspect of the right S1 pedicle. With fluoroscopic assistance, we were able to gain access to the disc. There was an osteophyte in the area. A small osteotome was then introduced. We removed this osteophyte to gain access to the disc. Again, this osteophyte was passed to the back table.

Page 3 of 5

JBSC_0033

DATE: March 22, 2018                                        IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Of note, prior to the procedure, neurologic monitoring was established. We maintained neurologic monitoring to maintain the safety of the L5 and S1 nerve roots. There were no breaches in the neuromonitoring throughout the case.

An annulotomy was performed in a transforaminal fashion at L5-S1. This was followed by dilators and then shavers. We sequentially utilized the shavers to dilate up. With each shaver, as we turned it to the perpendicular, we loosened the screws on the opposing side so we could maintain more distraction. At 10 mm, we had excellent distraction, and we held the distraction on the opposing side with the 50 mm rod and pedicle screw construct. Pituitaries were brought in that were straight as well as angled to debride the disc to the far side. We also used curettes, angled curettes and elbow curettes, to ensure that we were down to the cartilaginous bone. All this material was removed; we had an excellent preparation of the disc space. The bone graft and the bone marrow aspirate mixed with the allograft was placed into a funnel; approximately 5 cc was introduced through the funnel and packed into the disc space with fluoroscopic assistance. We then trialed what we felt to be the appropriate size as 10 mm cage. It was appropriate, but it also created a space for a PEEK cage. The PEEK cage was packed with similar autograft and allograft as bone marrow aspirate. It was introduced under fluoroscopic assistance in an oblique fashion. We had excellent structural support anteriorly. We disconnected the inserter and then copiously irrigated; hemostasis was achieved with bipolar electrocautery. With fluoroscopic assistance, we then introduced Jamshidi needles into the pedicles of L5 on the right side of the spine. The distraction on the left side of the spine was not only relieved, but we also compressed on the left side of the spine to compress against the implants and to gain more lordosis. After the Jamshidi needle was introduced on the right side, nitinol wire was introduced. We first tapped before filling with 6.5 mm pedicle screw. We also performed a similar fashion at the right S1. Once the screws were placed on the right side of the spine, we placed the 45 mm rods bilaterally as they were the appropriate size. We then forked them down in the standard fashion.

We copiously irrigated. There was no active bleeding. Below each fascia, we placed some vancomycin and Arista powder. The fascia was reapproximated bilaterally with 0 Vicryl. We then introduced Exparel for postoperative pain control at the level of the fascia and skin. Subcutaneous tissues were reapproximated with 2-0 Vicryl and the skin with glue. The patient tolerated the procedure well; he was taken to recovery room in good condition. His vital signs were stable, and he was afebrile. Once he had awoken in the OR, we had to provide him with some Valium as he was having some muscle spasms, but these quickly were relieved with administration of this medication. As he stood, we were able to sit him into thoracolumbar orthosis.

Page 4 of 5

DATE: March 22, 2018                                                IMD

PATIENT: TRIOLO, RICHARD

PATIENT ID #: 64618-1

DATE OF BIRTH: ███ 1974

ACCOUNT #: 03/22/2018

SURGEON: RAYMOND TOPP, MD

FACILITY: Jacksonville Beach Surgery Center

Our plan is to have him discharged on the same-day surgery basis.

RAYMOND TOPP, MD

RT/at:  Doc# 00021253/Job# 62821341
DD: 03/23/2018 12:11
DT: 03/23/2018 23:45

Date Transmitted: _____

Page 5 of 5

JBSC_0035





**TRIOLO, RICHARD**
ID / Visit: 64618 / 1       Gender: M
DOB:            1974        Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

JBSC_0036

Jacksonville Beach Surgery Center
## SURGICAL AND OTHER MEDICAL SERVICES CONSENT

**Patient Name:** TRIOLO, RICHARD                    **Physician:** TOPP, RAYMOND

**Procedure:** POSTERIOR LATERAL INTERBODY FUSION L5-S1.

1. The facility maintains personnel and facilities to assist physicians and surgeons as they perform various surgical operations and other diagnostic or therapeutic procedures. Generally, such physicians, surgeons and practitioners are not agents, servants or employees of the facility, but independent contractors and, therefore, are the patient's agents or servants. The facility provides nursing and support services and facilities; the facility does not provide medical physician care.

2. The procedure(s) listed to be performed and the advantages and disadvantages, risks and possible complications as well as the alternatives have been explained to me by my physician. The doctor has satisfactorily answered my questions.

2a. My consent is given with the understanding that any operation or procedure involves risks and hazards. The more common risks include: infection, bleeding with the need for blood transfusion, nerve injury, blood clots, heart attack, stroke, allergic reaction, damage to teeth or bridgework, and pneumonia. These risks can be serious and possibly fatal.

3. I consent to the administration of local infiltration, regional anesthesia, general anesthesia or conscious sedation with monitored anesthesia care and the use of narcotics, sedatives, and tranquilizers as deemed advisable under the direction of physician, anesthesia personnel and or the anesthesiologist. I understand that anesthesia bears some risk, even when administered by the most competent anesthesia provider. These risks may include, but are not limited to: damage to teeth or bridgework, pneumonia respiratory complications, adverse drug reactions, brain damage, neurological damage, nerve damage, damage to arteries or veins, worsening of pre-existing disease(s), heart stoppage or death. I acknowledge that I have authorized the Anesthesia team to administer anesthetics to me in conjunction with the operation described above. The answers I have given to all questions are true to the best of my knowledge and I have not withheld any information.

4. I authorize and direct the above named physician to arrange for such additional services for me as he or she may deem necessary or advisable, including but not limited to the administration and maintenance of anesthesia, and the performance of pathology and radiology services to which I hereby consent.

5. I have not eaten or taken fluids, not even water, since DATE ___3/21/18___ TIME ___2100___ AM / PM except for a sip of water taken with medication as instructed by my physician.

6. I authorize the pathologist or physician to use his or her discretion in disposing of any member, organ or other tissue removed from my person during the operation(s) or procedure(s).

7. I understand that in the rare event that hospitalization is required during or immediately after surgery, my physician will arrange for my transfer to a local hospital.

8. The facility may participate in residency and other training programs for physicians, allied health professionals and other providers of services. All care rendered by individuals in training will be supervised and reviewed, as appropriate, by appropriate personnel. I hereby consent to care and treatment from individuals in training and to the review of my patient record by same.

9. I understand that if I am pregnant or if there is any possibility I may be pregnant, I must inform the facility immediately since the scheduled procedure could cause harm to my child or to myself.

10. I understand that it is my responsibility and I have arranged for a responsible adult to drive me home and remain with me following my surgery. I acknowledge that I have been advised by facility personnel not to drive until the effects of any medications have worn off. I understand this to mean that I should not drive until the day after my surgery / procedure or as directed by my physician.

11. I hereby consent to the presence of other person(s) for the sole purpose of observation and/or education. I understand that this individual(s) will not participate in the actual procedure

12. I consent to the use of videotaping or photography that may be used for scientific or teaching purposes, and to the review of my medical record for bona fide medical healthcare research provided my name or identity is not revealed.

13. I hereby permit the center to draw and test my blood for HIV or Hepatitis in the event of an accidental exposure. I understand that it may be necessary to test the patient's blood while in the facility to protest against the transmission of blood borne diseases such as Hepatitis or HIV. If in the event an employee or physician sustains an accidental, exposure by needle stick, splash, or scalpel injury etc. I understand and consent that the patient's as well as the affected individual will be tested (as appropriate). I further understand that the blood will not be routinely tested for these diseases, results of any testing will be kept confidential in the accordance with the state law, and my physician will notify me of any abnormal results.

14. I release the facility' from any responsibility for loss and/or damage to money, jewelry or other valuables I brought into the facility.

15. I am aware that my physician may have an ownership interest in the facility, and I acknowledge that I have a right to have the procedure performed elsewhere.

16. My signature below constitutes my acknowledgment that (1) I have read or have had read to me the foregoing, and I agree to it; (2) the procedure(s) has been adequately explained by my physician; (3) I authorize and consent to the performance of the procedure(s) and any additional procedure(s) deemed advisable by my physician In his or her professional Judgment; (4) I authorize and consent to the administration of anesthesia for the said procedure(s);

17. If I am not the patient I represent that I have the authority of the patient who, because of age or other legal disability, is unable to consent to the matters above, have full right to consent to the matters above, and I consent to same; (b) I hereby indemnify and hold harmless the facility, Its employees, agents, medical staff partners and affiliates from any cost or liability arising out of my lack of adequate authority to give this consent.

_3/22/18_   _0700_   _____
DATE        TIME     PATIENT'S SIGNATURE OR RELATIONSHIP / INTERPRETER

_3/22/18_   _0700_   _____
DATE        TIME     WITNESS'S SIGNATURE

I acknowledge that I have discussed, in layman's terms understood by the patient, the nature of the proposed care, treatment, services, medications, Interventions, and/or procedure with my patient. I have also discussed the potential benefits, risks, and, side effects, including potential problems related to recuperation; the likelihood of achieving care, treatment, and service goals; reasonable alternatives to the proposed care, treatment and service/ the relevant risks, benefits, and side effects related to alternatives, including the possible results of not receiving care, treatment, and services.

_3/22/18_   _0800_   _____
DATE        TIME     PHYSICIAN'S SIGNATURE

☐ See Informed Consent

ID / Visit: 64618 / 1     DOS: 03/22/2018
TRIOLO, RICHARD          Sex: M
DOB: ▇▇▇ 1974            Age: 43
Phys: TOPP, RAYMOND

JBSC_0038

- o **Spinal:** Local anesthetic is injected directly into the fluid surrounding the spinal cord in the back.
- o **Epidural / Caudal:** Local anesthetic is injected in the epidural space directly outside the spinal canal. This is done in the back. (Caudal done in tailbone) directly through a needle and/or by threading a plastic tube (catheter) into the epidural space. The needle is then removed, leaving the catheter in place. Local anesthetic agents and/or narcotics are then injected through the catheter. This catheter may be used postoperatively for pain control.

Regional anesthesia is intended to produce numbness in the area of surgery. Regional anesthetic methods are usually supplemented by sedatives and tranquilizers which cause drowsiness or sleep. The patient may still be able to hear and respond to their medical providers and remember some or all of the procedure. In the vast majority of cases, these techniques are safe, effective methods of providing surgical anesthesia. HOWEVER, SOMETIMES THE ANESTHESIA IS NOT ADEQUATE OR WEARS OFF AND SURGICAL ANESTHESIA MUST BE OBTAINED BY OTHER METHODS INCLUDING GENERAL ANESTHESIA.

Side effects and complications of regional anesthesia are relatively uncommon, but can occur. It is impossible to advise you of every conceivable complication or side effect. Examples of possible side effects include swelling, tenderness, bleeding and bruising at injection site, mild to moderate decrease in blood pressure, and nausea / vomiting. Examples of possible complications include:

- o **Uncommon:** Shock or extreme fall in blood pressure, convulsion / seizure.
- o **Rare:** Nerve damage resulting in numbness, tingling, and/or paralysis, which may be temporary or permanent. Respiratory arrest, cardiac arrest / death, and/or allergic reactions to drugs.
  In the case of eye blocks, blindness is possible.

Spinal / epidural anesthesia may also produce side effects in addition to those described above. These include:

- o **Uncommon:** Headache from a "wet tap" (spinal tap) during epidural which may be severe enough to require another epidural for treatment. Headache can also occur after spinal, anesthesia.
  Shock or extreme fall in blood pressure and/or very slow heart rate.
  High spinal anesthesia (anesthesia level is too high) requiring breathing assistance.
- o **Rare:** Broken epidural catheter.
  Epidural hematoma (blood clot around spine).
  Infection of the spine or meningitis.
  Paralysis, which may be permanent and include loss of bowel / bladder control.
  Emergency surgery of the spine to prevent meningitis or paralysis.

