AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Trilogy Home Healthcare, ATTN: RECORDS CUSTODIAN,
12740 Gran Bay Parkway West Suite 2400 (4th Floor), Jacksonville, FL 32258 [Via Facsimile (1-904-229-0515)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                          PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br><br>03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     03/11/2019

          *CLERK OF COURT*
                                                    OR     *Ronnie S Carter*

_____                    _____
     *Signature of Clerk or Deputy Clerk*                RONNIE S. CARTER
                                                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Defendant
   United States of America                                       , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

TRILOGY_0001

**Name: Richard Triolo**
**Social Security No.:** ████7157
**Date of Birth:** ████1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

TRILOGY_0002



TrilogyHomeHealthcare.com

March 18, 2019

U.S. Department of Justice
United States Attorney
Middle District of Florida


Dear Sir or Madame

Attached are the medical records and Health Insurance Claim form for Richard Triolo, Case No. 3:18-cv-919-J-34JBT (M.D fla).


If you have any questions, please feel free to contact our office.


Thank you,



Alise McKinney, RN
Director of QA & Training

2/22/2018                Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOS: 10/19/1974 PRN: TR846077

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Richard Triolo** | | **Topp Spine and Orthopaedics** | | NOTE TYPE | SOAP Note |
| DOB | | T  (904) 719-7404 | | SEEN BY | Raymond Topp |
| AGE | 43 yrs | 8380 Baymeadows Road | | DATE | 02/21/2018 |
| SEX | Male | Suite 17 | | AGE AT DOS | 43 yrs |
| PRN | TR846077 | Jacksonville, FL 32256 | | Electronically signed by Raymond Topp | |
| | | | | at 02/21/2018 12:33 pm | |

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 1974 | | ask |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | | PRN | TR846077 | RACE | Provider did not |
| | | | | | ask |
| | | | | STATUS | Active patient |

## CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | listrong19@yahoo. |
| CITY | Middleburg | | com |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

## FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN | - |
|---|---|---|---|
| RELATION TO PATIENT | - | NAME | |
| PHONE | - | | |
| ADDRESS | - | | |

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

https://static.practicefusion.com/apps/ehr/index.html#/#/PF/charts/patients/b86e88a5-d401-485a-beb4-a9a82cf954c8/encounter/91c12504-3cc3-456f-8...    1/2

TRILOGY_0005

2/22/2018         Encounter - Office Visit Date of service: 02/21/18 Patient: Richard Triolo DOB: 10/19/1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | |
| TiZANidine HCl 4 MG Oral Capsule | | - | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

### MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

### ONGOING MEDICAL PROBLEMS

## Assessment

## Plan

3/22/18

We will proceed with surgical correction including a PLIF L5-S1 at UF Health on 3/7/18. All pre-operative testing reviewed with patient in the office today, all risks and benefits of surgery discussed with patient in full detail. one thoracic lumbar sacral brace (TLSO) was dispensed in the office today. this brace is medically necessary due to patient undergoing surgical correction in the thoracic/lumbar spine. The brace is necessary to help reduce pain by restricting mobility of the trunk and to facilitate healing following a surgical procedure on the spine or related soft tissue. BRACE: L0637 Lumbar-sacral orthosis dispensed in office for sagital/coronal control with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to T9 vertebra, lateral strength provided by rigid lateral frames/panels,produces intracavitary pressure to reduce load on intervertebral disc, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise.

≋ practicefusion

TRILOGY_0006



**TOPP SPINE & ORTHOPAEDICS**

### Dr. Raymond Topp, M.D.
8380 Baymeadows Road, Suite 17-B
Jacksonville, Florida 32256

**Phone: 904-719-7404    •    Fax: 904-719-7405**

Name _Richard Triolo_                          Age _24_

Address _1933 Eclipse Drive_          Date _3/22/18_

℞   post operative vitals check
and wound care/check
for 5 days.

☐ LABEL

REFILL ____ TIMES _____, M.D.

TCP17120100001          NPI #1780620211          DEA #FT7224885

TRILOGY_0007

| 1 Trilogy Home Healthcare | 2 Trilogy Home Healthcare | 3a PAT. CNTL # 6017577 | 4 TYPE OF BILL |
| 12740 Gran Bay Parkway West Suite 2120 | 1645 Palm Beach Lakes Blvd Suite 1100 | b. MED. REC.# 2751 | 322 |
| Jacksonville FL 32258- | West Palm Beach FL 33407- | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM 03/23/2018 THROUGH 03/31/2018 | 7 |
| | | 330920232 | |

| 8 PATIENT NAME | a Triolo | 9 PATIENT ADDRESS | a 1933 Eclipse Drive | | | |
| b Triolo, Richard | | b MIDDLEBURG | | c FL | d 32068 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
| 1974 | M | 03232018 | | 3 | 2 | | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | OCCURRENCE SPAN 36 CODE FROM THROUGH | OCCURRENCE SPAN CODE FROM THROUGH | 37 |
| a | | | | | | | |
| b | | | | | | | |

| 38 | | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
| Med_Link Capital LLC | | a | | |
| 8833 Perimeter Park Blvd | | b | | |
| Suite 804 | | c | | |
| JACKSONVILLE FL, 32216 | | d | | |
| (904) 245 - 1971 | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 1 | 0551 | Skilled Nursing | G0299 | 03232018 | 1 | 150.00 | | 1 |
| 2 | 0551 | Skilled Nursing | G0299 | 03242018 | 1 | 150.00 | | 2 |
| 3 | 0551 | Skilled Nursing | G0299 | 03252018 | 1 | 150.00 | | 3 |
| 23 | 0001 | PAGE 1 OF 1 | CREATION DATE 04112018 | TOTALS | 450.00 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1871529347 |
| Med_Link Capital LLC | | Y | Y | 0.00 | 450.00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| Triolo, Richard | 18 | Triolo | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
| | | |

| 66 DX | Z4789 | M545 | V4949XS | Z4801 | | | 68 |
| 69 ADMIT DX | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1780620211 | QUAL |
| | | | | LAST Topp | FIRST Raymond | QUAL |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI | |
| | | | | LAST | FIRST |
| 80 REMARKS | | 81CC a | | 78 OTHER NPI | QUAL |
| | | b | | LAST | FIRST |
| | | c | | 79 OTHER NPI | QUAL |
| | | d | | LAST | FIRST |

| JB-04 CMS-1450 | APPROVED OMB NO. 0938-0997 | NUBC | THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF. |

TRILOGY_0011

## Eligibility Check

### DATA ERROR

### Data Sent

| Patient Name | Medicare Number | Date of Birth | Gender |
|---|---|---|---|
| TRIOLO, RICHARD | | ██████1974 | Male |

| Eligiblity Inquiry | | Start Date | End Date |
|---|---|---|---|
| Home Health Care | | 12/23/2017 | 03/23/2018 |
| Health Benefit Plan Coverage | | 12/23/2017 | 03/23/2018 |

### Data Recieved

| Patient Name | Patient Identification | Rejection Reason | | Follow-up Action |
|---|---|---|---|---|
| TRIOLO, RICHARD | 0 | HICN Invalid Length or Failed Cross-reference | | Please Correct and Resubmi |

### Providers

| Provider Name | Provider Identification |
|---|---|
| TRILOGY HOME HEALTHCARE | 1871529347 |

Patient Name: _____
Medical Record #: _____




## Consent for Treatment/Release of Information

**Patient Rights and Responsibilities**

I acknowledge that I have been made aware of my rights and responsibilities as a patient of Trilogy Home Healthcare (the "Agency"). I have been given a copy of the Patient Handbook and acknowledge receipt of information regarding my, or my representative acting on my behalf, rights as a patient under the Conditions of Participation, State laws, and accreditation standards. I have been provided information on how to file a grievance; report abuse, neglect and exploitation; and the Emergency Preparedness Plan. I acknowledge that I have not been solicited or coerced to this agency and I have the right to choose any agency to care for my home health needs. I request that payment of authorized Medicare; other private insurance benefits, or private pay funds be made to Agency for any services furnished to me by Trilogy Home Healthcare.

I authorize the Agency to obtain my prior medical records to establish, continue and coordinate my care.

I authorize the Agency to release to Medicare, Medicaid, or any other third party payor any information needed to determine these benefits or the benefits payable for related services. I acknowledge the receipt of the Notice of Privacy Rights, in compliance with the Health Insurance Portability and Accountability Act in the Patient Handbook.

**Authorization for Treatment and Acknowledgment of Plan of Care**

I acknowledge that I will be receiving home health services from the Agency. I give my permission for authorized personnel of the Agency to perform all necessary procedures and treatments as prescribed by my physician for the delivery of home health care. I understand that I have the right to refuse treatment or terminate services at any time. I understand that if I fail to meet certain criteria, the Agency may terminate services to me as explained in my Patient Handbook. I am homebound and wish to receive home healthcare services from Trilogy Home Healthcare.

I acknowledge that the Plan of Care has been fully explained to me and that I understand the plan. I understand that the Plan of Care, including the frequency and duration of each service noted, is based on the initial assessment of my needs and physician ordered care. A change in my circumstances, insurance carrier, care needs, and physician orders can render a change in the Plan of Care. I understand that I will be notified each time my Plan of Care changes and will be given the opportunity for input. The proposed Frequency and Duration of services is as follows:

Skilled Nursing: _2W1; 3W1 + 2PRN_    Home Health Aide: _Word/edui Ifer_

Physical Therapy: _____    Occupational Therapy: _____

Speech Therapy: _____    Medical Social Worker: _____

Other: _____

X _____

Policies and Procedures Manual for Trilogy Home Healthcare
Consent/Release of Information

Rev. 6/17
1 of 2

# Trilogy
## Home Healthcare

Patient Handbook - Table of Contents - Patient Checklist

Thank you for entrusting the recovery of your health to Trilogy Home Healthcare services. We value the trust that you and your physician have placed in our professional, skilled services. The clinician completing your admission today will be reviewing the important information in this handbook. We have created this Table of Contents to help ensure we go over all of the important things you need to know or understand where to find later, if needed. The clinician will check off the items as you go through the handbook. Your signature confirms receipt of the information contained in the handbook. Please feel free to ask any questions that you may have.

Sincerely,

Trilogy Home Healthcare

- Trilogy Home Healthcare services we provide
- Agency hours of operation and on call services
- Medical supplies
- Qualifying for home health services
- Homebound status
- Face-to-face encounter
    - Potential for discharge if criteria not met
- Charges and payments
- Patient rights and responsibilities
- Important phone numbers
    - Agency phone number
    - Florida State Hotline number
    - Reporting Medicaid fraud
    - Abuse Hotline
    - Report a complaint to ACHC
    - Report a complaint to Medicare
    - Trilogy Home Healthcare Compliance Hotline number
- HIPAA, PHI, and ePHI – your rights, other uses and disclosures
- OASIS Statement of Patient Privacy Rights
- Privacy Act Statement – health care records
- Health care advance directives
- Emergency/Disaster management and safety in the home

_____     3/23/18
Patient Signature                              Date

_____     03/23/18
Clinician Signature                            Date

Trilogy Home Healthcare
Patient Handbook Table of Contents Patient Checklist



## PATIENT CHOICE FOR HOME HEALTHCARE PROVIDER

My physician has ordered home health services to meet my medical needs.

I have been provided with information regarding availability of home healthcare providers in my geographic location that are able to meet my needs. I choose TRILOGY HOME HEALTHCARE and authorize a representative of TRILOGY HOME HEALTHCARE to visit me in person, if a representative is available to do so.

Thank you,

_____

Print Patient/Authorized Representative Name

_____

Signature Patient/ Authorized Representative

TRILOGY_0015

*Please do 5 visits only*

# REPORT CONFERENCE

Name: Triolo, Richard   MR#: _____   Disaster code: ____

Allergies: _____   Diet: _____   HT: ____   WT: ____

SOC OASIS date: 03/23/18   ROC OASIS date: _____   RECERT OASIS date: _____

Episode period: 03/23/18 to: _____   Assessment completed by: KM Sini

Emergency contact: _____   Phone #: _____   Relation: _____

POA: ___   Copy of POA obtained: ___   POA Name: _____

F2F encounter date: _____   F2F physician: _____   Appointment made during visit: ____

POC physician: _____   Primary physician: _____

Physician protocols (if applicable): _____

Additional Drs: _____

Diagnosis: Post Lumbar interbody Fusion _____

Medical Hx: Cor tend cardio accdnt Feb 2017 _____

Pnemonia/Flu vaccines: no

Prior level of function: _____   Fall risk _____

Reason for homecare: Visit for Post Op Checks → Wnd + dressing checks

Temp: _____   Pulse: _____   Resp: ____   BP: _____   O2 SAT: ____   Zo: ____

Specific vital sign parameters from physician: _____

Abnormal vital signs needing immediate intervention: _____   Physician notified ____

Pain level: 8/10   Location: Lumbar Spine   Relief: _____

Diabetic: ____   Insulin: ____   HgbA1c: ____   Last result: ____   Due: _____

Post hospital RX filled: ____:   New or changed meds: ____

Enough meds until next doctor's appointment : ____   Appointment date: _____

Current DME needs: _____   DME company: _____

Wounds: ____   Type of wound: _____   Stage: _____   Location: _____

Wound care: Lumbar Spine X 2 - Stri Strips in place
Start ↓ Telfa / Gauze 5 Tegaderm Daily   MD 3-28-18   DK Barasic

IV: ____   Company: _____   IV Medication: _____   Dilutant type: _____

Volume: _____   Flushes: _____   Duration/Frequency: _____   IV access: _____

Problems/Goals identified for care plan: th 3/28/8

| | | |
|---|---|---|
| SN Freq: 2w1, 3w1 -50w8 | Eff date: 03/23/18 | Clinician: _____ |
| PT Freq: _____ | Eff date: _____ | Clinician: _____ |
| OT Freq: _____ | Eff date: _____ | Clinician: _____ |
| ST Freq: _____ | Eff date: _____ | Clinician: _____ |
| MSW Freq: _____ | Eff date: _____ | Clinician: _____ |
| HHA Freq: _____ | Eff date: _____ | Clinician: _____ |
| RT/RD Freq: _____ | Eff date: _____ | Clinician: _____ |

CTM Signature: Alina Melkryan   Date: _____

Trilogy Home Healthcare Policy and Procedure Manual   8/17
SOC Report Conference Form



Patient Name: _____
Medical Record #: _____



## Patient Liability for Payment

I have been informed of the extent to which payment may be expected from Medicare, other private pay insurance, or authorized health maintenance organization (HMO) and any charges for which I am responsible. I understand that the payment estimates are preliminary and I will be notified of changes when Agency personnel receive more information regarding my benefits. I acknowledge that I am responsible for informing Agency personnel of changes in my eligibility, including enrollment in a Medicare HMO, and that I will be liable for all charges should I fail to inform Agency of changes. Estimates for coverage are as follows:

☐ Medicare home health benefit, if eligibility maintained: 100%
☐ Medicare Part B: 80% of Medicare Allowable; Patient: 20 % of Medicare allowable plus unpaid deductible; approximately $_____ per visit.
☐ Insurance:_____% of_____; Patient:_____% plus_____.
☐ Private Pay, Patient: 100% liable
☑ Other: _LOA_____

Medicare/Insurance rates are available upon request. Should full payment not be made by third party payors, I understand that I will be responsible for payment of services rendered to me.

## Consent to Photograph

I authorize Agency to take pictures of me receiving treatment and I authorize release of those photographs to payor sources to document my medical condition to secure payment and for use in advertisement or public education regarding home health services.

## Advance Directives

I have been made aware of my right to make healthcare decisions for myself. I understand that the home health agency will honor my known Advance Care Directive. I agree to provide a copy or to share the contents of any Advance Directives with the Agency.

☐     I have an Advance Directive          ☐Yes    ☑No
☐     I have a Medical Power of Attorney. ☐Yes    ☑No   If yes, write the name (first and last) & phone number of the person given power of attorney.
_____

☐     I have a Do Not Resuscitate ("DNR") order.    ☐ Yes    ☑No

_____          3/23/18
Patient Signature/Responsible Party        Date

_____
Relationship if not patient

_____          3/23/8
Witness                                    Date

Policies and Procedures Manual for Trilogy Home Healthcare          Rev. 6/17
Consent/Release of Information                                      2 of 2

TRILOGY_0017

**Patient Communication:**
Patient: Triolo, Richard (2751)
Date of Birth: [REDACTED]/1974
Date of Contact: 03/23/2018

**Altercare, LLC dba Trilogy Home Healthcare**
12740 Gran Bay Parkway West  Suite 2120
Jacksonville, FL, 32258
Phone: (904) 229-0510  Fax: (904) 229-0515

**Physician:**    Raymond Topp ( NPI: 1780620211)
8380 Baymeadows Road, Suite 17B
JACKSONVILLE, FL 32256
Phone: (904) 719-7404
Fax: (904) 719-7405

Referral received for SN visits for post op monitoring, vital signs and monitoring wound/incission.
Five SN visits only. TC to Dr. Topp, spoke to Ally JOnes, verified HHC by SN. Patient had C/O pain in
Lumbar spine MD performed PLIF L5-S1 on 3/22/18. Patient has a brace-lumbar-sacral orthosis. NKA.

Patient: Richard Triolo

SOC Date: 3/23/18

MD: Dr. Topp

Facility/Source: Referral received from Med-Link Capital, LLC

Preference/Protocol: NO

Dx: S/P PLIF L5-S1

Orders/Disciplines: Post-operative vitals check and wound care/check for 5 days

F2F Date/Progress Note: Not needed. This is a private pay

**Signature:**
Digitally Signed by: Alise McKinney RN ,

**Date:**
03/23/2018

| Patient Communication: | Altercare, LLC dba Trilogy Home Healthcare |
|---|---|
| Patient: Triolo, Richard (2751)<br>Date of Birth: ▮▮▮▮/1974<br>Date of Contact: 03/26/2018 | 12740 Gran Bay Parkway West  Suite 2120<br>Jacksonville, FL, 32258<br>Phone: (904) 229-0510  Fax: (904) 229-0515 |

| Physician: | Raymond Topp ( NPI: 1780620211)<br>8380 Baymeadows Road, Suite 17B<br>JACKSONVILLE, FL 32256<br>Phone: (904) 719-7404<br>Fax: (904) 719-7405 |
|---|---|

Call to Ally at Dr. Topps office. Confirms daily visits with dry sterile dressing changes until follow up with MD on 3/28/18.

| Signature:<br>Digitally Signed by: Kimberly Johnson RN , | Date:<br>03/26/2018 |
|---|---|

| **Patient Communication:** | **Altercare, LLC dba Trilogy Home Healthcare** |
|---|---|
| Patient: Triolo, Richard (2751) | 12740 Gran Bay Parkway West  Suite 2120 |
| Date of Birth: ████ /1974 | Jacksonville, FL, 32258 |
| Date of Contact: 03/27/2018 | Phone: (904) 229-0510  Fax: (904) 229-0515 |

| Physician: | Raymond Topp ( NPI: 1780620211) |
|---|---|
| | 8380 Baymeadows Road, Suite 17B |
| | JACKSONVILLE, FL 32256 |
| | Phone: (904) 719-7404 |
| | Fax: (904) 719-7405 |

Patient left message with office that he no longer wants home care, missed visit for discharge visit.
Ally at Dr. Topp's office notified.

| **Signature:** | **Date:** |
|---|---|
| Digitally Signed by: Kimberly Johnson RN , | 03/27/2018 |



Home Health Certification and Plan of Care                                    1 of 4

**Patient Information**

| Patient's HI Claim No. | Start of Care Date 03/23/2018 | Certification Period From 03/23/2018 To 05/21/2018 | Medical Record No. 2751 |

| Patient's Name and Address Triolo, Richard 1933 Eclipse Drive MIDDLEBURG, FL 32068 | Sex Male | Date of Birth [    ] 1974 | Phone Number (631) 603-4863 |
| | Email | | Primary Language English |

Patient Risk Profile

**Clinical Data**

| Clinical Manager McKinney RN, Alise | Branch Name and Address Trilogy Home Healthcare 12740 Gran Bay Parkway West Suite 2120 Jacksonville, FL 32258 | Phone Number (904) 229-0510 Fax Number (904) 229-0515 |
| Provider Number - Medicare Number 1871529347 | | |
| Primary Physician Topp, Raymond MD | Address 8380 Baymeadows Road, Suite 17a JACKSONVILLE, FL 32256 | Phone Number (904) 719-7404 Fax Number (904) 719-7405 |
| NPI 1780620211 | | |

**Primary Diagnosis**

| Code 247.89 | Description Encounter for other orthopedic aftercare (o) | Date 03/22/2018 |

**Surgical Procedures**

| Code | Description | Date |
| -- | -- | -- |

**Secondary/Other Diagnosis**

| Code | Description | Date |
| M54.5 | Low back pain (E) | 09/23/2018 |
| V89.49X S | Driver injured in collision w oth mv in traf, sequela (o) | 02/01/2017 |
| Z48.01 | Encounter for change or removal of surgical wound dressing (E) | 03/22/2018 |

**Mental Status**
Oriented                                                                     Other
--

Additional Orders

**Neurological**
Oriented To: Person, Place, Time.

**Psychosocial**
WNL (Within Normal Limit)

Tremor Location(s)
--

Comments

**DME & Supplies**
Probe Covers . Exam Gloves . , thoracic lumbar sacral brace

TRILOGY_0021

Home Health Certification and Plan of Care
Tricio, Richard
Certification Period From: 03/23/2018 To: 05/21/2018                                                    2 of 4

**Prognosis**
Good

**Safety Measures**
Use of Assistive Devices. Slow Position Change. Emergency Plan Developed. Safety in ADLs. Support During Transfer and Ambulation. Fall Precautions. Standard Precautions/Infection Control.

**Nutritional Requirements**
Regular.

**Functional Limitations**
Endurance, Ambulation

**Other**
--

**Activities Permitted**                                                                    **Other**
Up as tolerated, Exercise prescribed                                                        --

**Treatments**

**Medications**
Percocet Oral 10-325 MG 1 Tab(s) 1 to 2 every 4-6 hours as needed for pain (N)
Relistor Oral 150 MG 1 Tab(s) daily
Arymo ER Oral 30 MG 1 every 12 hours
Tizanidine HCl Oral 4 MG 1 Tab(s) twice per day, every 6 hrs, max of 3 in 24 hours

**Allergies**

**Substance**                                              **Reaction**
NKA (Food / Drug / Latex / Environmental)                  --

**Orders and Treatments**
SN: effective 3/23/18 2w1,3w1
Assessment of patient with encounter for other orthopedic aftercare, Low back pain, Driver injured in collision w oth mv in traf, sequela. Encounter for change or removal of surgical wound dressing. Homebound status: Other - post op weakness, Requires max assistance/taxing effort to leave home, Unable to safely leave home unassisted.

SN orders:
SN to develop individualized emergency plan with patient.
SN to assess pain level and effectiveness of pain medications and current pain management therapy every visit.
SN to instruct patient to take pain medication before pain becomes severe to achieve better pain control.
SN to report to physician if patient experiences pain level not acceptable to patient, pain level greater than 8, pain medications not effective, patient unable to tolerate pain medications, pain affecting ability to perform patient's normal activities.
SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques, massage, stretching, positioning
SN to perform wound care as follows: Lumbar Incisions: change dry sterile dressing daily
SN to assess/evaluate wound(s) at each dressing change and PRN for signs/symptoms of infection. Report to physician increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes.
SN to instruct the Patient/Caregiver on signs/symptoms of wound infection to report to physician, to include increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes.
SN to instruct the patient the following symptoms could be signs of a heart attack: chest discomfort, discomfort in one or both arms, back, neck, jaw, stomach, shortness of breath, cold sweat, nausea, or dizziness. Instruct patient on signs and symptoms that necessitate calling 911.

TRILOGY_0022

Home Health Certification and Plan of Care
Triplo, Richard
Certification Period From: 03/23/2018 To: 05/21/2018

3 of 4

**(Continued) Orders and Treatments**
SN to instruct the Patient/Caregiver on proper ROM exercises and body alignment techniques.
Keep back straight, no bending, twisting, lifting
No exercise until post op follow up
walking is important
Use lumbar roll when sitting.
SN to instruct patient to wear proper footwear when ambulating.
SN to instruct patient to change positions slowly.
SN to instruct the Patient/Caregiver to remove clutter from patient's path such as clothes, books, shoes, electrical cords, or other items that may cause patient to trip.
SN to instruct the Patient/Caregiver to contact agency for increased dizziness or problems with balance.
SN to instruct the Patient/Caregiver on importance of adequate lighting in patient area.
SN to instruct the Patient/Caregiver to contact agency to report any fall with or without minor injury and to call 911 for fall resulting in serious injury or causing severe pain or immobility.
SN to determine if the Patient/Caregiver is able to identify the correct dose, route, and frequency of each medication.
SN to assess if the Patient/Caregiver can verbalize an understanding of the indication for each medication.
SN to instruct the Patient/Caregiver on medication regimen dose, indications, side effects, and interactions.
SN to instruct the Patient/Caregiver on precautions for high risk medications, such as, hypoglycemics, anticoagulants/antiplatelets, sedative hypnotics, narcotics, antiarrhythmics, antineoplastics, skeletal muscle relaxants.
SN to instruct the Patient/Caregiver on medication side affects to report to SN or physician.

