AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Advanced Diagnostic Group, ATTN: RECORDS CUSTODIAN,
1465 Kingsley Avenue Suite 1404, Orange Park, FL 32073 [Via Facsimile (1-904-458-4802)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                    PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/11/2019

CLERK OF COURT

_____          OR          *Ronnie S. Carter*
*Signature of Clerk or Deputy Clerk*                              RONNIE S. CARTER
                                                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant
United States of America                                , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ███████ 7157
**Date of Birth:** ██████ 1974

## ATTACHMENT

1.  Any and all x-rays, MRIs, and CT scans, <u>in digital format on CD</u>, with all corresponding reports, taken of the patient by the witness or by any other healthcare providers that are in the possession of the witness. Please provide viewer software on the disc.

2.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

3.  A current statement indicating the total amount of the bill that has been paid and by whom.

## Patient Ledger
Patient Quick Report: TRIOLO, RICHARD

TRIOLO, RICHARD
1933 ECLIPSE DR
MIDDLEBURG, FL 32067
Phone: 6316034863
Acct: 407365



| Date | Code | Description | Provider | Amount | Running Bal |
|------|------|-------------|----------|--------|-------------|
| 04/04/2018 | 72100 | XRAY LUMBAR 2 VIEWS | | 95.79 | 95.79 |
| 05/14/2018 | INS | STATE FARM INSURANCE | | -63.90 | 31.89 |
| 08/14/2018 | INS | BLUE CROSS BLUE SHIELD FLORIDA | | 0.00 | 31.89 |
| 05/14/2018 | ADJ | Statutory Adjustment. | | -15.91 | 15.98 |
| 08/14/2018 | ADJ | The impact of prior payer(s) adjudication including payments and/or adjustments. (Use only with Group Code OA) | | 0.00 | 15.98 |

|  |  |  |  |  | 15.98 |

ADG_0003



**ADVANCED DIAGNOSTIC GROUP**

1465 Kingsley Ave., Suite 1404
Orange Park, FL 32073
Toll-Free Scheduling: (888) 234-5575

**High-Field MRI and X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

PATIENT MR#:  407365
PATIENT ACCT#:
PATIENT NAME: TRIOLO, RICHARD
DATE OF BIRTH: ███ 1974
REFERRING PHYSICIAN:
EXAM DATE:    4/4/2018
ACCESSION NUMBER: 677479
EXAM DESCRIPTION: X-RAY L SPINE

INDICATION:   Low back pain.  Status post prior lumbar spine fusion March 22, 2018

TECHNIQUE: 3 views

COMPARISON: Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

FINDINGS:  Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1.  The lumbar vertebral bodies are otherwise in satisfactory alignment.  There has been interval placement of posterior rod and screw fixation at L5-S1.  There has been discectomy at L5-S1.  No definite appreciable hardware failure or loosening.  No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

IMPRESSION:

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.


David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist

Transcibed by:DAVID PRIEST, MD
Transcibed Date: 04/05/2018 13:34:04

ADG_0004



**1465 Kingsley Ave., Suite 1404**
**Orange Park, FL 32073**
Toll-Free Scheduling: (888) 234-5575

**High-Field MRI and X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

Electronically Signed by: FLORA STEPANSKY
Date Signed: 04/05/2018 13:34:04

ADG_0005

BLUE CROSS BLUE SHIELD FLORIDA
PO BOX 1798
JACKSONVILLE FL 32231

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| PICA | | PICA |

**1.** MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#)  
**1a. INSURED'S I.D. NUMBER** (For Program in Item 1): BEAH16504796

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial):** TRIOLO RICHARD
**3. PATIENT'S BIRTH DATE:** ▮▮ ▮▮ 74   **SEX:** M ☒ F ☐
**4. INSURED'S NAME (Last Name, First Name, Middle Initial):** TRIOLO RICHARD

**5. PATIENT'S ADDRESS (No., Street):** 1933 ECLIPSE DR
**6. PATIENT RELATIONSHIP TO INSURED:** Self ☒ Spouse ☐ Child ☐ Other ☐
**7. INSURED'S ADDRESS (No., Street):** 1933 ECLIPSE DR

**CITY:** MIDDLEBURG  **STATE:** FL
**8. RESERVED FOR NUCC USE:**
**CITY:** MIDDLEBURG  **STATE:** FL

**ZIP CODE:** 32067  **TELEPHONE (Include Area Code):** (631) 603 4863
**ZIP CODE:** 32067  **TELEPHONE (Include Area Code):** (631) 603 4863

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):** TRIOLO RICHARD
**10. IS PATIENT'S CONDITION RELATED TO:**
**11. INSURED'S POLICY GROUP OR FECA NUMBER:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER:** 590839AM7
**a. EMPLOYMENT? (Current or Previous):** YES ☐ NO ☒
**a. INSURED'S DATE OF BIRTH:** ▮▮ ▮▮ 74  **SEX:** M ☒ F ☐

**b. RESERVED FOR NUCC USE:**
**b. AUTO ACCIDENT?:** YES ☒ NO ☐  **PLACE (State):** FL
**b. OTHER CLAIM ID (Designated by NUCC):**

**c. RESERVED FOR NUCC USE:**
**c. OTHER ACCIDENT?:** YES ☐ NO ☒
**c. INSURANCE PLAN NAME OR PROGRAM NAME:**

**d. INSURANCE PLAN NAME OR PROGRAM NAME:**
**10d. CLAIM CODES (Designated by NUCC):**
**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?:** YES ☒ NO ☐  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: SIGNATURE ON FILE  DATE: 04/04/2018

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP):** 02 11 16  QUAL: 431
**15. OTHER DATE:** QUAL: 439  02 11 16
**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:** FROM ___ TO ___

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:** DN RAYMOND TOPP
**17a.** 
**17b. NPI:** 1780620211
**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:** FROM ___ TO ___

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):**
**20. OUTSIDE LAB?:** YES ☐ NO ☐  **$ CHARGES:**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** Relate A-L to service line below (24E)  ICD Ind. 0
A. M48.061  B. V89.2XXA  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

**22. RESUBMISSION CODE:** ___  **ORIGINAL REF NO.:** ___
**23. PRIOR AUTHORIZATION NUMBER:** ___

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 04 18  04 04 18 | 11 | | 72100 | AB | 95 79 | 1 | | NPI | |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER:** 593491669  SSN ☐ EIN ☒
**26. PATIENT'S ACCOUNT NO.:** 407365
**27. ACCEPT ASSIGNMENT?:** YES ☒ NO ☐
**28. TOTAL CHARGE:** $ 95 79
**29. AMOUNT PAID:** $ 63 90
**30. Rsvd for NUCC Use:**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE  DATE: 04 09 18

**32. SERVICE FACILITY LOCATION INFORMATION:** ADVANCED DIAGNOSTIC GROUP  1465 KINGSLEY AVENUE, SUIT  ORANGE PARK FL 320734504
a. 0BHCC10198  b.

