AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

|  |  |  |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Baymeadows MRI, ATTN: RECORDS CUSTODIAN,
         7999 Philips Highway Suite 311, Jacksonville, FL 32256 [Via Facsimile (1-904-683-8419)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                                    PLEASE SEE ATTACHMENT
    In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 | |
| Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      03/11/2019

         *CLERK OF COURT*
                                                                OR      *Ronnie S. Carter*

_____                                    _____
  *Signature of Clerk or Deputy Clerk*                              RONNIE S. CARTER
                                                                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Defendant
  United States of America                                        , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ████7157
**Date of Birth:** ████1974

<u>ATTACHMENT</u>

1.  Any and all x-rays, MRIs, and CT scans, <u>in digital format on CD</u>, with all corresponding reports, taken of the patient by the witness or by any other healthcare providers that are in the possession of the witness. Please provide viewer software on the disc.

2.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

3.  A current statement indicating the total amount of the bill that has been paid and by whom.

## Activity for Patient TRIOLO H, RICHARD A. (Acct #22731)

**BAYMEADOWS MRI**

**7999 PHILLIPS HWY, SUITE 311**

**JACKSONVILLE, FL 32256-4404**

### Patient Address

1933 ECLIPSE DR
MIDDLEBURG, FL 32068

### Referring Physician

SYED ASAD, M.D.

| Invoice | Service Date | Procedure | Type | Description | Pay Source | Payment Type | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **16962** | **04/04/2017** | | **Invoice** | **$232.98 DUE BY PATIENT** | Posting Date: 04/12/2017 | | | |
| | 04/04/2017 | 72148 | Charge | MRI SPINAL CANAL LUMBAR W/O CONTRA | | | $1300.00 | $1300.00 |
| | 05/31/2017 | 72148 | Payment | BCBS DND PIP IS PRIMARY --- JRCAIN | BLUE CROSS AND BLUE | EFT | $0.00 | $1300.00 |
| | 05/04/2017 | 72148 | Payment | | STATE FARM | Check | $-931.94 | $368.06 |
| | 05/04/2017 | 72148 | Adjustme | PIP W/O | | | $-135.08 | $232.98 |

### Activity Totals

| Medical Totals | | Open Item Totals | |
|---|---|---|---|
| Charges: | $1,300.00 | Open Items: | $0.00 |
| Payments: | $931.94 | Open Item Payments: | $0.00 |
| Adjustments: | $135.08 | **Balance:** | **$0.00** |
| **Balance:** | **$232.98** | | |

**Total Activity: $ 232.98**



7999 Philips Hwy Ste #311 , Jacksonville, Fl 32256 , Ph : 904-683-6667   Fax : 904-683-8419

## New Patient Information

Date: 4/4/17

Patient Last Name: Treisb

First Name: Richard

Middle Initial: A

Mailing Address: 1933 Eclipse Drive

City: Middleburg

State: FL

Zip: 32068

Social Sec ██████ 7157

Date of Birth: ████ 1874

Gender: (M)   F

Home Phone: N/A

Work Phone: N/A

Cell Phone: 631-603-4863

Marital Status: Single

Email Address: Listrong19@yahoo.com

Referring Physician: Ase d

Emergency Contact Name/Relation to patient:

Emergency Contact Phone:

Is this visit due to an AUTO accident or injury? (YES)  NO

If NO, please proceed to next section.

Date of Accident? 2/2/17

Auto Insurance Company:

Claim Number:

Ins. Adjuster Name and Phone:

Do you have an attorney? (YES)  NO

Attorney Name and Phone: Phillip Kinney - 904 422-7445

Do you have Health Insurance? (YES)  NO

If YES, please proceed to next section.

Primary Health Insurance: Florida Blue

Member ID: BEAH165047916

Policyholder if different from Patient:

Group Number: 80496

Policyholder relation to Patient:

Policyholder Date of Birth:

Secondary Health Insurance:

Member ID:

Policyholder if different from Patient:

Group Number:

Policyholder relation to patient:

Policyholder Date of Birth:

BAYMEADOWS_0005



7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

---

**PATIENT NAME:**       **TRIOLO, RICHARD**
**ID NUMBER:**       **22731**
**DATE OF BIRTH:**       ████1974
**REFERRING PHYSICIAN:**       **SYED ASAD, M.D.**
**DATE OF SERVICE:**       **04/04/2017**

**MRI SCAN OF LUMBAR SPINE**

**CLINICAL INDICATION:** Low back pain radiating to left buttock and groin, status post MVA on 02/02/2017.

**TECHNIQUE:** Sagittal and axial T1-weighted and T2-weighted images of lumbar spine were obtained with sagittal STIR images.

**FINDINGS:** The vertebral bodies are intact demonstrating normal marrow signal intensity. The conus medullaris is at L1-2 level. There is bilateral L5 spondylolysis. There is grade 1 spondylolisthesis at L5-S1 level with about 5 mm anterior subluxation of L5 vertebral body over S1. There is degenerative spondylosis with disc desiccation and moderate to severe disc space narrowing at L5-S1 level and moderate disc space narrowing at T12-L1 level.

L5-S1 - There is a circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots bilaterally. Clinical correlation is recommended to rule out L5 nerve root impingement. There is no central canal stenosis.

L4-5 - Mild facet joint arthropathy is noted bilaterally. Otherwise, unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

L3-4 - There is mild facet joint arthropathy, predominantly on the right side. There is annular bulge encroaching upon foramina with no spinal stenosis or nerve root impingement.

L2-3 - Annular bulge encroaches upon foramina with no spinal stenosis or nerve root impingement.

L1-2 - Unremarkable with no disc herniation or nerve root impingement noted. The spinal canal and neural foramina are well maintained.

T12-L1 - There is a 2 mm, protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.

CONTINUED ON PAGE 2

BAYMEADOWS_0008

# Baymeadows MRI

7999 Philips Hwy., Suite #311, Jacksonville, FL 32256    Ph: 904-683-6667  Fax: 904-683-8419

---

**PATIENT NAME:**        **TRIOLO, RICHARD**
**ID NUMBER:**           **22731**
**DATE OF BIRTH:**       ███████1974
**REFERRING PHYSICIAN:** **SYED ASAD, M.D.**
**DATE OF SERVICE:**     **04/04/2017**
**PAGE 2**

**IMPRESSION:**
1.  Bilateral L5 spondylolysis with grade 1 spondylolisthesis at L5-S1 level.
2.  Degenerative spondylosis with disc desiccation and disc space narrowing at L5-S1 level with circumferential disc bulge resulting in bilateral foraminal stenosis in combination with anterior L5 subluxation encroaching upon the L5 nerve roots.
3.  Disc desiccation with disc space narrowing at T12-L1 level with protruding posterior disc herniation indenting the anterior thecal sac with spinal canal narrowing and no cord impingement.
4.  Annular bulge at L2-3 and L3-4 levels encroaching upon foramina with no spinal stenosis or nerve root impingement.

*Soheil Sooudi*

**Soheil Sooudi, M.D.**
**Certified, American Board of Radiology**
**SS/ll        D/D: 04/04/2017   D/T: 04/04/2017**                    **DRSO6843 - 8:47**

*Baymeadows*

*MRI*

*Providing  MRI and X-ray Services*

Patient Copy

7999 Philips Hwy
ste # 311
Jacksonville, Fl 32225

Tel : 904-683-6667
Fax : 904-683-8419

PATIENT: TRIOLO, RICHARD

DOS  :  04/04/2017

STUDY: MRI  LUMBAR

BAYMEADOWS_0010