AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-919-J-34JBT |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Precision Imaging Centers, ATTN: RECORDS CUSTODIAN,
7860 Gate Parkway #123, Jacksonville, FL 32256 [Via Facsimile (1-904-996-8101)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:            PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office <br> 300 North Hogan Street, Suite 700 <br> Jacksonville, FL 32202 | Date and Time: <br> 03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/11/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR   */s/ Ronnie S. Carter*

RONNIE S. CARTER
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant United States of America                                                       , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ▓▓▓▓7157
**Date of Birth:** ▓▓▓▓1974

## ATTACHMENT

1. Any and all x-rays, MRIs, and CT scans, <u>in digital format on CD</u>, with all corresponding reports, taken of the patient by the witness or by any other healthcare providers that are in the possession of the witness. Please provide viewer software on the disc.

2. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

3. A current statement indicating the total amount of the bill that has been paid and by whom.



**PIC ORANGE PARK**
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Exam requested by:
EMILY ERNST
1677 EAGLE HARBOR PARKWAY
ORANGE PARK FL 32003

**Patient:** TRIOLO, RICHARD
**Date of Birth:** ▮▮▮▮ 1974
**Phone:** 6316034863
**MRN:** 458812 **Acc:** E810474
**Date of Exam:** 03-14-2019

**MR RIGHT ANKLE WITHOUT CONTRAST(73721)**

EXAM: MR RIGHT ANKLE WITHOUT CONTRAST

HISTORY: M25.571 - Pain In Right Ankle And Joints Of Right Foot,

COMPARISON: None available

TECHNIQUE: Multiplanar multisequence MR imaging was performed through the ankle without intravenous contrast.

FINDINGS:

Osseous structures and cartilage: There is no acute fracture or contusion. No infiltrative marrow replacing process. Mild midfoot osteoarthritis is noted involving the talonavicular joint as well as the third tarsal-metatarsal joint. The ankle joint shows no evidence of osteochondral injury.

Ligaments and tendons: Visualized flexor and extensor tendons are intact. There is a small focal partial tear of the Achilles tendon involving the medial one fourth of the tendon at a level 9 cm above the calcaneal attachment. The Achilles tendon also demonstrates chronic thickening and changes of chronic tendinitis. No complete rupture is identified.

There is a chronic appearing longitudinal split type tear of the peroneus brevis tendon. There is also thickening of the anterior talofibular ligament. These findings suggest old ankle inversion injury.

Adjacent soft tissues: The tarsal tunnel and tarsal sinus appear within normal limits.

IMPRESSION:

1. Small focal partial tear involving the Achilles tendon near the musculotendinous junction.
2. Midfoot osteoarthritis.
3. Evidence of old ankle sprain with thickening of the anterior talofibular ligament and a chronic appearing partial tear of the peroneus brevis tendon.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



**PIC ORANGE PARK**
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Thank you for the opportunity to participate in the care of this patient.

Estle, David
*Electronically Signed: 03-14-2019 2:22 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



**PRECISION IMAGING CENTERS**

PIC BEACH
14444 Beach Blvd, Suite 23
JACKSONVILLE, FL 32250
Phone: (904) 996-8100
Fax: (904) 996-8101

Exam requested by:
Raymond Topp
3316 SOUTH THIRD STREET
JACKSONVILLE BEACH FL 32250

Patient: TRIOLO,RICHARD
Date of Birth: ▇▇▇ 1974
Phone: 6316034863
MRN: 458812 Acc: PIC350570
Date of Exam: 08-30-2018

---

### MR LUMBAR SPINE WITHOUT AND WITH CONTRAST(72158)

MR LUMBAR SPINE WITHOUT AND WITH CONTRAST

HISTORY: 43 years Male with PAIN IN LOW BACK.

TECHNIQUE: MULTISEQUENCE, MULTIPLANAR HIGH FIELD MR LUMBAR SPINE WITHOUT AND WITH CONTRAST utilizing standard protocol. 20 ml MultiHance was administered intravenously per protocol without complication.

REFERENCE EXAM: None

FINDINGS: For the purposes of this report, five lumbar vertebrae are assumed.

Normal vertebral body alignment is seen without significant spondylolisthesis. L5-S1 prior PLIF T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen. No intrathecal masses are seen. The conus medullaris is in a normal position. There are no areas of pathological signal intensity within the visualized bone marrow to suggest an acute fracture or neoplasm. No paravertebral mass is seen.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L5-S1: Prior fusion without recurrent stenosis or other complication evident.

Enhancing fibrosis is noted within the L5-S1 right lateral recess and neural foramen.

IMPRESSION:

L5-S1 prior PLIF without complication evident.

T12-L1 posterior disc herniation indents the thecal sac. There is a high signal annular fissure seen.

