AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

RICHARD A. TRIOLO )
*Plaintiff* )
v. )  Civil Action No.  3:18-cv-919-J-34JBT
UNITED STATES OF AMERICA )
)
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Select Physical Therapy, ATTN: RECORDS CUSTODIAN,
            2106 Park Avenue, Orange Park, FL 32073 [Via Certified Mail]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT
    In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | Date and Time: 07/31/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  07/12/2019

*CLERK OF COURT*

_____                     OR   _____
*Signature of Clerk or Deputy Clerk*                              RONNIE S. CARTER
                                                                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Defendant
  United States of America                                        , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

SELECT_0001

**Name: Richard Triolo**
**Social Security No.: ████7157**
**Date of Birth: ████1974**

1.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2.  All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3.  All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4.  All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5.  All patient information forms or questionnaires, or any other information provided by the patient.

6.  All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7.  A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8.  A current statement indicating the total amount of the bill that has been paid and by whom.

9.  Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

# Patient Statement Inquiry

### Patient : 140642342 - Triolo,Richard

| Date | Type | Description | Units | Amount |
|------|------|-------------|-------|--------|
| 08-02-2018 | 97161 | Evaluation, Low Complexity | 1.00 | 125.00 |
| | 97535 | Self Care/Home Management Training | 1.00 | 55.00 |
| | 97110 | Therapeutic Procedure | 1.00 | 50.00 |
| 08-14-2018 | Payment | DED FLORIDA BLUE: paid $0.00 for DOS :08/02/18 - 08/02/18: Batch# 24016est: Check # 206565297: [8/21/2018] ERA D RAB | | 0.00 |
| 08-14-2018 | Discount | FLORIDA BLUE: discount of $145.28 for DOS :08/02/18 - 08/02/18:, Batch# 24016est: [8/21/2018] | | -145.28 |
| 08-31-2018 | Statement | Statement of Account printed 08-31-2018 Patient Balance: $84.72 Insurance Balance: $0.00 Statement Type: 7 | | |
| 09-24-2018 | Payment | Patient: paid $84.72 for DOS :08/02/2018-08/02/2018: Batch# 27541est: Check # 319: [9/27/2018] MGO | | -84.72 |
| | | Total Charges on Account: | | 230.00 |
| | | Total Payments on Account: | | -84.72 |
| | | Total Discounts on Account: | | -145.28 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 0.00 |

SELECT_0003

# Patient Information Form

Select PHYSICAL THERAPY

Revised Form 8/2010

| Date of Call/Registration: | Patient Account Number: |
|---|---|
| Past Patient ☐ Yes ☑ No  8-1-18 | 140643-3P2 |

## Patient Information

| Last Name/Suffix | First Name | Middle Initial |
|---|---|---|
| ~~Bieford~~ Tro6 | Richard | A |

| Address: | City | State: | Zip Code: |
|---|---|---|---|
| 1933 Eclipse Drive | Middleburg | FL | 32068 |

| Home Phone | Mobile Phone 631-603-4863 | Email Address Listrong1A@yahoo.Com |
|---|---|---|
| Contact Method: Ph ☐ E-m ☐ Mob ☐ Txt ☐ | Text Enabled ☑ | No Appointment Reminders ☐ |

| Date of Birth /74 | SSN | Sex: ☑ M ☐ F | Status: ☑ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated ☐ Unknown |
|---|---|---|---|

## Employer Information

| Employer Name: Baptist Medical Center South | Employment Status: ☐ None ☑ FT ☐ PT ☐ Self-Emp. ☐ Retired ☐ Student |
|---|---|

| Address: Old St Augustine Rd | City Mandarin | State: FL | Zip Code: 32259 |
|---|---|---|---|

| Work Phone Number 904 202-1926 | Patient Occupation Respiratory therapist |
|---|---|

## Emergency Contact Information

| Contact Name: Brian Schmucker | Phone # | Relationship to Patient: ☐ Parent ☐ Spouse ☑ Sibling ☐ Other |
|---|---|---|

## Physician Information

| Name of Referring Physician: Raymond Topp | Telephone #: | RX Date: Eval/Treat: ☐ # of visits: |
|---|---|---|

## Additional Questions

| Date of Injury Onset Date 2/11/16 | Auto Related: ☑ Yes-State? FL ☐ No  Adjuster name: _____ Phone #: | Work Related: ☐ Yes ☐ No | Accident Related: ☐ Yes ☐ No | Diagnosis/Body Part L5 to S1 Fusion |
|---|---|---|---|---|

| Post Surgical: ☑ Yes / ☐ No / ☐ Unknown | Surgery Description: L-5 to S1 Fusion |
|---|---|
| Surgery Date (if applicable): | |
| Have you any prior Therapy this year? ☑ Yes ☐ No (PT/OT/SP or Chiropractic) | How did you hear about us? |

## MEDICARE ONLY- Additional Questions

If Medicare, are you currently receiving Home Health Service? ☐ Yes ☐ No  If yes, Name of Agency ? _____

If Yes, what type of Home Health Services are you receiving? _____ Last Date of Service _____

Are you currently residing in a Skilled Nursing Facility? ☐ Yes ☐ No  If yes, Name of Facility ? _____

If Yes, are you on/in the "Medicare Unit" ? ☐ Yes ☐ No

If Medicare, have you received PT, OT or Speech services since the first of the year? ☐ Yes ☐ No
- If Yes, do you know if you have exceeded your Medicare Therapy Cap amount? ☐ Yes ☐ No
- Are you aware of any partial amount used since the first of the year? $ _____
- If Yes, please bring in any billing information from your previous therapy, or contact your previous provider for the information. Please bring the Medicare benefit summary you receive from Medicare.

| Appointment Date: 8/2/18 | Time: 9:00 Am | Therapist Jake D |
|---|---|---|

| Intake Completed By: Hayfield | Date: 8/1 | Patient, Please initial here if the above information is complete and correct | Date: 8/1 |
|---|---|---|---|



**Select**
PHYSICAL THERAPY
*The Power of Physical Therapy™*

**PATIENT NAME:** Richard Triolo    **DATE:** 8/1/18    **ACCT#:** 140642342

## NOTIFICATION of PATIENT RESPONSIBILITY for CO-PAYMENTS / CO-INSURANCE % and DEDUCTIBLES

Your insurance company requires Select Physical Therapy to collect your co-payment amount from you at the time of service. If we do not collect these amounts we could be in violation of our contract with your insurance company and risk being denied reimbursement for your treatment. Furthermore, we have an obligation to collect any co-insurance % or unmet deductible amounts from you that are determined to be your responsibility.

