AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:            Walgreens, ATTN: RECORDS CUSTODIAN,
1901 East Voorhees Street, MS 735, Danville, IL 61834

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                            PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | 06/28/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    06/12/2019

            *CLERK OF COURT*
                                                        OR    *Ronnie S. Carter*
                                                                RONNIE S. CARTER
        *Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendant
    United States of America                                    , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

WALGREENS_0001

**Name: Richard Anthony Triolo**
**Social Security No.:** ▇▇▇▇**7157**
**Date of Birth:** ▇▇▇▇**1974**

## ATTACHMENT FOR PHARMACY RECORDS

All pharmacy records for the above-referenced individual, including, but not limited to:

1.  Records of prescriptions filled for Richard Anthony Triolo and billing records regarding same.

2.  All correspondence, notes, and other documentation pertaining to Richard Anthony Triolo.

3.  All information forms, questionnaires, or any other information provided by Richard Anthony Triolo.

4.  Every written piece of paper included within Richard Anthony Triolo's file, including a copy of any notations on the file jacket.

**PLEASE SEARCH ALL RECORDS**
**FOR THE PAST TWENTY (20) YEARS**

WALGREENS_0002

## AFFIDAVIT OF CUSTODIAN OF RECORDS
### WALGREEN COMPANY, PO BOX 4039, MS #735, DANVILLE, IL 61834

**Patient Name:** RICHARD TRIOLO                    **Date of Birth:** ▪▪▪▪ 1974

**AKA:**   RICHARD ANTHONY TRIOLO

I, the undersigned, being the duly authorized Custodian of Records or other qualified witness for Walgreen Co., and having the authority to certify the records declare the following: The copies of records for which this Affidavit is made are true and correct copies of the original records; The original records were prepared in the ordinary course of business at or near the time of the act, condition, or event by a person with knowledge of the facts recorded; and That:

**A)**   **CERTIFICATION OF RECORDS:**

[X]   Paper print outs of information for our retail drug stores and mail order facilities electronically stored in Walgreen Co.'s Pharmacy system responsive to the subpoena or authorization and reasonably accessible are provided and total __24__ page(s).

**B)**   **CERTIFICATION OF NO RECORDS:**

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

[ ]   All records for the time period in question have been destroyed in accordance with our document retention policy.

[ ]   A thorough search of the requested date range _____ to _____ has been performed and, understanding that such records could exist under another spelling, name, or other classification but with the information furnished to our office and to the best of our knowledge, no such records exist.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on ____06/25/2019____ at Danville, Illinois.

_____Jill Bosch_____                    **Signature:** _____
(Print Name)

Subscribed and sworn to before me this __25__ day of ____June____, 2019

_____
**Notary Public**

"OFFICIAL SEAL"
SERESA L. GARDNER
Notary Public, State of Illinois
My Commission Expires 8/8/22

*Walgreens* There's a way

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:   06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:  [    ] 1974     Gender:  M

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1538202-6385 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 PER DAY | ACTAVIS | 00591-2612-05 | C2 | 10 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 15.00 |
| 1538204-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS | SANDOZ | 00185-4400-51 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.79 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 6.79 |
| 1538205-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571-0202-10 | RX | 30 | 02/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.65 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 10.65 |
| 1538207-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 02/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 30 | | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST NOT BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS_0004

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE IL 61834

## INSURANCE PROFILE

DATE PRINTED: 06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ▮▮▮1974    Gender: M

Allergy Conditions:    None on file
Health                 None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|----------|-----------|-------------|----------|-----|-------|------------|-------------|---------|---------|-----|----------|------|-----------|------|----------|
| 1549808-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP | AMNEAL | 69238-1171-09 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5 00 |
| | | | | | | | | Total | 1 | Subtotal: | | 30 | | | $ 5.00 |
| 1549809-6385 | DICLOFENAC SODIUM 50MG DR TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | PACK | 16571-0202-10 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10 65 |
| | | | | | | | | Total | 1 | Subtotal: | | 60 | | | $ 10.65 |
| 1549810-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS MAX 3 IN 24 HOURS | SANDOZ | 00185-4400-51 | RX | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6 79 |
| | | | | | | | | Total | 1 | Subtotal: | | 60 | | | $ 6.79 |
| 1549811-6385 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN MAX 6 IN 24 HOURS | ACTAVIS | 00591-2612-05 | C2 | 30 | 03/06/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | Total | 1 | Subtotal: | | 60 | | | $ 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE IL 61834

