AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA<br>*Defendant* | )<br>)<br>) Civil Action No. 3:18-cv-919-J-34JBT<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Respiratory Care & Sleep Medicine, ATTN: Medical Records
1325 San Marco Boulevard -- Suite 300, Jacksonville, FL 32207 [Via Facsimile]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br>09/04/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/27/2019

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*          *(signature)* RONNIE S. CARTER
                                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant
United States of America                   , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ▓▓▓▓▓7157
**Date of Birth:** ▓▓▓▓1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, <u>in digital format on CD</u>, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

**Triolo, Richard** ▮1974                                                1 of 4
Office/Outpatient Consultation
**Visit Date:** Wed, Sep 9, 2015 12:58 pm
**Provider:** Semaan Kosseifi, MD (Assistant: Jennifer Seeney, MA)
**Location:** RCCSMA South

Electronically signed by Semaan Kosseifi, MD on 09/09/2015 01:28:40 PM
Printed on 09/09/2019 at 1:13 pm.

## SUBJECTIVE:

**CC:**
Ms. Triolo is a 40 year old female. This is her first visit to the clinic. She was referred by Dr. Jones for a consultation.

**HPI:** patient is here for sleep apnea evaluation.
Goes to bed 10 -11 pm , no DIMS
snoring +
no witnessed
EDS+
Gets up 5 AM
nonrestorative sleep
feels like taking nap
AM HA
no family hx of OSA
 weight gain / hard to loose weight
still have tonsils / no issues
no RS
no parasomnia
no sleeping aid
no narcolepsy
no sleep paralysis
RLS occ messy bedcovers


**ROS:**
CONSTITUTIONAL: Positive for **fatigue, unintentional weight gain and daytime sleepiness**. Negative for chills, fever, unintentional weight loss or falling asleep during the day.
EYES: Negative for blurred vision, eye pain and photophobia.
E/N/T: Negative for diminished hearing, frequent epistaxis, nasal congestion, frequent rhinorrhea, hoarseness and post nasal drip.
CARDIOVASCULAR: Negative for chest pain, orthopnea, palpitations, pedal edema and tachycardia.
RESPIRATORY: Negative for chronic cough, dyspnea, hemoptysis, frequent wheezing and snoring.
GASTROINTESTINAL: Negative for abdominal pain, acid reflux symptoms, constipation, diarrhea, heartburn and vomiting.
GENITOURINARY: Negative for dysuria and hematuria.
MUSCULOSKELETAL: Negative for arthralgias, back pain and myalgias.
INTEGUMENTARY/BREAST: Negative for rash.
NEUROLOGICAL: Positive for **headaches**. Negative for dizziness, paresthesias or weakness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising and excessive bleeding.
ENDOCRINE: Negative for hair loss, temperature intolerances, polydipsia and polyphagia.
ALLERGIC/IMMUNOLOGIC: Negative for seasonal allergies, frequent URI-type illnesses and urticaria.
PSYCHIATRIC: Negative for anxiety, depression and difficulty concentrating.

**PMH/FMH/SH:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R
**Past Medical History:**

Migraine Headaches

**Surgical History:**

Left Arm Sx;

CPT ® is a registered trademark of the American Medical Association

**Triolo, Richard** ▉ 1974
Office/Outpatient Consultation
**Visit Date:** Wed, Sep 9, 2015 12:58 pm
**Provider:** Semaan Kosseifi, MD (Assistant: Jennifer Seeney, MA)
**Location:** RCCSMA South

Electronically signed by Semaan Kosseifi, MD on 09/09/2015 01:28:40 PM
Printed on 09/09/2019 at 1:13 pm.

**Family History:**
Father: Died at age 70; Congestive Heart Failure; Heart Disease; Emphysema
Mother: Died at age 70; COPD

**Social History:**
Occupation: RT Tech

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R
Tobacco: She has never smoked.

Alcohol:
Drinks approximately 1 times per week.

