AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | Civil Action No. 3:18-cv-919-J-34JBT |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: JE Foot and Ankle Associates, ATTN: RECORDS CUSTODIAN, 1677 Eagle Harbor Parkway, Orange Park, FL 32003 [Via Facsimile (1-904-579-3609)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office <br> 300 North Hogan Street, Suite 700 <br> Jacksonville, FL 32202 | Date and Time: <br> 06/05/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/16/2019

*CLERK OF COURT*

_____          OR   /s/ Ronnie S. Carter
*Signature of Clerk or Deputy Clerk*                     RONNIE S. CARTER
                                                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant United States of America, who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ▮▮▮▮7157
**Date of Birth:** ▮▮▮▮1974

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, <u>in digital format on CD</u>, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

Richard Triolo
Patient ID: 84756895  DOB: ▮▮▮1974  Sex: M  Account No.:
Encounter ID: 179901922  Encounter Date: 03/14/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

**Chief Complaint:** Achilles pain with Pain radiating to calf

**History Of Present Illness:** This 44 year old male presents today as a NEW patient with complaints of right achilles tendon pain. Relates stepping off of a ladder on 2/19/19 with immediate pain in the achilles. Did not seek treatment and states that the pain is getting worse. Relates that he is now having shooting pains into his calf and up his leg. Relates that he feels like he is walking funny and is now irritating his spinal fusion. Denies other injuries or complaints today.

**Medical History:** None

**Allergies:** No known allergies

**Current Medications:** Wal greens Fleming Island
Currently not taking medications

**OBJECTIVE:**

**Vital Signs:**
Height: 74.00 in
Weight: 245.00 lbs
BMI: 31.45
Blood Pressure: 154/88 mmHg
Temperature: 99.80 F
Pulse: 72 beats/min

**Physical Exam:** **Constitutional:** normal
**Cardiovascular:** DP and PT are palpable. No ischemic changes. CFT is immediate to all digits.
**Musculoskeletal:** POP to right achilles tendon. Noted focal dell approx. 4cm from insertion with edema proximal to that. Pain on palpation to this area. Pain with compression of calf. Noted mild edema, mild ecchymosis.

**Imaging:** X-ray 3 view right ankle: No acute fracture. Noted soft tissue dell in achilles with increased density in Kegars triangle.

**ASSESSMENT:**

**Diagnosis:** ICD-10 Codes:
  1) S86001A; Unspecified injury of right Achilles tendon, initial encounter

**PLAN:**

**Procedures:**
1) 99203; Initial Exam Level 3
2) 73610; Ankle 3 Views
3) L4360; Cam Walker

**Care Plan:**
1. Examined, evaluated patient-discussed dx, tx
2. Discussed x-rays in detail
3. RICE, elevation, DC stretching at this time
4. Dispensed CAM walker for all ambulating
5. Order STAT MRI---will be done this afternoon
6. Will call patient once report is ready and advise of next step

[Electronically Signed] - Date: 3/14/2019 11:23:54 AM

[Provider]: Emily Ernst, DPM

**Addendums :**
**Information Source: Provider**
**Comments:**
Spoke with patient about STAT MRI results. Advised of findings and discussed that no surgery will be needed at this time. Advised to stay in his CAM walker and RICE as much as possible. RTC 3 weeks and possibly order PT at that time.

[Electronically Signed] - Date:
3/14/2019 3:51:05 PM
[Provider]: Emily Ernst, DPM

Richard Triolo
Patient ID: 84756895  DOB: ▮▮▮ 1974  Sex: M  Account No.:
Encounter ID: 184257068  Encounter Date: 04/05/2019
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Achilles right f/u |
| History Of Present Illness: | This 44 year old male presents today f/u complaints of right achilles tendon tear. Relates stepping off of a ladder on 2/19/19 with immediate pain in the achilles. Relates that he has been wearing his boot as instructed until two days ago. Relates that he was feeling better and went to work. Relates now being a bit sore, but not like before. Denies other injuries or complaints today. |
| Medical History: | None |
| Allergies: | No known allergies |
| Current Medications: | Wal greens Fleming Island  Currently not taking medications |

**OBJECTIVE:**

Vital Signs:
Height: 74.00 in
Weight: 245.00 lbs
BMI: 31.45
Blood Pressure: 160/90 mmHg
Temperature: 98.40 F
Pulse: 61 beats/min

Physical Exam: **Constitutional:** normal
**Cardiovascular:** DP and PT are palpable. No ischemic changes. CFT is immediate to all digits.
**Musculoskeletal:** POP to right achilles tendon. Noted focal POP 4cm from insertion with edema proximal to that. Pain on palpation to this area. No pain with compression of calf. Noted mild edema, mild ecchymosis.

Imaging: X-ray 3 view right ankle: No acute fracture. Noted soft tissue dell in achilles with increased density in Kegars triangle.

MRI report:
1. Small foal partial tear involving the Achilles tendon near the musculotendinous junction
2. Midfoot osteoarthritis
3. Evidence of old ankle sprain with thickening of the ATF ligament and a chronic appearing partial tear of the peroneus brevis.

**ASSESSMENT:**

Diagnosis: ICD-10 Codes:
　　1)S86001D; Unspecified injury of right Achilles tendon, subsequent encounter
　　2)M79671; Pain in right foot

**PLAN:**

Procedures: 1) 99213; Established Level 3
Care Plan:

1. Examined, evaluated patient
2. Discussed MRI in detail
3. RICE, elevation, start gentle stretching at this time
4. Continue CAM walker for ambulating and gradually transition into a sneaker as tolerated
5. Discussed if pain not improving in the next couple of weeks, will order PT
6. Patient to call for appointment if needed per patient

[Electronically Signed] - Date: 4/5/2019 1:17:37 PM
[Provider]: Emily Ernst, DPM