AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| RICHARD A. TRIOLO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Drs. Mori Bean & Brooks, ATTN: RECORDS CUSTODIAN,
3599 University Boulevard South Suite 300, Jacksonville, FL 32216 [Via Facsimile (1-904-346-4349)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:       PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br>03/29/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/11/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR  /s/ Ronnie S. Carter
RONNIE S. CARTER
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant United States of America**, who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Name: Richard Triolo**
**Social Security No.:** ▓▓▓▓**7157**
**Date of Birth:** ▓▓▓**1974**

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, <u>in digital format on CD</u>, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

```
                              MBB RADIOLOGY
                              3599 UNIVERSITY BLVD S BLDG 300
                              JACKSONVILLE FL 32216-4245
                              (904)399-5800
                              TAX ID       6176
```

Patient:
    Acct #: 998289
    TRIOLO,RICHARD A
    1933 ECLIPSE DR
    MACCLENNY,FL 32063

Responsible party:
    TRIOLO, RICHARD A
    1933 ECLIPSE DR
    MACCLENNY, FL 32063

| Srvc. Date<br>Modifier(s) | Procedure Description<br>Diagnosis Code(s) | Location | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 02/11/2017<br>26 | 72125 - CT CERVICAL SPINE WO C<br>S19.89XA, X58.XXXA | 3 - BS | $223.00 | $0.00 | OYOLA, EDUARDO |

Payment Information
    Insurance Payment (3055 - STATE FARM INS PIP UNIT): 03/03/2017 of $178.40   Adjustment: $0
    Patient Payment: 05/16/2017 of $44.60   Adjustment: $0

| 02/12/2018<br>26 | 71046 - CHEST X-RAY TWO VIEWS<br>Z01.811, M48.061 | 3 - BS | $41.00 | $0.00 | RATLIFF, DAVID |
|---|---|---|---|---|---|

Payment Information
    Insurance Payment (532 - BLUE SHIELD FLORIDA): 03/06/2018 of $16.42   Adjustment: $20.48
    Write off to MASS WRITEOFF 03/14/2018 for $4.10

                                                       TOTAL BALANCE: $0.00
                                                       Print Date: 03/18/2019

Reproduced: Monday, March 18, 2019 03:16:27 PM (denisse.rosario)

This report has been Reproduced from the Original
Reproduced Monday, March, 18, 2019 03:15:46 PM (denisse.rosario)
Page 1 of 1

MBB_0003