AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-919-J-34JBT |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Envision Physician Services, ATTN: LEGAL DEPARTMENT
7700 W Sunrise Blvd, Plantation, FL 33322

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office <br> 300 North Hogan Street, Suite 700 <br> Jacksonville, FL 32202 | Date and Time: <br> 06/28/2019 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/12/2019

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR  /s/ Ronnie S. Carter

RONNIE S. CARTER
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant United States of America , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

ENVISION_0001

**Name: Richard Triolo**
**Social Security No.: ▮▮▮-▮▮-7157**
**Date of Birth: ▮▮/▮▮/1974**

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, in digital format on CD, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

ENVISION_0002

```
ENVISION PHYSICIAN SERVICES              PRINT DATE: 07/03/19
JACKSONVILLE BEACHES ANESTHESIA ASSOC
PO BOX 744561
ATLANTA,GA 30374-4561

RESPONSIBLE PARTY:                       CUSTOMER SERVICE CONTACT:

   TRIOLO,RICHARD                                844-248-4320
   1933 ECLIPSE DR
   MIDDLEBURG,FL 32068-7718

        ACCT NO:   25335941           PATIENT NAME:   TRIOLO,RICHARD


INVOICE      DATE        CODE    DESCRIPTION                          AMOUNT
_____
             FACILITY: JACKSONVILLE BEACH SURG CTR - Jacksonville,Fl
             PROVIDER: CROWTHERS CRNA,WILL R

367937       03/22/18    22612   CHG-ARTHRODESIS POSTERIOR/POSTE      6100.00
             06/22/18            PYM-BLUE SHIELD PAYMENT AND ADJ      2806.12
                                 ADJUSTMENT                           2592.35
             06/27/18            PYM-INSURANCE COMPANY REFUND         2806.12

                    **TOTAL OUTSTANDING FOR THIS CLAIM**              3507.65
             FACILITY: JACKSONVILLE BEACH SURG CTR - Jacksonville,Fl
             PROVIDER: DIXON CRNA,HEIDI L

436411       09/13/18    62322   CHG-NJX DX/THER SBST INTRLMNR L      1952.00
             10/12/18            PYM-BLUE SHIELD PAYMENT AND ADJ       738.46
                                 ADJUSTMENT                           1028.93
             01/11/19            PYM-FROST ARNETT WRITEOFF             184.61
             03/20/19            PYM-FROST ARNETT RECOVERY             184.61
             03/20/19            PYM-FROST ARNETT PAYMENT              184.61

                    **TOTAL OUTSTANDING FOR THIS CLAIM**                 0.00




                    **TOTAL PATIENT RESPONSIBILITY**                  3507.65




OFFICE HOURS: MON-FRI 8:00 AM - 5:30 PM EST
```

ENVISION_0003