AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO )<br>_Plaintiff_ )<br>v. )<br>UNITED STATES OF AMERICA )<br>_Defendant_ ) | Civil Action No. 3:18-cv-919-J-34JBT |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Emergency Resources Group, c/o Baptist Medical Center, ATTN: RECORDS CUSTODIAN
800 Prudential Drive, Jacksonville, FL 32207

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Date and Time:<br><br>06/28/2019 0:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/12/2019

_CLERK OF COURT_                          OR    _/s/ Ronnie S. Carter_

_____                 _____
_Signature of Clerk or Deputy Clerk_                  RONNIE S. CARTER
                                                        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Defendant
United States of America                                  , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

ERG_0001

**Name: Richard Triolo**
**Social Security No.: ███-██-7157**
**Date of Birth: ██/██/1974**

1. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by the witness.

2. All medical records, office records, doctors' and nurses' notes, and all other data pertaining to the diagnosis, treatment and care of the patient, rendered by any other health care providers that are in the possession of the witness.

3. All reports rendered by the witness to any party concerning the diagnosis, care and treatment of the patient.

4. All reports or correspondence prepared for attorneys by the witness, and all correspondence received by the witness from attorneys.

5. All patient information forms or questionnaires, or any other information provided by the patient.

6. All Health Insurance Claim Forms, including HCFA Form 1500, prepared and/or submitted for reimbursement for services rendered on behalf of the above-listed patient.

7. A current bill for all services rendered by the witness pertaining to the diagnosis, treatment and care of the patient.

8. A current statement indicating the total amount of the bill that has been paid and by whom.

9. Any and all x-rays, MRI films, CT Scans and any other diagnostic studies, <u>in digital format on CD</u>, including copies of all tests administered and evaluations, test films or readings of any kind taken of the patient by the witness or by any other health care providers that are in the possession of the witness.

10. All records requested should be all inclusive and should in no way be limited to one incident.

11. All emergency room records, notes, hospital records and all other data pertaining to diagnosis, treatment and care of the patient.

12. EVERY WRITTEN PIECE OF PAPER INCLUDED WITHIN THE PATIENT'S CHART, INCLUDING A COPY OF ANY NOTATIONS ON THE FILE JACKET.

RECORDS SHOULD BE SEARCHED FOR ALL RECORDS
FOR THE PAST TWENTY (20) YEARS

| Patient Information | 6668365 TRUOLO, RICHARD | | DUVA-SAWKO |
|---|---|---|---|
| 1933 Eclipse Dr | | Make Check Payable To: | ERG |
| Macclenny, FL 32063 | | Emergency Resources Group | |
| DOB: /1974 | Phone: 6316034863 | PO Box 11349 | |
| Guarantor Name | NONE, | Daytona Beach, FL 321201349 | |

| Date Of Service | Physician | Facility | | | | CPT |
|---|---|---|---|---|---|---|
| 02/11/2017 | Caro, Christina | Bmc South | | | | 99284 |

| Bill To | Status | Billed Date | Ded | Billed Amt | Paid Dt | Paid Amt | Check No | TIC |
|---|---|---|---|---|---|---|---|---|
| | Charge | 02/11/17 | | $683.00 | 02/25/17 | ($683.00) | | |
| | Held | 02/25/17 | | $683.00 | 02/28/17 | $0.00 | | 284 |
| STATE FARM | Held | 02/28/17 | | $683.00 | 03/01/17 | $0.00 | | 192 |
| STATE FARM | Billed | 03/01/17 | | $683.00 | 03/28/17 | $546.40 | 1917396874 | 148 |
| | Billed | 03/28/17 | | $136.60 | 04/06/17 | $0.00 | | |
| | Rtd Mail | 04/06/17 | | $136.60 | 04/25/17 | $136.60 | | |

Agency Balance: $136.60    Agency Com Due: $0.00    Proc Balance: $0.00    Coll Stat: Y

| Date Of Service | Physician | Facility | | | | CPT |
|---|---|---|---|---|---|---|
| 06/14/2017 | Collins, Cecilia | Bmc South | | | | 99283 |

| Bill To | Status | Billed Date | Ded | Billed Amt | Paid Dt | Paid Amt | Check No | TIC |
|---|---|---|---|---|---|---|---|---|
| | Charge | 06/14/17 | | $475.00 | 06/28/17 | ($475.00) | | |
| | Held | 06/28/17 | | $475.00 | 08/08/17 | $0.00 | | 209 |
| BMC EMPLOYEE WC | Billed | 08/08/17 | | $475.00 | 03/07/18 | $0.00 | | 103 |
| BMC EMPLOYEE WC | Billed | 03/07/18 | | $475.00 | 04/11/18 | $62.10 | 92592 | 102 |
| BMC EMPLOYEE WC | | | | $412.90 | 04/11/18 | $412.90 | | |

Agency Balance: $0.00    Agency Com Due: $0.00    Proc Balance: $0.00    Coll Stat: N

Total Balance: $0.00

Ran On 7/8/2019 9:05:46 AM                By: DUVASAWKO\LJ658                Page: 1 of 1

ERG_0003