AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| RICHARD A. TRIOLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  AutoNation Collision Center Orange Park, ATTN: RECORDS CUSTODIAN,
7700 Blanding Boulevard, Jacksonville, FL 32244 [Via Certified Mail]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                              PLEASE SEE ATTACHMENT
In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  03/11/2019

| CLERK OF COURT | |
|---|---|
| | OR *[signature]* |
| *Signature of Clerk or Deputy Clerk* | RONNIE S. CARTER |
| | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Defendant
United States of America                                           , who issues or requests this subpoena, are:
United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AUTONATION_0001

## ATTACHMENT FOR AUTONATION COLLISON CENTER RECORDS

All records for the following individuals or vehicle:

| | |
|---|---|
| **Name:** | **Richard Triolo** |
| **Social Security No.:** | ███-7157 |
| **Date of Birth:** | ███/1974 |
| **VIN:** | 1FA6P8CF8G5215133 |
| **Year/Make/Model:** | 2016 Ford Mustang GT |
| **License:** | EEQM38 |

including but not limited to:

1. Any and all contracts, written agreements, invoices, work orders, order forms, sales order sheets, charge slips, change orders, orders for repair, order confirmations, written estimates, check copies, receipts, memoranda of understanding, purchase orders, notes, work logs, written waivers, statements, charge explanations, and any and all other non-privileged, written or electronic documents referring to, mentioning, documenting, or reflecting the persons and/or vehicle identified above, repairs or services performed on listed vehicle, and/or repairs or services contemplated with respect to the listed vehicle.

2. Any and all documents provided to the persons listed above by AutoNation Collision Center (and/or its agents, servants, employees, or representatives) in connection with repairs or services performed on listed vehicle or contemplated with respect to the listed vehicle.

AUTONATION_0002

# AutoNation Collision Center
## Orange Park

**7700 Blanding Boulevard**
**Jacksonville, Florida 32244**
**(904)317-7747 Fax:(904)779-7655**
**MV-3114**
**www.AutoNationCollisionCenters.com**

Page 3
Printed: 04/07/17 3:08 PM
Created: 03/02/17

TRIOLO, RICHARD
Estimate: 36273
Repair Order: 161122

## FINAL BILL

This warranty may not be varied, supplemented, qualified or interpreted by any prior course of dealings and is limited (non-transferable) to the original vehicle owner at the time repairs are made. Additionally, the warranty is null and void if the repair is altered, adjusted or tampered with by a non-authorized person. To be eligible for warranty coverage you must submit your claim promptly upon discovery of the defect.

### PRESENTED TO:

**Name:** RICHARD TRIOLO       **Vehicle Description:** FORD Mustang GT Fastback 2D CPE
**Authorized by:** Aaron Johnson       **Date:**

Received By: _____       Date: 4/8/17
Parts / Labor are warrantied for 12 months/12,000 miles unless otherwise stated.

Labor Dept Codes: B-Body  D-Detail/QC  I-Buff  E-Reassemble  F-Hold Parts  G-Cut-In  M-Mechanical  P-Paint  S-QC

PT - Price Types:
   O - New (OEM); A - New (Non-OEM); V - Used Parts; R - Reconditioned; Space - No Type
   L - Labor; M - Material; H - Hazardous; S - Storage; T - Towing; U - Sublet

BT - Billing Types:
   No Code - Insurance Charge; CC - Customer Charge; BT - Betterment; AP - Appearance Allowance
   PD - Prior Damage; NC - No Charge

(*) Indicates Estimator Judgement.
Underline Indicates Supplement.

CCC One Data, Copyright 1995 CCC Information Services
The elements of data used to calculate this Estimate were obtained from a CCC Database.

Calculations of the Estimate are performed by a computer program created by YADA Systems, Inc.

AUTONATION_0003

# AutoNation COLLISION CENTER

## Orange Park #2631

**7700 Blanding Boulevard · Jacksonville, FL 32244**
Phone:(904)317-7747 Fax:(904)779-7655
www.AutoNationCollisionCenters.com
MV# 3114

Page 1                                                                                          TRIOLO, RICHARD
Printed: 03/15/19 3:20 PM                                                                        Estimate: 36273
Created: 03/02/17                                  **F I N A L   B I L L**                        Repair Order: 161122

| Customer: Insured | Vehicle: | Insurance Co: |
|---|---|---|
| TRIOLO, RICHARD<br>1933 ECLIPSE DR<br>MIDDLEBURG, FL 32068-7718<br>Home: (631) 603-4863<br>Work: (631) 603-4863<br>Email:listrong19@yahoo.com | FORD 2D CPE Mustang GT Premium Fastback<br>YEAR: 2016<br>Color: GREY<br>License: EEQM38 FL<br>Prod Date: 09/01/2015<br>Mileage In: 14753<br>Mileage Out: 14753<br>VIN: 1FA6P8CF8G5215133<br>Arrival Date: 03/02/17<br>Proposed Completion Date: 04/07/17<br>Billed Date: 04/11/17<br>Delivery Date: 04/08/17<br>Drivable: Unknown | State Farm Select Service<br>Claim Number: 16112359-0839-4M701<br>Date of Loss: 02/11/17<br>Deductible: 500.00 |

Written by: Johnson, Aaron

| | Item | Price | | Ext. Price | Labor Units | Paint Units | PT | BT |
|---|---|---|---|---|---|---|---|---|
| 1 | REAR BUMPER | | | | | | | |
| 2 | OVERHAUL O/H bumper assy | | | | 2.6 B | | | |
| * 3 | REMOVE/REPLACE Bumper cover w/reverse sensors | 355.87 | | 355.87 | Incl. | 3.4 | O | |
| 7 | Add for Clear Coat | | | | | 1.4 | | |
| 8 | Add for reverse sens | | | | 0.4 B | | | |
| * 9 | REMOVE/REPLACE Reverse sensor | 28.50 | (2) | 57.00 | 0.1 B | 0.2 | O | |
| 10 | REPAIR Valance panel | | | | 1.5 B | 1.8 | | |
| 11 | Add for Clear Coat | | | | | 0.7 | | |
| 12 | MISCELLANEOUS OPERATIONS | | | | | | | |
| 13 | Flex Additive | 5.00 | | 5.00 | | | M | * |

## FINAL BILL SUMMARY

| | PARTS | | | | LABOR | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Regular | Supp | Total | Department | Units | Supp Units | Rate | Total | | Units |
| New (OEM) Parts: | $357.53 | $55.34 | $412.87 | Body | 4.6 | 0.0 | $42.00 | $193.20 | | 4.6 |
| | | | | Paint | 7.5 | 0.0 | $42.00 | $315.00 | | 7.5 |

| | Regular | Supp | Total |
|---|---|---|---|
| Parts Total: | $357.53 | $55.34 | $412.87 |
| Labor Total: | $508.20 | $0.00 | $508.20 |
| Paint/Material: | $195.00 | $0.00 | $195.00 |
| Body/Material: | $5.00 | $0.00 | $5.00 |
| Hazardous Disposal: | $3.00 | $0.00 | $3.00 |
| Pre-Tax Discount: | $58.78 | $3.04 | $61.82 |
| State Tax: | $60.60 | $3.14 | $63.74 |
| County Tax: | $10.10 | $0.52 | $10.62 |

| | Total: | | | | $1,136.61 |
|---|---|---|---|---|---|

| | PAYMENTS | AMT DUE | SUBTOTAL | SUPPLEMENTS | TOTAL |
|---|---|---|---|---|---|
| State Farm Select Service PAYABLE REPAIR | $500.00 | $136.61 | $580.65 | $55.96 | $636.61 |
| TRIOLO, RICHARD PAYABLE REPAIR | $0.00 | $500.00 | $500.00 | $0.00 | $500.00 |

