AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| RICHARD A. TRIOLO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:18-cv-919-J-34JBT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        State Farm Mutual Automobile Insurance Company, ATTN: RECORDS CUSTODIAN,
           One State Farm Plaza, Bloomington, IL 61710 [Via Facsimile (1-309-766-4655)]

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:        PLEASE SEE ATTACHMENT
           In lieu of appearance, records may be mailed to AUSA Ronnie S. Carter at the address listed below

| Place: U.S. Attorney's Office | Date and Time: |
|---|---|
| 300 North Hogan Street, Suite 700 Jacksonville, FL 32202 | 03/29/2019 0:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:        03/11/2019

|  | |
|---|---|
| *CLERK OF COURT* | *Ronnie S. Carter* |
| | OR |
| _____ | RONNIE S. CARTER |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*        **Defendant**
   United States of America                                    , who issues or requests this subpoena, are:

United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, FL 32202, (904) 301-6300

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

STATEFARM_TRIAL_0001

STATEFARM_0001

## <u>ATTACHMENT FOR INSURANCE RECORDS</u>

All insurance records for the following individual:

> **Insured/Policy Holder: Richard Anthony Triolo**
> **Policy Number: C708937B0759A409785**
> **Date of Loss: 02/11/2017**
> **Claim Number: 59-0839-4M7**
> **Social Security No.:** ████7157
> **Date of Birth:** ████1974

including but not limited to:

1.  Any and all: Insurance claim forms, proof of claim forms, personal injury protection (PIP) logs, wage verification forms, property damage reports and related documents, salvage reports and related documents.

2.  Any and all: Statements of the insured and/or witnesses (written, recorded or transcribed), audio and/or transcript of phone calls or interviews, correspondence between the insured(s) or his/her/their attorney(s) and the insurer.

3.  Surveillance reports, video, photographs, payout ledgers, releases or waivers executed by the insured(s), assignment of rights forms, and subrogation documents.

4.  If any claims were denied, all records relating to denial of claim.

5.  Certified copy of Insurance policy or policies for insured person in question, including declaration sheet. (The policy should be sent under separate letter if obtaining the policy would delay forwarding other documents already requested and available in the claim file.)

6.  Any and all medical records pertaining to the insured.

# AutoNation Collision Center Orange_Park

| | Workfile ID: | c1463b9b |
|---|---|---|
| | Federal ID: | 650730472 |

7700 BLANDING BLVD, JACKSONVILLE, FL 32244

Phone: (904) 317-7750

FAX: (904) 779-7655

## Supplement of Record 1 with Summary

**Customer: TRIOLO, RICHARD**                                    **Job Number: 161122**

Written By: Aaron Johnson, 4/12/2017 4:55:25 PM

Adjuster: Express Team A, (855) 341-8184 Business

| Insured: | TRIOLO, RICHARD | Policy #: | | Claim #: | 59-0839-4M701 |
|---|---|---|---|---|---|
| Type of Loss: | Collision | Date of Loss: | 2/11/2017 1:08 PM | Days to Repair: | 4 |
| Point of Impact: | 06 Rear | | | | |

| Owner: | Inspection Location: | Insurance Company: |
|---|---|---|
| TRIOLO, RICHARD | AutoNation Collision Center Orange_Park | STATE FARM INSURANCE COMPANIES |
| 1933 ECLIPSE DR | 7700 BLANDING BLVD | |
| MIDDLEBURG, FL 32068-7718 | JACKSONVILLE, FL 32244 | |
| (631) 603-4863 Cell | Repair Facility | |
| (631) 603-4863 Other | (904) 317-7750 Day | |

| Vehicle Drop Off Date: | 03/02/2017 | Promise Date: | 03/15/2017 | Repair Start Date: | 03/08/2017 |
|---|---|---|---|---|---|
| Repair Completion Date: | 03/13/2017 | Vehicle Pick Up/Return Date: | 03/13/2017 | | |

## VEHICLE

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| VIN: | 1FA6P8CF8G5215133 | Interior Color: | | Mileage In: | 14,753 | Vehicle Out: | |
|---|---|---|---|---|---|---|---|
| License: | EEQM38 | Exterior Color: | GREY | Mileage Out: | | | |
| State: | FL | Production Date: | 9/2015 | Condition: | | Job #: | 161122 |

| **TRANSMISSION** | Telescopic Wheel | **RADIO** | Front Side Impact Air Bags |
|---|---|---|---|
| 6 Speed Transmission | Steering Wheel Controls | AM Radio | Console/Storage |
| Traction Control | **BRAKES** | FM Radio | Intermittent Wipers |
| **SEATS** | Power Brakes | Stereo | **EXTERIOR** |
| Power Driver Seat | 4 Wheel Disc Brakes | Search/Seek | Power Mirrors |
| Power Passenger Seat | Anti-Lock Brakes (4) | CD Player | Dual Mirrors |
| Bucket Seats | Positraction | **INTERIOR** | Spoiler |
| Leather Seats | **GLASS** | Power Locks | Alarm |
| Heated Seats | Tinted Glass | Power Trunk/Tailgate | Fog Lamps |
| Reclining Seats | Rear Defogger | Air Conditioning | Keyless Entry |
| **STEERING** | Power Windows | Cruise Control | **PAINT** |
| Power Steering | **WHEELS** | Driver Air Bag | Clear Coat Paint |
| Tilt Wheel | Aluminum/Alloy Wheels | Passenger Air Bag | |

STATEFARM_TRIAL_0003

STATEFARM_0003

**Supplement of Record with Summary**

**Customer: TRIOLO, RICHARD**                                      **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | S01 | ****FINAL BILL****** | | 1 | 0.00 | 0.0 | 0.0 |
| 2 | **REAR BUMPER** | | | | | | | |
| 3 | | | O/H bumper assy | | 0 | 0.00 | 2.6 | 0.0 |
| 4 | * | Repl | Bumper cover w/reverse sensors | FR3Z-17K835-AB | 1 | 355.87 | Incl. | 3.4 |
| 5 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.4 |
| 6 | | | Add for reverse sens | | 0 | 0.00 | 0.4 | 0.0 |
| 7 | | Repl | Reverse sensor | FR3Z15K859AAPTM | 2 | 57.00 | 0.1 | 0.2 |
| 8 | * | Rpr | Valance panel | | 0 | 0.00 | 1.5 | 1.8 |
| 9 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 0.7 |
| 10 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 11 | # | | Flex Additive | | 1 | 5.00 T | 0.0 | 0.0 |
| 12 | | | | OTHER CHARGES | | | | |
| 13 | # | | | E.P.C. | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | **420.87** | **4.6** | **7.5** |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 412.87 |
| Body Labor | 4.6 hrs | @ | $ 42.00 /hr | 193.20 |
| Paint Labor | 7.5 hrs | @ | $ 42.00 /hr | 315.00 |
| Paint Supplies | 7.5 hrs | @ | $ 26.00 /hr | 195.00 |
| Miscellaneous | | | | 5.00 |
| Other Charges | | | | 3.00 |
| Pre-Tax Discount | | | -5.5 % | -61.82 |
| Subtotal | | | | 1,062.25 |
| Sales Tax | $ 1,062.25 | @ | 6.0000 % | 63.74 |
| County Tax | Tier 1  $ 1,062.25 | @ | 1.0000 % | 10.62 |
| **Grand Total** | | | | **1,136.61** |
| Deductible | | | | 500.00 |
| **CUSTOMER PAY** | | | | **500.00** |
| **INSURANCE PAY** | | | | **636.61** |

Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/
and select Check the Status of a Claim.  If you are already registered, thank you!

