Please Review An Important Message From GEICO About Your Claim

Richard Triolo
Your Claim Number: 0546415820101013

## An Important Message From GEICO About Your Claim

August 13, 2019

Claim      0546415820101013
Case      Richard Triolo v. United States of America

Dear Richard Triolo,

This letter is in response to your letter of August 9, 2019 regarding the above referenced claim that occurred on February 26, 2017

 The claim was reported to us on February 27, 2017, as occurring on February 26, 2017 at 11:00 a.m. at the International Speedway in Daytona Beach, Florida.
 Our insured, Christopher Horne, reported that while leaving a parking lot, his tire got caught and as he put vehicle in 4 wheel drive, his vehicle  sprung forward causing him to hit Richard Triolo's vehicle. Mr. Triolo reported that his vehicle was hit while it was parked, and unoccupied. There were no reported witnesses,  and we do not have a  police report .

If there is any additional information needed, please contact us.

Sincerely,

CeCilia M.
1-800-648-2493

Do not reply to this email. Information emailed in response to this message will not become part of your claim file; submit your inquiries to contact us .

GEICO General Insurance Company
One GEICO Plaza, Washington, D.C. 20076