

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (844) 313-3857
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name and Phone Number of Patient | 2. Social Security Number | 3. Employer Name |
|---|---|---|
| Richard Triolo  631-603-4863 | -7157 | Baptist Medical Center South |

| 4. When did symptoms first appear or accident happen? | 5. Date you believe patient was unable to work? |
|---|---|
| 2/11/17 | 2/11/17 |

| 6. Diagnosis (including complications) | 7. Subjective symptoms |
|---|---|
|  | Radiculopathy |

8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings)
MRI include disc herniation at L5-S1 with degeneration.

Height 74"
Weight 240 lbs

9. List of Restrictions & Limitations
No lifting, Bending, Twisting

10. Nature of treatment (Including surgery and medications prescribed, if any).
PLIF L5-S1

11. Has patient ever had same or similar condition? ☐ Yes ☒ No  If "Yes" provide dates.

12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☐ No

| 13. If pregnancy, estimated date of delivery: Actual date of delivery: NA | 14. Date first treated 11/08/17 | 15. Date of last visit/treatment 11/08/17 |
|---|---|---|

16. Has patient been hospital confined? ☐ Yes ☐ No   Confined from:          to
If "Yes" give name of hospital.

17. Has surgery been scheduled or performed? ☐ Yes ☒ No  If "Yes" date of surgery:
Type of surgery scheduled:

18. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work in their occupation? 2-3 Months
b. When could trial employment commence? ☒ Full-time  ☐ Part-time
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| Raymond Topp | Orthopaedic Surgery | 904-719-7404 |

Street Address/City or Town/State or Providence/Zip Code
8380 Baymeadows Rd Suite 17-B Jacksonville, FL 32256

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| [signature] | 2/21/18 | 904-719-7405 |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-01363BPFL

Page 4 of 6
4/16

LINCOLN_0102

**Benefit Calculation**

| | |
|---|---|
| **Claim Number** | 1180020060 |
| **Claimant** | RICHARD TRILO<br>1933 ECLIPSE DRIVE<br>MIDDLEBURY, FL 32068 |

| | |
|---|---|
| **Date of Disability** | Mar 22, 2018 |
| **Nature** | Accident |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | Apr 05, 2018 - Apr 19, 2018 | 2 | 0 | 598 | 1196 |
| Social Security Tax | | | | 74.15 | |
| Medicare Tax | | | | 17.34 | |
| | | | | **Total** | 1196 |
| | | | | **Taxes** | 91.49 |
| | | | | **Payment** | $1,104.51 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | Apr 19, 2018 - May 03, 2018 | 2 | 0 | 598 | 1196 |
| Social Security Tax | | | | 74.15 | |
| Medicare Tax | | | | 17.34 | |
| | | | | **Total** | 1196 |
| | | | | **Taxes** | 91.49 |
| | | | | **Payment** | $1,104.51 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit - STD | May 03, 2018 - May 22, 2018 | 2 | 5 | 598 | 1623.14 |
| Social Security Tax | | | | 100.63 | |
| Medicare Tax | | | | 23.54 | |
| | | | | **Total** | 1623.14 |
| | | | | **Taxes** | 124.17 |
| | | | | **Payment** | $1,498.97 |