Chiropractic•Physiotherapy•Massage Therapy


JACKSONVILLE SPORT&SPINE

# WELCOME TO OUR OFFICE!

Name _Richard Triolo_ Date: _2 / 16 / 17_

Address _1933 Eclipse Drive_ City _Middlebug_ State _FL_ Zip _32068_

Home Phone _____ Cell Phone _____ E-Mail _____

Birthdate _[ ] / [ ] / 74_ Age _42_ SS# _____ Race: _C_ Marital Status: M W D (S)

Employer _Baptist Medical Center_ Work Phone _____ Occupation _Respiratory Therapist_

Name & Birthdate of Primary Insured _____ Spouse Name _____

Primary Care Medical Doctor — Name & Location _Dr Jones Baptist Clay_

Most patients are referred to our office by a caring family member or friend. What brought you in contact with our office?

[ ] Friend/Family Member/Doctor — Name _____ [ ] Postcard
[ ] Sign [ ] Internet [ ] Billboard [ ] Newspaper — Name _Phillip Kinney_ [ ] Event [ ] Seminar

Please describe the primary health complaint you are experiencing. _Upper Neck pain, upper and lower back pain, Shooting pain into lower right Glut into lower right hamstring_

How long have you had this condition? _Six days_

Doctor treating condition: _____ Treatment Received: _C.T of Neck at E.R_

Other Doctor: _____ Other Treatment: _____

Please list all surgeries _____

What medications are you currently taking and for what conditions? _pain meds prescribed from E.R_ _Theophyllin_

Is this condition related to an automobile accident or injury suffered at your job? [✓] Yes [ ] No

Are you or could you be pregnant? [ ] Yes [✓] No    Tobacco Use? [ ] Yes [✓] No

Please put an "X" next to any current conditions and a "P" next to any past conditions:

| | | | |
|---|---|---|---|
| [✓] Hip Pain – R / L | ___ Digestive Problems | [✓] Headaches | ___ Cancer | ___ Asthma |
| ___ Foot Trouble – R / L | ___ High/Low Blood Pressure | ___ Ear Infection | ___ Tremors | ___ Stroke |
| ___ Shoulder Pain – R / L | ___ Sinus Problems | ___ Allergies | ___ Arthritis | ___ Irritable |
| ___ Convulsions/Epilepsy | [✓] Trouble Sleeping | ___ Fractured Bones | ___ Fainting | ___ Depression |
| [✓] Trouble Concentrating | ___ Accidents/Falls | ___ Loss of Balance | ___ Anemia | ___ Heartburn |
| ___ Jaw Pain/TMJ – R / L | [✓] Pain w/ Cough/Sneeze | ___ Skin Problems | ___ Dizziness | ___ Ulcers |
| ___ Ringing in Ears – R / L | [✓] Difficulty Breathing | ___ Heart Problems | ___ Chest Pain | ___ Diabetes |

_Help our Therapists help you! Circle your preference below._

1 – Light amount of pressure    2 –    3 – Moderate amount of pressure    4 –    5 – Heavy amount of pressure

_The above information is true and accurate to the best of my knowledge._

Patient Signature _____ Date _2/16/17_

TRIOLO_0001

Fet

# ENCOUNTER FORM - Daily Fee Slip

**JACKSONVILLE SPORT & SPINE**
2233 Park Ave, Ste 200B, Orange Park, FL 32073-5567
Tel: (904) 375-2308, Fax: (904) 375-1954
Tax ID: 26-3161335

| PATIENT CONTACT Richard Tricli | GUARANTOR | DATE/TIME 02/16/2017 9:30 AM | TICKET NUMBER 13153 |
|---|---|---|---|
| 00000 | PRIMARY INSURANCE | PLACE OF SERVICE JACKSONVILLE SPORT | REASON New Patient McDaniels |
| | SECONDARY INSURANCE | PROVIDER Michael Nathan McDaniels DC | |
| PATIENT NUMBER 11863 | DATE OF BIRTH 2017 | COPAY | DEDUCTIBLE | REFERRING PROVIDER |

Procedure

### OFFICE VISITS
- 96150 HLTH&BEHAVIOR ASSMT EA 15 MIN F2F W
- 96151 HEALTH & BEHAVIOR ASSESSMENT, EA 15
- 99201 OFFICE/OP VISIT, NEW PT, 3 KEY COMPON
- 99203 OFFICE/OP VISIT, NEW PT, 3 KEY COMPON (circled)
- 99213 OFFICE/OP VISIT, EST PT, 2 KEY COMPONE

### MANIPULATION CODES
- 98940 CHIROPRACTIC MANIPULATIVE TREATMEN
- 98941 CHIROPRACTIC MANIPULATIVE TREATMEN
- 98942 CHIROPRACTIC MANIPULATIVE TREATMEN
- 98943 CHIROPRACTIC MANIPULATIVE TREATMEN

### THERAPY PROCEDURES
- 97012 APPLICATION, MODALITY TO 1+ AREAS; TR (circled)
- 97014 APPLICATION, MODALITY TO 1+ AREAS; EL
- 97035 APPLICATION, MODALITY TO 1+ AREAS; UL
- 97110 THERAPEUTIC PROC, 1+ AREAS, EACH 15
- 97124 THERAPEUTIC PROC, 1+ AREAS, EACH 15
- 97140 MANUAL THERAPY TECHNIQUES, 1+ REGIO
- 97530 THERAPEUTIC ACTVITES, DIRECT PATIEN (circled)

### SUPPLIES
- 84450 INJECTION, ANESTHETIC AGENT; OTHER P
- 97535 SELF CARE/HOME MANAGEMENT TRAININ
- 97760 ORTHOTIC MGMT&TRANIJ UXTR LXTR&/TR
- 99070 SUPPLIES PROVIDED BY PHYSICIAN OVER
- A9152 Single vitamin nos
- A9153 Multi-vitamin nos
- E0190 Positioning cushion
- E0720 Tens two lead
- E0730 Tens four lead
- E0731 Conductive garment for tens/
- E0848 Cervical pneum trac equip
- E0855 Cervical traction equipment
- E0856 Cervic collar w air bladder
- E0860 Tract equip cervical tract
- E1810 Adjust knee ext/flex device
- E1815 Adjust ankle ext/flex device
- L0627 LS sagital rigid panel prefab
- L0631 LSO sag-coro rigid frame pre

### SUPPLIES
- L0637 LSO sag-coronal panel prefab
- L1832 KO adj nt pos rigid support
- L1844 Ko w/adj jt rot cntrl molded
- L1846 Ko w/ adj flex/ext rotal cus
- L3020 Foot longi/tudi/meta/areal sup

Handwritten (right side):
— at franklin light, statten out but
rt SI, top borders, bit the liner
got bit in fur. leg w wan' truck.
~ 30-40 mph. Entire me end has
to be replan.

Diagnosis

DOA: 2/11/2017

"In a lot of pain, wakes up at night, sharp pains, stature
of South" "Can't sit for too long, can't stand for too long."
= HPi: constant
- Dizzy, ringing in the ears, anxiety, sleep problem.
- won't sure what day it was.
(R) LBP, (R) lateral leg. "other people ask why he is limping —
Constant NP, tight, feels the need to stretch it.
- Px between shoulder blades

| LAST INSURANCE PAYMENT | PREVIOUS INS BALANCE | TODAY'S CHARGES | REF 36-2711 | | 'S PAYMENT |
|---|---|---|---|---|---|
| LAST PATIENT PAYMENT | PREVIOUS PATIENT BALANCE $0.00 | TODAY'S AMOUNT DUE | EVERGREEN LUMBAR, ADJUSTABLE | HCPCS L0637 or L0642 | CE DUE |

## PAIN DISABILITY QUESTIONNAIRE

Patient Name _Richard Triolo_          Date _2/16/17_

**Instructions:** These questions ask your views about how your pain now affects how you function in everyday activities. Please answer every question and mark the ONE number on EACH scale that best describes how you feel.

