# PURCHASE ORDER

**PO #:** 422571

### Invoice To

**JACKSONVILLE BEACH SURGERY CENTER**
**3316 S THIRD ST**
**STE 200**
**JACKSONVILLE, FL 32250**
Phone **904-247-8181**   Fax **904-247-8101**

Our PO number must appear on all related correspondence, shipping papers and invoices.

Buyer **Jane Rainer**
Phone **904-493-4004**   Ext
Email **jrainer@surgerypartners.com**

### Vendor

**BLACK DIAMOND MEDICAL**
**703 EXECUTIVE DRIVE**

**WINTER PARK, FL 32789**
Contact **ELLEN ADAMOWICZ**
Phone **407-960-1885**   Fax
Bill-to Account

### Ship To

**JACKSONVILLE BEACH SURGERY CENTER**
**3316 S THIRD ST**
**STE 200**
**JACKSONVILLE, FL 32250**
Contact **Jane Rainer**
Phone **904-247-8181**   Fax **904-247-8101**
Ship-to Account

| P.O. DATE | DATE EXPECTED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| 3/22/2018 | 3/22/2018 | | | |

PO Number: 422571                                                                 Page 1

| Line | Vendor Item No | Inventory No | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 1 | PLIF-1LSYS | 414775 | System, PLIF 1 Level All Inclusive | 1 EA | 19,000.00 | 19,000.00 |

### Notes

PAT: TRIOLO
DR: TOPP
DOS: 3/22/18
INS: LOP

| | |
|---|---|
| SUBTOTAL | 19,000.00 |
| DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| TOTAL | 19,000.00 |

Authorized Signature                                                              Date