**Baptist Medical Center –**
**Summary of Plaintiff's Work Between 2/11/2017 MVA and 3/22/2018 Surgery**

| Date | Hours worked at Baptist Medical Center South | Paid time off from BMC | Bates-number |
|---|---|---|---|
| 02/12 - 02/18/2017 | 47.93 hours | | BMCSOUTH-HR_0117 |
| 02/19 - 02/25/2017 | 20.35 hours | 16 hours | BMCSOUTH-HR_0117 |
| 02/26 - 03/04/2017 | 32.67 hours | 12 hours | BMCSOUTH-HR_0117 |
| 03/05 - 03/11/2017 | 36.20 hours | | BMCSOUTH-HR_0117 |
| 03/12 - 03/18/2017 | 24.12 hours | 24 hours | BMCSOUTH-HR_0117 |
| 03/19 - 03/25/2017 | 23.85 hours | 12 hours | BMCSOUTH-HR_0117 |
| 03/26 - 04/01/2017 | 48.03 hours | | BMCSOUTH-HR_0117 |
| 04/02 - 04/08/2017 | 24 hours | | BMCSOUTH-HR_0118 |
| 04/09 - 04/15/2017 | 48.26 hours | | BMCSOUTH-HR_0118 |
| 04/16 - 04/22/2017 | 20.50 hours | 15.24 hours | BMCSOUTH-HR_0118 |
| 04/23 - 04/29/2017 | 48.49 hours | | BMCSOUTH-HR_0118 |
| 04/30 - 05/06/2017 | 35.94 hours | | BMCSOUTH-HR_0118 |
| 05/07 - 05/13/2017 | 48.08 hours | | BMCSOUTH-HR_0118 |
| 05/14 - 05/20/2017 | 32.64 hours | | BMCSOUTH-HR_0118 |
| 05/21 - 05/27/2017 | 48.28 hours | | BMCSOUTH-HR_0118 |
| 05/28 - 06/03/2017 | 31.86 hours | 4 hours | BMCSOUTH-HR_0118 |
| 06/04 - 06/10/2017 | 48.15 hours | | BMCSOUTH-HR_0118 |
| 06/11 - 06/17/2017 | 35.87 hours | | BMCSOUTH-HR_0118 |

| *Date* | *Hours worked at Baptist Medical Center South* | *Paid time off from BMC* | *Bates-number* |
| --- | --- | --- | --- |
| 06/18 - 06/24/2017 | 43.54 hours | 4 hours | BMCSOUTH-HR_0119 |
| 06/25 - 07/01/2017 | 35.79 hours | | BMCSOUTH-HR_0119 |
| 07/02 - 07/08/2017 | 36.15 hours | 12 hours | BMCSOUTH-HR_0119 |
| 07/09 - 07/15/2017 | 36.10 hours | | BMCSOUTH-HR_0119 |
| 07/16 - 07/22/2017 | 24.08 hours | 24 hours | BMCSOUTH-HR_0119 |
| 07/23 - 07/29/2017 | | 36 hours | BMCSOUTH-HR_0119 |
| 07/30 - 08/05/2017 | 48.45 hours | | BMCSOUTH-HR_0119 |
| 08/06 - 08/12/2017 | 32.13 hours | | BMCSOUTH-HR_0119 |
| 08/13 - 08/19/2017 | 48.30 hours | | BMCSOUTH-HR_0119 |
| 08/20 - 08/26/2017 | 23.82 hours | 12 hours | BMCSOUTH-HR_0119-0120 |
| 08/27 - 09/02/2017 | 36.08 hours | 12 hours | BMCSOUTH-HR_0120 |
| 09/03 - 09/09/2017 | 43.63 hours | 4 hours | BMCSOUTH-HR_0120 |
| 09/10 - 09/16/2017 | 61.58 hours | | BMCSOUTH-HR_0120 |
| 09/17 - 09/23/2017 | 36.20 hours | | BMCSOUTH-HR_0120 |
| 09/24 - 09/30/2017 | 48.18 hours | | BMCSOUTH-HR_0120 |
| 10/01 - 10/07/2017 | 36.23 hours | | BMCSOUTH-HR_0120 |
| 10/08 - 10/14/2017 | 48.36 hours | | BMCSOUTH-HR_0120 |
| 10/15 - 10/21/2017 | 11.88 hours | 24 hours | BMCSOUTH-HR_0121 |
| 10/22 - 10/28/2017 | 48.26 hours | | BMCSOUTH-HR_0121 |
| 10/29 - 11/04/2017 | 36.48 hours | | BMCSOUTH-HR_0121 |

| Date | Hours worked at Baptist Medical Center South | Paid time off from BMC | Bates-number |
|---|---|---|---|
| 11/05 - 11/11/2017 | 44.11 hours | 4 hours | BMCSOUTH-HR_0121 |
| 11/12 - 11/18/2017 | 35.91 hours | | BMCSOUTH-HR_0121 |
| 11/19 - 11/25/2017 | 48.25 hours | | BMCSOUTH-HR_0121 |
| 11/26 - 12/02/2017 | 36.83 hours | | BMCSOUTH-HR_0121 |
| 12/03 - 12/09/2017 | 44.80 hours | 2.66 hours | BMCSOUTH-HR_0121 |
| 12/10 - 12/16/2017 | 36.54 hours | | BMCSOUTH-HR_0121 |
| 12/17 - 12/23/2017 | 35.78 hours | 12 hours | BMCSOUTH-HR_0122 |
| 12/24 - 12/30/2017 | 36.79 hours | | BMCSOUTH-HR_0122 |
| 12/31 - 01/06/2018 | 48.20 hours | | BMCSOUTH-HR_0122 |
| 01/07 - 01/13/2018 | 37.00 hours | | BMCSOUTH-HR_0122 |
| 01/14 - 01/20/2018 | 48.07 hours | | BMCSOUTH-HR_0122 |
| 01/21 - 01/27/2018 | 36.48 hours | | BMCSOUTH-HR_0122 |
| 01/28 - 02/03/2018 | 49.35 hours | | BMCSOUTH-HR_0122 |
| 02/04 - 02/10/2018 | 36.60 hours | | BMCSOUTH-HR_0122 |
| 02/11 - 02/17/2018 | 48.08 hours | | BMCSOUTH-HR_0122 |
| 02/18 - 02/24/2018 | 24.05 hours | 8 hours | BMCSOUTH-HR_0122 |
| 02/05 - 03/03/2018 | 48.16 hours | | BMCSOUTH-HR_0123 |
| 03/04 - 03/10/2018 | 36.07 hours | | BMCSOUTH-HR_0123 |
| 03/11 - 03/17/2018 | 48.67 hours | | BMCSOUTH-HR_0123 |
| 03/18 - 03/24/2018 | 12.50 hours | 12 hours<br>12 hours FMLA | BMCSOUTH-HR_0123 |