# Orange Park Medical Center –
## Summary of Plaintiff's Work Between 2/11/2017 MVA and 3/22/2018 Surgery

| *Date* | *Hours worked at Orange Park Medical Center* | *Bates-number* |
|---|---|---|
| 02/05 - 02/18/2017 | 12 hours | OPMC_0138 |
| 02/19 - 03/04/2017 | 35.25 hours | OPMC_0137 |
| 03/19 - 04/01/2017 | 24 hours | OPMC_0136 |
| 04/02 - 04/15/2017 | 47.75 hours | OPMC_0135 |
| 04/16 - 04/29/2017 | 34.75 hours | OPMC_0134 |
| 04/30 - 05/13/2017 | 24 hours | OPMC_0133 |
| 05/14 - 05/27/2017 | 35.5 hours | OPMC_0132 |
| 06/11 - 06/24/2017 | 36 hours | OPMC_0131 |
| 06/25 - 07/08/2017 | 7.5 hours | OPMC_0130 |
| 07/09 - 07/22/2017 | 31 hours | OPMC_0129 |
| 07/23 - 08/05/2017 | 12 hours | OPMC_0128 |
| 08/06 - 08/19/2017 | 24 hours | OPMC_0127 |
| 08/20 - 09/02/2017 | 19.5 hours | OPMC_0126 |
| 09/17 - 09/30/2017 | 23.75 hours | OPMC_0125 |
| 10/01 - 10/14/2017 | 22.5 hours | OPMC_0124 |
| 11/12 - 11/25/2017 | 18.25 hours | OPMC_0123 |
| 11/26 - 12/09/2017 | 30.00 hours | OPMC_0122 |
| 12/10 - 12/23/2017 | 23.75 hours | OPMC_0121 |
| 12/24 - 01/06/2018 | 12 hours | OPMC_0120 |
| 01/07 - 01/20/2018 | 23.25 hours | OPMC_0119 |
| 01/21 - 02/03/2018 | 23.75 hours | OPMC_0118 |
| 02/04 - 02/17/2018 | 11.50 hours | OPMC_0117 |
| 02/18 - 03/03/2018 | 18.75 hours | OPMC_0116 |