# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [X]   SHORT FORM [ ]   UPDATE [ ]
(Electronic Version)

HIGHWAY SAFETY & MOTOR VEHICLES,
TRAFFIC CRASH RECORDS
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 11/Feb/2017 01:08 PM | 11/Feb/2017 01:08 PM | 11/Feb/2017 01:46 PM | 101398 | 86178221 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 02 | 38 | DUVAL | JACKSONVILLE | Yes | 11/Feb/2017 01:12 PM | 11/Feb/2017 01:12 PM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 11/Feb/2017 01:25 PM | 11/Feb/2017 01:48 PM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude | and Longitude |
|---|---|---|---|
| OLD ST AUGUSTINE ROAD | 11600 | 30.55611111 | -81.999166669999994 |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| 50 | | North | LORETTO ROAD | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 5 Local | 3 Curb | 1 Not at Intersection |

## CRASH INFORMATION (Check if Pictures Taken) [ ]

| light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 1 Clear | 1 Dry | 1 No | 1 Front to Rear |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 1 On Roadway | No | 1 Non.Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash in Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

## VEHICLE (Check if Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle in Transport | 1 No | NONE | UK | 31/Dec/2017 | No | 1GBCS10A7N2909410 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| | GMC | SPORTVAN | VN | WHI | | | No | MARSHA RENTZ | Driver |

| Insurance Company | Insurance Policy Number |
|---|---|
| U.S. POSTAL SERVICE | NONE |

| Name of Vehicle Owner (Check Box If Business) [X] | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| U.S. POSTAL SEREVICE | 4411 SUNBEAM ROAD | JACKSONVILLE FL | 32257 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | South | 11600 OLD ST AUGUSTINE ROAD | | 45 | 4 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | | |
|---|---|---|---|---|

| Haz. Mat. Release | Haz Mat. Placard | Number | Class | | |
|---|---|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|
| | |

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Speccial Function of MV |
|---|---|---|---|---|---|
| | 77 Other, Explain in Narrative | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 1 Two-Way, Not Divided | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 5 Traffic Control Signal | 2 Collision with Non-Fixed Object  14 Motor Vehicle in Transport | | | |

## VEHICLE (Check if Commercial) [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle in Transport | 1 No | EEQM38 | FL | 19/Oct/2018 | No | 1FA6P8CF8G5215133 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | FORD | MUSTANG | 2D | GRY | | | No | RICHARD TRIOLO | Driver |

| Insurance Company | Insurance Policy Number |
|---|---|
| STATE FARM INSURANCE | C708937B0759A409785 |

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 11/Feb/2017 01:08 PM | 11/Feb/2017 01:08 PM | 101398 | 86178221 |

| Name of Vehicle Owner (Check Box If Business) | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| RICHARD ANTHONY TRIOLO | 1933 ECLIPSE DRIVE | MIDDLEBURG FL | 32068 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | South | 11600 OLD ST AUGUSTINE ROAD | | 45 | 4 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | |
| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |

| Motor Carrier Name | US DOT Number |
|---|---|
| Motor Carrier Address | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Special Function of MV |
|---|---|---|---|---|---|
| | 1 Passenger Car | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 13 Stopped in Traffic | 1 Two-Way, Not Divided | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 5 Traffic Control Signal | 2 Collision with Non-Fixed Object<br>14 Motor Vehicle in Transport | | | |

**PERSON RECORD**

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 1 | 1 Driver | 1 | MARSHA VICTORIA RENTZ | 1989 | 2 Female | 904-210-6578 | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5620 COLLINS ROAD APT 1511 | JACKSONVILLE | FL | 32244 |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| | FL | 11/Aug/2019 | 5 E/Operator | 3 No Req Endorsement | | 1 Not Ejected |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| | 1 Not Applicable | | 3 Not Applicable | 77 Other (explain in narrative) | 1 Front | 1 Not Applicable |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash | |
| | | 1 Apparently Normal | |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | 1 Test Not Given | | | | 1 No | 1 Test Not Given | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 Not Transported | | | |

**PERSON RECORD**

| Person# | Description | Vehicle # | Name | Date of Birth | Sex | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|
| 2 | 1 Driver | 2 | RICHARD ANTHONY TRIOLO | 1974 | 1 Male | 631-603-4863 | No |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1933 ECLIPSE DRIVE | MIDDLEBURG | FL | 32068 |

| Driver License Number | State | Expires | DL Type | Req. End. | Injury Severity | Ejection |
|---|---|---|---|---|---|---|
| | FL | 19/Oct/2021 | 5 E/Operator | 3 No Req Endorsement | | 1 Not Ejected |

| Restraint System | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| | 2 Not Deployed | | 3 Not Applicable | 1 Left | 1 Front | 1 Not Applicable |

| Drivers Actions at Time of Crash (first) | Drivers Actions at Time of Crash (second) | Driver Distracted By | Vision Obstruction |
|---|---|---|---|
| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash | |
| | | 1 Apparently Normal | |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | 1 Test Not Given | | | | 1 No | 1 Test Not Given | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 Not Transported | | | |

**NARRATIVE**

Official copy obtained through BuyCrash.o USPS_00020

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 11/Feb/2017 01:08 PM | 11/Feb/2017 01:08 PM | 101398 | 86178221 |

| ID Number | Rank | Name | Troop / Post | Officer Agency | Phone Number | Date Created |
|---|---|---|---|---|---|---|
| 5594 | OFFICER | M.L. CHASE | I319 | JACKSONVILLE SHERIFFS OFFIC | 904 630-0500 | Feb 11, 2017 |

On 02-11-2017 I was dispatched to a ▇ traffic crash at 11600 Old St Augustine Road.

Vehicle 1 was a U.S. Postal Service mail carrier vehicle #2201782.

**REPORTING OFFICER**

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 5594 | OFFICER M.L. CHASE | JACKSONVILLE SHERIFFS OFFICE | SO |

Official copy obtained through BuyCrash.c  USPS_00021

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 11/Feb/2017 01:08 PM | 11/Feb/2017 01:08 PM | 101398 | 86178221 |



Official copy obtained through BuyCrash.com

USPS_00022