UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.     Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiff, Richard A. Triolo, and Defendant, the United States of America, by and through their undersigned counsel, hereby move for an extension of time to file their proposed findings of fact and conclusions of law by two weeks, from December 3, 2020 to December 17, 2020. In support of the instant motion, the parties state as follows:

1. This Federal Tort Claims Act case was tried to the Court between September 22, 2020 and October 6, 2020.

2. Pursuant to the Court's oral order, the parties' proposed findings of fact and conclusions of law are due to be filed thirty days after receipt of the trial transcript. Doc. 85. The trial transcript was filed on November 3, 2020. Doc. 92. Accordingly, the parties' proposed findings of fact and conclusions of law are due to be filed on December 3, 2020.

3. Counsel for both parties are in need of additional time to review the trial transcript and prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action.

4. In light of the above, the parties seek an additional two weeks' time to file their findings of fact and conclusions of law, through December 17, 2020.

5. This motion is made in good faith and not for the purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Id*. *See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (stating "we stress the broad discretion district courts have in managing their cases."). Here the parties seek a two-week enlargement of time to file their proposed findings of fact and conclusions of law. This deadline has not yet passed. As good cause for the requested enlargement, the parties represent that they need additional time to review the trial transcript and to prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action. Accordingly, the parties seek a two-week enlargement of time, up to and including Thursday, December 17, 2020, to file their respective proposed findings of fact and conclusions of law.

WHEREFORE, the parties respectfully request that, good cause having been shown, this motion be granted.

Respectfully submitted this 25th day of November, 2020.

| KINNEY & MOORE, PLLC | MARIA CHAPA LOPEZ<br>United States Attorney |
|---|---|
| */s/ Benjamin C. Moore*<br>PHILIP S. KINNEY, ESQ.<br>Fla. Bar No.: 0709611<br>BENJAMIN C. MOORE, ESQ.<br>Florida Bar No. 773581<br>9191 R.G. Skinner Pkwy, Suite 703<br>Jacksonville, FL 32256<br>Telephone: (904) 642-4111<br>Facsimile: (904) 329-1875<br>Philip@JaxLitigation.com<br>Ben@JaxLitigation.com<br>Attorneys for Plaintiff | */s/ Collette B. Cunningham*<br>COLLETTE B. CUNNINGHAM<br>Assistant United States Attorney<br>Florida Bar No. 0012737<br>KYESHA MAPP<br>Assistant United States Attorney<br>Florida Bar No. 0113006<br>Bryan Simpson U.S. Courthouse<br>300 North Hogan Street, Suite 700<br>Jacksonville, FL 32202-4270<br>Telephone: (904) 301-6326/6300<br>Facsimile: (904) 301-6310<br>Collette.Cunningham@usdoj.gov<br>Kyesha.Mapp@usdoj.gov<br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Philip S. Kinney, Esq.
Benjamin C. Moore, Esq.
Kinney & Moore, PLLC
9191 RG Skinner Parkway, Suite 703
Jacksonville, FL 32256-9678

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney