**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

             CASE NO.: 3:18-cv-00919-MMH-JBT

 Plaintiff,

vs.

UNITED STATES OF AMERICA,

 Defendant.
_____/

**JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

  Plaintiff, Richard A. Triolo, and Defendant, the United State of America, by and through undersigned counsel move for an extension of time to file their proposed findings of fact and conclusions of law by one week, from December 17, 2020 to December 24, 2020. In support of the instant motion, the parties state as follows:

  1. Trial in this matter took place on September 22, 2020 and October 6, 2020.

  2. This Court previously granted the parties' Joint Motion for Extension of Time to prepare the proposed findings and extended the deadline from December 3, 2020 to December 17, 2020.

  3. Counsel for both parties are in need of additional time to review the trial transcript and prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action.

4. The parties seek an additional one week time to file their findings of fact and conclusions of law through December 24, 2020.

5. This motion is being made in good faith and not for the purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

## MEMORANDUM OF LAW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." FRCP 6(b)(1)(A); *See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (stating "we stress the broad discretion district courts have in managing their cases."). The parties would respectfully submit to this Court that they need an additional week to review the transcript, prepare citations to the record, and compile the proposed findings that will assist this Court in the resolution of this action.

WHEREFORE, the parties respectfully request that this Motion be granted.

Respectfully submitted this 16th day of December, 2020.

KINNEY & MOORE, PLLC

/s/ Benjamin C. Moore
PHILIP S. KINNEY, ESQ.
Fla. Bar No.: 0709611
BENJAMIN C. MOORE, ESQ.
Florida Bar No. 773581
9191 R.G. Skinner Pkwy, Suite 703
Jacksonville, FL 32256
Telephone: (904) 642-4111
Facsimile: (904) 329-1875
Philip@JaxLitigation.com
Ben@JaxLitigation.com
Attorneys for Plaintiff

MARIA CHAPA LOPEZ
United States Attorney

/s/ Collette B. Cunningham
COLLETTE B. CUNNINGHAM
Assistant United States Attorney
Florida Bar No. 0012737
KYESHA MAPP
Assistant United States Attorney
Florida Bar No. 0113006
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone: (904) 301-6326/6300
Facsimile: (904) 301-6310
Collette.Cunningham@usdoj.gov
Kyesha.Mapp@usdoj.gov
Attorneys for Defendant