UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                                                          Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendant, the United States of America, hereby moves for an addition extension of time for the parties to file their proposed findings of fact and conclusions of law, from December 28, 2020 to January 15, 2021. In support of the instant motion, Defendant states as follows:

1. This Federal Tort Claims Act case was tried to the Court between September 22, 2020 and October 6, 2020.

2. Originally, the parties' proposed findings of fact and conclusions of law were due to be filed on December 3, 2020. In response to two joint motions, the Court extended that deadline to December 17 and then to December 28, 2020.

3. Over the past week the undersigned has been in the midst of a family medical situation. In light of this situation, coupled with other responsibilities of the undersigned, Defendant is in need of additional time to complete its proposed findings of fact and conclusions of law.

4. In light of the above, Defendant seeks seek an additional extension of time for the parties to file their proposed findings of fact and conclusions of law, through January 15, 2021.

5. This motion is made in good faith and not for the purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

6. The undersigned has conferred with Plaintiff's counsel regarding this motion and is authorized to represent that Plaintiff consents to the relief being sought.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Id*. *See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (stating "we stress the broad discretion district courts have in managing their cases."). Here the parties seek an additional enlargement of time to file their proposed findings of fact and conclusions of law. The deadline has not yet passed. As good cause for the requested enlargement, Defendant represents that it needs additional time to prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action. Accordingly, Defendant seeks an additional enlargement of time, up to and including Friday, January 15, 2021, for the parties to file their respective proposed findings of fact and conclusions of law.

WHEREFORE, Defendant respectfully requests that, good cause having been shown, this motion be granted.

Respectfully submitted this 23rd day of December, 2020.

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney
Florida Bar No. 0012737
KYESHA MAPP
Assistant United States Attorney
Florida Bar No. 0113006
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone: (904) 301-6326/6300
Facsimile: (904) 301-6310
Collette.Cunningham@usdoj.gov
Kyesha.Mapp@usdoj.gov
Attorneys for Defendant

**Certificate of Compliance with Local Rule 3.01 (g)**

I hereby certify that I conferred with Benjamin C. Moore, Esq., Plaintiff's counsel, regarding the instant motion, and that Plaintiff consents to the relief being sought.

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 23 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

> Philip S. Kinney, Esq.
> Benjamin C. Moore, Esq.
> Kinney & Moore, PLLC
> 9191 RG Skinner Parkway, Suite 703
> Jacksonville, FL 32256-9678

                                          */s/ Collette B. Cunningham*
                                          COLLETTE B. CUNNINGHAM
                                          Assistant United States Attorney