UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                                                                Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendant, the United States of America, hereby moves for an additional extension of time for the parties to file their proposed findings of fact and conclusions of law, from January 15, 2021 to January 25, 2021. In support of the instant motion, Defendant states as follows:

1. This Federal Tort Claims Act case was tried to the Court between September 22, 2020 and October 6, 2020.

2. Originally, the parties' proposed findings of fact and conclusions of law were due to be filed on December 3, 2020. The Court has extended that deadline on more than one occasion, most recently to January 15, 2021.

3. The undersigned's family medical situation that triggered the last extension request has continued to affect Defendant's ability to complete its proposed findings of fact and conclusions of law. In light this, Defendant seeks an additional extension of time for the parties to file their proposed findings of fact and conclusions of law, through

January 25, 2021. Defendant will make every effort not to request a further extension.

    4.    This motion is made in good faith and not for the purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

    5.    The undersigned has conferred with Plaintiff's counsel regarding this motion and is authorized to represent that Plaintiff consents to the relief being sought.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Id. See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (stating "we stress the broad discretion district courts have in managing their cases."). Here the parties seek an additional enlargement of time to file their proposed findings of fact and conclusions of law. The deadline has not yet passed. As good cause for the requested enlargement, Defendant represents that it needs additional time to prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action. Accordingly, Defendant seeks an additional enlargement of time, up to and including Monday, January 25, 2021, for the parties to file their respective proposed findings of fact and conclusions of law.

WHEREFORE, Defendant respectfully requests that, good cause having been shown, this motion be granted.

Respectfully submitted this 14th day of January, 2021.

        MARIA CHAPA LOPEZ
        United States Attorney

        */s/ Collette B. Cunningham*
        COLLETTE B. CUNNINGHAM
        Assistant United States Attorney
        Florida Bar No. 0012737
        KYESHA MAPP
        Assistant United States Attorney
        Florida Bar No. 0113006
        Bryan Simpson U.S. Courthouse
        300 North Hogan Street, Suite 700
        Jacksonville, FL 32202-4270
        Telephone: (904) 301-6326/6300
        Facsimile: (904) 301-6310
        Collette.Cunningham@usdoj.gov
        Kyesha.Mapp@usdoj.gov
        Attorneys for Defendant

**Certificate of Compliance with Local Rule 3.01 (g)**

I hereby certify that I conferred with Benjamin C. Moore, Esq., Plaintiff's counsel, regarding the instant motion, and that Plaintiff consents to the relief being sought.

        */s/ Collette B. Cunningham*
        COLLETTE B. CUNNINGHAM
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

    Philip S. Kinney, Esq.
    Benjamin C. Moore, Esq.
    Kinney & Moore, PLLC
    9191 RG Skinner Parkway, Suite 703
    Jacksonville, FL 32256-9678

           */s/ Collette B. Cunningham*
           COLLETTE B. CUNNINGHAM
           Assistant United States Attorney