UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

                Plaintiff,

v.                                                   Case No. 3:18-cv-919-J-34JBT

UNITED STATES OF AMERICA,

                Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

      Defendant, the United States of America, hereby moves for an additional extension of time to file its proposed findings of fact and conclusions of law, from January 25, 2021 to January 29, 2021. In support of the instant motion, Defendant states as follows:

      1.     This Federal Tort Claims Act case was tried to the Court between September 22, 2020 and October 6, 2020.

      2.     Originally, the parties' proposed findings of fact and conclusions of law were due to be filed on December 3, 2020. The Court has extended that deadline on several occasions, most recently to today, January 25, 2021.

      3.     Today, Plaintiff filed his proposed findings of fact and conclusions of law.

      4.     Although the undersigned has worked diligently to meet the most recent deadline, the undersigned's family medical situation that triggered the prior extension requests continues to impact Defendant's ability to complete its proposed findings of fact

and conclusions of law. As a result, Defendant seeks an additional extension of time to file its proposed findings of fact and conclusions of law, through Friday, January 29, 2021. Defendant should have sufficient time to complete its proposed findings of fact and conclusions of law by January 29, 2021, without the need for any further extensions of time.

5. This motion is made in good faith and not for the purposes of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

6. The undersigned has conferred with Plaintiff's counsel regarding this motion and is authorized to represent that Plaintiff does not oppose to the relief being sought.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *Id. See also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (stating "we stress the broad discretion district courts have in managing their cases."). Here, Defendant seeks a further enlargement of time to file its proposed findings of fact and conclusions of law. The deadline has not yet passed. As good cause for the requested enlargement, Defendant represents that it needs additional time to prepare proposed findings of fact and conclusions of law that will assist the Court in the resolution of this action. Accordingly, Defendant seeks an additional enlargement

of time, up to and including Friday, January 29, 2021, for Defendant to file its proposed findings of fact and conclusions of law.

WHEREFORE, Defendant respectfully requests that, good cause having been shown, this motion be granted.

Respectfully submitted this 25th day of January, 2021.

MARIA CHAPA LOPEZ
United States Attorney

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney
Florida Bar No. 0012737
KYESHA MAPP
Assistant United States Attorney
Florida Bar No. 0113006
Bryan Simpson U.S. Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone: (904) 301-6326/6300
Facsimile: (904) 301-6310
Collette.Cunningham@usdoj.gov
Kyesha.Mapp@usdoj.gov
Attorneys for Defendant

**Certificate of Compliance with Local Rule 3.01 (g)**

I hereby certify that I conferred with Benjamin C. Moore, Esq., Plaintiff's counsel, regarding the instant motion, and that Plaintiff does not oppose to the relief being sought.

*/s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2021, I electronically filed the

foregoing document with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to the following CM/ECF participants:

> Philip S. Kinney, Esq.
> Benjamin C. Moore, Esq.
> Kinney & Moore, PLLC
> 9191 RG Skinner Parkway, Suite 703
> Jacksonville, FL 32256-9678

> */s/ Collette B. Cunningham*
> COLLETTE B. CUNNINGHAM
> Assistant United States Attorney

4