**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

       CASE NO.: 3:18-cv-00919-MMH-JBT

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

      YOU ARE HEREBY NOTIFIED that effective January 3, 2022, the undersigned attorney

for the Plaintiff's attorneys have changed their address to:

      6816 Southpoint Parkway, Unit 1000
      Jacksonville, FL 32216


      Respectfully submitted this 20th day of December, 2021.

                By:/s/*Benjamin C. Moore*
                    Benjamin C. Moore, Esq.
                    Florida Bar No. 773581
                    Philip S. Kinney, Esq.
                    Florida Bar No.: 0709611
                    *Kinney & Moore, PLLC*
                    6816 Southpoint Parkway, Unit 1000
                    Jacksonville, Florida 32216
                    Tel: (904) 642-4111
                    Fax: (904) 329-1875
                    E-mail: Ben@JaxLitigation.com
                    E-mail: Philip@JaxLitigation.com
                    Secondary: Heather@JaxLitigation.com
                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20th day of December, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Collette Cunningham, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
            Chantal.Sabino@usdoj.gov
            Brittany.Robinson2@usdoj.gov
            jaxdocket.mailbox@usdoj.gov

/s/*Benjamin C. Moore*
Attorney