**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

RICHARD A. TRIOLO

          CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR CASE STATUS CONFERNCE**

    Plaintiff, Richard A. Triolo, respectfully requests that the Court schedule a brief case status conference, and in support thereof states:

    1.    A bench trial took place the week of September 8, 2020.

    2.    On January 25, 20201, the Plaintiff submitted his Proposed Findings of Fact. (Doc. 101)

    3.    On February 15, 2021, the United States submitted its Proposed Findings of Fact. (Doc. 106)

    4.    Since the filing of the respective post trial papers, there has been no further activity in the above-styled case.

    5.    The Plaintiff and his counsel seek to determine if they can be of further assistance to the court in reaching a resolution of this matter.

    WHEREFORE, the Plaintiff respectfully requests that the Court set a brief case status conference.

**Certificate of Compliance with Local Rule 3.01 (g)**

I hereby certify that prior to submitting this Motion, the undersigned conferred with counsel for the United States, who indicated that it does not take a position with regard to the Motion.

By:/s/*Philip S. Kinney*
Philip S. Kinney, Esq.
Fla. Bar No.: 0709611
*Kinney & Moore, PLLC*
6816 Southpoint Pkwy. Bldg. 1000
Jacksonville, Florida 32216
Tel: (904) 642-4111
E-mail: Philip@JaxLitigation.com
Secondary: Heather@JaxLitigation.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Collette Cunningham, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
Chantal.Sabino@usdoj.gov
Brittany.Robinson2@usdoj.gov
jaxdocket.mailbox@usdoj.gov

/s/*Philip S. Kinney*
Attorney