UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                        Case No.   3:18-cv-919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Case Status Conference (Dkt. No. 108; Motion) filed on January 27, 2022. Although the trial in this matter concluded on October 6, 2020, the parties did not complete their post-trial filings until February 15, 2021. See United States of America's Post-Trial Proposed Findings of Fact and Conclusions of Law (Dkt. No. 106). Unfortunately, since that time, the undersigned has presided over an unprecedented number of substantive emergency proceedings, which along with the press of the Court's criminal docket,[1] have impaired the Court's ability to prepare and enter written findings of fact and conclusions of law as required

---

[1] The COVID-19 pandemic significantly delayed criminal jury trials resulting in the undersigned trying five criminal cases in a short period of time, and another later that occupied more than three weeks.

by Rule 52, Federal Rules of Civil Procedure. The Court regrets the delay but assures all parties involved that the Court has neither avoided nor lost track of the matter. The Court is proceeding with all possible diligence and will enter its findings of fact and conclusions of law promptly upon completion. Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Case Status Conference (Dkt. No. 108) is **GRANTED** to the extent that the Court has provided the parties with the above status update.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of February, 2022.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record