**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

RICHARD A. TRIOLO

          CASE NO.: 3:18-cv-00919-MMH-JBT

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO TAX COSTS

Plaintiff, Richard A. Triolo, by and through his undersigned counsel and pursuant to Rule 54(d)(1), Fed. R. Civ. P. hereby requests that the Clerk enter a judgment of costs, and in support thereof states:

1. The Clerk of the Court entered a Judgment in favor of the Plaintiff and against the United States of America on March 24, 2022 for damages in the total sum of $683,171.83.

2. In prosecution of this matter, the Plaintiff incurred taxable costs in the amount of $38,683.60.

3. A ledger of the costs expended by the Plaintiff is attached hereto as Attachment "A".

4. As the prevailing party, the Plaintiff is entitled to recover his costs.

### MEMORANDUM OF LAW

Rule 54(d)(1), Fed. R. Civ. P., provides in part:

> *Costs Other Than Attorney's Fees*. Unless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party.

WHEREFORE, the Plaintiff respectfully requests that the Clerk of Court enter a judgment in favor of the Plaintiff and against the Defendant for taxable costs in the amount of $38,683.60.

          By:/s/*Philip S. Kinney*
          Philip S. Kinney, Esq.
          Fla. Bar No.: 0709611
          *Kinney & Moore, PLLC*
          6816 Southpoint Pkwy. Bldg. 1000
          Jacksonville, Florida 32216
          Tel: (904) 642-4111
          E-mail: Philip@JaxLitigation.com
          Secondary: Heather@JaxLitigation.com
          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties listed in the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Collette Cunningham, Esq.
Assistant United States Attorney
Trial Counsel
United State Courthouse
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Primary: Ronnie.Carter@usdoj.gov
Secondary: Nicole.Schmidt2@usdoj.gov
          Chantal.Sabino@usdoj.gov
          Brittany.Robinson2@usdoj.gov
          jaxdocket.mailbox@usdoj.gov

          /s/*Philip S. Kinney*
          Attorney

ATTACHMENT "A"

| Payee | Purpose | Amount | Date |
|---|---|---|---|
| Universal Neurological Care | Medical Records | $25.50 | 7/6/2017 |
| Baptist Medical Center | Medical Records | $48.00 | 7/6/2017 |
| Bactes | Medical Records | $15.99 | 10/19/2017 |
| Baptist Beaches Medical Center | Medical Records | $26.00 | 11/7/2017 |
| Baymeadows MRI | Medical Records | $30.00 | 10/30/2017 |
| MBB Radiology | Medical Records | $10.00 | 1/6/2018 |
| Sharecare Health Data | Medical Records | $29.99 | 4/30/2018 |
| Filing Fee - Clerk, U.S. District Court | Filing Fee | $400.00 | 7/11/2018 |
| Certified Letter - US Atty for Middle District of FL | Postage | $7.09 | 7/11/2018 |
| Certified Letter - US Attorney General | Postage | $7.09 | 7/11/2018 |
| ChartSwap | Medical Records | $6.00 | 7/16/2018 |
| Certified Letter - Clerk's Office | Postage | $7.09 | 7/27/2018 |
| Certified Letter - US Atty for Middle District of FL | Postage | $6.67 | 8/10/2018 |
| Certified Letter - Clerk's Office | Postage | $7.20 | 9/10/2018 |
| Certified Letter - US Atty for Middle District of FL | Postage | $6.67 | 9/14/2018 |
| Spruance & Associates | Expert Witness | $2,000.00 | 4/5/2019 |
| St. Joseph's Interventional Pain Specialists | Expert Witness | $200.00 | 4/22/2019 |
| Spruance & Associates | Expert Witness | $2,725.00 | 5/20/2019 |
| The Bradford Group Consulting Inc | Witness location services | $250.00 | 5/21/2019 |
| Conran Investigations | Service of Process | $90.00 | 5/27/2019 |
| Powers Reporting | Court Reporter | $85.00 | 6/14/2019 |
| Topp Spine and Orthopedics | Expert Witness | $1,000.00 | 8/5/2019 |
| Upchurch Watson White & Max Mediation Group | Mediation | $1,386.00 | 10/28/2019 |
| Reynaldo Pardo, MD - Expert Witness | Expert Witness | $4,000.00 | 11/13/2019 |
| Central Florida Diagnostics | Medical Records | $1,000.00 | 11/18/2019 |
| JE Foot & Ankle Associates | Medical Records | $36.50 | 3/2/2020 |
| Upchurch Watson White & Max Mediation Group | Mediation | $1,237.50 | 7/16/2020 |
| Topp Spine and Orthopedics | Expert Witness | $12,000.00 | 9/10/2020 |
| Fedex Printing Services | Copy Services | $124.99 | 9/11/2020 |
| Conran Investigations | Service of Process | $265.30 | 9/20/2020 |
| Conran Investigations | Service of Process | $90.00 | 9/28/2020 |
| Topp Spine and Orthopedics | Expert Witness | $6,750.00 | 9/29/2020 |
| C.L. Packevicz, Inc | Court Reporter | $1,387.00 | 10/1/2020 |
| Spruance & Associates | Expert Witness | $3,150.00 | 10/1/2020 |
| Conran Investigations | Service of Process | $45.00 | 10/11/2020 |
| Walgreen Company | Medical Records | $8.70 | 10/26/2020 |
| C.L. Packevicz, Inc | Court Reporter | $65.70 | 11/20/2020 |
| Powers Reporting | Court Reporter | $122.30 | 11/30/2020 |
| C.L. Packevicz, Inc | Court Reporter | $16.20 | 11/24/2020 |
| Certified Letter - US Atty for Middle District of FL | Postage | $7.56 | |
| Certified Letter - US Attorney General | Postage | $7.56 | |
| **Total** | | **$38,683.60** | |