UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,
    *Plaintiff,*

v.                                    Case No. 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,
    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals

for the Eleventh Circuit the judgment entered on March 24, 2022, Doc. 111.

                           Respectfully submitted,

                           ROGER B. HANDBERG
                           United States Attorney

                           DAVID P. RHODES
                           Assistant United States Attorney
                           Chief, Appellate Division

         By:    *s/ Collette B. Cunningham*
                  COLLETTE B. CUNNINGHAM
                  Assistant United States Attorney
                  Florida Bar No. 0012737
                  KYESHA MAPP
                  Assistant United States Attorney
                  Florida Bar No. 0113006
                  Bryan Simpson U.S. Courthouse
                  300 North Hogan Street, Suite 700
                  Jacksonville, FL 32202-4270
                  Telephone: (904) 301-6326/6300
                  Facsimile: (904) 301-6310
                  Collette.Cunningham@usdoj.gov
                  Kyesha.Mapp@usdoj.gov
                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on May 23, 2022, I electronically filed this document with

the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to the following:

Philip S. Kinney, Esq.
Benjamin C. Moore, Esq.
Kinney & Moore, PLLC
9191 RG Skinner Parkway, Suite 703
Jacksonville, FL 32256


*s/ Collette B. Cunningham*
COLLETTE B. CUNNINGHAM
Assistant United States Attorney

p_Triolo, Richard_notice_appeal.docx