**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Elizabeth M. Warren | Jim Leanhart |
| Clerk of Court | Jacksonville Division Manager |

**DATE:** May 24, 2022

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD A. TRIOLO,

    Plaintiff,

v.                                                           Case No. 3:18-cv-919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.

---

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Marcia Morales Howard, United States District Judge appealed from.
- Court Reporters: Shannon Bishop and Cindy Packevicz Jarriel

ELIZABETH M. WARREN, CLERK

By:   <u>s/SW, Deputy Clerk</u>