UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,
    *Plaintiff,*

v.                                                Case No. 3:18-cv-00919-MMH-JBT

UNITED STATES OF AMERICA,
    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the judgment entered on March 24, 2022, Doc. 111.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

                                    DAVID P. RHODES
                                    Assistant United States Attorney
                                    Chief, Appellate Division

By:    *s/ Collette B. Cunningham*
          COLLETTE B. CUNNINGHAM
          Assistant United States Attorney
          Florida Bar No. 0012737
          KYESHA MAPP
          Assistant United States Attorney
          Florida Bar No. 0113006
          Bryan Simpson U.S. Courthouse
          300 North Hogan Street, Suite 700
          Jacksonville, FL 32202-4270
          Telephone: (904) 301-6326/6300
          Facsimile: (904) 301-6310
          Collette.Cunningham@usdoj.gov
          Kyesha.Mapp@usdoj.gov
          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on May 23, 2022, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Philip S. Kinney, Esq.
Benjamin C. Moore, Esq.
Kinney & Moore, PLLC
9191 RG Skinner Parkway, Suite 703
Jacksonville, FL 32256

                                          *s/ Collette B. Cunningham*
                                          COLLETTE B. CUNNINGHAM
                                          Assistant United States Attorney