UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD A. TRIOLO,

    Plaintiff,

v.                                                    Case No. 3:18-cv-919-MMH-JBT

UNITED STATES OF AMERICA,

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this Court's Order dated March 22, 2022, judgment is hereby entered in favor of Richard A. Triolo in the amount of $683,171.83.

Any motions seeking an award of attorney's fees and/or costs must be filed within 14 days of the entry of judgment.

Date: March 24, 2022

                                      ELIZABETH M. WARREN,
                                    CLERK

                                    s/RH, Deputy Clerk

Copy to:

Counsel of Record
Unrepresented Parties