In order to minimize the possibility of aspiration, the patient is required not to eat or drink anything for a period of time before surgery. In elective cases, this is usually from midnight prior to surgery. It is extremely important not to eat or drink anything during this time because aspiration of food or of significant quantities of stomach contents can lead to severe pneumonia, respiratory failure, and death.

I understand that the surgeons will be occupied solely with the surgery and that that administration, maintenance, and termination of anesthesia are independent functions and will be supplied by, or under the direction and responsibility of, JACKSONVILLE BEACH ANESTHESIA ASSOCIATES, WHICH INCLUDES ANESTHESIOLOGISTS AND CERTIFIED REGISTERED NURSE ANESTHETISTS (CRNAs). I also understand that, from time to time, other healthcare professionals in training may be involved in my care and treatment.

I HEREBY CERTIFY THAT I HAVE READ THIS FORM (OR HAVE HAD IT READ TO ME) AND FULLY UNDERSTAND THE ABOVE CONSENT. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS, AND ALL OF MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION. I DO NOT DESIRE ANY FURTHER EXPLANATION. I HEREBY CONSENT TO THE ADMINISTRATION OF ANESTHETICS AS MAY BE CONSIDERED NECESSARY OR ADVISABLE. I AUTHORIZE ADMINISTRATION OF BLOOD TRANSFUSIONS OR BLOOD COMPONENTS IF SUCH IS DEEMED MEDICALLY INDICATED. The undersigned physician has fully explained the nature and expected benefits, alternatives, and risks involved in the anesthesia I have chosen.

I consent to the administration of General Anesthesia and: (INITIAL ALL THOSE THAT APPLY)

_____ Spinal / Epidural Anesthesia    _____ MAC (Monitored Anesthesia Care)    _____ Nerve Block/IV Regional

_____    ____3/22/18____    ___07:20___ AM / PM
Signature of Patient or Legally Authorized Decision Maker    Date    Time

_____    ____3/22/18____    ___700___
Relationship to Patient    Physician    Date    Time AM / PM

_____
Witness

ID / Visit: 64618 / 1    DOS: 03/22/2018
THIOLO, RICHARD    Sex: M
DOB:      1974    Age: 43
Phys: TOPP, RAYMOND

JBSC_0039

## INFORMED CONSENT FOR ANESTHESIA SERVICES

Because you, in consultation with your surgeon, have decided to undergo surgery requiring anesthesia, IT IS IMPORTANT THAT YOU, THE PATIENT, READ THIS CONSENT FORM CAREFULLY.

General Anesthesia: General anesthesia involves making the patient unconscious using intravenous drugs and inhalational agents (such as nitrous oxide, oxygen, and anesthetic gases). This frequently involves the use of a breathing tube, which is inserted into the windpipe to insure proper breathing while you are under anesthesia. Side effects and complications can occur. While it is impossible to advise you of every conceivable complication, some possible examples are:

- Soreness of the throat and hoarseness are common occurrences.
- Aspiration (inhaling stomach contents into the lungs), asthma attacks, and pneumonia.
- Nerve injuries and possible weakness or paralysis.
- Allergic-type reactions leading to cardiac arrest and death.
- Nodules, polyps, or other damage to the vocal cords or windpipe.
- Blood transfusions may be required. If so, there is some risk of hepatitis, AIDS, or other infections or reactions.
- Rarely, there may be recall of events during the procedure. This is more common during anesthesia for cesarean section, heart and emergency surgery. Dreams during anesthesia may be confused with recall of real events.
- A breathing machine may be required after surgery, which could lead to damage to the windpipe.
- Medical complications involving damage to the eyes, heart, lungs, and circulatory system such as blindness, stroke, blood clots, abnormal heart rhythms, phlebitis, collapsed lung, and heart attack.

Teeth and dental prosthetics may become loose, broken, or dislodged, especially if loose or in poor repair regardless of the care provided by the anesthesia provider. By signing this consent you are acknowledging that neither your anesthesia providers, the Hospital, nor Jacksonville Beach Anesthesia Associates, will be liable for any dental damage or repairs.

Monitoring Devices: Monitoring devices such as arterial lines, central venous pressure lines, pulmonary artery catheters, and transesophageal echocardiography may be used during your procedure. These procedures are associated with specific risks:

- Arterial line (A catheter placed into an artery in the arm or leg used to monitor blood pressure):
  Decrease in blood flow to area supplied by artery, nerve damage, loss of function of the limb or portion of the limb served by the artery; and loss of the limb or portion of the limb.
- Central venous and pulmonary artery catheterization (an intravenous catheter placed into a large vein in the neck, chest, or arm used to give fluids and medications and to measure the amount of fluid in the body):
  Bleeding into the lungs, the pericardium (sac which surrounds the heart), and/or the chest cavity.
  Pericardial tamponade (compression of the heart due to accumulation of blood or fluid in the sac around the heart).
  Pneumothorax (lung collapse) or infection.
  Cardiac arrhythmias (irregularities of the heart rhythm) and/or shock (severe drop in blood pressure).
  Damage to blood vessels, nerves, lymph ducts, heart, trachea (windpipe), pharynx (throat), vocal cords, and/or lungs.
  Distal embolization (air bubbles or blood clots which circulate in bloodstream until becoming lodged in vein or artery).
  Inadvertent infusion of fluid into the chest cavity, lungs, and/or pericardium.
- Transesophageal Echocardiography (a diagnostic test that uses ultrasound to take pictures of the heart through a probe inserted into the esophagus): Can cause esophageal injury.
- Gastric (stomach) tubes and/or esophageal dilators: Can cause esophageal injury.

MAC (Monitored Anesthesia Care): MAC is not General Anesthesia. MAC involves local anesthesia or nerve blocks administered by the surgeon while the anesthesia provider monitors the patient's vital signs and selects and administers sedatives. Unlike Genera Anesthesia, the patient maintains his / her heart / lung functions without the direct support of the anesthesia provider. The patient is usually very sedated, but may still be able to hear and respond to his / her medical providers and remember some or all of the procedure. For eye surgery, sometimes the anesthesia provider will numb the eye with a nerve block and provide Monitored Anesthesia Care. The potential complications or side effects of MAC are the same as those reviewed above and below for General and Regional Anesthesia.

Regional Anesthesia: Regional anesthesia involves one of a number of methods for producing numbness in the area of surgery and is performed by the anesthesia provider. Methods of administration include:

- Local: Local anesthesia is injected into and around the area of the surgery.
- Nerve Block: Local anesthesia is injected near the major nerves surrounding the area of surgery.
- Intravenous regional: Local anesthesia is injected into a vein in the arm or leg and thereafter retained in the area through constriction from a tourniquet.

**(CONTINUED ON NEXT PAGE)**

ID / Visit: 64618 / 1     DOS: 03/22/2018
TRIOLO, RICHARD     Sex: M
DOB: ████ 1974     Age: 43
Phys: TOPP, RAYMOND

JBSC_0040

## Venous Thromboembolism (VTE) Risk Assessment

Age: _43_    Weight: _111.8 Kg_

**Exclusion Factors**

___ Local anesthesia planned
___ Monitored anesthesia care / IV sedation planned
___ Patients less than 16 years of age
___ Surgery / procedure time less than 45 minutes    Planned Surgery: _PLIF L5-S1_

### NO FURTHER ASSESSMENT REQUIRED ON EXCLUDED PATIENTS

STEP 1. Identify Clinical Risk Factors (give each item identified the appropriate score)

| Each Risk Factor Represents (1) Point | Each Risk Factor Represents (2) Points |
|---|---|
| ☑ Patient is 41-60 years old | ☐ Patient is 61-74 years old |
| ☐ Scheduled surgery time 45 to 60 minutes | ☐ Arthroscopic or Laparoscope Surgery > 45 mins |
| ☐ HX of gen surgery lasting > 45min in past 30 days | ☐ Malignancy-except skin (present on previous history) |
| ☑ Varicose Veins | ☑ Scheduled major surgery 61 min or greater |
| ☐ Inflammatory Bowel Disease | ☐ Lower extremity immobilizing cast within last 30 days |
| ☐ Swollen legs (present on admission) | ☐ Central venous access less than 31 days pre-op |
| ☐ Obesity (BMI > 30) | **Each Risk Factor Represents (3) Points** |
| ☐ Smoking / Chewing Tobacco use | ☐ Hx of DVT/PE (any time) |
| ☐ Birth Control or Hormone replacement therapy | ☐ Patient is 75 years old or greater |
| ☐ COPD/CHF/ Pneumonia /AFIB | ☐ Hx of any type blood dyscrasia or bleeding disorder |
| ☐ Pregnancy or less than 30 days Post Partum | ☐ Scheduled major surgery with additional medical risk |
| ☐ Immobilization > 3 days pre-op | factors: MI, CHF, Sepsis, or serious lung disease |
| ☐ Use of beach chair positioner during surgery | **Each Risk Factor Represents (5) Points** |
| | ☐ Multiple trauma < 1 month |
| | ☐ Total joint replacement or hip, pelvis or leg fracture |
| | within the last 30 days |
| | ☐ History of stroke and/or TIA |
| ☐ Total Score this column (1) | ☑ Total Score this column (2) |

STEP 2: Total Risk Factor Points
(Total of column 1 and 2)

_Nurse Signature_

STEP3: Determine Prophylaxis

Date: _3/22/18_    Time: _0716_

| Total Points | Risk Level | Select Appropriate Prophylaxis Regimen based on Total Risk Points |
|---|---|---|
| 0-1 | Low | ___ No specific measures; ___ Educate on early ambulation |
| 2 | Moderate | ___ Early Ambulation |
| | | ___ Graduated Sequential Compression Device (GSCD) SCD's |
| 3-4 | High | ___ Early ambulation |
| | | ___ Graduated Sequential Compression Device (GSCD) SCD's |
| 5 or more | Highest | ___ Early Ambulation |
| | | ___ Graduated Sequential Compression Device (GSCD) SCD's |
| | | ___ Heparin 5000u SQ preoperatively, after approval by anesthesia or surgeon |

I have reviewed the above risk factors and have ordered the appropriate prophylaxis.

Physician Signature _____    Date: _3/22/18_    Time: _____

ID / Visit: 54618 / 1          DOS: 03/22/2018
TRIOLO, RICHARD               Sex: M
DOB: ████ 1974               Age: 43
Phys: TOPP, RAYMOND

JBSC_0041

Mar 14 2018 14:22:59 Via Fax                           Vonage

TOPP, RICHARD
ID Visit: 64618 / 1          Gender: M
DOB:        1974            Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

ST. JOSEPH INTERVENTIONAL PAIN SPECIAL:
2970 Hartley Rd. Suite 300
Jacksonville, FL 32257
Phone: (904) 647-9199 Fax: (904) 647-9198

Richard Triolo
Patient ID: 69523467          DOB:      1974    Sex: M    Account No.:
Encounter ID: 161059297    Encounter Date: 03/06/2018
Encounter Type: Office Visit

**SUBJECTIVE:**

Chief Complaint:       Pt. complains of low back pain.

Social History:        Smoking Status: Never Smoked

Allergies:             No known allergies

Review of System:      Constitutional: Pt. denies fever, chills, or generalized malaise. no pyrexia or chills. No weakness or fatigue.
                       Cardiovascular: Denies chest pain, dyspnea, paroxysmal nocturnal dyspnea
                       Respiratory: negative shortness of breath, cough, sputum production
                       Gastrointestinal: No abdominal pain, hematemesis, or melena
                       Genitourinary: Denies blood in urine, pain on urination, frequency, or suprapubic pain.
                       Musculoskeletal: Joint pains or stiffness
                       Neurological: Denies fainting, blackouts, seizures, paralysis. Numbness and tingling in right foot.