**SOC Summary**
Patient was involved in a MVA 2/2017 and suffered lumbar injuries. ESIs were peformed without pain relief. Pain radiates posteriorly down thigh and anteriorly down hip, reported to be constant and midline. Patient had a PLIF L5-S1 as surgical intervention on 3/22/18. Patient exhibits two incisions, right and left lumbar spine with steri strips in place. TLSO brace ordered and dispersed at time of visit. Patient exhibits pain 8/10 in lower back. Patient requires SN visits for monitoring of surgical incisions and daily dressing changes.
PMHx: motor vehicle accident 2/2017 resulting in back injury

**Goals and Outcomes**
The patient will have no hospitalizations during the certification period.
The Patient/Caregiver will verbalize understanding of individualized emergency plan by: 03/23/2018.
Patient will verbalize understanding of proper use of pain medication by 03/24/2018.
Patient will achieve pain level less than 5 within 2 weeks .
Wound(s) will be free from signs and symptoms of infection during 60 day episode.
The Patient/Caregiver will verbalize understanding of symptoms of cardiac complications and when to call 911 by: 03/23/2018.
The Patient/Caregiver will demonstrate proper ROM exercise and body alignment techniques.
The patient will be free from falls during the certification period.
Patient will remain free of adverse medication reactions during the episode.
The Patient/Caregiver will verbalize understanding of medication regimen, dose, route, frequency, indications, and side effects by: 03/26/2018.
The Patient/Caregiver will be able to identify the correct dose, route, and frequency of each medication by: 03/26/2018.
Rehab potential: Good to achieve stated goals with skilled intervention and patient's compliance with the plan of care.
Discharge plans: Discharge when medical condition is stable and patient is no longer in need of skilled services.
Discharge patient to self care.


SN to coordinate plan of care with client and physician.
Agency may accept orders from Dr. Topp and all practice associates.
Physician signature on any page denotes approval of all orders on all corresponding pages.

TRILOGY_0023

Home Health Certification and Plan of Care
Triplo, Richard.
Certification Period From: 03/23/2018 To: 05/21/2018                                          4 of 4

Attending Physician's Signature and Date Signed                     Date
                                                                                         4/16/18

Nurse Signature and Date of Verbal SOC Where Applicable                                  Date
Digitally Signed by: Marsha Moor RN ,                                                     03/23/2018

I certify/recertify that this patient is confined to his/her home and needs intermittent skilled     Anyone who misrepresents, falsifies, or
nursing care, physical therapy and/or speech therapy or continues to need occupational              conceals essential information required for
therapy. This patient is under my care, and I have authorized the services on this plan of care     payment of Federal funds may be subject to
and I or another physician will periodically review this plan. I attest that a valid face-to-face    fine, imprisonment, or civil penalty under
encounter occured (or will occur) within timeframe requirements and it is related to the            applicable Federal laws.
primary reason the patient requires home health services.

RECEIVED
APR 16 2018
BY:

TRILOGY_0024

## Triolo, Richard (2751)
**03/23/2018 - 05/21/2018**

**Patient Medication Record**

## Pharmacy

No Pharmacy Information

## Allergy Profile

NKA (Food / Drug / Latex / Environment)

## Current Medications

| | Start Date: | Discontinue Date: | Medication: |
|---|---|---|---|
| | 03/22/2018 | | Percocet Oral 10-325 MG 1 Tab(s) 1 to 2 every 4-6 hours as needed for pain (N) *ANALGESICS - OPIOID* |
| LS | | | Arymo ER Oral 30 MG 1 every 12 hours *ANALGESICS - OPIOID* |
| LS | | | Relistor Oral 150 MG 1 Tab(s) daily *GASTROINTESTINAL AGENTS - MISC.* |
| LS | | | tiZANidine HCl Oral 4 MG 1 Tab(s) twice per day, every 6 hrs, max of 3 in 24 hours *MUSCULOSKELETAL THERAPY AGENTS* |

LEGEND: **(LS)** - Longstanding  **(N)** - Medication added within last 30 days (clinic setting)  **(C)** - Medication changed within last 60 days (clinic setting)

Physician contacted regarding medication discrepancies:     YES     NO     NA (No Discrepancies)

Please explain:

Action taken:     YES     NO

Please explain:

Physician notified of severe medication interactions?     YES     NO     NA (No Interactions)

Please explain:

**Medication Review Acknowledgement:** All medications the patient is currently using have been reviewed for potential adverse events and drug interactions, including ineffective drug therapy, significant side effects, significant drug interactions, duplicate drug therapy, and noncompliance with drug therapy.

| Nurse Signature and Title | Date | Page |
|---|---|---|
| Digitally Signed by: Kimberly Johnson RN , | 03/23/2018 | Page 1 of 1 |

## Demographics

| | | | |
|---|---|---|---|
| **Time In:** 16:00 | **Time Out:** 17:00 | **Visit Date:** 03/23/2018 | |

**(M0020) Patient ID Number:** 2751

**(M0030) Start of Care Date:** 03/23/2018

**(M0032) Resumption of Care Date:** ✔ NA - Not Applicable

Episode Start Date: 03/23/2018

**(M0040) Patient Name:**
(Last) Triolo (Suffix) (First) Richard ✍ (MI)

**(M0064) Social Security Number:** ✔ UK - Unknown or Not Available

Patient Street Address  City
1933 Eclipse Drive MIDDLEBURG

**(M0050) Patient State of Residence:** FL

**(M0060) Patient ZIP Code:** 32068

Patient Phone Number: 631-603-4863

**(M0063) Medicare Number:** (including suffix) ✔ NA - No Medicare

**(M0065) Medicaid Number:** ✔ NA - No Medicaid

**(M0066) Birth Date:** ▮▮/▮▮/1974

**(M0069) Gender:** ◉ Male  ○ Female

Physician
Topp, Raymond

Emergency Contact Name
Amber Hypes
Contact Address

Secondary Physician's Name

Relationship
Girlfriend
Contact Phone
( 904 ) -326 -9580
Secondary Physician Phone
( ) -

**(M0080) Discipline of Person Completing Assessment:**
◉ 1 - RN  ○ 2 - PT  ○ 3 - SLP/ST  ○ 4 - OT

**(M0090) Date Assessment Completed:**
03/23/2018

**(M0100) This Assessment is Currently Being Completed for the Following Reason**

**Start/Resumption of Care**
◉ 1 - Start of care - further visits planned
○ 3 - Resumption of care (after inpatient stay)

**Follow-Up**
○ 4 - Recertification (follow-up) reassessment [Go to M0110]
○ 5 - Other follow-up [Go to M0110]

**Transfer to an Inpatient Facility**
○ 6 - Transferred to an inpatient facility - patient not discharged from agency [Go to M1041]
○ 7 - Transferred to an inpatient facility - patient discharge from agency [Go to M1041]

**Discharge from Agency – Not to an Inpatient Facility**
○ 8 - Death at home [Go to M0903]
○ 9 - Discharged from agency [Go to M1041]

**(M0102) Date of Physician-ordered Start of Care (Resumption of Care):** If the physician indicated a specific start of care (resumption of care) date when the patient was referred for home health services, record the date specified. **[Go to M0110, if date entered]**
✔ NA - No specific SOC date ordered by physician
Comments:

**(M0104) Date of Referral:** Indicate the date that the written or verbal referral for initiation or resumption of care was received by the HHA.
03/22/2018
Comments:

**(M0110) Episode Timing:** Is the Medicare home health payment episode for which this assessment will define a case mix group an 'early' episode or a 'later' episode in the patient's current sequence of adjacent Medicare home health payment episodes?
○ 1 - Early
○ 2 - Later
○ UK - Unknown
◉ NA - Not Applicable: No Medicare case mix group to be defined by this assessment

**(M0140) Race/Ethnicity:** (Mark all that apply)
☐ 1 - American Indian or Alaska Native    ☐ 3 - Black or African American    ☐ 5 - Native Hawaiian or Pacific Islander
☐ 2 - Asian    ☐ 4 - Hispanic or Latino    ✔ 6 - White

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0026

3/18/2019, 9:10 AM

**(M0150) Current Payment Sources for Home Care:** *(Mark all that apply)*

☐ 0 - None - No charge for current services
☐ 1 - Medicare (traditional fee-for-service)
☐ 2 - Medicare (HMO/Managed Care/Advantage plan)
☐ 3 - Medicaid (traditional fee-for-service)
☐ 4 - Medicaid (HMO/Managed Care)
☐ 5 - Worker's compensation
☐ 6 - Title programs (for example, Title III, V, or XX)

☐ 7 - Other government (for example, TriCare, VA)
✓ 8 - Private Insurance
☐ 9 - Private HMO/managed care
☐ 10 - Self-pay
☐ 11 - Other (specify)
☐ UK - Unknown

| Vital Signs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pulse: | Apical: | 80 | ⊙ (Reg) | ○ (Irreg) | Height: | 74 | BP | Lying | Sitting | Standing |
| | Radial: | | ○ (Reg) | ○ (Irreg) | Weight: | 245 | Left | | 140/86 | |
| Temp: | 98.3 | Resp: | 16 | | ○ Actual ⊙ Stated | | Right | | | |

**Notify physician of:**

| | | |
|---|---|---|
| Temperature greater than (>) | or less than (<) | |
| Pulse greater than (>) | or less than (<) | |
| Respirations greater than (>) | or less than (<) | |
| Systolic BP greater than (>) | or less than (<) | |
| Diastolic BP greater than (>) | or less than (<) | |
| O2 Sat less than (<) | % | |
| Fasting blood sugar greater than (>) | or less than (<) | |
| Random blood sugar greater than (>) | or less than (<) | |
| Weight greater than (>) | lbs or less than (<) | lbs |

**(M1000) From which of the following Inpatient Facilities was the patient discharged within the past 14 days?** *(Mark all that apply)*

☐ 1 - Long-term nursing facility (NF)
☐ 2 - Skilled nursing facility (SNF / TCU)
☐ 3 - Short-stay acute hospital (IPP S)

☐ 4 - Long-term care hospital (LTCH)
☐ 5 - Inpatient rehabilitation hospital or unit (IRF)
☐ 6 - Psychiatric hospital or unit

☐ 7 - Other (specify)
✓ NA - Patient was not discharged from an inpatient facility [Go to M1017]

**(M1005) Inpatient Discharge Date:** (most recent): ☐ UK - Unknown
Indicate events leading to, and reasons for, inpatient stay:

**(M1011)** List each **Inpatient Diagnosis** and ICD-10-C M code at the level of highest specificity for only those conditions actively treated during an inpatient stay having a discharge date within the last 14 days (no V, W, X, Y, or Z codes or surgical codes):

| Inpatient Facility Diagnosis | ICD-10-C M Code |
|---|---|
| a. | |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |

| Other Procedures | Procedure Code | Date |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| d. | | |

☐ NA - Not applicable    ☐ UK - Unknown

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0027

3/18/2019, 9:10 AM

**(M1017) Diagnoses Requiring Medical or Treatment Regimen Change Within Past 14 Days:** List the patient's Medical Diagnoses and ICD-10-CM codes at the level of highest specificity for those conditions requiring changed medical or treatment regimen within the past 14 days (no V, W, X, Y or Z codes or surgical codes):

| Changed Medical Regimen Diagnosis | ICD-10-CM Code |
|---|---|
| a. Low back pain | M54.5 |
| b. | |
| c. | |
| d. | |
| e. | |
| f. | |

☐ NA - Not applicable (no medical or treatment regimen changes within the past 14 days)

**(M1018) Conditions prior to Medical or Treatment Regimen Change or Inpatient Stay Within Past 14 Days:** If this patient experienced an inpatient facility discharge or change in medical or treatment regimen within the past 14 days, indicate any conditions that existed <u>prior to</u> the inpatient stay or change in medical or treatment regimen. **(Mark all that apply)**

☐ 1 - Urinary incontinence
☐ 2 - Indwelling/suprapubic catheter
✓ 3 - Intractable pain
☐ 4 - Impaired decision-making
☐ 5 - Disruptive or socially inappropriate behavior

☐ 6 - Memory loss to the extent that supervision required
☐ 7 - None of the above
☐ NA - No inpatient facility discharge <u>and</u> no change in medical or treatment regimen in past 14 days
☐ UK - Unknown

Comments:

### Past Medical History *(Mark all that apply)*

| |
|---|
| ☐ CHF☐ Cardiomyopathy☐ Arrhythmia☐ Chest Pain☐ MI☐ CAD☐ HTN☐ PVD☐ Murmur |
| ☐ Cancer  *(specify type)*    In remission? ○ Y  ○ N |
| ☐ Osteoarthritis/DJD*(specify sites affected)* |
| ☐ Rheumatoid Arthritis☐ Gait Problems☐ Fractures☐ Falls |
| ☐ Joint Replacement*(specify joint)* |
| ☐ CVA☐ TIA☐ MS☐ Hemiplegia☐ Seizures☐ Headaches☐ Dizziness/Vertigo |
| ☐ IBS☐ Crohn's Disease☐ Diverticulitis/Diverticulosis☐ Constipation☐ Diarrhea☐ Fecal Incontinence |
| ☐ Liver/Gallbladder Problems*(specify)* |
| ☐ Depression☐ Anxiety☐ Dementia☐ Alzheimer's |
| ☐ Substance Abuse*(specify)* |
| ☐ Mental Disorder*(specify)* |
| ☐ Pressure Ulcer☐ Stasis Ulcer☐ Diabetic Ulcer☐ Trauma Wound |
| ☐ Other*(specify)* |
| ☐ Chronic Kidney Disease☐ Renal Failure☐ Dialysis |
| ☐ Anemia☐ Abnormal Coagulation☐ Blood Clots |
| ☐ Diabetes☐ Thyroid Problems |
| ☐ COPD☐ Asthma☐ Chronic Obstructive Bronchitis☐ Emphysema☐ Chronic Obstructive Asthma |
| ☐ Urinary Incontinence☐ Urinary Retention☐ BPH☐ Recent/Frequent UTI |
| ☐ Tuberculosis☐ Hepatitis*(specify)* |
| ☐ Infectious Disease*(specify)* |
| ☐ Tobacco Dependence Type:  Amount:  Length of Time Used: |
| ☐ Vision Problems☐ Hearing Loss |
| ✓ Other:car accident Feb 2017--lumbar pain |
| ☐ Past Surgical History: |

TRILOGY_0028
3/18/2019, 9:10 AM

**(M1021/1023/1025)**

**Diagnoses, Severity Index, and Payment Diagnoses**

List each diagnosis for which the patient is receiving home care in Column 1, and enter its ICD-10-C M code at the level of highest specificity in Column 2 (diagnosis codes only - no surgical or procedure codes allowed). Diagnoses are listed in the order that best reflects the seriousness of each condition and supports the disciplines and services provided. Rate the degree of symptom control for each condition in Column 2. ICD-10-C M sequencing requirements must be followed if multiple coding is indicated for any diagnoses. If a Z-code is reported in Column 2 in place of a diagnosis that is no longer active (a resolved condition), then optional item M1025 (Optional Diagnoses - Columns 3 and 4) may be completed. Diagnoses reported in M1025 will not impact payment.

**Code each row according to the following directions for each column.** Review the OASIS Guidance Manual for additional directions on how to complete M1021, M1023, and M1025.

| | |
|---|---|
| Column 1: | Enter the description of the diagnosis. Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided. |
| Column 2: | Enter the ICD-10-C M code for the condition described in Column 1 - no surgical or procedure codes allowed. Codes must be entered at the level of highest specificity and ICD-10-C M coding rules and sequencing requirements must be followed. Note that external cause codes (ICD-10-C M codes beginning with V, W, X, or Y) may not be reported in M1021 (Primary Diagnosis) but may be reported in M1023 (Secondary Diagnoses). Also note that when a Z-code is reported in Column 2, the code for the underlying condition can often be entered in Column 2, as long as it is an active on-going condition impacting home health care. |

Rate the degree of symptom control for the condition listed in Column 1. Choose one value that represents the degree of symptom control appropriate for each diagnosis using the following scale:

0 - Asymptomatic, no treatment needed at this time

1 - Symptoms well controlled with current therapy

2 - Symptoms controlled with difficulty, affecting daily functioning; patient needs ongoing monitoring

3 - Symptoms poorly controlled; patient needs frequent adjustment in treatment and dose monitoring

4 - Symptoms poorly controlled; history of re-hospitalizations

Note that the rating for symptom control in Column 2 should not be used to determine the sequencing of the diagnoses listed in Column 1. These are separate items and sequencing may not coincide.

| | |
|---|---|
| Column 3: | (OPTIONAL) There is no requirement that HHAs enter a diagnosis code in M1025 (Columns 3 and 4). Diagnoses reported in M1025 will not impact payment. |

Agencies may choose to report an underlying condition in M1025 (Columns 3 and 4) when:

- a Z-code is reported in Column 2 **AND**

- the underlying condition for the Z-code in Column 2 is a resolved condition . An example of a resolved condition is uterine cancer that is no longer being treated following a hysterectomy.

| | |
|---|---|
| Column 4: | (OPTIONAL) If a Z-code is reported in M1021/M1023 (Column 2) and the agency chooses to report a resolved underlying condition that requires multiple diagnosis codes under ICD-10-C M coding guidelines, enter the diagnosis descriptions and the ICD-10-C M codes in the same row in Columns 3 and 4. For example, if the resolved condition is a manifestation code, record the diagnosis description and ICD-10-C M code for the underlying condition in Column 3 of that row and the diagnosis description and ICD-10-C M code for the manifestation in Column 4 of that row. Otherwise, leave Column 4 blank in that row. |

TRILOGY_0029

| ((M1021) Primary Diagnosis & (M1023) Other Diagnoses) Column 1 | ((M1025) Optional Diagnoses (OPTIONAL) (not used for payment)) | | |
|---|---|---|---|
| | Column 2 | Column 3 | Column 4 |
| Diagnoses (Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided.) | ICD-10-C M and symptom control rating for each condition. Note that the sequencing of these ratings may not match the sequencing of the diagnoses. | Complete if a Z-code is assigned under certain circumstances to Column 2 and underlying diagnosis is resolved | Complete only if the Optional Diagnosis is a multiple coding situation (for example: a manifestation code) |
| Descriptions | ICD-10-C M / Symptom Control Rating | Description / ICD-10-CM | Description / ICD-10-CM |
| (M1021) Primary Diagnosis<br>a.  Encounter for other orthopedic aftercare<br>O/E:  Onset<br>Date: 03/22/2018 | V, W, X, Y codes NOT allowed<br>Z47.89<br>Severity: | V, W, X, Y codes NOT allowed<br>a. | V, W, X, Y codes NOT allowed<br>a. |
| (M1023) Other Diagnosis<br>b.  Low back pain<br>O/E:  Exacerbation<br>Date: 03/23/2018 | All ICD-10-C M codes allowed<br>M54.5<br>Severity: 2 | V, W, X, Y codes NOT allowed<br>b. | V, W, X, Y codes NOT allowed<br>b. |
| (M1023) Other Diagnosis<br>c.  Driver injured in collision w oth mv in traf, sequela<br>O/E:  Onset<br>Date: 02/01/2017 | All ICD-10-C M codes allowed<br>V49.49X S<br>Severity: | V, W, X, Y codes NOT allowed<br>c. | V, W, X, Y codes NOT allowed<br>c. |
| (M1023) Other Diagnosis<br>d.  Encounter for change or removal of surgical wound dressing<br>O/E:  Exacerbation<br>Date: 03/22/2018 | All ICD-10-C M codes allowed<br>Z48.01<br>Severity: | V, W, X, Y codes NOT allowed<br>d. | V, W, X, Y codes NOT allowed<br>d. |
| (M1023) Other Diagnosis<br>e.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br>Severity: | V, W, X, Y codes NOT allowed<br>e. | V, W, X, Y codes NOT allowed<br>e. |
| (M1023) Other Diagnosis<br>f.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br>Severity: | V, W, X, Y codes NOT allowed<br>f. | V, W, X, Y codes NOT allowed<br>f. |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0030

3/18/2019, 9:10 AM

| ((M1021) Primary Diagnosis & (M1023) Other Diagnoses) | | ((M1025) Optional Diagnoses (OPTIONAL) (not used for payment)) | |
|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 |
| Diagnoses (Sequencing of diagnoses should reflect the seriousness of each condition and support the disciplines and services provided.) | ICD-10-C M and symptom control rating for each condition. Note that the sequencing of these ratings may not match the sequencing of the diagnoses. | Complete if a Z-code is assigned under certain circumstances to Column 2 and underlying diagnosis is resolved | Complete only if the Optional Diagnosis is a multiple coding situation (for example: a manifestation code) |
| Descriptions | ICD-10-C M / Symptom Control Rating | Description / ICD-10-CM | Description / ICD-10-CM |
| (M1023) Other Diagnosis g.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br><br>Severity: | | |
| (M1023) Other Diagnosis h.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br><br>Severity: | | |
| (M1023) Other Diagnosis i.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br><br>Severity: | | |
| (M1023) Other Diagnosis j.<br>O/E:<br>Date: | All ICD-10-C M codes allowed<br><br>Severity: | | |

**(M1028) Active Diagnoses- Comorbidities and Co-existing Conditions - Check all that apply**
    See OASIS Guidance Manual for a complete list of relevant ICD-10 codes.
Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)
⊙ 0   No
◯ 1   Yes
◯ -   Not assessed (no information)

Diabetes Mellitus (DM)
⊙ 0   No
◯ 1   Yes
◯ -   Not assessed (no information)

**(M1030) Therapies the patient receives at home:** *(Mark all that apply)*
☐ 1 - Intravenous or infusion therapy (excludes TPN)
☐ 2 - Parenteral nutrition (TPN or lipids)
☐ 3 - Enteral nutrition (nasogastric, gastrostomy, jejunostomy, or any other artificial entry into the alimentary canal)
✓ 4 - None of the above

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0031

3/18/2019, 9:10 AM

## Risk Assessment

**(M1033) Risk for Hospitalization:** Which of the following signs or symptoms characterize this patient as at risk for hospitalization? *(Mark all that apply)*

☐ 1 - History of falls (2 or more falls - or any fall with an injury - in the past 12 months)
☐ 2 - Unintentional weight loss of a total of 10 pounds or more in the past 12 months
☐ 3 - Multiple hospitalizations (2 or more) in the past 6 months
☐ 4 - Multiple emergency department visits (2 or more) in the past 6 months
☐ 5 - Decline in mental, emotional, or behavioral status in the past 3 months
☐ 6 - Reported or observed history of difficulty complying with any medical instructions (for example, medications, diet, exercise) in the past 3 months
☐ 7 - Currently taking 5 or more medications
☐ 8 - Currently reports exhaustion
☐ 9 - Other risk(s) not listed in 1-8
✓ 10 - None of the above
Comments:

**(M1034) Overall Status:** Which description best fits the patient's overall status? *(Check one)*

○ 0 - The patient is stable with no heightened risk(s) for serious complications and death (beyond those typical of the patient's age).
◉ 1 - The patient is temporarily facing high health risk(s) but is likely to return to being stable without heightened risk(s) for serious complications and death (beyond those typical of the patient's age).
○ 2 - The patient is likely to remain in fragile health and have ongoing high risk(s) of serious complications and death.
○ 3 - The patient has serious progressive conditions that could lead to death within a year.
○ UK - The patient's situation is unknown or unclear.
Comments:

**(M1036) Risk Factors,** present or past, likely to affect current health status and/or outcome: *(Mark all that apply)*

☐ 1 - Smoking                    ☐ 2 - Obesity                    ☐ 3 - Alcohol dependency
☐ 4 - Drug dependency            ✓ 5 - None of the above          ☐ UK - Unknown
Comments:

**(M1060) Height and Weight - While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up**

74 inches    a. Height (in inches). Record most recent height measure since the most recent SOC/ROC

☐  -  Not assessed (no information)

245 pounds   b. Weight (in pounds). Base weight on most recent measure in last 30 days; measure weight consistently, according to standard agency practice (for example, in a.m. after voiding, before meal, with shoes off, etc.)