**33. BILLING PROVIDER INFO & PH #:** (813) 238 3833  LCM IMAGING, INC.  PO BOX 31562  TAMPA FL 336313562
a. 1033146669  b. 1AV00CD

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  CR061657  APPROVED OMB-0938-1197 FORM 1500 (02-12)

ADG_0021

 **StateFarm**·

**EXPLANATION OF REVIEW**

This is not a bill

Claim Number: 59-0839-4M7          Date of Loss: 02-11-2017          Office Name: State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

Patient: Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

Provider: Lcm Imaging Inc
PO BOX 877642
DALLAS, TX 75267

Claim Handler: Colleen Smith
Address: PO Box 106134
Atlanta, GA 30348-6134
Phone: (844)292-8615     Ext: 8633182817

Named Insured: TRIOLO, RICHARD
Policy Number: C708-937-59A

Date Received: 04-23-2018
Jurisdiction: Florida
Bill Reference Number: 407385

TIN: ▮▮▮▮1669
Payment Number: 119643585J
Zip of Service: 32073-4504

Diagnosis Codes: M48.061 - Spinal stenosis, lumbar region without neurogenic claudication
V89.2XXA - Person injured in unspecified motor-vehicle accident, traffic, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 04-04-2018 - 04-04-2018 | 11 | 72100 | | 1.00 | $95.79 | $79.88 | 681 |

| | |
|---|---|
| Total Submitted Charges: | $95.79 |
| Total Approved Amount: | $79.88 |
| Amount Not Payable: | $15.98 |
| Deductible: | $0.00 |
| CoPay: | $0.00 |
| Apportionment / Pro Rata: | $0.00 |
| Offset: | $0.00 |
| Paid Amount: | $63.90 |

**Explanations**

681 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the 2007 Limiting Charge of Medicare physician fee schedule for the locale in which the services were rendered.

**Procedure Guide**

72100 - Radiologic examination, spine, lumbosacral; 2 or 3 views

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss   10/01/2017 or

DATE: 05-04-2018          59-0839-4M7          Professional
1006978          2006 147768 206 05-05-2017

ADG_0022

03/29/2018 8:38AM  FAX                              ☒0001/0003

# ADVANCED
## DIAGNOSTIC GROUP

407365

**You are scheduled at:**

☐ 4933 University Blvd W.
Jacksonville, FL 32216
Tel. 904-733-7800
Fax 904-419-4888
☆ Upright Open MRI

☐ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel 904-458-0141
Fax 904-458-4802
☆ High-Field MRI

☐ 2388 Dunn Ave., Suite 101
Jacksonville, FL 32218
Tel 904-421-3827
Fax 904-240-0833
☆ High-Field MRI

☐ Health  ☐ WC  ☐ Auto ☒ Other LOP

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard Triolo | DOB: 1/74 |
| Patient Phone: 631-603-4863 | Injury Date: POSTOP - SX B 3/22/18 |
| Insurance Provider: Medlink LOP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-719-7004 | Physician Fax: 904-342-8536 |
| Physician Signature: | Date: 3/28/18 |
| Diagnosis: M48.06 | |

## MRI

☐ Brain          ☐ w/ SWI
☐ IAC's
☐ Pituitary
☐ Orbits
☐ C-Spine   ☐ T-Spine   ☐ L-Spine
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Shoulder      ☐ L  ☐ R
☐ Elbow         ☐ L  ☐ R
☐ Wrist         ☐ L  ☐ R
☐ Hand          ☐ L  ☐ R
☐ Hip           ☐ L  ☐ R
☐ Knee          ☐ L  ☐ R
☐ Ankle         ☐ L  ☐ R
☐ Foot          ☐ L  ☐ R
☐ Other

## GENERAL RADIOLOGY

☐ Skull
☐ Facial
☐ Orbits
☐ Sinus
☐ Nasal
☐ Soft Tissue Neck
☐ Chest (CXR)
☐ Abdominal Series
☐ KUB
☐ Pelvis
☐ SI Joints
☐ Sacrum / Coccyx
☐ C-Spine
☐ T-Spine
☒ L-Spine        AP/LAT lumbar spine xrays
☐ Bone Age
☐ Other

☐ TMJ          ☐ L  ☐ R
☐ Clavicle     ☐ L  ☐ R
☐ Shoulder     ☐ L  ☐ R
☐ Humerus      ☐ L  ☐ R
☐ Elbow        ☐ L  ☐ R
☐ Forearm      ☐ L  ☐ R
☐ Wrist        ☐ L  ☐ R
☐ Hand         ☐ L  ☐ R
☐ Finger       ☐ L  ☐ R
☐ Ribs         ☐ L  ☐ R
☐ Hip          ☐ L  ☐ R
☐ Femur        ☐ L  ☐ R
☐ Knee         ☐ L  ☐ R
☐ Tibia        ☐ L  ☐ R
☐ Fibula       ☐ L  ☐ R
☐ Ankle        ☐ L  ☐ R
☐ Foot         ☐ L  ☐ R
☐ Calcaneus    ☐ L  ☐ R
☐ Toes         ☐ L  ☐ R