Enhancing fibrosis is seen within the right lateral recess and neural foramen at L5-S1.

---

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

# PRECISION
## IMAGING CENTERS

**PIC BEACH**
14444 Beach Blvd, Suite 23
JACKSONVILLE, FL 32250
Phone: (904) 996-8100
Fax: (904) 996-8101

Thank you for the opportunity to participate in the care of this patient.

*Electronically Signed: 08-30-2018 1:32 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



# PRECISION IMAGING CENTERS

**PIC ORANGE PARK**
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Exam requested by:
Raymond Topp
3231 Glynn Ave
BRUNSWICK GA 31520

**Patient:** TRIOLO, RICHARD
**Date of Birth:** ▮1974
**Phone:** 6316034863
**MRN:** 458812 **Acc:** PIC297736
**Date of Exam:** 04-25-2018

## CT LUMBAR SPINE WITHOUT CONTRAST(72131)

CT LUMBAR SPINE WITHOUT CONTRAST

HISTORY: 43 years Male with M48.061.

TECHNIQUE: CT LUMBAR SPINE WITHOUT CONTRAST utilizing standard protocol. Multiplanar reconstructions were performed including average intensity projections through fusion instrumentation when appropriate.

REFERENCE EXAM: None

FINDINGS: Grade I spondylolisthesis L5. L5-S1 prior PLIF. No hardware fracture, loosening or migration is evident. There appears to be partially resorbed and of bone graft material within the disc space. No graft subsidence is seen, however. The appearance is concerning for delayed or nonunion. There is no paraspinal mass. No segmentation anomaly is seen. There is no hemivertebra or block vertebra. The lumbodorsal fascia and posterior elements are intact.

L1-2: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L2-3: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L3-4: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L4-5: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

L5-S1: There is no focal posterior disc herniation. No significant central canal stenosis or neural foraminal stenosis is seen.

IMPRESSION:

L5-S1 prior PLIF with intact hardware. The appearance of the disc space is concerning for delayed or nonunion.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

# PRECISION IMAGING CENTERS

**PIC ORANGE PARK**
1540 BUSINESS CENTER DRIVE
ORANGE PARK, FL 32003
Phone: (904) 996-8100
Fax: (904) 996-8101

Thank you for the opportunity to participate in the care of this patient.

*Electronically Signed: 04-25-2018 11:36 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



Jun. 4. 2019  1:56PM    Precision Imaging Centers                  No. 4656   P. 2/2

**Precision Imaging Center**
7860 Gate Parkway
Suite 123
JACKSONVILLE, FL 32256-7286
Phone: (904)996-8100
Fax: (904)996-8101
Tax ID:

Patient: 66771 - TRIOLO, RICHARD A
Date Created:  Tuesday, June 4, 2019 1:20 PM

| DATE | REF. DOCTOR | DOCTOR | PROCEDURE | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE | PAYSOURCE | INS PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2018 | TOPP, RAYMOND | Jones, Kevin | 72131 - CT LUMBA | $624.23 | | | | | |
| 05/02/2018 | 428005 | | Payment | | $0.00 | $0.00 | | BCBS FL PPO | 548 |
| 05/02/2018 | 428006 | | Payment | | $0.00 | $390.18 | | BCBS FL PPO | 548 |
| 06/27/2018 | 492627 | | Payment | | $234.05 | $0.00 | | Patient | 0 |
| | | | | $624.23 | $234.05 | $390.18 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | 72158 - MRI LUMB | $1,635.43 | | | | | |
| 05/31/2019 | 910307 | | Payment | | $450.00 | $1,185.43 | | Med-Link Capital | 635 |
| | | | | $1,635.43 | $450.00 | $1,185.43 | $0.00 | | |
| 08/30/2018 | TOPP, RAYMOND | Jones, Kevin | A9578 - INJECTIO | $44.80 | | | | | |
| 05/31/2019 | 910308 | | Payment | | $0.00 | $44.80 | | Med-Link Capital | 635 |
| | | | | $44.80 | $0.00 | $44.80 | $0.00 | | |
| 03/14/2019 | ERNST, EMILY | Estla, David | 73721 - MRI LOWE | $1,010.10 | | | | | |
| 03/15/2019 | 819526 | | Payment | | $308.45 | $0.00 | | Patient | 0 |
| 03/27/2019 | 821281 | | Payment | | $0.00 | $0.00 | | BLUE CROSS BL | 12 |
| 03/27/2019 | 821282 | | Payment | | $0.00 | $701.65 | | BLUE CROSS BL | 12 |
| | | | | $1,010.10 | $308.45 | $701.65 | $0.00 | | |
| | | | **Account Total:** | **$3,314.56** | **$992.50** | **$2,322.06** | **$0.00** | | |

Page 1 of 1
PIC_0010