You will receive statements from us during and after your treatment for any outstanding amounts your insurance company indicates will be your financial responsibility. These statements will also include the amount billed to your insurance company and the payments received from both you and your insurance company.

### BILLING DISCLOSURES TO INDIVIDUALS INVOLVED IN PATIENT'S CARE

There may be times when it is necessary for an individual directly involved in your care to call the facility to inquire about your personal health information or billing information. Please take a few moments to complete this section.

I authorize Select Physical Therapy to disclose my health information that is directly related to my current treatment at Select Physical Therapy to the individual(s) listed below for purposes of their role in my treatment or payment or payment for the health services that I have received.

**Such persons involved in your care may include: spouse, children, blood relatives, roommates, boyfriends/girlfriends, domestic partners, neighbors and colleagues.**

| NAME | RELATIONSHIP |
|---|---|
|  |  |
|  |  |

| I do not wish to have my health information disclosed to individuals involved in my care. | |
|---|---|
| NAME | RELATIONSHIP |
|  |  |
|  |  |

Select Physical Therapy has verified Outpatient Physical Therapy/Occupational Therapy/Speech Therapy benefits based on the information furnished to us by you. Your Insurance Company has the disclaimer that this is verification of benefits and not a guarantee of payment. Based on the information your insurance company provided to us, the estimated amount you are responsible for is:

Co-Payment _____ /Visit

Co-Insurance __70/30__ % of allowed amount

Deductible Amount __$6500__    Amount Not Met __$6233.89__

Maximum Visits/Days __30 p C/yr__    Per Person / Condition (Year) Lifetime

Maximum Dollar Amount _____    Out of Pocket Maximum __$7500 / 7500 remain__

Other Benefit Information _____

**NOTE:** *ESTIMATED coverage information is provided as a courtesy to our patients, but is not intended to release them from total responsibility of their account balance. The estimation is based on a negotiated contract and any remaining balance due will be billed to you after additional information is received from your insurance company.*

We are committed to Service Excellence to our patients. If you have questions or concerns about your billing, please contact our Centralized Business Office at (888) 823-8940. Thank you.

08/01/2017

SELECT_0006

**Patient Name:** Richard A. Triollo

**Account Number:** 140642 342

## Insurance Information

**Only complete the following if the Primary or Secondary policy holder is not the patient.**    Primary ☐    Secondary ☐

| Last Name: | First Name: | Middle Initial | SSN | DOB |
|---|---|---|---|---|

**Patient Relationship to Policy Holder:**
☑ Self   ☐ Spouse   ☐ Child   ☐ Other

Gender: ☐ Male   ☐ Female

**Employer Name:**

**Employer Phone #:**

| **Primary Insurance Section** | **Secondary Insurance Section** |
|---|---|
| | Patient Relationship to Policy Holder: ☐ Self ☐ Spouse ☐ Child ☐ Other |
| Payor/Plan Blue C Blue S        Code: | Payor/Plan        Code: |
| Policy/ID #: BEAH 16504796    Group #: 30496003 | Policy/ID #:    Group #: |
| Insurance Phone #: 800-727-2227 | Insurance Phone #: |

| **Verification**    AT:    FSC: | **Verification** |
|---|---|
| Date: 8-2-18    Spoke with: Camille, CS | Date:    Spoke with: |
| Verify Plan: Blue Option    Effective Date: 1/1/15 | Verify Plan:    Effective Date: |
| Is this a Federally Funded Plan? ☐ Yes ☑ No | |
| Does patient have both PT and/or OT coverage? ☑ Yes ☐ No | Does patient have both PT and/or OT coverage? ☐ Yes ☐ No |
| Informed Payor this is outpatient therapy performed in an office setting. ☑ | Informed Payor this is outpatient therapy performed in an office setting. ☐ |
| Visit Limitation: 30U. p. yr    Coverage: 70/30% | Visit Limitation:    Coverage: |
| Limitations on Modalities or Units? | Limitations on Modalities or Units? |
| Home Program/97535___ Anodyne/97026 ___ Aquatic/97113 ___ | Home Program/97535___ Anodyne/97026 __ Aquatic/97113___ |
| Other ___ / Other ___ | Other ___ / Other ___ |
| Comments/Special Instructions: 4:15 minutes therapy per day | Comments/Special Instructions: |
| Deductible: $ 6500    Out Of Pocket: $ 7500 | Deductible: $    Out Of Pocket: $ |
| Met: ☐ Yes ☑ No    Met: ☐ Yes ☑ No | Met: ☐ Yes ☐ No    Met: ☐ Yes ☐ No |
| $6233.89 Remain    7500 Remain | |
| Does patient have a co-pay? ☐ Yes ☑ No  If yes, amount: $    0 | Does patient have a co-pay? ☐ Yes ☐ No  If yes, amount: $ |
| Per Visit? ☐    IE/Re-eval only? ☐ | Per Visit? ☐    IE/Re-eval only? ☐ |
| Required for therapy? ☐ Referral ☑ Authorization ☐ Pre-Cert | Required for therapy? ☐ Referral ☐ Authorization ☐ Pre-Cert |
| If any of the above is required, verify that it is on file? ☐ | If any of the above is required, verify that it is on file? ☐ |
| Auth #: ___    # of Auth Visits: ___ | Auth #: ___    # of Auth Visits: ___ |
| Auth Start Date: ___    Auth Exp Date: ___ | Auth Start Date: ___    Auth Exp Date: ___ |
| Claims Address: PO Box 1798 Jacksonville, FL - 32231 | Claims Address: |