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:    06/25/2019

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: [ ]1974      Gender: M

Allergy Conditions:    None on file
Health                         None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1549812-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 03/06/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | Total | 1 | Subtotal: | | 30 | | | $ 10.00 |
| 1554796-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 15 | 03/19/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | Total | 1 | Subtotal: | | 60 | | | $ 15.00 |
| 1557346-6385 | METHOCARBAMO L 500MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR SPASMS | CAMBER | 31722-0533-01 | RX | 30 | 03/26/2018 | 90 | | NMP | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.14 |
| | | | | | | | | Total | 1 | Subtotal: | | 90 | | | $ 7.14 |
| 1558474-6385 | GABAPENTIN 300MG | TAKE 2 CAPSULES BY MOUTH THREE TIMES DAILY | AMNEAL | 65162-0102-50 | RX | 20 | 03/28/2018 | 120 | | JJB | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 7.87 |
| | | | | | | | | Total | 1 | Subtotal: | | 120 | | | $ 7.87 |
| 1558475-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED | CAMBER | 31722-0194-01 | C2 | 20 | 03/28/2018 | 120 | | JJB | TOPP, RAYMOND | FT3262968 | (904)719-7404 | FLBC | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED   06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone   (631) 603-4863

Allergy Conditions:    None on file
Health                         None on file

Date of Birth:  ████ 1974    Gender: M

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| | | | | | | | | | | | Total | 1 | Subtotal: | 120 | $ 15.00 |
| 1561438-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 10.00 |
| 1561443-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME FOR SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/05/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1572603-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 05/03/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1572604-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS | CAMBER | 31722-0194-01 | C2 | 10 | 05/03/2018 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

**Walgreens** There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:   06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ▮▮▮ 1974   Gender: M

Allergy Conditions:   None on file
Health   None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FOR PAIN | | | | | | | | | | | | | |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 15.00 |
| 1572613-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAXIMUM OF 3 DOSES PER 24 HOURS | APOTEX | 60505-0252-03 | RX | 20 | 05/03/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.04 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.04 |
| 1583293-6385 | METHYLPREDNIS OLONE 4MG DOSPAK 21'S | FOLLOW PACKAGE DIRECTIONS | CADISTA | 59746-0001-03 | RX | 6 | 06/01/2018 | 21 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 12.45 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 21 | $ 12.45 |
| 1583294-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/01/2018 | 30 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS_0008

**Walgreens** There's a way

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:  06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ███ 1974    Gender:  M

Allergy Conditions:    None on file
Health                         None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1583295-6385 | OXYCODONE/ACE TAMINOPHEN 10- 325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722- 0194-01 | C2 | 10 | 06/01/2018 | 60 | | CMF | PARDO, REYNALDO | BP2556960 | (904)647- 9199 | FLBC | 15.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 15.00 |
| 1593952-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238- 1171-09 | RX | 30 | 06/29/2018 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647- 9199 | FLBC | 5.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 30 | | $ 5.00 |
| 1593953-6385 | OXYCODONE/ACE TAMINOPHEN 10- 325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722- 0194-01 | C2 | 10 | 06/29/2018 | 60 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647- 9199 | FLBC | 15.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 15.00 |
| 1593962-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAX 3 DOSE PER 24 | UNICHEM | 29300- 0169-15 | RX | 20 | 06/29/2018 | 60 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647- 9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

WALGREENS_0009

**Walgreens** There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:   06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: [ ]1974    Gender: M

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.20 |
| 1603093-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 07/24/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 25.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 25.00 |
| 1606384-6385 | OXYCODONE/ACETAMINOPHEN 10-325MG TB | MAY TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 10 | 08/01/2018 | 60 | | CJG | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 15.00 |
| 1606391-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY SPACE ATLEAST 6 HOURS APART  NO MORE THAN 3 TABLETS PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 30 | 08/01/2018 | 60 | | CJG | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

**Walgreens** There's a way™

## INSURANCE PROFILE

DATE PRINTED:    06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ▮▮▮1974    Gender: M