**Substance Abuse History:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R

**Mental Health History:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R

**Communicable Diseases (eg STDs):**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R

**Current Problems:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R
  None Recorded

**Allergies:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R
  No Known Drug Allergies.

**Current Medications:**
Last Reviewed on 9/09/2015 01:07 PM by Seeney, Jennifer R
  No Known Medications.

# OBJECTIVE:

**Vitals:**

Current: 9/9/2015 1:07:08 PM
Ht: 6 ft, 2 in; Wt: 258 lbs; **BMI: 33.1**
T: 97.8 F; **BP: 124/86 mm Hg**; P: 63 bpm
**O2 Sat: 99 % (room air)**

**Exams:**

GENERAL: well developed; well groomed; no apparent distress
EYES: lids and conjunctiva are normal; PERRLA;
E/N/T: Oropharynx: **erythema present**; Mallampati score of III. ; normal external ears and nose;; normal external auditory canals and tympanic membranes; swollen uvula secondary to snoring
NECK: neck short and thick;

CPT © is a registered trademark of the American Medical Association

## Triolo, Richard  /1974
Office/Outpatient Consultation
**Visit Date:** Wed, Sep 9, 2015 12:58 pm
**Provider:** Semaan Kosseifi, MD (Assistant: Jennifer Seeney, MA)
**Location:** RCCSMA South

Electronically signed by Semaan Kosseifi, MD on 09/09/2015 01:28:40 PM
Printed on 09/09/2019 at 1:13 pm.

RESPIRATORY: normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal rate and rhythm without murmurs; normal S1 and S2 heart sounds with no S3, S4, rubs, or clicks; carotids: 2+ amplitude, no bruits; 2+ pedal pulses; no edema or significant varicosities;
BREASTS: Breast exam was deferred today.
GASTROINTESTINAL: Soft; normal bowel sounds; no masses or tenderness; no organomegaly obese
LYMPHATIC:
MUSCULOSKELETAL: digits/nails: no clubbing, cyanosis, or evidence of ischemia or infection; normal gait; grossly normal tone and muscle strength; full, painless range of motion of all major muscle groups and joints
SKIN: no ulcerations, lesions or rashes
NEUROLOGIC: cranial nerves II-XII grossly intact;, normal gait
PSYCHIATRIC: normal affect mood appropriate

## ASSESSMENT:

327.8 Snoring r.o OSA- screened positive
agreed for PSG

278.02 Overweight counseled to lose weight

## ORDERS:

**Lab Orders:**
 95810 Polysomnography; sleep staging with 4 or more additional parameters of sleep, attended by a technolo  (In-House)

## PLAN:

### Snoring

RECOMMENDATIONS: Good sleep hygiene was addressed including not eating for 2 hours prior to bedtime, using the bed only for sleeping and sex, and having a nightly routine and a regular bedtime. Patient's should not text, use the computer or play videogames while in bed., Weight loss was recommended. Proper diet and exercise were discussed., and for sleep apnea: the signs, symptoms, and results of untreated sleep apnea including hypertension, stroke, diabetes, and coronary artery disease was discussed.
FOLLOW-UP: Schedule follow up appointment one week after study completed.
FOLLOW-UP TESTING #1: Today, I have ordered the following studies to be done.
TESTS/PROCEDURES: Will proceed with Sleep Study PSG/routine to be performed prior to Ms. Triolo's next visit.

Orders:
 95810 Polysomnography; sleep staging with 4 or more additional parameters of sleep, attended by a technolo  (In-House)

Patient Education Handouts:
Sleep Apnea

## Diagnosis and Procedure Summary:

CPT ® is a registered trademark of the American Medical Association

RESP_0005

**Triolo, Richard** 1974

4 of 4

Office/Outpatient Consultation
Visit Date: Wed, Sep 9, 2015 12:58 pm
Provider: Semaan Kosseifi, MD (Assistant: Jennifer Seeney, MA)
Location: RCCSMA South

Electronically signed by Semaan Kosseifi, MD on 09/09/2015 01:28:40 PM
Printed on 09/09/2019 at 1:13 pm.