Technicians:
ULY CROMITY                        Joseph Bennett                        Clint Phillips

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

# AutoNation COLLISION CENTER
## Orange Park  #2631
7700 Blanding Boulevard - Jacksonville, FL 32244
Phone:(904)317-7747  Fax:(904)779-7655
www.AutoNationCollisionCenters.com
MV# 3114

| | | |
|---|---|---|
| Page 2 | | TRIOLO, RICHARD |
| Printed:  03/15/19 3:20 PM | | Estimate: 36273 |
| Created: 03/02/17 | **F I N A L   B I L L** | Repair Order: 161122 |

## 2631 AutoNation Collision Center Orange Park
7700 Blanding Blvd
Jacksonville. FL 32244
(904) 317-7747

## Customer Repair - Limited Lifetime Warranty

This certificate confirms that the repairs, which you and the selected AutoNation Collision Center agreed to have performed on Repair Order Number **161122**, have been completed.  We warranty our work as long as you own the vehicle as specified below.  Items on the repair described as "Sublet Work" or "Sublet Labor" are subject to the warranty, if any, of those suppliers. This warranty shall only apply if the defects occur under normal driving conditions.  The warranty made herein shall be deemed null and void in the event the vehicle has been subject to accidents, alterations, negligence, abuse or misuse.  Specifically excluded from this warranty is rust in any repaired area and / or scratches and chips acquired from driving conditions or intentional or negligent acts.  This is a four part written warranty with specific additional limitations pertaining to each section as described below.

### 1.  METAL WORK
AutoNation Collision Center provides a limited lifetime warranty against defective workmanship, which includes welding and the application of materials, utilized in the repair process against cracking, flaking, pitting and deterioration (excluding rust). The AutoNation Collision Center will, after inspection and at its sole discretion, repair and re-paint any metal work warranted herein.

### 2.  PAINTING, STRIPES AND DECALS
AutoNation Collision Center provides a limited lifetime warranty as indicated by the paint manufacturer's literature on all paint and paint related items performed in the repair process. AutoNation Collision Center provides for a one-year warranty on the application of decorative stripes and decals, excluding fading, cracking or other defects caused by extreme environmental conditions, road hazards, or negligent or intentional acts that the vehicle may have been exposed to. The AutoNation Collision Center will, after inspection and at its sole discretion, replace, re-paint, and otherwise repair any paintwork warranted herein. The paint warranty is valid only when the paint has been applied over new parts or OEM finishes that are free of defects.

### 3.  MECHANICAL REPAIRS
AutoNation Collision Center provides a one-year limited warranty on all mechanical repairs pertaining specifically to the original collision repair excluding air-conditioning, suspension parts, and electrical components or assemblies. The AutoNation Collision Center will, after inspection and at its sole discretion, replace or otherwise repair any mechanical work warranted herein.

### 4.  PARTS
AutoNation Collision Center warrants that the parts and materials utilized in the repair of your vehicle are of premium quality except that used, reconditioned, or non-OEM parts may be used, but only when specified and agreed to by either yourself or by requirement of your insurance provider. These parts, as described on the repair order, are subject to the guarantee or warranty of the manufacturer. **AutoNation Collision Center SPECIFICALLY DISCLAIMS ALL LIABILITY FOR ANY DAMAGES INCLUDING, CONSEQUENTIAL, INCIDENTAL, AND PUNITIVE DAMAGES RESULTING FROM DEFECTIVE PARTS OR MATERIALS.**

SPECIFICALLY EXCLUDED are costs such as towing fees, rental charges, travel expenses, incidental, special or consequential damages, or loss of use claims.  Also excluded are consequential damages to assemblies and components resulting from a defective part or installation of said part during the repair process.

This warranty may not be varied, supplemented, qualified or interpreted by any prior course of dealings and is limited (non-transferable) to the original vehicle owner at the time repairs are made. Additionally, the warranty is null and void if the repair is altered, adjusted or tampered with by a non-authorized person. To be eligible for warranty coverage you must submit your

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0005

# AutoNation COLLISION CENTER

## Orange Park #2631
**7700 Blanding Boulevard - Jacksonville, FL 32244**
**Phone:(904)317-7747  Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 3                                                                                          TRIOLO, RICHARD
Printed:  03/15/19 3:21 PM                                                                       Estimate: 36273
Created: 03/02/17                        **F I N A L   B I L L**                   Repair Order: 161122

claim promptly upon discovery of the defect.

PRESENTED TO:
Name:  **RICHARD TRIOLO**    Vehicle: **2016 FORD Mustang GT Premium Fastback 2D CPE**    VIN# **1FA6P8CF8G5215133**
Miles **14753**

Authorized by: _____    Date: _____

Received By:_____    Date: _____
Parts / Labor are warrantied for 12 months/12,000 miles unless otherwise stated.

Labor Dept Codes: B-Body  D-Detail/QC  I-Buff  E-Reassemble  F-Hold Parts  G-Cut-In  M-Mechanical  P-Paint  S-QC  A-Aluminum  1-User-defined1  2-User-defined2
3-User-defined3

PT - Price Types:
    O - OEM; A - Aftermarket; V - Salvage; R - Remanufactured; Space - No Type
    L - Labor; M - Material; H - Hazardous; S - Storage; T - Towing; U - Sublet

BT - Billing Types:
    No Code - Insurance Charge; CC - Customer Charge; BT - Betterment; AP - Appearance Allowance
    PD - Prior Damage; NC - No Charge

(*) Indicates Estimator Judgement.
Underline Indicates Supplement.

CCC One Data, Copyright 1995 CCC Information Services
The elements of data used to calculate this Estimate were obtained from a CCC Database.

Calculations of the Estimate are performed by a computer program created by Axalta Coating Systems, LLC.

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0006

# AutoNation COLLISION CENTER

## Orange Park #2631

**7700 Blanding Boulevard · Jacksonville, FL 32244**
**Phone:(904)317-7747 Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

| | | |
|---|---|---|
| Page 1 | | TRIOLO, RICHARD |
| Printed: 03/15/19 3:21 PM | **F I N A L   B I L L** | Estimate: 36272 |
| Created: 03/02/17 | | Repair Order: 161123 |

| Customer: Claimant | Vehicle: | Insurance Co: |
|---|---|---|
| TRIOLO, RICHARD<br>1933 ECLIPSE DR<br>MIDDLEBURG, FL 32068-7718<br>Home: (631) 603-4863<br>Work: (631) 603-4863<br>Email:listrong19@yahoo.com | FORD 2D CPE Mustang GT Premium Fastback<br>YEAR: 2016<br>Color: GREY<br>License: EEQM38 FL<br>Prod Date: 09/01/2015<br>Mileage In: 14753<br>Mileage Out: 14753<br>VIN: 1FA6P8CF8G5215133<br>Arrival Date: 03/02/17<br>Proposed Completion Date: 04/07/17<br>Billed Date: 04/13/17<br>Delivery Date: 04/08/17<br>Drivable: Unknown | GEICO Adjusted claims<br>Claim Number: 0546415820101013-02<br>Policy Number: 4413564180<br>Date of Loss: 02/26/17 |