STATEFARM_TRIAL_0004

STATEFARM_0004

**Supplement of Record with Summary**

---

**Customer: TRIOLO, RICHARD**                                             **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Added Items** | | | | | | | | |
| 1 | # | S01 | ****FINAL BILL****** | | 1 | 0.00 | 0.0 | 0.0 |
| | | | | **SUBTOTALS** | | **0.00** | **0.0** | **0.0** |

### TOTALS SUMMARY

| Category | Basis | Rate | Cost $ |
|----------|-------|------|--------|
| Parts | | | 0.00 |
| Subtotal | | | 0.00 |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|--|--|--|
| Estimate | 1,136.61 | Aaron Johnson |
| Supplement S01 | 0.00 | Aaron Johnson |
| **Job Total:** | **$ 1,136.61** | |
| **CUSTOMER PAY:** | **$ 500.00** | |
| **INSURANCE PAY:** | **$ 636.61** | |

---

*ALL REPAIRS MUST BE PAID IN FULL PRIOR TO DELIVERY OF VEHICLE*

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE(FLORIDA STATUTES TITLE XLVI, CHAPTER 817.234). FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT,IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

STATEFARM_TRIAL_0005

STATEFARM_0005

**Supplement of Record with Summary**

**Customer: TRIOLO, RICHARD**                                          **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide DR2JC15, CCC Data Date 4/10/2017, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer.  OEM parts are available at OE/Vehicle dealerships.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships.  OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount.  OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships.  Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category.  X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category.  M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel.  CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel.  HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace.  R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel.  Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

STATEFARM_TRIAL_0006

STATEFARM_0006

**Supplement of Record with Summary**

---

**Customer: TRIOLO, RICHARD**                                        **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 4 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z-17K835-AB<br>Bumper cover w/reverse sensors | $ 355.87 |
| 7 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z15K859AAPTM<br>Reverse sensor | $ 28.50 |

STATEFARM_TRIAL_0007

STATEFARM_0007

# AutoNation Collision Center Orange_Park

7700 BLANDING BLVD, JACKSONVILLE, FL 32244

Phone: (904) 317-7750

FAX: (904) 779-7655

| | |
|---|---|
| Workfile ID: | c1463b9b |
| Federal ID: | 650730472 |

## Estimate of Record

**Customer: TRIOLO, RICHARD**　　　　　　　　　　　　　　　　　　　**Job Number: 161122**

Written By: Aaron Johnson, 4/6/2017 5:30:30 PM
Adjuster: Express Team A, (855) 341-8184 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | TRIOLO, RICHARD | Policy #: | | Claim #: | 59-0839-4M701 |
| Type of Loss: | Collision | Date of Loss: | 2/11/2017 1:08 PM | Days to Repair: | 4 |
| Point of Impact: | 06 Rear | | | | |

| Owner: | Inspection Location: | Insurance Company: |
|---|---|---|
| TRIOLO, RICHARD | AutoNation Collision Center Orange_Park | STATE FARM INSURANCE COMPANIES |
| 1933 ECLIPSE DR | 7700 BLANDING BLVD | |
| MIDDLEBURG, FL 32068-7718 | JACKSONVILLE, FL 32244 | |
| (631) 603-4863 Cell | Repair Facility | |
| (631) 603-4863 Other | (904) 317-7750 Day | |

**Vehicle Drop Off Date:**　　03/02/2017　　　**Repair Start Date:**　　　03/08/2017

## VEHICLE

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | 1FA6P8CF8G5215133 | Interior Color: | | Mileage In: | 14,753 | Vehicle Out: | |
| License: | EEQM38 | Exterior Color: | GREY | Mileage Out: | | | |
| State: | FL | Production Date: | 9/2015 | Condition: | | Job #: | 161122 |

| TRANSMISSION | | RADIO | |
|---|---|---|---|
| 6 Speed Transmission | Telescopic Wheel | RADIO | Front Side Impact Air Bags |
| Traction Control | Steering Wheel Controls | AM Radio | Console/Storage |
| **SEATS** | **BRAKES** | FM Radio | Intermittent Wipers |
| Power Driver Seat | Power Brakes | Stereo | **EXTERIOR** |
| Power Passenger Seat | 4 Wheel Disc Brakes | Search/Seek | Power Mirrors |
| Bucket Seats | Anti-Lock Brakes (4) | CD Player | Dual Mirrors |
| Leather Seats | Positraction | **INTERIOR** | Spoiler |
| Heated Seats | **GLASS** | Power Locks | Alarm |
| Reclining Seats | Tinted Glass | Power Trunk/Tailgate | Fog Lamps |
| **STEERING** | Rear Defogger | Air Conditioning | Keyless Entry |
| Power Steering | Power Windows | Cruise Control | **PAINT** |
| Tilt Wheel | **WHEELS** | Driver Air Bag | Clear Coat Paint |
| | Aluminum/Alloy Wheels | Passenger Air Bag | |

STATEFARM_TRIAL_0008

STATEFARM_0008

**Estimate of Record**

**Customer: TRIOLO, RICHARD**                                                      **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|------|---|-------------|-------------|-----|------------------|-------|-------|
| 1 | **REAR BUMPER** | | | | | | | |
| 2 | | | O/H bumper assy | | 0 | 0.00 | 2.6 | 0.0 |
| 3 | * | Repl | Bumper cover w/reverse sensors | FR3Z-17K835-AB | 1 | 355.87 | Incl. | 3.4 |
| 4 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.4 |
| 5 | | | Add for reverse sens | | 0 | 0.00 | 0.4 | 0.0 |
| 6 | | Repl | Reverse sensor | FR3Z15K859AAPTM | 2 | 57.00 | 0.1 | 0.2 |
| 7 | * | Rpr | Valance panel | | 0 | 0.00 | 1.5 | 1.8 |
| 8 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 0.7 |
| 9 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 10 | # | | Flex Additive | | 1 | 5.00 T | 0.0 | 0.0 |
| 11 | | | | OTHER CHARGES | | | | |
| 12 | # | | | E.P.C. | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | **420.87** | **4.6** | **7.5** |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 412.87 |
| Body Labor | 4.6 hrs | @ | $ 42.00 /hr | 193.20 |
| Paint Labor | 7.5 hrs | @ | $ 42.00 /hr | 315.00 |
| Paint Supplies | 7.5 hrs | @ | $ 26.00 /hr | 195.00 |
| Miscellaneous | | | | 5.00 |
| Other Charges | | | | 3.00 |
| Pre-Tax Discount | | | -5.5 % | -61.82 |
| Subtotal | | | | 1,062.25 |
| Sales Tax | $ 1,062.25 | @ | 6.0000 % | 63.74 |
| County Tax | Tier 1 | $ 1,062.25 | @ 1.0000 % | 10.62 |
| **Grand Total** | | | | **1,136.61** |
| Deductible | | | | 500.00 |
| **CUSTOMER PAY** | | | | **500.00** |
| **INSURANCE PAY** | | | | **636.61** |

Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/
and select Check the Status of a Claim.  If you are already registered, thank you!


**\*ALL REPAIRS MUST BE PAID IN FULL PRIOR TO DELIVERY OF VEHICLE\***

STATEFARM_TRIAL_0009

STATEFARM_0009

**Estimate of Record**

**Customer: TRIOLO, RICHARD**                                          **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE(FLORIDA STATUTES TITLE XLVI, CHAPTER 817.234). FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT,IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

**Estimate of Record**

**Customer: TRIOLO, RICHARD**                                              **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide DR2JC15, CCC Data Date 4/3/2017, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer.  OEM parts are available at OE/Vehicle dealerships.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships.  OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount.  OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships.  Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category.  X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category.  M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel.  CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel.  HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace.  R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel.  Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

STATEFARM_TRIAL_0011

STATEFARM_0011

**Estimate of Record**
1847

**Customer: TRIOLO, RICHARD**                                    **Job Number: 161122**

2016 FORD Mustang GT Premium Fastback 2D CPE 8-5.0L Gasoline Sequential MPI GREY

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 3 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z-17K835-AB<br>Bumper cover w/reverse sensors | $ 355.87 |
| 6 | Autonation Ford Lincoln of Orange Park<br>7700 Blanding Blvd<br>Jacksonville FL 32244<br>(904) 317-7600 | #FR3Z15K859AAPTM<br>Reverse sensor | $ 28.50 |