1. Does your pain interfere with your normal work inside and outside the home?
Work normally                                              Unable to work at all
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —(8)— 9 —— 10

2. Does your pain interfere with personal care (such as washing, dressing, etc.)?
Take care of myself completely                             Need help with all my personal care
0 —— 1 —— 2 —— 3 —— 4 —(5)— 6 —— 7 —— 8 —— 9 —— 10

3. Does your pain interfere with your traveling?
Travel anywhere I like                                     Only travel to see doctors
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —— 10

4. Does your pain affect your ability to sit or stand?
No problems                                                Can not sit/stand at all
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —(8)— 9 —— 10

5. Does your pain affect your ability to lift overhead, grasp objects, or reach for things?
No problems                                                Can not do at all
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —(8)— 9 —— 10

6. Does your pain affect your ability to lift objects off the floor, bend, stoop, or squat?
No problems                                                Can not do at all
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

7. Does your pain affect your ability to walk or run?
No problems                                                Can not walk/run at all
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

8. Has your income declined since your pain began?
No decline                                                 Lost all income
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —— 10

9. Do you have to take pain medication every day to control your pain?
No medication needed                          On pain medication throughout the day   _pain med after work_
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —(8)— 9 —(10)   _- Ibuprophin all day_

10. Does your pain force you to see doctors much more often than before your pain began?
Never see doctors                                          See doctors weekly
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —— 10

11. Does your pain interfere with your ability to see the people who are important to you as much as you would like?
No problem                                                 Never see them
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

12. Does your pain interfere with recreational activities and hobbies that are important to you?
No interference                                            Total interference
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

13. Do you need the help of your family and friends to complete everyday tasks (including both work outside the home and housework) because of your pain?
Never need help                                            Need help all the time
0 —— 1 —— 2 —— 3 —— 4 —— 5 —(6)— 7 —— 8 —— 9 —— 10

14. Do you now feel more depressed, tense, or anxious than before your pain began?
No depression/tension                                      Severe depression/tension
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

15. Are there emotional problems caused by your pain that interfere with your family, social and/or work activities?
No problems                                                Severe problems
0 —— 1 —— 2 —— 3 —— 4 —— 5 —— 6 —— 7 —— 8 —— 9 —(10)

Examiner _____

**OTHER COMMENTS:**

With Permission from: Anagnostis C et al: The Pain Disability Questionnaire: A New Psychometrically Sound Measure for Chronic Musculoskeletal Disorders. *Spine* 2004; 29 (20): 2290-2302.



Patient Name: _Richard Triola_    Date: _2 / 16 /2017_

# Loss of Enjoyment/Duties Under Duress Summary

Complete the following questionnaire as it relates to how your injury(s) affect your performance of your living and work duties. Place a check in front of the day-to-day living or work duties that are painful or difficult for you to perform as a result of the injuries you sustained. Then check mark the appropriate box designating reason for difficulty. Include those duties/responsibilities which require that you reduce the time you are capable of performing them.

**Please Print Clearly in Black Ink**

Job description: _Registered Respiratory Therapist_

| N/A | Work | Reason for the Difficulty/Limitation | | | |
|---|---|---|---|---|---|
| ✓ | Lifting | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |
| ✓ | Bending | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |
| ✓ | Sitting | ☑ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |
| ✓ | Walking | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |
| ✓ | Computer Duties | ☑ Increased Pain | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| | Other: | ☐ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |

| N/A | Studies/School | Reason for the Difficulty/Limitation | | | |
|---|---|---|---|---|---|
| ✓ | Lifting | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| ✓ | Bending | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| ✓ | Sitting | ☑ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| ✓ | Walking | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| ✓ | Computer Duties | ☑ Increased Pain | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| | Studying | ☐ Increased Pain | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| | Other: | ☐ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |

| N/A | Domestic Duties | Reason for the Difficulty/Limitation | | | |
|---|---|---|---|---|---|
| ✓ | Vacuuming | ☑ Increased Pain | ☑ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| ✓ | Taking Care of Kids | ☐ Increased Pain/Anxiety | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| ✓ | Cleaning | ☑ Increased Pain | ☑ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| ✓ | Preparing Meals | ☑ Increased Pain | ☑ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| | Other: | ☐ Increased Pain/Anxiety | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |

| N/A | Household Duties | Reason for the Difficulty/Limitation | | | |
|---|---|---|---|---|---|
| ✓ | Yardwork | ☑ Increased Pain | ☐ Restricted Movement | ☐ Fatigue | ☑ Cannot Perform |
| ✓ | Transportation | ☑ Increased Pain/Anxiety | ☐ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| ✓ | Shopping | ☑ Increased Pain/Anxiety | ☑ Restricted Movement | ☐ Fatigue | ☐ Cannot Perform |
| ✓ | Taking Out Trash | ☑ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| | Other: | ☐ Increased Pain | ☐ Restricted Movement | ☐ Weakness | ☐ Cannot Perform |

| N/A | Sports | Reason for the Difficulty/Limitation | | | |
|---|---|---|---|---|---|
| | Name Sport: | ☑ Increased Pain | ☑ Restricted Movement | ☐ Weakness | ☑ Cannot Perform |
| | Pre-Accident Level of Participation: | ☑ Socially | ☐ Competitively | ☐ Professional | |

Patient Signature: _____    Date: _2 / 16 /2017_

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **Initial Examination (PI) Note**

**RICHARD TRIOLO**                    MRN          Birthday          Phone
                                                    1974-

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)              Signed by: Michael McDaniels, DC on 2017-02-22

| | |
|---|---|
| **History of Accident** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10)., |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |
| | Muscle spasms: suboccipitals, peraspinal musculature, trapezius , |
| | THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. , |
| | LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ. |

Printed on: 2017 Feb 24 09:53                                            Page 1 of 5
Note created using Kareo

TRIOLO_0005

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    **Initial Examination (PI) Note**

**RICHARD TRIOLO**                    MRN              Birthday                Phone
                                                      1974-⬛⬛
Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-02-22

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

| Hospitalizations | **2017 Feb 10** - for 1 days, Baptist Medical Center ER, following the accident |
|---|---|
| Diagnostic Studies | CT scan performed at E.R., Baptist Medical Center 02/11/2017, report requested |
| Medications | No known medications |

## Assessment

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

TRIOLO_0006

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567    **Initial Examination (PI)**
**Note**

**RICHARD TRIOLO**                    MRN            Birthday        Phone
                                                     1974
Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)              Signed by: Michael McDaniels, DC on 2017-02-22

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion
without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22
Feb, 2017

**Cervicobrachial syndrome** (M53.1/723.3) Cervicobrachial syndrome (acute) started 11
Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22
Feb, 2017

---

**Discussion**

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as
tolerated

The visit recommendation consists of: 3x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation,
Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted:
Unless otherwise specified, all areas adjusted using: (diversified)

(97012) lumbar mechanical traction/decompression performed (15 minutes) due to pain
(97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize
musculature.
The following DME was given: 02/16/2017
(L0627) Medicare approved Lumbar orthotic was prescribed to the patient for the purpose
of reducing pain and discomfort, improve tolerance to ADLs, and allow them to ambulate
better.

PRE-EXISTING CONDITION:
no pre-existing conditions exist

PROGNOSIS:
Patient just began treatment, will reexamine in 3 weeks time.