**OBJECTIVE:**

Vital Signs:           Height: 74.00 in
                       Weight: 245.00 lbs
                       BMI: 31.45
                       Blood Pressure: 138/89 mmHg
                       B/P Side: Left
                       B/P Position: Sitting
                       Temperature: 97.60 F
                       Pulse: 65 beats/min
                       Resp. Rate: 20

☒ H&P Reviewed        ☐ Patient examined
☐ No changes noted in patient status
☐ Changes noted: _____

☐ Patient appropriate for ASC

MD Signature: _____

Date __3/22/18__  Time __0800__

_____  Date: _____
[Provider]: Reynaldo Pardo, MD

JBSC_0042

2/22/2018                    Encounter – Office Visit Date of service: 02/21/18 Patient: Richard Triolo DCB:        PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | /1974 | T   (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | 8380 Baymeadows Road | | DATE | 02/21/2018 |
| SEX | Male | Suite 17 | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Jacksonville, FL 32256 | | Electronically signed by Raymond Topp at 02/21/2018 12:33 pm | |

---

### Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

---

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo.com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (531) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

---

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

---

### Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

### Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

---

### Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

### Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

### Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

JBSC_0043

2/22/2018.                    Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Tricio DOB:        1974 PRN: TR848077

No environmental allergies recorded

---

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TIZANidine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
| --- | --- | --- | --- |
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symtpoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

### ONGOING MEDICAL PROBLEMS

## Assessment

## Plan

We will proceed with surgical correction including a PLIF L5-S1 at UF Health on 3/7/18. All pre-operative testing reviewed with patient in the office today, all risks and benefits of surgery discussed with patient in full detail. one thoracic lumbar sacral brace (TLSO) was dispensed in the office today, this brace is medically necessary due to patient undergoing surgical correction in the thoracic/lumbar spine. The brace is necessary to help reduce pain by restricting mobility of the trunk and to facilitate healing following a surgical procedure on the spine or related soft tissue. BRACE: L0637 Lumbar-sacral orthosis dispensed in office for sagital/coronal control with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to T9 vertebra, lateral strength provided by rigid lateral frames/panels,procedures intracavitary pressure to reduce load on intervertebral disc, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise.

:::practicefusion

JBSC_0044


#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Hematology |
|---|

## CBC / Differential

| Procedure | Collected Date 02/12/2018 Collected Time 11:52 | Units | Reference Range |
|---|---|---|---|
| White Blood Cell Count | 10.48 | K/mcL | [4.50-11.00] |
| Red Blood Cell Count | 5.10 | mil/mcL | [4.30-5.90] |
| Hemoglobin | 15.2 | g/dL | [13.5-17.5] |
| Hematocrit | 43.6 | % | [41.0-53.0] |
| MCV | 85.1 | fL | [80.0-100.0] |
| MCH | 29.8 | pg | [25.0-35.0] |
| MCHC | 35.0 | g/dL | [30.0-37.0] |
| RDW -Red Cell Distribution Width | 12.9 | % | [11.5-15.5] |
| Platelet Count | 275 | K/mcL | [150-450] |
| MPV | 9.1 | fL | [7.0-11.0] |
| Neutrophils % | 60 | % | [40-75] |
| Lymphocytes % | 20 | % | [15-45] |
| Monocytes % | 8 | % | [3-15] |
| Eosinophils % | 6 | % | [0-7] |
| Basophils % | 1 | % | [0-2] |
| Neutrophils -Absolute | 6.30 | K/mcL | [1.80-8.00] |
| Lymphocytes -Absolute | 2.90 | K/mcL | [1.00-5.00] |
| Monocytes -Absolute | 0.60 | K/mcL | [0.20-0.90] |
| Eosinophils -Absolute | 0.60 H | K/mcL | [0.00-0.45] |

## Coagulation

| Procedure | Collected Date 02/12/2018 Collected Time 11:52 | Units | Reference Range |
|---|---|---|---|
| Protime | 12.0 | sec | [11.8-15.0] |
| INR | 0.9 i1 | | |
| PTT | 28.2 | sec | [22.9-37.8] |

Interpretive Data
i1:   INR
INR THERAPEUTIC RANGES FOR WARFARIN ANTICOAGULATION

Low Intensity Range:   2.0-3.0 (prophylaxis of thrombosis and embolism)
Moderate Intensity Range:  2.5-3.5 (prosthetic valves)

| Patient: | TRIOLO, RICHARD A | MRN: | 3154593 |
|---|---|---|---|
| Admit Date: | 02/12/2018 | DOB/Age: | ▮1974  43 years |
| Discharge Date: | 02/12/2018 | Sex: | Male |
| Print Date/Time: | 02/20/2018 15:11 | Financial #: | 56606601 |
| Report ID: | 47339125 | | |

**LABORATORY CLIENT REPORT**

#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
| --- |

## Urinalysis

| Collected Date | 02/12/2018 | | |
| --- | --- | --- | --- |
| Collected Time | 11:52 | | |
| Procedure | | Units | Reference Range |
| Color -Urine | Yellow | | |
| Clarity -Urine | Clear | | |
| Specific Gravity -Urine | 1.018 | | [1.010-1.040] |
| pH -Urine | 5 | | [5.0-7.5] |
| Protein -Urine | Negative | mg/dL | [0-0] |
| Glucose -Urine | Negative | mg/dL | [0-0] |
| Ketones -Urine | Negative | mg/dL | |
| Bilirubin -Urine | Negative | | [0-0] |
| Blood -Urine | Negative | | |
| Nitrite -Urine | Negative | | |
| Urobilinogen -Urine | Negative | mg/dL | [0.0-1.0] |
| Leukocyte Esterase -Urine | Negative | | [Negative] |

| Patient: | TRIOLO, RICHARD A | | MRN: | 3154593 |
| --- | --- | --- | --- | --- |
| Admit Date: | 02/12/2018 | | DOB/Age: | ▇/1974  43 years |
| Discharge Date: | 02/12/2018 | | Sex: | Male |
| Print Date/Time: | 02/20/2018 14:59 | | Financial #: | 56606601 |
| Report ID: | 47338580 | | | |
| **LABORATORY CLIENT REPORT** | | | | |

JBSC_0046

' #Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Chemistry |
|---|

## Routine Chemistry

| Procedure | Collected Date: 02/12/2018 Collected Time: 11:52 | Units | Reference Range |
|---|---|---|---|
| Sodium | 137 | mEq/L | [135-145] |
| Potassium | 3.9 | mEq/L | [3.5-5.1] |
| Chloride | 105 | mEq/L | [98-110] |
| Carbon Dioxide | 27 | mEq/L | [22-32] |
| Glucose Level | 108 H | mg/dL | [70-100] |
| Blood Urea Nitrogen | 22 | mg/dL | [7-23] |
| Creatinine | 1.11 ᵃ | mg/dL | [0.76-1.50] |
| Anion Gap | 9 | mEq/L | [9-22] |
| Osmolality Calculated | 278 | mOsm/kg | [280-300] |
| Calcium | 9.5 | mg/dL | [8.5-10.1] |
| eGFR Caucasian Male | 72.3 | mL/min | [>=60.0] |
| eGFR African American Male | 87.6 ᴰ | mL/min | [>=60.0] |

## Interpretive Data

I2:    Creatinine
    Venipuncture immediately after or during administration of Metamizole (Dipyrono) may lead to falsely low results
    for Creatinine. Venipuncture should be performed prior to the administration of Metamizole.

I3:    eGFR African American Male
    * Values are race, sex, and age dependent and units are mL/min/1.73m2.
    In the following clinical settings an actual clearance measurement may be
    required: extremes of age or body size, severe malnutrition or obesity,
    diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian
    diet, rapidly changing kidney function, or prior to dosing drugs with
    significant toxicity that are excreted by the kidney. Decreased eGFR for >3
    months to levels of 30-59 is classified by the National Kidney Foundation as
    chronic renal disease, Stage 3, and 15-29 as Stage 4.

| | | | | |
|---|---|---|---|---|
| Patient: | TRIOLO, RICHARD A | | MRN: | 3154593 |
| Admit Date: | 02/12/2018 | | DOB/Age: | ▓▓▓1974  43 years |
| Discharge Date: | 02/12/2018 | | Sex: | Male |
| Print Date/Time: | 02/20/2018 15:11 | | Financial #: | 56606601 |
| Report ID: | 47339125 | | | |
| **LABORATORY CLIENT REPORT** | | | | |



#Baptist South Medical Center
14550 St. Augustine Road
Jacksonville, FL 32258-2460

Baptist Medical Center - South
14550 St. Augustine Road
Jacksonville, FL 32258-2460

| Microbiology |
| --- |

PROCEDURE:    ORSA NA Amplification    ACCESSION:    18-043-03498
SOURCE:    NARES    BODY SITE:
COLLECTED DATE/TIME:    02/12/2018 11:52    RECEIVED DATE/TIME:    02/12/2018 15:46
START DATE/TIME:    02/12/2018 15:46    FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel: 02/13/2018 05:38 Chandler,Hazen
No ORSA DNA detected by Real-Time PCR.
Reference Range: No ORSA detected.
Testing performed by BD Max instrumentation.

Patient:    **TRIOLO, RICHARD A**
Admit Date:    02/12/2018
Discharge Date:    02/12/2018
Print Date/Time:    02/20/2018 15:12
Report ID:    47339119
**LABORATORY CLIENT REPORT**

MRN:    3154593
DOB/Age:    1974    43 years
Sex:    Male
Financial #:    56606601

JBSC_0048

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2460
904-271-6000    www.baptistjax.com

---

### Routine Radiology Procedures

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

Reason For Exam
(XR Chest PA and LAT 2 View) M48.061

Report
PATIENT: TRIOLO, RICHARD A.
MRN #: 03154593
DOD: ▮▮▮ 1974  Sex: M
Physician: Not Known Physician

XR Chest PA and LAT 2 View

HISTORY:Preop

Comparison: None

FINDINGS:
Upright frontal and lateral views of the chest demonstrates adequate depth of
inspiration without evidence of focal consolidation, pneumothorax, or
effusion. The cardiomediastinal silhouette is grossly normal appearing. The
visualized osseous structures are unremarkable.

IMPRESSION:
No radiographic evidence of acute cardiopulmonary abnormality.

REPORT UNREVIEWED UNLESS SIGNED

*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
2/12/2018 1:28 PM: David Ratliff, MD
             David Ratliff, MD

---

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮▮▮1974  43 years |
| Print Date/Time: | 02/13/2018 09:19 | Sex: | Male |
| Report ID: | 47099152 | Financial #: | 56606601 |
| **RADIOLOGY REPORT** | | Attnd Physician: | Physician ,Non Staff |
| BH Radiology Non Staff Physician | | Patient Location: | S-RADO |

Physician Copy
Page 1 of 2

JBSC_0049

Feb. 13. 2018 12:11PM    BMCN Imaging 904-321-1871    No. 3691    P. 3/3

Physician ,Not Known

**BAPTIST**
Medical Center
South

14550 St. Augustine Road
Jacksonville, FL 32258-2480
904-271-6000    www.baptistjax.com

| Routine Radiology Procedures |
|---|

| Accession: | Exam Date/Time: | Exam: | Ordering Provider: |
|---|---|---|---|
| RA-18-0026226 | 02/12/2018 12:05 | XR Chest PA and LAT 2 View | Physician ,Not Known |

Report

Interventional Radiology

DC/dr    D: 02/12/2018 13:28    T: 02/12/2018 13:28    Job#: 5072104

** Final Report **

Reading Radiologist: Ratliff, David C MD

Signed: Ratliff, David C MD
Date/Time: 02.12.18 13:28
(Electronically Signed)

| Patient: | **TRIOLO, RICHARD A** | | |
|---|---|---|---|
| Admit Date: | 02/12/2018 | MRN: | 3154593 |
| Discharge Date: | 02/12/2018 | DOB/Age: | ▮▮1974  43 years |
| Print Date/Time: | 02/13/2018 00:19 | Sex: | Male |
| Report ID: | 47099152 | Financial #: | 56806601 |
| **RADIOLOGY REPORT** | | Attnd Physician: | Physician ,Non Staff |
| BH Radiology Non Staff Physician | | Patient Location: | S-RADO |
| Physician Copy | | | |
| Page 2 of 2 | | | |

JBSC_0050

# Baymeadows MRI

7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667 Fax: 904-683-8419

**PATIENT NAME:**       TRIOLO, RICHARD
**ID NUMBER:**          22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:** SYED ASAD, M.D.
**DATE OF SERVICE:**    04/04/2017