☐  -  Not assessed (no information)

**HHVBP:** Herpes Zoster (Shingles) Vaccine
Has the patient ever received the shingles vaccine?
☐ Yes ✓ No

| Most Recent Immunizations | | | | |
|---|---|---|---|---|
| Pneumonia | ○ Yes | ◉ No | ○ Unknown | Date: |
| Flu | ◉ Yes | ○ No | ○ Unknown | Date: 11/01/2017 |
| Tetanus | ○ Yes | ○ No | ○ Unknown | Date: |
| TB | ○ Yes | ○ No | ○ Unknown | Date: |
| TB Exposure | ○ Yes | ○ No | ○ Unknown | Date: |
| Hepatitis B | ○ Yes | ○ No | ○ Unknown | Date: |
| **Additional Immunizations** | | | | |
| | ○ Yes | ○ No | ○ Unknown | Date: |
| | ○ Yes | ○ No | ○ Unknown | Date: |

Comments:

| Health Screening | |
|---|---|
| Last Cholesterol Level: | |
| Last Mammogram: | |
| Does patient perform monthly self breast exams? | ○ Yes   ○ No |
| Last Pap Smear: | |
| Last PSA: | |
| Last Prostate Exam: | |
| Last Colonoscopy: | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

### Interventions

| | |
|---|---|
| ☐ | SN to assist patient to obtain ERS button |
| ✓ | SN to develop individualized emergency plan with patient |
| ☐ | SN to instruct patient on importance of receiving influenza and pneumococcal vaccines |
| ☐ | SN to administer influenza vaccination as follows: |
| ☐ | SN to administer pneumococcal vaccination as follows: |

Additional Orders:

### Goals

| | |
|---|---|
| ✓ | The patient will have no hospitalizations during the certification period |
| ✓ | The Patient/Caregiver will verbalize understanding of individualized emergency plan by: 03/23/2018 |

Additional Goals:

TRILOGY_0033

## Prognosis

Advance Directives ☐ Yes ✓ No
Intent: ☐ DNR
    ☐ Living Will
    ☐ Medical Power of Attorney
    Copy(s) on file with Agency  ☐ Yes ☐ No
Surrogate? ☐ Yes
    ✓ No
Has an advance care plan been documented in the Home Health record?
☐ Yes ✓ No
Has a surrogate decision maker been documented in the Home Health record?
☐ Yes ✓ No

**Prognosis:**
○ Guarded ○ Poor ○ Fair ⊙ Good ○ Excellent

**Is the Patient DNR (Do Not Resuscitate)?**
○ Yes ⊙ No

| Functional Limitations | | | | |
|---|---|---|---|---|
| ☐ Amputation | ☐ Paralysis | ☐ Legally Blind | ☐ Bowel/Bladder Incontinence | ✓ Endurance |
| ☐ Dyspnea | ☐ Contracture | ✓ Ambulation | ☐ Hearing | ☐ Speech |
| ☐ Other | | | | |

**(M1100) Patient Living Situation:** Which of the following best describes the patient's residential circumstance and availability of assistance? *(Check one box only)*

| Living Arrangement | Availability of Assistance | | | | |
|---|---|---|---|---|---|
| | Around the clock | Regular daytime | Regular nighttime | Occasional / short-term assistance | No assistance available |
| a. Patient lives alone | ○ 01 | ○ 02 | ○ 03 | ○ 04 | ○ 05 |
| b. Patient lives with other person(s) in the home | ⊙ 06 | ○ 07 | ○ 08 | ○ 09 | ○ 10 |
| c. Patient lives in congregate situation (for example, assisted living, residential care home) | ○ 11 | ○ 12 | ○ 13 | ○ 14 | ○ 15 |

**Type of Assistance Patient Receives - other than from home health agency staff**
*(Select all that apply)*

| Type of Assistance | Family/Friends | Provider Services | Paid Caregiver | Volunteer Organizations |
|---|---|---|---|---|
| ADL (bathing, dressing, toileting, bowel/bladder, eating/feeding) | ✓ | ☐ | ☐ | ☐ |
| IADL (meds, meals, housekeeping, laundry, telephone, shopping, finances) | ✓ | ☐ | ☐ | ☐ |
| Psychosocial Support | ✓ | ☐ | ☐ | ☐ |
| Assistance with Medical Appointments, Delivery of Medications | ✓ | ☐ | ☐ | ☐ |
| Management of Finances | ☐ | ☐ | ☐ | ☐ |
| Comments: | | | | |

**Supportive Assistance:** Names of organizations providing assistance

| Community Agencies/Social Service Screening | Yes | No | Ability of patient to handle finances: |
|---|---|---|---|
| Community resource info needed to manage care | ○ | ⊙ | ⊙ Independent ○ Dependent ○ Needs assistance |
| Altered affect, e.g., expressed sadness or anxiety, grief | ○ | ⊙ | Comments: |
| Suicidal ideation | ○ | ⊙ | |
| Suspected Abuse/Neglect:<br>☐ Unexplained bruises<br>☐ Inadequate food<br>☐ Fearful of family member<br>☐ Exploitation of funds<br>☐ Sexual abuse<br>☐ Neglect<br>☐ Left unattended if constant supervision is needed | | | |
| MSW referral indicated for: | ○ | ○ | |
| Coordinator notified | ○ | ○ | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0034

3/18/2019, 9:10 AM

### Safety/Sanitation Hazards affecting patient: *(Select all that apply)*

☐ No hazards identified

☐ Stairs  ☐ Narrow or obstructed walkway  ☐ No gas/electric appliance
☐ No running water, plumbing  ☐ Insect/rodent infestation  ☐ Cluttered/soiled living area
☐ Inadequate lighting, heating and cooling  ☐ Lack of fire safety devices  **Other:** *(specify)* pet

Comments:

---

**Fire Assessment for Patients with Oxygen.**

✓ Patient not using oxygen
Does patient have No Smoking signs posted? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Does patient or anyone in the home smoke with oxygen in use? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Are smoke detectors present and working properly? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Does patient have a properly functioning fire extinguisher? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Are oxygen cylinders stored properly? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Are all electrical cords near oxygen intact and free from fraying? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Does patient have an evacuation plan in case of fire? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Are all cleaning fluids and aerosols stored away from oxygen, and not used while oxygen is in use? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Does patient refrain from using petroleum products around oxygen? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Does patient only use water-based body and lip moisturizers? ○ Y ○ N
  ☐ Patient ☐ Caregiver educated
Comments:

---

### Safety Measures

| | | |
|---|---|---|
| ☐ Anticoagulant Precautions | ✓ Emergency Plan Developed | ✓ Fall Precautions |
| ☐ Keep Pathway Clear | ☐ Keep Side Rails Up | ☐ Neutropenic Precautions |
| ☐ O2 Precautions | ☐ Proper Position During Meals | ✓ Safety in ADLs |
| ☐ Seizure Precautions | ☐ Sharps Safety | ✓ Slow Position Change |
| ✓ Standard Precautions/Infection Control | ✓ Support During Transfer and Ambulation | ✓ Use of Assistive Devices |

Other *(specify)*:

| | | |
|---|---|---|
| ☐ Instructed on safe utilities management | ✓ Instructed on mobility safety | ☐ Instructed on DME & electrical safety |
| ☐ Instructed on sharps container | ☐ Instructed on medical gas | ✓ Instructed on disaster/emergency plan |
| ✓ Instructed on safety measures | ☐ Instructed on proper handling of biohazard waste | |

**Triage/Risk Code:** 3    **Disaster Code:** 3

Comments:

---

### Cultural

English    Other(specify):

Does patient have cultural practices that influence health care? ☐ Yes ⊙ No
If yes, please explain:

Is religion important to the patient? ○ Yes ⊙ No
Patient's religious preference?
Use of interpreter *(select patient preferences):* ☐ Family ☐ Friend ☐ Professional ☐ Other
Patient's primary source of emotional support:
**Homebound?** ○ No ⊙ Yes

| | |
|---|---|
| ☐ Residual weakness | ✓ Unable to safely leave home unassisted |
| ✓ Requires max assistance/taxing effort to leave home | ☐ Confusion, unsafe to go out of home alone |
| ☐ Severe SOB or SOB upon exertion | ✓ Other post op weakness |
| ☐ Need assistance for all activities | |

---

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0035

3/18/2019, 9:10 AM

## Sensory Status

### Sensory Status

**Eyes:**
- ✓ WNL (Within Normal Limits)
- ☐ Glasses
- ☐ Contacts Left
- ☐ Contacts Right
- ☐ Blurred Vision
- ☐ Glaucoma
- ☐ Cataracts
- ☐ Macular Degeneration
- ☐ Redness
- ☐ Drainage
- ☐ Itching
- ☐ Watering
- ☐ Other
- Date of Last Eye Exam:

**Ears:**
- ✓ WNL (Within Normal Limits)
- ☐ Hearing Impaired     ☐ Left     ☐ Right
- ☐ Deaf
- ☐ Drainage
- ☐ Pain
- ☐ Hearing Aids     ☐ Left     ☐ Right

**Nose:**
- ✓ WNL (Within Normal Limits)
- ☐ Congestion
- ☐ Loss of Smell
- ☐ Nose Bleeds     *How often?*
- ☐ Other

**(M1200) Vision** (with corrective lenses if the patient usually wears them):
- ⦿ 0 - Normal vision: sees adequately in most situations; can see medication labels, newsprint.
- ◯ 1 - Partially impaired: cannot see medication labels or newsprint, but <u>can</u> see obstacles in path, and the surrounding layout; can count fingers at arm's length.
- ◯ 2 - Severely impaired: cannot locate objects without hearing or touching them or patient nonresponsive.

**(M1210) Ability to hear** (with hearing aid or hearing appliance if normally used):
- ⦿ 0 - Adequate: hears normal conversation without difficulty.
- ◯ 1 - Mildly to Moderately Impaired: difficulty hearing in some environments or speaker may need to increase volume or speak distinctly.
- ◯ 2 - Severely Impaired: absence of useful hearing.
- ◯ UK - Unable to assess hearing.

**(M1220) Understanding of Verbal Content** in patient's own language (with hearing aid or device if used):
- ⦿ 0 - Understands: clear comprehension without cues or repetitions.
- ◯ 1 - Usually Understands: understands most conversations, but misses some part/intent of message. Requires cues at times to understand.
- ◯ 2 - Sometimes Understands: understands only basic conversations or simple, direct phrases. Frequently requires cues to understand.
- ◯ 3 - Rarely/Never Understands
- ◯ UK - Unable to assess understanding.

**(M1230) Speech and Oral (Verbal) Expression of Language (in patient's own language):**
- ⦿ 0 - Expresses complex ideas, feelings, and needs clearly, completely, and easily in all situations with no observable impairment.
- ◯ 1 - Minimal difficulty in expressing ideas and needs (may take extra time; makes occasional errors in word choice, grammar or speech intelligibility;
    needs minimal prompting or assistance).
- ◯ 2 - Expresses simple ideas or needs with moderate difficulty (needs prompting or assistance, errors in word choice, organization or speech
    intelligibility). Speaks in phrases or short sentences.
- ◯ 3 - Has severe difficulty expressing basic ideas or needs and requires maximal assistance or guessing by listener. Speech limited to single words or short phrases.
- ◯ 4 - <u>Unable</u> to express basic needs even with maximal prompting or assistance but is not comatose or unresponsive (for example, speech is nonsensical or unintelligible).
- ◯ 5 - Patient nonresponsive or unable to speak.

### Interventions

| | |
|---|---|
| ☐ | SN to administer ear medication as follows: |
| ☐ | SN to instill ophthalmic medication as follows: |
| ☐ | ST     (freq) to evaluate week of: |
| ☐ | SN to provide patient with written instructions in large font |

Additional Orders:

### Goals

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0036

3/18/2019, 9:10 AM

# Pain

**Pain Scale**

Onset Date: 02/01/2017      Location of Pain: lower back



| NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST |
|---|---|---|---|---|---|
| 0 | 2 | 4 | 6 | 8 | 10 |

*From Hockenberry MJ, Wilson D: Wong's essentials of pediatric nursing, ed. 8, St. Louis, 2009, Mosby. Used with permission. Copyright Mosby.*

| | |
|---|---|
| Intensity of pain: | 8 |
| Duration: | constant |
| Quality: | aching |
| What makes pain worse: | ambulation |
| What makes pain better: | ice, medication |
| Relief rating of pain, i.e., pain level after medications: | 5 |
| Medications patient takes for pain: | percocet, Arymo |
| Medication effectiveness: | effective |
| Medication adverse side effects: | constipation, sleepiness |
| Patient's pain goal: | 2/10 |

**(M1240)** Has this patient had a formal **Pain Assessment** using a standardized, validated pain assessment tool (appropriate to the patient's ability to communicate the severity of pain)?

○ 0 - No standardized, validated assessment conducted   ○ 1 - Yes, and it does not indicate severe pain   ⊙ 2 - Yes, and it indicates severe pain

**(M1242)** Frequency of Pain Interfering with patient's activity or movement:

○ 0 - Patient has no pain                           ○ 3 - Daily, but not constantly
○ 1 - Patient has pain that does not interfere with activity or movement   ⊙ 4 - All of the time
○ 2 - Less often than daily

**Interventions**

| | |
|---|---|
| ✓ | SN to assess pain level and effectiveness of pain medications and current pain management therapy every visit |
| ✓ | SN to instruct patient to take pain medication before pain becomes severe to achieve better pain control |
| ☐ | SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques, massage, stretching, positioning, and/or hot/cold packs |
| ☐ | SN to assess patient's willingness to take pain medications and/or barriers to compliance, e.g., patient is unable to tolerate side effects such as drowsiness, dizziness, constipation |
| ✓ | SN to report to physician if patient experiences pain level not acceptable to patient, pain level greater than 8  , pain medications not effective, patient unable to tolerate pain medications, pain affecting ability to perform patient's normal activities |

Additional Orders:
SN to instruct patient on nonpharmacologic pain relief measures, including relaxation techniques, massage, stretching, positioning

**Goals**

| | |
|---|---|
| ✓ | Patient will verbalize understanding of proper use of pain medication by 03/24/2018 |
| ✓ | Patient will achieve pain level less than 5  within 2  weeks |

Additional Goals:

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights Reserved.

TRILOGY_0037
3/18/2019, 9:10 AM

## Integumentary Status

| Braden Scale for Predicting Pressure Sore Risk in Home Care | | | | |
|---|---|---|---|---|
| **SENSORY PERCEPTION**<br><br>ability to respond meaningfully to pressure-related discomfort | **1. Completely Limited** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation<br>**OR**<br>limited ability to feel pain over most of body. | **2. Very Limited** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness<br>**OR**<br>has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of body. | **3. Slightly Limited** Responds to verbal commands, but cannot always communicate discomfort or the need to be turned<br>**OR**<br>has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | **4. No Impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | 4 |
| **MOISTURE**<br><br>degree to which skin is exposed to moisture | **1. Constantly Moist** Skin is kept moist almost constantly by perspiration, urine, etc. Dampness is detected every time patient is moved or turned. | **2. Often Moist** Skin is often, but not always moist. Linen must be changed as often as 3 times in 24 hours. | **3. Occasionally Moist** Skin is occasionally moist, requiring an extra linen change approximately once a day. | **4. Rarely Moist** Skin is usually dry; Linen only requires changing at routine intervals. | 4 |
| **ACTIVITY**<br><br>degree of physical activity | **1. Bedfast** Confined to bed. | **2. Chairfast** Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | **3. Walks Occasionally** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of day in bed or chair. | **4. Walks Frequently** Walks outside bedroom twice a day and inside room at least once every two hours during waking hours. | 4 |
| **MOBILITY**<br><br>ability to change and control body position | **1. Completely Immobile** Does not make even slight changes in body or extremity position without assistance. | **2. Very Limited** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly Limited** Makes frequent though slight changes in body or extremity position independently. | **4. No Limitation** Makes major and frequent changes in position without assistance. | 4 |
| **NUTRITION**<br><br>usual food intake pattern | **1. Very Poor** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement<br>**OR**<br>is NPO and/or maintained on clear liquids or IVs for more than 5 days. | **2. Probably Inadequate** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement<br>**OR**<br>receives less than optimum amount of liquid diet or tube feeding. | **3. Adequate** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products) per day. Occasionally will refuse a meal, but will usually take a supplement when offered<br>**OR**<br>is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | **4. Excellent** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | 3 |
| **FRICTION & SHEAR** | **1. Problem** Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair, requiring frequent repositioning with maximum assistance. Spasticity, contractures or agitation leads to almost constant friction. | **2. Potential Problem** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheets, chair, restraints or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | **3. No Apparent Problem** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | 3 |
| | | | | **Total:** | 22 |

**Braden Scale Scoring:** Risk of developing pressure ulcers: *15-18: At risk; 13-14: Moderate risk; 10-12: High risk; 9 or below: Very high risk*

Copyright. Barbara Braden and Nancy Bergstrom, 1988. Reprinted with permission. All Rights Reserved.

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0038

3/18/2019, 9:10 AM

## Integumentary Status

| **Skin Turgor:** | ◉ Good | ○ Fair | ○ Poor | | |
|---|---|---|---|---|---|
| **Skin Color:** | ✓ Pink/WNL | □ Pale | □ Jaundice | □ Cyanotic | |

**Skin:**
| □ Dry | □ Diaphoretic | □ Warm | □ Cool | □ Wound |
|---|---|---|---|---|
| □ Ulcer | ✓ Incision | □ Rash | □ Ostomy | □ Other |

| Instructed on measures to control infections? | ◉ Yes | ○ No |
|---|---|---|

| **Nails:** | ◉ Good | ○ Problems |
|---|---|---|

| **Is patient using pressure-relieving device(s)? Type:** | ○ Yes | ◉ No |
|---|---|---|

Comments:

**(M1300) Pressure Ulcer Assessment:** Was this patient assessed for **Risk of Developing Pressure Ulcers?**
○ 0 - No assessment conducted **[Go to M1306]**
○ 1 - Yes, based on an evaluation of clinical factors, (for example, mobility, incontinence, nutrition) without use of standardized tool
◉ 2 - Yes, using a standardized, validated tool (for example, Braden Scale, Norton Scale)

**(M1302) Does this patient have a Risk of Developing Pressure Ulcers?**
◉ 0 - No ○ 1 - Yes

**(M1306) Does this patient have at least one Unhealed Pressure Ulcer at Stage II or Higher** or designated as Unstageable? (Excludes Stage I pressure ulcers and healed Stage II pressure ulcers)
◉ 0 - No **[Go to M1322]** ○ 1 - Yes

**(M1311) Current Number of Unhealed Pressure Ulcers at Each Stage**

**A1. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with red pink wound bed, without slough. May also present as an intact or open/ruptured blister.
　　**Number of Stage 2 pressure ulcers**
　　[If 0 at FU/DC Go to M1311B1]

**B1. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon, or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling.
　　**Number of Stage 3 pressure ulcers**
　　[If 0 at FU/DC Go to M1311C1]

**C1. Stage 4:** Full thickness tissue loss with exposed bone, tendon, or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling.
　　**Number of Stage 4 pressure ulcers**
　　[If 0 at FU/DC Go to M1311D1]

**D1. Unstageable: Non-removable dressing:** Known but not stageable due to non-removable dressing/device.
　　**Number of unstageable pressure ulcers due to non-removable dressing/device**
　　[If 0 at FU/DC Go to M1311E1]

**E1. Unstageable: Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar.
　　**Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar**
　　[If 0 at FU/DC Go to M1311F1]

**F1. Unstageable: Deep tissue injury:** Suspected deep tissue injury in evolution.
　　**Number of unstageable pressure ulcers with suspected deep tissue injury in evolution**
　　[If 0 - Go to M1322 (at Follow Up), Go to M1313 (at Discharge)]

**(M1320) Status of Most Problematic Pressure Ulcer that is Observable:** (Excludes pressure ulcer that cannot be observed due to a non-removable dressing/device)
○ 0 - Newly epithelialized　　　　　○ 3 - Not healing
○ 1 - Fully granulating　　　　　　　○ NA - No observable pressure ulcer
○ 2 - Early/partial granulation

**(M1322) Current Number of Stage I Pressure Ulcers:** Intact skin with non-blanchable redness of a localized area usually over a bony prominence. The area may be painful, firm, soft, warmer or cooler as compared to adjacent tissue.
◉ 0　　　　○ 1　　　　○ 2　　　　○ 3　　　　○ 4 or more

**(M1324) Stage of most Problematic Unhealed Pressure Ulcer that is Stageable:** (Excludes pressure ulcer that cannot be staged due to a non-removable dressing/device, coverage of wound bed by slough and/or eschar, or suspected deep tissue injury.)
○ 1 - Stage 1　　　○ 2 - Stage 2　　　○ 3 - Stage 3　　　○ 4 - Stage 4
◉ N/A - Patient has no pressure ulcers or no stageable pressure ulcers

**(M1330) Does this patient have a Stasis Ulcer?**
◉ 0 - No **[Go to M1340]**
○ 1 - Yes, patient has BOTH observable and unobservable stasis ulcers
○ 2 - Yes, patient has observable stasis ulcers ONLY
○ 3 - Yes, patient has unobservable stasis ulcers ONLY (known but, not observable due to non-removable dressing/device)**[Go to M1340]**

**(M1332) Current Number of Stasis Ulcer(s) that are Observable:**
○ 1 - One　　　　○ 2 - Two　　　　○ 3 - Three　　　　○ 4 - Four or more

**(M1334) Status of Most Problematic (Observable) Stasis Ulcer:**
○ 1 - Fully granulating　　　○ 2 - Early/partial granulation　　　○ 3 - Not healing

**(M1340) Does this patient have a Surgical Wound?**
○ 0 - No **[At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]**
○ 1 - Yes, patient has at least one observable surgical wound
◉ 2 - Surgical wound known but not observable due to non-removable dressing/device **[At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]**

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0039

3/18/2019, 9:10 AM

**(M1342) Status of Most Problematic Surgical Wound that is Observable:**

○ 0 - Newly epithelialized    ○ 1 - Fully granulating    ○ 2 - Early/partial granulation    ○ 3 - Not healing

**(M1350)** Does this patient have a **Skin Lesion** or **Open Wound** (excluding bowel ostomy), other than those described above that <u>is receiving intervention</u> by the home health agency?

◉ 0 - No ○ 1 - Yes

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0040

3/18/2019, 9:10 AM

**Wound Care Worksheet**

**Wounds Addressed on this Visit**

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** change dry sterile dressing daily, **Patient Response To Treatment:** tol well , **Wound Pain:** 8
**Additional Information:** steristrips in place

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** change dry sterile dressing daily, **Patient Response To Treatment:** tol well , **Wound Pain:** 8
**Additional Information:** steristrips in place

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0041

3/18/2019, 9:10 AM

| | Interventions |
|---|---|
| ☐ | SN to instruct Patient/Caregiver on turning/repositioning every 2 hours |
| ☐ | SN to instruct the Patient/Caregiver to float heels |
| ☐ | SN to instruct the Patient/Caregiver on methods to reduce friction and shear |
| ☐ | SN to instruct the Patient/Caregiver to pad all bony prominences |
| ✓ | SN to instruct Patient/Caregiver on wound care as follows: Lumbar Incisions: change dry sterile dressing daily |
| ☐ | Other: |
| ☐ | SN to assess skin for breakdown every visit |
| ✓ | SN to assess/evaluate wound(s) at each dressing change and PRN for signs/symptoms of infection. Report to physician increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes |
| ✓ | SN to instruct the Patient/Caregiver on signs/symptoms of wound infection to report to physician, to include increased temp >100.5, chills, increase in drainage, foul odor, redness, unrelieved pain > 10 on 0-10 scale, and any other significant changes |
| ☐ | May discontinue wound care when wound(s) have healed |
| Additional Orders: | |

| | Goals |
|---|---|
| ☐ | Wound(s) will heal without complication by: |
| ✓ | Wound(s) will be free from signs and symptoms of infection during 60 day episode |
| ☐ | Wound(s) will decrease in size by     % by |
| ☐ | Patient skin integrity will remain intact during this episode |
| Additional Goals: | |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0042

3/18/2019, 9:10 AM

## Respiratory Status

**Respiratory**

☑ **WNL (Within Normal Limits)**

☐ **Lung Sounds:**
- ☐ CTA
- ☐ Rales
- ☐ Rhonchi
- ☐ Wheezes
- ☐ Crackles
- ☐ Diminished
- ☐ Absent
- ☐ Stridor

☐ **Sputum:**
Enter amount:
Describe color, consistency, and odor:

☐ **02 At:**
LPM via:

☐ **02 Sat:**

☐ **Nebulizer:**

☐ **Cough:**

Comments:

**(M1400)** When is the patient dyspneic or noticeably **Short of Breath?**
- ◉ 0 - Patient is not short of breath
- ○ 1 - When walking more than 20 feet, climbing stairs
- ○ 2 - With moderate exertion (for example, while dressing, using commode or bedpan, walking distances less than 20 feet)
- ○ 3 - With minimal exertion (for example, while eating, talking, or performing other ADLs) or with agitation
- ○ 4 - At rest (during day or night)

**(M1410)** Respiratory Treatments utilized at home: *(Mark all that apply)*
- ☐ 1 - Oxygen (intermittent or continuous)
- ☐ 2 - Ventilator (continually or at night)
- ☐ 3 - Continuous / Bi-level positive airway pressure
- ☑ 4 - None of the above

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

18 of 64

TRILOGY_0043

3/18/2019, 9:10 AM

## Interventions

- ☐ SN to instruct caregiver on pulmonary toilet including percussion therapy and postural drainage (freq)
- ☐ SN to perform pulmonary toilet including percussion therapy and postural drainage (freq)
- ☐ SN to instruct the Patient/Caregiver on proper use of nebulizer/inhaler, and assess return demonstration
- ☐ SN to assess O2 saturation on room air (freq)
- ☐ SN to assess O2 saturation on O2 @   LPM/   (freq)
- ☐ SN to instruct the Patient/Caregiver on factors that contribute to SOB, including avoiding outdoors on poor air quality days. Avoid leaving windows open when outside temperature is above
- ☐ SN to instruct the Patient/Caregiver to avoid smoking or allowing people to smoke in patient's home. Instruct patient to avoid irritants/allergens known to increase SOB
- ☐ SN to instruct patient on pursed lip breathing techniques
- ☐ SN to instruct patient on energy conserving measures including frequent rest periods, small frequent meals, avoiding large meals/overeating, controlling stress
- ☐ SN to instruct patient on proper use of nebulizer treatment with
- ☐ SN to instruct patient on proper use of
- ☐ SN to instruct caregiver on proper suctioning technique
- ☐ SN to instruct the Patient/Caregiver on methods to recognize pulmonary dysfunction and relieve complications
- ☐ Report to physician O2 saturation less than   %

Additional Orders:

## Goals

- ☐ Patient's respiratory rate will remain within established parameters during the episode
- ☐ Patient will be free from signs and symptoms of respiratory distress during the episode
- ☐ Patient and caregiver will verbalize an understanding of factors that contribute to shortness of breath by:
- ☐ Patient will demonstrate proper pursed lip breathing techniques by
- ☐ Patient will verbalize an understanding of energy conserving measures by:
- ☐ The Patient/Caregiver will verbalize and demonstrate safe management of oxygen by:
- ☐ Patient will return demonstrate proper use of nebulizer treatment by
- ☐ Patient will demonstrate proper use of   by:

Additional Goals:

## Endocrine

✓ WNL (Within Normal Limits)

| | Y | N | |
|---|---|---|---|
| Is patient diabetic? | ○ Y | ◉ N | |
| Insulin dependent? | ○ Y | ○ N | For how long? |
| Is patient independently able to draw up correct dose of insulin? | ○ Y | ○ N | |
| Is patient able to properly administer own insulin? | ○ Y | ○ N | |
| Is patient taking oral hypoglycemic agent? | ○ Y | ○ N | |
| Is patient independent with glucometer use? | ○ Y | ○ N | |
| Is caregiver able to correctly draw up and administer insulin? | ○ Y | ○ N | ○ N/A, no caregiver |
| Is caregiver independent with glucometer use? | ○ Y | ○ N | ○ N/A, no caregiver |
| Does patient or caregiver routinely perform inspection of the patient's lower extremities? | ○ Y | ○ N | |