### CONTRAST
☐ With  ☐ Without  ☐ With & Without

## MRA
☐ Brain (COW) w/o Contrast        ☐ Carotid w/o Contrast
☐ Other

## UPRIGHT OPEN MRI

**Upright MRI Protocol**

With Flexion/Extension?
☐ Yes    ☐ No

With Alar Protocol?
☐ Yes    ☐ No

With Contrast?
☐ Yes    ☐ No

☐ Brain
☐ Cervical       ☐ Seated  ☐ Standing
☐ Thoracic       ☐ Seated  ☐ Standing
☐ Lumbar         ☐ Seated  ☐ Standing
☐ Shoulder       ☐ L       ☐ R
☐ Hip            ☐ L       ☐ R
☐ Knee           ☐ L       ☐ R
☐ Other Region:

**Additional Notes:**

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

ADG_0023



1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

**PATIENT NAME:** RICHARD TRIOLO
**PATIENT ID:** 407365
**DOB:** ___ 1974
**DOS:** 04/04/2018

**REFERRING PHYSICIAN:** RAYMOND TOPP MD,
**REFERRING PHONE:**
**REFERRING FAX:**

**EXAMINATION:** X-RAY L SPINE

INDICATION:   Low back pain.  Status post prior lumbar spine fusion March 22, 2018

TECHNIQUE: 3 views

COMPARISON: Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

FINDINGS:  Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1.  The lumbar vertebral bodies are otherwise in satisfactory alignment.  There has been interval placement of posterior rod and screw fixation at L5-S1.  There has been discectomy at L5-S1.  No definite appreciable hardware failure or loosening.  No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

IMPRESSION:

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.

David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist

DAVID PRIEST, MD
Electronically signed on: 4/5/2018 1 34.04 PM
Transcribed by  DP  on  4/5/2018 1 32 17 PM



1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | RICHARD TRIOLO | | |
| **PATIENT ID:** | 407365 | **REFERRING PHYSICIAN:** | RAYMOND TOPP MD, |
| **DOB:** | █1974 | **REFERRING PHONE:** | |
| **DOS:** | 04/04/2018 | **REFERRING FAX:** | |

**EXAMINATION:**   X-RAY L SPINE

03/28/2018 8 38AM FAX      ☑ 0001/0003

# ADVANCED
## DIAGNOSTIC GROUP

407365

**You are scheduled at:**

☐ 4933 University Blvd W.
Jacksonville, FL 32216
Tel. 904-733-7800
Fax 904-419-4888
☆ Upright Open MRI

☐ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel 904-458-0141
Fax 904-458-4802
☆ High-Field MRI

☐ 12386 Dunn Ave., Suite 101
Jacksonville, FL 32218
Tel 904-421-8827
Fax: 904-240-0633
☆ High-Field MRI

☐ Health ☐ WC ☐ Auto ☑ Other: LOP

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard Irioio | DOB: ___ 74 |
| Patient Phone: 631-603-4863 | Injury Date: POST OP - SX 3/22/18 |
| Insurance Provider: Mediink LCP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-719-7104 | Physician Fax: 904-342-8536 |
| Physician Signature: | Date: 3/28/18 |
| Diagnosis: M48.061 | |

## MRI

☐ Brain    ☐ w/ SWI
☐ IAC's
☐ Pituitary
☐ Orbits
☐ C-Spine   ☐ T Spine   ☐ L-Spine
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Shoulder    ☐ L    ☐ R
☐ Elbow    ☐ L    ☐ R
☐ Wrist    ☐ L    ☐ R
☐ Hand    ☐ L    ☐ R
☐ Hip    ☐ L    ☐ R
☐ Knee    ☐ L    ☐ R
☐ Ankle    ☐ L    ☐ R
☐ Foot    ☐ L    ☐ R
☐ Other ___

### CONTRAST
☐ With   ☐ Without   ☐ With & Without

## GENERAL RADIOLOGY

| | | | |
|---|---|---|---|
| ☐ Skull | ☐ TMJ | ☐ L | ☐ R |
| ☐ Facial | ☐ Clavicle | ☐ L | ☐ R |
| ☐ Orbits | ☐ Shoulder | ☐ L | ☐ R |
| ☐ Sinus | ☐ Humerus | ☐ L | ☐ R |
| ☐ Nasal | ☐ Elbow | ☐ L | ☐ R |
| ☐ Soft Tissue Neck | ☐ Forearm | ☐ L | ☐ R |
| ☐ Chest (CXR) | ☐ Wrist | ☐ L | ☐ R |
| ☐ Abdominal Series | ☐ Hand | ☐ L | ☐ R |
| ☐ KUB | ☐ Finger | ☐ L | ☐ H |
| ☐ Pelvis | ☐ Ribs | ☐ L | ☐ R |
| ☐ SI Joints | ☐ Hip | ☐ L | ☐ R |
| ☐ Sacrum / Coccyx | ☐ Femur | ☐ L | ☐ R |
| ☐ C-Spine | ☐ Knee | ☐ L | ☐ R |
| ☐ T-Spine | ☐ Tibia | ☐ L | ☐ R |
| ☑ L-Spine AP/LAT Lumbar | ☐ Fibula | ☐ L | ☐ R |
| ☐ Bone Age Spine xrays | ☐ Ankle | ☐ L | ☐ R |
| ☐ Other ___ | ☐ Foot | ☐ L | ☐ R |
| | ☐ Calcaneus | ☐ L | ☐ R |
| | ☐ Toes | ☐ L | ☐ R |

## MRA
☐ Brain (COW) w/o Contrast      ☐ Carotid w/o Contrast
☐ Other ___

## UPRIGHT OPEN MRI

**Upright MRI Protocol**

With Flexion/Extension?
☐ Yes ;   ☐ No
With Alar Protocol?
☐ Yes ;   ☐ No
With Contrast?
☐ Yes ;   ☐ No

☐ Brain
☐ Cervical    ☐ Seated ☐ Standing
☐ Thoracic    ☐ Seated ☐ Standing
☐ Lumbar    ☐ Seated ☐ Standing
☐ Shoulder    ☐ L    ☐ R
☐ Hip    ☐ L    ☐ R
☐ Knee    ☐ L    ☐ R
☐ Other Region: ___

**Additional Notes:**
___
___
___
___
___
___

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

ADG_0033



**ADVANCED DIAGNOSTIC GROUP**

1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | RICHARD TRIOLO | | |
| **PATIENT ID:** | 407365 | **REFERRING PHYSICIAN:** | RAYMOND TOPP MD, |
| **DOB:** | ▮1974 | **REFERRING PHONE:** | |
| **DOS:** | 04/04/2018 | **REFERRING FAX:** | |

**EXAMINATION:    X-RAY L SPINE**

INDICATION:    Low back pain. Status post prior lumbar spine fusion March 22, 2018

TECHNIQUE: 3 views

COMPARISON: Lumbar spine MRI April 4, 2017 from Bay Meadows MRI, Jacksonville Florida.