**Verification (Workers Compensation)**

Is this a ☐ State Funded or ☐ Self Insured plan (call employer)    Plan Name: _____

Claim Number: _____    Dx Codes on file: _____
☐ Allowed ☐ In Process ☐ Pending ☐ Hearing ☐ Other

Adjuster Name: _____    Phone: _____    Fax: _____

Nurse/Case Manager Name: _____    Phone: _____    Fax: _____

Additional Notes:

**Verified By:** _____    **Date:** _____

SELECT_0007

# Medical History Form

**Select Medical** — Improving Quality of Life

Patient Name: Richard Trito    Account Number: 140642342

Height: 6 ft 2 in    Weight: 245 (pounds)

Diagnosis as stated to you by your physician: _____

How did this injury/ exacerbation occur? Auto Accident

Have you been hospitalized for the present condition? ☐ Yes ☑ No    If Yes, date: 2/11/16

Have you had surgery for the present condition? ☑ Yes ☐ No    If Yes, date: _____

If yes, surgery type: L-5 to S1 Fusion

Have you had any falls this past year? ☐ Yes ☑ No    If Yes, how many? _____

Have you received previous treatment for this condition? ☑ Yes ☐ No    If Yes, date: _____

If yes, please summarize: Pre Surgery Chiropractor + Nuirlogy test

Have you ever had any of the following? ☐ EMG ☑ CT SCAN ☐ MYELOGRAM ☐ MRI ☑ XRAY

Have you ever, or are you presently being treated for any of the following conditions?

| Condition | Yes | No |
|---|---|---|
| Acquired Respiratory Distress Syndrome | ☐ Yes | ☐ No |
| Angina | ☐ Yes | ☐ No |
| Anxiety or Panic Disorders | ☐ Yes | ☐ No |
| Arthritis (RA, OA) | ☐ Yes | ☐ No |
| Asthma | ☐ Yes | ☐ No |
| Chronic Obstructive Pulmonary Disease (COPD) | ☐ Yes | ☐ No |
| Congestive Heart Failure (CHF) | ☐ Yes | ☐ No |
| Degenerative Disc Disease (back disease, spinal stenosis, severe chronic back pain) | ☐ Yes | ☐ No |
| Depression | ☐ Yes | ☐ No |
| Diabetes | ☐ Yes | ☐ No |
| Emphysema | ☐ Yes | ☐ No |
| Hearing Impairment | ☐ Yes | ☐ No |
| Heart Attack | ☐ Yes | ☐ No |
| Multiple Sclerosis | ☐ Yes | ☐ No |
| Osteoporosis | ☐ Yes | ☐ No |
| Parkinson's Disease | ☐ Yes | ☐ No |
| Peripheral Vascular disease | ☐ Yes | ☐ No |
| Stroke or TIA | ☐ Yes | ☐ No |
| Upper Gastrointestinal Disease (ulcer, hernia, reflux) | ☐ Yes | ☐ No |
| Visual Impairment (cataracts, glaucoma, macular degeneration) | ☐ Yes | ☐ No |

| Condition | Yes | No |
|---|---|---|
| Allergies | ☐ Yes | ☐ No |
| Headaches | ☐ Yes | ☐ No |
| Back Injury | ☐ Yes | ☐ No |
| Bleeding Disorders | ☐ Yes | ☐ No |
| Bowel / Bladder Abnormalities | ☐ Yes | ☐ No |
| Cancer | ☐ Yes | ☐ No |
| Dizzy or Fainting Spells | ☐ Yes | ☐ No |
| Epilepsy or Seizure Disorder | ☐ Yes | ☐ No |
| Fracture | ☐ Yes | ☐ No |
| Hepatitis A, B, C | ☐ Yes | ☐ No |
| Hernia | ☐ Yes | ☐ No |
| High Blood Pressure | ☐ Yes | ☐ No |
| Hypoglycemia | ☐ Yes | ☐ No |
| Immunosuppressant Condition or Medication | ☐ Yes | ☐ No |
| Kidney Problems | ☐ Yes | ☐ No |
| Liver / Gallbladder Problems | ☐ Yes | ☐ No |
| Metal Implants | ☐ Yes | ☐ No |
| Nausea / Vomiting | ☐ Yes | ☐ No |
| Pacemaker | ☐ Yes | ☐ No |
| Pregnancy | ☐ Yes | ☐ No |
| Ringing in Your Ears | ☐ Yes | ☐ No |
| Sexual Dysfunction | ☐ Yes | ☐ No |
| Skin Abnormalities | ☐ Yes | ☐ No |
| Smoking | ☐ Yes | ☐ No |
| Special Diet Guidelines | ☐ Yes | ☐ No |
| Tuberculosis | ☐ Yes | ☐ No |

**Please continue to 2nd page**

**Select MEDICAL**
Improving Quality of Life

**Medical History Form** (page 2)

Patient Name: Richard Trieb    Account Number: 140642342

Are you on any medications?  Please list (you may use reverse side): _____

_____

_____

To help us understand your symptoms, please circle all that apply.