Allergy Conditions:    None on file
Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1616833-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY NIGHT AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 08/29/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | Total | 1 | Subtotal: | | 30 | | | | $ 5.00 |
| 1616834-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY 6 HOURS APART. MAX 3 DOSES/24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 08/29/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |
| | | | | | | | Total | 1 | Subtotal: | | 60 | | | | $ 9.20 |
| 1617143-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 08/30/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | Total | 1 | Subtotal: | | 60 | | | | $ 15.00 |
| 1628984-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY EVERY 6 HOURS. MAXIMUM DAILY DOSE IS 3 DOSES PER 24 HOURS | UNICHEM | 29300-0169-15 | RX | 20 | 09/30/2018 | 60 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

WALGREENS_0011

*Walgreens* There's a way˚

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE IL 61834

DATE PRINTED: 06/25/2019

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ▮1974    Gender: M

Allergy Conditions:   None on file
Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.20 |
| 1628985-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 09/30/2018 | 30 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1628986-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR CHRONIC NON-ACUTE | CAMBER | 31722-0194-01 | C2 | 12 | 09/30/2018 | 70 | | BLM | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 70 | $ 15.00 |
| 1640256-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 10/29/2018 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 5.00 |
| 1640257-6385 | TIZANIDINE 4MG TABLETS | TAKE 1 TABLET BY MOUTH TWICE DAILY | UNICHEM | 29300-0169-15 | RX | 20 | 10/29/2018 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 9.20 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

**Walgreens** There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:   06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:　1974　　Gender:  M

Allergy Conditions:    None on file
Health                 None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AT 6 HOUR INTERVALS. MAXIMUM DAILY DOSE IS 3 TABLETS | | | | | | | | | | | | | |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 9.20 |
| 1640258-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN ( MAY USE 1 TO 2 TABLETS EVERY 4 TO 6 HOURS), NON ACUTE PAIN | CAMBER | 31722-0194-01 | C2 | 30 | 10/29/2018 | 70 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 70 | $ 15.00 |
| 1644791-6385 | RELISTOR 150MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | VALEANT | 65649-0150-90 | RX | 30 | 11/08/2018 | 30 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 10.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 10.00 |
| 1674590-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR.REDDY'S | 55111-0684-05 | RX | 20 | 01/22/2019 | 60 | | JJB | PARDO REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.41 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:   06/25/2019

## INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:  [   ]1974      Gender:  M

Allergy Conditions:    None on file
Health                        None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total | | 1 | Subtotal: | | | 60 | $ 6.41 |
| 1674592-6385 | DOXEPIN 50MG CAPSULES | TAKE 1 CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 01/22/2019 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 30 | $ 5.00 |
| 1690778-6385 | DICLOFENAC 1% GEL 100GM | APPLY 2 GRAMS OF GEL TO AFFECTED AREA FOUR TIMES DAILY DO NOT APPLY MORE THAN 8 GRAM DAILY TO ANY ONE AFFECTED JOINT | CIPLA | 69097-0524-44 | RX | 7 | 02/28/2019 | 100 | | JJB | JANSEN, PETER | BJ3247168 | (904)264-6404 | FLBC | 15.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 100 | $ 15.00 |
| 1690787-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 02/28/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 30 | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

**Walgreens** There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 06/25/2019

# INSURANCE PROFILE

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone: (631) 603-4863
Date of Birth: ▮1974    Gender: M

Allergy Conditions:   None on file
Health   None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702299-6385 | IBUPROFEN 800MG TABLETS | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MODERATE PAIN | DR REDDY'S | 55111-0684-05 | RX | 20 | 03/28/2019 | 60 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 6.51 |
| | | | | | | | Total | 1 | Subtotal: | | | | 60 | | $6.51 |
| 1702301-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT | AMNEAL | 69238-1171-09 | RX | 30 | 03/28/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | Total | 1 | Subtotal: | | | | 30 | | $5.00 |
| 1703850-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/01/2019 | 45 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | Total | 1 | Subtotal: | | | | 45 | | $15.00 |
| 1715352-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT SLEEP TIME | AMNEAL | 69238-1171-09 | RX | 30 | 04/30/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | Total | 1 | Subtotal: | | | | 30 | | $5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

**Walgreens** There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED    06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth:  [    ]1974      Gender:  M