**Primary Diagnosis:**

327.8 Snoring

   Orders:
   95810 Polysomnography; sleep staging with 4 or more additional parameters of sleep, attended by a technolo (In-House)

278.02 Overweight
   E66.3      Overweight

## ADDENDUMS:

Addendum: 09/09/2015 01:28 PM - Kosseifi, Semaan G

Visit Note Faxed to:

* Auth (Verified) *



**Baptist Medical Center - South**
**Sleep Disorders Center**
Medical Office Building, #205 2nd floor
14546 Old St. Augustine Road
Jacksonville, FL 32258
(904) 202-1632  Fax: (904) 202-4951



Changing Health Care for Good.

## ROUTINE POLYSOMNOGRAPHY REPORT

### DEMOGRAPHIC SUMMARY

| | | | |
|---|---|---|---|
| Name | TRIOLO, RICHARD | Date | 10/9/2015 |
| Sex | M | Referring MD | JONES, TAKAYA MD |
| Date of Birth | ▇▇ /1974 | Ordering MD | KOSSEIFI, SEMAAN MD |
| MRN # | 0315-45-93 | | |
| Financial # | 52889417 | Tested by | A BRADFIELD RRT RPSGT RST |
| Room # | S BED 6 | Scored by | A BRADFIELD RRT RPSGT RST |
| Height-In | 74.0 | | |
| Weight-lb | 258.0 | ESS score | 13 |
| BMI | 33.1 | Neck size-in | 16 |
| Medical History | MIGRAINES | | |
| Medications | NONE | | |

### SLEEP SCORING DATA

| | | | | | |
|---|---|---|---|---|---|
| Lights Out | 10:57:15 PM | | Time in Stage N1 | 48.5 | Min |
| Lights On | 6:09:27 AM | | Time in Stage N2 | 211.5 | Min |
| Time in Bed (TIB) | 432.2 | Min | Time in Stage N3 | 33.0 | Min |
| Sleep Period Time (SPT) | 422.5 | Min | Time in Stage R (REM) | 34.5 | Min |
| Total Sleep Time (TST) | 327.5 | Min | Time in Supine R (REM) | 0.0 | Min |
| Sleep Onset (SO) | 7.7 | Min | Percent of TST in Stage N1 | 14.8 | % |
| R (REM) Latency | 89.7 | Min | Percent of TST in Stage N2 | 64.6 | % |
| N3 (Slow Wave) Latency | 39.7 | Min | Percent of TST in Stage N3 | 10.1 | % |
| Wake after Sleep Onset | 97.0 | Min | Percent of TST in Stage R (REM) | 10.5 | % |
| % of Wake after Sleep Onset | 22.5 | % | Sleep Efficiency (%) | 75.8 | % |

### RESPIRATION SUMMARY

| EVENT TYPE | # OF EVENTS | MEAN DUR sec | MAX DUR sec | | |
|---|---|---|---|---|---|
| | | | | A+H Index | 15.8 |
| Obstructive Apneas | 1 | 11.0 | 11.0 | Apnea Index | 1.8 |
| Central Apneas | 9 | 12.8 | 14.5 | RDI | 15.8 |
| Mixed Apneas | 0 | 0.0 | 0.0 | Central Apnea Index | 1.6 |
| Hypopneas | 76 | 15.5 | 33.0 | AHI REM | 15.7 |
| | | | | AHI NREM | 15.8 |
| | | | | AHI Supine | 39.1 |
| RERAs | 0 | RERA Index | 0.0 | AHI Non Supine | 4.86 |
| Cheyne-Stokes Breathing | None | | | Hypopnea Index | 13.9 |

### OXYGENATION SUMMARY

| | | | |
|---|---|---|---|
| Mean Wake SpO2, % | 95 | Percent Sleep Time 80-89% | 0.43 |
| Mean SpO2, % | 95 | Percent Sleep Time 70-79% | 0.00 |
| Mean SpO2 REM, % | 95 | Percent Sleep Time 60-69% | 0.00 |
| Nadir SpO2, % | 85 | Percent Sleep Time 50-59% | 0.00 |
| | | Minutes < 89% | 0.50 |