Written by: Johnson, Aaron

| | Item | | Price | Ext. Price | Labor Units | Paint Units | PT | BT |
|---|---|---|---|---|---|---|---|---|
| 1 | REPAIR SETUP TO PULL QUARTER PANEL | | | | 1.5 B | | | |
| 2 | REPAIR PULL QUARTER PANEL | | | | 2.0 B | | | |
| 3 | TIRES | | | | | | | |
| * 4 | REMOVE/REPLACE PIR 275/40ZR19 PZero Rosso Asym BW  B50% | B50% | 423.99 | 423.99 | 0.3 B | | A | |
| * 9 | SUBLET Balance Wheel/Tire | 1A | 18.75 | 18.75 | | | * | |
| * 12 | REMOVE/REPLACE TIRE TAX | 10A | 1.00 | 1.00 | | | NC* | |
| 13 | WHEELS | | | | | | | |
| * 14 | REMOVE/REPLACE RECOND RT/Rear Wheel, alloy 19x8.5" blac | | 296.00* | 296.00 | 0.3 B | | R | |
| 17 | ROOF | | | | | | | |
| * 18 | REMOVE/REPLACE RT Upper w'strip | | 70.40 | 70.40 | | | O | |
| 19 | PILLARS, ROCKER & FLOOR | | | | | | | |
| 20 | REMOVE/RE-INSTALL RT Rocker molding w/o SHELBY GT350 | | | | 0.9 B | | | |
| 21 | DOOR | | | | | | | |
| 22 | BLEND RT Outer panel | | | | | 1.1 | | |
| 23 | REMOVE/RE-INSTALL RT R&I mirror | | | | 0.3 B | | | |
| 24 | REMOVE/RE-INSTALL RT Handle, outside primed | | | | 0.5 B | | | |
| 25 | REMOVE/RE-INSTALL RT R&I door assy | 2A | | | 1.2 B | | | |
| 26 | QUARTER PANEL | | | | | | | |
| * 27 | REMOVE/REPLACE RT Quarter panel cut in window opening | | 1287.02 | 1287.02 | 16.8 B | 4.4 | O | |
| 28 | Add for Clear Coat | | | | | 1.8 | | |
| 29 | Deduct for Rear Bumper R&I | | | | -1.2 B | | | |
| * 30 | REMOVE/REPLACE RT Splash shield | | 157.00 | 157.00 | 0.3 B | | O | |
| * 31 | REMOVE/RE-INSTALL RT Qtr glass FORD, w/o hinged black mold | | 55.00* | 55.00 | -1.3 B * | | * | |
| * 34 | REMOVE/REPLACE A/M GLASS KIT | | 25.00 | 25.00 | | | U | * |
| 35 | BLEND RT Pillar | | | | | 0.8 | | |
| 36 | REPAIR RT Inner panel | | | 11.0 B | 1.8 | | | |
| 47 | Add for Clear Coat | 4A | | | | 0.4 | | |
| * 53 | REMOVE/REPLACE RT Lower panel | 5A | 61.53 | 61.53 | 2.5 B | 0.5 | O | |
| 54 | Deduct for Overlap | 5A | | | -1.0 B | | | |
| * 55 | REMOVE/REPLACE RT Coat hook | 7A | 6.80 | 6.80 | | | O | |
| * 57 | REMOVE/REPLACE RT Coat hook screw | 7A | 1.00 (4) | 4.00 | | | O | |

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0007

# AutoNation COLLISION CENTER

## Orange Park #2631

**7700 Blanding Boulevard · Jacksonville, FL 32244**
**Phone:(904)317-7747 Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 2
Printed: 03/15/19 3:21 PM
Created: 03/02/17

TRIOLO, RICHARD
Estimate: 36272
Repair Order: 161123

## FINAL BILL

Written by: Johnson, Aaron

| Item | | | Price | Ext. Price | Labor Units | Paint Units | PT | BT |
|---|---|---|---|---|---|---|---|---|
| 59 | TRUNK LID | | | | | | | |
| 60 | BLEND Trunk lid w/spoiler | | | | | 1.2 | | |
| 61 | REMOVE/RE-INSTALL Lid trim w/theft deterrent | | | | 0.3 B | | | |
| 62 | REAR LAMPS | | | | | | | |
| 63 | REMOVE/RE-INSTALL RT Tail lamp assy w/o level 4 lamps w/o | | | | Incl. | | | |
| 64 | REAR BUMPER | | | | | | | |
| 65 | OVERHAUL O/H bumper assy | | | | 2.6 B | | | |
| 66 | REPAIR Bumper cover w/reverse sensors | | | | 3.0 B | 3.4 | | |
| 67 | Add for Clear Coat | | | | | 1.4 | | |
| * 68 | REMOVE/REPLACE RT Side bracket | | 26.17 | 26.17 | 0.1 B | | O | |
| * 69 | A/M Flex additive | | 5.00 | 5.00 | | | M | * |
| * 70 | REMOVE/REPLACE RT Stay bracket | | 34.62 | 34.62 | 0.1 B | | O | |
| * 73 | REMOVE/REPLACE RT End support | | 40.00 | 40.00 | 0.1 B | | O | |
| * 74 | REMOVE/REPLACE Restore Corrosion Protection | | 10.00 | 10.00 | 0.2 B | | M | * |
| * 75 | Seam sealer | | 10.00 | 10.00 | | | M | * |
| * 76 | TIRE TAX | 1A | 1.00* | 1.00 | | | | |
| * 77 | REMOVE/REPLACE End support retainer nut | 8A | 1.39  (4) | 5.56 | | | A | |
| 78 | RESTRAINT SYSTEMS | 2A | | | | | | |
| 79 | REMOVE/REPLACE Air bag disable SRS system | 2A | | | 1.0 B | | | |
| 80 | SEATS & TRACKS | 2A | | | | | | |
| 81 | REMOVE/RE-INSTALL R&I rear seat complete | 2A | | | Incl. | | | |
| 82 | BACK GLASS | 2A | | | | | | |
| * 85 | REMOVE/REPLACE Urethane Glass Kit | 3A | 25.00 | 25.00 | | | U | * |
| * 86 | REMOVE/RE-INSTALL Back glass Ford | 3A | 55.00* | 55.00 | -1.3 B  * | | | * |
| 89 | REAR BODY & FLOOR | 2A | | | | | | |
| * 90 | REMOVE/REPLACE RT Floor extn | 2A | 98.22 | 98.22 | | | * O | |
| 95 | REMOVE/RE-INSTALL Package tray | | | | 3.5 B | | | |

## FINAL BILL SUMMARY

| | PARTS | | | | LABOR | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Regular | Supp | Total | Department | Units | Supp Units | Rate | Total | Units |
| New (OEM) Parts: | $1,630.59 | $155.17 | $1,785.76 | Body | 28.8 | 14.9 | $42.00 | $1,835.40 | 43.7 |
| Other parts: | $545.99 | $199.31 | $745.30 | Paint | 15.1 | 1.7 | $42.00 | $705.60 | 16.8 |

| | Regular | Supp | Total |
|---|---|---|---|
| Sublet: | $80.00 | $80.00 | $160.00 |
| Parts Total: | $2,176.58 | $354.48 | $2,531.06 |
| Labor Total: | $1,843.80 | $697.20 | $2,541.00 |
| Paint/Material: | $392.60 | $44.20 | $436.80 |
| Body/Material: | $25.00 | $0.00 | $25.00 |
| Hazardous Disposal: | $2.50 | $0.00 | $2.50 |
| Pre-Tax Discount: | $80.78 | $21.01 | $101.79 |
| State Tax: | $265.79 | $69.29 | $335.08 |
| County Tax: | $44.30 | $5.70 | $50.00 |
| Local Tax: | $0.17 | $0.00 | $0.17 |
| Total Loss Tax: | $0.17 | $0.00 | $0.17 |
| Total: | | | $5,979.99 |