STATEFARM_TRIAL_0012

STATEFARM_0012

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company<br>PIPMPC A1 Office - WIN |

| | | |
|---|---|---|
| **Patient:** | Richard Triolo<br>c/o Kinney & Sasso, P.A.<br>9191 R G SKINNER PKWY UNIT 703<br>JACKSONVILLE, FL 32256-9662 | **Provider:** Lcm Imaging Inc<br>PO BOX 677642<br>DALLAS, TX 75267 |

| | | |
|---|---|---|
| **Claim Handler:** Colleen Smith | | **Named Insured:** TRIOLO, RICHARD |
| **Address:** PO Box 106134<br>Atlanta, GA 30348-6134 | | **Policy Number:** C708-937-59A |
| **Phone:** (844)292-8615 | **Ext:** 8633182817 | |
| **Date Received:** 04-23-2018 | | **TIN:** 593491669 |
| **Jurisdiction:** Florida | | **Payment Number:** 119643585J |
| **Bill Reference Number:** 407365 | | **Zip of Service:** 32073-4504 |

**Diagnosis Codes:** M48.061 - Spinal stenosis, lumbar region without neurogenic claudication
V89.2XXA - Person injured in unspecified motor-vehicle accident, traffic, initial encounter

| Line | Date of Service | POS | CPT/<br>HCPCS | MOD/TS | Units | Submitted<br>Amount | Approved<br>Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 04-04-2018 - 04-04-2018 | 11 | 72100 | | 1.00 | $95.79 | $79.88 | 681 |

| | |
|---|---|
| **Total Submitted Charges:** | $95.79 |
| **Total Approved Amount:** | $79.88 |
| **Amount Not Payable:** | $15.98 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $63.90 |

**Explanations**

681 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the 2007 Limiting Charge of Medicare physician fee schedule for the locale in which the services were rendered.

**Procedure Guide**

72100 - Radiologic examination, spine, lumbosacral; 2 or 3 views

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss **10/01/2017** or

| **DATE:** 05-04-2018 | **59-0839-4M7** | Professional |
|---|---|---|
| 1006978 | | 2006  147768  206  09-08-2017 |

later, the Emergency Medical Condition provisions of the Florida No-Fault statute are being applied. Please contact us if you have any questions.

**DATE:** 05-04-2018                                            **59-0839-4M7**                                            Professional

1006978                                                                                                         2006  147768  206  09-08-2017

STATEFARM_0014

 **StateFarm**®

# EXPLANATION OF REVIEW

This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company<br>PIPMPC A1 Office - WIN |

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jax Pain Injury Center Inc
2970 HARTLEY RD
JACKSONVILLE, FL 32257-6245

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 04-09-2018
**Jurisdiction:** Florida
**Bill Reference Number:** 69523467

**TIN:** 272694309
**Payment Number:** 119577972J
**Zip of Service:** 32257

**Diagnosis Codes:** M47.26 - Other spondylosis with radiculopathy, lumbar region
M51.26 - Other intervertebral disc displacement, lumbar region
M54.16 - Radiculopathy, lumbar region
M54.5 - Low back pain

| Line | Date of Service | POS | CPT/<br>HCPCS | MOD/TS | Units | Submitted<br>Amount | Approved<br>Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 03-06-2018 - 03-06-2018 | 11 | 99214 | | 1.00 | $378.34 | $216.48 | 305 |

| | |
|---|---|
| **Total Submitted Charges:** | $378.34 |
| **Total Approved Amount:** | $216.48 |
| **Amount Not Payable:** | $43.30 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $173.18 |

**Explanations**

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

99214 - Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 25 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount

**DATE:** 04-11-2018                                          **59-0839-4M7**                                          Professional

1006978                                                                                                                    2006  147768  206  09-08-2017

for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss **10/01/2017** or later, the Emergency Medical Condition provisions of the Florida No-Fault statute are being applied. Please contact us if you have any questions.

**DATE:** 04-11-2018                                                    **59-0839-4M7**                                                    Professional

1006978                                                                                                    2006  147768  206  09-08-2017

STATEFARM_0016

 **State Farm** ®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jax Pain Injury Center Inc
2970 HARTLEY RD
JACKSONVILLE, FL 32257-6245

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 02-05-2018
**Jurisdiction:** Florida
**Bill Reference Number:** 69523467

**TIN:** 272694309
**Payment Number:**
**Zip of Service:** 32257

**Diagnosis Codes:** M47.26 - Other spondylosis with radiculopathy, lumbar region
M51.26 - Other intervertebral disc displacement, lumbar region
M54.16 - Radiculopathy, lumbar region
M54.5 - Low back pain

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 01-04-2018 - 01-04-2018 | 11 | 99214 | | 1.00 | $280.03 | $0.00 | SF438 |

| | |
|---|---|
| **Total Submitted Charges:** | $280.03 |
| **Total Approved Amount:** | $0.00 |
| **Amount Not Payable:** | $0.00 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $0.00 |

### Explanations

SF438 - Pursuant to Florida Statute 627.736(6)b, medical records must be provided at the request of the insurer. Medical records corresponding to the date of service billed have not been provided. These records have been previously requested or are being requested at this time

### Procedure Guide

99214 - Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 25 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

**DATE:** 02-06-2018    **59-0839-4M7**    Professional

1006978    2006 147768 206 09-08-2017

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss **10/01/2017** or later, the Emergency Medical Condition provisions of the Florida No-Fault statute are being applied. Please contact us if you have any questions.

 **StateFarm®**

# EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jax Pain Injury Center Inc
2970 HARTLEY RD
JACKSONVILLE, FL 32257-6245

**Claim Handler:** Colleen Smith    **Named Insured:** TRIOLO, RICHARD
**Address:** PO Box 106134    **Policy Number:** C708-937-59A
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Date Received:** 01-23-2018    **TIN:** 272694309
**Jurisdiction:** Florida    **Payment Number:** 119357480J
**Bill Reference Number:** 69523467    **Zip of Service:** 32257

**Diagnosis Codes:** M46.1 - Sacroiliitis, not elsewhere classified
M47.26 - Other spondylosis with radiculopathy, lumbar region
M51.26 - Other intervertebral disc displacement, lumbar region
M54.5 - Low back pain

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 12-07-2017 - 12-07-2017 | 11 | 99214 | | 1.00 | $269.23 | $215.38 | SF438 |

| | |
|---|---|
| **Total Submitted Charges:** | $269.23 |
| **Total Approved Amount:** | $215.38 |
| **Amount Not Payable:** | $43.08 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $172.30 |

**Explanations**

SF438 - Pursuant to Florida Statute 627.736(6)b, medical records must be provided at the request of the insurer. Medical records corresponding to the date of service billed have not been provided. These records have been previously requested or are being requested at this time

**Procedure Guide**

99214 - Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 25 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

**DATE:** 01-28-2018    **59-0839-4M7**    Professional
1006978    2006 147768 206 09-08-2017

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss **10/01/2017** or later, the Emergency Medical Condition provisions of the Florida No-Fault statute are being applied. Please contact us if you have any questions.

**DATE:** 01-28-2018                                     **59-0839-4M7**                                     Professional

1006978                                                                                                      2006  147768  206  09-08-2017

STATEFARM_0020

 **StateFarm**®

# EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7          **Date of Loss:** 02-11-2017          **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Universal Neurological Care Pa
PO BOX 17809
JACKSONVILLE, FL 32245-7809

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 10-18-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 3259

**TIN:** 472883078
**Payment Number:** 119076965J
**Zip of Service:** 32216-4223

**Diagnosis Codes:** G47.00 - Insomnia, unspecified
M54.16 - Radiculopathy, lumbar region
M54.2 - Cervicalgia
R26.89 - Other abnormalities of gait and mobility

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 05-25-2017 - 05-25-2017 | 11 | 99214 | | 1.00 | $220.00 | $215.38 | 305 |

| | |
|---|---|
| **Total Submitted Charges:** | $220.00 |
| **Total Approved Amount:** | $215.38 |
| **Amount Not Payable:** | $43.08 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $172.30 |

**Explanations**

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

99214 - Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 25 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount

**DATE:** 10-24-2017                    **59-0839-4M7**                    Professional

1006978                                                                                              2005 147768 205 06-14-2017

for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Effective for all claims with a reported date of loss **10/01/2017** or later, the Emergency Medical Condition provisions of the Florida No-Fault statute are being applied. Please contact us if you have any questions.