HOUSEHOLD SERVICES:
As a result of these injuries, there will be a reduction of his ability to perform household
duties. The reduction is expected to be 30% impairment effective now.

DISABILITY:

As of the date of the accident 02/11/2017, the following permanent restrictions were
ordered to avoid aggravations/exacerbation of his condition:
No lifting more than 15 lbs.

---

TRIOLO_0007

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567     **Initial Examination (PI)**
**Note**

**RICHARD TRIOLO**                     MRN                    Birthday                Phone
                                                             1974-
Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)                 Signed by: Michael McDaniels, DC on 2017-02-22

No repetitive bending
No lifting of anything with outstretched arms
No sitting for more than 20 minutes
No walking for more than 30 minutes
No leaning over a desk or a computer for more than 20 minutes without a break continually

**At this time I am recommending the patient take time off work, 02/16/2017 -
02/24/2017, he informed me that that will be tough to do, he needs to work.**

FUNCTIONAL LOSSES OR LOSS OF ENJOYMENT/DUTIES UNDER DURESS
SUMMARY:

Work Limitations:(respiratory therapist) Increased pain when lifting, bending, sitting, and
walking.
Inside Domestic Permanent Losses: trouble sleeping and performing household ADLs,
duties
NOTE: Patient cried during interview

Outside Household Permanent Losses: Increased pain when performing yardwork,
shopping, taking out the trash.
Social Permanent Limitations: not going out due to exhaustion/pain, not feeling like being
social
Education/School limitations: n/a

PIP COMPLIANCE: The patient complied with requirements of the personal injury
protection law, (House Bill #119), (Chapter 2012-197 of Florida Law), obtaining initial
medical service and care by a qualified medical health provider within the 14-day
requirement period. Medical Evaluation & Screening This patient's medical condition
manifested itself by acute symptoms of sufficient severity which required them to seek
medical care., In the absence of immediate medical attention, their condition could
reasonably be expected to result in serious jeopardy of their health, serious impairment of
bodily functions, and serious dysfunction of body parts or organs, The American Medical
Association Guide to the Evaluation of Permanent Impairment, Sixth Edition, defines
impairment as, a significant deviation, loss, or loss of use of a body structure or function in
an individual with a health condition or disorder or disease, The patient's presenting overall
condition presented after the accident with a new onset of complaints associated with loss
of function, limited range of motion that impairs their ability to perform activities of daily
living, The patient's symptomatology remains acute and of such severity that it continues
to interfere with their ability to return to work, This defines the need for further evaluation
and treatment in order to stabilize their medical condition, their acute presentation is not
considered to be stable at this time and will require additional treatment and medical
monitoring. We will reassess in 3 weeks, The patient's medical conditions and their
associated comorbidities and complications require medical treatment, further diagnostic
studies, evaluation, pharmacological therapy, chiropractic manipulation, physical therapy
treatments, and medical monitoring.

Causation: The patient complaints, the medical conditions identified, and their associated
comorbidities and complications are directly related to the injuries sustained in this motor
vehicle accident.

TRIOLO_0008

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567        **Initial Examination (PI)**
**Note**

**RICHARD TRIOLO**                    MRN        Birthday        Phone
                                                 1974▮▮▮▮

Visited on: 2017 Feb 16 09:30 (Age at visit: 42 years)              Signed by: Michael McDaniels, DC on 2017-02-22

### Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)
Referring for MRI, Advanced Diagnostic Group

### Concussion with no loss of consciousness (disorder)
Referring to Syed Asad, MD, Neurologist for Evaluation

TRIOLO_0009

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **Reexamination Note**

| **RICHARD TRIOLO** | MRN | Birthday 1974- | Phone |
|---|---|---|---|

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-05-16

---

**History**          DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

**Subjective**

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 6-10/10 (10=worst).

condition about the same, experiencing some left lateral knee pain

---

**Medications**          No known medications

---

**Hospitalizations**          **2017 Feb 10** - for 1 days, Baptist Medical Center ER, following the accident

---

**PMHx**          Neurologist: Dr. Syed Asad, Eval and NCV, Baptist ER

---

**Objective**          MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tendemess in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tendemess in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied

---

TRIOLO_0010

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **Reexamination Note**

**RICHARD TRIOLO**                          MRN              Birthday          Phone
                                                             1974-
Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)                        Signed by: Michael McDaniels, DC on 2017-05-16

---

by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Left KNee: palpable pain around patella, pain due to compensation from lower back pain

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

**Knee joint pain (M25.569/719.46)** Pain in unspecified knee modified 16 May, 2017

**Symptoms interfere with sleep (disorder) (G47.9/780.50)** Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85)** Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine (S23.3XXA/847.1)** Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93)** Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91)** Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable (G44.311/339.21)** Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0)** Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome (M53.1/723.3)** Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding) (M54.2/723.1)** Cervicalgia modified 22 Feb, 2017

## Discussion/Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 2x per week for 2-4 weeks

---

TRIOLO_0011

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **Reexamination Note**

| **RICHARD TRIOLO** | MRN | Birthday **1974-**▮ | Phone |
|---|---|---|---|

Visited on: 2017 Apr 27 14:18 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-05-16

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97110) lumbar therapeutic exercises were performed (15 minutes) for deconditioning due to pain

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient:Suboccipitals,Cervical Paraspinals,Rhomboids,Thoracic division Trapezius,Forearms Wrist Flexors/Extensors,Lumbar Paraspinals,Quadratus Lumborums,Gluteal muscle group,

Treatment Time: 30 minutes

Manual Therapy performed and electronically signed by: Sandy Snyder Lic. #MA75733

## Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)
MRI, Advanced Diagnostic Group

## Concussion with no loss of consciousness (disorder)
treating with Syed Asad, MD, Neurologist

TRIOLO_0012

**SOAP Note**

**Richard Triolo**

Visit Date: 11 May 2017

## CC

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## Subjective

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst).

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## Allergies

No allergy history has been documented for this patient.

## Objective

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted
using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas
to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic
division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.


*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 12 May 2017 10:21 AM

**SOAP Note**

**Richard Triolo**

Visit Date: 19 May 2017

## *CC*

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

## *Subjective*

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)

LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

## *Allergies*

No allergy history has been documented for this patient.

## *Objective*

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

Symptoms interfere with sleep (disorder) (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017
Spasm of piriformis muscle (finding) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Muscle spasm of cervical muscle of neck (disorder) (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017
Sprain of thoracic spine (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017
Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder) (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017
Cervical disc disorder with radiculopathy, mid-cervical region (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017
Acute post-traumatic headache, intractable (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017
Concussion with no loss of consciousness (disorder) (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017
Cervical spine painful on movement (finding) (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)


Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

*Symptoms interfere with sleep (disorder)*

*Spasm of piriformis muscle (finding)*

*Muscle spasm of cervical muscle of neck (disorder)*

*Sprain of thoracic spine*

*Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)*

Referring for MRI, Advanced Diagnostic Group
*Cervical disc disorder with radiculopathy, mid-cervical region*

*Acute post-traumatic headache, intractable*

*Concussion with no loss of consciousness (disorder)*

Referring to Syed Asad, MD, Neurologist for Evaluation
*Cervicobrachial syndrome*

*Cervical spine painful on movement (finding)*

Signed by:
Michael McDaniels, DC
Signed on: 22 May 2017 01:56 PM

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

| **RICHARD TRIOLO** | MRN | Birthday | Phone |
|---|---|---|---|

Visited on: 2017 Jun 22 09:00 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-06-28

| | |
|---|---|
| **CC** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was travelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| **Medications** | No known medications |
| **Allergies** | No known allergies |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10)., |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |
| | Muscle spasms: suboccipitals, paraspinal musculature, trapezius , |