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

**L5-S1** - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

**L4-5** - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

**L3-4** - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

**L2-3** - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

**L1-2** - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

**T12-L1** - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

JBSC_0051



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

**PATIENT NAME:**   TRIOLO, RICHARD
**ID NUMBER:**   22731
**DATE OF BIRTH:**
**REFERRING PHYSICIAN:**   SYED ASAD, M.D.
**DATE OF SERVICE:**   04/04/2017
**PAGE 2**

**IMPRESSION:**
1.  Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2.  Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3.  Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4.  Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/II**    D/D: 04/04/2017    D/T: 04/04/2017                DRSO6843 - 8:47

TRIOLO, RICHARD
ID / Visit: 64618 / 1
DOB: 1█████1974     Gender: M
Phys: TOPP, RAYMOND     Age: 43
DOS: 3/22/2018

# Physician Order For

| Name: | |
|---|---|
| DOB: | |
| Date/Time: | |
| | **Pre-Op Orders:** |
| | 1)Use Standing Routine Pre-Op Anesthesia Orders |
| | 2) 2gm Ancef IV |
| | |
| | **2)Post Op Orders:** |
| | a)Elevate and Ice, as applicable |
| | b)Morphine Sulfate 4mg IV q 3 hours PRN pain |
| | c)Tylenol 1000mg PO q 6 hours PRN |
| | d)Phenergan 12.5mg IV q 8 hours PRN nausea |
| | e)Regular diet |
| | f)D/C IV when tolerating PO well |
| | g)D/C home when vital signs are stable, tolerating regular diet and voiding |
| | h)Please give post-op instruction sheet and check off appropriate meds |
| | |
| | Follow-Up Appointment with Dr. Topp in 7-10 days. |
| | Call (904) 719-7404 |
| | Blake Burrell, PA-C |
| | |
| | Physician's Order Form |

## Jacksonville Beach Surgery Center

### Adult Pre-Operative Orders

| Admit to Jacksonville Beach Surgery Center | | Height: 6'2" | Weight: 111.8K |
|---|---|---|---|
| Allergies / Reaction: ☑None | | | |
| Diagnosis: LUMBAR STENOSIS | | | |

| Date | Time | |
|---|---|---|
| | | ☑NPO after 12 midnight |
| | | ☑Chart Reviewed |
| | | ☐Consent for General Anesthesia AND:<br>☐MAC  ☐Nerve Block  ☐Local  ☐Conscious Sedation |
| | | ☐Start Lactated Ringers ☐1,000 ml ☐500ml KVO rate on all pre-operative patients unless otherwise indicated. May infiltrate with lidocaine 1% (0.1 - 0.5.ml) prior to IV insertion PRN |
| | | ☐Sequential Compression Device (SCD) on all patients 18 years of age or older scheduled for surgery 45 minutes or longer, under general anesthesia, unless contraindicated |
| | | ☐Heparin 5,000 units SQ on abdominoplasty, surgery duration 4 hours or longer, or patient with a history of DVTs, ONLY after consulting the anesthesiologist or surgeon. |
| | | ☐May have antihypertensives, cardiac, and reflux medications the morning of surgery with sips of water.<br>May have PO and IV pain medications as ordered, following signature of consents. |
| | | **Labs:**<br>☐Hgb on all gynecological cases, abdominoplasties, or patients with history of anemia<br>☐Fasting Blood sugar on all diabetic patients<br>☑ECG on all patients with CAD, CHF, Valvular heart disease, Diabetes, Hypertension, CVA/TIA, Hyperlipidemia, history of heavy smoking, Morbid Obesity, Age>45 Males, Age>50 Female.<br>☐Urine Pregnancy test on any menstruating female up to 1 year since last menses<br>☐Other: _____ |
| | | **Evaluations:**<br>☑Medical Eval    ☐Cardiac Eval   ☐Other: _____ |
| | | **Pre-Medication**<br>☑Metoclopramide 10 mg PO    ☑Ranitidine 150 mg PO<br>☐Bicitra 30 ml PO     ☐Ondansetron 4 mg IV   ☐Dexamethasone 10 mg IV<br>☐Labetolol ____ mg IV  ☐Hydralazine ____ mg IV<br>☐Ketorolac (Toradol) ____ mg IV/IM<br>☐Albuterol Premix 2.5 mg/3 ml Normal Saline via nebulizer<br>☐Other: _____ |
| | | Antibiotics per Surgeon's pre-op orders<br>Prep patient per surgeon's orders |
| | | Physician's Signature: _____     Date / Time: 3/22/18  70v<br>Noted By: _____  RN    Date / Time: 3/22/18  0715 |

ID / Visit: 64618 / 1          DOS: 03/22/2018
TRIOLO, RICHARD                Sex: M
DOB: ████ 1974                 Age: 43
Phys: TOPP, RAYMOND

JBSC_0054

## ADMISSION ASSESSMENT

Verified correct patient ___ yes
Verified patient data of birth ___ yes
Date: 3/21/18   Arrival Time: 07:15
NPO@ 2400 Ht 6'2" Wt 246 lbs./kg 111.8
Vital Signs: BP 143/80
T: 98.1   P: 61   R: 18   O₂SAT: 98

### PHYSICAL ASSESSMENT

LOC: ☑Alert   ☐Oriented   ☐Other-see notes
Emotional: ☐Anxious   ☑Calm   ☐Withdrawn
Physical: ☑Moving all extremities   ☐No
If NO, explain:
Respirations: ☐Regular   ☑Unlabored   ☐SOB   ☐Labored
Cough: ☐None   ☐Productive   ☐Non-Productive
Skin Condition: ☑Warm and Dry   ☐Other-see notes
Abdomen:   ☑soft   ☐Bowel Sounds Present
Accucheck: ☑N/A   ☐Home meds verified
Time: _____   BS: _____
Race:
Allergies: NKA
Reactions:
Educational Assessment: ☑Yes   ☐No
Level of understanding: ☐Good ☐Fair ☐Poor
                        ☐ Needs Reinforcement ☐Interpreter
Eval. Method: ☑Verbal ☐Return Demo ☐Written
Pre-Op: Scrub ☐Betadine ☐Hibiclens
     Shave _____ (area)
     ☐Teds   ☐SCDS

Notes: _____
_____
_____
_____
_____

## IV START

Time Started: 0755   Fluid: 1000LR
Type: 18g   Site: RH
Attempts: 1   By: ST
☑Ethyl Chloride   ☐2% Lidocaine Plain

### PRE-OP MEDICATIONS

| TIME | BY | MEDICATIONS | SITE ROUTE |
|------|-----|-------------|------------|
| 0725 | ST | fentac 150mg PO | |
| 0725 | ST | reglan 10 PO | |
| Anesthesia | | Ancef 2gm | IV |

_____ Block: ☐N/A Dr. _____ ☐Rt ☐Lt
Meds per Dr. _____
☐EKG Monitor applied   Time out: _____
O₂ via blow-by @ _____
Responding to verbal stimuli: _____
Intra Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Post Block Vitals: B/P: ___ P: ___ R: ___ O₂SAT: ___
Honan pressure device applied per MD's instructions: _____

### CHECKLIST

| Yes | N/A | NO | |
|-----|-----|-----|---|
| ☑ | ☐ | ☐ | Patient identified / armband |
| ☐ | ☑ | ☐ | Allergies Noted |
| ☐ | ☑ | ☐ | NPO |
| ☑ | ☐ | ☐ | H&P Date |
| ☐ | ☐ | ☑ | EKG |
| ☐ | ☑ | ☐ | LABS |
| ☑ | ☑ | ☐ | Pre-Op Medications given |
| ☑ | ☐ | ☐ | Consent signed |
| ☑ | ☐ | ☑ | Jewelry Removed |
| ☐ | ☑ | ☐ | Dentures Removed U/L  IN/OUT |
| ☐ | ☑ | ☐ | Prep |
| ☑ | ☐ | ☐ | OR Permit Signed |
| ☐ | ☑ | ☐ | Glasses Removed / Contacts |
| ☐ | ☑ | ☐ | Prosthetic Device |
| ☑ | ☐ | ☐ | Metal in Body  L arm |
| ☐ | ☐ | ☑ | Cardiac Clearance |

Responsible Adult   girlfriend
_____ HERE   Amber
_____ Will Return
_____ Need to Call Phone # _____

Nurse Signature: _____

**PRE OP ADMISSION RECORD**

## Jacksonville Beach Surgery Center

ID / Visit: 64518 / 1     DOS: 03/22/2018
TRIOLO, RICHARD              Sex: M
DOB: ▮▮▮1974               Age: 43
Phys: TOPP, RAYMOND

JBSC_0055

# Surgery Center

FA

**TRIOLO, RICHARD**    Gender: M
ID / Visit: 64618 / 1    Age: 43
DOB: ▓▓▓▓ 1974
Phys: TOPP, RAYMOND
DOS: 3/22/2018

## Scheduling Posting Sheet

Date of Surgery: 3/22/18    Time of Surgery: 4:00    Duration: 2 hours

Surgeon: Dr. Topp    Phone: 904-719-9404

Anesthesia: **GENERAL / LOC / MAC / IV SEDATION / LOC ONLY / OTHER:**

Diagnosis: Lumbar Stenosis    ICD-9 M48.06]

Procedure: PLIF  L5·S1    CPT ~~20x 22633,~~
Posterior    CPT ~~22853, 22840,~~
~~20938,~~ 20936,
CPT    38220

Special Equip: C-Arm ⊗    Hardware/Implant Vendor Request: Ken Giddens
Other Special Equip: _____    Rep Contact for Hardware/Implant Vendor: 813-785-0040

Scheduler's Name: Allie    Frozen Specimen? ☐ YES AURORA/email to Nicole W: _____
Cardiac Clearance- Yes/No  Recvd date: _____    Post CT Scan sched w/ _____

Patient Name: Richard Triolo
Address: 1933 Eclipse Drive    Home Ph: (___)
Middleburg, FL 32068    Cell Ph: (631) 603-4863
M / F    Race: ____    Marital States: ____    Wk Ph: (___)
SS#: ▓▓▓▓-7157    Patient's DOB: ▓▓▓▓ ,74
Responsible Party SS#: _____    Subscriber DOB: ___/___/___

Attorney: Medlink /LOP    Phone#: (904) 245-1971
W.C / Auto  Auth#: _____    Adjuster: Matt Terry
Claim Number (___) _____    Date of Injury ___/___/ February 2017
Primary: _____    Phone#: (___) _____
  Policy Holder: _____    Relation: _____
  Plan ID#: _____    Group#: _____
Secondary: _____    Phone#: (___) _____
  Policy Holder: _____    Relation: _____
  Plan ID#: _____    Group#: _____

Entered into HST: 3-2[ ]

JBSC_0056

*vm left about*
*Preop testing*
*2/16/18*

## Jacksonville Checklist:

Name: Richard Triolo

DOB: ████ 174

Surgery: PLIF L5-S1

Facility being performed at: UF Health

☒ approval from company (make sure brace is included)
☒ pre-op appt: 2/21/18 @12pm Logic Diagnostics
☒ surgery date: ~~3/15/18 @12pm~~ 3/22/18 @10am
☒ brace given                                    *at UBSC*
☒ lab work orders + list of blood thinners
       ☒ mailed/handed/left at front desk: _____
☒ labs done
☒ UA done
☒ CXR done
— o EKG done
☒ MRSA swab done
~~o H1C done (if needed)~~
☒ MRI disc in container for preop    make sure its right
   o packet faxed
   o posting given to Blake

after surgery:
   o billing note uploaded (with brace)
   o operative report uploaded
   o f/u appointment made