Does patient have any of the following?
- ☐ Polyuria      ☐ Polyphagia      ☐ Radiculopathy
- ☐ Polydipsia    ☐ Neuropathy      ☐ Thyroid problems

Blood Sugar          ○ Random      ○ Fasting      ○ 2 Hours PP

Blood sugar checked by:

Site:

Comments:

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0044

3/18/2019, 9:10 AM

### Interventions

| | |
|---|---|
| ☐ | SN to instruct Patient/Caregiver on all aspects of diabetic management to include disease process, foot assessments, signs and symptoms of hypo/hyperglycemia, glucometer use and preparation and administration of diabetic medications ordered by physician |
| ☐ | SN to instruct Patient/Caregiver to inspect patient's feet daily and report any skin or nail problems to SN |
| ☐ | SN to instruct Patient/Caregiver to wash patient's feet in warm (not hot) water. Wash feet gently and pat dry thoroughly making sure to dry between toes |
| ☐ | SN to instruct Patient/Caregiver to use moisturizer daily but avoid getting between toes |
| ☐ | SN to instruct patient to wear clean, dry, properly-fitted socks and change them every day |
| ☐ | SN to instruct Patient/Caregiver on appropriate nail care as follows: trim nails straight across and file rough edges with nail file |
| ☐ | SN to instruct Patient/Caregiver that patient should never walk barefoot |
| ☐ | SN to instruct Patient/Caregiver that patient should elevate feet when sitting |
| ☐ | SN to instruct Patient/Caregiver to protect patient's feet from extreme heat or cold |
| ☐ | SN to instruct Patient/Caregiver never to try to cut off corns, calluses, or any other lesions from lower extremities |
| ☐ | SN to perform finger stick for fasting blood sugar/random blood sugar during visit if it has not been done or if patient reports signs and symptoms of hypo/hyperglycemia |
| ☐ | SN to give patient 4 oz of fruit juice or 1 tablespoon of sugar in H2O if blood sugar is ___ mg/dl or below, and recheck blood sugar in 15 to 20 minutes. If blood sugar remains ___ mg/dL or below, notify physician |
| ☐ | SN to prepare and administer insulin (freq) ___ as follows: |
| ☐ | SN to assess blood sugar via finger stick every visit prior to insulin administration |
| ☐ | SN to prefill insulin syringes (freq) ___ as follows: |
| ☐ | SN to perform inspection of patient's lower extremities every visit and report any alteration in skin integrity to physician |

Additional Orders:

### Goals

| | |
|---|---|
| ☐ | Patient's fasting blood sugar will remain between ___ mg/dl and ___ mg/dl during the episode |
| ☐ | Patient's random blood sugar will remain between ___ mg/dl and ___ mg/dl during the episode |
| ☐ | Patient will be free from signs and symptoms of hypo/hyperglycemia during the episode |
| ☐ | The Patient/Caregiver will be independent with glucometer use by: |
| ☐ | The Patient/Caregiver will verbalize an understanding of skin conditions that must be reported to SN or physician immediately |
| ☐ | The Patient/Caregiver will be independent with insulin administration by: |
| ☐ | The Patient/Caregiver will verbalize understanding of proper diabetic foot care by: |

Additional Goals:

### Cardiovascular

✓ WNL (Within Normal Limits)   ☐ Dizziness:

☐ Chest Pain:   ☐ Edema:

☐ Dependent Edema:
   ☐ Pitting   ☐ Nonpitting

☐ Heart Sounds:   ☐ Neck Vein Distention:
   ☐ Murmur
   ☐ Gallop
   ☐ Click
   ☐ Irregular

☐ Peripheral Pulses:   ☐ Cap Refill:
   ○ <3 sec
   ○ >3 sec

Pacemaker: (Insertion date)   AICD: (Insertion date)
Comments:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0045

3/18/2019, 9:10 AM

### Interventions

| | |
|---|---|
| ☐ | SN to instruct patient on daily weight self-monitoring program where the patient utilizes the same scales on a hard, flat surface each morning prior to breakfast and after urination. Report to SN weight ○ gain ○ loss of ___ lb/1 day, ___ lb/1 week |
| ☐ | SN to assess patient's weight log every visit |
| ☐ | SN to instruct the Patient/Caregiver on measures to recognize cardiac dysfunction and relieve complications |
| ☐ | SN to instruct patient on measures to detect and alleviate edema |
| ☐ | SN to instruct patient when (s)he starts feeling chest pain, tightness, or squeezing in the chest to take nitroglycerin. Patient may take nitroglycerin one time every 5 minutes. If no relief after 3 doses, call 911 |
| ✓ | SN to instruct the patient the following symptoms could be signs of a heart attack: chest discomfort, discomfort in one or both arms, back, neck, jaw, stomach, shortness of breath, cold sweat, nausea, or dizziness. Instruct patient on signs and symptoms that necessitate calling 911 |
| ☐ | No blood pressure or venipuncture in ___ arm |

Additional Orders:

### Goals

| | |
|---|---|
| ☐ | Patient weight will be maintained between ___ lbs and ___ lbs during the episode |
| ☐ | Patient's blood pressure will remain within established parameters during the episode |
| ☐ | Patient's pulse will remain within established parameters during the episode |
| ☐ | Patient will remain free from chest pain, or chest pain will be relieved with nitroglycerin, during the episode |
| ✓ | The Patient/Caregiver will verbalize understanding of symptoms of cardiac complications and when to call 911 by: 03/23/2018 |
| ☐ | The Patient/Caregiver will verbalize and demonstrate edema-relieving measures by: |

Additional Goals:

**GU**

- ✓ WNL (Within Normal Limits)
- ☐ Incontinence
- ☐ Bladder Distention
- ☐ Burning
- ☐ Frequency
- ☐ Dysuria
- ☐ Retention
- ☐ Urgency
- ☐ Urostomy
- ☐ Catheter:
  - Last Changed ___
  - Fr ___ cc
- ☐ Urine:
  - ☐ Cloudy
  - ☐ Odorous
  - ☐ Sediment
  - ☐ Hematuria
  - ☐ Other
- ✓ External Genitalia:
  - ⊙ Normal
  - ○ Abnormal
  - As per:
  - ○ Clinician Assessment
  - ⊙ Pt/CG Report

**Digestive**

- ☐ WNL
- ☐ Nausea/Vomiting
- ☐ NPO
- ☐ Reflux/Indigestion
- ☐ Diarrhea
- ☐ Constipation
- ☐ Bowel Incontinence
- ☐ Bowel Sounds:
  - ○ Hyperactive
  - ○ Hypoactive
  - ○ Normal
- ☐ Abd Girth: ___
- ✓ Last BM: 03/21/2018
  - As per: ○ Clinician Assessment ⊙ Pt/CG Report
  - ✓ WNL
  - ☐ Abnormal Stool: ☐ Gray ☐ Tarry ☐ Fresh Blood ☐ Black
  - ☐ Constipation: ○ Chronic ○ Acute ○ Occasional
  - ☐ Lax/Enema Use:
  - ☐ Hemorrhoids: ○ Internal ○ External
- ☐ Ostomy:
  - Ostomy Type(s):
  - ☐ Stoma Appearance:
  - ☐ Stool Appearance:
  - ☐ Surrounding Skin: ☐ Intact

Comments:

**(M1600)** Has this patient been treated for a **Urinary Tract Infection** in the past 14 days?
⊙ 0 - No    ○ 1 - Yes    ○ NA - Patient on prophylactic treatment    ○ UK - Unknown

**(M1610) Urinary Incontinence or Urinary Catheter Presence:**
⊙ 0 - No incontinence or catheter (includes anuria or ostomy for urinary drainage) *[Go to M1620]*
○ 1 - Patient is incontinent
○ 2 - Patient requires a urinary catheter (specifically: external, indwelling, intermittent, suprapubic) *[Go to M1620]*

**(M1615) When does Urinary Incontinence occur?**
○ 0 - Timed-voiding defers incontinence    ○ 2 - During the night only    ○ 4 - During the day and night
○ 1 - Occasional stress incontinence    ○ 3 - During the day only

---

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0046

of 64

3/18/2019 9:10 AM

**(M1620) Bowel Incontinence Frequency:**

- ⊙ 0 - Very rarely or never has bowel incontinence
- ○ 1 - Less than once weekly
- ○ 2 - One to three times weekly
- ○ 3 - Four to six times weekly
- ○ 4 - On a daily basis
- ○ 5 - More often than once daily
- ○ NA - Patient has ostomy for bowel elimination
- ○ UK - Unknown

**(M1630) Ostomy for Bowel Elimination:** Does this patient have an ostomy for bowel elimination that (within the last 14 days): a) was related to an inpatient facility stay, or b) necessitated a change in medical or treatment regimen?

- ⊙ 0 - Patient does not have an ostomy for bowel elimination
- ○ 1 - Patient's ostomy was not related to an inpatient stay and did not necessitate change in medical or treatment regimen
- ○ 2 - The ostomy was related to an inpatient stay or did necessitate change in medical or treatment regimen

Is patient on dialysis?    ○ Y    ⊙ N

- ☐ Hemodialysis
- ☐ AV Graft / Fistula Site:
- ☐ Central Venous Catheter Access Site:
- ☐ Peritoneal Dialysis
- ☐ CCPD (Continuous Cyclic Peritoneal Dialysis)
- ☐ IPD (Intermittent Peritoneal Dialysis)
- ☐ CAPD (Continuous Ambulatory Peritoneal Dialysis)
- ☐ Catheter site free from signs and symptoms of infection
- ☐ Other:

Dialysis Center:
Phone Number:
Contact Person:

## Interventions

| | |
|---|---|
| ☐ | SN to instruct patient on bladder training program, including timed voiding |
| ☐ | SN to instruct the Patient/Caregiver on signs/symptoms of UTI to report to MD/SN. SN may obtain urinalysis and urine culture & sensitivity (C&S) test as needed for signs/symptoms of UTI, to include pain, foul odor, cloudy or blood-tinged urine and fever |
| ☐ | SN to change foley catheter with    Fr    cc catheter every    beginning on |
| ☐ | SN to change suprapubic tube with    Fr    cc catheter every    beginning on |
| ☐ | SN to irrigate suprapubic tube with 100-250cc of sterile normal saline as needed for blockage, leakage |
| ☐ | SN to irrigate foley with 100-250cc of sterile normal saline as needed for blockage, leakage |
| ☐ | SN to instruct the Patient/Caregiver on proper foley care |
| ☐ | SN to allow    additional visits for dislodgement, blockage, or leakage of foley or drainage system |
| ☐ | SN to instruct patient/caregiver on ostomy management as follows: |
| ☐ | SN to perform ostomy care as follows: |
| ☐ | SN to digitally disimpact patient for constipation unrelieved by medications for    days |
| ☐ | SN to instruct Patient/Caregiver on measuring and recording intake and output |
| ☐ | SN to instruct patient to increase activity to alleviate constipation |
| ☐ | SN to administer enema    if no bowel movement in    days |
| ☐ | SN to instruct the Patient/Caregiver on signs and symptoms of constipation to report to SN or physician |
| ☐ | SN to instruct the Patient/Caregiver on foods that contribute to acid reflux/indigestion |
| ☐ | SN to instruct patient not to eat 4 hours before bedtime to reduce acid reflux/indigestion |

Additional Orders:

## Goals

| | |
|---|---|
| ☐ | Foley will remain patent during this episode and patient will be free of signs and symptoms of UTI |
| ☐ | Suprapubic tube will remain patent during this episode and patient will be free of signs and symptoms of UTI |
| ☐ | Patient will be without signs/symptoms of UTI (pain, foul odor, cloudy or blood-tinged urine and fever) during this episode |
| ☐ | The Patient/Caregiver will be independent in ostomy management by: |
| ☐ | Patient will be free from signs and symptoms of constipation during the episode |
| ☐ | The Patient/Caregiver will verbalize understanding of foods that contribute to acid reflux/indigestion by: |
| ☐ | Patient will verbalize understanding not to eat 4 hours before bedtime to reduce acid reflux/indigestion by: |
| ☐ | Patient will not develop any signs and symptoms of dehydration during the episode |

Additional Goals:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0047

3/18/2019, 9:10 AM

# Nutrition

## Nutrition

☑ WNL (Within Normal Limits)
☐ Dysphagia
☐ Decreased Appetite
☐ Weight Loss/Gain   ○ Loss ○ Gain     Amount:          in:   *(how long)*
☐ Meals Prepared Appropriately
☑ Diet   ◉ Adequate   ○ Inadequate   ☐ NG   ☐ PEG        ☐ Dobhoff        ☐ Tube Placement Checked
☐ Residual Checked,  Amount:    cc
    ☐ Throat problems?      ☐ Sore throat?        ☐ Dentures?        ☐ Other:
    ☐ Hoarseness?           ☐ Dental problems?    ☐ Problems chewing?
Comments:

| Nutritional Health Screen | Yes | Score |
|---|---|---|
| ☐ Without reason, has lost more than 10 lbs, in the last 3 months | 15 | ☑ Good Nutritional Status (Score 0 - 25) |
| ☐ Has an illness or condition that made pt change the type and/or amount of food eaten | 10 | ☐ Moderate Nutritional Risk (Score 25 - 55) |
| ☐ Has open decubitus, ulcer, burn or wound | 10 | ☐ High Nutritional Risk (Score 55 - 100) |
| ☐ Eats fewer than 2 meals a day | 10 | Nutritional Status Comments: |
| ☐ Has a tooth/mouth problem that makes it hard to eat | 10 | |
| ☐ Has 3 or more drinks of beer, liquor or wine almost every day | 10 | |
| ☐ Does not always have enough money to buy foods needed | 10 | ☐ Non-compliant with prescribed diet |
| ☐ Eats few fruits or vegetables, or milk products | 5 | ☐ Over/under weight by 10% |
| ☐ Eats alone most of the time | 5 | Meals prepared by: |
| ☑ Takes 3 or more prescribed or OTC medications a day | 5 | Family |
| ☐ Is not always physically able to cook and/or feed self and has no caregiver to assist | 5 | |
| ☐ Frequently has diarrhea or constipation | 5 | |

## Enter Physician's Orders or Diet Requirements

☐        Sodium
☐ No Added Salt
☐        Calorie ADA Diet
☑ Regular
☐ High Protein
☐ Low Protein
☐ Carbohydrate   ○ Low   ○ High
☐ Mechanical Soft
☐ High Fiber
☐ Supplement:
☐ Renal Diet
☐ Coumadin Diet
☐ Fluid Restriction      cc/24 hours
☐ Other:

☐ No Concentrated Sweets
☐ Heart Healthy
☐ Low Cholesterol
☐ Low Fat
☐ Enteral Nutrition     (formula)
    Amount              cc/day via
    ☐    Pump                      ☐ Gravity
    ☐ PEG   ☐ NG   ☐ Dobhoff
    ☐ Continuous   ☐ Bolus
☐ TPN         @cc/hr
    via

## Interventions

☐   SN to instruct Patient/Caregiver on   diet
☐   SN to assess patient for diet compliance
☐   SN to instruct the Patient/Caregiver to keep a diet log
☐   SN to instruct the Patient/Caregiver on methods to promote oral intake
☐   SN to instruct the Patient/Caregiver on parenteral nutrition and the care/use of equipment, to include:
☐   SN to instruct the Patient/Caregiver on enteral nutrition and the care/use of equipment, to include
☐   SN to instruct the Patient/Caregiver on proper care of   tube
☐   SN to change   tube every   beginning
☐   SN to irrigate   tube with   cc of   ○ every   ○ as needed for
☐   SN to instruct the Patient/Caregiver to give   cc of free water every
Additional Orders:

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0048

3/18/2019, 9:10 AM

## Goals

| | |
|---|---|
| ☐ | Patient will maintain ___ diet compliance during the episode |
| ☐ | The Patient/Caregiver will demonstrate compliance with maintaining a diet log during the episode |
| ☐ | The Patient/Caregiver will demonstrate proper care/use of enteral nutrition equipment by |
| ☐ | The Patient/Caregiver will demonstrate proper care/use of parenteral nutrition equipment by |
| ☐ | The Patient/Caregiver will demonstrate proper care of ___ tube by |

Additional Goals:

## Neuro/Emotional/Behavioral Status

**Neurological**

Oriented to:
- ✓ Person
- ✓ Place
- ✓ Time

☐ Disoriented
☐ Forgetful
☐ PERRL
☐ Seizures
☐ Tremors    Location(s)

**Psychosocial**

✓ WNL (Within Normal Limits)
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated/Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability

Comments:

**(M1700) Cognitive Functioning:** Patient's current (day of assessment) level of alertness, orientation, comprehension, concentration, and immediate memory for simple commands.
- ⊙ 0 - Alert/oriented, able to focus and shift attention, comprehends and recalls task directions independently
- ○ 1 - Requires prompting (cuing, repetition, reminders) only under stressful or unfamiliar conditions
- ○ 2 - Requires assistance and some direction in specific situations (for example, on all tasks involving shifting of attention) or consistently requires low stimulus environment due to distractibility
- ○ 3 - Requires considerable assistance in routine situations. Is not alert and oriented or is unable to shift attention and recall directions more than half the time
- ○ 4 - Totally dependent due to disturbances such as constant disorientation, coma, persistent vegetative state, or delirium

**(M1710) When Confused (Reported or Observed Within the Last 14 Days):**
- ⊙ 0 - Never
- ○ 1 - In new or complex situations only
- ○ 2 - On awakening or at night only
- ○ 3 - During the day and evening, but not constantly
- ○ 4 - Constantly
- ○ NA - Patient nonresponsive

**(M1720) When Anxious (Reported or Observed Within the Last 14 Days):**
- ⊙ 0 - None of the time
- ○ 1 - Less often than daily
- ○ 2 - Daily, but not constantly
- ○ 3 - All of the time
- ○ NA - Patient nonresponsive

**(M1730) Depression Screening:** Has the patient been screened for depression, using a standardized, validated depression screening tool?
- ○ 0 - No
- ⊙ 1 - Yes, patient was screened using the PHQ-2© scale.

**Instructions for this two-question tool:** Ask patient: "Over the last two weeks, how often have you been bothered by any of the following problems?"

| PHQ-2© | Not at all 0 - 1 day | Several days 2 - 6 days | More than half of the days 7 - 11 days | Nearly every day 12 - 14 days | N/A Unable to respond |
|---|---|---|---|---|---|
| a)Little interest or pleasure in doing things? | ⊙ 0 | ○ 1 | ○ 2 | ○ 3 | ○ na |
| b)Feeling down, depressed, or hopeless? | ⊙ 0 | ○ 1 | ○ 2 | ○ 3 | ○ na |

*Copyright© Pfizer Inc. All rights reserved. Reproduced with permission.*

- ○ 2 - Yes, patient was screened with a different standardized, validated assessment and the patient meets criteria for further evaluation for depression.
- ○ 3 - Yes, patient was screened with a different standardized, validated assessment and the patient does not meet criteria for further evaluation for depression.

**(M1740) Cognitive, behavioral, and psychiatric symptoms** that are demonstrated at least once a week (Reported or Observed): *(Mark all that apply)*
- ☐ 1 - Memory deficit: failure to recognize familiar persons/places, inability to recall events of past 24 hours, significant memory loss so that supervision is required
- ☐ 2 - Impaired decision-making: failure to perform usual ADLs or IADLs, inability to appropriately stop activities, jeopardizes safety through actions
- ☐ 3 - Verbal disruption: yelling, threatening, excessive profanity, sexual references, etc
- ☐ 4 - Physical aggression: aggressive or combative to self and others (for example), hits self, throws objects, punches, dangerous maneuvers with wheelchair or other objects
- ☐ 5 - Disruptive, infantile, or socially inappropriate behavior (excludes verbal actions)
- ☐ 6 - Delusional, hallucinatory, or paranoid behavior
- ✓ 7 - None of the above behaviors demonstrated

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

24 of 64

TRILOGY_0049

3/18/2019, 9:10 AM

**(M1745) Frequency of Disruptive Behavior Symptoms (Reported or Observed)** Any physical, verbal, or other disruptive/dangerous symptoms that are injurious to self or others or jeopardize personal safety.
- ◉ 0 - Never
- ○ 2 - Once a month
- ○ 4 - Several times a week
- ○ 1 - Less than once a month
- ○ 3 - Several times each month
- ○ 5 - At least daily

**(M1750) Is this patient receiving Psychiatric Nursing Services** at home provided by a qualified psychiatric nurse?
- ◉ 0 - No    ○ 1 - Yes

### Interventions

| | |
|---|---|
| ☐ | **\*SN TO NOTIFY PHYSICIAN THIS PATIENT WAS SCREENED FOR DEPRESSION USING THE PHQ-2 SCALE AND MEETS CRITERIA FOR FURTHER EVALUATION FOR DEPRESSION** |
| ☐ | SN to assess for changes in neurological status every visit |
| ☐ | SN to assess patient's communication skills every visit |
| ☐ | SN to instruct the Patient/Caregiver on seizure precautions |
| ☐ | SN to instruct caregiver on orientation techniques to use when patient becomes disoriented |
| ☐ | MSW: ○ 1-2 OR ○    visits, every 60 days for provider services |
| ☐ | MSW: ○ 1-2 OR ○    visits, every 60 days for long term planning |
| ☐ | MSW: ○ 1-2 OR ○    visits, every 60 days for community resource assistance |

Additional Orders:

### Goals

| | |
|---|---|
| ☐ | Patient will remain free from increased confusion during the episode |
| ☐ | The Patient/Caregiver will verbalize understanding of seizure precautions |
| ☐ | Caregiver will verbalize understanding of proper orientation techniques to use when patient becomes disoriented |
| ☐ | Patient's community resource needs will be met with assistance of social worker |

Additional Goals:

### Mental Status

| | | | |
|---|---|---|---|
| ✔ Oriented | ☐ Comatose | ☐ Forgetful | ☐ Agitated |
| ☐ Depressed | ☐ Disoriented | ☐ Lethargic | Other (specify): |

Additional Orders (specify):

### Activities Permitted

| | | | |
|---|---|---|---|
| ☐ Complete bed rest | ✔ Up as tolerated | ✔ Exercise prescribed | ☐ Independent at home |
| ☐ Cane | ☐ Walker | ☐ Bed rest with BRP | ☐ Transfer bed-chair |
| ☐ Partial weight bearing | ☐ Crutches | ☐ Wheelchair | Other (specify): |

### Musculoskeletal

| | |
|---|---|
| ☐ WNL (Within Normal Limits) | ☐ Bedbound |
| ✔ Weakness | ☐ Chairbound |
| ☐ Ambulation Difficulty | ☐ Contracture: |
| ☐ Limited Mobility/ROM | ☐ Paralysis: |
| ✔ Joint Pain/Stiffness lumbar | ○ Dominant |
| ✔ Poor Balance | ○ Nondominant |
| ☐ Grip Strength | ☐ Assistive Device: |
| ○ Equal | |
| ○ Unequal | |

Comments:

**(M1800) Grooming:** Current ability to tend safely to personal hygiene needs (specifically: washing face and hands, hair care, shaving or make up, teeth or denture care, or fingernail care).
- ○ 0 - Able to groom self unaided, with or without the use of assistive devices or adapted methods
- ◉ 1 - Grooming utensils must be placed within reach before able to complete grooming activities
- ○ 2 - Someone must assist the patient to groom self
- ○ 3 - Patient depends entirely upon someone else for grooming needs

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0050

3/18/2019, 9:10 AM

**(M1810) Current Ability to Dress Upper Body** safely (with or without dressing aids) including undergarments, pullovers, front-opening shirts and blouses, managing zippers, buttons, and snaps:
- ○ 0 - Able to get clothes out of closets and drawers, put them on and remove them from the upper body without assistance
- ○ 1 - Able to dress upper body without assistance if clothing is laid out or handed to the patient
- ◉ 2 - Someone must help the patient put on upper body clothing
- ○ 3 - Patient depends entirely upon another person to dress the upper body

**(M1820) Current Ability to Dress Lower Body** safely (with or without dressing aids) including undergarments, slacks, socks or nylons, shoes:
- ○ 0 - Able to obtain, put on, and remove clothing and shoes without assistance
- ○ 1 - Able to dress lower body without assistance if clothing and shoes are laid out or handed to the patient
- ◉ 2 - Someone must help the patient put on undergarments, slacks, socks or nylons, and shoes
- ○ 3 - Patient depends entirely upon another person to dress lower body

**(M1830) Bathing:** Current ability to wash entire body safely. **Excludes** grooming **(washing face, washing hands, and shampooing hair).**
- ○ 0 - Able to bathe self in shower or tub independently, including getting in and out of tub/shower
- ○ 1 - With the use of devices, is able to bathe self in shower or tub independently, including getting in and out of the tub/shower
- ○ 2 - Able to bathe in shower or tub with the intermittent assistance of another person: (a) for intermittent supervision or encouragement or reminders, OR (b) to get in and out of the shower or tub, OR (c) for washing difficult to reach areas
- ◉ 3 - Able to participate in bathing self in shower or tub, but requires presence of another person throughout the bath for assistance or supervision
- ○ 4 - Unable to use the shower or tub, but able to bathe self independently with or without the use of devices at the sink, in chair, or on commode
- ○ 5 - Unable to use the shower or tub, but able to participate in bathing self in bed, at the sink, in bedside chair, or on commode, with the assistance or supervision of another person.
- ○ 6 - Unable to participate effectively in bathing and is bathed totally by another person