FINDINGS:  Again noted is anterolisthesis of L5 on S1, 5 mm, grade 1. The lumbar vertebral bodies are otherwise in satisfactory alignment.  There has been interval placement of posterior rod and screw fixation at L5-S1.  There has been discectomy at L5-S1.  No definite appreciable hardware failure or loosening.  No loss of vertebral body height. No fracture or dislocation. There is no severe degenerative change. No suspicious lytic or sclerotic lesions.

IMPRESSION:

1. No fracture, dislocation, or severe degenerative change.

3. Status post interval fusion L5-S1.


David Priest, MD
Senior Member, American Society of Neuroradiology
Subspecialized Fellowship Trained, Board Certified Radiologist


DAVID PRIEST, MD
Electronically signed on  4/5/2018 1 34 04 PM
Transcribed by  DP  on  4/5/2018 1:32 17 PM

ADG_0034



1465 Kingsley Avenue, Suite 104
Orange Park, FL 32073
Phone: (904) 458-0141
Fax    (904) 458-4802

**High Field MRI & X-Ray**

Tampa • Brandon • Lakeland • Kissimmee • Orlando • Jacksonville • Orange Park • Palm Beach Gardens • Jupiter

| PATIENT NAME: | RICHARD TRIOLO | | |
|---|---|---|---|
| PATIENT ID: | 407365 | REFERRING PHYSICIAN: | RAYMOND TOPP MD, |
| DOB: | ████ 1974 | REFERRING PHONE: | |
| DOS: | 04/04/2018 | REFERRING FAX: | |

**EXAMINATION:   X-RAY L SPINE**

ADG_0035

# Patient Ledger
TRIOLO, RICHARD

Advanced Diagnostic Group
Corporate Office.
607 W. MLK Blvd., Suite 103
Tampa, FL 33603

TRIOLO, RICHARD
1933 ECLIPSE DR
MIDDLEBURG, FL 32067
Phone: 6316034863
Acct: 407365

| Date | Code | Description | Provider | Amount | Running Bal |
|------|------|-------------|----------|--------|-------------|
| 04/04/2018 | 72100 | XRAY LUMBAR 2 VIEWS | | 95.79 | 95.79 |
| | | | | | 95.79 |

05/15/18 9:58 AM

1/1

ADG_0040



# ADVANCED
## DIAGNOSTIC GROUP

<u>MRI SCREENING QUESTIONNAIRE</u>

Patient Name: _Richard Triolo_     Date: _8/29/18_

Patient Account # _407345_     Screening by: _Breanno_

Do you have a pacemaker, defibrillator, aneurysm clips or pain pump? _NO_

Have you ever had an MRI? _Yes_     Where? _____

What body part and if same <u>have patient bring priors</u> or get all the information to obtain priors for the patient _Not Sure_

Claustrophobic     yes ___ no ✔ **Offer an open unit if available

Valium needed     yes ___ no ___ (Must have driver or offer transportation if someone can come with them)

Do you do welding or metal grinding?     yes ___ no ✔

Do you have any metal/implants in your body? yes ✔ no ___

If yes, details _Screws, plates Lt Forearm_

Heart stents     yes ___ no ___ Obtain information & contact # _____

**If yes, patient must bring card atos or have report what kind of stent was placed and when.

Any previous surgeries? _Lumbar Fusion 3 2018_

Any history of Cancer? _NO_

Blood Work needed: (contrast patients 60 yrs & older)     yes ___ no ___ Approximate weight: _220_

Please do not wear any hair pins/ bobby pins, jewelry or clothing with metal (such as zippers, underwire or metal buttons).

PLEASE BRING YOUR DRIVERS LICENSE / PICTURE ID, INSURANCE CARD AND RX TO YOUR APPOINTMENT

Possibility of Pregnancy? _NO_     Any physical limitations: Wheelchair, Walker, Cane, etc. _NO_

Auto Insurance? _State Farm_ Claim Number: _5908239AM7_ Are you using health insurance as a secondary: (YES) NO

DOA: _2/11/16_     State of Accident: _FL_     Attorney Information: _Phillip Kerrey_

Health Insurance Information: _BCBS_

Corporate Office: 607 W. Dr. Martin Luther King Jr Blvd, Ste 103 · Tampa, FL 33603 · Tel: (813) 514-2700 · Fax: (813) 849-6349
www.AdvancedDiagnosticGroup.com · Scheduling Toll-Free: (888) ADG - 5575

## *CONTRAST QUESTIONS*

**If patients are 60 years of age or older,
Please ask if they have had lab work within the last 45 days***

- Patients who have had an organ transplant___NO___
- Patients who have lupus or multiple myeloma___NO___
- Patients who have one kidney or renal failure/disease___NO___
- Patients who are on dialysis___NO___
- Patients who have a history of diabetes___NO___
- Patients who have a history of hypertension___NO___
- Patients who have liver disease___NO___

43

ADG_0045

407365

# T✺O

**TOPP SPINE & ORTHOPAEDICS**

**Dr. Raymond Topp, M.D.**
3316 South Third Street
Jacksonville Beach, Florida 32250

Phone: 904-719-7404    •    Fax: 904-719-7405

Name _Richard Triolo_    Age [redacted] 24

Address _____    Date _8/16/18_

℞                                    NONACUTE PAIN ☐

MRI with Contrast Lumbar Spine

Dr: MSQ.Do

☐ LABEL
REFILL ___ TIMES _____    M.D.
TCP18060400002    NPI #1780620211    DEA #FT7224885

ADG_0046

# ADVANCED
Diagnostic
Group

| Patient: RICHARD TRIOLO | | Account: 407365 | | Insurance: STATE FARM INSURANCE |
|---|---|---|---|---|
| Age: 43 | DOS: 04/04/18 | DOB: ▓ 1974 | | Sex: Male |
| Accession: Study: 677479 XRAY LUMBAR 2 VIEWS (72100) | | | Time: 2:30 PM | |