    My pain is worse:  in the morning/ during the day/ at night/ constant/ with activity/ during rest

On a scale of 0 to 10 (0 being no pain and 10 being unbearable pain requiring hospitalization)

    Please rate your pain at its best _____ and at its worst _____

---

**Pain Diagram**

Using the key provided, please draw the symbol representing your pain over the area of the body as it relates to your present condition

**Key**
↑ or ↓ Radiating Pain       //// Numbness/Tingling
XXX  Spasm                  000  Ache/Pain
ZZZ  Tenderness

---

Is there any other information regarding your medical history that we should know about? _____

_____

What is your goal for therapy at this time? _____

_____

Signature of Patient or Guardian (if patient is a minor): _____   Date: 8/1/18

Signature of Clinician: _____   Date: _____

1.2016



**Patient Reported Outcomes (PRO) Report**          **Today's Visit:** 08/02/2018

**CaseID:** 0001680534557

| | Risk-Adjusted Predictors (RAPs) |
|---|---|

**Patient:** Triolo, Richard

**Age:** 43

**BirthDate:** ████1974

**Gender:** M

**Injury Date:** 02/02/2018

**Acuity:** Chronic (> 42 days Injury-Admit)

**Admit Date:** 08/02/2018

**Financial Services Class:**

**Responsible Clinician:** Smith, SPT , Eideann

**Surgery Status:** No Surgical Date found – Verify Non-Surg

**Current Visit:** 1

**Body Part:** No Dx found – please complete in TS

**Diagnostic Severity:** No Dx found – please complete in TS

**Functional Severity at Admit/Initial:** 32.00 (see grid below)

**PRO Instrument:**

**ODI**

**Today's Score:** 32

**FLR Gcode Modifier:**

**20%to less than 40%impaired (CJ)**

*The above RAPs are what was available when this survey was submitted. Please validate the above are accurate and complete, as PROjections below are based on these variables and values. If changes are to be made, make them in TherapySource. so future PRO's submitted for this patient case will therefore reflect a more accurate PROjection.*

| Dates | 08/02/2018 |
|---|---|
| VisitType | admit |
| VisitNumber | 1 |
| GCode Modifier | CJ:20% -< 40% impaired |
| Disability Score | **32.00** |
| PainIntensity | 3 |
| PersonalCare | 1 |
| Lifting | 2 |
| Walking | 1 |
| Sitting | 0 |
| Standing | 2 |
| Sleeping | 1 |
| SocialLife | 4 |
| Traveling | 1 |
| Employment OR Homemaking | 1 |

*Responses in red are at the highest level of disability for this instrument.*

The table above indicates the functional history for this case. TIP: Review not only the total score, but also the individual response items in order to identify areas in need of improvement for focus in the POC and goal setting.

For more information/research about this measurement tool, please visit the Outcomes Research Library here.

Please note this is a **disability** index. As such, scores are expected to <u>decline</u> over the course of treatment.

**The MDC for the ODI = 15%points at C.I. of 90%**



SELECT_0010



Patient Reported Outcomes (PRO) Report          Today's Visit: 08/02/2018



| Important Note: Until All RAP variables are complete(see top of page 1), the PROjections indicated on this page are not valid and may shift. |

**CaseID:** 0001680534557

**Patient:** Triolo, Richard

**PRO Instrument: ODI**

*PROjection: Efficiency and Effectiveness*

| | Effectiveness | | | Efficiency |
|---|---|---|---|---|
| | PRO Score | GCode Modifier | MDC's Reached | Visits |
| Admit/Initial | 32.00 | CJ:20% - < 40% impaired | 0 | 1 |
| This Visit | 32.00 | CJ:20% - < 40% impaired | 0 | 1 |
| PROjection | 22.84 | CJ:20% - < 40% impaired | 0 | 12 |

The table above indicates the PROjection values (in green) based on the Risk Adjusted Predictors (RAPs) identified on Page 1. It also indicates the actual values this patient achieved at admit (in white) as well as where they are currently (in blue).

The MDC (Minimal Detectable Change) is the minimum amount of change in a patient's score that ensures the change isn't the result of measurement error. For the the MDC is   points.

*It should be noted that prediction tools based on retrospective data are meant to provide guidance for clinicians and patients, and are not at all intended to supersede a clinician's skilled assessment of the unique aspects of each patient case.*

*PROjection: Trended Function to Date*



The chart above indicates the current progression of functional ability/disability levels thru the progression of the patient case, per the scores on the patient reported outcome (PRO). The PROjection of the expected functional level at discharge has been provided per the large green dot on the chart.

| PROjections are in Beta testing, based on research conducted in 2015. |



SELECT_0011

| | Select Physical Therapy | **Patient:** | Richard Triolo | | |
|---|---|---|---|---|---|
| | 2106 Park Avenue | **Acct #:** | 032R140642342 | **Visit Date:** | Aug 02, 2018 |
| | Orange Park, FL USA 32073 | **DOB:** | ▮▮▮ 1974 | **FSC:** | HMO/PPO |
| Select | Phone: (904) 264-0921 | **Clinician:** | Jacob C. Daniels, PT, DPT | **Payor:** | BCBS |
| PHYSICAL THERAPY | Fax: (904) 215-7491 | **Prim Phy:** | Raymond Topp | **Pol/Claim#:** | Not Specified |
| | | **Phy Phone:** | (904) 719-7404 | **Insured:** | Richar Triollo |
| | | **Phy Fax:** | (904) 719-7405 | **Employer:** | Baptist Medical Center |
| | | **Sec Phy:** | Not Specified | **Case Mgr:** | Not Specified |
| | | **Inj. Date:** | 2/2/2018 | **Visits:** | 1 |
| | | **Surg. Date:** | 3/22/2018 | **Cxl/Ns:** | 0 |

# Initial Evaluation

## Diagnosis

Spine          M54.5          Low back pain

## General Information

**History of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status: Work status: Independent Without Difficulty.  Current Status: Work status: Independent With Difficulty.  Occupation: Respiratory Therapist  Occupational Activities:          Pt reports noting pain exacerbation while turning and pushing computer cart.