Allergy Conditions.    None on file
Health                         None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715353-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 04/30/2019 | 45 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 45 | $ 15.00 |
| 1726351-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 05/28/2019 | 45 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 45 | $ 15.00 |
| 1726353-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME. | AMNEAL | 69238-1171-09 | RX | 30 | 05/28/2019 | 30 | | NMP | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 30 | $ 5.00 |
| 1736923-6385 | DOXEPIN 50MG CAPSULES | TAKE ONE CAPSULE BY MOUTH EVERY EVENING AT BEDTIME | AMNEAL | 69238-1171-09 | RX | 30 | 06/24/2019 | 30 | | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 5.00 |
| | | | | | | | | Total | | 1 | Subtotal: | | | 30 | $ 5.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS_0016

*Walgreens* There's a way¨

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

DATE PRINTED:    06/25/2019

01/01/2008 through 06/25/2019

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
Patient Phone:  (631) 603-4863
Date of Birth: ____ 1974      Gender: M

Allergy Conditions:    None on file
Health                  None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1736924-6385 | OXYCODONE/ACE TAMINOPHEN 10-325MG TB | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR SEVERE PAIN | MALLINCKR ODT | 00406-0523-01 | C2 | 11 | 06/24/2019 | 45 | 1 | JJB | PARDO, REYNALDO | BP2556960 | (904)647-9199 | FLBC | 15.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total | 1 | Subtotal: | 45 | $ 15.00 |

| Total Scripts: | 50 | Total Price: | $ 500.30 |
| Using generics you saved a total of: | | | $ 0.00 |
| Using more generics you could have saved a total | | | $ 0.00 |
| Your insurance saved you a total of: | | | $ 4,910.40 |
| Your cash quantity discount saved you a total | | | $ 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

WALGREENS_0017

REPORT: RX0920    02/02/19    FL WALGREENS PURGED DATA FOR STORE 06185    PAGE: 201569

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|

RX NUMBER   DRUG NAME                    DRUG MFR              CTL   PLAN      RX IMAGE ID
DOC NAME    DOC ADDRESS                                             DOC PHONE#        DEA#
  ORIG DATE    QTY     REFILLS  DAYS SUPPLY  RX COMMENTS
    ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL        CUST AMT      TOT AMT    FILL SOLD DATE    CLAIM #        PARTIAL CODE   PLAN
  AUTH NBR    AUTH BY

TRIOLO          , RICHARD    1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                    (631)603-4863  ████ 1974

RX 1464014   DICLOFENAC POTASSIUM 50MG TABLETS     TEVA              RX   FLBC     0638582150178084914
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199   BP2556960
  SIG:  TK 1 T PO BID
  08/03/2017    60       0      30

WALGREENS_0018

```
REPORT: RX0920      02/02/19      FL  WALGREENS PURGED DATA FOR STORE  06385                    PAGE: 294570
   PAT LAST NAME      FIRST                 PAT ADDRESS                                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                      DRUG MFR                CTL  PLAN    RX IMAGE ID
  DOC NAME      DOC ADDRESS                                                     DOC PHONE#      DEA#
   ORIG DATE    QTY    REFILLS  DAYS SUPPLY  RX COMMENTS
    ENTER DATE CIND  ENT/VER  FILL QTY   REFILL       CUST AMT    TOT AMT   FILL SOLD DATE   CLAIM #      PARTIAL CODE   PLAN
  AUTH NBR    AUTH BY


   08/03/2017      RRL/JJB    60        ORIG           15.00      21.76    08/03/2017    172154469016025999         FLBC
RX 1464015   DOXEPIN 50MG CAPSULES                        MYLAN             RX   FLBC    0638584150178086019
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK ONE C PO QHS
   08/03/2017    30         0       30

   08/03/2017      CMA/JJB    30        ORIG           15.00      10.53    08/03/2017    172154471462007999         FLBC
RX 1464017   HYDROCODONE/ACETAMINOPHEN 10-325 T    ACTAVIS              C2   FLBC    0638583150178085415
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK 1 T PO Q 4 TO 6 H FOR PAIN ( MAX 6 TS PER 24 HOURS )
   08/03/2017    60         0       30

   08/03/2017      JFE/JJB    60        ORIG           14.81      0.00     08/03/2017    172154474144021999         FLBC
RX 1464018   TIZANIDINE 4MG TABLETS                   SANDOZ             RX   FLBC    0638581150178084419
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                  (904)647-9199   BP2556960
   SIG: TK 1 T PO BID OR EVERY 6 HOURS. MAX 3 DOSES PER 24 HOURS
   08/03/2017    60         0       20

   08/03/2017      RRL/JJB    60        ORIG           11.14      0.00     08/03/2017    172154480345016999         FLBC
RX 1474565   DOXEPIN 50MG CAPSULES                        MYLAN             RX   FLBC    0638508150419949314
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK ONE C PO QPM AT SLEEP TIME
   08/31/2017    30         0       30

   08/31/2017      MYR/JJB    30        ORIG           15.00      10.53    09/02/2017    172434652010015999         FLBC
RX 1474566   DICLOFENAC SODIUM 50MG DR TABLETS         PACK              RX   FLBC    0638507150419948818
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK 1 T PO BID
   08/31/2017    60         0       30

   08/31/2017      MHD/JJB    60        ORIG           15.00      0.68     09/02/2017    172434654283017999         FLBC
RX 1474567   TIZANIDINE 4MG TABLETS                   SANDOZ             RX   FLBC    0638506150419948311
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK 1 T PO BID Q 6 H. MDD 3 DOSES PER 24 H
   08/31/2017    60         0       20

   08/31/2017      JJB/JJB    60        ORIG           10.99      0.00     09/02/2017    172434659970024998         FLBC
RX 1475238   HYDROCODONE/ACETAMINOPHEN 10-325 T    ACTAVIS              C2   FLBC    0638523150436412619
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                    (904)647-9199   BP2556960
   SIG: TK 1 T PO Q 4 TO 6 H PRN P
   08/31/2017    60         0       10

   09/02/2017      HDB/RRK    60        ORIG           14.81      0.00     09/02/2017    172453714333015999         FLBC
RX 1488256   TIZANIDINE 4MG TABLETS                   SANDOZ             RX   FLBC    0638556150730228811
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                  (904)647-9199   BP2556960
   SIG: TK 1 T PO BID
   10/03/2017    60         0       30
```