### AROUSAL EVENTS

| | | | |
|---|---|---|---|
| Total Arousals | 81 | Arousal Index | 11.5 |

### PERIODIC LIMB MOVEMENTS IN SLEEP

| | | | |
|---|---|---|---|
| PLMS Total | 0 | PLMS Index | 0 |
| PLMS with Arousal | 0 | PLMS Arousal Index | 0 |

Page 1 of 3

RESP_0007

* Auth (Verified) *

| Name | TRIOLO, RICHARD | | | Date | 10/9/2015 |
|---|---|---|---|---|---|
| Financial # | 52889417 | MRN # | 0315-45-93 | | |

### ELECTROCARDIOGRAM

| | | | |
|---|---|---|---|
| Lowest Heart Rate during recording | 50 | Maximum Heart Rate during recording | 82 |
| Average Heart Rate during sleep | 68 | Maximum Heart Rate during sleep | 82 |

**Rhythm:** sinus rhythm

| Cardiac Events: | Yes | No | Rate/Duration |
|---|---|---|---|
| Bradycardia: | | ✓ | Lowest HR Scored: N/A |
| Unclassified Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Sinus Tachycardia During Sleep: | | ✓ | Highest HR Scored: N/A |
| Narrow Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Wide Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Asystole: | | ✓ | Longest Pause: N/A |
| Atrial Fibrillation: | | ✓ | Duration Longest Event: N/A |

**Indication for Study:**
G47.30 Organic sleep apnea, unspecified

The patient was evaluated at the Sleep Disorders Center on the night of 10/9/2015. During the continuous polysomnographic evaluation, EEG with frontal, central and occipital leads, eye movements, chin muscle activity, left and right anterior tibialis leg muscle activity, EKG, nasal and oral respiration via thermistor and nasal pressure, thoracic and abdominal respiratory effort via respiratory inductance plethysmography, snoring, EtCO2 if indicated, and blood oxygen saturation via noninvasive pulse oximetry were monitored throughout the study. (N.B. Respiratory events scored when sleep was observed during any portion of the recording epoch.) Hypopneas were scored in accordance with AASM scoring manual, version 2.1:section D, rule 1B (4% Desat). The patient was observed on close-circuit television and body position noted. This study was scored utilizing AASM scoring rules.

Date scored: 10/09/2015

* Auth (Verified) *

| Name | TRIOLO, RICHARD | | | Date | 10/9/2015 |
|---|---|---|---|---|---|
| Financial # | 52889417 | MRN # | 0315-45-93 | | |

## SUMMARY

**COMMENTS:**
Consult: NO
- Behavioral observations: none
- There was no alpha intrusion noted.
- There was snoring noted. mild to heavy
- The Nadir Saturation less than 89% was associated with respiratory events.
- 

**IMPRESSION:**
- Disturbed sleep pattern.
- Short sleep latency. Normal REM latency. Long slow wave latency.
- Moderate episodes of obstructive sleep apnea and hypopnea.
- No significant evidence of periodic limb movements in sleep.

## DIAGNOSIS
- Obstructive Sleep Apnea (G47.33)

**RECOMMENDATIONS:**
- Weight reduction program, if clinically indicated.
- Positional therapy to avoid supine position for sleep.
- Avoid alcohol, hypnotics, tranquilizers, narcotics, and other CNS depressants.
- Therapeutic attended sleep study performed in center using nasal Continuous Positive Airway Pressure (CPAP).

**Electronically Signed By: Richard A. Reid MD, FCCP**
Interpreting MD
Signed Date and Time: 10/12/2015  7:46:19 AM

**Electronically Signed By: Semaan Georges Kosseifi MD, Diplomate of the American Board of Sleep Medicine**
Interpreting MD
Signed Date and Time: 10/12/2015  11:25:04 AM

RESP_0009

**Triolo, Richard** 1  /1974

1 of 3

Office/Outpatient Visit
**Visit Date:** Wed, Oct 21, 2015 10:28 am
**Provider:** Kimberly Paik, N.P. (Supervisor: Semaan Kosseifi, MD;  Assistant: Denise Rodriguez, MA)
**Location:** RCCSMA South

Electronically signed by Kimberly Paik, N.P. on 10/21/2015 05:06:01 PM
Printed on 09/09/2019 at 1:13 pm.