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0008

# AutoNation COLLISION CENTER

## Orange Park #2631

**7700 Blanding Boulevard - Jacksonville, FL 32244**
**Phone:(904)317-7747  Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 3                                                                                          TRIOLO, RICHARD
Printed: 03/15/19 3:21 PM                                                                        Estimate: 36272
Created: 03/02/17                            **F I N A L   B I L L**                        Repair Order: 161123

| | PAYMENTS | AMT DUE | SUBTOTAL | SUPPLEMENTS | TOTAL |
|---|---|---|---|---|---|
| GEICO Adjusted claims PAYABLE REPAIR | $6,351.59 | ($371.61) | $4,559.14 | $1,420.84 | $5,979.98 |
| TRIOLO, RICHARD PAYABLE REPAIR | $0.00 | $0.01 | $190.99 | ($190.98) | $0.01 |

Technicians:
ULY CROMITY                      JOHN KRAMER                          Joseph Bennett
Clint Phillips

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0009

# AutoNation COLLISION CENTER

## Orange Park #2631

7700 Blanding Boulevard - Jacksonville, FL 32244
Phone:(904)317-7747 Fax:(904)779-7655
www.AutoNationCollisionCenters.com
MV# 3114

Page 4
Printed: 03/15/19 3:21 PM
Created: 03/02/17

TRIOLO, RICHARD
Estimate: 36272
Repair Order: 161123

### F I N A L   B I L L

### 2631 AutoNation Collision Center Orange Park

7700 Blanding Blvd
Jacksonville, FL 32244
(904) 317-7747

## Customer Repair - Limited Lifetime Warranty

This certificate confirms that the repairs, which you and the selected AutoNation Collision Center agreed to have performed on Repair Order Number **161123**, have been completed. We warranty our work as long as you own the vehicle as specified below. Items on the repair described as "Sublet Work" or "Sublet Labor" are subject to the warranty, if any, of those suppliers. This warranty shall only apply if the defects occur under normal driving conditions. The warranty made herein shall be deemed null and void in the event the vehicle has been subject to accidents, alterations, negligence, abuse or misuse. Specifically excluded from this warranty is rust in any repaired area and / or scratches and chips acquired from driving conditions or intentional or negligent acts. This is a four part written warranty with specific additional limitations pertaining to each section as described below.

### 1. METAL WORK

AutoNation Collision Center provides a limited lifetime warranty against defective workmanship, which includes welding and the application of materials, utilized in the repair process against cracking, flaking, pitting and deterioration (excluding rust). The AutoNation Collision Center will, after inspection and at its sole discretion, repair and re-paint any metal work warranted herein.

### 2. PAINTING, STRIPES AND DECALS

AutoNation Collision Center provides a limited lifetime warranty as indicated by the paint manufacturer's literature on all paint and paint related items performed in the repair process. AutoNation Collision Center provides for a one-year warranty on the application of decorative stripes and decals, excluding fading, cracking or other defects caused by extreme environmental conditions, road hazards, or negligent or intentional acts that the vehicle may have been exposed to. The AutoNation Collision Center will, after inspection and at its sole discretion, replace, re-paint, and otherwise repair any paintwork warranted herein. The paint warranty is valid only when the paint has been applied over new parts or OEM finishes that are free of defects.

### 3. MECHANICAL REPAIRS

AutoNation Collision Center provides a one-year limited warranty on all mechanical repairs pertaining specifically to the original collision repair excluding air-conditioning, suspension parts, and electrical components or assemblies. The AutoNation Collision Center will, after inspection and at its sole discretion, replace or otherwise repair any mechanical work warranted herein.

### 4. PARTS

AutoNation Collision Center warrants that the parts and materials utilized in the repair of your vehicle are of premium quality except that used, reconditioned, or non-OEM parts may be used, but only when specified and agreed to by either yourself or by requirement of your insurance provider. These parts, as described on the repair order, are subject to the guarantee or warranty of the manufacturer. **AutoNation Collision Center SPECIFICALLY DISCLAIMS ALL LIABILITY FOR ANY DAMAGES INCLUDING, CONSEQUENTIAL, INCIDENTAL, AND PUNITIVE DAMAGES RESULTING FROM DEFECTIVE PARTS OR MATERIALS.**

SPECIFICALLY EXCLUDED are costs such as towing fees, rental charges, travel expenses, incidental, special or consequential damages, or loss of use claims. Also excluded are consequential damages to assemblies and components resulting from a defective part or installation of said part during the repair process.

This warranty may not be varied, supplemented, qualified or interpreted by any prior course of dealings and is limited (non-transferable) to the original vehicle owner at the time repairs are made. Additionally, the warranty is null and void if the repair is altered, adjusted or tampered with by a non-authorized person. To be eligible for warranty coverage you must submit your

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0010

# AutoNation COLLISION CENTER

## Orange Park #2631
**7700 Blanding Boulevard - Jacksonville, FL 32244**
**Phone:(904)317-7747  Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 5                                                                                         TRIOLO, RICHARD
Printed:  03/15/19 3:21 PM                                                                      Estimate: 36272
Created: 03/02/17                      **F I N A L   B I L L**                         Repair Order: 161123

claim promptly upon discovery of the defect.

PRESENTED TO:
Name:  **RICHARD TRIOLO**    Vehicle: **2016 FORD Mustang GT Premium Fastback 2D CPE**    VIN# **1FA6P8CF8G5215133**
Miles **14753**

Authorized by: _____    Date: _____

Received By: _____ Date: _____
Parts / Labor are warrantied for 12 months/12,000 miles unless otherwise stated.

Labor Dept Codes: B-Body  D-Detail/QC  I-Buff  E-Reassemble  F-Hold Parts  G-Cut-In  M-Mechanical  P-Paint  S-QC  A-Aluminum  1-User-defined1  2-User-defined2
3-User-defined3

PT - Price Types:
    O - OEM; A - Aftermarket; V - Salvage; R - Remanufactured; Space - No Type
    L - Labor; M - Material; H - Hazardous; S - Storage; T - Towing; U - Sublet

BT - Billing Types:
    No Code - Insurance Charge; CC - Customer Charge; BT - Betterment; AP - Appearance Allowance
    PD - Prior Damage; NC - No Charge

(*) Indicates Estimator Judgement.
Underline Indicates Supplement.

CCC One Data, Copyright 1995 CCC Information Services
The elements of data used to calculate this Estimate were obtained from a CCC Database.

Calculations of the Estimate are performed by a computer program created by Axalta Coating Systems, LLC.

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0011

# AutoNation COLLISION CENTER

## Orange Park #2631
**7700 Blanding Boulevard · Jacksonville, FL 32244**
Phone:(904)317-7747  Fax:(904)779-7655
www.AutoNationCollisionCenters.com
MV# 3114

| | | |
|---|---|---|
| Page 1 | | TRIOLO, RICHARD |
| Printed: 03/15/19 3:21 PM | | Estimate: 39407 |
| Created: 11/14/17 | **F I N A L   B I L L** | Repair Order: 163761 |

| Customer: Insured | Vehicle: | Insurance Co: |
|---|---|---|
| TRIOLO, RICHARD<br>1933 ECLIPSE DR<br>MIDDLEBURG, FL 32068-7718<br>Home: (631) 603-4863<br>Work: (631) 603-4863<br>Email:listrong19@yahoo.com | FORD 2D CPE Mustang GT Premium Fastback<br>YEAR: 2016<br>Color: GREY<br>License: EEQM38 FL<br>Prod Date: 09/01/2015<br>Mileage In: 21518<br>Mileage Out: 21518<br>VIN: 1FA6P8CF8G5215133<br>Sched. Arrival Date: 11/28/17<br>Arrival Date: 11/28/17<br>Proposed Completion Date: 12/01/17<br>Billed Date: 12/04/17<br>Delivery Date: 12/02/17<br>Drivable: Unknown | State Farm Select Service<br>Claim Number: 59-2004-H5501<br>Date of Loss: 10/17/17<br>Deductible: 500.00 |