**DATE:** 10-24-2017                    **59-0839-4M7**                    Professional

1006978                                                          2005 147768 205 06-14-2017

STATEFARM_TRIAL_0022

STATEFARM_0022

 **StateFarm**®

## EXPLANATION OF REVIEW
This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company |
| | | PIPMPC A1 Office - WIN |

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 07-28-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 42566Z25519

**TIN:** 263161335
**Payment Number:** 119823698J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 07-20-2017 - 07-20-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |
| 2 | 07-20-2017 - 07-20-2017 | 11 | 97530 | | 1.00 | $50.00 | $50.00 | |
| 3 | 07-20-2017 - 07-20-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $146.00 |
| **Total Approved Amount:** | $146.00 |
| **Amount Not Payable:** | $29.20 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $116.80 |

### Procedure Guide

97012 - Application of a modality to 1 or more areas; traction, mechanical
97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

**DATE:** 08-02-2017    **59-0839-4M7**    Professional

1006978    2005  147768  205  06-14-2017

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 08-02-2017                                  **59-0839-4M7**                                  Professional

1006978                                                                                      2005  147768  205  06-14-2017

STATEFARM_0024

 **State Farm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7          **Date of Loss:** 02-11-2017          **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:**  Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:**  Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 07-24-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 41950Z25519

**TIN:** 263161335
**Payment Number:** 119807455J
**Zip of Service:** 32073-5567

**Diagnosis Codes:**  G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 07-11-2017 - 07-11-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |
| 2 | 07-11-2017 - 07-11-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |

| | |
|---|---|
| **Total Submitted Charges:** | $191.00 |
| **Total Approved Amount:** | $185.92 |
| **Amount Not Payable:** | $37.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $148.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.
305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 07-27-2017                    **59-0839-4M7**                    Professional

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 07-27-2017                                    **59-0839-4M7**                                    Professional

1006978                                                                                                    2005  147768  205  06-14-2017

STATEFARM_0026

 **State Farm**®

## EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7     **Date of Loss:** 02-11-2017     **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 07-17-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 41412Z25519

**TIN:** 263161335
**Payment Number:** 119784848J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 06-30-2017 - 06-30-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 2 | 06-30-2017 - 06-30-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |
| 3 | 06-30-2017 - 06-30-2017 | 11 | A4595 | | 3.00 | $27.00 | $27.00 | SF716 |
| 4 | 06-30-2017 - 06-30-2017 | 11 | E0730 | | 1.00 | $2,085.00 | $741.12 | 438 |

| | |
|---|---|
| **Total Submitted Charges:** | $2,303.00 |
| **Total Approved Amount:** | $954.04 |
| **Amount Not Payable:** | $190.81 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $763.23 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 07-20-2017                     **59-0839-4M7**                     Professional

STATEFARM_TRIAL_0027

STATEFARM_0027

438 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the 2007 Medicare Part B physician fee schedule for the locale in which the services were rendered.
SF716 - Pursuant to FS 627.736 (5)(a)(1), you may charge only a reasonable amount for the services and/or supplies rendered. Further pursuant to that statute, we have given consideration to reimbursement levels in the community and various federal and state medical fee schedules applicable to automobile and other insurance coverages, and other information relevant to the reasonableness of the reimbursement for the service, treatment or supply in determining our reimbursement for this charge. If you feel this amount is not reasonable, please provide additional information you consider relevant for our consideration.

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions
A4595 - Electrical stimulator supplies, 2 lead, per month, (e.g., TENS, NMES)
E0730 - Transcutaneous electrical nerve stimulation (TENS) device, 4 or more leads, for multiple nerve stimulation

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company |
| | | PIPMPC A1 Office - WIN |

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 07-05-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 40920Z25519

**TIN:** 263161335
**Payment Number:** 119752996J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 06-22-2017 - 06-22-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 2 | 06-22-2017 - 06-22-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $191.00 |
| **Total Approved Amount:** | $185.92 |
| **Amount Not Payable:** | $37.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $148.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 07-10-2017

**59-0839-4M7**

Professional

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - WIN

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Colleen Smith
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 8633182817

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 05-30-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 37837Z25519

**TIN:** 263161335
**Payment Number:** 119643636J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 05-19-2017 - 05-19-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |
| 2 | 05-19-2017 - 05-19-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |

| | |
|---|---|
| **Total Submitted Charges:** | $191.00 |
| **Total Approved Amount:** | $185.92 |
| **Amount Not Payable:** | $37.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $148.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.


**EXPLANATION OF REVIEW**

This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company<br>PIPMPC A1 Office - WIN |

| | |
|---|---|
| **Patient:** Richard Triolo<br>c/o Kinney & Sasso, P.A.<br>9191 R G SKINNER PKWY UNIT 703<br>JACKSONVILLE, FL 32256-9662 | **Provider:** Universal Neurological Care Pa<br>PO BOX 17809<br>JACKSONVILLE, FL 32245-7809 |

| | |
|---|---|
| **Claim Handler:** Colleen Smith | **Named Insured:** TRIOLO, RICHARD |
| **Address:** PO Box 106134<br>Atlanta, GA 30348-6134 | **Policy Number:** C708-937-59A |
| **Phone:** (844)292-8615    **Ext:** 8633182817 | |
| **Date Received:** 05-23-2017 | **TIN:** 472883078 |
| **Jurisdiction:** Florida | **Payment Number:** 119634988J |
| **Bill Reference Number:** 3151 | **Zip of Service:** 32216-4223 |

**Diagnosis Codes:** M54.16 - Radiculopathy, lumbar region

| Line | Date of Service | POS | CPT/<br>HCPCS | MOD/TS | Units | Submitted<br>Amount | Approved<br>Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 05-10-2017 - 05-10-2017 | 11 | 95886 | | 1.00 | $180.00 | $180.00 | |
| 2 | 05-10-2017 - 05-10-2017 | 11 | 95913 | | 1.00 | $440.00 | $440.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $620.00 |
| **Total Approved Amount:** | $620.00 |
| **Amount Not Payable:** | $124.00 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $496.00 |

**Procedure Guide**

95886 - Needle electromyography, each extremity, with related paraspinal areas, when performed, done with nerve conduction, amplitude and latency/velocity study; complete, 5 or more muscles studied, innervated by 3 or more nerves or 4 or more spinal levels (List separately in addition to code for primary procedure)
95913 - Nerve conduction studies; 13 or more studies

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 05-30-2017                    **59-0839-4M7**                    Professional

1006978                                                                    2004 147768 204 02-21-2017

STATEFARM_0033



## EXPLANATION OF REVIEW
This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company<br>PIPMPC D1 Office - DAL |

| | | |
|---|---|---|
| **Patient:** Richard Triolo<br>c/o Kinney & Sasso, P.A.<br>9191 R G SKINNER PKWY UNIT 703<br>JACKSONVILLE, FL 32256-9662 | | **Provider:** Jacksonville Sport & Spine<br>2233 PARK AVE STE 200-B<br>ORANGE PARK, FL 32073-5567 |

| | |
|---|---|
| **Claim Handler:** Barry Hunter | **Named Insured:** TRIOLO, RICHARD |
| **Address:** PO Box 106170<br>Atlanta, GA 30348-6170 | **Policy Number:** C708-937-59A |
| **Phone:** (844)292-8615 **Ext:** 9727445384 | |

| | |
|---|---|
| **Date Received:** 05-22-2017 | **TIN:** 263161335 |
| **Jurisdiction:** Florida | **Payment Number:** 119628472J |
| **Bill Reference Number:** 37606Z25519 | **Zip of Service:** 32073-5567 |

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/<br>HCPCS | MOD/TS | Units | Submitted<br>Amount | Approved<br>Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 04-27-2017 - 04-27-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 2 | 04-27-2017 - 04-27-2017 | 11 | 99213 | 25 | 1.00 | $181.00 | $146.34 | 305,166 |
| 3 | 04-27-2017 - 04-27-2017 | 11 | 97110 | | 1.00 | $60.00 | $60.00 | |
| 4 | 04-27-2017 - 04-27-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $432.00 |
| **Total Approved Amount:** | $392.26 |
| **Amount Not Payable:** | $78.45 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $313.81 |

### Explanations

166 - The provider has used modifier -25 to identify that on this date of service, the patient's condition required a significant, separately identifiable E/M service above and beyond the other service provided or beyond the usual preoperative and postoperative care associated with the procedure that was performed. The E/M service may be prompted by the symptom or condition for which the procedure and/or service were provided. As such, different diagnoses are not required for reporting of the E/M services on the same date. Documentation should be submitted by the provider verifying the usage of this modifier.