TRIOLO_0019

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567        **SOAP Note**

**RICHARD TRIOLO**                          MRN              Birthday          Phone

Visited on: 2017 Jun 22 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-06-28

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

TRIOLO_0020

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

**RICHARD TRIOLO**                    MRN          Birthday          Phone

Visited on: 2017 Jun 22 09:00 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-06-28

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding) (M54.2/723.1)** Cervicalgia modified 22 Feb, 2017

---

**Plan**

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

---

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                    **SOAP Note**

### RICHARD TRIOLO

| | MRN | Birthday | Phone |

Visited on: 2017 Jun 30 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-10

| | |
|---|---|
| **CC** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| **Medications** | No known medications |
| **Allergies** | No known allergies |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10)., |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |
| | Muscle spasms: suboccipitals, paraspinal musculature, trapezius , |

TRIOLO_0022

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

**RICHARD TRIOLO**                          MRN          Birthday          Phone

Visited on: 2017 Jun 30 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-10

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

TRIOLO_0023

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

**RICHARD TRIOLO**                          MRN              Birthday              Phone

Visited on: 2017 Jun 30 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-10

Cervicobrachial syndrome (M53.1/723.3) Cervicobrachial syndrome (acute) started 11
Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22
Feb, 2017

| Plan | Treatment(s) provided:<br>Prognosis: Good |
|------|-------------------------------------------|

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as
tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation,
increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted:
Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular
mobilization techniques to the following areas to increase the active pain-free range of
motion, increase the extensibility of myofascial tissue and facilitate the return to functional
activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius,
Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals,
Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. #
MA52613.

The following DME was given:
(E0720) Medicare approved TENS Unit was prescribed to the patient for the purpose of
reducing pain and discomfort, improve tolerance to ADLs

**Lumbago-sciatica due to displacement of lumbar intervertebral disc
(disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

TRIOLO_0024

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587                    **SOAP Note**

**RICHARD TRIOLO**                    MRN                    Birthday                    Phone

Visited on: 2017 Jul 11 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-17

| | |
|---|---|
| **CC** | DOA: 02/11/2017 |
| | The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced. |
| **Subjective** | "In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades. |
| | CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst). |
| | THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst) |
| | LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst). |
| | Tens unit is helping a lot |
| | Runners roller is helping with hip/leg pain |
| **Medications** | No known medications |
| **Allergies** | No known allergies |
| **Objective** | MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45, |
| | Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation, |
| | Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10)., |
| | Sensation:bilateral dermatomes in the upper extremities, normal, |
| | Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect, |

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

**RICHARD TRIOLO**                                    MRN            Birthday          Phone

Visited on: 2017 Jul 11 09:00 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-17

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

## Assessment

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

TRIOLO_0026

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567          **SOAP Note**

**RICHARD TRIOLO**                    MRN           Birthday           Phone

Visited on: 2017 Jul 11 09:00 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-07-17

---

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome** (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

---

Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

Manual Therapy (97140-59) was performed using neuromuscular therapy and muscular mobilization techniques to the following areas to increase the active pain-free range of motion, increase the extensibility of myofascial tissue and facilitate the return to functional activities to the patient: Suboccipitals, Cervical Paraspinals, Cervical division Trapezius, Thoracic Paraspinals, Rhomboids, Thoracic division Trapezius, Lumbar Paraspinals, Quadratus Lumborums, Gluteal muscle group.

Treatment Time 30 minutes.

Manual Therapy performed and electronically signed by: Jennifer Stevenson Lic. # MA52613.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

---

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587          **SOAP Note**

### RICHARD TRIOLO

| | MRN | Birthday | Phone |

Visited on: 2017 Jul 20 09:15 (Age at visit: 42 years)          Signed by: Michael McDaniels, DC on 2017-07-24

---

**CC**

DOA: 02/11/2017

The patient presented today for an evaluation of ongoing complaints of pain following the injuries sustained in a motor vehicle accident. Patient was at a traffic light, traffic started to move forward, tapped brakes, hit the horn, patient's vehicle was struck in the rear by a mail truck. The truck was tavelling at approxiamtely 30-40 mph. Entire rear end of the truck has to be replaced.

---

**Subjective**

"In a lot of pain, waking up at night, sharp pains, can't sit for too long, can't stand for too long. Experiencing headaches constantly, dizzy, ringing in the ears, anxiety" The patient wasn't sure what day it was when asked during interview. "Right sided lower back pain, right lateral leg pain, he stated that other people at work are asking why he is limping?" Constant neck pain, tight feels the need to stretch it out all of the time. Pain in between the shoulder blades.

CERVICAL SPINE: symptoms present and described as having an aching, a burning and stiffness quality, radiating to his skull, having a severity rated as pain range 4-7/10 (10=worst).

THORACIC SPINE: symptoms present and described as having a spasm-like and stiffness quality, having a severity rated as pain range 4-7/10 (10=worst)
LUMBAR SPINE: symptoms present and described as having an aching and stiffness quality and having a severity rated as pain range 8-10/10 (10=worst).

Received epidural injection in lumbar, did not help.

Will set RPA in a few weeks

---

**Medications**

No known medications

---

**Allergies**

No known allergies

---

**Objective**

MUSC/SKEL: CERVICAL SPINE: ROM Flexion: 40/50, ROM Extension: 50/60, ROM left rotation: 70/80, ROM right rotation: 70/80, ROM left lateral bending: 35/45, ROM right lateral bending: 35/45,

Painful Range of Motion (ROM):(+)pain elicited in left rotation, (+)pain elicited in right rotation,

Muscle Strength: Strength: flexion: 5/5 (pain level = 5/10); extension: 5/5 (pain level = 5/10); left lateral bending: 5/5 (pain level = 5/10); right lateral bending: 5/5 (pain level = 5/10); left rotation: 5/5 (pain level = 5/10); right rotation: 5/5 (pain level = 5/10).,

Sensation:bilateral dermatomes in the upper extremities, normal,

Orthopedic Tests:(-)Valsava: pain upon coughing/sneezing, indicates disc lesion, (+)Max Cervical Compression Test: indicates and reproduces radicular symptoms due to facet or nerve irritation., (-)Cervical Distraction: DECREASED Local or Radicular pain = Foraminal encroachment or disc defect,

---

TRIOLO_0028

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5567                    **SOAP Note**

**RICHARD TRIOLO**                    MRN            Birthday            Phone

Visited on: 2017 Jul 20 09:15 (Age at visit: 42 years)                    Signed by: Michael McDaniels, DC on 2017-07-24

Muscle spasms: suboccipitals, paraspinal musculature, trapezius ,

THORACIC SPINE: static palpation revealed tenderness in T1, T2, T3 vertebral segments. Muscle spasms were present in the trapezius, rhomboids, levator scapulae muscles. ,

LUMBAR SPINE: Palpation revealed tenderness in the following vertebral segments and surrounding structures L4, L5, Lumbar paraspinal m., Erector spinae m., Quadratus lumborum m., Gluteal m., Piriformis m., Right SIJ.

Range of motion: flexion: 30/60 with pain (pain level = 8/10) accompanied by decreased motion; extension: 25/25; left rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; right rotation: 20/30 with pain (pain level = 8/10) accompanied by decreased motion; left lateral bending: 25/25; right lateral bending: 25/25.

Gait pattern: altered. Posture: antalgic lean: anterior.

Strength: flexion: mild weakness 5/5; extension: mild weakness 5/5; left lateral bending: mild weakness 5/5; right lateral bending: mild weakness 5/5; left rotation: mild weakness 5/5; right rotation: mild weakness 5/5.