*Need to call*
*UF Health*
*to Schedule*

**JACKSONVILLE BEACH SURGERY CENTER**
**PRE-OP CLASS SHEET**

Allergies?_____ Latex?_____
**Diabetic: Yes/No** ☐ Oral Med ☐ Insulin (HOLD)
Y/ N-Diet Meds-(otc or Rx/ 2 weeks)_____ - Acid Reflux/GERD: Y/N-med:____
**Have you ever been treated for- MRSA/MDROs/CDIFF/CRE: YES/NO When?___.**
Height:____Weight:____ BMI:____ Out of Country/last 2mos____
Email Address:_____. If so, where:_____

**INSTRUCTIONS**

1. ☐ NPO/12mn____ /Clear Liq(ie. applejuice,water,Gatorade:___.
2. ☐ Take BP or heart meds with sip of water- morning of surgery.
3. ☐ No Jewelry/ Makeup/Nail Polish /Contact lens/ wear loose clothes.
4. ☐ Picture id / insurance card / money due / paper work
5. ☐ Have adult to drive you home and stay with you at home after procedure. Who?____.
6. Sign consents? YES/NO If No, Need POA? Who_____.
7. Any spiritual or cultural issues? YES /NO
8. Smoke? Y/N:__/ how much?____; Alcohol? Y/N:__/how much?____ Taken any Illicit Drugs in last 7 days? Y/N:___/what?_____.
9. Do you/ family have any history of complications with anesthesia? Y/N If Yes,_____.
10. In the past week, have you taken/ or doctor aware of? Y/N
    ☐ ASA (i.e. Excedrin) /Blood Thinners(Coumadin,Plavix,Xarelto, Eliquis)
    ☐ Anti-inflammatory meds (i.e. Motrin, Advil)
11. Have you had a cold, sore throat,fever, cough in past week? Y/N
12. **Heart Problems?** Y/N : ____Heart Surgery _____Stents ____A Fib Chest Pain/Angina / Heart Attack/HearMurmur/Defibulator:_____. **High Blood Pressure: Y/N:** Morning/Night/ SIP OF WATER____.
13. Have you had or been treated for **Lung Problems?** **Asthma/Inhaler Y/N,** TB/ Wheezing/ Sleep Apnea Y/N__C-PAP Y/N
14. **Kidney problems?** Y/N Dialysis? Y/N Labs Y/N_____.
15. History of **Stroke /Seizure? Y/N** When_____ last Seizure:_____.
16. Medical/Cardiac clearance from your primary doctor? Y/N_____.
17. If any emergency arises please call your surgeon's office to cancel. Medicare Reg Changes: Patients Rights(informed decisions);Grievance process(ie.mistreatment,neglect,etc);Advance Directives; Physician's ownership.Sign copy of rights at check in. YES/ NO

Date:____ Time:____ Notified By:_____ or LM w/____
Date:____ Time:____ Notified By:_____ or LM w/____
Date:____ Time:____ Notified By:_____ or LM w/____

jacksonville
beach **Surgery**
**Center**

TRIOLO, HILLHARD
ID / Visit: 64618 / 1      Gender: M
DOB: ███ 1974      Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

## Pre-Anesthesia Patient Questionnaire

Patient Name: _____      Primary care physician/phone number: _____

What is your Age? _____ Height? _____ Weight? _____ lbs  .BMI?_____

Please list any allergies (including food) and the types of reactions:      Anaphylaxis?_____ Latex?_____

| Allergy | Reaction | Allergy | Reaction |
|---------|----------|---------|----------|
| None | | | |
| | | | |

Please list your current medications, including herbal supplements, vitamins and diet pills:

| Medication | Dosage | How often | Medication | Dosage | How often |
|------------|--------|-----------|------------|--------|-----------|
| *See attached* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please list your previous surgeries/procedures and any complications:

| Approx Date | Procedure | Complication | Approx Date | Procedure | Complications |
|-------------|-----------|--------------|-------------|-----------|---------------|
| 3/2000 | Left Forearm Compound Fx | | | | |
| | | | | | |
| | | | | | |

## Medical History:  Have you EVER had any of the following (Please circle YES or NO)?
*Indicates need for additional information

**Heart or Vascular Problems**

| | | |
|---|---|---|
| Yes | (No) | High blood pressure or hypertension? |
| Yes | (No) | High cholesterol or hyperlipidemia? |
| Yes* | (No) | Do you get chest pain or shortness of breath when you climb a flight of stairs or walk up a hill? |
| Yes* | No | Coronary artery disease, angina (chest pain), heart attack, angioplasty (balloon), cardiac stent? |
| Yes* | (No) | Abnormal stress test, heart catheterization, echocardiogram (echo), or electrocardiogram (EKG)? |
| Yes* | No | Congestive heart failure (CHF/Fluid in the lungs)? |
| Yes* | (No) | Cardiac arrhythmia or irregular heart beat (atrial fibrillation)? |
| Yes | (No) | Pacemaker?  If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | (No) | ICD (implantable cardioverter defibrillator)?  If Yes, please complete Pacemaker-ICD Form upon check in. |
| Yes* | (No) | Severe disease of the aortic or mitral heart valves (aortic/mitral stenosis, aortic/mitral insufficiency)? |
| Yes* | (No) | Peripheral vascular disease? |

JBSC_0059


jacksonville
beach **Surgery**
**Center**

Patient Name: _____

### Respiratory or Breathing Problems

Yes / No — Have you ever smoked? Packs per day? _____ How many years? _____ When did you quit? _____
Yes / No — "Wheezing", COPD (Emphysema, chronic bronchitis) or Asthma?
Yes* / No — Do you use oxygen at home?
Yes* / No — Have you visited the emergency room for breathing problems in the past 2 years?
Yes* / No — Upper respiratory infection or new productive cough within the past week?
Yes* / No — Sleep apnea? If so, do you use CPAP to sleep? Yes_____Is CPAP functional/available?_____
No_____ Reason?_____

Yes / No — TB? Treated?

### Neurologic Problems

Yes / No — Stroke (CVA) or mini-stroke (TIA)? If yes, when? _____Residual?_____
Yes / No — Seizures or epilepsy? If yes, when was your last seizure? _____
Yes / No — Neck pain and/or back pain?
Yes / No — Peripheral neuropathy (numbness or tingling in hands, arms, feet, or legs)?

### Endocrine or Metabolic Problems

Yes / No — Diabetes?
Yes / No — Thyroid disease?
Yes / No — Have you taken steroids *within the last year* to treat breathing problems or arthritis?

### Gastrointestinal or Liver Problems

Yes / No — Inflammatory bowel disease (Crohn's or Ulcerative colitis)?
Yes / No — Hiatal hernia, GERD (gastroesophageal reflux disease) or peptic ulcer disease?
Yes* / No — Cirrhosis of the liver?
Yes / No — Hepatitis B or C?

### Kidney Problems

Yes* / No — Kidney failure requiring dialysis? If yes, what days of the week do you receive dialysis? _____
Last labs?_____

### Blood Problems

Yes / No — Anemia (low red blood cells)?
Yes* / No — Thrombocytopenia (low platelet count)?
Yes* / No — Blood clotting problems or excessive bleeding (Hemophilia, von Willebrand's disease)?
Yes / No — Sickle cell disease or trait?
Yes / No — Deep venous thrombosis (DVT) or pulmonary embolism (PE)?
Yes* / No — Do you take any blood thinners (anticoagulants)?
Yes / No — HIV/AIDS?

### Anesthesia Problems

Yes* / No — Do you have a personal or family history of malignant hyperthermia?
Yes* / No — Told that it was difficult to place a breathing tube in your airway (intubation)?
Yes* / No — Had severe nausea/vomiting or other severe reaction after anesthesia?

### Other

Yes / No — Cancer? If yes, what kind? _____(*Head/Neck) Chemotherapy or radiation? If yes, when? _____
Yes / No — Do you refuse to receive a blood transfusion if medically necessary?
Yes / No — Rheumatoid arthritis, Lupus or other autoimmune disease?
Yes / No — Is there a possibility you may be pregnant? Date of last menstrual period _____
Yes / No — Do you drink alcoholic beverages? Average number of drinks per week _2_
Yes / No — Have you been diagnosed with C.Diff/MRSA?
Yes / No — Travel out of the country? When?_____Where?_____
Yes / No — Is there anything else about your medical history not mentioned above? If yes, please describe:

_____
_____

Arymo (30) (morphine)

Hydrocodone/Acetaminophen (10-7)325T

Tizanidine (4mg)

Diclofenac (50mg)

Doxepin (50 mg)

Oxycodone/Acetaminophen 325 mg

TRIOLO, RICHARD
ID / Visit: 64618 / 1        Gender: M
DOB: ████ /1974              Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

JBSC_0061

**Planned Procedure:** _Posterior Lateral Interbody Fusion L5 - S1_

**Meds / Supplements:** (* if taken day of proc.) Beta-Blocker? ☑No ☐Yes
_Morphine, Vicodine, Tizanidine, Diclofenac, Doxepin, Percocet,_

**Age:** 43 Y ☐M ☐D
**Height:** 6'2" ☐inches ☐cm
**Weight:** 111.8 ☐kg ☐lbs ☐gms

**Physical Examination**
Heart: ☑Regular Rhythm ☐Other: _____
Lungs: ☑Clear ☐Other: _____

**Allergies / Reactions:** No Known Allergies ☐

Airway: ☑Adequate ☐Intubated ☐Difficult _____
Mallampati ☐ Dentition: ☑OK ☐↑ Risk of damage - Pt aware
☐Caps / Crowns: ↑↓ ☐Dentures: Full ↑↓ Partial ↑↓
☐Chipped: ↑↓____ ☐Missing: ↑↓____ ☐Loose: ↑↓____

**Past Surgical Procedures:** None ☐
_L arm fx_

The following plan including risks / benefits / alternatives / complications
discussed with & accepted by: ☑Patient ☐Parent
☐Guardian: _____ ☐Via Translator

**Hx Anesth. Problems:** ☑None ☐Yes-Patient ☐Yes-Family

| | |
|---|---|
| ☐Cardiovascular | ☑Negative |
| ☐Functional capacity less than 4 mets | |
| ☐HTN | ☐CAD |
| ☐Dyslipidemia | ☐MI |
| ☐CHF | ☐PTCA |
| ☐PVD | ☐Coronary stents |
| ☐Pacemaker | ☐Valvular Disease _____ |
| ☐AICD | ☐Dysrhythmia _____ |

☐General ☐Spinal ☐Epidural ☐Nerve Block / IV Regional
☐MAC - Medical Necessity:
  ☐Therapeutic drug monitoring secondary or integral to propofol use
  ☐Strong possibility of expansion of procedure
  ☐Successful procedure without MAC unlikely due to:
    ☐History of severe anxiety, panic attacks, and/or phobias
    ☐History of low pain threshold
    ☐History of chronic severe pain
    ☐Other - See patient's history / diagnosis / comorbidities

| | | |
|---|---|---|
| ☐Respiratory | ☐Negative | Sleep Apnea? ☑No ☐Yes |
| ☐Home O2 | ☐COPD | ☐CPAP |
| ☐Recent URI | ☐Asthma | |
| ☐Smoking: ___ ppd × ___ yrs. → Quit ___ ago | | |

☐Arterial line ☐Central venous cath ☐Pulm artery cath ☐TEE
☐Possible postop vent ☐Other: _____

| | |
|---|---|
| ☐Neurologic | ☑Negative |
| ☐Dementia | ☐CVA |
| ☐Neuropathy | ☐TIA |
| ☑Back Pain | ☐Altered Mental Status |
| ☐Neck Pain | ☐Seizures |

☐Postop pain management discussed: ☐PCA ☐Epidural
☐Spinal Opiate   Nerve Block: ☐Single shot ☐Continuous
ASA: ☐1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐E     Preop Evaluation by:
_Signature_ 3/22/18 7:30

| | |
|---|---|
| ☐Endocrine | ☑Negative |
| ☐Diabetes ☐I ☐II Thyroid: ☐Hyper ☐Hypo | |
| ☐GI/Hepatic | ☑Negative |