**(M1840) Toilet Transferring:** Current ability to get to and from the toilet or bedside commode safely and transfer on and off toilet/commode.
- ○ 0 - Able to get to and from the toilet and transfer independently with or without a device
- ◉ 1 - When reminded, assisted, or supervised by another person, able to get to and from the toilet and transfer
- ○ 2 - Unable to get to and from the toilet but is able to use a bedside commode (with or without assistance)
- ○ 3 - Unable to get to and from the toilet or bedside commode but is able to use a bedpan/urinal independently
- ○ 4 - Is totally dependent in toileting

**(M1845) Toileting Hygiene:** Current ability to maintain perineal hygiene safely, adjust clothes and/or incontinence pads before and after using toilet, commode, bedpan, urinal. If managing ostomy, includes cleaning area around stoma, but not managing equipment.
- ○ 0 - Able to manage toileting hygiene and clothing management without assistance
- ○ 1 - Able to manage toileting hygiene and clothing management without assistance if supplies/implements are laid out for the patient
- ◉ 2 - Someone must help the patient to maintain toileting hygiene and/or adjust clothing
- ○ 3 - Patient depends entirely upon another person to maintain toileting hygiene

**(M1850) Transferring:** Current ability to move safely from bed to chair, or ability to turn and position self in bed if patient is bedfast.
- ○ 0 - Able to independently transfer
- ◉ 1 - Able to transfer with minimal human assistance or with use of an assistive device
- ○ 2 - Able to bear weight and pivot during the transfer process but unable to transfer self
- ○ 3 - Unable to transfer self and is unable to bear weight or pivot when transferred by another person
- ○ 4 - Bedfast, unable to transfer but is able to turn and position self in bed
- ○ 5 - Bedfast, unable to transfer and is unable to turn and position self

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0051

3/18/2019, 9:10 AM

**(GG0170C) Mobility**
Code the patients usual performance at the SOC/ROC using the 6-point scale. If activity was not attempted at SOC/ROC, code the reason.
Code the patient's discharge goal using the 6-point scale. Do not use codes 07, 09, or 88 to code discharge goal.

| Coding:<br>**Safety** and **Quality of Performance** - If helper assistance is required because patient's performance is unsafe or of poor quality, score according to amount of assistance provided.<br>*Activity may be completed with or without assistive devices.* | 1. SOC/ROC<br>Performance | 2. Discharge Goal | |
|---|---|---|---|
| 06 **Independent** – Patient completes the activity by him/herself with no assistance from a helper.<br>05 **Setup or clean-up assistance** - Helper SETS UP or CLEANS UP; patient completes activity. Helper assists only prior to or following the activity.<br>04 **Supervision or touching assistance** - Helper provides VERBAL CUES or TOUCHING/STEADYING assistance as patient completes activity. Assistance may be provided throughout the activity or intermittently.<br>03 **Partial/moderate assistance** - Helper does LESS THAN HALF the effort. Helper lifts, holds or supports trunk or limbs, but provides less than half the effort.<br>02 **Substantial/maximal assistance** - Helper does MORE THAN HALF the effort. Helper lifts or holds trunk or limbs and provides more than half the effort.<br>01 **Dependent** - Helper does ALL of the effort. Patient does none of the effort to complete the activity. Or, the assistance of 2 or more helpers is required for the patient to complete the activity.<br>**If activity was not attempted, code reason:**<br>07 **Patient refused**<br>09 **Not applicable**<br>88 Not attempted due to **medical condition or safety concerns** | **Enter Codes In Boxes**<br><br>88 | 06 | **Lying to Sitting on Side of Bed:** The ability to safely move from lying on the back to sitting on the side of the bed with feet flat on the floor, and with no back support. |

**(M1860) Ambulation/Locomotion:** Current ability to walk safely, once in a standing position, or use a wheelchair, once in a seated position, on a variety of surfaces.
- ○ 0 - Able to independently walk on even and uneven surfaces and negotiate stairs with or without railings (specifically: needs no human assistance or assistive device)
- ○ 1 - With the use of a one-handed device (for example, cane, single crutch, hemi-walker), able to independently walk on even and uneven surfaces and negotiate stairs with or without railings
- ○ 2 - Requires use of a two-handed device (for example, walker or crutches) to walk alone on a level surface and/or requires human supervision or assistance to negotiate stairs or steps or uneven surfaces
- ◉ 3 - Able to walk only with the supervision or assistance of another person at all times
- ○ 4 - Chairfast, unable to ambulate but is able to wheel self independently
- ○ 5 - Chairfast, unable to ambulate and is unable to wheel self
- ○ 6 - Bedfast, unable to ambulate or be up in a chair

**(M1870) Feeding or Eating:** Current ability to feed self meals and snacks safely. Note: This refers only to the process of eating, chewing, and swallowing, not preparing the food to be eaten.
- ◉ 0 - Able to independently feed self
- ○ 1 - Able to feed self independently but requires:
    (a) meal set-up; OR
    (b) intermittent assistance or supervision from another person; OR
    (c) a liquid, pureed or ground meat diet
- ○ 2 - Unable to feed self and must be assisted or supervised throughout the meal/snack
- ○ 3 - Able to take in nutrients orally and receives supplemental nutrients through a nasogastric tube or gastrostomy
- ○ 4 - Unable to take in nutrients orally and is fed nutrients through a nasogastric tube or gastrostomy
- ○ 5 - Unable to take in nutrients orally or by tube feeding

**(M1880) Current Ability to Plan and Prepare Light Meals** (for example, cereal, sandwich) or reheat delivered meals safely:
- ○ 0 - (a) Able to independently plan and prepare all light meals for self or reheat delivered meals; OR
    (b) Is physically, cognitively, and mentally able to prepare light meals on a regular basis but has not routinely performed light meal preparation in the past (specifically: prior to this home care admission)
- ◉ 1 - Unable to prepare light meals on a regular basis due to physical, cognitive, or mental limitations
- ○ 2 - Unable to prepare any light meals or reheat any delivered meals

**(M1890) Ability to Use Telephone:** Current ability to answer the phone safely, including dialing numbers, and effectively using the telephone to communicate.
- ◉ 0 - Able to dial numbers and answer calls appropriately and as desired
- ○ 1 - Able to use a specifically adapted telephone (for example, large numbers on the dial, teletype phone for the deaf) and call essential numbers
- ○ 2 - Able to answer the telephone and carry on a normal conversation but has difficulty with placing calls
- ○ 3 - Able to answer the telephone only some of the time or is able to carry on only a limited conversation
- ○ 4 - Unable to answer the telephone at all but can listen if assisted with equipment
- ○ 5 - Totally unable to use the telephone
- ○ NA - Patient does not have a telephone

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0052

3/18/2019, 9:10 AM

## Interventions

| | |
|---|---|
| ☐ | Physical therapy    (freq) to evaluate week of |
| ☐ | Occupational therapy    (freq) to evaluate week of |
| ☐ | Home Health Aide (freq)    for assistance with ADLs/IADLs |
| ☐ | SN to assess for patient adherence to appropriate activity levels |
| ☐ | SN to assess patient's compliance with home exercise program |
| ✓ | SN to instruct the Patient/Caregiver  on proper ROM exercises and body alignment techniques |
| ☐ | SN to perform circulatory checks and cast care every visit |

Additional Orders:
Keep back straight, no bending, twisting, lifting No exercise until post op follow up walking is important Use lumbar roll when sitting

## Goals

| | |
|---|---|
| ☐ | Home exercise program will be established by physical therapist |
| ☐ | Home exercise program will be established by occupational therapist |
| ☐ | Patient's mobility will be improved with assistance of physical therapist |
| ✓ | The Patient/Caregiver    will demonstrate proper ROM exercise and body alignment techniques |
| ☐ | Patient will remain free from impaired circulation related to cast or other orthotic device |
| ☐ | Patient's ADL/IADL needs will be met with assistance of home health aide |

Additional Goals:


**(M1900) Prior Functioning ADL/IADL:** Indicate the patient's usual ability with everyday activities prior to his/her most recent illness, exacerbation, or injury.

| Functional Area | Independent | Needed Some Help | Dependent |
|---|---|---|---|
| a.Self-Care (specifically: grooming, dressing, bathing, and toileting hygiene) | ◉ 0 | ○ 1 | ○ 2 |
| b.Ambulation | ◉ 0 | ○ 1 | ○ 2 |
| c.Transfer | ◉ 0 | ○ 1 | ○ 2 |
| d.Household tasks (specifically: light meal, preparation, laundry, shopping, and phone use) | ◉ 0 | ○ 1 | ○ 2 |

### MAHC 10 - Fall Risk Assessment Tool

**Required Core Elements: Assess one point for each core element "yes".** *Information may be gathered from medical record, assessment and if applicable, the patient/caregiver. Beyond protocols listed below, scoring should be based on your clinical judgment.*

| | Yes | No |
|---|---|---|
| **Age 65+** | ○ | ◉ |
| **Diagnosis (3 or more co-existing)**  *Includes only documented medical diagnosis.* | ○ | ◉ |
| **Prior history of falls within 3 months:**  *Fall definition: "An unintentional change in position in coming to rest on the ground or at a lower level."* | ○ | ◉ |
| **Incontinence:**  *Inability to make it to the bathroom or commode in timely manner. Includes frequency, urgency, and/or nocturia.* | ○ | ◉ |
| **Visual Impairment:**  *Includes but not limited to, macular degeneration, diabetic retinopathies, visual field loss, age related changes, decline in visual acuity, accommodation, glare tolerance, depth perception, and night vision or not wearing prescribed glasses or having the correct prescription.* | ○ | ◉ |
| **Impaired functional mobility:**  *May include patients who need help with IADLs or ADLs or have gait or transfer problems, arthritis, pain, fear of falling, foot problems, impaired sensation, impaired coordination or improper use of assistive devices.* | ◉ | ○ |
| **Environmental hazards:**  *May include but not limited to, poor illumination, equipment tubing, inappropriate footwear, pets, hard to reach items, floor surfaces that are uneven or cluttered, or outdoor entry and exits.* | ◉ | ○ |
| **Poly Pharmacy (4 or more prescriptions - any type):**  *All PRESCRIPTIONS including prescriptions for OTC meds. Drugs highly associated with fall risk include but are not limited to, sedatives, anti-depressants, tranquilizers, narcotics, antihypertensives, cardiac meds, corticosteroids, anti-anxiety drugs, anticholinergic drugs, and hypoglycemic drugs.* | ◉ | ○ |
| **Pain affecting level of function:**  *Pain often affects an individual's desire or ability to move or pain can be a factor in depression or compliance with safety recommendations.* | ◉ | ○ |
| **Cognitive Impairment:**  *Could include patients with dementia, Alzheimer's or stroke patients or patients who are confused, use poor judgment, have decreased comprehension, impulsivity, memory deficits. Consider patient's ability to adhere to the plan of care.* | ○ | ◉ |
| A score of 4 or more is considered at risk for falling                                    **Total:** | 4 | |

*Ref: The Missouri Alliance for Home Care*

### Fall Risk Assessment: Timed Get Up and Go

**Observe patient for postural stability, steppage, stride length, and sway.**

Patient performed the above once for practice. Then repeated the exercise while being timed.

Score    seconds


**(M1910)** Has this patient had a multi-factor **Fall Risk Assessment** using a standardized, validated assessment tool?
○ 0 - No
○ 1 - Yes, and it does not indicate a risk for falls
◉ 2 - Yes, and it does indicate a risk for falls


OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0053

3/18/2019, 9:10 AM

## Interventions

| | |
|---|---|
| ✓ | SN to instruct patient to wear proper footwear when ambulating |
| ☐ | SN to instruct patient to use prescribed assistive device when ambulating |
| ✓ | SN to instruct patient to change positions slowly |
| ☐ | SN to instruct the Patient/Caregiver to remove throw rugs or use double-sided tape to secure rug in place |
| ✓ | SN to instruct the Patient/Caregiver to remove clutter from patient's path such as clothes, books, shoes, electrical cords, or other items that may cause patient to trip |
| ✓ | SN to instruct the Patient/Caregiver to contact agency for increased dizziness or problems with balance |
| ☐ | SN to assess date of patient's last eye exam |
| ☐ | SN to instruct patient to have annual eye exams |
| ☐ | SN to instruct patient to use non-skid mats in tub/shower |
| ✓ | SN to instruct the Patient/Caregiver on importance of adequate lighting in patient area |
| ✓ | SN to instruct the Patient/Caregiver to contact agency to report any fall with or without minor injury and to call 911 for fall resulting in serious injury or causing severe pain or immobility |
| ☐ | SN to request Physical Therapy Evaluation order from physician |

Additional Orders:

## Goals

| | |
|---|---|
| ✓ | The patient will be free from falls during the certification period |
| ☐ | The patient will be free from injury during the certification period |
| ☐ | The Patient/Caregiver will verbalize understanding of need for annual eye examination by: |
| ☐ | The Patient/Caregiver will remove all clutter from patient's path, such as clothes, books, shoes, electrical cords, and other items, that may cause patient to trip by: |
| ☐ | The Patient/Caregiver will remove throw rugs or secure them with double-sided tape by: |

Additional Goals:

## DME

| | | | | |
|---|---|---|---|---|
| ☐ Bedside Commode | ☐ Cane | ☐ Elevated Toilet Seat | ☐ Grab Bars | ☐ Hospital Bed |
| ☐ Nebulizer | ☐ Oxygen | ☐ Tub/Shower Bench | ☐ Walker | ☐ Wheelchair |

Other:
thoracic lumbar sacral brace

## Supplies

| | | | | |
|---|---|---|---|---|
| ☐ ABDs | ☐ Ace Wrap | ☐ Alcohol Pads | ☐ Chux/Underpads | ☐ Diabetic Supplies |
| ☐ Drainage Bag | ☐ Dressing Supplies | ☐ Duoderm | ✓ Exam Gloves | ☐ Foley Catheter |
| ☐ Gauze Pads | ☐ Insertion Kit | ☐ Irrigation Set | ☐ Irrigation Solution | ☐ Kerlix Rolls |
| ☐ Leg Bag | ☐ Needles | ☐ NG Tube | ✓ Probe Covers | ☐ Sharps Container |
| ☐ Sterile Gloves | ☐ Syringe | ☐ Tape | | |

Other:

## DME Provider

Information for company (other than home health agency) that provides supplies/DME:
Name:
Address:
Phone Number:
Supplies/DME
Provided:

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

29 of 64

TRILOGY_0054

3/18/2019, 9:10 AM

**Medication Administration Record**

Time in:                                 Time out:                                          Date:
**Time:**

## Medication 1

| **Medication** | **Dose** | **Route** |
|---|---|---|
| **Frequency** | **PRN Reason** | |
| **Location** | **Patient Response** | |

**Comment**
**Legend**

| *IM* | *SQ* | |
| *Location* | *Location* | |
| LD/RD | Left / Right Deltoid | LA | Left Arm |
| LVG/RVG | Left / Right Ventrogluteal | RA | Right Arm |
| LDG/RDG | Left / Right Dorsogluteal | ABD | Abdomen |
| LV/RV | Left / Right Vastus Lateralis | LT | Left Thigh |
| | | RT | Right Thigh |

*Patient Responses*
NB    No Bleeding/Bruising
NC    No Complaint
NN    See Narrative

**(M2001) Drug Regimen Review:** Did a complete drug regimen review identify potential clinically significant medication issues?
- ⦿ 0    No - No issues found during review **[Go to M2010]**
- ○ 1    Yes - Issues found during review
- ○ 9    NA - Patient is not taking any medications **[Go to M2040]**
- ○ -    Not assessed/no information

Does patient have IV access? ○ Y ⦿ N
Type:
Date of Insertion:
Date of Last Dressing Change:

**(M2003) Medication Follow-up:** Did the Agency contact a physician (or physician-designee) by midnight of the next calendar day and complete prescribed/recommended actions in response to the identified potential clinically significant medication issues?
○ 0 - No    ○ 1 - Yes

**(M2030) Patient/Caregiver High Risk Drug Education:** Has the patient/caregiver received instruction on special precautions for all high-risk medications (such as hypoglycemics, anticoagulants, etc) and how and when to report problems that may occur?
- ○ 0 - No
- ⦿ 1 - Yes
- ○ NA - Patient not taking any high risk drugs OR patient/caregiver fully knowledgeable about special precautions associated with all high-risk medications

**(M2020) Management of Oral Medications:** Patient's current ability to prepare and take all oral medications reliably and safely, including administration of the correct dosage at the appropriate times/intervals. **Excludes** injectable and IV medications. **(NOTE: This refers to ability, not compliance or willingness.)**
- ○ 0 - Able to independently take the correct oral medication(s) and proper dosage(s) at the correct times
- ○ 1 - Able to take medication(s) at the correct times if:
  (a) individual dosages are prepared in advance by another person; OR
  (b) another person develops a drug diary or chart
- ○ 2 - Able to take medication(s) at the correct times if given reminders by another person at the appropriate times
- ⦿ 3 - Unable to take medication unless administered by another person
- ○ NA - No oral medications prescribed

**(M2030) Management of Injectable Medications:** Patient's current ability to prepare and take all prescribed injectable medications reliably and safely, including administration of correct dosage at the appropriate times/intervals. **Excludes** IV medications.
- ○ 0 - Able to independently take the correct medication(s) and proper dosage(s) at the correct times
- ○ 1 - Able to take injectable medication(s) at the correct times if:
  (a) individual syringes are prepared in advance by another person; OR
  (b) another person develops a drug diary or chart
- ○ 2 - Able to take medication(s) at the correct times if given reminders by another person based on the frequency of the injection
- ○ 3 - Unable to take injectable medication unless administered by another person
- ⦿ NA - No injectable medications prescribed

**(M2040) Prior Medication Management:** Indicate the patient's usual ability with managing oral and injectable medications prior to his/her most recent illness, exacerbation or injury.

| Functional Area | Independent | Needed Some Help | Dependent | Not Applicable |
|---|---|---|---|---|
| a.Oral medications | ⦿ 0 | ○ 1 | ○ 2 | ○ na |
| b.Injectable medications | ○ 0 | ○ 1 | ○ 2 | ⦿ na |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0055

3/18/2019, 9:10 AM

## Interventions

| | |
|---|---|
| ☐ | SN to assess patient filling medication box to determine if patient is preparing correctly |
| ☐ | SN to assess caregiver filling medication box to determine if caregiver is preparing correctly |
| ✓ | SN to determine if the `Patient/Caregiver` is able to identify the correct dose, route, and frequency of each medication |
| ✓ | SN to assess if the `Patient/Caregiver` can verbalize an understanding of the indication for each medication |
| ☐ | SN to establish reminders to alert patient to take medications at correct times |
| ☐ | SN to assess the `Patient/Caregiver` ability to open medication containers and determine the proper dose that should be administered |
| ✓ | SN to instruct the `Patient/Caregiver` on medication regimen dose, indications, side effects, and interactions |
| ☐ | SN to remove any duplicate or expired medications to prevent confusion with medication regimen |
| ☐ | SN to observe patient drawing up injectable medications to determine if patient is able to draw up the correct dose |
| ☐ | SN to assess the `Patient/Caregiver` administering injectable medications to determine if proper technique is utilized |
| ☐ | SN to report to physician if drug therapy appears to be ineffective |
| ✓ | SN to instruct the `Patient/Caregiver` on precautions for high risk medications, such as, hypoglycemics, anticoagulants/antiplatelets, sedative hypnotics, narcotics, antiarrhythmics, antineoplastics, skeletal muscle relaxants |
| ☐ | SN to instruct the `Patient/Caregiver` on signs and symptoms of ineffective drug therapy to report to SN or physician |
| ✓ | SN to instruct the `Patient/Caregiver` on medication side effects to report to SN or physician |
| ☐ | SN to instruct the `Patient/Caregiver` on medication reactions to report to SN or physician |
| ☐ | SN to administer IV   at rate of   via   every |
| ☐ | SN to instruct the `Patient/Caregiver` to administer IV at rate of   via   every |
| ☐ | SN to change peripheral IV catheter every 72 hours with   gauge   inch angiocath |
| ☐ | SN to flush peripheral IV with   cc of   every |
| ☐ | SN to instruct the `Patient/Caregiver` to flush peripheral IV with   cc of   every |
| ☐ | SN to change central line dressing every   using sterile technique |
| ☐ | SN to instruct the `Patient/Caregiver` to change central line dressing every   using sterile technique |
| ☐ | SN to flush central line with   cc of   every |
| ☐ | SN to instruct `Patient/Caregiver` to flush central line with   cc of   every |
| ☐ | SN to access   port every   and flush with   cc of   every |
| ☐ | SN to change   port dressing using sterile technique every |
| ☐ | SN to instruct the `Patient/Caregiver` to change   port dressing using sterile technique every |
| ☐ | SN to change IV tubing every |
| ☐ | SN to instruct the `Patient/Caregiver` on signs and symptoms of infection and infiltration |

Additional Orders:

## Goals

| | |
|---|---|
| ✓ | Patient will remain free of adverse medication reactions during the episode |
| ☐ | The `Patient/Caregiver` will be independent with medication management by: |
| ✓ | The `Patient/Caregiver` will verbalize understanding of medication regimen, dose, route, frequency, indications, and side effects by: 03/26/2018 |
| ☐ | The `Patient/Caregiver` will be independent with   administration by: |
| ☐ | The `Patient/Caregiver` will be independent with setting up medication boxes by: |
| ☐ | The `Patient/Caregiver` will be able to verbalize an understanding of the indications for each medication by: |
| ✓ | The `Patient/Caregiver` will be able to identify the correct dose, route, and frequency of each medication by: 03/26/2018 |
| ☐ | IV will remain patent and free from signs and symptoms of infection |
| ☐ | The `Patient/Caregiver` will demonstrate understanding of flushing central line |
| ☐ | The `Patient/Caregiver` will demonstrate understanding of flushing peripheral IV line |
| ☐ | The `Patient/Caregiver` will demonstrate understanding of changing   dressing using sterile technique |
| ☐ | The `Patient/Caregiver` will demonstrate understanding of administering IV   at rate of   via   every |

Additional Goals:

## Care Management

**(M2102) Types and Sources of Assistance:** Determine the ability and willingness of non-agency caregivers (such as family members, friends, or privately paid caregivers) to provide assistance for the following activities, if assistance is needed. EXCLUDES all care by your agency staff. (Check only **one** box in each row.)

| Type of Assistance | No assistance needed - patient is independent or does not have needs in this area | Non-agency caregiver(s) currently provide assistance | Non-agency caregiver(s) need training/supportive services to provide assistance | Non-agency caregiver(s) are not likely to provide assistance OR it is unclear if they will provide assistance | Assistance needed, but no non-agency caregiver(s) available |
|---|---|---|---|---|---|
| a. **ADL assistance** (for example, transfer/ ambulation, bathing, dressing, toileting, eating/feeding) | ○ 0 | ◉ 1 | ○ 2 | ○ 3 | ○ 4 |
| b. **IADL assistance** (for example, meals, housekeeping, laundry, telephone, shopping, finances) | ○ 0 | ◉ 1 | ○ 2 | ○ 3 | ○ 4 |
| c. **Medication administration** (for example, oral, inhaled or injectable) | ○ 0 | ○ 1 | ◉ 2 | ○ 3 | ○ 4 |
| d. **Medical procedures/treatments** (for example, changing wound dressing, home exercise program) | ○ 0 | ○ 1 | ◉ 2 | ○ 3 | ○ 4 |
| e. **Management of Equipment** (for example, oxygen, IV/infusion equipment, enteral/parenteral nutrition, ventilator therapy equipment or supplies) | ○ 0 | ◉ 1 | ○ 2 | ○ 3 | ○ 4 |
| f. **Supervision and safety** (for example, due to cognitive impairment) | ◉ 0 | ○ 1 | ○ 2 | ○ 3 | ○ 4 |
| g. **Advocacy or Facilitation** of patient's participation in appropriate medical care (for example, transportation to or from appointments) | ○ 0 | ◉ 1 | ○ 2 | ○ 3 | ○ 4 |

**(M2110) How often does the patient receive ADL or IADL assistance** from any caregiver(s) (other than home health agency staff)?
◉ 1 - At least daily
○ 2 - Three or more times per week
○ 3 - One to two times per week
○ 4 - Received, but less often than weekly
○ 5 - No assistance received
○ UK - Unknown

**(M2200) Therapy Need:** In the home health plan of care for the Medicare payment episode for which this assessment will define a case mix group, what is the indicated need for therapy visits (total of reasonable and necessary physical, occupational, and speech-language pathology visits combined)? **(Enter zero [ 000 ] if no therapy visits indicated.)**
000    Number of therapy visits indicated (total of physical, occupational and speech-language pathology combined).
☐ NA - Not Applicable: no case mix group defined by this assessment

**(M2250) Plan of Care Synopsis:** (Check only one box in each row.) Does the physician-ordered plan of care include the following:

| Plan / Intervention | No | Yes | Not Applicable | |
|---|---|---|---|---|
| a. Patient-specific parameters for notifying physician of changes in vital signs or other clinical findings | ○ 0 | ○ 1 | ◉ NA | Physician has chosen not to establish patient-specific parameters for this patient. Agency will use standardized clinical guidelines accessible for all care providers to reference |
| b. Diabetic foot care including monitoring for the presence of skin lesions on the lower extremities and patient/caregiver education on proper foot care | ○ 0 | ○ 1 | ◉ NA | Patient is not diabetic or is missing lower legs due to congenital or acquired condition (bilateral amputee). |
| c. Falls prevention interventions | ○ 0 | ◉ 1 | ○ NA | Falls risk assessment indicates patient has no risk for falls. |
| d. Depression intervention(s) such as mediation, referral for other treatment, or a monitoring plan for current treatment and/or physician notified that patient screened positive for depression | ○ 0 | ○ 1 | ◉ NA | Patient has no diagnosis of depression AND depression screening indicates patient has: 1) no symptoms of depression; or 2) has some symptoms of depression but does not meet criteria for further evaluation of depression based on screening tool used. |
| e. Intervention(s) to monitor and mitigate pain | ○ 0 | ◉ 1 | ○ NA | Pain assessment indicates patient has no pain. |
| f. Intervention(s) to prevent pressure ulcers | ○ 0 | ○ 1 | ◉ NA | Pressure ulcer risk assessment (clinical or formal) indicates patient is not at risk of developing pressure ulcers. |
| g. Pressure ulcer treatment based on principles of moist wound healing OR order for treatment based on moist wound healing has been requested from physician | ○ 0 | ○ 1 | ◉ NA | Patient has no pressure ulcers OR no pressure ulcer(s) for which moist wound healing is indicated. |