**TECH TO COMPLETE BELOW:**

Tech Notes: _MU8·06|_

Tech Initials: _(signature)_

**Referring Doctors:**

| NAME | PHONE No. | FAX No. |
|---|---|---|
| RAYMOND TOPP MD | (912)265-9006 | (912)265-7200 |

Preferences: _Stepansky_

**Previous Studies:**

RE4153838

03/29/2018 8 38AM  FAX                    i  、  ス                    ☒0001/0003



**ADVANCED**
**DIAGNOSTIC GROUP**

407365

**You are scheduled at:**

☐ 4933 University Blvd W.          ☐ 2386 Dunn Ave., Suite 101
Jacksonville, FL 32216              Jacksonville, FL 32218
Tel. 904-733-7800                  Tel 904-421-3827
Fax 904-419-4888                   Fax: 904-240-0633
☆ Upright Open MRI                 ☆ High-Field MRI

☐ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel 904-458-0141
Fax: 904-458-4802
☆ High-Field MRI

☐ Health  ☐ WC  ☐ Auto ☐ Other: _LOP_

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard Triolo | DOB: ▮▮▮ 74 |
| Patient Phone: 631-603-4863 | Injury Date: POSTOP - SX 8 3/22/18 |
| Insurance Provider: Medlink LOP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-719-7404 | Physician Fax: 912-342-8536 |
| Physician Signature: | Date: 3/28/18 |
| Diagnosis: M48.06 | |

## MRI

☐ Brain  ☐ w/ SWI
☐ IAC's
☐ Pituitary
☐ Orbits
☐ C-Spine  ☐ T Spine  ☐ L-Spine
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Shoulder  ☐ L  ☐ R
☐ Elbow  ☐ L  ☐ R
☐ Wrist  ☐ L  ☐ R
☐ Hand  ☐ L  ☐ R
☐ Hip  ☐ L  ☐ R
☐ Knee  ☐ L  ☐ R
☐ Ankle  ☐ L  ☐ R
☐ Foot  ☐ L  ☐ R
☐ Other

### CONTRAST
☐ With  ☐ Without  ☐ With & Without

## GENERAL RADIOLOGY

☐ Skull                            ☐ TMJ  ☐ L  ☐ R
☐ Facial                           ☐ Clavicle  ☐ L  ☐ R
☐ Orbits                           ☐ Shoulder  ☐ L  ☐ R
☐ Sinus                            ☐ Humerus  ☐ L  ☐ R
☐ Nasal                            ☐ Elbow  ☐ L  ☐ R
☐ Soft Tissue Neck                 ☐ Forearm  ☐ L  ☐ R
☐ Chest (CXR)                      ☐ Wrist  ☐ L  ☐ R
☐ Abdominal Series                 ☐ Hand  ☐ L  ☐ R
☐ KUB                              ☐ Finger  ☐ L  ☐ R
☐ Pelvis                           ☐ Ribs  ☐ L  ☐ R
☐ SI Joints                        ☐ Hip  ☐ L  ☐ R
☐ Sacrum / Coccyx                  ☐ Femur  ☐ L  ☐ R
☐ C-Spine                          ☐ Knee  ☐ L  ☐ R
☐ T-Spine                          ☐ Tibia  ☐ L  ☐ R
☐ L-Spine  AP/LAT lumbar           ☐ Fibula  ☐ L  ☐ R
☐ Bone Age    spine xrays          ☐ Ankle  ☐ L  ☐ R
☐ Other                            ☐ Foot  ☐ L  ☐ R
                                   ☐ Calcaneus  ☐ L  ☐ R
                                   ☐ Toes  ☐ L  ☐ R

## MRA

☐ Brain (COW) w/o Contrast          ☐ Carotid w/o Contrast
☐ Other

## UPRIGHT OPEN MRI

**Upright MRI Protocol**

With Flexion/Extension?
☐ Yes  ☐ No

With Alar Protocol?
☐ Yes  ☐ No

With Contrast?
☐ Yes  ☐ No

☐ Brain
☐ Cervical  ☐ Seated  ☐ Standing
☐ Thoracic  ☐ Seated  ☐ Standing
☐ Lumbar  ☐ Seated  ☐ Standing
☐ Shoulder  ☐ L  ☐ R
☐ Hip  ☐ L  ☐ R
☐ Knee  ☐ L  ☐ R
☐ Other Region:

**Additional Notes:**

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

ADG_0048



**ADVANCED**
**DIAGNOSTIC GROUP**

RE4153839

Chart Number: _____
Today's Appointment Date: _____

## New Patient Information and MRI / X-RAY Screening Form

Last Name: TRIOLO          First Name: RICHARD          M.I.: _____

Sex: Male / Female     Date of Birth: ▒ 1974          Age: 43     SSN ▒ -7157

Patients Home Address: 1937 Eclipse Drive

City: Middleburg     State: FL     Zip: 32068     Phone: (631) 603-4863

Marital Status: Single     Employer: Baptist Medical Center South     Occupation: R.P.T

Emergency Contact: Amber Hypel     Relationship: Girlfriend     Phone: 904 326-9500

Referring Physician: RAYMOND TOPP MD          Clinic Name: _____

Date of Injury: 2/11/16     Cause of Injury: Auto Related ✓  Work Related ___  Other ___

Why are you being scanned? X-ray - post Surgery

Yes / No   Any surgery in the area being scanned? Type & Date  3/22/18

Yes / No   Any trauma or injury in the area we are scanning today? _____

Yes / No   Do you have any personal history of cancer? If yes, please indicate the type of cancer: _____

Yes / No   Do you have any personal history of Diabetes?