**ADL / Functional Status: Occupational Activities: Current Status: Non-Material Handling:**

| | |
|---|---|
| - Repetitive Reaching | Frequent |
| - Overhead Reaching | Occasional |
| - Standing. | Constant |
| - Walking. | Constant |
| - Pivot Twisting | Frequent |
| - Push | Frequent |

**Chief Complaint:**

- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**

- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

| | |
|---|---|
| - Date | 08/02/2018 |
| - Assessment | Initial |
| - Percentage | 32.00% |

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free.

## Objective Examination

**Flexibility:**

| | **Left** | **Right** |
|---|---|---|
| - Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |
| - Hamstrings | Mild Restriction | Full Excursion/No Deficits |

---

SELECT_0012

| | | |
|---|---|---|
| **Patient:** | Richard Triolo | |
| **Acct #:** | 032R140642342 | **Visit Date:** Aug 02, 2018 |
| **DOB:** | ▇▇▇ 1974 | |

---

**Functional Tests: Return to Participation: Activities:**
- Standing.(Pt must rest and briefly stretch at this time)    21-30 Minutes
- Walking.(Pt must briefly rest and stretch at this time)    21-30 Minutes

**Muscle Testing: Lower Extremity MMT:** | **Left** | **Right**
| | |
|---|---|---|
| • Hip Extension | +4/5 | +4/5 |
| • Hip Flexion(Pain in L Lower back) | -4/5 | +4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | -4/5 | 5/5 |
| • Ankle Dorsiflexion | -4/5 | 5/5 |
| • Ankle Plantarflexion | 5/5 | 5/5 |

**Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right**

**Tenderness:**
| | | |
|---|---|---|
| • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| • Piriformis | 2=Pain with wincing | 1=Complaint of pain |

**Posture:**
- Rounded Shoulders: Mild.

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%):**
- Extension(Limited by L LBP)    25%
- Flexion(3rd DP to floor 13.5 cm with relief)    75%
- Rotation Left    75%
- Rotation Right    75%
- Side Bending Left(54 cm 3rd DP to floor)    75%
- Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain)    50%

**Reflex/Sensory Integrity: Peripheral Nerve Sensation: Light** | **Left** | **Right**
**Touch:**
| | | |
|---|---|---|
| • Lat Cutaneous of the Calf | Normal | Normal |
| • Lat. Cutaneous of the Thigh | Diminished | Normal |
| • Lat. Plantar | Normal | Normal |

**Reflex/Sensory Integrity:**
- Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.

**Special Tests: Spine: Lumbar:** | **Left** | **Right**
| | | |
|---|---|---|
| • Posterior Quadrant | Pain Into Buttocks | Negative |
| • Traction | Negative | Negative |
| • Vertical Spinal Loading | Negative | Negative |

**Special Tests: Spine: Sacroiliac:** | **Left** | **Right**
| | | |
|---|---|---|
| • Patrick's Test | Negative | Negative |
| • Thigh Thrust Test | Positive | Negative |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 1 | 4 |

**Exercise Activities: Aerobic Conditioning:**

**Exercise Activities: Nerve Glides:**
- Sciatic Nerve.    Time Elapsed: 4 Minutes, Repetitions: 20, Sets: 1, Side: Left, Technique: Mobilize, Additional Detail: Common Peroneal Nerve, SLR + PF&Inv, Charge As: Therapeutic Exercise

**Exercise Activities: Flexibility(L. Quarter):**
**Manual Interventions: Soft Tissue- Upper Quarter:**
**Pt./Family Education:**
- Patient Education 1    Time Elapsed: 8 Minutes, Description: Discussion of examination findings, HEP Demonstration, Stretching modification, Reviewed POC & Goals, Charge As: Self Care / Home Mgt Training

---

SELECT_0013



| | | | |
|---|---|---|---|
| **Patient:** | **Richard Triolo** | | |
| **Acct #:** | **032R140642342** | **Visit Date:** | **Aug 02, 2018** |
| **DOB:** | ▮▮▮ **1974** | | |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.

**Recommendations:**

- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

***Problem #1***  **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**

*STG Achieve by Aug 16, 2018.*
  **Symptomatic Improvements:**
  - The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to pain at night

*LTG Achieve by Aug 30, 2018.*
  **Symptomatic Improvements:**
  - The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

***Problem #2***  **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

*STG Achieve by Aug 16, 2018.*
  **Palpable Improvements:**
  - Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*
  **Palpable Improvements:**
  - Tenderness Decreasing to: 0=No tenderness noted.

***Problem #3***  **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

*STG Achieve by Aug 16, 2018.*
  **Range of Motion Improvements to: Spine: Active Lumbosacral (%):**
  - Extension                   50%
  - Side Bending Right          75%

*LTG Achieve by Aug 30, 2018.*
  **Range of Motion Improvements to: Spine: Active Lumbosacral (%):**
  - Extension                   75%
  - Side Bending Right          100%

***Problem #4***  **Flexibility.**

*STG Achieve by Aug 16, 2018.*

| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|
| - Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|
| - Piriformis | Slight Restriction | Full Excursion/No Deficits |

***Problem #5***  **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*
  **Peripheral Nerve Function Improvements:**

SELECT_0014



| Patient: | Richard Triolo | | |
| Acct #: | 032R140642342 | Visit Date: | Aug 02, 2018 |
| DOB: | ████ 1974 | | |

- By Normalizing Neurogenic Signs.

**Problem #6    Functional Tests: Return to Participation: Activities.**

*STG Achieve by Aug 16, 2018.*
    **Functional Improvements In:**
- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*
    **Functional Improvements In:**
- Positional Tolerance to: Up to 6 Hours.

**Problem #7    Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**

*STG Achieve by Aug 16, 2018.*
    **Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*
    **Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**
- Active Range of Motion Activities.  Active Assistive Range of Motion Activities.  Client Education.  Functional Activities: Positional Tolerance: Standing.  Home Exercise Program.  Manual Range of Motion Activities.  Neural Mobilization Techniques.  Neuromuscular Re-education.  Passive Range of Motion Activities.  Proprioceptive/Closed Kinetic Chain Activities.  Self Care/Home Management.  Soft Tissue Mobilization Techniques.  Stretching/Flexibility Activities.  Therapeutic Activities.  Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer.  Treadmill.