WALGREENS_0019

PAT LAST NAME      FIRST            PAT ADDRESS                              PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                      DRUG MFR              CTL   PLAN    RX IMAGE ID
DOC NAME     DOC ADDRESS                                                 DOC PHONE#    DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY    REFILL      CUST AMT    TOT AMT   FILL SOLD DATE    CLAIM #      PARTIAL CODE   PLAN
  AUTH NBR    AUTH BY

| | | | |
|---|---|---|---|

   10/06/2017      RRL/NMP    60        ORIG                    9.10      0.00     10/06/2017     172793645369006999              FLBC
RX 1488275   DOXEPIN 50MG CAPSULES                    MYLAN                      RX   FLBC     0638558150730229614
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                       (904)647-9199   BF2556960
  SIG: TK ONE C PO QHS
  10/03/2017    30        0       30

   10/06/2017      AKT/NMP    30        ORIG                   15.00     10.53     10/06/2017     172793815064006998              FLBC
RX 1488276   DICLOFENAC SODIUM 50MG DR TABLETS       PACK                       RX   FLBC     0638557150730229117
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                       (904)647-9199   BF2556960
  SIG: TK 1 T PO BID
  10/03/2017    60        0       30

   10/06/2017      TSR/NMP    60        ORIG                   10.48      0.00     10/06/2017     172793818734001999              FLBC
RX 1488277   HYDROCODONE/ACETAMINOPHEN 10-325 T    ACTAVIS                      C2   FLBC     0638559150730229915
PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                                       (904)647-9199   BF2556960
  SIG: TK 1 T PO Q 4 TO 6 H P
  10/03/2017    60        0       10

   10/06/2017      TSR/NMP    60        ORIG                   12.65      0.00     10/06/2017     172793822624011999              FLBC
RX 1497846   HYDROCODONE/ACETAMINOPHEN 10-325 T    ACTAVIS                      C2   FLBC     0638596150947003318
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                         (904)647-9199   BF2556960
  SIG: TK 1 T PO Q 4 TO 6 H P, MAXIMUM 6 TS PER 24 H
  10/31/2017    60        0       15

PAT LAST NAME        FIRST              PAT ADDRESS                                          PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR                        CTL   PLAN       RX IMAGE ID
DOC NAME        DOC ADDRESS                                                                DOC PHONE#      DEA#
  ORIG DATE    QTY     REFILLS DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND ENT/VER   FILL QTY     REFILL        CUST AMT      TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE   PLAN
  AUTH NBR    AUTH BY

---

TRIOLO              , RICHARD    1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                    (631)603-4863        1974