## SUBJECTIVE:

### CC:
Ms. Triolo is a 41 year old male. This is a follow-up visit.   He was referred by Dr. Takaya Jones for a consultation.

### HPI:
Patient with migraines who presents to the office for follow up. He reports no difficulty initiating sleep. He wakes frequently and feels that he has poor sleep quality. He is tired throughout the day. He underwent routine polysomnography and was found to have an AHI of 15.8.

### ROS:
CONSTITUTIONAL:  Positive for **fatigue and falling asleep during the day.**   Negative for chills, fever, unintentional weight gain, unintentional weight loss or daytime sleepiness.
EYES:  Negative for blurred vision, eye pain and photophobia.
E/N/T:  Negative for diminished hearing, frequent epistaxis, nasal congestion, frequent rhinorrhea, hoarseness and post nasal drip.
CARDIOVASCULAR:  Negative for chest pain, orthopnea, palpitations, pedal edema and tachycardia.
RESPIRATORY:  Negative for chronic cough, dyspnea, hemoptysis, frequent wheezing and snoring.
GASTROINTESTINAL:  Negative for abdominal pain, acid reflux symptoms, constipation, diarrhea, heartburn and vomiting.
NEUROLOGICAL:  Negative for dizziness, headaches, paresthesias and weakness.
HEMATOLOGIC/LYMPHATIC:  Negative for easy bruising and excessive bleeding.
ENDOCRINE:  Negative for hair loss, temperature intolerances, polydipsia and polyphagia.
ALLERGIC/IMMUNOLOGIC:  Negative for seasonal allergies, frequent URI-type illnesses and urticaria.
PSYCHIATRIC:  Negative for anxiety, depression and difficulty concentrating.

### PMH/FMH/SH:
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise
**Past Medical History:**

Sleep Apnea
Migraine Headaches

**Surgical History:**

Left Arm Sx;

**Family History:**
Father: Died at age 70;  Congestive Heart Failure; Heart Disease;  Emphysema
Mother: Died at age 70;  COPD

**Social History:**
Occupation: RT Tech

**Tobacco/Alcohol/Supplements:**
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise
Tobacco: He has never smoked.

Alcohol:
Drinks approximately 1 times per week.

**Substance Abuse History:**
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise

CPT ® is a registered trademark of the American Medical Association

RESP_0010

## Triolo, Richard 1/__/1974

Office/Outpatient Visit
**Visit Date:** Wed, Oct 21, 2015 10:28 am
**Provider:** Kimberly Paik, N.P. (Supervisor: Semaan Kosseifi, MD; Assistant: Denise Rodriguez, MA)
**Location:** RCCSMA South

Electronically signed by Kimberly Paik, N.P. on 10/21/2015 05:06:01 PM
Printed on 09/09/2019 at 1:13 pm.

### Mental Health History:
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise

### Communicable Diseases (eg STDs):
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise

### Allergies:
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise
 No Known Drug Allergies.

### Current Medications:
Last Reviewed on 10/21/2015 10:34 AM by Rodriguez, Denise
 No Known Medications.

## OBJECTIVE:

### Vitals:

Current: 10/21/2015 10:34:18 AM
Ht: 6 ft, 2 in; Wt: 256 lbs; **BMI: 32.9**
T: 97.8 F; **BP: 136/96 mm Hg**; P: 67 bpm
**O2 Sat: 97 % (room air)**

### Exams:

GENERAL: well developed; well nourished; well groomed; no apparent distress
EYES: lids and conjunctiva are normal; PERRLA; EOMI;
NECK: neck supple; tracheal position is midline;
RESPIRATORY: normal respiratory rate and pattern with no distress;
NEUROLOGIC: normal gait, oriented to person, place, and time
PSYCHIATRIC: normal affect mood appropriate