Written by: Johnson, Aaron

| | Item | Price | Ext. Price | Labor Units | Paint Units | PT | BT |
|---|---|---|---|---|---|---|---|
| 1 | FRONT BUMPER & GRILLE | | | | | | |
| 2 | OVERHAUL O/H bumper assy | | | 3.5 B | | | |
| * 3 | REMOVE/REPLACE Bumper cover w/tow hook | 170.73 | 170.73 | Incl. | 3.3 | O | |
| 12 | Add for Clear Coat | | | | 1.3 | | |
| * 13 | REMOVE/REPLACE RT Side support w/fog lamps | 86.60 | 86.60 | Incl. | | O | |
| 14 | MISCELLANEOUS OPERATIONS | | | | | | |
| * 15 | SUBLET Flex Agent | 5.00 | 5.00 | | | M | * |

## FINAL BILL SUMMARY

| | PARTS | | | | LABOR | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Regular | Supp | Total | Department | Units | Supp Units | Rate | Total | Units |
| New (OEM) Parts: | $569.28 | ($311.95) | $257.33 | Body | 3.5 | 0.0 | $42.00 | $147.00 | 3.5 |
| | | | | Paint | 4.6 | 0.0 | $42.00 | $193.20 | 4.6 |

| | Regular | Supp | Total |
|---|---|---|---|
| Parts Total: | $569.28 | ($311.95) | $257.33 |
| Labor Total: | $340.20 | $0.00 | $340.20 |
| Paint/Material: | $119.60 | $0.00 | $119.60 |
| Body/Material: | $5.00 | $0.00 | $5.00 |
| Hazardous Disposal: | $3.00 | $0.00 | $3.00 |
| Pre-Tax Discount: | $52.89 | ($15.91) | $36.98 |
| State Tax: | $59.05 | ($17.76) | $41.29 |
| County Tax: | $9.84 | ($2.96) | $6.88 |
| Total: | | | $736.32 |

| | PAYMENTS | AMT DUE | SUBTOTAL | SUPPLEMENTS | TOTAL |
|---|---|---|---|---|---|
| State Farm Select Service PAYABLE REPAIR | $0.00 | $236.32 | $553.08 | ($316.76) | $236.32 |
| TRIOLO, RICHARD PAYABLE REPAIR | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 |

Technicians:
JUSTIN SCHEIDER          Jimmy Gillard                    Matthew Bellerose
Richard Rymer

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0012

# AutoNation COLLISION CENTER
## Orange Park  #2631
**7700 Blanding Boulevard - Jacksonville, FL 32244**
**Phone:(904)317-7747  Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 2                                                                                    TRIOLO, RICHARD
Printed:  03/15/19 3:21 PM                                                                  Estimate: 39407
Created: 11/14/17                          **F I N A L   B I L L**                     Repair Order: 163761

### 2631 AutoNation Collision Center Orange Park
7700 Blanding Blvd
Jacksonville, FL 32244
(904) 317-7747

## Customer Repair - Limited Lifetime Warranty

This certificate confirms that the repairs, which you and the selected AutoNation Collision Center agreed to have performed on Repair Order Number **163761**, have been completed.  We warranty our work as long as you own the vehicle as specified below.  Items on the repair described as "Sublet Work" or "Sublet Labor" are subject to the warranty, if any, of those suppliers. This warranty shall only apply if the defects occur under normal driving conditions.  The warranty made herein shall be deemed null and void in the event the vehicle has been subject to accidents, alterations, negligence, abuse or misuse.  Specifically excluded from this warranty is rust in any repaired area and / or scratches and chips acquired from driving conditions or intentional or negligent acts.  This is a four part written warranty with specific additional limitations pertaining to each section as described below.

1. **METAL WORK**

AutoNation Collision Center provides a limited lifetime warranty against defective workmanship, which includes welding and the application of materials, utilized in the repair process against cracking, flaking, pitting and deterioration (excluding rust). The AutoNation Collision Center will, after inspection and at its sole discretion, repair and re-paint any metal work warranted herein.

2. **PAINTING, STRIPES AND DECALS**

AutoNation Collision Center provides a limited lifetime warranty as indicated by the paint manufacturer's literature on all paint and paint related items performed in the repair process. AutoNation Collision Center provides for a one-year warranty on the application of decorative stripes and decals, excluding fading, cracking or other defects caused by extreme environmental conditions, road hazards, or negligent or intentional acts that the vehicle may have been exposed to. The AutoNation Collision Center will, after inspection and at its sole discretion, replace, re-paint, and otherwise repair any paintwork warranted herein. The paint warranty is valid only when the paint has been applied over new parts or OEM finishes that are free of defects.

3. **MECHANICAL REPAIRS**

AutoNation Collision Center provides a one-year limited warranty on all mechanical repairs pertaining specifically to the original collision repair excluding air-conditioning, suspension parts, and electrical components or assemblies. The AutoNation Collision Center will, after inspection and at its sole discretion, replace or otherwise repair any mechanical work warranted herein.

4. **PARTS**

AutoNation Collision Center warrants that the parts and materials utilized in the repair of your vehicle are of premium quality except that used, reconditioned, or non-OEM parts may be used, but only when specified and agreed to by either yourself or by requirement of your insurance provider. These parts, as described on the repair order, are subject to the guarantee or warranty of the manufacturer. **AutoNation Collision Center SPECIFICALLY DISCLAIMS ALL LIABILITY FOR ANY DAMAGES INCLUDING, CONSEQUENTIAL, INCIDENTAL, AND PUNITIVE DAMAGES RESULTING FROM DEFECTIVE PARTS OR MATERIALS.**

SPECIFICALLY EXCLUDED are costs such as towing fees, rental charges, travel expenses, incidental, special or consequential damages, or loss of use claims. Also excluded are consequential damages to assemblies and components resulting from a defective part or installation of said part during the repair process.

This warranty may not be varied, supplemented, qualified or interpreted by any prior course of dealings and is limited (non-transferable) to the original vehicle owner at the time repairs are made. Additionally, the warranty is null and void if the repair is altered, adjusted or tampered with by a non-authorized person. To be eligible for warranty coverage you must submit your

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0013

# AutoNation COLLISION CENTER

## Orange Park  #2631

**7700 Blanding Boulevard - Jacksonville, FL 32244**
**Phone:(904)317-7747  Fax:(904)779-7655**
**www.AutoNationCollisionCenters.com**
MV# 3114

Page 3                                                                    TRIOLO, RICHARD
Printed:  03/15/19 3:21 PM                                                    Estimate: 39407
Created: 11/14/17                    **F I N A L   B I L L**              Repair Order: 163761

claim promptly upon discovery of the defect.

PRESENTED TO:
Name:  **RICHARD TRIOLO**    Vehicle: **2016 FORD Mustang GT Premium Fastback 2D CPE**    VIN# **1FA6P8CF8G5215133**
Miles **21518**

Authorized by: _____    Date: _____

Received By:_____    Date: _____
Parts / Labor are warrantied for 12 months/12,000 miles unless otherwise stated.