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury

1006978                                                                                              2004  147768  204  02-21-2017

STATEFARM_TRIAL_0034

STATEFARM_0034

(or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.
305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

97110 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility
97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions
99213 - Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: An expanded problem focused history; An expanded problem focused examination; Medical decision making of low complexity. Counseling and coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of low to moderate severity. Typically, 15 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 05-26-2017                              **59-0839-4M7**                              Professional

1006978                                                                                        2004  147768  204  02-21-2017

STATEFARM_0035

  **EXPLANATION OF REVIEW**

This is not a bill

**Claim Number:** 59-0839-4M7   **Date of Loss:** 02-11-2017   **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - MIA

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Gema Cerna
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615   **Ext:** 3055204747

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 05-19-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 37264Z25519

**TIN:** 263161335
**Payment Number:** 119616098J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 05-11-2017 - 05-11-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 2 | 05-11-2017 - 05-11-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $191.00 |
| **Total Approved Amount:** | $185.92 |
| **Amount Not Payable:** | $37.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $148.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 05-23-2017           **59-0839-4M7**           Professional

1006978                                                          2004  147768  204  02-21-2017

STATEFARM_TRIAL_0036

STATEFARM_0036

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **State Farm**®

# EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7          **Date of Loss:** 02-11-2017          **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Barry Hunter          **Named Insured:** TRIOLO, RICHARD
**Address:** PO Box 106134          **Policy Number:** C708-937-59A
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 9727445384

**Date Received:** 04-24-2017          **TIN:** 263161335
**Jurisdiction:** Florida          **Payment Number:** 119544316J
**Bill Reference Number:** 35548Z25519          **Zip of Service:** 32073-5567

**Diagnosis Codes:** G47.9 - Sleep disorder, unspecified
M51.17 - Intervertebral disc disorders with radiculopathy, lumbosacral region
M62.838 - Other muscle spasm
S23.3XXA - Sprain of ligaments of thoracic spine, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 04-13-2017 - 04-13-2017 | 11 | 97140 | | 2.00 | $125.00 | $119.92 | 305 |

| | |
|---|---|
| **Total Submitted Charges:** | $125.00 |
| **Total Approved Amount:** | $119.92 |
| **Amount Not Payable:** | $23.98 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $95.94 |

**Explanations**

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount
for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim

**DATE:** 04-28-2017                    **59-0839-4M7**                    Professional
1006978                                                                                                                    2004 147768 204 02-21-2017

STATEFARM_0038

containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 04-28-2017                                    **59-0839-4M7**                                    Professional

 **State Farm** ®

## EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7          **Date of Loss:** 02-11-2017          **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Baymeadows Mri
7999 PHILIPS HWY STE 311
JACKSONVILLE, FL 32256-4404

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 04-21-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 16962

**TIN:** 453735491
**Payment Number:** 119541891K
**Zip of Service:** 32256-2121

**Diagnosis Codes:** M51.26 - Other intervertebral disc displacement, lumbar region
M54.16 - Radiculopathy, lumbar region
M54.5 - Low back pain

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 04-04-2017 - 04-04-2017 | 49 | 72148 | | 1.00 | $1,300.00 | $1,164.92 | 681 |

| | |
|---|---|
| **Total Submitted Charges:** | $1,300.00 |
| **Total Approved Amount:** | $1,164.92 |
| **Amount Not Payable:** | $232.98 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $931.94 |

**Explanations**

681 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the 2007 Limiting Charge of Medicare physician fee schedule for the locale in which the services were rendered.

**Procedure Guide**

72148 - Magnetic resonance (eg, proton) imaging, spinal canal and contents, lumbar; without contrast material

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

**DATE:** 04-27-2017                    **59-0839-4M7**                    Professional
1006978                                                                2004 147768 204 02-21-2017

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm**®

# EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7     **Date of Loss:** 02-11-2017     **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 02-28-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 32027Z25519

**TIN:** 263161335
**Payment Number:** 119540098J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** M50.120 - Mid-cervical disc disorder, unspecified
M53.1 - Cervicobrachial syndrome
S06.0X0A - Concussion without loss of consciousness, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 02-16-2017 - 02-16-2017 | 11 | 99203 | 25 | 1.00 | $181.00 | $181.00 | 166 |
| 2 | 02-16-2017 - 02-16-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |
| 3 | 02-16-2017 - 02-16-2017 | 11 | 97530 | | 1.00 | $50.00 | $50.00 | |
| 4 | 02-16-2017 - 02-16-2017 | 11 | L0627 | | 1.00 | $690.00 | $690.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $951.00 |
| **Total Approved Amount:** | $951.00 |
| **Amount Not Payable:** | $190.20 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Interest:** | $6.43 |
| **Paid Amount:** | $767.23 |

## Explanations

166 - The provider has used modifier -25 to identify that on this date of service, the patient's condition required a significant, separately identifiable E/M service above and beyond the other service provided or beyond the usual preoperative and postoperative care associated with the procedure that was performed. The E/M service may be prompted by the symptom or condition for which the procedure and/or service were provided. As such, different diagnoses are not required for reporting of the E/M services on the same date. Documentation should be submitted by the provider verifying the usage of this modifier.

## Procedure Guide

97012 - Application of a modality to 1 or more areas; traction, mechanical

**DATE:** 04-27-2017                **59-0839-4M7**                Professional

97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes

99203 - Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A detailed history; A detailed examination; Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate severity. Typically, 30 minutes are spent face-to-face with the patient and/or family.

L0627 - Lumbar orthotic, sagittal control, with rigid anterior and posterior panels, posterior extends from L-1 to below L-5 vertebra, produces intracavitary pressure to reduce load on the intervertebral discs, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated, includes fitting and adjustment

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 04-27-2017         **59-0839-4M7**         Professional

 **State Farm** ®

# EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7          **Date of Loss:** 02-11-2017          **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Universal Neurological Care Pa
PO BOX 17809
JACKSONVILLE, FL 32245-7809

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615     **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 04-14-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 2539

**TIN:** 472883078
**Payment Number:** 119509982J
**Zip of Service:** 32216-4223

**Diagnosis Codes:** F07.81 - Postconcussional syndrome
R41.89 - Other symptoms and signs involving cognitive functions and awareness

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 03-21-2017 - 03-21-2017 | 11 | 99211 | | 1.00 | $50.00 | $42.14 | 681 |

|  |  |
|---|---|
| **Total Submitted Charges:** | $50.00 |
| **Total Approved Amount:** | $42.14 |
| **Amount Not Payable:** | $8.43 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $33.71 |

**Explanations**

681 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the 2007 Limiting Charge of Medicare physician fee schedule for the locale in which the services were rendered.