Sensation: right S1 decreased sensation Light touch; right L5 decreased sensation Light touch.

Orthopedic tests: Milgram's: Positive right; Patrick's Fabere: Positive right; Straight leg raise: (+); Valsalva's: Positive; Kemp's: Positive bilateral.

Spinal subluxation level(s): L4, L5, Left SI, Right SI.

---

**Assessment**

**Symptoms interfere with sleep (disorder)** (G47.9/780.50) Sleep disorder, unspecified modified 22 Feb, 2017

**Spasm of piriformis muscle (finding)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Muscle spasm of cervical muscle of neck (disorder)** (M62.838/728.85) Other muscle spasm modified 22 Feb, 2017

**Sprain of thoracic spine** (S23.3XXA/847.1) Sprain of ligaments of thoracic spine, initial encounter modified 22 Feb, 2017

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)** (M51.17/722.93) Intervertebral disc disorders with radiculopathy, lumbosacral region modified 22 Feb, 2017

**Cervical disc disorder with radiculopathy, mid-cervical region** (M50.12/722.91) Cervical disc disorder with radiculopathy, mid-cervical region modified 22 Feb, 2017

**Acute post-traumatic headache, intractable** (G44.311/339.21) Acute post-traumatic headache, intractable (acute) modified 22 Feb, 2017

---

TRIOLO_0029

**JACKSONVILLE SPORT & SPINE** 2233 Park Ave Ste 200B, Orange Park, FL 32073-5587    **SOAP Note**

**RICHARD TRIOLO** | MRN | Birthday | Phone
--- | --- | --- | ---

Visited on: 2017 Jul 20 09:15 (Age at visit: 42 years)    Signed by: Michael McDaniels, DC on 2017-07-24

**Concussion with no loss of consciousness (disorder)** (S06.0X0A/850.0) Concussion without loss of consciousness, initial encounter (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervicobrachial syndrome** (M53.1/723.3) Cervicobrachial syndrome (acute) started 11 Feb, 2017 modified 22 Feb, 2017

**Cervical spine painful on movement (finding)** (M54.2/723.1) Cervicalgia modified 22 Feb, 2017

## Plan

Treatment(s) provided:
Prognosis: Good

Patient Instructions, Therapy goals for pain control discussed, Stay active, Activity as tolerated

The visit recommendation consists of: 1x per week for 2-4 weeks

Goals for adjusting this patient: Decrease compensatory patterns, Decrease inflammation, Increase mobility

The following areas were adjusted: Subluxations found on assessment and adjusted: Unless otherwise specified, all areas adjusted using: (diversified)

(97530) lumbar therapeutic ROM, PNF, and manual therapy (15 minutes) to stabilize musculature.

**Lumbago-sciatica due to displacement of lumbar intervertebral disc (disorder)**
Referring for MRI, Advanced Diagnostic Group

**Concussion with no loss of consciousness (disorder)**
Referring to Syed Asad, MD, Neurologist for Evaluation

TRIOLO, RICHARD (████1974) #HF181629728                    Encounter DOS: 10/20/2017

| Patient: | TRIOLO, RICHARD (AM, 02/11/17)(Male) 1933 ECLIPSE DRIVE MIDDLEBURG FL 32068 (631)603-4863 | DOB: Race: Language: Ethnicity: | Decline to specify English Decline to specify | Encounter ID: Primary Ins: | 53678126 SELF PAY |

| Location: | Orange Park Spine Institute LLC 1409 KINGSLEY AVE SUITE 1D ORANGE PARK, FL, 32073 -4537 (904)579-3448 | Provider: | CONSTANTINE TOUMBIS, MD, PHD |

## Subjective

### Chief Complaint

The patient is a very pleasant 43-year-old male who was involved in a motor vehicle accident in February 2017. He was the seat-belted driver of a 2016 Ford Mustang when he was rear-ended. His car sustained damage to the bumper, sensors, and electronics. The total damage to his car was approximately $2500. He was hit by a US Postal truck.

After the accident, the patient drove himself to the Baptist South Emergency Room. He had a CT scan of the cervical spine and complained of both neck and back pain. He complained of pain in the right lower extremity as well, in the S1 dermatomal distribution, in the posterior aspect of the thigh and leg all the way to the sole of his foot. He was placed on pain medications and muscle relaxants.

The patient was referred to Dr. McDaniels, a chiropractor, at the Orange Park Back and Spine Institute. The patient then went to see a neurologist, Dr. Asad, who performed a nerve conduction study and subsequently ordered an MRI of the lumbar spine. The patient was also referred by Dr. McDaniels to Dr. Reynaldo Pardo, a pain management specialist. The patient had multiple injections by Dr. Pardo. He is on anti-inflammatories and muscle relaxants at the present time. He utilizes hydrocodone for severe pain.

### Review of Systems

Past medical history, past surgical history, current list of medications, and family history have been documented in the patient's chart and reviewed by myself.

## Objective

### Physical Exam

PHYSICAL EXAM

Well-developed well-nourished individual with appropriate mood and affect. Patient is alert and oriented x3.
Height and weight documented in the chart.
Spine exam: Normal curvature. Muscle tone symmetric in neck and back. The cervical, thoracic, and lumbar spine are nontender to palpation and without step-offs. Range of motion throughout spine is within normal limits.
Extremity exam: Patient ambulates with an antalgic gait favoring their right lower extremity. No asymmetry is appreciated. Muscle strength is 5 out of 5 symmetric bilaterally in all motor groups in upper and lower extremities. Bilateral upper and lower extremities have range of motion within normal limits and there is no evidence of instability, laxity or focal tenderness. Straight leg raise is negative.
Sensation is intact to light touch throughout in upper and lower extremities although there is altered sensation in the right lower extremity in the S1 dermatome distribution.
Deep tendon reflexes are two out of four in all extremities. There are no upper motor neuron signs

Electronically Signed and Reviewed by TOUMBIS, CONSTANTINE 11/02/2017 11:21:40

TRIOLO_0031

TRIOLO, RICHARD (          #HF181629728                            Encounter DOS: 10/20/2017

present.
Pulses are palpable. Extremities are warm.
Skin is intact throughout.
No appreciable lymphadenopathy.
Coordination is intact. Heels to toe gait intact. Romberg sign absent.

## Assessment

### Diagnosis

MRI of the lumbar spine is significant for pathology at the L5-S1 motion segment. There is a
grade 1 spondylolisthesis of 5 mm of L5 onto S1 caused by a bilateral pars interarticularis defect.
This is a degenerative spondylolisthesis as there is no evidence of bone marrow edema
surrounding the pars interarticularis. The anterolisthesis has caused significant disc degeneration
at this level and has contributed to severe neural foraminal narrowing on the right and moderately
severe neural foraminal narrowing on the left. The rest of the MRI is largely unremarkable.
M4317 Spondylolisthesis, lumbosacral region

## Plan

### Procedures

99204 Office/outpatient Visit New (1 UN)

### Care Plan

I have discussed with the patient that he does have a grade 1 spondylolisthesis of L5/S1. This is
due to bilateral pars interarticularis defects. I discussed with him that he has had significant
conservative treatment modalities to include therapy, pain management, and courses of anti-
inflammatories and muscle relaxants. At the present time he occasionally requires hydrocodone in
order to manage his pain. I discussed with him that due to the persistent and severe nature of his
pain, he would be a surgical candidate for a posterior lumbar interbody fusion of L5/S1. We have
discussed the surgical procedure using spinal models as well as the risks and benefits of the
surgical intervention in detail. He'll contact us if he is interested in pursuing operative intervention.