Data ☐Labs N/A ☑Medical Eval reviewed
H/H: ___ / ___ PLT: ___ K: ___ PT/INR/PTT: ___
Preg test: ☐Neg ☐Pos Glucose: ___ at ___ (time)
EKG: ☐Normal or: _____
CXR: ☐Normal or: _____

| | |
|---|---|
| ☐GERD | ☐Hepatitis ____ |
| ☐Cirrhosis | ☐Obstruction |
| ☐Renal | ☑Negative |
| ☐CKD - Dialysis: | ☑No ☐Yes - Last dialysis ___ |
| ☐Hem/Onc | ☑Negative |
| ☐Anemia | ☐Coagulopathy |
| ☐Blood refusal | ☐Cancer _____ |
| ☐DVT | ☐Chemo ☐Radiation |
| ☐Immune/ID | ☑Negative |
| ☐Rheum Art | ☐Autoimmune Disease |
| ☐HIV | ☐Ongoing Infection |
| ☐Other | ☑Negative |
| ☐Obesity | ☐ETOH Abuse |
| ☐Depression | ☐Drug Abuse |
| ☐Glaucoma | ☐Difficult IV access |
| ☐Pregnant (EGA ___ weeks) | |

**Remarks:**

**Pre-Proc. Eval (Must be completed day of procedure only):**
☑Pre-evaluated and following changes noted: ☐None

BP: 143 / 80 HR: 61 SpO2: 98 %
RR: 13 Temp: 98° NPO time: 2100

_Signature MD/DO_ 3/22/18 7:30

**Jacksonville Beach Surgery Center**
**PRE-OPERATIVE ANESTHESIA EVALUATION**

REV DATE: 03/11
PAGE 1 OF 1

ID / Visit: 64618 / 1        DOS: 03/22/2018
TRIOLO, RICHARD            Sex: M
DOB: ___ 1974              Age: 43
Phys: TOPP, RAYMOND

JBSC_0062



## ADULT
## PAIN ASSESSMENT & MANAGEMENT FLOWSHEET
## (8 YEARS AND OLDER)

### PRE-PROCEDURE

Date __3/22/18__   Do you have any pain anywhere NOW? Yes or No

If yes, explain the location of the pain & how long its been present __Lumbar__

Pain Quality: (circle) ache burn sharp dull pressure crushing throb

If unable to describe, explain _____

Pain radiation: Where does your pain radiate? __(L) leg__

How does the patient treat / manage their pain at home? __Stretching__

What makes the pain worse? __Sitting or standing too long__

Current pain medications: __Oxycodone, Hydroco...__ Effectiveness __yes__

Evaluator's Signature: _____

Adult Pain Scale  0----1----2----3----4----5----6----7----8----9----10      OVERALL PAIN /10

No Pain          Moderate Pain          Worst Pain

### POST-PROCEDURE

Pain Location __back__

Pain Severity: 0----1----2----3----4----5----6----7----8----9----10

Intervention: Yes or No

Effective: Yes or No

Pain Level:  0----1----2----3----4----5----6----7----8----9----10

Re-intervention:  Yes or No

Patient discharged with Rx:  Yes or No    filled @ home

Pain Level on discharge Number: __4__ /10

Patient advised to call surgeon if Rx prescribed ineffective  Yes or No

Nurse's signature: _____

## Jacksonville Beach Surgery Center

ID / Visit: 64618 / 1        DOS: 03/22/2018
TRIOLO, RICHARD           Sex: M
DOB: ▮▮▮▮ 1974             Age: 43
Phys: TOPP, RAYMOND

## OPERATING ROOM RECORD

| | IN ROOM TIME | INCISION START | INCISION END | EXIT O.R. | O.R. SUITE. | TEMP HUMIDITY |
|---|---|---|---|---|---|---|
| | 0806 | 0910 | 1153 | 1210 | 3 | 67/32 |

Date: 03/22/2018

Patient ID: _X_ ID Band ___ Verbal ___ Next of Kin
Time Out: 0819/0848
Allergies: NKDA
Skin Intact ☑Yes ☐No Explain ___ Verified Correct Patient: ☑
Unusual Condition Noted _____

- Correct Birthdate: ☑
- Correct Procedure: ☑
- Correct Site Verified: ☑
- Informed Consent Signed: ☑

**Wound Classification**
I - Clean  II-Clean-contaminated
III - Contaminated  IV – Dirty
Site I ___  Site II ___

Dressing: TEGADRM
SKN Fiy
Packing: MBTISUL
TCLM STRIP
Drains ☑Foley IN OZ TB
☐Other 16RZ

Surgeon: TOPP
Assistant: NATE
Circulating Nurse: BENSAH
Scrub Nurse/Tech: M CURRY
Laser Nurse: ROB KEN

Anesthesiologist: THOMAS
CRNA: CROWTHR
Relief and Time: M2HO 0910
Relief and Time ___
Other: TOM DANA

| Count | | Laser unit ☐Yes ☑No  Tourniquet  ☐Yes ☑No |
|---|---|---|
| No Count | | Total energy time ___ |
| Needles | | Cautery pad ☑Yes ☐No Lot **3M** 1179 ne up |
| Raytec | | Site FDA 202012 PM e down |
| Laps | | Bipolar ☐Yes ☑ 2020-12 ressure |
| Other | | Setting 20 |
| | | Serial # ___ Serial # |
| Counts correct ☑Yes ☐No | | Settings: Coag 45 Cut 45  Applied by |
| Surgeon Informed ☑Yes ☐No | | Applied by TR RN |
| | | Skin Intact ☑Yes ☐No |

Implants: Nel

☑See Reverse

**SAFETY STRAP**

| Arms | L | R |
|---|---|---|
| Flexed | | |
| Abducted | X | |
| Adducted | | |
| Tucked at sides | | |
| Padded armboards | X | |

Prep: ☐betadine scrub ☐betadine solution ☑hibiclens scrub ☐hibiclens solution ☑alcohol ☑duraprep ☐chloraprep ☐other___
☐Shaved with clipper: Area prepped ___
Position: ☐Supine ☑Prone ☐Lithotomy ☐Jacknife ☐Lt. Lateral ☐Rt. Lateral ☐Other___
Positioning Aids: ☑Egg crate☑Bean bag☑Pillows☐Jacknife☐Chest rolls☑Axillary rolls☐Shoulder roll☐Padded kneeholder☐Padded stirrups
☐Thigh-high TED hose ☑SCD stockings ☑Warm touch / hypothermia machine
Preoperative Diagnosis: LUMBAR STENOSIS

Operation: PLIF L5S1

Postoperative Diagnosis: SAA

Specimens sent: ∅
C-arm/Rad. Tech KENNY
Cultures: ___
F/S: ___

Medications: .25 % Marcaine with / without ___ : ___ % Xylocaine with / without___ Irrigation solution ___
Depomedrol ___ mg Celestone Soluspan ___ mg Duramorph ___ mg  500cc NS 50,000 BACIN
Other: 5000 THROMBIN X2+1 cc EXPAREL / 1gram VANCO
TO or VIA ☑stretcher ☐crib ☐carried by ___ Siderails up? ☑Yes ☐No  Trays: ___
TO PACU VIA ☑stretcher ☐crib ☐carried by ___ ICU JOCANA  Siderails up? ☑Yes ☐No
Nurse Notes ___ 10cc .25MARCAH 5 EPF

RN Signature _____

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1  DOS: 03/22/2018
TRIOLO, RICHARD  Sex: M
DOB: ___ 1974  Age: 43
Phys: TOPP, RAYMOND

JBSC_0064



i≡FACTOR Bone Graft
REF 700-050
LOT 18C0435   Cerapedics, Inc.
☒ 2021-01-31

SURGIFLO Hemostatic Matrix
LOT 251800   ⧗ EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.

SeaSpine   Ventura™ NM Implant
11x32x10mm, Sterile
REF 33-8310-S   LOT SM032A-M   ☒ 2021-12-09
MAT'L: PEEK-OPTIMA®, Tantalum, Titanium   STERILE R
SeaSpine Orthopedics Corporation, 5770 Armada Drive, Carlsbad CA, 82008 USA
Tel:(760)727-8399 Fax:(760)727-8809   U33-8310-8-30A

SURGIFLO Hemostatic Matrix
LOT 251800   ⧗ EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.

6.5 x 45 screw   x 2
6.5 x 40 screw   x 2
45 mm Rod   x 2

## Jacksonville Beach Surgery Center

### PATIENT, PROCEDURE AND SITE VERIFICATION
### TIMEOUT CHECKLIST
*(Each step to be addressed / signed)*

| ACTION | DATE / TIME | BY |
|---|---|---|

**HOLDING AREA STAFF**

a.) Correct site marked "YES"

b.) Correct patient, procedure and site verified
with patient / family

c.) Correct patient, procedure and site verified
with history & physical, physician
order, informed consent and schedule



**OPERATING ROOM SATFF**

d.) Correct patient, procedure, site verified by
circulating / procedure nurse and
informed consent

e.) Prior to incision " TIME OUT" is called:
Correct patient, procedure and site
verified by surgeon / physician
by surgical / procedural team with
the informed consent

f.) Prior to introduction of implant onto sterile
field "TIME OUT" is called:
Correct patient, procedure, site, and
type and/or power / size of implant is
verified by Surgical team

ID / Visit: 64618 / 1       DOS: 03/22/2018
TRIOLO, RICHARD            Sex: M
DOB: ____ 1974             Age: 43
Phys: TOPP, RAYMOND

JBSC_0066

| Date | OR# or Location: | Anes PreOp Prep □None | Anes Time | Procedure Time | | Out of Room | Anes Time End |
|---|---|---|---|---|---|---|---|
| | | START | END | START | START | END | |
| MM/DD/YY | 3 | 8H:00 | 8H:05 | 8H:04 | 8:55 | HH:53 | 12:10 | 12:14 |

| Anes PreOp Time used to: | If Pt on Beta-Blocker: | IV Antibiotic Name | Dose | Start Time |
|---|---|---|---|---|
| ☑Check consents & review chart / plan with Pt | □Taken in past 24 hrs | Ancef | TT | □mg ☑grams | 8H:20 |
| □Start IV □ | □Given in O.R. | | | □mg □grams | HH:MM |
| Premeds given by RN in Holding Area: | □Contraindication: | | | □mg □grams | HH:MM |
| □Midazolam___mg  □Ondanestron___mg | □Heart rate less than 50 | | | □mg □grams | HH:MM |
| □_____ □_____ | □Hypotension | □Not Indicated based on Pt history and/or procedure | | |
| □_____ □_____ | | □Intentionally given after Incision | | 8  45 |

| Patient Safety | ☑Equipment checked ☑Audible alarms on | Anesthesia Time-Out at: | 8H:04 | (includes re-evaluation of Pt. Immediately preinduction – see first set of vital signs) | Surgical Time-Out at: | 8H:MM |
|---|---|---|---|---|---|---|

| Monitoring and Equipment | □Precordial Steth ☑Esophageal Steth □IntraOp Forced Air Warming Device | NIBP: □Right ☑Arm □Left □Leg □↑ □↓ | every 5 min | □Nerve Stimulator □Cell Saver □Fluid Warmer | □Intentional Hypothermia □TEE □Other: |
|---|---|---|---|---|---|

| Invasive Lines | □A-line □Central venous catheter □Nasogastric Tube □Orogastric Tube | □PA catheter (See Procedure Note for line insertion by Anesthesia) ☑IVs (Size & Site): # 18g (R)hand # |
|---|---|---|

| Anesthesia Type | ☑General □IV Regional □Nerve block by Anesthesia for postop pain (See attached Procedure Note) | □MAC □Axillary Block | □Spinal □Interscalene Block | □Epidural □Other Block: |
|---|---|---|---|---|

| Airway | Induction: ☑IV □IM □Inhalation ☑Pre-O2 □Rapid sequence Size___ | Device: ☑Oral Airway □Nasal Airway □Mask □LMA | Blade ☑Curved # 3 □Straight #___ □Video Laryngoscopy □N/A: ETT in place ☑Stylet ☑Atraumatic □Difficult □Blind □Awake □Fiberoptic | Endotracheal Tube Size 8.0 ☑Oral □Nasal □Trach ☑ETCO2 Increase ☑BSBE Secured at 22 cm □Cuff up to seal □Double Lumen ETT Size___ □Lt □Rt □Bronch Blocker □Isolation Check |
|---|---|---|---|