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0057

3/18/2019, 9:10 AM

## Orders for Discipline and Treatments

### Orders for Discipline and Treatments

| | |
|---|---|
| SN | effective 3/23/18 2w1,3w1 |
| PT | |
| OT | |
| ST | |
| MSW | |
| HHA | |
| Dietitian | |
| Additional Orders: | |

### Rehabilitation Potential

- ✓ Good to achieve stated goals with skilled intervention and patient's compliance with the plan of care
- ☐ Fair to achieve stated goals with skilled intervention and patient's compliance with the plan of care
- ☐ Poor to achieve stated goals with skilled intervention and patient's compliance with the plan of care

Other rehabilitation potential:

### Discharge Plans

- ✓ Discharge when medical condition is stable and patient is no longer in need of skilled services
- ☐ Discharge to care of physician
- ☐ Discharge to caregiver
- ✓ Discharge patient to self care
- ☐ Discharge when caregiver willing and able to manage all aspects of patient's care
- ☐ Discharge when goals met
- ☐ Discharge when wound(s) healed
- ☐ Discharge when reliable caregiver available to assist with patient's medical needs
- ☐ Discharge when patient is independent in management of medical needs

Additional discharge plans:

### Patient Strengths

| ☐ Motivated Learner | ✓ Strong Support System | ☐ Absence of Multiple Diagnosis |
|---|---|---|
| ☐ Enhanced Socioeconomic Status | Other: | |

### Conclusions

| ✓ Skilled Intervention Needed | ✓ Skilled Instruction Needed | ☐ No Skilled Service Needed |
|---|---|---|
| Other: | | |

### Skilled Intervention

**Assessment/ Instruction/ Performance:**
SOC: 42 y/o w/m referred to home health by surgeon, Dr. Topp, for post op vitals check and wound care/check for 5 days. Patient's significant other, Amber, and 2 small children present for SOC. Patient is *(Continued)*

| ✓ Response to Skilled Intervention | | | | |
|---|---|---|---|---|
| Verbalized Understanding | ✓ Pt | 100 % | ✓ CG | 100 % |
| Return Demonstration | ☐ Pt | % | ☐ CG | % |
| Require Further Teaching | ☐ Pt | ☐ CG | | |
| Comments: | | | | |

| | |
|---|---|
| Title of Teaching Tool Used/Given: | Trilogy SOC Folder |
| Progress To Goals: | Initiated |
| Conferenced With: | SN |
| Name: | Marsha Moor, RN, DCS |
| Regarding: | Plan of care |
| Physician Contacted Re: | Allie for Dr. Topp, left message with notification of admission |
| Order Changes: | |
| Plan for Next Visit: | dressing change, pain management education |
| Next Physician Visit: | |
| Discharge Planning: | when skilled services no longer needed |
| | ☐ Written notice of discharge provided to patient.    Discharge scheduled for: |

**Signature/Discipline and Date    (Kimberly Johnson RN)**
Digitally Signed by: Kimberly Johnson RN , 03/23/2018

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

**OASIS-C Addendum Page** : 03/23/2018
Triolo, Richard ( 2751 ) ✍

---

**Skilled Intervention: Assessment/ Instruction/ Performance** *(Cont'd)*

A&O x3 with h/o car accident February of 2017 and now with lumbar pain. No other medical history noted. Patient had posterior lumbar interbody fusion on 3/22/18 outpatient. Dressing in place to lumbar spine, no drainage to dressing noted. Patient reports pain level of 8/10, reports it is time for pain medication, percocet, and is taking regularly for pain control. SN instructed pt on percocet indications and side effects as well as dosage and instructions. Patient verbalized understanding and states he is taking as prescribed. SN instructed pt that 1-2 is prescribed and can take 2 for severe pain, patient verbalized understanding. SN instructed on fall precautions r/t adequate lighting, wear shoes, be mindful of dog r/t tripping hazard, pt verbalized understanding. Pt wearing thoracic lumbar sacral brace, reports he is wearing it most of the time. SN reinforced wearing brace, exercise restrictions, no lifting/twisting/bending, pt verbalized understanding. SN reviewed all medications including dosage, indications, frequencies, and side effects, pt verbalized understanding and states he is taking meds as instructed. Pt reports he is taking Relistor daily for bowel movements. SN reviewed Trilogy SOC folder, consents signed, plan of care discussed. Pt participated in his care planning process and in agreement. Patient is homebound with difficult and taxing effort to leave the home due to post op weakness, pain limiting mobility, MD ordered activity restrictions and must have a person x1 to safely leave the home.

---

OASIS-C2 Start of Care: Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0059

3/18/2019, 9:10 AM

## Kinnser Verified Visit: Triolo, Richard

| | |
|---|---|
| MRN: | 2751 |
| Date of Birth: | ███ 1974 |
| Start of Care: | 03/23/2018 |
| Visit: | OASIS-C2 Start of Care |
| Visit Date / Time: | 03/23/2018 16:00 - 17:00 |
| KVV Date / Time: | 03/23/2018 17:48 EST |
| 📍 Patient Address: | 1933 Eclipse Drive, MIDDLEBURG FL, 32068 |
| ⚲ Signature Location: | 1933 Eclipse Dr, Middleburg, FL 32068, USA |

Accuracy: +/- 16 ft

Close

TRILOGY_0060

| RN - Skilled Nursing Visit 03/24/2018 | Altercare, LLC dba Trilogy Home Healthcare |
|---|---|
| Triolo, Richard (2751) ☑<br>Date of Birth: ▮▮▮▮1974 | 12740 Gran Bay Parkway West<br>Suite 2120<br>Jacksonville, FL 32258  (904) 229-0510 |

## Skilled Observation

**Vital Signs**

| | |
|---|---|
| Temp: | 98.7 |
| | Oral |
| Pulse: | 72 Apical |
| | Radial |
| ✓ Regular ☐ Irregular | |
| Resp: | 20 |
| Weight: | |
| BP (R): | / |
| BP (L): | 150 / 84 |
| | Sitting |

**Blood Sugar:**
☐ Fasting ☐ Non-Fasting ☐ 2 HR PP
✓ Standard/Universal Precautions Maintained

**Comments:**

**Cardiovascular**
✓ WNL
☐ Chest Pain:
Heart Sounds: ☐ Murmur
☐ Gallop ☐ Click ☐ Irregular
✓ Peripheral Pulses: present
Cap Refill: ✓ < 3 Sec
☐ > 3 Sec
☐ Dizziness:
☐ Edema:

☐ Neck Vein Distension:

Comments:

**Respiratory**
✓ WNL
Lung Sounds:
CTA:
☐ SOB:
☐ Cough:
☐ Sputum: Amount:
*Describe color, consistency and odor:*
O2 at:
*LPM via:*
O² Sat:
☐ Nebulizer:
Comments:

**Neurological**
Oriented to:  ✓ Person
✓ Place
✓ Time

☐ Disoriented
☐ Forgetful
☐ Lethargic
☐ PERRL
☐ Seizures
Tremors:
*Location(s):*
Sensory
✓ WNL
Hearing Impaired:  ☐ Left
☐ Right
☐ Deaf
☐ Speech Impaired
Vision: ✓ WNL ☐ Glasses
☐ Contacts Left ☐ Contacts Right
☐ Blurred Vision ☐ Glaucoma
☐ Cataracts
☐ Macular Degeneration
☐ Other:
☐ Blind
☐ Decreased Sensation:
Comments:

---

**Medication change since last visit?** ✓ No ☐ Yes   **Demonstrated Medication Compliance:** ☐ No ✓ Yes

**Comments:**

**Homebound?** ☐ No ✓ Yes

| | |
|---|---|
| ✓ Residual weakness | ☐ Confusion, unsafe to go out of home alone |
| ✓ Unable to safely leave home unassisted | ☐ Requires max assistance / taxing effort to leave home |
| ☐ Severe SOB or SOB upon exertion | ☐ Needs assistance for all activities |
| ✓ Other: pain limiting mobility | |

---

**GU**
✓ WNL  ☐ Urostomy
☐ Incontinence ☐ Burning
☐ Frequency ☐ Dysuria
☐ Retention ☐ Urgency
☐ Bladder Distention

Catheter:
*Last Changed:*
-- Fr -- cc

Urine:
☐ Hematuria ☐ Odorous
☐ Sediment ☐ Cloudy
☐ Other:

External Genitalia:
*As per:*
Comments:

**Musculoskeletal**
☐ WNL
✓ Weakness
☐ Ambulation Difficulty
☐ Limited Mobility / ROM:
☐ Joint Pain / Stiffness:
☐ Poor Balance
Grip Strength: ☐ Equal ☐ Unequal
☐ Bedbound ☐ Chairbound
☐ Contracture:
Paralysis: ☐ Dominant
☐ Nondominant

☐ Assistive Device:
Comments: using thoracic lumbar sacral brace

**Psychosocial**
✓ WNL
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated / Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability
Comments:

**Skin**
☐ WNL  ☐ Warm
☐ Dry  ☐ Cool
☐ Clammy  ☐ Pallor
Turgor:
Comments: changed dry sterile dressing

**Pain**
Frequency of pain interfering with patient's activity or movement:
All of the time
**Pain Profile For This Visit**
Primary Site: lower back surgical site
**Pain Intensity:** 8
**Current Pain Management & Effectiveness:**
effective
**What Makes Pain Worse:**
ambulation
✓ Pain management teaching to patient / family
**Progress Towards Pain Goal:**
slow

---

| Patient Name:<br>Triolo, Richard | Page 1 of 3 |
|---|---|

TRILOGY_0061

**Digestive Nutrition**

✓ **WNL**  ☐ Nausea / Vomiting  ☐ **NPO**  | **Ostomy:**
☐ **Reflux / Indigestion**  ☐ Diarrhea  ☐ Constipation  | **Ostomy Type(s):**
☐ **Bowel Incontinence**  ☐ Decreased Appetite  ☐ Dysphagia  | ☐ **Stoma Appearance:**

**Weight Loss / Gain:** *Amount:*  | ☐ **Stool Appearance:**
**Bowel Sounds:**  | ☐ **Surrounding Skin:**
**Abd Girth:**  | ☐ **Intact**
**Last BM:** 03/24/2018  | ☐ **Meals Prepared & Administered Appropriately**

*As per:* Pt/ CG Report  | ✓ **Diet:** regular
✓ WNL  | ☐ **Diet Inadequate**

☐ Abnormal Stool:  ☐ Gray  ☐ Tarry  ☐ Fresh Blood  ☐ Black  | **Tube Feeding**
☐ Constipation:  ☐ Chronic  ☐ Acute  ☐ Occasional  | ☐ Formula:
☐ Lax / Enema Use:  | ☐ Bolus:  -- cc  every -- hour(s)
☐ Hemorrhoids:  ☐ Internal  ☐ External  | ☐ Continuous @  -- cc / hour
 | ☐ Placement Checked
 | ☐ Residual Checked, Amount:
 | **Comments:**

## Skilled Intervention

**Assessment / Instruction / Performance**
Today: Patient up ambulating in home. Dressing changed to lumbar incisions, steristrips in place, no drainage noted. Replaced with dry sterile dressing: gauze and tegaderm. SN instructed pt on s/s of infection including fever, drainage or swelling to incision site, pt verbalized understanding. Pt reports 8/10 pain, pt reports he just took percocet pill, SN advised pt to take 2 r/t high pain rating and continue with ice, pt verbalized understanding. SN also instructed in other nonpharmacologic pain measures such as distraction, pt verbalized understanding. Pt reports taking all meds as directed. Pt reports had BM today. *(Continued)*

**Response To Skilled Intervention**

| | | | | | **Comments:** |
|---|---|---|---|---|---|
| Verbalized Understanding: | ✓Pt | 100 % | ☐CG | -- % | pt needs reinforcement of taking pain medication |
| Return Demonstration: | ☐Pt | -- % | ☐CG | -- % | **Title of Teaching Tool Used / Given:** |
| Require Further Teaching: | ✓Pt | ☐CG | | | |

## Coordination Plan

**Progress to Goals:**  pain level continues to be 8/10
**Conferenced with:**  **Name:**
**Regarding:**
**Physician Contacted Re:**
**Order Changes:**
**Plans for Next Visit:**  Change dressing, assess pain level and reinforce pain management education
**Next Physician Visit:**  3/28/2018 Dr. Topp
**Discharge Planning:**  when skilled services no longer in need
☐ Written notice of discharge provided to patient. Discharge scheduled for:
Update to Nursing Care Plan
**Problem:**
**Intervention:**
**Goal:**

**Patient Name:**  Page 2 of 3
Triolo, Richard

TRILOGY_0062

3/18/2019, 9:10 AM

| RN - Skilled Nursing Visit 03/24/2018<br>Triolo, Richard (2751) M<br>Date of Birth: ▮▮▮▮1974 | Altercare, LLC dba Trilogy Home Healthcare<br>12740 Gran Bay Parkway West<br>Suite 2120<br>Jacksonville, FL 32258 (904) 229-0510 |
|---|---|

**Wounds Addressed on this Visit**

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** changed with dry sterile dressing , **Patient Response To Treatment:** tol well , **Wound Pain:** None
**Additional Information:** steristrips in place

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed , Present on Admission , **Type:** Surgical Wound **Treatment:** changed dry sterile dressing , **Patient Response To Treatment:** tol well , **Wound Pain:** None
**Additional Information:** steristrips in place

| **Nurse Signature & Title:**(Kimberly Johnson RN)<br>Digitally Signed by: Kimberly Johnson RN , | **Time In:**<br>12:50 | **Time Out:**<br>13:20 | **Date:**<br>03/24/2018 |
|---|---|---|---|

TRILOGY_0063

3/18/2019, 9:10 AM

## Addendum Page
**RN - Skilled Nursing Visit**  03/24/2018
Triolo, Richard (2751)
Date of Birth:  ▮▮1974

**Skilled Intervention Assessment / Instruction / Performance** *(Continued)*

SN reinforced for pt to call on call office number for any increased pain or s/s of infection, pt verbalized
understanding.
Next Visit: Change dressing, assess pain level and reinforce pain management education

© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0064
3/18/2019, 9:10 AM

## Kinnser Verified Visit: Triolo, Richard

| | |
|---|---|
| MRN: | 2751 |
| Date of Birth: | ███1974 |
| Start of Care: | 03/23/2018 |
| Visit: | RN - Skilled Nursing Visit |
| Visit Date / Time: | 03/24/2018 12:50 - 13:20 |
| KVV Date / Time: | 03/24/2018 13:15 EST |
| Patient Address: | 1933 Eclipse Drive, MIDDLEBURG FL, 32068 |
| Signature Location: | 2006 Park St, Jacksonville, FL 32204, USA |



Accuracy: +/- 210 ft

Close

TRILOGY_0065

**RN - Skilled Nursing Visit** 03/25/2018
Triolo, Richard (2751) ☒
Date of Birth: ███ 1974

**Altercare, LLC dba Trilogy Home Healthcare**
12740 Gran Bay Parkway West
Suite 2120
Jacksonville, FL 32258 (904) 229-0510

## Skilled Observation

**Vital Signs**

Temp:    97.1
         Oral

Pulse:   Apical
         68 Radial
✓ Regular ☐ Irregular

Resp:    18

Weight:

BP (R):  /

BP (L):  148 / 90
         Sitting

**Blood Sugar:**
☐ Fasting ☐ Non-Fasting ☐ 2 HR PP

✓ Standard/Universal Precautions Maintained

**Comments:**

**Cardiovascular**
✓ WNL
☐ Chest Pain:
**Heart Sounds:**    ☐ Murmur
☐ Gallop ☐ Click ☐ Irregular
☐ Peripheral Pulses:
Cap Refill:    ✓ < 3 Sec
               ☐ > 3 Sec
☐ Dizziness:
☐ Edema:

☐ Neck Vein Distention:
Comments:

**Respiratory**
✓ WNL
**Lung Sounds:**

☐ SOB:
☐ Cough:
☐ Sputum: Amount:
Describe color, consistency and odor:

O2 at:
LPM via:
O2 Sat:
☐ Nebulizer:
Comments:

**Neurological**
Oriented to:    ✓ Person
                ✓ Place
                ✓ Time
☐ Disoriented
☐ Forgetful
☐ Lethargic
✓ PERRL
☐ Seizures
Tremors:
Location(s):
Sensory
✓ WNL
Hearing Impaired:    ☐ Left
                     ☐ Right
☐ Deaf
☐ Speech Impaired
**Vision:** ✓ WNL ☐ Glasses
☐ Contacts Left ☐ Contacts Right
☐ Blurred Vision ☐ Glaucoma
☐ Cataracts
☐ Macular Degeneration
☐ Other:
☐ Blind
☐ Decreased Sensation:
Comments:

---

**Medication change since last visit?** ✓ No ☐ Yes
Comments:

**Demonstrated Medication Compliance:** ☐ No ✓ Yes

**Homebound?** ☐ No ✓ Yes
✓ Residual weakness
✓ Unable to safely leave home unassisted
☐ Severe SOB or SOB upon exertion
☐ Other:

☐ Confusion, unsafe to go out of home alone
✓ Requires max assistance / taxing effort to leave home
☐ Needs assistance for all activities

---

**GU**
✓ WNL            ☐ Urostomy
☐ Incontinence   ☐ Burning
☐ Frequency      ☐ Dysuria
☐ Retention      ☐ Urgency
☐ Bladder Distention
Catheter:
Last Changed:
-- Fr — cc
Urine:
☐ Hematuria ☐ Odorous
☐ Sediment ☐ Cloudy
☐ Other:
External Genitalia:
As per:
Comments:

**Musculoskeletal**
☐ WNL
✓ Weakness
☐ Ambulation Difficulty
☐ Limited Mobility / ROM:
☐ Joint Pain / Stiffness:
☐ Poor Balance
**Grip Strength:** ☐ Equal ☑ Unequal
☐ Bedbound ☐ Chairbound
☐ Contracture:
Paralysis:    ☐ Dominant
              ☐ Nondominant
☐ Assistive Device:
**Comments:** Uses back brace

**Psychosocial**
✓ WNL
☐ Poor Home Environment
☐ Poor Coping Skills
☐ Agitated
☐ Depressed Mood
☐ Impaired Decision Making
☐ Demonstrated / Expressed Anxiety
☐ Inappropriate Behavior
☐ Irritability
Comments:
**Skin**
☐ WNL          ☐ Warm
✓ Dry          ☐ Cool
☐ Clammy       ☐ Pallor
Turgor:
Comments:

**Pain**
**Frequency of pain interfering with patient's activity or movement:**
All of the time
**Pain Profile For This Visit**
**Primary Site:** Lower back incision site
**Pain Intensity:** 9
**Current Pain Management & Effectiveness:**
percocet, slight relief
**What Makes Pain Worse:**
movement
✓ **Pain management teaching to patient / family**
**Progress Towards Pain Goal:**
slow

---

**Patient Name:**
Triolo, Richard

**Page 1 of 3**

TRILOGY_0066

**Digestive Nutrition**

✔ WNL      ☐ Nausea / Vomiting      ☐ NPO
☐ Reflux / Indigestion      ☐ Diarrhea      ☐ Constipation
☐ Bowel Incontinence      ☐ Decreased Appetite      ☐ Dysphagia

**Weight Loss / Gain:** *Amount:*
**Bowel Sounds:** Normal
**Abd Girth:**
**Last BM:** 03/25/2018

*As per:* Pt/ CG Report
✔ WNL
☐ Abnormal Stool:      ☐ Gray      ☐ Tarry      ☐ Fresh Blood      ☐ Black
☐ Constipation:      ☐ Chronic      ☐ Acute      ☐ Occasional
☐ Lax / Enema Use:
☐ Hemorrhoids:      ☐ Internal      ☐ External

**Ostomy:**
**Ostomy Type(s):**
☐ Stoma Appearance:
☐ Stool Appearance:
☐ Surrounding Skin:
　　☐ Intact
✔ Meals Prepared & Administered Appropriately
✔ Diet: regular
　　☐ Diet Inadequate
**Tube Feeding**
☐ Formula:
☐ Bolus:      -- cc      every -- hour(s)
☐ Continuous @      -- cc / hour
☐ Placement Checked
☐ Residual Checked, Amount:

**Comments:**

## Skilled Intervention

**Assessment / Instruction / Performance**
Patient with incisional wounds to lower back. Old dressing removed and disposed of properly. Steri-strips intact. Incisional wound approximated, no drainage. clean and dry. Dry sterile gauze applied and secured with tape. Patient tolerated well. Patient teaching on s/s of infection including increased pain, swelling, redness, heat, temp >101. Patient teaching on medication Percocet purpose, dosage, frequency, and side effects including constipation. Patient denies constipation at this time, verbalizes that he will notify his doctor if he becomes constipated and will request stool softener. *(Continued)*

| **Response To Skilled Intervention** | | | | **Comments:** |
|---|---|---|---|---|
| Verbalized Understanding: | ✔ Pt | 75 % | ☐ CG -- % | **Title of Teaching Tool Used / Given:** |
| Return Demonstration: | ☐ Pt | -- % | ☐ CG -- % | verbal instruction |
| Require Further Teaching: | ✔ Pt | ☐ CG | | |

## Coordination Plan

**Progress to Goals:**      free of infection, pain with minimal relief
**Conferenced with:**      **Name:**
**Regarding:**
**Physician Contacted Re:**
**Order Changes:**
**Plans for Next Visit:**      wound care, pain assessment
**Next Physician Visit:**
**Discharge Planning:**      DC when patient able to manage care independently
☐ Written notice of discharge provided to patient. Discharge scheduled for:
Update to Nursing Care Plan
**Problem:**
**Intervention:**
**Goal:**

**Patient Name:**                                                                    Page 2 of 3
Triolo, Richard

TRILOGY_0067

3/18/2019, 9:10 AM

| **RN - Skilled Nursing Visit** 03/25/2018 | **Altercare, LLC dba Trilogy Home Healthcare** |
|---|---|
| Triolo, Richard (2751) M | 12740 Gran Bay Parkway West |
| Date of Birth: ▮1974 | Suite 2120 |
| | Jacksonville, FL 32258  (904) 229-0510 |

**Wounds Addressed on this Visit**

**WOUND 1 - Location:** Right Lumbar Spine, **Status:** Closed, Present on Admission, **Type:** Surgical Wound, **Drainage:** None, **Surrounding Tissue:** ✓ Intact **Treatment:** Dry sterile gauze applied and secured with tape, **Patient Response To Treatment:** tolerated well, **Wound Pain:** None

**WOUND 2 - Location:** Left Lumbar Spine, **Status:** Closed, Present on Admission, **Type:** Surgical Wound, **Drainage:** None, **Surrounding Tissue:** ✓ Intact **Treatment:** dry sterile gauze applied and secured with tape, **Patient Response To Treatment:** tolerated well, **Wound Pain:** None

| **Nurse Signature & Title:**(Leleigh Morales RN) | **Time In:** | **Time Out:** | **Date:** |
|---|---|---|---|
| Digitally Signed by: Leleigh Morales RN , | 08:58 | 09:28 | 03/25/2018 |

**Addendum Page**
**RN - Skilled Nursing Visit**  **03/25/2018**
Triolo, Richard (2751)
Date of Birth:  �letter  1974

**Skilled Intervention Assessment / Instruction / Performance** *(Continued)*

Patient teaching on pain medication as prescribed around the clock to avoid pain becoming intolerable. Teaching
on nonpharmacological pain relief measure such as cool compress. Patient verbalizes understanding to above
teachings. Patient educated on s/s of acute distress including shortness of breath or chest pain and when to
call 911. Discharge planning discussed with patient. Patient will be discharged when goals met and patient able
to manage care, and he will be discharged to his physician Patient reports he will see his physician tomorrow
3/26/18.