Please indicate on the diagram below where you feel pain (xxx), numbness (///), lump (OOO), or swelling (###)

| Right | Left | | Left | Right | | Right | | Left |

_____   4/4/18        _____ rt(R(MR)  4-4-18
Patient Signature or Representative (if minor)   Date        Technologist                Date

Corporate Office:  607 W. Martin Luther King Jr. Blvd. • Suite 103 • Tampa, FL 33603 • Tel: (813) 514-2700 • Fax: (813) 849-6349
*www.AdvancedDiagnosticGroup.com* • *Scheduling Toll-Free:* (888) ADG - 5575

ADG_0049

RE4153847

# ADVANCED DIAGNOSTIC GROUP

888-234-5575

### X-RAY TECH SHEET

| | | |
|---|---|---|
| ☐ MLK – UDI 1022 | ☐ KISSIMMEE | ☐ JACKSONVILLE |
| ☐ WATERS – UDI 1023 | ☐ ORLANDO | ☐ ORANGE PARK |
| ☐ BRANDON – UDI 1025 | ☐ SEMORAN | ☐ PALM BEACH |

Date of Exam: 04/04/2018    Exam Ordered: 677479  XRAY LUMBAR 2 VIEWS (72100)    Chart #: 407365    Site #: 16

Patient Name: RICHARD TRIOLO    Sex: Male    DOB: ___1974

Ordering Physician: RAYMOND TOPP MD    Phone # (912)265-9006

Accident Related: ✓ Yes ___ No

Date of Accident: 2-11-16

Company Physical: ___ Yes ✓ No

Diagnosis: _____

Patient History: S/P L5-S1 fusion 3-22-18

---

PRIOR STUDIES: MRI L-Spine 4-4-17

✓ Previous study and report being sent via Telerad for comparison: ___ Date of prior study

___ Previous studies being sent via mail for comparison    ___ No prior studies available

___ Only previous report for comparison/no films are available

---

Exam: XR L-Spine

Notes: _____

Total # of Images: 3

Technologist: _____ RT(R)(MR)

ADG_0050



# ADVANCED
## DIAGNOSTIC GROUP



RE4153840

Chart Number: _____
Today's Appointment Date: _____

Patient Name: __RICHARD TRIOLO_____    Height: _____    Weight: _____

### PLEASE INDICATE IF YOU HAVE ANY OF THE FOLLOWING:

| | Yes | No |
|---|---|---|
| Cardiac Pacemaker | | ✓ |
| Aneurysm Clips | | ✓ |
| Implanted Defibrillator | | ✓ |
| Implanted Insulin Pump | | ✓ |
| Electronic or Mechanical Implant | | ✓ |
| Hearing Aid | | ✓ |
| Heart Valve Prosthesis | | ✓ |
| Shrapnel, Bullets, or B.B.'s | | ✓ |
| Any type of Ear Implants | | ✓ |
| Orbital / Eye Prosthesis | | ✓ |
| Any type of Implant held in place by a Magnet | | ✓ |
| Any type of Surgical Clip or Staple | | ✓ |
| Vascular Access Port | | ✓ |
| Intraventricular Shunt / Stent | | ✓ |
| Artificial Limb or Joint | | ✓ |
| Dentures | | ✓ |
| Diaphragm or I.U.D. | | ✓ |
| Wire Mesh | | ✓ |
| Any Implanted Orthopedic Item (Pins, Rods, Screws, Etc.) | ✓ | |
| Any other Implanted Item | | ✓ |
| Tattooed Eyeliner | ✓ | |
| History of Metal in Eyes (Welding, Grinding Exposure) | | ✓ |

Have you had any prior imaging studies related to your current problem?

| | | | |
|---|---|---|---|
| o | X-rays | Date _____ | Where _____ |
| o | Ultrasound | Date _____ | Where _____ |
| o | Cat Scan | Date _____ | Where _____ |
| o | MRI scan | Date __N/A__ | Where __Baymeadows__ MRI |

List any previous surgeries with dates:

Right Forearm, 3/2000 plates & Screw from a Compound Fx

**PLEASE READ PRIOR TO SIGNING:** You must remove all metallic objects including: easily removable jewelry, bra, shoes, belts, hair pins, safety pins, paperclips, money clips, coins, pens, watch, etc. If you have any body piercing, other than ears, please let the technologist know. Your signature on this form indicates that you authorize and consent to performance of this procedure, and you have read and understand the entire contents of this form. Also, that you attest all information on this form is correct to the best of your knowledge.

_____  4/4/18        _____  4-4-18
Patient Signature or Representative (if minor)    Date        Technologist    Date

Corporate Office: 607 W. Martin Luther King Jr. Blvd. • Suite 103 • Tampa, FL 33603 • Tel: (813) 514-2700 • Fax: (813) 849-6349

*www.AdvancedDiagnosticGroup.com* • *Scheduling Toll-Free: (888) ADG - 5575*

ADG_0051

03/29/2018 8 38AM FAX          ] '.                    ☒0001/0003



# ADVANCED
## DIAGNOSTIC GROUP

407365

**You are scheduled at:**

☐ 4933 University Blvd W.
Jacksonville, FL 32216
Tel. 904-733-7800
Fax 904-419-4888
☆ Upright Open MRI

☐ 2388 Dunn Ave., Suite 101
Jacksonville, FL 32218
Tel 904-421-3827
Fax: 904-240-0633
☆ High-Field MRI

☒ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel 904-458-0141
Fax: 904-458-4802
☆ High-Field MRI

☐ Health  ☐ WC  ☐ Auto ☒ Other: LOP

| Field | Value |
|---|---|
| Appointment Date: | Time: |
| Patient Name: | Richard Triolo |
| Patient Phone: | 631-603-4863 |
| Insurance Provider: | Medlink LCP |
| Insurance Tel: | 904-245-1971 |
| Referring Physician: | Raymond Topp |
| Physician Tel: | 904-919-7104 |
| Physician Signature: | |
| Diagnosis: | M48.061 |

DOB: ▮▮▮ /74
Injury Date: POST OP - SX ☒ 3/22/18
Group #:
Claim #:
Clinic: Topp Spine + Orthopaedics
Physician Fax: 912-342-8536
Date: 3/28/18