*[signature]*

Eideann . Smith, SPT, Student PT
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

*[signature]*

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 02, 2018 16:42:33

Document ID: 2890221D.001                Status: Signed off (secure electronic signature)                Page 4 of 4
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SELECT_0015



| Select Physical Therapy | **Patient:** | Richard Triolo | | |
|---|---|---|---|---|
| 2106 Park Avenue | **Acct #:** | 032R140642342 | **Visit Date:** | Aug 02, 2018 |
| Orange Park, FL USA 32073 | **DOB:** | ▮▮▮ 1974 | **FSC:** | HMO/PPO |
| Phone: (904) 264-0921 | **Clinician:** | Jacob C. Daniels, PT, DPT | **Payor:** | BCBS |
| Fax: (904) 215-7491 | **Prim Phy:** | Raymond Topp | **Pol/Claim#:** | Not Specified |
| | **Phy Phone:** | (904) 719-7404 | **Insured:** | Richar Triollo |
| | **Phy Fax:** | (904) 719-7405 | **Employer:** | Baptist Medical Center |
| | **Sec Phy:** | Not Specified | **Case Mgr:** | Not Specified |
| | **Inj. Date:** | 2/2/2018 | **Visits:** | 1 |
| | **Surg. Date:** | 3/22/2018 | **Cxl/Ns:** | 0 |

# Plan of Care

## Diagnosis

Spine          M54.5          Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: Work status: Independent Without Difficulty.  Current Status: Work status: Independent With Difficulty.

**Chief Complaint:**
- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**
- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**
- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of  3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Assessment                                                              Initial
- Date                                                                          08/02/2018
- Percentage                                                              32.00%

**Rehabilitation Expectations/Goals:**
- Return to Work Activities: Unrestricted/Symptom Free.

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent.  The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program.

**Recommendations:**
- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

*Problem #1*    **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**
*STG Achieve by Aug 16, 2018.*
          **Symptomatic Improvements:**
          - The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to

SELECT_0016

pain at night
*LTG Achieve by Aug 30, 2018.*

**Symptomatic Improvements:**
- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

| *Problem #2* | **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.** | **Left** | **Right** |
|---|---|---|---|
| | • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted |
| | • Piriformis | 2=Pain with wincing | 1=Complaint of pain |

*STG Achieve by Aug 16, 2018.*

**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

| *Problem #3* | **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).** | |
|---|---|---|
| | • Extension(Limited by L LBP) | 25% |
| | • Flexion(3rd DP to floor 13.5 cm with relief) | 75% |
| | • Rotation Left | 75% |
| | • Rotation Right | 75% |
| | • Side Bending Left(54 cm 3rd DP to floor) | 75% |
| | • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% |

*STG Achieve by Aug 16, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**
- Extension — 50%
- Side Bending Right — 75%

*LTG Achieve by Aug 30, 2018.*

**Range of Motion Improvements to: Spine: Active Lumbosacral (%):**
- Extension — 75%
- Side Bending Right — 100%

| *Problem #4* | **Flexibility.** | **Left** | **Right** |
|---|---|---|---|
| | • Hamstrings | Mild Restriction | Full Excursion/No Deficits |
| | • Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction |

*STG Achieve by Aug 16, 2018.*

| | **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|---|
| | • Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| | **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|---|
| | • Piriformis | Slight Restriction | Full Excursion/No Deficits |

| *Problem #5* | **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.** |
|---|---|

*STG Achieve by Aug 16, 2018.*

**Peripheral Nerve Function Improvements:**
- By Normalizing Neurogenic Signs.

| *Problem #6* | **Functional Tests: Return to Participation: Activities.** | |
|---|---|---|
| | • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes |
| | • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes |

*STG Achieve by Aug 16, 2018.*

**Functional Improvements In:**
- Positional Tolerance to: Up to 2.5 Hours.

*LTG Achieve by Aug 30, 2018.*

**Functional Improvements In:**

SELECT_0017

| Patient: | Richard Triolo | | |
|---|---|---|---|
| Acct #: | 032R140642342 | Visit Date: | Aug 02, 2018 |
| DOB: | ████ 1974 | | |

- Positional Tolerance to: Up to 6 Hours.

*Problem #7* **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**
- Assessment                                        Initial
- Date                                                   08/02/2018
- Percentage                                          32.00%

*STG Achieve by Aug 16, 2018.*
**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring.**
- Percentage 25.00%

*LTG Achieve by Aug 30, 2018.*
**Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring.**
- Percentage 18.00%

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**
- Active Range of Motion Activities. Active Assistive Range of Motion Activities. Client Education. Functional Activities: Positional Tolerance: Standing. Home Exercise Program. Manual Range of Motion Activities. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Aerobic Conditioning:
  - Bicycle Ergometer. Treadmill.

_Eideann . Smith, SPT, Student PT_
Signed on Aug 02, 2018 16:22:42
Under the direct supervision of the primary therapist.

_Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)_
Signed on Aug 02, 2018 16:42:33

| **Please Sign and Return** |
|---|
| I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care. |
| **Comments/Revisions** |

| Raymond Topp | Date |
|---|---|
| **Patient: Richard Triolo** | **DOB:** ████ **1974** |

SELECT_0018

| | Select Physical Therapy | **Patient:** | Richard Triolo | | |
|---|---|---|---|---|---|
| | 2106 Park Avenue | **Acct #:** | 032R140642342 | **Note Date:** | Aug 06, 2018 |
| Select | Orange Park, FL USA 32073 | **DOB:** | ▬▬ 1974 | **FSC:** | HMO/PPO |
| PHYSICAL THERAPY | Phone: (904) 264-0921 | **Clinician:** | Jacob C. Daniels, PT, DPT | **Payor:** | BCBS |
| | Fax: (904) 215-7491 | **Prim Phy:** | Raymond Topp | **Pol/Claim#:** | BEAH16504796 |
| | | **Phy Phone:** | (904) 719-7404 | **Insured:** | Richar Triollo |
| | | **Phy Fax:** | (904) 719-7405 | **Employer:** | Baptist Medical Center |
| | | **Sec Phy:** | Not Specified | **Case Mgr:** | Camile, CS |
| | | **Inj. Date:** | 2/2/2018 | **Visits:** | 1 |
| | | **Surg. Date:** | 3/22/2018 | **Cxl/Ns:** | 0 |

# Discharge Summary

## Diagnosis

Spine          M54.5          Low back pain

## General Information

**History of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

## Subjective Examination

**ADL / Functional Status:**

- Premorbid Status: Work status: Independent Without Difficulty.  Current Status: Work status: Independent With Difficulty.  Occupation: Respiratory Therapist  Occupational Activities:      Pt reports noting pain exacerbation while turning and pushing computer cart.

| ADL / Functional Status: Occupational Activities: Current Status: Non-Material Handling: | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| - Repetitive Reaching | Frequent | Frequent | N/A |
| - Overhead Reaching | Occasional | Occasional | N/A |
| - Standing. | Constant | Constant | N/A |
| - Walking. | Constant | Constant | N/A |
| - Pivot Twisting | Frequent | Frequent | N/A |
| - Push | Frequent | Frequent | N/A |

**Chief Complaint:**

- Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.

**Functional Comorbidity Index:**

- Pt reports familial history of COPD, Emphysema, & Cancer

**Mechanism of Injury:**

- The pt is a 44 y.o. male who presents to physical therapy for examination and treatment due to c/o lower back and LLE pain. Pt reports initial injury occurred during a MVA on 2/11/16 when he was rear-ended while at a stop. Pt reports noting immediate pain in the back and neck and gradual onset of pain in RLE and MRI imaging revealed L5 fracture. The pt reports he is s/p L5/S1 fusion as of 3/22/2018 with noted decrease in RLE pain. Currently, the pt reports primary complaints of L lower back pain with radiating pain through the L gluteal region down to the lateral calf. The pt reports decreased tolerance of standing and walking activities required in his occupation as a respiratory therapist, resulting in frequent standing rest breaks and stretching. The pt also reports that he is unable to sleep through the night without the use of pain medication and muscle relaxers. The pt reports current MD restrictions including, NO OVERHEAD LIFTING, Weighted lumbar compression/squatting activities.

| Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring: | Initial Aug 02, 2018 | Current Aug 02, 2018 | Change |
|---|---|---|---|
| - Date | 08/02/2018 | 08/02/2018 | N/A |
| - Assessment | Initial | Initial | N/A |
| - Percentage | 32.00% | 32.00% | - |

**Rehabilitation Expectations/Goals:**

- Return to Work Activities: Unrestricted/Symptom Free.

## Objective Examination

| Flexibility: | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| - Piriformis(Exacerbation of radiating pain on L side) | Moderate Restriction | Mild Restriction | Moderate Restriction | Mild Restriction | N/A | N/A |

Document ID: 2890221D.003                    Status: Signed off (secure electronic signature)                    Page 1 of 4
Eideann . Smith, SPT,Student PT; Jacob C. Daniels, PT, DPT,PT(FL Lic: PT29374)

SELECT_0019



| Patient: | Richard Triolo | |
|----------|----------------|--|
| Acct #: | 032R140642342 | Note Date:   Aug 06, 2018 |
| DOB: | ▮▮▮▮ 1974 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| • Hamstrings | Mild Restriction | Full Excursion/No Deficits | Mild Restriction | Full Excursion/No Deficits | N/A | N/A |

**Functional Tests: Return to Participation: Activities:**

| | Initial<br>Aug 02, 2018 | Current<br>Aug 02, 2018 | Change |
|---|---|---|---|
| • Standing.(Pt must rest and briefly stretch at this time) | 21-30 Minutes | 21-30 Minutes | N/A |
| • Walking.(Pt must briefly rest and stretch at this time) | 21-30 Minutes | 21-30 Minutes | N/A |

**Muscle Testing: Lower Extremity MMT:**

| | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Hip Extension | +4/5 | +4/5 | +4/5 | +4/5 | - | - |
| • Hip Flexion(Pain in L Lower back) | -4/5 | +4/5 | -4/5 | +4/5 | - | - |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 | - | - |
| • Knee Flexion | -4/5 | 5/5 | -4/5 | 5/5 | - | - |
| • Ankle Dorsiflexion | -4/5 | 5/5 | -4/5 | 5/5 | - | - |
| • Ankle Plantarflexion | 5/5 | 5/5 | 5/5 | 5/5 | - | - |

**Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness:**

| | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Gluteus Medius | 1=Complaint of pain | 0=No tenderness noted | 1=Complaint of pain | 0=No tenderness noted | N/A | N/A |
| • Piriformis | 2=Pain with wincing | 1=Complaint of pain | 2=Pain with wincing | 1=Complaint of pain | N/A | N/A |

**Posture:**
- Rounded Shoulders: Mild.

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%):**

| | Initial<br>Aug 02, 2018 | Current<br>Aug 02, 2018 | Change |
|---|---|---|---|
| • Extension(Limited by L LBP) | 25% | 25% | - |
| • Flexion(3rd DP to floor 13.5 cm with relief) | 75% | 75% | - |
| • Rotation Left | 75% | 75% | - |
| • Rotation Right | 75% | 75% | - |
| • Side Bending Left(54 cm 3rd DP to floor) | 75% | 75% | - |
| • Side Bending Right(49 cm 3rd DP to floor; L lower back & gluteal pain) | 50% | 50% | - |