RX 1497845   DOXEPIN 50MG CAPSULES              MYLAN                         RX   FLBC       0638598150947004118
PARDO, R 4051 PHILIPS HWY JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK ONE C PO QPM AT SLEEP TIME
  10/31/2017      30        0        30

  10/31/2017      SDP/NMP      30       ORIG        15.00      10.53    11/02/2017   173044423081004998       FLBC
RX 1497847   DICLOFENAC SODIUM 50MG DR TABLETS      PACK                     RX   FLBC       0638597150947003712
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK 1 T PO BID
  10/31/2017      60        0        30
  10/31/2017      TDS/JJB      60       ORIG        10.48       0.00    11/02/2017   173044427094014999       FLBC
RX 1497848   TIZANIDINE 4MG TABLETS              SANDOZ                      RX   FLBC       0638599150947004517
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK 1 T PO BID, Q 6 H. MAXIMUM 3 DOSES IN 24 H
  10/31/2017      60        0        20
  10/31/2017      AKG/JJB      60       ORIG         9.10       0.00    11/02/2017   173044433866010998       FLBC
RX 1498161   EMBEDA 30-1.2MG CAPSULES             PFIZER                     C2           0638562150954317116
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK ONE C PO EVERY 12 HOURS
  XFER TO STORE:  6385  RX#: 1501616  RPH INIT: JJB  ENT INIT: RRL  11/09/2017     XFER FROM STORE DEA: BW7618234  RPH INIT: JJB
  10/31/2017      60        0         0
RX 1498162   HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS                  C2   FLBC       0638561150954316710
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK 1 T PO EVERY 4 TO 6 HOURS PRN P
  10/31/2017      60        0        10
  11/01/2017      RRL/NMP      60       ORIG        12.65       0.00    11/03/2017   173053157330002999       FLBC
RX 1501616   EMBEDA 30-1.2MG CAPSULES             PFIZER                     C2           0638562150954317116
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK ONE C PO EVERY 12 HOURS
  10/31/2017      60        0         0
RX 1512780   DOXEPIN 50MG CAPSULES              AMNEAL                       RX   FLBC       0638592151267302917
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK ONE C PO QPM AT SLP TIME
  12/07/2017      30        0        30
  12/07/2017      MSL/JJB      30       ORIG        15.00      10.59    12/07/2017   173414668783015999       FLBC
RX 1512781   DICLOFENAC SODIUM 50MG DR TABLETS      PACK                     RX   FLBC       0638593151267303517
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                     (904)647-9199  BP2556960
  SIG: TK 1 T PO BID
  12/07/2017      60        0        30

WALGREENS_0021

```
REPORT: RX0920        05/02/19      FL WALGREENS PURGED DATA FOR STORE  06385                    PAGE: 121344

     PAT LAST NAME      FIRST                    PAT ADDRESS                                PAT PHONE# BIRTH DATE


 RX NUMBER    DRUG NAME                          DRUG MFR              CTL   PLAN      RX IMAGE ID
 DOC NAME       DOC ADDRESS                                                           DOC PHONE#      DEA#
   ORIG DATE    QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
      ENTER DATE CIND  ENT/VER   FILL QTY    REFILL       CUST AMT    TOT AMT   FILL SOLD DATE   CLAIM #        PARTIAL CODE   PLAN
   AUTH NBR     AUTH BY


    12/07/2017     WPO/JJB     60      ORIG         10.48      0.00     12/07/2017   173414671670019999          FLBC
 RX 1512782  HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS                  C2   FLBC   0638591151267302512
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK 1 T PO Q 4 TO 6 H P. MAXIMUM OF 6 TS PER 24 H
    12/07/2017     60       0      10
    12/07/2017     MMA/JJB     60      ORIG         12.65      0.00     12/07/2017   173414672277003999          FLBC
 RX 1512783  TIZANIDINE 4MG TABLETS               SANDOZ                   RX   FLBC   0638590151267301418
 PARDO, R 4051 PHILLIPS HWY JACKSONVILLE, FL 32068-7718                              (904)647-9199  BP2556960
    SIG: TK 1 T PO BID OR EVERY 6 HOURS . MAX 3 DOSES PER 24 HOURS
    12/07/2017     60       0      22
    12/07/2017     RRL/JJB     60      ORIG          9.10      0.00     12/07/2017   173414675630030999          FLBC
 RX 1523720  DOXEPIN 50MG CAPSULES                AMNEAL                   RX   FLBC   0638550151508679019
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK ONE C PO QPM AT SLEEP TIME
    01/04/2018     30       0      30
    01/04/2018     BCL/JJB     30      ORIG         15.00     10.59     01/04/2018   180044263078017999          FLBC
 RX 1523721  DICLOFENAC SODIUM 50MG DR TABLETS     PACK                    RX   FLBC   0638551151508679412
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK 1 T PO BID
    01/04/2018     60       0      30
    01/04/2018     CAH/JJB     60      ORIG         10.65      0.00     01/04/2018   180044263285023999          FLBC
 RX 1523722  HYDROCODONE/ACETAMINOPHEN 10-325 T     AMNEAL                  C2   FLBC   0638548151508678112
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK 1 T PO Q 4 TO 6 H P. MDD 6 TS
    01/04/2018     60       0      10
    01/04/2018     JJB/JJB     60      ORIG         15.00      0.04     01/04/2018   180044263713033998          FLBC
 RX 1523723  RELISTOR 150MG TABLETS               VALEANT                  RX         0638552151508679911
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK 1 T PO ONCE D
    01/04/2018     30       0       0
 RX 1523724  TIZANIDINE 4MG TABLETS               SANDOZ                   RX   FLBC   0638549151508678510
 PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                                (904)647-9199  BP2556960
    SIG: TK 1 T PO BID ( Q 6 H ). MAXIMUM OF 3 DOSES IN 24 H
    01/04/2018     60       0      30
    01/04/2018     MEF/JJB     60      ORIG          6.79      0.00     01/04/2018   180044279577033999          FLBC
```