### Lab/Test Results:

SLEEP STUDY
routine polysomnography showed The test was performed on 10/13/2015. His test weight was 258. obstructive sleep apnea The apnea-hypopnea index was 15.8. The REM latency was 89 minutes. PLMS index zero.. The sleep latency was eight minutes Nadir oxygen saturation was 85 %

## ASSESSMENT:

780.57 OSA Patient with moderate sleep apnea. I have discussed the diagnosis and etiology of sleep apnea. I have discussed the risks of untreated sleep apnea. I have discussed treatment with CPAP, oral appliances, and ENT surgery. He would like to try autopap and orders will be sent to Mayhugh's. Follow up in six weeks with Smartcard download.

780.79 Fatigue

## PLAN:

OSA

CPT ® is a registered trademark of the American Medical Association

**Triolo, Richard** ▇ 1974
Office/Outpatient Visit
**Visit Date:** Wed, Oct 21, 2015 10:28 am
**Provider:** Kimberly Paik, N.P. (Supervisor: Semaan Kosseifi, MD; Assistant: Denise Rodriguez, MA)
**Location:** RCCSMA South

Electronically signed by Kimberly Paik, N.P. on 10/21/2015 05:06:01 PM
Printed on 09/09/2019 at 1:13 pm.

FOLLOW-UP: Schedule a follow-up appointment in 6 weeks.

## Diagnosis and Procedure Summary:

### Primary Diagnosis:

780.57 OSA
    G47.33    Obstructive sleep apnea (adult) (pediatric)

    Orders:

780.79 Fatigue
    R53.82    Chronic fatigue, unspecified

## ADDENDUMS:

**Addendum:** 10/21/2015 12:03 PM - Paik, Kimberly E

Visit Note Faxed to:
  Jones, Takaya L; Number (904)348-5627

CPT ® is a registered trademark of the American Medical Association



**South Office - RCCSMA**
14540 Old St Augustine Road Suite 2403
Jacksonville, FL 32258
Phone: (904) 253-6910
Fax: (904) 253-6964

**Richard Triolo**  Patient #: 211830  DOB: ▇▇▇ 1974 (44 years)

Date of Encounter: 03/21/2019 12:18 PM

## History of Present Illness
Angel L. Monserrate-Vazquez, MD 03/21/2019 12:40 PM

The patient is a 44 year old male who presents with obstructive sleep apnea. Symptoms include excessive daytime sleepiness and snoring. Past evaluation has included sleep study. Past treatment has included CPAP.

Patient with hx of Moderate OSA based on PSG on 2015 where AHI was 15.8.
He is been treated since with APAP 5-20 with average of 12.7cmH2O.
He recently got supplies and started using his APAP again which he stopped due to lack of supplies.
He feels great to be back on it.
AHI is 0.6 with a leak rate of 8.4L/min.