Labor Dept Codes: B-Body  D-Detail/QC  I-Buff  E-Reassemble  F-Hold Parts  G-Cut-In  M-Mechanical  P-Paint  S-QC  A-Aluminum  1-User-defined1  2-User-defined2
3-User-defined3

PT - Price Types:
    O - OEM; A - Aftermarket; V - Salvage; R - Remanufactured; Space - No Type
    L - Labor; M - Material; H - Hazardous; S - Storage; T - Towing; U - Sublet

BT - Billing Types:
    No Code - Insurance Charge; CC - Customer Charge; BT - Betterment; AP - Appearance Allowance
    PD - Prior Damage; NC - No Charge

(*) Indicates Estimator Judgement.
Underline Indicates Supplement.

CCC One Data, Copyright 1995 CCC Information Services
The elements of data used to calculate this Estimate were obtained from a CCC Database.

Calculations of the Estimate are performed by a computer program created by Axalta Coating Systems, LLC.

© 1989-2019 Axalta Coating Systems, LLC . All rights reserved. Licensed by 2631 AutoNation Collision Center Orange Park

AUTONATION_0014

CUSTOMER #: 4880439

**AutoNation**

**404180**

ACCOUNTING

**AutoNation Ford Jacksonville**

10720 Phillips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 1

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | CASH | | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE OPCODE TECH TYPE A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

A PREMIUM MAINT: 30K SERVICE LOF, ROT, ENGINE FILTER
CAUSE: .
   MBASIC BASIC MAINTENANCE SERVICE - K

| | | | | | | |
|---|---|---|---|---|---|---|
| 1673  WFM  0.97  0.60 | 900 | 2393 | | | 23.93 | 23.93 |
| 1 AA5Z*6714*B FILTER ASY | | | | | | |
| - OIL | 391 | 736 | 0 | 7.36 | 7.36 | 7.36 |
| 8 XO*5W20*QSP MOTORCRAFT | | | | | | |
| SAE 5W-20 API GF-5 | 3280 | 6176 | 0 | 7.72 | 7.72 | 61.76 |
| 1 FR3Z*9601*A ELEMENT ASY | | | | | | |
| - AIR CLEANER | 1207 | 2273 | 0 | 22.73 | 22.73 | 22.73 |

   MBASIC1 ENGINE OIL AND OIL FILTER - REPLACE
     (6714/6731) - L

| | | | | | | |
|---|---|---|---|---|---|---|
| 1673  WFM  0.00  0.40 | 600 | 1595 | | | 15.95 | 15.95 |

   MBASIC2 ENGINE AIR FILTER - REPLACE (9601) - L

| | | | | | | |
|---|---|---|---|---|---|---|
| 1673  WFM  0.00  0.10 | 150 | 399 | | | 3.99 | 3.99 |

   MULTI WARRANTY ONLY MULTI PT INSP REPORT CARD

| | | | | | | |
|---|---|---|---|---|---|---|
| 1673  WFM  0.00  0.20 | 300 | 798 | | | 7.98 | 7.98 |

   FC: A99 82
   PART#: MAINT
   COUNT:            4878     9185 TPARTS
   CLAIM TYPE:   QCM
   AUTH CODE:
   1673               1950     5185 TLABOR

PARTS:   91.85  LABOR:   51.85  OTHER:    0.00   TOTAL LINE A:   143.70
,,,,27091 30K WFM SERVICE COMPLETE OF AND ROTATE COMPLETE AIR FILTER
,,,,REPLACED
B C/S: HE IS EXPERIENCING FREQUENT BRAKE SQUEAL AT LOW SPEEDS. PLEASE,
       CHECK.
CAUSE: .
   2001BFA BRAKE SHOES / PAD ASSEMBLIES - HYDRAULIC
    - INSPECT (2001/2007/2200) - L

| | | | | | | |
|---|---|---|---|---|---|---|
| 1673  WF  0.27  0.80 | 1200 | 9116 | | | 91.16 | 91.16 |

   2001B2T DISC BRAKE ROTOR FRONT MACHINE ON VEHICLE
    - MACHINE (1102/1125) - L

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE |
|---|---|---|

**WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.**

DealerCAP  2014 CDK Global, LLC  (1015) SERVICE INVOICE TYPE 2 - B2C - AUTONATION - "LIMITED WARRANTY" - B2C

**ACCOUNTING COPY**

AUTONATION_0015

CUSTOMER #: 4880439

**AutoNation**

404180

**AutoNation Ford Jacksonville**

ACCOUNTING

10720 Phillips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 2

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | | | |
|---|---|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | | | |

SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1673 | WF | | 0.00 | 0.60 | 900 | 6837 | | | 68.37 | 68.37 |

FC: N17 02
PART#: 1102
COUNT:                          0          0 TPARTS
CLAIM TYPE:
AUTH CODE:
    1673                          2100        15953 TLABOR
PARTS:    0.00  LABOR:   159.53  OTHER:       0.00    TOTAL LINE B:    159.53
,,,,27091 VERIFIED CUSTOMER CONCERN FOUND SQUEALING NOISE WHEN BRAKING.
,,,,FOUND ROTORS WARPED MACHINE FRONT ROTORS BEFORE SPECS RF 33.6MM LF
,,,,33.5MM AFTER RF 32.7MM LF 32.5MM. RETEST DROVE NOW NO LONGER SQUEALING.
C TIRE TREAD AND WEAR IS OK AT THIS TIME
    GTIRE TIRE TREAD AND WEAR IS OK AT THIS TIME
        1673IFEPS 0.00 0.00      0        0              0.00      0.00
PARTS:    0.00  LABOR:   0.00  OTHER:       0.00    TOTAL LINE C:      0.00
D Customer requested to have Multi Point Inspection performed this
    visit
CAUSE: PERFORMED MULTI POINT INSPECTION
    MULTI-A Customer requested to have Multi Point
        Inspection performed this visit.
        1673IFEPS 0.00 0.00      0        0              0.00      0.00
    GBK BRAKE LININGS ARE OK AT THIS TIME
        1673IFEPS 0.00 0.00      0        0              0.00      0.00
    GBATT BATTERY CONDITION IS GOOD
        1673IFEPS 0.00 0.00      0        0              0.00      0.00
PARTS:    0.00  LABOR:   0.00  OTHER:       0.00    TOTAL LINE D:      0.00
E ***Thank you for joining us in the fight against cancer. We've
    partnered with the BCRF to raise funds for the world's most
    promising research to eradicate breast cancer. 100% of your
    donation goes to BCRF. Please visit DrivePink.com for more
    info.**
    DDRV AutoNation Supports BCRF...If you decide to
        donate at later time please visit
        www.drivepink.com. Thank you for your

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
If Payment is Made By Check When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| MISC. CHARGES * | |
| PLEASE PAY THIS AMOUNT | |

| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE |
|---|---|---|

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP 2014 CDK Global, LLC (10/15) SERVICE INVOICE TYPE 2 - SOC - AUTONATION - "LIMITED WARRANTY"

ACCOUNTING COPY

AUTONATION_0016

CUSTOMER #: 4880439

**AutoNation**

AutoNation Ford Jacksonville

404180

ACCOUNTING

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 3

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | support! | | | | | | | | | | |
| | 1673IFEPS | | | 0.00 | 0.00 | 0 | 0 | | | 0.00 | 0.00 |

PARTS:    0.00  LABOR:        0.00  OTHER:        0.00  TOTAL LINE E:        0.00
F AP*-Indicates you chose to use aftermarket parts (AP) for this job.
   AP Parts are quality parts suitable for your vehicle, but are
   not sourced from the vehicle manufacturer. All AP parts come
   with a warranty backed by AutoNation at any of our stores.
   IO INFORMATION ONLY

| | 1673IFEPS | | | 0.00 | 0.00 | 0 | 0 | | | 0.00 | 0.00 |

PARTS:    0.00  LABOR:        0.00  OTHER:        0.00  TOTAL LINE F:        0.00
WAIT CC CREATED 2018-05-03    Dealer is not authorized to perform recall
12:57:00PM TAKEN BY VICKI ZODY  repairs for non-Dealer brand vehicles and
                                Dealer's Vehicle Safety and Condition
                                Inspection and/or service does not include
                                a review of possible pending recalls or
                                service campaigns issued by manufacturers
                                of other makes and models.