**Procedure Guide**

99211 - Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician or other qualified health care professional. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

**DATE:** 04-18-2017                    **59-0839-4M7**                    Professional

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm®**

# EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7     **Date of Loss:** 02-11-2017     **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 04-10-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 34509Z25519

**TIN:** 263161335
**Payment Number:** 119496945J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** M50.120 - Mid-cervical disc disorder, unspecified
M53.1 - Cervicobrachial syndrome
S06.0X0A - Concussion without loss of consciousness, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 03-30-2017 - 03-30-2017 | 11 | 97530 | 59 | 1.00 | $50.00 | $50.00 | 179 |
| 2 | 03-30-2017 - 03-30-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 3 | 03-30-2017 - 03-30-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $241.00 |
| **Total Approved Amount:** | $235.92 |
| **Amount Not Payable:** | $47.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $188.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.
305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 04-13-2017             **59-0839-4M7**             Professional
1006978                                                                2003  147768  203  01-25-2017

**Procedure Guide**

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes

98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7  **Date of Loss:** 02-11-2017  **Office Name:** State Farm Mutual Automobile Insurance
Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo       **Provider:** Jacksonville Sport & Spine
c/o Kinney & Sasso, P.A.           2233 PARK AVE STE 200-B
9191 R G SKINNER PKWY UNIT 703     ORANGE PARK, FL 32073-5567
JACKSONVILLE, FL 32256-9662

**Claim Handler:** Barry Hunter       **Named Insured:** TRIOLO, RICHARD
**Address:** PO Box 106134        **Policy Number:** C708-937-59A
Atlanta, GA 30348-6134
**Phone:** (844)292-8615  **Ext:** 9727445384

**Date Received:** 03-27-2017         **TIN:** 263161335
**Jurisdiction:** Florida       **Payment Number:** 119452786J
**Bill Reference Number:** 33422Z25519      **Zip of Service:** 32073-5567

**Diagnosis Codes:** M50.12 - Cervical disc disorder with radiculopathy, mid-cervical region
M53.1 - Cervicobrachial syndrome
S06.0X0A - Concussion without loss of consciousness, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 03-15-2017 - 03-15-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |
| 2 | 03-15-2017 - 03-15-2017 | 11 | 97530 | 59 | 1.00 | $50.00 | $50.00 | 179 |
| 3 | 03-15-2017 - 03-15-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 4 | 03-15-2017 - 03-15-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

|  |  |
|---|---:|
| **Total Submitted Charges:** | $271.00 |
| **Total Approved Amount:** | $265.92 |
| **Amount Not Payable:** | $53.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $212.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.
305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 03-29-2017         **59-0839-4M7**         Professional

1006978                         2003  147768  203  01-25-2017

**Procedure Guide**

97012 - Application of a modality to 1 or more areas; traction, mechanical

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes

98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 03-29-2017                                    **59-0839-4M7**                                    Professional

1006978                                                                                                 2003  147768  203  01-25-2017

STATEFARM_TRIAL_0049

STATEFARM_0049

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7        **Date of Loss:** 02-11-2017        **Office Name:** State Farm Mutual Automobile Insurance
Company
PIPMPC A1 Office - DAL

**Patient:**  Richard Triolo                                    **Provider:**  Baptist Medical Center
c/o Kinney & Sasso, P.A.                                          PO BOX 45094
9191 R G SKINNER PKWY UNIT 703                    JACKSONVILLE, FL 32232-5094
JACKSONVILLE, FL 32256-9662

**Claim Handler:** Barry Hunter                        **Named Insured:** TRIOLO, RICHARD
**Address:** PO Box 106134                            **Policy Number:** C708-937-59A
Atlanta, GA 30348-6134
**Phone:** (844)292-8615      **Ext:** 9727445384

**Date Received:** 03-27-2017                              **TIN:** 590747311
**Jurisdiction:** Florida                          **Payment Number:** 119450210K
**Bill Reference Number:** 55043210                      **Zip of Service:** 32258-2460

**Submitted DRG:**                                        **Adjusted DRG:**
**Bill Type:** 131                        **Estimated Amount Due:** $0.00
**Admission Date:** 02-11-2017                        **Discharge Date:** 02-11-2017

**Diagnosis Codes:** S16.1XXA - Strain of muscle, fascia and tendon at neck level, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | Rev Code | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|----------------|----------|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 02-11-2017 - 02-11-2017 | 0251 | | | 2.00 | $0.20 | $0.15 | 381 |
| 2 | 02-11-2017 - 02-11-2017 | 0350 | 72125 | | 1.00 | $1,958.00 | $1,468.50 | 381 |
| 3 | 02-11-2017 - 02-11-2017 | 0450 | 99282 | 25 | 1.00 | $563.00 | $422.25 | 381 |

| | |
|---|---|
| **Total Submitted Charges:** | $2,521.20 |
| **Total Approved Amount:** | $1,890.90 |
| **Amount Not Payable:** | $378.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $1,512.72 |

**Explanations**

381 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by
the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment
methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service
is based upon 75% of the hospital's usual and customary charges for emergency services.

**Procedure Guide**

72125 - Computed tomography, cervical spine; without contrast material
99282 - Emergency department visit for the evaluation and management of a patient, which requires these 3 key components: An
expanded problem focused history; An expanded problem focused examination; and Medical decision making of low complexity.

**DATE:** 03-28-2017                          **59-0839-4M7**                                      Institutional
1006978                                                                                              2003  147768  203  01-25-2017

Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of low to moderate severity.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 03-28-2017                    **59-0839-4M7**                              Institutional

 **State Farm** ®

## EXPLANATION OF REVIEW
This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Universal Neurological Care Pa
PO BOX 17809
JACKSONVILLE, FL 32245-7809

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 03-27-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 2503

**TIN:** 472883078
**Payment Number:** 119448558J
**Zip of Service:** 32216-4223

**Diagnosis Codes:** G47.00 - Insomnia, unspecified
M54.16 - Radiculopathy, lumbar region
M54.2 - Cervicalgia
R26.89 - Other abnormalities of gait and mobility

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 03-16-2017 - 03-16-2017 | 11 | 99205 | | 1.00 | $420.00 | $418.00 | 305 |

| | |
|---|---|
| **Total Submitted Charges:** | $420.00 |
| **Total Approved Amount:** | $418.00 |
| **Amount Not Payable:** | $83.60 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $334.40 |

**Explanations**

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

99205 - Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A comprehensive history; A comprehensive examination; Medical decision making of high complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consisteith the nature of the problem(s) and the patients and/or familys needs. Usually, the presenting problem(s) are of modemoderate to high severity. Typically, 60 minutes are spent face-to-face with the patient and/or family.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount

**DATE:** 03-28-2017                    **59-0839-4M7**                    Professional

1006978                                                                                          2003  147768  203  01-25-2017

STATEFARM_TRIAL_0052

STATEFARM_0052

for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 03-28-2017                              **59-0839-4M7**                              Professional

1006978                                                                                  2003  147768  203  01-25-2017

STATEFARM_0053

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

| | | |
|---|---|---|
| **Claim Number:** 59-0839-4M7 | **Date of Loss:** 02-11-2017 | **Office Name:** State Farm Mutual Automobile Insurance Company |
| | | PIPMPC A1 Office - DAL |

| | |
|---|---|
| **Patient:** Richard Triolo | **Provider:** Jacksonville Sport & Spine |
| c/o Kinney & Sasso, P.A. | 2233 PARK AVE STE 200-B |
| 9191 R G SKINNER PKWY UNIT 703 | ORANGE PARK, FL 32073-5567 |
| JACKSONVILLE, FL 32256-9662 | |

| | |
|---|---|
| **Claim Handler:** Barry Hunter | **Named Insured:** TRIOLO, RICHARD |
| **Address:** PO Box 106134 | **Policy Number:** C708-937-59A |
| Atlanta, GA 30348-6134 | |
| **Phone:** (844)292-8615    **Ext:** 9727445384 | |

| | |
|---|---|
| **Date Received:** 03-09-2017 | **TIN:** 263161335 |
| **Jurisdiction:** Florida | **Payment Number:** 119431248J |
| **Bill Reference Number:** 32478Z25519 | **Zip of Service:** 32073-5567 |

**Diagnosis Codes:** M50.120 - Mid-cervical disc disorder, unspecified
M53.1 - Cervicobrachial syndrome
S06.0X0A - Concussion without loss of consciousness, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|---|---|---|---|---|---|---|---|---|
| 1 | 02-21-2017 - 02-21-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |
| 2 | 02-21-2017 - 02-21-2017 | 11 | 97530 | 59 | 1.00 | $50.00 | $50.00 | 179 |
| 3 | 02-21-2017 - 02-21-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 4 | 02-21-2017 - 02-21-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |
| 5 | 03-02-2017 - 03-02-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |
| 6 | 03-02-2017 - 03-02-2017 | 11 | 97530 | 59 | 1.00 | $50.00 | $50.00 | 179 |
| 7 | 03-02-2017 - 03-02-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 8 | 03-02-2017 - 03-02-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $542.00 |
| **Total Approved Amount:** | $531.84 |
| **Amount Not Payable:** | $106.37 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $425.47 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.