Electronically Signed and Reviewed by TOUMBIS, CONSTANTINE 11/02/2017 11:21:40

TRIOLO_0032

**AUTO / PERSONAL INJURY INTAKE FORM**

NOTE: Must be filled out in its entirety prior to scheduling patient.

DATE: 10/12/17   OPSI STAFF AFT   OPSI APPOINTMENT: 10/20 @ 9:30 am

PATIENT NAME Richard Triolo

ADDRESS 1933 Eclinse Dr. Middleburg, FL 32068

DOB: _____ -PHONE _____ REFERRED BY: Reynaldo Pardo, MD

DATE OF ACCIDENT: 02 / 2017   STATE OF OCCURRENCE: FL (mandarin)

CHIEF COMPLAINT lower back (bilateral fx in L5)

DETAILS OF ACCIDENT: Rear-ended at traffic light.

_____

WORK RELATED? YES ___ NO X   PRIOR ACCIDENTS? YES X NO X black ice left forearm

IMMEDIATE AWARENESS OF INJURY? YES __ NO __   TAKEN TO ER? YES X NO __ himself

NAME OF HOSPITAL baptist (employee) MRI / CT? YES __ NO __ cervical CT after

SIMILAR INJURY? YES __ NO ✓   PRIOR SPINE SURGERY? YES ✓ NO ✓ AREA forearm   accident.

ATTORNEY NAME Philip Kinney   PHONE/FAX# _____

AUTO INSURANCE State Farm

CLAIMS ADDRESS _____

ADJUSTERS NAME / PHONE _____

CLAIM # _____ PIP LIMIT? $ _____ MED PAY? YES __ NO __

BENEFITS EXHAUSTED? YES __ NO __ close.

HEALTH INSURANCE Florida Blue

PHONE #: _____ ID #: _____

COMMENTS: LM to schedule 10/12/17 @ 11:10 am

_____

Referral: Reynaldo Pardo, MD
St. Joseph Interventional Pain Specialists

TELEPHONE SCRIPT OPSI-O-008

## ORANGE PARK SPINE INSTITUTE

| **Patient Information** | | |
|---|---|---|
| **1** Patient Name: (Last, First, Middle initial)<br>Triolo    A    Richard | **Gender:**<br>◉ Male<br>○ Female | **Ethnicity:**<br>○ Hispanic<br>○ Non-Hispanic<br>◉ Other<br>○ Refused |
| Social Security # | | |
| Date of Birth: | | |
| Marital Status: ◉ Single ○ Married ○ Divorced ○ Widowed | | |

**2** Who completed this form?

◉ Patient ○ Family Member (Parent, Spouse, Child, etc.) ○ Domestic Partner ○ Legal Guardian ○ Other

**3** Mailing address: (Street, City, State, Zipcode)

1933 Eclipse Drive

Middleburg FL 32068

**4** Home Phone: _____ Cell Phone: _____

E-Mail Address: _____

Emergency Contact: Brian Schmucker    Relationship: Brother

Emergency Contact Phone Number: _____

Is this visit related to an accident?    Date of accident: 2-11-17

◉ Auto    Name of attorney: Phillip Kinny

○ Worker's Compensation    Law Firm: _____

○ Other:    Attorney's Phone Number: _____

May we leave a message on your answering machine/ voicemail? (Please indicate below.)

___✓___ You may leave a detailed message on my answering machine/ voicemail.

_____ You may leave information with the individuals listed below.

List names here: _____

_____ You may leave a message with call back information ONLY with either an individual or on
my answering machine/ voicemail. (Call back information will include the doctor's name
and staff member's name and phone number.)

* This authorization will remain in effect until terminated by patient, patient's representative or another legally authorized to do
so by court order or law. You may revoke or terminate authorization by submitting a written request to our office.

Patient Name: _____    1

## ORANGE PARK SPINE INSTITUTE

**CONDITIONS OF TREATMENT BY OPSI**
**AUTHORIZATION TO RELEASE INFORMATION**

1. **PERMISSION FOR TREATMENT:** Permission is hereby granted for physicians, physician assistants and employees or agents of Orange Park Spine Institute (OPSI) to render to the below named patient such medical and surgical treatment as deemed necessary.

2. **RELEASE OF INFORMATION:** I, the below named patient, do hereby authorize any physician examining and/or treating me to release any medical condition and records concerning diagnosis and treatment when requested to:

    a. Such third party for its use in connection with determining a claim for payment for such treatment and/or diagnosis.

    b. Any referring physician to ensure continuity of medical care.

    c. Other treating providers within Orange Park Spine Institute.

    d. If this is related to an accident, the attorney/firm handling my case.

Please initial here

## *Medical History Form*

Current Height _____ 6² _____

Current Weight _____ 238 _____

### Health Care Provider Information

| 5 | Primary Care Provider: Dr Bernard (Point Medical) | Date last seen by this provider: 10-12-17 |
|---|---|---|
| | Provider address: (Street, City, State, zipcode) Kingsly Ave Orange Park | Phone number: 647-9189 |
| | | Fax Number: |
| | Pain Management Provider(s): Dr Prado | |
| | Cardiologist: | |
| | Other Physicians: | |
| | Referred by: | |

### Medications

6 Are you using any medications (prescription or over-the-counter), vitamins, herbal supplements, or contraceptives on a regular basis? ☑ Yes ○ No

Please list all medications below **OR** provide a copy of current list of medications.

| Name of Medication | Strength of Each Dose | # of Doses at a Time | Frequency |
|---|---|---|---|
| Example: **Amoxicillin** | **250mg** | **1 pill** | **3 times daily** |
| | | | |
| | | | |
| | | | |

### Allergies

Please list any allergies: None

### Prior Therapies

| 9 | Have you ever been prescribed physical therapy? ☑ Yes ○ No | |
|---|---|---|
| | If yes, dates? _____ | By whom? Orang Park back & Spin |
| 10 | Have you ever been prescribed a home exercise program? ○ Yes ○ No | |
| | If yes, dates? _____ | By whom? _____ |
| 11 | Have you had injections in the past? ☑ Yes ○ No | |
| | If yes, dates? _____ | By whom? Dra Ronaldo Prado |

Patient Name: _Richard Triolo_

2

## ORANGE PARK SPINE INSTITUTE

### Systems Review

8 | Fill in the circles to the left of each symptom which you wish to call to the attention of your health care provider. Select **No Symptoms** if you have not experienced any of the listed symptoms. Select **Other Symptom(s)** if the symptom you wish to report is not listed.

| | |
|---|---|
| ○ fevers | ○ heartburn |
| ○ sinus congestion | ○ unusual thirst |
| ○ abdominal (belly pain or cramping) | ○ constipation |
| ○ enlarged lymph glands | ○ diarrhea |
| ○ loss of appetite | ○ double vision |
| ○ joint swelling | ○ sudden loss of vision |
| ○ skin rash/ skin sores | ○ vision problems |
| ○ chest pain | ○ hearing loss |
| ○ headaches | ○ coughing |
| ○ unusual bruising | ○ frequent urination |
| ○ swelling in the legs or feet | ○ felt anxious or nervous |
| ○ weakness in arms or legs | ○ recurring thoughts of death or suicide |
| ○ numbness or shooting pain in hands, arms, legs, or feet | ○ weight gain of more than 10 pounds |
| | ○ weight loss of more than 10 pounds |
| ○ rapid or fluttering heart beats | ○ difficulty swallowing |
| ○ noticed tendency to fall easily | ○ Other symptoms _____ |
| ○ seizures | ○ No symptoms |