| Spinal Anesth | Position: □Sit □Rt Lat □Lt Lat | □Aseptic Technique: □Betadine □Alcohol □DuraPrep |
|---|---|---|
| | Interspace:_____ □Local infiltration | Spl Needle:___ g □Pencil Point □Other:___ # of attempts:___ |
| | Paresthesia: □None □Location:_____ | Med: ☑Bupivacaine 0.75%___ mL |
| | CSF: □Clear □Cloudy □Bloody | □_____ Fentanyl___ mcg Duramorph 0.__ mg |

| Position | Eyes: ☑Taped Shut ☑Lubricated ☑Shield □Head / Neck neutral □Axillary roll ☑Pressure points protected |
|---|---|
| | Extremities: □Arm(s) & elbow(s) on padded armboard at less than 90° with palm: □up □down □Arm(s) tucked neutral position |

| Emergence | ☑Adequate NIF, TV, SaO2, head lift □Suctioned / Extubated | Name of Responsible MD/DO at Emergence: PRINT LAST NAME |
|---|---|---|
| | □Intubated □Direct to ICU □O2 for transport | |

| Post-Procedure General Condition: | ☑Stable ☑Dentition intact □Other: | BP: 130/79 | HR: 76 | RR: 14 | TEMP: 96.9 | SpO2 99 % |
|---|---|---|---|---|---|---|

| Post-Op Diagnosis: Lumbar Stenosis | Personnel |
|---|---|
| | Surgeon(s): TOPP LAST NAME(S) |
| Procedure PLIF L5-S1 | Anesthesiologist(s): PRINT LAST NAME(S) |
| | CRNA(s) / AA(s): PRINT LAST NAME(S) |
| | Remarks: |

| Crystalloid: 2950 | IN (mL): | FTP: | OUT (mL) | Post-Anesthesia Evaluation: BP: 0/82 HR: 78 RR: 16 Temp: 96.9 SpO2: 99 % |
|---|---|---|---|---|
| Albumin: | PRBCs: | PLTs: | EBL: 100 | Mental Status: □Arousable ☑Awake □See Notes Cardiac / Resp □Airway Status: ☑Stable □See Notes |
| Hetastarch: | Cell Saver: | Cryo: | Urine: | Complications □None □See Notes (e.g. excessive pain, nausea/vomiting, inadequate/excess hydration) |
| | | | | Signature MM/DD/YY 12:40 |

**Jacksonville Beach Surgery Center**
**ANESTHESIA RECORD**

REV DATE: 03/11

PAGE 1 of □

ID / Visit: 64618 / 1
TRIOLO, RICHARD
DOB: ____1974
Phys: TOPP, RAYMOND

DOS: 03/22/2018
Sex: M
Age: 43

| AGENTS | TIME: | Pre-Op | 00 | 30 | 00 | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Midazolam (mg) | | | | | | | | | | | | | | | | |
| ☐ Fentanyl (mcg) | | | | | 50 | | | | | | | | | | | |
| ☐ Propofol (mg) | | | | | | | | | | | | | | | | |
| ☐ Propofol (mcg/kg/min) 90 Kg | | 50–50 | 50–50 | | | | | | | | | | | | | 1180 |
| Dilaudid | | | .4 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ O2 (L/min) ☐ Via N/C   ☐ Via F/M | | 1.5–1.5 | | | | | | | | | | | | | | |
| ☒ N2O   ☐ Air (L/min) | | 1.5–1.5 | | | | | | | | | | | | | | |
| ☐ Isoflurane ☒ Sevoflurane ☐ Desflurane (%) | | 1.2–1.2 | | | | | | | | | | | | | | |
| ☐ Lidocaine (mg) | | | | | | | | | | | | | | | | |
| ☐ Etomidate (mg) | | | | | | | | | | | | | | | | |
| ☐ Succinylcholine (mg) | | | | | | | | | | | | | | | | |
| ☐ Vecuronium (mg)   ☐ Rocuronium (mg) | | | | | | | | | | | | | | | | |
| ☐ Cisatracurium (mg) ☐ Pancuronium (mg) | | | | | | | | | | | | | | | | |
| ☐ Neostigmine (mg)  ☐ Glycopyrrolate (mg) | | | | | | | | | | | | | | | | |
| ☐ Pitocin (Units) | | | | | | | | | | | | | | | | |
| ☐ Metoprolol (mg)   ☐ Labetalol (mg) | | | | | | | | | | | | | | | | |
| ☐ Ephedrine (mg) | | | | | | | | | | | | | | | | |
| ☐ Phenylephrine (mcg) | | | | | | | | | | | | | | | | |

| FLUIDS | LR 2100 → | | | | 2900 | | | |
|---|---|---|---|---|---|---|---|---|

| EBL | | | | | | | |
|---|---|---|---|---|---|---|---|
| Urine Output | | | | | 300 | | |
| BIS | | | | | | | |
| ETCO2 | | 44 | 45 | 43 | 42 | 41 | |
| Pulse Oximeter SpO2 | | 98 | 98 | 98 | 98 | 98 | |
| FIO2 | | .51 | .51 | 1.0 | 1.0 | 1.0 | |
| EKG | | 50 | 52 | 52 | 50 | 52 | |

Signature(s) of Responsible Provider(s) at Induction:

Date: _____ Time: _____

Date: 3-22-18 Time: _____

| Ventilator Mode / PIP | | | | | | | |
|---|---|---|---|---|---|---|---|
| TV x Rate | | 65.8 | 861.8 | 170.8 | 660.8 | | |
| Temp - Esoph/Skin/Rectal/Bladder/Nasal AX | | 74.4 | 54.2 | 34.6 | 34.1 | | |
| Position: ☐ Su ☐ La ☐ U ☐ Si ☐ J ☐ P | | Prone | | | | | |
| Tourniquet ( + )( – ) | | | | | | | |
| Interval Monitoring MD/DO in OR | | | | | | | |
| Remarks: | | | | | | | |

Jacksonville Beach Surgery Center
ANESTHESIA RECORD

*ANES*
FORM # REV DATE:03/11

TRIOLO, RICHARD
ID / Visit: 64518 / 1    Gender: M
DOB: ▓▓▓ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

First

JBSC_0068

| AGENTS: | TIME: | Pre-OR | 8:00 | | 30 | | 9:00 | | 30 | | 10:00 | | 30 | | 11:00 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CONTROLLED MEDICATIONS**

| | |
|---|---|
| ☐ Midazolam (mg) | 2 — mg |
| ☐ Fentanyl (mcg) | 50 50 — mcg |
| ☐ Propofol (mg) | 250 — mg |
| ☐ Propofol (mcg / kg / min) 90 | 100 — 100 — 100 — 75 — 75 75 — 50 50 — 50 50 .2 .2 — mg |
| Dilaudid | |

| | |
|---|---|
| ☑ O2 (L/min) ☐ Via N/C ☐ Via F/M | 6 2 — 1.5 — 1.5 1.5 — 1.5 — 1.5 — 1.5 — 1.5 |
| ☑ N2O ☐ Air (L/min) | 2 — 1.5 — 1.5 1.5 — 1.5 — 1.5 — 1.5 — 1.5 |
| ☐ Isoflurane ☑ Sevoflurane ☐ Desflurane (%) | 9 — 1.16 — 1.4 1.2 — 1.2 — 1.1 — 1.2 — 1.1 |
| ☑ Lidocaine (mg) | 50 |
| ☐ Etomidate (mg) | |
| ☑ Succinylcholine (mg) | 160 |
| ☐ Vecuronium (mg) ☑ Rocuronium (mg) | 8 |
| ☐ Cisatracurium (mg) | |
| ☐ Neostigmine (mg) ☐ Glycopyrrolate (mg) | |
| ☐ Pitocin (mg) | |
| ☐ Metoprolol (mg) ☐ Labetalol (mg) | |
| ☐ Ephedrine (mg) | |
| ☐ Phenylephrine (mcg) | |
| Zofran | |
| Decadron | 4 8 |

| | |
|---|---|
| FLUIDS | 1/2 |
| EBL | |
| Urine Output | |
| BIS | |
| ETCO2 | 42 44 43 42 42 43 44 47 43 44 45 45 |
| Pulse Oximeter SpO2 | 99 99 99 99 97 99 98 99 99 99 99 99 |
| FiO2 | |
| EKG | |

**Signature(s) of Responsible Provider(s) at Induction:**

Date: 3/22/18  Time: 806

Date: 3/22/18  Time: 806

| | 200 | | | | | | | | | | | | | | | 200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 150 | | | | | | | | | | | | | | | 150 |
| | 100 | | | | | | | | | | | | | | | 100 |
| | 50 | | | | | | | | | | | | | | | 50 |

| Ventilator Mode / PIP | | SV | CV | CV | CV | CV | 21 | CV 20 | CV 2 | CV | CV 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV x Rate | | | 649.8 | 660.8 | 676.8 | 660.8 | 660.0 | 648.8 | 660.8 | 660.8 | 660.8 |
| Temp = Esoph / Skin / Rectal / Bladder / Nasal | | 34.6 | 34.7 | 34.7 | 34.7 | 34.7 | 34.8 | 34.7 | 34.0 | 34.7 | 34.7 |
| Position: ☐ Su ☐ La ☐ Li ☐ Si ☐ J ☑ P | | Su — Prone |
| Tourniquet ( ↑  ↓ ) | | |
| Interval Monitoring MD/DO in OR | | |

**Remarks:** Smooth induction – turned carefully prone ē 6th help on Wilson frame — Brachial plexus padding placed. Face protected – no pressure. Arms ↑↑ ē stretch or pressure on padded boards.

Jacksonville Beach Surgery Center
ANESTHESIA RECORD

REV DATE: 03/11
PAGE ☐ of ☐

ID / Visit: 64618 / 1        DOS: 03/22/2018
TRIOLO, RICHARD           Sex: M
DOB: ▇▇▇ 1974              Age: 43
Phys: TOPP, RAYMOND

JBSC_0069

**Adult PACU Orders**

| Admit to PACU | | Height: | Weight: 111.8 |
|---|---|---|---|
| Allergies / Reaction: ☑None | | | |
| Diagnosis: LUMBAR STENOSIS | | | |

| Date | Time | |
|---|---|---|
| | | Allergies: |

Admit to recovery with vital signs per protocol

☑ Monitor: BP, EGG, RR, SPO2. Monitor Temperature on all General and cases over 60min.

☐ Oxygen via:         ☐ Nasal cannula @ _____ L/min.

☐ Face mask or tent @ _____ L/min.

NPO until fully alert; then liquids as tolerated

Continue IV fluids @ KVO, unless otherwise indicated and ordered by Anesthesia

☐ Labs: FSBS all Insulin dependent Diabetic patients

☐ Warming blanket to maintain temperature no less than 36°C

For Analgesia: New orders for prn dose ranges should be dispensed at the lower dose initially

☐ Demerol (Meperidine) 12.5 mg IV, for shivering, may repeat x 1 in 15 mins.

☐ Demerol (Meperidine) 25-50mg IV PRN pain, to maximum dose of 100mg

☐ Fentanyl (Sublimaze) 25-50mcg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum dose of 100mcg.

☐ Morphine 2-4mg IV PRN pain; May repeat every 5 min. until adequate pain relief, to maximum of 10mg

☑ Dilaudid 0.2mg IV PRN pain, repent every 5 min. until adequate pain relief, to maximum of 1mg

☐ Toradol (Ketorolac)   ☐ 15 mg IV   ☐ 30 mg IV Other:

Oral Analgesia:

☑ Demerol 50 mg tablet: one tablet PO PRN pain x 1

☐ Percocet 1-2 tablets PO PRN pain x1

☐ Lortab 1-2 Tablets PO PRN pain x 1

☐ Lortab Elixir 7.5-15ml PO PRN pain x

For Nausea / Vomiting

☐ Ondansetron 4mg IV PRN nausea / vomiting x 1 ☐

☑ Phenergan 25mg Tablet PO/PR PRN nausea / vomiting x 1

☑ Other: _Valium 5g po x1_

If patient received Ofirmev in OR, please consult Anesthesia prior to administration of post-op pain medication.