Triolo, Richard (2751)

© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0069

3/18/2019, 9:10 AM

**Kinnser Verified Visit: Triolo, Richard**

| | |
|---|---|
| MRN: | 2751 |
| Date of Birth: | ████1974 |
| Start of Care: | 03/23/2018 |
| Visit: | RN - Skilled Nursing Visit |
| Visit Date / Time: | 03/25/2018 08:58 - 09:28 |
| KVV Date / Time: | 03/25/2018 09:14 EST |
| 📍 Patient Address: | 1933 Eclipse Drive, MIDDLEBURG FL, 32068 |
| Signature Location: | n/a |



Accuracy: +/- 0 ft

Close

TRILOGY_0070

3/18/2019, 10:22 AM

**Missed Visit Form (RN - Skilled Nursing Visit)**
**Triolo, Richard (2751)**
**DOB:** ███ 1974
**Date of visit: 03/26/2018**

Altercare, LLC dba Trilogy Home Healthcare
12740 Gran Bay Parkway West Suite 2120
Jacksonville FL, 32258 (904) 229-0510

| | |
|---|---|
| Physician: | Raymond Topp MD |
| Physician Facsimile: | (904) 719-7405 |
| Physician Phone: | (904) 719-7404 |

**Traveled to Patient:**    No

**Reason:**    No Answer to Phone Call

**Comments:**

**Order Generated:**    No

**MD Notified:**    No

**Supervisor Notified:**    Yes, by Phone

Clinician Signature: Peggy Rowan RN
Digitally Signed by: Peggy Rowan RN ,

Date 03/26/2018

TRILOGY_0071

3/18/2019, 9:31 AM

**Missed Visit Form (OASIS-C2 Discharge)**
**Triolo, Richard (2751)**
**DOB:** ▮▮▮1974
**Date of visit: 03/27/2018**

**Altercare, LLC dba Trilogy Home Healthcare**
**12740 Gran Bay Parkway West Suite 2120**
**Jacksonville FL, 32258 (904) 229-0510**

| | |
|---|---|
| Physician: | Raymond Topp MD |
| Physician Facsimile: | (904) 719-7405 |
| Physician Phone: | (904) 719-7404 |

**Traveled to Patient:**    No

**Reason:**    Cancellation of Care

**Comments:**    Patient left message with office that he no longer wants home care

**Order Generated:**    No

**MD Notified:**    Yes, by Phone . Physician: Raymond Topp MD

**Supervisor Notified:**    Yes, by Other - In person

Clinician Signature: Kimberly Johnson RN
Digitally Signed by: Kimberly Johnson RN ,

Date 03/28/2018

## Demographics

| | | |
|---|---|---|
| **Time In:** 09:00 | **Time Out:** 09:30 | **Visit Date:** 03/27/2018 |

**(M0020) Patient ID Number:** 2751  **(M0030) Start of Care Date:** 03/23/2018  **(M0032) Resumption of Care Date:** ✓ NA - Not Applicable

Episode Start Date: 03/23/2018

**(M0040) Patient Name:**
(Last) Triolo  (Suffix)  (First) Richard
(MI)

**(M0064) Social Security Number:** ✓ UK - Unknown or Not Available

Patient Street Address  City: 1933 Eclipse Drive MIDDLEBURG
Patient Phone Number: 631-603-4863
**(M0050) Patient State of Residence:** FL  **(M0060) Patient ZIP Code:** 32068

**(M0063) Medicare Number: (including suffix)** ✓ NA - No Medicare
**(M0065) Medicaid Number:** ✓ NA - No Medicaid

**(M0066) Birth Date:** ▮▮/1974  **(M0069) Gender:** ⊙ Male ○ Female

Physician: Topp, Raymond
Emergency Contact Name  Relationship
Contact Address  Contact Phone ( ) - -
Secondary Physician's Name  Secondary Physician Phone ( ) - -

**(M0080) Discipline of Person Completing Assessment:** ⊙ 1 - RN ○ 2 - PT ○ 3 - SLP/ST ○ 4 - OT
**(M0090) Date Assessment Completed:** 03/27/2018

**(M0100) This Assessment is Currently Being Completed for the Following Reason**
**Start/Resumption of Care**
○ 1 - Start of care - further visits planned
○ 3 - Resumption of care (after inpatient stay)
**Follow-Up**
○ 4 - Recertification (follow-up) reassessment [Go to M0110]
○ 5 - Other follow-up [Go to M0110]
**Transfer to an Inpatient Facility**
○ 6 - Transferred to an inpatient facility - patient not discharged from agency [Go to M1041]
○ 7 - Transferred to an inpatient facility - patient discharge from agency [Go to M1041]
**Discharge from Agency – Not to an Inpatient Facility**
○ 8 - Death at home [Go to M0903]
⊙ 9 - Discharged from agency [Go to M1041]

**(M0150) Current Payment Sources for Home Care: (Mark all that apply)**
☐ 0 - None - No charge for current services
☐ 1 - Medicare (traditional fee-for-service)
☐ 2 - Medicare (HMO/Managed Care/Advantage plan)
☐ 3 - Medicaid (traditional fee-for-service)
☐ 4 - Medicaid (HMO/Managed Care)
☐ 5 - Worker's compensation
☐ 6 - Title programs (for example, Title III, V, or XX)
☐ 7 - Other government (for example, TriCare, VA)
✓ 8 - Private Insurance
☐ 9 - Private HMO/managed care
☐ 10 - Self-pay
☐ 11 - Other (specify)
☐ UK - Unknown

### Vital Signs
| Pulse: | Apical: ○ (Reg) ○ (Irreg) | Height: | BP | Lying | Sitting | Standing |
|---|---|---|---|---|---|---|
| | Radial: ○ (Reg) ○ (Irreg) | Weight: | Left | | | |
| Temp: | Resp: | ○ Actual ○ Stated | Right | | | |

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0073
3/18/2019, 9:10 AM

## Risk Assessment

**HHVBP: Herpes Zoster (Shingles) Vaccine**
Has the patient ever received the shingles vaccine?
☐ Yes ✓ No
Has the patient been offered a shingles vaccine by the HHA during their treatment?
☐ Yes ✓ No
    If "Yes", did the patient accept the vaccine from the HHA?
    ☐ Yes ☐ No
    If "No", did the patient receive the vaccine from another provider (physician, pharmacy, etc.) during their treatment?
    ☐ Yes ✓ No
Did the patient decline the shingles vaccine?
☐ Yes ☐ No
Declined (due to):

Comments:

| | | Most Recent Immunizations | | |
|---|---|---|---|---|
| Pneumonia | ○ Yes | ◉ No | ○ Unknown | Date: |
| Flu | ◉ Yes | ○ No | ○ Unknown | Date: 11/01/2017 |
| Tetanus | ○ Yes | ○ No | ○ Unknown | Date: |
| TB | ○ Yes | ○ No | ○ Unknown | Date: |
| TB Exposure | ○ Yes | ○ No | ○ Unknown | Date: |
| Hepatitis B | ○ Yes | ○ No | ○ Unknown | Date: |
| | | Additional Immunizations | | |
| | ○ Yes | ○ No | ○ Unknown | Date: |
| | ○ Yes | ○ No | ○ Unknown | Date: |

Comments:

**(M1041) Influenza Vaccine Data Collection Period:** Does this episode of care (SOC/ROC to Transfer/Discharge) include any dates on or between October 1 and March 31?
○ 0 - No *[Go to M1051]*
◉ 1 - Yes

**(M1046) Influenza Vaccine Received:** Did the patient receive the influenza vaccine for this year's flu season?
○ 1 - Yes; received from your agency during this episode of care (SOC/ROC to Transfer/Discharge)
○ 2 - Yes; received from your agency during a prior episode of care (SOC/ROC to Transfer/Discharge)
◉ 3 - Yes; received from another health care provider (for example, physician, pharmacist)
○ 4 - No; patient offered and declined
○ 5 - No; patient assessed and determined to have medical contraindication(s)
○ 6 - No; not indicated - patient does not meet age/condition guidelines for influenza vaccine
○ 7 - No; inability to obtain vaccine due to declared shortage
○ 8 - No; patient did not receive the vaccine due to reasons other than those listed in responses 4 - 7
Comments:

**(M1051) Pneumococcal Vaccine:** Has the patient ever received the pneumococcal vaccination (for example, pneumovax)?
◉ 0 - No
○ 1 - Yes *[Go to M1501 at TRN; Go To M1230 at DC]*
**(M1056) Reason Pneumococcal Vaccine not received:** If patient has never received the pneumococcal vaccination (for example, pneumovax), state reason:
○ 1 - Offered and declined
○ 2 - Assessed and determined to have medical contraindication(s)
◉ 3 - Not indicated; patient does not meet age/condition guidelines for Pneumococcal Vaccine
○ 4 - None of the above
Comments:

Advance Directives ☐ Yes ✓ No
Intent:☐ DNR
    ☐ Living Will
    ☐ Medical Power of Attorney
      Copy(s) on file with Agency ☐ Yes ☐ No
Surrogate?☐ Yes
    ✓ No

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0074

3/18/2019, 9:10 AM

Did the patient have a discussion with the HHA staff related to an advance care plan or surrogate decision maker?
☐ Yes ✓ No
If "No", why did the patient not discuss an advance care plan or name a surrogate decision maker?
☐ Unable to provide an advance care plan or name a surrogate decision maker
✓ Did not wish to provide an advance care plan or surrogate decision maker
Has an advance care plan been documented in the Home Health record?
☐ Yes ✓ No
If "Yes", Which of the following are documented in the patient's advance care plan?
☐ Medical treatment preferences
☐ Mental health/behavioral treatment preferences
☐ Cultural/social preferences
☐ Spiritual/religious preferences
   Comments
Has a surrogate decision maker been documented in the Home Health record?
☐ Yes ✓ No
**Supportive Assistance:** Names of organizations providing assistance

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0075

3/18/2019, 9:10 AM

## Sensory Status

### Sensory Status

**Eyes:**
- ✓ WNL (Within Normal Limits)
- ☐ Glasses
- ☐ Contacts Left
- ☐ Contacts Right
- ☐ Blurred Vision
- ☐ Glaucoma
- ☐ Cataracts
- ☐ Macular Degeneration
- ☐ Redness
- ☐ Drainage
- ☐ Itching
- ☐ Watering
- ☐ Other

Date of Last Eye Exam:

**Ears:**
- ✓ WNL (Within Normal Limits)
- ☐ Hearing Impaired  ☐ Left  ☐ Right
- ☐ Deaf
- ☐ Drainage
- ☐ Pain
- ☐ Hearing Aids  ☐ Left  ☐ Right

**Nose:**
- ✓ WNL (Within Normal Limits)
- ☐ Congestion
- ☐ Loss of Smell
- ☐ Nose Bleeds  *How often?*
- ☐ Other

**(M1230) Speech and Oral (Verbal) Expression of Language (in patient's own language):**
- ⦿ 0 - Expresses complex ideas, feelings, and needs clearly, completely, and easily in all situations with no observable impairment.
- ○ 1 - Minimal difficulty in expressing ideas and needs (may take extra time; makes occasional errors in word choice, grammar or speech intelligibility; needs minimal prompting or assistance).
- ○ 2 - Expresses simple ideas or needs with moderate difficulty (needs prompting or assistance, errors in word choice, organization or speech intelligibility). Speaks in phrases or short sentences.
- ○ 3 - Has severe difficulty expressing basic ideas or needs and requires maximal assistance or guessing by listener. Speech limited to single words or short phrases.
- ○ 4 - Unable to express basic needs even with maximal prompting or assistance but is not comatose or unresponsive (for example, speech is nonsensical or unintelligible).
- ○ 5 - Patient nonresponsive or unable to speak.

### Pain Scale

Onset Date:          Location of Pain:



| NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST |
|---------|------------------|-------------------|-----------------|-----------------|-------------|
| 0 | 2 | 4 | 6 | 8 | 10 |

*From Hockenberry MJ, Wilson D: Wong's essentials of pediatric nursing, ed. 8, St. Louis, 2009, Mosby. Used with permission. Copyright Mosby.*

| | |
|---|---|
| Intensity of pain: | 0 |
| Duration: | |
| Quality: | |
| What makes pain worse: | |
| What makes pain better: | |
| Relief rating of pain, i.e., pain level after medications: | 0 |
| Medications patient takes for pain: | |
| Medication effectiveness: | |
| Medication adverse side effects: | |
| Patient's pain goal: | |

**(M1242) Frequency of Pain Interfering with patient's activity or movement:**
- ○ 0 - Patient has no pain
- ○ 1 - Patient has pain that does not interfere with activity or movement
- ○ 2 - Less often than daily
- ○ 3 - Daily, but not constantly
- ⦿ 4 - All of the time

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0076

## Integumentary Status

| Integumentary Status | | | | | |
|---|---|---|---|---|---|
| **Skin Turgor:** | ○ Good | ○ Fair | ○ Poor | | |
| **Skin Color:** | ☐ Pink/WNL | ☐ Pale | ☐ Jaundice | ☐ Cyanotic | |
| **Skin:** | ☐ Dry | ☐ Diaphoretic | ☐ Warm | ☐ Cool | ☐ Wound |
| | ☐ Ulcer | ✓ Incision | ☐ Rash | ☐ Ostomy | ☐ Other |

| | | |
|---|---|---|
| Instructed on measures to control infections? | ○ Yes | ○ No |
| **Nails:** ○ Good    ○ Problems | | |
| **Is patient using pressure-relieving device(s)? Type:** | ○ Yes | ○ No |

Comments:
No visit conducted

**(M1306)** Does this patient have at least one **Unhealed Pressure Ulcer at Stage II or Higher** or designated as Unstageable? (Excludes Stage I pressure ulcers and healed Stage II pressure ulcers)
◉ 0 - No **[Go to M1322]** ○ 1 - Yes

**(M1307)** The **Oldest Stage II Pressure Ulcer** that is present at discharge: (Excludes healed Stage II Pressure Ulcers)
○ 1 - Was present at the most recent SOC/ROC assessment
○ 2 - Developed since the most recent SOC/ROC assessment: record date pressure ulcer first identified:
○ NA - No Stage II pressure ulcers are present at discharge

**(M1311)** Current Number of Unhealed Pressure Ulcers at Each Stage
**A1.** Stage 2: Partial thickness loss of dermis presenting as a shallow open ulcer with red pink wound bed, without slough. May also present as an intact or open/ruptured blister.
    **Number of Stage 2 pressure ulcers**
    [If 0 at FU/DC Go to M1311B1]
**A2. Number of** these **Stage 2 pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC
**B1.** Stage 3: Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon, or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling.
    **Number of Stage 3 pressure ulcers**
    [If 0 at FU/DC Go to M1311C1]
**B2. Number of** these **Stage 3 pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC
**C1.** Stage 4: Full thickness tissue loss with exposed bone, tendon, or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling.
    **Number of Stage 4 pressure ulcers**
    [If 0 at FU/DC Go to M1311D1]
**C2. Number of** these **Stage 4 pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC
**D1.** Unstageable: Non-removable dressing: Known but not stageable due to non-removable dressing/device.
    **Number of unstageable pressure ulcers due to non-removable dressing/device**
    [If 0 at FU/DC Go to M1311E1]
**D2. Number of** these **unstageable pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC
**E1.** Unstageable: Slough and/or eschar: Known but not stageable due to coverage of wound bed by slough and/or eschar.
    **Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar**
    [If 0 at FU/DC Go to M1311F1]
**E2. Number of** these **unstageable pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC
**F1.** Unstageable: Deep tissue injury: Suspected deep tissue injury in evolution.
    **Number of unstageable pressure ulcers with suspected deep tissue injury in evolution**
    [If 0 - Go to M1322 (at Follow Up), Go to M1313 (at Discharge)]
**F2. Number of** these **unstageable pressure ulcers that were present at most recent SOC/ROC**
    - enter how many were noted at the time of most recent SOC/ROC

**(M1313)** Worsening in Pressure Ulcer Status since SOC/ROC:
**Instructions for a-c:** Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** at the most recent SOC/ROC. If no current pressure ulcer at a given stage, enter 0.

| | Enter Number |
|---|---|
| a. Stage 2 | |
| b. Stage 3 | |
| c. Stage 4 | |

**Instructions for e:** For pressure ulcers that are Unstageable due to slough/eschar, report the number that are new or were at a Stage 1 or 2 at the most recent SOC/ROC.

| | |
|---|---|
| d. Unstageable - Known or likely but Unstageable due to non-removable dressing. | |
| e. Unstageable - Known or likely but Unstageable due to coverage of wound bed by slough and/or eschar. | |
| f. Unstageable - Suspected deep tissue injury in evolution. | |

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0077

3/18/2019, 9:10 AM

**(M1320) Status of Most Problematic Pressure Ulcer that is Observable:** (Excludes pressure ulcer that cannot be observed due to a non-removable dressing/device)
- ○ 0 - Newly epithelialized        ○ 3 - Not healing
- ○ 1 - Fully granulating          ○ NA - No observable pressure ulcer
- ○ 2 - Early/partial granulation

**(M1322) Current Number of Stage I Pressure Ulcers:** Intact skin with non-blanchable redness of a localized area usually over a bony prominence. The area may be painful, firm, soft, warmer or cooler as compared to adjacent tissue.
- ◉ 0        ○ 1        ○ 2        ○ 3        ○ 4 or more

**(M1324) Stage of most Problematic Unhealed Pressure Ulcer that is Stageable:** (Excludes pressure ulcer that cannot be staged due to a non-removable dressing/device, coverage of wound bed by slough and/or eschar, or suspected deep tissue injury.)
- ○ 1 - Stage 1        ○ 2 - Stage 2        ○ 3 - Stage 3        ○ 4 - Stage 4
- ◉ N/A - Patient has no pressure ulcers or no stageable pressure ulcers

**(M1330) Does this patient have a Stasis Ulcer?**
- ◉ 0 - No **[Go to M1340]**
- ○ 1 - Yes, patient has BOTH observable and unobservable stasis ulcers
- ○ 2 - Yes, patient has observable stasis ulcers ONLY
- ○ 3 - Yes, patient has unobservable stasis ulcers ONLY (known but, not observable due to non-removable dressing/device)**[Go to M1340]**

**(M1332) Current Number of Stasis Ulcer(s) that are Observeable:**
- ○ 1 - One        ○ 2 - Two        ○ 3 - Three        ○ 4 - Four or more

**(M1334) Status of Most Problematic (Observable) Stasis Ulcer:**
- ○ 1 - Fully granulating        ○ 2 - Early/partial granulation        ○ 3 - Not healing

**(M1340) Does this patient have a Surgical Wound?**
- ○ 0 - No **[At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]**
- ○ 1 - Yes, patient has at least one observable surgical wound
- ◉ 2 - Surgical wound known but not observable due to non-removable dressing/device **[At SOC/ROC, go to M1350 ; At FU/DC, go to M1400]**

**(M1342) Status of Most Problematic Surgical Wound that is Observable:**
- ○ 0 - Newly epithelialized        ○ 1 - Fully granulating        ○ 2 - Early/partial granulation        ○ 3 - Not healing

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0078

3/18/2019, 9:10 AM

**Wound Care Worksheet**

**Wounds Not Addressed on this Visit**

**WOUND 1 - Location:** Right Lumbar Spine , Closed.

**WOUND 2 - Location:** Left Lumbar Spine , Closed.

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.

TRILOGY_0079

3/18/2019, 9:10 AM

## Respiratory Status

### Respiratory

☐ **WNL (Within Normal Limits)**

☐ **Lung Sounds:**
- ☐ CTA
- ☐ Rales
- ☐ Rhonchi
- ☐ Wheezes
- ☐ Crackles
- ☐ Diminished
- ☐ Absent
- ☐ Stridor

☐ **Sputum:**
    Enter amount:
    Describe color, consistency, and odor:

☐ **02 At:**
    LPM via:

☐ **02 Sat:**

☐ **Nebulizer:**

☐ **Cough:**

Comments:
no visit conducted

**(M1400)** When is the patient dyspneic or noticeably **Short of Breath?**
- ◉ 0 - Patient is not short of breath
- ○ 1 - When walking more than 20 feet, climbing stairs
- ○ 2 - With moderate exertion (for example, while dressing, using commode or bedpan, walking distances less than 20 feet)
- ○ 3 - With minimal exertion (for example, while eating, talking, or performing other ADLs) or with agitation
- ○ 4 - At rest (during day or night)

### Endocrine

✓ **WNL (Within Normal Limits)**

| | Y | N | |
|---|---|---|---|
| Is patient diabetic? | ○ Y | ○ N | |
| Insulin dependent? | ○ Y | ○ N | For how long? |
| Is patient independently able to draw up correct dose of insulin? | ○ Y | ○ N | |
| Is patient able to properly administer own insulin? | ○ Y | ○ N | |
| Is patient taking oral hypoglycemic agent? | ○ Y | ○ N | |
| Is patient independent with glucometer use? | ○ Y | ○ N | |
| Is caregiver able to correctly draw up and administer insulin? | ○ Y | ○ N | ○ N/A, no caregiver |
| Is caregiver independent with glucometer use? | ○ Y | ○ N | ○ N/A, no caregiver |
| Does patient or caregiver routinely perform inspection of the patient's lower extremities? | ○ Y | ○ N | |

Does patient have any of the following?
- ☐ Polyuria
- ☐ Polydipsia
- ☐ Polyphagia
- ☐ Neuropathy
- ☐ Radiculopathy
- ☐ Thyroid problems

Blood Sugar    ○ Random    ○ Fasting    ○ 2 Hours PP

Blood sugar checked by:
Site:

Comments:

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

## Cardiac Status

### Cardiovascular

| | |
|---|---|
| ✓ WNL (Within Normal Limits) | ☐ Dizziness: |
| ☐ Chest Pain: | ☐ Edema: |
| | ☐ Dependent Edema:<br>☐ Pitting    ☐ Nonpitting |
| ☐ Heart Sounds:<br>  ☐ Murmur<br>  ☐ Gallop<br>  ☐ Click<br>  ☐ Irregular | ☐ Neck Vein Distention: |
| ☐ Peripheral Pulses: | ☐ Cap Refill:<br>  ○ <3 sec<br>  ○ >3 sec |
| Pacemaker: (Insertion date) | AICD: (Insertion date) |

Comments:
no visit conducted

**(M1501) Symptoms in Heart Failure Patients:** If patient has been diagnosed with heart failure, did the patient exhibit symptoms indicated by clinical heart failure guidelines (including dyspnea, orthopnea, edema, or weight gain) at the time of or at any time since the most recent SOC/ROC assessment?
○ 0 - No **[Go to M2005 at TRN; Go to M1600 at DC]**
○ 1 - Yes
○ 2 - Not assessed **[Go to M2005 at TRN; Go to M1600 at DC]**
◉ NA - Patient does not have diagnosis of heart failure **[Go to M2005 at TRN; Go to M1600 at DC]**
Comments:

**(M1511) Heart Failure Follow-up:** If patient has been diagnosed with heart failure and has exhibited symptoms indicative of heart failure at the time of or at any time since the most recent SOC/ROC assessment, what action(s) has (have) been taken to respond? **(Mark all that apply.)**
☐ 0 - No Action Taken
☐ 1 - Patient's physician (or other primary care practitioner) contacted the same day
☐ 2 - Patient advised to get emergency treatment (for example, call 911 or go to emergency room)
☐ 3 - Implement physician-ordered patient-specific established parameters for treatment
☐ 4 - Patient education or other clinical interventions
☐ 5 - Obtained change in care plan orders (for example, increased monitoring by agency, change in visit frequency, telehealth)
Comments:

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0081

3/18/2019, 9:10 AM

## Elimination Status

| GU | Digestive |
|---|---|
| ✓ WNL (Within Normal Limits) | ✓ WNL |
| ☐ Incontinence | ☐ Nausea/Vomiting |
| ☐ Bladder Distention | ☐ NPO |
| ☐ Burning | ☐ Reflux/Indigestion |
| ☐ Frequency | ☐ Diarrhea |
| ☐ Dysuria | ☐ Constipation |
| ☐ Retention | ☐ Bowel Incontinence |
| ☐ Urgency | ☐ Bowel Sounds: |
| ☐ Urostomy | ○ Hyperactive |
| ☐ Catheter: | ○ Hypoactive |
| Last Changed | ○ Normal |
| Fr          cc | ☐ Abd Girth: |
| ☐ Urine: | ☐ Last BM: |

GU (continued):
- ☐ Urine:
  - ☐ Cloudy
  - ☐ Odorous
  - ☐ Sediment
  - ☐ Hematuria
  - ☐ Other
- ☐ External Genitalia:
  - ○ Normal
  - ○ Abnormal
  - As per:
  - ○ Clinician Assessment
  - ○ Pt/CG Report

Digestive (continued):
- ☐ Last BM:
  - As per: ○ Clinician Assessment  ○ Pt/CG Report
  - ☐ WNL
  - ☐ Abnormal Stool:    ☐ Gray    ☐ Tarry    ☐ Fresh Blood    ☐ Black
  - ☐ Constipation:    ○ Chronic    ○ Acute    ○ Occasional
  - ☐ Lax/Enema Use:
  - ☐ Hemorrhoids:    ○ Internal    ○ External
- ☐ Ostomy:
  - Ostomy Type(s):
  - ☐ Stoma Appearance:
  - ☐ Stool Appearance:
  - ☐ Surrounding Skin:    ☐ Intact

Comments:
no visit

**(M1600)** Has this patient been treated for a **Urinary Tract Infection** in the past 14 days?
⊙ 0 - No    ○ 1 - Yes    ○ NA - Patient on prophylactic treatment

**(M1610) Urinary Incontinence or Urinary Catheter Presence:**
⊙ 0 - No incontinence or catheter (includes anuria or ostomy for urinary drainage) *[Go to M1620]*
○ 1 - Patient is incontinent
○ 2 - Patient requires a urinary catheter (specifically: external, indwelling, intermittent, suprapubic) *[Go to M1620]*

**(M1615) When does Urinary Incontinence** occur?
○ 0 - Timed-voiding defers incontinence    ○ 2 - During the night only    ○ 4 - During the day and night
○ 1 - Occasional stress incontinence    ○ 3 - During the day only

**(M1620) Bowel Incontinence Frequency:**
⊙ 0 - Very rarely or never has bowel incontinence    ○ 4 - On a daily basis
○ 1 - Less than once weekly    ○ 5 - More often than once daily
○ 2 - One to three times weekly    ○ NA - Patient has ostomy for bowel elimination
○ 3 - Four to six times weekly

Is patient on dialysis?    ○ Y    ⊙ N
- ☐ Hemodialysis
- ☐ AV Graft / Fistula Site:
- ☐ Central Venous Catheter Access Site:
- ☐ Peritoneal Dialysis
- ☐ CCPD (Continuous Cyclic Peritoneal Dialysis)
- ☐ IPD (Intermittent Peritoneal Dialysis)
- ☐ CAPD (Continuous Ambulatory Peritoneal Dialysis)
- ☐ Catheter site free from signs and symptoms of infection
- ☐ Other:

Dialysis Center:
Phone Number:
Contact Person:

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004–2019 Kinnser Software, All Rights reserved.