## MRI

☐ Brain    ☐ w/ SWI
☐ IAC's
☐ Pituitary
☐ Orbits
☐ C-Spine  ☐ T Spine   ☐ L-Spine
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Shoulder  ☐ L  ☐ R
☐ Elbow     ☐ L  ☐ R
☐ Wrist     ☐ L  ☐ R
☐ Hand      ☐ L  ☐ R
☐ Hip       ☐ L  ☐ R
☐ Knee      ☐ L  ☐ R
☐ Ankle     ☐ L  ☐ R
☐ Foot      ☐ L  ☐ R
☐ Other

### CONTRAST
☐ With  ☐ Without  ☐ With & Without

## GENERAL RADIOLOGY

☐ Skull
☐ Facial
☐ Orbits
☐ Sinus
☐ Nasal
☐ Soft Tissue Neck
☐ Chest (CXR)
☐ Abdominal Series
☐ KUB
☐ Pelvis
☐ SI Joints
☐ Sacrum / Coccyx
☐ C-Spine
☐ T-Spine         AP / LAT Lumbar
☒ L-Spine         Spine xrays
☐ Bone Age
☐ Other

☐ TMJ        ☐ L   ☐ R
☐ Clavicle   ☐ L   ☐ R
☐ Shoulder   ☐ L   ☐ R
☐ Humerus    ☐ L   ☐ R
☐ Elbow      ☐ L   ☐ R
☐ Forearm    ☐ L   ☐ R
☐ Wrist      ☐ L   ☐ R
☐ Hand       ☐ L   ☐ R
☐ Finger     ☐ L   ☐ R
☐ Ribs       ☐ L   ☐ R
☐ Hip        ☐ L   ☐ R
☐ Femur      ☐ L   ☐ R
☐ Knee       ☐ L   ☐ R
☐ Tibia      ☐ L   ☐ R
☐ Fibula     ☐ L   ☐ R
☐ Ankle      ☐ L   ☐ R
☐ Foot       ☐ L   ☐ R
☐ Calcaneus  ☐ L   ☐ R
☐ Toes       ☐ L   ☐ R

## MRA
☐ Brain (COW) w/o Contrast          ☐ Carotid w/o Contrast
☐ Other

**Additional Notes:**

## UPRIGHT OPEN MRI

**Upright MRI Protocol**

With Flexion/Extension?
☐ Yes    ☐ No

With Alar Protocol?
☐ Yes    ☐ No

With Contrast?
☐ Yes    ☐ No

☐ Brain
☐ Cervical     ☐ Seated  ☐ Standing
☐ Thoracic     ☐ Seated  ☐ Standing
☐ Lumbar       ☐ Seated  ☐ Standing
☐ Shoulder     ☐ L   ☐ R
☐ Hip          ☐ L   ☐ R
☐ Knee         ☐ L   ☐ R
☐ Other Region:

TAMPA · BRANDON · LAKELAND · KISSIMMEE · ORLANDO · JACKSONVILLE · ORANGE PARK · PALM BEACH GARDENS · JUPITER
www.AdvancedDiagnosticGroup.com

ADG_0052

03/29/2018 8 36AM FAX    I ↖ N    ☑0001/0003

# ADVANCED DIAGNOSTIC GROUP

407365

**You are scheduled at:**

☐ 4933 University Blvd W.
Jacksonville, FL 32216
Tel 904-733-7800
Fax 904-419-4888
☆ Upright Open MRI

☐ 2388 Dunn Ave., Suite 101
Jacksonville, FL 32218
Tel. 904-421-3827
Fax 904-240-0833
☆ High-Field MRI

☐ 1465 Kingsley Ave, Suite 1404
Orange Park, FL 32073
Tel 904-458-0141
Fax: 904-458-4802
☆ High-Field MRI

☐ Health  ☐ WC  ☐ Auto ☐ Other: _LOP_

| | |
|---|---|
| Appointment Date: | Time: |
| Patient Name: Richard IX1010 | DOB: ☐ 74 |
| Patient Phone: 631-603-4863 | Injury Date: POST OP - SX ☐ 3/22/18 |
| Insurance Provider: Medlink LCP | Group #: |
| Insurance Tel: 904-245-1971 | Claim #: |
| Referring Physician: Raymond Topp | Clinic: Topp Spine + Orthopaedics |
| Physician Tel: 904-719-7104 | Physician Fax: 912-342-8536 |
| Physician Signature: _____ /TPP | Date: 3/28/18 |
| Diagnosis: M48.061 | |

---

## MRI

☐ Brain   ☐ w/ SW
☐ IAC's
☐ Pituitary
☐ Orbits
☐ C-Spine   ☐ T Spine   ☐ L-Spine
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Shoulder   ☐ l   ☐ R
☐ Elbow   ☐ L   ☐ R
☐ Wrist   ☐ L   ☐ R
☐ Hand   ☐ L   ☐ R
☐ Hip   ☐ L   ☐ R
☐ Knee   ☐ L   ☐ R
☐ Ankle   ☐ L   ☐ R
☐ Foot   ☐ L   ☐ R
☐ Other

### CONTRAST
☐ With   ☐ Without   ☐ With & Without

## GENERAL RADIOLOGY

☐ Skull
☐ Facial
☐ Orbits
☐ Sinus
☐ Nasal
☐ Soft Tissue Neck
☐ Chest (CXR)
☐ Abdominal Series
☐ KUB
☐ Pelvis
☐ SI Joints
☐ Sacrum / Coccyx
☐ C-Spine
☐ T-Spine
☒ L-Spine   AP/LAT Lumbar
☐ Bone Age   spine xrays
☐ Other

☐ TMJ
☐ Clavicle   ☐ L   ☐ R
☐ Shoulder   ☐ L   ☐ R
☐ Humerus   ☐ L   ☐ R
☐ Elbow   ☐ L   ☐ R
☐ Forearm   ☐ L   ☐ R
☐ Wrist   ☐ L   ☐ R
☐ Hand   ☐ L   ☐ R
☐ Finger   ☐ L   ☐ R
☐ Ribs   ☐ l   ☐ R
☐ Hip   ☐ L   ☐ R
☐ Femur   ☐ L   ☐ R
☐ Knee   ☐ L   ☐ R
☐ Tibia   ☐ L   ☐ R
☐ Fibula   ☐ L   ☐ R
☐ Ankle   ☐ L   ☐ R
☐ Foot   ☐ L   ☐ R
☐ Calcaneus   ☐ L   ☐ R
☐ Toes   ☐ L   ☐ R