**Reflex/Sensory Integrity: Peripheral Nerve Sensation: Light Touch:**

| | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Lat Cutaneous of the Calf | Normal | Normal | Normal | Normal | N/A | N/A |
| • Lat. Cutaneous of the Thigh | Diminished | Normal | Diminished | Normal | N/A | N/A |
| • Lat. Plantar | Normal | Normal | Normal | Normal | N/A | N/A |

**Reflex/Sensory Integrity:**
- Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.

**Special Tests: Spine: Lumbar:**

| | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Posterior Quadrant | Pain Into Buttocks | Negative | Pain Into Buttocks | Negative | N/A | N/A |
| • Traction | Negative | Negative | Negative | Negative | N/A | N/A |
| • Vertical Spinal Loading | Negative | Negative | Negative | Negative | N/A | N/A |

**Special Tests: Spine: Sacroiliac:**

| | Initial Aug 02, 2018 | | Current Aug 02, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Patrick's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Thigh Thrust Test | Positive | Negative | Positive | Negative | N/A | N/A |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is excellent. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates an excellent understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehab program. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates excellent understanding of their home program instructions. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is excellent.

**Discharge Components:**
- At this time, skilled rehabilitative services at this site are no longer required due to the patient's request for discharge. It is anticipated that the pt will transfer to Baptist Medical where his current medical benefits are anticipated to cover physical therapy services at 100%

SELECT_0020

| | | |
|---|---|---|
| **Patient:** | Richard Triolo | |
| **Acct #:** | 032R140642342 | **Note Date:**  Aug 06, 2018 |
| **DOB:** | ██████ 1974 | |

per benefits verification.

**Recommendations:**

- Skilled Intervention: The pt is a 44 y.o. male presenting with signs and symptoms consistent with potential L5 nerve root compression and further entrapment at the piriformis muscle, including decreased strength findings in the LLE dorsiflexors, increased pain with lengthening of the piriformis muscle, impaired light touch sensation in the L lateral cutaneous N and dorsum of the L foot, and symptomatic response to neural tension testing. The current presentation may be the result of compensatory strategies following initial injury in 2016, or following recent surgery, resulting in altered biomechanics with functional activities. The pt reactivity is moderate because the pt must stop and stretch throughout the work day to tolerate required standing activities. The pt would benefit from skilled physical therapy services to improve flexibility of the piriformis muscles, improve active stabilization of the lumbar spine with neuromuscular re-education, and manual therapy with neural gliding to reduce compression upon the left L5 nerve root and peripheral track.

## Problems & Goals

*Problem #1*    **Chief Complaint: Pain: Location: Radiating, LE: Lower Back To: Lower Leg: Pt reports pain worsens with standing and back extension activities including work and sleeping. Pt reports he is unable to sleep through the night without using muscle relaxers and pain medication.**

*STG Achieve by Aug 16, 2018.*

    **Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting <2 sleep disturbances due to pain at night

*LTG Achieve by Aug 30, 2018.*

    **Symptomatic Improvements:**

- The pt will report decreased medication use and lower back pain with sleeping by reporting no sleep disturbances due to pain at night.

*Problem #2*    **Palpation: Lumbosacral Region: Musculature, Posterior: Tenderness.**

*STG Achieve by Aug 16, 2018.*

    **Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Aug 30, 2018.*

    **Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Problem #3*    **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral (%).**

*STG Achieve by Aug 16, 2018.*

    **Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

- Extension                                 50%
- Side Bending Right             75%

*LTG Achieve by Aug 30, 2018.*

    **Range of Motion Improvements to: Spine: Active Lumbosacral (%):**

- Extension                                 75%
- Side Bending Right             100%

*Problem #4*    **Flexibility.**

*STG Achieve by Aug 16, 2018.*

| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|
| - Piriformis | Mild Restriction | Slight Restriction |

*LTG Achieve by Aug 30, 2018.*

| **Musculoskeletal Improvements In: Soft Tissue Flexibility to:** | **Left** | **Right** |
|---|---|---|
| - Piriformis | Slight Restriction | Full Excursion/No Deficits |

*Problem #5*    **Reflex/Sensory Integrity: Common Peroneal Nerve tension testing: Exacerbation of radiating pain in LLE with SLR to 45 deg, ankle PF, & Inversion.**

*STG Achieve by Aug 16, 2018.*

    **Peripheral Nerve Function Improvements:**

- By Normalizing Neurogenic Signs.

*Problem #6*    **Functional Tests: Return to Participation: Activities.**

*STG Achieve by Aug 16, 2018.*

    **Functional Improvements In:**

SELECT_0021



| | | | |
|---|---|---|---|
| **Patient:** | Richard Triolo | | |
| **Acct #:** | 032R140642342 | **Note Date:** | **Aug 06, 2018** |
| **DOB:** | ▇ 1974 | | |

- Positional Tolerance to: Up to 2.5 Hours.
*LTG Achieve by Aug 30, 2018.*
    **Functional Improvements In:**
- Positional Tolerance to: Up to 6 Hours.

***Problem #7***   **Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring.**
*STG Achieve by Aug 16, 2018.*
    **Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 25.00%
*LTG Achieve by Aug 30, 2018.*
    **Questionnaire Improvements: M-O: Oswestry Disability Index (ODI): Scoring:**
- Percentage 18.00%

## Plan

The patient is discharged due to transfer to other facility.

*[signature: Eideann M Smith SPT]*

---

Eideann . Smith, SPT, Student PT
Signed on Aug 06, 2018 17:20:11
Under the direct supervision of the primary therapist.

*[signature: Jacob C Daniels]*

---

Jacob C. Daniels, PT, DPT, PT(FL Lic: PT29374)
Signed on Aug 07, 2018 08:13:15

SELECT_0022