PAT LAST NAME      FIRST           PAT ADDRESS                                          PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                        DRUG MFR              CTL   PLAN      RX IMAGE ID
DOC NAME       DOC ADDRESS                                                DOC PHONE#      DEA#
  ORIG DATE    QTY    REFILLS DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY    REFILL        CUST AMT    TOT AMT    FILL SOLD DATE   CLAIM #        PARTIAL CODE   PLAN
AUTH NBR     AUTH BY

---

TRIOLO           , RICHARD     1333 ECLIPSE DR MIDDLEBURG, FL 32068-7718               (631)603-4863    ████/1974

RX 1415122   METHOCARBAMOL 750MG TABLETS         CAMBER            RX   FLBC    0638568149011644410
ASAD, S 841 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                             (904)404-7044   BA9519488
  SIG: TK 1 T PO TID PRF MUSCLE SPAMS
  03/16/2017    90        5       30
    03/21/2017        AKT/NMP    90      ORIG        10.19      0.00    03/30/2017    170804530259003999      FLBC
RX 1415140   LIDOCAINE/PRILOCAINE CREAM 30GM       ACTAVIS           RX   FLBC    0638569149011645119
ASAD, S 841 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                             (904)404-7044   BA9519488
  SIG: APPLY TO AFFECTED AREAS TID PRN
  03/21/2017    60        5       30
    03/21/2017        AKT/NMP    60      ORIG        15.00      36.89    03/30/2017    170804672638013999      FLBC

PAT LAST NAME          FIRST                    PAT ADDRESS                                        PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR                    CTL    PLAN        RX IMAGE ID
DOC NAME        DOC ADDRESS                                                         DOC PHONE#      DEA#
  ORIG DATE     QTY      REFILLS  DAYS SUPPLY   RX COMMENTS
  ENTER DATE  CIND  ENT/VER   FILL QTY     REFILL        CUST AMT      TOT AMT    FILL SOLD DATE     CLAIM #        PARTIAL CODE    PLAN
AUTH NBR      AUTH BY

RX 1415141   METHYLPREDNISOLONE 4MG DOSPAK 21'S      CADISTA                   RX    FLBC      0638570149011645715
ASAD, S 841 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                                (904)404-7044   BA9519488
  SIG: TK UTD
  03/16/2017     21       0        6
  03/21/2017          AKT/NMP      21         ORIG          13.34        0.00    03/30/2017     170804673870003999          FLBC

REPORT: RX0920        08/02/18        FL WALGREEN PURGED DATA FOR 07086  09560                PAGE 15424
  PAT LAST NAME        FIRST              PAT ADDRESS                                 PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                    DRUG MFR              CTL   PLAN      RX IMAGE ID
DOC NAME      DOC ADDRESS                                             DOC PHONE#      DEA#
  ORIG DATE      QTY     REFILLS DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY     REFILL       CUST AMT     TOT AMT    FILL SOLD DATE    CLAIM #      PARTIAL CODE   PLAN
  AUTH NBR      AUTH BY