## History
Denise L. Rodriguez 03/21/2019 12:23 PM

**Allergy**
No Known Drug Allergies (03/21/2019)

**Past Medical**
Migraine Headache
Obstructive Sleep Apnea

**Social**
Non smoker / no tobacco use
Alcohol use Socially
Current work status R.R.T.

**Medications**
No Current Medications.

**Family**
COPD : Mother, Father
Congestive Heart Failure : Mother, Father

## Review of Systems
Denise L. Rodriguez 03/21/2019 12:24 PM

**General** Present- Daytime Sleepiness. Not Present- Chills, Fatigue, Fever, Frequent Illnesses, Weight Gain and Weight Loss.
**Skin** Not Present- Hair Loss and Hives.
**HEENT** Not Present- Blurred Vision, Congestion, Dental Problems, Ear Pain, Eye Pain, Hearing Problems, Hoarseness, Light Sensitivity, Nose Bleed, Nose Pain, Post Nasal Drip, Runny Nose, Seasonal Allergies, Snoring and Sore Throat.
**Respiratory** Not Present- Bloody sputum, Cough, Shortness of Breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Palpitations, Shortness of Breath, Shortness of Breath, when lying, Swelling of Extremities, Swollen Ankles and Tachycardia.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Heartburn and Stool Changes.
**Male Genitourinary** Not Present- Blood in Urine, Dysuria and Genital Lesions.
**Musculoskeletal** Not Present- Back Pain, Joint Pain and Muscle Pain.
**Neurological** Present- Headaches. Not Present- Bed Wetting, Dizziness, Falling asleep during the day, Leg Aching, Leg Twitching, Night Terrors, Nightmare, Pins and needles, Sleep Talking, Sleep Walking, Unable to relax leg and Weakness.
**Psychiatric** Present- Sleep Disturbances. Not Present- Anxiety and Depression.
**Endocrine** Not Present- Cold Intolerance, Heat Intolerance, Increased Hunger, Increased Thrist and Increased Urine.
**Hematology** Not Present- Easy Bleeding, Easy Bruising, HIV Exposure and Swollen Lymph Nodes.

**Vitals** *(Denise L. Rodriguez: 03/21/2019 12:19 PM)*
03/21/2019 12:18 PM
**Weight:** 245 lb **Height:** 74 in
**Body Surface Area:** 2.37 m² **Body Mass Index:** 31.46 kg/m²

## Physical Exam
Angel L. Monserrate-Vazquez, MD, 03/21/2019 12:40 PM

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Build & Nutrition** - Well nourished and Well developed.
**Voice** - Normal.

### Integumentary
**General Characteristics**
**Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple.
**Trachea** - midline.

### Eye
**Vision** - EOMI.
**Sclera/Conjunctiva - Bilateral** - Anicteric.

### ENMT
**Ears**
**Pinna - Bilateral** - no cyanosis, no edema.
**Nose and Sinuses**
**Nasal Mucosa - Bilateral** - moist, no congestion observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx - Oral Mucosa** - pink and moist. **Mallampati** - 2/4.

### Chest and Lung Exam
**Inspection**
**Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Auscultation**
**Breath sounds** - Normal and Clear.

### Cardiovascular
**Auscultation**
**Rate** - Normal. **Rhythm** - Regular.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft and Non Tender.
**Auscultation**
**Auscultation of the abdomen reveals** - Bowel sounds normal.

### Peripheral Vascular
**Upper Extremity**
**Inspection - Bilateral** - Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Lower Extremity**
**Palpation - Edema - Bilateral** - No edema.

### Neurologic
**Neurologic evaluation reveals** - Alert and Orientated.
**Mental Status**
**Affect** - normal.

### Musculoskeletal
**Global Assessment**
**Gait and Station** - normal gait and station.

### Lymphatic
**General Lymphatics**
**Description** - Normal.
**Head & Neck**

**General Head & Neck Lymphatics: Bilateral - Description** - Normal.

**Assessment & Plan** *(Angel L. Monserrate-Vazquez, MD; 03/21/2019 12:41 PM)*
**OSA on CPAP (G47.33)**
**Problem Story:** Patient with hx of Moderate OSA based on PSG on 2015 where AHI was 15.8.
He is been treated since with APAP 5-20 with average of 12.7cmH2O.
He recently got supplies and started using his APAP again which he stopped due to lack of supplies.
He feels great to be back on it.
AHI is 0.6 with a leak rate of 8.4L/min.
**Today's Impression:** Will continue to follow download in 6 months.

Supplies obtained and patinet is benefited from therapy
<u>Current Plans:</u>
- How to access health information online*
- Follow up with MD
- Follow up with Smart Card
- Follow up in 6 months

**Medical Decision Making** *(Angel L. Monserrate-Vazquez, MD; 03/21/2019 12:41 PM)*
**Amount/complexity of data to be reviewed:**
- Independent visualization of lab test
- Review and summarization of old records

*Electronically Signed by*
*Angel L. Monserrate-Vazquez MD*
*NPI 1154615813*

03/21/2019

---

Richard Triolo      Patient #: 211830      DOB: ▓▓▓ 1974 (44 years)
Monday, September 9, 2019                                  Page 3 / 3

RESP_0015