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 05-07-18 | 08:57 | 09:55 | 0.97 | W | 1673 | R | |
| | 12:32 | 12:48 | 0.27 | W | 1673 | B | |
| | 13:30 | 13:30 | 0.00 | W | 1673 | B | |

| TRGT/ACCOUNT | SALE | COST | CONTROL | TRGT/ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 860/1510 | 5185 | 1950 | | 860/1481 | 9185 | 4878 | |
| 860/1515 | 15953 | 2100 | | 860/1520 | 0 | 0 | |
| 860/1263 | 30323 | ******* | | 860/1105S | 0 | ****** | |

COST, SALE, & COMP TOTALS      8928   30323        0

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
If Payment Is Made By Check When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

* SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE    CUSTOMER SIGNATURE         AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
DealerCAP  2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - BGC - AUTONATION - "LIMITED WARRANTY" - BACKED

ACCOUNTING COPY

AUTONATION_0017

CUSTOMER #: 4880439

**AutoNation**

404180

AutoNation Ford Jacksonville

INVOICE

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 1

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| A PREMIUM MAINT: 30K SERVICE LOF, ROT, ENGINE FILTER | | | | | | | | | |

CAUSE: .
```
    MBASIC BASIC MAINTENANCE SERVICE - K
        1673   WFM                                                      (N/C)
      1 AA5Z*6714*B FILTER ASY - OIL                                    (N/C)
      8 XO*5W20*QSP MOTORCRAFT SAE 5W-20 API GF-5                       (N/C)
      1 FR3Z*9601*A ELEMENT ASY - AIR CLEANER                          (N/C)
    MBASIC1 ENGINE OIL AND OIL FILTER - REPLACE
       (6714/6731) - L
        1673   WFM                                                      (N/C)
    MBASIC2 ENGINE AIR FILTER - REPLACE (9601) - L
        1673   WFM                                                      (N/C)
    MULTI WARRANTY ONLY MULTI PT INSP REPORT CARD
        1673   WFM                                                      (N/C)
    FC: A99 82
    PART#: MAINT
    COUNT:
    CLAIM TYPE:   QCM
    AUTH CODE:
    1673
```

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00
,,,,27091 30K WFM SERVICE COMPLETE OF AND ROTATE COMPLETE AIR FILTER
,,,,REPLACED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B C/S: HE IS EXPERIENCING FREQUENT BRAKE SQUEAL AT LOW SPEEDS. PLEASE,
       CHECK.

CAUSE: .
```
    2001BFA BRAKE SHOES / PAD ASSEMBLIES - HYDRAULIC
        - INSPECT (2001/2007/2200) - L
        1673   WF                                                       (N/C)
    2001B2T DISC BRAKE ROTOR FRONT MACHINE ON VEHICLE
        - MACHINE (1102/1125) - L
        1673   WF                                                       (N/C)
    FC: N17 02
```

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

\*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

DATE       CUSTOMER SIGNATURE       AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP   2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - SQC - AUTONATION - "LIMITED WARRANTY" - FLORIDA

**CUSTOMER COPY**

AUTONATION_0018

CUSTOMER #: 4880439

**AutoNation**

404180

**AutoNation Ford Jacksonville**

INVOICE

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

10720 Phillips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

MV # - 13289

PAGE 2

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | PART#: 1102 | | | | | | | |
| | COUNT: | | | | | | | |
| | CLAIM TYPE: | | | | | | | |
| | AUTH CODE: | | | | | | | |
| | 1673 | | | | | | | |

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE B:      0.00
,,,,27091 VERIFIED CUSTOMER CONCERN FOUND SQUEALING NOISE WHEN BRAKING.
,,,,FOUND ROTORS WARPED MACHINE FRONT ROTORS BEFORE SPECS RF 33.6MM LF
,,,,33.5MM AFTER RF 32.7MM LF 32.5MM. RETEST DROVE NOW NO LONGER SQUEALING.
*****************************************************
C TIRE TREAD AND WEAR IS OK AT THIS TIME
   GTIRE TIRE TREAD AND WEAR IS OK AT THIS TIME
      1673IFEPS                                                          (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:      0.00
*****************************************************
D Customer requested to have Multi Point Inspection performed this
   visit
CAUSE: PERFORMED MULTI POINT INSPECTION
   MULTI-A Customer requested to have Multi Point
      Inspection performed this visit
      1673IFEPS                                                          (N/C)
   GBK BRAKE LININGS ARE OK AT THIS TIME
      1673IFEPS                                                          (N/C)
   GBATT BATTERY CONDITION IS GOOD
      1673IFEPS                                                          (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE D:      0.00
*****************************************************
E ***Thank you for joining us in the fight against cancer. We've
      partnered with the BCRF to raise funds for the world's most
      promising research to eradicate breast cancer. 100% of your
      donation goes to BCRF. Please visit DrivePink.com for more
      info.**
   DDRV AutoNation Supports BCRF...If you decide to
      donate at later time please visit

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

* **SHOP SUPPLY COSTS:** We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP  2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - B3C - AUTONATION - "LIMITED WARRANTY" - FLORIDA

**CUSTOMER COPY**

AUTONATION_0019

CUSTOMER #: 4880439

**AutoNation**

404180

AutoNation Ford Jacksonville

INVOICE

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

MV # - 13289

PAGE 3

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|---|---|---|---|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE OPCODE TECH TYPE HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

www.drivepink.com. Thank you for your
support!
        1673IFEPS                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:      0.00
        ******************************************************

F AP*-Indicates you chose to use aftermarket parts (AP) for this job.
    AP Parts are quality parts suitable for your vehicle, but are
    not sourced from the vehicle manufacturer. All AP parts come
    with a warranty backed by AutoNation at any of our stores.
  IO INFORMATION ONLY
        1673IFEPS                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:      0.00
        ******************************************************

WAIT CC CREATED 2018-05-03    Dealer is not authorized to perform recall
12:57:00PM TAKEN BY VICKI DY   repairs for non-Dealer brand vehicles and
                               Dealer's Vehicle Safety and Condition
                               Inspection and/or service does not include
                               a review of possible pending recalls or
                               service campaigns issued by manufacturers
                               of other makes and models.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

PLEASE PAY
THIS AMOUNT          0.00

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAR  2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - B2C - AUTONATION - "LIMITED WARRANTY" - FLOR

**CUSTOMER COPY**

AUTONATION_0020

# AutoNation

CUSTOMER #: 4880439

404180

**AutoNation Ford Jacksonville**

INTERNAL

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 1

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| MAGNETIC M | 16 | FORD MUSTANG | | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|-------------|-------|----------|-------------------------------------------|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| C | TIRE TREAD AND WEAR IS OK AT THIS TIME | | | | | | | |
| | GTIRE TIRE TREAD AND WEAR IS OK AT THIS TIME | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| D | Customer requested to have Multi Point Inspection performed this visit | | | | | | | |
| CAUSE: PERFORMED MULTI POINT INSPECTION | | | | | | | | |
| | MULTI-A Customer requested to have Multi Point Inspection performed this visit | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |
| | GBK BRAKE LININGS ARE OK AT THIS TIME | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |
| | GBATT BATTERY CONDITION IS GOOD | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| E | \*\*\*Thank you for joining us in the fight against cancer. We've partnered with the BCRF to raise funds for the world's most promising research to eradicate breast cancer. 100% of your donation goes to BCRF. Please visit DrivePink.com for more info.\*\* | | | | | | | |
| | DDRV AutoNation Supports BCRF...If you decide to donate at later time please visit www.drivepink.com. Thank you for your support! | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| F | AP\*-Indicates you chose to use aftermarket parts (AP) for this job. AP Parts are quality parts suitable for your vehicle, but are not sourced from the vehicle manufacturer. All AP parts come with a warranty backed by AutoNation at any of our stores. | | | | | | | |
| | IO INFORMATION ONLY | | | | | | | |
| | 1673IFEPS | | | 0.00 | | | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