**DATE:** 03-22-2017                **59-0839-4M7**                Professional

STATEFARM_TRIAL_0054

STATEFARM_0054

305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**Procedure Guide**

97012 - Application of a modality to 1 or more areas; traction, mechanical

97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes

98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 03-22-2017                    **59-0839-4M7**                    Professional

1006978                                                                                            2003  147768  203  01-25-2017

STATEFARM_0055

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Jacksonville Sport & Spine
2233 PARK AVE STE 200-B
ORANGE PARK, FL 32073-5567

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615   **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 03-16-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 32915Z25519

**TIN:** 263161335
**Payment Number:** 119431248J
**Zip of Service:** 32073-5567

**Diagnosis Codes:** M50.120 - Mid-cervical disc disorder, unspecified
M53.1 - Cervicobrachial syndrome
S06.0X0A - Concussion without loss of consciousness, initial encounter
V49.49XA - Driver injured in collision with other motor vehicles in traffic accident, initial encounter

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|------------|--------|-------|------------------|-----------------|--------------|
| 1 | 03-07-2017 - 03-07-2017 | 11 | 97012 | | 1.00 | $30.00 | $30.00 | |
| 2 | 03-07-2017 - 03-07-2017 | 11 | 97530 | 59 | 1.00 | $50.00 | $50.00 | 179 |
| 3 | 03-07-2017 - 03-07-2017 | 11 | 97140 | 59 | 2.00 | $125.00 | $119.92 | 305,179 |
| 4 | 03-07-2017 - 03-07-2017 | 11 | 98941 | | 1.00 | $66.00 | $66.00 | |

| | |
|---|---|
| **Total Submitted Charges:** | $271.00 |
| **Total Approved Amount:** | $265.92 |
| **Amount Not Payable:** | $53.18 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $212.74 |

**Explanations**

179 - The provider is using modifier -59 to indicate under certain circumstances, the physician may need to indicate that a procedure or service was distinct or independent from other services performed on the same day. Modifier -59 will identify procedures/services that are not normally reported together, but are appropriate under the circumstances. This may represent a different session or patient encounter, different procedure or surgery, different site or organ system, separate incision/excision, separate lesion, or separate injury (or area of injury in extensive injuries) not ordinarily encountered or performed on the same day by the same physician.
305 - Our payment for this service has been based upon the applicable policy language and is no more than the amount provided for by the schedule of maximum charges contained in the Florida No-Fault Act, including the use of Medicare coding policies and payment methodologies of the federal Centers for Medicare and Medicaid Services, including applicable modifiers. The payment for this service is based upon 200% of the Participating Level of Medicare Part B fee schedule for the locale in which the services were rendered.

**DATE:** 03-22-2017        **59-0839-4M7**        Professional

**Procedure Guide**

97012 - Application of a modality to 1 or more areas; traction, mechanical
97140 - Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes
97530 - Therapeutic activities, direct (one-on-one) patient contact (use of dynamic activities to improve functional performance), each 15 minutes
98941 - Chiropractic manipulative treatment (CMT); spinal, 3-4 regions

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.


Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).


Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 03-22-2017                                     **59-0839-4M7**                                     Professional

1006978                                                                                                      2003  147768  203  01-25-2017

STATEFARM_0057

 **StateFarm®**

# EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
c/o Kinney & Sasso, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

**Provider:** Emergency Resources Group
PO BOX 11349
DAYTONA BEACH, FL 32120-1349

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 03-07-2017
**Jurisdiction:** Florida
**Bill Reference Number:** 33X6688386XP

**TIN:** 591835473
**Payment Number:** 119396874J
**Zip of Service:** 32258-2460

**Diagnosis Codes:** M54.2 - Cervicalgia

| Line | Date of Service | POS | CPT/ HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|----------------|-----|-----------|--------|-------|------------------|-----------------|--------------|
| 1 | 02-11-2017 - 02-11-2017 | 23 | 99284 | | 1.00 | $683.00 | $683.00 | C708 |

| | |
|---|---|
| **Total Submitted Charges:** | $683.00 |
| **Total Approved Amount:** | $683.00 |
| **Amount Not Payable:** | $136.60 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $546.40 |

**Explanations**

C708 - FL Our payment for this service is based upon a reasonable amount pursuant to both the terms and conditions of the policy of insurance under which the subject claim is being made as well as F.S. 627.736(5)(a)1, which permits, when determining a reasonable charge for a service, an insurer to consider usual and customary charges and payments accepted by the provider, reimbursement levels in the community and various federal and state fee schedules applicable to automobile and other insurance coverages, and other information relevant to the reasonableness of the reimbursement for the service. The payment for this service is based upon the provider's submitted bill as representation that the charges submitted are usual and customary and reasonable for the service(s) provided.

**Procedure Guide**

99284 - Emergency department visit for the evaluation and management of a patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of high severity, and require urgent evaluation by the physician or other qualified health care professionals but do not pose an immediate significant threat to life or physiologic function.

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount

**DATE:** 03-10-2017    **59-0839-4M7**    Professional

1006978    2003  147768  203  01-25-2017

for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

 **StateFarm**®

## EXPLANATION OF REVIEW

This is not a bill

**Claim Number:** 59-0839-4M7    **Date of Loss:** 02-11-2017    **Office Name:** State Farm Mutual Automobile Insurance Company
PIPMPC A1 Office - DAL

**Patient:** Richard Triolo
1933 ECLIPSE DR
MIDDLEBURG, FL 32068-7718

**Provider:** Mbb Radiology
PO BOX 116700
ATLANTA, GA 30368-6700

**Claim Handler:** Barry Hunter
**Address:** PO Box 106134
Atlanta, GA 30348-6134
**Phone:** (844)292-8615    **Ext:** 9727445384

**Named Insured:** TRIOLO, RICHARD
**Policy Number:** C708-937-59A

**Date Received:** 02-23-2017
**Jurisdiction:** Florida
**Bill Reference Number:** MBBC4176099

**TIN:** 591226176
**Payment Number:** 119365105K
**Zip of Service:** 32258-2460

**Diagnosis Codes:** S19.89XA - Other specified injuries of other specified part of neck, initial encounter
X58.XXXA - Exposure to other specified factors, initial encounter

| Line | Date of Service | POS | CPT/HCPCS | MOD/TS | Units | Submitted Amount | Approved Amount | Reason Codes |
|------|-----------------|-----|-----------|--------|-------|------------------|-----------------|--------------|
| 1 | 02-11-2017 - 02-11-2017 | 23 | 72125 | 26 | 1.00 | $223.00 | $223.00 | C708 |

| | |
|---|---|
| **Total Submitted Charges:** | $223.00 |
| **Total Approved Amount:** | $223.00 |
| **Amount Not Payable:** | $44.60 |
| **Deductible:** | $0.00 |
| **CoPay:** | $0.00 |
| **Apportionment / Pro Rata:** | $0.00 |
| **Offset:** | $0.00 |
| **Paid Amount:** | $178.40 |

### Explanations

C708 - FL Our payment for this service is based upon a reasonable amount pursuant to both the terms and conditions of the policy of insurance under which the subject claim is being made as well as F.S. 627.736(5)(a)1, which permits, when determining a reasonable charge for a service, an insurer to consider usual and customary charges and payments accepted by the provider, reimbursement levels in the community and various federal and state fee schedules applicable to automobile and other insurance coverages, and other information relevant to the reasonableness of the reimbursement for the service. The payment for this service is based upon the provider's submitted bill as representation that the charges submitted are usual and customary and reasonable for the service(s) provided.

### Procedure Guide

72125 - Computed tomography, cervical spine; without contrast material

Pursuant to Florida Statute, should you have any information to substantiate payment of an additional amount for the services rendered, please forward for our consideration within 15 days.