### Past Surgical History

Please list all previous surgical procedures and dates below.

| Surgery | Date |
|---|---|
| LEF Forearm (Compound Frx) | 3/2001 |
| | |

### Social Context

11 | Select the highest level of schooling you have completed.

| | |
|---|---|
| ○ 8th grade or less | ◉ Some college or 2-year degree |
| ○ Some high school, but didn't graduate | ○ 4-year college graduate |
| ○ High school or GED | ○ Post graduate studies |

12 | What is your employment status?

| | |
|---|---|
| ◉ Employed | ○ Work disabled |
| ○ Retired | ○ Full-time homemaker |
| ○ Unemployed | ○ Student |
| ○ Self-employed | ○ Other |

13 | List your most recent occupation: Respiratory Therapist  Employer: Baptist Medical Center

14 | What is your current relationship status?

| | |
|---|---|
| ○ Divorced | ○ Widowed |
| ○ Married | ○ Committed relationship |
| ○ Separated | ○ Other |
| ◉ Single | |

Patient Name: ___Richard Thib___

3

## ORANGE PARK SPINE INSTITUTE

| Substance Use History |
| --- |
| **Tobacco Use** |

**16** Have you smoked or used other tobacco products in the last 24 months?
- ⦿ No, never used any
- ○ No, I quit all use
- ○ Yes, occasionally
- ○ Yes, daily (number of packs per day _____ )

If yes, please circle all that apply:  Cigarettes  Pipe  Cigar  Chewing tobacco  Other _____

**17** If you previously smoked or used other tobacco products and have quit, how long ago did you quit?
- ○ Within the past 30 days
- ○ 1-12 months ago
- ○ 2-3 years ago
- ○ 4-10 years ago
- ○ 11 or more years ago

| **Alcohol Use** |
| --- |
| How often do you consume alcohol? ⦿ Socially ○ Daily ○ No, never |

| **Self-Care/ Home Environment Assessment** |
| --- |

**23** Can you climb two flights of stairs without stopping to rest?
- ⦿ Yes, with no difficulty
- ○ Yes, with difficulty
- ○ No, cannot do it at all
- ○ Don't know

**24** Are you dependent on a device for normal breathing (CPAP, nasal oxygen)? ⦿ Yes ○ No

**27** With whom do you live? Please Circle.

Live alone    Spouse    Domestic partner    (Family)    Other

**28** Do you have assistance for your home care from family, friends, or others should it be required?
- ○ Yes ⦿ No  (If yes, please list the name of the person and circle the relationship of this person to you.)

Name:

Spouse    Domestic Partner    Family Member    Friend    Other

**30** Are you having difficulty with pain? ⦿ Yes ○ No  (If yes, please circle your pain level below.)

- ○ 0- Pain free.

  **Mild Pain** — *Nagging, annoying, but doesn't really interfere with daily living activities.*
- ○ 1- Pain is very mild, barely noticeable. Most of the time you don't think about it.
- ○ 2- Minor pain. Annoying and may have occasional stronger twinges.
- ○ 3- Pain is noticeable and distracting, however, you can get used to it and adapt.

  **Moderate Pain** — *Interferes significantly with daily living activities.*
- ○ 4- Moderate. When deeply involved in an activity, it can be ignored for a period of time, but is still distracting.
- ○ 5- Moderately strong pain. It can't be ignored for more than a few minutes, but with effort you still can manage to work or participate in some social activities.
- ⦿ 6- Moderately strong pain that interferes with normal daily activities. Difficulty concentrating.

  **Severe Pain** — *Disabling; unable to perform daily living activities.*
- ⦿ 7- Severe pain that significantly limits your ability to perform normal daily activities. Interferes with sleep.
- ⦿ 8- Intense pain. Physical activity is severely limited.
- ○ 9- Excruciating pain.
- ○ 10- Unspeakable pain. Bedridden and possibly delirious. (Very few will ever experience this level.)

Patient Name: _Richard Triolo_

4

## ORANGE PARK SPINE INSTITUTE

**Personal and Family Medical History**

31. Please identify all illnesses or conditions with which you or a family member have been diagnosed.

Please indicate the family relation. (Example: Mother, Father, Sibling, Aunt, Grandfather)

| Diagnosis | Myself | Family | Relation |
|---|---|---|---|
| Examples: ⊙ Anemia | ○ | ⦿ | <u>Mother</u> |
| ⦿ Arthritis | ⦿ | ○ | |
| | | | |
| ○ Ulcers | ○ | ○ | |
| ○ Bleeding Disorders | ○ | ○ | |
| ○ Sickle Cell | ○ | ○ | |
| ○ Blood Clots | ○ | ○ | |
| ○ Anemia | ○ | ○ | |
| ○ Bowel Dysfunction | ○ | ○ | |
| ○ Bladder Dysfunction | ○ | ○ | |
| ○ Seizures | ○ | ○ | |
| ○ Anestheia Problems | ○ | ○ | |
| ○ Arthritis | ○ | ○ | |
| ○ Heart Attack | ○ | ⦿ | Grand Father / Father |
| ○ Heart Trouble/ A Fib | ○ | ○ | |
| ○ High Blood Pressure/ High Cholesterol | ○ | ⦿ | Grand Father / Father / Mother |
| ⦿ Heart Disease/ CAD | ○ | ○ | Grand Father / Father |
| ⦿ Asthma | ○ | ○ | Mother / Father |
| ○ Fever | ○ | ○ | |
| ⦿ Lung Disease | ○ | ○ | Mother / Father |
| ○ Hepatitis | ○ | ○ | |
| ⦿ Diabetes | ○ | ○ | Father / Grand Father |
| ○ Stroke/ TIA | ○ | ○ | |
| ○ Weight Loss/ Weight Gain | ○ | ○ | |
| ○ Breast Cancer | ○ | ○ | |
| ○ Prostate Cancer | ○ | ○ | |
| ○ Other Cancer _____ | ○ | ○ | |
| ○ Eczema/ Psoriasis | ○ | ○ | |
| ○ Migraine headache | ○ | ○ | |
| ○ Osteoporosis | ○ | ○ | |
| ○ Alcohol Abuse | ○ | ○ | |
| ○ Recreational/ Street drug usage | ○ | ○ | |
| ○ Sexually Transmitted Disease(s) | ○ | ○ | |
| ○ Depression | ○ | ○ | |
| ○ Anxiety | ○ | ○ | |
| ○ Other psychiatric/ Mental Illness | ○ | ○ | |
| ○ Suicide Attemp(s) | ○ | ○ | |
| ○ Genetic Disorder | ○ | ○ | |
| ○ History of infection requiring IV antibiotic | ○ | ○ | |
| ○ Glaucoma | ○ | ○ | |
| ○ Rheumatoid Arthritis | ○ | ○ | |
| ○ Hypothyroidism | ○ | ○ | |
| ○ Other (discuss with care provider) | ○ | ○ | |

Patient Name: _Richard Triolo_

5

ORANGE PARK SPINE INSTITUTE

# Disclosing Patient Information with Others

"I, _Richard Triolo_ hereby request that information about my presence, treatment or condition at OPSI may be given out to the individuals listed below without further authorization by me. I understand that OPSI may and will release all or part of my medical record to those authorized by law and to OPSI and non-OPSI staff caregivers involved with my health care. No other person, including family and friends, will be given this information unless I list their name below. I am aware that this authorization will remain in effect until I submit a written request changing my authorization.