NOTE: Notify anesthesiologist if inadequate pain relief after maximum dosage reached, or significant side effects occur.

KVO IV fluids until adequate PO intake, unless otherwise indicated.

☑ Discharge to home after meeting discharge criteria, instructions and prescriptions as indicated by surgeon.

☐ Transfer to _____

Physician's Signature _____ Date / Time: _____

Noted By: _____ RN   Date / Time: _____

**PACU Discharge Evaluation**

BP: 118/76  HR: 62  RR: 18  TEMP: 98°  SpO2: 99% @Time 1515

☑ Stable Cardiac / Resp / Airway Status

☐ Awake Mental status

☐ Pain controlled and/or consistent with anticipated post op discomfort

☑ Adequately hydrated

☑ Nausea and vomiting controlled

☑ No Complications

☐ See notes

I have evaluated the patient's recovery from Anesthesia prior to Discharge. The patient is recovering properly and has met discharge criteria. The patient understands D/C instruction and pain medication has been ordered by surgeon if indicated.

Physician's Signature: _____ Date / Time: 3/22/18

ID / Visit: 64618 / 1        DOS: 03/22/2018
TRIOLO, RICHARD            Sex: M
DOB: ████ 1974            Age: 43
Phys: TOPP, RAYMOND

JBSC_0070

Please
Fill Out



Medication Reconciliation Form

Discharge Medications

Pre-Operative Medications

| Routinely Taken Medication Name (includes OTC & Herbals) | Dose | Frequency | | Resume Yes | Resume No | New Med Yes/No |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Routine Medications Held for Surgery** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **New Prescriptions added** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

X _____
Patient or Responsible Party Signature

TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB: ____ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

Signature
X _____
Patient or Responsible Party Signature



Arymo (30) (morphine)          (continue)

Hydrocodone/Acetaminophen (10-)325 T ★ DO NOT continue

Tizanidine (4mg)          (Continue)

Diclofenac (50mg)  · ★ DO NOT take

Doxepin (50 mg)          (continue)

Oxycodone/Acetaminophen 325 mg

Do NOT take Hydrocodone while

TRIOLO, RICHARD
ID / Visit: 64618 / 1    Gender: M
DOB: ████ 1974    Age: 43
Phys: TOPP, RAYMOND
DOS: 3/22/2018

# PACU RECORD

Time In: 1211   Allergies: NKDA

Procedure: POSTERIOR LATERAL INTERBODY FUSION L5-S1.

Types of Anesthesia: ☑General ☐M.A.C. ☐Local ☐Block ☐IV Sedation ☐Spinal

ME   O₂Sat   Temp: 96⁷   Post Op Accucheck:

**Post Procedure / Assessment:**

Position: ☐supine ☐sidelying ☑semi-fowlers
Neurological: ☐awake ☐alert ☐oriented ☑drowsy / arousable ☐other
Respiratory: ☑regular / unlabored ☐other
Skin: ☑warm / dry ☐cool ☐pale ☐diaphoretic ☐other
Abdomen: ☑soft ☑non-distended ☐active BS ☐diaphoretic
☐firm ☐distended ☐tender
Oxygen: ☐R/A ☑nasal cannula 3 L ☐Aerosol ___ %
Dressings: Vegas cc — dry OS to back

**Supplies & Equipment – Check Those Items Used or In Place**

| | | |
|---|---|---|
| ✓ Ice Bag | | Sling |
| Catheter | | Post op Shoe |
| Peripad | | Knee Immobilizer |

O² DICFO 13♾

| | PAIN SCORE | adm | 20 | 1430 | | D/C |
|---|---|---|---|---|---|---|
| Moves 4 limbs voluntarily/on command +2 / 2 limbs voluntarily/on command +1 / 0 limbs voluntarily/on command +0 | ACTIVITY | 2 | 2 | 2 | 2 | |
| Deep breath and cough frequently +2 / Shallow / dyspneic / labored breathing +1 / Apnea +0 | RESPIRATION | 2 | 2 | 2 | 2 | |
| BP+/-20% of preanesthetic level +2 / BP+/-20%-50% of preanesthetic level +1 / BP+/-50% of preanesthetic level +0 | CIRCULATION | 2 | 2 | 2 | 2 | |
| Awake / alert +2 / Arousable +1 / Not Responding +0 | CONSCIOUSNESS | 1 | | 2 | 2 | |
| Pink color within normal level +2 / Pale / dusky / blotchy +1 / Cyanotic +0 | COLOR | 2 | 2 | 2 | 2 | |
| | TOTALS | 9 | | | 10 | |

Pain Level (1-10) | 8 | 7 | 8 | 6 | 6 | 5 | 4 | 1 |

| Time / Medication | route / site | Signature |
|---|---|---|
| 1230 Dilaudid 2 IV | | ES |
| 1233 Dilaudid .50 IV | | ES |
| 1235 Dement SR po | | ES |
| 1235 Phenergan 25 po | | ES |
| 1240 Dilaudid .7 IV | | ES |
| 1250 Dilaudid .50 IV | | ES |
| 1255 Valium 5 po | | ES |
| 1310 Dilaudid .50 IV | | ES |

I.V. in progress ✓R

I.V. discontinued @ 14:15   site healthy / catheter intact

Total: OR / PACU   2900   700 = 3600   PO PACU   Output

Signature: ES

Discharged @ 1540   Mode: Amb ☐ WC ☑ Carried ☐ Other ☐ _____

**Discharge Criteria / Evaluation**

| | Yes | N/A |
|---|---|---|
| Vital signs stable | ✓ | |
| Pain controlled | ✓ | |
| Controlled nausea / no vomiting | ✓ | |
| Absence of respiratory distress | ✓ | |
| Absence of significant bleeding / drainage | ✓ | |
| PO fluids tolerated | ✓ | |
| Ambulates with minimal assist / not dizzy | ✓ | |
| Ability to void if applicable | ✓ | |
| Responsible adult escort | ✓ | |
| PAR score 10 or = to. pre-procedure | ✓ | |
| Prescriptions returned to patient @ home | | ✓ |
| Discharge instruction given: Verbal, written & return demo if applicable | ✓ | |
| Patient / family verbalizes understanding | | |
| Pediatric pts cleared by Anesthesia for d/c | | ✓ |

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1   DOS: 03/22/2018
TRIOLO, RICHARD   Sex: M
DOB: ____ 1974   Age: 43
Phys: TOPP, RAYMOND

JBSC_0073

## PACU NURSES NOTES

TIME:

Printed Discharge Instruction Given per:

Surgeon _____✓_____          Anesthesia: ___✓___

Returned Valuables __✓__          Glasses ___Ø___

Dentures ___Ø___          Rx Given ___Ø Line___

Accompanied To Car By:

Family __✓__ Friend ___ Staff __✓__

RN Signature _____

| | |
|---|---|
| 1240 | MAEW. c/o severe pain. tih etc IV Dilaudid, po Norcual + phenergan given |
| 1300 | c/o severe pain valium 5m given po. |
| 1400 | some relief obtained |
| 1415 | up walk + to RR voided. |
| 1430 | awaiting ride |
| 1515 | walk halls w/ nurse. waiting for ride. |
| 1540 | D/C to home w/ girl friend |

ID / Visit: 64618 / 1          DOS: 03/22/2018
TRIOLO, RICHARD          Sex: M
DOB: ▓▓▓▓ 1974          Age: 43
Phys: TOPP, RAYMOND

JBSC_0074

| DATE | PROGRESS / DISCHARGE NOTES |
|---|---|

Pre/Post Diagnosis:

Lumbar Radiculopathy
Same

Procedure: PLIF L5-S1

Surgeon: Topp / Burell

Anesthesia:

Findings: DDD, Spondylosis

EBL: 100 cc

Complications: Non Known

Condition to RR: Stable

iEFACTOR® Bone Graft
REF 700-050
LOT 18C0435   Cerapedics, Inc.
             11025 Dover Street, #1600
2021-01-31   Westminster, CO 80021
             USA

SURGIFLO® Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.

4547687

SeaSpine.    Ventura™ NM Implant
             11x32x10mm, Sterile
REF 33-6310-S   LOT SM032A-M   2021-12-09
                               STERILE R
MAT'L: PEEK-OPTIMA®, Tantalum, Titanium
SeaSpine Orthopedics Corporation, 5770 Armada Drive, Carlsbad CA, 92008 USA
Tel:(760)727-8399 Fax:(760)727-8909        U33-6310-B-30A

SURGIFLO® Hemostatic Matrix
LOT 251800    EXP: 2019-09-30
Reorder Number: 2991
Distributed by Ethicon, Inc.

4547687

6.5 x 45
SCREW   X2

6.5 x 40   X2
SCREW

45 MM ROD   X2

Physician Signature: _____ Topp

**Jacksonville Beach Surgery Center**

ID / Visit: 64618 / 1      DOS: 03/22/2018
TRIOLO, RICHARD           Sex: M
DOB: ▮▮▮▮ 1974            Age: 43
Phys: TOPP, RAYMOND

JBSC_0075

## 191 - Jacksonville Beach Surgery Center

3316 South Third Street, Ste 200
Jacksonville Beach, FL 32250

Phone: 904-247-8181

### Visit Charge Detail

*Date of Service: 9/13/2018*

Date: August 1, 2019

Patient: TRIOLO, RICHARD  (64618 - 2)

1933 ECLIPSE DR
MIDDLEBURG, FL 32068

*Account Title: TRIOLO, RICHARD (64618)*

### Visit Information

**Procedure(s)**  LUMBAR EPIDURAL STEROID INJECTION
**Performing Physician(s):**  TOPP, RAYMOND

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 62323 | 62323 | NJX DX/THER SBST INTRLMNR LMBR/SAC | | | $3,235.05 |
| Diagnosis Codes: | M51.17 | | Total Billed Charges: | | $3,235.05 |

### Transaction History

| Tx Date Description | | Tx Amt | Running Balance |
|---|---|---|---|
| 9/20/2018 1 - Primary Billing | | $3,235.05 | $3,235.05 |
| $ 3,235.00 | | Balance Due:      $ | 3,235.05 |

## 191 - Jacksonville Beach Surgery Center

3316 South Third Street, Ste 200
Jacksonville Beach, FL 32250

Phone: 904-247-8181

### Visit Charge Detail

*Date of Service: 3/22/2018*

Date: August 1, 2019

Patient: TRIOLO, RICHARD  (64618 - 1)

*Account Title: TRIOLO, RICHARD (64618)*

1933 ECLIPSE DR
MIDDLEBURG, FL 32068

**Visit Information**

**Procedure(s)**  POSTERIOR LATERAL INTERBODY FUSION L5-S1
**Performing Physician(s):**  TOPP, RAYMOND

**Charge Information**

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 22630 | 22630 | LUMBAR SPINE FUSION | | | $21,000.00 |
| 20930 | 20930 | ALLOGFT SPINE SURG ONLY; MORSELIZED | | | $6,416.55 |
| 20936 | 20936 | AUTOGFT SPINE SURG ONLY; LOCAL THRU | | | $3,951.15 |
| 20936 | 20936 | AUTOGFT SPINE SURG ONLY; LOCAL THRU | 59 | | $3,951.15 |
| 22853 | 22853 | INSERT INTERBODY BIOMECHANICAL DEVICE | | | $6,615.00 |
| 99070 | 99070 | SUPPLIES AND MATERIALS | | | $645.00 |
| L8699 | L8699 | PROSTHETIC IMPLANT NOT OTHERWISE | | | $57,000.00 |
| Diagnosis Codes: | | M47.26 | | Total Billed Charges: | $99,578.85 |

**Transaction History**

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 4/3/2018 1 | Primary Billing | $99,578.85 | $99,578.85 |
| | | Balance Due: | $  99,578.85 |

JBSC_0077