TRILOGY_0082

3/18/2019, 9:10 AM

## Nutrition

| Nutrition |
|---|
| ✓ WNL (Within Normal Limits) |
| ☐ Dysphagia |
| ☐ Decreased Appetite |
| ☐ Weight Loss/Gain   ○ Loss ○ Gain      Amount:              in:   *(how long)* |
| ☐ Meals Prepared Appropriately |
| ☐ Diet    ○ Adequate    ○ Inadequate   ☐ NG   ☐ PEG        ☐ Dobhoff        ☐ Tube Placement Checked |
| ☐ Residual Checked,  Amount:      cc |

☐ Throat problems?   ☐ Sore throat?   ☐ Dentures?   ☐ Other:
☐ Hoarseness?   ☐ Dental problems?   ☐ Problems chewing?

Comments:
no visit

### Neuro/Emotional/Behavioral Status

| Neurological | Psychosocial |
|---|---|
| Oriented to:<br>  ✓ Person<br>  ✓ Place<br>  ✓ Time<br>☐ Disoriented<br>☐ Forgetful<br>☐ PERRL<br>☐ Seizures<br>☐ Tremors   Location(s) | ☐ WNL (Within Normal Limits)<br>☐ Poor Home Environment<br>☐ Poor Coping Skills<br>☐ Agitated<br>☐ Depressed Mood<br>☐ Impaired Decision Making<br>☐ Demonstrated/Expressed Anxiety<br>☐ Inappropriate Behavior<br>☐ Irritability |

Comments:
no visit

**(M1700) Cognitive Functioning:** Patient's current (day of assessment) level of alertness, orientation, comprehension, concentration, and immediate memory for simple commands.
⊙ 0 - Alert/oriented, able to focus and shift attention, comprehends and recalls task directions independently
○ 1 - Requires prompting (cuing, repetition, reminders) only under stressful or unfamiliar conditions
○ 2 - Requires assistance and some direction in specific situations (for example, on all tasks involving shifting of attention) or consistently requires low stimulus environment due to distractibility
○ 3 - Requires considerable assistance in routine situations. Is not alert and oriented or is unable to shift attention and recall directions more than half the time
○ 4 - Totally dependent due to disturbances such as constant disorientation, coma, persistent vegetative state, or delirium

**(M1710) When Confused (Reported or Observed Within the Last 14 Days):**
⊙ 0 - Never                    ○ 2 - On awakening or at night only              ○ 4 - Constantly
○ 1 - In new or complex situations only     ○ 3 - During the day and evening, but not constantly   ○ NA - Patient nonresponsive

**(M1720) When Anxious (Reported or Observed Within the Last 14 Days):**
⊙ 0 - None of the time          ○ 2 - Daily, but not constantly              ○ NA - Patient nonresponsive
○ 1 - Less often than daily      ○ 3 - All of the time

**(M1740) Cognitive, behavioral, and psychiatric symptoms** that are demonstrated at least once a week (Reported or Observed): *(Mark all that apply)*
☐ 1 - Memory deficit: failure to recognize familiar persons/places, inability to recall events of past 24 hours, significant memory loss so that supervision is required
☐ 2 - Impaired decision-making: failure to perform usual ADLs or IADLs, inability to appropriately stop activities, jeopardizes safety through actions
☐ 3 - Verbal disruption: yelling, threatening, excessive profanity, sexual references, etc
☐ 4 - Physical aggression: aggressive or combative to self and others (for example), hits self, throws objects, punches, dangerous maneuvers with wheelchair or other objects
☐ 5 - Disruptive, infantile, or socially inappropriate behavior (**excludes** verbal actions)
☐ 6 - Delusional, hallucinatory, or paranoid behavior
✓ 7 - None of the above behaviors demonstrated

**(M1745) Frequency of Disruptive Behavior Symptoms (Reported or Observed)** Any physical, verbal, or other disruptive/dangerous symptoms that are injurious to self or others or jeopardize personal safety.
⊙ 0 - Never                    ○ 2 - Once a month                   ○ 4 - Several times a week
○ 1 - Less than once a month    ○ 3 - Several times each month        ○ 5 - At least daily

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0083

3/18/2019, 9:10 AM

## ADL/IADLs

| | Musculoskeletal |
|---|---|
| ☐ WNL (Within Normal Limits) | ☐ Bedbound |
| ☐ Weakness | ☐ Chairbound |
| ✓ Ambulation Difficulty | ☐ Contracture: |
| ☐ Limited Mobility/ROM | ☐ Paralysis: |
| ☐ Joint Pain/Stiffness | ○ Dominant |
| ✓ Poor Balance | ○ Nondominant |
| ☐ Grip Strength | ☐ Assistive Device: |
| ○ Equal | |
| ○ Unequal | |

Comments:
MD ordered post op activity restrictions, no visit, assessment based on last visit

**(M1800) Grooming:** Current ability to tend safely to personal hygiene needs (specifically: washing face and hands, hair care, shaving or make up, teeth or denture care, or fingernail care).
○ 0 - Able to groom self unaided, with or without the use of assistive devices or adapted methods
◉ 1 - Grooming utensils must be placed within reach before able to complete grooming activities
○ 2 - Someone must assist the patient to groom self
○ 3 - Patient depends entirely upon someone else for grooming needs

**(M1810)** Current **Ability to Dress Upper** Body safely (with or without dressing aids) including undergarments, pullovers, front-opening shirts and blouses, managing zippers, buttons, and snaps:
○ 0 - Able to get clothes out of closets and drawers, put them on and remove them from the upper body without assistance
○ 1 - Able to dress upper body without assistance if clothing is laid out or handed to the patient
◉ 2 - Someone must help the patient put on upper body clothing
○ 3 - Patient depends entirely upon another person to dress the upper body

**(M1820)** Current **Ability to Dress Lower** Body safely (with or without dressing aids) including undergarments, slacks, socks or nylons, shoes:
○ 0 - Able to obtain, put on, and remove clothing and shoes without assistance
○ 1 - Able to dress lower body without assistance if clothing and shoes are laid out or handed to the patient
◉ 2 - Someone must help the patient put on undergarments, slacks, socks or nylons, and shoes
○ 3 - Patient depends entirely upon another person to dress lower body

**(M1830) Bathing:** Current ability to wash entire body safely. **Excludes** grooming (washing face, washing hands, and shampooing hair).
○ 0 - Able to bathe self in shower or tub independently, including getting in and out of tub/shower
○ 1 - With the use of devices, is able to bathe self in shower or tub independently, including getting in and out of the tub/shower
○ 2 - Able to bathe in shower or tub with the intermittent assistance of another person: (a) for intermittent supervision or encouragement or reminders, OR (b) to get in and out of the shower or tub, OR (c) for washing difficult to reach areas
◉ 3 - Able to participate in bathing self in shower or tub, but requires presence of another person throughout the bath for assistance or supervision
○ 4 - Unable to use the shower or tub, but able to bathe self independently with or without the use of devices at the sink, in chair, or on commode
○ 5 - Unable to use the shower or tub, but able to participate in bathing self in bed, at the sink, in bedside chair, or on commode, with the assistance or supervision of another person.
○ 6 - Unable to participate effectively in bathing and is bathed totally by another person

**(M1840) Toilet Transferring:** Current ability to get to and from the toilet or bedside commode safely and transfer on and off toilet/commode.
○ 0 - Able to get to and from the toilet and transfer independently with or without a device
◉ 1 - When reminded, assisted, or supervised by another person, able to get to and from the toilet and transfer
○ 2 - Unable to get to and from the toilet but is able to use a bedside commode (with or without assistance)
○ 3 - Unable to get to and from the toilet or bedside commode but is able to use a bedpan/urinal independently
○ 4 - Is totally dependent in toileting

**(M1845) Toileting Hygiene:** Current ability to maintain perineal hygiene safely, adjust clothes and/or incontinence pads before and after using toilet, commode, bedpan, urinal. If managing ostomy, includes cleaning area around stoma, but not managing equipment.
○ 0 - Able to manage toileting hygiene and clothing management without assistance
◉ 1 - Able to manage toileting hygiene and clothing management without assistance if supplies/implements are laid out for the patient
○ 2 - Someone must help the patient to maintain toileting hygiene and/or adjust clothing
○ 3 - Patient depends entirely upon another person to maintain toileting hygiene

**(M1850) Transferring:** Current ability to move safely from bed to chair, or ability to turn and position self in bed if patient is bedfast.
○ 0 - Able to independently transfer
◉ 1 - Able to transfer with minimal human assistance or with use of an assistive device
○ 2 - Able to bear weight and pivot during the transfer process but unable to transfer self
○ 3 - Unable to transfer self and is unable to bear weight or pivot when transferred by another person
○ 4 - Bedfast, unable to transfer but is able to turn and position self in bed
○ 5 - Bedfast, unable to transfer and is unable to turn and position self

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

**(M1860) Ambulation/Locomotion:** Current ability to walk safely, once in a standing position, or use a wheelchair, once in a seated position, on a variety of surfaces.

○ 0 - Able to independently walk on even and uneven surfaces and negotiate stairs with or without railings (specifically: needs no human assistance or assistive device)
○ 1 - With the use of a one-handed device (for example, cane, single crutch, hemi-walker), able to independently walk on even and uneven surfaces and negotiate stairs with or without railings
○ 2 - Requires use of a two-handed device (for example, walker or crutches) to walk alone on a level surface and/or requires human supervision or assistance to negotiate stairs or steps or uneven surfaces
◉ 3 - Able to walk only with the supervision or assistance of another person at all times
○ 4 - Chairfast, <u>unable</u> to ambulate but is able to wheel self independently
○ 5 - Chairfast, unable to ambulate and is <u>unable</u> to wheel self
○ 6 - Bedfast, unable to ambulate or be up in a chair

**(M1870) Feeding or Eating:** Current ability to feed self meals and snacks safely. Note: This refers only to the process of <u>eating, chewing,</u> and <u>swallowing, not preparing</u> the food to be eaten.

○ 0 - Able to independently feed self
◉ 1 - Able to feed self independently but requires:
   (a) meal set-up; <u>OR</u>
   (b) intermittent assistance or supervision from another person; <u>OR</u>
   (c) a liquid, pureed or ground meat diet
○ 2 - <u>Unable</u> to feed self and must be assisted or supervised throughout the meal/snack
○ 3 - Able to take in nutrients orally <u>and</u> receives supplemental nutrients through a nasogastric tube or gastrostomy
○ 4 - <u>Unable</u> to take in nutrients orally and is fed nutrients through a nasogastric tube or gastrostomy
○ 5 - <u>Unable</u> to take in nutrients orally or by tube feeding

**(M1880) Current Ability to Plan and Prepare Light Meals** (for example, cereal, sandwich) or reheat delivered meals safely:

○ 0 - (a) Able to independently plan and prepare all light meals for self or reheat delivered meals; <u>OR</u>
   (b) Is physically, cognitively, and mentally able to prepare light meals on a regular basis but has not routinely performed light meal preparation in the past (specifically: prior to this home care admission)
◉ 1 - <u>Unable</u> to prepare light meals on a regular basis due to physical, cognitive, or mental limitations
○ 2 - <u>Unable</u> to prepare any light meals or reheat any delivered meals

**(M1890) Ability to Use Telephone:** Current ability to answer the phone safely, including dialing numbers, and <u>effectively</u> using the telephone to communicate.

◉ 0 - Able to dial numbers and answer calls appropriately and as desired
○ 1 - Able to use a specifically adapted telephone (for example, large numbers on the dial, teletype phone for the deaf) and call essential numbers
○ 2 - Able to answer the telephone and carry on a normal conversation but has difficulty with placing calls
○ 3 - Able to answer the telephone only some of the time or is able to carry on only a limited conversation
○ 4 - <u>Unable</u> to answer the telephone at all but can listen if assisted with equipment
○ 5 - Totally unable to use the telephone
○ NA - Patient does not have a telephone

| DME Provider |
|---|

Information for company (other than home health agency) that provides supplies/DME:
Name:
Address:
Phone Number:
Supplies/DME
Provided:

| Medication Administration Record |
|---|

Time in:                                 Time out:                                 Date:
**Time:**


## Medication 1

| **Medication** | **Dose** | **Route** |
|---|---|---|
| **Frequency** | **PRN Reason** | |
| **Location** | **Patient Response** | |
| **Comment** | | |

Legend
*IM*                                      SQ
*Location*                                *Location*
LD/RD   Left / Right Deltoid             LA      Left Arm
LVG/RVG Left / Right                     RA      Right Arm
        Ventrogluteal
LDG/RDG Left / Right                     ABD     Abdomen
        Dorsogluteal
LV/RV   Left / Right Vastus             LT      Left Thigh
        Lateralis
                                         RT      Right Thigh

*Patient Responses*
NB      No Bleeding/Bruising
NC      No Complaint
NN      See Narrative

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0085

3/18/2019, 9:10 AM

**Does patient have IV access?** ○ Y ◉ N
Type:
Date of Insertion:
Date of Last Dressing Change:

**(M2005) Medication Intervention:** Did the agency contact and complete physician (or physician designee) prescribed/recommended actions by midnight of the next calendar day each time potential clinically significant medication issues were identified since the SOC/ROC?
○ 0   No
○ 1   Yes
◉ 9   NA - There were no potential clinically significant medication issues identified since SOC/ROC or patient is not taking any medications
○   Not assessed/no information

**(M2016) Patient/Caregiver Drug Education Intervention:** At the time of, or at any time since the most recent SOC/ROC assessment, was the patient/caregiver instructed by agency staff or other health care provider to monitor the effectiveness of drug therapy, adverse drug reactions, and significant side effects, and how and when to report problems that may occur?
○ 0 - No
◉ 1 - Yes
○ NA - Patient not taking any drugs
Comments:

**(M2020) Management of Oral Medications:** Patient's current ability to prepare and take all oral medications reliably and safely, including administration of the correct dosage at the appropriate times/intervals. **Excludes injectable and IV medications. (NOTE: This refers to ability, not compliance or willingness.)**
◉ 0 - Able to independently take the correct oral medication(s) and proper dosage(s) at the correct times
○ 1 - Able to take medication(s) at the correct times if:
    (a) individual dosages are prepared in advance by another person; OR
    (b) another person develops a drug diary or chart
○ 2 - Able to take medication(s) at the correct times if given reminders by another person at the appropriate times
○ 3 - Unable to take medication unless administered by another person
○ NA - No oral medications prescribed

**(M2030) Management of Injectable Medications:** Patient's current ability to prepare and take all prescribed injectable medications reliably and safely, including administration of correct dosage at the appropriate times/intervals. **Excludes IV medications.**
○ 0 - Able to independently take the correct medication(s) and proper dosage(s) at the correct times
○ 1 - Able to take injectable medication(s) at the correct times if:
    (a) individual syringes are prepared in advance by another person; OR
    (b) another person develops a drug diary or chart
○ 2 - Able to take medication(s) at the correct times if given reminders by another person based on the frequency of the injection
○ 3 - Unable to take injectable medication unless administered by another person
◉ NA - No injectable medications prescribed

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software. All Rights reserved.

TRILOGY_0086

3/18/2019, 9:10 AM

## Care Management

**(M2102) Types and Sources of Assistance:** Determine the ability and willingness of non-agency caregivers (such as family members, friends, or privately paid caregivers) to provide assistance for the following activities, if assistance is needed. EXCLUDES all care by your agency staff. (Check only **one** box in each row.)

| Type of Assistance | No assistance needed - patient is independent or does not have needs in this area | Non-agency caregiver(s) currently provide assistance | Non-agency caregiver(s) need training/supportive services to provide assistance | Non-agency caregiver(s) are not likely to provide assistance OR it is unclear if they will provide assistance | Assistance needed, but no non-agency caregiver(s) available |
|---|---|---|---|---|---|
| a. ADL assistance (for example, transfer/ ambulation, bathing, dressing, toileting, eating/feeding) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| b. IADL assistance (for example, meals, housekeeping, laundry, telephone, shopping, finances) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| c. Medication administration (for example, oral, inhaled or injectable) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| d. Medical procedures/treatments (for example, changing wound dressing, home exercise program) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| e. Management of Equipment (for example, oxygen, IV/infusion equipment, enteral/parenteral nutrition, ventilator therapy equipment or supplies) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |
| f. Supervision and safety (for example, due to cognitive impairment) | ⊙ 0 | ○ 1 | ○ 2 | ○ 3 | ○ 4 |
| g. Advocacy or Facilitation of patient's participation in appropriate medical care (for example, transportation to or from appointments) | ○ 0 | ⊙ 1 | ○ 2 | ○ 3 | ○ 4 |

TRILOGY_0087

## Emergent Care

**(M2301) Emergent Care:** At the time of or at any time since the most recent SOC/ROC assessment has the patient utilized a hospital emergency department (includes holding/observation status)?

- ⦿ 0 - No **[Go to M2401]**
- ○ 1 - Yes, used hospital emergency department WITHOUT hospital admission
- ○ 2 - Yes, used hospital emergency department WITH hospital admission
- ○ UK - Unknown **[Go to M2401]**

**(M2310) Reason for Emergent Care:** For what reason(s) did the patient seek and/or receive emergent care (with or without hospitalization)? **(Mark all that apply.)**

- ☐ 1 - Improper medication administration, adverse drug reactions, medication side effects, toxicity, anaphylaxis
- ☐ 2 - Injury caused by fall
- ☐ 3 - Respiratory infection (for example, pneumonia, bronchitis)
- ☐ 4 - Other respiratory problem
- ☐ 5 - Heart failure (for example, fluid overload)
- ☐ 6 - Cardiac dysrhythmia (irregular heartbeat)
- ☐ 7 - Myocardial infarction or chest pain
- ☐ 8 - Other heart disease
- ☐ 9 - Stroke (CVA) or TIA
- ☐ 10 - Hypo/Hyperglycemia, diabetes out of control
- ☐ 11 - GI bleeding, obstruction, constipation, impaction
- ☐ 12 - Dehydration, malnutrition
- ☐ 13 - Urinary tract infection
- ☐ 14 - IV catheter-related infection or complication
- ☐ 15 - Wound infection or deterioration
- ☐ 16 - Uncontrolled pain
- ☐ 17 - Acute mental/behavioral health problem
- ☐ 18 - Deep vein thrombosis, pulmonary embolus
- ☐ 19 - Other than above reasons
- ☐ UK - Reason unknown

**(M2401) Intervention Synopsis:** (Check only **one** box in each row.) At the time of or at any time since the most recent SOC/ROC assessment, were the following interventions BOTH included in the physician-ordered plan of care AND implemented?

| Plan/Intervention | No | Yes | Not Applicable | |
|---|---|---|---|---|
| a. Diabetic foot care including monitoring for the presence of skin lesions on the lower extremities and patient/caregiver education on proper foot care | ○ 0 | ○ 1 | ⦿ NA | Patient is not diabetic or is missing lower legs due to congenital or acquired condition (bilateral amputee). |
| b. Falls prevention interventions | ○ 0 | ⦿ 1 | ○ NA | Every standardized, validated multi-factor fall risk assessment conducted at or since the last OASIS assessment indicated the patient has no risk for falls. |
| c. Depression intervention(s) such as medication, referral for other treatment, or a monitoring plan for current treatment | ○ 0 | ○ 1 | ⦿ NA | Patient has no diagnosis of depression AND every standardized, validated depression screening conducted at or since the last OASIS assessment indicates patient has: 1) no symptoms of depression; or 2) has some symptoms of depression but does not meet criteria for further evaluation of depression based on screening tool used. |
| d. Intervention(s) to monitor and mitigate pain | ○ 0 | ⦿ 1 | ○ NA | Every standardized, validated pain assessment conducted at or since the last OASIS assessment indicates the patient has no pain. |
| e. Intervention(s) to prevent pressure ulcers | ○ 0 | ○ 1 | ⦿ NA | Every standardized, validated pressure ulcer risk assessment conducted at or since the last OASIS assessment indicates the patient is not at risk of developing pressure ulcers. |
| f. Pressure ulcer treatment based on principles of moist wound healing | ○ 0 | ○ 1 | ⦿ NA | Patient has no pressure ulcers OR has no pressure ulcers for which moist wound healing is indicated. |

**(M2410) To which Inpatient Facility** has the patient been admitted?

- ○ 1 - Hospital **[Go to M2430]**
- ○ 2 - Rehabilitation facility **[Go to M0903]**
- ○ 3 - Nursing home *[Go to M0903]*
- ○ 4 - Hospice **[Go to M0903]**
- ⦿ NA - No inpatient facility admission

Comments:

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0088

3/18/2019, 9:10 AM

**(M2420) Discharge Disposition: Where is the patient after discharge from your agency? (Choose only one answer.)**
- ⦿ 1 - Patient remained in the community (without formal assistive services)
- ◯ 2 - Patient remained in the community (with formal assistive services)
- ◯ 3 - Patient transferred to a non-institutional hospice
- ◯ 4 - Unknown because patient moved to a geographic location not served by this agency
- ◯ UK - Other unknown **[Go to M0903]**

**(M0903) Date of Last (Most Recent) Home Visit:** 03/25/2018

**(M0906) Discharge/Transfer/Death Date:** Enter the date of the discharge, transfer, or death (at home) of the patient. 03/27/2018
Comments:
per patient request

## Skilled Intervention

**Assessment/ Instruction/ Performance:**
No visit conducted, agency discharge per patient request. SN notified Dr. Topp's office via Ally.

☐ Response to Skilled Intervention

| | | | | |
|---|---|---|---|---|
| Verbalized Understanding | ☐ Pt | % | ☐ CG | % |
| Return Demonstration | ☐ Pt | % | ☐ CG | % |
| Require Further Teaching | ☐ Pt | ☐ CG | | |

Comments:

Title of Teaching Tool Used/Given:

Progress To Goals:

Conferenced With:
Name:

Regarding:

Physician Contacted Re:

Order Changes:

Plan for Next Visit:

Next Physician Visit:

Discharge Planning:

☐ Written notice of discharge provided to patient.    Discharge scheduled for:

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All Rights reserved.

TRILOGY_0089

3/18/2019, 9:10 AM

## Discharge Summary

**Patient Name:** Richard Triolo **Date Completed:** 03/27/2018 **Discharge Date:** 03/27/2018

### ICD-10 Diagnosis:

| | | | |
|---|---|---|---|
| Primary Diagnosis A - 67: | Other Diagnosis B - 67a: | Other Diagnosis C - 67b: | Other Diagnosis D - 67c: |
| Other Diagnosis E - 67d: | Other Diagnosis F - 67e: | Other Diagnosis G - 67f: | Other Diagnosis H - 67g: |
| Other Diagnosis I - 67h: | Other Diagnosis J - 67i: | Other Diagnosis K - 67j: | Other Diagnosis L - 67k: |
| Other Diagnosis M - 67l: | Other Diagnosis N - 67m: | Other Diagnosis O - 67n: | Other Diagnosis P - 67o: |
| Other Diagnosis Q - 67p: | Other Diagnosis R - 67q: | | |

**Reason for Discharge:**

○ Goals met / max potential reached
○ Hospitalized
○ Nursing home admission

○ No longer homebound
○ Noncompliant
○ Prolonged on-hold status
○ Moved from service area

○ Refused assistance / care
◉ Per patient / family request
○ Hospice
○ Deceased

Other:

**Physicians**
Primary: Abando, Jose **Primary Phone:** (386) 254-8885
Secondary:

**Condition at Discharge**
Physical / Psychosocial Status:
Pt requires assistance due to MD ordered activity restrictions and pain limiting mobility.

Current Status:

**Care Summary:** (care given, progress, regress including therapies)
SN provided post op surgical incision care and education, pain management and education, fall prevention education, med education

Specific discharge instructions given:
n/a

Goals not met:
pain management

Continuing symptoms management needs (e.g. pain, N/V, dyspnea, etc):
pain

Information provided to patient for continuing needs:

**Outcomes**
☐ Goals Met   ☐ Stabilized   ☐ Functional Status   ☐ Lack of Progress   ☐ Condition Improved
✔ Improved Knowledge of Self Care   ☐ Improved Independence   ☐ Deterioration of Status
Management
Other:

Discharge Instructions?                                                    ○ Yes◉ No
Counseled to use medical follow up & Pt/Caregiver verbalized               ○ Yes◉ No
understanding?
Pt/Caregiver able to comprehend?                                          ○ Yes○ No
Instructed to call agency of choice for future home care needs?           ○ Yes◉ No

**Resources Ongoing**
☐ Nursing Home   ☐ Meals on Wheels   ☐ State Program
Other:

**Living Arrangements at Discharge**
◉ Home   ○ Nursing Home   ○ Relative's Home
Other:

**Care Coordination**
✔ Discharge from home health service
☐ Private services offered

☐ Order and summary completed

✔ All services notified and discontinued
☐ Physician notified of discharge prior to discharge date, per agency policy & timeline
☐ Report given to assuming agency with Advance Directive status

☐ Scheduler notified

✔ Physician notified of discharge summary availability

Other:

**Signature/Discipline and Date   (Kimberly Johnson RN)**
Digitally Signed by: Kimberly Johnson RN , 03/27/2018

OASIS-C2 Discharge (Non-Billable): Richard Triolo (2751)

(OASIS-C 1/2010)
© 2004-2019 Kinnser Software, Inc. All rights reserved.



| Patient Name | MRN | Service Date | Description | Insurance Name | Charge Amount | Payments | Balance |
|---|---|---|---|---|---|---|---|
| Triolo, Richard | 2751 | 03/25/2018 | Skilled Nursing | Med_Link Capital Llc | $150.00 | $150.00 | $0.00 |
| Triolo, Richard | 2751 | 03/24/2018 | Skilled Nursing | Med_Link Capital Llc | $150.00 | $150.00 | $0.00 |
| Triolo, Richard | 2751 | 03/23/2018 | Skilled Nursing | Med_Link Capital Llc | $150.00 | $150.00 | $0.00 |
| | | | | | $450.00 | $450.00 | $0.00 |

TRILOGY_0091