## MRA
☐ Brain (COW) w/o Contrast      ☐ Carotid w/o Contrast
☐ Other

## UPRIGHT OPEN MRI

**Upright MRI Protocol**
With Flexion/Extension?   ☐ Yes   ☐ No
With Alar Protocol?   ☐ Yes   ☐ No
With Contrast?   ☐ Yes   ☐ No

☐ Brain
☐ Cervical   ☐ Seated   ☐ Standing
☐ Thoracic   ☐ Seated   ☐ Standing
☐ Lumbar   ☐ Seated   ☐ Standing
☐ Shoulder   ☐ L   ☐ R
☐ Hip   ☐ L   ☐ R
☐ Knee   ☐ L   ☐ R
☐ Other Region:

**Additional Notes:**
_____
_____
_____
_____
_____
_____

TAMPA • BRANDON • LAKELAND • KISSIMMEE • ORLANDO • JACKSONVILLE • ORANGE PARK • PALM BEACH GARDENS • JUPITER
www.AdvancedDiagnosticGroup.com

ADG_0053

3/29/2018                        Encounter - Office Visit Date of service. 03/28/18 Patient: Richard Triolo DOB ▉ 1974 PRN: TR846077

No environmental allergies recorded

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Diclofenac Sodium 75 MG Oral Tablet Delayed Release | | - | - |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | | - | - |
| TIZANIdine HCl 4 MG Oral Capsule | | - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Past medical history

MAJOR EVENTS

No prior lumbar injuries or treatment before accident. ESIs were performed after accident at St. Vincent's with no relief (worsened symptoms). Pain is while laying flat, constant, and midline. Pain radiates posteriorly down thigh and sometimes anteriorly to hip flexor. Pain began after MVA where patient was rear ended in February 2017

Patient returns today on POD#6 of PLIF L5-S1. Patient is having usual post operative pain and is improving.

ONGOING MEDICAL PROBLEMS

no prior medical conditions. surgical history: PLIF L5-S1 Dr. Topp 3/22/18

## Assessment

Lumbar- incision healing well. No erythema, edema, warmth, or drainage noted.

## Plan

Patient presents for a post-op visit after undergoing a PLIF L5-S1 on 3/22/18. Continue daily activities. Limit lifting and twisting. Continue pain medications as prescribed. We will follow up with the patient in 4 weeks. Prescription for pain medications and lumbar x ray given today. Patient advised to call with any concerns.

▄▄ practice fusion

03/29/2018 8 36AM FAX                                             ☑0002/0003

3/29/2018          Encounter - Office Visit Date of service: 03/28/18 Patient: Richard Triolo DOB: ▮1974 PRN: TR846077

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Richard Triolo** | **Topp Spine and Orthopaedics** | NOTE TYPE | SOAP Note |
| DOB ▮1974 | T (904) 719-7404 | SEEN BY | Raymond Topp |
| AGE 43 yrs | F (912) 342-8536 | DATE | 03/28/2018 |
| SEX Male | 3316 3rd Street South | AGE AT DOS | 43 yrs |
| PRN TR846077 | Suite 201 | Not signed | |
| | Jacksonville Beach, FL 32250 | | |

---

## Patient identifying details and demographics

| FIRST NAME | Richard | SEX | Male | ETHNICITY | Provider did not ask |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | ▮1974 | | |
| LAST NAME | Triolo | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | - | PRN | TR846077 | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 1933 Eclipse Drive | CONTACT BY | Mobile Phone |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | ilstrong19@yahoo com |
| CITY | Middleburg | | |
| STATE | FL | HOME PHONE | - |
| ZIP CODE | 32068 | MOBILE PHONE | (631) 603-4863 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | | |
|---|---|---|---|
| RELATION TO PATIENT | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| PHONE | - | | |
| ADDRESS | - | | |

---

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Pain in lumbar spine | Acute | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|

https://static.practicefusion.com/apps/ehr/index.html?#/PF/charts/patients/b86a89a5-ed01-435a-bab4-a9a82cf954c8/encounter/55327c13-e13f-452c-9bdd-7f5fbe

ADG_0055



**ADVANCED**
DIAGNOSTIC GROUP

| Sched w/ Doctors office: |
| --- |
| Name. _____ |
| PT #: _____ |
| DOB: _____ |
| DR: _____ |
| Study: _____ |
| Insurance· _____ |
| (Ask insurance questions below) |

**XRAY SCREENING QUESTIONS**

Patient Name: _Richard Triolo_          Date: _3·29·2018_

Patient Account # _407365_              Screening by: _Campbell_

Have you ever had an XRAY or MRI? YES ✓ NO ___ Where? _____ If ADG, Is it from the same accident or injury? _____
What body part was scanned? _Lumbar_ is it the same body part? If the same body part please bring prior imaging and
report for comparison. _____ _Patient will locate prices ·_
                                              ↳ _will bring CD & Reports_

Height and weight: _6'2 / 240_
Do you have any physical limitations that might require additional assistance? YES ___ NO ✓ _____
Is there a chance of pregnancy? _No_

| Auto | Health | Workers comp |
| --- | --- | --- |
| Auto Insurance· _State Farm_ | Health Insurance· _____ | W/c company: _____ |
| DOA, ~~2·11·2~~ _2·11·2017_ | Member # _____ | DOB: _____ DOI: _____ |
| Claim # _____ | Auth required? _____ | DR _____ |
| Attorney _Kinney & Sasso_ | Copay or ded? _____ | Scan· _____ |
| Secondary health: _None_ | Policy holder _____ | Claim # _____ |
| Policy holder Name and DOB |  |  |
| _Self_ |  |  |

For your appointment please wear comfortable clothing that is free of metal buttons hooks or clasp. Also do
not wear any hair pins/ bobby pins or piercings and limit your jewelry.

Please bring your driver's license / picture ID and insurance card to your appointment