---

TRIOLO          , RICHARD      1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718                (631)603-4863   ███1974

RX 0826864   HYDROCODONE/ACETAMINOPHEN 5-325 TB      ACTAVIS             C2   FLBC    0955686148684906315
CARO, C 820 PRUDENTIAL DR JACKSONVILLE, FL 32068-7718                        (904)819-4300   FG3341790
  SIG: TK 1 T PO Q  6 H PRN PAIN.
  02/11/2017      8        0       2

    02/11/2017      VRA/VRA     8       ORIG           5.00      0.00   02/11/2017   170425739535011999   FLBC
RX 0836960   HYDROCODONE/ACETAMINOPHEN 5-325 TB      ACTAVIS             C2   FLBC    0955682148944733015
ROJAS, C 836 PRUDENTIAL DR JACKSONVILLE, FL 32068 7718                      (904)348-0974   FR0487997
  SIG: TK 1 T PO Q 6 H PRN
  03/04/2017      28       0      7

WALGREENS_0025

Case 3:18-cv-00919-MMH-J_T    Document 87-27    Filed 10/06/20    Page 26 of 27 PageID 1481

PAT LAST NAME        FIRST            PAT ADDRESS                      PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR              CTL  PLAN      RX IMAGE ID
DOC NAME     DOC ADDRESS                                                   DOC PHONE#      DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE  CIND  ENT/VER   FILL QTY    REFILL      CUST AMT     TOT AMT   FILL SOLD DATE    CLAIM #      PARTIAL CODE    PLAN
  AUTH NBR    AUTH BY

TRIOLO        , RICHARD      1933 ECLIPSE DR MIDDLEBURG, FL 32068-7718              (631)603-4863   ███ 1974

RX 1433495    GABAPENTIN 300MG CAPSULES            AMNEAL            RX   FLBC     0638569149443405817
ASAD, S 3636 UNIVERSITY BLVD S JACKSONVILLE, FL 32068-7718                        (904)404-7044   BA9519488
  SIG: TK 1 C PO TID
  05/10/2017    90        3        30

    05/10/2017    TES/JJB     90       ORIG          6.31      0.00    05/11/2017   171304261154004999          FLBC
RX 1455595    DICLOFENAC SODIUM 50MG DR TABLETS     PACK              RX   FLBC     0638548143980089815
PARDO, R 4051 PHILIPS HWY JACKSONVILLE, FL 32068-7718                             (904)647-9199   BP2556960
  SIG: TK 1 T PO BID
  07/11/2017    60        0        30

    07/11/2017    DCR/JJB     60       ORIG         15.00      0.68    07/11/2017   171925183967029999          FLBC
RX 1455596    DOXEPIN 50MG CAPSULES                MYLAN             RX   FLBC     0638547149980089214
PARDO, R 2970 HARTLEY RD JACKSONVILLE, FL 32068-7718                              (904)647-9199   BP2556960
  SIG: TK ONE C PO QPM AT SLEEP TIME
  07/11/2017    30        0        30

WALGREENS_0026

PAT LAST NAME          FIRST                    PAT ADDRESS                          PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                          DRUG MFR              CTL    PLAN      RX IMAGE ID
DOC NAME      DOC ADDRESS                                                              DOC PHONE#      DEA#
  ORIG DATE    QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
   ENTER DATE CIND  ENT/VER  FILL QTY    REFILL      CUST AMT      TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE   PLAN
 AUTH NBR     AUTH BY

   07/11/2017       JJB/JJB     30        ORIG              15.00      10.53    07/11/2017      171925186874003998           FLBC
RX 1455598   HYDROCODONE/ACETAMINOPHEN 10-325 T      ACTAVIS                    C2    FLBC      0638546149980088713
PARDO, R 4051 PHILIPS HWY JACKSONVILLE, FL 32068-7718                                          (904)647-9199  BP2556960
   SIG: TK 1 T PO Q 4 TO 6 H PRN P, MAXIMUM OF 6 TS PER 24 H
   07/11/2017     60        0       10
   07/11/2017       DAA/JJB     60        ORIG              14.81      0.00     07/11/2017      171925188554026999           FLBC

WALGREENS_0027