\*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].
**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES \* | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP  2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - BDC - AUTONATION - "LIMITED WARRANTY" - FLOR

**INTERNAL COPY**

AUTONATION_0021

CUSTOMER #: 4880439

**AutoNation.**

404180

AutoNation Ford Jacksonville

INTERNAL

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 2

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| MAGNETIC M | 16 | FORD MUSTANG | | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL | | | |
| 07MAY18 | | 08MAY18 | TRN:M | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| WAIT CC CREATED 2018-05-03 12:57:00PM TAKEN BY VICKI ZODY | | | | | Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicle Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models. | | | | | |



COST, SALE, & COMP TOTALS        0        0        0

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

* SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

DATE    CUSTOMER SIGNATURE        AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP 2014 CDK Global, LLC (10/15) SERVICE INVOICE TYPE 2 - B2C - AUTONATION - "LIMITED WARRANTY" - FLORIDA INTERNAL

INTERNAL COPY

AUTONATION_0022

CUSTOMER #: 4880439

404180

**AutoNation**

**AutoNation Ford Jacksonville**

WARRANTY

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 1

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| MAGNETIC M | 16 | FORD MUSTANG | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|-------------|-------|----------|-------------------------------------------|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| A PREMIUM MAINT: 30K SERVICE LOF, ROT, ENGINE FILTER | | | | | | | | |
| CAUSE: . | | | | | | | | |
| | MBASIC BASIC MAINTENANCE SERVICE - K | | | | | | | |
| | | 1673 | WFM | 0.60 | | | 23.93 | 23.93 |
| | 1 AA5Z*6714*B FILTER ASY - OIL | | | | | 7.36 | 7.36 | 7.36 |
| | 8 XO*5W20*QSP MOTORCRAFT SAE 5W-20 API GF-5 | | | | | 7.72 | 7.72 | 61.76 |
| | 1 FR3Z*9601*A ELEMENT ASY - AIR CLEANER | | | | | 22.73 | 22.73 | 22.73 |
| | MBASIC1 ENGINE OIL AND OIL FILTER - REPLACE | | | | | | | |
| | (6714/6731) - L | | | | | | | |
| | | 1673 | WFM | 0.40 | | | 15.95 | 15.95 |
| | MBASIC2 ENGINE AIR FILTER - REPLACE (9601) - L | | | | | | | |
| | | 1673 | WFM | 0.10 | | | 3.99 | 3.99 |
| | MULTI WARRANTY ONLY MULTI PT INSP REPORT CARD | | | | | | | |
| | | 1673 | WFM | 0.20 | | | 7.98 | 7.98 |
| | FC: A99 82 | | | | | | | |
| | PART#: MAINT | | | | | | | |
| | COUNT: | | | | | 4878 | 9185 1PARTS | |
| | CLAIM TYPE: QCM | | | | | | | |
| | AUTH CODE: | | | | | | | |
| | 1673 | | | | | 1950 | 5185 1LABOR | |

SALE-LBR:   51.85 PTS:   91.85 MSC:   0.00 LUB:   0.00 SUB:   0.00 TOTAL  143.70

,,,,27091 30K WFM SERVICE COMPLETE OF AND ROTATE COMPLETE AIR FILTER
,,,,REPLACED

*************************************************

B C/S: HE IS EXPERIENCING FREQUENT BRAKE SQUEAL AT LOW SPEEDS. PLEASE,
CHECK.
CAUSE: .
   2001BFA BRAKE SHOES / PAD ASSEMBLIES - HYDRAULIC
   - INSPECT (2001/2007/2200) - L
   1673   WF   0.80                                         91.16   91.16
   2001B2T DISC BRAKE ROTOR FRONT MACHINE ON VEHICLE
   - MACHINE (1102/1125) - L

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this Invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

**SHOP SUPPLY COSTS:** We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].
**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

DATE      CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP 2014 CDK Global, LLC (10/15) SERVICE INVOICE TYPE 2 - B2C - AUTONATION - "LIMITED WARRANTY" - FLORIDA

**WARRANTY COPY**

AUTONATION_0023

CUSTOMER #: 4880439

**404180**

WARRANTY

RICHARD TRIOLO
1933 ECLIPSE DR
MIDDLEBURG, FL 320687718
HOME:631-603-4863 CONT:631-603-4863
BUS: 631-603-4863 CELL:

PAGE 2

**AutoNation**

AutoNation Ford Jacksonville

10720 Philips Highway
Jacksonville, Florida 32256
(904) 292-3325
AutoNation.com

MV # - 13289

SERVICE ADVISOR: 8792 DAVID BRUTON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|---|-----|---------|------------------|-----|
| MAGNETIC M | 16 | FORD MUSTANG | | 1FA6P8CF8G5215133 | EEQM38 | 27091/27091 | TW4498 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 26SEP15 DD | | | WAIT 07MAY18 | | | CASH | 08MAY18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:G5215133 DLR:26386 ENG:5L_8_CYL |
|-------------|-------|----------|------------------------------------------|
| 07MAY18 | 08MAY18 | TRN:M | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|---|------|-----|-------|
| | 1673 | WF | 0.60 | | | | | 68.37 | 68.37 |

FC: N17 02
PART#: 1102
COUNT:                    0         0 TPARTS
CLAIM TYPE:
AUTH CODE:
1673                        2100      15953 TLABOR

SALE-LBR: 159.53 PTS: 0.00 MSC: 0.00 LUB: 0.00 SUB: 0.00 TOTAL 159.53

,,,,27091 VERIFIED CUSTOMER CONCERN FOUND SQUEALING NOISE WHEN BRAKING.
,,,,FOUND ROTORS WARPED MACHINE FRONT ROTORS BEFORE SPECS RF 33.6MM LF
,,,,33.5MM AFTER RF 32.7MM LF 32.5MM. RETEST DROVE NOW NO LONGER SQUEALING.
*************************************************

WAIT CC CREATED 2018-05-03     Dealer is not authorized to perform recall
12:57:00PM TAKEN BY VICKI ZODY  repairs for non-Dealer brand vehicles and
                                Dealer's Vehicle Safety and Condition
                                Inspection and/or service does not include
                                a review of possible pending recalls or
                                service campaigns issued by manufacturers
                                of other makes and models.

SALE-LBR: 211.38 PTS: 91.85 MSC: 0.00 LUB: 0.00 SUB: 0.00 TOTAL 303.23

COST, SALE, & COMP TOTALS    8928    30323    0

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
**If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check of EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

**\*SHOP SUPPLY COSTS:** We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 211.38 |
| PARTS AMOUNT | 91.85 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 303.23 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 303.23 |

DATE    CUSTOMER SIGNATURE    AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

WARRANTY STATEMENT AND DISCLAIMER:PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

DealerCAP  2014 CDK Global, LLC  (10/15) SERVICE INVOICE TYPE 2 - SDC - AUTONATION - "LIMITED WARRANTY" - FLORIDA

WARRANTY COPY

AUTONATION_0024