Any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim

**DATE:** 02-28-2017                    **59-0839-4M7**                    Professional
1006978                                                                                                    2003  147768  203  01-25-2017

STATEFARM_0060

containing false, incomplete, or misleading information is guilty of a felony of the third degree. F.S. 817.234(1)(b).

Information on administering benefits under the 9810A policy form: Due to ongoing litigation, the Emergency Medical Condition provisions of the No-Fault statute are not being applied. Please contact us if you have any questions.

**DATE:** 02-28-2017                                   **59-0839-4M7**                                   Professional

1006978                                                                                                 2003  147768  203  01-25-2017

STATEFARM_0061

 **StateFarm**®

# Payment Log
## 02-13-2019

**Mail to:** KINNEY & SASSO, P.A.
9191 R G SKINNER PKWY UNIT 703
JACKSONVILLE, FL 32256-9662

| | |
|---|---|
| **Injured Party:** RICHARD TRIOLO | **Claim No:** 59-0839-4M7 |
| **Address:** 1933 ECLIPSE DR | **Named Insured:** RICHARD TRIOLO |
| MIDDLEBURG, FL 32068-7718 | **Date of Accident:** 02-11-2017 |
| | **Claim Handler:** Colleen Smith |
| | **Phone:** 844-292-8615 |

## Payment Summary - Florida

| **Coverage - Personal Injury Protection** | **Amount** |
|---|---|
| Personal Injury Protection Medical, Loss of Income or Services Limit | $10,000.00 |
| | |
| Personal Injury Protection Medical, Loss of Income or Services Applied to Limit | $8,300.48 |
|     Personal Injury Protection - Medical | $8,300.48 |
| | |
| Personal Injury Protection Not Applied to Limit | $0.00 |
|     Co-Pay | $0.00 |
|     Deductible | $0.00 |
|     Offset to Date | $0.00 |

| **Interest Paid to Date - Not Applied to Limit(s)** | **Amount** |
|---|---|
| Interest | $6.43 |

RBZ000FJ
1007048

State Farm®
Page 1 of 3

2003  148026  203  06-26-2018

STATEFARM_TRIAL_0090

STATEFARM_0331

# Payment Log
## 02-13-2019

Claim No:      59-0839-4M7

Injured Party:  RICHARD TRIOLO

| Payment/ Recovery Date | Payment/ Recovery Number | Payee | Billed Amount | Date Bill Received | Date From | Date To | Coverage Description |
|---|---|---|---|---|---|---|---|
| 05-04-2018 | 119643585J | LCM IMAGING INC | $95.79 | 04-23-2018 | 04-04-2018 | 04-04-2018 | Personal Injury Protection - Medical |
| 04-11-2018 | 119577972J | JAX PAIN INJURY CENTER INC | $378.34 | 04-09-2018 | 03-06-2018 | 03-06-2018 | Personal Injury Protection - Medical |
| 01-28-2018 | 119357480J | JAX PAIN INJURY CENTER INC | $269.23 | 01-23-2018 | 12-07-2017 | 12-07-2017 | Personal Injury Protection - Medical |
| 10-24-2017 | 119076965J | UNIVERSAL NEUROLOGICAL CARE PA | $220.00 | 10-18-2017 | 05-25-2017 | 05-25-2017 | Personal Injury Protection - Medical |
| 08-02-2017 | 119823698J | JACKSONVILLE SPORT & SPINE | $146.00 | 07-28-2017 | 07-20-2017 | 07-20-2017 | Personal Injury Protection - Medical |
| 07-27-2017 | 119807455J | JACKSONVILLE SPORT & SPINE | $191.00 | 07-24-2017 | 07-11-2017 | 07-11-2017 | Personal Injury Protection - Medical |
| 07-20-2017 | 119784848J | JACKSONVILLE SPORT & SPINE | $2,303.00 | 07-17-2017 | 06-30-2017 | 06-30-2017 | Personal Injury Protection - Medical |
| 07-10-2017 | 119752996J | JACKSONVILLE SPORT & SPINE | $191.00 | 07-05-2017 | 06-22-2017 | 06-22-2017 | Personal Injury Protection - Medical |
| 06-01-2017 | 119643636J | JACKSONVILLE SPORT & SPINE | $191.00 | 05-30-2017 | 05-19-2017 | 05-19-2017 | Personal Injury Protection - Medical |
| 05-30-2017 | 119634988J | UNIVERSAL NEUROLOGICAL CARE PA | $620.00 | 05-23-2017 | 05-10-2017 | 05-10-2017 | Personal Injury Protection - Medical |
| 05-26-2017 | 119628472J | JACKSONVILLE SPORT & SPINE | $432.00 | 05-22-2017 | 04-27-2017 | 04-27-2017 | Personal Injury Protection - Medical |
| 05-23-2017 | 119616098J | JACKSONVILLE SPORT & SPINE | $191.00 | 05-19-2017 | 05-11-2017 | 05-11-2017 | Personal Injury Protection - Medical |
| 04-28-2017 | 119544316J | JACKSONVILLE SPORT & SPINE | $125.00 | 04-24-2017 | 04-13-2017 | 04-13-2017 | Personal Injury Protection - Medical |
| 04-27-2017 | 119540098J | JACKSONVILLE SPORT & SPINE | $951.00 | 02-28-2017 | 02-16-2017 | 02-16-2017 | Personal Injury Protection - Medical |
| 04-27-2017 | 119540098J | JACKSONVILLE SPORT & SPINE | $951.00 | 02-28-2017 | 02-16-2017 | 02-16-2017 | Interest |
| 04-27-2017 | 119541891K | BAYMEADOWS MRI | $1,300.00 | 04-21-2017 | 04-04-2017 | 04-04-2017 | Personal Injury Protection - Medical |
| 04-18-2017 | 119509982J | UNIVERSAL NEUROLOGICAL CARE PA | $50.00 | 04-14-2017 | 03-21-2017 | 03-21-2017 | Personal Injury Protection - Medical |
| 04-13-2017 | 119496945J | JACKSONVILLE SPORT & SPINE | $241.00 | 04-10-2017 | 03-30-2017 | 03-30-2017 | Personal Injury Protection - Medical |
| 03-29-2017 | 119452786J | JACKSONVILLE SPORT & SPINE | $271.00 | 03-27-2017 | 03-15-2017 | 03-15-2017 | Personal Injury Protection - Medical |
| 03-28-2017 | 119448558J | UNIVERSAL NEUROLOGICAL CARE PA | $420.00 | 03-27-2017 | 03-16-2017 | 03-16-2017 | Personal Injury Protection - Medical |
| 03-28-2017 | 119450210K | BAPTIST MEDICAL CENTER | $2,521.20 | 03-27-2017 | 02-11-2017 | 02-11-2017 | Personal Injury Protection - Medical |

STATEFARM_TRIAL_0091

# Payment Log
## 02-13-2019

Claim No:    59-0839-4M7

Injured Party:  RICHARD TRIOLO

| Payment/ Recovery Date | Payment/ Recovery Number | Payee | Billed Amount | Date Bill Received | Date From | Date To | Coverage Description | |
|---|---|---|---|---|---|---|---|---|
| 03-22-2017 | 119431248J | JACKSONVILLE SPORT & SPINE | $542.00 | 03-09-2017 | 02-21-2017 | 03-02-2017 | Personal Injury Protection - Medical | |
| 03-22-2017 | 119431248J | JACKSONVILLE SPORT & SPINE | $271.00 | 03-16-2017 | 03-07-2017 | 03-07-2017 | Personal Injury Protection - Medical | |
| 03-10-2017 | 119396874J | EMERGENCY RESOURCES GROUP | $683.00 | 03-07-2017 | 02-11-2017 | 02-11-2017 | Personal Injury Protection - Medical | |
| 02-28-2017 | 119365105K | MBB RADIOLOGY | $223.00 | 02-23-2017 | 02-11-2017 | 02-11-2017 | Personal Injury Protection - Medical | |

STATEFARM_TRIAL_0092