*I hereby authorize the following individuals to receive information regarding my health care:*

| Name of Person (please print) | Relationship | Authorization expires |
|---|---|---|
| Brian Schmucker | Brother | ☐ No expiration ☐ _____ |
| Phillip Kinney | Lawyer | ☐ No expiration ☐ _____ |
| | | ☐ No expiration ☐ _____ |
| | | ☐ No expiration ☐ _____ |
| | | ☐ No expiration ☐ _____ |
| | | ☐ No expiration ☐ _____ |
| | | ☐ No expiration ☐ _____ |

_Richard Triolo_
**Patient Name (Printed)**

_[signature]_
**Signature**

_10/20/17_
**Date**

_Rhonda E. Feaster_
**Name of Witness**

_[signature]_
**Signature of Witness**

**ORANGE PARK SPINE INSTITUTE**
**1409 KINGSLEY AVENUE, SUITE 1D**
**ORANGE PARK, FL 32073**
**P: 904-579-3448**
**F: 904-375-1761**

## Auto Accident Injury Questionnaire

Name: _Richard Triolo_

Date of visit: _10 - 20 - 17_

Date of accident: _2 - 11 - 17_

Is litigation pending? ☑ Yes ☐ No

**At the time of the accident did you experience any loss of consciousness?**
☐ Yes

☑ No

☑ No, but I was dazed and confused following the impact

**At the time of the accident I was:**
☑ The driver                    ☐ A motorcycle rider

☐ A front seat passenger        ☐ A bicyclist

☐ A rear seat passenger         ☐ A pedestrian

☐ Other (please explain): _____

**The type of collision was:**
☐ Head-on collision             ☐ Side-swiped

☑ Rear-ended                    ☐ Roll-over

☐ T-boned                       ☐ Other (please explain): _____

How many vehicles were involved in the accident? _2_

**Just before impact my vehicle was** (describe what your vehicle was doing, Ex. Heading East Bound on SR-60 and Kelly Road in Right Lane of a 3-Lane Highway; or Stopped at a Red light at SR-60 and ...): _Stopped At traffic Light on Old St Augie Rd and Greenland. A U.S. Postal truck Rear-Ended me._

**Just before impact the other vehicle(s) was** (describe what your vehicle was doing, Ex. On Kelly Road, turning right onto SR-60; or Heading West Bound on SR-60, but then in process of making a U-turn ...): _Stopped at traffic Light_

TRIOLO_0040

**Were you aware of the impending crash? (Did you see it coming?)**   □ Yes         □ No

**Please check the part(s) of your vehicle that made contact with the other vehicle(s)**

□ Front bumper                              □ Rear passenger side door

□ Driver side front bumper                  □ Driver side rear fender

□ Passenger side front bumper               □ Passenger side rear fender

□ Driver side front fender                  □ Driver side rear bumper

□ Passenger side front fender               □ Passenger side rear bumper

□ Front driver's door                       ☑ Rear bumper

□ Front passenger's door                    □ Other _____

□ Rear driver's side door                   □ Other _____

**Please check the part(s) of the other vehicle(s) that made contact with your vehicle**

□ Front bumper                              □ Rear passenger side door

□ Driver side front bumper                  □ Driver side rear fender

□ Passenger side front bumper               □ Passenger side rear fender

□ Driver side front fender                  □ Driver side rear bumper

□ Passenger side front fender               □ Passenger side rear bumper

□ Front driver's door                       □ Rear bumper

□ Front passenger's door                    □ Other _____

□ Rear driver's side door                   □ Other _____

**What were the road conditions at the time of the impact?**
□ Wet        ☑ Dry        □ Icy        □ Foggy        □ Dark        □ Other _____

**What was your approximate speed just before impact?** ___0___ MPH

**What was the approximate speed of the other vehicle(s) just before impact?** _____ MPH

**What safety devices were utilized at the time of impact?**

☑ Restrained (wearing seat belt)            □ Airbags deployed

□ Unrestrained (not wearing seat belt)      □ Airbag did not deploy

□ Wearing a helmet                          □ Vehicle had no airbags

□ Not wearing a helmet                      □ Other _____

**I was restrained by:**
☑ Lap belt          ☐ No lap belt          ☑ Shoulder belt          ☐ No shoulder belt

**Airbags:**
☐ Deployed          ☐ Did not deploy          ☐ Vehicle was not equipped with airbags

**My vehicle was** (TYPE OF VEHICLE – Make/Model; Example Nissan Maxima/4-Door Car; Chevy Blazer/Full-Size SUV; Include if it is a trailer, pick-up, full SUV, mid-size SUV, 18-wheeler, Van, Minivan, 4-door Car, 2-door Car, Motorcycle, Bicycle): *2016 Ford mustang Gt 2-door*

**The other vehicle was** (TYPE OF VEHICLE – Make/Model; Example Nissan Maxima/4-Door Car; Chevy Blazer/Full-Size SUV; Include if it is a trailer, pick-up, full SUV, mid-size SUV, 18-wheeler, Van, Minivan, 4-door Car, 2-door Car, Motorcycle, Bicycle): *U.S Postal mail truck*

**Were your vehicle's seats broken as a result of the crash?**          ☐ Yes          ☑ No

**After the accident was your vehicle deemed a total loss?**          ☐ Yes          ☑ No

**Which of your body parts struck internal objects in the vehicle?**
☑ Head                 ☐ Forehead              ☐ Right side of head         ☐ Left side of head

☐ Back of head         ☐ Right shoulder        ☐ Left shoulder             ☐ Right arm           ☐ Left arm

☐ Right elbow          ☐ Left elbow            ☐ Right forearm            ☐ Left forearm        ☐ Right wrist

☐ Left Wrist           ☐ Right hand            ☐ Left hand                ☐ Right hip           ☐ Left hip

☐ Right thigh          ☐ Left thigh            ☐ Right knee               ☐ Left knee           ☐ Right leg

☐ Left Leg             ☐ Right ankle           ☐ Left ankle               ☐ Right foot          ☐ Left foot

☐ Other _____

**The accident resulted in lacerations of:** _____ *None*
(If None write "None" above; It is Okay to Be "None")

**The accident resulted in abrasions of:** _____ *None*
(If None write "None" above; It is Okay to Be "None")

**The accident resulted in bruising of:** _____ *None*
(If None write "None" above; It is Okay to Be "None")

After the accident, there were NO (It is okay to have none of these below):

□ Lacerations      □ Fractures      □ Dislocations      □ Abrasions      □ Ecchymosis

□ Open Wounds

Immediately following the accident I experienced pain in the following body part(s); and/or the following symptom(s): _Back and Neck pain. AFter impact my Back + Neck became very tight with a throbing pain. As soon as I felt impact I felt a twinge in my lower Back._

In the 1 to 48 hours after the accident I experienced pain in the following body part(s); and/or the following symptom(s): _Neck & Back. Lower Back was in extreme pain was hard to walk properly while my Neck & upper Back was tight with throbbing pain_

Did you go to the hospital after the accident?    ☑ Yes      □ No

If yes, how were you transported?      □ Ambulance            □ Medical (airlift) flight
                                        □ Private Transportation   ☑ Other _Drove myself_

The following studies/tests were performed in the emergency room:

□ X-rays      ☑ CT-scan      □ MRI      □ Blood labs      □ Urine tests

What medication(s) were you given in the emergency room?
□ None      □ Intravenous (I.V.) medications      ☑ Oral Medications

Were you given prescription(s) or anything else at time of discharge from the Emergency Room?
□ None
☑ Yes, List: _Narco_
□ Cervical Collar
□ Other _____

Following your Emergency Room visit, when did you follow-up with a doctor (Example, 3 weeks later)?
_?_

If you did not go to the Emergency Room, when did you first seek medical attention (Example, 5 days after accident)?